**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>                                Plaintiff,<br><br>      v.<br><br>CHAPTERHOUSE STUDIOS LLC. and JON PAULSON d/b/a PAULSON GAMES<br><br>                                Defendants. | Civil Action No. 1:10-cv-8103 |

## NOTICE OF CLAIMS INVOLVING TRADEMARKS

Plaintiff, Games Workshop Limited ("Games Workshop"), by its attorneys, and pursuant to Local Rule 3.4 of the Local Rules of the United States District Court for the Northern District of Illinois, hereby provides the information the Clerk is required to forward to the Commissioner of Trademarks pursuant to 15 U.S.C. § 1116(c).

    **1.**     **Names and Addresses of Litigants:**

        Plaintiff:     Games Workshop Ltd.
                           Willow Road Lenton, Nottingham NG7 2WS
                           United Kingdom

        Defendants:    Chapterhouse Studios LLC
                           3930 Glade Road, Suite 108 #174
                         Colleyville, Texas 76034

                         Jon Paulson d/b/a Paulson Games
                         2232 College Road
                         Downers Grove, Illinois 60516

CHIC_5152724.1

2. **Trademark Registration Numbers Upon Which Action Has Been Brought:**

| Mark | Registration Number |
|---|---|
| WARHAMMER | 2,718,741 |
| WARHAMMER 40,000 | 3,707,457 |
| 40K | 3,768,909 |
| 40,000 | 3,751,267 |
| SPACE MARINE | 1,922,180 |
| ELDAR | 1,944,847 |
| DARK ANGELS | 1,913,474 |
| TAU | 2,820,748 |

Dated: December 21, 2010   Respectfully submitted,

GAMES WORKSHOP LIMITED

By: /s/ Heidi L. Belongia
Heidi L. Belongia (IL Bar No. 6277111)
Aaron J. Weinzierl (IL Bar No. 6294055)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312.832.4500
Facsimile: 312.832.4700
Email: hbelongia@foley.com; aweinzierl@foley.com

*Of Counsel:*
Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
Email: jmoskin@foley.com

*Attorneys for Plaintiff Games Workshop Limited*