IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:10-cv-08103 |
| v. | ) |
| | ) |
| CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES, | ) |
| | ) |
| | ) Judge Matthew F. Kennelly |
| Defendants. | ) |

**DEFENDANT CHAPTERHOUSE STUDIOS' RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S COPYRIGHT CLAIMS OR IN THE ALTERNATIVE FOR A MORE DEFINITE STATEMENT**

Defendant Chapterhouse Studios LLC ("Chapterhouse Studios"), by and through its attorneys, for the reasons set forth below and more fully in the accompanying Memorandum of Law, hereby moves to dismiss the First Cause of Action of Plaintiff Games Workshop Limited's ("Games Workshop's") Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), or in the alternative for a more definite statement. In support of its motion, Chapterhouse Studios states as follows:

1. The First Cause of Action for copyright infringement against Chapterhouse Studios should be dismissed because Games Workshop fails adequately to identify the works it apparently alleges are infringed, and Chapterhouse Studios thus has inadequate notice of the claims against it.

2. The First Cause of Action for copyright infringement against Chapterhouse Studios should be dismissed because Games Workshop fails to specify how its alleged works are

-1-

infringed by Chapterhouse Studios's products, and fails adequately to state a claim of infringement.

WHEREFORE, for the reasons set forth more fully in the accompanying Memorandum of Law, Defendant Chapterhouse Studios respectfully requests that this Court enter an Order dismissing the First Cause of Action for copyright infringement, or in the alternative instructing Plaintiff Games Workshop to make a more definite statement of its copyright claims.

Dated: March 3, 2011          Respectfully submitted,

CHAPTERHOUSE STUDIOS LLC

By:    /s/ Jennifer Golinveaux
       Jennifer Golinveaux (CA Bar No. 203056)
       J. Caleb Donaldson (CA Bar No. 257271)
       Thomas J. Kearney (CA Bar No. 267087)
       WINSTON & STRAWN LLP
       101 California Street
       San Francisco, CA 94111-5802
       Phone: (415) 591-1000
       Fax: (415) 591-1400
       Email: jgolinveaux@winston.com,
       jcdonaldson@winston.com,
       tkearney@winston.com.

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2011, I served a true and correct copy of the following documents:

      DEFENDANT CHAPTERHOUSE STUDIOS' RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S COPYRIGHT CLAIMS OR IN THE ALTERNATIVE FOR A MORE DEFINITE STATEMENT

      MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT CHAPTERHOUSE STUDIOS' RULE 12(b)(6) MOTION TO DISMISS PLAINTIFF'S COPYRIGHT CLAIMS OR IN THE ALTERNATIVE FOR A MORE DEFINITE STATEMENT

      NOTICE OF MOTION

upon Defendant Jon Paulson d/b/a Paulson Games by mailing it to his last known address at

      2232 College Road

      Downers Grove Illinois 60516

                              /s/ Thomas J. Kearney
                              One of the attorneys for Chapterhouse Studios LLC