# EXHIBIT 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:10-cv-08103 |
| v. | ) |
| | ) |
| CHAPTERHOUSE STUDIOS LLC and JON | ) Judge Matthew F. Kennelly |
| PAULSON d/b/a PAULSON GAMES, | ) Mag. J. Jeffrey T. Gilbert |
| | ) |
| Defendants. | ) |

**DEFENDANT CHAPTERHOUSE STUDIOS LLC'S REQUEST FOR
PRODUCTION OF DOCUMENTS TO GAMES WORKSHOP LIMITED SET ONE**

PROPOUNDING PARTY:        DEFENDANT CHAPTERHOUSE STUDIOS LLC

RESPONDING PARTY:        PLAINTIFF GAMES WORKSHOP LIMITED

SET:                ONE

Pursuant to Federal Rules of Civil Procedure 26 and 34, Defendant Chapterhouse Studios

LLC ("Chapterhouse") requests that you produce for inspection and copying the documents and

things listed below thirty days from service of this request to the offices of Winston & Strawn

LLP, 101 California Street, Suite 3900, San Francisco, CA 94111-5894, or at another location

mutually agreed upon by both parties.

For the purpose of this request for production of documents and things, the following

instructions shall apply and the following terms will have the meaning indicated:

**INSTRUCTIONS**

1.        If you contend that any information, document, or thing otherwise called for by

any request is excluded from production or discovery, answer so much of the discovery request

as is not subject to the claimed objection and, for each document or thing:

    a.    State whether the item shall not be produced because:

        1)    It is claimed to be privileged; or

        2)    It once existed but can no longer be located; or

        3)    It has been lost; or

        4)    It has been destroyed; and

    b.    For any information that is withheld on claim of privilege or other legal protection, state the basis for the claim, and without revealing information itself privileged or protected, describe the nature of the information sufficiently to enable Chapterhouse to assess the applicability of the claim. Include the identity of each person whom you believe has knowledge of such information.

2.    In producing these documents and things, identify and produce for inspection and copying not only those documents and things in your custody, but all documents and things in the custody of your attorneys, consultants, agents, other representatives, and other persons or entities subject to your control.

3.    Complete production is to be made on the date and at the time indicated above. The inspection and copying will begin at that time and will continue from day to day thereafter until completed.

4.    Produce the original and all copies of each requested document and thing, as well as the file in which they are kept, including all copies which bear any additional file stamps, marginal notes, or other additional markings or writings that do not appear on the original.

5.    Produce electronically stored information in TIFF format, with a load file indicating document breaks and document families such as emails and their attachments, and with metadata. Metadata here includes original filename, filetype, name of author, date created,

and date last modified, for all documents for which such data is available. In addition, for email files, metadata includes the date and time of sending and/or receiving, the subject line of the email, the names of the author and all recipients in the to, from, cc, and bcc fields, to the extent known, and indications of the filenames and file-sizes of any attachments. When TIFF format would not be reasonably usable to Chapterhouse, Chapterhouse may insist on production of native form.

6.     Affix a Bates number to each thing produced and to each document page produced, whether the page is in paper, TIFF, or other format.

7.     You have a duty to supplement your response from now until the time of hearing or trial, as provided by Rule 26(e) of the Federal Rules of Civil Procedure.

## DEFINITIONS

1.     The terms "you" or "your" refer to Plaintiff Games Workshop Limited and includes any persons controlled by or acting on behalf of that entity.

2.     The term "document" is synonymous in meaning and equal in scope to the usage of this term in Federal Rule of Civil Procedure 34 and its interpretation by the courts, including originals, copies, drafts or other productions of any written, graphic or otherwise recorded matter, however produced or reproduced, whether inscribed by hand, by computer or by mechanical, electronic, or photographic means.

3.     The term "concerning" means relating to, referring to, describing, reflecting, evidencing, constituting, or comprising.

4.     The terms "all" and "each" shall be construed to include all and each.

5.     The term "and" shall be construed to include "or" and vice versa and shall be the logical equivalent of "and/or."

6.    The use of the singular form of any word also includes the plural and vice versa.

REQUEST FOR PRODUCTION

1.    For each of Chapterhouse's works identified in Exhibit A to your Responses to

Chapterhouse Studios' First Set of Interrogatories, one exemplar of each of your works identified

in the corresponding table entry of Exhibit A, produced in the same order in which they are listed

in Exhibit A. If one page of a multi-page publication is identified in Exhibit A, produce the

entire publication.

Dated: May 19, 2011                     Respectfully submitted,

CHAPTERHOUSE STUDIOS LLC

By: _____

Jennifer Golinveaux (CA Bar No. 203056)
J. Caleb Donaldson (CA Bar No. 257271)
Thomas J. Kearney (CA Bar No. 267087)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Phone: (415) 591-1000
Fax: (415) 591-1400
Email: jgolinveaux@winston.com
jcdonaldson@winston.com
tkearney@winston.com

Eric Mersmann (IL Bar No. 6286859)
Catherine B. Diggins (IL Bar No. 6296237)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-1695
Phone: (312) 558-5600
Fax: (312) 558-5700
emersmann@winston.com
cdiggins@winston.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on May 19, 2011, I provided service of

### DEFENDANT CHAPTERHOUSE STUDIOS LLC'S REQUEST FOR

### PRODUCTION OF DOCUMENTS TO GAMES WORKSHOP LIMITED SET

### ONE

to the person or persons listed below by the following means: First Class Mail.

Scott R. Kaspar
Aaron J. Weinzierl
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312.832.4500
Facsimile: 312.832.4700
Email: skaspar@foley.com;
aweinzierl@foley.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
Email: jmoskin@foley.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 19, 2011

Signature: _____

Name:        Lisa Schuh

# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br>Defendants. | Civil Action No. 1:10-cv-08103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

**PLAINTIFF GAMES WORKSHOP STUDIOS LLC'S RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS TO GAMES WORKSHOP LIMITED SET ONE**

Pursuant to Fed.R.Civ.P. Rules 26 and 34, Games Workshop responds as follows to the First Request For Production of Documents of Defendant Chapterhouse Studios LLC.

**GENERAL OBJECTIONS**

1.      Games Workshop will produce electronically stored information in a format mutually agreed upon among counsel, or as otherwise appropriate.

**REQUESTS FOR PRODUCTION**

**REQUEST 1** For each of Chapterhouse's works identified in Exhibit A to your Responses to Chapterhouse's First Set of Interrogatories, one exemplar of each of your works identified in the corresponding table entry of Exhibit A, produced in the same order in which they are listed in Exhibit A. If one page of a multipage publication is identified in Exhibit A, produce the entire publication.

