# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Games Workshop Limited

                    Plaintiff,

v.                                        Case No.: 1:10−cv−08103
                                              Honorable Matthew F. Kennelly

Chapterhouse Studios LLC, et al.

                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 12, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly: Joint motion for protective order [67] is granted. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.