# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 8103 | **DATE** | 7/12/2011 |
| **CASE TITLE** | Games Workshop vs. Chapterhouse | | |

**DOCKET ENTRY TEXT**

The joint motion for entry of agreed protective order is granted. Counsel are directed to provide an electronic version of the draft order for signature, following the instructions on Judge Kennelly's web page.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DS |
|---|---|---|