IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>          Plaintiff,<br><br>  v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br>          Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

## NOTICE OF MOTION

**TO ALL COUNSEL OF RECORD:**

  PLEASE TAKE NOTICE that on the 9th day of August 2011 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Matthew F. Kennelly, or any judge sitting in his stead, in Courtroom 2103 or the courtroom usually occupied by him in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there shall present PLAINTIFF'S MOTION FOR 30-DAY EXTENSION OF TIME TO AMEND PLEADINGS. Copies of the motion and supporting documents have been served upon you.

CHIC_5425420.1

Dated: July 29, 2011						Respectfully submitted,

						/s/  Scott R. Kaspar

						Scott R. Kaspar (Ill. Bar No. 6284921)
						Aaron J. Weinzierl (Ill. Bar No. 6294055)
						FOLEY & LARDNER LLP
						321 North Clark Street, Suite 2800
						Chicago, IL 60654-5313
						Telephone: 312.832.4500
						Facsimile: 312.832.4700
						Email: skaspar@foley.com;
						aweinzierl@foley.com

						Jonathan E. Moskin
						FOLEY & LARDNER LLP
						90 Park Avenue
						New York, New York 10016
						Telephone: (212) 682-7474
						Facsimile: (212) 687-3229
						Email: jmoskin@foley.com

						*Attorneys for Plaintiff*
						*Games Workshop Limited*

## **CERTIFICATE OF SERVICE**

       I, Scott R. Kaspar, an attorney, hereby certify that on July 29, 2011, I caused to be filed electronically the foregoing NOTICE OF MOTION with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

                                                 /s/  Scott R. Kaspar