**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:10-cv-08103 |
| v. | ) |
| | ) |
| CHAPTERHOUSE STUDIOS LLC and | ) |
| JON PAULSON d/b/a PAULSON GAMES, | ) Judge Matthew F. Kennelly |
| | ) |
| Defendants. | ) |

**DECLARATION OF THOMAS J. KEARNEY IN SUPPORT OF
DEFENDANT CHAPTERHOUSE STUDIOS LLC'S
<u>MOTION FOR SANCTIONS</u>**

I, Thomas J. Kearney, declare as follows:

1. I am an associate attorney with the law firm of Winston & Strawn LLP. I am a member in good standing of the Bar of the State of California, and have been admitted *pro hac vice* to the bar of this Court for purposes of this action. I have personal knowledge of the facts set forth herein and am fully competent to testify thereto.

2. At the July 6, 201 hearing on Plaintiff's motion to Compel Answers to Interrogatories 1 and 2 and Document Request No. 1, the Court granted Defendant's motion, and set a deadline of July 29, 2011 for Plaintiff to respond. Attached as **Exhibit 1** is a true and correct copy of the official transcript of the July 6, 2011 hearing.

3. By letter dated July 5, 2011, Plaintiff produced an electronic copy of a single printed work, in the form of TIFF images of page proofs of a book entitled *The Soul Drinkers Omnibus*. By letter dated July 29, 2011, Plaintiff produced electronic copies of twelve additional printed works, which included nine books of rules and background information, each approximately 60-100 pages in length; one 90-page instruction manual on how to paint miniature figures; one issue of a magazine; and two art books, one approximately 215 pages and the other approximately 420 pages. Both of the art books and one of the background information books

1

(over 700 pages in all) were produced as black-and-white TIFF images, despite the fact that all three books feature large numbers of full-color illustrations. Plaintiff failed to produce any other documents, or to provide any other information in response to the Court's July 7 Discovery Order.

4. Plaintiff's Responses included an Exhibit A ("Plaintiff's Exhibit A"), which was a chart with rows numbered from 1 to 97 identifying, for each of Chapterhouse's works, the works of Plaintiff that were alleged to be infringed. Attached as **Exhibit 2** is Plaintiff's Responses to Chapterhouse Studios' First Set of Interrogatories, including Plaintiff's Exhibit A.

5. Attached as **Exhibit 3** is Plaintiff Games Workshop Studios LLC's [sic] Response to Request for Production of Documents to Games Workshop Limited Set One.

6. Attached as **Exhibit 4** is a chart I prepared from Plaintiff's Exhibit A, listing in alphabetical order each of Plaintiff's alleged works named in Plaintiff's Exhibit A, as well as the entry or entries in Plaintiff's Exhibit A in which each alleged work is named. The chart shows that Plaintiff's Exhibit A names at least 50 works (including an unspecified number of "Games Workshop Black Library novels" at Entry 17) that Plaintiff alleged are infringed by Chapterhouse's products. Works that Plaintiff failed to produce are in bold-face type, and highlighted.

7. Plaintiff's Exhibit A includes references to color illustrations in works that Plaintiff has produced only in black-and-white versions. For example, Entry 14 of Plaintiff's Exhibit A states: "The Howling Griffons are a Space Marine Chapter. Their icon is a griffon and their Chapter colours are red and yellow. *See* The Art of Warhammer 40,000 2006, page 71." Attached as **Exhibit 5** is a true and correct copy of Plaintiff's document no. GW0001727, which is page 71 of *The Art of Warhammer 40,000*, showing that the page was produced in black and white.

8. On August 3, 2011, I visited the Black Library website at www.blacklibrary.com. At the bottom of the home page, the website states that "Black Library is a division of Games

Workshop." Attached as **Exhibit 6** is a true and correct copy of the Black Library website home page as it appeared on August 3, 2011.

9. According to Wikipedia, Black Library has published more than 200 novels, including more than 100 Warhammer 40,000 novels. Attached as **Exhibit 7** is a true and correct copy of the Wikipedia article "List of Black Library novels," wikipedia.org, http://en.wikipedia.org/wiki/List_of_Black_Library_novels, as it appeared on August 3, 2011.

10. Attached as **Exhibit 8** is Defendant's First Set of Interrogatories Nos. 1-2.

11. Attached as **Exhibit 9** is Plaintiff's Amended Responses to Chapterhouse Studios' First Set of Interrogatories.

12. Attached as **Exhibit 10** is a true and correct copy of Plaintiff's document no. GW0001466, which is page 96 of "Tyranids 2009." This page credits eight artists, but does not attribute any particular illustration to its creator. Plaintiff names "Tyranids 2009" as an allegedly infringed work in Plaintiff's Exhibit A at entries 37, 40, and 86, and also refers to it in other entries.

13. Attached as **Exhibit 11** is a true and correct copy of Plaintiff's document no. GW0001219, which is page 1 of "Space Marines 2004." This page credits two writers, seven artists, five "conceptual designers," three "graphic designers," eight "miniatures designers," and one contributor of unspecified "additional material." Plaintiff names "Space Marines 2004" as an allegedly infringed work in Plaintiff's Exhibit A at entry 48, and also refers to it in other entries. Only the cover art of "Space Marines 2004" is attributed to an individual author, and Plaintiff does not allege that the cover art has been infringed. *See* Exhibit 2 (Plaintiff's Exhibit A).

I declare under the penalty of perjury that the foregoing is true and accurate.

Dated: August 8, 2011            By:    /s/ Thomas J. Kearney

3

SF 315956v4