# EXHIBIT 2

**(Plaintiff's Responses to Chapterhouse Studios' First Set of Interrogatories, including Plaintiff's Exhibit A)**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br>Defendants. | Civil Action No. 1:10-cv-8103 |

**PLAINTIFF'S RESPONSES TO CHAPTERHOUSE STUDIOS'
FIRST SET OF INTERROGATORIES**

Pursuant to Fed. R. Civ. P. Rule 26 (a)(1), , Pursuant to Fed.R.Civ.P. Rule 33, plaintiff, Games Workshop Limited ("Games Workshop") responds as follows to the First Set of Interrogatories of Defendant Chapterhouse Studios LLC ("Chapterhouse"), served by email on April 1, 2011.

**INTERROGATORIES**

**INTERROGATORY NO. 1:**

Identify each infringement of your copyrights for which you claim Chapterhouse is liable, by identifying (a) the copyright infringed; (b) the allegedly infringing product or products; (c) the exclusive right or rights of the copyright owner, as set forth in 17 U.S.C. Section 106, that you claim has been infringed; and (d) the specific conduct that constitutes the infringement.

**RESPONSE**

Games Workshop objects that this interrogatory is a premature contention request and that, as set forth in the complaint herein, calls for production of information in the possession of

1

defendant. Games Workshops' characters and story-lines for its Warhammer and Warhammer 40,000 series of works are present in a vast number of works authored by Games Workshop, and only defendant knows which of the foregoing works (including the twenty works identified in the complaint) defendant accessed and consulted as inspiration for his 106 works in issue.

Without prejudice to or waiver of the foregoing objections, (a) Games Workshop has identified the following as works to which it believes Chapterhouse likely had access: Warhammer 40,000 rule book (editions one through five); Space Marine Collectors' Guide (editions one and two); Warhammer 40,000 Tyranids (editions one through five); Warhammer 40,000 Space Marines (editions one through four); Warhammer 40,000 Dark Angels (editions one through three); Warhammer 40,000 Chaos Space Marines (editions one through four); Index Astartes II, January 2002; Index Astartes III, February 2004; Index Astartes IV, June 2005; The Horus Heresy Collected Visions, June 2007; The Art of Warhammer 40,000, January 2006; White Dwarf Magazine 249, September 2000; How to Paint Space Marines, April 2005; Soul Drinkers, September 2002; Games Workshop Complete Catalog & Hobby Reference 2006-2007; (b) Games Workshop believes all 106 of Chapterhouse's products incorporate and its entire website collecting and presenting the same incorporate elements copied from Games Workshop's copyrighted works; (c) Games Workshop contends that Chapterhouse has, without limitation, reproduced copies of the copyrighted works, has prepare derivative works based upon the copyrighted works and has distribute copies thereof to the public by sale or other transfer of ownership; and (d) Games Workshop contends that Chapterhouse has infringed its copyright by copying, producing, manufacturing and selling the subject goods.

Attached hereto as Exhibit A is a summary of Games Workshop's current understanding of at least some of the likely sources of Chapterhouse's works in issue.

**INTERROGATORY NO. 2:**

For each of the one hundred and six Chapterhouse products that you allege infringes your copyrights, identify (a) each of your copyrights that you allege the product infringes; (b) the exclusive right or rights of the copyright owner, as set forth in 17 U.S.C. Section 106, that you claim has been infringed; and (c) the specific conduct that constitutes the infringement.

**RESPONSE**

Games Workshop objects that this interrogatory is needlessly cumulative and repetitive of Interrogatory 1.

Without prejudice to or waiver of the foregoing objections, Games Workshop incorporates by reference herein its responses to the foregoing Interrogatory No. 1.

