# EXHIBIT 3

**(Plaintiff Games Workshop Studios LLC's [sic] Response to Request for Production of Documents to Games Workshop Limited Set One)**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br>Defendants. | Civil Action No. 1:10-cv-08103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

## PLAINTIFF GAMES WORKSHOP STUDIOS LLC'S RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS TO GAMES WORKSHOP LIMITED SET ONE

Pursuant to Fed.R.Civ.P. Rules 26 and 34, Games Workshop responds as follows to the First Request For Production of Documents of Defendant Chapterhouse Studios LLC.

### GENERAL OBJECTIONS

1. Games Workshop will produce electronically stored information in a format mutually agreed upon among counsel, or as otherwise appropriate.

### REQUESTS FOR PRODUCTION

**REQUEST 1** For each of Chapterhouse's works identified in Exhibit A to your Responses to Chapterhouse's First Set of Interrogatories, one exemplar of each of your works identified in the corresponding table entry of Exhibit A, produced in the same order in which they are listed in Exhibit A. If one page of a multipage publication is identified in Exhibit A, produce the entire publication.

NYC_1165398.1

**RESPONSE:**

Games Workshop objects to the extent the request seeks documents or information protected by the work product immunity or requires Games Workshop to produce documents or things in a format not actually maintained by Games Workshop. Games Workshop further objects that, as used in this request, the term "exemplar" is vague and ambiguous.

Without prejudice to or waiver of the foregoing objections, Games Workshop will produce documents identifying the materials identified in Exhibit A to its response to Chapterhouse's First Set of Interrogatories.

Dated: June 21, 2011

                        Respectfully submitted,

By: _____
       Scott R. Kaspar

       Scott R. Kaspar (Ill. Bar No. 6284921)
       Aaron J. Weinzierl (Ill. Bar No. 6294055)
       FOLEY & LARDNER LLP
       321 North Clark Street, Suite 2800
       Chicago, IL 60654
       Telephone: (312) 832-4500
       Facsimile: (312) 832-4700
       Email: skaspar@foley.com; aweinzierl@foley.com

       Jonathan E. Moskin
       FOLEY & LARDNER LLP
       90 Park Avenue
       New York, NY 10016
       Telephone: (212) 682-7474
       Facsimile: (212) 687-3229
       Email: jmoskin@foley.com

       *Attorneys for Plaintiff Games Workshop Limited*

NYC_1165398.1

## CERTIFICATE OF SERVICE

I, Scott R. Kaspar, an attorney, hereby certify that on June 21, 2011, I caused a copy of the foregoing **PLAINTIFF GAMES WORKSHOP STUDIOS LLC'S RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS TO GAMES WORKSHOP LIMITED SET ONE** to be served on the interested parties by causing copies of this document to be served on the following *via* United States Mail in a sealed envelope with the postage prepaid and *via* electronic mail to the following:

> Jennifer A. Golinveaux, Esq.
> Thomas J. Kearney, Esq.
> J. Caleb Donaldson, Esq.
> WINSTON & STRAWN LLP
> 101 California Street
> San Francisco, CA 94111
> jgolinveaux@winston.com
> tkearney@winston.com
> jcdonaldson@winston.com
>
> Catherine B. Diggins, Esq.
> Eric J. Mersmann, Esq.
> WINSTON & STRAWN LLP
> 35 West Wacker Drive
> Chicago, IL 60601
> cdiggins@winston.com
> emersmann@winston.com
>
> and
>
> Ronald H. Spuhler
> Ronald A. DiCerbo
> Thomas J. Campbell Jr.
> MCANDREWS, HELD & MALLOY LTD.
> 500 W. Madison Street – 34th Floor
> Chicago, IL 60061

Scott R. Kaspar

NYC_1165398.1