# EXHIBIT 4

**(Chart of works named in Plaintiff's Exhibit A)**

# Table of Works

## Named in Plaintiff's Exhibit A to
## Plaintiff's Responses to Chapterhouse Studios' First Set of Interrogatories (Nos. 1-2)

**Bold Highlighting** indicates works Plaintiff had not produced as of the Court's July 29, 2011 deadline.

| Work | | Entry in Exhibit A |
|---|---|---|
| **Alpha Legion Land Raider conversion kit** | | 32 |
| **Assault squad shoulder pads** | | 44 |
| **Blood Raven decal/transfer sheet** | | 4 |
| **Carnifex [figure]** | | 86 |
| Chaos Space Marines 2007 | | 20 |
| **Crimson Fists shoulder pads** | | 15 |
| **Dawn of War computer game (produced under licence from Games Workshop)** | | 4, 5 |
| **Dreadnoughts [a type of Space Marine]** | | 33 |
| **Drop pods [miniature]** | | 61 |
| **Eldar Farseers [miniature]** | | 35 |
| **Eldar jetbikes [miniature]** | | 35 |
| **Flesh Tearers shoulder pads** | | 12 |
| **Games Workshop Black Library novels** | | 17 |
| How to paint Space Marines 2004 | | 19 |
| **Imperial Fists shoulder pads** | | 15 |
| **Index Astartes I, page 19** | | 8 |
| Index Astartes II, pages 3, 13, 31, 42, 45, 49 | **produced in b/w** | 2, 4, 8, 12, 15, 80 |
| Index Astartes III, pages 3, 23, 41 | | 48, 68, 87 |
| Index Astartes IV, pages 3, 19, 31, 39 | | 15, 21, 32, 85 |
| **Land Raiders** | | 32 |
| **Legion of the Damned models** | | 19 |
| **Lightning claws** | | 27 |
| **Power fist** | | 27 |
| **Salamanders conversion kit for the Land Raider** | | 32 |
| **Sci-Fi Shoulder pad** | | 52 |
| **Seer Council** | | 35 |
| **Soul Drinkers 2002, front cover** | | 23 |
| **Space Marine Chaplain with skull helmet** | | 3 |
| **Space Marine Collector's Guide 2003, pages 14, 32** | | 1, 79 |
| **Space Marine Land Speeder 1998, page 5** | | 2 |

-2-

| Work | | Entry in Exhibit A |
|---|---|---|
| Space Marines 2004, page 70 | | 48 |
| **Space Marines 2008, page 71** | | **65** |
| **Space Marines in Terminator armour** | | **5** |
| **Space Marines, page 97** | | **34** |
| **Space Wolves 2000, page 19** | | **79** |
| **Space Wolves 2009, page 78** | | **95** |
| **Space Wolves conversion pack for the Rhino** | | **79** |
| **Storm Shields** | | **28** |
| **Tactical shoulder pads** | | **54** |
| **Tau Empire decal sheet, 2001** | | **43** |
| **Termagaunt** | | **86** |
| The Art of Warhammer 40,000 2006, pages 70, 71, 201 | [produced in b/w] | 4, 5, 14, 17, 67 |
| The Horus Heresy – Collected Visions 2007, pages 48, 90, 284 | [produced in b/w] | 74, 87, 89 |
| **Tyranid Genestealer boxed set** | | **42** |
| **Tyranid Warriors** | | **39** |
| Tyranids 2009, pages 52, 54, 56, 66 | | 37, 40, 86 |
| Tyranids 2010, page 61 | | 42 |
| **Tyrant** | | **38** |
| **Warlocks** | | **36** |
| **White Dwarf 101 1988, page 72** | | **90** |
| White Dwarf magazine issue 249, page 33 | | 6, 10 |

SF:315755.3