# EXHIBIT 5

**(Plaintiff's document no. GW0001727**
*The Art of Warhammer 40,000* **p. 71)**



Chapters of the Adeptus Astartes | Neil Hodgson | Poster | 2005

GW0001727