# EXHIBIT 6

**(BlackLibrary.com home page)**




**Log in / Register** | **Help**
**Basket** (0 products $ 0.00) | **Checkout**
Search our products GO

**Select your currency**
$ US dollars




## ADVANCE ORDERS - GET THEM FIRST!

### PATH OF THE SEER



Thirianna abandons her simple existence to embark upon the mysterious Path of the Seer. She will tread a dark and dangerous road that leads her to the other realm of the warp ...
Gav Thorpe
September 2011

$ 8.99 PREORDER

$ 7.99 PREORDER EBOOK

### AURELIAN



Aaron Dembski-Bowden's limited edition Horus Heresy novella is coming in September.
Be amongst the first to see this highly anticipated novel and it's cover art – sign up to the black Library newsletter today.
Aaron Dembski-Bowden
September 2011

$ 50.00 REMIND ME

### SONS OF ELLYRION




Ulthuan is a land at the verge of destruction. At Lothern, a fell army marches against the elven defenders of Prince Imrik and Prince Tyrion.
Graham McNeill
September 2011

$ 8.99 PREORDER

$ 7.99 PREORDER EBOOK

### DEFENDERS OF ULTHUAN

At the heart of Ulthuan lies a magical vortex, the mages who created it trapped in a space out of time, endlessly working the spell to keep the world back from Chaos.

## LATEST FROM OUR BLOG

### WHAT'S 20 FEET HIGH, HAS TWO HEADS AND SHOOTS LIGHTNING FROM ITS HANDS?

Kairos Fatewaever, of course, and who better to depict the Master of sorcery than Jon Sullivan, who has captured the warped and twisted natureof the daemons of Chaos in his new artworkfor the cover of Architect of Fate.




Graham McNeill
September 2011

| $ 7.99 | PREORDER |
|---|---|
| $ 7.99 | PREORDER EBOOK |

**HOUR OF SHADOWS, THE**




As the undead hordes of Huskk Gnawbone march on the Golden Pool at the heart of Athel Loren, the wood elf spellweaver Ywain discovers an even greater evil stirring in the depths...
C.L. Werner
August 2011

| $ 5.00 | PREORDER |
|---|---|
| $ 4.00 | PREORDER EBOOK |

## Latest Releases - Out this month







The unfortunate Space Marines caught up in the mutating wake of the greater daemon lie sprawled across the battlefield, helpless against the power of Tzeentch.



**DAEMONIFUGE**



The award winning Graphic novel, now available as a print on demand book.
August 2011

$ 29.95 BUY NOW

**TUEUR D'ELFES**




Gotrek et Félix pourront-ils contrer les elfes noirs avant qu'ils ne libèrent un sortilège assez puissant pour déchirer le monde ?
Nathan Long
July 2011

$ 9.99 BUY NOW

$ 8.99 BUY EBOOK

**MADNESS WITHIN, THE (AUDIO DRAMA)**




Desperate and isolated, Sergeant Estabann and Brother Cordoba of the Crimson Fists Space Marines are hunting the daemon that destroyed their battle-brothers.
Steve Lyons
August 2011

$ 17.00 BUY CD

$ 14.00 BUY MP3

**VULKAN'S SHIELD (AUDIO SHORT)**



Above a war torn battlefield on a distant world, Ko'tan Kadai and his Salamanders are on a mission of mercy. As the city burns, the Fireborn rescue a band of beleaguered civilians and learns what it means to be Vulkan's Shield.
Nick Kyme
August 2011

$ 3.99 BUY MP3

**HAMMER & BOLTER : ISSUE 10**




Tenth issue of Hammer & Bolter.
Hammer & Bolter is Black Library's monthly fiction magazine. Each issue is packed with all-new short stories, serialised novels, interviews, previews and more.
edited by Christian Dunn
August 2011

$ 3.99 BUY EBOOK

**NAGASH IMMORTAL POSTER**



A2 full colour poster of the artwork from Mike Lee's novel Nagash Immortal.
August 2011



Architect of Fate is an anthology of Space Marine short stories by some of Black Library's finest authors, compiled by *New York Times* bestselling editor Christian Dunn. It will be available in May next year; you can set your reminder now.

In the meantime, you have the rest of the Space Marine Battles novels to enjoy.

Posted by The Black Library Team
Wednesday 3rd of August, 2011 : 0 Comments



**LATEST TWEET**

New Blog post up, What's 20 feet high, has two heads and shoots lightning bolts from its hands? Follow the link to... http://fb.me/E2mpH5nd
04:17 PM Aug 3rd, 2011



**JOIN US ON FACEBOOK**

For gossip, special previews, events news and much much more!

