# EXHIBIT 7

**(List of Black Library novels from Wikipedia.org)**



🧑 Log in / create account

Article | Discussion | Read | Edit | View | Search

# List of Black Library novels

From Wikipedia, the free encyclopedia

**Navigation**
- Main page
- Contents
- Featured content
- Current events
- Random article
- Donate to Wikipedia

**Interaction**
- Help
- About Wikipedia
- Community portal
- Recent changes
- Contact Wikipedia

**Toolbox**
- What links here
- Related changes
- Upload file
- Special pages
- Permanent link
- Cite this page
- Rate this page

**Print/export**
- Create a book
- Download as PDF
- Printable version



It has been suggested that this article or section be merged with *Warhammer 40,000 novels*. (Discuss) *Proposed since January 2010.*

The **Black Library** is the name given to the publishing arm of Games Workshop which produces novels and comics exclusively set in one of their game universes, usually either Warhammer 40,000 or Warhammer Fantasy. Note that Necromunda and Blood Bowl are games set in the same game universe.

The name Black Library comes from the Warhammer 40,000 table top game where it refers to a forbidden and semi-legendary library of the alien Eldar race which contains dangerous information.

**List of all Warhammer Novels**

| Genre | Series | Year | Title | Author |
|---|---|---|---|---|
| Blood Bowl | Blood Bowl | 2005 | Blood Bowl | Matt Forbeck |
| Blood Bowl | Blood Bowl | 2005 | Dead Ball | Matt Forbeck |
| Blood Bowl | Blood Bowl | 2006 | Death Match | Matt Forbeck |
| Blood Bowl | Blood Bowl | 2007 | Rumble in the Jungle | Matt Forbeck |
| Necromunda | Necromunda | 2000 | Status: Deadzone | many |
| Necromunda | Necromunda | 2005 | Survival Instinct | Andy Chambers |
| Necromunda | Necromunda | 2005 | Salvation | Cassern S. Goto |
| Necromunda | Necromunda | 2005 | Blood Royal | Gordon Rennie, Will McDermott |
| Necromunda | Necromunda | 2005 | Junktion | Matthew Farrer |
| Necromunda | Necromunda | 2006 | Fleshworks | Lucien Soulban |
| Necromunda | Necromunda | 2006 | Cardinal Crimson | Will McDermott |
| Necromunda | Necromunda | 2006 | Back from the Dead | Nick Kyme |
| Necromunda | Necromunda | 2006 | Outlander | Matt Keefe |
| Necromunda | Necromunda | 2007 | Lasgun Wedding | Will McDermott |
| Warhammer 40,000 | - | 1993 | Space Marine | Ian Watson |
| Warhammer 40,000 | - | 1999 | Eye Of Terror | Barrington J. Bayley |
| Warhammer 40,000 | - | 2001 | Pawns Of Chaos | Brian Stableford |
| Warhammer 40,000 | Gothic War | 2001 | Execution Hour | Gordon Rennie |
| Warhammer | | | | |

| Series | Subseries | Year | Title | Author |
|---|---|---|---|---|
| Warhammer 40,000 | - | 2002 | Farseer | William King |
| Warhammer 40,000 | - | 2003 | Daemon World | Ben Counter |
| Warhammer 40,000 | - | 2003 | Angels of Darkness | Gav Thorpe |
| Warhammer 40,000 | Gothic War | 2003 | Shadowpoint | Gordon Rennie |
| Warhammer 40,000 | Black Templars | 2003 | Crusade for Armageddon | Jonathan Green |
| Warhammer 40,000 | - | 2003 | Fire Warrior | Simon Spurrier |
| Warhammer 40,000 | - | 2004 | Double Eagle | Dan Abnett |
| Warhammer 40,000 | - | 2004 | Iron Hands | Jonathan Green |
| Warhammer 40,000 | Black Templars | 2005 | Conquest of Armageddon | Jonathan Green |
| Warhammer 40,000 | Imperial Guard | 2005 | Fifteen Hours | Mitchel Scanlon |
| Warhammer 40,000 | - | 2005 | Lord of the Night | Simon Spurrier |
| Warhammer 40,000 | - | 2006 | Rogue Star | Andy Hoare |
| Warhammer 40,000 | - | 2006 | Faith and Fire | James Swallow |
| Warhammer 40,000 | Imperial Guard | 2006 | Death World | Steve Lyons |
| Warhammer 40,000 | - | 2007 | Star of Damocles | Andy Hoare |
| Warhammer 40,000 | - | 2007 | Dark Apostle | Anthony Reynolds |
| Warhammer 40,000 | - | 2007 | Eldar Prophecy | Cassern S. Goto |
| Warhammer 40,000 | - | 2007 | Brothers of the Snake | Dan Abnett |
| Warhammer 40,000 | Imperial Guard | 2007 | Desert Raiders | Lucien Sooulban |
| Warhammer 40,000 | Imperial Guard | 2007 | Rebel Winter | Steve Parker |
| Warhammer 40,000 | Imperial Guard | 2009 | Gunheads | Steve Parker |
| Warhammer 40,000 | Anthology | 1990 | Deathwing | many |
| Warhammer 40,000 | Anthology | 1999 | Into The Maelstrom | many |

