# EXHIBIT 8

**(Defendant's First Set of Interrogatories Nos. 1-2)**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:10-cv-08103 |
| v. | ) |
| | ) |
| CHAPTERHOUSE STUDIOS LLC and JON | ) |
| PAULSON d/b/a PAULSON GAMES, | ) |
| | ) Judge Matthew F. Kennelly |
| Defendants. | ) |

**DEFENDANT CHAPTERHOUSE STUDIOS LLC'S REQUEST FOR INTERROGATORIES TO GAMES WORKSHOP LIMITED SET ONE**

PROPOUNDING PARTY:    DEFENDANT CHAPTERHOUSE STUDIOS LLC

RESPONDING PARTY:    PLAINTIFF GAMES WORKSHOP LIMITED

SET:    ONE

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendant Chapterhouse Studios LLC ("Chapterhouse") requests that Plaintiff Games Workshop Limited respond to the interrogatories below, within thirty (30) days of the date of service.

### INSTRUCTIONS

1. In answering these interrogatories, furnish all information, including information contained in or on any document, that is known or available to you, including all information in the possession of your attorneys or other persons acting on your behalf or under your attorney's employment or direction.

2. For any information that is withheld on claim of privilege or other legal protection, state the basis for the claim, and without revealing information itself privileged or protected, describe the nature of the information sufficiently to enable Chapterhouse to assess the applicability of the claim. Include the identity of each person whom you believe has knowledge of such information.

3. If you cannot answer the interrogatory fully and completely after exercising due diligence to make inquiries and secure information necessary to do so, so state, and answer the interrogatory to the full extent you deem possible, specify the portion of the interrogatory that you claim you are unable to answer fully and completely; and state what knowledge, information and belief you have concerning the unanswered portion of the interrogatory.

4. The obligation to respond to this interrogatory is continuing and requires further answer and amendment from now until the time of hearing or trial, as provided by Federal Rule of Civil Procedure 26(e).

## DEFINITIONS

1. The terms "you" or "your" refer to Plaintiff Games Workshop Limited and includes any persons controlled by or acting on behalf of that entity.

2. The terms "your work" or "your works" refer to literary, pictorial, graphic, sculptural, or other works, as well as characters, in which Games Workshop Limited claims copyright.

3. The term "Chapterhouse" refers to Defendant Chapterhouse Studios LLC as well as its officers, directors, employees, and authorized representatives.

4. The words "or" and "and" shall be read in the conjunctive and in the disjunctive wherever they appear, and neither of these words shall be interpreted to limit the scope of the interrogatory.

5. As used herein, the term "identify" requires the following information:

   (a) With respect to a natural person, provide: full name; any aliases; present or last known business address, telephone number, and email address; occupation and business position or title held; present or last known U.S. residence address, telephone number, and email address (or, if not a U.S. resident, present foreign residence address, telephone number, and email address and last known U.S. residence address).

2

(b) With respect to an entity (corporation, company, partnership, joint venture or other entity which is not a natural person), provide: full name; place of incorporation or organization (if any); street address of principal place of business; and principal telephone number.

(c) With respect to a "copyright," identify the work and specify whether it is literary, pictorial, graphic, sculptural, a character, or other (and if "other" what type of work); the author; the date of creation; the current owner; any current exclusive licensee; the U.S. copyright registration or application number if any; and in the case of multi-page works, the specific page and textual passage or passages, if any, of the work alleged to be infringed.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

Identify each infringement of your copyrights for which you claim Chapterhouse is liable, by identifying (a) the copyright infringed; (b) the allegedly infringing product or products; (c) the exclusive right or rights of the copyright owner, as set forth in 17 U.S.C. section 106, that you claim has been infringed; and (d) the specific conduct that constitutes the infringement.

**INTERROGATORY NO. 2:**

For each of the one hundred and six Chapterhouse products that you allege infringes your copyrights, identify (a) each of your copyrights that you allege the product infringes; (b) the exclusive right or rights of the copyright owner, as set forth in 17 U.S.C. section 106, that you claim has been infringed; and (c) the specific conduct that constitutes the infringement.

3

Dated: April 1, 2011						Respectfully submitted,

											CHAPTERHOUSE STUDIOS LLC

										By:	_____
											Jennifer Golinveaux (CA Bar No. 203056)
											J. Caleb Donaldson (CA Bar No. 257271)
											Thomas J. Kearney (CA Bar No. 267087)
											WINSTON & STRAWN LLP
											101 California Street
											San Francisco, CA 94111-5802
											Phone: (415) 591-1000
											Fax: (415) 591-1400
											jgolinveaux@winston.com
											jcdonaldson@winston.com
											tkearney@winston.com

											Eric Mersmann (IL Bar No. 6286859)
											Catherine B. Diggins (IL Bar No. 6296237)
											WINSTON & STRAWN LLP
											35 West Wacker Drive
											Chicago, IL 60601-1695
											Phone: (312) 558-5600
											Fax: (312) 558-5700
											emersmann@winston.com
											cdiggins@winston.com

4

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2011, I provided service to the person or persons listed below by the following means: First Class Mail.

Scott R. Kaspar
Aaron J. Weinzierl
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312.832.4500
Facsimile: 312.832.4700
Email: skaspar@foley.com;
aweinzierl@foley.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
Email: jmoskin@foley.com

Signature: _____    Date: April 1, 2011
Name         Carleen Chea

SF:306656.1