# EXHIBIT 10

**(Plaintiff's document no. GW0001466
Credit page, Tyranids 2009)**

# SUMMARY

## TROOP TYPES

| | WS | BS | S | T | W | I | A | Ld | Sv | Page |
|---|---|---|---|---|---|---|---|---|---|---|
| Biovore | 3 | 3 | 4 | 4 | 2 | 1 | 1 | 6 | 4+ | 48 |
| Broodlord | 7 | 0 | 5 | 5 | 3 | 7 | 4 | 10 | 4+ | 40 |
| Carnifex | 3 | 3 | 9 | 6 | 4 | 1 | 4 | 7 | 3+ | 46 |
| Deathleaper | 9 | 3 | 6 | 4 | 3 | 7 | 4 | 10 | 5+ | 59 |
| The Doom of Malan'tai | 4 | 4 | X | 4 | 4 | 4 | 3 | 10 | 5+ | 58 |
| Gargoyle | 3 | 3 | 3 | 3 | 1 | 4 | 1 | 6 | 6+ | 42 |
| Genestealer | 6 | 0 | 4 | 4 | 1 | 6 | 2 | 10 | 5+ | 40 |
| Harpy | 3 | 3 | 5 | 5 | 4 | 5 | 2 | 10 | 4+ | 43 |
| Hive Guard | 4 | 4 | 5 | 6 | 2 | 2 | 2 | 7 | 4+ | 47 |
| Hive Tyrant | 8 | 3 | 6 | 6 | 4 | 5 | 4 | 10 | 3+ | 34 |
| Hormagaunt | 3 | 3 | 3 | 3 | 1 | 5 | 2 | 6 | 6+ | 38 |
| Lictor | 6 | 3 | 6 | 4 | 3 | 6 | 3 | 10 | 5+ | 41 |
| Mawloc | 3 | 0 | 6 | 6 | 6 | 4 | 3 | 8 | 3+ | 51 |
| Mycetic Spore | 2 | 2 | 6 | 4 | 3 | 1 | 3 | 5 | 4+ | 54 |
| Old One Eye | 3 | 3 | 10 | 6 | 4 | 1 | 4 | 8 | 3+ | 57 |
| The Parasite of Mortrex | 5 | 3 | 6 | 4 | 3 | 6 | 4 | 10 | 3+ | 60 |
| Pyrovore | 3 | 3 | 4 | 4 | 2 | 1 | 1 | 6 | 4+ | 49 |
| Ravener | 5 | 3 | 4 | 4 | 3 | 5 | 4 | 6 | 5+ | 37 |
| Ripper Swarm | 2 | 2 | 3 | 3 | 3 | 2 | 4 | 5 | 6+ | 55 |
| Sky-slasher Swarm | 2 | 2 | 3 | 3 | 3 | 2 | 4 | 5 | 6+ | 55 |
| Spore Mine | - | - | 1 | 1 | 1 | 1 | - | 1 | - | 48 |
| The Swarmlord | 9 | 3 | 6 | 6 | 5 | 6 | 4 | 10 | 3+ | 56 |
| Termagant | 3 | 3 | 3 | 3 | 1 | 4 | 1 | 6 | 6+ | 39 |
| Tervigon | 3 | 3 | 5 | 6 | 6 | 1 | 3 | 10 | 3+ | 52 |
| Trygon | 5 | 3 | 6 | 6 | 6 | 4 | 6 | 8 | 3+ | 50 |
| Trygon Prime | 5 | 3 | 6 | 6 | 6 | 4 | 6 | 10 | 3+ | 50 |
| Tyranid Warrior | 5 | 3 | 4 | 4 | 3 | 4 | 3 | 10 | 4+ | 36 |
| Tyranid Prime | 6 | 4 | 5 | 5 | 3 | 5 | 4 | 10 | 3+ | 36 |
| Tyranid Shrike | 5 | 3 | 4 | 4 | 3 | 4 | 3 | 10 | 5+ | 36 |
| Tyrant Guard | 5 | 3 | 5 | 6 | 2 | 4 | 3 | 7 | 3+ | 35 |
| Tyrannofex | 3 | 3 | 6 | 6 | 6 | 1 | 3 | 8 | 2+ | 53 |
| Venomthrope | 3 | 4 | 4 | 4 | 2 | 3 | 2 | 6 | 5+ | 45 |
| Ymgarl Genestealer | 6 | 0 | 4 | 4 | 1 | 6 | 2 | 10 | 4+ | 61 |
| Zoanthrope | 3 | 4 | 4 | 4 | 2 | 3 | 1 | 10 | 5+ | 44 |

