# EXHIBIT 11

**(Plaintiff's document no. GW0001219
Credit page, Space Marines)**

# SPACE MARINES



| | | |
|---|---|---|
| Introduction . . . . . . . . 2 | An Eternity of War . . 19 | |
| Warriors of Legend . . . . . . . . 4 | Space Marine Special Rules . . . . 21 | |
| Codex Chapters . . . . 8 | Armoury . . . . . . . . 22 | |
| Rites of Initiation . . . . . . . . 10 | Librarian Psychic Powers . . . 26 | |
| Battle Brothers . . . . 12 | Army List . . . . . . . . 27 | |
| Veteran Space Marines . . . . 12 | HQ . . . . . . . . . . 28 | |
| | Elites . . . . . . . 31 | |
| Chapter Masters . . . 13 | Troops . . . . . . . . 34 | |
| Captains . . . . . . . . . 13 | Transport Vehicles . . . . . . . 35 | |
| Techmarines . . . . . . 14 | Fast Attack . . . . 36 | |
| Dreadnoughts . . . . . 15 | Heavy Support . . . 38 | |
| Apothecaries . . . . . . 16 | Chapter Traits . . . . 42 | |
| Librarians . . . . . . . . 17 | Special Characters . . . . . . . . 46 | |
| Chaplains . . . . . . . 18 | The Colours of War . 54 | |

**Written by**
Pete Haines
& Graham McNeill

**Additional Material**
Steve Cumiskey

**Cover Art**
Karl Kopinski

**Conceptual Design**
Dave Andrews,
Alessio Cavatore, Alan Merrett,
Rick Priestley & Gav Thorpe

**Illustration**
John Blanche, Alex Boyd,
Paul Dainton, Mark Gibbons,
David Gallagher, Adrian Smith
& Karl Kopinski

**Pre-Production**
Dylan Owen, Nathan Winter,
Ian Strickland,
Dave Musson,
John Michelbach
& Michelle Barson

**Graphic Design**
Alun Davies, Neil Hodgson
& Stefan Kopinski

**Miniatures Design**
Tim Adcock,
Juan Diaz,
Jes Goodwin,
Dave Thomas,
Mark Harrison,
Martin Footitt, Seb Perbet
& Felix Paniagua

**Hobby Material**
Mark Jones

**'Eavy Metal**
Kev Asprey,
Pete Foley,
Neil Green,
Darren Latham,
Seb Perbet,
Neil Langdown,
David Rodriguez Garcia,
Keith Robertson,
& Kirsten Williams

*Special thanks to
The Black Library,
Andy Chambers
& The Ancient Order
of Techpriests*

**PRODUCED BY GAMES WORKSHOP**
Copyright © Games Workshop Limited 2004. All Rights Reserved.

The Double-Headed/Imperial Eagle device, 40K, GW, Chaos, the Games Workshop logo, Games Workshop, Space Marine, Adeptus Astartes, Adeptus Mechanicus, Codex, Terminator, Dreadnought, Techmarine, Rhino, Razorback, Land Speeder, Vindicator, Land Raider, Predator, Whirlwind, Cassius, Tigurius, Kayvaan Shrike, Lysander, Marneus Calgar, Warhammer, Space Marine Chapter names and insignia and all associated marks, names, characters, illustrations and images from the Warhammer 40,000 universe are either ®, TM and/or © Games Workshop Ltd 2000-2004, variably registered in the UK and other countries around the world. All Rights Reserved.

British Cataloguing-in-Publication Data. A catalogue record for this book is available from the British Library.

May 2006 edition
Printed in China

| UK | US | Canada | Australia | Japan |
|---|---|---|---|---|
| Games Workshop Ltd., Willow Rd, Lenton, Nottingham, NG7 2WS | Games Workshop Inc., 6721 Baymeadow Drive, Glen Burnie, Maryland 21060-6401 | Games Workshop, 2679 Bristol Circle, Unit 3, Oakville, Ontario, L6H 6Z8 | Games Workshop, 23 Liverpool Street, Ingleburn, NSW 2565 | Games Workshop Ltd., Willow Rd, Lenton, Nottingham, NG7 2WS |

ISBN: 1-84154-526-0     Games Workshop World Wide Web site: http://www.games-workshop.com     Product Code: 60030101006