# CERTIFICATE OF SERVICE

I hereby certify that on August 8, 2011, I electronically filed

**DEFENDANT CHAPTERHOUSE STUDIOS LLC'S MOTION FOR SANCTIONS**

**DECLARATION OF THOMAS J. KEARNEY IN SUPPORT OF DEFENDANT CHAPTERHOUSE STUDIOS LLC'S MOTION FOR SANCTIONS**

with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D), pursuant to Local Rule 5.9:

| | |
|---|---|
| Scott R. Kaspar<br>Aaron J. Weinzierl<br>FOLEY & LARDNER LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60654-5313<br>Telephone: 312.832.4500<br>Facsimile: 312.832.4700<br>Email: skaspar@foley.com<br>aweinzierl@foley.com | Jonathan E. Moskin<br>FOLEY & LARDNER LLP<br>90 Park Avenue<br>New York, New York 10016<br>Telephone: (212) 682-7474<br>Facsimile: (212) 687-3229<br>Email: jmoskin@foley.com |

Ronald H. Spuhler
Ronald A. DiCerbo
Thomas J. Campbell Jr.
MCANDREWS, HELD & MALLOY LTD.
500 W. Madison Street – 34th Floor
Chicago, IL 60061
Telephone: (312) 775-8000
Facsimile: (312) 775-8100
Email: rspuhler@mhmlaw.com
rdicerbo@mhmlaw.com
tcampbell@mcandrews-ip.com


Date: August 8, 2011          /s/ Thomas J. Kearney
                              Thomas J. Kearney
                              One of the attorneys for Chapterhouse Studios LLC

SF:316321.1