IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>CHAPTERHOUSE STUDIOS LLC and JON )<br>PAULSON d/b/a PAULSON GAMES, )<br>)<br>      Defendants. ) | Case No. 1:10-cv-08103<br><br>Judge Matthew F. Kennelly |

## AMENDED NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 16, 2011 at 9:30 a.m., we shall appear before the Hon. Matthew F. Kennelly, Courtroom 2103, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present DEFENDANT CHAPTERHOUSE STUDIOS LLC'S MOTION FOR SANCTIONS. Per request by Plaintiff due to scheduling conflicts, this shall take the place of the Notice originally made for August 11, 2011. [D.I. 79]

Dated: August 9, 2011

Respectfully submitted,

CHAPTERHOUSE STUDIOS LLC

By:   /s/ Eric J. Mersmann
Jennifer Golinveaux (CA Bar No. 203056)
J. Caleb Donaldson (CA Bar No. 257271)
Thomas J. Kearney (CA Bar No. 267087)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Phone: (415) 591-1000
Fax: (415) 591-1400
jgolinveaux@winston.com
jcdonaldson@winston.com
tkearney@winston.com

Eric J. Mersmann (IL Bar No. 6286859)
Catherine B. Diggins (IL Bar No. 6296237)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-1695
Phone: (312) 558-5600
Fax: (312) 558-5700
emersmann@winston.com
cdiggins@winston.com

*Attorneys for defendant Chapterhouse Studios LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2011, I electronically filed the foregoing AMENDED NOTICE OF MOTION with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D), pursuant to Local Rule 5.9:

| | |
|---|---|
| Scott R. Kaspar<br>Aaron J. Weinzierl<br>FOLEY & LARDNER LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60654-5313<br>Telephone: 312.832.4500<br>Facsimile: 312.832.4700<br>Email: skaspar@foley.com<br>aweinzierl@foley.com | Jonathan E. Moskin<br>FOLEY & LARDNER LLP<br>90 Park Avenue<br>New York, New York 10016<br>Telephone: (212) 682-7474<br>Facsimile: (212) 687-3229<br>Email: jmoskin@foley.com |

Ronald H. Spuhler
Ronald A. DiCerbo
Thomas J. Campbell Jr.
MCANDREWS, HELD & MALLOY LTD.
500 W. Madison Street – 34th Floor
Chicago, IL  60061
Telephone:  (312) 775-8000
Facsimile:  (312) 775-8100
Email:  rspuhler@mhmlaw.com
rdicerbo@mhmlaw.com
tcampbell@mcandrews-ip.com


Date: August 9, 2011                    /s/ Eric J. Mersmann
                                        Eric J. Mersmann
                                        One of the attorneys for Chapterhouse Studios LLC

CHI:2563616.1