# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Games Workshop Limited

                          Plaintiff,

v.                                       Case No.: 1:10–cv–08103

                                       Honorable Matthew F. Kennelly

Chapterhouse Studios LLC, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 11, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly: On 8/8/11, defendant filed a motion for sanctions, noticing it for presentment on 8/16/11. The Court directs plaintiff to file a written response to the motion by 4:30 p.m. on 8/15/11. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.