**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Games Workshop Limited
                                        Plaintiff,

v.                                                            Case No.: 1:10−cv−08103
                                                                Honorable Matthew F. Kennelly

Chapterhouse Studios LLC, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 9, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly: Status hearing pursuant to Rule 16(b) held. Motion for extension of time to amend pleadings and add parties [74] is granted. Status hearing continued to 9/15/2011 at 09:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.