**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>        Plaintiff,<br><br>  v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON<br>PAULSON d/b/a PAULSON GAMES<br><br>        Defendants. | Civil Action No. 1:10-cv-8103 |

**PLAINTIFF'S AMENDED RESPONSES TO CHAPTERHOUSE STUDIOS'
FIRST SET OF INTERROGATORIES**

    Pursuant to Fed. R. Civ. P. Rule 26 (a)(1), , Pursuant to Fed.R.Civ.P. Rule 33,

plaintiff, Games Workshop Limited ("Games Workshop") responds as follows to the First Set of

Interrogatories of Defendant Chapterhouse Studios LLC ("Chapterhouse"), served by email on

April 1, 2011.

**INTERROGATORIES**

**INTERROGATORY NO. 1:**

    Identify each infringement of your copyrights for which you claim Chapterhouse is

liable, by identifying (a) the copyright infringed; (b) the allegedly infringing product or products;

(c) the exclusive right or rights of the copyright owner, as set forth in 17 U.S.C. Section 106, that

you claim has been infringed; and (d) the specific conduct that constitutes the infringement.

**RESPONSE**

    Games Workshop objects that this interrogatory is a premature contention request and

that, as set forth in the complaint herein, calls for production of information in the possession of

1

NYC_1119884

defendant. Games Workshops' characters and story-lines for its Warhammer and Warhammer 40,000 series of works are present in a vast number of works authored by Games Workshop, and only defendant knows which of the foregoing works (including the twenty works identified in the complaint) defendant accessed and consulted as inspiration for his 106 works in issue.

Without prejudice to or waiver of the foregoing objections, (a) Games Workshop has identified the following as works to which it believes Chapterhouse likely had access: Warhammer 40,000 rule book (editions one through five); Space Marine Collectors' Guide (editions one and two); Warhammer 40,000 Tyranids (editions one through five); Warhammer 40,000 Space Marines (editions one through four); Warhammer 40,000 Dark Angels (editions one through three); Warhammer 40,000 Chaos Space Marines (editions one through four); Index Astartes II, January 2002; Index Astartes III, February 2004; Index Astartes IV, June 2005; The Horus Heresy Collected Visions, June 2007; The Art of Warhammer 40,000, January 2006; White Dwarf Magazine 249, September 2000; How to Paint Space Marines, April 2005; Soul Drinkers, September 2002; Games Workshop Complete Catalog & Hobby Reference 2006-2007; (b) Games Workshop believes all 106 of Chapterhouse's products incorporate and its entire website collecting and presenting the same incorporate elements copied from Games Workshop's copyrighted works; (c) Games Workshop contends that Chapterhouse has, without limitation, reproduced copies of the copyrighted works, has prepare derivative works based upon the copyrighted works and has distribute copies thereof to the public by sale or other transfer of ownership; and (d) Games Workshop contends that Chapterhouse has infringed its copyright by copying, producing, manufacturing and selling the subject goods.

Pursuant to Fed. R. Civ. P. Rule 33(d), Games Workshop will produce documents responsive to this request identifying the authors and dates of first publication of the foregoing

NYC_1119884

works, as well as Registration No. TX0006541286, "Games Workshop Complete Catalog & Hobby Reference 2006-2007". Games Workshop further confirms that it is the sole owner of each of the foregoing works, none of which is licensed for use by third parties in the United States.

Attached hereto as Exhibit A is a summary of Games Workshop's current understanding of at least some of the likely sources of Chapterhouse's works in issue.

## INTERROGATORY NO. 2:

For each of the one hundred and six Chapterhouse products that you allege infringes your copyrights, identify (a) each of your copyrights that you allege the product infringes; (b) the exclusive right or rights of the copyright owner, as set forth in 17 U.S.C. Section 106, that you claim has been infringed; and (c) the specific conduct that constitutes the infringement.

## RESPONSE

Games Workshop objects that this interrogatory is needlessly cumulative and repetitive of Interrogatory 1.

Without prejudice to or waiver of the foregoing objections, Games Workshop incorporates by reference herein its responses to the foregoing Interrogatory No. 1.

Dated:      June 15, 2011              Respectfully submitted,

By: _____
      Scott R. Kaspar

      Scott R. Kaspar  (IL Bar No. 6284921)
      Aaron J. Weinzierl (IL Bar No. 6294055)
      FOLEY & LARDNER LLP
      321 North Clark Street, Suite 2800
      Chicago, Illinois 60654
      Telephone:  (312) 832-4500
      Facsimile:  (312) 832-4700
      Email:  skaspar@foley.com; aweinzierl@foley.com

NYC_1119884

Jonathan E. Moskin (*pro hac vice*)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone:  (212) 682-7474
Facsimile:  (212) 687-3229
Email:  jmoskin@foley.com

*Attorneys for Plaintiff Games Workshop Limited*

NYC_1119884

**EXHIBIT 2**



**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW

90 PARK AVENUE
NEW YORK, NY  10016-1314
212.682.7474 TEL
212.687.2329 FAX
foley.com

WRITER'S DIRECT LINE
212.338.3572
jmoskin@foley.com EMAIL

CLIENT/MATTER NUMBER
099251-0101

June 15, 2011

<u>VIA E-MAIL</u>

J. Caleb Donaldson, Esq.
Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

      Re:   <u>Games Workshop Group PLC</u>

Dear Caleb:

This will respond to your letter yesterday.

I do not want to repeat what I said in my own letters of May 4 and June 13.  However, your client's duty to identify any independent sources on which it contends it relied in developing the accused works (and which might support its defense of independent creation) is long overdue.  You assured me you would provide some meaningful information three times last week, yet we have received nothing, only a vague offer to exchange information mutually.

