**EXHIBIT 5**



















