## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| GAMES WORKSHOP LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:10-cv-08103 |
| v. | ) | |
| | ) | |
| CHAPTERHOUSE STUDIOS LLC and | ) | |
| JON PAULSON d/b/a PAULSON GAMES, | ) | Judge Matthew F. Kennelly |
| | ) | |
| Defendants. | ) | |

### DECLARATION OF THOMAS J. KEARNEY IN SUPPORT OF
### DEFENDANT CHAPTERHOUSE STUDIOS LLC'S
### MOTION TO MAINTAIN HIGHLY CONFIDENTIAL DESIGNATION

I, Thomas J. Kearney, declare as follows:

1.      I am an associate attorney with the law firm of Winston & Strawn LLP.  I am a member in good standing of the Bar of the State of California, and have been admitted *pro hac vice* to the bar of this Court for purposes of this action.  I have personal knowledge of the facts set forth herein and am fully competent to testify thereto.

2.      On August 1, 2011, Plaintiff's counsel sent an email challenging the "Highly Confidential" designation of Chapterhouse's responses to Plaintiff's interrogatories 3, 4, 6, 9, and 10, and demanding that the information be redesignated as simply "Confidential" so that he could provide the names to his client.

3.      Counsel for Defendant scheduled a call with Plaintiff's counsel for August 8, 2011 to discuss this and other pending discovery issues.

4.      That phone call never took place. Plaintiff's counsel refused to take the call or reschedule, despite repeated requests.

I declare under the penalty of perjury that the foregoing is true and accurate.

Dated: August 15, 2011                    By:    /s/ Thomas J. Kearney
                                                  Thomas J. Kearney

1

SF 316830