IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GAMES WORKSHOP LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:10-cv-08103 |
| v. | ) | |
| | ) | |
| CHAPTERHOUSE STUDIOS LLC and | ) | |
| JON PAULSON d/b/a PAULSON GAMES, | ) | Judge Matthew F. Kennelly |
| | ) | |
| Defendants. | ) | |

**DECLARATION OF NICHOLAS VILLACCI IN SUPPORT OF
DEFENDANT CHAPTERHOUSE STUDIOS LLC'S
MOTION TO MAINTAIN HIGHLY CONFIDENTIAL DESIGNATION**

I, Nicholas Villacci, declare as follows:

1. I am the founder of Chapterhouse Studios LLC, and in charge of all of its operations.

2. I am a long-time fan and player of various tabletop wargames, and a participant in what Games Workshop calls "the hobby."

3. One of the games I play is Games Workshop's Warhammer 40,000.

4. I founded Chapterhouse Studios in order to provide gamers with products they could use to enhance their gaming experience by making their model armies more interesting and personalized.

5. To that end, I have reached out to a number of amateur sculptors who are also fans of tabletop gaming, and I have worked with some to develop pieces that complement the gaming experience.

6. I was able to locate these individuals through my involvement in fan websites, hobbyist events, and other forums within the gaming community.

7. Through my involvement in the hobby I also located small-scale manufacturers who could produce Chapterhouse's products.

1

8. Finally, my knowledge of and participation in the gaming community allowed me to connect with websites and other locations where I could best promote and sell Chapterhouse's products.

9. The sculptors and manufacturers I work with fear reprisal from Games Workshop for their work with Chapterhouse.

10. One retailer refused to carry Chapterhouse's products, explicitly basing the refusal on fear of possible reprisal from Games Workshop.

11. No one outside the hobby could compile the lists of sculptors, manufacturers, publications and retail sales channels that I have compiled without significant investment in learning about the world of tabletop gaming.

12. The lists of sculptors, manufacturers, publications, and retail sales channels constitute a valuable part of Chapterhouse's business. I maintain this information as confidential.

13. A competitor of Chapterhouse that had access to this information would be able to derive economic value from its use.

14. If another company interfered with these relationships, Chapterhouse would be hobbled.

15. The computer I use for Chapterhouse business is locked with a password.

16. I have never put these lists together comprehensively except as part of this litigation.

I declare under the penalty of perjury that the foregoing is true and accurate.

Dated: August 15, 2011     By: _____
                                NICHOLAS VILLACCI

2