# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:10-cv-08103 |
| v. ) | |
| ) | |
| CHAPTERHOUSE STUDIOS LLC and JON ) | |
| PAULSON d/b/a PAULSON GAMES, ) | |
| ) | Judge Matthew F. Kennelly |
| Defendants. ) | |

## **NOTICE OF MOTION**

PLEASE TAKE NOTICE that on August 18, 2011 at 9:30 a.m., we shall appear before the Hon. Matthew F. Kennelly, Courtroom 2103, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present DEFENDANT CHAPTERHOUSE STUDIOS LLC'S MOTION TO MAINTAIN HIGHLY CONFIDENTIAL DESIGNATION.

Dated: August 15, 2011

Respectfully submitted,

CHAPTERHOUSE STUDIOS LLC

By: /s/ Thomas J. Kearney
Jennifer Golinveaux (CA Bar No. 203056)
J. Caleb Donaldson (CA Bar No. 257271)
Thomas J. Kearney (CA Bar No. 267087)
    WINSTON & STRAWN LLP
    101 California Street
    San Francisco, CA 94111-5802
    Phone: (415) 591-1000
    Fax: (415) 591-1400
    jgolinveaux@winston.com
    jcdonaldson@winston.com
    tkearney@winston.com

Eric Mersmann (IL Bar No. 6286859)
Catherine B. Diggins (IL Bar No. 6296237)
Jonathon C. Raffensperger (IL Bar No. 6302802)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-1695
Phone: (312) 558-5600
Fax: (312) 558-5700
emersmann@winston.com
cdiggins@winston.com
jraffensperger@winston.com

*Attorneys for defendant Chapterhouse Studios LLC*

SF:316832