**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Games Workshop Limited
                                       Plaintiff,

v.                                                         Case No.: 1:10−cv−08103
                                                              Honorable Matthew F. Kennelly

Chapterhouse Studios LLC, et al.
                                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, August 16, 2011:

      MINUTE entry before Honorable Jeffrey T. Gilbert: This case is set for a status hearing before Magistrate Judge Gilbert on 8/18/11 at 10:00 a.m. to discuss setting a settlement conference and potentially the voluntary exchange of information necessary to make that settlement conference productive. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.