**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Games Workshop Limited

                           Plaintiff,

v.                                         Case No.: 1:10−cv−08103
                                              Honorable Matthew F. Kennelly

Chapterhouse Studios LLC, et al.

                           Defendant.

**ORDER REFERRING A CIVIL CASE TO THE**
**DESIGNATED MAGISTRATE JUDGE**

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Jeffrey T. Gilbert for the purpose of holding proceedings related to: settlement conference and discovery issues associated with settlement.(or, )

Dated: August 16, 2011

                                                                           /s/ Matthew F. Kennelly

                                                                          United States District Judge