IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:10-cv-08103 |
| v. | ) |
| | ) |
| CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES, | ) |
| | ) |
| | ) Judge Matthew F. Kennelly |
| Defendants. | ) |

## AMENDED NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 25, 2011 at 9:30 a.m., we shall appear before the Hon. Matthew F. Kennelly, Courtroom 2103, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present DEFENDANT CHAPTERHOUSE STUDIOS LLC'S MOTION TO MAINTAIN HIGHLY CONFIDENTIAL DESIGNATION. To avoid a scheduling conflict with the parties' status hearing before Magistrate Judge Gilbert on August 18, 2011, this shall take the place of the Notice originally made for August 18, 2011 (Docket No. 85).

Dated: August 16, 2011            Respectfully submitted,

                                              CHAPTERHOUSE STUDIOS LLC

                                              By:  /s/ Thomas J. Kearney
                                              Jennifer Golinveaux (CA Bar No. 203056)
                                              J. Caleb Donaldson (CA Bar No. 257271)
                                              Thomas J. Kearney (CA Bar No. 267087)
                                                  WINSTON & STRAWN LLP
                                                  101 California Street
                                                  San Francisco, CA  94111-5802
                                                  Phone: (415) 591-1000
                                                  Fax: (415) 591-1400
                                                  jgolinveaux@winston.com
                                                  jcdonaldson@winston.com
                                                  tkearney@winston.com

Eric Mersmann (IL Bar No. 6286859)
Catherine B. Diggins (IL Bar No. 6296237)
Jonathon C. Raffensperger (IL Bar No. 6302802)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-1695
Phone: (312) 558-5600
Fax: (312) 558-5700
emersmann@winston.com
cdiggins@winston.com
jraffensperger@winston.com

*Attorneys for defendant Chapterhouse Studios LLC*

SF:316932.1