# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Games Workshop Limited

                        Plaintiff,

v.                                               Case No.: 1:10−cv−08103

                                                          Honorable Matthew F. Kennelly

Chapterhouse Studios LLC, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, August 16, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly:Motion to compel or for sanctions [78] is denied for the reasons stated in open court. Status hearing set for 9/15/2011 is vacated and reset to 11/1/2011 at 09:30 AM.Case to be referred to Magistrate Judge Gilbert for the purpose of conducting a settlement conference and dealing with discovery issues associated with the settlement. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.