# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Games Workshop Limited

                         Plaintiff,

v.                                  Case No.: 1:10−cv−08103
                                       Honorable Matthew F. Kennelly

Chapterhouse Studios LLC, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, August 18, 2011:

    MINUTE entry before Honorable Jeffrey T. Gilbert: Status hearing held. Defendant Chapterhouse Studios LLC shall re−notice its Motion for Protective Order [84] before Magistrate Judge Gilbert on 8/23/11 at 10:00 a.m. Status hearing also set for 8/23/11 at 10:00 a.m. to discuss next steps regarding discovery and/or settlement. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.