**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED, | ) |
| Plaintiff, | ) Case No. 1:10-cv-08103 |
| v. | ) Judge Matthew F. Kennelly |
| CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES, | ) Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | ) |

## SECOND AMENDED NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 23, 2011 at 10:00 a.m., we shall appear before the Hon. Jeffrey T. Gilbert, Courtroom 1386, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present DEFENDANT CHAPTERHOUSE STUDIOS LLC'S MOTION TO MAINTAIN HIGHLY CONFIDENTIAL DESIGNATION.

Dated: August 18, 2011

Respectfully submitted,

CHAPTERHOUSE STUDIOS LLC

By:  /s/ Thomas J. Kearney
Jennifer Golinveaux (CA Bar No. 203056)
J. Caleb Donaldson (CA Bar No. 257271)
Thomas J. Kearney (CA Bar No. 267087)
  WINSTON & STRAWN LLP
  101 California Street
  San Francisco, CA 94111-5802
  Phone: (415) 591-1000
  Fax: (415) 591-1400
  jgolinveaux@winston.com
  jcdonaldson@winston.com
  tkearney@winston.com

Eric Mersmann (IL Bar No. 6286859)
Catherine B. Diggins (IL Bar No. 6296237)
Jonathon C. Raffensperger (IL Bar No. 6302802)
    WINSTON & STRAWN LLP
    35 West Wacker Drive
    Chicago, IL 60601-1695
    Phone: (312) 558-5600
    Fax: (312) 558-5700
    emersmann@winston.com
    cdiggins@winston.com
    jraffensperger@winston.com

*Attorneys for defendant Chapterhouse Studios LLC*

CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2011, I electronically filed the foregoing SECOND AMENDED NOTICE OF MOTION with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D), pursuant to Local Rule 5.9:

Scott R. Kaspar
Aaron J. Weinzierl
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312.832.4500
Facsimile: 312.832.4700
Email: skaspar@foley.com
aweinzierl@foley.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
Email: jmoskin@foley.com

Ronald H. Spuhler
Ronald A. DiCerbo
Thomas J. Campbell Jr.
MCANDREWS, HELD & MALLOY LTD.
500 W. Madison Street – 34th Floor
Chicago, IL 60061
Telephone: (312) 775-8000
Facsimile: (312) 775-8100
Email: rspuhler@mhmlaw.com
rdicerbo@mhmlaw.com
tcampbell@mcandrews-ip.com

Date: August 18, 2011

/s/ Thomas J. Kearney
Thomas J. Kearney
One of the attorneys for Chapterhouse Studios LLC