**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>                  Plaintiff,<br><br>       v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br><br><br>                  Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO AMEND PLEADINGS**

Plaintiff Games Workshop Limited ("Games Workshop") moves this Court for an Order extending the deadline to amend pleadings through and until November 1, 2011.  In support of its motion, Games Workshop states as follows:

1.      Pursuant to this Court's order dated August 9, 2011 (Dkt. No. 82), the deadline for amending pleadings is August 31, 2011.

2.      Despite having commenced discovery more than five months ago, to date Games Workshop has yet to receive any substantive responses to its first or second sets of interrogatories and document requests (served March 25, 2011 and May 27, 2011, respectively), notwithstanding the Court's Order (Dkt. No. 66) directing Defendant Chapterhouse Studios LLC ("Chapterhouse") to respond to the first requests, and notwithstanding innumerable entreaties by Games Workshop to obtain responses to the second set of requests without having to trouble the Court with motion practice.  Rather, Games Workshop only has received objections to the

CHIC_5496810.1

interrogatories and unfulfilled promises to produce documents. Since the date of Games Workshop's prior motion to extend the deadline to amend pleadings (Dkt. No. 74), Chapterhouse has continued its all-but complete refusal to participate in discovery. Hence, for essentially the same reasons set forth in Games Workshop's prior motion, plaintiff must request again that the deadline to amend pleadings be extended.

3. Games Workshop has identified 97 products of Chapterhouse that it believes to be infringing based on the similarities of the products to original sources, and Games Workshop contends that, as a result, Chapterhouse's entire website (focused exclusively on trading on Games Workshop's popular WARHAMMER books and games) is an infringement. Chapterhouse's admits access and copying, and its entire business exists to trade on Games Workshop's original works. However, Games Workshop is aware of additional new products of Chapterhouse that may need to be brought into this lawsuit, and before making any final accusations of copying, Games Workshop had expected to have received at least some discovery from Chapterhouse, including any evidence of independent creation (if there is any). In fact, Games Workshop has received none despite the Court's prior instructions.

4. Chapterhouse's discovery failures also have raised the question of whether additional parties will need to be named. Games Workshop questions whether it will need to add as parties the individual designers and manufacturers of Chapterhouse's accused products, but because Chapterhouse has improperly designated such information (constituting the *only* information it has produced to date in discovery) as "Confidential Attorneys-Eyes-Only", the undersigned counsel has been unable to confer even with in-house attorneys at Games Workshop as to the roles of these third parties. Despite repeated (and increasingly insistent) reminders from Games Workshop, Chapterhouse likewise has refused to produce in discovery any of its

CHIC_5496810.1

correspondence with these designers, suppliers and distributors, thus completely stalling progress in the case and rendering impossible any efforts to understand the roles of these third parties.

5.     The Court has remanded the case for proceedings before Magistrate Judge Gilbert to resolve discovery disputes and assess whether the parties can engage in any meaningful settlement discussions. Accordingly, although Games Workshop hopes that soon it will be receiving the critical discovery that it needs to begin moving this case forward, and has been seeking to resolve disputes without further motion practice, it fears that no further information or documents will be forthcoming without additional Court orders.

6.     Further, this Court has set the next status hearing for November 1, 2011, during which time the parties will report to the Court the status of discovery and proceedings before Magistrate Judge Gilbert.

7.     Therefore, Games Workshop requests that the Court extend the deadline for amending pleadings until the next status hearing, which is currently scheduled for November 1, 2011.

8.     Counsel for Games Workshop notified counsel for Chapterhouse of its intent to seek such an extension of time, yet counsel for Chapterhouse has not responded.

**WHEREFORE**, Games Workshop respectfully requests that this Honorable Court extend the deadline to amend pleadings through and until November 1, 2011.

CHIC_5496810.1

Dated:  August 30, 2011                          Respectfully submitted,

                                                 /s/ Scott R. Kaspar

                                                 Scott R. Kaspar (Ill. Bar No. 6284921)
                                                 Aaron J. Weinzierl (Ill. Bar No. 6294055)
                                                 FOLEY & LARDNER LLP
                                                 321 North Clark Street, Suite 2800
                                                 Chicago, IL 60654-5313
                                                 Telephone:  312.832.4500
                                                 Facsimile:  312.832.4700
                                                 Email:  skaspar@foley.com;
                                                 aweinzierl@foley.com

                                                 Jonathan E. Moskin
                                                 FOLEY & LARDNER LLP
                                                 90 Park Avenue
                                                 New York, New York 10016
                                                 Telephone:  (212) 682-7474
                                                 Facsimile:  (212) 687-3229
                                                 Email:  jmoskin@foley.com

                                                 *Attorneys for Plaintiff*
                                                 *Games Workshop Limited*

CHIC_5496810.1

**CERTIFICATE OF SERVICE**

I, Scott R. Kaspar, an attorney, hereby certify that on August 30, 2011, I caused to be filed electronically PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO AMEND PLEADINGS and NOTICE OF MOTION with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

/s/  Scott R. Kaspar

5

CHIC_5496810.1