# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>                                    Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br><br>                                  Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

## NOTICE OF MOTION

**TO ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that on the 7th of September 2011 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Matthew F. Kennelly, or any judge sitting in his stead, in Courtroom 2103 or the courtroom usually occupied by him in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there shall present PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO AMEND PLEADINGS. Copies of the motion and supporting documents have been served upon you.

CHIC_5497136.1

Dated: August 30, 2011　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/  Scott R. Kaspar

　　　　　　　　　　　　　　　　　　　　Scott R. Kaspar (Ill. Bar No. 6284921)
　　　　　　　　　　　　　　　　　　　　Aaron J. Weinzierl (Ill. Bar No. 6294055)
　　　　　　　　　　　　　　　　　　　　FOLEY & LARDNER LLP
　　　　　　　　　　　　　　　　　　　　321 North Clark Street, Suite 2800
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60654-5313
　　　　　　　　　　　　　　　　　　　　Telephone:  312.832.4500
　　　　　　　　　　　　　　　　　　　　Facsimile:  312.832.4700
　　　　　　　　　　　　　　　　　　　　Email:  skaspar@foley.com;
　　　　　　　　　　　　　　　　　　　　aweinzierl@foley.com

　　　　　　　　　　　　　　　　　　　　Jonathan E. Moskin
　　　　　　　　　　　　　　　　　　　　FOLEY & LARDNER LLP
　　　　　　　　　　　　　　　　　　　　90 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York 10016
　　　　　　　　　　　　　　　　　　　　Telephone:  (212) 682-7474
　　　　　　　　　　　　　　　　　　　　Facsimile:  (212) 687-3229
　　　　　　　　　　　　　　　　　　　　Email:  jmoskin@foley.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　*Games Workshop Limited*

## **CERTIFICATE OF SERVICE**

I, Scott R. Kaspar, an attorney, hereby certify that on August 30, 2011, I caused to be filed electronically the foregoing NOTICE OF MOTION with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

      /s/ Scott R. Kaspar