UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 4.2**
Eastern Division

Games Workshop Limited
                              Plaintiff,

v.                                                  Case No.: 1:10−cv−08103
                                                          Honorable Matthew F. Kennelly

Chapterhouse Studios LLC, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, September 1, 2011:

       MINUTE entry before Honorable Jeffrey T. Gilbert: Status hearing held. The Court encourages the parties to meet and confer regarding the discovery disputes discussed during the status hearing. If the parties wish to submit to this Court, materials that crystallize their discovery disputes, the Court is willing to meet with the parties as discussed in an effort to resolve those disputes and facilitate the exchange of information that may be helpful in moving this matter towards resolution. Counsel shall contact the Court's judicial assistant if they want to schedule such a meeting. Out−of−town counsel with primary responsibility should plan to attend this meeting in person. If, however, one party or the other believes it needs to present any discovery issues in the form of a motion to compel or for a protective order, nothing in this order should be interpreted as precluding that approach. The parties and their counsel also are encouraged to consider seriously the settlement−related questions set forth in the Court's 8/23/11 order and to contact the Court's judicial assistant if they wish to schedule a settlement conference in accordance with the Court's Standing Order for Settlement Conference available on the website at www.ilnd.uscourts.gov. This matter is set for a further status hearing on 9/13/11 at 9:45 a.m. Out−of−town counsel with primary responsibility for this matter may appear by telephone if they cannot attend in person. Further, if developments between now and 9/13/11 require the rescheduling of this status hearing, counsel shall jointly contact the Court's courtroom deputy. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.