# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 8103 | **DATE** | 9/6/2011 |
| **CASE TITLE** | Games Workshop Ltd vs. Chapterhouse Studios LLC | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for extension of time to amend pleadings is granted in light of the referral of the case to Magistrate Judge Gilbert to conduct a settlement conference and related proceedings. The deadline for amending the pleadings and adding parties is extended to 11/1/11.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DS |
|---|---|---|