**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Games Workshop Limited
                        Plaintiff,

v.                                           Case No.: 1:10−cv−08103
                                                      Honorable Matthew F. Kennelly

Chapterhouse Studios LLC, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 13, 2011:

      MINUTE entry before Honorable Jeffrey T. Gilbert:Status hearing held. The Court will not set a future status hearing date at this time. However, on or before 9/20/11, counsel shall submit to the Court confidential letters outlining their clients'; settlement positions and what information they believe is necessary to exchange in order to have a productive settlement conference. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.