**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2**
**Eastern Division**

Games Workshop Limited
                            Plaintiff,

v.                                              Case No.: 1:10−cv−08103
                                                  Honorable Matthew F. Kennelly

Chapterhouse Studios LLC, et al.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 26, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly: The 11/7/11 status hearing before Judge Kennelly is vacated and reset to 11/21/11 at 9:30 a.m. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.