**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>                                  Plaintiff,<br><br>             v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br>                                 Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

## JOINT STIPULATION TO EXTEND FACT DISCOVERY

WHEREAS the deadline for the close of discovery under the Court's scheduling order dated February 28, 2011 (Dkt. No. 23) is October 31, 2011;

WHEREAS the Court, on August 16, 2011, referred the parties to Magistrate Judge Gilbert to facilitate settlement discussions and to address certain discovery issues to facilitate a meaningful settlement conference. (Dkt. No. 87);

WHEREAS, following a status conference before Judge Gilbert on September 1, 2011, the parties have been regularly meeting with Judge Gilbert, and have now scheduled a settlement and discovery conference on November 7, 2011, before Judge Gilbert (Dkt. No. 105);

WHEREAS the parties, under the direction of Judge Gilbert, have delayed certain discovery and discovery motions in order to focus on issues most important to facilitate a meaningful settlement conference with Judge Gilbert;

WHEREAS the Parties remain hopeful that the November 7, 2011 settlement conference will help resolve some or all of the issues in the case and help streamline remaining discovery to

the extent the parties are unable to resolve this dispute, but nonetheless recognize that an expressly contemplated purpose of the settlement and discovery conference is to schedule completion of discovery that has been held in abeyance at the instruction of the Court;

      IT IS HEREBY STIPULATED AND AGREED by all of the parties hereto, subject to the approval of the Court, that the deadline to complete fact discovery be, and hereby is, extended beyond the October 31, 2011 cutoff until such time as the Parties and the Court establish a new deadline after completion of the settlement and discovery conference currently scheduled for November 7, 2011.

**SO ORDERED**

this \_\_\_ day of _____, 2011

_____
United States District Judge

Dated: October 27, 2011                    Respectfully submitted,

/s/ Scott R. Kaspar

Scott R. Kaspar (Ill. Bar No. 6284921)
Aaron J. Weinzierl (Ill. Bar No. 6294055)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312.832.4500
Facsimile: 312.832.4700
Email: skaspar@foley.com;
aweinzierl@foley.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
Email: jmoskin@foley.com

*Attorneys for Plaintiff*
*Games Workshop Limited*

/s/  Jennifer A. Golinveaux

    Jennifer A. Golinveaux, Esq.
    Thomas J. Kearney, Esq.
    J. Caleb Donaldson, Esq.
    Winston & Strawn LLP
    101 California Street
    San Francisco, CA 94111
    jgolinveaux@winston.com
    tkearney@winston.com
    jcdonaldson@winston.com

    Catherine B. Diggins, Esq.
    Eric J. Mersmann, Esq.
    Winston & Strawn LLP
    35 West Wacker Drive
    Chicago, IL 60601
    cdiggins@winston.com
    emersmann@winston.com

*Attorneys for Defendant*
*Chapterhouse Studios LLC*


/s/  Ronald H. Spuhler

    Thomas J. Campbell, Esq.
    Ronald A. DiCerbo, Esq.
    Ronald H. Spuhler, Esq.
    McAndrews, Held & Malloy, P.C.
    500 W. Madison Street, Suite 3400
    Chicago, IL 60661
    tcampbell@mhmlaw.com
    rdicerbo@mhmlaw.com
    rspuhler@mhmlaw.com

*Attorneys for Defendant*
*Jon Paulson d/b/a Paulson Games*