IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:10-cv-08103 |
| v. | ) |
| | ) |
| CHAPTERHOUSE STUDIOS LLC and | ) |
| JON PAULSON d/b/a PAULSON GAMES, | ) Judge Matthew F. Kennelly |
| | ) Hon. Jeffrey T. Gilbert |
| Defendants. | ) |

**DEFENDANT CHAPTERHOUSE STUDIOS LLC'S OPPOSITION TO PLAINTIFF'S
THIRD MOTION FOR EXTENSION OF TIME TO AMEND PLEADINGS**

Chapterhouse opposes this, Plaintiff's third motion to extend the deadline to amend the pleadings.[1]

Plaintiff's stated justification for the further extension is that it has received limited responses to Plaintiff's discovery requests and, therefore, it is not yet able to determine whether to name new products or new parties in the case. Yet Plaintiff fails to identify any outstanding discovery that justifies the delay.

With respect to whether to amend to add new products, it is unclear what discovery Plaintiff is waiting for, and Plaintiff identifies none. Its claim that "Chapterhouse's [sic] admits access and copying" (Mot. ¶ 3) is of course false. Chapterhouse has repeatedly denied copying Plaintiff's alleged works. Plaintiff also falsely implies that Chapterhouse has failed to produce documents and respond to interrogatories that were the subject of the Court's July 6, 2011 Order. Mot. ¶ 2. Chapterhouse fully complied with that Order. In contrast, Plaintiff has still failed to produce *any* of the 30 tangible things, and many of the printed works, that it claims

---

[1] *See* Dkt. No. 74 (July 29, 2011) (seeking an additional 30 days); Dkt. No. 95 (Aug 30, 2011) (seeking an extension until November 1, 2011).

1

Chapterhouse has infringed, and that the Court ordered it to produce by July 29, 2011.[2]

With respect to whether to amend to add new parties, Plaintiff claims that Chapterhouse has withheld information Plaintiff needs to make this decision because Chapterhouse designated its interrogatory response (served three months ago) identifying designers and manufacturers as Highly Confidential. Mot. ¶ 4. The Court has already considered, and rejected, Plaintiff's challenge to Chapterhouse's confidentiality designation. *See* Aug. 23, 2011 Minute Order, at 2 (Dkt. No. 94) ("Plaintiff has not articulated any reason that it needs to know the information that has been designated as Highly Confidential other than that it may need this information to identify third parties it may want to add as named defendants in this case. But, assuredly, that is not a proper reason for discovery").

Plaintiff offers no appropriate reason for the Court to further extend the deadline to amend the pleadings. And nothing prevents Plaintiff from seeking leave to amend its Complaint in the future, provided it can show good cause. This motion is simply an effort by Plaintiff to avoid having to make such a showing.[3] It should be denied.

Dated: November 1, 2011

Respectfully submitted,

CHAPTERHOUSE STUDIOS LLC

By: /s/ Thomas J. Kearney

    Jennifer Golinveaux (CA Bar No. 203056)
    J. Caleb Donaldson (CA Bar No. 257271)
    Thomas J. Kearney (CA Bar No. 267087)
    WINSTON & STRAWN LLP
    101 California Street
    San Francisco, CA 94111-5802
    Phone: (415) 591-1000
    Fax: (415) 591-1400
    jgolinveaux@winston.com
    jcdonaldson@winston.com
    tkearney@winston.com

---

[2] July 6, 2011 Minute Order (Dkt. No. 69).
[3] *See* Dkt. No. 77 (Aug. 8, 2011) (opposing Plaintiff's first motion for extension).

        Eric Mersmann (IL Bar No. 6286859)
        WINSTON & STRAWN LLP
        35 West Wacker Drive
        Chicago, IL 60601-1695
        Phone: (312) 558-5600
        Fax: (312) 558-5700
        emersmann@winston.com

*Attorneys for defendant Chapterhouse Studios LLC*

## CERTIFICATE OF SERVICE

I certify that on November 1, 2011, I electronically filed DEFENDANT CHAPTERHOUSE STUDIOS LLC'S OPPOSITION TO PLAINTIFF'S THIRD MOTION FOR EXTENSION OF TIME TO AMEND PLEADINGS with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D), pursuant to Local Rule 5.9:

Scott R. Kaspar
Aaron J. Weinzierl
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312.832.4500
Facsimile: 312.832.4700
Email: skaspar@foley.com
aweinzierl@foley.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
Email: jmoskin@foley.com

Ronald H. Spuhler
Ronald A. DiCerbo
Thomas J. Campbell Jr.
MCANDREWS, HELD & MALLOY LTD.
500 W. Madison Street – 34th Floor
Chicago, IL 60061
Telephone: (312) 775-8000
Facsimile: (312) 775-8100
Email: rspuhler@mhmlaw.com
rdicerbo@mhmlaw.com
tcampbell@mcandrews-ip.com

Date: November 1, 2011

/s/ Thomas J. Kearney
Thomas J. Kearney
One of the attorneys for Chapterhouse Studios LLC

SF:322481.1