# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Games Workshop Limited
                                        Plaintiff,

v.                                                   Case No.: 1:10−cv−08103
                                                          Honorable Matthew F. Kennelly

Chapterhouse Studios LLC, et al.
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 8, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly: The Court advises counsel that at the 11/9/11 hearing date on plaintiff's motion to extend the deadline to amend the pleadings, the Court anticipates addressing with counsel what modification is required to the previously set fact discovery cutoff date; whether the parties anticipate using experts and, if so, what dates should be set for disclosure and discovery of experts; and what the deadline should be for filing dispositive motions. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.