# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Games Workshop Limited

                              Plaintiff,

v.                                               Case No.: 1:10−cv−08103
                                                      Honorable Matthew F. Kennelly

Chapterhouse Studios LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 8, 2011:

      MINUTE entry before Honorable Jeffrey T. Gilbert: Settlement conference held on 11/7/11. Despite the parties' best efforts, they were unable to settle the case. Both parties agreed that they will continue to evaluate their positions and remain open to further settlement discussion as the case progresses and circumstances warrant. If the parties desire to convene another settlement conference, they shall contact Magistrate Judge Gilbert's chambers. The parties, by agreement, shall meet and confer about a revised discovery timetable, and file a proposed discovery plan in accordance with Rule 26(f)(3) of the Federal Rules of Civil Procedure, by 11/16/11. The parties shall outline in their discovery plan any disagreements they have with respect to the matters described in Rule 26(f)(3)(A) (F). The District Judge referred this case for settlement and discovery issues associated with settlement [89]. As there presently are no outstanding discovery issues that relate solely to settlement, the parties are directed to present to the District Judge any discovery issues that arise as the case proceeds, unless they are ordered to do otherwise. Mailed notice(ep, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.