# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Games Workshop Limited
                              Plaintiff,

v.                                           Case No.: 1:10−cv−08103
                                             Honorable Matthew F. Kennelly

Chapterhouse Studios LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 22, 2011:

MINUTE entry before Honorable Matthew F. Kennelly: Status and motion haring held on 11/21/11. Defendants to file motion to compel on current discovery by 11/30/11. The plaintiff is to respond by 12/7/11. Oral argument on motion is set for 12/19/11 at 10:30 a.m. Plaintiff's motion for extension of time to file amended complaint (108) is granted. The time to file amended pleadings is extended to 1/6/12. The Court sets the following schedule: Amended complaint to be filed by 1/19/12. Fact discovery closed 3/15/12. Rule 26(a)(2) by 5/1/12. Rebuttal to 26(a)(2) by 6/15/12. Expert discovery closed by 7/13/12. Dispositive motions with supporting memorandum to be filed by 8/14/12. The final pretrial order to be filed 10/19/12. A final pretrial conference is set for 11/20/12 at 3:30 p.m. Trial is set for 12/3/12 at 9:45 a.m. These are real and final dates. Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.