IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES, <br><br> Defendants. | Civil Action No. 1:10-cv-8103 <br><br> Hon. Matthew F. Kennelly <br> Hon. Jeffrey T. Gilbert |

## DECLARATION OF GILLIAN LIDDLE STEVENSON

I, Gillian Liddle Stevenson, hereby declare:

1. I am Senior Legal Counsel of Games Workshop Limited, with offices at Willow Road, Lenton, Nottingham, England. I have personal knowledge of the matters set forth herein.

2. Games Workshop litigation counsel, Jonathan Moskin, has advised me that Chapterhouse has designated as confidential the names of its independent designers of the accused works at issue in this litigation. Although, as a result, I am not aware what names Chapterhouse has disclosed, or for how many names I should be searching, the fact is that Chapterhouse and many (if not all) of its designers engage in regular and open discussions on internet forums that cater specifically to fans of Games Workshop's Warhammer 40,000. As a result, I am readily able to identify the following likely designers; Zac Soden, Steven Smith, Jeff Nagy, Tomas Fiertek, Jae Chi Lee, Pedro Navarro and Michael Lawlor. If I knew how many other names to search, I might well be able to find others. However, my counsel is unable to confirm if these are indeed the designers Chapterhouse has identified. As a result, we can not

determine whether it is necessary or appropriate to seek discovery from these individuals or perhaps to add them as parties to the complaint.

    I hereby declare under penalty of perjury this 30th day of November, 2011, under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

*[signature]*
Gillian Liddle Stevenson

## CERTIFICATE OF SERVICE

    I, Scott R. Kaspar, an attorney, hereby certify that on November 30, 2011, I caused to be filed electronically the foregoing DECLARATION OF Gill Stevenson with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

                                            /s/ Scott R. Kaspar

4842-3385-7806.1