**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>          Plaintiff,<br><br>  v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br>          Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S
MOTION TO COMPEL OR FOR SANCTIONS**

AND NOW, upon consideration of Plaintiff Games Workshop Ltd.'s ("Games Workshop") Motion to Compel or for Sanctions filed November 30, 2011, the Court finds there is good cause to grant the relief requested.

IT IS HEREBY ORDERED that Defendant Chapterhouse Studios LLC ("Chapterhouse"):

- Respond to Interrogatory Nos. 2, 7, 8, 12, 13, 14 and 15 and Document Requests Nos. 2, 14-21, 25, 27 and 29, within 14 days of this Order, or at such time as the parties may otherwise agree;

- Complete its responses to Requests 9 and 10 within 14 days of this Order, or at such time as the parties may otherwise agree;

- De-designate immediately its supplemental responses to Interrogatory Nos. 3, 4, 6, 9, and 10.

1

In addition, Chapterhouse is hereby deemed to have admitted all of Games Workshop's admission requests, or be precluded from relying upon any information called for by these requests, including any information in support of its defense of independent creation.

Further, pursuant to Federal Rule of Civil Procedure 37(a)(4), the Court hereby apportions one half of Games Workshop's reasonable expenses, including attorneys' fees, incurred in bringing its Motion to Compel or for Sanctions.

**IT IS SO ORDERED.**

Dated:

    Hon. Matthew F. Kennelly
    United States District Court Judge