IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>            Plaintiff,<br><br>  v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br>            Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

## MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

  Pursuant to Fed. R. Civ. P. 26.2 in accordance with the Agreed Protective Order entered July 12, 2011 (Dkt. No. 71), Plaintiff Games Workshop Limited ("Games Workshop"), by and through its attorneys, moves this Honorable Court for leave to file under seal Exhibit C to its Motion to Compel or for Sanctions filed November 30, 2011. In support of this motion, Games Workshop states as follows:

  1.  Exhibit C to Games Workshop's November 30, 2011 Motion to Compel or for Sanctions contains the Second Supplemental Responses to Games Workshop's Second Set of Interrogatories served by Defendant Chapterhouse Studios LLC ("Chapterhouse"), which Chapterhouse designated as being "Highly Confidential – Attorneys' Eyes Only" pursuant to the Agreed Protective Order.

  2.  In order to provide this Court with all of the information relevant to Games Workshop's Motion to Compel or for Sanctions, Games Workshop requests that this Court grant it leave to file Exhibit C under seal pursuant to L.R. 26.2.

4829-0000-4110.1

3. Placing the aforementioned Exhibit C under seal will not prejudice Chapterhouse and it will serve the interests of justice and equity in this case.

4. Games Workshop tenders a true and correct copy of Exhibit C (to Chambers, with service on counsel for Chapterhouse) to this motion to be filed under seal.

5. Games Workshop will file Exhibit C in accordance with L.R. 5.8 promptly upon the Court's granting of this motion.

Based on the foregoing, Games Workshop respectfully requests leave of this Court to file under seal Exhibit C to its Motion to Compel or for Sanctions.

Dated: November 30, 2011          Respectfully submitted,

/s/ Scott R. Kaspar

Scott R. Kaspar (Ill. Bar No. 6284921)
Aaron J. Weinzierl (Ill. Bar No. 6294055)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312.832.4500
Facsimile: 312.832.4700
Email: skaspar@foley.com;
aweinzierl@foley.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
Email: jmoskin@foley.com

*Attorneys for Plaintiff*
*Games Workshop Limited*

4829-0000-4110.1

## **CERTIFICATE OF SERVICE**

I, Scott R. Kaspar, an attorney, hereby certify that on November 30, 2011, I caused to be filed electronically the foregoing MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

     /s/  Scott R. Kaspar

4829-0000-4110.1