# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 4.2**
### Eastern Division

Games Workshop Limited

                      Plaintiff,

v.                                                Case No.: 1:10−cv−08103
                                                   Honorable Matthew F. Kennelly

Chapterhouse Studios LLC, et al.

                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 2, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly: The order of 11/22/11 is corrected to reflect, consistent with the Court's statements in open court on 11/21/11, that each side is to file a motion to compel on current discovery by 11/30/11, and that the opposing party is to respond by 12/7/11. Oral argument on each side's motion is set for 12/19/11 at 10:30 a.m. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.