IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>              Plaintiff,<br><br>              v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES,<br><br>              Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that pursuant to Fed. R. Civ. P. 41, this action is dismissed as against Jon Paulson, with prejudice and without costs or attorneys' fees to either party.  Nothing herein shall limit or affect plaintiff's pending claims against Chapterhouse Studios LLC.  The Court shall retain jurisdiction to enforce the parties' settlement.

Dated: December 7, 2011

| | |
|---|---|
| /s/  Scott R. Kaspar | /s/  Ronald H. Spuhler |
| Scott R. Kaspar (Ill. Bar No. 6284921)<br>Aaron J. Weinzierl (Ill. Bar No. 6294055)<br>FOLEY & LARDNER LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60654<br>Telephone:  (312) 832-4500<br>Facsimile:  (312) 832-4700<br>Email:  skaspar@foley.com;<br>aweinzierl@foley.com | Ronald H. Spuhler<br>Ronald A. DiCerbo<br>Thomas J. Campbell Jr.<br>MCANDREWS, HELD & MALLOY LTD.<br>500 W. Madison Street – 34$_{th}$ Floor<br>Chicago, IL 60061<br>Tel (312) 775-8000<br>Fax (312) 775-8100<br>rspuhler@mcandrews-ip.com |
| and | *Attorneys for Defendant Jon Paulson* |

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
E-mail: jmoskin@foley.com

*Attorneys for Plaintiff Games Workshop Limited*


SO ORDERED:

_____
Hon. Matthew F. Kennelly
United States District Judge

**CERTIFICATE OF SERVICE**

       I, Scott R. Kaspar, an attorney, hereby certify that on December 7, 2011, I caused to be filed electronically the foregoing STIPULATION OF DISMISSAL OF DEFENDANT JON PAULSON D/B/A PAULSON GAMES with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

                                                                   /s/ Scott R. Kaspar

4813-0518-6316.1