**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED, | ) |
| Plaintiff, | ) Case No. 1:10-cv-08103 ) ) Judge Matthew F. Kennelly |
| v. | ) ) |
| CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES, | ) ) ) |
| Defendants. | ) |

## NOTICE OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE

PLEASE TAKE NOTICE that on December 13, 2011 at 9:30 A.M., or as soon thereafter as Counsel may be heard, Defendant Chapterhouse Studios LLC shall present its MOTION FOR LEAVE FOR DEAN A. MOREHOUS TO APPEAR PRO HAC VICE before the Hon. Matthew F. Kennelly, District Judge, in Courtroom 2103, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604.

Dated: December 7, 2011

Respectfully submitted,

CHAPTERHOUSE STUDIOS LLC

By: /s/ Thomas J. Kearney
Jennifer Golinveaux (CA Bar No. 203056)
J. Caleb Donaldson (CA Bar No. 257271)
Thomas J. Kearney (CA Bar No. 267087)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Phone: (415) 591-1000
Fax: (415) 591-1400
jgolinveaux@winston.com
jcdonaldson@winston.com
tkearney@winston.com

Eric Mersmann (IL Bar No. 6286859)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-1695
Phone: (312) 558-5600
Fax: (312) 558-5700
emersmann@winston.com

*Attorneys for defendant Chapterhouse Studios LLC*

CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2011, I electronically filed the foregoing NOTICE OF MOTION FOR LEAVE TO APPEAR PRO HAC VICE with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D), pursuant to Local Rule 5.9:

Scott R. Kaspar
Aaron J. Weinzierl
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312.832.4500
Facsimile: 312.832.4700
Email: skaspar@foley.com
aweinzierl@foley.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
Email: jmoskin@foley.com

Ronald H. Spuhler
Ronald A. DiCerbo
Thomas J. Campbell Jr.
MCANDREWS, HELD & MALLOY LTD.
500 W. Madison Street – 34th Floor
Chicago, IL 60061
Telephone: (312) 775-8000
Facsimile: (312) 775-8100
Email: rspuhler@mhmlaw.com
rdicerbo@mhmlaw.com
tcampbell@mcandrews-ip.com


Date: December 7, 2011

/s/ Thomas J. Kearney
Thomas J. Kearney
One of the attorneys for Chapterhouse Studios LLC