IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES,<br><br>Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

## **DECLARATION OF GILLIAN LIDDLE STEVENSON**

I, Gillian Liddle Stevenson, hereby declare:

1. I am Senior Legal Counsel of Games Workshop Limited, with offices at Willow Road, Lenton, Nottingham, England. I base this declaration on my complete access to the books and records of Games Workshop and my personal knowledge of the matters set forth herein.

2. I understand that Chapterhouse has raised questions about the authorship of various Games Workshop publications we have identified in the litigation as works from which Chapterhouse apparently copied, but that Chapterhouse has not identified any specific works where it questions authorship. I can therefore explain generally (with the isolated exceptions noted below) that all of Games Workshop's works at issue in this action (including the artwork they contain) are created at Games Workshop's facilities in Notttingham, England by Games Workshop employees. None of the individuals has ever made a claim against Games Workshop concerning any of the works at issue in this litigation asserting ownership of any rights in his or her own name individually or otherwise challenging Games Workshop's ownership of its

copyrighted creations. Indeed, I am aware of only one instance in which any individual ever raised such a question of personal ownership concerning any Games Workshop materials. Although it had nothing to do with the subject matter of this litigation, we would be happy to disclose that if the Court deems it appropriate.

3. Although some Games Workshop publications do give specific credits to individual employees, under current policy, which has been in effect for at least eight or nine years, the names in the publications simply reflect the writers and artists on staff at the time of publication. It is a way of giving public recognition to the staff, but is not meant to reflect the individual roles played by individual employees.

4. Chapterhouse also cites to a credit Games Workshop provided in "White Dwarf" magazine to individual hobbyists who painted certain models shown in the magazine. (Kearney Decl. ¶ 12, Ex. 24.) Indeed, Games Workshop's White Dwarf Magazine does from time to time print photographs (taken by Games Workshop) of models painted by hobbyists who want to show off their proficiency and skill painting models to match the specifications shown in Games Workshop's original books and other works. This is part of what is call a "Golden Demon" competition sponsored by Games Workshop, the terms of which are published on Games Workshop's website (and elsewhere). Games Workshop is happy to credit such individuals for their painting skills or any ways in which they decorate our miniatures, but no original design work is involved. Certainly none of these individual painting efforts are at issue in this litigation or concern any of the original works on which Games Workshop relies in this action. Similarly, there is a place on the Games Workshop website where individuals can submit photographs of their painted miniatures so they can be posted in a blog we publish. However, once again, none of these photographs are at issue in this litigation.

5.  Games Workshop's general policy on individual submissions is to discourage them to the extent possible, precisely because the company does not want to be at risk of adverse claims. A copy of the general policy is available on the company website, <http://www.games-workshop.com/gws/content/article.jsp?catId=&categoryId=&section=&pIndex=4&aId=3900002&start=5&multiPageMode=true> and is attached hereto as Exhibit A. Among other things, the policy provides:

> For legal reasons we will only accept your submission if you agree to assign all intellectual property rights in it to us. This means that by making a submission you automatically give Games Workshop ownership and exclusive rights to use your submission for any purpose. It is important that you are comfortable with this before making a submission to us. Please do not make a submission if you do not agree to this.

However, once again, no artwork submitted by third parties is at issue in this litigation.

5.  Chapterhouse is correct that authors of Games Workshop's Black Library novels are freelance authors. (Kearney Decl. ¶ 13, Ex. 25.) However, the only artwork from any Black Library novel in any way at issue in this litigation concerns the 2002 novel "Soul Drinkers" and the 2004 novel "Brothers of the Snake". I am advised by our litigation counsel that Games Workshop has produced to Chapterhouse copies of the contracts assigning rights to Games Workshop.

6.  The only other exception relevant to this motion to my statement above regarding Games Workshop's direct authorship of the works at issue in this litigation concerns a computer game, Dawn of War. It is produced under license from Games Workshop (which I understand Games Workshop has also produced to Chapterhouse in the litigation), and the license agreement itself specifies that Games Workshop owns all copyright in the derivative works created under the agreement.

