# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
## Eastern Division

Games Workshop Limited

                              Plaintiff,

v.                                                    Case No.: 1:10–cv–08103
                                                    Honorable Matthew F. Kennelly

Chapterhouse Studios LLC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 30, 2011:

      MINUTE entry before Honorable Matthew F. Kennelly: The Court has reviewed the materials submitted by plaintiff for in camera review. The materials consist of plaintiff's settlement agreement with defendant Paulson, correspondence reflecting negotiation of the settlement, and a small amount of earlier correspondence regarding procedural matters. It appears that all of the correspondence is between plaintiff's counsel and Paulson's counsel, not Paulson himself. The settlement and correspondence relating to it are subject to a confidentiality agreement contained within the settlement agreement. Based on the Court's review, none of the correspondence is admissible or likely to lead to the discovery of admissible evidence, and thus the Court declines to direct plaintiff to produce those materials. Though the settlement agreement itself is likely inadmissible under Rule 408, the Court directs plaintiff's counsel to produce a copy of the agreement to defendant Chapterhouse's counsel of record. Defense counsel are prohibited from disclosing the agreement or information about its contents to anyone other than defendant's outside counsel of record in this case, Paulson himself, and Paulson's counsel of record, unless the Court orders otherwise based on a showing of good cause made by defense counsel. Any filings containing information about the agreement must be made under seal and are likewise subject to the prohibition contained in the previous sentence. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.