**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>                   Plaintiff,<br><br>      v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES,<br><br>                 Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

**DECLARATION OF SCOTT KASPAR**

I, Scott Kaspar, hereby declare:

1. I am an attorney of record representing the Plaintiff Games Workshop Limited ("Games Workshop") in the above-captioned litigation. I am a member in good standing of the Bars of the States of California, Illinois and Iowa and a member of the General Bar of this District. I have personal knowledge of the matters set forth below, and as to those matters, I believe the information set forth below to be accurate, and, if called as a witness to testify, I could and would testify competently as to those matters.

2. Attached hereto as Exhibit A is a true and correct copy of a letter sent by Tom Kearney, counsel for Chapterhouse Studios LLC ("Chapterhouse") on January 27, 2012 to counsel for Games Workshop.

3. Attached hereto as Exhibit B are true and correct copies of documents produced by Chapterhouse bearing production numbers CHS0002017-19, 2118-21, and 2785-93. These

are representative of the documents that Chapterhouse has produced allegedly in support of its independent creation defense.

4.	Attached hereto as Exhibit C are true and correct copies of documents produced by Chapterhouse bearing production numbers CHS002292-93, 3522-24, 3649-52, and 5599-5611. These are representative of the documents that Chapterhouse has produced evidencing its correspondence and contact with its third-party designers.

5.	Attached hereto as Exhibit D is a true and correct copy of Chapterhouse's response to Document Request 29 dated December 15, 2011. As shown on the time stamp on Page 1, the responses were received by my firm on December 20, 2011, a day after the December 19, 2011 hearing.

6.	Attached hereto as Exhibit E are true and correct copies of the LinkedIn profiles for Michael Lawler and Tomas Fiertek that I accessed at http://www.linkedin.com/pub/michael-lawler/10/247/b12 and http://se.linkedin.com/pub/tomas-f/2b/a14/44 and printed out on February 8, 2012.

7.	Attached hereto as Exhibit F is a true and correct copy of Chapterhouse's Privilege Log that was received by Games Workshop on February 7, 2012.

8.	Attached hereto as Exhibit G are true and correct copies of emails sent by Mr. Moskin on December 30, 2012 and January 3, 2012 to counsel for Chapterhouse.

9.	Attached hereto as Exhibit H are true and correct copies of letters sent by counsel for Games Workshop on January 24, 27, and 31 and February 3 and 7, along with responses sent by counsel for Chapterhouse.

2

4819-0847-7198.1

10. Attached hereto as Exhibit I are true and correct copies of correspondence sent by counsel for Games Workshop on February 8, along with a response sent by counsel for Chapterhouse.

11. Attached hereto as Exhibit J is a true and correct copy of Chapterhouse's second supplemental answers to Games Workshop's second set of interrogatories dated February 3, 2012.

12. Attached hereto as Exhibit K is a true and correct copy of an email sent by Mr. Moskin on October 20, 2011 to counsel for Chapterhouse.

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Signed this 9th day of February, 2012, in Chicago, Illinois.

By: _____
SCOTT R. KASPAR
One of the Attorneys for Plaintiff
GAMES WORKSHOP LIMITED

## **CERTIFICATE OF SERVICE**

       I, Scott R. Kaspar, an attorney, hereby certify that on February 9, 2012, I caused to be filed electronically the foregoing DECLARATION OF SCOTT KASPAR with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

                                        /s/ Scott R. Kaspar