# EXHIBIT K

**Kaspar, Scott R.**

| | |
|---|---|
| **From:** | Golinveaux, Jennifer A. [JGolinveaux@winston.com] |
| **Sent:** | Thursday, October 20, 2011 10:52 AM |
| **To:** | Moskin, Jonathan |
| **Cc:** | rspuhler@mhmlaw.com; Kaspar, Scott R. |
| **Subject:** | Re: Activity in Case 1:10-cv-08103 Games Workshop Limited v. Chapterhouse Studios LLC et al text entry |

Did you confirm Nov. 7 with the Court?

On Oct 20, 2011, at 8:29 AM, "Moskin, Jonathan" <JMoskin@foley.com> wrote:

>
> Following up on the status hearing, and your assurances that you would
> produce the independent creation documents from third parties early next
> week, please confirm when we will receive those.  Monday? Tuesday?  Also
> let us know if it's a large volume.  If need be we can do an FTP
> delivery.  We don't want to wait to receive a disk and don't need to put
> you to the expense of making one.
>
>
> I also stated during the conference that I thought it would be useful
> for us to discuss settlement before the conference.  I think we can do
> that later next week, after we have these documents.
>
> Also, we never confirmed how much time we would seek in extending the
> discovery deadline.  My suggestion is 45 days.  If need be we can
> request a further extension.  However, we don't want to drag this out
> indefinitely.
>
>
> Finally, let me know if you have any thoughts about exchanging the
> redacted versions of our letters to Magistrate Judge Gilbert.  I don't
> think there needs to be any great formality here and imagine we might
> just make a more or less mutual exchange sometime before the day is out
> tomorrow
>
> Jonathan
>
>
>
> -----Original Message-----
> From: Golinveaux, Jennifer A. [mailto:JGolinveaux@winston.com]
>
> Sent: Wednesday, October 19, 2011 6:20 PM
> To: Moskin, Jonathan
> Cc: rspuhler@mhmlaw.com; Kaspar, Scott R.
> Subject: Re: Activity in Case 1:10-cv-08103 Games Workshop Limited v.
> Chapterhouse Studios LLC et al text entry
>
>
> 11/7 works for Chapterhouse and we let the Court know.
>

1

> On Oct 19, 2011, at 3:17 PM, "Moskin, Jonathan"
> <JMoskin@foley.com<mailto:JMoskin@foley.com>> wrote:
>
> I haven't heard from you, but I am reasonably certain this date works
> for my client.  I don't expect Paulson will need to attend, but are you
> also avaialble?
>
> Jonathan
>
> _____
> From:
> usdc_ecf_ilnd@ilnd.uscourts.gov<mailto:usdc_ecf_ilnd@ilnd.uscourts.gov>
> [mailto:usdc_ecf_ilnd@ilnd.uscourts.gov]
> Sent: Tuesday, October 18, 2011 3:08 PM
> To: <mailto:ecfmail_ilnd@ilnd.uscourts.gov>
> ecfmail_ilnd@ilnd.uscourts.gov<mailto:ecfmail_ilnd@ilnd.uscourts.gov>
> Subject: Activity in Case 1:10-cv-08103 Games Workshop Limited v.
> Chapterhouse Studios LLC et al text entry
>
>
> This is an automatic e-mail message generated by the CM/ECF system.
> Please DO NOT RESPOND to this e-mail because the mail box is unattended.
> ***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United
> States policy permits attorneys of record and parties in a case
> (including pro se litigants) to receive one free electronic copy of all
> documents filed electronically, if receipt is required by law or
> directed by the filer. PACER access fees apply to all other users. To
> avoid later charges, download a copy of each document during this first
> viewing. However, if the referenced document is a transcript, the free
> copy and 30 page limit do not apply.
>
> United States District Court
>
> Northern District of Illinois - CM/ECF LIVE, Ver 4.2
>
> Notice of Electronic Filing
>
> The following transaction was entered on 10/18/2011 at 3:07 PM CDT and
> filed on 10/18/2011
> Case Name:       Games Workshop Limited v. Chapterhouse Studios LLC et al
> Case Number:
> 1:10-cv-08103<https://ecf.ilnd.uscourts.gov/cgi-bin/DktRpt.pl?250791>
> Filer:
> Document Number:
> 104<https://ecf.ilnd.uscourts.gov/doc1/067110032031?caseid=250791&de_seq
> _num=298&magic_num=60532709&pdf_toggle_possible=1>
>
>
> Docket Text:
> MINUTE entry before Honorable Jeffrey T. Gilbert: NOTICE to Plaintiff
> Games Workshop and Defendant Chapterhouse -- A settlement conference
> scheduled for 11/7/11 just canceled and the Court would prefer to
> reschedule the 11/4/11 discovery and settlement conference in this case
> for that date. The Court is available all day on 11/7/11. In addition,

