```
          IN THE UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF ILLINOIS
                    EASTERN DIVISION


GAMES WORKSHOP LIMITED,         )
                                )
              Plaintiff,        )   Docket No. 10 C 8103
                                )
         vs.                    )
                                )
CHAPTERHOUSE STUDIOS, LLC,      )   Chicago, Illinois
et al.,                         )   November 21, 2011
                                )   10:00 a.m.
              Defendants.       )


              TRANSCRIPT OF PROCEEDINGS
         BEFORE THE HONORABLE MATTHEW F. KENNELLY

APPEARANCES:

For the Plaintiff:     FOLEY & LARDNER, LLP
                       BY:  MR. SCOTT R. KASPAR
                       321 North Clark Street, Suite 2800
                       Chicago, Illinois  60610

For the Defendant:     WINSTON & STRAWN, LLP
                       BY:  MR. ERIC J. MERSMANN
                       35 West Wacker Drive
                       Chicago, Illinois  60601








         LAURA M. BRENNAN - Official Court Reporter
           219 South Dearborn Street - Room 2102
                  Chicago, Illinois  60604
                       (312) 435-5785
```

```
 1         (The following proceedings were had in open court:)
 2         THE CLERK:  10 C 8103, Games Workshop v.
 3  Chapterhouse.
 4         THE COURT:  Okay, go ahead.
 5         MR. KASPAR:  Good morning, your Honor; Scott Kaspar
 6  for plaintiff Games Workshop.
 7         MR. MERSMANN:  Eric Mersmann for defendant
 8  Chapterhouse.
 9         THE COURT:  Okay.  So I looked over the report that
10  you gave me, and it looks like I'm going to be getting some
11  discovery motions.  And it looks, in terms of the schedule, if
12  I'm reading this right, it looks like it's the plaintiff's
13  position that the defendant hasn't yet complied with Rule 37.2
14  or whatever it is regarding the issues or the matters on which
15  the defendant is intending to file a motion to compel.
16         Am I reading that right?  Who's the plaintiff?
17         MR. KASPAR:  I am.
18         THE COURT:  That's you.  Am I reading that right?
19         MR. KASPAR:  Generally, your Honor.  We --
20         THE COURT:  I just need a yes or no at this point.
21         MR. KASPAR:  Yes.
22         THE COURT:  Okay, all right.  So what about that?
23         MR. MERSMANN:  Your Honor, the topics, the discovery
24  topics, on which we're at issue are clear.
25         THE COURT:  These kind of seem like the same things
```

1  that we were talking about --
2        MR. MERSMANN:  Exactly.
3        THE COURT:  -- before I shipped you off to Judge
4  Gilbert.
5        MR. MERSMANN:  Exactly, your Honor.
6        And we have sent letters.  We discussed this in
7  reports filed before Judge Gilbert.  We have now put them in
8  this report as well.
9        Plaintiff routinely will reply to us in a letter,
10 saying, well, I don't think that's an issue because it's
11 irrelevant to the case or you've already admitted this.
12       THE COURT:  Stop talking for a second.
13       Just go ahead and file your motion, and if there's a
14 37.2 objection, you will include that in your response and I
15 will deal with it, okay.
16       So the date that you guys -- that the defendant
17 proposed for filing motions on --
18       And I'm assuming you're each talking about filing a
19 motion to compel, right?
20       MR. MERSMANN:  Correct, your Honor.
21       THE COURT:  Not filing sort of cross-motions for
22 protective order or anything like that.  I mean, that would
23 get too confusing.
24       MR. KASPAR:  No.
25       THE COURT:  Okay.  So I'm okay with November the 28th

1  as being the date for people to do that.  Are you okay with
2  that?  That's the Monday after Thanksgiving.  If you wanted it
3  to be a couple of days later, I could live with that.  I will
4  leave it up to you.
5             What do you want?
6             MR. MERSMANN:  Your Honor, as long as there's --
7             We would prefer to have the argument on these prior
8  to the Christmas holiday.
9             THE COURT:  Yes, fine.
10             MR. MERSMANN:  Originally Judge Gilbert, the latest
11  he was able to do that --
12             THE COURT:  We can still do all that.
13             So why don't I give you until the --
14             Motions to compel on current discovery issues are to
15  be filed by November the 30th, and responses are to be filed
16  by December the 7th, so we keep the same one-week interval.
17             And let me look at December the 13th, which was the
18  date you were talking about, and see if I can -- yes, I can do
19  it.  Argument on those motions is set for 10:30 on December
20  the 13th.
21             MR. KASPAR:  Your Honor, is there any way we can move
22  from the 13th?
23             THE COURT:  To what?  I'm leaving town on the
24  afternoon of the 14th because I have to be in Washington on
25  the 15th and 16th.

