# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 8103 | **DATE** | 2/23/2012 |
| **CASE TITLE** | Games Workshop vs. Chapterhouse | | |

**DOCKET ENTRY TEXT**

Plaintiff's motions to seal are granted (160 & 175). Plaintiff's motion to compel and for sanctions was previously ruled upon and is terminated (158). Hearing held on defendant's cross-motion to compel. Motion is granted in part and denied in part as stated in open court. Status hearing set for 3/15/12 is vacated and reset to 4/4/12 at 9:00 AM., with parties by telephone.

■[ For further details see text below.]  Docketing to mail notices.

00:25

## STATEMENT

Plaintiff's motions to seal are granted (160 & 175). Plaintiff's motion to compel and for sanctions was previously ruled upon and is terminated (158). Hearing held on defendant's cross-motion to compel. Motion is granted in part and denied in part as stated in open court. Defendant is to respond to requests 17 and 18 by 3/2/2012. Both sides are to serve sworn verifications of completeness of responses to written discovery by 3/2/2012. Plaintiff is permitted to conduct a preliminary Rule 30(b)(6) deposition on record-custodian issues, and may conduct this by telephone, prior to conducting the remainder of its Rule 30(b)(6) deposition. Status hearing set to

1.

| | Courtroom Deputy Initials: | OR |
|---|---|---|