IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:10-cv-08103 |
| v. | ) |
| | ) |
| CHAPTERHOUSE STUDIOS LLC and JON | ) |
| PAULSON d/b/a PAULSON GAMES, | ) |
| | ) Judge Matthew F. Kennelly |
| Defendants. | ) |
| | ) |

**DEFENDANT CHAPTERHOUSE STUDIOS LLC'S
CERTIFICATION RE DOCUMENT PRODUCTION**

Pursuant to this Court's order at the February 23, 2012 hearing on Chapterhouse's cross-motion to compel discovery, Chapterhouse submits the following certification to the Court:

Following the Court's February 23, 2012 order, Chapterhouse undertook significant investigations and efforts to review its production to ensure its completeness.

On January 19, 2012, Plaintiff filed a Second Amended Complaint in this action, alleging infringement of approximately two dozen new works. In order to produce documents responsive to the newly alleged products, and in connection with its ongoing duty to supplement disclosures and discovery responses pursuant to Federal Rule of Civil Procedure 26(e), Chapterhouse recently supplemented its production of email and other documents. Weeks before the February 23, 2012 hearing, Chapterhouse initiated this supplemental collection and production, which involved the re-review of several thousand previously-reviewed emails in addition to the review of more than a thousand new emails generated during the course of this litigation. Chapterhouse sent its supplemental production to Plaintiff by mail on February 28, 2012. Redacted copies of

privileged documents were produced by mail today. Chapterhouse is also supplementing its production with responsive "instant message" communications as part of today's production.

In addition, pursuant to this Court's order on February 14, 2012 (Docket No. 168), Chapterhouse is to produce documents from Tomas Fiertek who resides in Sweden. Chapterhouse has collected documents from Mr. Fiertek and is in the process of reviewing them for production. Mr. Fiertek's documents fall into two general categories: (1) emails; and (2) design documents and photographs. Since Chapterhouse has already reviewed and produced its responsive email communications with Mr. Fiertek, it is reviewing potentially responsive emails Mr. Fiertek had with anyone other than Chapterhouse for production, as well as his design documents and photographs, including photographs Mr. Fiertek maintained on a third party service "Photobucket." Chapterhouse is producing responsive documents contained in Mr. Fiertek's Photobucket account today. Counsel for Chapterhouse has been working diligently to complete the rest of this review and additional responsive documents will be produced by March 6, 2012. Documents were also produced from designers Wyatt Traina on February 10, 2012 and Jeffrey Nagy on February 17, 2012.[1]

Upon Plaintiff's receipt of Chapterhouse's February 28 and March 2 and 6, 2012 supplemental productions, under a fair reading of the requests for production as to which Chapterhouse has agreed to produce documents or been ordered to produce documents, and to the best of Chapterhouse's knowledge and reasonable capability, Chapterhouse hereby certifies that its production is complete. Chapterhouse is aware of its continuing discovery obligations and to the extent Chapterhouse discovers additional responsive documents, it will promptly produce any such documents.

---

[1] Third party designers Michael Lawler and Michio Okamura have also produced documents in response to subpoenas from Plaintiff.

Chapterhouse also notes that Plaintiff has recently propounded new discovery including a Third Set of Requests for Admission propounded February 6, 2012 (due March 7, 2012); a Sixth Set of Requests for Production served February 13, 2012 (due March 14, 2012); and an untimely Request for Inspection of Chapterhouse's Premises served February 27, 2012. Responses and objections to this new discovery are not yet due and have not yet been served.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 2, 2012

Respectfully submitted,

CHAPTERHOUSE STUDIOS LLC

By:    /s/ Jennifer A. Golinveaux
Jennifer Golinveaux (CA Bar No. 203056)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Phone: (415) 591-1000
Fax: (415) 591-1400
jgolinveaux@winston.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 2, 2012, I electronically filed the foregoing

**DEFENDANT CHAPTERHOUSE STUDIOS LLC'S CERTIFICATION
RE DOCUMENT PRODUCTION**

with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D), pursuant to Local Rule 5.9:

Scott R. Kaspar
Aaron J. Weinzierl
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312.832.4500
Facsimile: 312.832.4700
Email: skaspar@foley.com
aweinzierl@foley.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
Email: jmoskin@foley.com

Date: March 2, 2012

Kathleen Lu

SF:329301.1