**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br>Defendants. | Civil Action No. 1:10-cv-08103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

**CERTIFICATION**

Pursuant to the Court's instructions entered at the February 23, 2012 hearing, as Plaintiff Games Workshop Ltd. understands Defendant Chapterhouse Studios LLC's Requests for Production, Sets 1-6, to which it has responded and agreed to produce documents, Games Workshop hereby certifies, to the best of its knowledge and information, that it is not aware of any additional relevant documents that it has not produced responsive to said requests. Games Workshop is aware of its continuing discovery obligations (including a duty to respond to additional discovery requests recently served by Defendant) and to the extent Games Workshop discovers additional responsive documents, it will promptly produce any such documents.

4834-0113-6142.1

Dated: March 2, 2012  Respectfully submitted,


By:  /s/  Jonathan E. Moskin

Scott R. Kaspar (Ill. Bar No. 6284921)
Aaron J. Weinzierl (Ill. Bar No. 6294055)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654
Telephone: (312) 832-4500
Facsimile:  (312) 832-4700
Email:  skaspar@foley.com;
aweinzierl@foley.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Telephone:  (212) 682-7474
Facsimile:  (212) 687-3229
Email:  jmoskin@foley.com

*Attorneys for Plaintiff Games Workshop Limited*

4834-0113-6142.1

3

**CERTIFICATE OF SERVICE**

      I, Scott R. Kaspar, an attorney, hereby certify that on March 2, 2012, I caused to be filed electronically the foregoing CERTIFICATION with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

                                                   /s/ Scott R. Kaspar