# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 8103 | **DATE** | 3/6/2012 |
| **CASE TITLE** | Games Workshop vs. Chapterhouse | | |

**DOCKET ENTRY TEXT**

Motion hearing held on plaintiff's request for status conference (182). Request is granted. Status conference held. Motion for leave to file exhibits under seal is granted (184). Plaintiff is to answer interrogatory 18 by 3/9/12 and interrogatory 22 by 3/13/12 and may not rely on Rule 33(d). Plaintiff's verification of compliance is sufficient as supplemented by Mr. Moskin in open court. Plaintiff may depose Mr. Fiertek by telephone or video hookup if it wishes, but if it wants to depose Mr. Fiertek here, it must pay his travel expenses and, in that event, may take the deposition at a convenient US location of plaintiff's choosing.

■[ For further details see text below.]

Docketing to mail notices.

01:00

## STATEMENT

Defendant must make a good faith request for relevant documents in the hands of its allegedly independent designers. Defendant is directed to conduct a search of all of Mr. Fiertek's e-mails for producible documents, not a search of a subset that does not include e-mails with defendant. Issues regarding completeness of defendant's document production are tabled pending plaintiff's receipt of documents that will be delivered to plaintiff's counsel by 3/7/12. Parties are to confer in good faith regarding the possibility of a brief continuance of the depositions of defendant's representatives in light of recent production of documents by defendant.

| | Courtroom Deputy Initials: | OR |
|---|---|---|