**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                                             Case Number: 1:10-cv-8103

GAMES WORKSHOP LIMITED,
v.
CHAPTERHOUSE STUDIOS LLC and
JON PAULSON d/b/a PAULSON GAMES

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

GAMES WORKSHOP LIMITED

| |
|---|
| NAME (Type or print) <br> Jason J. Keener |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Jason J. Keener |
| FIRM <br> Foley & Lardner LLP |
| STREET ADDRESS <br> 321 N. Clark St., Suite 2800 |
| CITY/STATE/ZIP <br> Chicago, Illinois 60654 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6280337 | TELEPHONE NUMBER <br> 312-832-4500 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☑ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