**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>                                   Plaintiff,<br><br>         v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br>                                 Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

**MOTION TO WITHDRAW AS COUNSEL OF RECORD**

      Pursuant to Local Rule 83.17, Plaintiff Games Workshop Limited ("Games Workshop") respectfully requests that this Court enter an order allowing Scott R. Kaspar to withdraw as counsel of record for Games Workshop. In support of its motion, Games Workshop states as follows:

      1.     Jonathan Moskin and Scott Kaspar of Foley & Lardner LLP, have been counsel of record for Games Workshop in this matter.

      2.     On March 14, 2012, Jason Keener of Foley & Lardner LLP entered an appearance in this matter on behalf of Games Workshop.

      3.     Mr. Kaspar seeks to withdraw his appearance as counsel for Games Workshop in the present case on the basis that he will no longer be associated with the law firm of Foley & Lardner LLP.

      4.     Messrs. Moskin and Keener will continue to represent Games Workshop in this matter. Moreover, pursuant to the Court's February 14, 2012 order (Dkt. 168), Mr. Moskin, as

1

lead counsel, will be attending all future status and motion hearings. Accordingly, allowing Mr. Kaspar to withdraw at this time will have no effect on the Court's schedule in this case.

Accordingly, for the reasons stated above, Games Workshop respectfully requests that this Court enter an order allowing Scott R. Kaspar to withdraw as counsel of record.

Dated: March 15, 2012

Respectfully submitted,

/s/  Scott R. Kaspar

Jason J. Keener (Ill. Bar No. 6280337)
Scott R. Kaspar (Ill. Bar No. 6284921)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312.832.4500
Facsimile: 312.832.4700
Email: skaspar@foley.com;
aweinzierl@foley.com

Jonathan E. Moskin (*pro hac vice*)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
Email: jmoskin@foley.com

*Attorneys for Plaintiff*
*Games Workshop Limited*

**CERTIFICATE OF SERVICE**

I, Scott R. Kaspar, an attorney, hereby certify that on March 15, 2012, I caused to be filed electronically the foregoing MOTION TO WITHDRAW AS COUNSEL OF RECORD with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

    /s/ Scott R. Kaspar