**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>                                  Plaintiff,<br><br>       v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br>                                 Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

## NOTICE OF MOTION

**TO ALL COUNSEL OF RECORD:**

      PLEASE TAKE NOTICE that on the 27th of March 2012 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Matthew F. Kennelly, or any judge sitting in his stead, in Courtroom 2103 or the courtroom usually occupied by him in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there shall present MOTION TO WITHDRAW AS COUNSEL OF RECORD. Copies of the motion and supporting documents have been served upon you.

Dated: March 15, 2012                    Respectfully submitted,

/s/ Scott R. Kaspar

Jason J. Keener (Ill. Bar No. 6280337)
Scott R. Kaspar (Ill. Bar No. 6284921)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312.832.4500
Facsimile: 312.832.4700
Email: skaspar@foley.com;
aweinzierl@foley.com

Jonathan E. Moskin (*pro hac vice*)
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
Email: jmoskin@foley.com

*Attorneys for Plaintiff*
*Games Workshop Limited*

4810-9588-4558.1

## **CERTIFICATE OF SERVICE**

        I, Scott R. Kaspar, an attorney, hereby certify that on March 15, 2012, I caused to be filed electronically the foregoing NOTICE OF MOTION with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

        /s/ Scott R. Kaspar