**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | Case No. 1:10-cv-08103 |
| v.   ) | |
| ) | |
| CHAPTERHOUSE STUDIOS LLC and JON   ) | |
| PAULSON d/b/a PAULSON GAMES,   ) | |
| ) | Judge Matthew F. Kennelly |
| Defendants.   ) | |

## MOTION TO WITHDRAW SHANE WITNOV AS COUNSEL FOR DEFENDANT CHAPTERHOUSE STUDIOS LLC

Defendant Chapterhouse Studios LLC hereby moves this Court to withdraw the appearance of Shane Witnov as its counsel on the basis that he is no longer associated with the law firm of Winston & Strawn LLP.  Winston & Strawn LLP will continue to represent Chapterhouse Studios in this matter.

Dated: March 19, 2012

Respectfully submitted,

CHAPTERHOUSE STUDIOS LLC

By:   /s/ Thomas J. Kearney
Jennifer Golinveaux (CA Bar No. 203056)
Dean A. Morehous (CA Bar No. 111841)
K. Joon Oh (CA Bar No. 246142)
Thomas J. Kearney (CA Bar No. 267087)
    WINSTON & STRAWN LLP
    101 California Street
    San Francisco, CA  94111-5802
    Phone: (415) 591-1000
    Fax: (415) 591-1400
    jgolinveaux@winston.com
    dmorehous@winston.com
    koh@winston.com
    tkearney@winston.com

2

        Eric Mersmann (IL Bar No. 6286859)
Jonathon Raffensperger (IL Bar No. 6302802)
          WINSTON & STRAWN LLP
          35 West Wacker Drive
          Chicago, IL 60601-1695
          Phone: (312) 558-5600
          Fax: (312) 558-5700
          emersmann@winston.com
          jraffensperger@winston.com

*Attorneys for defendant Chapterhouse Studios LLC*

SF:330253.2