**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:10-cv-08103 ) ) |
| CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES, | ) ) ) |
| Defendants. | ) Judge Matthew F. Kennelly ) |

**NOTICE OF MOTION TO WITHDRAW SHANE WITNOV AS COUNSEL FOR DEFENDANT CHAPTERHOUSE STUDIOS LLC**

PLEASE TAKE NOTICE that on March 22, 2012 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Hon. Matthew F. Kennelly, Courtroom 2103, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present Defendant Chapterhouse Studios LLC's MOTION TO WITHDRAW SHANE WITNOV AS COUNSEL FOR DEFENDANT CHAPTERHOUSE STUDIOS LLC, copies of which have been served upon you.

Dated: March 19, 2012

Respectfully submitted,

CHAPTERHOUSE STUDIOS LLC

By:  /s/ Thomas J. Kearney
Jennifer Golinveaux (CA Bar No. 203056)
Dean A. Morehous (CA Bar No. 111841)
K. Joon Oh (CA Bar No. 246142)
Thomas J. Kearney (CA Bar No. 267087)
    WINSTON & STRAWN LLP
    101 California Street
    San Francisco, CA  94111-5802
    Phone: (415) 591-1000
    Fax: (415) 591-1400
    jgolinveaux@winston.com
    dmorehous@winston.com

2

koh@winston.com
tkearney@winston.com

Eric Mersmann (IL Bar No. 6286859)
Jonathon Raffensperger (IL Bar No. 6302802)
    WINSTON & STRAWN LLP
    35 West Wacker Drive
    Chicago, IL 60601-1695
    Phone: (312) 558-5600
    Fax: (312) 558-5700
    emersmann@winston.com
    jraffensperger@winston.com

*Attorneys for defendant Chapterhouse Studios LLC*

SF:330254.1