# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 8103 | **DATE** | 3/21/2012 |
| **CASE TITLE** | Games Workshop vs. Chapterhouse Studios | | |

**DOCKET ENTRY TEXT**

Defendant's motion to withdraw Shane Witnov as counsel is granted. The motion hearing date of 3/22/12 is vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DS |
|---|---|---|