# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 8103 | **DATE** | 3/23/2012 |
| **CASE TITLE** | Games Workshop vs. Chapterhouse Studios | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to withdraw the appearance of Scott Kaspar as counsel of record is granted. The motion hearing date of 3/27/12 is vacated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | DS |
|---|---|---|