# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Games Workshop Limited

                                   Plaintiff,

v.                                                        Case No.: 1:10−cv−08103
                                                         Honorable Matthew F. Kennelly

Chapterhouse Studios LLC

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 10, 2012:

      MINUTE entry before Honorable Matthew F. Kennelly:Status hearing set for Monday, April 16, 2012 will take place with attorneys by telephone. Parties are to initiate the call to chambers, 312/435−5618. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.