## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Games Workshop Limited

                  Plaintiff,

v.                                   Case No.: 1:10–cv–08103

                                   Honorable Matthew F. Kennelly

Chapterhouse Studios LLC

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 16, 2012:

      MINUTE entry before Honorable Matthew F. Kennelly:Status hearing held with attorneys for both sides by telephone. Telephone status hearing, to be initiated by the parties, is set for 5/17/2012 at 08:30 AM.(or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.