# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Games Workshop Limited
                                        Plaintiff,

v.                                                                       Case No.: 1:10–cv–08103
                                                                      Honorable Matthew F. Kennelly

Chapterhouse Studios LLC
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 18, 2012:

      MINUTE entry before Honorable Matthew F. Kennelly:Status hearing held with attorneys by telephone. Telephone status hearing continued to 7/23/2012 at 08:45 AM., for the purpose of discussing the possibility of settlement. Plaintiff is to make a settlement proposal 7/2/2012, and defendant is to respond by 7/16/2012. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.