# Exhibit 6

EXHIBIT A to Games Workshop Ltd.'s Answer to Interrogatory No. 1

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| 1 | Eagle Thunder Hammer for Space Marine (12)<br><br>This is a hammer sculpted with a Eagle or Feather theme in mind. It can be used as a power weapon or a thunder hammer. It is well suited as a Imperial Thunder Hammer for 40k or even used in Imperial Fantasy Armies. Customers have also used this for high elf and empire fantasy armies. It is a pewter bit. | Games Workshop sells Thunder Hammers available on its website.<br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1400033&rootCatGameSt yle=<br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060025&rootCatGameSt yle=<br><br>Miniatures designed by Jes Goodwin, Martin Footit and Dave Thomas.<br>The Thunder Hammer is a power weapon used by Space Marines. A power weapon is a close combat weapon such as a hammer or sword with a power generator built into it to produce an additional combat effect.<br><br>p10, Warhammer 40,000 Compilation, 1991<br>p101, Codex Space Marines 2008<br>p45, Index Astartes IV 2004<br><br>40K is the generally accepted abbreviation for Warhammer 40,000. It is registered as a CTM in classes 9, 16 and 28, and in the US in class 28.<br><br>Space Marines use eagles as part of their iconography.<br><br>Space Marine Collector's Guide 2003, page 14<br><br>High Elf and Empire are both Warhammer fantasy armies. |
| 2 | Shoulder Pad w/ Shield & Studs for Space Marine – Tactical (3)<br><br>This is a studded shoulder pad a shield on the side. This is similiar to the Heresy era shoulder pads that early space marines used. This shoulder pad works well with any loyalist or chaos Space Marine® armies, works especially well with black templars. This is a pewter model that fits on tactical Space Marine® models as well as other sci-fi models. | The Heresy era is a period of history in Warhammer 40,000 called the Horus Heresy. It is also a type of Space Marine armour – Mk V Heresy armour.<br><br>Forge World sell Mark V Heresy Space Marines available on its website http://www.forgeworld.co.uk/Warhammer-40000/Space_Marines/Space_Marine-Infantry-Accessories/MK-V-HERESY-ARMOUR.html<br><br>Models designed by Will Hayes and Phil Stutcinskas,<br>Chaos Space Marines are a Warhammer 40,000 army.<br><br>The Black Templars are a Space Marine Chapter. Their Chapter colours are black |

4816-2515-6366.2

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | and white. The Chapter's icon is a black cross with a skull at its centre. |
| | | Index Astartes II 2003, page 45 (NH663 / NH672 / Neil Hodgson / 2000) |
| | | Warhammer 40,000 Space Marine Land Speeder 1998, page 5 (NH002 / Neil Hodgson / 1998) |
| | | p20 Codex Space Marines 2008 |
| | | Cover art, Codex Black Templars 2005 This shows a Space Marine shoulder pad with a shield chained across it. |
| | | Tactical refers to a type of Space Marine squad. |
| 3 | Skull or Chaplain Head Bit for Space Marines (23) | Chaplains are a rank within the Space Marines army. Their iconography heavily features skulls. |
| | This is a unique sculpt of a skull power armor head for 28 mm scale. Tired of the same old chaplain Space Marine® head, we decided to do our own. Scaled for use with GW power armor figures. | Miniature designed by Juan Diaz Ramos |
| | | This is just one example of a Space Marine Chaplain with skull helmet available on the Games Workshop website: http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1050244&rootCatGameStyle= |
| | | p6 Codex Space Marines 2004 p58 Codex Space Marines 2008 |
| | | Power armour refers to the type of armour Space Marines use. |
| 4 | Shoulder Pads for Blood Eagle – Tactical (2) | The Blood Ravens are a Space Marine Chapter for the Dawn of War computer game (produced under licence by THQ) - http://www.dawnofwargame.com/us/game/index/gameId/1 |
| | This is a shoulder pad with a Eagle or Blood raven on the face, the wings of the bird are surrounding an inverted blood drop or gem. This shoulder pad works well with Blood Raven or Blood Angel themed armies. This is the standard size Space Marine® Tactical Marine shoulder pad cast in pewter. | The Art of Warhammer 40,000 2006, page 71 (NH Blood Raven / Neil Hodgson / 2005) |
| | | The Blood Raven's icon is a raven with outstretched wings (like the Aquila, double headed eagle) with a blood drop centred on its torso. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | Forge World sell a Blood Raven decal/transfer sheet on its website: http://www.forgeworld.co.uk/Warhammer-40000/BLOOD-RAVENS-TRANSFER-SHEET.html |
| | | Decals are used to decorate Space Marines, including shoulder pads. |
| | | (Blood Raven Transfer / Paul Rudge / 2010) The Blood Angels are a Space Marine Chapter. Their iconography includes blood drops. |
| | | (NH Angels Graph Paper/ Neil Hodgson / 2001) (WE322 Blood Angels Icon / Wayne England / 1995) |
| | | Index Astartes II 2002, page 31 |
| 5 | Shoulder Pads for Blood Eagle – Terminator (2) | Blood Ravens – see product 4 |
| | This is a shoulder pad with a Eagle or Blood raven on the face, the wings of the bird are surrounding an inverted blood drop or gem. This shoulder pad works well with Blood Raven or Blood Angel themed armies. This is the standard size Space Marine® Terminator shoulder pad cast in pewter. | Terminator refers to a type of Space Marine armour. Games Workshop sells Space Marines in Terminator armour: http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060028 |
| | | Miniatures designed by Jes Goodwin, Martin Footit and Dave Thomas. |
| 6 | Celestial Lions Left Arm Shoulder Pad Bit - Tactical (2) | The Celestial Lions is a Space Marine Chapter. |
| | This is a Lion Shoulder pad for the left arm, can be used for Celestial Lions or Lions Rampant. This is the standard size Space Marine tactical shoulder pad cast in pewter. | White Dwarf magazine issue 249, page 33 (NH672c celestial lions/ Neil Hodgson / 2000) |
| | | The Celestial Lions Chapter symbol is the head of a Lion on a blue or black background. |
| | | The Lions Rampant is a fan created Space Marine Chapter. |
| | | Tactical – see product 56 |
| | | This product is designed to be used with other Games Workshop Products and to fit within the Warhammer 40,000 Universe. It is of a size and scale to fit with Games |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | Workshop products. The product description uses Games Workshop terms: Celestial Lions & Tactical. |
| 7 | Celestial Lions Right Arm Shoulder Pad Bit - Tactical (2)<br><br>This is a Lion Shoulder pad for the Right arm, can be used for Celestial Lions or Lions Rampant. This is the standard size Space Marine® tactical shoulder pad cast in pewter. | Celestial Lions/Lions Rampant – See product 6<br><br>Tactical – see product 56<br><br>This product is designed to be used with other Games Workshop Products and to fit within the Warhammer 40,000 Universe. It is of a size and scale to fit with Games Workshop products. The product description uses Games Workshop marks: Celestial Lions & Tactical. |
| 8 | Shoulder Pads for Deathwatch or Dark Angels - Tactical (2)<br><br>This is shoulder pad is sculpted with a number of gothic style icons on the face of the shoulder pad. It would look good in any deathwatch, inquisition or dark angels themed army. This is the standard size space marine® tactical shoulder pad cast in pewter. | The product implicates trademark issues only, not copyright. |
| 9 | Shoulder Pads for Deathwatch or Dark Angels - Terminator (2)<br><br>This is shoulder pad is sculpted with a number of gothic style icons on the face of the shoulder pad. It would look good in any deathwatch, inquisition or dark angels themed army. This is the standard size space marine®terminator shoulder. | The product includes 3 arches: middle arch contains a Long Sword; right arch contains an angel wing - these are Dark Angel icons. The left arch may contain a storm bolter (a type of Space Marine gun).<br><br>The Dark Angels Chapter colours are bone white and green. Their iconography includes images of angel wings, broadswords and figures in hooded cassocks. Triptychs (three panelled artwork) also form a part of their iconography.<br><br>(DG1019_DA_OC / Dave Gallagher / 2006)<br>Triptychs are shown on the central character's belt and also the gun being fired at the bottom of the artwork.<br><br>Death Watch and Inquisition – see product 8 |
| 10 | Power Armour Pad for Exorcist (2)<br><br>This power armor sized shoulder pad has a demon skull sculpted on the front as well as a raised rim with the word "perdition" etched into it. Styled after the Exorcist Space Marine® chapter. Looks good as a pad for Librarians as well. | Games Workshop's Space Marine Chapter is called Exorcists in the plural. Their icon is a skull with horns curving downwards.<br><br>White Dwarf magazine issue 249, page 33<br>(NH672c Exorcist/ Neil Hodgson / 2000)<br><br>Librarian is a rank in the Space Marine army. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| 11 | **Terminator pad for Exorcist Space Marine (2)**<br><br>This terminator sized shoulder pad has a demon skull sculpted on a pentagram as well as a raised rim with the word "perdition" etched into it. Styled after the Exorcist space marine® chapter. Looks good as a pad for Librarians as well. | Exorcists & Librarians - see product 10 |
| 12 | **Sawblade Shoulder Pad & Jewel (1)**<br><br>This is a shoulder pad that fits is about the same size a GW shoulder pad. It has a sawblade on it and we also include a seperate jewel drop. This looks great as an evil sun or if you use the jewel drop, looks spectacular for "Fleshtearer" Space Marine® shoulder pads. Supplied in pewter. | The Flesh Tearers are a Space Marine Chapter. Their icon is a circular saw blade with a blood drop in the centre. The Chapter's colours are black and red.<br><br>Index Astartes II, page 49<br>(NH672c Flesh Tearers/ Neil Hodgson / 2000)<br><br>Games Workshop sells Flesh Tearers shoulder pads - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod550012a&rootCatGameStyle=<br><br>The Orks are a Warhammer 40,000 race. Evil Sun(z) is an Ork clan. Their icon is a circle with 'sun rays' extending outwards.<br><br>Codex Orks 1994, page 36<br>(WE258C Ork Evil Sunz Icon/ Wayne England / 1994) |
| 13 | **Terminator Shoulder Pad for Flesh Tearers (2)**<br><br>This is a shoulder pad that fits is about the same size a GW terminator shoulder pad. It has a stone sawblade on it adorned with a jeweled drop and 2 smaller drops in the corner. This pad looks spectacular on "Fleshtearer" Space Marines®. | Flesh Tearers - see product 12<br><br>Terminator – see product 5 |
| 14 | **Howling Griffon Shoulder Pads for Space Marines (2)**<br><br>If you are searching for Howling Griffon shoulder pads, you have come to the right website. These work perfectly for Howling Griffons space marines or any other chapters that use Griffons as their chapter symbol. This fits standard space marine® armored shoulders and should fit in with any standard space marine® model shoulder pads. | The Howling Griffons are a Space Marine Chapter. Their icon is a griffon and their Chapter colours are red and yellow.<br><br>The Art of Warhammer 40,000 2006, page 71<br>(NH Howling Griffon / Neil Hodgson / 2005) |

4816-2516-6366.2

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | This is a single shoulder pad – quality cast in pewter. | |
| 15 | Shoulder Pads for Imperial Fist – Tactical Marines (2) | The product implicates trademark issues only, not copyright. |
| | This is a shoulder pad with mailed fist on it, the fist has a wreath of flame or leaves along the top. This shoulder pad works well with any loyalist or Imperial Fist (Crimson Fist) or second founding space marine® chapter. This shoulder pad would look especially good on Imperial Fist Space Marines®. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models. | |
| 16 | Shoulder Pad for Imperial Fist – Terminator Marine (2) | The product implicates trademark issues only, not copyright. |
| | This is a shoulder pad with mailed fist on it, the fist has a wreath of flame or leaves along the top. This shoulder pad works well with any loyalist or Imperial Fist (Crimson Fist) or second founding space marine® chapter. This shoulder pad would look especially good on Imperial Fist Space Marines®. This is a pewter model that fits on terminator space marine® models as well as other sci-fi models. | |
| 17 | Shoulder Pads for Serpent or Iron Snakes - Tactical (2) | The Iron Snakes are a Space Marine Chapter used in the Games Workshop Black Library novels. http://www.blacklibrary.com/ |
| | This is a Serpent or snake in a Greek style, the edges of the pads have chains on them. This is the standard size space marine® tactical shoulder pad cast in pewter. This shoulder pad fits well with any greek, serpent or iron snakes themed army. | The Art of Warhammer 40,000 2006, page 70<br><br>(NH Iron Snakes / Neil Hodgson / 2005)<br><br>(CL Bro of Snake / Clint Langley / Black Library / 2007)<br><br>The Iron Snakes icon is a snake facing left with its mouth open and its body arched. |
| 18 | Shoulder Pads for Serpent or Iron Snakes - Terminator (2) | Iron Snakes – see product 17<br><br>Terminator – see product 5 |
| | This is a Serpent or snake in a Greek style, the edges of the pads have chains on them. This is the standard size space marine® terminator shoulder pad cast in pewter. This shoulder pad fits well with any greek, | |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | serpent or iron snakes themed army. This pad is meant for the right arm. | |
| | There are two variants of this pad that ship out, on with a scroll and another with a tooth (not available for individual order). | |
| 19 | Shoulder Pad w/ Studs and Skull for Space Marine - Tactical (2) | The shoulder pad shown is based on Mk V Heresy armour – see product 2 |
| | This is a shoulder pad with a skull on it, the rest f the shoulder pad has armored studs. This shoulder pad works well with any loyalist or chaos space marine® army. Would work great for legion of the damned marines. This could also be a chapter icon for the left shoulder. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models. | Loyalist – see product 15 |
| | | Chaos Space Marine – see product 2 |
| | | The Legion of the Damned is a Space Marine Chapter. |
| | | How to paint Space Marines 2004, page 85 (NH Legion of the Damned/ Neil Hodgson / 2005) |
| | | Their armour colour is black. They use the skull emblem on their shoulderpads. |
| | | Games Workshop sells Legion of the Damned models on its website - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod380007a&rootCatGameSt yle= |
| | | Tactical – see product 56 |
| | | Miniatures designed by Juan Diaz Ramos. |
| 20 | Shoulder Pad w/ Skull and Flames for Space Marines - Tactical (2) | Space Marines show their Chapter icon on their left shoulder. |
| | This is a shoulder pad with Skull on it, the skull has flames coming out of the top. This shoulder pad works well with any loyalist or chaos space marine® army. This shoulder pad would look especially good on legion of the damned armies. This could also be a chapter icon for the left shoulder. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models. | Warhammer 40,000 Chaos Space Marines 2007, page 21 (NH CH _Sanct / Neil Hodgson / 2007) |
| | | The Sanctified is a Chaos Space Marine Legion. It has a flaming skull as its icon. |
| | | Loyalist – see product 15 |
| | | Chaos Space Marine – see product 2 |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|-----|---------------------------------------------|----------------------|
|     |                                             | Legion of the Damned - see product 19 |
| 21  | Shoulder Pad Star Fox / Luna Wolves Tactical (2) | Tactical – see product 56<br>There are no IP issues with this product other than the shape/design of the underlying shoulder pad. |
| 22  | Shoulder Pad Star Fox / Luna Wolves Terminator (2) | There are no IP issues with this product other than the shape/design of the underlying shoulder pad. |
| 23  | Shoulder Pads for Chalice or Soul Drinker - Tactical (2)<br><br>This is a shoulder pad with a grail or chalice sculpet on the face, the upper ridge has a raised face with details sculpted along the edge. This shoulder pad works well with Soul Drinker themed armies. This is the standard size space marine® tactical shoulder pad cast in pewter. | The Soul Drinkers are a Space Marine Chapter used in the Games Workshop Black Library novels. http://www.blacklibrary.com.<br><br>Soul Drinkers 2002, front cover<br>(PAS030C Soul Drinker/ Adrian Smith / Black Library / 2002)<br><br>The Soul Drinkers Chapter colour is purple and their icon is a gold chalice with spikes rising up from the bowl of the cup. |
| 24  | Shoulder Pads for Chalice or Soul Drinker - Terminator (2)<br><br>This is a shoulder pad with a grail or chalice sculpet on the face, the upper ridge has a raised face with details sculpted along the edge. This shoulder pad works well with Soul Drinker themed armies. This is the standard size space marine® terminator shoulder pad cast in pewter. | Tactical – see product 56<br>Soul Drinkers – see product 23<br><br>Terminator – see product 5 |
| 25  | Dragon or Salamander Icon Shoulder Pad Bit - Tactical  (2)<br><br>This is a Dragon or Salamander flat icon on a scaled background. This is the standard size space marine® tactical shoulder pad cast in pewter. | The product implicates trademark issues only, not copyright. |
| 26  | Dragon or Salamander Icon Shoulder Pad - Terminator (2)<br><br>This is a Dragon or Salamander Skull on a scaled background. This is the standard size space marine® terminator shoulder pad cast in pewter. This sculpt to be used as a right arm pad. | The product implicates trademark issues only, not copyright. |

