

**Exhibit 4-A-4**

[Plaintiff's Exhibit A, Entry No. 4 – 80% actual size]

GW allegedly infringed work: "http://www.dawnofwargame.com/us/game/index/gameId/1."



**Exhibit 4-B**
[Plaintiff's Exhibit A, Entry No. 4]

Photograph of Chapterhouse Studios product No. 4

## Chapterhouse Studios website screenshot
(www.chapterhousestudios.com)

Blood Eagle Power Armor Shoulder Pad



# CHAPTERHOUSE
## STUDIOS

PRODUCTS | NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

Search | Search

## Blood Eagle Power Armor Shoulder Pad

Product Code: Blood Eagle Power Armor Shoulder Pad

Reward Points: 0

Availability: 59

### Price: $1.00

Qty: 1

Add to Cart

0 reviews  |  Write a review

Share

**Description** | **Reviews (0)**

This is a single pewter shoulder pad with a eagle or raven on the surface,  the wings of the bird are surrounding an inverted blood drop or gem.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Blood Eagle Power Armor Shoulder Pad



We accept    PayPal        About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

**Entry 5**



**Exhibit 5-A-1**

[Plaintiff's Exhibit A, Entry No. 5 - 80% actual size]

GW allegedly infringed work: "http://www.dawnofwargame.com/us/game/index/gameId/1."



**Exhibit 5-B**
[Plaintiff's Exhibit A, Entry No. 5]

Photograph of Chapterhouse Studios product No. 5



GW0001727

**Exhibit 5-A-2**
[Plaintiff's Exhibit A, Entry No. 5 - 80% actual size]

GW allegedly infringed work: "The Art of Warhammer 40,000 2006, page 71."



**Exhibit 5-B**
[Plaintiff's Exhibit A, Entry No. 5]

Photograph of Chapterhouse Studios product No. 5



Exhibit 5-A-3

[Plaintiff's Exhibit A, Entry No. 5 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 5-B**
[Plaintiff's Exhibit A, Entry No. 5]

Photograph of Chapterhouse Studios product No. 5

inspiring awe and devotion from the lesser beings beneath.

A single year after his discovery at Angel's Fall, Sanguinius stood taller than any man the tribes of Baal's shrivelled moons had ever seen. His form was perfection, his beauty such that many could not look upon him lest their impure gaze be blinded. He could walk under the fiercest rays of the sun whilst his adoptive family scuttled at his feet, encumbered by the weight of their rad-suits. He could smash a path through a rockfall with the blade of his hand, best wild animals with but a glance and soar high into the sky on his mighty wings to observe the land below from the perspective of a god.

As Sanguinius reached maturity, the tribe prospered and grew under his guidance.

The transcription of Baalite myth provided by the ancient and venerable scholar Hyriontericus Lucidio (2342345M33) has been preserved with the greatest care since its internment in the altar-tomes of the Blood Angels. Hence, the following quote remains in its rawest form, transcribed from the words of Elder Imrait'il'thax directly into Lucidio's Baalite Scripture.

*"They, the cannibal-mutants, numbered in their hundreds, far more than we. Blade sprouted from mouth, curdled eye stared, buckled hand clutched rusted sword. We knew death in that moment. Then the Angel started his work.*

*He, the Pure One, wanted no harm to befall us. He raged, at first a white, blazing light, then, as death walked beside him, a terrible red thing. His eyes and crown seemed to burn, intense, a corona of bright violence, a sandstorm of destruction. We were caught in the deadly beauty of his dance. And then there were no mutants, only silence, and he stood before us, dripping, still as the cairn."*

Sanguinius soon rose to the pinnacle of society upon Baal Secundus, and under his leadership, the pure-blooded Baalite tribes soon united against the



Chapter Approved Access Level 12 access only | Blood Angels Legion, Progenitor Legion M.31

