| **Plaintiff's Exhibit A** |
|---|
| Entry 15 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 15-A**

GW allegedly infringed work: N/A



**Exhibit 15-B**
[Plaintiff's Exhibit A, Entry No. 15]

Photograph of Chapterhouse Studios product No. 15

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Flaming Fist Power Armor Shoulder Pad



CHAPTERHOUSE
STUDIOS

NEWS   ABOUT US   CONTACT   FORUM   GALLERY   COMMISIONS

Search   Search

## PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

### Flaming Fist Power Armor Shoulder Pad

Product Code: Flaming Fist Power Armor Pad
Reward Points: 0
Availability: 28

**Price: $1.00**

Qty: 1

Add to Cart

⭐⭐⭐⭐⭐ 1 reviews | Write a review

Share

| Description | Reviews (1) |

This is a single pewter shoulder pad with a mailed fist and a ring of flames above the fist.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Flaming Fist Power Armor Shoulder Pad



We accept  PayPal      About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| Entry 16 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 16-A**

GW allegedly infringed work: N/A



**Exhibit 16-B**
[Plaintiff's Exhibit A, Entry No. 16]

Photograph of Chapterhouse Studios product No. 16

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Flaming Fist Terminator Shoulder Pads



# CHAPTERHOUSE
## STUDIOS

NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS

Search | Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

## Flaming Fist Terminator Shoulder Pads

Product Code: Flaming Fist Terminator Shoulder Pads
Reward Points: 0
Availability: 39

### Price: $1.00

Qty: 1

Add to Cart

★★★★★ 1 reviews | Write a review

Share

**Description** | **Reviews (1)**

This is a single pewter shoulder pad with a mailed fist and a ring of flames above the fist.

Designed to fit on Games Workshop Space Marine® Terminator figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Flaming Fist Terminator Shoulder Pads



| **Plaintiff's Exhibit A** |
|:---:|
| Entry 17 |

GW failed to produce the following allegedly infringed work: CL Bro of Snake / Clint Langley / Black Library / 2007.



GW0001726

**Exhibit 17-A-1**
[Plaintiff's Exhibit A, Entry No. 17 - 80% actual size]

GW allegedly infringed work: "The Art of Warhammer 40,000 2006, page 70."



**Exhibit 17-B**
[Plaintiff's Exhibit A, Entry No. 17]

Photograph of Chapterhouse Studios product No. 17

The Black Library                                          Page 1 of 2

# ⚙ THE BLACK LIBRARY
### BRINGING THE WORLDS OF WARHAMMER AND WARHAMMER 40,000 TO LIFE

Log In / Register | Help
Basket (0 products $0.00) | Checkout
[Search our products] [Go]

Select your currency
[$ US dollars ▼]

New Titles    Coming Soon    Warhammer 40,000    Horus Heresy    Warhammer    Time of Legends    Exclusives    eBooks    Audio    France
| Blog | Events | Newsletter | Getting Started | Authors | eBundles | Summer Reading



# SONS OF RUSS
### Only on eBook
### Add these sagas to your collection
· BUY EBOOK

### LATEST FROM OUR BLOG

**GAMES DAY EXCLUSIVE**
A guide to the Games Day Anthology                    ✉ Comment now   09/Aug/2012

**YOU SIGILLITE HORUS HERESY ART, SO HERE'S A BRAND NEW ONE**
Check out this new Neil Roberts art                   ✉ 23 Comments   08/Aug/2012

### JOIN US ONLINE

**f** 🖂 **NEWSLETTER**
Stay updated on the latest Black Library news, sign up today!

**🐦** ▶ **BLACK LIBRARY TV**
For trailers, event coverage and author interviews, follow the link.

## ADVANCE ORDERS - GET THEM FIRST!                   LATEST RELEASES ↓

**FEAR TO TREAD**
Sent on a fool's errand by his trusted brother Horus, the primarch Sanguinius and his Blood Angels must face all the warp-spawned armies of Chaos upon the plains of Signus Prime.

