Salamander Smooth Terminator Shoulder Pad



Salamander Smooth Terminator Shoulder Pad



We accept  PayPal    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| :---: |
| Entry 27 |

GW failed to produce the following allegedly infringed work: Cover art, Warhammer 40,000 – Codex Imperialis 1993

ceremony of the celebrations that a stranger appeared at the gates to Vulkan's settlement. All he asked was to be allowed to take part in the contests and, though he would not say where he had come from, he was allowed to compete. His skin was pale and his garb outlandish, though all could see that he was a powerful figure. He announced to the gathered spectators that he could best any man in any contest. The gathered crowds laughed uproariously, believing that none could be more superior in intellect, physique or skill than their superhuman leader. Vulkan and the stranger wagered that whoever lost was to swear eternal obedience to the victor.

The competitions lasted for eight days and included many feats of strength and endurance. At the anvil lift, even the strongest men could only hold an anvil above their head for an hour and a half, but Vulkan and the stranger carried the heavy anvil aloft for half a day before the judges declared the contest a draw so that they could proceed to the next event. And so it was that they were almost equally matched in skill and strength. Occasionally one would slightly best the other, but when it came to the start of the final event, the salamander slaying, they were evenly matched. Each had a day and a night to forge a weapon with which to hunt down the largest salamander they could find. Whoever could bring back the heaviest carcass would win the wager and the eternal allegiance of the other.



Chapter Approved: Artem Leoch & twenty-seven

Salamanders, Progenitor Legion XVIII

Pre-Heresy Salamanders colour scheme

Salamanders colour scheme

Auto-reactive shoulder plate: Tactical squad markings

Auto-reactive shoulder plate: Chapter badge iconography

Auto-reactive shoulder plate: Honour Markings

Standard Imperial pattern meltagun (constructed locally).

Salamanders Veteran in Tactical Dreadnought Armour

Symbol of the Salamanders' First Company, the Firedrakes

Thought for the day: The honour of the Emperor will vanquish the Xenos.

GW0001169

**Exhibit 27-A-1**

[Plaintiff's Exhibit A, Entry No. **27** - 80% actual size]

GW allegedly infringed work: "Index Astartes IV, 2004, page 19."



**Exhibit 27 -B**
[Plaintiff's Exhibit A, Entry No. **27**]

Photograph of Chapterhouse Studios product No. **27**

Forge World - Page not found

Page 1 of 1

# Forge World

Log in / Register | Help
Basket (0 products £0.00) | Checkout
Search our products  [Go]

New Stuff   Warhammer 40,000   Warhammer Forge   Aeronautica Imperialis   Epic 40,000   Battlefleet Gothic   Modelling Supplies      Designers   Events

## PAGE NOT FOUND - 404 ERROR

We could not find the page you were looking for.
You may wish to try using the navigation at the top of the page, searching the site or visiting our sitemap.
If you feel this is an error please contact us with the link you visited to get to this page.

GAMES WORKSHOP        WARHAMMER        WARHAMMER

REGIONAL FREQUENTLY ASKED QUESTIONS

Contact us on 0115 9168177 from the UK, for more contact details click here
Copyright © Games Workshop Limited 2000-2012. All Rights Reserved. Games Workshop, the Games Workshop logo, the Forge World, Warhammer and the Warhammer 40,000 device are either ®, TM and/or ©Games
Workshop Ltd 2000-2012, variably registered in the UK and other countries around the world. All Rights Reserved. Games Workshop Ltd, Willow Road, Lenton, Nottingham, NG7 2WS. Registered in England and Wales -
Company No. 01467092. VAT No. GD 553055421

**Exhibit 27-A-2**
[Plaintiff's Exhibit A, Entry No. **27** - 80% actual size]

GW allegedly infringed work: "http://www.forgeworld.co.uk/Warhammer-
40000/SALAMANDERS-TERMINATOR-SHOULDER-PADS.html."



