| **Plaintiff's Exhibit A** |
|:---:|
| Entry 35 |

GW identifies but has failed to produce the following allegedly infringed works: Guide to the Warhammer 40,000 Universe.

GW produced the following additional allegedly infringed works on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: p28 Codex Eldar 2006; p37 Codex Eldar 2006; p40 Codex Eldar 2006.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.

# ALLEGEDLY INFRINGED WORK NOT PRODUCED

**Exhibit 35-A-1**
[Plaintiff's Exhibit A, Entry No. **34**]

GW allegedly infringed work: "Guide to the Warhammer 40,000 Universe."



**Exhibit 35 -B**
[Plaintiff's Exhibit A, Entry No. 35]

Photograph of Chapterhouse Studios product No. 35



**Exhibit 35-A-2**
[Plaintiff's Exhibit A, Entry No. 35 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Eldar Farseers on its website."



**Exhibit 35 -B**
[Plaintiff's Exhibit A, Entry No. 35]

Photograph of Chapterhouse Studios product No. 35



GW0002448

**Exhibit 35-A-3**
[Plaintiff's Exhibit A, Entry No. 35 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Eldar jetbikes on its website."



**Exhibit 35 -B**
[Plaintiff's Exhibit A, Entry No. 35]

Photograph of Chapterhouse Studios product No. 35



GW0002449

**Exhibit 35-A-4**

[Plaintiff's Exhibit A, Entry No. 35 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells the Seer Council on its website."



**Exhibit 35 -B**
[Plaintiff's Exhibit A, Entry No. 35]

Photograph of Chapterhouse Studios product No. 35



## FARSEER PSYCHIC POWERS

Unless otherwise noted, these powers work as described in the Psychic Powers section of the Warhammer 40,000 rulebook, are used at the start of the Eldar turn and do not require the Eldar psyker to have line of sight to target.

**Doom:** The Farseer searches for the thread of destiny that spells the destruction of an enemy and draws it into being. The Farseer can target any non-vehicle unit within 24". All hits caused upon that unit gain a re-roll to wound until the start of the next Eldar turn.

**Eldritch Storm:** The Farseer summons a corona of crackling energy that strikes out with arcs of lightning and hurls enemies in all directions. This psychic power is used in the shooting phase instead of firing a weapon. The Eldar player places the large blast marker centred on an enemy model within 18". Vehicles touched by the template suffer a hit with 2D6+3 armour penetration and are spun around to face in a direction determined by the scatter dice – if a hit is rolled the Eldar player may choose its facing.

| Range: 18" | S: 3 | AP – | Pinning, Large Blast |
| --- | --- | --- | --- |

**Fortune:** The Farseer scries the strands of the future to foresee where the enemy will attack, warning his fellow Eldar so that they may avoid enemy fire. Nominate one Eldar unit with a model within 6" of the Farseer. This unit re-rolls any failed saves it makes until the start of the next Eldar turn.

**Guide:** The Farseer's prophetic powers warn him of the enemy's foul intent, allowing him to direct the fire of his warriors. Nominate one Eldar unit with a model within 6" of the Farseer. This unit re-rolls any failed to hit rolls made in that turn's shooting phase. If the unit is using a guess range weapon (such as a D-cannon) you may re-roll their scatter dice instead.

**Mind War:** The Farseer reaches out to destroy the mind of an enemy with an irresistible mental onslaught. This psychic power is used in the shooting phase instead of firing a weapon. The Eldar player may choose any unengaged model within 18" of the Farseer and within his line of sight (models mounted in vehicles cannot be targeted). Both players roll a D6 and add the Leadership of their respective models. For each point the Farseer wins by, the target loses a wound, with no armour saves allowed.

## WARLOCK POWERS

A Warlock's power is available permanently, so he does not need to take a Psychic test to use it.

**Conceal:** The Warlock clouds the minds of the enemy, creating a shifting psychic mist that conceals his unit. The Warlock's whole squad receives a 5+ cover save. This does not count as occupying cover for the purposes of assault.

**Destructor:** The Warlock focuses his anger and hatred and unleashes it at the enemy in a rolling blast of raw psychic power. Destructor is used in the shooting phase instead of firing a weapon. It is worked out like a normal shooting attack with the following profile:

| Range: Template | S: 5 | AP: 4 | Assault 1 |
| --- | --- | --- | --- |

**Embolden:** The Warlock instils an unshakeable courage in his comrades, reaching into their minds with visions of mighty heroes and great victories. The Warlock and his squad may re-roll any failed Leadership tests.

