# YMGARL GENESTEALERS

The Genestealers of Ymgarl were one of the first of any Tyranid creatures to be encountered by the Imperium of Man. Since that time every attempt to eradicate them has been met with wholesale butchery and abysmal failure.

Genestealers are known to change over generations. The variations and adaptations between broods can be marked indeed, but Ymgarl Genestealers are unique in that they can alter their own alien flesh in a matter of moments. Their claw-tipped fingers can quickly elongate and fuse together to form curved blades and barbed hooks, or split apart as ropes of sinewy tendon to slash and ensnare victims attempting to escape. When the brood comes under attack their chitinous carapaces thicken and their leathery hides adapt to absorb the energy of the incoming attacks. There have even been reports that these creatures can change hue and colour, the better to go unseen in the darkness of night.

Ymgarl Genestealers' extreme adaptability comes at a price: they must feed, and feed often. Ymgarl Genestealers have a writhing mass of tentacles in place of a fanged maw with which they pierce their prey's flesh and gorge upon their life blood – the brood's sole source of nourishment. Those that cannot sate their bloodlust are forced to enter a state of dormancy or starve. There they wait until something disturbs their slumber.

The origins of the Ymgarl Genestealers are a curious mystery, for they do not seem to have been created by any known Hive Fleet. Perhaps they are the last survivors of a Hive Fleet lost for time immemorial? Stranger still, whilst the survival instinct of other Genestealer broods leads them to flee their parent Hive Fleets, the Ymgarl Genestealers actively seek them out, as if wishing to rejoin the Hive Mind. They spread across the galaxy searching for worlds in the path of an advancing Hive Fleet. There they lie dormant until they are embraced by the will of the Hive Mind and once more hunt with the rest of the swarm. However, the Hive Mind has no wish to reabsorb their biomatter, lest their uncontrollable instability spread amongst the Hive Fleet. After a world has been scoured of biomass, the Ymgarl brood is abandoned, forced again to enter a state of dormancy. Unfortunately for the galaxy, human nature has spared the brood a destiny of eternal hibernation, for many ships investigate worlds in the wake of a Tyranid attack. Some wish to learn more about the alien menace, others hope to find survivors, lost artefacts or other riches to fill their holds. Such fools leave the dead planet with an altogether more lethal cargo.



**Dormant:** Ymgarl Genestealers can elect to start the game in a dormant state provided there is at least one piece of area terrain large enough to accommodate the entire unit (be sure to discuss with your opponent what the boundaries of all such terrain features are before the game begins). If you choose to do this, the brood is not deployed with the rest of the army. Instead, after both sides have deployed, secretly write down which piece of terrain they are lying dormant in. When the brood becomes available from reserve, they must be deployed such that all models are within the selected terrain. If any models cannot be placed inside this terrain due to impassable terrain or enemy within 1", they are destroyed. The Ymgarl Genestealers can move and assault normally in the same turn they are revealed.

**Alter Form:** At the start of every Assault phase, the Ymgarl Genestealers must alter their form into one of those listed below. The benefits last until the end of the phase. Due to the instability of moulding their forms, they cannot choose the same alteration in two consecutive player turns.

| | | |
|---|---|---|
| **Slashing Claws:** | | The Ymgarl Genestealers receive +1 to their Strength. |
| **Tentacled Limbs:** | | The Ymgarl Genestealers receive +1 to their Attacks. |
| **Protective Carapace:** | | The Ymgarl Genestealers receive +1 to their Toughness. |

|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Ymgarl Genestealer | 6 | 0 | 4 | 4 | 1 | 6 | 2 | 10 | 4+ |

**Unit Type:** Infantry.

**Weapons and Biomorphs:** Hardened Carapace, Rending Claws.

**Special Rules:** Brood Telepathy (see page 40), Fleet, Move Through Cover.

Forces of the Tyranids  **61**

GW0001431

**Exhibit 43-A-1**
[Plaintiff's Exhibit A, Entry No. 43 - 80% actual size]

GW allegedly infringed work: "Warhammer 40,000 Tyranids 2010, page 61."



**Exhibit 43 -B**
[Plaintiff's Exhibit A, Entry No. 43]

Photograph of Chapterhouse Studios product No. 43

## GAMES WORKSHOP

Customer Service  1-800-394-4263 | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $30

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

Warhammer 40,000   Troops   Tyranid Genestealer Brood

# Tyranid Genestealer Brood

Like 37   ADD TO CART



### Have you got?



$24.75 ............ add to cart

Tyranid Broodlord



$24.75 ............ add to cart

Tyranid Lictor

### Categories
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

**Tyranid Genestealer Brood**

Genestealers are legendarily ferocious close combat opponents, with fighting fast reflexes and deadly claws, capable of ripping through adamantium. They have their own broad telepathy enabling them to function outside the range of the hive mind.

