| **Plaintiff's Exhibit A** |
|---|
| Entry 47 |

GW identifies but has failed to produce the following allegedly infringed works:Codex Ultramarines, 1995, p28; Space Marine Transfer Sheet (from the Terminator Assault Squad).

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: Insignium Astartes 2002, page 13.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.



GW0001503

**Exhibit 47-A-1**
[Plaintiff's Exhibit A, Entry No. 47 - 80% actual size]

GW allegedly infringed work: "White Dwarf magazine issue 249, page 33."



**Exhibit 47 -B**
[Plaintiff's Exhibit A, Entry No. 47]

Photograph of Chapterhouse Studios product No. 47

Assault Squad Shoulder Pads | Games Workshop

Page 1 of 1

## GAMES WORKSHOP®

Customer Service  1-800-394-4263 | Welcome! | Sign in | Why Register?

**FREE SHIPPING ON ALL ORDERS OVER $30**
OFFER DETAILS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

Warhammer 40,000   Shoulder Pads   Assault Squad Shoulder Pads

### Categories

Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

## Assault Squad Shoulder Pads

Like  1      ADD TO CART

**Assault Squad Shoulder Pads**

This pack contains 10 Assault Squad Shoulder Pads.

Availability: Usually ships within 24 hours.
Part Code: 99060101375

**Price: $8.25**

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

Carry Out Products   Real Estate   Privacy Policy   Legal   Census   About Us   Investor Relations   Black Library   Forge World   Site Map   Contact Us

Country Select

Copyright © Games Workshop Limited 2000-2011 © New Line Productions Inc  © The Saul Zaentz Company d/b/a Middle-earth Enterprises  All rights reserved to their respective owners.

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110190        8/4/2011

GW0002323

## Exhibit 47-A-2
[Plaintiff's Exhibit A, Entry No. 47 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells assault squad shoulder pads."



**Exhibit 47 -B**
[Plaintiff's Exhibit A, Entry No. 47]

Photograph of Chapterhouse Studios product No. 47



Customer Se



**Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List**

Warhammer 40,000     Shoulder Pads     Tactical Squad Shoulder Pads 2

**Categories**

Getting Started

Warhammer 40,000 Advance Orders

Warhammer 40,000 New Releases

Warhammer 40,000: Assault on
Black Reach

Warhammer 40,000 Essentials

Warhammer 40,000 Armies

Warhammer 40,000 Expansions

Warhammer 40,000 Citadel Finecast

Warhammer 40,000 Scenery

Warhammer 40,000 Books

Warhammer 40,000 Bitz

Warhammer 40,000 Collectors

Warhammer 40,000 Articles

Follow us on Twitter

Follow us on Facebook

Bookmark & Share

Subscribe to What's New
Today

Print

Email to a Friend

# Tactical Squad Shoulder Pads 2

Like [ 1 ]         AD

**Tactical Squad Shoulder Pads 2**

This pack contains 10 Tactical Squad Shoulder Pads 2.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101374

**Price: $**

Quantity:

ADD TO C

ADD TO GIFT

Bookmark &

**Exhibit 47-A-3**
[Plaintiff's Exhibit A, Entry No. 47 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 47 -B**
[Plaintiff's Exhibit A, Entry No. 47]

Photograph of Chapterhouse Studios product No. 47



GW0011390

**Exhibit 47-A-4**
[Plaintiff's Exhibit A, Entry No. 47- 80% actual size]

GW allegedly infringed work: "Insignium Astartes 2002, page 13."



**Exhibit 47 -B**
[Plaintiff's Exhibit A, Entry No. 47]

Photograph of Chapterhouse Studios product No. 47

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Assault Squad 8 Shoulder Pad



# CHAPTERHOUSE
## STUDIOS

PRODUCTS    NEWS    ABOUT US    CONTACT    FORUM    GALLERY    COMMISIONS

Search | Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR

Create an Account

**Sign up for the ChapterHouse Newsletter!**

### Assault Squad 8 Shoulder Pad

Product Code: Assault Squad 8 Shoulder Pad

Reward Points: 0

Availability: 120

**Price: $1.00**

Qty: 1

Add to Cart

0 reviews | Write a review

Share

| Description | Reviews (0) |
|---|---|

This is a single pewter Assault Shoulder pad for regular power armor, it has raised crossed arrows on the pad with a roman numeral 8 above the arrows.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Assault Squad 8 Shoulder Pad



| **Plaintiff's Exhibit A** |
| Entry 48 |

GW identifies but has failed to produce the following allegedly infringed works: Codex Ultramarines, 1995, p28; Space Marine Transfer Sheet (from the Terminator Assault Squad).

