Power Armor Shoulder Pad - Plain



# CHAPTERHOUSE
## STUDIES

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search  Search

### PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR

Create an Account

**Sign up for the ChapterHouse Newsletter!**

## Power Armor Shoulder Pad - Plain

Product Code: Generic Power Armor Shoulder Pad - Plain

Reward Points: 0

Availability: 316

## Price: $0.65

Qty: 1

Add to Cart

0 reviews  |  Write a review

Share

### Description  | Reviews (0)

This is a single pewter shoulder pad with a raised rim.  Comes unadorned

Designed to fit on Games Workshop Space Marine®  figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Power Armor Shoulder Pad - Plain



We accept    PayPal    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy            2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| Entry 55 |

# GW DOES NOT IDENTIFY ANY ALLEGEDLY INFRINGED WORK

**Exhibit 55-A**
[Plaintiff's Exhibit A, Entry No. 55]

GW allegedly infringed work:

Games Workshop's Sci-Fi Shoulder pad has the unique characteristics of
    o Covering from start of shoulder to above the elbow
    o Large border around outer edge
    o Left shoulder pad – squad markings
    o Right shoulder pad – Chapter symbol



**Exhibit 55 -B**
[Plaintiff's Exhibit A, Entry No. 55]

Photograph of Chapterhouse Studios product No. 55

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Smooth Power Armor Shoulder Pad



# CHAPTERHOUSE
## STUDIOS

| PRODUCTS | NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Smooth Power Armor Shoulder Pad

Product Code: Smooth Power Armor Shoulder Pad
Reward Points: 0
Availability: 43

### Price: $0.80

Qty: 1

Add to Cart

★★★★★ 1 reviews | Write a review

Share

**Description** | **Reviews (1)**

This is a single pewter shoulder pad with no detail or rim.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40K Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Smooth Power Armor Shoulder Pad



We accept    PayPal      About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy         2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| Entry 56 |

GW identifies but has failed to produce the following allegedly infringed work: Insignium Astartes 2002, page 32.

Page 1 of 2

 

Community & Events    Virtual Gift Vouchers    Store Finder    White Dwarf    Citadel Finecast    Find a Gift List

Warhammer 40,000    Shoulder Pads    Tactical Squad Shoulder Pads 2

**Categories**

Getting Started

Warhammer 40,000 Advance Orders

Warhammer 40,000 New Releases

Warhammer 40,000: Assault on Black Reach

Warhammer 40,000 Essentials

Warhammer 40,000 Armies

Warhammer 40,000 Expansions

Warhammer 40,000 Citadel Finecast

Warhammer 40,000 Scenery

Warhammer 40,000 Books

Warhammer 40,000 Bitz

Warhammer 40,000 Collectors

Warhammer 40,000 Articles

Follow us on Twitter

Follow us on Facebook

Bookmark & Share

Subscribe to What's New Today

Print

Email to a Friend

# Tactical Squad Shoulder Pads 2

Like  1     AD

       

**Tactical Squad Shoulder Pads 2**

This pack contains 10 Tactical Squad Shoulder Pads 2.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101374

**Price: $**

Quantity:

ADD TO C

ADD TO GIFT

Bookmark &

**Exhibit 56-A-1**
[Plaintiff's Exhibit A, Entry No. 56 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 56 -B**
[Plaintiff's Exhibit A, Entry No. 56]

Photograph of Chapterhouse Studios product No. 56

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Tactical Squad Power Armor Shoulder Pad



# CHAPTERHOUSE
## STUDIOS

| PRODUCTS | NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

Search  Search

## Tactical Squad Power Armor Shoulder Pad

Product Code: Tactical Squad Power Armor Shoulder Pad
Reward Points: 0
Availability: 25

### Price: $1.00

Qty: 1

Add to Cart

0 reviews | Write a review

Share

| Description | Reviews (0) |

This is a single pewter tactical shoulder pad for regular power armor, it has raised arrow on the pad.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

E-Mail Address:

Password:

Forgotten Password

Login

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective Owners.