**RESPONSE:**

Games Workshop objects to the extent the request seeks documents or information

protected by the work product immunity or requires Games Workshop to produce documents or

things in a format not actually maintained by Games Workshop. Games Workshop further

objects that, as used in this request, the term "exemplar" is vague and ambiguous.

Without prejudice to or waiver of the foregoing objections, Games Workshop will

produce documents identifying the materials identified in Exhibit A to its response to

Chapterhouse's First Set of Interrogatories.

Dated: June 21, 2011

Respectfully submitted,

By: _____
Scott R. Kaspar

Scott R. Kaspar (Ill. Bar No. 6284921)
Aaron J. Weinzierl (Ill. Bar No. 6294055)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
Email: skaspar@foley.com; aweinzierl@foley.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
Email: jmoskin@foley.com

*Attorneys for Plaintiff Games Workshop Limited*

## CERTIFICATE OF SERVICE

I, Scott R. Kaspar, an attorney, hereby certify that on June 21, 2011, I caused a copy of the foregoing **PLAINTIFF GAMES WORKSHOP STUDIOS LLC'S RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS TO GAMES WORKSHOP LIMITED SET ONE** to be served on the interested parties by causing copies of this document to be served on the following *via* United States Mail in a sealed envelope with the postage prepaid and *via* electronic mail to the following:

> Jennifer A. Golinveaux, Esq.
> Thomas J. Kearney, Esq.
> J. Caleb Donaldson, Esq.
> WINSTON & STRAWN LLP
> 101 California Street
> San Francisco, CA 94111
> jgolinveaux@winston.com
> tkearney@winston.com
> jcdonaldson@winston.com
>
> Catherine B. Diggins, Esq.
> Eric J. Mersmann, Esq.
> WINSTON & STRAWN LLP
> 35 West Wacker Drive
> Chicago, IL 60601
> cdiggins@winston.com
> emersmann@winston.com
>
> and
>
> Ronald H. Spuhler
> Ronald A. DiCerbo
> Thomas J. Campbell Jr.
> MCANDREWS, HELD & MALLOY LTD.
> 500 W. Madison Street – 34th Floor
> Chicago, IL 60061

_____
Scott R. Kaspar

# EXHIBIT 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GAMES WORKSHOP LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:10-cv-08103 |
| v. | ) | |
| | ) | |
| CHAPTERHOUSE STUDIOS LLC and JON | ) | |
| PAULSON d/b/a PAULSON GAMES, | ) | |
| | ) | Judge Matthew F. Kennelly |
| Defendants. | ) | |

**DEFENDANT CHAPTERHOUSE STUDIOS LLC'S REQUEST FOR
INTERROGATORIES TO GAMES WORKSHOP LIMITED SET ONE**

PROPOUNDING PARTY:          DEFENDANT CHAPTERHOUSE STUDIOS LLC

RESPONDING PARTY:          PLAINTIFF GAMES WORKSHOP LIMITED

SET:          ONE

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendant
Chapterhouse Studios LLC ("Chapterhouse") requests that Plaintiff Games Workshop Limited
respond to the interrogatories below, within thirty (30) days of the date of service.

**INSTRUCTIONS**

1.          In answering these interrogatories, furnish all information, including information
contained in or on any document, that is known or available to you, including all information in
the possession of your attorneys or other persons acting on your behalf or under your attorney's
employment or direction.

2.          For any information that is withheld on claim of privilege or other legal
protection, state the basis for the claim, and without revealing information itself privileged or
protected, describe the nature of the information sufficiently to enable Chapterhouse to assess the
applicability of the claim.  Include the identity of each person whom you believe has knowledge
of such information.

3.     If you cannot answer the interrogatory fully and completely after exercising due diligence to make inquiries and secure information necessary to do so, so state, and answer the interrogatory to the full extent you deem possible, specify the portion of the interrogatory that you claim you are unable to answer fully and completely; and state what knowledge, information and belief you have concerning the unanswered portion of the interrogatory.

4.     The obligation to respond to this interrogatory is continuing and requires further answer and amendment from now until the time of hearing or trial, as provided by Federal Rule of Civil Procedure 26(e).

## DEFINITIONS

1.     The terms "you" or "your" refer to Plaintiff Games Workshop Limited and includes any persons controlled by or acting on behalf of that entity.

2.     The terms "your work" or "your works" refer to literary, pictorial, graphic, sculptural, or other works, as well as characters, in which Games Workshop Limited claims copyright.

3.     The term "Chapterhouse" refers to Defendant Chapterhouse Studios LLC as well as its officers, directors, employees, and authorized representatives.

4.     The words "or" and "and" shall be read in the conjunctive and in the disjunctive wherever they appear, and neither of these words shall be interpreted to limit the scope of the interrogatory.

5.     As used herein, the term "identify" requires the following information:

    (a)     With respect to a natural person, provide:  full name; any aliases; present or last known business address, telephone number, and email address; occupation and business position or title held; present or last known U.S. residence address, telephone number, and email address (or, if not a U.S. resident, present foreign residence address, telephone number, and email address and last known U.S. residence address).

2

(b)     With respect to an entity (corporation, company, partnership, joint venture or other entity which is not a natural person), provide: full name; place of incorporation or organization (if any); street address of principal place of business; and principal telephone number.

(c)     With respect to a "copyright," identify the work and specify whether it is literary, pictorial, graphic, sculptural, a character, or other (and if "other" what type of work); the author; the date of creation; the current owner; any current exclusive licensee; the U.S. copyright registration or application number if any; and in the case of multi-page works, the specific page and textual passage or passages, if any, of the work alleged to be infringed.

## INTERROGATORIES

### INTERROGATORY NO. 1:

Identify each infringement of your copyrights for which you claim Chapterhouse is liable, by identifying (a) the copyright infringed; (b) the allegedly infringing product or products; (c) the exclusive right or rights of the copyright owner, as set forth in 17 U.S.C. section 106, that you claim has been infringed; and (d) the specific conduct that constitutes the infringement.

### INTERROGATORY NO. 2:

For each of the one hundred and six Chapterhouse products that you allege infringes your copyrights, identify (a) each of your copyrights that you allege the product infringes; (b) the exclusive right or rights of the copyright owner, as set forth in 17 U.S.C. section 106, that you claim has been infringed; and (c) the specific conduct that constitutes the infringement.