Dated:      May 4, 2011                    Respectfully submitted,

By:  _____
          Scott R. Kaspar

          Scott R. Kaspar  (IL Bar No. 6284921)
          Aaron J. Weinzierl (IL Bar No. 6294055)
          FOLEY & LARDNER LLP
          321 North Clark Street, Suite 2800
          Chicago, Illinois 60654
          Telephone:  (312) 832-4500
          Facsimile:  (312) 832-4700
          Email:  skaspar@foley.com; aweinzierl@foley.com

          Jonathan E. Moskin (*pro hac vice*)
          FOLEY & LARDNER LLP
          90 Park Avenue
          New York, New York 10016
          Telephone:  (212) 682-7474
          Facsimile:  (212) 687-3229
          Email:  jmoskin@foley.com

          *Attorneys for Plaintiff Games Workshop Limited*

3

## CERTIFICATE OF SERVICE

I, Scott R. Kaspar, an attorney, hereby certify that on May 4, 2011, I caused a copy of the foregoing **PLAINTIFF'S RESPONSES TO CHAPTERHOUSE STUDIOS' FIRST SET OF INTERROGATORIES** to be served on the interested parties by causing copies of this document to be served *via* United States Mail in a sealed envelope with the postage prepaid to the following:

Jennifer A. Golinveaux, Esq.
Thomas J. Kearney, Esq.
J. Caleb Donaldson, Esq.
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
jgolinveaux@winston.com
tkearney@winston.com
jcdonaldson@winston.com

Catherine B. Diggins, Esq.
Eric J. Mersmann, Esq.
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
cdiggins@winston.com
emersmann@winston.com

Mr. Jon Paulson
d/b/a Paulson Games
2232 College Road
Downers Grove, IL 60516

Scott R. Kaspar

4

**EXHIBIT A**

NYC_1127493.2

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 1 | Eagle Thunder Hammer for Space Marine | Games Workshop sells Thunder Hammers, a power weapon used by Space Marines. *See, e.g.*, Space Marine Collector's Guide 2003, page 14. |
| | Shoulder Pad w/ Shield & Studs for Space Marine – Tactical | High Elf and Empire are both Warhammer fantasy armies.<br><br>Forge World sell Mark V Heresy Space Marines Chaos Space Marines are a Warhammer 40,000 army. The Black Templars are a Space Marine Chapter. Their Chapter colours are black and white. The Chapter's icon is a black cross with a skull at its centre. *See, e.g.*, Index Astartes II 2003, page 45; Warhammer 40,000 Space Marine Land Speeder 1998, page 5. |
| | Skull or Chaplain Head Bit for Space Marines | Chaplains are a rank within the Space Marines army. Their iconography heavily features skulls. *See, e.g.*, Space Marine Chaplain with skull helmet available on the Games Workshop website. |
| | Shoulder Pads for Blood Eagle – Tactical | The Blood Ravens are a Space Marine Chapter for the Dawn of War computer game (produced under licence from Games Workshop). *See, e.g.*, The Art of Warhammer 40,000 2006, page 71. |
| | Shoulder Pads for Blood Eagle – Terminator | Forge World sells a Blood Raven decal/transfer sheet on its website - Decals are used to decorate Space Marines, including shoulder pads.<br><br>The Blood Angels are a Space Marine Chapter. Their iconography includes blood drops. *See, e.g.*, Index Astartes II 2002, page 31.<br><br>The Blood Ravens are a Space Marine Chapter for the Dawn of War computer game (produced under licence from Games Workshop) *See, e.g.*, The Art of Warhammer 40,000 2006, page 71.<br><br>Terminator refers to a type of Space Marine armour. Games Workshop sells Space Marines in Terminator armour. |
| | Celestial Lions Left Arm Shoulder Pad Bit - Tactical | The Celestial Lions is a Space Marine Chapter. *See, e.g.*, White Dwarf magazine issue 249, page 33.<br><br>The Celestial Lions Chapter symbol is the head of a Lion on a blue or black background. |
| 7 | Celestial Lions Right Arm Shoulder Pad Bit - Tactical | Celestial Lions/Lions Rampant – See product 6 |