**ZOMBIES VS LASGUNS**




We do like to keep you excited, so with the complete Daemonifuge now available, it's time for a sneak peek at the next release in our Print on Demand line, Hive of the Dead.

This is the first of a new range of Warhammer 40,000 gamebooks, interactive novels where you take the role of the main character and decide where they go, what they do and whether they live or die. You fight the many enemies you meet in your adventure with a simple dice-based rules system where you roll to hit, wound and save, just like in Warhammer 40,000. In Hive of the Dead, you are an Imperial Guardsman who wakes in a cell, surrounded by the walking dead. Your mission: to escape, preferably without itchiness and a craving for brains… We thought we'd give you a brief extract from this exciting new book, taken from a journey through the zombie-haunted depths of Hive Septus:

**16**

As you move through the centre section of the hallway, the faulty lume strip cuts out, and as you stand there in the sudden darkness, you can make out the sound of growling coming from somewhere. Suddenly, the light flicks back into life and the round window in the wall next to

$ 12.00 BUY NOW

**NAGASH IMMORTAL**



In the tunnels of Nagashizzar, a new threat to the undead is rising. Nagash must call upon all his reserves of power to defeat the skaven assault and continue his unholy reign.
Mike Lee
August 2011

$ 8.99 BUY NOW

$ 7.99 BUY EBOOK

**IMPERIAL GLORY**



Tired and broken by war, the men of the Brimlock Eleventh Imperial Guard are a force on the verge of collapse.
Richard Williams
August 2011

$ 8.99 BUY NOW

$ 7.99 BUY EBOOK



you explodes out in a shower of glass, ejecting something dark and furry into the hallway. As you back away, the dark shape lifts itself up off the floor and growls at you through its bared, sharp fangs, blood and saliva dripping from its jaws. An emaciated zombie dog stands before you, taut and ready to pounce.

To run down the corridor towards the next bend, turn to **185**
To stand and fight, turn to **226**

To find out if you can escape the attentions of this corrupted cadaverous canine, you'll have to return on the 5th of September to buy your copy.
If you can't wait that long for lasgun vs zombie action, downloading Aaron Dembski-Bowden's new eBook Cadian Blood should satiate your thirst for post-apocalyptic action horror.

Posted by The Black Library Team
Tuesday 2nd of August, 2011 : 2 Comments




**DAEMONIFUGE REBORN**
Ephrael Stern, the thrice-born scourge of Chaos, returns in a reprint of the award winning graphic novel Daemonifuge. This tale follows the renegade Sister of Battle halfway across the galaxy, hunted by the powers of Chaos and the misguided forces of the inquisition, from alien worlds through the ancient depths of the webway and into the realm of Chaos itself.

There's a sneak preview below:




As you can see, Daemonifuge is dark, visceral, beautifully illustrated and action packed, and that's only page seven!

Order this classic graphic novel today and your copy will be specially printed and sent straight to you.

Posted by The Black Library Team
Monday 1st of August, 2011 : 0 Comments

## Coming Soon




**SALVATION'S REACH**

Dan Abnett
October 2011

$ 24.99 REMIND ME

**RED & BLACK (AUDIO DRAMA)**

October 2011

$ 17.00 REMIND ME

**THANQUOL'S DOOM**

October 2011

## Most Popular




**BATTLE OF THE FANG**

Chris Wraight
June 2011

$ 11.99 BUY NOW

$ 7.99 BUY EBOOK

**IRON HANDS**

Jonathan Green
May 2011

$ 19.99 BUY NOW




$ 8.99 REMIND ME




**AGE OF DARKNESS**

edited by Christian Dunn
May 2011

$ 8.99 BUY NOW

$ 7.99 BUY EBOOK

---

Black Library is a division of Games Workshop. Frequently Asked Questions. To contact us either send an email to contact@blacklibrary.com or call +44 (0) 115 9004069.

© Copyright Games Workshop Limited 2011. Games Workshop, BL Publishing, Black Library, Warhammer, Warhammer 40,000, the foregoing marks' respective logos and all associated marks, logos, places, names, creatures, races and race insignia/devices/logos/symbols, vehicles, locations, weapons, units, characters, products, illustrations and images from the Warhammer world and Warhammer 40,000 universe are either ®, ™ and/or © Games Workshop Ltd 2000-2011, variably registered in the UK and other countries around the world. For further information read the Games Workshop IP Policy.
Games Workshop Ltd, Willow Road, Lenton, Nottingham, NG7 2WS. Registered in England and Wales - Company No. 01467092. VAT No. GB 580853421

ecommerce solutions by Red