| | | | | |
|---|---|---|---|---|
| Warhammer 40,000 | Anthology | 2001 | Dark Imperium | many |
| Warhammer 40,000 | Anthology | 2002 | Words of Blood | many |
| Warhammer 40,000 | Anthology | 2003 | Crucible of War | many |
| Warhammer 40,000 | Anthology | 2004 | What Price Victory | many |
| Warhammer 40,000 | Anthology | 2005 | Bringers of Death | many |
| Warhammer 40,000 | Anthology | 2006 | Let The Galaxy Burn | many |
| Warhammer 40,000 | Anthology | 2006 | Tales from the Dark Millenium | many |
| Warhammer 40,000 | Anthology | 2009 | Heroes of the Space Marines [1] | many |
| Warhammer 40,000 | Anthology | 2010 | Legends of the Space Marines | many |
| Warhammer 40,000 | Blood Angel Saga | 2004 | Deus Encarmine | James Swallow |
| Warhammer 40,000 | Blood Angel Saga | 2005 | Deus Sanguinius | James Swallow |
| Warhammer 40,000 | Ciaphas Cain | 2003 | For the Emperor | Sandy Mitchell |
| Warhammer 40,000 | Ciaphas Cain | 2004 | Caves of Ice | Sandy Mitchell |
| Warhammer 40,000 | Ciaphas Cain | 2005 | The Traitors Hand | Sandy Mitchell |
| Warhammer 40,000 | Ciaphas Cain | 2006 | Death or Glory | Sandy Mitchell |
| Warhammer 40,000 | Ciaphas Cain | 2006 | Duty Calls | Sandy Mitchell |
| Warhammer 40,000 | Dark Heresy | 2008 | Scourge the Heretic | Sandy Mitchell |
| Warhammer 40,000 | Dark Heresy | 2009 | Innocence Proves Nothing | Sandy Mitchell |
| Warhammer 40,000 | Dawn of War | 2004 | Dawn of War | Cassern S. Goto |
| Warhammer 40,000 | Dawn of War | 2005 | Dawn of War : Ascension | Cassern S. Goto |
| Warhammer 40,000 | Dawn of War | 2006 | Dawn of War: Tempest | Cassern S. Goto |
| Warhammer 40,000 | Deathwatch | 2005 | Warrior Brood | Cassern S. Goto |
| Warhammer | | | | |