## WEAPON TYPES

| Weapon | Range | Str. | AP | Type | Page |
|---|---|---|---|---|---|
| Acid Spray | Template* | 6 | 4 | Assault 1 | 53 |
| Barbed Strangler | 36" | 4 | 5 | Assault 1, Large Blast, Pinning | 81 |
| Brainleech Worms | 18" | 6 | - | Assault 6* | 81 |
| Bio-electric Pulse | 12" | 5 | 5 | Assault 6 | 50 |
| Bio-plasma | 12" | 7 | 2 | Assault 1, Blast | 46 |
| Containment Spines | 18" | 5 | 5 | Assault 12 | 50 |
| Cluster Spines | 18" | 5 | - | Assault 1, Large Blast | 81 |
| Deathspitter | 18" | 5 | 5 | Assault 3 | 81 |
| Devourer | 18" | 4 | - | Assault 3* | 81 |
| Flamespurt | Template | 5 | 4 | Assault 1* | 49 |
| Fleshborer | 12" | 4 | 5 | Assault 1 | 81 |
| Fleshborer Hive | 12" | 4 | 5 | Assault 20 | 53 |
| Flesh Hooks | 6" | 6 | - | Assault 2, Rending | 41 |
| Heavy Venom Cannon | 36" | 9 | 4 | Assault 1, Blast* | 82 |
| Impaler Cannon | 24" | 8 | 4 | Assault 2* | 47 |
| Ripper Tentacles | 6" | 6 | - | Assault 6 | 54 |
| Rupture Cannon | 48" | 10 | 4 | Assault 2 | 53 |
| Spike Rifle | 18" | 3 | - | Assault 1 | 39 |
| Spore Mine Cysts | N/A | 4 | 4 | Assault D3, Large Blast* | 43 |
| Spore Mine Launcher | 48" | 4 | 4 | Assault 1, Barrage, Large Blast* | 48 |
| Spinefists | 12" | 3 | 5 | Assault X*, Twin-linked | 82 |
| Stinger Salvo | 18" | 5 | 4 | Assault 4 | 82 |
| Stranglethorn Cannon | 36" | 6 | 5 | Assault 1, Large Blast, Pinning | 82 |
| Strangleweb | Template | 2* | - | Assault 1, Pinning | 39 |
| Thorax Swarm | | | | | 82 |
| (Electroshock Grubs) | Template | 5 | 5 | Assault 1 | |
| (Desiccator Larvae) | Template | 1 | - | Assault 1* | |
| (Shreddershard Beetles) | Template | 3 | - | Assault 1, Rending | |
| Venom Cannon | 36" | 6 | 4 | Assault 1, Blast* | 82 |

*These weapons have additional rules as detailed in their entries.

**Written by:** Robin Cruddace.

**Art:** John Blanche, Alex Boyd, Rob Carey, Paul Dainton, Dave Gallagher, Neil Hodgson, Nuala Kinrade, Adrian Smith. **Book Design:** Carl Dafforn, Emma Parrington, Mark Raynor.
**Photography:** Glenn More **'Eavy Metal:** Neil Green, Kornel Kozak, Darren Latham, Keith Robertson, Joe Tomaszewski, Anja Wettergren, Kirsten Williams, Tom Winstone.
**Games Development:** Alessio Cavatore, Robin Cruddace, Graham Davey, Andy Hoare, Jervis Johnson, Phil Kelly, Andrew Kenrick, Jeremy Vetock, Matthew Ward.
**Hobby Team:** Dave Andrews, Nick Bayton, Mark Jones, Chad Mierzwa, Chris Peach. **Miniature Design:** Mike Anderson, Giorgio Bassani, Trish Carden, Juan Diaz, Martin Footitt,
Jes Goodwin, Colin Grayson, Mark Harrison, Alex Hedström, Matt Holland, Aly Morrison, Brian Nelson, Oliver Norman, Seb Perbet, Alan Perry, Michael Perry, Pete Riordan,
Dale Stringer, Dave Thomas, Tom Walton. **Production & Reprographics:** Simon Burton, Chris Eggar, Marc Elliott, Zaff Haydn-Davies, Kris Jaggers, John Michelbach, Melissa Roberts,
Rachel Ryan, James Shardlow, Kris Shields, Ian Strickland, Madeleine Tighe. **Special Thanks:** Marshall Jansen, Alan Merrett, Rick Priestley, Tim Sawyer, Marco Schulze.

**Edition May 2010**

**Produced by Games Workshop**

© Copyright Games Workshop Limited 2009, Tyranids, Games Workshop, the Games Workshop logo, GW, Warhammer, the Warhammer logo, Citadel, the Citadel Device, Biovore, Carnifex, Deathleaper, Doom of Malan'tai, Genestealer, Hive Guard, Hive Tyrant, Hormagaunt, Lictor, Mawloc, Mycetic Spore, Old One Eye, Parasite of Mortrex, Pyrovore, Ravener, Ripper Swarm, Swarmlord, Termagant, Tervigon, Tyranid Warrior, Tyrannofex, Tyrant Guard, Trygon, Venomthrope, Ymgarl Genestealer, Zoanthrope and all associated marks, logos, names, places, characters, creatures, races and race insignia, illustrations and images from the Warhammer 40,000 universe are either ®, TM and/or © Games Workshop Ltd 2000-2009, variably registered in the UK and other countries around the world. All Rights Reserved.

British Cataloguing-in-Publication Data. A catalogue record for this book is available from the British Library. Pictures used for illustrative purposes only.

Certain Citadel products may be dangerous if used incorrectly and Games Workshop does not recommend them for use by children under the age of 16 without adult supervision. Whatever your age, be careful when using glues, bladed equipment and sprays and make sure that you read and follow the instructions on the packaging.

**UK**
Games Workshop Ltd.,
Willow Rd, Lenton,
Nottingham,
NG7 2WS

**NORTH AMERICA**
Games Workshop
6211 East Holmes Road
Memphis
Tennessee 38141

**AUSTRALIA**
Games Workshop,
23 Liverpool Street,
Ingleburn,
NSW 2565

**NORTHERN EUROPE**
Games Workshop Ltd.,
Willow Rd, Lenton,
Nottingham,
NG7 2WS

GW0001466