Chapterhouse's efforts to link its own failure to produce basic information going to the very heart of its defense in this case as against purely technical information that I have assured you will accompany Games Workshop's document production is not well taken.  Moreover, there is no dispute in this case that Games Workshop is the owner of all of the copyrighted works identified in the complaint.  The names of the specific authors and dates of publication are of only limited relevance (if they are material at all), and when we spoke last week, you expressed satisfaction that the names of the authors would be identified on the works themselves.  (That, indeed was the only issue you raised.)  I have little doubt your client already has this and all of the additional information you are now requesting because its entire business is predicated on copying elements from and trading on the very same Games Workshop publications.  However, as a technical matter, and as we continue to discuss arrangements for production of documents, I attach an amended set of interrogatory responses confirming what I told you.

I apologize if I misunderstood anything you said, but your letter yesterday makes what I believe is a purely semantic distinction between the "molds and sculpts" I mentioned and the tangible things in Chapterhouse's possession.  If there is some actual difference between the two, please let me know.  Naturally, I do not want to confuse the issues.  Nor do I want to impede getting access to the materials as a result.  I was quite sure you had told me when we spoke that there was no catalogue of these things, which is why I asked if you would nonetheless arrange to provide some sort of listing so we have at least some idea what is involved.

BOSTON
BRUSSELS
CHICAGO
DETROIT

JACKSONVILLE
LOS ANGELES
MADISON
MIAMI

MILWAUKEE
NEW YORK
ORLANDO
SACRAMENTO

SAN DIEGO
SAN DIEGO/DEL MAR
SAN FRANCISCO
SHANGHAI

SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO
WASHINGTON, D.C.

# ▪FOLEY

FOLEY & LARDNER LLP

J. Caleb Donaldson, Esq.
Winston & Strawn LLP
June 15, 2011
Page 2

Finally, please let us know when we can expect to receive the supplemental response you contemplate to Interrogatory 2.

Very truly yours,

Jonathan E. Moskin

JEM:se

cc.:  Jennifer A. Golinveaux, Esq.
      Ronald H. Spuhler, Esq.
      Scott Kaspar, Esq.
      Aaron Weinzierl, Esq.

**EXHIBIT 3**

NYC_1127493.2

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 1 | Eagle Thunder Hammer for Space Marine | Games Workshop sells Thunder Hammers, a power weapon used by Space Marines. *See, e.g.*, Space Marine Collector's Guide 2003, page 14. |
| 2 | Shoulder Pad w/ Shield & Studs for Space Marine – Tactical | High Elf and Empire are both Warhammer fantasy armies. Forge World sell Mark V Heresy Space Marines Chaos Space Marines are a Warhammer 40,000 army. The Black Templars are a Space Marine Chapter. Their Chapter colours are black and white. The Chapter's icon is a black cross with a skull at its centre. *See, e.g.*, Index Astartes II 2003, page 45; Warhammer 40,000 Space Marine Land Speeder 1998, page 5. |
| 3 | Skull or Chaplain Head Bit for Space Marines | Chaplains are a rank within the Space Marines army. Their iconography heavily features skulls. *See, e.g.*, Space Marine Chaplain with skull helmet available on the Games Workshop website. |
| 4 | Shoulder Pads for Blood Eagle – Tactical | The Blood Ravens are a Space Marine Chapter for the Dawn of War computer game (produced under licence from Games Workshop). *See, e.g.*, The Art of Warhammer 40,000 2006, page 71. |
| 5 | Shoulder Pads for Blood Eagle – Terminator | Forge World sells a Blood Raven decal/transfer sheet on its website – Decals are used to decorate Space Marines, including shoulder pads. The Blood Angels are a Space Marine Chapter. Their iconography includes blood drops. *See, e.g.*, Index Astartes II 2002, page 31. The Blood Ravens are a Space Marine Chapter for the Dawn of War computer game (produced under licence from Games Workshop). *See, e.g.*, The Art of Warhammer 40,000 2006, page 71. Terminator refers to a type of Space Marine armour. Games Workshop sells Space Marines in Terminator armour. |
| 6 | Celestial Lions Left Arm Shoulder Pad Bit - Tactical | The Celestial Lions is a Space Marine Chapter. *See, e.g.*, White Dwarf magazine issue 249, page 33. The Celestial Lions Chapter symbol is the head of a Lion on a blue or black background. |
| 7 | Celestial Lions Right Arm Shoulder Pad Bit - Tactical | Celestial Lions/Lions Rampant – See product 6 |

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 8 | Shoulder Pads for Deathwatch or Dark Angels - Tactical | The Dark Angels is a Space Marine Chapter. *See* Index Astartes I 2002, page 19. <br><br> The Death Watch is a Space Marine Chapter. *See* Index Astartes II 2002, page 42. <br><br> The Inquisition is a Warhammer 40,000 army. |
| 9 | Shoulder Pads for Deathwatch or Dark Angels - Terminator | Image shows 3 arches: middle arch contains a Long Sword; right arch contains an angel wing - these are Dark Angel icons. It looks like the left arch contains a storm bolter (a type of Space Marine gun). <br><br> The Dark Angels Chapter colours are bone white and green. Their iconography includes images of angel wings, broadswords and figures in hooded cassocks. Triptychs (three panelled artwork) also form a part of their iconography. <br><br> Triptychs are shown on the central character's belt and also the gun being fired at the bottom of the artwork. <br><br> Death Watch and Inquisition – *see* product 8 |
| 10 | Power Armour Pad for Exorcist | Games Workshop's Space Marine Chapter is called Exorcists in the plural. Their icon is a skull with horns curving downwards. *See* White Dwarf magazine issue 249, page 33. <br><br> Librarian is a rank in the Space Marine army. |
| 11 | Terminator pad for Exorcist Space Marine | Exorcists & Librarians - *see* product 10 |
| 12 | Sawblade Shoulder Pad & Jewel | The Flesh Tearers are a Space Marine Chapter. Their icon is a circular saw blade with a blood drop in the centre. The Chapter's colours are black and red. *See* Index Astartes II, page 49. <br><br> Games Workshop sells Flesh Tearers shoulder pads. |
| 13 | Terminator Shoulder Pad for Flesh Tearers | Flesh Tearers - *see* product 12. |