4830-8665-3198.1

7. I understand that Chapterhouse also raises questions about the originality of a few isolated elements in the overall characters, imagery and background game story created by Games Workshop. For instance, Chapterhouse refers to a statement (not under oath) by a former employee, disparaging the originality of the so-called "Tau race" in the Warhammer 40,000 game. I am aware from the designers who did create the characters that appear in the Tau race as part of the Warhammer 40,000 story, that the former employee was not responsible for designing these characters. He may have been understandably disappointed when Games Workshop ended his relationship with the company, but Chapterhouse has not identified any actual respects in which Games Workshop's works might be deemed to have been copied. Similarly, Chapterhouse repeatedly refers to a so-called "chaos" star it claims was described by Michael Moorcock in his writings. However, Games Workshop's Chaos Star design (which is a registered copyright in the United States, Reg. No. VA 1-626-669) differs from the star design attributed to Mr. Moorcock (and is, of course, only one isolated element of the Chaos Space Marines characters that Games Workshop accuses Chapterhouse of infringing). Nor is Chapterhouse's copying of Games Workshop's Chaos Space Marines (who have defined roles in the Warhammer 40,000 game and story as serving the Chaos Gods) evidently inspired by anything other than Games Workshop. In the same way, I am aware that the Tyranid characters (a fictional race named on the fictional planet Tyran, which they are said to have devoured and where they were first discovered) are not derived from HR Giger's "Alien" series (even though Games Workshop has previously acknowledged to Chapterhouse its designers would have been aware of the series), and the products sold by Chapterhouse of which Games Workshop complains are intended to appeal to Warhammer 40,000 fans, not fans of HR Giger's works. Similarly, Games Workshop does not purport to claim rights in any given Roman numerals in

isolation. Rather, Roman numerals are simply incorporated as one of many features in certain Ultramarine units as part of their overall characters and to distinguish the various Ultramarine characters from one another (and give a sense of history and gravitas to the characters that could not be had using Arabic numerals). The basis for Games Workshop's complaint against Chapterhouse's use of Roman numerals is not the use of Roman numerals as such, but, rather, their use with the specific meaning given to them in Games Workshop's original works to refer to the specific Games Workshop characters (by name) to make clear its source of reference is Warhammer 40,000, not to arithmetic.

I hereby declare under penalty of perjury this 7th day of December, 2011, under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

_____
Gillian Liddle Stevenson

## CERTIFICATE OF SERVICE

I, Scott R. Kaspar, an attorney, hereby certify that on December 7, 2011, I caused to be filed electronically the foregoing DECLARATION OF GILLIAN LIDDLE STEVENSON with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

/s/ Scott R. Kaspar

4830-8665-3198.1

# EXHIBIT A

Case: 1:10-cv-08103 Document #: 130-3 Filed: 12/07/11 Page 8 of 10 PageID #:1229




Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Find a Gift List   Stocking Fillers

**Pages**
Legal
1. Terms of Website Use
2. Privacy Policy
3. Games Workshop's IP Policy
4. What you can and can't do with Games Workshop's intellectual property
5. Submissions Policy
6. Copyright and Legal Information
7. Disclaimers and Trademark Lists
8. Company Information

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend
View as a single page

Legal

# Submissions Policy

Like 7

## Submissions

Thank you for your interest in submitting your work to Games Workshop. Our hobby is a creative one that provides fertile ground for imaginations like yours. Every time you play a game epic stories will unfold, new characters will join the fray, planets will be saved and lands invaded. Many hobbyists want to share these experiences with us, whether that's a brand-new army you have painted, a stellar conversion of your army general, an exciting battle report you fought in or anything else. For these types of submission your first port of call should be the Games Workshop blog 'What's New Today'. See below for contact details and requirements. You can also write to the White Dwarf team at the postal address found in every issue of the magazine.