2

```
> the Court is aware from the proceedings this morning that (1) Defendant
> Chapterhouse's principal has to change a previously scheduled vacation
> to be here on 11/4/11, (2) Plaintiff's counsel cannot travel until the
> morning of 11/4/11 and, if his flight is delayed, that could derail the
> planned conference, and (3) one of Plaintiff's preferred client
> representatives from overseas cannot be here on 11/4/11. Therefore,
> counsel shall confer immediately with each other and their clients and
> call the Court's judicial assistant, Patricia Hagenmaier, by the close
> of business on 10/19/11 with respect to whether they can be here on
> 11/7/11 instead of 11/4/11. The Court is available beginning at 9:00
> a.m. on 11/7/11. Mailed notice(ep, )
>

> 1:10-cv-08103 Notice has been electronically mailed to:
>

> Thomas James Kearney
> tkearney@winston.com<mailto:tkearney@winston.com>
>

> Ronald A DiCerbo
> avondermehden@mcandrews-ip.com<mailto:avondermehden@mcandrews-ip.com>,
> rdicerbo@mhmlaw.com<mailto:rdicerbo@mhmlaw.com>
>

> Scott Richard Kaspar     skaspar@foley.com<mailto:skaspar@foley.com>
>

> Jonathon Charles Raffensperger
> jraffensperger@winston.com<mailto:jraffensperger@winston.com>
>

> Catherine B. Diggins    ecf_ch@winston.com<mailto:ecf_ch@winston.com>,
> cdiggins@winston.com<mailto:cdiggins@winston.com>
>

> Ronald H. Spuhler     rspuhler@mhmlaw.com<mailto:rspuhler@mhmlaw.com>,
> hmack@mcandrews-ip.com<mailto:hmack@mcandrews-ip.com>
>

> Jennifer A. Golinveaux
> ecf_ch@winston.com<mailto:ecf_ch@winston.com>,
> aberg@winston.com<mailto:aberg@winston.com>,
> jgolinveaux@winston.com<mailto:jgolinveaux@winston.com>
>

> Eric Jonathan Mersmann
> emersmann@winston.com<mailto:emersmann@winston.com>
>

> Aaron J. Weinzierl    msteele@foley.com<mailto:msteele@foley.com>,
> aweinzierl@foley.com<mailto:aweinzierl@foley.com>
>

> Thomas James Campbell, Jr.
> tcampbell@mcandrews-ip.com<mailto:tcampbell@mcandrews-ip.com>
>

> Jonathan E. Moskin     jmoskin@foley.com<mailto:jmoskin@foley.com>
>

> John Caleb Donaldson    cchea@winston.com<mailto:cchea@winston.com>,
> jcdonaldson@winston.com<mailto:jcdonaldson@winston.com>
>

> 1:10-cv-08103 Notice has been delivered by other means to:
```

3

>

>

>

> The preceding email message may be confidential or protected by the
> attorney-client privilege. It is not intended for transmission to, or
> receipt by, any unauthorized persons. If you have received this message
> in error, please (i) do not read it, (ii) reply to the sender that you
> received the message in error, and (iii) erase or destroy the message.
> Legal advice contained in the preceding message is solely for the
> benefit of the Foley & Lardner LLP client(s) represented by the Firm in
> the particular matter that is the subject of this message, and may not
> be relied upon by any other party.
>

> Internal Revenue Service regulations require that certain types of
> written advice include a disclaimer. To the extent the preceding message
> contains advice relating to a Federal tax issue, unless expressly stated
> otherwise the advice is not intended or written to be used, and it
> cannot be used by the recipient or any other taxpayer, for the purpose
> of avoiding Federal tax penalties, and was not written to support the
> promotion or marketing of any transaction or matter discussed herein.
>

>

>

> The contents of this message may be privileged and confidential.
> Therefore, if this message has been received in error, please delete it
> without reading it. Your receipt of this message is not intended to
> waive any applicable privilege. Please do not disseminate this message
> without the permission of the author.
> **********************************************************************
> ******
> Any tax advice contained in this email was not intended to be used, and
> cannot be used, by you (or any other taxpayer) to avoid penalties under
> the Internal Revenue Code of 1986, as amended.

>

>

> The preceding email message may be confidential or protected by the attorney-client
privilege. It is not intended for transmission to, or receipt by, any unauthorized
persons.  If you have received this message in error, please (i) do not read it, (ii)
reply to the sender that you received the message in error, and (iii) erase or destroy the
message.  Legal advice contained in the preceding message is solely for the benefit of the
Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the
subject of this message, and may not be relied upon by any other party.

>

> Internal Revenue Service regulations require that certain types of written advice
include a disclaimer. To the extent the preceding message contains advice relating to a
Federal tax issue, unless expressly stated otherwise the advice is not intended or written
to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose
of avoiding Federal tax penalties, and was not written to support the promotion or
marketing of any transaction or matter discussed herein.
>

4

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
************************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.