1                    So what are you suggesting moving it to?
2              MR. KASPAR:  That week is bad for all of us.
3              THE COURT:  I could do it at 10:30 on the 14th if
4  you're talking about moving it to that date.  Suggest
5  something.
6              MR. KASPAR:  Is it possible to move it to the
7  following Monday?
8              THE COURT:  10:30 on the 19th?
9              MR. KASPAR:  Yes.
10             THE COURT:  Can you do that?
11             MR. MERSMANN:  Yes, your Honor.
12             THE COURT:  Fine.  So the argument is set for 10:30
13 on the 19th of December.
14             So the other dates --
15             First of all, I'm going to give, you know, an
16 extension on the date for amending the pleadings.  So the
17 longest date that is proposed in here is January the 6th, and
18 I'm okay with that.  But what people need to understand is
19 that --
20             You know, let's assume for purposes of discussion
21 that I'm going to rule on all your discovery motions on the
22 19th of December because that's my plan.  I don't know how
23 long it's going to take you all to produce whatever you end up
24 having to produce, if anything, following those rulings.  And
25 the interval between the 19th of December and the 6th of

1  January is less than three weeks.

2  And so if what the plaintiff had in mind by proposing
3  January the 6th was that, you know, you would get all of the
4  other documents in hand and then be able to figure out what
5  you needed to do to amend, if you think that's enough time,
6  I'm okay with it.  But I'm just sort of warning you right now
7  because the deal on this case is going to be -- because I do
8  have some memory of you since before I shipped you off to
9  Judge Gilbert.  I'm going to give you a schedule and it's
10  never going to move by as much as a day, with one exception.
11  The exception would be if one of the two nominees we have gets
12  confirmed and one of them is so lucky to get this case in the
13  random reassignment or that some other person not yet in the
14  pipeline gets confirmed.  But if it's Kennelly, the dates I
15  give you today, thems is going to be the dates.

16  All right.  So do you want something more than the
17  6th of January, with that in mind?  I mean, my suggestion
18  would be that I give you a month after we have the argument --

19  MR. KASPAR:  Okay.

20  THE COURT:  -- on both sides.  Both sides may need to
21  amend stuff.  You may need to amend affirmative defenses.  You
22  may have a counterclaim.  Who the heck knows?

23  All right.  So the deadline for amending the
24  pleadings and adding parties is extended to January the 19th.
25  The fact discovery cutoff date, the date both sides agree to,

1  is March the 15th, 2012.
2  Rule 26(a)(2) disclosures are due May 1 for the party
3  with the burden of proof, the party with the burden of proof.
4  Rebuttal 26(a)(2) disclosures are due June 15th.  Expert
5  discovery is to be completed by July 13th.  The deadline for
6  filing dispositive motions is August the 14th.
7  I'm going to pause a second before I get to the next
8  date because I want to refresh my memory as to what 26(a)(3)
9  is.
10  (Brief interruption.)
11  THE COURT:  Yes.  Rather than giving you a 26(a)(3)
12  date, what I'm going to give you is a date for the final
13  pretrial order, which essentially subsumes the stuff that's in
14  26(a)(3).  It's witnesses and documents and depositions and
15  things like that.  So let's say --
16  Well, you know, I'm just going to make it that same
17  date.  The final pretrial order is to be filed by the 19th of
18  October of 2012.  The final pretrial conference, I'm not going
19  it make it on the 16th of November because that's a Friday and
20  I don't do those on Fridays.  So give me just a second.  I
21  need to get November of next year in front of me.
22  The final pretrial conference will be held on the
23  20th of November at 3:30 in the afternoon, and the case is set
24  for trial on December the 3rd of 2012.
25  Just so we're all clear on this, I'm going to say

1   what I said before again.  Those are real live dates.  I'm not
2   going to set anything else for trial on the 3rd of December
3   unless and until I'm convinced your case isn't going because
4   you've settled it or because it's been disposed of by a motion
5   or otherwise.
6           So what you all need to be telling your respective
7   colleagues and your clients is that a month from two weeks
8   from now, they're going to be sitting here trying the case,
9   and it's not going to change unless -- I guess there would be
10  another -- unless if I got run over by a bus, okay.  That
11  would be the other possibility.  Me just breaking my thumb
12  won't do it.  It's not like what's his name, Cutler.  They
13  don't put me on injured reserve.
14          So I will see you on the 19th of December and I will
15  set you another status date then, okay.
16          MR. KASPAR:  Okay.
17          THE COURT:  All right, thanks.
18          MR. MERSMANN:  Thank you, your Honor.
19          MR. KASPAR:  Thank you, your Honor.
20          (Which were all the proceedings had in the
21  above-entitled cause on the day and date aforesaid.)
22
23
24
25

C E R T I F I C A T E

I hereby certify that the foregoing is a true and correct transcript of the above-entitled matter.

*/s/ Laura M. Brennan*					December 5, 2011

_____			_____
Laura M. Brennan
Official Court Reporter					Date
Northern District of Illinois