4816-2515-6366.2

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|-----|----------------------------------------------|----------------------|
| 27 | Dragon or Salamander Power Fist (2)<br><br>A left arm that can be used as a power fist or lightning claw on regular infantry size miniatures, works well on terminator or power armor. There are scales sculpted onto the forearm. | Salamanders – see product 25<br><br>A power fist is a Space Marine weapon. Forge World sells a power fist as part of this pack - http://www.forgeworld.co.uk/Warhammer-40000/SPACE-MARINE-CHARACTER-CONVERSION-SET.html<br><br>Model designed by Phil Stutcinskas,<br><br>A lightning claw is a Space Marine weapon. Games Workshop sells lightning claws on its website – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1400026&rootCatGameSt yle=<br><br>Miniatures designed by Jes Goodwin.<br><br>Terminator – see product 5<br><br>Cover art, Warhammer 40,000 – Codex Imperialis 1993<br><br>Raised power fist<br><br>Power armour – see product 3 |
| 28 | Dragon or Salamander Storm Shield Diamond Scales (2)<br><br>A high detail shield based on dragon theme, useful on high elf or emperor fantasy models as well as dragon or salamanders space marine models.<br><br>The front of this shield has dragon skull on the top and diamond scales sculpted onto the front, the rear of the shield has a hand hold that enables power armor marines to hold the shield (not shown in photo). It is designed to be modeled on either power armor marines or terminators. This highly detailed bit is cast in PEWTER. | The product implicates trademark issues only, not copyright |
| 29 | Dragon or Salamander Storm Shield - Smooth no skull (2)<br><br>A high detail shield based on dragon theme, useful on high elf or emperor fantasy models as well as dragon or salamanders space | The product implicates trademark issues only, not copyright |

4816-2515-6366.2

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|-----|-----------------------------------------------|----------------------|
|  | marine® models.<br><br>The front of this shield has dragon head and scales sculpted onto it, the rear of the shield has a hand hold that enables power armor marines to hold the shield (not shown in photo). It is designed to be modeled on either power armor marines or terminators. This highly detailed bit is cast in PEWTER. |  |
| 30 | Dragon or Salamander Storm Shield - Smooth w/ skull (2)<br><br>A high detail shield based on dragon theme, useful on high elf or emperor fantasy models as well as dragon or salamanders space marine® models.<br><br>The front of this shield has dragon head and scales sculpted onto it as well as skulls, the rear of the shield has a hand hold that enables power armor marines to hold the shield (not shown in photo). It is designed to be modeled on either power armor marines or terminators. This highly detailed bit is cast in white metal | The product implicates trademark issues only, not copyright |
| 31 | Dragon or Salamander Thunder Hammer (2)<br><br>This is a hammer sculpted with a dragon or salamander theme in mind. It can be used as a power weapon or a thunder hammer. It can be used for dragon or salamander space marine® armies. Customers have also used this for high elf and empire fantasy armies. It is a pewter bit. | Thunder hammer – see product 1<br><br>Power weapon – see product 1<br><br>Salamanders – see product 25<br><br>High Elf and Empire – see product 1 |
| 32 | Salamander, Alpha Legion or Dragon Conversion Kit for Land Raider (1)<br><br>Our Flagship coverersion kit for landraider tanks, its composed of 9 resin components and 4 pewter components. Included in this package are 2 Front side armor panels, 2 Rear side armor panels, 2 front track guards, 2 dragon head lascannon sponson covers, 1 dragon head Heavy Bolter/Assault Cannon cover and 2 Pewter Braziers. | The product implicates trademark issues only, not copyright. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| 33 | Vehicle Icons for Flesh Tearers (2) | Flesh Tearers – see product 12 |
|  | This kit consist of 7 pairs of sawblade/drops cast in resin. | Rhinos, Land Raiders, Drop pods and Land Speeders are Space Marine vehicles. |
|  | Large icons measure 31 mm diameter (good for Land Raiders or Rhino top hatches) | A Dreadnought is a type of Space Marine. Games Workshop sells Dreadnoughts - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1080088&rootCatGameSt yle= |
|  | Two medium icons measure 23.5 mm diameter (good for Rhino fronts and Land Raider side doors) |  |
|  | Four small icons measure 16 mm diameter (droppods, dreadnoughts, landspeeders, etc). | Miniature designed by Jes Goodwin. |
| 34 | Combi Weapon Magnetic Kit (1) | Each of the weapons is a GW weapon by name and look. |
|  | This kit consist of one bolter combi-weapon body, one combi flamer attachment, one grenade launcher attachment, one combi plasma gun attachment and one combi melta gun attachment. We also include 5 rare-earth magnets that fit in the pre-drilled holes on the main body and on each attachment. | http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1560135&rootCatGameSt yle= |
|  |  | p87 Codex Space Marines 2008. Combi-melta p49 Codex Dark Angels 2006. Combi-plasma p90 'Imperial Armour 9: The Badab War Part 1' 2010 Combi-flamer |
|  | This is a pewter kit that allows you to switch out your special weapon choices anytime you want. The magnet has the strength to keep the attachments from falling off with pretty heavy handling. Coupled with our unique fitting design, there is little chance of losing the attachments when on the mini. | A combi weapon is a weapon such as a rifle or pistol which can have a second weapon mounted on to it. |
|  | This is a pewter kit, see our pictures for size detail | A melta gun fires a wave of energy that heats up the target, causing it to explode. A plasma gun fires a ball of super heated energy. |
|  | One of the first projects I had in mind were completely interchangeable combi-weapons. If you are anything like me, you magnetize your army to save money and headaches. | In the Warhammer 40,000 background, Space Marines can use combi-weapons. In the game's rules this is represented by the Space Marine player having the optin of arming his models with one of three types of combi-weapon: melta, plasma or flamer. The rules also provide the option of attaching a grenade launcher to the Space Marine's combi-weapon. See Warhammer 40,000 Space Marines, page 97. |
|  | One of the best options out there for imperial armies is combi-weapons. Alas, combi-weapons are very rare in any plastic form, and the ones you do see go for thier weight in gold. |  |
|  | Enter the Chapterhouse Studios Combi-weapon Magnetic kit. | The Space Marine model shown is made from a combination of Games Workshop Space Marine components and Chapterhouse Studios Salamanders components. |
|  | As you can see, it is a standard weapon stock and barrel (could be a bolter, could be a heavy MG), we designed some useful tracks and |  |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | grips so the different combi-weapon parts will fit nice and smooth. To add to the ease of use, we also have holes pre-drilled and include the correct size rare-earth magnets with the kit (5 total).<br><br>So in essence we have:<br>1) base ranged weapon<br>2) flame thrower attachment<br>3) grenade launcher attachment<br>4) plasma gun attachment<br>5) melta gun attachment<br>6) 5 rare earth magnets to fit in predrilled holes. | |
| 35 | Farseer Jetbike Seer Council Kit (1)<br><br>Games Workshop Jetbike kit not included - necessary to assemble as seen<br><br>This is a 12 piece resin conversion kit that when added to a Games Workshop Eldar jetbike will form the model shown. It is perfect for converting a regular jetbike kit into a Farseer on Jetbike model.<br><br>Each Farseer Jetbike Rider kit comes with 2 weapon choices, 1 left arm, 2 upper torso choice (male or female), 1 lower torso,1 Farseer head, 1 control panel, 2 shield generators and 2 bike accessories. | A Farseer is a character from the Eldar army – see the 'Guide to the Warhammer 40,000 Universe' document. Games Workshop sells Eldar Farseers on its website - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060019&rootCatGameStyle=<br><br>Miniature designed by Jes Goodwin and Martin Footit<br><br>Oval shaped gems are frequently used on Eldar clothing, weapons and vehicles (see models above and below).<br><br>There is an icon on the component under the sword second from left – it may be one of the Eldar runes Games Workshop has created but we can't get a clear image of it.<br><br>A jetbike is an Eldar army vehicle. Games Workshop sells Eldar jetbikes on its website – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1090102&rootCatGameStyle=<br><br>Miniature designed by Jes Goodwin<br>The Seer Council are a unit in the Eldar army. Games Workshop sells the Seer Council on its website - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060064&rootCatGameStyle=<br><br>Miniatures designed by Jes Goodwin and Adam Clarke<br>p28 Codex Eldar 2006 |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | p37 Codex Eldar 2006<br>p40 Codex Eldar 2006<br><br>The Chapterhouse kit can make a complete rider model, plus additional components to decorate the Games Workshop Eldar Jetbike. |
| 36 | Warlock Jetbike Seer Council Kit (1)<br><br>Games Workshop Jetbike kit not included – necessary to assemble as seen<br><br>This is a 11 piece resin conversion kit that when added to a Games Workshop Eldar jetbike will form the model shown. It is perfect for converting a regular jetbike kit into a Warlock on Jetbike model.<br><br>Each Warlock Jetbike Rider kit comes with 2 weapon choices, 1 left arm, 1 top torso, 1 lower torso,1 Warlock head, 1 control panel, 2 shield generators and 2 bike accessories. | Jetbike – see product 35<br><br>Seer Council – see product 35<br><br>The Warlock is a character from the Eldar army – see the 'Guide to the Warhammer 40,000 Universe' document. Games Workshop sells Warlocks on its website – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060088&rootCatGameSt yle=<br><br>Miniature designed by Jes Goodwin<br><br>The Chapterhouse kit can make a complete rider model, plus additional components to decorate the Games Workshop Eldar Jetbike. |
| 37 | Conversion kit for Tyranid Tervigon (1)<br><br>This resin set contains 5 high detail modular components that fit with the current Games Workshop Carnifex kit. Once assembled, it can be used as a Tyranid® Tervigon. Please note this set does NOT include a Games Workshop Tyranid Carnifex.<br><br>Each kit contains 5 pieces:<br><br>Top Center Torso Spine piece (fits in between the two side torsos of the carnifex)<br><br>Central Armor and Spine Bank (fits on top of the upper torso)<br><br>Head mount piece<br><br>Lower abdomen containing birth sacs and embryonic termagaunts<br><br>Standard Size Oval base (matches Trygon base diameter).<br><br>Please note while this kit is sculpted to fit a carnifex kit with no | Tyranids are a Warhammer 40,000 army. The Tervigon is a type of Tyranid creature.<br><br>Warhammer 40,000 Tyranids 2009, page 52<br>(AB930_Tervagon / Alex Boyd / 2009)<br><br>Chapterhouse's components are designed to fit on Games Workshop's Tyranid Carnifex model – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1050178&rootCatGameSt yle=<br><br>Miniature designed by Jes Goodwin<br><br>Games Workshop has characters and details in its books.<br><br>Nick Villacci states on Warseer:<br><br>"RE: TERVIGON CONVERSION KIT FOR TYRANID CARNIFEX FROM CHAPTERHOUSE STUDIOS nvillacci 19/09/2010 - 19:52 |

4816-2515-6366.2

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|-----|----------------------------------------------|----------------------|
| | modification to either kit, some modification may be necessary to the minute variations that are present in both GW and Chapterhouse Kits. | Hmm, maybe tell me why you think it is lazy? |
| | | My goal was to make a kit that is similar to GWs single illustration of the Tervigon. |
| | | The other part of that goal was not to charge alot for a kit and to let people use the |
| | | unused carnifexes we all have stockpiled since the new codex. |
| | | Another benefit of our kit is that it still conforms to GWs 50% rule for conversions |
| | | in GW events." |
| | | http://www.warseer.com/games_news/tervigon_conversion_kit_for_tyranid_carnifex _from_chapterhouse_studios |
| | | The Termagants and Trygon are also creatures from the Tyranid army. |
| 38 | Lashwhips - Tyrant Size (1)  This is a single pewter Lashwhip created by Chapterhouse Studios for Tyranid® monsters, it is sized to be used with Tyrants and other Large size models. Sculpted so it can be used on the right or left arm socket, it is also bendable due to the sculpting. These Lashwhips hold the foes still so a killing strike may be inflicted. | The product implicates trademark issues only, not copyright. |
| 39 | Lashwhips - Warrior Size (1)  This is a single pewter Lashwhip created by Chapterhouse Studios for Tyranid® monsters, it is sized to be used with warriors and other medium size models. Sculpted so it can be used on the right or left arm socket, it is also bendable due to the sculpting. These Lashwhips hold the foes still so a killing strike may be inflicted. | The product implicates trademark issues only, not copyright. |
| 40 | Tyrant Bonesword Arms for Tyranids (1)  This is a pair of Chapterhouse Studios resin Bonesword arms for Tyranid® Hive Tyrant or other monstrous creatures. Works great for converting a Swarmlord. Each pair consist of 1 left and 1 right arm scaled for the larger tyranid® creatures. Sculpted with details showing the symbiotic weapons of the Tyranid® race, the swords have bio- | The product implicates trademark issues only, not copyright. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | organic crystaline growths that enable the weapons to inflict death on anyone they strike. | |
| 41 | Warrior Bonesword Arms for Tyranids (1)<br><br>This is a pair of Chapterhouse Studios resin Bonesword arms for Tyranid® Warriors. Each pair consist of 1 left and 1 right arm scaled for Tyranid® warriors. Sculpted with details showing the symbiotic weapons of the Tyranid® race, the swords have bio-organic crystaline growths that enable the weapons to inflict death on anyone they strike. | The product implicates trademark issues only, not copyright. |
| 42 | Xenomorph 28mm Head bits for Tyranids (1)<br><br>This is a six (6) piece set of 28mm resin heads. You will receive three(3) of Head A and three(3) of Head B. These heads are sculpted in the style of the classic "Aliens" xenomorphs. They work great on many of the Tyranid® bodies, gaunts, genestealers and tyranid warriors. | The product implicates trademark issues only, not copyright. |
| 43 | Ymgarl Heads for Tyranid Genestealers - Set (1)<br><br>This is a 6 piece set of pewter Alien Heads. These are scaled for 28mm heroic miniatures. You can use them as Cthulhu or Ymgarl heads on your models. We have many customers that use these on their Tyranid® Genestealers® to represent Ymgarl Genestealers®.<br><br>Each set of 6 heads includes 3 different variants, you will recieve 2 of each head in this set. There are almost no mold lines on these heads, so minimal clean-up is required. Superglue is recommended for assembling metal bits on plastic kits.<br><br>We developed these in 2009 as variant heads that would be useful on Tyranid® Genestealers® . When GW released the new Tyranid® codex, the Ymgarl Genestealers® look incredibly like these heads! We have dated post and concept art to prove our idea came first.<br><br>Regardless, these heads will set your miniatures apart from the rest of the crowd! | Genestealers are creatures in the Tyranid army. The Ymgarl is a variant of a Genestealer.<br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1050149<br><br>As part of the Tyranid Genestealer boxed set, Games Workshop included a head component which can convert a Genestealer model into a Genestealer Ymgarl. The components are © Games Workshop 2004.<br><br>Miniature designed by Jes Goodwin and Mark Harrison<br><br>Chapterhouse say in their description opposite that the Ymgarl Genestealers from Games Workshop's new Tyranid codex look like their heads. There have been no new Games Workshop Ymgarl Genestealer miniatures released since 2004. The only new visual material from the latest Warhammer 40,000 Tyranids book for the Ymgarl was the artwork below. This artwork was created in 2009 and was based on the 2004 Games Workshop model above. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|-----|---------------------------------------------|----------------------|
| 44 | Female Heads - Imperial Guard 28mm (1)<br><br>This is a sprue of 6 unpainted resin female Imperial Guard heads. These are scaled for 28mm heroic miniatures. Perfect additions to any miniature line, and look great on imperial guard figures. | Warhammer 40,000 Tyranids 2010, page 61<br>(DG1192_Ymgarl_Stealer/ Dave Gallagher / 2009)<br><br>The product implicates trademark issues only, not copyright. |
| 45 | SXV-141 Super-Heavy Assault Walker SAW (1)<br><br>Our first vehicle kit, we decided to go crazy on Tau.<br><br>This is a resin model kit consisting of over 50 parts, weighing in at approximately 2kg and standing almost 30cm tall when complete. The kit components are supplied "as cast" and require cleanup, assembly and painting for the finished product.<br><br>Needless to say 1 think the Imperial Titans will have their hands/fist full.<br><br>http://chapterhousestudios.com/index.php?route=product/product&path=59&product_id=201 | The Tau refers to the Tau Empire, a Warhammer 40,000 army.<br><br>The Tau Empire use rail guns as weapons on their vehicles.<br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1090208<br><br>The rail gun is the long gun which is shown firing on the model above.<br><br>The Tau decorate their clothing, weapons and vehicles with the Tau Empire symbol.<br><br>Tau Empire decal sheet, 2001<br><br>p40 Codex Tau Empire 2005<br>p17 Codex Tau 2001<br>p. 158-59 Warhammer 40,000 Apocalypse 2007<br><br>Miniature designed by Jes Goodwin<br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1620020<br><br><ul><li>Geometric grooves on hull and weapons</li><li>Circular hatches</li><li>Geometric grooves on the hatches</li><li>Large oval vents on the hull</li><li>Long thin 'nose' section of the hull</li><li>Geometric Grooves on the nose</li><li>'X' marks on power/ammo packs</li></ul> |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|

## Games Workshop Works

- Rail gun weapon
- Burst Cannon weapon

The Chapterhouse Walker hull fits snugly underneath the Tau Hammerhead hull with the circle sections lining up to the rear.