Tactical Marine helmet colour | Devastator Marine helmet colour | Chapter symbol

Assault Marine helmet colour | Honour Guard helmet colour | Inferno pistol

3rd Company shoulder plate Chapter badge iconography | 3rd Company Sergeant shoulder plate Chapter badge iconography | 2nd Company shoulder plate Chapter badge iconography

Pre-Heresy Blood Angels colour scheme | Contemporary Blood Angels Codex power armour

Grail, Blood Angels Holy Relic

Blood Angels Sanguinary Priest | Blood Angels Death Company Space Marine | Blood Angels Honour Guard Assault Marine

Thought for the day: What is a lifetime of servitude next to an eternity of damnation?

GW0001618

**Exhibit 5-A-4**

[Plaintiff's Exhibit A, Entry No. 5 – 80% actual size]

GW allegedly infringed work: "Index Astartes II 2002, page 31."



**Exhibit 5-B**
[Plaintiff's Exhibit A, Entry No. 5]

Photograph of Chapterhouse Studios product No. 5



**Exhibit 5-A-5**

[Plaintiff's Exhibit A, Entry No. 5 – 80% actual size]

GW allegedly infringed work: "Blood Raven decal/transfer sheet."



**Exhibit 5-B**
[Plaintiff's Exhibit A, Entry No. 5]

Photograph of Chapterhouse Studios product No. 5

**Chapterhouse Studios website screenshot**
([www.chapterhousestudios.com](www.chapterhousestudios.com))

Blood Eagle Terminator Shoulder Pad



# CHAPTERHOUSE STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
  - Heads
  - Jump packs
  - Kits for Space Marine Vehicles
  - Shields
  - Shoulder Pads
  - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

Sign up for the
ChapterHouse Newsletter!

Search

## Blood Eagle Terminator Shoulder Pad

Product Code: Blood Eagle Terminator Shoulder Pad
Reward Points: 0
Availability: 189

**Price: $1.00**

Qty: 1

Add to Cart

0 reviews | Write a review

Share

Description | Reviews (0)

This is a single pewter shoulder pad with a eagle or raven on the surface, the wings of the bird are surrounding an inverted blood drop or gem.

Designed to fit on Games Workshop Space Marine® Terminator figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Blood Eagle Terminator Shoulder Pad



We accept **PayPal**    About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| Entry 6 |



GW0001503

**Exhibit 6-A**
[Plaintiff's Exhibit A, Entry No. 6 - 80% actual size]

GW allegedly infringed work: "White Dwarf magazine issue 249, page 33."



**Exhibit 6-B**
[Plaintiff's Exhibit A, Entry No. 6]

Photograph of Chapterhouse Studios product No. 6

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Lion Left Power Armor Shoulder Pad



Lion Left Power Armor Shoulder Pad



| **Plaintiff's Exhibit A** |
|---|
| Entry 7 |



GW0001503

**Exhibit 7-A**
[Plaintiff's Exhibit A, Entry No. 7 - 80% actual size]

GW allegedly infringed work: "White Dwarf magazine issue 249, page 33."



**Exhibit 7-B**
[Plaintiff's Exhibit A, Entry No. 7]

Photograph of Chapterhouse Studios product No. 7

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Lion Right Power Armor Shoulder Pad



Lion Right Power Armor Shoulder Pad



| **Plaintiff's Exhibit A** |
|:---:|
| Entry 8 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright'

**Exhibit 8-A**

GW allegedly infringed work: N/A



**Exhibit 8-B**
[Plaintiff's Exhibit A, Entry No. 8]

Photograph of Chapterhouse Studios product No. 8

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Deathwatch Power Armor Shoulder Pad



Deathwatch Power Armor Shoulder Pad



| **Plaintiff's Exhibit A** |
|:---:|
| Entry 9 |

The Librarians of the Dark Angels recall ancient tales of how their Primarch, he who would become known as Lion El'Jonson, was found on their lost home world – the beautiful but blighted world of Caliban. The mutation and corruption of the Chaos realm cursed Caliban and made it one of the deadliest worlds in the galaxy. By all rights the infant Primarch should have died within minutes of his arrival. How he managed to survive is a mystery as Jonson never spoke of his early years on Caliban.