James Swallow - August 2012

| $9.99 | PREORDER |
| $8.99 | ↓ PREORDER EBOOK |
| $30.00 | ↓ PREORDER MP3 |

**ORION : THE VAULTS OF WINTER**
The eternal king of Athel Loren is cursed by dark sorcery, and must lead the wood elves to unmask the traitor within their ranks before the canker can spread to the forest itself.

Darius Hinks - August 2012

| $9.99 | PREORDER |
| $7.99 | ↓ PREORDER EBOOK |

**PATH OF THE OUTCAST**
Reaving his way across the galaxy in a pirate warband, Aradryan crosses swords with many alien foes. When one of them attacks Alaitoc, the craftworld's fate is in Aradryan's hands.

Gav Thorpe - August 2012

| $8.99 | PREORDER |
| $7.99 | ↓ PREORDER EBOOK |

## LATEST RELEASES - OUT THIS MONTH                   ADVANCE ORDERS ↑

**GREY ANGEL (MP3)**
On a distant world of the Imperium, an agent of Rogal Dorn finds himself the prisoner of a Legion whose loyalties may be divided.

John French - August 2012

**HERALD OF OBLIVION**
You are a veteran Space Marine of the Imperial Fists Chapter. Equipped with powerful Terminator armour and armed with the deadliest weapons that the Adeptus Astartes wield, you are a symbol of the Emperor's might.

Jonathan Green - July 2012

**PRIESTS OF MARS**
An Adeptus Mechanicus Explorator fleet ventures beyond the borders of the Imperium, in pursuit of arcane technology. Who knows what perils may lie outside the dominion of mankind?

Graham McNeill - July 2012

http://www.blacklibrary.com/                          8/9/2012

## Exhibit 17-A-2
[Plaintiff's Exhibit A, Entry No. 17 - 80% actual size]

GW allegedly infringed work: "http://www.blacklibrary.com/"



**Exhibit 17-B**
[Plaintiff's Exhibit A, Entry No. 17]

Photograph of Chapterhouse Studios product No. 17

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Iron Snake Power Armor Shoulder Pad



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

Search   Search

## Iron Snake Power Armor Shoulder Pad

Product Code: Iron Snake Power Armor Shoulder Pad

Reward Points: 0

Availability: 44

### Price: $1.00

Qty: 1

Add to Cart

0 reviews   |   Write a review

Share

| Description | Reviews (0) |

This is a single pewter shoulder pad with a curving snake body and the edges of the pad have a linked chain.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Iron Snake Power Armor Shoulder Pad



We accept **PayPal**    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 18 |

GW failed to produce the following allegedly infringed work:CL Bro of Snake / Clint Langley / Black Library / 2007.



GW0001726

**Exhibit 18-A-1**
[Plaintiff's Exhibit A, Entry No. 18 - 80% actual size]

GW allegedly infringed work: "The Art of Warhammer 40,000 2006, page 70."



**Exhibit 18-B**
[Plaintiff's Exhibit A, Entry No. 18]

Photograph of Chapterhouse Studios product No. 18



**Exhibit 18-A-2**

[Plaintiff's Exhibit A, Entry No. 18 - 80% actual size]

GW allegedly infringed work: "http://www.blacklibrary.com/"



**Exhibit 18-B**
[Plaintiff's Exhibit A, Entry No. 18]

Photograph of Chapterhouse Studios product No. 18

# GAMES WORKSHOP®

Customer Service  1-800-394-4263 | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $30

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List        Search

**Have you got?**

Warhammer 40,000   Warhammer 40,000 Armies   Space Marines   HQ
Space Marine Librarian in Terminator Armour

## Space Marine Librarian in Terminator Armour

Like · 17        ADD TO CART



CITADEL FINECAST

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on
Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Blood Angels
Chaos Daemons
Chaos Space Marines
Dark Eldar
Eldar
Grey Knights
Imperial Guard
Necrons
Orks
Space Marines
Getting Started
Army Essentials
HQ
Elites
Troops
Dedicated Transports
Fast Attack
Heavy Support
Blitz
Black Templars
Dark Angels
Novels
Space Marine Articles
Space Wolves
Tau Empire
Tyranids
Witch Hunters
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Blitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New
Today