**Exhibit 27 -B**
[Plaintiff's Exhibit A, Entry No. **27**]

Photograph of Chapterhouse Studios product No. **27**

Space Marine Librarian in Terminator Armour | HQ | Space Marines | Warhammer 40,00...    Page 1 of 2

# GAMES WORKSHOP®

Customer Service 1-800-394-4263 | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $30 see details

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

Warhammer 40,000   Warhammer 40,000 Armies   Space Marines   HQ
Space Marine Librarian in Terminator Armour

## Space Marine Librarian in Terminator Armour

Like   17   ADD TO CART

CITADEL FINECAST

**Space Marine Librarian in Terminator Armour**

Space Marine Librarians are truly exceptional individuals, able to channel the power of the Warp into devastating psychic abilities. At times their skin are visible, and horrifyingly so, as they can pulverise a man with but a gesture of their armoured hand. At other times, their powers will strengthen and enhance their already formidable combat prowess, turning the Librarian into a force of elemental destruction. The most experienced Librarians will take to the field of battle wearing a mighty suit of Terminator armour, affording him excellent protection from enemy attacks and further boosting his combat potential.

This pack contains a Space Marine Librarian in Terminator Armour - a finely detailed resin cast kit that comes in six components (including three left hand options) and is supplied with a 40mm round base. This miniature is supplied unpainted and requires assembly - we recommend using Citadel Super Glue and Citadel Paints.

Due to high demand, each Citadel Finecast product is limited to five (5) per customer.

Availability: Usually ships within 24 hours.
Part Code: 9960010100

With this box you can make the following:

Space Marine Librarian

|   | WS | BS | S | T | W | I | A | Ld | Sv |
|---|----|----|---|---|---|---|---|----|----|

**CITADEL FINECAST**

Price: **$22.25**

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

### Categories
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Blood Angels
Chaos Daemons
Chaos Space Marines
Dark Eldar
Eldar
Grey Knights
Imperial Guard
Necrons
Orks
Space Marines
Getting Started
Army Essentials
HQ
Elites
Troops
Dedicated Transports
Fast Attack
Heavy Support
Ibiz
Black Templars
Dark Angels
Novels
Space Marine Articles
Space Wolves
Tau Empire
Tyranids
Witch Hunters
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

**Have you got?**

$55.00    add to cart
Marneus Calgar and Honour Guard

$50.00    add to cart
Space Marine Terminator Close Combat Squad

$50.00    add to cart
Space Marine Terminator Squad

### Related Articles
Preparing and Assembling Citadel Finecast Miniatures

**Exhibit 27-A-3**
[Plaintiff's Exhibit A, Entry No. **27** - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 27 -B**
[Plaintiff's Exhibit A, Entry No. **27**]

Photograph of Chapterhouse Studios product No. **27**



**Exhibit 27-A-4**
[Plaintiff's Exhibit A, Entry No. **27** - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 27 -B**
[Plaintiff's Exhibit A, Entry No. **27**]

Photograph of Chapterhouse Studios product No. **27**



**Exhibit 27-A-5**

[Plaintiff's Exhibit A, Entry No. **27** - 80% actual size]

GW allegedly infringed work: "Space Marine Chaplain with skull helmet."



**Exhibit 27 -B**
[Plaintiff's Exhibit A, Entry No. **27**]

Photograph of Chapterhouse Studios product No. **27**

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Scaled Power or Lightning Claw



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search | Search

## Scaled Power or Lightning Claw

Product Code: Scaled Power Claw or Lightning Claw
Reward Points: 0
Availability: 85

### Price: $1.50

Qty: 1

Add to Cart

2 reviews | Write a review

Share

### Description | Reviews (2) | Related Products (2)

This is a single metal clawed arm for 28 mm figures. It is a left arm with a heavy or power fist (lightning claw) with scales and claws, upper arm is armored.

Scaled for use on Games Workshop Space Marine models.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Scaled Power or Lightning Claw



We accept   **PayPal**        About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 28 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 28-A**

GW allegedly infringed work: N/A



**Exhibit 28 -B**
[Plaintiff's Exhibit A, Entry No. 28]

Photograph of Chapterhouse Studios product No. 28

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Salamander Diamond-Scaled Storm Shield



CHAPTERHOUSE
STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search  Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- **Shields**
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

### Salamander Diamond-Scaled Storm Shield

Product Code: Salamander Diamond Shield

Reward Points: 0

Availability: 186

**Price: $2.00**

Qty: 1

Add to Cart

★★★★★   3 reviews   |   Write a review

Share

| Description | **Reviews (3)** |

This is a single pewter combat or storm shield for 28 mm figures.  This shield has triangular scales as well as a dragon head on the top and a skull on the bottom.