**Enhance:** The Warlock empowers his fellow warriors with lightning speed and skill. All models in the same unit as the Warlock, including the Warlock itself, add +1 to their Weapon Skill and Initiative. The effects of multiple Enhance powers are not cumulative.



28

GW0011374

**Exhibit 35-A-5**

[Plaintiff's Exhibit A, Entry No. 35 - 80% actual size]

GW allegedly infringed work: "p28 Codex Eldar 2006."



**Exhibit 35 -B**
[Plaintiff's Exhibit A, Entry No. 35]

Photograph of Chapterhouse Studios product No. 35

# SHINING SPEARS

The Shining Spears are one of the rarest and most specialised aspects. They fight as the spear of Kaela Mensha Khaine, which struck like lightning and killed any foe with a single blow.

Shining Spears ride sleek, gleaming jetbikes to war, their vehicles' anti-gravitic motors allowing them to skim over even the roughest terrain at breakneck pace. Each Aspect Warrior is so in tune with his jetbike that he can execute complex high-speed aerial manoeuvres with a single gesture. Even a small unit of Shining Spears can turn the tide of a protracted combat, for their legendary charges hit home with the force of a thunderbolt.

The ritual armament of the aspect is the laser lance. This elegant weapon can deliver intense short ranged energy blasts, and is usually just as the Shining Spears deliver their charge. The Aspect Warriors specialise in delivering hit-and-run attacks, careening past the foe and returning for another attack in much the same way as the duelling Dragon Knights of the Exodite worlds. Few enemies can withstand such a devastating charge.



| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Shining Spear | 4 | 4 | 3 | 3(4) | 1 | 5 | 1 | 9 | 3+ |
| Exarch | 5 | 5 | 3 | 3(4) | 1 | 6 | 2 | 9 | 3+ |

## WARGEAR

**Laser Lance:** On any turn in which they initiate an assault, models armed with laser lances count as having Strength 6 power weapons. In addition they may be used as a ranged weapon with the following profile:

Range: 6"     S: 6     AP: 4     Assault 1, Lance

## EXARCH WARGEAR

**Star Lance:** The star lance is an extremely powerful laser lance, named for the weapon wielded by Asuryan himself from the back of his flying steed. It follows the rules for a laser lance, but has a Strength of 8 in all cases.

## EXARCH POWERS

**Skilled Rider:** The Exarch can lead his squad unerringly around tree trunks and branches, down twisting gorges and through rubble-strewn corridors. He and his squad have the Skilled Rider ability.

**Withdraw:** The Exarch watches the tides of combat closely for best moment to withdraw from a fight, ready to attack again later. His unit may use the Hit and Run special rule.

"Trust not in their appearance, for the Eldar are as alien to good, honest men as the vile Tyranids and savage Orks. There is no understanding them for there is nothing to understand – they are a random force in the universe."

**Imperial Commander
Abriel Hume**

GW0011376

**Exhibit 35-A-6**
[Plaintiff's Exhibit A, Entry No. 35 - 80% actual size]

GW allegedly infringed work: "p37 Codex Eldar 2006."



**Exhibit 35 -B**
[Plaintiff's Exhibit A, Entry No. 35]

Photograph of Chapterhouse Studios product No. 35

# GUARDIAN JETBIKES

Eldar jetbikes are sleek one-man craft propelled by powerful anti-gravitic motors. Beautifully designed, the Eldar jetbike is a wonder of engineering. It is capable of such velocity that without the prodigious reaction speed of an Eldar it would be more lethal to the rider than his foe.

To an Eldar, the mastery of the jetbike is an exhilarating challenge. Jetbikes have long, curved vanes on either side that allow the rider to execute incredibly sharp turns in mid-air, and the strength of their anti-grav motors can be subtly manipulated to send the jetbikes hurtling into a steep dive or sharp climb. Even for an Eldar it takes years of practice to master a jetbike's potential, but one who does so builds a rapport with his steed comparable to the horsemasters of Eldar mythology.

Jetbike riders operate as forward scouts and fast-response strike forces, speeding across the battlefield in a brightly-coloured blur before unleashing tight fusillades from their hull-mounted shuriken weaponry. A common tactic for jetbike riders is to circumvent enemy lines completely and then close in on their vulnerable rear, taking a fearsome toll before gunning their engines and speeding off again.