This box set contains eight multi-part plastic Genestealers, and includes a host of additional components allowing you to represent a number of weapon-symbiotes or biomorph enhancements. Models supplied with 25mm round bases.

Availability:  Usually ships within 24 hours.
Part Code:  99120106007

**Price: $30.00**

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

### Related Articles
- Sample Armies: Warhammer 40,000
- Warhammer 40,000: Tank Hunting Tactics
- Warhammer 40,000: Assault Tactics
- Leviathan Gargoyle Datasheet: Your Tyranids
- Tyranids: Genestealer Stage-by-Stage Assembly
- Tyranids: Tyranids in Cities of Death
- Getting Started with Tyranids
- More White Dwarf articles
- Getting Started With Tyranids
- Spotting Biomorphs Gallery
- Tyranids Army Building

With this box set you can make the following:

| Genestealer Brood | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Genestealer | 6 | 0 | 4 | 4 | 1 | 6 | 2 | 10 | 5+ |
| Broodlord | 7 | 0 | 5 | 5 | 3 | 7 | 4 | 10 | 4+ |

| | |
|---|---|
| Unit Composition: | 5-20 Genestealers |
| Unit Type: | Infantry |
| War Gear: | Rending claws; Reinforced chitin (Genestealer only); Hardened carapace (Broodlord only) |
| Psychic Powers: | Aura of Despair; Hypnotic Gaze |

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1050149        8/4/2011

GW0002306

**Exhibit 43-A-2**
[Plaintiff's Exhibit A, Entry No. 43 - 80% actual size]

GW allegedly infringed work: "Tyranid Genestealer boxed set."



**Exhibit 43 -B**
[Plaintiff's Exhibit A, Entry No. 43]

Photograph of Chapterhouse Studios product No. 43

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Ymgarl Heads - 6



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits
- 28mm Figures
- **Heads**
- Weapons
- Monstrous Creature Conversion Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

Search: Search

## Ymgarl Heads - 6

Product Code: Ymgarl Heads - 6
Reward Points: 0
Availability: 23

### Price: $5.50

Qty: 1

Add to Cart

⊠⊠⊠⊠⊠  2 reviews  |  Write a review

Share

| **Description** | **Reviews (2)** |

This is a six (6) piece set of 28mm pewter alien heads.   You will receive two(2) each of three(3) distinct heads.  You can use them as Cthulhu or Ymgarl heads on your models. They work great on many of the 28mm bodies of gaunts, genestealers and tyranid warriors.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Ymgarl Heads - 6

We accept **PayPal**    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| Plaintiff's Exhibit A |
| :---: |
| Entry 44 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 44-A**
[Plaintiff's Exhibit A, Entry No. 44]

GW allegedly infringed work: N/A



**Exhibit 44-B**
[Plaintiff's Exhibit No. 44]

Photograph of Chapterhouse Studios Product No. 44

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Female 28mm Head Set



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search [Search]

### PRODUCTS

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
  - - 28mm Imperial Army figures
  - - Infantry Bits
  - - Kits for Imperial Guard Vehicles
- Space Marine Compatible Bits
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

[Login]

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

## Female 28mm Head Set

Product Code: Female 28mm Head Set
Reward Points: 0
Availability: 57

### Price: $4.75

Qty: [1]

[Add to Cart]

0 reviews | Write a review

Share

| Description | Reviews (0) |

This is a set of 6 resin female human heads. These are scaled for 28mm heroic miniatures.

Fully compatible with Games Workshop Imperial Guard models.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Female 28mm Head Set

We accept    **PayPal**    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 45 |

GW identifies but has failed to produce the following allegedly infringed works: Tau Empire decal sheet, 2001; p40 Codex Tau Empire 2005; p17 Codex Tau 2001; p. 158-59 Warhammer 40,000 Apocalypse 2007.

# ALLEGEDLY INFRINGED
# WORK NOT PRODUCED

**Exhibit 45-A-1**
[Plaintiff's Exhibit A, Entry No. 45]

GW allegedly infringed work: "Tau Empire decal sheet, 2001."