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: Insignium Astartes 2002, page 13.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.



GW0001503

**Exhibit 48-A-1**
[Plaintiff's Exhibit A, Entry No. 48 - 80% actual size]

GW allegedly infringed work: "White Dwarf magazine issue 249, page 33."



**Exhibit 48 -B**
[Plaintiff's Exhibit A, Entry No. 48]

Photograph of Chapterhouse Studios product No. 48

**GAMES WORKSHOP**

Customer Service   1-800-394-4263 | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $30
ORDER DETAILS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

Warhammer 40,000   Shoulder Pads   Assault Squad Shoulder Pads

Categories
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

## Assault Squad Shoulder Pads

Like 1   ADD TO CART

Assault Squad Shoulder Pads

This pack contains 10 Assault Squad Shoulder Pads.

Availability: Usually ships within 24 hours.
Part Code: 90060101376

Price: $8.25
Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

Carry Our Products   Real Estate   Privacy Policy   Legal   Careers   About Us   Investor Relations   Black Library   Forge World   Site Map   Contact Us

Country Select

Copyright © Games Workshop Limited 2000-2011   © New Line Productions Inc   © The Saul Zaentz Company d/b/a Middle-earth Enterprises   All rights reserved to their respective owners.

GW0002323

**Exhibit 48-A-2**
[Plaintiff's Exhibit A, Entry No. 48 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells assault squad shoulder pads."



**Exhibit 48 -B**
[Plaintiff's Exhibit A, Entry No. 48]

Photograph of Chapterhouse Studios product No. 48

 ®

Customer S[e]
FREE SH


Community & Events    Virtual Gift Vouchers    Store Finder    White Dwarf    Citadel Finecast    Find a Gift List

Warhammer 40,000    Shoulder Pads    Tactical Squad Shoulder Pads 2

# Tactical Squad Shoulder Pads 2

**Categories**

Getting Started

Warhammer 40,000 Advance Orders

Warhammer 40,000 New Releases

Warhammer 40,000: Assault on Black Reach

Warhammer 40,000 Essentials

Warhammer 40,000 Armies

Warhammer 40,000 Expansions

Warhammer 40,000 Citadel Finecast

Warhammer 40,000 Scenery

Warhammer 40,000 Books

Warhammer 40,000 Bitz

Warhammer 40,000 Collectors

Warhammer 40,000 Articles

Like  1        AD

   

    

Follow us on Twitter

Follow us on Facebook

Bookmark & Share

Subscribe to What's New Today

Print

Email to a Friend

**Tactical Squad Shoulder Pads 2**

This pack contains 10 Tactical Squad Shoulder Pads 2.

**Availability:**  Usually ships within 24 hours.
**Part Code:** 99060101374

**Price: $**

Quantity:

ADD TO C

ADD TO GIFT

Bookmark &

**Exhibit 48-A-3**
[Plaintiff's Exhibit A, Entry No. 48 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 48 -B**
[Plaintiff's Exhibit A, Entry No. 48]

Photograph of Chapterhouse Studios product No. 48



GW0011390

**Exhibit 48-A-4**
[Plaintiff's Exhibit A, Entry No. 48- 80% actual size]

GW allegedly infringed work: "Insignium Astartes 2002, page 13."



**Exhibit 48 -B**
[Plaintiff's Exhibit A, Entry No. 48]

Photograph of Chapterhouse Studios product No. 48

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Assault Squad Shoulder Pad



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search  Search

**PRODUCTS**

Eldar Compatible Bits ◄

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits ◄

Space Marine Compatible Bits ▼

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits ◄

Tyranid Compatible Bits and Kits ◄

Super Heavy Kits ◄

Resin Bases & Terrain ◄

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

Sign up for the
ChapterHouse Newsletter!

## Assault Squad Shoulder Pad

Product Code: Assault Squad Shoulder Pad

Reward Points: 0

Availability: 85

**Price: $1.00**

Qty: 1

Add to Cart

0 reviews  |  Write a review

Share

**Description** | **Reviews (0)**

This is a single pewter Assault Shoulder pad for regular power armor, it has raised crossed arrows on the pad.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Assault Squad Shoulder Pad



We accept    PayPal    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 49 |

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: p84 Codex Space Marines 2008

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.