Tactical Squad Power Armor Shoulder Pad



We accept   **PayPal**      About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| Entry 57 |

GW identifies but has failed to produce the following allegedly infringed work:Codex Ultramarines, 1995, p42.

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: Insignium Astartes 2002, page 13.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.

Page 1 of 2





Community & Events    Virtual Gift Vouchers    Store Finder    White Dwarf    Citadel Finecast    Find a Gift List

Warhammer 40,000    Shoulder Pads    Tactical Squad Shoulder Pads 2

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

# Tactical Squad Shoulder Pads 2

Like   1    AD

**Tactical Squad Shoulder Pads 2**

This pack contains 10 Tactical Squad Shoulder Pads 2.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101374

**Price: $**
Quantity:

ADD TO C

ADD TO GIFT

Bookmark &

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110189&ro...   8/10/2011
GW0002478

**Exhibit 57-A-1**
[Plaintiff's Exhibit A, Entry No. 57 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 57 -B**
[Plaintiff's Exhibit A, Entry No. 57]

Photograph of Chapterhouse Studios product No. 57



## 2ND BATTLE COMPANY

This shows the classic division of the Battle Company into six Tactical, two Assault and two Devastator Squads. Traditionally the Tactical Squads are numbered one to six, the Assault Squads as seven and eight and the Devastators as nine and ten.

## 3RD BATTLE COMPANY

The Tactical Squad symbol is shown as a large white vertical arrow. This is but one of a number of different symbols noted in the Codex as being suitable to designate a Tactical Squad.

## ULTRAMARINES COMPANY BANNERS

### 2ND COMPANY

This banner is very typical of a Space Marine Company banner. Its design includes the Chapter symbol and a number of very common imperial motifs including the double-headed eagle, laurel wreath, skull and name scroll. These elements occur time and again on Space Marine banners.

### 3RD COMPANY

This banner is the newest in the Chapter having been relatively recently awarded to the Company for heroic actions during the First Tyrannic War.

GW0011390

**Exhibit 57-A-2**
[Plaintiff's Exhibit A, Entry No. 57 - 80% actual size]

GW allegedly infringed work: "Insignium Astartes 2002, page 13."



**Exhibit 57 -B**
[Plaintiff's Exhibit A, Entry No. 57]

Photograph of Chapterhouse Studios product No. 57

**Chapterhouse Studios website screenshot**
([www.chapterhousestudios.com](www.chapterhousestudios.com))

Tactical Squad 1 Power Armor Shoulder Pad



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

Search | Search

## Tactical Squad 1 Power Armor Shoulder Pad

Product Code: Tactical Squad 1 Power Armor Shoulder Pad

Reward Points: 0

Availability: 115

**Price: $1.00**

Qty: 1

Add to Cart

0 reviews | Write a review

Share

**Description** | **Reviews (0)**

This is a single pewter tactical shoulder pad for regular power armor, it has raised arrow and a roman numeral one on the pad.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Tactical Squad 1 Power Armor Shoulder Pad

We accept **PayPal**    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy                    2011 ChapterHouse Studios®

| Plaintiff's Exhibit A |
|---|
| Entry 58 |

GW identifies but has failed to produce the following allegedly infringed work:Codex Ultramarines, 1995, p28.

GW produced the following allegedly infringed works on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: Insignium Astartes 2002, page 13.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.