Dated: April 1, 2011                    Respectfully submitted,

CHAPTERHOUSE STUDIOS LLC

By:     _____

Jennifer Golinveaux (CA Bar No. 203056)
J. Caleb Donaldson (CA Bar No. 257271)
Thomas J. Kearney (CA Bar No. 267087)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Phone: (415) 591-1000
Fax: (415) 591-1400
jgolinveaux@winston.com
jcdonaldson@winston.com
tkearney@winston.com

Eric Mersmann (IL Bar No. 6286859)
Catherine B. Diggins (IL Bar No. 6296237)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-1695
Phone: (312) 558-5600
Fax: (312) 558-5700
emersmann@winston.com
cdiggins@winston.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2011, I provided service to the person or persons listed below by

the following means: First Class Mail.

Scott R. Kaspar
Aaron J. Weinzierl
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312.832.4500
Facsimile: 312.832.4700
Email: skaspar@foley.com;
aweinzierl@foley.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
Email: jmoskin@foley.com


Signature: _____       Date: April 1, 2011
Name          Carleen Chea


SF:306656.1

# EXHIBIT 4

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

GAMES WORKSHOP LIMITED,

                         Plaintiff,

          v.

CHAPTERHOUSE STUDIOS LLC and JON
PAULSON d/b/a PAULSON GAMES

                        Defendants.

Civil Action No. 1:10-cv-8103

### PLAINTIFF'S RESPONSES TO CHAPTERHOUSE STUDIOS'
### FIRST SET OF INTERROGATORIES

Pursuant to Fed. R. Civ. P. Rule 26 (a)(1), , Pursuant to Fed.R.Civ.P. Rule 33, plaintiff, Games Workshop Limited ("Games Workshop") responds as follows to the First Set of Interrogatories of Defendant Chapterhouse Studios LLC ("Chapterhouse"), served by email on April 1, 2011.

### INTERROGATORIES

#### INTERROGATORY NO. 1:

Identify each infringement of your copyrights for which you claim Chapterhouse is liable, by identifying (a) the copyright infringed; (b) the allegedly infringing product or products; (c) the exclusive right or rights of the copyright owner, as set forth in 17 U.S.C. Section 106, that you claim has been infringed; and (d) the specific conduct that constitutes the infringement.

#### RESPONSE

Games Workshop objects that this interrogatory is a premature contention request and that, as set forth in the complaint herein, calls for production of information in the possession of

defendant. Games Workshops' characters and story-lines for its Warhammer and Warhammer 40,000 series of works are present in a vast number of works authored by Games Workshop, and only defendant knows which of the foregoing works (including the twenty works identified in the complaint) defendant accessed and consulted as inspiration for his 106 works in issue.

Without prejudice to or waiver of the foregoing objections, (a) Games Workshop has identified the following as works to which it believes Chapterhouse likely had access: Warhammer 40,000 rule book (editions one through five); Space Marine Collectors' Guide (editions one and two); Warhammer 40,000 Tyranids (editions one through five); Warhammer 40,000 Space Marines (editions one through four); Warhammer 40,000 Dark Angels (editions one through three); Warhammer 40,000 Chaos Space Marines (editions one through four); Index Astartes II, January 2002; Index Astartes III, February 2004; Index Astartes IV, June 2005; The Horus Heresy Collected Visions, June 2007; The Art of Warhammer 40,000, January 2006; White Dwarf Magazine 249, September 2000; How to Paint Space Marines, April 2005; Soul Drinkers, September 2002; Games Workshop Complete Catalog & Hobby Reference 2006-2007; (b) Games Workshop believes all 106 of Chapterhouse's products incorporate and its entire website collecting and presenting the same incorporate elements copied from Games Workshop's copyrighted works; (c) Games Workshop contends that Chapterhouse has, without limitation, reproduced copies of the copyrighted works, has prepare derivative works based upon the copyrighted works and has distribute copies thereof to the public by sale or other transfer of ownership; and (d) Games Workshop contends that Chapterhouse has infringed its copyright by copying, producing, manufacturing and selling the subject goods.

Attached hereto as Exhibit A is a summary of Games Workshop's current understanding of at least some of the likely sources of Chapterhouse's works in issue.

**INTERROGATORY NO. 2:**

For each of the one hundred and six Chapterhouse products that you allege infringes your copyrights, identify (a) each of your copyrights that you allege the product infringes; (b) the exclusive right or rights of the copyright owner, as set forth in 17 U.S.C. Section 106, that you claim has been infringed; and (c) the specific conduct that constitutes the infringement.

**RESPONSE**

Games Workshop objects that this interrogatory is needlessly cumulative and repetitive of Interrogatory 1.

Without prejudice to or waiver of the foregoing objections, Games Workshop incorporates by reference herein its responses to the foregoing Interrogatory No. 1.

Dated:     May 4, 2011          Respectfully submitted,

By:  _____
      Scott R. Kaspar

      Scott R. Kaspar  (IL Bar No. 6284921)
      Aaron J. Weinzierl (IL Bar No. 6294055)
      FOLEY & LARDNER LLP
      321 North Clark Street, Suite 2800
      Chicago, Illinois 60654
      Telephone:  (312) 832-4500
      Facsimile:  (312) 832-4700
      Email:  skaspar@foley.com; aweinzierl@foley.com

      Jonathan E. Moskin (*pro hac vice*)
      FOLEY & LARDNER LLP
      90 Park Avenue
      New York, New York 10016
      Telephone:  (212) 682-7474
      Facsimile:  (212) 687-3229
      Email:  jmoskin@foley.com

      *Attorneys for Plaintiff Games Workshop Limited*

## CERTIFICATE OF SERVICE

I, Scott R. Kaspar, an attorney, hereby certify that on May 4, 2011, I caused a copy of the foregoing **PLAINTIFF'S RESPONSES TO CHAPTERHOUSE STUDIOS' FIRST SET OF INTERROGATORIES** to be served on the interested parties by causing copies of this document to be served *via* United States Mail in a sealed envelope with the postage prepaid to the following:

Jennifer A. Golinveaux, Esq.
Thomas J. Kearney, Esq.
J. Caleb Donaldson, Esq.
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
jgolinveaux@winston.com
tkearney@winston.com
jcdonaldson@winston.com

Catherine B. Diggins, Esq.
Eric J. Mersmann, Esq.
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
cdiggins@winston.com
emersmann@winston.com