**EXHIBIT A**

NYC_1127493.2

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 8 | Shoulder Pads for Deathwatch or Dark Angels - Tactical | The Dark Angels is a Space Marine Chapter. *See* Index Astartes I 2002, page 19.<br><br>The Death Watch is a Space Marine Chapter. *See* Index Astartes II 2002, page 42.<br><br>The Inquisition is a Warhammer 40,000 army. |
| 9 | Shoulder Pads for Deathwatch or Dark Angels - Terminator | Image shows 3 arches: middle arch contains a Long Sword; right arch contains an angel wing - these are Dark Angel icons. It looks like the left arch contains a storm bolter (a type of Space Marine gun).<br><br>The Dark Angels Chapter colours are bone white and green. Their iconography includes images of angel wings, broadswords and figures in hooded cassocks. Triptychs (three panelled artwork) also form a part of their iconography.<br><br>Triptychs are shown on the central character's belt and also the gun being fired at the bottom of the artwork.<br><br>Death Watch and Inquisition – *see* product 8 |
| 10 | Power Armour Pad for Exorcist | Games Workshop's Space Marine Chapter is called Exorcists in the plural. Their icon is a skull with horns curving downwards. *See* White Dwarf magazine issue 249, page 33.<br><br>Librarian is a rank in the Space Marine army. |
| 11 | Terminator pad for Exorcist Space Marine | Exorcists & Librarians – *see* product 10 |
| 12 | Sawblade Shoulder Pad & Jewel | The Flesh Tearers are a Space Marine Chapter. Their icon is a circular saw blade with a blood drop in the centre. The Chapter's colours are black and red. *See* Index Astartes II, page 49.<br><br>Games Workshop sells Flesh Tearers shoulder pads. |
| 13 | Terminator Shoulder Pad for Flesh Tearers | Flesh Tearers - *see* product 12. |

NYC_1127493.2

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 4 | Howling Griffon Shoulder Pads for Space Marines | Terminator – *see* product 5.<br><br>The Howling Griffons are a Space Marine Chapter. Their icon is a griffon and their Chapter colours are red and yellow.<br><br>*See* The Art of Warhammer 40,000 2006, page 71. |
| 5 | Shoulder Pads for Imperial Fist – Tactical Marines | Loyalist refers to the Space Marine Chapters that fight for the Imperium of Mankind. The Imperial Fists are a Space Marines Chapter. Their icon is a clenched hand. The hand is always shown in a gauntlet (armoured glove). Their Chapter colour is yellow. *See* Index Astartes II 2002, page 13.<br><br>Games Workshop sells Imperial Fists shoulder pads.<br><br>The Crimson Fists are a Space Marines Chapter. Their icon is also a clenched hand in a gauntlet. Their Chapter colours are red and blue. *See* Index Astartes IV 2004, page 39.<br><br>Games Workshop sells Crimson Fists shoulder pads<br><br>The Second Founding is when the Space Marine Legions (First Founding) were first split down into Chapters (Second Founding). |
| 6 | Shoulder Pad for Imperial Fist – Terminator Marine | Tactical - *see* product 54.<br><br>Loyalist – *see* product 15.<br><br>Imperial Fist – *see* product 15.<br><br>Crimson Fist – *see* product 15.<br><br>Second Founding – *see* product 15.<br><br>Terminator – *see* product 5. |
| 7 | Shoulder Pads for Serpent or Iron Snakes - Tactical | The Iron Snakes are a Space Marine Chapter used in the Games Workshop Black Library novels. *See* The Art of Warhammer 40,000 2006, page 70.<br><br>The Iron Snakes icon is a snake facing left with its mouth open and its body |

NYC_1127493.2

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| | | arched. |
| 19 | Shoulder Pads for Serpent or Iron Snakes - Terminator | Iron Snakes – *see* product 17.<br><br>Terminator – *see* product 5. |
| | Shoulder Pad w/ Studs and Skull for Space Marine - Tactical | The shoulder pad shown is based on Mk V Heresy armour – *see* product 2.<br><br>Loyalist – *see* product 15.<br><br>Chaos Space Marine – *see* product 2.<br><br>The Legion of the Damned is a Space Marine Chapter. \<br><br>*See* How to paint Space Marines 2004, page 85.<br><br>They use the skull emblem on their shoulderpads.<br><br>Games Workshop sells Legion of the Damned models on its website.<br><br>Tactical – *see* product 54. |
| 20 | Shoulder Pad w/ Skull and Flames for Space Marines - Tactical . | Space Marines show their Chapter icon on their left shoulder. *See* Warhammer 40,000 Chaos Space Marines 2007, page 21.<br><br>The Sanctified is a Chaos Space Marine Legion. It has a flaming skull as its icon.<br><br>Loyalist – *see* product 15.<br><br>Chaos Space Marine – *see* product 2.<br><br>Legion of the Damned - *see* product 19.<br><br>Tactical – *see* product 54. |
| 21 | Shoulder Pad Star Fox / Luna Wolves Tactical | The Star Fox is a fan created Space Marine Chapter.<br><br>The Luna Wolves are a Space Marine Legion.<br><br>Their Legion icon incorporates a black wolf's head shown face on. *See* Index |