| | | | | |
|---|---|---|---|---|
| Warhammer 40,000 | Deathwatch | 2006 | Warrior Coven | Cassern S. Goto |
| Warhammer 40,000 | Eisenhorn Saga | 2001 | Malleus | Dan Abnett |
| Warhammer 40,000 | Eisenhorn Saga | 2001 | Xenos | Dan Abnett |
| Warhammer 40,000 | Eisenhorn Saga | 2002 | Hereticus | Dan Abnett |
| Warhammer 40,000 | Eye of Terror | 2002 | Storm of Iron | Graham McNeill |
| Warhammer 40,000 | Gaunt's Ghosts | 1999 | First & Only[2] | Dan Abnett |
| Warhammer 40,000 | Gaunt's Ghosts | 1999 | Ghostmaker[3] | Dan Abnett |
| Warhammer 40,000 | Gaunt's Ghosts | 2000 | Necropolis[4] | Dan Abnett |
| Warhammer 40,000 | Gaunt's Ghosts | 2001 | Honour Guard[5] | Dan Abnett |
| Warhammer 40,000 | Gaunt's Ghosts | 2003 | The Guns of Tanith[6] | Dan Abnett |
| Warhammer 40,000 | Gaunt's Ghosts | 2004 | Straight Silver[7] | Dan Abnett |
| Warhammer 40,000 | Gaunt's Ghosts | 2004 | Sabbat Martyr[8] | Dan Abnett |
| Warhammer 40,000 | Gaunt's Ghosts | 2004 | Traitor General[9] | Dan Abnett |
| Warhammer 40,000 | Gaunt's Ghosts | 2005 | His Last Command[10] | Dan Abnett |
| Warhammer 40,000 | Gaunt's Ghosts | 2006 | The Armour of Contempt[11] | Dan Abnett |
| Warhammer 40,000 | Gaunt's Ghosts | 2007 | Only in Death[12] | Dan Abnett |
| Warhammer 40,000 | Gaunt's Ghosts Omnibus | 2007 | The Founding[13] | Dan Abnett |
| Warhammer 40,000 | Gaunt's Ghosts Omnibus | 2007 | The Saint[14] | Dan Abnett |
| Warhammer 40,000 | Grey Knights | 2004 | Grey Knights | Ben Counter |
| Warhammer 40,000 | Grey Knights | 2006 | Dark Adeptus | Ben Counter |
| Warhammer 40,000 | Grey Knights | 2008 | Hammer of Daemons | Ben Counter |
| Warhammer 40,000 | Horus Heresy | 2006 | Horus Rising | Dan Abnett |
| Warhammer 40,000 | Horus Heresy | 2006 | False Gods | Graham McNeill |

| | | | | |
|---|---|---|---|---|
| Warhammer 40,000 | Horus Heresy | 2006 | Galaxy in Flames | Ben Counter |
| Warhammer 40,000 | Horus Heresy | 2007 | The Flight of the Eisenstein | James Swallow |
| Warhammer 40,000 | Horus Heresy | 2007 | Fulgrim | Graham McNeill |
| Warhammer 40,000 | Horus Heresy | 2007 | Descent of Angels | Mitchell Scanlon |
| Warhammer 40,000 | Horus Heresy | 2008 | Legion | Dan Abnett |
| Warhammer 40,000 | Horus Heresy | 2008 | Battle for the Abyss | Ben Counter |
| Warhammer 40,000 | Horus Heresy | 2008 | Mechanicum | Graham McNeill |
| Warhammer 40,000 | Horus Heresy | 2008 | Tales of Heresy | Nick Kyme |
| Warhammer 40,000 | Horus Heresy | 2009 | Fallen Angels | Mike Lee |
| Warhammer 40,000 | Horus Heresy | 2009 | Tales of Heresy | Nick Kyme, Lindsey Priestley |
| Warhammer 40,000 | Horus Heresy | 2010 | A Thousand Sons | Graham McNeill |
| Warhammer 40,000 | Horus Heresy | 2010 | Prospero Burns | Dan Abnett |
| Warhammer 40,000 | Inquisition Wars | 1990 | Inquisitor | Ian Watson |
| Warhammer 40,000 | Inquisition Wars | 1994 | Harlequin | Ian Watson |
| Warhammer 40,000 | Inquisition Wars | 1995 | Chaos Child | Ian Watson |
| Warhammer 40,000 | Last Chancer | 2000 | 13th Legion | Gav Thorpe |
| Warhammer 40,000 | Last Chancer | 2001 | Kill Team | Gav Thorpe |
| Warhammer 40,000 | Last Chancer | 2004 | Annihilation Squad | Gav Thorpe |
| Warhammer 40,000 | Ravenor Saga | 2004 | Ravenor | Dan Abnett |
| Warhammer 40,000 | Ravenor Saga | 2005 | Ravenor Returned | Dan Abnett |
| Warhammer 40,000 | Ravenor Saga | 2006 | Ravenor Rogue | Dan Abnett |
| Warhammer 40,000 | Shira Calpurnia Series | 2003 | Crossfire | Matthew Farrer |
| Warhammer | | | | |