**EXHIBIT A**

NYC_1127493.2

| No. | Chapterhouse Product | Games Workshop |
|-----|----------------------|----------------|
| 14 | Howling Griffon Shoulder Pads for Space Marines | Terminator – *see* product 5.<br><br>The Howling Griffons are a Space Marine Chapter. Their icon is a griffon and their Chapter colours are red and yellow.<br><br>*See The Art of Warhammer 40,000 2006, page 71.* |
| 15 | Shoulder Pads for Imperial Fist – Tactical Marines | Loyalist refers to the Space Marine Chapters that fight for the Imperium of Mankind. The Imperial Fists are a Space Marines Chapter. Their icon is a clenched hand. The hand is always shown in a gauntlet (armoured glove). Their Chapter colour is yellow. *See Index Astartes II 2002, page 13.*<br><br>Games Workshop sells Imperial Fists shoulder pads.<br><br>The Crimson Fists are a Space Marines Chapter. Their icon is also a clenched hand in a gauntlet. Their Chapter colours are red and blue. *See Index Astartes IV 2004, page 39.*<br><br>Games Workshop sells Crimson Fists shoulder pads<br><br>The Second Founding is when the Space Marine Legions (First Founding) were first split down into Chapters (Second Founding). |
| 16 | Shoulder Pad for Imperial Fist – Terminator Marine | Tactical - *see* product 54.<br><br>Loyalist – *see* product 15.<br><br>Imperial Fist – *see* product 15.<br><br>Crimson Fist – *see* product 15.<br><br>Second Founding – *see* product 15.<br><br>Terminator – *see* product 5. |
| 17 | Shoulder Pads for Serpent or Iron Snakes - Tactical | The Iron Snakes are a Space Marine Chapter used in the Games Workshop Black Library novels. *See The Art of Warhammer 40,000 2006, page 70.*<br><br>The Iron Snakes icon is a snake facing left with its mouth open and its body |

**EXHIBIT A**

NYC_1127493.2

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 18 | Shoulder Pads for Serpent or Iron Snakes - Terminator | arched.<br><br>Iron Snakes – *see* product 17.<br><br>Terminator – *see* product 5. |
| 19 | Shoulder Pad w/ Studs and Skull for Space Marine - Tactical | The shoulder pad shown is based on Mk V Heresy armour – *see* product 2.<br><br>Loyalist – *see* product 15.<br><br>Chaos Space Marine – *see* product 2.<br><br>The Legion of the Damned is a Space Marine Chapter. \<br><br>*See* How to paint Space Marines 2004, page 85.<br><br>They use the skull emblem on their shoulderpads.<br><br>Games Workshop sells Legion of the Damned models on its website.<br><br>Tactical – *see* product 54. |
| 20 | Shoulder Pad w/ Skull and Flames for Space Marines - Tactical . | Space Marines show their Chapter icon on their left shoulder. *See* Warhammer 40,000 Chaos Space Marines 2007, page 21.<br><br>The Sanctified is a Chaos Space Marine Legion. It has a flaming skull as its icon.<br><br>Loyalist – *see* product 15.<br><br>Chaos Space Marine – *see* product 2.<br><br>Legion of the Damned - *see* product 19.<br><br>Tactical – *see* product 54. |
| 21 | Shoulder Pad Star Fox / Luna Wolves Tactical | The Star Fox is a fan created Space Marine Chapter.<br><br>The Luna Wolves are a Space Marine Legion.<br><br>Their Legion icon incorporates a black wolf's head shown face on. *See* Index |

**EXHIBIT A**

NYC_1127493.2

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 22 | Shoulder Pad Star Fox / Luna Wolves Terminator | Tactical – *see* product 54.<br>Star Fox/Luna Wolves – *see* product 21.<br>Terminator – *see* product 5. |
| 23 | Shoulder Pads for Chalice or Soul Drinker - Tactical | The Soul Drinkers are a Space Marine Chapter used in the Games Workshop Black Library novels. *See* Soul Drinkers 2002, front cover.<br>The Soul Drinkers Chapter colour is purple and their icon is a gold chalice with spikes rising up from the bowl of the cup. |
| 24 | Shoulder Pads for Chalice or Soul Drinker - Terminator | Tactical – *see* product 54.<br>Soul Drinkers – *see* product 23. |
| 25 | Dragon or Salamander Icon Shoulder Pad Bit - Tactical | Terminator – *see* product 5.<br>The Salamanders are a Space Marine Chapter. Their iconography is a crested lizard head and they use scales as armour decoration. The Chapter's colours are green and black. *See* Index Astartes IV, 2004, page 19. |
| 26 | Dragon or Salamander Icon Shoulder Pad - Terminator . | Tactical – *see* product 54.<br>Salamanders – *see* product 25. |
| 27 | Dragon or Salamander Power Fist | Terminator – *see* product 5.<br>Salamanders – *see* product 25.<br>A power fist is a Space Marine weapon. Forge World sells a power fist<br>A lightning claw is a Space Marine weapon. Games Workshop sells lightning claws.<br>Terminator – *see* product 5.<br>Power armour – *see* product 3. |
| 28 | Dragon or Salamander Storm Shield Diamond Scales | Salamanders – *see* product 25.<br>Space Marines use Storm Shields. Games Workshop sells these on its website -<br>High Elf – *see* product 1.<br>Power armour – *see* product 3. |
| 29 | Dragon or Salamander Storm Shield - Smooth no skull | Terminator – *see* product 5.<br>Storm shield – *see* product 28. |

**EXHIBIT A**

Astartes IV, 2004, page 3.