Alternatively, if you wish to make a more specific submission to Games Workshop then please see the information in each section below. These contain details of what you should send to us and what will happen to your submission. No matter what type of submission you wish to make it is important that you read and understand the following information before sending anything to Games Workshop.

If you wish to contact Games Workshop for any other reason please contact our customer service team whose details can be found here.

\* The word **'submission'**, as used above and throughout the text in the links, means anything that you send to Games Workshop including text, artwork, miniatures and any other expression of ideas.

*I want to work for Games Workshop:*

Games Workshop is an exciting, diverse and vibrant place to work and we're always on the lookout for new talent to join the creative hub of our Design Studio based in Nottingham, UK. If you think you have what it takes to work for Games Workshop please read this page before sending us a sample of your work.

You should also keep a look out for vacancies on our jobs page:

### What skills are Games Workshop looking for?

We're always on the lookout for talented sculptors, writers and artists who love the worlds and far future battlescapes we have created. If you believe that could be you then feel free to make a submission following the directions below.

### What format should I send my work to Games Workshop in?

All submissions should be made electronically. So, for example, if you wish to submit a manuscript, please send it in an electronic format, preferably as a Microsoft Word file attached to an email with covering message. Similarly if you wish to submit samples of artwork or sculptures please send us digital images of these, again as email attachments with covering message in the body of the email.

If you do send us physical material please keep in mind that although we'll try our best, we cannot guarantee its safe return.

### I'd rather submit a physical sample of my work - will it be returned to me?

Where possible we would recommend sending us a digital copy. Generally, we will only accept electronic submissions unless we specifically request that you send us something tangible. In any case we cannot promise that it will be returned. So if it's an original you can't bear to part with then please do not send it.

### What should I send to Games Workshop?

We are more concerned with quality than quantity so please send us the finest samples from your portfolio or the work that best demonstrates your skills. We would rather see a picture of one really good miniature that you've designed than an army sculpted to a lesser standard. Similarly if you want to show off your writing skills please send us an extract from your text (maximum 500 words) or a short summary of your article/story (again limited to 500 words).

If you're sending pictures of your artwork or sculptures try to ensure that they're of a high enough resolution so we can easily assess your work. Do not send us links to your website or hundreds of images as we will not have time to look at them all.

Please only send us samples of your work based on the Warhammer world or Warhammer 40,000 universe. We will not accept submissions based on other people's intellectual property.

Finally, make sure you include your contact details in any email or contact you send to us.

### Can I send work that I've copied from someone else in to Games Workshop?

We want to see stuff you've written, drawn or sculpted yourself. Rather than submitting something on behalf of someone else, get them to send us their work in directly if they are interested. Just to be clear, everything you submit to Games Workshop must be original and entirely your own work. Do not send us anything that you have copied from a third party or that has been created by someone else.

GW0002633

It's important to note that by making a submission to us you agree to indemnify Games Workshop against all and any third party claims resulting from your submission's breach of a third party's intellectual property rights. This means that you agree to compensate Games Workshop for any cost, loss or damage suffered as a result of your breach of this submission policy.

### Where should I send samples of my work?

Please send all submissions to submissions@games-workshop.co.uk.

### Will I receive a reply to my submission and will you give feedback?

Our focus will always be working on the next batch of great releases, producing new army books and getting the latest issue of White Dwarf to the printers. This means we won't always have time to personally reply to every submission nor offer feedback. We will try our best and will never rule out replying with words of encouragement or sage advice but unfortunately we cannot guarantee that we'll respond or provide feedback to everyone who makes a submission to us. Therefore, if you do not hear back from us please assume that we do not wish to use your skills at the present time.