Games Workshop's rail gun design.

- Rectangular shape.
- Two separate sections to the 'barrel'
- Barrel joined by a coupler mid-way down the length
- Square block nozzle with vents
- Short under-slung cylinder connecting the barrel to the power source

Cover Art, Codex: Tau ©2001
AS098 Tau Codex detail cropped from larger original)By Adrian Smith

At the end of the Tau guns there is a circle with diagonal line design.

p.9 Codex: Tau Empire ©2005
PD116 Tau Castes & Contact (detail cropped from larger original)
By Paul Dainton

This Tau pilot wears the design on his chest and arm.

Games Workshop's Tau rules.

| | Points | Front | Armour Side | Rear | BS |
|---|---|---|---|---|---|
| Hammerhead | 90 | 13 | 12 | 10 | 3(4) |

Front, side and rear armour values are given as well as the Ballistic Skill (BS) of the vehicle.

'Structure points' are used for Super Heavy vehicles in the game of 'Warhammer 40,000 Apocalypse'

'Str' stands for 'Strength' of the weapon.
'AP' stands for 'Armour Penetration' of the weapon.
'Assault 3' means the weapon can be fired 3 times.

## Chapterhouse Product and Website Description

### SXV-141 SUPERHEAVY ASSAULT WALKER

| SAW | BS | FRONT | SIDE | REAR |
|---|---|---|---|---|
| | 3(4) | 14 | 13 | 13 |

POINTS: 750
SUPER HEAVY WALKER
STRUCTURE POINTS: 2

WEAPONS AND EQUIPMENT
HEAVY RAIL CANNON X 2
HEAVY SMART MISSILE RACKS X 2 (PENETRATOR 6 X CLUSTER)
LONG BARRELLED BURST CANNON
TARGETING ARRAY INCLUDED: MULTI TRACKER UPGRADED DISRUPTION POD
NETWORKED MARKER LIGHTS X 5, BLACK SUN FILTER, POSITIONAL RELAY, TACHYON
MARKER TARGETLOCKS

OPTIONS:
SENSOR SPINES 2.0 PTS
FLECHETTE DISCHARGERS 10PTS

| WEAPON | RANGE | STR | AP | SPECIAL |
|---|---|---|---|---|
| RAIL CANNON (SOLID) | 120" | 10 | 1 | DESTROYER, EACH CANNON MAY FIRE INDEPENDENTLY (SHELL TYPE AND TARGET NOMINATED BEFORE ROLLING) |
| RAIL CANNON (SUBMUNITION) | 120" | 7 | 3 | APOC BLAST TEMPLATE |
| HEAVY BURST CANNON | 36" | 5 | 5 | ASSAULT 6 |
| HEAVY MISSILE RACK | 48" | 5 | 3 | NO LOS NEEDED- TREAT AS SMART MISSILE |
| HEAVY MISSILE RACK (PENETRATOR) | 48" | 5 | 4 | ASSAULT 6, & NO LOS NEEDED TREAT AS SMART MISSILE |
| NETWORKED MARKER LIGHTS (NWML X6) | 36" | | | OPERATED IN THE SAME WAY AS A NETWORKED MARKER LIGHT AND IS USED IN CONJUNCTION WITH THE RAIL CANNONS (ONLY 1 MARKER LIGHT HIT CAN BE GENERATED BY THE TACHYON MARKER) |
| TACHYON MARKER X1 (FORWARD FACING) | UNLIMITED | 7 | 2 | |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|-----|----------------------------------------------|----------------------|
| | | The list of weapons and equipment for the Super Heavy Walker fits the lists of Tau weapons and equipment from pp.25-31 Codex: Tau Empire ©2005 corresponding text copied below. |
| | | Railgun: The Tau battlesuit railgun uses linear accelerator technology to project a solid projectile at hypervelocity. It is capable of punching through the thickest armour and of taking down the largest of enemies.<br>Range: 72" Str: 10 AP: 1 |
| | | Smart missile system: The smart missile system fires self-guiding missiles with the intelligence of a drone, which first search for then hunt down the target, passing around any blocking terrain.<br>Range: 24" Str: 5 AP: 5 |
| | | Burst cannon: The burst cannon finds use across the Tau military, primarily mounted on battlesuits and vehicles. Utilising the plasma induction technology found in the pulse rifle and other systems, the burst cannon is a multi-barrel weapon able to sustain high rates of fire.<br>Range: 18" Str: 5 AP: 5 Assault 3 |
| | | Targeting array: Targeting arrays assist the vehicle gunner's aim by adjusting for the target's range and speed. Add 1 to the vehicle's BS |
| | | Multi-tracker: The vehicle-mounted multi-tracker is combined with advanced stabilisers enabling a vehicle to fire as if it were a fast vehicle. |
| | | Distribution pod: A distribution pod throws out distorting images in both visual and magnetic spectra, making it hard to target at range. |
| | | Networked markerlights: A networked markerlight is a specialised version of the standard system, but it is larger and less common. |
| | | Blacksun filter: This advanced optical filter enables the user to double the distance rolled for determining how far they can see when fighting at night. |
| | | Positional relay: This records detailed battlefield data and relays it in |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | a tight-band, encrypted burst to a single unit operating as a strategic reserve. |
| | | Target lock: The target lock identifies potential targets and plots fire plans to counter them, granting the vehicle gunner far more choice about the targets to be engaged. |
| | | Sensor spines: Sensor spines are used to feed data to an advanced ground-following flight control system. |
| | | Flechette discharger: Powerful clusters of reactive charges are attached to the hulls of many Tau vehicles. If the enemy approach, they fire off vicious clouds of high velocity flechettes. |
| 46 | Assault Shoulder Pad for Space Marine with number 7 (4)<br><br>This is a number 7 Assault Shoulder pad for regular power armor, it has raised crossed arrows on the pad with a roman numeral 7 above the arrows. This is the standard size space marine® tactical shoulder pad cast in pewter. | Assault is a type of Space Marine squad. An Assault squad will have an 'X' symbol and their squad number shown on their right shoulder pads. The squad number will be between 1-10.<br><br>Games Workshop sells assault squad shoulderpads – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110190&rootCatGameStyle=<br><br>Power armour – see product 10<br><br>Tactical – see product 56<br><br>Codex Ultramarines, 1995, p28<br>Space Marine Transfer Sheet (from the Terminator Assault Squad) Squad markings in top left corner, numerals in bottom right<br>Insignium Astartes 2002, page 13 |
| 47 | Assault Shoulder Pad for Space Marine with number 8 (4)<br><br>This is a number 8 Assault Shoulder pad for regular power armor, it has raised crossed arrows on the pad with a roman numeral 8 above the arrows. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Assault – see product 46<br><br>Power armour – see product 10<br><br>Tactical – see product 56<br><br>Insignium Astartes 2002, page 13 |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|-----|-----|-----|
| 48 | Assault Squad Shoulder Pad for Space Marine - Plain (4)<br><br>See 46 above<br><br>This is a unmarked Assault shoulder pad for regular power armor, it has raised arrows on the pad. This is the standard size space marine® tactical shoulder pad cast in pewter. | Assault – see product 46<br><br>Power armour – see product 10<br><br>Tactical – see product 56<br><br>Insignium Astartes 2002, page 13 |
| 49 | Crested Pad for Space Marine (4)<br><br>This is a shoulder pad with a raised crest on it. This shoulder pad works well with any loyalist or chaos space marine® army. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models.<br><br>See 46 above | This Space Marine Captain has a crested shoulderpad with 'rivets' along the edge where the crest attaches to the pad – http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat440176a&prodId=prod10600<br>70&rootCatGameStyle=<br><br>Miniature designed by Juan Diaz Ramos<br><br>Loyalist – see product 16<br><br>Chaos Space Marine – see product 2<br><br>Tactical – see product 56<br><br>p84 Codex Space Marines 2008  Shoulder pads with high rims. |
| 50 | Devastator Shoulder Pad for Space Marine - Plain (4)<br><br>This is a unmarked Devastator shoulder pad for regular power armor, it has a raised arrow on the pad. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Devastator is a type of Space Marine squad. A Devastator squad has an inverted 'V' symbol on their right shoulderpads.<br><br>Warhammer 40,000 Space Marines 2004, page 70<br>(NH SM Pads/ Neil Hodgson / 2004)<br><br>A Devastator squad member will have their squad number  shown on their right shoulder pads. The squad number will be between 1-10. The 'X' on this pad indicates this is Devastator squad 10.<br><br>The colours on the shoulderpad refer to a Chapter colour, ie, blue and gold are the colours of the Ultramarines Space Marine Chapter.<br><br>Index Astartes III 2003, page 23<br>(NH Ultramarines Graph / Neil Hodgson / 2001) |