The inhabitants of Caliban are said to have been a proud, martial people, brought up to live and die by the sword. The surface of Caliban was covered in lush forests, inhabited by all manner of terrifying beasts that had been warped by Chaos. The ferocity of these creatures forced the planet's inhabitants to build brooding stone fortresses in huge clearings hacked from the forests and it was from these castles that the warrior elite of Caliban ruled.

The Lay of Luther tells how a band of knights from a group known only as the Order discovered the Primarch-child deep within the forest. Their leader, a young man named Luther, brought the Primarch back to the fortress monastery of the Order and gave him the name Lion El'Jonson, which in the tongue of Caliban means 'The Lion, the Son of the Forest'. Jonson easily adapted to the ways of humankind, learning the customs of his race and adopted home world in a remarkably short time. As time passed, Jonson and Luther became like brothers, each seeming to complement the other's abilities and skills. Tales of their exploits and victories spread around Caliban and the number of young men wishing to join the Order grew every year.

Imperial scholars believe that Jonson led a planet-wide crusade against the taint of Chaos that dwelt within the forests. The Grand Masters of every monastery joined Jonson and the Order in their crusade, and within a decade the entire world was rid of the dark powers that had once plagued it. Free from the tyranny



GW0002415

**Exhibit 9-A-1**
[Plaintiff's Exhibit A, Entry No. 9 - 80% actual size]

GW allegedly infringed work: "Index Astartes I 2002, page 19."



**Exhibit 9-B**
[Plaintiff's Exhibit A, Entry No. 9]

Photograph of Chapterhouse Studios product No. 9

**Index Astartes: Grey Knights and Deathwatch**

across the Imperium. Guided by the finest Navigators of the Navis Nobilite and conveyed by the fastest ships produced by the Adeptus Mechanicus, the Grey Knights stand ready to meet the foul minions of Chaos wherever they may strike. Typically, the warriors of these forces have trained together for their entire lives and the bonds of loyalty and honour that bind them are stronger than adamantium. Every Grey Knight is ready to lay down his life to ensure the safety of the Imperium and should that sacrifice be necessary, it is the fervent wish of all those who fall to be transported back to Titan and buried in the hallowed crypts beneath their fortress. A great basalt vault in the heart of the monastery is carved with the names of all those who have fallen in defiance of evil and, though no one outside the Chapter will ever know of their bravery, some of the Imperium's greatest heroes lie buried on Titan.

### The Deathwatch

On uncounted battlefields, the servants of the Emperor must wage war against the vileness of alien creatures. Often the first, last and only line of defence against these abominations are mysterious figures in black powered armour who fight the aliens with preternatural skill and dedication. With the battle over, these figures vanish as quickly as they arrived, leaving no trace of the creatures they fought or that they were even there at all. These men are the Imperium's highly trained alien fighters. They are the Deathwatch.

The Deathwatch forms the Chamber Militant of the Ordo Xenos, the branch of the Inquisition tasked with the study, containment and, in most cases, extermination of alien races. However, it is not a single unified Chapter in the same way as the Grey Knights of the Ordo Malleus. The Space Marines of the Deathwatch are drawn from many different Chapters, all of which have sworn sacred oaths to maintain specially trained alien fighters and stand ready to deploy them at a moment's notice. These warriors are drawn together as and when needed to combat alien menace whenever and wherever it rears its ugly head.