Print
Email to a Friend

$56.00        ...add to cart
Marneus Calgar and Honour Guard



$50.00        ...add to cart
Space Marine Terminator Close
Combat Squad



$50.00        ...add to cart
Space Marine Terminator Squad

**Related Articles**

· Preparing and Assembling Citadel
  Finecast Miniatures

### Space Marine Librarian in Terminator Armour

Space Marine Librarians are truly exceptional individuals, able to channel the power of the Warp into devastating psychic abilities. At times their skills are visible, and horrifyingly so, as they can pulverise a man with but a gesture of their armoured hand. At other times, their powers will strengthen and enhance their already formidable combat prowess, turning the Librarian into a force of elemental destruction. The most experienced Librarians will take to the field of battle wearing a mighty suit of Terminator armour, affording him excellent protection from enemy attacks and further boosting his combat potential.

This pack contains a Space Marine Librarian in Terminator Armour - a finely detailed resin cast kit that comes in six components (including three left hand options) and is supplied with a 40mm round base. This miniature is supplied unpainted and requires assembly - we recommend using Citadel Super Glue and Citadel Paints.

Due to high demand, each Citadel Finecast product is limited to five (5) per customer.

Availability: Usually ships within 24 hours.
Part Code: 99800101000

CITADEL FINECAST

Price: $22.25

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

With this box set you can make the following:

Space Marine Librarian

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|

GW0002379

**Exhibit 18-A-3**
[Plaintiff's Exhibit A, Entry No. 18 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 18-B**
[Plaintiff's Exhibit A, Entry No. 18]

Photograph of Chapterhouse Studios product No. 18



**Exhibit 18-A-4**
[Plaintiff's Exhibit A, Entry No. 18 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 18-B**
[Plaintiff's Exhibit A, Entry No. 18]

Photograph of Chapterhouse Studios product No. 18

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Iron Snake Terminator Shoulder Pad



# CHAPTERHOUSE
## STUDIOS

**PRODUCTS**

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

Search   Search

## Iron Snake Terminator Shoulder Pad

Product Code: Iron Snake Terminator Shoulder Pad

Reward Points: 0

Availability: 77

### Price: $1.00

Qty: 1

Add to Cart

0 reviews  |  Write a review

Share

| **Description** | **Reviews (0)** |

This is a single pewter shoulder pad with a curving snake body and the edges of the pad have a linked chain.  Each pad will eather have a snake tooth or a scroll hanging from the right corner (Scroll Shown).

Designed to fit on Games Workshop Space Marine® Terminator figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Iron Snake Terminator Shoulder Pad



We accept    PayPal    About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy        2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

Entry 19



**Exhibit 19-A-1**
[Plaintiff's Exhibit A, Entry No. 19 - 80% actual size]

GW allegedly infringed work: "How to paint Space Marines 2004, page 85."



**Exhibit 19-B**
[Plaintiff's Exhibit A, Entry No. 19]

Photograph of Chapterhouse Studios product No. 19



**Exhibit 19-A-2**

[Plaintiff's Exhibit A, Entry No. 19 - 80% actual size]

GW allegedly infringed work: "Forge World sell Mark V Heresy Space Marines."



**Exhibit 19-B**
[Plaintiff's Exhibit A, Entry No. 19]

Photograph of Chapterhouse Studios product No. 19



GW0002462

**Exhibit 19-A-3**
[Plaintiff's Exhibit A, Entry No. 19 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Legion of the Damned models."



**Exhibit 19-B**
[Plaintiff's Exhibit A, Entry No. 19]

Photograph of Chapterhouse Studios product No. 19

Page 1 of 2



Customer S_

FREE SH_

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Warhammer 40,000   Shoulder Pads   Tactical Squad Shoulder Pads 2

**Categories**

Getting Started

Warhammer 40,000 Advance Orders

Warhammer 40,000 New Releases

Warhammer 40,000: Assault on Black Reach

Warhammer 40,000 Essentials

Warhammer 40,000 Armies

Warhammer 40,000 Expansions

Warhammer 40,000 Citadel Finecast

Warhammer 40,000 Scenery

Warhammer 40,000 Books

Warhammer 40,000 Bitz

Warhammer 40,000 Collectors

Warhammer 40,000 Articles

Follow us on Twitter

Follow us on Facebook

Bookmark & Share

Subscribe to What's New Today

Print

Email to a Friend

# Tactical Squad Shoulder Pads 2

Like  1        AD



**Tactical Squad Shoulder Pads 2**

This pack contains 10 Tactical Squad Shoulder Pads 2.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101374