If to be used on Games Workshop models, this is more suitable for a terminator model as opposed to a space marine model (it would look a bit large for the smaller armor).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40K Device, Warhammer World logo, Wormaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Salamander Diamond-Scaled Storm Shield



We accept   PayPal    About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy     2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 29 |

# NO COPYRIGHT CLAIM STATED

# "The product implicates trademark issues only, not copyright"

**Exhibit 29-A**

GW allegedly infringed work: N/A



**Exhibit 29 -B**
[Plaintiff's Exhibit A, Entry No. 29]

Photograph of Chapterhouse Studios product No. 29

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Salamander Storm Shield



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search | Search

### PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

## Salamander Storm Shield

Product Code: Salamander Storm Shield
Reward Points: 0
Availability: 64

### Price: $2.00

Qty: 1

Add to Cart

✪✪✪✪✪  2 reviews  |  Write a review

Share

| Description | Reviews (2) |

This is a single pewter combat or storm shield for 28 mm figures. This shield has scales on the surface.

If to be used on Games Workshop models, this is more suitable for a terminator model as opposed to a space marine model (it would look a bit large for the smaller armor).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40K Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Salamander Storm Shield



We accept  PayPal    About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping  Policy    2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 30 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 30-A**

GW allegedly infringed work: N/A



**Exhibit 30 -B**
[Plaintiff's Exhibit A, Entry No. 30]

Photograph of Chapterhouse Studios product No. 30

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Salamander Storm Shield with Skull



Salamander Storm Shield with Skull



We accept PayPal    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

Entry 31

Thunder Hammer Conversion Pack | Games Workshop

Page 1 of 1

# GAMES WORKSHOP®

Customer Service   1-800-394-4263 | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $30

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

Warhammer 40,000   Bitz   Thunder Hammer Conversion Pack

## Thunder Hammer Conversion Pack

Like   0   ADD TO CART

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Expansions
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

**Have you got?**

$17.00 ............... add to cart
Space Marine Terminator Captain

$35.00 ............... add to cart
Space Marine Chapter Masters

### Thunder Hammer Conversion Pack

Space Marine Command Squads and Vanguard Veterans
are experienced warriors who are often gifted with powerful
weapons from the Chapter's arsenal. The thunder hammer
is one such weapon. With a thunder hammer in his hands, a
Space Marine can smash clean through most opponents
making a mockery of any armour they may be wearing.
Suffice to say, it's a weapon that's as messy as it is deadly.
A warrior with a thunder hammer will often carry a storm
shield into battle. Contained within the shield is a powerful
force field that can repel incoming attacks, allowing the user
to get close enough to the enemy to use the full force of the
thunder hammer in his other hand. It's a deadly combination
and one that has proven very effective across the Imperium.

This pack contains 15 components, including: five thunder
hammers, five storm shields and five shoulder pads bearing
the Crux Terminatus. This pack is designed for use on
Space Marine miniatures wearing power armour. All of these
components are supplied unpainted and require assembly -
we recommend using Citadel Super Glue and Citadel Paints.

Availability: Usually ships within 24 hours
Part Code: 99060101396

**Price: $14.00**

Quantity:  1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

Citrix Our Products   Real Estate   Privacy Policy   Legal   Careers   About Us   Investor Relations   Stock Library   Forge World   Site Map   Contact Us

Country Select

Copyright © Games Workshop Limited 2000-2011  © New Line Productions Inc  © The Saul Zaentz Company d/b/a Middle-earth Enterprises   All rights reserved to their respective owners

## Exhibit 31-A-1
[Plaintiff's Exhibit A, Entry No. 31 – 80% actual size]

GW allegedly infringed work: "Games Workshop sells Thunder Hammers."



**Exhibit 31-B**
[Plaintiff's Exhibit A, Entry No. 31]

Photograph of Chapterhouse Studios product No. 31



GW0002419

**Exhibit 31-A-2**
[Plaintiff's Exhibit A, Entry No. 31]

GW allegedly infringed work: "Space Marine Collector's Guide 2003, page 14."