*"Feel the rush of the wind against your skin and hear her keening cry in your ears. Listen to her call well, for are we not the Wild Riders, the children of the storm?"*

**Nuadhu 'Fireheart'
chieftain of Saim-Hann**

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Guardian Jetbike | 3 | 3 | 3 | 3(4) | 1 | 4 | 1 | 8 | 3+ |

**WARGEAR**

**Eldar Jetbike:** These are fitted with twin-linked shuriken catapults, increase the rider's Toughness by 1 point, and in addition confer a 3+ armour save to the rider. See the Warhammer 40,000 Rulebook for details of the movement of Eldar jetbikes.



40

GW0011377

**Exhibit 35-A-7
[Plaintiff's Exhibit A, Entry No. 35 - 80% actual size]**

**GW allegedly infringed work: "p40 Codex Eldar 2006."**



**Exhibit 35 -B**
[Plaintiff's Exhibit A, Entry No. 35]

**Photograph of Chapterhouse Studios product No. 35**

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Farseer Jetbike Conversion Kit



Farseer Jetbike Conversion Kit

| **Plaintiff's Exhibit A** |
|---|
| Entry 36 |

GW identifies but failed to produce the following allegedly infringed work: Guide to the Warhammer 40,000 Universe.

GW produced the following additional allegedly infringed works on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: p28 Codex Eldar 2006; p37 Codex Eldar 2006; p40 Codex Eldar 2006.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.

# ALLEGEDLY INFRINGED
# WORK NOT PRODUCED

**Exhibit 36-A-1**
[Plaintiff's Exhibit A, Entry No. **36**]

GW allegedly infringed work: "Guide to the Warhammer 40,000 Universe."



**Exhibit 36 -B**
[Plaintiff's Exhibit A, Entry No. 36]

Photograph of Chapterhouse Studios product No. 36

# GAMES WORKSHOP®

Customer Service  1-800-394-4263 | Welcome! | Sign In | Why Register?

**FREE SHIPPING ON ALL ORDERS OVER $30**
OFFER DETAILS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000 Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

Warhammer 40,000 · HQ · Eldar Warlock with Witch Blade

## Eldar Warlock with Witch Blade

Like   6   ADD TO CART

**Have you got?**

$15.00                              add to cart
Eldar Farseer with Spear

$15.00                              add to cart
Eldar Wraithguard 2

**Related Articles**

Eldar Psychic Powers Tactics

**Eldar Warlock with Witch Blade**

Warlocks are psykers who can use their powers to effect the outcome of battle or improve the fighting skills of those around them.

This set contains 1 metal Warlock with Witch Blade.

**Availability:** Usually ships within 24 hours.
**Part Code:** 93060104123

**Price: $11.50**

Quantity   1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

**With this box set you can make the following:**

Warlock

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Warlock | 4 | 4 | 3 | 3 | 1 | 4 | 1 | 8 | - |

| | |
|---|---|
| **Unit Composition:** | 3-10 Warlocks |
| **Unit Type:** | Infantry |
| **War Gear:** | Rune armour (4+ invulnerable save), shuriken pistol and witchblade |
| **Psychic Powers:** | Conceal, Destructor, Embolden, Enhance |
| **Transport:** | A Warlock unit may be mounted in a Wave Serpent |

Carry Our Products   Real Estate   Privacy Policy   Legal   Careers   About Us   Investor Relations   Black Library   Press Work   Site Map   Contact Us

Country Select

Copyright  © Games Workshop Limited 2000-2011. © New Line Productions Inc.  © The Saul Zaentz Company d.b.a. Middle-earth Enterprises.  All rights reserved to their respective owners.

**Exhibit 36-A-2**
[Plaintiff's Exhibit A, Entry No. 36 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Warlocks on its website."



**Exhibit 36 -B**
[Plaintiff's Exhibit A, Entry No. 36]

Photograph of Chapterhouse Studios product No. 36

# GAMES WORKSHOP®

Customer Service  1-800-394-4263 | Welcome! | Sign In | Why Register?

**FREE SHIPPING ON ALL ORDERS OVER $30**
OTHER DETAILS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

Warhammer 40,000   Troops   Eldar Jetbike

## Eldar Jetbike

Like   6      ADD TO CART

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

**Have you got?**



$30.00                    add to cart
Eldar Vyper Jetbike



$20.00                    add to cart
Eldar Shrieker Jetbike

Eldar Jetbike

This pack contains one plastic Eldar Jetbike.