**Exhibit 45 –B**
[Plaintiff's Exhibit A, Entry No. 45]
Photograph of Chapterhouse Studios product No. 45



**Exhibit 45-A-2**

[Plaintiff's Exhibit A, Entry No. 45 - 80% actual size]

GW allegedly infringed work: "http://www.gamesworkshop.
com/gws/catalog/productDetail.jsp?prodId=prod1090208."






**Exhibit 45 –B**
[Plaintiff's Exhibit A, Entry No. 45]
Photograph of Chapterhouse Studios product No. 45



http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1620020[8/9/2012 10:50:33 PM]

**Exhibit 45-A-3**
[Plaintiff's Exhibit A, Entry No. 45 - 80% actual size]

GW allegedly infringed work: "http://www.gamesworkshop.
com/gws/catalog/productDetail.jsp?prodId=prod1620020."






**Exhibit 45 –B**
[Plaintiff's Exhibit A, Entry No. 45]
Photograph of Chapterhouse Studios product No. 45



GW0002426

**Exhibit 45-A-4**
[Plaintiff's Exhibit A, Entry No. 45 - 80% actual size]

GW allegedly infringed work: "AS098 Tau Codex detail cropped from larger original."






**Exhibit 45 –B**
[Plaintiff's Exhibit A, Entry No. 45]
Photograph of Chapterhouse Studios product No. 45



**Fire** – The Fire caste are the warriors of the Tau. It is the duty of these warriors to protect the other castes. Centuries of selective breeding has led to the Fire caste being the biggest and strongest of the Tau. The Fire warriors are strongly motivated by a strict code of honour in battle, but they are not mindless thugs. They see ranged combat as preferable to the somewhat brutal affair of close combat. They are not naturally equipped for such fights, preferring to use advanced weaponry rather than brute force to win battles. A warrior starts life as a young line trooper, a Shas'la, and after surviving four years 'on the line' they must take their first Trial by Fire. If they survive this ordeal then they are fit to don the full battlesuit. If they survive a further four years, they take the second Trial and successful participants advance yet further. A veteran who manages to survive yet another four years becomes eligible to take part in a third Trial if he wishes and, if he is still alive by the end, will become a Commander, or Shas'el. Commanders who survive four years are allowed to retire from active service, join the council of advisors and play a greater part in Tau politics. Other than death, this is the only way to leave the Tau military.

**Earth** – The Earth caste are the artisans and labourers of the Tau. It is they who build the machines, erect the dwellings and provide the food for the rest of society. Without the Earth caste, the farms would not produce, the factories would sit idle and the work would remain undone. None of the other castes would be able to live without their continued existence. Engineers and scientists beyond compare, the Earth caste are responsible for the maintenance of Tau technology but, unlike the Techpriests of the Imperium, they fully understand the workings of their machines and are capable of more than simply reproducing ancient designs.

**Water** – Water is the element that can be found in all living things, flowing continuously to allow life to function. So it is that Water caste members are bureaucrats, politicians, negotiators and administrators. They are the merchants and diplomats, moving in and around the other castes to make sure that society functions smoothly. Water caste members often accompany Tau expeditionary forces to negotiate safe transit through alien systems and smooth the passage of Tau merchants and colonists.

**Air** – The Air caste members were traditionally messengers and couriers but now, with the march of technology, they are the Tau equivalent to the Imperial Navy. They are pilots and spaceship crews, transporting goods and warriors to where they are needed. They are the unseen force that can lay waste to towns and cities, bombarding them from orbit. Air caste members live almost entirely offworld, except for pilots of atmospheric craft (although frequently they live in orbital stations). They are the invisible caste, normally unseen but essential nonetheless.

**The Ethereals** – The Tau word 'Aun' translates variously as the Celestial or Ethereal caste, and originates from the mysterious individuals who united the disparate Tau tribes. These are the rulers of the Tau empire, headed by a council of the wisest Ethereals. They are advised by members of the highest families within the different castes, but have ultimate sovereignty over all the Tau. It is speculated that they exert some kind of pheromone based or latent psychic control over the other castes, as loyalty to the Ethereals is absolute and unswerving. If an Ethereal were of such a mind, he could order another Tau to kill himself and would be obeyed immediately. The Adeptus Mechanicus and Adeptus Arbites are very interested in this aspect of Tau culture.

GW0005834

**Exhibit 45-A-5**

[Plaintiff's Exhibit A, Entry No. 45 - 80% actual size]

GW allegedly infringed work: "p.9 Codex: Tau Empire ©2005."