**Exhibit 49-A-1**
[Plaintiff's Exhibit A, Entry No. 49 - 80% actual size]

GW allegedly infringed work: "Space Marine Captain." [BROKEN LINK]



**Exhibit 49 -B**
[Plaintiff's Exhibit A, Entry No. 49]

Photograph of Chapterhouse Studios product No. 49

Page 1 of 2





FREE SH

Community & Events    Virtual Gift Vouchers    Store Finder    White Dwarf    Citadel Finecast    Find a Gift List

Warhammer 40,000    Shoulder Pads    Tactical Squad Shoulder Pads 2

Categories
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on
Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New
Today

Print
Email to a Friend

# Tactical Squad Shoulder Pads 2

Like 1    AD

   

**Tactical Squad Shoulder Pads 2**

This pack contains 10 Tactical Squad Shoulder Pads 2.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101374

**Price: $**

Quantity:

ADD TO C

ADD TO GIFT

Bookmark &

**Exhibit 49-A**
[Plaintiff's Exhibit A, Entry No. 49 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 49 -B**
[Plaintiff's Exhibit A, Entry No. 49]

Photograph of Chapterhouse Studios product No. 49

# MARNEUS AUGUSTUS CALGAR

## CHAPTER MASTER OF THE ULTRAMARINES

Mankind boasts many heroes, men of purpose and dedication without whom the Imperium would crumble. Yet, even amongst their ranks there is a man whose nobility overshadows all others. His triumphs are without number and his deeds the stuff of legend. His name is Marneus Calgar, Master of the Ultramarines and Lord of Macragge.

To know the deeds behind the legend of Marneus Calgar, one would have to journey into the depths of Macragge's Chapter Fortress. At its heart lies a vault where records are kept of the labours performed by the greatest heroes of the Ultramarines. Thus far there are twenty-eight volumes dedicated to Marneus Calgar alone in this sanctum, a tally twice that of any other living Ultramarine and surpassed only by Roboute Guilliman himself.

Since rising to the rank of Chapter Master, Marneus Calgar has employed his flair for tactics and strategy in campaigns without number. Calgar does not throw his men uselessly at the foe, for he understands that while victories may begin with the general, it is the troops that carry the day. Calgar's men follow him not merely out of duty, but from the unshakeable loyalty that his presence inspires. Indeed, when Calgar was wounded during the campaign for Ichar IV, the surviving Ultramarines formed a wall of bodies around their lord, shielding his broken flesh with their own until aid arrived.

Though famous as a general, Lord Macragge is no stranger to personal valour. The tomes of Ultramar record how it was Calgar that led the breaching assault on the Hiveship designated Behemoth Primus – one of the first actions of its kind against the Tyranids. They also show it was Calgar who held the gate alone against the greenskin horde for a night and a day at the siege of Zalathras. And it was Calgar who recaptured the star fort Indomitable from the daemonic hordes of M'kar the Reborn. These entries have entire pages dedicated to them in the library sanctum, separated by far shorter passages that describe the fall of countless demagogues, pirates and traitors.

Calgar is a proud man, a trait that has earned him more than a fair share of enemies within the Imperium's internecine politics. Yet he also possesses a shrewd self-awareness that prevents that pride turning sour and leading him into arrogance. To the people of Ultramar, Calgar is the hero of heroes, the epitome of Mankind's will to endure and triumph. When Calgar travels Ultramar on tours of inspection he is met with adulating crowds that roar his name with a passion sadly lacking in other Imperial domains. The people of Ultramar believe to their very core that in Marneus Calgar they have a leader who will fight until the stars turn cold, not only for the immortal Emperor, but for Mankind itself.



| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Marneus Calgar | 6 | 5 | 4 | 4 | 4 | 5 | 4 | 10 | 3+ |

## SPECIAL RULES

**And They Shall Know No Fear, Combat Tactics, Eternal Warrior, Independent Character.**

**Orbital Bombardment:** See page 52.

**Titanic Might:** Calgar can re-roll all failed attempts to wound with shooting and close combat attacks.

**God of War:** Marneus Calgar can choose whether to pass or fail any Morale check he is called upon to make. Whilst Calgar is on the table, all units with the Combat Tactics special rule can also choose whether to pass or fail any Morale check they are called upon to take.