Page 1 of 2

Customer Se

FREE SH



Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Warhammer 40,000    Shoulder Pads    Tactical Squad Shoulder Pads 2

**Categories**

Getting Started

Warhammer 40,000 Advance Orders

Warhammer 40,000 New Releases

Warhammer 40,000: Assault on
Black Reach

Warhammer 40,000 Essentials

Warhammer 40,000 Armies

Warhammer 40,000 Expansions

Warhammer 40,000 Citadel Finecast

Warhammer 40,000 Scenery

Warhammer 40,000 Books

Warhammer 40,000 Bitz

Warhammer 40,000 Collectors

Warhammer 40,000 Articles

Follow us on Twitter

Follow us on Facebook

Bookmark & Share

Subscribe to What's New
Today

Print

Email to a Friend

# Tactical Squad Shoulder Pads 2

Like   1        AD

**Tactical Squad Shoulder Pads 2**

This pack contains 10 Tactical Squad Shoulder Pads 2.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101374

Price: $

Quantity:

ADD TO C

ADD TO GIFT

Bookmark &

**Exhibit 58-A-1**

[Plaintiff's Exhibit A, Entry No. 58 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 58 -B**
[Plaintiff's Exhibit A, Entry No. 58]

Photograph of Chapterhouse Studios product No. 58



GW0011390

**Exhibit 58-A-2**
[Plaintiff's Exhibit A, Entry No. 58 - 80% actual size]

GW allegedly infringed work: "Insignium Astartes 2002, page 13."



**Exhibit 58 -B**
[Plaintiff's Exhibit A, Entry No. 58]

Photograph of Chapterhouse Studios product No. 58

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Tactical Squad 2 Power Armor Shoulder Pad



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search | Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

## Tactical Squad 2 Power Armor Shoulder Pad

Product Code: Tactical Squad 2 Power Armor Shoulder Pad

Reward Points: 0

Availability: 124

### Price: $1.00

Qty: 1

Add to Cart

0 reviews | Write a review

Share

**Description** | **Reviews (0)**

This is a single pewter tactical shoulder pad for regular power armor, it has raised arrow and a roman numeral two on the pad.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Tactical Squad 2 Power Armor Shoulder Pad

We accept **PayPal**    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy       2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| Entry 59 |

GW identifies but has failed to produce the following allegedly infringed work:Codex Ultramarines, 1995, p43.

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: Insignium Astartes 2002, page 13.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.

Customer Se

FREE SH



Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Warhammer 40,000    Shoulder Pads    Tactical Squad Shoulder Pads 2

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

# Tactical Squad Shoulder Pads 2

Like   1        AD

**Tactical Squad Shoulder Pads 2**

This pack contains 10 Tactical Squad Shoulder Pads 2.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101374

Price:  $

Quantity:

ADD TO C

ADD TO GIFT

Bookmark &

GW0002478

**Exhibit 59-A**
[Plaintiff's Exhibit A, Entry No. 59 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 59 -B**
[Plaintiff's Exhibit A, Entry No. 59]

Photograph of Chapterhouse Studios product No. 59



GW0011390

**Exhibit 59-A-2**

[Plaintiff's Exhibit A, Entry No. 59 - 80% actual size]

GW allegedly infringed work: "Insignium Astartes 2002, page 13."



**Exhibit 59 -B**
[Plaintiff's Exhibit A, Entry No. 59]

Photograph of Chapterhouse Studios product No. 59

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Tactical Squad 3 Power Armor Shoulder Pad



## CHAPTERHOUSE STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search    Search

### PRODUCTS

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
  - Heads
  - Jump packs
  - Kits for Space Marine Vehicles
  - Shields
  - **Shoulder Pads**
  - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

## Tactical Squad 3 Power Armor Shoulder Pad

Product Code: Tactical Squad 3 Power Armor Shoulder Pad
Reward Points: 0
Availability: 103

**Price: $1.00**

Qty: 1

Add to Cart

✷✷✷✷✷    1 reviews | Write a review

Share

---

**Description** | **Reviews (1)**

This is a single pewter tactical shoulder pad for regular power armor, it has raised arrow and a roman numeral three on the pad.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40K Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Tactical Squad 3 Power Armor Shoulder Pad

We accept **PayPal**    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| Entry 60 |

GW identifies but has failed to produce the following allegedly infringed work: Codex Ultramarines, 1995, p43.