Mr. Jon Paulson
d/b/a Paulson Games
2232 College Road
Downers Grove, IL 60516

Scott R. Kaspar

NYC_1119884

# EXHIBIT A

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 1 | Eagle Thunder Hammer for Space Marine | Games Workshop sells Thunder Hammers, a power weapon used by Space Marines. *See, e.g.*, Space Marine Collector's Guide 2003, page 14. |
| | Shoulder Pad w/ Shield & Studs for Space Marine – Tactical | High Elf and Empire are both Warhammer fantasy armies. Forge World sell Mark V Heresy Space Marines. Chaos Space Marines are a Warhammer 40,000 army. The Black Templars are a Space Marine Chapter. Their Chapter colours are black and white. The Chapter's icon is a black cross with a skull at its centre. *See, e.g.*, Index Astartes II 2003, page 45; Warhammer 40,000 Space Marine Land Speeder 1998, page 5. |
| | Skull or Chaplain Head Bit for Space Marines | Chaplains are a rank within the Space Marines army. Their iconography heavily features skulls. *See, e.g.*, Space Marine Chaplain with skull helmet available on the Games Workshop website. |
| | Shoulder Pads for Blood Eagle – Tactical | The Blood Ravens are a Space Marine Chapter for the Dawn of War computer game (produced under licence from Games Workshop). *See, e.g.*, The Art of Warhammer 40,000 2006, page 71. |
| | Shoulder Pads for Blood Eagle – Terminator | Forge World sells a Blood Raven decal/transfer sheet on its website - Decals are used to decorate Space Marines, including shoulder pads.<br><br>The Blood Angels are a Space Marine Chapter. Their iconography includes blood drops. *See, e.g.*, Index Astartes II 2002, page 31.<br><br>The Blood Ravens are a Space Marine Chapter for the Dawn of War computer game (produced under licence from Games Workshop). *See, e.g.*, The Art of Warhammer 40,000 2006, page 71.<br><br>Terminator refers to a type of Space Marine armour. Games Workshop sells Space Marines in Terminator armour. |
| | Celestial Lions Left Arm Shoulder Pad Bit - Tactical | The Celestial Lions is a Space Marine Chapter. *See, e.g.*, White Dwarf magazine issue 249, page 33.<br><br>The Celestial Lions Chapter symbol is the head of a Lion on a blue or black background. |
| 7 | Celestial Lions Right Arm Shoulder Pad Bit - Tactical | Celestial Lions/Lions Rampant – See product 6 |

NYC_1127493.2

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 8 | Shoulder Pads for Deathwatch or Dark Angels - Tactical | The Dark Angels is a Space Marine Chapter. *See* Index Astartes I 2002, page 19. |
|  |  | The Death Watch is a Space Marine Chapter. *See* Index Astartes II 2002, page 42. |
|  |  | The Inquisition is a Warhammer 40,000 army. |
|  | Shoulder Pads for Deathwatch or Dark Angels - Terminator | Image shows 3 arches: middle arch contains a Long Sword; right arch contains an angel wing - these are Dark Angel icons. It looks like the left arch contains a storm bolter (a type of Space Marine gun). |
|  |  | The Dark Angels Chapter colours are bone white and green. Their iconography includes images of angel wings, broadswords and figures in hooded cassocks. Triptychs (three panelled artwork) also form a part of their iconography. |
|  |  | Triptychs are shown on the central character's belt and also the gun being fired at the bottom of the artwork. |
| 0 | Power Armour Pad for Exorcist | Death Watch and Inquisition – *see* product 8 |
|  |  | Games Workshop's Space Marine Chapter is called Exorcists in the plural. Their icon is a skull with horns curving downwards. *See* White Dwarf magazine issue 249, page 33. |
|  |  | Librarian is a rank in the Space Marine army. |
| 1 | Terminator pad for Exorcist Space Marine | Exorcists & Librarians – *see* product 10 |
| 2 | Sawblade Shoulder Pad & Jewel | The Flesh Tearers are a Space Marine Chapter. Their icon is a circular saw blade with a blood drop in the centre. The Chapter's colours are black and red. *See* Index Astartes II, page 49. |
|  |  | Games Workshop sells Flesh Tearers shoulder pads. |
| 13 | Terminator Shoulder Pad for Flesh Tearers | Flesh Tearers - *see* product 12. |

NYC_1127493.2

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 4 | Howling Griffon Shoulder Pads for Space Marines | Terminator – *see* product 5.<br><br>The Howling Griffons are a Space Marine Chapter. Their icon is a griffon and their Chapter colours are red and yellow.<br><br>*See* The Art of Warhammer 40,000 2006, page 71. |
| 5 | Shoulder Pads for Imperial Fist – Tactical Marines | Loyalist refers to the Space Marine Chapters that fight for the Imperium of Mankind. The Imperial Fists are a Space Marines Chapter. Their icon is a clenched hand. The hand is always shown in a gauntlet (armoured glove). Their Chapter colour is yellow. *See* Index Astartes II 2002, page 13.<br><br>Games Workshop sells Imperial Fists shoulder pads.<br><br>The Crimson Fists are a Space Marines Chapter. Their icon is also a clenched hand in a gauntlet. Their Chapter colours are red and blue. *See* Index Astartes IV 2004, page 39.<br><br>Games Workshop sells Crimson Fists shoulder pads<br><br>The Second Founding is when the Space Marine Legions (First Founding) were first split down into Chapters (Second Founding). |
| 6 | Shoulder Pad for Imperial Fist – Terminator Marine | Tactical - *see* product 54.<br><br>Loyalist – *see* product 15.<br><br>Imperial Fist – *see* product 15.<br><br>Crimson Fist – *see* product 15.<br><br>Second Founding – *see* product 15.<br><br>Terminator – *see* product 5. |
| 7 | Shoulder Pads for Serpent or Iron Snakes - Tactical | The Iron Snakes are a Space Marine Chapter used in the Games Workshop Black Library novels. *See* The Art of Warhammer 40,000 2006, page 70.<br><br>The Iron Snakes icon is a snake facing left with its mouth open and its body |

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 19 | Shoulder Pads for Serpent or Iron Snakes - Terminator | arched. |
| | | Iron Snakes – *see* product 17. |
| | | Terminator – *see* product 5. |
| 19 | Shoulder Pad w/ Studs and Skull for Space Marine - Tactical | The shoulder pad shown is based on Mk V Heresy armour – *see* product 2. |
| | | Loyalist – *see* product 15. |
| | | Chaos Space Marine – *see* product 2. |
| | | The Legion of the Damned is a Space Marine Chapter. \ |
| | | *See* How to paint Space Marines 2004, page 85. |
| | | They use the skull emblem on their shoulderpads. |
| | | Games Workshop sells Legion of the Damned models on its website. |
| | | Tactical – *see* product 54. |
| 20 | Shoulder Pad w/ Skull and Flames for Space Marines - Tactical . | Space Marines show their Chapter icon on their left shoulder. *See* Warhammer 40,000 Chaos Space Marines 2007, page 21. |
| | | The Sanctified is a Chaos Space Marine Legion. It has a flaming skull as its icon. |
| | | Loyalist – *see* product 15. |
| | | Chaos Space Marine – *see* product 2. |
| | | Legion of the Damned - *see* product 19. |
| | | Tactical – *see* product 54. |
| 21 | Shoulder Pad Star Fox / Luna Wolves Tactical | The Star Fox is a fan created Space Marine Chapter. |
| | | The Luna Wolves are a Space Marine Legion. |
| | | Their Legion icon incorporates a black wolf's head shown face on. *See* Index |