NYC_1127493.2

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 22 | Shoulder Pad Star Fox / Luna Wolves Terminator | Astartes IV, 2004, page 3. <br><br> Tactical – *see* product 54. <br><br> Star Fox/Luna Wolves – *see* product 21. <br><br> Terminator – *see* product 5. |
| 23 | Shoulder Pads for Chalice or Soul Drinker - Tactical | The Soul Drinkers are a Space Marine Chapter used in the Games Workshop Black Library novels. *See* Soul Drinkers 2002, front cover. <br><br> The Soul Drinkers Chapter colour is purple and their icon is a gold chalice with spikes rising up from the bowl of the cup. |
| 24 | Shoulder Pads for Chalice or Soul Drinker - Terminator | Soul Drinkers – *see* product 23. <br><br> Tactical – *see* product 54. |
| 25 | Dragon or Salamander Icon Shoulder Pad Bit - Tactical | The Salamanders are a Space Marine Chapter. Their iconography is a crested lizard head and they use scales as armour decoration. The Chapter's colours are green and black. *See* Index Astartes IV, 2004, page 19. <br><br> Tactical – *see* product 54. |
| 26 | Dragon or Salamander Icon Shoulder Pad - Terminator . | Salamanders – *see* product 25. <br><br> Terminator – *see* product 5. |
| 27 | Dragon or Salamander Power Fist | A lightning claw is a Space Marine weapon. Games Workshop sells lightning claws. <br><br> A power fist is a Space Marine weapon. Forge World sells a power fist <br><br> Salamanders – *see* product 25. <br><br> Terminator – *see* product 5. <br><br> Power armour – *see* product 3. |
| 28 | Dragon or Salamander Storm Shield Diamond Scales | Salamanders – *see* product 25. <br><br> Power armour – *see* product 3. <br><br> High Elf – *see* product 1. <br><br> Space Marines use Storm Shields. Games Workshop sells these on its website - Power armour – *see* product 3. |
| 29 | Dragon or Salamander Storm Shield - Smooth no skull | Storm shield – *see* product 28. <br><br> Terminator – *see* product 5. |

**EXHIBIT A**

NYC_1127493.2

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| | | Index Astartes IV 2004, page 19. |
| | | Example of scales shown on Salamanders Space Marines. |
| | | High Elf – *see* product 1. |
| | | Power armour – *see* product 3. |
| | | Terminator – *see* product 5. |
| 30 | Dragon or Salamander Storm Shield - Smooth w/ skull | Salamanders – *see* product 25. |
| | | Storm shield – *see* product 28. |
| | | High Elf – *see* product 1. |
| | | Power armour – *see* product 3. |
| | | Terminator – *see* product 5. |
| 31 | Dragon or Salamander Thunder Hammer | Thunder hammer – *see* product 1. |
| | | Power weapon – *see* product 1. |
| | | Salamanders – *see* product 25. |
| | | High Elf and Empire – *see* product 1. |
| 32 | Salamander, Alpha Legion or Dragon Conversion Kit for Land Raider | The Land Raider is a Space Marine vehicle. Games Workshop sells Land Raiders on its website. |
| | | Salamanders – *see* product 25. |
| | | Forge World sells a Salamanders conversion kit for the Land Raider on its website. |
| | | The Alpha Legion is a Space Marine Legion. Its icon is a creature that has the body of a snake and three horned dragon heads. The colour of the icon is bright green. |
| | | Index Astartes IV, 2004, page 31. |