| | | | | |
|---|---|---|---|---|
| Warhammer 40,000 | Shira Calpurnia Series | 2004 | Legacy | Matthew Farrer |
| Warhammer 40,000 | Shira Calpurnia Series | 2006 | Blind | Matthew Farrer |
| Warhammer 40,000 | Soul Drinker Saga | 2002 | Soul Drinker | Ben Counter |
| Warhammer 40,000 | Soul Drinker Saga | 2003 | The Bleeding Chalice | Ben Counter |
| Warhammer 40,000 | Soul Drinker Saga | 2005 | Crimson Tears | Ben Counter |
| Warhammer 40,000 | Soul Drinker Saga | 2007 | Chapter War | Ben Counter |
| Warhammer 40,000 | Soul Drinker Saga | 2009 | Hellforged | Ben Counter |
| Warhammer 40,000 | Space Wolf Saga | 1999 | Space Wolf | William King |
| Warhammer 40,000 | Space Wolf Saga | 2000 | Ragnar's Claw | William King |
| Warhammer 40,000 | Space Wolf Saga | 2002 | Grey Hunter | William King |
| Warhammer 40,000 | Space Wolf Saga | 2003 | Wolfblade | William King |
| Warhammer 40,000 | Space Wolf Saga | 2007 | Sons of Fenris | Lee Lightner |
| Warhammer 40,000 | Space Wolf Saga | 2008 | Wolf's Honour | Lee Lightner |
| Warhammer 40,000 | Ultramarine Saga | 2002 | Nightbringer | Graham McNeill |
| Warhammer 40,000 | Ultramarine Saga | 2003 | Warriors of Ultramar | Graham McNeill |
| Warhammer 40,000 | Ultramarine Saga | 2004 | Dead Sky, Black Sun | Graham McNeill |
| Warhammer 40,000 | Ultramarine Saga | 2008 | The Killing Ground[15] | Graham McNeill |
| Warhammer Fantasy | - | 2000 | The Wine Of Dreams | Brian Stableford |
| Warhammer Fantasy | - | 2000 | Hammers Of Ulric | Dan Abnett, James Wallis |
| Warhammer Fantasy | - | 2001 | Gilead's Blood | Dan Abnett, Nik Vincent |
| Warhammer Fantasy | - | 2002 | Zavant | Gordon Rennie |
| Warhammer Fantasy | - | 2002 | The Dead and the Damned | Jonathan Green |
| Warhammer Fantasy | - | 2002 | Star of Erengrad | Neil McIntosh |

| | | | | |
|---|---|---|---|---|
| Warhammer Fantasy | - | 2003 | Fell Cargo | Dan Abnett |
| Warhammer Fantasy | - | 2003 | Mark of Damnation | James Wallis |
| Warhammer Fantasy | - | 2003 | Mark of Heresy | James Wallis |
| Warhammer Fantasy | - | 2003 | Taint of Evil | Neil McIntosh |
| Warhammer Fantasy | - | 2004 | Magestorm | Jonathan Green |
| Warhammer Fantasy | - | 2004 | Forged in Battle | Justin Hunter |
| Warhammer Fantasy | - | 2004 | The Burning Shore | Robert Earl |
| Warhammer Fantasy | - | 2004 | Wild Kingdoms | Robert Earl |
| Warhammer Fantasy | - | 2005 | Grudge Bearer | Gav Thorpe |
| Warhammer Fantasy | - | 2005 | Guardians of the Forest | Graham McNeill |
| Warhammer Fantasy | - | 2005 | Necromancer | Jonathan Green |
| Warhammer Fantasy | - | 2005 | Keepers of the Flame | Neil McIntosh |
| Warhammer Fantasy | - | 2005 | Savage City | Robert Earl |
| Warhammer Fantasy | - | 2006 | Mark of Chaos | Anthony Reynolds |
| Warhammer Fantasy | - | 2006 | Vermintide | Bruno Lee |
| Warhammer Fantasy | - | 2006 | Riders of the Dead | Dan Abnett |
| Warhammer Fantasy | - | 2006 | The Corrupted | Robert Earl |
| Warhammer Fantasy | - | 2007 | Palace of the Plague Lord | C.L. Werner |
| Warhammer Fantasy | - | 2007 | Defenders of Ulthuan | Graham McNeill |
| Warhammer Fantasy | - | 2007 | The Enemy Within | Richard L. Byers |
| Warhammer Fantasy | - | 2008 | Masters of Magic | Chris Wraight |
| Warhammer Fantasy | - | 2008 | Ancient Blood | Robert Earl |
| Warhammer | | | | |