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 30 | Dragon or Salamander Storm Shield - Smooth w/ skull | Index Astartes IV 2004, page 19. Example of scales shown on Salamanders Space Marines. High Elf – *see* product 1. Power armour – *see* product 3. Terminator – *see* product 5. Salamanders – *see* product 25. Storm shield – *see* product 28. High Elf – *see* product 1. Power armour – *see* product 3. |
| 31 | Dragon or Salamander Thunder Hammer | Terminator – *see* product 5. Thunder hammer – *see* product 1. Power weapon – *see* product 1. Salamanders – *see* product 25. High Elf and Empire – *see* product 1. |
| 32 | Salamander, Alpha Legion or Dragon Conversion Kit for Land Raider | The Land Raider is a Space Marine vehicle. Games Workshop sells Land Raiders on its website. Salamanders – *see* product 25. Forge World sells a Salamanders conversion kit for the Land Raider on its website. The Alpha Legion is a Space Marine Legion. Its icon is a creature that has the body of a snake and three horned dragon heads. The colour of the icon is bright green. Index Astartes IV, 2004, page 31. |

NYC_1127493.2

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|-----|----------------------|----------------|
| 33 | Vehicle Icons for Flesh Tearers | Forge World sells an Alpha Legion Land Raider conversion kit on its website. Heavy bolter and Assault cannon are Space Marine weapons. Flesh Tearers – *see* product 12. Rhinos, Land Raiders, Drop pods and Land Speeders are Space Marine vehicles. |
| 34 | Combi Weapon Magnetic Kit | A Dreadnought is a type of Space Marine. Games Workshop sells Dreadnoughts. Each of the weapons is a GW weapon by name and look. A combi weapon is a weapon such as a rifle or pistol which can have a second weapon mounted on to it. A melta gun fires a wave of energy that heats up the target, causing it to explode. A plasma gun fires a ball of super heated energy. In the Warhammer 40,000 background, Space Marines can use combi-weapons. In the game's rules this is represented by the Space Marine player having the option of arming his models with one of three types of combi-weapon: melta, plasma or flamer. The rules also provide the option of attaching a grenade launcher to the Space Marine's combi-weapon. *See* Warhammer 40,000 Space Marines, page 97. |
| 35 | Farseer Jetbike Seer Council Kit | A Farseer is a character from the Eldar army. Games Workshop sells Eldar Farseers on its website - Oval shaped gems are frequently used on Eldar clothing, weapons and vehicles. A jetbike is an Eldar army vehicle. Games Workshop sells Eldar jetbikes on its website. The Seer Council are a unit in the Eldar army. Games Workshop sells the Seer Council on its website. Jetbike – *see* product 35. |
| 36 | Warlock Jetbike Seer Council Kit | Seer Council – *see* product 35. The Warlock is a character from the Eldar army. Games Workshop sells Warlocks on its website. |

EXHIBIT A

**EXHIBIT A**

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 37 | Conversion kit for Tyranid Tervigon | Tyranids are a Warhammer 40,000 army. The Tervigon is a type of Tyranid creature. *See* Warhammer 40,000 Tyranids 2009, page 52. The Termagants and Trygon are also creatures from the Tyranid army. |
| 38 | Lashwhips - Tyrant Size | The Tyrant is a Tyranid creature – *see* product 37.<br><br>The lashwhip is a weapon used by Tyranid creatures, including the Tyrant. The lashwhip forms part of the creature's arm rather than it being held in its hand.<br><br>Games Workshop sells the Tyrant on its website. |
| 39 | Lashwhips - Warrior Size | Tyranids – *see* product 37.<br><br>Lashwhip – *see* product 38.<br><br>A Warrior is a type of Tyranid creature. Games Workshop sells Tyranid Warriors. |
| 40 | Tyrant Bonesword Arms for Tyranids | A bonesword is a weapon used by Tyranid creatures. It forms part of the creature's arm rather than being held in its hand. *See* Codex Tyranids 2009, page 66.<br><br>A Swarmlord is a Tyranid creature. See the 'Guide to the Warhammer 40,000 Universe'. Warhammer 40,000 Tyranids 2009, page 56. |
| 41 | Warrior Bonesword Arms for Tyranids | Bonesword – *see* product 40.<br><br>Warrior – *see* product 39. |
| 42 | Ymgarl Heads for Tyranid Genestealers - Set | Genestealers are creatures in the Tyranid army. The Ymgarl is a variant of a Genestealer.<br><br>As part of the Tyranid Genestealer boxed set, Games Workshop included a head component which can convert a Genestealer model into a Genestealer Ymgarl. The components are © Games Workshop 2004. Warhammer 40,000 Tyranids 2010, page 61. |
| 43 | SXV-141 Super-Heavy Assault Walker SAW | The Tau refers to the Tau Empire, a Warhammer 40,000 army. The Tau Empire use rail guns as weapons on their vehicles. The Tau decorate their clothing, weapons and vehicles with the Tau Empire symbol. *See* Tau |