### What will happen next?

If we think that your talents may be suited to Games Workshop and that we might be able to use your skills we will contact you to let you know what the next step will be. Make sure that you provide the right contact details when you make your submission! As mentioned above, if you do not hear back from us, then, unfortunately, we do not currently have any opportunities for yourself at this point, although there is nothing stopping you having another go at a later date.

### Who owns the ideas that I submit to you?

For legal reasons we will only accept your submission if you agree to assign all intellectual property rights in it to us. This means that by making a submission you automatically give Games Workshop ownership and exclusive rights to use your submission for any purpose. It is important that you are comfortable with this before making a submission to us. Please do not make a submission if you do not agree to this.

*The Games Workshop web team have asked for submissions:*

Our web team of intrepid hobby journalists are always on the lookout for great examples of the Games Workshop hobby and regularly ask for submissions. We often invite our website viewers to send in pictures of miniatures, tales of your action-packed games and fun captions for pictures. Before you submit, take a look at these brief guidelines:

### What should I submit and to where?

This will depend on what we are asking you send us. If this is not obvious where you read the request then the 'What's New Today' email address is always a good start: whatsnewtoday@games-workshop.co.uk Make the subject of the email clear and that should help us get your work to the right place for review.

Please remember that anything you do submit to us needs to be original and that you must have the right to make the submission. Make sure you have the permission of everyone involved before you submit an idea, photograph, article or any other concept.

By making a submission to Games Workshop you agree to indemnify Games Workshop against all and any third party claims resulting from your submissions' breach of a third party's intellectual property rights. This means that you agree to compensate Games Workshop for any cost, loss or damage suffered as a result of your breach of this submissions policy.

### What will Games Workshop use my submission for?

If we like what you've sent us then it'll be used on the website primarily for the reason we requested it in the first place, so if you wrote a short article for the blog then that's where it will appear - fame and fortune await (well, maybe not the fortune!). However, we also reserve the right to use your submission for any other purposes, such as displaying it on Facebook or Twitter, so make sure that you are comfortable with this before you send us anything.

### Who owns the things that I submit to Games Workshop?

For legal reasons we will only accept your submission if you agree to assign all intellectual property rights in it to us. This means that by making a submission you automatically give Games Workshop ownership and exclusive rights to use your submission for any purpose. It is important that you are comfortable with this before making a submission to us. Please do not make a submission if you do not agree to this.

If you wish to make a submission based on Games Workshop's The Lord of the Rings products all intellectual property rights in your submission will automatically be assigned to either Middle-earth Enterprises or Warner Bros. Consumer Products Inc. Please do not make a submission based on Games Workshop's The Lord of the Rings products if you are not comfortable with this.

### I want to share my hobby experiences:

If you want to share your hobby experiences and show us what you've been up to then we'd love to hear from you. Please email us at whatsnewtoday@games-workshop.co.uk.

We try to show as much cool stuff as we can via our 'What's New Today' blog and Games Workshop Facebook page. Even so we may not be able to publish your work due to suitability, space and time constraints.

Please be aware that by making a submission to Games Workshop you are agreeing to assign all rights in your submission to Games Workshop. This means that we will have the exclusive right to use your submission for any purpose in the future.

If you wish to make a submission based on Games Workshop's The Lord of the Rings products all intellectual property rights in your submission will automatically be assigned to either Middle-earth Enterprises or Warner Bros. Consumer Products Inc. Please do not make a submission based on Games Workshop's The Lord of the Rings products if you are not comfortable with this.

PREVIOUS                                                                                                    NEXT

Carry Our Products   Real Estate   Privacy Policy   Legal   Careers   About Us   Investor Relations   Black Library   Forge World   Site Map   Contact Us

Country Select

http://www.games-workshop.com/gws/content/article.jsp?catId=&categoryId=&section=&...   12/7/2011

GW0002634

Copyright © Games Workshop Limited 2000-2011 © New Line Productions Inc © The Saul Zaentz Company d/b/a Middle-earth Enterprises All rights reserved to their respective owners.