4816-2515-6366.2

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | Power armour – see product 3 |
| 51 | Devastator Shoulder Pad for Space Marine with number 9 (4)<br><br>This is a number 9 Devestator Shoulder pad for regular power armor, it has raised arrow on the pad with a roman numeral 9 embossed into the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Devastator – see product 50<br><br>Tactical – see product 56<br><br>Insignium Astartes 2002, page 13<br>Codex Ultramarines, 1995, p28 |
| 52 | Devastator Shoulder Pad for Space Marine with number 10 (4)<br><br>This is a number 10 Devestator Shoulder pad for regular power armor, it has raised arrow on the pad with a roman numeral 10 embossed into the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Devastator – see product 50<br><br>Tactical – see product 56<br><br>Insignium Astartes 2002, page 13<br>Codex Ultramarines, 1995, p28 |
| 53 | First Squad or I Shoulder Pads - tactical (4)<br><br>This is a shoulder pad with a roman numeral "1" or an I on the face, it is stylized and has more detail then the typical 1 shoulder pad. This shoulder pad works well with any loyalist space marine® armies. This could also be a chapter icon for the left shoulder. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models.<br><br>See 46 above | There are no IP issues with this product other than the shape/design of the underlying shoulder pad |
| 54 | Generic Power Armour Shoulder Pad for Space Marine - Plain (4)<br><br>Just a regular Space Marine® Power Armor pad, similar to the standard one with raised edges.<br><br>See 46 above | This is Games Workshop's unique expression of a Sci-Fi Shoulderpad, including the following unique characteristics:<br><br>  o  Covering from start of shoulder to above the elbow<br>  o  Large border around outer edge<br>  o  Left shoulderpad – squad markings<br>  o  Right shoulderpad – Chapter symbol |
| 55 | Smooth Shoulder Pad for Space Marine - no raised areas (3) | See 54 above |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | Another regular Space Marine® shoulder pad, this one has no raised areas, perfectly smooth for something different.<br><br>Single pewter bit.<br><br>See 46 above | |
| 56 | Tactical Shoulder Pad for Space Marine (3)<br><br>This is a Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Tactical is a type of Space Marine squad. A Tactical squad will have an upward pointing arrow symbol on their right shoulder pad.<br><br>Games Workshop sells Tactical shoulder pads - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110189&rootCatGameStyle=<br><br>A Tactical squad member will have their squad number shown on their right shoulder pads. The squad number will be between 1-10.<br><br>The colours on the shoulder pad refer to a Chapter colour, ie, red and gold are the colours of the Blood Angels Space Marine Chapter.<br><br>Insignium Astartes 2002, page 32<br>See product 4. |
| 57 | Tactical Shoulder Pad for Space Marine with number 1 (3)<br><br>This is a number 1 Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 1 inlaid in the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Tactical – see product 56<br><br>Insignium Astartes 2002, page 13<br>Codex Ultramarines, 1995, p42 |
| 58 | Tactical Shoulder Pad for Space Marine with number 2 (3)<br><br>This is a number 2 Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 2 inlaid in the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Tactical – see product 56<br><br>Insignium Astartes 2002, page 13<br>Codex Ultramarines, 1995, p 28 |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| 59 | Tactical Shoulder Pad for Space Marine with Number 3 (3)<br><br>This is a number 3 Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 3 inlaid in the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Tactical – see product 56<br><br>Insignium Astartes 2002, page 13<br>Codex Ultramarines, 1995, p 43 |
| 60 | Tactical Shoulder Pad for Space Marine with Number 4 (3)<br><br>This is a number 4 Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 4 inlaid in the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Tactical – see product 56<br><br>Insignium Astartes 2002, page 13<br>Codex Ultramarines, 1995, p43 |
| 61 | Tactical Shoulder Pad for Space Marine with number 5 (3)<br><br>This is a number 5 Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 5 inlaid in the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Tactical – see product 56<br><br>Insignium Astartes 2002, page 13<br>Codex Ultramarines, 1995, p43 |
| 62 | Tactical Shoulder Pad for Space Marine with number 6 (3)<br><br>This is a number 6 Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 6 inlaid in the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Tactical – see product 56<br><br>Insignium Astartes 2002, page 13<br>Codex Ultramarines, 1995, p 28 |
| 63 | Salamanders or Dragon Drop Pod Armor or door panel (1)<br><br>This is a highly detailed resin armored panel that fits on the Drop Pod Kit door. It is a single piece that fits over the standard door, this is | A drop pod is a Space Marine vehicle. Games Workshop sells drop pods on its website – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1560026&rootCatGameSt yle= |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | sculpted with a dragon or salamanders icon in the center, surrounded by scales. This is a single door. We recomend buying a set of 5 for the regular drop pod model kit. | Miniature designed by Tom Watton<br><br>The icon on the Chapterhouse door is based on the Salamanders Chapter icon – see product 25. |
| 64 | Salamander Dragon Skull Shoulder Pad Bit –Tactical (2)<br><br>This is a Dragon or Salamander Skull on a scaled background. This is the standard size space marine® terminator shoulder pad cast in pewter. This sculpter to be used as a right arm pad. | The icon on the Chapterhouse pad is based on the Salamanders Chapter icon – see product 25. |
| 65 | Salamander Dragon Skull Shoulder Pad – Terminator (2)<br><br>This is a Dragon or Salamander Skull on a scaled background. This is the standard size space marine® tactical shoulder pad cast in pewter. | The icon on the Chapterhouse pad is based on the Salamanders Chapter icon – see product 25<br><br>Tactical – see product 56<br><br>Terminator – see product 5 |
| 66 | Salamander Dragon Thunder Hammer - Smooth (2)<br><br>This is a hammer sculpted with a dragon or salamander theme in mind. It can be used as a power weapon or a thunder hammer. It can be used for dragon or salamander space marine® armies. This is our new "smooth" salamander hammer. Customers have also used this for high elf and empire fantasy armies. It is a pewter bit. | The icon on the left side of the head on the far left hammer shown opposite is based on the Salamanders Chapter icon – see product 25<br><br>Power weapon and thunder hammer – see product 1<br><br>Terminator – see product 5<br><br>High Elf and Empire – see product 1 |
| 67 | Dragon Salamander Head Bit Space Marine (3)<br><br>This is a pewter bit of the Dragon Special Character resin kit head. We have had many request for just the head so have made these available. A single pewter space helmet in the dragon or salamander style. | Salamanders – see product 25<br><br>Chaplains are a rank within the Space Marines army. Their iconography heavily features skulls.<br><br>Miniature designed by Jes Goodwin<br><br>This is just one example of a Space Marine Chaplain with skull helmet available on the Games Workshop website.<br>http://www.games- |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| 68 | Banded Tech Power Armor Pad (4)<br><br>This is a shoulder pad that is about the same size as a GW power armor shoulder pad. It consist of horizontal plates or "bands" of armor similiar to older MK 1 armor. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad. Sized to fit regular power armor figures. | workshop.com/gws/catalog/productDetail.jsp?prodId=prod1050244&rootCatGameStyle=<br><br>This is based on a Space Marine Mk 7 helmet.<br><br>Warhammer 40,000 Space Marines 2008, page 71 (AB835_SM_Techmarine / Alex Boyd / 2008)<br><br>Note the following characteristics:<br>• Rectangular open vent on top of helmet<br>• Shape of eyes<br>• Two tubes entering the jawline on each side<br>• Box shape covering ear section |
| 69 | Cog Shoulder Pad - Power Armor (3)<br><br>This is a shoulder pad that is about the same size as a GW shoulder pad. It has a cog. The shoulder pad itself is armored strips similiar to older MK shoulder pads. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad or even as Adeptus Mechanicus or Techmarines. Sized to fit regular power armor figures. | Mk1 refers to a type of Space Marine armour. Games Workshop sells a Mk1 armoured Space Marine – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1140240&rootCatGameStyle=<br><br>Miniature designed by Jes Goodwin<br><br>The Horus Heresy - Collected Visions 2007, page 139 (3086 LemanRuss/ Franz Vohwinkel / Black Library / 2004)<br><br>Chapterhouse's shoulder pad looks most like the right hand pad on the grey armoured Space Marine above.<br><br>Iron Hands – see product 70<br><br>Power armour – see product 3<br><br>Iron Hands – see product 70<br><br>The Adeptus Mechanicus are an organisation in the Warhammer 40,000 background. Their icon is a skull within a cog.<br><br>The Art of Warhammer 40,000 2006, page 201 (WE274C 'Titan Icon' / Wayne England / 1995)<br><br>Techmarines are a rank within the Space Marines army. They are the mechanics of |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | the army and are strongly associated with the Adeptus Mechanicus and technology. |
| | | The Chapterhouse product is designed and of a size and scale to be used with Games Workshop products and to fit within the Warhammer 40,000 Universe. The product description uses Games Workshop Trademarks: Iron Hands, Adeptus Mechanicus and Techmarines. |
| 70 | Shield for Iron Hands (2)<br><br>A high detail shield based on the Iron Hands chapter theme, useful for fantasy models as well as Iron Hand or other hand based space marine® models.<br><br>The front of this shield has mailed hand and scales sculpted onto a round shield with power cables around the edges, the rear of the shield has a hand hold that enables power armor marines to hold the shield (not shown in photo). It is designed to be modeled on either power armor marines or terminators. This highly detailed bit is cast in white metal. | The product implicates trademark issues only, not copyright. |
| 71 | Shoulder Pad for Iron Hands Power Armor (2)<br><br>This is a shoulder pad that is about the same size as a GW shoulder pad. It has a mailed hand on it in a clawing motion. The shoulder pad itself is armored strips similar to older MK shoulder pads. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad. Sized to fit regular power armor figures. | Iron Hands – see product 70 |
| 72 | Shoulder Pad for Iron Hands Terminator armor (2)<br><br>This is a shoulder pad that is about the same size as a GW shoulder pad. It has a mailed hand on it in a clawing motion. The shoulder pad itself is armored strips similar to older MK shoulder pads. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad. Sized to fit regular terminator armor figures. | Power armour – see product 3<br><br>Iron Hands – see product 70<br><br>Terminator – see product 5 |
| 73 | Banded Armor Terminator Pad (3) | This is MkI Space Marine Armour – see 68 above |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | This is a shoulder pad that is about the same size as a GW shoulder pad. It consist of horizontal plates or "bands" of armor similiar to older MK 1 armor. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad. Sized to fit regular terminator armor figures. | Iron Hands – see product 70 Terminator – see product 5 p20 Warhammer 40,000 Compilation 1991 |
| 74 | Banded Power Armour Shoulder Pads (3) This is a shoulder pad that is about the same size as a GW power armor shoulder pad. It consist of horizontal plates or "bands" of armor similiar to older MK 1 armor. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad. Sized to fit regular power armor figures. | This is Mk1 Space Marine Armour – see 68 above Power armour – see product 3 Iron Hands – see product 70 p32 Codex Space Marines 2008 |
| 75 | Studded Rimmed Shoulder Pad MKV (3) This is a shoulder pad with a raised crest on it. This shoulder pad works well with any loyalist or chaos space marine® army. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models. | Mk V armour – see product 2 Loyalist – see product 15 Chaos Space Marines – see product 2 Tactical – see product 56 |
| 76 | Five (5) Heresy Era Jump Packs for Space Marines (1) This is a set of FIVE (5) Resin and Metal Jump Pack for Space Marines®. It is sculpted to fit in with the Heresy Style Jump Packs. The main Jump Pack is Resin and the control flaps are metal. Designed to fit on the standard Space Marines® back. Suitable for any other 28mm scale miniatures as well. | Space Marines use jump packs. Heresy refers to the type of jump pack used during the Horus Heresy. The Horus Heresy – Collected Visions 2007, page 284 (2121 assault squad/ James Brady / Black Library / 2005) Back pack designed by Aly Morrison |
| 77 | Masked Heresy Heads for Space Marines – 4 (2) This is a resin sprue of 4 "Heresy" style heads for space marines® with rebreather mask. Each sprue comes with 4 heads. | Heresy refers to Mk V Heresy armour – see product 2. p111 *Horus Heresy: Collected Visions* ©2007 artwork by Justin Norman p197 *Horus Heresy: Collected Visions* ©2007 artwork by Kenson Low p309 *Horus Heresy: Collected Visions* ©2007 artwork by Kenson Low |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| 78 | MK I Heresy Era for Space Marine "Thunder Armor" Shoulder Pad (3)<br><br>This is a shoulder pad with armored plates on it, commonly known as "Thunder Armor" or Mk I space marine power armor. This shoulder pad works well with any loyalist or chaos space marine® army. Perfect for Heresy era armies. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models. | Heresy refers to Mk V Heresy armour – see product 2.<br><br>Thunder armour is the alternative name for Mk 1 Space Marine armour. See product 68.<br><br>Loyalist – see product 15<br><br>Chaos Space Marines – see product 2<br><br>Tactical – see product 56<br><br>p20 Warhammer 40,000 Compilation 1991 |
| 79 | Spikey Heresy Heads for Space Marines (2)<br><br>This is a resin sprue of 4 "Heresy" style heads for space marines®. | Heresy refers to Mk V Heresy armour – see product 2.<br><br>p111 *Horus Heresy: Collected Visions* ©2007 artwork by Justin Norman<br><br>p197 *Horus Heresy: Collected Visions* ©2007 artwork by Kenson Low<br><br>p309 *Horus Heresy: Collected Visions* ©2007 artwork by Kenson Low |
| 80 | Studded Power Armor Pad for MK 5 (3)<br><br>This is a studded power armor shoulder pad. It works well as a MK V shoulder pad. Dimensions are equivalent to current GW plastic pads. | Mk V armour – see product 2<br><br>Power armour – see product 3 |
| 81 | Celtic Wolf Shield for Space Wolves (3)<br><br>This is a celtic style round Storm or Combat shield with a wolf on the front, it utilizes the same handles as our other shields (seperate component for the hand grip). It looks great for Space Wolf (Space Wolves) armies or any other Sons of Russ Space Marine® Chapter. | The product implicates trademark issues only, not copyright |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | Cast in pewter.<br>Diameter of shield is 22 mm. | |
| 82 | Rhino Conversion Kit for Space Wolves (2)<br><br>This is a resin conversion kit for the games workshop rhino kit. It consist of 2 side doors, 1 front panel, and 1 top hatch. The style incorporates wolf totems, furs, and viking like icons. Looks great when used for space wolf armies. | A Rhino is a Space Marine vehicle used by the Space Wolves Chapter.<br><br>Codex Space Wolves 2000, page 19<br>Miniature designed by Bob Naismith<br><br>The Space Wolves Chapter's iconography includes wolf skulls, wolf tails and fangs - http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat440177a&prodId=prod26000 2a&rootCatGameStyle=<br><br>Miniature designed by Jes Goodwin, Martin Footit and Juan Diaz Ramos<br><br>Space Marine Collector's Guide 2003, page 32<br>Miniature designed by Jes Goodwin<br><br>Forge World sells a Space Wolves conversion pack for the Rhino – http://www.forgeworld.co.uk/Warhammer-40000/SPACE-WOLVES-RHINO-DOORS-AND-FRONT-PLATE.html<br><br>Miniature designed by Simon Egan<br><br>p1, Codex Space Wolves 2009 |
| 83 | Storm Combat Space Tech Shield for Wolves (3)<br><br>This is a Storm or Combat shield with a Tech-Wolf on the front, it utilizes the same handles as our other shields (seperate component for the hand grip). It is a light weight white metal bit. It looks great for Space Wolf (Space Wolves) armies or any other Sons of Russ Space Marine® Chapter. Supplied unpainted. | See 81 & 82 above for information about Space Wolves, storm shields and Sons of Russ<br><br>p34 Codex Space Wolves 1994 |
| 84 | Celtic Storm or Combat Shield (3)<br><br>This is a white metal combat or storm shield for 28 mm figures. It works great on space marines® or any fantasy models. We have designed a circular celtic shield, this is more suitable for a power armor marine, vs a Terminator marine (it would look a bit small for the | The product implicates trademark issues only, not copyright. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | larger armor). It includes a seperate grip guard. Supplied unpainted. | |
| 85 | Generic Hammer 2 (2) | The product implicates trademark issues only, not copyright. |
| | This is a Generic Thunder or Power hammer. Sold as a single white metal pewter bit. Works well with fantasy or sci-fi 28mm figures. Looks great on Empire models or on Space Marines®. | |
| 86 | Imperial or Eagle Storm Shield (2) | The product implicates trademark issues only, not copyright. |
| | A high detail shield based on an eagle theme, useful on high elf or emperor fantasy models as well as space marine® models. The front of this shield has an eagle head and feathers sculpted, the rear of the shield has a hand hold that enables power armor marines to hold the shield. It is designed to be modeled on either power armor marines or terminators. This highly detailed bit is cast in PEWTER. | |
| 87 | "Heresy" Armoured Drop Pod Door (1) | Drop pod – see product 63 |
| | This is a highly detailed resin armored panel that fits on the Drop Pod Kit door. It is a single piece that fits over the standard door, this is sculpted to resemble an "heresy era" armored panel. This is a single door. We recomend buying a set of 5 for the regular drop pod model kit. | Heresy is a reference to Mk V Space Marine armour – see product 2. The pattern more closely resembles Mk 1 Space Marine armour. |
| 88 | Armoured Predator Armour Kit – side (1) | The product implicates trademark issues only, not copyright. |
| | This is a new Armored Predator kit for Space Marines®, it includes 3 strips of Reactive armor that can be cut to size as well as ONE heavily armored "off-centered cockpit" Fits the standard Games Workshop Space Marine® Predator kit. | |
| | This is our answer to the silly idea that a more heavily armored predator tank has the same front as a flimsy rhino tank. This is a Resin kit. | |
| 89 | Armoured Predator Kit - Centred (1) | The product implicates trademark issues only, not copyright. |
| | This is a new Armored Predator kit for Space Marines®, it includes 3 strips of Reactive armor that can be cut to size as well as a heavily | |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | armored "centered cockpit" Fits the standard Games Workshop Space Marine® Predator kit. This is our answer to the silly idea that a more heavily armored predator tank has the same front as a flimsy rhino tank. This is a Resin kit. | |
| 90 | Armoured Rhino for Space Marine Tank Door & Armor Kit (1) This is an new and original Armored Space Marine® Rhino kit, it includes 2 side doors, 2 rear armor panels, 2 front armor panels, 2 top hatch armored panels and a front armored cockpit panel. Fits the standard Games Workshop Space Marine® Rhino kit. This is very similar to MK I Space Marine® armor and would fit well with an Heresy era army. | The pattern on these components is Mk I type Space Marine armour – see product 68. Rhino – see product 82 Heresy – see product 2 |
| 91 | Brazier – Dragon / Serpent – 2 pieces (1) This is a stylized dragon or snake brazier, it comes in 2 pieces (flat backing and the front) and is pewter. It is approximately .63 millimeters tall and .36 millimeters at its widest. This is perfectly designed to add to any vehicles, we include it with our Salamanders Landraider kit. Looks great on dreadnoughts and any other vehicles with flat areas. | The product implicates trademark issues only, not copyright. |
| 92 | Brazier – Eagle – 2 pieces (1) This is a stylized eagle brazier, it comes in 2 pieces (flat backing and the front) and is pewter. It is approximately .62 millimeters tall and .33 millimeters at its widest. This is perfectly designed to add to vehicles, we include it with our Salamanders Landraider kit. Looks great on dreadnoughts and any other vehicles with flat areas. | The product implicates trademark issues only, not copyright. |
| 93 | Mark I Rhino Conversion Kit (1) This is an new and original Mark I or Heresy Era Rhino conversion kit, it includes 2 side doors, 2 Left Side Engine Grates, 2 Right side Engine Grates, 2 choices for the front cockpit armor panel, and one old style bolter cuppola cover. Fits the standard CURRENT Games Workshop Space Marine® Rhino kit. | The product implicates trademark issues only, not copyright. |
| 94 | Rhino Tank Conversion Kit for Space Marine Dragon or Salamander (1) | Rhino – see product 82 |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | The rhino accessory kit is composed of doors, front panels and armor sections to accessorize the current space marine® rhino model kit. Themed in a dragon or salamander style also good for alpha legion. It currently includes - 1 front armor panel, 2 side door, 2 top hatch panels, and 4 scaled armor panels. This kit is composed completely of unpainted resin-plastic, sometimes parts must be cut down to fit due to the casting process. | Salamanders – see product 25<br><br>Index Astartes IV, 2004, page 19<br>(NH Salamander Graph/ Neil Hodgson / 2004) |
| 95 | Mycetic Spore for Tyranids (1)<br><br>We have our first cast in of our Mycetic Spore, available here, as you can see it could realistically transport a carnifex ora brood of gaunts. This is a 4 piece model and will be selling for $30.00. We will have another set that will come with a base for $34.50 in the near future. This is Chapterhouse Studios version of the Mycetic Spore. The spore is a highly detailed 4 piece resin model which includes an option weapon arm (that can have a tyranid weapon glued on the end). It is easily assembled (coming in 2 halves and a top piece). Each spore is large enough to realistically hold a swarm of models or even a large monstrous creature like the carnifex.<br>The Mycetic Spore is approximately 6 inches tall and 4.5 inches in diameter.<br>We have this item in limited stock and will ship out as they are produced. | Tyranids and Carnifex – see product 37<br><br>A Mycetic spore is a Tyranid creature. It is used to transport other Tyranid creatures from vessels in orbit onto a planet.<br><br>Warhammer 40,000 Tyranids 2009, page 54<br>(AB929_Mycetic_Spore / Alex Boyd / 2009)<br><br>Games Workshop has not made a model of a Mycetic.<br><br>Gaunts are a type of Tyranid creature.<br><br>The two Tyranid miniatures in Chapterhouse's top right image are a Carnifex and a Games Workshop Termagaunt. |
| 96 | Pre-Heresy Scarab Shoulder Pads for Thousand Sons Marines – Term (1)<br><br>These shoulder pads are designed to replace the current era Space Marine® Terminator Shoulder Pads. Each pad is in the pre-heresy style and has a scarab sculpted onto the surface These pads works well with any egyption themed army, and is similar to those worn by heresy era Thousand Sons Space Marines®. Sold in pairs or a rigth and left pad.<br>Two shoulder pads cast in pewter. | The product implicates trademark issues only, not copyright. |
| 97 | Scarab Shoulder Pad for Thousand Sons - Power Armor (1)<br><br>This is a shoulder pad that is about the same size as a GW power armor | The product implicates only trademark issues and the shape/design of the underlying shoulder pad. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | shoulder pad. It consist of a Egyption Style Scarab on a shoulder pad. This pad works well with any egyption themed army, and is similiar to those worn by heresy era Thousand Sons Space Marines® shoulder pad. Sized to fit regular power armor figures. Single Pad Cast in pewter. | |
| 98 | Starburst Shoulder Pad for Thousand Sons Marines - Power Armor (1) This is a shoulder pad that is about the same size as a GW power armor shoulder pad. It consist of a Starburst on a shoulder pad. This pad is similiar to those worn by heresy era Thousand Sons Space Marines® shoulder pad. Sized to fit regular power armor figures. Single Pad Cast in pewter. | The product implicates only trademark issues and the shape/design of the underlying shoulder pad. |
| 99 | Shoulder Pad for Mantis Warriors Marines - Power Armor (1) We also have a rather nice Mantis Warriors space marine pad set, these were done for a customer. They turned out great and he allowed us to use his painted pads to showcase the new releases. We were able to do a Power Armor and a Terminator piece. This is a shoulder pad with a Praying Mantis head on the surface, with added chains sculpted on the edges . This shoulder pad works well with Mantis Warrior space marine armies®. This is the standard size space marine® tactical shoulder pad cast in pewter. One pewter pad. | The product implicates only trademark issues and the shape/design of the underlying shoulder pad |
| 100 | Shoulder Pad for Mantis Warriors Marines – Terminator (1) This is a shoulder pad with a Praying Mantis head on the surface, with added chains sculpted on the edges . This shoulder pad works well with Mantis Warrior space marine armies®. This is the standard size space marine® terminator armor shoulder pad cast in pewter. One pewter pad. | The product implicates only trademark issues and the shape/design of the underlying shoulder pad. |
| 101 | Shoulder Pad for Blood Ravens Marines - Terminator (1) Lastly for the pads, we resculpted the Blood Ravens shoulder pads to have a blood drop instead of an inverted drop. The previous pads will be listed as Blood Eagle pads, while the updated sculpts will be listed | Blood Raven/Blood Angles – see product 4 |