From the furthest corners of the galaxy to the very heart of the Segmentum Solar, there exist alien races that threaten the continued existence of Humanity. Every Space Marine Chapter and Imperial Guard regiment stands ready to fight these races, but the Deathwatch has been specially trained to fight aliens since its inception, thousands of years ago. Many such alien races, such as the C'tan and Necrontyr have lain dormant for thousands or even millions of years and the Deathwatch stand sentinel over their worlds, ready to fight should they awake once more. More dangerous than the most violent of Orks, these races were ancient before humans crawled from the oceans and their evil is beyond measure.

To guard against the return of these ancient alien races, lonely fortresses orbit desolate worlds on the edge of the galaxy where Deathwatch Space Marines maintain a constant vigil. In

**CATECHISM OF THE XENO**

To be Unclean

That is the Mark of the Xenos

To be Impure

That is the Mark of the Xenos

To be Abhorred

That is the Mark of the Xenos

To be Reviled

That is the Mark of the Xenos

To be Hunted

That is the Mark of the Xenos

To be Purged

That is the fate of the Xenos

To be Cleansed

For that is the fate of all Xenos

Extract from the
Third Book of Indoctrinations.

addition to this, secret bases are scattered throughout the Imperium, providing staging posts from where the Deathwatch can launch their missions. The Chapters from which the Deathwatch draws its members are constantly ready to despatch their alien fighters if called upon by a member of the Ordo Xenos. The warriors who have been given the honour of becoming a member of the Deathwatch ritually repaint their armour in the black of the Deathwatch, leaving a single shoulder plate bare to



Deathwatch Icon

Space Wolves Deathwatch Veteran

Ultramarines Deathwatch Marine

Auto reactive shoulder plate: Space Wolves designation

Auto reactive shoulder plate: Ultramarines designation

Auto reactive shoulder plate: Deathwatch designation

Heavy bolter equipped with suppressors and hellfire ammunition

GW0001629

**Exhibit 9-A-2**

[Plaintiff's Exhibit A, Entry No. 9 - 80% actual size]

GW allegedly infringed work: "Index Astartes II 2002, page 42."



**Exhibit 9-B**
[Plaintiff's Exhibit A, Entry No. 9]

Photograph of Chapterhouse Studios product No. 9



GW0000889

**Exhibit 9-A-3**
[Plaintiff's Exhibit A, Entry No. 9 - 80% actual size]

GW allegedly infringed work: "DG1019_DA_OC / Dave Gallagher / 2006."



**Exhibit 9-B**
[Plaintiff's Exhibit A, Entry No. 9]

Photograph of Chapterhouse Studios product No. 9

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Deathwatch Terminator Shoulder Pad



Deathwatch Terminator Shoulder Pad



| **Plaintiff's Exhibit A** |
|---|
| Entry 10 |



GW0001503

**Exhibit 10-A**

[Plaintiff's Exhibit A, Entry No. 10 - 80% actual size]

GW allegedly infringed work: "White Dwarf magazine issue 249, page 33."



**Exhibit 10-B**
[Plaintiff's Exhibit A, Entry No. 10]

Photograph of Chapterhouse Studios product No. 10

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Exorcist Power Armor Shoulder Pad



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search  Search

**PRODUCTS**

- Eldar Compatible Bits ◀
- Knight Praetorius TRU-Scale ◀ Figure Kits
- Imperial Guard Compatible ◀ Bits
- Space Marine Compatible ▼ Bits
  - Heads
  - Jump packs
  - Kits for Space Marine Vehicles
  - Shields
  - **Shoulder Pads**
  - Weapons
- Tau Compatible Bits ◀
- Tyranid Compatible Bits and ◀ Kits
- Super Heavy Kits ◀
- Resin Bases & Terrain ◀

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR

Create an Account

**Sign up for the ChapterHouse Newsletter!**

## Exorcist Power Armor Shoulder Pad

Product Code: Exorcist Power Armor Shoulder Pad

Reward Points: 0

Availability: 171

### Price: $1.00

Qty: 1

Add to Cart

★★★★★  3 reviews  |  Write a review

Share

| Description | Reviews (3) |

This is a single pewter shoulder pad with a demon skull sculpted on the front as well as a raised rim with the word "perdition" engraved into it. This pad will also be useful to designate "librarians" in the Warhammer 40,000 game.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Exorcist Power Armor Shoulder Pad



We accept **PayPal**     About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping   Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 11 |



GW0001503

**Exhibit 11-A**

[Plaintiff's Exhibit A, Entry No. 11, 80% actual size]

GW allegedly infringed work: "White Dwarf magazine issue 249, page 33."