**Price: $**

Quantity: _

ADD TO C_

ADD TO GIFT

Bookmark &

**Exhibit 19-A-4**
[Plaintiff's Exhibit A, Entry No. 19 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 19-B**
[Plaintiff's Exhibit A, Entry No. 19]

Photograph of Chapterhouse Studios product No. 19

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Studded Skull Power Armor Pad



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search  Search

### PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

## Studded Skull Power Armor Pad

Product Code: Studded Skull Power Armor Pad

Reward Points: 0

Availability: 31

### Price: $1.00

Qty: 1

Add to Cart

0 reviews | Write a review

Share

| **Description** | **Reviews (0)** |

This is a shoulder pad with a skull on it, the rest f the shoulder pad has armored studs.  This shoulder pad works well with chaos or imperial marine models  his could also be a chapter icon for the left shoulder.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Hornet Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Studded Skull Power Armor Pad



We accept **PayPal**   About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy      2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| :---: |
| Entry 20 |

Over the centuries, the Alpha Legion have used this method of warfare to pull Imperial forces to neighbouring sectors, before attacking in force, their warships and ruthless soldiers pouring out of the Eye of Terror to assail a now-unprotected world.

It was agents of the Alpha Legion who led to the eventual destruction of the Emperor's Swords Chapter midway through the 40th Millennium. For more than a dozen generations, agents of the Alpha Legion infiltrated the hive slums of Ghorstangrad, the Emperor's Swords' home world. Through subtle manipulation of the most dominant sects and gangs, the Alpha Legion began to take control of the disordered urban nightmare from which the Emperor's Swords recruited, seeding potential future Space Marines with all manner of deviant philosophies and subconscious triggers. Certain images and phrases used in clandestine rituals on the very young inculcated following generations to react in predetermined ways.. Over many decades, though many of these brainwashed youths were rejected by the Librarians and Chaplains, some were recruited by the Emperor's Swords – a lurking threat unknown even to the recruits.

Almost three centuries after they had first put their plan into motion, the Alpha Legion broke out of the Eye of Terror and attacked Ghorstangrad. When the Emperor's Swords met them in combat, the Alpha Legion

unleashed all manner of hypnotic and disorientating psychic attacks, releasing the nascent personalities hidden deep within the minds of the unknowing infiltrators. Dazed and distressed, these few deranged Space Marines turned on their battle brethren, and within hours the Chapter disintegrated into a morass of battling factions, some of which joined forces directly with the Alpha Legion and others who simply fought on for their own survival. The Emperor's Swords were destroyed, Ghorstangrad was razed, and the gene-seed of the Chapter was stolen. Many of the Chapter's Space Marines have gone on to become infamous reavers in their own right, either leading warbands of their own or in the colours of the Alpha Legion.

The Emperor's Swords were not the first Chapter split by the corruption of Chaos, and certainly will not be the last. Battle brother against battle brother, Company against Company, the Dark Gods of Chaos can bring division and death even to Chapters that few would ever doubt. Sometimes the Chapter never recovers, sometimes the loyalists triumph, hunting down and destroying their wayward battle brethren, and on occasion the renegades escape justice and flee the wrath of their former comrades. It is a great stain upon the honour of a Chapter for its warriors to turn renegade and it will be scrutinised heavily for centuries after such events, as agents of the Adeptus Terra and Inquisition seek to root out any lingering malfeasance.



LORDS OF DECAY
Cross-ref: Space Hulk *Monolith of Woe*, currently pursued in the Mentieth sector

NIGHT LORDS
Ref: *Traitoris Extremis*
Notes: Rapid attack, guerilla hit-and-run assaults

ORACLES OF CHANGE
Notes: Led by Sorceror Amodeus Volkirian (formerly Epistolary Vaaeus)

PUNISHERS
Origin: Unknown
Location: Unknown

THE SANCTIFIED
Cross-ref: Word Bearers
Location: Siege of Tanadian Hive, Hascock's Landing

THE REBORN
Notes: Corroded armour; antiquated weaponry
1st sighting: 795.M40 [query?]