**Exhibit 31-B**
[Plaintiff's Exhibit A, Entry No. 31]

Photograph of Chapterhouse Studios product No. 31

ceremony of the celebrations that a stranger appeared at the gates to Vulkan's settlement. All he asked was to be allowed to take part in the contests and, though he would not say where he had come from, he was allowed to compete. His skin was pale and his garb outlandish, though all could see that he was a powerful figure. He announced to the gathered spectators that he could best any man in any contest. The gathered crowds laughed uproariously, believing that none could be more superior in intellect, physique or skill than their superhuman leader. Vulkan and the stranger wagered that whoever lost was to swear eternal obedience to the victor.

The competitions lasted for eight days and included many feats of strength and endurance. At the anvil lift, even the strongest men could only hold an anvil above their head for an hour and a half, but Vulkan and the stranger carried the heavy anvil aloft for half a day before the judges declared the contest a draw so that they could proceed to the next event. And so it was that they were almost equally matched in skill and strength. Occasionally one would slightly best the other, but when it came to the start of the final event, the salamander slaying, they were evenly matched. Each had a day and a night to forge a weapon with which to hunt down the largest salamander they could find. Whoever could bring back the heaviest carcass would win the wager and the eternal allegiance of the other.





**Exhibit 31-B**
[Plaintiff's Exhibit A, Entry No. 31]

Photograph of Chapterhouse Studios product No. 31

Forge World - Page not found                                                                 Page 1 of 1

**Forge World**

New Stuff    Warhammer 40,000    Warhammer Forge    Aeronautica Imperialis    Epic 40,000    Battlefleet Gothic    Modelling Supplies    Designers    Events

**PAGE NOT FOUND - 404 ERROR**

We could not find the page you were looking for.
You may wish to try using the navigation at the top of the page, searching the site or visiting our sitemap.
If you feel this is an error please contact us with the link you visited to get to this page.

**GAMES WORKSHOP**    **WARHAMMER**    **WARHAMMER**

**REGIONAL FREQUENTLY ASKED QUESTIONS**

Contact us on 0115 9168177 from the UK, for more contact details click here

Copyright © Games Workshop Limited 2000-2012. All Rights Reserved. Games Workshop, the Games Workshop logo, the Forge World, Warhammer and the Warhammer 40,000 device are either ®, TM and/or ©Games Workshop Ltd 2000-2012, variably registered in the UK and other countries around the world. All Rights Reserved. Games Workshop Ltd, Willow Road, Lenton, Nottingham, NG7 2WS. Registered in England and Wales - Company No: 01467092. VAT no: GB 589352421

http://www.forgeworld.co.uk/Warhammer-40000/SALAMANDERS-TERMINATOR-SHO...    8/9/2012

**Exhibit 31-A-4**
[Plaintiff's Exhibit A, Entry No. 31]

GW allegedly infringed work: "http://www.forgeworld.co.uk/Warhammer-40000/SALAMANDERS-TERMINATOR-SHOULDER-PADS.html."



**Exhibit 31-B**
[Plaintiff's Exhibit A, Entry No. 31]

Photograph of Chapterhouse Studios product No. 31

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Salamander Thunder Hammer



# CHAPTERHOUSE
STUDIOS

Register | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search  Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

## Salamander Thunder Hammer

Product Code: Salamander Thunder Hammer

Reward Points: 0

Availability: 43

### Price: $1.50

Qty: 1

Add to Cart

0 reviews | Write a review

Share

| Description | Reviews (0) |

This is a single pewter hammer for 28 mm figures.  This is a hammer sculpted with Dragon Head details.

If to be used on Games Workshop models, this is more suitable for a terminator model as opposed to a space marine model (it would look a bit large for the smaller armor).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Salamander Thunder Hammer



We accept **PayPal**    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy      2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 32 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 32-A**

GW allegedly infringed work: N/A



**Exhibit 32 -B**
[Plaintiff's Exhibit A, Entry No. 32]

Photograph of Chapterhouse Studios product No. 32

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Salamander Land Raider Conversion Kit



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search  Search

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
  - Heads
  - Jump packs
  - Kits for Space Marine Vehicles
  - Shields
  - Shoulder Pads
  - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

## Salamander Land Raider Conversion Kit

Product Code: Salamander Land Raider Kit

Reward Points: 0

Availability: 31

**Price: $22.50**

Qty: 1

Add to Cart

0 reviews | Write a review

Share

| Description | Reviews (0) |

This resin kit consist of 9 resin components and 4 pewter components that fit on the Space Marine® Land Raider chassis - 2 front side armor panels, 2 rear side armor panels, 2 front track guards, 2 dragon head lascannon sponson covers, 1 dragon head turret cover and 2 metal braziers.