Availability: Usually ships within 24 hours.
Part Code: 59120104002

**Price: $15.00**

Quantity  1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

**Related Articles**

- Spearhead: Spearheads in Action
- Eldar: Eldar Tactics
- War Diary - Tale of Four Gamers Month Two
- Getting Started With Eldar
- Eldar Plastic Army

undefined

**With this box set you can make the following:**

| Guardians | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
|  | WS | BS | S | T | W | I | A | Ld | Sv |
| Guardian | 3 | 3 | 3 | 3 | 1 | 4 | 1 | 8 | 5+ |
| Warlock | 4 | 4 | 3 | 3 | 1 | 4 | 1 | 8 | - |

**Unit Composition:** 10 - 20 Guardians.
**Unit Type:** Infantry.
**War Gear:** Shuriken catapult
**Transport:** The Guardians may be mounted in a Wave Serpent

Carry Out Products   Real Estate   Privacy Policy   Legal   Careers   About Us   Investor Relations   Photo Library   Press Watch   Site Map   Contact Us

Country Select

Copyright  © Games Workshop Limited 2000-2011  © New Line Productions Inc.  © The Saul Zaentz Company d/b/a Middle-earth Enterprises.   All rights reserved to their respective owners

GW0002448

**Exhibit 36-A-3**
[Plaintiff's Exhibit A, Entry No. 36 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Eldar jetbikes on its website."



**Exhibit 36 -B**
[Plaintiff's Exhibit A, Entry No. 36]

Photograph of Chapterhouse Studios product No. 36



**Exhibit 36-A-4**
[Plaintiff's Exhibit A, Entry No. **36** - 80% actual size]

GW allegedly infringed work: "Games Workshop sells the Seer Council on its website."



**Exhibit 36 -B**
[Plaintiff's Exhibit A, Entry No. 36]

Photograph of Chapterhouse Studios product No. 36



## FARSEER PSYCHIC POWERS

Unless otherwise noted, these powers work as described in the Psychic Powers section of the Warhammer 40,000 rulebook, are used at the start of the Eldar turn and do not require the Eldar psyker to have line of sight to target.

**Doom:** The Farseer searches for the thread of destiny that spells the destruction of an enemy and draws it into being. The Farseer can target any non-vehicle unit within 24". All hits caused upon that unit gain a re-roll to wound until the start of the next Eldar turn.

**Eldritch Storm:** The Farseer summons a corona of crackling energy that strikes out with arcs of lightning and hurls enemies in all directions. This psychic power is used in the shooting phase instead of firing a weapon. The Eldar player places the large blast marker centred on an enemy model within 18". Vehicles touched by the template suffer a hit with 2D6+3 armour penetration and are spun around to face in a direction determined by the scatter dice – if a hit is rolled the Eldar player may choose its facing.

Range: 18"    S: 3    AP: –    Pinning, Large Blast

**Fortune:** The Farseer scries the strands of the future to foresee where the enemy will attack, warning his fellow Eldar so that they may avoid enemy fire. Nominate one Eldar unit with a model within 6" of the Farseer. This unit re-rolls any failed saves it makes until the start of the next Eldar turn.

**Guide:** The Farseer's prophetic powers warn him of the enemy's foul intent, allowing him to direct the fire of his warriors. Nominate one Eldar unit with a model within 6" of the Farseer. This unit re-rolls any failed to hit rolls made in that turn's shooting phase. If the unit is using a guess range weapon (such as a D-cannon) you may re-roll their scatter dice instead.

**Mind War:** The Farseer reaches out to destroy the mind of an enemy with an irresistible mental onslaught. This psychic power is used in the shooting phase instead of firing a weapon. The Eldar player may choose any unengaged model within 18" of the Farseer and within his line of sight (models mounted in vehicles cannot be targeted). Both players roll a D6 and add the Leadership of their respective models. For each point the Farseer wins by, the target loses a wound, with no armour saves allowed.

## WARLOCK POWERS

A Warlock's power is available permanently, so he does not need to take a Psychic test to use it.

**Conceal:** The Warlock clouds the minds of the enemy, creating a shifting psychic mist that conceals his unit. The Warlock's whole squad receives a 5+ cover save. This does not count as occupying cover for the purposes of assault.