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

SXV-141 Super Heavy Walker



SXV-141 Super Heavy Walker



We accept **PayPal**        About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy        2011 ChapterHouse Studios®

| |
|---|
| **Plaintiff's Exhibit A** |
| Entry 46 |

GW identifies but has failed to produce the following allegedly infringed works: Codex Ultramarines, 1995, p28; Space Marine Transfer Sheet (from the Terminator Assault Squad).

GW also produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: Insignium Astartes 2002, page 13.

This Exhibit incorporates the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.



GW0001503

**Exhibit 46-A-1**
[Plaintiff's Exhibit A, Entry No. 46 - 80% actual size]

GW allegedly infringed work: "White Dwarf magazine issue 249, page 33."



**Exhibit 46 -B**
[Plaintiff's Exhibit A, Entry No. 46]

Photograph of Chapterhouse Studios product No. 46

Assault Squad Shoulder Pads | Games Workshop

Page 1 of 1

## GAMES WORKSHOP®

Customer Service  1-800-394-4263 | Welcome! | Sign In | New Register?

FREE SHIPPING ON ALL ORDERS OVER $30

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

Warhammer 40,000   Shoulder Pads   Assault Squad Shoulder Pads

### Assault Squad Shoulder Pads

Like   1   ADD TO CART

Categories
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on
Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New
Today

Print
Email to a Friend

Assault Squad Shoulder Pads

This pack contains 10 Assault Squad Shoulder Pads.

Availability: Usually ships within 24 hours.
Part Code: 99060101375

**Price: $8.25**

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

Carry Our Products   Real Estate   Privacy Policy   Legal   Careers   About Us   Investor Relations   Black Library   Forge World   Site Map   Contact Us

Country Select

Copyright © Games Workshop Limited 2000-2011  © New Line Productions Inc  © The Saul Zaentz Company d/b/a Middle-earth Enterprises  All rights reserved to their respective owners.

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110190    8/4/2011

GW0002323

**Exhibit 46-A-2**
[Plaintiff's Exhibit A, Entry No. 46 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells assault squad shoulder pads."



**Exhibit 46 -B**
[Plaintiff's Exhibit A, Entry No. 46]

Photograph of Chapterhouse Studios product No. 46

Page 1 of 2



Customer Se

FREE SH

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Warhammer 40,000    Shoulder Pads    Tactical Squad Shoulder Pads 2

**Categories**

Getting Started

Warhammer 40,000 Advance Orders

Warhammer 40,000 New Releases

Warhammer 40,000: Assault on Black Reach

Warhammer 40,000 Essentials

Warhammer 40,000 Armies

Warhammer 40,000 Expansions

Warhammer 40,000 Citadel Finecast

Warhammer 40,000 Scenery

Warhammer 40,000 Books

Warhammer 40,000 Bitz

Warhammer 40,000 Collectors

Warhammer 40,000 Articles

Follow us on Twitter

Follow us on Facebook

Bookmark & Share

Subscribe to What's New Today

Print

Email to a Friend

# Tactical Squad Shoulder Pads 2

Like  1       AD



**Tactical Squad Shoulder Pads 2**

This pack contains 10 Tactical Squad Shoulder Pads 2.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101374

**Price: $**

Quantity:

ADD TO C

ADD TO GIFT

Bookmark &

**Exhibit 46-A-3**

[Plaintiff's Exhibit A, Entry No. 46 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 46 -B**
[Plaintiff's Exhibit A, Entry No. 46]

Photograph of Chapterhouse Studios product No. 46



GW0011390

**Exhibit 46-A-4**
[Plaintiff's Exhibit A, Entry No. 46 - 80% actual size]

GW allegedly infringed work: "Insignium Astartes 2002, page 13."



**Exhibit 46 -B**
[Plaintiff's Exhibit A, Entry No. 46]

Photograph of Chapterhouse Studios product No. 46

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Assault Squad 7 Shoulder Pad



## CHAPTERHOUSE
### STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

Search

### Assault Squad 7 Shoulder Pad

Product Code: Assault Squad 7 Shoulder Pad
Reward Points: 0
Availability: 34

**Price: $1.00**

Qty: 1

Add to Cart

0 reviews | Write a review

Share

**Description** | **Reviews (0)**

This is a single pewter Assault Shoulder pad for regular power armor, it has raised crossed arrows on the pad with a roman numeral 7 above the arrows.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

Designed by Jeff Nagy

Painted by Anthony Nolan

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Assault Squad 7 Shoulder Pad



We accept  PayPal   About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®