## WARGEAR

**Gauntlets of Ultramar:** These are a matched pair of power fists. They also contain a pair of integrated bolters that can be fired with the following profile:

| Range | Str. | AP | Type |
|---|---|---|---|
| 24" | 4 | 2 | Assault 2 |

**Armour of Antilochus:** Calgar may choose to wear this suit of Terminator armour, which includes a teleport homer.

GW0011385

**Exhibit 49-A**

[Plaintiff's Exhibit A, Entry No. 49 - 80% actual size]

GW allegedly infringed work: "p84 Codex Space Marines 2008."



**Exhibit 49 -B**
[Plaintiff's Exhibit A, Entry No. 49]

Photograph of Chapterhouse Studios product No. 49

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Crested Power Armor Shoulder Pad



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search [ Search ]

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
  - Heads
  - Jump packs
  - Kits for Space Marine Vehicles
  - Shields
  - **Shoulder Pads**
  - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

**E-Mail Address:**
[                    ]

**Password:**
[                    ]

Forgotten Password

[ Login ]

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

## Crested Power Armor Shoulder Pad

Product Code: Crested Power Armor Shoulder Pad
Reward Points: 0
Availability: 252

**Price: $1.00**

Qty: [ 1 ]

[ Add to Cart ]

⭐⭐⭐⭐⭐ 2 reviews | Write a review

Share

| **Description** | **Reviews (2)** |

This is a single pewter shoulder pad with a raised crest on the rim of the pad.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Crested Power Armor Shoulder Pad



We accept **PayPal**  About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| Entry 50 |



GW0001288

**Exhibit 50-A-1**

[Plaintiff's Exhibit A, Entry No. 50 - 80% actual size]

GW allegedly infringed work: "Warhammer 40,000 Space Marines 2004, page 70."



**Exhibit 50 -B**
[Plaintiff's Exhibit A, Entry No. 50]

Photograph of Chapterhouse Studios product No. 50

flesh and feast on my soul. The physicians prepare me infusions of Lassian root, but they do not help. Until tonight I felt like I should go mad. But as I dreamed of dark monsters that longed to suck the marrow from my bones, I beheld an armoured figure in a moulded breastplate of iron, embossed with an eagle and polished so that it shone like silver. A close fitting helm of bronze obscured the warrior's face and he stood with a wide-bladed sword that crackled with powerful energies. The dark beasts swarmed around him, but he smote them with his mighty weapon and, as each creature fell, it howled and vanished from sight. As the last beast was slain, the warrior turned to me and I suddenly found myself beside Hera's Falls in the Valley of Laponis. Spray from the mighty waterfall drenched me and I saw a golden haired child on the ground. The

warrior bade me protect the child and as I reached to gather the babe in my arms, I woke, feeling more refreshed than I have in months. Dream or vision? I do not know, but I awoke with a fine mist of fresh mountain water on my face."

According to legend, the Valley of Laponis was the site of the crowning of the first Battle King of Macragge and, the following day, Konor rode east at the head of his bodyguard to Hera's Falls. Weeks later, the king's expedition eventually crested the impenetrable, snow-capped peaks and reached the vast falls, glacial water thundering to the rocks tens of thousands of feet below. Here, wrapped in swaddling clothes, they discovered the child that Konor had seen in his vision. How the child came to be in this isolated valley

was a mystery that would never be solved, but it was seen as a great omen that the child should be found in a place of such historical significance. Konor took the babe back to his palace and named him Roboute, which means 'Great One'.

Roboute grew quickly, as did his capacity for learning, and within the space of a few years he had mastered everything the wisest men of Macragge could teach him. At the age of six, as was the custom for children of Macragge, he was taken from his father and inducted into the Agiselus Barracks where he mastered the art of war with breathtaking speed. His grasp of philosophy, history and science was greater than anyone alive, yet his true genius lay in the field of military organisation. After two years it became



Pre-Heresy Ultramarines Corvus Pattern Power Armour

Post-Heresy Ultramarines Power Armour

Ultramarines, Progenitor Legion M31

Mk. I Boltgun
Crossfile/1539.z/A

Mk. III Boltgun
Crossfile/1950.1/C

2nd Company
Tactical Squad
Marking

Septus XII
Campaign Badge
Crossfile/1302.z/X

Crux Terminatus
Honour Badge

Storm Bolter
Crossfile/1233.z/A

Power Fist
Crossfile/1043.z/X

Corinth Crusade Marking
Crossfile/N293.z/L

Ultramarines Chapter Symbol

Ultramarines Terminator

Terminator
Veteran Sergeant

Veteran Sergeant

Veteran

Sergeant

Ultramarines Helmet Variants

GW0001105

**Exhibit 50-A-2**

[Plaintiff's Exhibit A, Entry No. 50 - 80% actual size]

GW allegedly infringed work: "Index Astartes III 2003, page 23."