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: Insignium Astartes 2002, page 13.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.

Page 1 of 2

 

Customer Se

FREE SH

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Warhammer 40,000   Shoulder Pads   Tactical Squad Shoulder Pads 2

**Categories**

Getting Started

Warhammer 40,000 Advance Orders

Warhammer 40,000 New Releases

Warhammer 40,000: Assault on Black Reach

Warhammer 40,000 Essentials

Warhammer 40,000 Armies

Warhammer 40,000 Expansions

Warhammer 40,000 Citadel Finecast

Warhammer 40,000 Scenery

Warhammer 40,000 Books

Warhammer 40,000 Bitz

Warhammer 40,000 Collectors

Warhammer 40,000 Articles

Follow us on Twitter

Follow us on Facebook

Bookmark & Share

Subscribe to What's New Today

Print

Email to a Friend

# Tactical Squad Shoulder Pads 2

Like  1        AD

  
 

**Tactical Squad Shoulder Pads 2**

This pack contains 10 Tactical Squad Shoulder Pads 2.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101374

**Price: $**

Quantity:

ADD TO C

ADD TO GIFT

Bookmark &

GW0002478

**Exhibit 60-A-1**
[Plaintiff's Exhibit A, Entry No. 60 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 60 -B**
[Plaintiff's Exhibit A, Entry No. 60]

Photograph of Chapterhouse Studios product No. 60



GW0011390

**Exhibit 59-A-2**

[Plaintiff's Exhibit A, Entry No. 59 - 80% actual size]

GW allegedly infringed work: "Insignium Astartes 2002, page 13."



**Exhibit 59 -B**
[Plaintiff's Exhibit A, Entry No. 59]

Photograph of Chapterhouse Studios product No. 59

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Tactical Squad 4 Power Armor Shoulder Pad



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
  - Heads
  - Jump packs
  - Kits for Space Marine Vehicles
  - Shields
  - **Shoulder Pads**
  - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search | Search

## Tactical Squad 4 Power Armor Shoulder Pad

Product Code: Tactical Squad 4 Power Armor Shoulder Pad
Reward Points: 0
Availability: 55

**Price: $1.00**

Qty: 1

Add to Cart

0 reviews | Write a review

Share

| **Description** | **Reviews (0)** |

This is a single pewter tactical shoulder pad for regular power armor, it has raised arrow and a roman numeral four on the pad.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Tactical Squad 4 Power Armor Shoulder Pad



| **Plaintiff's Exhibit A** |
| --- |
| Entry 61 |

GW identifies but has failed to produce the following allegedly infringed work: Codex Ultramarines, 1995, p43.

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: Insignium Astartes 2002, page 13.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.



Customer Se

FREE SH

**Community & Events    Virtual Gift Vouchers    Store Finder    White Dwarf    Citadel Finecast    Find a Gift List**

Warhammer 40,000    Shoulder Pads    Tactical Squad Shoulder Pads 2

## Categories
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

# Tactical Squad Shoulder Pads 2

Like  1          AD

   

   

**Tactical Squad Shoulder Pads 2**

This pack contains 10 Tactical Squad Shoulder Pads 2.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101374

**Price: $**

Quantity:

ADD TO C

ADD TO GIFT

Bookmark &

**Exhibit 61-A-1**

[Plaintiff's Exhibit A, Entry No. 61 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 61 -B**
[Plaintiff's Exhibit A, Entry No. 61]

Photograph of Chapterhouse Studios product No. 61



GW0011390

**Exhibit 61-A-2**

[Plaintiff's Exhibit A, Entry No. 61 - 80% actual size]

GW allegedly infringed work: "Insignium Astartes 2002, page 13."