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|-----|----------------------|----------------|
| 22 | Shoulder Pad Star Fox / Luna Wolves Terminator | Astartes IV, 2004, page 3. Tactical – *see* product 54. Terminator – *see* product 5. Star Fox/Luna Wolves – *see* product 21. |
| 23 | Shoulder Pads for Chalice or Soul Drinker - Tactical | The Soul Drinkers are a Space Marine Chapter used in the Games Workshop Black Library novels. *See* Soul Drinkers 2002, front cover. The Soul Drinkers Chapter colour is purple and their icon is a gold chalice with spikes rising up from the bowl of the cup. |
| 24 | Shoulder Pads for Chalice or Soul Drinker - Terminator | Tactical – *see* product 54. Soul Drinkers – *see* product 23. |
| 25 | Dragon or Salamander Icon Shoulder Pad Bit - Tactical | Terminator – *see* product 5. The Salamanders are a Space Marine Chapter. Their iconography is a crested lizard head and they use scales as armour decoration. The Chapter's colours are green and black. *See* Index Astartes IV, 2004, page 19. |
| 26 | Dragon or Salamander Icon Shoulder Pad - Terminator . | Tactical – *see* product 54. Salamanders – *see* product 25. |
| 27 | Dragon or Salamander Power Fist | Terminator – *see* product 5. Salamanders – *see* product 25. A power fist is a Space Marine weapon. Forge World sells a power fist. A lightning claw is a Space Marine weapon. Games Workshop sells lightning claws. Terminator – *see* product 5. Power armour – *see* product 3. |
| 28 | Dragon or Salamander Storm Shield Diamond Scales | Salamanders – *see* product 25. Power armour – *see* product 3. High Elf – *see* product 1. Power armour – *see* product 3. Space Marines use Storm Shields. Games Workshop sells these on its website - |
| 29 | Dragon or Salamander Storm Shield - Smooth no skull | Terminator – *see* product 5. Storm shield – *see* product 28. |

NYC_1127493.2

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|-----|---------------------|----------------|
| | | Index Astartes IV 2004, page 19. |
| | | Example of scales shown on Salamanders Space Marines. |
| | | High Elf – *see* product 1. |
| | | Power armour – *see* product 3. |
| | | Terminator – *see* product 5. |
| 10 | Dragon or Salamander Storm Shield - Smooth w/ skull | Salamanders – *see* product 25. |
| | | Storm shield – *see* product 28. |
| | | High Elf – *see* product 1. |
| | | Power armour – *see* product 3. |
| | | Terminator – *see* product 5. |
| 11 | Dragon or Salamander Thunder Hammer | Thunder hammer – *see* product 1. |
| | | Power weapon – *see* product 1. |
| | | Salamanders – *see* product 25. |
| | | High Elf and Empire – *see* product 1. |
| 12 | Salamander, Alpha Legion or Dragon Conversion Kit for Land Raider | The Land Raider is a Space Marine vehicle. Games Workshop sells Land Raiders on its website. |
| | | Salamanders – *see* product 25. |
| | | Forge World sells a Salamanders conversion kit for the Land Raider on its website. |
| | | The Alpha Legion is a Space Marine Legion. Its icon is a creature that has the body of a snake and three horned dragon heads. The colour of the icon is bright green. |
| | | Index Astartes IV, 2004, page 31. |

NYC_1127493.2

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|-----|---------------------|----------------|
| | | Forge World sells an Alpha Legion Land Raider conversion kit on its website. Heavy bolter and Assault cannon are Space Marine weapons. |
| 3 | Vehicle Icons for Flesh Tearers | Flesh Tearers – *see* product 12. |
| | | Rhinos, Land Raiders, Drop pods and Land Speeders are Space Marine vehicles. |
| | | A Dreadnought is a type of Space Marine. Games Workshop sells Dreadnoughts. |
| 4 | Combi Weapon Magnetic Kit | Each of the weapons is a GW weapon by name and look. |
| | | A combi weapon is a weapon such as a rifle or pistol which can have a second weapon mounted on to it. |
| | | A melta gun fires a wave of energy that heats up the target, causing it to explode. |
| | | A plasma gun fires a ball of super heated energy. |
| | | In the Warhammer 40,000 background, Space Marines can use combi-weapons. In the game's rules this is represented by the Space Marine player having the option of arming his models with one of three types of combi-weapon: melta, plasma or flamer. The rules also provide the option of attaching a grenade launcher to the Space Marine's combi-weapon. *See* Warhammer 40,000 Space Marines, page 97. |
| 5 | Farseer Jetbike Seer Council Kit | A Farseer is a character from the Eldar army. Games Workshop sells Eldar Farseers on its website - Oval shaped gems are frequently used on Eldar clothing, weapons and vehicles. |
| | | A jetbike is an Eldar army vehicle. Games Workshop sells Eldar jetbikes on its website. |
| | | The Seer Council are a unit in the Eldar army. Games Workshop sells the Seer Council on its website. |
| | | Jetbike – *see* product 35. |
| | | Seer Council – *see* product 35. |
| 6 | Warlock Jetbike Seer Council Kit | The Warlock is a character from the Eldar army. Games Workshop sells Warlocks on its website. |