NYC_1127493.2

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|-----|----------------------|----------------|
| 13 | Vehicle Icons for Flesh Tearers | Forge World sells an Alpha Legion Land Raider conversion kit on its website. Heavy bolter and Assault cannon are Space Marine weapons. Rhinos, Land Raiders, Drop pods and Land Speeders are Space Marine vehicles. Flesh Tearers – *see* product 12. A Dreadnought is a type of Space Marine. Games Workshop sells Dreadnoughts. |
| 14 | Combi Weapon Magnetic Kit | Each of the weapons is a GW weapon by name and look. A combi weapon is a weapon such as a rifle or pistol which can have a second weapon mounted on to it. A melta gun fires a wave of energy that heats up the target, causing it to explode. A plasma gun fires a ball of super heated energy. In the Warhammer 40,000 background, Space Marines can use combi-weapons. In the game's rules this is represented by the Space Marine player having the option of arming his models with one of three types of combi-weapon: melta, plasma or flamer. The rules also provide the option of attaching a grenade launcher to the Space Marine's combi-weapon. *See* Warhammer 40,000 Space Marines, page 97. |
| 15 | Farseer Jetbike Seer Council Kit | A Farseer is a character from the Eldar army. Games Workshop sells Eldar Farseers on its website - Oval shaped gems are frequently used on Eldar clothing, weapons and vehicles. A jetbike is an Eldar army vehicle. Games Workshop sells Eldar jetbikes on its website. The Seer Council are a unit in the Eldar army. Games Workshop sells the Seer Council on its website. Jetbike – *see* product 35. Seer Council – *see* product 35. |
| 16 | Warlock Jetbike Seer Council Kit | The Warlock is a character from the Eldar army. Games Workshop sells Warlocks on its website. |

NYC_1127493.2

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 37 | Conversion kit for Tyranid Tervigon | Tyranids are a Warhammer 40,000 army. The Tervigon is a type of Tyranid creature. *See* Warhammer 40,000 Tyranids 2009, page 52. The Termagants and Trygon are also creatures from the Tyranid army. |
| 38 | Lashwhips - Tyrant Size | The Tyrant is a Tyranid creature – *see* product 37.<br>The lashwhip is a weapon used by Tyranid creatures, including the Tyrant. The lashwhip forms part of the creature's arm rather than it being held in its hand.<br>Games Workshop sells the Tyrant on its website. |
| 39 | Lashwhips - Warrior Size | Tyranids – *see* product 37.<br>Lashwhip – *see* product 38.<br>A Warrior is a type of Tyranid creature. Games Workshop sells Tyranid Warriors. |
| 40 | Tyrant Bonesword Arms for Tyranids | A bonesword is a weapon used by Tyranid creatures. It forms part of the creature's arm rather than being held in its hand. *See Codex* Tyranids 2009, page 66.<br>A Swarmlord is a Tyranid creature. See the 'Guide to the Warhammer 40,000 Universe'. Warhammer 40,000 Tyranids 2009, page 56. |
| 41 | Warrior Bonesword Arms for Tyranids | Bonesword – *see* product 40.<br>Warrior – *see* product 39. |
| 42 | Ymgarl Heads for Tyranid Genestealers - Set | Genestealers are creatures in the Tyranid army. The Ymgarl is a variant of a Genestealer.<br>As part of the Tyranid Genestealer boxed set, Games Workshop included a head component which can convert a Genestealer model into a Genestealer Ymgarl. The components are © Games Workshop 2004. Warhammer 40,000 Tyranids 2010, page 61. |
| 43 | SXV-141 Super-Heavy Assault Walker SAW | The Tau refers to the Tau Empire, a Warhammer 40,000 army.<br>The Tau Empire use rail guns as weapons on their vehicles. The Tau decorate their clothing, weapons and vehicles with the Tau Empire symbol. *See* Tau |