| | | | | |
|---|---|---|---|---|
| Warhammer Fantasy | - | 2005 | Deaths City | Sandy Mitchell |
| Warhammer Fantasy | - | 2006 | Deaths Legacy | Sandy Mitchell |
| Warhammer Fantasy | - | 2005 | Deaths Messenger | Sandy Mitchell |
| Warhammer Fantasy | Angelika Fleischer Tales | 2003 | Honour of the Grave | Robin D. Laws |
| Warhammer Fantasy | Angelika Fleischer Tales | 2005 | Liars Peak | Robin D. Laws |
| Warhammer Fantasy | Angelika Fleischer Tales | 2004 | SacFlesh | Robin D. Laws |
| Warhammer Fantasy | Anthology | 1989 | The Laughter of Gods | many |
| Warhammer Fantasy | Anthology | 2007 | Invasion! | Nathan Long |
| Warhammer Fantasy | Anthology | 2001 | Lords Of Valour | many |
| Warhammer Fantasy | Anthology | 2000 | Realm of Chaos | many |
| Warhammer Fantasy | Anthology | 2004 | Swords of the Empire | many |
| Warhammer Fantasy | Anthology | 2006 | The Cold Hand of Betrayal | many |
| Warhammer Fantasy | Anthology | 2003 | Way of the Dead | many |
| Warhammer Fantasy | Blackhearts Saga | 2004 | Valnirs Bane | Nathan Long |
| Warhammer Fantasy | Blackhearts Saga | 2005 | The Broken Lance | Nathan Long |
| Warhammer Fantasy | Blackhearts Saga | 2006 | Tainted Blood | Nathan Long |
| Warhammer Fantasy | Bounty Hunter Brunner Saga | 2003 | Blood and Steel | C.L. Werner |
| Warhammer Fantasy | Bounty Hunter Brunner Saga | 2003 | Blood Money | C.L. Werner |
| Warhammer Fantasy | Bounty Hunter Brunner Saga | 2004 | Blood of the Dragon | C.L. Werner |
| Warhammer Fantasy | Daemon Gates Saga | 2006 | Day of the Daemon | Aaron Rosenberg |
| Warhammer Fantasy | Daemon Gates Saga | 2007 | Night of the Daemon | Aaron Rosenberg |
| Warhammer Fantasy | Daemon Gates Saga | 2007 | Hour of the Daemon | Aaron Rosenberg |
| Warhammer Fantasy | Darkblade Saga | 2005 | The Daemon's Curse | Dan Abnett, Mike Lee |