NYC_1127493.2

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 44 | Assault Shoulder Pad for Space Marine with number 7 | Empire decal sheet, 2001. An Imperial Titan is a large walking weapons platform used by Imperial forces such as the Space Marines or Imperial Guard.<br><br>Assault is a type of Space Marine squad. An Assault squad will have an 'X' symbol and their squad number shown on their right shoulder pads. The squad number will be between 1-10. Games Workshop sells assault squad shoulder pads.<br>Power armour – *see* product 10.<br>Tactical – *see* product 54. |
| 45 | Assault Shoulder Pad for Space Marine with number 8 | Assault – *see* product 46.<br>Power armour – *see* product 10.<br>Tactical – *see* product 54. |
| 46 | Assault Squad Shoulder Pad for Space Marine - Plain | Assault – *see* product 44.<br>Power armour – *see* product 10. |
| 47 | Crested Pad for Space Marine | Tactical – *see* product 54.<br>Space Marine Captain has a crested shoulderpad with 'rivets' along the edge where the crest attaches to the pad<br>Loyalist – *see* product 16.<br>Chaos Space Marine – *see* product 2. |
| 48 | Devastator Shoulder Pad for Space Marine - Plain | Tactical – *see* product 54.<br>Devastator is a type of Space Marine squad. A Devastator squad has an inverted 'V' symbol on their right shoulder pads. *See* Warhammer 40,000 Space Marines 2004, page 70.<br><br>A Devastator squad member will have their squad number shown on their right shoulder pads. The squad number will be between 1-10. The colors on the shoulder pad refer to a Chapter colour, *i.e.*, blue and gold are the colours of the Ultramarines Space Marine Chapter. *See* Index Astartes III 2003, page 23<br>Power armour – *see* product 3. |

**EXHIBIT A**

NYC_1127493.2

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 49 | Devastator Shoulder Pad for Space Marine with number 9. | Devastator – *see* product 48. |
| 50 | Devastator Shoulder Pad for Space Marine with number 10. | Devastator – *see* product 48. |
| 51 | First Squad or I Shoulder Pads - tactical. | Tactical – *see* product 54.<br>Loyalist – *see* product 15. |
| 52 | Generic Power Armour Shoulder Pad for Space Marine - Plain | Tactical – *see* product 54.<br>Games Workshop's Sci-Fi Shoulder pad has the unique characteristics of<br>   o   Covering from start of shoulder to above the elbow<br>   o   Large border around outer edge<br>   o   Left shoulder pad – squad markings<br>   o   Right shoulder pad – Chapter symbol |
| 53 | Smooth Shoulder Pad for Space Marine - no raised areas | *See* 52 above. |
| 54 | Tactical Shoulder Pad for Space Marine | Tactical is a type of Space Marine squad. A Tactical squad will have an upward pointing arrow symbol on their right shoulder pad. A Tactical squad member will have their squad number shown on their right shoulder pads. The squad number will be between 1-10. The colours on the shoulder pad refer to a Chapter colour, *i.e.*, red and gold are the colours of the Blood Angels Space Marine Chapter. *See* product 4.<br>Games Workshop sells Tactical shoulder pads. |
| 55 | Tactical Shoulder Pad for Space Marine with number 1. | Tactical – *see* product 54. |
| 56 | Tactical Shoulder Pad for Space Marine with number 2 | Tactical – *see* product 54. |
| 57 | Tactical Shoulder Pad for Space Marine with Number 3 | Tactical – *see* product 54. |
| 58 | Tactical Shoulder Pad for Space Marine with Number 4. | Tactical – *see* product 54. |
| 59 | Tactical Shoulder Pad for Space Marine with number 5 | Tactical – *see* product 54. |
| 60 | Tactical Shoulder Pad for Space Marine with number 6 | Tactical – *see* product 54. |

EXHIBIT A

NYC_1127493.2

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 61 | Salamanders or Dragon Drop Pod Armor or door panel | A drop pod is a Space Marine vehicle. Games Workshop sells drop pods on its website—The icon on the Chapterhouse door is based on the Salamanders Chapter icon – *see product 25.* |
| 62 | Salamander Dragon Skull Shoulder Pad Bit –Tactical | The icon on the Chapterhouse pad is based on the Salamanders Chapter icon – *see product 25.*<br><br>Tactical – *see product 54.* |
| 63 | Salamander Dragon Skull Shoulder Pad - Terminator | The icon on the Chapterhouse pad is based on the Salamanders Chapter icon – *see product 25.*<br><br>Terminator – *see product 5.* |
| 64 | Salamander Dragon Thunder Hammer - Smooth | The icon on the left side of the head on the far left hammer is based on the Salamanders Chapter icon – *see product 25.*<br><br>Power weapon and thunder hammer – *see product 1.*<br><br>High Elf and Empire – *see product 1.* |
| 65 | Dragon Salamander Head Bit Space Marine | Salamanders – *see product 25.*<br><br>This is based on a Space Marine Mk 7 helmet. *See* Warhammer 40,000 Space Marines 2008, page 71.<br><br>Noted characteristics:<br>• Rectangular open vent on top of helmet<br>• Shape of eyes<br>• Two tubes entering the jawline on each side<br>• Box shape covering ear section<br><br>Iron Hands – *see product 68.* |
| 67 | Cog Shoulder Pad - Power Armor . | The Adeptus Mechanicus are an organisation in the Warhammer 40,000 background. Their icon is a skull within a cog. The Art of Warhammer 40,000 2006, page 201. Techmarines are a rank within the Space Marines army. They are the mechanics of the army and are strongly associated with the Adeptus Mechanicus and |