4816-2515-6366.2

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | as Blood Ravens pads.<br><br>This is our NEW shoulder pad with a rave on the surface, the wings of the bird are surrounding a blood drop or gem. This shoulder pad works well with Blood Raven or Blood Angel themed armies. This is the standard size space marine® terminator armor shoulder pad cast in pewter.<br><br>Single Pewter Pad. | |
| 102 | Shoulder Pad for Blood Ravens Marines - Power Armor (1)<br><br>This is our NEW shoulder pad with a rave on the surface, the wings of the bird are surrounding a blood drop or gem. This shoulder pad works well with Blood Raven or Blood Angel themed armies. This is the standard size space marine® Tactical Marine shoulder pad cast in pewter.<br><br>Single Pewter Pad. | Blood Raven/Blood Angles – see product 4 |
| 103 | Dragon or Salamander Variant Rhino Door Kit (1)<br><br>We also have 3 new Rhino Conversion Kits for the Space Wolves, Dragon based Chapters, and a Tactical Door kit with skulls (click on photos for product page).<br><br>The rhino accessory kit is composed of 2 side doors and 1 front panel to accessorize the current space marine® rhino model kit. Themed in a dragon or salamander style also good for alpha legion.<br><br>This kit is composed completely of unpainted resin-plastic, sometimes parts must be cut down to fit due to the casting process. | Space Wolves – see product 82<br><br>Rhino – see product 82<br><br>Alpha Legion – see product 32<br><br>The components are decorated with Salamanders Chapter icons – see product 25 |
| 104 | Rhino Conversion #2 kit For Space Wolves (1)<br><br>This is a resin conversion kit for the games workshop rhino kit. It consist of 2 side doors, 1 front panel, and 1 top hatch and extra armor. | Space Wolves - see product 82.<br><br>The Space Wolves Chapter decorates its vehicles with wolf's heads shown face on. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | The style incorporates wolf totems, furs, and viking like icons. Looks great when used for space wolf armies.<br><br>8 piece resin kit. | Warhammer 40,000 Space Wolves 2009, page 78.<br><br>(NH821 SW Filler/ Neil Hodgson / 2009) |
| 105 | Tactical Rhino Doors with Skulls Kit (1)<br><br>The rhino accessory kit is composed of 2 side doors and 1 front panel to accessorize the current space marine® rhino model kit. Sculpted with the standard Tactical Arrow and integrating skulls..<br><br>This kit is composed completely of unpainted resin-plastic, sometimes parts must be cut down to fit due to the casting process. | Games Workshop sells products decorated with piles of skulls.<br><br>Basilica Administratum - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1095506&rootCatGameSt yle=<br><br>Miniature designed by Dave Andrews<br>Realm of Battle board - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod730814&rootCatGameSty le=<br><br>Product designed by Dave Andrews |
| 106 | Rhino Tank Conversion Kit for Iron Snakes (1)<br><br>The rhino accessory kit is composed of 2 side doors, 1 top hatch, 1 front panel and 4 scaled armor sections to accessorize the current space marine® rhino model kit. Themed in a greek and snake style with shields and spears this kit makes a great Iron Snake Rhino. This kit is composed completely of unpainted resin-plastic, designed to fit on a standard Games Workshop Rhino kit. | The components have Iron Snakes icons on them. See product 17. |
| 107 | 28mm Spartan Heads released this week - Friday, 18 February 2011 05:58<br><br>Spartan Heads compatible with Space Marine® models<br><br>This is a single pewter sprue of 5 different spartan armored heads that are scaled to be compatible with Games Workshop Space Marine® models.<br><br>The "Spartan Heads compatible with Space Marines" consist of a sprue of 5 pewter heads. Each head is different and this set sells for $5.50. | The product implicates trademark issues only, not copyright. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|-----|---------------------------------------------|---------------------|
| | Original sculpt and painted by Tomas Fiertek. | |
| 108 | Doomseer Iyanar Model Released | http://www.dakkadakka.com/dakkaforum/posts/list/60/347567.page See post by Nick Villacci at 19.58.36 on 29/04/2011 referring to this model as "New Female Farseer Stand-in model from ChapterhouseStudios.com - Doomseer Iyanar" |
| | Friday, 29 April 2011 19:22 | http://www.dakkadakka.com/dakkaforum/posts/list/90/347567.page See post by Nick Villacci at 21.30.26 referring to the product being an Eldar model. |
| | Just added a new model to the website. This model is special for us in a few ways. Its our first full metal miniature, not just an accessory piece. We also have recently hired Angel Giraldez as a painter for many of our pieces. | http://www.dakkadakka.com/dakkaforum/posts/list/150/347567.page See post by Nick Villacci at 14.23.09 on 30.04.11 comparing this model to GW Eldar models |
| | | http://www.dakkadakka.com/dakkaforum/posts/list/180/347567.page |
| | If you have ever wanted a female HQ model for your army, this may be your lucky day. So with no more delays.... | See image from Dawn of War shown on a Relic wiki http://wiki.reliccommunity.com/index.php?title=Farseer_Taldeer |
| | Doomseer Iyanar-Duanna | http://www.dakkadakka.com/dakkaforum/posts/list/210/347567.page See post by Nick Villacci at 22.23.28 on 02/05/2011 confirming that he is trying to fill in the blanks in the GW range. |
| | Doomseer Iyanar-Duanna is cursed with the ability to forsee the slow death of her race. She shares the ability of all seers, to see the path of her race, but is only able to see the deaths of her people and nothing else. She was psychically scarred when she witnessed the death of an entire world-ship, she is now doomed to spend every moment of her life tracking down the creature responsible. | Similarities to Games Workshop's Eldar models include:<br>• Icons on the helmet and the back of robes<br>• Shape of the sword<br>• All Eldar models have spirit stone, usually on the chest. She also has one on her back.<br>• Clad in robes<br>• Singing Spear<br>• Shape of the helmet and cut out face |
| | The "Doomseer" is only available from Chapterhouse Studios. The unpainted 28mm scale pewter model consist of 5 pieces - body and 4 variant arms. A 25mm slotted base is included. | http://www.games-workshop.com/gws/content/article.jsp?categoryId=&plndex=1&aId=900001?a&start=2 |
| | | Standard Eldar Helmet. Miniature designed by Jes Goodwin http://www.games- |

4816-2515-6366.2

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | workshop.com/gws/catalog/productDetail.jsp?catId=cat440239a&&prodId=prod10600 55 |
| | | Miniature designed by Mike McVey |
| | | Eldar Farseer helmet which elaborates on the standard helmet design by adding: |
| | | • two side extensions topped with stones, and |
| | | a design on the forehead featuring a triangle with a lower triangular stem, a central eye-like circle and lines coming out of the sides of the triangle. |
| | | p26 Codex Eldar 2006 |
| | | p7 Codex Eldar 1999 |
| | | p23 Codex Eldar 2006. |
| | | Eldar helmets are tall and have a depressed section cut into the face area |
| | | p154 Warhammer 40,000 rulebook 2008 |
| 109 | June Releases out today! | The product implicates trademark issues only, not copyright. |
| | Tuesday, 14 June 2011 00:15 | |
| | A release that is due this month is our wheeled conversion kit for the Games Workshop Imperial Guard Chimera APC Kit. Call it a "rapid response" variant if you want. This resin kit is designed to replace the side hull and treads of the rugged Chimera APC with All Terrain Tires and a hazard-clearing front bumper. It consist of 9 resin parts and is in final stages of production. | |
| | This month we have a few items that are for sale starting today. | |
| | First off is this nice conversion kit for the Imperial Guard Chimera. Call it a rapid-response variant if you want, we just refer to is a the "Wheeled Chimera Conversion Kit". This kit is composed of 9 highly-detailed resin pieces and easily replaces the tracked side pieces on the Games Workshop Imperial Guard Chimera. MSRP will be $13.50. | |
| | Rapid Response Wheeled Kit for Chimera | |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | This highly detailed resin conversion kit will convert the normal Games Workshop Imperial Guard Chimera (or any other vehicle that shares that chassis) into a Rapid Response Wheeled vehicle.<br><br>Each kit consist of 9 highly detailed resin pieces, Games Workshop Chimera (or other vehicle that shares same hull) required to assemble as seen.<br><br>Shown assembled model uses Games Workshop Imperial Guard Chimera which is not a Chapterhouse Studios product.<br><br>Designed by Jeffrey Nagy. | |
| 110 | Some things in the work, we are continuing to expand our "space elf" line that many players may enjoy. If you have ever wondered what male Eldar Howling Banshees may look like in a warped universe, you may like what is in the works here. I think a little more work is due for the concept. The sculptor has dubbed them "Hell Hounds". | The Eldar army is an army of 'Space Elves'.<br><br>They are using our ELDAR trademark<br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1160111a<br><br>Miniature by sculpted by Juan Diaz Ramos from a Jes Goodwin design Eldar Howling Banshee model.<br><br>p51 Codex Eldar 1994.<br>p31 Codex Eldar 2006<br><br>Howling Banshee Warriors have:<br>• Eldar conical style helmet with hair coming out of the back<br>• Segmented armour plates over a bodysuit<br>• Grid-like mouth<br>Long loin cloths held up by circular stones |
| 111 | TRU-Scale Conversion Kit for Space Marine Storm Raven.<br><br>We are also releasing a much-needed (in this humble hobbyist opinion) TRU-Scale Conversion kit for the Games Workshop Space Marine Storm Raven. This resin kit expands the hull of the Storm-Raven making it much longer and actually makes it realistic to think the | The Chapter House product is a conversion kit for Games Workshop's 'Stormraven Gunship'.<br><br>Miniature by sculpted by Dale Stringer from a Jes Goodwin design<br><br>http://www.games- |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|-----|-----------------------------------------------|----------------------|
| | Storm-Raven can carry the troops it is supposed to carry. We also included a grapple for carrying dreadnoughts (easily magnetized if you want to actually mount your walkers on the transport) as well as a hatch to cover the turret mount if you are inclined. MSRP $17.50 for the 9-piece resin kit. Availability in 2 weeks. | workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a<br><br>p37 Codex Grey Knights 2010 |
| 112 | Conversion Kits.<br><br>Next up are three smaller conversion kits. First is a set of five resin "gun-halberds" for 28mm scale models (or Heroic Scale). These weapons are composed of a power halberd that incorporates a bolter at the head. These may be a good match for "Grey Knight" players or for those custom made custodes models. Each 5 weapon set MSRP is $6.00. | Games Workshop sells Halberds<br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1570033<br><br>'Custodes' are the personal guard of the Emperor of Mankind. Games Workshop does not yet sell miniatures of Custodes but they are depicted in artwork in *Horus Heresy: Collected Visions* ©Games Workshop Limited 2007.<br>Custodes are armed with halberds with built in 'bolters' at the head.<br><br>*Horus Heresy: Collected Visions*, ©Games Workshop Limited 2007, p152.<br>(Legio Custodes / Sam Wood / 2004)<br><br>Grey Knights are a Space Marine Chapter that fight using Halberds.<br><br>Miniature by sculpted by Martin Footit from a Jes Goodwin design<br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1160008a |
| 113 | Conversion Beamer Servo Harness Kit for Space Marine Model<br>This resin kit sculpted and designed by Stephen Smith consist of 5 resin components. The kit fits on a standard Games Workshop Space Marine model. The design of the servo-backpack and conversion beamer weapon allow the model to hold the weapon under-slung on either arm.<br><br>Next we have a conversion-beamer and servo arm backpack set that is sculpted to work seamlessly with Games Workshop Space Marine models. If you are an aspiring tech-marine and are tired of trying to put together your very own conversion-beamer, this kit may save you some headaches. Consisting of 4 resin pieces, this easily poseable and | A 'Conversion Beamer' is a Space Marine weapon of great power and can be used as a weapon option for a Space Marine Master of the Forge. The conversion beamer was included in *Codex Space Marines* ©Games Workshop Limited 2008, p70.<br>Chapter House released their product after the Codex description was released.<br><br>*Codex Space Marines* ©Games Workshop Limited 2008, p70.<br>( DG551 Conversion Techmarine/ Dave Gallagher / 2002)<br><br>VAL'THEX ASTRAL CLAWS MASTER OF THE FORGE<br><br>Miniature designed by Mark Bedford<br><br>http://www.forgeworld.co.uk/Home/Search- |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | magnetized kit MSRP's for $9.50. | Results.html?filter_type=6&filter_Action=0&filter_name=SearchTerm&submit=GO&filter_value=conversion+beamer |
| | | Contemptor Heavy Conversion Beamer |
| | | Miniature designed by Will Hayes |
| | | http://www.forgeworld.co.uk/Home/Search-Results.html?filter_type=6&filter_Action=0&filter_name=SearchTerm&filter_value=valthex |
| | | p71 Codex Space Marines 2008. Servo arms |
| | | p70 Codex Space Marines 2008 |
| 114 | Death Angel Doors for Space Marine Land Raider kit | This kit uses the trademarks Games Workshop, Space Marine, Land Raider and Dark Angel. |
| | The Death Angel Land Raider door kit was designed to replace the standard doors on the Games Workshop Space Marine Land Raider. Incorporating original art work, each piece allows you to add further detail to your model by adding images of the Grim Reaper or the Dark Angel. | The 'death angel' on the left carries a Heavy Flamer which is a Games Workshop weapon. http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod350007a |
| | Each piece was sculpted by and and designed by Tomas Fiertek. | Miniature designed by Juan Diaz Ramos |
| | Kit consist of 6 finely sculpted resin components. | The 'death angel' on the right carries a gun which looks like Games Workshop's Assault Cannon. This style of barrelled machine gun is not unique to Games Workshop but does fit with the Warhammer 40,000 range http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1400034 |
| | Lastly we have a new door kit for Games Workshop's Land Raider vehicle. This 6 piece resin kit consist of 4 doors, 1 set of wings (for side door) and one chain of ammo (for same door). The set features grim-reaper or death angels in various battle poses. Whether you are a Dark Angel fan or just like the gloominess of grim-reapers, this set adds a personal touch to the already awesome Games Workshop Land Raider plastic kit. This kit simply replaces the standard doors that come with the GW model. MSRP is $11.500. | p101 Codex Space Marines 2008. Heavy Flamer p101 Codex Space Marines 2008. Assault cannon |
| | The Death Angel Land Raider door kit was designed to replace the standard doors on the Games Workshop Space Marine Land Raider. | |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | Incorporating original art work, each piece allows you to add further detail to your model by adding images of the Grim Reaper or the Dark Angel.<br><br>Each piece was sculpted by and and designed by Tomas Fiertek.<br><br>Kit consist of 6 finely sculpted resin components. | |
| 115 | SCAR & Sniper Rifle 28mm Pack - 8<br><br>A set of 8 Various SCAR and Sniper Rifles cast in resin. Each set includes 8 highly detailed 28mm weapons modeled after present day weapons. Scaled for use with 28mm wargame minis (GW Imperial Guard).<br><br>Set contains: 2 SCAR Autoguns, 2 SCAR Autoguns with Grenade Launchers, 2 SCAR Lasguns, 2 Sniper Rifles<br><br>This product is sold unpainted and some cleaning may be required.<br><br>Master sculpt by Jeff Nagy. | The product implicates trademark issues only, not copyright. |
| 116 | SCAR Drum Magazine Autoguns Resin 28mm - 6 | The product implicates trademark issues only, not copyright. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | A set of 6 SCAR Drum Magazine Autoguns cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day SCAR rifles. Scaled for use with 28mm wargame minis (GW Imperial Guard).<br><br>This product is sold unpainted and some cleaning may be required.<br><br>Master sculpt by Jeff Nagy.<br><br>Painted by Jason Phillips | |
| 117 | SCAR Lasguns Resin 28mm - 6<br><br>A set of 6 SCAR Lasguns cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day SCAR rifles with laser modifications. Scaled for use with 28mm wargame minis (GW Imperial Guard).<br><br>This product is sold unpainted and some cleaning may be required.<br><br>Master sculpt by Jeff Nagy.<br><br>Painted by Jason Phillips | 'Lasguns' are the standard weapon of the Imperial Guard infantryman. A key feature of 'las' weapons is the angled end to the gun rifle.<br><br>Imperial Guard Cadian Shock Troops http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod2070014<br><br>Miniatures designed by Brian Nelson<br><br>p38 Codex Imperial Guard 2008. Lasgun with attached scope. |
| 118 | **SCAR Drum Magazine with Grenade Launchers Resin 28mm - 6**<br><br>A set of 6 SCAR Autoguns Drum Magazines with underslung grenade launchers cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day SCAR rifles. Scaled for use with 28mm wargame minis (GW | The product implicates trademark issues only, not copyright. |