**Exhibit 11-B**
[Plaintiff's Exhibit A, Entry No. 11]

Photograph of Chapterhouse Studios product No. 11

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Exorcist Terminator Shoulder Pad



# CHAPTERHOUSE
## STUDIOS

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale
Figure Kits

Imperial Guard Compatible
Bits

Space Marine Compatible
Bits

- Heads
- Jump packs
- Kits for Space Marine
  Vehicles
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and
Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR

Create an Account

**Sign up for the
ChapterHouse Newsletter!**

NEWS   ABOUT US   CONTACT   FORUM   GALLERY   COMMISIONS

Search  Search

## Exorcist Terminator Shoulder Pad

Product Code: Exorcist Terminator
Shoulder Pad
Reward Points: 0
Availability: 253

### Price: $1.00

Qty: 1

Add to Cart

✪✪✪✪✪  1 reviews  |  Write a
review

Share

| Description | Reviews (1) |

This is a single pewter shoulder pad with a demon skull sculpted over a pentagram on the surface as well as a raised
rim with the word "perdition" engraved into it. This pad will also be useful to designate "librarians" in the Warhammer
40,000 game.

Designed to fit on Games Workshop Space Marine® Terminator figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood
Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel,
Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle
device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge
World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of
Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets,
Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda
Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space
Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors,
Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online,
Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names,
races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world,
the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010,
variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended.
All Rights Reserved to their respective owners.

Exorcist Terminator Shoulder Pad



We accept **PayPal**     About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 12 |

GW identifies but failed to produce the following allegedly infringed work:Codex Orks 1994, page 36



Led by their Chaplain, Black Templar Assault Marines charge in.

Black Templars Marshal

Emperor's Champion
painted by Darren Latham

Black Templar Command Squad

Black Templars engage the Eldar under covering fire from a nearby Dreadnought.

49

GW0001636

**Exhibit 12-A-1**
[Plaintiff's Exhibit A, Entry No. 12 - 80% actual size]

GW allegedly infringed work: "Index Astartes II, page 49."



**Exhibit 12-B**
[Plaintiff's Exhibit A, Entry No. 12]

Photograph of Chapterhouse Studios product No. 12

Flesh Tearers Shoulder Pads | Games Workshop                                    Page 1 of 1

# GAMES WORKSHOP

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List                    Search

Warhammer 40,000   >>   Flesh Tearers Shoulder Pads

## Flesh Tearers Shoulder Pads

Like   6     ADD TO CART

**Have you got?**

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000 Assault on
Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 4cr
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New
Today

Print
Email to a Friend

$17.00              add to cart
Chapter Master Gabriel Seth

$37.25              add to cart
Space Marine Tactical Squad

**Flesh Tearers Shoulder Pads**              Price: $9.00

This blister contains 10 metal Flesh Tearers shoulder pads   Quantity  1
with sculpted detailing.
                                                             ADD TO CART
**This model is only available via in-store order points,**
**the Games Workshop web site or by calling Games**          ADD TO GIFT LIST
**Workshop Customer Services.**
                                                             Bookmark & Share
Availability: usually ships within 24 hours
Part Code: 9909010489

$8.25              add to cart
Blood Angels Shoulder Pads 1

Shop Our Products   Real Estate   Privacy Policy   Legal   Careers   About Us   Investor Relations   Trade Library   Press Word   Site Map   Contact Us

Country Select

Copyright © Games Workshop Limited 2000-2011 © New Line Productions Inc. © The Saul Zaentz Company d/b/a Tolkien Enterprises. All rights reserved to their respective owners.