THE PURGE
Participation in Vashallian genocides, responsible for 14,000,000,000+ deaths

SKULLTAKERS
Ref: Formerly Benefactors of Kharidon; contact lost 153.M34–184.M39

GW0000803

**Exhibit 20-A-1**
[Plaintiff's Exhibit A, Entry No. 20 - 80% actual size]

GW allegedly infringed work: "Warhammer 40,000 Chaos Space Marines 2007, page 21."



**Exhibit 20-B**
[Plaintiff's Exhibit A, Entry No. 20]

Photograph of Chapterhouse Studios product No. 20



**Exhibit 20-A-2**

[Plaintiff's Exhibit A, Entry No. 20 - 80% actual size]

GW allegedly infringed work: "Forge World sell Mark V Heresy Space Marines."



**Exhibit 20-B**
[Plaintiff's Exhibit A, Entry No. 20]

Photograph of Chapterhouse Studios product No. 20

# GAMES WORKSHOP

FREE SHIPPING ON ALL ORDERS OVER $50
Customer Service 1-800-394-4263 | Welcome! | Sign In | Why Register?

Community & Events    Virtual Gift Vouchers    Store Finder    White Dwarf    Citadel Finecast    Find a Gift List

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000 Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 War
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

Warhammer 40,000   Store   Legion of the Damned Squad

## Legion of the Damned Squad

Like  31    ADD TO CART

**Have you got?**

$13.25    add to cart
Damned Legionnaire with Heavy Flamer

$13.25    add to cart
Damned Legionnaire with Multi-melta

**Legion of the Damned Squad**

**Price: $35.00**
Quantity  1
ADD TO CART
ADD TO GIFT LIST
Bookmark & Share

The Legion of the Damned are silent warriors whose black armour is adorned with chilling images of bone and fire. Considered by some to be an extension of the Emperor's superhuman will, an earlier grim suffuses their sable armour and their weapons discharge flaming projectiles that can pierce the strongest of armour. Damned Legionnaires appear only in times of greatest need and with chill precision, turn disaster into victory.

This box set contains five metal Legion of The Damned Legionnaires, including: a Damned Sergeant with plasma pistol and power axe, a Damned Legionnaire with flamer, and three Damned Legionnaires with boltguns. Each of the five models comes with a different, finely-detailed backpack. These backpacks can be used on any Damned Legionnaire, allowing you to individualise your squad. Models supplied with 25mm round bases.

Availability:
This product is expected to despatch in one to two weeks.

Part Code: 5911010142Z

With this box set you can make the following:

**Related Articles**
- The Legion of the Damned: The Scouring of Keros
- Legion of the Damned out now

**Legion of the Damned Squad**

|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Damned Sergeant | 5 | 4 | 4 | 4 | 1 | 4 | 2 | 10 | 3+ |
| Damned Legionnaire | 4 | 4 | 4 | 4 | 1 | 4 | 2 | 10 | 3+ |

**Exhibit 20-A-3**
[Plaintiff's Exhibit A, Entry No. 20 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Legion of the Damned models."



**Exhibit 20-B**
[Plaintiff's Exhibit A, Entry No. 20]

Photograph of Chapterhouse Studios product No. 20

Page 1 of 2



Customer Se



Community & Events  Virtual Gift Vouchers  Store Finder  White Dwarf  Citadel Finecast  Find a Gift List

Warhammer 40,000   Shoulder Pads   Tactical Squad Shoulder Pads 2

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

# Tactical Squad Shoulder Pads 2

Like [ 1 ]   AD





**Tactical Squad Shoulder Pads 2**

This pack contains 10 Tactical Squad Shoulder Pads 2.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101374

**Price:** $

Quantity:

ADD TO C

ADD TO GIFT

Bookmark &

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110189&ro...  8/10/2011

GW0002478

**Exhibit 20-A-4**
[Plaintiff's Exhibit A, Entry No. 20 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 20-B**
[Plaintiff's Exhibit A, Entry No. 20]

Photograph of Chapterhouse Studios product No. 20

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Flaming Skull Power Armor Shoulder Pad



CHAPTERHOUSE
STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search  Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

## Flaming Skull Power Armor Shoulder Pad

Product Code: Flaming Skull Power Armor Shoulder Pad

Reward Points: 0

Availability: 77

### Price: $1.00

Qty: 1

Add to Cart

0 reviews  |  Write a review

Share

| Description | Reviews (0) |

This is a single pewter shoulder pad with a skull with flames erupting from the top of it.