The Salamanders Land Raider Conversions kit was designed to replace the replace some of the components from the Land Raider kit as well as add to it. Incorporating original art work, each piece allows you to add further detail to your model by adding images of scaling, anvils, dragons and fire to your model.

This kit is designed to fit on Games Workshop Space Marine® Land Raider kit.

Display model shown assembled with Games Workshop Space Marines® model for compatibility purposes.

Components supplied unpainted and unassembled.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names,

Salamander Land Raider Conversion Kit



races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept    PayPal        About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 33 |



Led by their Chaplain, Black Templar Assault Marines charge in.

Black Templars Marshal

Emperor's Champion painted by Darren Latham

Black Templar Command Squad

Black Templars engage the Eldar under covering fire from a nearby Dreadnought.

49

GW0001636

**Exhibit 33-A-1**
[Plaintiff's Exhibit A, Entry No. 33 - 80% actual size]

GW allegedly infringed work: "Index Astartes II, page 49."



**Exhibit 33 -B**
[Plaintiff's Exhibit A, Entry No. 33]

Photograph of Chapterhouse Studios product No. 33



GW0002452

**Exhibit 33-A-2**
[Plaintiff's Exhibit A, Entry No. 33 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Flesh Tearers shoulder pads."



**Exhibit 33 -B**
[Plaintiff's Exhibit A, Entry No. 33]

Photograph of Chapterhouse Studios product No. 33

**GAMES WORKSHOP®**

Customer Service · 1-800-394-4263 | Welcome! | Sign In | Why Register?

**FREE SHIPPING ON ALL ORDERS OVER $30**
OFFER DETAILS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

Warhammer 40,000    Elves    Space Marine Dreadnought

# Space Marine Dreadnought

Like   39    ADD TO CART

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000 Assault on
Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New
Today

Print
Email to a Friend

**Have you got?**



$20.00                      add to cart
Space Marine Techmarine

**Related Articles**
· Space Marine: Heroes of the Adeptus
  Astartes
· Blood Angels: Sample Armies - Part 2
· Sample Armies: Warhammer 40,000
· Warhammer 40,000: Tactica Walkers
· Space Marines: Venerable Dreadnought
  Stage Five: Steve Assanti's A-Painting
· Getting Started with Battle Missions: Battle
  Missions in Action: Dreadnoughts
· White Dwarf Archive Additions: Black
  Templars
· Space Marines: The Battlefleece
· Space Walkers - Armoured Fury
· Warhammer 40,000 Vehicles
· Space Marines: Building and Painting
  Space Marines Dreadnoughts
· Space Marines - Sample Armies
· Getting Started With Space Marines
· Getting Started With Daemonhunters
· Revised Warhost: Modeling and Painting
  Dark Angels First Inquisitors

**Space Marine Dreadnought**

Standing three times the height of a man, these towering
war machines bare powerful weapons and are as lethal at
range as in close assault. A chapter's Dreadnoughts are
treasured relics, only woken in great need. Encased inside
every Dreadnought, lies a mighty space marine hero, who
has suffered grievous wounds in battle, saved only by his
interment.

This box set contains one multi-part plastic Space Marine
Dreadnought and includes enough parts to make: an assault
cannon, a twin linked lascannon, a power fist and a missile
launcher - allowing you to customise your Dreadnought's
armament. Model is supplied with a 60mm scenic base.