**Destructor:** The Warlock focuses his anger and hatred and unleashes it at the enemy in a roiling blast of raw psychic power. Destructor is used in the shooting phase instead of firing a weapon. It is worked out like a normal shooting attack with the following profile:

Range: Template    S: 5    AP: 4    Assault 1

**Embolden:** The Warlock instils an unshakeable courage in his comrades, reaching into their minds with visions of mighty heroes and great victories. The Warlock and his squad may re-roll any failed Leadership tests.

**Enhance:** The Warlock empowers his fellow warriors with lightning speed and skill. All models in the same unit as the Warlock, including the Warlock itself, add +1 to their Weapon Skill and Initiative. The effects of multiple Enhance powers are not cumulative.



GW0011374

**Exhibit 36-A-5**

[Plaintiff's Exhibit A, Entry No. 36 - 80% actual size]

GW allegedly infringed work: "p28 Codex Eldar 2006."



**Exhibit 36 -B**
[Plaintiff's Exhibit A, Entry No. 36]

Photograph of Chapterhouse Studios product No. 36

# SHINING SPEARS

The Shining Spears are one of the rarest and most specialised aspects. They fight as the spear of Kaela Mensha Khaine, which struck like lightning and killed any foe with a single blow.

Shining Spears ride sleek, gleaming jetbikes to war, their vehicles' anti-gravitic motors allowing them to skim over even the roughest terrain at breakneck pace. Each Aspect Warrior is so in tune with his jetbike that he can execute complex high-speed aerial manoeuvres with a single gesture. Even a small unit of Shining Spears can turn the tide of a protracted combat, for their legendary charges hit home with the force of a thunderbolt.

The ritual armament of the aspect is the laser lance. This elegant weapon can deliver intense short ranged energy blasts, and is usually used just as the Shining Spears deliver their charge. The Aspect Warriors specialise in delivering hit-and-run attacks, careening past the foe and returning for another attack in much the same way as the duelling Dragon Knights of the Exodite worlds. Few enemies can withstand such a devastating charge.

|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Shining Spear | 4 | 4 | 3 | 3(4) | 1 | 5 | 1 | 9 | 3+ |
| Exarch | 5 | 5 | 3 | 3(4) | 1 | 6 | 2 | 9 | 3+ |



## WARGEAR
**Laser Lance:** On any turn in which they initiate an assault, models armed with laser lances count as having Strength 6 power weapons. In addition they may be used as a ranged weapon with the following profile:

Range: 6"　　S: 6　　AP: 4　　Assault 1, Lance

## EXARCH WARGEAR
**Star Lance:** The star lance is an extremely powerful laser lance, named for the weapon wielded by Asuryan himself from the back of his flying steed. It follows the rules for a laser lance, but has a Strength of 8 in all cases.

## EXARCH POWERS
**Skilled Rider:** The Exarch can lead his squad unerringly around tree trunks and branches, down twisting gorges and through rubble-strewn corridors. He and his squad have the Skilled Rider ability.

**Withdraw:** The Exarch watches the tides of combat closely for best moment to withdraw from a fight, ready to attack again later. His unit may use the Hit and Run special rule.

> "Trust not in their appearance, for the Eldar are as alien to good, honest men as the vile Tyranids and savage Orks. There is no understanding them for there is nothing to understand – they are a random force in the universe."
>
> **Imperial Commander**
> **Abriel Hume**

37

GW0011376

**Exhibit 36-A-6**
[Plaintiff's Exhibit A, Entry No. 36 - 80% actual size]

GW allegedly infringed work: "p37 Codex Eldar 2006."



**Exhibit 36 -B**
[Plaintiff's Exhibit A, Entry No. 36]

Photograph of Chapterhouse Studios product No. 36

# GUARDIAN JETBIKES

Eldar jetbikes are sleek one-man craft propelled by powerful anti-gravitic motors. Beautifully designed, the Eldar jetbike is a wonder of engineering. It is capable of such velocity that without the prodigious reaction speed of an Eldar it would be more lethal to the rider than his foe.

To an Eldar, the mastery of the jetbike is an exhilarating challenge. Jetbikes have long, curved vanes on either side that allow the rider to execute incredibly sharp turns in mid-air, and the strength of their anti-grav motors can be subtly manipulated to send the jetbikes hurtling into a steep dive or sharp climb. Even for an Eldar it takes years of practice to master a jetbike's potential, but one who does so builds a rapport with his steed comparable to the horsemasters of Eldar mythology.