**Exhibit 50 -B**
[Plaintiff's Exhibit A, Entry No. 50]

Photograph of Chapterhouse Studios product No. 50

Space Marine Chaplain with Skull Helmet | Games Workshop

Page 1 of 1

# GAMES WORKSHOP®

Customer Service  1-800-394-4263 | Welcome! | Sign In | Why Register?

**FREE SHIPPING ON ALL ORDERS OVER $30**
OFFER DETAILS

0 items @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

Warhammer 40,000 · HQ · Space Marine Chaplain with Skull Helmet

## Space Marine Chaplain with Skull Helmet

Like   21    ADD TO CART

**Have you got?**

$35.00                    add to cart
Space Marine Command Squad

$37.25                    add to cart
Space Marine Tactical Squad

**Space Marine Chaplain with Skull Helmet**

The spiritual leaders of their Chapter, Chaplains are terrifying and sinister figures of holy purity, garbed in black power armour as befits such bringers of death.

This set contains 1 metal Space Marine Chaplain with Skull Helmet.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101235

**Price: $15.00**

Quantity  1   

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

With this box set you can make the following:

**Space Marine Chaplain**

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Chaplain | 5 | 4 | 4 | 4 | 2 | 4 | 2 | 10 | 3+ |

| | |
|---|---|
| Unit Composition: | 1 Chaplain |
| Unit Type: | Infantry |
| War Gear: | Power armour, Boltgun or bolt pistol; Frag and krak grenades; Rosarius, Crozius Arcanum |

Carry Out Handbook   Mail Order   Privacy Policy   Legal   Careers   About Us   Investor Relations   Brand Artists   Site Map   Contact Us

Country Select

Copyright © Games Workshop Limited 2000-2011 · New Line Productions Inc. · The Saul Zaentz Company d/b/a Middle-earth Enterprises · All rights reserved to their respective owners

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1050247       8/10/2011
GW0002466

## Exhibit 50-A-3

[Plaintiff's Exhibit A, Entry No. 50 - 80% actual size]

GW allegedly infringed work: "Space Marine Chaplain with skull helmet."



**Exhibit 50 -B**
[Plaintiff's Exhibit A, Entry No. 50]

Photograph of Chapterhouse Studios product No. 50

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Devastator Squad Shoulder Pad



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search  Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

## Devastator Squad Shoulder Pad

Product Code: Devastator Squad Shoulder Pad

Reward Points: 0

Availability: 39

**Price: $1.00**

Qty: 1

Add to Cart

0 reviews  |  Write a review

Share

| Description | Reviews (0) |

This is a single pewter devestatorshoudler pad for regular power armor, it has an inverted V on the surface.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Devastator Squad Shoulder Pad



We accept    PayPal     About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy      2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| Entry 51 |

GW identifies but has failed to produce the following allegedly infringed work: Codex Ultramarines, 1995, p28.

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: Insignium Astartes 2002, page 13.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.



**Exhibit 51-A-1**

[Plaintiff's Exhibit A, Entry No. 51 - 80% actual size]

GW allegedly infringed work: "Warhammer 40,000 Space Marines 2004, page 70."



**Exhibit 51 -B**
[Plaintiff's Exhibit A, Entry No. 51]

Photograph of Chapterhouse Studios product No. 51

flesh and feast on my soul. The physicians prepare me infusions of Lassium root, but they do not help. Until tonight I felt like I should go mad. But as I dreamed of dark monsters that longed to suck the marrow from my bones, I beheld an armoured figure in a moulded breastplate of iron, embossed with an eagle and polished so that it shone like silver. A close fitting helm of bronze obscured the warrior's face and he stood with a wide-bladed sword that crackled with powerful energies. The dark beasts swarmed around him, but he smote them with his mighty weapon and, as each creature fell, it howled and vanished from sight. As the last beast was slain, the warrior turned to me and I suddenly found myself beside Hera's Falls in the Valley of Laponis. Spray from the mighty waterfall drenched me and I saw a golden haired child on the ground. The

warrior bade me protect the child and as I reached to gather the babe in my arms, I woke, feeling more refreshed than I have in months. Dream or vision? I do not know, but I awoke with a fine mist of fresh mountain water on my face."