**Exhibit 61 -B**
[Plaintiff's Exhibit A, Entry No. 61]

Photograph of Chapterhouse Studios product No. 61

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Tactical Squad 5 Power Armor Shoulder Pad



# CHAPTERHOUSE
## STUDIOS

| | | | | | |
|---|---|---|---|---|---|
| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

Search: Search

## Tactical Squad 5 Power Armor Shoulder Pad

Product Code: Tactical Squad 5 Power Armor Shoulder Pad
Reward Points: 0
Availability: 65

**Price: $1.00**

Qty: 1

Add to Cart

0 reviews | Write a review

Share

| Description | Reviews (0) |
|---|---|

This is a single pewter tactical shoulder pad for regular power armor, it has raised arrow and a roman numeral five on the pad.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrranid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Tactical Squad 5 Power Armor Shoulder Pad



We accept    PayPal      About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy      2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 62 |

GW identifies but has failed to produce the following allegedly infringed work: Codex Ultramarines, 1995, p28.

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: Insignium Astartes 2002, page 13.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.

Page 1 of 2

 

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Warhammer 40,000    Shoulder Pads    Tactical Squad Shoulder Pads 2

**Categories**

Getting Started

Warhammer 40,000 Advance Orders

Warhammer 40,000 New Releases

Warhammer 40,000: Assault on Black Reach

Warhammer 40,000 Essentials

Warhammer 40,000 Armies

Warhammer 40,000 Expansions

Warhammer 40,000 Citadel Finecast

Warhammer 40,000 Scenery

Warhammer 40,000 Books

Warhammer 40,000 Bitz

Warhammer 40,000 Collectors

Warhammer 40,000 Articles

Follow us on Twitter

Follow us on Facebook

Bookmark & Share

Subscribe to What's New Today

Print

Email to a Friend

# Tactical Squad Shoulder Pads 2

Like  1         AD

**Tactical Squad Shoulder Pads 2**

This pack contains 10 Tactical Squad Shoulder Pads 2.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101374

Price: $

Quantity:

ADD TO C

ADD TO GIFT

Bookmark &

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110189&ro...   8/10/2011

GW0002478

**Exhibit 62-A-1**
[Plaintiff's Exhibit A, Entry No. 62 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 62 -B**
[Plaintiff's Exhibit A, Entry No. 62]

Photograph of Chapterhouse Studios product No. 62



GW0011390

**Exhibit 62-A-2**
[Plaintiff's Exhibit A, Entry No. 62 - 80% actual size]

GW allegedly infringed work: "Insignium Astartes 2002, page 13."



**Exhibit 62 -B**
[Plaintiff's Exhibit A, Entry No. 62]

Photograph of Chapterhouse Studios product No. 62

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Tactical Squad 6 Power Armor Shoulder Pad



Tactical Squad 6 Power Armor Shoulder Pad

We accept  PayPal          About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 63 |

ceremony of the celebrations that a stranger appeared at the gates to Vulkan's settlement. All he asked was to be allowed to take part in the contests and, though he would not say where he had come from, he was allowed to compete. His skin was pale and his garb outlandish, though all could see that he was a powerful figure. He announced to the gathered spectators that he could best any man in any contest. The gathered crowds laughed uproariously, believing that none could be more superior in intellect,

physique or skill than their superhuman leader. Vulkan and the stranger wagered that whoever lost was to swear eternal obedience to the victor.

The competitions lasted for eight days and included many feats of strength and endurance. At the anvil lift, even the strongest men could only hold an anvil above their head for an hour and a half, but Vulkan and the stranger carried the heavy anvil aloft for half a day before the judges declared the contest a draw

so that they could proceed to the next event. And so it was that they were almost equally matched in skill and strength. Occasionally one would slightly best the other, but when it came to the start of the final event, the salamander slaying, they were evenly matched. Each had a day and a night to forge a weapon with which to hunt down the largest salamander they could find. Whoever could bring back the heaviest carcass would win the wager and the eternal allegiance of the other.