NYC_1127493.2

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|-----|---------------------|----------------|
| 37 | Conversion kit for Tyranid Tervigon | Tyranids are a Warhammer 40,000 army. The Tervigon is a type of Tyranid creature. *See* Warhammer 40,000 Tyranids 2009, page 52. The Termagants and Trygon are also creatures from the Tyranid army. |
| 38 | Lashwhips - Tyrant Size | The Tyrant is a Tyranid creature – *see* product 37.<br><br>The lashwhip is a weapon used by Tyranid creatures, including the Tyrant. The lashwhip forms part of the creature's arm rather than it being held in its hand.<br><br>Games Workshop sells the Tyrant on its website. |
| 39 | Lashwhips - Warrior Size | Tyranids – *see* product 37.<br><br>Lashwhip – *see* product 38. |
| 40 | Tyrant Bonesword Arms for Tyranids | A Warrior is a type of Tyranid creature. Games Workshop sells Tyranid Warriors.<br><br>A bonesword is a weapon used by Tyranid creatures. It forms part of the creature's arm rather than being held in its hand. *See* Codex Tyranids 2009, page 66. |
| 41 | Warrior Bonesword Arms for Tyranids | A Swarmlord is a Tyranid creature. See the 'Guide to the Warhammer 40,000 Universe'. Warhammer 40,000 Tyranids 2009, page 56.<br><br>Bonesword – *see* product 40. |
| 42 | Ymgarl Heads for Tyranid Genestealers - Set | Warrior – *see* product 39.<br><br>Genestealers are creatures in the Tyranid army. The Ymgarl is a variant of a Genestealer.<br><br>As part of the Tyranid Genestealer boxed set, Games Workshop included a head component which can convert a Genestealer model into a Genestealer Ymgarl. The components are © Games Workshop 2004. Warhammer 40,000 Tyranids 2010, page 61. |
| 43 | SXV-141 Super-Heavy Assault Walker SAW | The Tau refers to the Tau Empire, a Warhammer 40,000 army.<br><br>The Tau Empire use rail guns as weapons on their vehicles. The Tau decorate their clothing, weapons and vehicles with the Tau Empire symbol. *See* Tau |

NYC_1127493.2

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| | | Empire decal sheet, 2001. An Imperial Titan is a large walking weapons platform used by Imperial forces such as the Space Marines or Imperial Guard. |
| 14 | Assault Shoulder Pad for Space Marine with number 7 | Assault is a type of Space Marine squad. An Assault squad will have an 'X' symbol and their squad number shown on their right shoulder pads. The squad number will be between 1-10. Games Workshop sells assault squad shoulder pads. Power armour – *see* product 10. Tactical – *see* product 54. |
| 15 | Assault Shoulder Pad for Space Marine with number 8 | Assault – *see* product 46. Power armour – *see* product 10. Tactical – *see* product 54. |
| 16 | Assault Squad Shoulder Pad for Space Marine - Plain | Assault – *see* product 44. Power armour – *see* product 10. |
| 17 | Crested Pad for Space Marine | Tactical – *see* product 54. Space Marine Captain has a crested shoulderpad with 'rivets' along the edge where the crest attaches to the pad Loyalist – *see* product 16. Chaos Space Marine – *see* product 2. |
| 18 | Devastator Shoulder Pad for Space Marine - Plain | Tactical – *see* product 54. Devastator is a type of Space Marine squad. A Devastator squad has an inverted 'V' symbol on their right shoulder pads. *See* Warhammer 40,000 Space Marines 2004, page 70. A Devastator squad member will have their squad number shown on their right shoulder pads. The squad number will be between 1-10. The colors on the shoulder pad refer to a Chapter colour, *i.e.*, blue and gold are the colours of the Ultramarines Space Marine Chapter. *See* Index Astartes III 2003, page 23 Power armour – *see* product 3. |

**EXHIBIT A**

NYC_1127493.2

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 49 | Devastator Shoulder Pad for Space Marine with number 9. | Devastator – *see* product 48. |
| 50 | Devastator Shoulder Pad for Space Marine with number 10. | Devastator – *see* product 48. |
| 51 | First Squad or 1 Shoulder Pads - tactical. | Tactical – *see* product 54. Loyalist – *see* product 15. |
| 52 | Generic Power Armour Shoulder Pad for Space Marine – Plain | Tactical – *see* product 54. Games Workshop's Sci-Fi Shoulder pad has the unique characteristics of<br><br> ○ Covering from start of shoulder to above the elbow<br> ○ Large border around outer edge<br> ○ Left shoulder pad – squad markings<br> ○ Right shoulder pad – Chapter symbol |
| 53 | Smooth Shoulder Pad for Space Marine – no raised areas | *See* 52 above. |
| 54 | Tactical Shoulder Pad for Space Marine | Tactical is a type of Space Marine squad. A Tactical squad will have an upward pointing arrow symbol on their right shoulder pad. A Tactical squad member will have their squad number shown on their right shoulder pads. The squad number will be between 1-10. The colours on the shoulder pad refer to a Chapter colour, *i.e.*, red and gold are the colours of the Blood Angels Space Marine Chapter. *See* product 4. Games Workshop sells Tactical shoulder pads. |
| 55 | Tactical Shoulder Pad for Space Marine with number 1. | Tactical – *see* product 54. |
| 56 | Tactical Shoulder Pad for Space Marine with number 2 | Tactical – *see* product 54. |
| 57 | Tactical Shoulder Pad for Space Marine with Number 3 | Tactical – *see* product 54. |
| 58 | Tactical Shoulder Pad for Space Marine with Number 4. | Tactical – *see* product 54. |
| 59 | Tactical Shoulder Pad for Space Marine with number 5 | Tactical – *see* product 54. |
| 60 | Tactical Shoulder Pad for Space Marine with number 6 | Tactical – *see* product 54. |

NYC_1127493.2

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 61 | Salamanders or Dragon Drop Pod Armor or door panel | A drop pod is a Space Marine vehicle. Games Workshop sells drop pods on its website – The icon on the Chapterhouse door is based on the Salamanders Chapter icon – *see* product 25. |
| 62 | Salamander Dragon Skull Shoulder Pad Bit – Tactical | The icon on the Chapterhouse pad is based on the Salamanders Chapter icon – *see* product 25. The icon on the Chapterhouse pad is based on the Salamanders Chapter icon – *see* product 25. Tactical – *see* product 54. |
| 63 | Salamander Dragon Skull Shoulder Pad - Terminator | The icon on the Chapterhouse pad is based on the Salamanders Chapter icon – *see* product 25. Terminator – *see* product 5. |
| 64 | Salamander Dragon Thunder Hammer - Smooth | The icon on the left side of the head on the far left hammer is based on the Salamanders Chapter icon – *see* product 25. Power weapon and thunder hammer – *see* product 1. Terminator – *see* product 5. |
| 65 | Dragon Salamander Head Bit Space Marine | High Elf and Empire – *see* product 1. Salamanders – *see* product 25. This is based on a Space Marine Mk 7 helmet. *See* Warhammer 40,000 Space Marines 2008, page 71. Noted characteristics: <br>• Rectangular open vent on top of helmet <br>• Shape of eyes <br>• Two tubes entering the jawline on each side <br>• Box shape covering ear section |
| 17 | Cog Shoulder Pad - Power Armor . | Iron Hands – *see* product 68. The Adeptus Mechanicus are an organisation in the Warhammer 40,000 background. Their icon is a skull within a cog. The Art of Warhammer 40,000 2006, page 201. Techmarines are a rank within the Space Marines army. They are the mechanics of the army and are strongly associated with the Adeptus Mechanicus and |