NYC_1127493.2

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| | | Empire decal sheet, 2001.<br>An Imperial Titan is a large walking weapons platform used by Imperial forces such as the Space Marines or Imperial Guard. |
| 4 | Assault Shoulder Pad for Space Marine with number 7 | Assault is a type of Space Marine squad. An Assault squad will have an 'X' symbol and their squad number shown on their right shoulder pads. The squad number will be between 1-10.<br>Games Workshop sells assault squad shoulder pads.<br>Power armour – *see* product 10.<br>Tactical – *see* product 54. |
| 5 | Assault Shoulder Pad for Space Marine with number 8 | Assault – *see* product 46.<br>Power armour – *see* product 10.<br>Tactical – *see* product 54. |
| 6 | Assault Squad Shoulder Pad for Space Marine - Plain | Assault – *see* product 44.<br>Power armour – *see* product 10.<br>Tactical – *see* product 54. |
| 7 | Crested Pad for Space Marine | Space Marine Captain has a crested shoulderpad with 'rivets' along the edge where the crest attaches to the pad<br>Loyalist – *see* product 16.<br>Chaos Space Marine – *see* product 2. |
| 8 | Devastator Shoulder Pad for Space Marine - Plain | Tactical – *see* product 54.<br>Devastator is a type of Space Marine squad. A Devastator squad has an inverted 'V' symbol on their right shoulder pads. *See* Warhammer 40,000 Space Marines 2004, page 70.<br>A Devastator squad member will have their squad number shown on their right shoulder pads. The squad number will be between 1-10. The colors on the shoulder pad refer to a Chapter colour, *i.e.*, blue and gold are the colours of the Ultramarines Space Marine Chapter. *See* Index Astartes III 2003, page 23<br>Power armour – *see* product 3. |

**EXHIBIT A**

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 49 | Devastator Shoulder Pad for Space Marine with number 9. | Devastator – *see* product 48. |
| 50 | Devastator Shoulder Pad for Space Marine with number 10. | Devastator – *see* product 48. |
| 51 | First Squad or I Shoulder Pads - tactical. | Tactical – *see* product 54.<br>Loyalist – *see* product 15. |
| 52 | Generic Power Armour Shoulder Pad for Space Marine - Plain | Tactical – *see* product 54.<br>Games Workshop's Sci-Fi Shoulder pad has the unique characteristics of<br>   ○  Covering from start of shoulder to above the elbow<br>   ○  Large border around outer edge<br>   ○  Left shoulder pad – squad markings<br>   ○  Right shoulder pad – Chapter symbol |
| 53 | Smooth Shoulder Pad for Space Marine - no raised areas | *See* 52 above. |
| 54 | Tactical Shoulder Pad for Space Marine | Tactical is a type of Space Marine squad. A Tactical squad will have an upward pointing arrow symbol on their right shoulder pad. A Tactical squad member will have their squad number shown on their right shoulder pads. The squad number will be between 1-10. The colours on the shoulder pad refer to a Chapter colour, *i.e.*, red and gold are the colours of the Blood Angels Space Marine Chapter. *See* product 4.<br>Games Workshop sells Tactical shoulder pads. |
| 55 | Tactical Shoulder Pad for Space Marine with number 1. | Tactical – *see* product 54. |
| 56 | Tactical Shoulder Pad for Space Marine with number 2 | Tactical – *see* product 54. |
| 57 | Tactical Shoulder Pad for Space Marine with Number 3 | Tactical – *see* product 54. |
| 58 | Tactical Shoulder Pad for Space Marine with Number 4. | Tactical – *see* product 54. |
| 59 | Tactical Shoulder Pad for Space Marine with number 5 | Tactical – *see* product 54. |
| 60 | Tactical Shoulder Pad for Space Marine with number 6 | Tactical – *see* product 54. |