| Warhammer Fantasy | Darkblade Saga | 2005 | Bloodstorm | Dan Abnett, Mike Lee |
| Warhammer Fantasy | Darkblade Saga | 2006 | Reaper of Souls | Dan Abnett, Mike Lee |
| Warhammer Fantasy | Darkblade Saga | 2007 | Warpsword | Dan Abnett, Mike Lee |
| Warhammer Fantasy | Darkblade Saga | 2007 | Lord of Ruin | Dan Abnett, Mike Lee |
| Warhammer Fantasy | Gotrek & Felix Saga | 1999 | Trollslayer | William King |
| Warhammer Fantasy | Gotrek & Felix Saga | 1999 | Skavenslayer | William King |
| Warhammer Fantasy | Gotrek & Felix Saga | 1999 | Daemonslayer | William King |
| Warhammer Fantasy | Gotrek & Felix Saga | 2000 | Dragonslayer | William King |
| Warhammer Fantasy | Gotrek & Felix Saga | 2001 | Beastslayer | William King |
| Warhammer Fantasy | Gotrek & Felix Saga | 2001 | Vampireslayer | William King |
| Warhammer Fantasy | Gotrek & Felix Saga | 2003 | Giantslayer | William King |
| Warhammer Fantasy | Gotrek & Felix Saga | 2006 | Orcslayer | Nathan Long |
| Warhammer Fantasy | Gotrek & Felix Saga | 2007 | Manslayer | Nathan Long |
| Warhammer Fantasy | Gotrek & Felix Saga | 2008 | Elfslayer | Nathan Long |
| Warhammer Fantasy | Gotrek & Felix Saga | 2009 | Shamanslayer | Nathan Long |
| Warhammer Fantasy | Konrad Saga | 1990 | Konrad | David Ferring |
| Warhammer Fantasy | Konrad Saga | 1990 | Shadowbreed | David Ferring |
| Warhammer Fantasy | Konrad Saga | 1993 | Warblade | David Ferring |
| Warhammer Fantasy | Slaves to Darkness | 2002 | The Claws of Chaos | Gav Thorpe |
| Warhammer Fantasy | Slaves to Darkness | 2003 | Blades of Chaos | Gav Thorpe |
| Warhammer Fantasy | Slaves to Darkness | 2004 | The Heart of Chaos | Gav Thorpe |
| Warhammer Fantasy | The Ambassador Chronicles | 2003 | The Ambassador | Graham McNeill |
| Warhammer | The Ambassador | | | |

| | | | | |
|---|---|---|---|---|
| Warhammer Fantasy | Chronicles | 2004 | Ursun's Teeth | Graham McNeill |
| Warhammer Fantasy | The Tales of Orfeo | 1989 | Zaragoz | Brian Craig |
| Warhammer Fantasy | The Tales of Orfeo | 1990 | Plague Daemon | Brian Craig |
| Warhammer Fantasy | The Tales of Orfeo | 1991 | Storm Warriors | Brian Craig |
| Warhammer Fantasy | The Vampire Genevieve | 1991 | Beasts in Velvet | Jack Yeovil |
| Warhammer Fantasy | The Vampire Genevieve | 1993 | Genevieve Undead | Jack Yeovil |
| Warhammer Fantasy | The Vampire Genevieve | 1998 | Drachenfels | Jack Yeovil |
| Warhammer Fantasy | The Vampire Genevieve | 2002 | Silver Nails | Jack Yeovil |
| Warhammer Fantasy | The Von Carstein Trilogy | 2006 | Inheritance | Steven Savile |
| Warhammer Fantasy | The Von Carstein Trilogy | 2006 | Dominion | Steven Savile |
| Warhammer Fantasy | The Von Carstein Trilogy | 2007 | Retribution | Steven Savile |
| Warhammer Fantasy | Witch Hunter Series | 2004 | Witch Hunter | C.L. Werner |
| Warhammer Fantasy | Witch Hunter Series | 2005 | Witch Finder | C.L. Werner |
| Warhammer Fantasy | Witch Hunter Series | 2006 | Witch Killer | C.L. Werner |

## References  [edit]

1. ^ BL Page http://www.blacklibrary.com/product.asp?prod=60100181093&type=Book
2. ^ BL Page http://www.blacklibrary.com/product.asp?prod=60100199084&type=Book
3. ^ BL Page http://www.blacklibrary.com/product.asp?prod=60100199085&type=Book/
4. ^ BL Page http://www.blacklibrary.com/product.asp?prod=60100199034&type=Book
5. ^ BL Page http://www.blacklibrary.com/product.asp?prod=60100199035&type=Book
6. ^ BL Page http://www.blacklibrary.com/product.asp?prod=60100199044&type=Book
7. ^ BL Page
8. (prod=60100181012&type=Book)
9. ^ BL Page http://www.blacklibrary.com/product.asp?prod=60100181006&type=Book
10. ^ BL Page http://www.blacklibrary.com/product.asp?prod=60100181038&type=Book
11. ^ BL Page http://www.blacklibrary.com/product.asp?prod=60100181054&type=Book
12. ^ BL Page http://www.blacklibrary.com/product.asp?prod=60040181018&type=Book
13. ^ BL Page http://www.blacklibrary.com/product.asp?prod=60100181024&type=Book
14. ^ BL Page http://www.blacklibrary.com/product.asp?prod=60100181047&type=Book

   http://www.blacklibrary.com/product.asp?prod=60100199057&type=Book
8. ^ BL Page http://www.blacklibrary.com/product.asp?
15. ^ BL Page http://www.blacklibrary.com/product.asp?prod=60100181098&type=Book