**EXHIBIT A**

NYC_1127493.2

| No. | Chapterhouse Product | Games Workshop |
| --- | --- | --- |
|  |  | technology. |
| 68 | Shield for Iron Hands | The Iron Hands are a Space Marine Chapter. Index Astartes 2003, page 3. The Iron Hands Chapter icon is a gauntleted left hand, shown palm downwards. Index Astartes III 2003, page 3. The Chapter is strongly associated with technology - cogs and power cables feature on their armour and vehicles. Index Astartes III 2003, page 3. |
| 69 | Shoulder Pad for Iron Hands Power Armor | Power armour – *see* product 3. Iron Hands – *see* product 68. |
| 70 | Shoulder Pad for Iron Hands Terminator armor | Terminator – *see* product 5. Iron Hands – *see* product 68. |
| 71 | Banded Armor Terminator Pad | Terminator – *see* product 5. This is Mk1 Space Marine Armour – *see* 66 above. Iron Hands – *see* product 68. |
| 72 | Banded Power Armour Shoulder Pads | Power armour – *see* product 3. This is Mk1 Space Marine Armour – *see* 66 above. Iron Hands – *see* product 68. |
| 73 | Studded Rimmed Shoulder Pad MKV | Iron Hands – *see* product 68. Mk V armour – *see* product 2. Loyalist – *see* product 15. Chaos Space Marines – *see* product 2. |

EXHIBIT A

NYC_1127493.2

EXHIBIT A

| No. | Chapterhouse Product | Games Workshop |
|-----|---------------------|----------------|
| 74 | Five (5) Heresy Era Jump Packs for Space Marines | Tactical – *see* product 54. |
| | | Space Marines use jump packs. Heresy refers to the type of jump pack used during the Horus Heresy. *See* The Horus Heresy – Collected Visions 2007, page 284. |
| 75 | Masked Heresy Heads for Space Marines – 4 | Heresy refers to Mk V Heresy armour – *see* product 2. |
| 76 | MK 1 Heresy Era for Space Marine "Thunder Armor" Shoulder Pad | Thunder armour is the alternative name for Mk 1 Space Marine armour. *See* product 68. |
| | | Loyalist – *see* product 15. |
| | | Chaos Space Marines – *see* product 2. |
| 77 | Spikey Heresy Heads for Space Marines | Tactical – *see* product 54. |
| | | Heresy refers to Mk V Heresy armour – *see* product 2. |
| 78 | Studded Power Armor Pad for MK 5 | Mk V armour – *see* product 2. |
| | | Power armour – *see* product 3. |

NYC_1127493.2

| No. | Chapterhouse Product | Games Workshop |
|-----|---------------------|----------------|
| 79 | Rhino Conversion Kit for Space Wolves | A Rhino is a Space Marine vehicle used by the Space Wolves Chapter. *See* Codex Space Wolves 2000, page 19.<br><br>The Space Wolves Chapter's iconography includes wolf skulls, wolf tails and fangs.<br><br>Space Marine Collector's Guide 2003, page 32.<br><br>Forge World sells a Space Wolves conversion pack for the Rhino. |
| 80 | Storm Combat Space Tech Shield for Wolves | Space Wolves are a Space Marine Chapter. Index Astartes II 2002, page 3. Sons of Russ is a reference to Leman Russ, the Space Wolves founder (Primarch).<br><br>Storm shields and combat shields are used by Space Marines. *See* 79 above for further information about Space Wolves. |
| 81 | Generic Hammer 2 | Thunder hammers – *see* product 1.<br><br>Empire – *see* product 1. |
| 82 | Imperial or Eagle Storm Shield | High Elf and Empire – *see* product 1.<br><br>Storm shields – *see* product 28.<br><br>Power armour – *see* product 1. |

**EXHIBIT A**

NYC_1127493.2

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 83 | "Heresy" Armoured Drop Pod Door | Terminators — *see* product 5.<br><br>Drop pod — *see* product 63.<br><br>Heresy is a reference to Mk V Space Marine armour — *see* product 2. *See also* Mk I Space Marine armour. |
| 84 | Armoured Rhino for Space Marine Tank Door & Armor Kit | The pattern on these components is Mk I type Space Marine armour — *see* product 66.<br><br>Rhino — *see* product 79. |
| 85 | Rhino Tank Conversion Kit for Space Marine Dragon or Salamander | Heresy — *see* product 2.<br><br>Rhino — *see* product 79.<br><br>Salamanders — *see* product 25.<br><br>Two pieces have the Salamanders Space Marine Chapter icon on them. Two others join together to make a Salamanders icon.<br><br>Index Astartes IV, 2004, page 19. |
| 86 | Myectic Spore for Tyranids | Tyranids and Carnifex — *see* product 37.<br><br>A Myectic spore is a Tyranid creature. It is used to transport other Tyranid creatures from vessels in orbit onto a planet. Warhammer 40,000 Tyranids 2009, page 54.<br><br>Gaunts are a type of Tyranid creature.<br><br>The two Tyranid miniatures in Chapterhouse's image are a Carnifex (with Chapterhouse's Tervigon components attached) and a Games Workshop Termagaunt. |
| 87 | Pre-Heresy Scarab Shoulder Pads for Thousand Sons Marines — Term | The Thousand Sons are a Chaos Space Marine Legion.<br><br>Index Astartes 2003, page 41.<br><br>Scarabs were featured on their armour prior to and during the Horus Heresy. The Horus Heresy — Collected Visions 2007, page 90. |