4816-2515-6366.2

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | Imperial Guard).<br><br>This product is sold unpainted and some cleaning may be required.<br><br>Master sculpt by Jeff Nagy.<br><br>Painted by Jason Phillips | |
| 119 | **Sniper Rifles Resin 28mm - 6**<br><br>A set of 6 Sniper Rifles cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day sniper rifles. Scaled for use with 28mm wargame minis (GW Imperial Guard).<br><br>This product is sold unpainted and some cleaning may be required.<br><br>Master sculpt by Jeff Nagy.<br><br>Painted by Jason Phillips | The product implicates trademark issues only, not copyright. |
| 120 | Lava World Bases | There are no IP concerns with these bases. |
| 121 | It has been a little while since our last release. We have been hard at work at Chapterhouse Studios, looking for the next toy to release for the Heresy Era 40k players. I am happy to show the Javelin Class Jet Bike. | Emperor's Children Space Marine Jet Bike Squad. This shows a Space Marine Jet Bike from the Horus Heresy era.<br><br>p15, *Horus Heresy: Collected Visions* ©2007 |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | This multi-part customizable resin kit contains 8 resin components. We have included 2 engine options, this will allow you to make a regular and a scout version of the Javelin Jet Bike. We also included 2 different bolt gun mounts that will allow the addition of different special weapons (plasma, melta, grenade launchers etc). These conveniently fit our combi-weapon conversion bits.<br><br>Also included in the kit are a set of legs and arms that will allow you to use other companies torsos and heads to model a rider. Flight stand will be included.<br><br>Our target price for the Javelin Jet Bike is $14.00 and the release will be on November 5th.<br><br>Kit is shown with Chapterhouse Studios helmets and torso (not included).<br><br>Concept sketches from designer posted on DakkaDakka http://www.dakkadakka.com/dakkaforum/posts/list/335180.page | (2034_Jet Bike Squad / Eric Ren / 2003)<br>The bike is copied from the artwork in *Horus Heresy: Collected Visions* using elements from the current Space Marine Bike model sold by Games Workshop.<br><br>Artwork – Distinctive front grill in large straight vertical lines with the chassis protruding underneath out in front of the bike. Two boltguns on top of the front of the bike. Two exhaust pipes on the side of the bike.<br><br>Bike Model (See sprue comparison below) – the tank (section below handle bars) has been copied as the shape, trim and circle decoration are the same. Three tubes lead into engine below the tank. The Space Marine arms are identical in design.<br><br>The model riding the bike copies several key features of a Space Marine:<br>• Leg Armour<br>   o Flared with angled edges to match width of boots<br>   o Cut at bottom of leg around shape of boot<br>   o Joints at hips and back of knee are joined by grooved sections<br>• Shoulderpads<br>   o Covering from start of shoulder to above the elbow<br>   o Large border around outer edge<br>   o Large round studs on the shoulder pads are a feature of Mark V Space Marine armour worn during the Horus Heresy period.<br><br>The main element of the Games Workshop heresy jet bike design that is missing from the Chapter house model is the swooping eagle design on the front. The concept sketch shows the swooping eagle design being removed from the bike. |
| 122 | Death Angel Storm Shield | The product implicates trademark issues only, not copyright. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | This is a single pewter combat or storm shield for 28 mm figures. This oval shaped shield has an image of a grim reaper or dark angel standing on a pile of skulls.<br><br>If to be used on Games Workshop models, this is more suitable for a terminator model as opposed to a space marine model (it would look a bit large for the smaller armor).<br><br>http://chapterhousestudios.com/webshop/component/virtuemart/?page=shop.product_details&category_id=15&flypage=flypage.tpl&product_id=127&vmchk=1 | |
| 123 | Monday, 29 August 2011 01:37<br><br>Today our second complete miniature figure is released for sale.<br><br>**Armana'serq Warrior Priestess**<br><br>*The gods have always demanded worship and sacrifice but in return they grant their most zealous followers with supernatural strength and skills. Serqitet, goddess of the scorpion protects her followers through her warrior priestess. Armed with sword and pistol, Armana'serq leads her fellow warrior-priest into combat through stealth and subterfuge.*<br><br>This unpainted 28mm scale pewter model consist of 6 components - body and 5 variant arms. A 25mm slotted base is included. Armana'serq is available here for $13.50<br><br>Look for our exciting TRU-Scale Storm Raven Extension kit next week!<br><br>Nick- Chapterhousestudios.com | This model has been copied from Jes Goodwin's exarch sketches. Jes takes his old sketch books to Games Days and in the past has allowed people to take photographs from them. This image has been available on the internet, albeit it is grainy.<br><br>Eldar Striking Scorpions<br><br>• Plate armour<br>• Chainswords<br>• Thick locks of hair coming from the top of the head<br>• "The signature attack of the Striking Scorpion is made by the weapon pods housed on either side of the warrior's helmet, known as mandiblasters. These are short-ranged laser weapons used to deliver a deadly energy sting in close combat." P.33 *Codex Eldar* ©2006.<br>• The Chapter House model has a similar device either side of the jaw.<br>• Striking Scorpions are stealthy infiltrators. P.33 *Codex Eldar* ©2006.<br><br>p69 Warhammer 40,000 Compilation 1991<br><br>p69 Warhammer 40,000 Compilation 1991<br>Wrist mounted weapon on left arm. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | p59 Warhammer 40,000 Compilation 1991 |
| | | A unit champion known as an 'Exarch' can be armed with special weapons. One is the 'Scorpion's claw', a pincer claw with a mounted gun attachment. The other is a 'Biting blade', which is a long two handed chainsword. Both these weapons are available with Chapter House's model. |
| 124 | Abbithan Banshees Guardswoman 28mm figures – 10 | p6 Codex Imperial Guard 1995. Imperial Guard Cadian Shock Troops |
| | This resin conversion kit contains 12 torsos, 12 legs, 12 heads, 12 backpacks and enough bases to assemble a 12 woman unit of Abbithan Banshees Guardswoman. Models are scaled for 28mm wargames. Models do not come with arms and weapons. | Cover art, Codex Imperial Guard 2008. |
| | Display models shown assembled with Games Workshop Cadian Imperial Guard arms and weapons for compatibility purposes. | |
| | (Chapterhouse Studios recommends Games Workshop Imperial Guard weapons and arms, in particular Cadian Imperial Guardsman arms) http://chapterhousestudios.com/index.php?route=product/product &path=77&product_id=163 | |
| 126 | **TRU-Scale Knight Praetorius Conversion Kit – 6** http://chapterhousestudios.com/index.php?route=product/product &product_id=204 | p28 Codex Space Marines 2008. Space Marine. |
| | | Cover art, Codex Space Marines 2008. Space Marines |
| | Product Code: TRU-Scale Knight Praetorius Conversion Kit – 6 | p20 Codex Space Marine 2008 The Torso of MK8 armour is characterised by a high collar. |
| | **Please note we have had outstanding demand for this product and we are receiving new supply weekly any pre-orders placed will be priority before we stock any in the store. These are available for "pre-order" or pre-payment and this will** | p34 Warhammer 40,000 Compendium |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | guarantee you a kit before any order that comes after you. Expected delay in shipping when ordered while on pre-order is 1-2 weeks.<br><br>The "Knights Praetorius" are the Empress' most loyal soldiers. Each is endowed with a touch of the Empress' psychic powers when admitted into the unit. While few in number, each is a match for 10 lesser men, the psychic unity with the Empress allows a measure of prescience as well as formidable endurance. Both men and woman are allowed to test to join the unit, but few survive this testing.<br><br>*In a future where knowledge and technology rule. Aliens and humans battle for resources over countless worlds in a race to the become the dominate power*<br><br>*Earth has been divided into two warring factions although each faction has claimed a whole system to rule over-, they continue to fight over who should rule over earth.*<br><br>*Queen Eva Kimlar is the leader of the Valharian Empire, a powerful psyker that has merged psionics with technology. Kimlar is the manipulator of men and can influence their thoughts, it is almost impossible for a male to deceive her as she can see your innermost secrets in your eyes as if watching them play out on a screen. As a the strongest known psyker in existance she shares a link with her most loyal followers on a level a normal human could not comprehend.*<br><br>*Her influence on peoples actions are stronger over men than women, thus she has to use her strong political skills and natural charisma to win over the female population.*<br><br>**Each resin kit comes unassembled and unpainted. The**28 mm TRU-Scale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, | MK6 armour, pointed helmet and shoulder studs. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|-----|----------------------------------------------|----------------------|
|  | 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.* Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.<br><br>**Examples of assembled and painted models by Stephen Smith and consist of numerous components from different manufactures for the weapons, arms, heads and weapon effects are available here.** | |
| 128 | Hotshot Lasgun Pack<br><br>This is a 2 piece metal model of a heavy laser and a power pack. Designed to be compitable with 28mm wargaming miniatures and can be used to convert Imperial Guard Storm Trooper models.<br><br>This product is sold unpainted and some cleaning may be required. | Hot-shot lasguns/Hot-shot Laser Power pack<br><br>Hot-shot lasguns are lasguns (see 119) which are able to fire more powerful shots due to being attached to a power pack.<br><br>p21, 'Codex Imperial Guard' ©1995 |
| 129 | **Iconoclast Conversion kit for Space Marine Land Raider**<br><br>This resin kit consist of 12 components that when combined with the Games Workshop Space Marine® Land Raider will create a more heavily armored vehicle to transport your toy soldiers on the battlefield. The Iconoclast conversion kit consist of the following components - 2 side armored sponsons, 2 sponson upper components, 2 weapon mounts, 2 side hatches, 2 armored sensor units, 1 central hull and turret mount and 1 upper turret armor piece.<br><br>The Iconoclast conversion kit is designed to be fully compatible with all plastic versions of Games Workshop's Space Marine | The product implicates trademark issues only, not copyright. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | Land Raider. As this kit will require modification of the sponson weapons to attach to the drum weapon mounts, modeling experience is recommended. | |
| | Land Raider modell shown is not included and is displayed to illustrate use of the conversion kit and compatibility. | |
| | Components sold unpainted and unassembled. | |
| 130 | **Magnetic Turret Kit for the Storm Raven** | See 111 for Storm Raven. |
| | The Chapterhouse Studios "Magnetic Turret Kit for the Storm Raven" is a resin model kit that modifies the Games Workshop Storm Raven vehicle. It is composed of 13 pieces - 7 piece turret, 2 laser cannons, 2 plasma cannons, 2 assault cannons and 8 magnets. Our turret design allows you to easily switch between the lascannon, plasma cannon or assault cannon options available to the Storm Raven game piece according to the rules published by Games Workshop. | p37 Codex Grey Knights 2010.<br><br>p101 Codex Space Marines 2008. Assault Cannon.<br><br>p101 Codex Space Marines 2008. Lascannon. |
| | Storm Raven model hull shown is not included and is displayed to illustrate use of the conversion kit. | |
| | Components sold unpainted and unassembled. | |
| 131 | **Magnetic Turret Kit for the Razorback** | See 130 for lascannon. |
| | The Chapterhouse Studios "Magnetic Turret Kit for the Razorback" is a resin model kit that modifies the Games Workshop Space Marine Razorback vehicle. It is composed of 17 pieces - 7 piece turret, 2 heavy bolt guns, 2 laser cannons, 2 heavy flamethrowers, 2 assault cannons, 2 plasma guns and 12 | p5 Codex Space Marines 2004. Space Marine Razorback with twin-linked lascannon turret.<br><br>p35 Codex Space Marines 2004. Razorback with twin-linked heavy bolter. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | magnets. Our turret design allows you to easily switch between the lascannon, lascannon with twin-linked plasma guns, heavy bolter, heavy flamers or the assault cannon options available to the Razorback tank game piece according to the rules published by Games Workshop.<br><br>Razorback tank model shown is not included and is displayed to illustrate use of the conversion kit.<br><br>Components sold unpainted and unassembled | |
| 132 | **Open-Fisted Power Claws compatible with Games Workshop Space Marine model**<br><br>This is a pair of resin power claw arms for 28 mm figures. They are designed to be compatible with Games Workshop Space Marine models. Each set of claws come consist of 8 parts - 4 open-fisted power claws or blades, 2 armored arms and 2 power cables.<br><br>The shoulder armor pieces are approximately the same size as the shoulder armor on a Games Workshop Terminator model and will easily accept any of our "Terminator Shoulder Pads". The shoulder armor can be easily cut down in size to accomodate any of our "Power Armor Shoulder Pads". These can be used as lightning claws or any sort of power blades.<br><br>Components sold unpainted and unassembled.<br><br>**Released March 2012.** | p101 Codex Space Marines 2008. Lightning Claw.<br><br>p92 Codex Space Marines 2008.<br><br>p27 Codex Blood Angels 2009.<br><br>p10 Warhammer 40,000 Compilation 1991.<br><br>p53 Codex Ultramarines 1994. |
| 133 | **Close-Fisted Power Claws compatible with Games Workshop Space Marine model**<br><br>This is a pair of resin power claw arms for 28 mm figures. They | See 132.<br><br>p101 Codex Space Marines 2008. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | are designed to be compatible with Games Workshop Space Marine models. Each set of claws come consist of 8 parts - 4 close-fisted power claws or blades, 2 armored arms and 2 power cables.<br><br>The shoulder armor pieces are approximately the same size as the shoulder armor on a Games Workshop Terminator model and will easily accept any of our "Terminator Shoulder Pads". The shoulder armor can be easily cut down in size to accomodate any of our "Power Armor Shoulder Pads". These can be used as lightning claws or any sort of power blades.<br><br>Components sold unpainted and unassembled. | |
| 134 | **Pilum Imperial Attack Jet Bike**<br><br>This multi-part customizable resin kit contains 21 resin components. This set includes our standard Javelin Jet Bike kit as well as 12 new components to upgrade it to an "attack" variant - the Pilum Jet Bike. Two side mounted weapon options are included - our Heavy Bolt Gun and a Heavy Melta Gun. **This kit is specifically designed to allow the two heavy weapon options to be magnetized and this kit includes 6 magnets as well.**<br><br>We also included 2 different bolt gun mounts that will allow the addition of different special weapons (plasma, melta, grenade launchers etc). These conveniently fit our combi-weapon conversion bits.<br><br>Also included in the kit are a set of legs and arms that will allow you to use other companies torsos and heads to model an armored rider. Flight stand will be included. Please note the peg hole is sized for Games Workshops flight bases, in order to use our bases you will have to widen the holes diameter slightly. | See 121 for jetbike comparison<br><br>p101 Codex Space Marines 2008.<br>The meltagun is identifiable by its unique muzzle, a long cylinder with heat vents marked into it. The multi-melta is the heavy weapon equivalent, incorporating two of these muzzles one above the other.<br><br>p101 Codex Space Marines 2008.<br>The heavy bolter is a heavy version of the Boltgun. It is recognisable by its large block body and round silver muzzle with a large hole in the side.<br><br>-The rules options for Space Marine attack bikes allow 2 weapon choices: Multi-melta or Heavy Bolter. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | (Riders Shoulder Pads, Torso and Head not included and sold seperately) | |
| | Models supplied unassembled and unpainted as always. | |
| | I have a limited number of these kits on hand, and we will be getting more in next week, if you place a pre-order they will ship the week they arrive in. | |
| | Till next time! | |
| | Nick Villacci - Chapterhouse Studios LLC | |
| 135 | **Alternative Heads for Tau Crisis Suits - Set #1** | Cover art, Codex Tau Empire 2005. |
| | A pewter set of 3 new alternative head sculpts designed to fit on the Games Workshop Tau Crisis or Broadside Battlesuits. Each set comes with 3 different robotic heads as well as a sprue of antenna to further modify the components. | p32 Codex Tau Empire 2005. |
| | | p34 Codex Tau Empire 2005. |
| | Games Workshop Tau Crisis Suit model is shown for scale and exable of use only and not included. | p45 Codex Tau Empire 2005. |
| | Components sold unpainted and unassembled. | |
| 136 | **Alternative Heads for Tau Crisis Suits - Set #2** | See 135 above |
| | A pewter set of 3 new alternative head sculpts designed to fit on the Games Workshop Tau Crisis or Broadside Battlesuits. Each set comes with 3 different robotic heads as well as a sprue of antenna to further modify the components. | |
| | Games Workshop Tau Crisis Suit model is shown for scale and exable of use only and not included. | |