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod550012a&ro...   8/10/2011

GW0002452

**Exhibit 12-A-2**
[Plaintiff's Exhibit A, Entry No. 12 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Flesh Tearers shoulder pads."



**Exhibit 12-B**
[Plaintiff's Exhibit A, Entry No. 12]

Photograph of Chapterhouse Studios product No. 12

# ALLEGEDLY INFRINGED
# WORK NOT PRODUCED

**Exhibit 12-A-3**
[Plaintiff's Exhibit A, Entry No. 12]

GW allegedly infringed work: "Codex Orks 1994, page 36."



**Exhibit 12-B**
[Plaintiff's Exhibit A, Entry No. 12]

Photograph of Chapterhouse Studios product No. 12

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Power Armor Shoulder Pad for Flesh Tearers



Power Armor Shoulder Pad for Flesh Tearers



We accept  **PayPal**    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| --- |
| Entry 13 |



Led by their Chaplain, Black Templar Assault Marines charge in.

Black Templars Marshal

Emperor's Champion
painted by Darren Latham

Black Templar Command Squad

Black Templars engage the Eldar under covering fire from a nearby Dreadnought.

49

GW0001636

**Exhibit 13-A-1**
[Plaintiff's Exhibit A, Entry No. 13 - 80% actual size]

GW allegedly infringed work: "Index Astartes II, page 49."



**Exhibit 13-B**
[Plaintiff's Exhibit A, Entry No. 13]

Photograph of Chapterhouse Studios product No. 13

# GAMES WORKSHOP®

FREE SHIPPING ON ALL ORDERS OVER $30

Customer Service  1-800-394-4263 | Welcome! | Sign In | Why Register?

Community & Events    Virtual Gift Vouchers    Store Finder    White Dwarf    Citadel Finecast    Find a Gift List

Warhammer 40,000  >  Buy  >  Flesh Tearers Shoulder Pads

## Flesh Tearers Shoulder Pads

Like  6            ADD TO CART

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000 Assault on
Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Heir
Warhammer 40,000 Collectors
Warhammer 40,000 Armenus

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New
Today

Print
Email to a Friend

**Have you got?**

$17.00                    add to cart
Chapter Master Gabriel Seth

$37.25                    add to cart
Space Marine Tactical Squad

$9.25                    add to cart
Blood Angels Shoulder Pads 1

**Flesh Tearers Shoulder Pads**                    Price: $9.00

This blister contains 10 metal Flesh Tearers shoulder pads    Quantity  1
with sculpted detailing.

**This model is only available via in-store order points,**    ADD TO CART
**the Games Workshop web site or by calling Games**
**Workshop Customer Services.**                              ADD TO GIFT LIST

Availability:  usually ships with in 24 hours
Part Code:  99060101489                                      Bookmark & Share

Carry Our Products    Real Estate    Privacy Policy    Legal    Careers    About Us    Investor Relations    Brand Library    Press Wand    Site Map    Contact Us

Country Select

Copyright  © Games Workshop Limited 2000-2011  © New Line Productions Inc.  The Saul Zaentz Company d/b/a Middle-earth Enterprises.  All rights reserved to their respective owners.

GW0002452

**Exhibit 13-A-2**
[Plaintiff's Exhibit A, Entry No. 13 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Flesh Tearers shoulder pads."



**Exhibit 13-B**
[Plaintiff's Exhibit A, Entry No. 13]

Photograph of Chapterhouse Studios product No. 13

# GAMES WORKSHOP®

Customer Service  1-800-394-4283 | Welcome! | Sign in | Why Reg start?