Designed to fit on Games Workshop Space Marine® Power Armor figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Flaming Skull Power Armor Shoulder Pad



**Plaintiff's Exhibit A**

Entry 21

# GAMES WORKSHOP DOES NOT IDENTIFY ANY INFRINGED WORK

"There are no IP issues with this product other than the shape/design of the underlying shoulder pad."

**Exhibit 21-A**

GW allegedly infringed work: N/A



**Exhibit 21 -B**
[Plaintiff's Exhibit A, Entry No. **21**]

Photograph of Chapterhouse Studios product No. **21**

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Star Fox Power Armor Shoulder Pad



Star Fox Power Armor Shoulder Pad



We accept **PayPal**    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| --- |
| Entry 22 |

# GAMES WORKSHOP DOES NOT IDENTIFY ANY INFRINGED WORK

"There are no IP issues with this product other than the shape/design of the underlying shoulder pad."

**Exhibit 22-A**

GW allegedly infringed work: N/A



**Exhibit 22 -B**
[Plaintiff's Exhibit A, Entry No. **22**]

Photograph of Chapterhouse Studios product No. **22**

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Star Fox Terminator Shoulder Pad



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
  - Heads
  - Jump packs
  - Kits for Space Marine Vehicles
  - Shields
  - **Shoulder Pads**
  - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

Search  Search

### Star Fox Terminator Shoulder Pad

Product Code: Star Fox Terminator Shoulder Pad
Reward Points: 0
Availability: 58

## Price: $1.00

Qty: 1

Add to Cart

0 reviews | Write a review

Share

| Description | Reviews (0) |

This is a single pewter shoulder pad with a stylized fox head that is similiar to the Luna Wolves symbol.

Designed to fit on Games Workshop Space Marine® terminator figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Star Fox Terminator Shoulder Pad



We accept  PayPal    About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 23 |



**Exhibit 23-A-1**

[Plaintiff's Exhibit A, Entry No. 23 - 80% actual size]

GW allegedly infringed work: "http://www.blacklibrary.com/"



**Exhibit 23-B**
[Plaintiff's Exhibit A, Entry No. 23]

Photograph of Chapterhouse Studios product No. 23



**Exhibit 23-A-2**

[Plaintiff's Exhibit A, Entry No. **23** - 80% actual size]

GW allegedly infringed work: "Soul Drinkers [sic] 2002, front cover."



**Exhibit 23 -B**
[Plaintiff's Exhibit A, Entry No. **23**]

Photograph of Chapterhouse Studios product No. **23**

Page 1 of 2

 

Customer S

**FREE SH**

Community & Events    Virtual Gift Vouchers    Store Finder    White Dwarf    Citadel Finecast    Find a Gift List

Warhammer 40,000    Shoulder Pads    Tactical Squad Shoulder Pads 2

Categories

Getting Started

Warhammer 40,000 Advance Orders

Warhammer 40,000 New Releases

Warhammer 40,000: Assault on Black Reach

Warhammer 40,000 Essentials

Warhammer 40,000 Armies

Warhammer 40,000 Expansions

Warhammer 40,000 Citadel Finecast

Warhammer 40,000 Scenery

Warhammer 40,000 Books

Warhammer 40,000 Bitz

Warhammer 40,000 Collectors

Warhammer 40,000 Articles

Follow us on Twitter

Follow us on Facebook

Bookmark & Share

Subscribe to What's New Today

Print

Email to a Friend

# Tactical Squad Shoulder Pads 2

Like [1]          AD

  

   

**Tactical Squad Shoulder Pads 2**

This pack contains 10 Tactical Squad Shoulder Pads 2.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101374

**Price: $**

Quantity:

ADD TO C

ADD TO GIFT

Bookmark &

**Exhibit 23-A-3**

[Plaintiff's Exhibit A, Entry No. **23** - 80% actual size]

GW allegedly infringed work:" Games Workshop sells Tactical shoulder pads."