**Price: $44.50**
Quantity  1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

Availability: Usually ships within 24 hours.
Part Code: 10120010010

With this box set you can make the following:

**Dreadnought**

|  | WS | BS | S | I | A | Front Armour | Side Armour | Rear Armour |
|---|---|---|---|---|---|---|---|---|
| Dreadnought | 4 | 4 | 6 | 4 | 2 | 12 | 12 | 10 |

**Number:** 1

**Type:** Vehicle (Walker)

**Wargear:** Multi-melta; Dreadnought close combat weapon; Storm bolter; Smoke
launchers; Searchlight

**Exhibit 33-A-3**
[Plaintiff's Exhibit A, Entry No. 33 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Dreadnoughts."



**Exhibit 33 -B**
[Plaintiff's Exhibit A, Entry No. 33]

Photograph of Chapterhouse Studios product No. 33

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Flesh Tearer Resin Vehicle Icons



# Flesh Tearer Resin Vehicle Icons

Product Code: Flesh Tearer Resin Vehicle Icons
Reward Points: 0
Availability: 36

## Price: $9.00

Qty: 1

Add to Cart

0 reviews | Write a review

Share

**PRODUCTS**
- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
  - Heads
  - Jump packs
  - Kits for Space Marine Vehicles
  - Shields
  - Shoulder Pads
  - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS

Search

**Description** | **Reviews (0)**

This kit consist of 7 pairs of stone sawblades or suns (with cracks on the stone face) and seperate drops cast in resin.

Large icons measure 31 mm diameter (sized for Land Raiders or Rhino top hatches)

Two medium icons measure 23.5 mm diameter (sized for Rhino fronts and Land Raider side doors)

Four small icons measure 16 mm diameter (sized for droppods, dreadnoughts, landspeeders, etc).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Catachan, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Flesh Tearer Resin Vehicle Icons



We accept | PayPal | About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy | 2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 34 |

GW identifies but has failed to produce the following allegedly infringed work: p90 'Imperial Armour 9: The Badab War Part 1' 2010.





**Exhibit 34 -B**
[Plaintiff's Exhibit A, Entry No. **34**]

Photograph of Chapterhouse Studios product No. **34**

# ORTAN CASSIUS
## ULTRAMARINES CHAPLAIN, MASTER OF SANCTITY

Chaplain Cassius is the oldest active member of the Ultramarines Chapter. What little of his skin can be seen amid the life-sustaining bionics is gnarled and battle-scarred, and his one good eye burns with unfulfilled vengeance. Though Cassius is close on four centuries of age, his arm remains strong, his aim remains true and his sturdy presence within the Ultramarines battlelines fills the hearts of his younger brethren with pride and valour. His impassioned words have carried the Ultramarines forward into battle on a thousand, thousand worlds, firing his Battle-Brothers with his own deeply-held passion and belief.

Cassius can recall tales of the first Tyrannic War when he fought alongside Marneus Calgar (always "young Calgar" to Cassius) to purge Ultramar of the horrific denizens of Hive Fleet Behemoth. In the final stages of the war, Cassius accompanied the attempt to rescue the doomed 1st Company at the polar fortress of Macragge. At great cost of life the Tyranid invaders were hunted down and exterminated, though it was too late for the Veterans of the 1st Company who had long since laid down their lives for their brethren. Few of Cassius' companions emerged unscathed from the terrible close quarters fighting, and the Chaplain himself was laid low by a rampaging Carnifex, sustained only by a formidable strength of will until the chapter's Apothecaries could tend his ruined body.

After a long convalescence, during which much of his shattered form was rebuilt with bionics, Cassius returned to his duties, filled with new fire and purpose. The ancient Chaplain had been blessed with revelation as he lay dying in the ichor-stained ice. He believed that the Tyranid menace was no mere physical threat. The aliens were Mankind's rightful punishment for their lack of vigilance, and in Cassius' eyes there was no greater calling than to purge them from the galaxy.

To this end, the grizzled Chaplain petitioned Lord Macragge for the authority to forge a new body of Ultramarines, chosen from the survivors of the Tyrannic wars. Cassius believed that only these Space Marines, men who had been tested as he had, could truly understand the threat posed by the Tyranids.

Though secretly thoughtful of the strength of Cassius' newfound fervour, Calgar acceded to the request. The Chapter Master's sanction given, Cassius pulled together his corps of Tyrannic War Veterans. Though Cassius' recruits were initially few in number, each fresh clash with the Tyranid Hive Fleets provides new followers to his cause.