Jetbike riders operate as forward scouts and fast-response strike forces, speeding across the battlefield in a brightly-coloured blur before unleashing tight fusillades from their hull-mounted shuriken weaponry. A common tactic for jetbike riders is to circumvent enemy lines completely and then close in on their vulnerable rear, taking a fearsome toll before gunning their engines and speeding off again.

> "Feel the rush of the wind against your skin and hear her keening cry in your ears. Listen to her call well, for are we not the Wild Riders, the children of the storm?"
>
> Nuadhu 'Fireheart' chieftain of Saim-Hann

|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Guardian Jetbike | 3 | 3 | 3 | 3(4) | 1 | 4 | 1 | 8 | 3+ |

**WARGEAR**

**Eldar Jetbike:** These are fitted with twin-linked shuriken catapults, increase the rider's Toughness by 1 point, and in addition confer a 3+ armour save to the rider. See the Warhammer 40,000 Rulebook for details of the movement of Eldar jetbikes.



40

GW0011377

**Exhibit 36-A-7**
**[Plaintiff's Exhibit A, Entry No. 36 - 80% actual size]**

**GW allegedly infringed work: "p40 Codex Eldar 2006."**



**Exhibit 36 -B**
**[Plaintiff's Exhibit A, Entry No. 36]**

**Photograph of Chapterhouse Studios product No. 36**

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Warlock Jetbike Conversion Kit



Warlock Jetbike Conversion Kit

| We accept | **PayPal** | About us | Contact | Forum | Gallery | Commisions | Careers | Newsletter | Shipping Policy | 2011 ChapterHouse Studios® |

| **Plaintiff's Exhibit A** |
|---|
| Entry 37 |

# TERVIGON

The Tervigon is a massive creature, with a towering spined carapace that shields a swollen abdomen. The Tervigon relies on all three pairs of limbs for support. However, should the need arise, the giant beast can shift a greater proportion of its weight onto its rear legs, allowing it to scythe its claws back and forth in crushing arcs. Nor should the Tervigon be underestimated at range – its carapace conceals banks of cluster spines that can be fired at a considerable distance.

Yet no matter how fearsome its weaponry, the Tervigon's true threat lies within. Each Tervigon is a living incubator beneath whose lumpen carapace dozens upon dozens of Termagants slumber in a state of near-life. The Tervigon can spawn its dormant broods at will, jolting their razor minds into wakefulness. So it is that a foe engaging a Tervigon will find itself assailed by waves of skittering Termagants. The only way for a cool-headed enemy commander to end the horror is to have his troops concentrate all their firepower on the Tervigon – if the ponderous beast is slain, the resulting symbiotic backlash inevitably kills its young.

When a Hive Fleet travels through space, Tervigons do not slumber in a dormant state like other Tyranid creatures. Instead, they roam the ship's cavernous innards. Should a Tervigon detect intruders, it can spawn an army of frenzied Termagants to repulse the foe whilst using its potent synaptic link to awaken additional warriors.

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Tervigon | 3 | 3 | 5 | 6 | 6 | 1 | 3 | 10 | 3+ |

**Unit Type:** Monstrous Creature.

**Weapons and Biomorphs:** Bonded Exoskeleton, Stinger Salvo, Claws and Teeth.

**Special Rules:** Synapse Creature, Psyker, Shadow in the Warp.

**Spawn Termagants:** A Tervigon can spawn Termagants in the Tyranid Movement phase before it has moved – even if is locked in assault. If it does so, roll 3D6. Place a new unit of Termagants such that no model is more than 6" from the Tervigon – the size of the unit is equal to the total rolled. Models in this new unit cannot be placed in impassable terrain, or within 1" of enemy models. If you cannot place some of the models due to enemy proximity, impassable terrain or simply because you have run out of models, the excess is destroyed. The spawned unit may then move, shoot and assault normally. A unit spawned by a Tervigon is identical in every way to a Termagant unit chosen from the Troops section of the force organisation chart, and is treated as such for all scenario special rules. Models in a spawned unit have no biomorphs and always carry fleshborers.

If any double is rolled when determining the size of a spawned unit, the Tervigon has temporarily exhausted its supply of larvae – the unit is created as normal, but the Tervigon may not attempt to spawn further units for the rest of the game.