According to legend, the Valley of Laponis was the site of the crowning of the first Battle King of Macragge and, the following day, Konor rode east at the head of his bodyguard to Hera's Falls. Weeks later, the king's expedition eventually crested the impenetrable, snow-capped peaks and reached the vast fails, glacial water thundering to the rocks tens of thousands of feet below. Here, wrapped in swaddling clothes, they discovered the child that Konor had seen in his vision. How the child came to be in this isolated valley

was a mystery that would never be solved, but it was seen as a great omen that the child should be found in a place of such historical significance. Konor took the babe back to his palace and named him Roboute, which means 'Great One'.

Roboute grew quickly, as did his capacity for learning, and within the space of a few years he had mastered everything the wisest men of Macragge could teach him. At the age of six, as was the custom for children of Macragge, he was taken from his father and inducted into the Agiselus Barracks where he mastered the art of war with breathtaking speed. His grasp of philosophy, history and science was greater than anyone alive, yet his true genius lay in the field of military organisation. After two years it became



GW0001105

**Exhibit 51-A-2**
[Plaintiff's Exhibit A, Entry No. 51 - 80% actual size]

GW allegedly infringed work: "Index Astartes III 2003, page 23."



**Exhibit 51 -B**
[Plaintiff's Exhibit A, Entry No. 51]

Photograph of Chapterhouse Studios product No. 51

Page 1 of 2



Customer S

FREE SH 

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Warhammer 40,000    Shoulder Pads    Tactical Squad Shoulder Pads 2

**Categories**

Getting Started

Warhammer 40,000 Advance Orders

Warhammer 40,000 New Releases

Warhammer 40,000: Assault on Black Reach

Warhammer 40,000 Essentials

Warhammer 40,000 Armies

Warhammer 40,000 Expansions

Warhammer 40,000 Citadel Finecast

Warhammer 40,000 Scenery

Warhammer 40,000 Books

Warhammer 40,000 Bitz

Warhammer 40,000 Collectors

Warhammer 40,000 Articles

Follow us on Twitter

Follow us on Facebook

Bookmark & Share

Subscribe to What's New Today

Print

Email to a Friend

# Tactical Squad Shoulder Pads 2

Like  1      AD

**Tactical Squad Shoulder Pads 2**

This pack contains 10 Tactical Squad Shoulder Pads 2.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101374

**Price: $**

Quantity:

ADD TO C

ADD TO GIFT

Bookmark &

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110189&ro...  8/10/2011

GW0002478

**Exhibit 51-A-3**
[Plaintiff's Exhibit A, Entry No. 51 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 51 -B**
[Plaintiff's Exhibit A, Entry No. 51]

Photograph of Chapterhouse Studios product No. 51

Space Marine Chaplain with Skull Helmet | Games Workshop                    Page 1 of 1

# GAMES WORKSHOP®

Customer Service   1-800-394-4263 | Welcome! | Sign In | Why Register?

**FREE SHIPPING ON ALL ORDERS OVER $30**

0 item(s)-$ 0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

**Categories**

Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Ray
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

Warhammer 40,000   HQ   Space Marine Chaplain with Skull Helmet

## Space Marine Chaplain with Skull Helmet

Live  21    ADD TO CART

**Space Marine Chaplain with Skull Helmet**

The spiritual leaders of their Chapter, Chaplains are terrifying and sinister figures of holy purity, garbed in black power armour as befits such bringers of death.

This set contains 1 metal Space Marine Chaplain with Skull Helmet.