Pre-Heresy Salamander colour scheme

Salamanders colour scheme

Salamanders, Progenitor Legion M.31

Auto-reactive shoulder plate Tactical squad markings

Auto-reactive shoulder plate Chapter badge iconography

Auto-reactive shoulder plate Honour Markings

Standard Imperial pattern multigun (constructed locally).

Salamanders Veteran in Tactical Dreadnought Armour

Symbol of the Salamanders' First Company, the Firedrakes

Thought for the day: The hammer of the Emperor will vanquish the Xenos.

19

GW0001169

## Exhibit 63-A-1

[Plaintiff's Exhibit A, Entry No. 63 - 80% actual size]

GW allegedly infringed work: "Index Astartes IV, 2004, page 19."



**Exhibit 63 -B**
[Plaintiff's Exhibit A, Entry No. 63]

Photograph of Chapterhouse Studios product No. 63



Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Warhammer 40,000    Dedicated Transports    Space Marine Drop Pod

## Space Marine Drop Pod

**Categories**

Getting Started

Warhammer 40,000 Advance Orders

Warhammer 40,000 New Releases

Warhammer 40,000: Assault on Black Reach

Warhammer 40,000 Essentials

Warhammer 40,000 Armies

Warhammer 40,000 Expansions

Warhammer 40,000 Citadel Finecast

Warhammer 40,000 Scenery

Warhammer 40,000 Books

Warhammer 40,000 Bitz

Warhammer 40,000 Collectors

Warhammer 40,000 Articles

Follow us on Twitter

Follow us on Facebook

Bookmark & Share

Subscribe to What's New Today

Print

Email to a Friend

Like  55     AD



   

**Space Marine Drop Pod**

The Space Marines are known as the Angels of Death, and the title is never more appropriate than when they attack using Drop Pods. Drop Pod assaults are the ultimate weapon of terror and surprise, aimed right at the heart of the foe. Scarcely have the smouldering hulls come to rest when

**Price:  $:**

Quantity:

ADD TO C

ADD TO GIFT

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1560026&ro...   8/10/2011

GW0002469

**Exhibit 63-A-2**

[Plaintiff's Exhibit A, Entry No. 63 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells drop pods on its website."



**Exhibit 63 -B**
[Plaintiff's Exhibit A, Entry No. 63]

Photograph of Chapterhouse Studios product No. 63

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Salamander Drop Pod Panel



Salamander Drop Pod Panel



We accept   PayPal        About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy        2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

Entry 64

ceremony of the celebrations that a stranger appeared at the gates to Vulkan's settlement. All he asked was to be allowed to take part in the contests and, though he would not say where he had come from, he was allowed to compete. His skin was pale and his garb outlandish, though all could see that he was a powerful figure. He announced to the gathered spectators that he could best any man in any contest. The gathered crowds laughed uproariously, believing that none could be more superior in intellect,

physique or skill than their superhuman leader. Vulkan and the stranger wagered that whoever lost was to swear eternal obedience to the victor.

The competitions lasted for eight days and included many feats of strength and endurance. At the anvil lift, even the strongest men could only hold an anvil above their head for an hour and a half, but Vulkan and the stranger carried the heavy anvil aloft for half a day before the judges declared the contest a draw

so that they could proceed to the next event. And so it was that they were almost equally matched in skill and strength. Occasionally one would slightly best the other, but when it came to the start of the final event, the salamander slaying, they were evenly matched. Each had a day and a night to forge a weapon with which to hunt down the largest salamander they could find. Whoever could bring back the heaviest carcass would win the wager and the eternal allegiance of the other.





**Exhibit 64 -B**
[Plaintiff's Exhibit A, Entry No. 64]

Photograph of Chapterhouse Studios product No. 64

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Salamander Skull Power Armor Shoulder Pad



Salamander Skull Power Armor Shoulder Pad



We accept    **PayPal**     About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy     2011 ChapterHouse Studios®