NYC_1127493.2

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 68 | Shield for Iron Hands | technology.<br>The Iron Hands are a Space Marine Chapter. Index Astartes 2003, page 3.<br>The Iron Hands Chapter icon is a gauntleted left hand, shown palm downwards. Index Astartes III 2003, page 3.<br>The Chapter is strongly associated with technology - cogs and power cables feature on their armour and vehicles.<br>Index Astartes III 2003, page 3. |
| 69 | Shoulder Pad for Iron Hands Power Armor | Power armour – *see* product 3.<br>Iron Hands – *see* product 68. |
| 70 | Shoulder Pad for Iron Hands Terminator armor | Terminator – *see* product 5.<br>Iron Hands – *see* product 68. |
| 71 | Banded Armor Terminator Pad | Power armour – *see* product 3.<br>Terminator – *see* product 5.<br>This is Mk1 Space Marine Armour – *see* 66 above.<br>Iron Hands – *see* product 68. |
| 72 | Banded Power Armour Shoulder Pads | Terminator – *see* product 5.<br>This is Mk1 Space Marine Armour – *see* 66 above.<br>Power armour – *see* product 3.<br>Iron Hands – *see* product 68. |
| 73 | Studded Rimmed Shoulder Pad MKV | Mk V armour – *see* product 2.<br>Loyalist – *see* product 15.<br>Chaos Space Marines – *see* product 2. |

NYC_1127493.2

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 4 | Five (5) Heresy Era Jump Packs for Space Marines | Tactical – *see* product 54.<br><br>Space Marines use jump packs. Heresy refers to the type of jump pack used during the Horus Heresy. *See* The Horus Heresy – Collected Visions 2007, page 284. |
| 5 | Masked Heresy Heads for Space Marines – 4 | Heresy refers to Mk V Heresy armour – *see* product 2. |
| 46 | MK 1 Heresy Era for Space Marine "Thunder Armor" Shoulder Pad | Thunder armour is the alternative name for Mk 1 Space Marine armour. *See* product 68.<br><br>Loyalist – *see* product 15.<br><br>Chaos Space Marines – *see* product 2.<br><br>Tactical – *see* product 54. |
| 7 | Spikey Heresy Heads for Space Marines | Heresy refers to Mk V Heresy armour – *see* product 2. |
| 8 | Studded Power Armor Pad for MK 5 | Mk V armour – *see* product 2.<br><br>Power armour – *see* product 3. |

NYC_1127493.2

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 79 | Rhino Conversion Kit for Space Wolves | A Rhino is a Space Marine vehicle used by the Space Wolves Chapter. *See* Codex Space Wolves 2000, page 19.<br><br>The Space Wolves Chapter's iconography includes wolf skulls, wolf tails and fangs.<br><br>Space Marine Collector's Guide 2003, page 32.<br><br>Forge World sells a Space Wolves conversion pack for the Rhino. |
| 80 | Storm Combat Space Tech Shield for Wolves | Space Wolves are a Space Marine Chapter. Index Astartes II 2002, page 3. Sons of Russ is a reference to Leman Russ, the Space Wolves founder (Primarch).<br><br>Storm shields and combat shields are used by Space Marines. *See* 79 above for further information about Space Wolves. |
| 81 | Generic Hammer 2 | Thunder hammers – *see* product 1.<br><br>Empire – *see* product 1. |
| 82 | Imperial or Eagle Storm Shield | High Elf and Empire – *see* product 1.<br><br>Storm shields – *see* product 28.<br><br>Power armour – *see* product 1. |

NYC_1127493.2

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 83 | "Heresy" Armoured Drop Pod Door | Terminators – *see* product 5.<br><br>Drop pod – *see* product 63.<br><br>Heresy is a reference to Mk V Space Marine armour – *see* product 2. *See also* Mk 1 Space Marine armour. |
| 84 | Armoured Rhino for Space Marine Tank Door & Armor Kit | The pattern on these components is Mk 1 type Space Marine armour – *see* product 66.<br><br>Rhino – *see* product 79.<br><br>Heresy – *see* product 2. |
| 85 | Rhino Tank Conversion Kit for Space Marine Dragon or Salamander | Rhino – *see* product 79.<br><br>Salamanders – *see* product 25.<br><br>Two pieces have the Salamanders Space Marine Chapter icon on them. Two others join together to make a Salamanders icon.<br><br>Index Astartes IV, 2004, page 19. |
| 86 | Mycetic Spore for Tyranids | Tyranids and Carnifex – *see* product 37.<br><br>A Mycetic spore is a Tyranid creature. It is used to transport other Tyranid creatures from vessels in orbit onto a planet. Warhammer 40,000 Tyranids 2009, page 54.<br><br>Gaunts are a type of Tyranid creature.<br><br>The two Tyranid miniatures in Chapterhouse's image are a Carnifex (with Chapterhouse's Tervigon components attached) and a Games Workshop Termagaunt. |
| 87 | Pre-Heresy Scarab Shoulder Pads for Thousand Sons Marines – Term | The Thousand Sons are a Chaos Space Marine Legion. Index Astartes 2003, page 41.<br><br>Scarabs were featured on their armour prior to and during the Horus Heresy. The Horus Heresy – Collected Visions 2007, page 90. |

NYC_1127493.2

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 88 | Scarab Shoulder Pad for Thousand Sons - Power Armor | Thousand Sons – *see* product 87. |
| 89 | Starburst Shoulder Pad for Thousand Sons Marines - Power Armor | The Thousand Sons Chapter icon was originally a circle with eight points. The Horus Heresy – Collected Visions 2007, page 48. |
| 90 | Shoulder Pad for Mantis Warriors Marines - Power Armor (1) | The Mantis Warriors are a Space Marine Chapter. White Dwarf 101 1988, page 72. |
| 91 | | |
| 92 | Shoulder Pad for Blood Ravens Marines - Terminator | Blood Raven/Blood Angles – *see* product 4. |
| 93 | Shoulder Pad for Blood Ravens Marines - Power Armor | Blood Raven/Blood Angles – *see* product 4. |
| 94 | Dragon or Salamander Variant Rhino Door Kit | Space Wolves – *see* product 79. Rhino – *see* product 79. Alpha Legion – *see* product 32. The side door components are decorated with Salamanders Chapter icons – *see* product 25. |
| 95 | Rhino Conversion #2 kit For Space Wolves | Space Wolves - *see* product 79. The Space Wolves Chapter decorates its vehicles with wolf's heads shown face on. *See* Warhammer 40,000 Space Wolves 2009, page 78. |
| 96 | Tactical Rhino Doors with Skulls Kit | Games Workshop sells products decorated with piles of skulls. |
| 97 | Rhino Tank Conversion Kit for Iron Snakes | The three components on the top row have Iron Snakes icons. *See* product 17. |

# EXHIBIT 5

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

GAMES WORKSHOP LIMITED,

                                    Plaintiff,

        v.                                          Civil Action No. 1:10-cv-8103

CHAPTERHOUSE STUDIOS LLC and JON
PAULSON d/b/a PAULSON GAMES

                                    Defendants.