NYC_1127493.2

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 61 | Salamanders or Dragon Drop Pod Armor or door panel | A drop pod is a Space Marine vehicle. Games Workshop sells drop pods on its website — The icon on the Chapterhouse door is based on the Salamanders Chapter icon — *see* product 25. |
| 62 | Salamander Dragon Skull Shoulder Pad Bit — Tactical | The icon on the Chapterhouse pad is based on the Salamanders Chapter icon — *see* product 25.<br><br>Tactical — *see* product 54. |
| 63 | Salamander Dragon Skull Shoulder Pad - Terminator | The icon on the Chapterhouse pad is based on the Salamanders Chapter icon — *see* product 25.<br><br>Terminator — *see* product 5. |
| 64 | Salamander Dragon Thunder Hammer - Smooth | The icon on the left side of the head on the far left hammer is based on the Salamanders Chapter icon — *see* product 25.<br><br>Power weapon and thunder hammer — *see* product 1. |
| 65 | Dragon Salamander Head Bit Space Marine | This is based on a Space Marine Mk 7 helmet. *See* Warhammer 40,000 Space Marines 2008, page 71.<br><br>Noted characteristics:<br>• Rectangular open vent on top of helmet<br>• Shape of eyes<br>• Two tubes entering the jawline on each side<br>• Box shape covering ear section<br><br>High Elf and Empire — *see* product 1.<br><br>Salamanders — *see* product 25. |
| 67 | Cog Shoulder Pad - Power Armor . | Iron Hands — *see* product 68.<br><br>The Adeptus Mechanicus are an organisation in the Warhammer 40,000 background. Their icon is a skull within a cog.<br><br>The Art of Warhammer 40,000 2006, page 201.<br><br>Techmarines are a rank within the Space Marines army. They are the mechanics of the army and are strongly associated with the Adeptus Mechanicus and |

NYC_1127493.2

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|-----|---------------------|----------------|
| | Shield for Iron Hands | technology. |
| | | The Iron Hands are a Space Marine Chapter. Index Astartes 2003, page 3. |
| | | The Iron Hands Chapter icon is a gauntleted left hand, shown palm downwards. Index Astartes III 2003, page 3. |
| | | The Chapter is strongly associated with technology - cogs and power cables feature on their armour and vehicles. |
| | | Index Astartes III 2003, page 3. |
| 69 | Shoulder Pad for Iron Hands Power Armor | Power armour – *see* product 3. |
| | | Terminator – *see* product 5. |
| | | Iron Hands – *see* product 68. |
| 70 | Shoulder Pad for Iron Hands Terminator armor | Power armour – *see* product 3. |
| | | Iron Hands – *see* product 68. |
| 71 | Banded Armor Terminator Pad | Terminator – *see* product 5. |
| | | This is Mk1 Space Marine Armour – *see* 66 above. |
| 72 | Banded Power Armour Shoulder Pads | Terminator – *see* product 5. |
| | | This is Mk1 Space Marine Armour – *see* 66 above. |
| | | Power armour – *see* product 3. |
| | | Iron Hands – *see* product 68. |
| 73 | Studded Rimmed Shoulder Pad MKV | Mk V armour – *see* product 2. |
| | | Loyalist – *see* product 15. |
| | | Chaos Space Marines – *see* product 2. |

NYC_1127493.2

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 54 | Five (5) Heresy Era Jump Packs for Space Marines | Tactical – *see* product 54.<br><br>Space Marines use jump packs. Heresy refers to the type of jump pack used during the Horus Heresy. *See* The Horus Heresy – Collected Visions 2007, page 284. |
| 55 | Masked Heresy Heads for Space Marines – 4 | Heresy refers to Mk V Heresy armour – *see* product 2. |
| 26 | MK 1 Heresy Era for Space Marine "Thunder Armor" Shoulder Pad | Thunder armour is the alternative name for Mk 1 Space Marine armour. *See* product 68.<br><br>Loyalist – *see* product 15.<br><br>Chaos Space Marines – *see* product 2. |
| 07 | Spikey Heresy Heads for Space Marines | Tactical – *see* product 54.<br><br>Heresy refers to Mk V Heresy armour – *see* product 2. |
| 08 | Studded Power Armor Pad for MK 5 | Mk V armour – *see* product 2.<br><br>Power armour – *see* product 3. |