## External links [edit]

- Official Black Library website
- Official *Warhammer 40,000* Homepage

| v • d • e | **Warhammer Fantasy** |
|---|---|
| Tabletop wargames | Warhammer Fantasy Battle • Warmaster • Mordheim • Blood Bowl • Man O' War • Warhammer Fantasy Roleplay |
| Video games | Shadow of the Horned Rat • Dark Omen • Mark of Chaos • Warhammer Online |
| Nations and races | Beastmen • Bretonnia • Chaos • Chaos Dwarfs • Dark Elves • Dogs of War • Dwarfs • Daemons of Chaos • The Empire • High Elves • Kislev • Lizardmen • Ogre Kingdoms • Orcs and Goblins • Skaven • Undead (Tomb Kings & Vampire Counts) • Wood Elves |
| Places | Araby • Chaos Wastes • Cathay • Lustria • The Southlands • Naggaroth • Dark Lands • Albion • Tilea • Estalia • Kislev • Norsca • Khemri • Ind • Khuresh • Athel Loren • Sylvania • Nippon • Worlds Edge Mountains |
| Other | Characters • Lores of Magic • Gods of the Old World • Armies of Warhammer • Warhammer Fantasy Roleplay • Warhammer novels |

| v • d • e | **Warhammer 40,000** |
|---|---|
| Forces of the Imperium | Imperial Guard • Space Marines • Sisters of Battle • Daemonhunters |
| Forces of Chaos | Chaos Space Marines • Chaos Daemons • The Lost and the Damned |
| Alien races | Dark Eldar • Eldar • Orks • Necrons • Tau • Kroot • Vespid • Tyranids • Demiurg • Squat |
| Spin-offs | Aeronautica Imperialis • Battlefleet Gothic • Dark Millennium • Epic • Gorkamorka • Inquisitor • Necromunda • Space Hulk • Warhammer 40,000 novels |
| Video games | *Space Crusade* • *Space Hulk* • *Vengeance of the Blood Angels* • *Final Liberation* • *Chaos Gate* • *Rites of War* • *Fire Warrior* • *Dawn of War* (*Winter Assault* • *Dark Crusade* • *Soulstorm*) • *Glory in Death* • *Squad Command* • *Dawn of War II* (*Chaos Rising* • *Retribution*) • *Space Marine* • *Dark Millennium Online* |
| Role-playing games | *Dark Heresy* • *Rogue Trader* • *Deathwatch* • *Black Crusade* |
| Film | *Ultramarines: The Movie* |

View page ratings
Rate this page
What's this?
Trustworthy
Objective
Complete
Well-written
☐ I am highly knowledgeable about this topic (optional)
☐ I have a relevant college/university degree
☐ It is part of my profession
☐ It is a deep personal passion
☐ The source of my knowledge is not listed here
☐ I would like to help improve Wikipedia, send me an e-mail (optional)    email@example.org
We will send you a confirmation e-mail. We will not share your address with anyone. (Privacy policy)

Saved successfully

Your ratings have not been submitted yet

Your ratings have expired

Please reevaluate this page and submit new ratings.

An error has occured. Please try again later.

Thanks! Your ratings have been saved.

Please take a moment to complete a short survey.

Maybe later

Thanks! Your ratings have been saved.

Do you want to create an account?

An account will help you track your edits, get involved in discussions, and be a part of the community.

or   Maybe later

Thanks! Your ratings have been saved.

Did you know that you can edit this page?

Maybe later

Categories: Warhammer 40,000 novels | Warhammer Fantasy novels

This page was last modified on 16 May 2011 at 19:50.

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of use for details.
Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Contact us

Privacy policy    About Wikipedia    Disclaimers