**EXHIBIT A**

NYC_1127493.2

| No. | Chapterhouse Product | Games Workshop |
|---|---|---|
| 88 | Scarab Shoulder Pad for Thousand Sons - Power Armor | Thousand Sons - *see* product 87. |
| 89 | Starburst Shoulder Pad for Thousand Sons Marines - Power Armor | The Thousand Sons Chapter icon was originally a circle with eight points. The Horus Heresy – Collected Visions 2007, page 48. |
| 90 | Shoulder Pad for Mantis Warriors Marines - Power Armor (1) | The Mantis Warriors are a Space Marine Chapter. White Dwarf 101 1988, page 72. |
| 91 | | |
| 92 | Shoulder Pad for Blood Ravens Marines - Terminator | Blood Raven/Blood Angles – *see* product 4. |
| 93 | Shoulder Pad for Blood Ravens Marines - Power Armor | Blood Raven/Blood Angles – *see* product 4. |
| 94 | Dragon or Salamander Variant Rhino Door Kit | Space Wolves – *see* product 79.<br><br>Rhino – *see* product 79.<br><br>Alpha Legion – *see* product 32.<br><br>The side door components are decorated with Salamanders Chapter icons – *see* product 25. |
| 95 | Rhino Conversion #2 kit For Space Wolves | Space Wolves - *see* product 79.<br><br>The Space Wolves Chapter decorates its vehicles with wolf's heads shown face on. *See* Warhammer 40,000 Space Wolves 2009, page 78. |
| 96 | Tactical Rhino Doors with Skulls Kit | Games Workshop sells products decorated with piles of skulls. |
| 97 | Rhino Tank Conversion Kit for Iron Snakes | The three components on the top row have Iron Snakes icons. *See* product 17. |

**EXHIBIT A**

**EXHIBIT 4**

**Moskin, Jonathan**

| | |
|---|---|
| **From:** | Moskin, Jonathan |
| **Sent:** | Thursday, July 28, 2011 9:13 PM |
| **To:** | 'jgolinveaux@winston.com'; 'JCDonaldson@winston.com'; 'EMersmann@winston.com' |
| **Cc:** | Kaspar, Scott R.; 'TKearney@winston.com' |
| **Subject:** | Re: Games Workshop Ltd. v. Chapterhouse Studios LLC et al.; Case No. 10-cv-08103 |

In over 25 years of practice, I don't think I have ever encountered such a complete lack of cooperation in discovery. But there is no point I can see arguing over your misplaced sense of what is and is not professional.

Given your objections for the last several months that the materials were too fragile to be moved, we are quite surprised they are not being produced at Chapterhouse's actual offices, but please let us know ASAP where we can review the materials so we can make appropriate arrangements for the initial review.

Can you also provide any description now of what will be made available for this initial review? That too would be helpful so we can prepare.

Thank you.

Jonathan

**From:** Golinveaux, Jennifer A. [mailto:JGolinveaux@winston.com]
**Sent:** Thursday, July 28, 2011 08:56 PM
**To:** Moskin, Jonathan; Donaldson, J. Caleb <JCDonaldson@winston.com>; Mersmann, Eric J. <EMersmann@winston.com>
**Cc:** Kaspar, Scott R.; Kearney, Tom J. <TKearney@winston.com>
**Subject:** RE: Games Workshop Ltd. v. Chapterhouse Studios LLC et al.; Case No. 10-cv-08103

Jonathan,

The tone of your communications is unprofessional, and the substance is repeatedly inaccurate. If that is your way of asking to do the inspection in Dallas on Monday, Monday is fine with our side. We have asked you repeatedly to let us know when Plaintiff would like to conduct the inspection, and until today, you have refused to provide a date. Let's plan to start the inspection at noon Dallas time on Monday. We'll follow-up to let you know the location.

Regards,
Jennifer

**Jennifer Golinveaux**
D: +1 (415) 591-1506
www.winston.com
WINSTON
&STRAWN
LLP

**From:** Moskin, Jonathan [mailto:JMoskin@foley.com]
**Sent:** Thursday, July 28, 2011 5:33 PM
**To:** Golinveaux, Jennifer A.; Donaldson, J. Caleb; Mersmann, Eric J.
**Cc:** Kaspar, Scott R.
**Subject:** Re: Games Workshop Ltd. v. Chapterhouse Studios LLC et al.; Case No. 10-cv-08103

In response to your message earlier this evening, the Court initially instructed that he could see no reason why you couldn't send us photographs and other similar materials (which is what your colleague led me to believe you would do on June 8, as a result of which we did not immediately

move to compel). Without accepting Mr Mersmann's later contention this would be somehow burdensome, the Court also made clear that failure to provide the materials by one method or another by tomorrow would result in sanctions. Chapterhouse has done neither. My guess is you can't tell me even now what materials your client is holding that are so difficult to produce and/or photograph to spare us the expense of going to Texas. If I am wrong, please enlighten me now.

Unless you can give us a very clear and specific reason by noon tomorrow why the documents and things can not be available by Monday at the latest, we will advise the Court. If you do not believe the Court's prior instructions were sufficiently clear, you will soon have clarification.