4816-2515-6366.2

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|-----|----------------------------------------------|----------------------|
| | Components sold unpainted and unassembled. | |
| 137 | **Heresy-Era Shoulder Pads for Terminators Type E - 2 pads**<br><br>This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad itself has leather segments flowing down and 2 distinct armored sections on the upper armor.<br><br>This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only). | Pre-Heresy and Heresy Era Terminator shoulder pads<br><br>p274 Horus Heresy Collected Visions<br><br>These Heresy-era Terminator shoulder pads feature two layers of plate with metal ended hanging straps. The metal plates have a studded border and the top plate has a cut out section in the lower, outer corner. |
| 138 | **Heresy-Era Shoulder Pads for Terminators Type D - 2 pads**<br><br>This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has leather straps with metal rings on the ends flowing down and 2 distinct armored sections on the upper armor.<br><br>This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only). | Pre-Heresy and Heresy Era Terminator shoulder pads<br><br>p78, Horus Heresy Collected Visions<br><br>These Heresy-era Terminator shoulder pads protrude further out from the shoulders. The lower plate is mounted higher, level with the cut out section, rather than below it as seen in 137 above. |
| 139 | **Heresy-Era Shoulder Pads for Terminators Type B - 2 pads**<br><br>This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and | Pre-Heresy and Heresy Era Terminator shoulder pads<br><br>pp103 and 268 Horus Heresy Collected Visions<br><br>These Heresy-era Terminator shoulder pads feature the bold studs that characterise Heresy era armour. They represent bolts that have been used to |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|-----|---------------------------------------------|----------------------|
|     | the pad has armor studs on the 2 upper armor surface and on the leather straps.<br><br>This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only). | repair battle-damaged armour during the Heresy. See MKV power armour. |
| 140 | **Heresy-Era Shoulder Pads for Terminators Type C - 2 pads**<br><br>This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has leather straps flowing down and 2 distinct banded armored sections on the upper surface.<br><br>This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only). | See 137 above for Pre-Heresy and Heresy Era Terminator shoulder pads<br><br>See 68 for MK1 power armour banded shoulder pads. |
| 141 | **Heresy-Era Shoulder Pads for Terminators Type A - 2 pads**<br><br>This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the bad itself has draping armored segments flowing down and 3 distinct armored sections on the upper armor.<br><br>This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only). | See 137 above for Pre-Heresy and Heresy Era Terminator shoulder pads<br><br>See 68 for MK1 power armour banded shoulder pads. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|-----|---------------------------------------------|----------------------|
| 142 | **TRU-Scale Knight Praetorius "Order of the Empress's Tears" Conversion Kit - 6** | See 126 above. |
| | | Yellow armour with black and white checked patterns is the colour scheme of the Lamenters Space Marine Chapter. |
| | The "Knights Praetorius" are the Empress' most loyal soldiers. Each order has a history as well as heraldry that is unique to its ranks. The Order of the Empress's Tears is named so because of the near annihilation the order faced when they were the sole defense for the Empress when her Flagship came under assault during the Battle of Permidian. Isolated and without support, the order was annihilated to almost the last soldier before reinforcements had arrived. Only 2 soldiers survived the Kin'rth attack against the Empress and her closest advisors. Because of this sacrifice, the Empress renamed the unit and the units heraldry includes the "red tears" of the empress as its main standard. | They were created from the Blood Angels Chapter and so also use blood drop iconography.<br><br>p113 Imperial Armour Volume 9 The Badab War Part 1<br><br>p35 Warhammer 40,000 Compendium 1989. |
| | Each resin kit comes **unassembled and unpainted**. The 28 mm TRU-Scale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.* Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit. | |
| | **Examples of assembled and painted models by Worthy Painting Artist Alistair Armes are available here.** | |
| 143 | **TRU-Scale Knight Praetorius Conversion Kit -6** | This kit comprises parts from other Chapter House products. |
| | | Although they primarily produce 'bits' and conversion kits they now have enough of their own separate products to construct full models. |
| | The "Knights Praetorius" are the Empress' most loyal soldiers. Each is endowed with a touch of the Empress' psychic powers when admitted into the unit. While few in number, each is a match for 10 lesser men, the psychic unity with the Empress | |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | allows a measure of prescience as well as formidable endurance. Both men and woman are allowed to test to join the unit, but few survive this testing. | |
| | *In a future where knowledge and technology rule. Aliens and humans battle for resources over countless worlds in a race to the become the dominate power* | |
| | *Earth has been divided into two warring factions although each faction has claimed a whole system to rule over-, they continue to fight over who should rule over earth.* | |
| | *Queen Eva Kimlar is the leader of the Valharian Empire, a powerful psyker that has merged psionics with technology. Kimlar is the manipulator of men and can influence their thoughts, it is almost impossible for a male to deceive her as she can see your innermost secrets in your eyes as if watching them play out on a screen. As a the strongest known psyker in existance she shares a link with her most loyal followers on a level a normal human could not comprehend. Her influence on peoples actions are stronger over men than women, thus she has to use her strong political skills and natural charisma to win over the female population.* | |
| | **Each resin kit comes unassembled and unpainted.** The28 mm TRU-Scale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.* Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit. | |
| | Displayed model painted by Jose Veiga and incorporates kits from Chapterhouse Studios - <u>Spiky Marine Head, Open Fist Power Claws, and Combi-Flamer Component</u> | |
| | **Examples of assembled and painted models by Stephen Smith** | |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|-----|---------------------------------------------|----------------------|
|     | and consist of numerous components from different manufactures for the weapons, arms, heads and weapon effects are available here. |  |

| |
|---|
| **Plaintiff's Exhibit A** |
| **Entry 1** |

GW failed to produce the following allegedly infringed works: p10, Warhammer 40,000 Compilation, 1991

Thunder Hammer Conversion Pack | Games Workshop

Page 1 of 1

# GAMES WORKSHOP®

Customer Service 1-800-394-4263 | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $30

0 item(s) © $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

Warhammer 40,000   &tc   Thunder Hammer Conversion Pack

## Thunder Hammer Conversion Pack

Like   9     ADD TO CART



**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on
Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New
Today

Print
Email to a Friend

### Have you got?



$17.00                add to cart
**Space Marine Terminator Captain**



$35.00                add to cart
**Space Marine Chapter Masters**

### Thunder Hammer Conversion Pack

Space Marine Command Squads and Vanguard Veterans are experienced warriors who are often gifted with powerful weapons from the Chapter's arsenal. The thunder hammer is one such weapon. With a thunder hammer in his hands, a Space Marine can smash clean through most opponents making a mockery of any armour they may be wearing. Suffice to say, it's a weapon that's as messy as it is deadly. A warrior with a thunder hammer will often carry a storm shield into battle. Contained within the shield is a powerful force field that can repel incoming attacks, allowing the user to get close enough to the enemy to use the full force of the thunder hammer in his other hand. It's a deadly combination and one that has proven very effective across the imperium.

This pack contains 15 components including: five thunder hammers, five storm shields and five shoulder pads bearing the Crux Terminatus. This pack is designed for use on Space Marine miniatures wearing power armour. All of these components are supplied unpainted and require assembly - we recommend using Citadel Super Glue and Citadel Paints.

Availability: Usually ships within 24 hours.
Part Code: 6066101398

**Price: $14.00**
Quantity  1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

Carry Our Products   Real Estate   Privacy Policy   Legal   Careers   About Us   Investor Relations   Stock Library   Forge World   Site Map   Contact Us

Country Select

Copyright © Games Workshop Limited 2000-2011  © New Line Productions Inc.  © The Saul Zaentz Company d/b/a Middle-earth Enterprises   All rights reserved to their respective owners

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1400033&ro...   8/10/2011

GW0002482

## Exhibit 1-A-1
[Plaintiff's Exhibit A, Entry No. 1 – 80% actual size]

GW allegedly infringed work: "Games Workshop sells Thunder Hammers
available on its website."



**Exhibit 1-B**
[Plaintiff's Exhibit A, Entry No. 1]

Photograph of Chapterhouse Studios product No. 1



Customer Service   1-800-394-4263 | Welcome! | Sig

FREE SHIPPING ON ALL ORDERS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Find a Gift List

Product :

Warhammer 40,000    Elites    Space Marine Terminator Close Combat Squad

**Have you**



$17.00
Space Marine Termina

**Categories**

Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Books
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

# Space Marine Terminator Close Combat Squad

Tweet    Like   81        ADD TO CART





$16.00
Space Marine Chaplain Armour

### Space Marine Terminator Close Combat Squad

A Chapter's first company is known as the Veteran Company and contains its bravest and most heroic Space Marines. Invariably the most powerful Company in the Chapter, its warriors are trained to take to the field in the mighty Terminator armour. In battle Terminators are deployed where the fighting is certain to be at its bloodiest.

This box set contains five multi-part plastic Space Marine Terminators, and includes options for a Sergeant and the choice of either a pair of lightning claws or thunder hammer and storm shield for each Terminator. Models supplied with 40mm round bases.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99120101037

**Price: $50.00**

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share



$66.00
Space Marine Land Ra Crusader/Redeemer

**Related A**

○ Space Marine: Heroes Astartes

○ Planetstrike: Planetstrik Defending with Space

○ Getting Started With S

With this box set you can make the following:

### Terminator Assault Squad

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Terminator Sergeant | 4 | 4 | 4 | 4 | 1 | 4 | 2 | 9 | 2+ |
| Terminator | 4 | 4 | 4 | 4 | 1 | 4 | 2 | 9 | 2+ |

**Exhibit 1-A-2**
[Plaintiff's Exhibit A, Entry No. 1 – 80% actual size]

GW allegedly infringed work: "Games Workshop sells Thunder Hammers available on its website."



**Exhibit 1-B**
[Plaintiff's Exhibit A, Entry No. 1]

Photograph of Chapterhouse Studios product No. 1



GW0002419

**Exhibit 1-A-3**
[Plaintiff's Exhibit A, Entry No. 1]

GW allegedly infringed work: "Space Marine Collector's Guide 2003, page 14."



**Exhibit 1-B**
[Plaintiff's Exhibit A, Entry No. 1]

Photograph of Chapterhouse Studios product No. 1



## Storm Shield

A storm shield is a solid shield that has an energy field generator built into it. The energy field is capable of deflecting almost any attack, even blows from lascannons and power weapons.

A model with storm shield has a 3+ invulnerable save. A model equipped with a storm shield can never claim the +1 Attack bonus for being armed with two close combat weapons in an assault.

## Teleport Homer

Teleport homers emit a powerful signal enabling Space Marine Strike Cruisers to lock on to them with their teleportation equipment. By utilising this signal, the risk of missing the intended mark is greatly reduced, as are the dangers of more serious accidents. If Terminators wish to teleport onto the battlefield via deep strike and choose to do so within 6" of a model carrying the homer, then they won't scatter. Note that the teleport homer only works for units that are teleporting, not for units entering play using jump packs, drop pods or other means of transport. Also note that the homer must already be on the table at the start of the turn for it to be used.

**Bolt Pistol**
+++Standard issue+++

**Plasma Pistol**
+++Single core pattern+++

**Boltgun**
+++Codreyn pattern+++
Firepower, always firepower.

**Assault Cannon**
+++Asturtes MK II: Abtisia pattern+++
High capacity, fast-change ammunition hopper.

"Do not forsake your sidearm. It is the deliverer of wrath and a constant companion in a life of unending battle."

**MK III Combi-plasma**
+++Aloyshi pattern+++

**Heavy Bolter**
+++Asturtes MK IV+++
The heavy bolter sings praises to the Emperor with a voice that will never tire.

**Lascannon**
+++MK VII: Alternate sighting arrays+++
As pure and wrath as justice itself.

**Boltgun**
+++Asturtes MK Illax+++
A warrior is as skilled as the quality of his armament permits.

**Flamer**
It is more than just a weapon. It is the redeemer of the the corrupt and the purifier of the tainted.

**Heavy Flamer**
+++MK III: I2 Burst Promethium tank+++
The fires of absolution shall cleanse. The work of the Emperor shall be done.

**Plasma Cannon**
+++MK XIII+++
Employ the plasma cannon against clusters of heavily armoured troops or light vehicles.

**Jump Pack**
+++Asturtes type I2+++
Extended lift capacity.

**Plasma Gun**
+++MK XII 'Ragefire' type+++
The noblest works incur the heaviest risks.

**Storm Shield**
+++Terminator issue+++
MKII generator.

**Storm Bolter**
One can never have too much firepower.

**Thunder Hammer**
+++Stormlord pattern+++
Conviction leads to strength. Justice gives it purpose.

+++Assault pattern 'Vulkan'+++
The fury of the meltagun is as nothing to our righteous rage.

**Combat Shield**
+++Limited issue+++
'Deliverance' pattern.

**Power Sword**
Armour is no protection against the blessed tools of the righteous.

**Chainsword**
+++MK XI 'Hell's Teeth'+++
Taste the fear of your enemy as he dies.

**Missile Launcher**
+++Soundstrike pattern+++
Never permit thine enemy to find you unprepared for the battle.

**Multi-melta**
+++Maxima pattern+++
It speaks with the roar of ten billion voices, seeking justice from an uncaring universe.

**Lightning Claw**
+++Angel's Talon type+++
The talons of vengeance, the scythe to sweep away those who would deny the Emperor's dream.

**Power Fist**
+++MKIX 'Castigator'+++
The powerfist smites the foe with all the fury of a thousand men.

GW0011388

**Exhibit 1-A-1**

[Plaintiff's Exhibit A, Entry No. 1 – 80% actual size]

GW allegedly infringed work: "p101, Codex Space Marines 2008"



**Exhibit 1-B**
[Plaintiff's Exhibit A, Entry No. 1]

Photograph of Chapterhouse Studios product No. 1

of a Terminator squad are linked to each other with pict-display units, allowing the Space Marines to see what their brother warriors see. All suits of Terminator armour are capable of this, but to avoid confusion, it is usual for only the Sergeant's armour to broadcast pict-signals.

## VETERAN SPACE MARINES

A Chapter's First Company is known as the Veteran Company and contains its bravest and most heroic battle brothers. Many of the First Company will have risen to the rank of Veteran Sergeant before being inducted to the First Company, though less experienced Space Marines are often accepted into its ranks for performing acts of exceptional courage. These Space Marines are mighty heroes

### THE CRUX TERMINATUS

Each Terminator bears a badge upon his left shoulder guard that is made from stone and is said to incorporate fragments of the Emperor's armour. At the climax of the Horus Heresy, the Emperor personally led an attack upon the Warmaster's battle barge alongside his most trusted warriors. During the fierce fighting, the Emperor came face to face with Horus, who, in the battle that resulted, grievously wounded him. Following Horus' defeat, it is said that the Emperor decreed that his armour be taken off and melted down, and that the pieces be made into badges that all Terminators could wear in recognition of the service performed in the defeat of Horus. However, if this is true, then each suit of Terminator armour must only contain the most miniscule of fragments.

whose legends have become part of the Chapter's history, and it is every warrior's ambition to become one of their Chapter's elite. The First Company is invariably the

most powerful Company in the Chapter, as many of its warriors are trained to take the field of battle wearing Terminator armour. All Space Marine Chapters maintain a .

*Chapter Approved Access Level: Ω thirty seven*



Black Templar Sword Brethren Terminator

Dark Angels Deathwing Terminator

Imperial Fist Assault Terminator

Ultramarines Terminator

*Thought for the day: Faith is your shield*

45

GW0001195

**Exhibit 1-A-2**
[Plaintiff's Exhibit A, Entry No. 1 – 80% actual size]

GW allegedly infringed work: "p45, Index Astartes IV 2004"



**Exhibit 1-B**
[Plaintiff's Exhibit A, Entry No. 1]

Photograph of Chapterhouse Studios product No. 1

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Eagle Thunder Hammer



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

Search `Search`

## Eagle Thunder Hammer

Product Code: Eagle Thunder Hammer
Reward Points: 0
Availability: 79

### Price: $1.50

Qty: 1

Add to Cart

✖✖✖✖✖  1 reviews  |  Write a review

Share

**Description** | **Reviews (1)**

This is a single pewter hammer for 28 mm figures.  This is a hammer sculpted with eagle or feather details on the head of the weapon..

If to be used on Games Workshop models, this is more suitable for a terminator model as opposed to a space marine model (it would look a bit large for the smaller armor).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Eagle Thunder Hammer



We accept    PayPal    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy     2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| --- |
| Entry 2 |

GW identifies but failed to produce the following allegedly infringed work: Cover art, Codex Black Templars 2005

## Home world

The Black Templars have no single home world, instead they live in their Crusade fleets, upon many battle barges, strike cruisers and other craft such as training vessels and gigantic forgeships. The Black Templars establish Chapter Keeps on every world they conquer or reclaim for the Emperor. The main purpose of the Chapter Keeps is to recruit new Space Marines from the population, and to act as staging posts for mustering the Crusades together. These Chapter Keeps are sizeable, with chambers to accommodate two to three Companies of Space Marines, but are far smaller than the Fortress Monasteries of other Chapters. However, there have been hundreds of Chapter Keeps established over the millennia, some of which are still standing, others which have fallen into ruin and disrepair and are no longer manned.