FREE SHIPPING ON ALL ORDERS OVER $30
ORDER DETAILS

0 items @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

Warhammer 40,000   Shop   Space Marine Terminator Squad

## Space Marine Terminator Squad

Like  66    ADD TO CART

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000 Assault on
Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New
Today

Print
Email to a Friend

**Have you got?**

$15.00    add to cart
Space Marine Chaplain in Terminator
Armour

$98.00    add to cart
Space Marine Land Raider
Crusader/Redeemer

$22.25    add to cart
Space Marine Librarian in Terminator
Armour

**Space Marine Terminator Squad**

**Price:  $50.00**

Quantity  1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

Terminators are amongst the greatest heroes of Mankind,
bold warriors in whom the indefatigable heroism of a Space
Marine is combined with the terrible weaponry and
indomitable mass of Tactical Dreadnought armour. No foe is
safe from a Terminator assault –they are unstoppable and
they never yield.

This box set contains five multi-part plastic Space Marine
Terminators including a Sergeant model. This set includes
additional components allowing you to have Terminators
armed with an assault cannon, a heavy flamer, a Cyclone
missile launcher and chainfists. Models supplied with 40mm
round bases.

Availability: Usually ships within 24 hours.
Part Code: 99120101027

**With this box set you can make the following:**

### Terminator Squad

|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Terminator Sergeant | 4 | 4 | 4 | 4 | 1 | 4 | 2 | 9 | 2+ |
| Terminator | 4 | 4 | 4 | 4 | 1 | 4 | 2 | 9 | 2+ |

| Unit Composition: | 1 Terminator Sergeant, 4-9 Terminators |
|---|---|
| Unit Type: | Infantry |
| War Gear: | Terminator armour, Storm bolter; Power sword (Terminator Sergeant); Power fist (Terminators) |

**Related Articles**
· Space Marine: Heroes of the Adeptus
  Astartes
· White Dwarf Archive Additions: Black
  Templars
· Space Marines: The Battleforce
· Banebattle: Planetstrike: Attacking and
  Defending with Space Marines
· Space Marines - Sample Armies
· Getting Started With Space Marines
· Modelling Dark Angel Characters

**Exhibit 13-A-3**
[Plaintiff's Exhibit A, Entry No. 13 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 13-B**
[Plaintiff's Exhibit A, Entry No. 13]

Photograph of Chapterhouse Studios product No. 13

# ALLEGEDLY INFRINGED
# WORK NOT PRODUCED

**Exhibit 13-A-4**
[Plaintiff's Exhibit A, Entry No. 13]

GW allegedly infringed work: "Codex Orks 1994, page 36."



**Exhibit 13-B**
[Plaintiff's Exhibit A, Entry No. 13]

Photograph of Chapterhouse Studios product No. 13

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Terminator Shoulder Pad for Flesh Tearers



Terminator Shoulder Pad for Flesh Tearers



We accept    PayPal    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy     2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 14 |



**Exhibit 14-A**
[Plaintiff's Exhibit A, Entry No. 14 - 80% actual size]

GW allegedly infringed work: "The Art of Warhammer 40,000 2006, page 71."



**Exhibit 14-B**
[Plaintiff's Exhibit A, Entry No. 14]

Photograph of Chapterhouse Studios product No. 14

# Chapterhouse Studios website screenshot
([www.chapterhousestudios.com](www.chapterhousestudios.com))

Griffin Power Armor Shoulder Pad



# CHAPTERHOUSE
## STUDIOS

| PRODUCTS | NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

Search

### Griffin Power Armor Shoulder Pad

Product Code: Griffin Power Armor Shoulder Pad
Reward Points: 0
Availability: 71

## Price: $1.00

Qty: 1

Add to Cart

0 reviews | Write a review

Share

**Description**   **Reviews (0)**

This is a single pewter shoulder pad with a griffin rampant on the surface. Supplied unpainted.

Designed to fit on Games Workshop Space Marine® figures.

E-Mail Address:

Password:

Forgotten Password

Login

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Griffin Power Armor Shoulder Pad



We accept   PayPal        About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®