**Exhibit 23 -B**
[Plaintiff's Exhibit A, Entry No. **23**]

Photograph of Chapterhouse Studios product No. **23**

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Chalice Power Armor Shoulder Pad



# CHAPTERHOUSE STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search: Search

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
  - Heads
  - Jump packs
  - Kits for Space Marine Vehicles
  - Shields
  - Shoulder Pads
  - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

## Chalice Power Armor Shoulder Pad

Product Code: Chalice Power Armor Shoulder Pad

Reward Points: 0

Availability: 79

**Price: $1.00**

Qty: 1

Add to Cart

0 reviews | Write a review

Share

| Description | Reviews (0) |

This is a single pewter shoulder pad with a chalice or grail sculpted on its surface and the upper ridge has a raised rim with sculpted detailing.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Chalice Power Armor Shoulder Pad



We accept    PayPal       About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy       2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 24 |



**Exhibit 24-A-1**

[Plaintiff's Exhibit A, Entry No. 24 - 80% actual size]

GW allegedly infringed work: "http://www.blacklibrary.com/"



**Exhibit 24-B**
[Plaintiff's Exhibit A, Entry No. 24]

Photograph of Chapterhouse Studios product No. 24



**Exhibit 24-A-2**

[Plaintiff's Exhibit A, Entry No. **24** - 80% actual size]

GW allegedly infringed work: "Soul Drinkers [sic ]2002, front cover."



**Exhibit 24 -B**
[Plaintiff's Exhibit A, Entry No. **24**]

Photograph of Chapterhouse Studios product No. **24**

# GAMES WORKSHOP®

Customer Service  1-800-394-4263 | Welcome! | Sign In | Why Register?

**FREE SHIPPING ON ALL ORDERS OVER $30**

0 Item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List          Search

**Have you got?**

Warhammer 40,000    Warhammer 40,000 Armies    Space Marines    HQ
Space Marine Librarian in Terminator Armour

## Space Marine Librarian in Terminator Armour

Like | 17 |    ADD TO CART



CITADEL FINECAST

$55.00                    add to cart
Manneus Calgar and Honour Guard

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on
Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Blood Angels
Chaos Daemons
Chaos Space Marines
Dark Eldar
Eldar
Grey Knights
Imperial Guard
Necrons
Orks
Space Marines
Getting Started
Army Essentials
HQ
Elites
Troops
Dedicated Transports
Fast Attack
Heavy Support
Bitz
Black Templars
Dark Angels
Novels
Space Marine Articles
Space Wolves
Tau Empire
Tyranids
Witch Hunters
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New
Today

Print
Email to a Friend

$50.00                    add to cart
Space Marine Terminator Close
Combat Squad

$50.00                    add to cart
Space Marine Terminator Squad

**Space Marine Librarian in Terminator Armour**

Space Marine Librarians are truly exceptional individuals, able to channel the power of the Warp into devastating psychic abilities. At times their skills are visible, and horrifyingly so, as they can pulverise a man with but a gesture of their armoured hand. At other times, their powers will strengthen and enhance their already formidable combat prowess, turning the Librarian into a force of elemental destruction. The most experienced Librarians will take to the field of battle wearing a mighty suit of Terminator armour, affording him excellent protection from enemy attacks and further boosting his combat potential.

This pack contains a Space Marine Librarian in Terminator Armour - a finely detailed resin cast kit that comes in six components (including three left hand options) and is supplied with a 40mm round base. This miniature is supplied unpainted and requires assembly - we recommend using Citadel Super Glue and Citadel Paints.

Due to high demand, each Citadel Finecast product is limited to five (5) per customer.