As the movement has grown, Cassius has become ever more withdrawn and his followers an ever more influential faction within the Ultramarines. Though this is perhaps a minor deviation from the Codex Astartes, Lord Macragge tolerates his mentor's divergence. Calgar knows that there shall yet be another reckoning between the Ultramarines and the Tyranids, and that Cassius' followers may then be the key to final victory.

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Ortan Cassius | 5 | 4 | 4 | 6 | 2 | 4 | 2 | 10 | 3+ |

### SPECIAL RULES
Combat Tactics, Feel No Pain, Independent Character.

Honour of the Chapter, Liturgies of Battle:
See page 58 for details.

### WARGEAR
Infernus: This is a master-crafted combi-flamer, lovingly crafted and modified by Cassius himself. Note that the boltgun is loaded with hellfire rounds and will therefore wound any model on a 2+.

"The blasphemy of the Tyranids is such that only one solution is acceptable: Extermination. There can only be two sides in such a fight – choose carefully, lest you and I find ourselves on different sides."

Chaplain Cassius
Ultramarines Master of Sanctity



GW0011386

**Exhibit 34-A-2**
[Plaintiff's Exhibit A, Entry No. **34**]

GW allegedly infringed work: "p87 Codex Space Marines 2008. Combi-melta."



**Exhibit 34 -B**
[Plaintiff's Exhibit A, Entry No. **34**]

Photograph of Chapterhouse Studios product No. **34**



FORCES OF THE DARK ANGELS

"Speed the bolt that brings the end of our enemies"

**ASSAULT CANNON**
High capacity, fast-charge ammunition hopper.
Barrels last 50,000 firings.

Autosense sighting link

Ceramic alloy barrels

Recoil compensator

Integrated ammunition trigger

**BOLTGUN**
Astartes MK IIIc Godwyn pattern

6-10 round sickle magazine

The bolter is the instrument of the Emperor's will. It roars with his voice, bringing vengeance upon the unclean and the heretic.

**BOLT PISTOL**
Standard issue to all Brethren

Do not forsake your sidearm. It is an extension of your faith and the deliverer of the Lion's wrath.

**CHAIN SWORD**
MK XI 'Hell's Teeth'

The chainsword is the will of the righteous made manifest.

**FRAG AND KRAK GRENADES**
Astartes Issue

"The mightiest man may be felled by a single shot. Seek always to improve the odds."

**COMBI-WEAPON**
Underslung plasma gun. Single core containment.

Emergency venting

Photonic hydrogen ammunition

Dual state trigger

**HEAVY BOLTER**
Astartes MK IVa

The heavy bolter sings a chorus of praise in the Emperor's name, bringing his word to the faithless.

**FLAMER**
MK XX 'Purifier'

A flamer is more than just a weapon. It is the redeemer of the corrupt and the purifier of the twisted.

ACCESS: All tiers
AUTH: Grand Master of the Arsenal

49

**FRAG GRENADE**
Frag grenades are explosive devices that are hurled at the enemy prior to an assault. The storm of shrapnel from the exploding frag grenades will drive opponents further under cover for a few precious moments, allowing the attackers to close in unmolested. They are standard issue for all Dark Angels Space Marines.

See the Assault Phase chapter of the Warhammer 40,000 rulebook for details of using frag grenades.

**HEAVY BOLTER**
Enormous versions of the boltgun, heavy bolters are deadly large weapons that fire fist-sized bolts at the enemy. With a staggering rate of fire and shells even more lethal than the standard boltgun, heavy bolters put the fear of the Emperor into enemy infantry.

| Range | Strength | AP | Type |
|-------|----------|----|----|
| 36"   | 5        | 4  | Heavy 3 |

GW0000939

**Exhibit 34-A-3**
[Plaintiff's Exhibit A, Entry No. **34**]

GW allegedly infringed work: "p49 Codex Dark Angels 2006. Combi-plasma."



**Exhibit 34 -B**
[Plaintiff's Exhibit A, Entry No. **34**]

Photograph of Chapterhouse Studios product No. **34**

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Combi-weapon Magnetic Kit



Combi-weapon Magnetic Kit



All Rights Reserved to their respective owners.

We accept **PayPal**   About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy      2011 ChapterHouse Studios®