**Brood Progenitor:** All units of Termagants, spawned or otherwise, within 6" of a Tervigon can use the Tervigon's Leadership for any tests they are required to make. They also gain the benefits of the Tervigon's toxin sacs and adrenal glands (if it has any). In addition, all Termagant units within 6" of the Tervigon have the Counter-attack special rule.

Should a Tervigon be slain, every Termagant brood, spawned or otherwise, within 6" immediately suffers 3D6 Strength 3, AP - hits.

**Psychic Powers:** Dominion.



"To think that Tyranids are mindless beasts is a grave mistake. When you fight Tyranids you face not only those before you on the battlefield, but the untold thousands which seek to surround you, which attack your supporting units and destroy your supply lines in perfect synchronicity. These aliens have shown evidence of both tactics and strategy that speaks of a far worse threat than that posed by a mere beast."

– Marneus Calgar

52  Forces of the Tyranids

GW0001422

---

**Exhibit 37-A-1**

[Plaintiff's Exhibit A, Entry No. 37 - 80% actual size]

GW allegedly infringed work: "Warhammer 40,000 Tyranids 2009, page 52."



**Exhibit 37 -B**
[Plaintiff's Exhibit A, Entry No. 37]

Photograph of Chapterhouse Studios product No. 37



**Exhibit 37-A-2**

[Plaintiff's Exhibit A, Entry No. 37 - 80% actual size]

GW allegedly infringed work: "TyranidCarnifex model."



**Exhibit 37 -B**
[Plaintiff's Exhibit A, Entry No. 37]

Photograph of Chapterhouse Studios product No. 37

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Tervigon Conversion Kit for Carnifex Model



Tervigon Conversion Kit for Carnifex Model



Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Krool, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept    **PayPal**        About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy                2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| Entry 38 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 38-A**

GW allegedly infringed work: N/A



**Exhibit 38 -B**
[Plaintiff's Exhibit A, Entry No. 38]

Photograph of Chapterhouse Studios product No. 38

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Lashwhip for Tyrant or Monstrous Creature



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search | Search

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
- Tau Compatible Bits
- Tyranic Compatible Bits and Kits
  - 28mm Figures
  - Heads
  - Weapons
  - Monstrous Creature Conversion Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

## Lashwhip for Tyrant or Monstrous Creature

Product Code: Lashwhip for Tyrant or Monstrous Creature
Reward Points: 0
Availability: 28

### Price: $5.00

Qty: 1

Add to Cart

0 reviews | Write a review

Share

| Description | Reviews (0) |

This is a single metal lashwhip for players who want to convert thier Tyranid® monsters, it is scaled to be used with tyrants and other monstrous creatures. The piece is sculpted so it can be used on the right or left arm socket, it is also bendable since it is made or pewter.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Lashwhip for Tyrant or Monstrous Creature

We accept  PayPal    About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy          2011 ChapterHouse Studios®

| Plaintiff's Exhibit A |
| --- |
| Entry 39 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 39-A**

GW allegedly infringed work: N/A



**Exhibit 39 -B**
[Plaintiff's Exhibit A, Entry No. 39]

Photograph of Chapterhouse Studios product No. 39

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Lashwhip for Medium Creatures



Lashwhip for Medium Creatures

We accept  **PayPal**     About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

| Plaintiff's Exhibit A |
| --- |
| Entry 40 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 40-A**

GW allegedly infringed work: N/A



**Exhibit 40 -B**
[Plaintiff's Exhibit A, Entry No. 40]

Photograph of Chapterhouse Studios product No. 40

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Bonesword Arms for Tyrant or Monstrous Creatures



Bonesword Arms for Tyrant or Monstrous Creatures

We accept  **PayPal**     About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 41 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 41-A**

GW allegedly infringed work: N/A



**Exhibit 41 -B**
[Plaintiff's Exhibit A, Entry No. 41]

Photograph of Chapterhouse Studios product No. 41

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Bonesword Arms for Warrior or Medium Creatures



Bonesword Arms for Warrior or Medium Creatures

| We accept | PayPal | About us | Contact | Forum | Gallery | Commisions | Careers | Newsletter | Shipping Policy | 2011 ChapterHouse Studios® |

| **Plaintiff's Exhibit A** |
| :---: |
| Entry 42 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 42-A**

GW allegedly infringed work: N/A



**Exhibit 42 -B**
[Plaintiff's Exhibit A, Entry No. 42]

Photograph of Chapterhouse Studios product No. 42

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Xenomorph Heads - 6

We accept **PayPal**      About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy      2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 43 |