Availability: Usually ships within 24 hours.
Part Code: 99060101335

**Price: $15.00**

Quantity  1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

**Have you got?**

$35.00   add to cart
Space Marine Command Squad

$37.25   add to cart
Space Marine Tactical Squad

With this box set you can make the following:

**Space Marine Chaplain**

|          | WS | BS | S | T | W | I | A | Ld | Sv |
|----------|----|----|---|---|---|---|---|----|----|
| Chaplain | 5  | 4  | 4 | 4 | 2 | 4 | 2 | 10 | 3+ |

| Unit Composition: | 1 Chaplain |
| Unit Type: | Infantry |
| War Gear: | Power armour; Boltgun or bolt pistol; Frag and krak grenades; Rosarius; Crozius Arcanum |

Carry Our Products   Real Estate   Privacy Policy   Legal   Careers   About Us   Investor Relations   Image Library   Horus Vision   Site Map   Contact Us

Country Select

Copyright © Games Workshop Limited 2000-2011   New Line Productions Inc   © The Saul Zaentz Company d/b/a Middle-earth Enterprises   All rights reserved to their respective owners.

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1050247        8/10/2011

GW0002466

## Exhibit 51-A-4
[Plaintiff's Exhibit A, Entry No. 51 - 80% actual size]

GW allegedly infringed work: "Space Marine Chaplain with skull helmet."



**Exhibit 51 -B**
[Plaintiff's Exhibit A, Entry No. 51]

Photograph of Chapterhouse Studios product No. 51



GW0011390

**Exhibit 51-A-5**
[Plaintiff's Exhibit A, Entry No. 51 - 80% actual size]

GW allegedly infringed work: "Insignium Astartes 2002, page 13."



**Exhibit 51 -B**
[Plaintiff's Exhibit A, Entry No. 51]

Photograph of Chapterhouse Studios product No. 51

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Devastator Squad 9 Shoulder Pad



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search [Search]

## Devastator Squad 9 Shoulder Pad

Product Code: Devastator Squad 9 Shoulder Pad

Reward Points: 0

Availability: 199

### Price: $1.00

Qty: [1]

Add to Cart

0 reviews | Write a review

Share

---

**Description** | **Reviews (0)**

This is a single pewter devestatorshoudler pad for regular power armor, it has an inverted V on the pad with a roman numeral 9 embedded.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Devastator Squad 9 Shoulder Pad



We accept  PayPal  About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy  2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| Entry 52 |

GW identifies but has failed to produce the following allegedly infringed work:Codex Ultramarines, 1995, p28.

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: Insignium Astartes 2002, page 13.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.



**Exhibit 52-A-1**
[Plaintiff's Exhibit A, Entry No. 52 - 80% actual size]

GW allegedly infringed work: "Warhammer 40,000 Space Marines 2004, page 70."



**Exhibit 52 -B**
[Plaintiff's Exhibit A, Entry No. 52]

Photograph of Chapterhouse Studios product No. 52



Customer S‹

FREE SH

Community & Events    Virtual Gift Vouchers    Store Finder    White Dwarf    Citadel Finecast    Find a Gift List

Warhammer 40,000    Shoulder Pads    Tactical Squad Shoulder Pads 2

## Tactical Squad Shoulder Pads 2

Like [ 1 ]    AD

**Categories**

Getting Started

Warhammer 40,000 Advance Orders

Warhammer 40,000 New Releases

Warhammer 40,000: Assault on Black Reach

Warhammer 40,000 Essentials

Warhammer 40,000 Armies

Warhammer 40,000 Expansions

Warhammer 40,000 Citadel Finecast

Warhammer 40,000 Scenery

Warhammer 40,000 Books

Warhammer 40,000 Bitz

Warhammer 40,000 Collectors

Warhammer 40,000 Articles

   

Follow us on Twitter

Follow us on Facebook

Bookmark & Share

Subscribe to What's New Today

Print

Email to a Friend

**Tactical Squad Shoulder Pads 2**

This pack contains 10 Tactical Squad Shoulder Pads 2.

Availability:  Usually ships within 24 hours.
Part Code:  99060101374

**Price:  $**

Quantity:  ·

ADD TO C

ADD TO GIFT

Bookmark &

GW0002478

**Exhibit 52-A-2**
[Plaintiff's Exhibit A, Entry No. 52 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 52 -B**
[Plaintiff's Exhibit A, Entry No. 52]

Photograph of Chapterhouse Studios product No. 52

Space Marine Chaplain with Skull Helmet | Games Workshop

Page 1 of 1

**GAMES WORKSHOP**

Customer Service  1-800-394-4263 | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $30
SEE DETAILS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

Categories

Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000 Assault on
Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New
Today

Print
Email to a Friend

Warhammer 40,000 > HQ > Space Marine Chaplain with Skull Helmet

# Space Marine Chaplain with Skull Helmet

Live   21   ADD TO CART

Have you got?