## PLAINTIFF'S AMENDED RESPONSES TO CHAPTERHOUSE STUDIOS' FIRST SET OF INTERROGATORIES

Pursuant to Fed. R. Civ. P. Rule 26 (a)(1), , Pursuant to Fed.R.Civ.P. Rule 33, plaintiff, Games Workshop Limited ("Games Workshop") responds as follows to the First Set of Interrogatories of Defendant Chapterhouse Studios LLC ("Chapterhouse"), served by email on April 1, 2011.

### INTERROGATORIES

### INTERROGATORY NO. 1:

Identify each infringement of your copyrights for which you claim Chapterhouse is liable, by identifying (a) the copyright infringed; (b) the allegedly infringing product or products; (c) the exclusive right or rights of the copyright owner, as set forth in 17 U.S.C. Section 106, that you claim has been infringed; and (d) the specific conduct that constitutes the infringement.

### RESPONSE

Games Workshop objects that this interrogatory is a premature contention request and that, as set forth in the complaint herein, calls for production of information in the possession of

NYC_1119884

defendant. Games Workshops' characters and story-lines for its Warhammer and Warhammer 40,000 series of works are present in a vast number of works authored by Games Workshop, and only defendant knows which of the foregoing works (including the twenty works identified in the complaint) defendant accessed and consulted as inspiration for his 106 works in issue.

Without prejudice to or waiver of the foregoing objections, (a) Games Workshop has identified the following as works to which it believes Chapterhouse likely had access: Warhammer 40,000 rule book (editions one through five); Space Marine Collectors' Guide (editions one and two); Warhammer 40,000 Tyranids (editions one through five); Warhammer 40,000 Space Marines (editions one through four); Warhammer 40,000 Dark Angels (editions one through three); Warhammer 40,000 Chaos Space Marines (editions one through four); Index Astartes II, January 2002; Index Astartes III, February 2004; Index Astartes IV, June 2005; The Horus Heresy Collected Visions, June 2007; The Art of Warhammer 40,000, January 2006; White Dwarf Magazine 249, September 2000; How to Paint Space Marines, April 2005; Soul Drinkers, September 2002; Games Workshop Complete Catalog & Hobby Reference 2006-2007; (b) Games Workshop believes all 106 of Chapterhouse's products incorporate and its entire website collecting and presenting the same incorporate elements copied from Games Workshop's copyrighted works; (c) Games Workshop contends that Chapterhouse has, without limitation, reproduced copies of the copyrighted works, has prepare derivative works based upon the copyrighted works and has distribute copies thereof to the public by sale or other transfer of ownership; and (d) Games Workshop contends that Chapterhouse has infringed its copyright by copying, producing, manufacturing and selling the subject goods.

Pursuant to Fed. R. Civ. P. Rule 33(d), Games Workshop will produce documents responsive to this request identifying the authors and dates of first publication of the foregoing

NYC_1119884

works, as well as Registration No. TX0006541286, "Games Workshop Complete Catalog & Hobby Reference 2006-2007". Games Workshop further confirms that it is the sole owner of each of the foregoing works, none of which is licensed for use by third parties in the United States.

Attached hereto as Exhibit A is a summary of Games Workshop's current understanding of at least some of the likely sources of Chapterhouse's works in issue.

## INTERROGATORY NO. 2:

For each of the one hundred and six Chapterhouse products that you allege infringes your copyrights, identify (a) each of your copyrights that you allege the product infringes; (b) the exclusive right or rights of the copyright owner, as set forth in 17 U.S.C. Section 106, that you claim has been infringed; and (c) the specific conduct that constitutes the infringement.

## RESPONSE

Games Workshop objects that this interrogatory is needlessly cumulative and repetitive of Interrogatory 1.

Without prejudice to or waiver of the foregoing objections, Games Workshop incorporates by reference herein its responses to the foregoing Interrogatory No. 1.

Dated:     June 15, 2011                    Respectfully submitted,

                                    By: _____
                                        Scott R. Kaspar

                                        Scott R. Kaspar  (IL Bar No. 6284921)
                                        Aaron J. Weinzierl (IL Bar No. 6294055)
                                        FOLEY & LARDNER LLP
                                        321 North Clark Street, Suite 2800
                                        Chicago, Illinois 60654
                                        Telephone:  (312) 832-4500
                                        Facsimile:  (312) 832-4700
                                        Email:  skaspar@foley.com; aweinzierl@foley.com

NYC_1119884

Jonathan E. Moskin (*pro hac vice*)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
Email: jmoskin@foley.com

*Attorneys for Plaintiff Games Workshop Limited*

4

## CERTIFICATE OF SERVICE

I, Scott R. Kaspar, an attorney, hereby certify that on June 15, 2011, I caused a copy of the foregoing **PLAINTIFF'S AMENDED RESPONSES TO CHAPTERHOUSE STUDIOS' FIRST SET OF INTERROGATORIES** to be served on the interested parties by causing copies of this document to be served *via* United States Mail in a sealed envelope with the postage prepaid to the following:

> Jennifer A. Golinveaux, Esq.
> Thomas J. Kearney, Esq.
> J. Caleb Donaldson, Esq.
> WINSTON & STRAWN LLP
> 101 California Street
> San Francisco, CA 94111
> jgolinveaux@winston.com
> tkearney@winston.com
> jcdonaldson@winston.com
>
> Catherine B. Diggins, Esq.
> Eric J. Mersmann, Esq.
> WINSTON & STRAWN LLP
> 35 West Wacker Drive
> Chicago, IL 60601
> cdiggins@winston.com
> emersmann@winston.com
>
> Ronald H. Spuhler
> Ronald A. DiCerbo
> Thomas J. Campbell Jr.
> MCANDREWS, HELD & MALLOY LTD.
> 500 W. Madison Street – 34th Floor
> Chicago, IL 60061

_____
Scott R. Kaspar

NYC_1119884