NYC_1127493.2

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 79 | Rhino Conversion Kit for Space Wolves | A Rhino is a Space Marine vehicle used by the Space Wolves Chapter. *See* Codex Space Wolves 2000, page 19. The Space Wolves Chapter's iconography includes wolf skulls, wolf tails and fangs. Space Marine Collector's Guide 2003, page 32. Forge World sells a Space Wolves conversion pack for the Rhino. |
| 80 | Storm Combat Space Tech Shield for Wolves | Space Wolves are a Space Marine Chapter. Index Astartes II 2002, page 3. Sons of Russ is a reference to Leman Russ, the Space Wolves founder (Primarch). Storm shields and combat shields are used by Space Marines. *See* 79 above for further information about Space Wolves. |
| 81 | Generic Hammer 2 | Thunder hammers – *see* product 1. Empire – *see* product 1. |
| 82 | Imperial or Eagle Storm Shield | High Elf and Empire – *see* product 1. Storm shields – *see* product 28. Power armour – *see* product 1. |

NYC_1127493.2

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 83 | "Heresy" Armoured Drop Pod Door | Terminators – *see* product 5.<br><br>Drop pod – *see* product 63.<br><br>Heresy is a reference to Mk V Space Marine armour – *see* product 2. *See also* Mk I Space Marine armour. |
| 84 | Armoured Rhino for Space Marine Tank Door & Armor Kit | The pattern on these components is Mk 1 type Space Marine armour – *see* product 66.<br><br>Rhino – *see* product 79.<br><br>Heresy – *see* product 2. |
| 85 | Rhino Tank Conversion Kit for Space Marine Dragon or Salamander | Rhino – *see* product 79.<br><br>Salamanders – *see* product 25.<br><br>Two pieces have the Salamanders Space Marine Chapter icon on them. Two others join together to make a Salamanders icon.<br><br>Index Astartes IV, 2004, page 19. |
| 76 | Mycetic Spore for Tyranids | Tyranids and Carnifex – *see* product 37.<br><br>A Mycetic spore is a Tyranid creature. It is used to transport other Tyranid creatures from vessels in orbit onto a planet. Warhammer 40,000 Tyranids 2009, page 54.<br><br>Gaunts are a type of Tyranid creature.<br><br>The two Tyranid miniatures in Chapterhouse's image are a Carnifex (with Chapterhouse's Tervigon components attached) and a Games Workshop Termagaunt. |
| 87 | Pre-Heresy Scarab Shoulder Pads for Thousand Sons Marines – Term | The Thousand Sons are a Chaos Space Marine Legion. Index Astartes 2003, page 41.<br><br>Scarabs were featured on their armour prior to and during the Horus Heresy. The Horus Heresy – Collected Visions 2007, page 90. |

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 88 | Scarab Shoulder Pad for Thousand Sons - Power Armor | Thousand Sons - *see product 87.* |
| 89 | Starburst Shoulder Pad for Thousand Sons Marines - Power Armor | The Thousand Sons Chapter icon was originally a circle with eight points. The Horus Heresy – Collected Visions 2007, page 48. |
| 90 | Shoulder Pad for Mantis Warriors Marines - Power Armor (1) | The Mantis Warriors are a Space Marine Chapter. White Dwarf 101 1988, page 72. |
| 91 | | |
| 92 | Shoulder Pad for Blood Ravens Marines - Terminator | Blood Raven/Blood Angles – *see product 4.* |
| 93 | Shoulder Pad for Blood Ravens Marines - Power Armor | Blood Raven/Blood Angles – *see product 4.* |
| 94 | Dragon or Salamander Variant Rhino Door Kit | Space Wolves – *see product 79.* Rhino – *see product 79.* Alpha Legion – *see product 32.* The side door components are decorated with Salamanders Chapter icons – *see product 25.* |
| 95 | Rhino Conversion #2 kit For Space Wolves | Space Wolves - *see product 79.* The Space Wolves Chapter decorates its vehicles with wolf's heads shown face on. *See* Warhammer 40,000 Space Wolves 2009, page 78. |
| 96 | Tactical Rhino Doors with Skulls Kit | Games Workshop sells products decorated with piles of skulls. |
| 97 | Rhino Tank Conversion Kit for Iron Snakes | The three components on the top row have Iron Snakes icons. *See product 17.* |