Jonathan

---

**From**: Golinveaux, Jennifer A. [mailto:JGolinveaux@winston.com]
**Sent**: Thursday, July 28, 2011 06:38 PM
**To**: Moskin, Jonathan; Donaldson, J. Caleb <JCDonaldson@winston.com>; Mersmann, Eric J. <EMersmann@winston.com>
**Cc**: Kaspar, Scott R.
**Subject**: RE: Games Workshop Ltd. v. Chapterhouse Studios LLC et al.; Case No. 10-cv-08103

Jonathan,

You have repeatedly misstated both our representations and Judge Kennelly's instructions. What Court Order do you contend Defendant has failed to comply with? We have never said Defendant would be producing photographs. To the contrary, we have repeatedly said we would make material responsive to Interrogatory No. 1 available in Dallas, and that is exactly what the Court indicated he thought should happen. Perhaps you should consult with your colleague who was at the hearing.

Your demand this afternoon to inspect material in another state on half a day's notice—after ignoring for weeks our repeated requests to set up a date for the inspection—is unproductive posturing. Provide dates on reasonable notice and we can move forward with the inspection.

I will review your letter and we can set up a time on Monday to discuss outstanding discovery issues.

Best regards,
Jennifer

**Jennifer Golinveaux**
D: +1 (415) 591-1506
www.winston.com
WINSTON
&STRAWN
LLP

---

**From**: Moskin, Jonathan [mailto:JMoskin@foley.com]
**Sent**: Thursday, July 28, 2011 12:17 PM
**To**: Golinveaux, Jennifer A.; Donaldson, J. Caleb; Mersmann, Eric J.
**Cc**: Kaspar, Scott R.
**Subject**: RE: Games Workshop Ltd. v. Chapterhouse Studios LLC et al.; Case No. 10-cv-08103

We are happy to send plaintiff's production materials to you in San Francisco. Likewise, we are happy to discuss any concerns you may have regarding plaintiff's more recent discovery responses.

However, it is an understatement to say I am disturbed to learn you apparently are not prepared to comply with the court's order (not to mention your colleague's prior assurances to me) directing defendant by tomorrow at the latest to produce materials requested in Games Workshop's first set of discovery requests, served March 25 - more than four months ago!

Based on Caleb's assurances to me on June 8 that he would minimally try to get me photographs and some general summary of the items you contend could not be transported to Chicago (or NY), I had expected this would have been done two months ago. I simply can not understand how it can take this long. I was startled to learn when we spoke on June 29 that you could not tell me if your client has ten such items or 100 or more such items,

thus indicating you had not even asked. If you did not intend to comply with your own prior promises or Judge Kennelly's instructions, the very least you should have done would have been to alert us in advance, instead of awaiting my repeated reminders.

I am prepared to have someone available tomorrow at your client's offices in Colleyville, Texas to review and photograph the materials in issue. Please tell me when and where exactly they should appear. (Strange as it seems, your client's answer to the complaint denies that the address on its own website is its actual address.) If you are not prepared, we will so-advise the Court.

I also attach a letter detailing our concerns with your client's failure to produce any documents or any information in response to Games Workshop's second set of interrogatories and second set of document requests, served May 27.

Sincerely

Jonathan

---

**From:** Golinveaux, Jennifer A. [mailto:JGolinveaux@winston.com]
**Sent:** Thursday, July 28, 2011 1:53 PM
**To:** Moskin, Jonathan; Donaldson, J. Caleb; Mersmann, Eric J.
**Cc:** Kaspar, Scott R.
**Subject:** RE: Games Workshop Ltd. v. Chapterhouse Studios LLC et al.; Case No. 10-cv-08103

Hi Jonathan,

I hope you are having a good summer. We had not planned to produce photographs at this time, and that was not our understanding of Judge Kennelly's instruction. Defendant plans to make materials responsive to Plaintiff's Interrogatory No. 1 available in Dallas. We are still waiting for you to let us know what date works so that we can book the location and make our travel arrangements. Please propose a few alternative dates and we will make every effort to accommodate.

Separately, we have serious concerns about Plaintiff's objections to Chapterhouse's second set of discovery. We'll send you a separate letter detailing our concerns so that we can try to work through them cooperatively without burdening the Court.

Finally, we would appreciate you sending the Games Workshop product specimens you will presumably be producing by tomorrow to our San Francisco office.

Best regards,
Jennifer

**Jennifer Golinveaux**
D: +1 (415) 591-1506
www.winston.com
WINSTON
&STRAWN
LLP

---

**From:** Moskin, Jonathan [mailto:JMoskin@foley.com]
**Sent:** Thursday, July 28, 2011 9:06 AM
**To:** Donaldson, J. Caleb; Golinveaux, Jennifer A.; Mersmann, Eric J.
**Cc:** Kaspar, Scott R.
**Subject:** RE: Games Workshop Ltd. v. Chapterhouse Studios LLC et al.; Case No. 10-cv-08103

We are still awaiting confirmation that you will be producing photographs or other means of showing us what materials your client had been holding in Texas to support its independent creation or non-infringement defenses - as urged by Judge Kennelly and as you promised me you would do when we had a telephonic meet and confer on June 8 . We look forward to hearing from you soon.

Jonathan

**From:** Moskin, Jonathan
**Sent:** Wednesday, July 27, 2011 3:46 PM
**To:** Donaldson, J. Caleb; Golinveaux, Jennifer A.; Mersmann, Eric J.
**Cc:** Kaspar, Scott R.
**Subject:** Games Workshop Ltd. v. Chapterhouse Studios LLC et al.; Case No. 10-cv-08103

Having heard nothing from you following the July 6 hearing, my assumption is defendant is taking Judge Kennelly's suggestion and is assembling photographs or other means of showing us what materials your client had been holding in Texas to support its independent creation or non-infringement defenses. However, please confirm.

Sincerely

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
*********************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
*********************************************************************