The High Marshal himself has his own battle barge, the *Eternal Crusader*, and he can travel from Crusade to Crusade lending his military genius and spiritual guidance to those under his command. The *Eternal Crusader* is gigantic, even for a battle barge, having been expanded and refitted over ten thousand years, with extra docking facilities for escort ships, additional launch bays for shuttles and Thunderhawks, as well as accommodation for twice as many Space Marines than a normal battle barge.

## Combat doctrine

The Black Templars have continued in the style of their founder, Sigismund, in preferring close combat to ranged warfare. Face-to-face with his enemy, a Space Marine can earn honour and respect and be sure that his foe is truly vanquished.

This is further emphasised by the fanaticism of Black Templars battle brothers, whose righteous anger makes them impatient and headstrong. They will drive towards the foe relentlessly, their own casualties only serving to spur them on faster, hungry for vengeance on the slayers of their brethren.

As part of their dedication to the Emperor, the Black Templars swear fell oaths of faith and protection. Before a battle, it is customary to renew one of these vows to the Emperor, the type of vow made focusing the thoughts of the Initiates on a particular aspect of their duties, encouraging extreme bravery, ruthlessness or sacred revulsion at the foe.

## Organisation

The Black Templars are a fleet-based Chapter. They are rarely assembled as a Chapter, but instead are divided into a number of Crusades at any one time. Each Crusade is led by a Marshal, while the High Marshal is responsible for monitoring the progress of all the current Crusades.

There usually numbers three or more Crusades at any one time – their history shows that during the Treachery of Dalmark there were as many as fourteen Crusades fighting across the Segmentum Solar. The size of a Crusade can also vary widely, sometimes as few as fifty to one hundred Marines, sometimes the equivalent of several Companies from a Codex Chapter. Only the Black Templars themselves have even the roughest idea how many Black Templars Space Marines there are, but it is obvious that they are far more numerous than most conventional Chapters, although dispersed over a much wider area. If certain accounts are taken to be true, then they could even be as strong as five to six thousand Battle-Brethren in total, a force which in the present Imperium would be all but unstoppable if ever gathered in a single place.

The larger Crusades are often broken down by their Marshal into Fighting Companies, led by Sword Brethren given the additional honorific of 'Castellan'. Whether such Companies exist or not, individual squads are



Exhibit 2-A-1

[Plaintiff's Exhibit A, Entry No. 2 – 80% actual size]

GW allegedly infringed work: "Index Astartes II 2003, page 45."

GW0001632



**Exhibit 2-B**
[Plaintiff's Exhibit A, Entry No. 2]

Photograph of Chapterhouse Studios product No. 2



**Exhibit 2-A-2**
[Plaintiff's Exhibit A, Entry No. 2 – 80% actual size]

GW allegedly infringed work: "Warhammer 40,000 Space Marine Land Speeder 1998, page 5."



**Exhibit 2-B**
[Plaintiff's Exhibit A, Entry No. 2]

Photograph of Chapterhouse Studios product No. 2



**Exhibit 2-A-3**
[Plaintiff's Exhibit A, Entry No. 2 – 80% actual size]

GW allegedly infringed work: "Forge World sell Mark V Heresy Space Marines
available on its website."



**Exhibit 2-B**
[Plaintiff's Exhibit A, Entry No. 2]

Photograph of Chapterhouse Studios product No. 2

# SPACE MARINE POWER ARMOUR

Most humans who have any contact with Space Marines will know and recognise the most common types of Space Marine armour quite readily. However there are older types of armour (also known as marks) which remain in service to this day and whose design differs greatly. Indeed, many of the older variants have special associations for particularly old or honoured Chapters and so may be worn by ceremonial guards or by elite units. Other Chapters are less formal in their use of armour, mixing various types into their fighting units with little or no regard for conformity. The degree of uniformity within a Chapter varies a great deal and is often determined by historical precedent or tradition.

Each Chapter's power armour is maintained by skilled Artificers. These are not Space Marines, but dedicated servants who spend their lives working for the Chapter. Over the history of a Chapter, especially talented Artificers become famous and justly celebrated, and examples of their work are much sought after. When a Space Marine earns a combat honour it is the Artificers who fashion the honour badge and fasten it onto the Marine's armour. Similarly, the Artificers make rank badges, long service accolades and other awards of distinction.

Artificers religiously hunt down elements of ancient armour. Such pieces will be lovingly restored, often plated with silver or gold, and then painstakingly engraved with naturalistic scenes, abstract designs or Chapter badges. Older types of armour are associated with the past history of many Chapters and often with the deeds of heroic individuals. A piece of armour that belonged to an old Chapter hero is valued above all others, for it implies his presence on the battlefield, witnessing the deeds of his successors. In this way, a single armoured plate or helmet might be heir to a long and famous history, having belonged to a whole succession of Space Marine heroes and been worked on by many renowned Artificers.

As well as resurrecting old pieces of armour for notable Space Marines, the Artificers also decorate and modify armour to suit particularly revered individuals. As a result of the Artificers' efforts over the many thousand years a Chapter has been in existence, it is quite common to find suits which combine elements of different marks as well as quite unique suits which have customised armoured plates or helmets. Some Chapters reserve such armour for special individuals, officers, or high ranking commanders. There is no fixed rule on this, it is a matter of Chapter tradition and preference how such armour is used. However, it is generally the case that very high ranking officials inherit special suits of armour, which they may then combine with their own existing suits so that their individual honours or personal pieces of armour are retained when they are appointed to a new position. So does a Chapter's power armour evolve down the centuries, each and every greave and gorget a recollection of mighty deeds and terrible battles won.



| | | | |
|---|---|---|---|
| Mk1 "Thunder" Pattern | Mk2 "Crusade" Pattern | Mk3 "Iron" Pattern | Mk4 "Maximus" Pattern |
| Mk5 "Heresy" Pattern | Mk6 "Corvus" Pattern | Mk7 "Aquila" Pattern | Mk8 "Errant" Pattern |

GW0011380

**Exhibit 2-A-3**
[Plaintiff's Exhibit A, Entry No. 2 – 80% actual size]

GW allegedly infringed work: "p20 Codex Space Marines 2008."



**Exhibit 2-B**
[Plaintiff's Exhibit A, Entry No. 2]

Photograph of Chapterhouse Studios product No. 2

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Studded-Shield Power Armor Shoulder Pad



# CHAPTERHOUSE STUDIOS

NEWS   ABOUT US   CONTACT   FORUM   GALLERY   COMMISIONS

Search | Search

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
  - Heads
  - Jump packs
  - Kits for Space Marine Vehicles
  - Shields
  - **Shoulder Pads**
  - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

## Studded-Shield Power Armor Shoulder Pad

Product Code: Studded-Shield Power Armor Shoulder Pad
Reward Points: 0
Availability: 215

**Price: $1.00**

Qty: 1

Add to Cart

0 reviews | Write a review

Share

**Description**   **Reviews (0)**

This is a single pewter shoulder pad for regular power armor, has a armored pattern of studs on the surface as well as a shield with chain.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Studded-Shield Power Armor Shoulder Pad



| **Plaintiff's Exhibit A** |
|---|
| Entry 3 |

Space Marine Chaplain with Skull Helmet | Games Workshop          Page 1 of 1

# GAMES WORKSHOP®

Customer Service   1-800-394-4263 | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $30
OFFER DETAILS

0 item(s) $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

Warhammer 40,000   HQ   Space Marine Chaplain with Skull Helmet

## Space Marine Chaplain with Skull Helmet

Like   21        ADD TO CART

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000 Assault on Black Reach
Warhammer 40,000 Essential's
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

**Have you got?**

$35.00          add to cart
Space Marine Command Squad

$37.25          add to cart
Space Marine Tactical Squad

### Space Marine Chaplain with Skull Helmet

The spiritual leaders of their Chapter, Chaplains are terrifying and sinister figures of holy purity, garbed in black power armour as befits such bringers of death.

This set contains 1 metal Space Marine Chaplain with Skull Helmet

Availability: Usually ships within 24 hours
Part Code: 99060101335

**Price: $15.00**

Quantity:  1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

**With this box set you can make the following:**

**Space Marine Chaplain**

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Chaplain | 5 | 4 | 4 | 4 | 2 | 4 | 2 | 10 | 3+ |

| | |
|---|---|
| Unit Composition: | 1 Chaplain |
| Unit Type: | Infantry |
| War Gear: | Power armour; Boltgun or bolt pistol; Frag and krak grenades; Rosarius; Crozius Arcanum |

Carry Out Products   Real Estate   Privacy Policy   Legal   Careers   About Us   Investor Relations   Black Library   Forge World   Site Map   Contact Us

Country Select

Copyright © Games Workshop Limited 2000-2011. © New Line Productions Inc. © The Saul Zaentz Company d/b/a Middle-earth Enterprises. All rights reserved to their respective owners.

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1050247

8/10/2011
GW0002466

**Exhibit 3-A**
[Plaintiff's Exhibit A, Entry No. 3 – 80% actual size]

GW allegedly infringed work: "Space Marine Chaplain with skull helmet."



**Exhibit 3-B**
[Plaintiff's Exhibit A, Entry No. 3]

Photograph of Chapterhouse Studios product No. 3



**Exhibit 3-A -2**

[Plaintiff's Exhibit A, Entry No. 3 – 80% actual size]

GW allegedly infringed work: "p6 Codex Space Marines 2004



**Exhibit 3-B**
[Plaintiff's Exhibit A, Entry No. 3]

Photograph of Chapterhouse Studios product No. 3

# CHAPLAIN

Chaplains are the spiritual leaders of the Chapter. They administer the rites, preserve the rituals and perform the ancient ceremonies of Initiation, Vindication and Redemption that are as important to a Space Marine Chapter as its roll of honour and skill at arms.

Chaplains are daunting figures even for other Space Marines to behold. Their power armour is jet black and adorned with icons of battle and tokens of ritual and mystery; their skull helms are death masks that evoke the stern visage of the immortal Emperor. Every aspect of a Chaplain's garb serves to remind all who gaze upon him of mortality's impermanence and thus the importance of preserving the immortal soul. Beneath this stern cladding is a man no less grim of aspect and manner. Chaplains are notoriously strict individuals. They are responsible for the spiritual wellbeing of their Battle-Brothers and renowned for their sense of duty. Through tenet and catechism they armour their brother Marines against heresy and false pride, instilling the wisdom of the Emperor in those who are his most trusted servants.

A Chapter's Chaplains are the keepers of the Reclusiam, the fortress-monastery's central shrine where prayer and worship is conducted. The Reclusiam is a place of great spiritual reverance, where battle standards hang from hallowed walls and the very stones echo with remembrance. Here are kept the Chapter's most holy relics: fragments of armour, banners from times of legend, and the raiments of ancient heroes who long ago passed beyond mortal service. But the Chaplains teach that the presence of a formal chapel is not necessary to honour the Emperor, that the maelstrom of battle is the only true place of worship for a Space Marine and the slaughter of foes the truest offering.

Space Marine Chaplains care nothing for the ravings of the Ecclesiarchy and ignore the dictates of the Imperial Cult in favour of their own ancient traditions. The first Space Marine Chapters were founded centuries before the development of the Imperial Cult and the dominion of the Adeptus Ministorum. Whereas the Adeptus Ministorum has gradually extended its influence over the many thousands of individual cults that once existed throughout the galaxy, it has never been able to influence the Space Marine cults which remain as stubbornly individualistic today as they ever were.

When war calls, a Chaplain fights wherever the conflict is fiercest, leading from the front and rejoicing in the slaughter of the enemy as one doing righteous work. He chants the liturgies of battle with every breath, punctuating his praise with strikes from his Crozius Arcanum – the skull-headed staff that is both badge of office and chosen weapon of war. By his example and his piety, the Chaplain exhorts his Brother-Marines to the pinnacle of dedication, so that they might conquer with valour that which would resist all else.

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Chaplain | 5 | 4 | 4 | 4 | 2 | 4 | 2 | 10 | 3+ |

## SPECIAL RULES
**Combat Tactics, Independent Character.**

**Honour of the Chapter:** A Chaplain utterly embodies the honour of the Chapter. He, and all members of a squad he has joined, are fearless, as described in the Warhammer 40,000 rulebook.

**Liturgies of Battle:** On a player turn in which he assaults, a Chaplain and all members of any squad he has joined can re-roll failed rolls to hit.

## WARGEAR
**Rosarius:** A Rosarius is a gorget or amulet worn by Chaplains. It protects the Chaplain from physical and spiritual harm. A Rosarius confers a 4+ invulnerable save.

**Crozius Arcanum:** The Crozius Arcanum is a Space Marine Chaplain's rod of office. It is a power weapon.

"If your life is given in service to the Emperor, your death shall not be in vain."

Havic Argento
Chaplain to the Crimson Fists 2nd Company

GW0011382

**Exhibit 3-A-3**
[Plaintiff's Exhibit A, Entry No. 3 – 80% actual size]

GW allegedly infringed work: "p58 Codex Space Marines 2008."



**Exhibit 3-B**
**[Plaintiff's Exhibit A, Entry No. 3]**

**Photograph of Chapterhouse Studios product No. 3**

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Skull Power Armor Head



Skull Power Armor Head



We accept  **PayPal**   About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy     2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

Entry 4



GW0001727

**Exhibit 4-A-1**
[Plaintiff's Exhibit A, Entry No. 4 - 80% actual size]
GW allegedly infringed work: "The Art of Warhammer 40,000 2006, page 71."



**Exhibit 4-B**
[Plaintiff's Exhibit A, Entry No. 4]

Photograph of Chapterhouse Studios product No. 4



**Exhibit 4-A-2**
[Plaintiff's Exhibit A, Entry No. 4 – 80% actual size]

GW allegedly infringed work: "Blood Raven decal/transfer sheet."



**Exhibit 4-B**
[Plaintiff's Exhibit A, Entry No. 4]

Photograph of Chapterhouse Studios product No. 4

inspiring awe and devotion from the lesser beings beneath.

A single year after his discovery at Angel's Fall, Sanguinius stood taller than any man the tribes of Baal's shrivelled moons had ever seen. His form was perfection, his beauty such that many could not look upon him lest their impure gaze be blinded. He could walk under the fiercest rays of the sun whilst his adoptive family scuttled at his feet, encumbered by the weight of their rad-suits. He could smash a path through a rockfall with the blade of his hand, best wild animals with but a glance and soar high into the sky on his mighty wings to observe the land below from the perspective of a god.

As Sanguinius reached maturity, the tribe prospered and grew under his guidance.

The transcription of Baalite myth provided by the ancient and venerable scholar Hyriontericus Lucidio (2342345M33) has been preserved with the greatest care since its internment in the altar-tomes of the Blood Angels. Hence, the following quote remains in its rawest form, transcribed from the words of Elder Imrait'il'thax directly into Lucidio's Baalite Scripture.

*"They, the cannibal-mutants, numbered in their hundreds, far more than we. Blade sprouted from mouth, curdled eye stared, buckled hand clutched rusted sword. We knew death in that moment. Then the Angel started his work.*

*He, the Pure One, wanted no harm to befall us. He raged, at first a white, blazing light, then, as death walked beside him, a terrible red thing. His eyes and crown seemed to burn, intense, a corona of bright violence, a sandstorm of destruction. We were caught in the deadly beauty of his dance. And then there were no mutants, only silence, and he stood before us, dripping, still as the cairn."*

Sanguinius soon rose to the pinnacle of society upon Baal Secundus, and under his leadership, the pure-blooded Baalite tribes soon united against the



Chapter Approved Armour Level: 12 armour type

Blood Angels Legion, Progenitor Legions M.31

Tactical Marine helmet colour

Devastator Marine helmet colour

Chapter symbol

Assault Marine helmet colour

Honour Guard helmet colour

Inferno pistol

Pre-Heresy Blood Angels colour scheme

Contemporary Blood Angels Codex power armour

3rd Company shoulder plate: Chapter badge iconography

3rd Company Sergeant shoulder plate: Chapter badge iconography

2nd Company shoulder plate: Chapter badge iconography

Grail, Blood Angels Holy Relic

Blood Angels Sanguinary Priest

Blood Angels Death Company Space Marine

Blood Angels Honour Guard Assault Marine

Thought for the day: 'What is a lifetime of servitude next to an eternity of damnation?'

GW0001618

**Exhibit 4-A-3**
[Plaintiff's Exhibit A, Entry No. 4 – 80% actual size]

GW allegedly infringed work: "Index Astartes II 2002, page 31."



**Exhibit 4-B**
[Plaintiff's Exhibit A, Entry No. 4]

Photograph of Chapterhouse Studios product No. 4