Availability: Usually ships within 24 hours.
Part Code: 9960101009

CITADEL FINECAST

Price: **$22.25**

Quantity: | 1 |

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

**Related Articles**

• Repairing and Assembling Citadel Finecast Miniatures

With this box set you can make the following:

Space Marine Librarian

|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|

GW0002379

**Exhibit 24-A-3**
[Plaintiff's Exhibit A, Entry No. **24** - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 24 -B**
[Plaintiff's Exhibit A, Entry No. **24**]

Photograph of Chapterhouse Studios product No. **24**

# GAMES WORKSHOP

Customer Service 1-800-394-4263 | Welcome! | Sign In | Why Register?

**FREE SHIPPING ON ALL ORDERS OVER $50**
OFFER DETAILS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

Warhammer 40,000    Elites    Space Marine Terminator Squad

## Space Marine Terminator Squad

Like   66    ADD TO CART

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000 Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 War
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

**Have you got?**

$15.00    add to cart
Space Marine Chaplain in Terminator Armour

$65.00    add to cart
Space Marine Land Raider Crusader/Redeemer

$22.25    add to cart
Space Marine Librarian in Terminator Armour

**Space Marine Terminator Squad**

**Price: $50.00**

Quantity 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

Terminators are amongst the greatest heroes of Mankind, stoic warriors in whom the indefatigable heroism of a Space Marine is combined with the terrible weaponry and inconhitable mass of Tactical Dreadnought armour. No foe is safe from a Terminator assault: they are unstoppable and they never yield.

This box set contains five multi-part plastic Space Marine Terminators including a Sergeant model. This set includes additional components allowing you to have Terminators armed with an assault cannon, a heavy flamer, a Cyclone missile launcher and chainfists. Models supplied with 40mm round bases.

Availability: Usually ships within 24 hours.
Part Code: 99120101027

**With this box set you can make the following:**

**Terminator Squad**

|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Terminator Sergeant | 4 | 4 | 4 | 4 | 1 | 4 | 2 | 9 | 2+ |
| Terminator | 4 | 4 | 4 | 4 | 1 | 4 | 2 | 9 | 2+ |

**Unit Composition:** 1 Terminator Sergeant; 4-9 Terminators
**Unit Type:** Infantry
**War Gear:** Terminator armour; Storm bolter; Power sword (Terminator Sergeant); Power fist (Terminators)

**Related Articles**
· Space Marine: Heroes of the Adeptus Astartes
· White Dwarf Archive Additions: Blood Templars
· Space Marines: The Battlebarge
· Planetstrike: Planetstrike: Attacking and Defending with Space Marines
· Space Marines: Sample Armies
· Getting Started With Space Marines
· ModHeg Dark Angel Characters

GW0002473

**Exhibit 24-A-4**
[Plaintiff's Exhibit A, Entry No. **24** - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 24 -B**
[Plaintiff's Exhibit A, Entry No. **24**]

Photograph of Chapterhouse Studios product No. **24**

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Chalice Terminator Shoulder Pad



Chalice Terminator Shoulder Pad



We accept  PayPal    About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping  Policy    2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| --- |
| Entry 25 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 25-A**

GW allegedly infringed work: N/A



**Exhibit 25 -B**
[Plaintiff's Exhibit A, Entry No. **25**]

Photograph of Chapterhouse Studios product No. **25**

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Salamander Smooth Power Armor Shoulder Pad



# CHAPTERHOUSE STUDIOS

NEWS    ABOUT US    CONTACT    FORUM    GALLERY    COMMISIONS

Search    Search

## PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

## Salamander Smooth Power Armor Shoulder Pad

Product Code: Salamander Smooth Power Armor Shoulder Pad

Reward Points: 0

Availability: 69

### Price: $1.00

Qty: 1

Add to Cart

0 reviews  |  Write a review

Share

**Description**    **Reviews (0)**    **Related Products (3)**

This is a single pewter shoulder pad with a salamander or dragon head sculped in relief on the surface which is broken up into scale patern.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40K Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Salamander Smooth Power Armor Shoulder Pad

We accept   **PayPal**      About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping  Policy        2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

Entry 26

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 26-A**

GW allegedly infringed work: N/A



**Exhibit 26 -B**
[Plaintiff's Exhibit A, Entry No. **26**]

Photograph of Chapterhouse Studios product No. **26**

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)