$35.00         add to cart
Space Marine Command Squad

$37.25         add to cart
Space Marine Tactical Squad

**Space Marine Chaplain with Skull Helmet**

The spiritual leaders of their Chapter, Chaplains are
terrifying and sinister figures of holy purity, garbed in black
power armour as befits such bringers of death.

This set contains 1 metal Space Marine Chaplain with Skull
Helmet.

Availability: Usually ships within 24 hours
Part Code: 99060101335

**Price: $15.00**

Quantity  1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

With this box set you can make the following:

**Space Marine Chaplain**

|          | WS | BS | S | T | W | I | A | Ld | Sv |
|----------|----|----|---|---|---|---|---|----|----|
| Chaplain | 5  | 4  | 4 | 4 | 2 | 4 | 2 | 10 | 3+ |

| Unit Composition: | 1 Chaplain |
|-------------------|------------|
| Unit Type: | Infantry |
| War Gear: | Power armour, Boltgun or bolt pistol; Frag and krak grenades; Rosarius, Crozius Arcanum |

Games Of Products   Registration   Privacy Policy   Legal   Careers   About Us   Investor Relations   Image Library   Force Word   Site Map   Contact Us

Country Select

Copyright  © Games Workshop Limited 2000-2011  "New Line Productions Inc." "The Saul Zaentz Company d/b/a Middle-earth Enterprises.  All rights reserved. No front negatives surface.

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1050247

8/10/2011

GW0002466

**Exhibit 52-A-3**
[Plaintiff's Exhibit A, Entry No. 52 - 80% actual size]

GW allegedly infringed work: "Space Marine Chaplain with skull helmet."



**Exhibit 52 -B**
[Plaintiff's Exhibit A, Entry No. 52]

Photograph of Chapterhouse Studios product No. 52



GW0011390

**Exhibit 52-A-4**
[Plaintiff's Exhibit A, Entry No. 52- 80% actual size]

GW allegedly infringed work: "Insignium Astartes 2002, page 13."



**Exhibit 52-B**
[Plaintiff's Exhibit A, Entry No. 52]

Photograph of Chapterhouse Studios product No. 52

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Devastator Squad 10 Shoulder Pad



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

Search  Search

## Devastator Squad 10 Shoulder Pad

Product Code: Devastator Squad 10 Shoulder Pad

Reward Points: 0

Availability: 242

### Price: $1.00

Qty: 1

Add to Cart

0 reviews | Write a review

Share

**Description** | **Reviews (0)**

This is a single pewter devestatorshoudler pad for regular power armor, It has an inverted V on the pad with a roman numeral 10 embedded.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Devastator Squad 10 Shoulder Pad



We accept  **PayPal**        About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

Entry 53

# GAMES WORKSHOP DOES NOT IDENTIFY ANY INFRINGED WORK

"There are no IP issues with this product other than the shape/design of the underlying shoulder pad"

**Exhibit 53-A**

GW allegedly infringed work: N/A



**Exhibit 53 -B**
[Plaintiff's Exhibit A, Entry No. 53]

Photograph of Chapterhouse Studios product No. 53

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

I Power Armor Shoulder Pad



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search  Search

## I Power Armor Shoulder Pad

Product Code: I Power Armor Shoulder Pad

Reward Points: 0

Availability: 123

### Price: $1.00

Qty: 1

Add to Cart

0 reviews | Write a review

Share

**Description**    **Reviews (0)**

This is a single pewter shoulder pad with an "I" or roman numeral 1 on the surface.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

I Power Armor Shoulder Pad



We accept   **PayPal**   About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

Entry 54

# GW DOES NOT IDENTIFY ANY ALLEGEDLY INFRINGED WORK

**Exhibit 54-A**
[Plaintiff's Exhibit A, Entry No. 54]

GW allegedly infringed work:

Games Workshop's Sci-Fi Shoulder pad has the unique characteristics of
     o Covering from start of shoulder to above the elbow
     o Large border around outer edge
     o Left shoulder pad – squad markings
     o Right shoulder pad – Chapter symbol



**Exhibit 54 -B**
[Plaintiff's Exhibit A, Entry No. 54]

Photograph of Chapterhouse Studios product No. 54

**Chapterhouse Studios website screenshot**
([www.chapterhousestudios.com](www.chapterhousestudios.com))