| **Plaintiff's Exhibit A** |
|---|
| Entry 65 |

ceremony of the celebrations that a stranger appeared at the gates to Vulkan's settlement. All he asked was to be allowed to take part in the contests and, though he would not say where he had come from, he was allowed to compete. His skin was pale and his garb outlandish, though all could see that he was a powerful figure. He announced to the gathered spectators that he could best any man in any contest. The gathered crowds laughed uproariously, believing that none could be more superior in intellect, physique or skill than their superhuman leader. Vulkan and the stranger wagered that whoever lost was to swear eternal obedience to the victor.

The competitions lasted for eight days and included many feats of strength and endurance. At the anvil lift, even the strongest men could only hold an anvil above their head for an hour and a half, but Vulkan and the stranger carried the heavy anvil aloft for half a day before the judges declared the contest a draw so that they could proceed to the next event. And so it was that they were almost equally matched in skill and strength. Occasionally one would slightly best the other, but when it came to the start of the final event, the salamander slaying, they were evenly matched. Each had a day and a night to forge a weapon with which to hunt down the largest salamander they could find. Whoever could bring back the heaviest carcass would win the wager and the eternal allegiance of the other.



**Exhibit 65-A-1**

[Plaintiff's Exhibit A, Entry No. 65 - 80% actual size]

GW allegedly infringed work: "Index Astartes IV, 2004, page 19."



**Exhibit 65-B**
[Plaintiff's Exhibit A, Entry No. 65]

Photograph of Chapterhouse Studios product No. 65

 

Customer Se

FREE SH

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Warhammer 40,000    Shoulder Pads    Tactical Squad Shoulder Pads 2

# Tactical Squad Shoulder Pads 2

Like  1        AD

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend



**Tactical Squad Shoulder Pads 2**

This pack contains 10 Tactical Squad Shoulder Pads 2.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101374

**Price: $**
Quantity:
ADD TO C
ADD TO GIFT
Bookmark &

**Exhibit 65-A-2**
[Plaintiff's Exhibit A, Entry No. 65 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 65 -B**
[Plaintiff's Exhibit A, Entry No. 65]

Photograph of Chapterhouse Studios product No. 65

# GAMES WORKSHOP

Customer Service  1-800-394-4263 | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $30

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

Warhammer 40,000   Warhammer 40,000 Armies   Space Marines   HQ
Space Marine Librarian in Terminator Armour

## Space Marine Librarian in Terminator Armour

Like  17      ADD TO CART



CITADEL FINECAST

**Have you got?**



$56.00 ....add to cart
Marneus Calgar and Honour Guard



$50.00 ....add to cart
Space Marine Terminator Close
Combat Squad



$50.00 ....add to cart
Space Marine Terminator Squad

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on
Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Blood Angels
Chaos Daemons
Chaos Space Marines
Dark Eldar
Eldar
Grey Knights
Imperial Guard
Necrons
Orks
Space Marines
  Getting Started
  Army Essentials
  HQ
  Elites
  Troops
  Dedicated Transports
  Fast Attack
  Heavy Support
  Bitz
Black Templars
Dark Angels
Novels
Space Marine Articles
Space Wolves
Tau Empire
Tyranids
Witch Hunters
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New
Today

Print
Email to a Friend

### Space Marine Librarian in Terminator Armour

Space Marine Librarians are truly exceptional individuals,
able to channel the power of the Warp into devastating
psychic abilities. At times their skills are visible, and
horrifyingly so, as they can pulverise a man with but a
gesture of their armoured hand. At other times, their powers
will strengthen and enhance their already formidable combat
prowess, turning the Librarian into a force of elemental
destruction. The most experienced Librarians will take to the
field of battle wearing a mighty suit of Terminator armour,
affording him excellent protection from enemy attacks and
further boosting his combat potential.

This pack contains a Space Marine Librarian in Terminator
Armour - a finely detailed resin cast kit that comes in six
components (including three left hand options) and is
supplied with a 40mm round base. This miniature is supplied
unpainted and requires assembly - we recommend using
Citadel Super Glue and Citadel Paints.

Due to high demand, each Citadel Finecast product is limited to
five (5) per customer.

Availability:  Usually ships within 24 hours.
Part Code:  99800101009

With this box set you can make the following:

Space Marine Librarian

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|

**CITADEL FINECAST**

Price: $22.25

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

**Related Articles**

Preparing and Assembling Citadel
Finecast Miniatures

GW0002379

**Exhibit 65-A-3**
[Plaintiff's Exhibit A, Entry No. 65 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 65 -B**
[Plaintiff's Exhibit A, Entry No. 65]

Photograph of Chapterhouse Studios product No. 65



**Exhibit 65-A-4**

[Plaintiff's Exhibit A, Entry No. 65 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 65 -B**
[Plaintiff's Exhibit A, Entry No. 65]

Photograph of Chapterhouse Studios product No. 65

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Salamander Skull Terminator Shoulder Pad



Salamander Skull Terminator Shoulder Pad



We accept   PayPal          About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 66 |

ceremony of the celebrations that a stranger appeared at the gates to Vulkan's settlement. All he asked was to be allowed to take part in the contests and, though he would not say where he had come from, he was allowed to compete. His skin was pale and his garb outlandish, though all could see that he was a powerful figure. He announced to the gathered spectators that he could best any man in any contest. The gathered crowds laughed uproariously, believing that none could be more superior in intellect, physique or skill than their superhuman leader. Vulkan and the stranger wagered that whoever lost was to swear eternal obedience to the victor.

The competitions lasted for eight days and included many feats of strength and endurance. At the anvil lift, even the strongest men could only hold an anvil above their head for an hour and a half, but Vulkan and the stranger carried the heavy anvil aloft for half a day before the judges declared the contest a draw so that they could proceed to the next event. And so it was that they were almost equally matched in skill and strength. Occasionally one would slightly best the other, but when it came to the start of the final event, the salamander slaying, they were evenly matched. Each had a day and a night to forge a weapon with which to hunt down the largest salamander they could find. Whoever could bring back the heaviest carcass would win the wager and the eternal allegiance of the other.



Pre-Heresy Salamanders colour scheme

Salamanders colour scheme

Salamanders, Progenitor Legion XVIII

Auto-reactive shoulder plate: Tactical squad markings

Auto-reactive shoulder plate: Chapter badge iconography

Auto-reactive shoulder plate: Honour Markings

Standard Imperial pattern meltagun (constructed locally)

Salamanders Veteran in Tactical Dreadnought Armour

Symbol of the Salamanders' First Company, the Firedrakes

19

GW0001169

**Exhibit 66-A-1**

[Plaintiff's Exhibit A, Entry No. 66 - 80% actual size]

GW allegedly infringed work: "Index Astartes IV, 2004, page 19."



**Exhibit 66-B**
[Plaintiff's Exhibit A, Entry No. 66]

Photograph of Chapterhouse Studios product No. 66

# GAMES WORKSHOP®

Customer Service 1-800-394-4263 | Welcome! | Sign In | Why Register?

**FREE SHIPPING ON ALL ORDERS OVER $30**

3 item(s) @ $3.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search [        ]

Warhammer 40,000   Bitz   Thunder Hammer Conversion Pack

## Thunder Hammer Conversion Pack

Like [ 8 ]   ADD TO CART

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000 Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Art bits

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

**Have you got?**

$17.00 ................... add to cart.
Space Marine Terminator Captain

$35.00 ................... add to cart.
Space Marine Chapter Masters

**Thunder Hammer Conversion Pack**

Space Marine Command Squads and Vanguard Veterans are experienced warriors who are often gifted with powerful weapons from the Chapter's arsenal. The thunder hammer is one such weapon. With a thunder hammer in his hands, a Space Marine can smash clean through most opponents making a mockery of any armour they may be wearing. Suffice to say, it's a weapon that is as messy as it is deadly. A warrior with a thunder hammer will often carry a storm shield into battle. Contained within the shield is a powerful force field that can repel incoming attacks, allowing the user to get close enough to the enemy to use the full force of the thunder hammer in his other hand. It's a deadly combination and one that has proven very effective across the Imperium.

This pack contains 15 components, including: five thunder hammers, five storm shields and five shoulder pads bearing the Crux Terminatus. This pack is designed for use on Space Marine miniatures wearing power armour. All of these components are supplied unpainted and require assembly - we recommend using Citadel Super Glue and Citadel Paints.

Availability: Usually ships within 24 hours.
Part Code: 99060101369

**Price: $14.00**
Quantity  1
ADD TO CART
ADD TO GIFT LIST
Bookmark & Share

Carry Our Products   Real Estate   Privacy Policy   Legal   Careers   About Us   Investor Relations   Stock Library   Forge World   Site Map   Contact Us

Country Select [        ]

Company © Games Workshop Limited 2000-2011 © New Line Productions Inc © The Saul Zaentz Company d/b/a Middle-earth Enterprises  All rights reserved to their respective owners.

GW0002482

## Exhibit 66-A-2
[Plaintiff's Exhibit A, Entry No. 66 - 80% actual size]

GW allegedly infringed work:   "Games Workshop sells Thunder Hammers."



**Exhibit 66-B**
[Plaintiff's Exhibit A, Entry No. 66]

Photograph of Chapterhouse Studios product No. 66



GW0002419

**Exhibit 66-A-3**
[Plaintiff's Exhibit A, Entry No. 66]

GW allegedly infringed work: "Space Marine Collector's Guide 2003, page 14."



**Exhibit 66-B**
[Plaintiff's Exhibit A, Entry No. 66]

Photograph of Chapterhouse Studios product No. 66

# GAMES WORKSHOP®

Customer Service | 1-800-394-4263 | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $30 *OFFER DETAILS*

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search [        ]

Warhammer 40,000    Warhammer 40,000 Armies    Space Marines    HQ
Space Marine Librarian in Terminator Armour

## Space Marine Librarian in Terminator Armour

Like 17    ADD TO CART



CITADEL FINECAST

**Have you got?**



$55.00 ...add to cart
Marneus Calgar and Honour Guard



$50.00 ...add to cart
Space Marine Terminator Close
Combat Squad



$50.00 ...add to cart
Space Marine Terminator Squad

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on
Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Blood Angels
Chaos Daemons
Chaos Space Marines
Dark Eldar
Eldar
Grey Knights
Imperial Guard
Necrons
Orks
Space Marines
Getting Started
Army Essentials
HQ
Elites
Troops
Dedicated Transports
Fast Attack
Heavy Support
Bitz
Black Templars
Dark Angels
Novels
Space Marine Articles
Space Wolves
Tau Empire
Tyranids
Witch Hunters
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collector's
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New
Today

Print
Email to a Friend

### Space Marine Librarian in Terminator Armour

CITADEL FINECAST

Space Marine Librarians are truly exceptional individuals,
able to channel the power of the Warp into devastating
psychic abilities. At times their skills are visible, and
horrifyingly so, as they can pulverise a man with but a
gesture of their armoured hand. At other times, their powers
will strengthen and enhance their already formidable combat
prowess, turning the Librarian into a force of elemental
destruction. The most experienced Librarians will take to the
field of battle wearing a mighty suit of Terminator armour,
affording him excellent protection from enemy attacks and
further boosting his combat potential.

This pack contains a Space Marine Librarian in Terminator
Armour - a finely detailed resin cast kit that comes in six
components (including three left hand options) and is
supplied with a 40mm round base. This miniature is supplied
unpainted and requires assembly - we recommend using
Citadel Super Glue and Citadel Paints.

Due to high demand, each Citadel Finecast product is limited to
five (5) per customer.
Availability: Usually ships within 24 hours.
Part Code: 99600101009

**Price: $22.25**
Quantity: [ 1 ]

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

**Related Articles**

· Preparing and Assembling Citadel
  Finecast Miniatures

With this box set you can make the following:

Space Marine Librarian

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|

**Exhibit 66-A-4**
[Plaintiff's Exhibit A, Entry No. 66 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 66-B**
[Plaintiff's Exhibit A, Entry No. 66]

Photograph of Chapterhouse Studios product No. 66



**Exhibit 66-A-5**

[Plaintiff's Exhibit A, Entry No. 66 - 80% actual size]

GW allegedly infringed work: Games Workshop sells Space Marines in Terminator armour.



**Exhibit 66-B**
[Plaintiff's Exhibit A, Entry No. 66]

Photograph of Chapterhouse Studios product No. 66

**Chapterhouse Studios website screenshot**
([www.chapterhousestudios.com](www.chapterhousestudios.com))

Salamander Small Thunder Hammer



CHAPTERHOUSE
STUDIOS

| PRODUCTS |
| --- |
| Eldar Compatible Bits |
| Knight Praetorius TRU-Scale Figure Kits |
| Imperial Guard Compatible Bits |
| Space Marine Compatible Bits |
| - Heads |
| - Jump packs |
| - Kits for Space Marine Vehicles |
| - Shields |
| - Shoulder Pads |
| - Weapons |
| Tau Compatible Bits |
| Tyranid Compatible Bits and Kits |
| Super Heavy Kits |
| Resin Bases & Terrain |

NEWS    ABOUT US    CONTACT    FORUM    GALLERY    COMMISIONS

Search    Search

## Salamander Small Thunder Hammer

Product Code: Salamander Small Thunder Hammer
Reward Points: 0
Availability: 93

### Price: $1.50

Qty: 1

Add to Cart

1 reviews | Write a review

Share

**Description**    **Reviews (1)**

This is a single pewter hammer for 28 mm figures.  This is a hammer sculpted with a Dragon head on the head of the hammer.

If to be used on Games Workshop models, this is more suitable for a terminator model as opposed to a space marine model (it would look a bit large for the smaller armor).

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the
ChapterHouse Newsletter!

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Salamander Small Thunder Hammer



We accept **PayPal**   About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 67 |

ceremony of the celebrations that a stranger appeared at the gates to Vulkan's settlement. All he asked was to be allowed to take part in the contests and, though he would not say where he had come from, he was allowed to compete. His skin was pale and his garb outlandish, though all could see that he was a powerful figure. He announced to the gathered spectators that he could best any man in any contest. The gathered crowds laughed uproariously, believing that none could be more superior in intellect, physique or skill than their superhuman leader. Vulkan and the stranger wagered that whoever lost was to swear eternal obedience to the victor.

The competitions lasted for eight days and included many feats of strength and endurance. At the anvil lift, even the strongest men could only hold an anvil above their head for an hour and a half, but Vulkan and the stranger carried the heavy anvil aloft for half a day before the judges declared the contest a draw so that they could proceed to the next event. And so it was that they were almost equally matched in skill and strength. Occasionally one would slightly best the other, but when it came to the start of the final event, the salamander slaying, they were evenly matched. Each had a day and a night to forge a weapon with which to hunt down the largest salamander they could find. Whoever could bring back the heaviest carcass would win the wager and the eternal allegiance of the other.



Chapter Approved: Adam Lench & twenty-seven

Salamanders, Progenitor Legion M31

Auto-reactive shoulder plate: Tactical squad markings

Auto-reactive shoulder plate: Chapter badge iconography

Auto-reactive shoulder plate: Honour Markings

Standard Imperial pattern meltagun (constructed locally).

Pre-Heresy Salamanders colour scheme

Salamanders colour scheme

Salamanders Veteran in Tactical Dreadnought Armour

Symbol of the Salamanders' First Company; the Firedrakes

Thought for the day: The honour of the Emperor will vanquish the Xenos.

GW0001169

**Exhibit 67-A-1**

[Plaintiff's Exhibit A, Entry No. 67 - 80% actual size]

GW allegedly infringed work: "Index Astartes IV, 2004, page 19."



**Exhibit 67-B**
[Plaintiff's Exhibit A, Entry No. 67]

Photograph of Chapterhouse Studios product No. 67

Space Marine Chaplain with Skull Helmet | Games Workshop

Page 1 of 1

# GAMES WORKSHOP®

Customer Service 1-800-394-4263 | Welcome! | Sign In | Why Register?

**FREE SHIPPING ON ALL ORDERS OVER $30** Gifts & Details

0 items @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

Warhammer 40,000   HQ   Space Marine Chaplain with Skull Helmet

**Have you got?**

$35.00          add to cart
Space Marine Command Squad

## Space Marine Chaplain with Skull Helmet

Like  21     ADD TO CART

$37.25          add to cart
Space Marine Tactical Squad

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000 Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

**Space Marine Chaplain with Skull Helmet**

The spiritual leaders of their Chapter, Chaplains are terrifying and sinister figures of holy purity, garbed in black power armour as befits such bringers of death.

This set contains 1 metal Space Marine Chaplain with Skull Helmet

Availability: Usually ships within 24 hours
Part Code: 99060101335

**Price: $15.00**

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

**With this box set you can make the following:**

**Space Marine Chaplain**

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Chaplain | 5 | 4 | 4 | 4 | 2 | 4 | 2 | 10 | 3+ |

| | |
|---|---|
| Unit Composition: | 1 Chaplain |
| Unit Type: | Infantry |
| War Gear: | Power armour, Boltgun or bolt pistol, Frag and krak grenades, Rosarius, Crozius Arcanum |

Carry Our Products   Best Before   Privacy Policy   Legal   Careers   About Us   Investor Relations   Black Library   Forge World   Site Map   Contact Us

Country Select

Copyright © Games Workshop Limited 2000-2011 · Nice Line Productions Inc · The Skulz Zanetz Company of the Middle-earth Enterprises · All rights reserved to their respective owners

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1050247

8/10/2011

GW0002466

## Exhibit 67-A-2
[Plaintiff's Exhibit A, Entry No. 67 – 80% actual size]

GW allegedly infringed work: "Space Marine Chaplain with skull helmet."



**Exhibit 67-B**
[Plaintiff's Exhibit A, Entry No. 67]

Photograph of Chapterhouse Studios product No. 67

# TECHMARINE

Ancient pacts sworn between the Adeptus Mechanicus and the Adeptus Astartes allow the Space Marines to send those warriors with an affinity for technology to Mars to train and begin the long, arduous journey of becoming a priest of the Machine God. Without the passing on of such ancient lore, the Space Marines would be unable to make war.

Aspiring Techmarines train for many years on Mars, steeping themselves in rites of activation and hymnals of maintenance; how to call forth a machine spirit or placate its wrath. Techmarines return to their Chapter as aloof and mysterious figures steeped in superstitious awe. From that point forth they are men of dual loyalties, pledged by blood to their Chapter, but bound in mind and spirit to the mysteries of the Mechanicus Omnissiah. This dichotomy ensures that a Techmarine is never again truly trusted by his brothers and is kept at arms length from the Chapter's secrets and rituals.

Despite this suspicion, Techmarines are held in great esteem by their Battle-Brothers who recognise and acknowledge the Techmarines' expertise in the mysterious sciences. A Space Marine Chapter would be of little consequence without its many technological tools, and its ancient weapons must be kept in a constant state of readiness – without the Techmarines this would be impossible. Despite their arcane calling, they are warriors first and foremost. Should a vehicle or artefact of technology be lost, the Techmarines will fight for its retrieval as stridently as their brethren would fight to recover a fallen comrade; perhaps, as some suggest, harder.

**Bolster Defences:** Techmarines can increase the effectiveness of cover, reinforcing crumbling walls and re-welding badly-damaged spars. Each Techmarine can bolster a single ruin before the game begins. When you deploy, nominate one ruin in your deployment area for your Techmarine to bolster. The ruin's cover save is increased by one for the duration of the game. For example, a normal ruin (4+ save) so reinforced would offer a 3+ cover save. A ruin can only be bolstered once.

## WARGEAR

**Servo-arm:** Techmarines and Servitors are equipped with powerful servo-arms that can be used for battlefield repairs or even put to use as a weapon. Each Servo-arm grants the model a single extra close combat attack, made seperately at Initiative 1 and Strength 8, ignoring Armour Saves.

**Servo-harness:** A servo-harness gives the Techmarine an extra servo-arm (giving him two servo-arm attacks), a plasma cutter (fired in the Shooting phase as a twin-linked plasma pistol, but cannot be used in close combat) and a flamer. In the shooting phase the Techmarine can fire both harness-mounted weapons, or one harness mount and another gun.

|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Techmarine | 4 | 4 | 4 | 4 | 1 | 4 | 1 | 8 | 2+ |

## SPECIAL RULES
**Independent Character, Combat Tactics, And They Shall Know No Fear.**

**Blessing of the Omnissiah:** If a Techmarine is in base contact with a damaged vehicle during the Shooting phase, he can attempt to repair it instead of firing. Roll a D6 and add the the following modifiers:

| | |
|---|---|
| Each Servitor with a servo-arm in the unit | +1 |
| The Techmarine has a servo-harness | +1 |

If the result is 5 or more, then either a Weapon Destroyed result or Immobilised result (owning player's choice) will be repaired. If a Weapon Destroyed result is repaired, that weapon can be fired in the following Shooting phase. The Techmarine cannot repair if gone to ground or falling back.

> "Thus do we invoke the Machine God.
> Thus do we make whole that which was sundered."
>
> From the Hymn of Reforging



GW0002434

**Exhibit 67-A-3**
[Plaintiff's Exhibit A, Entry No. 67 - 80% actual size]

GW allegedly infringed work: "Warhammer 40,000 Space Marines 2008, page 71."



**Exhibit 67-B**
[Plaintiff's Exhibit A, Entry No. 67]

Photograph of Chapterhouse Studios product No. 67

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Marine Salamander Head



# CHAPTERHOUSE
## STUDIES

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

## Marine Salamander Head

Product Code: Salamander Marine Head

Reward Points: 0

Availability: 96

### Price: $0.85

Qty: [ 1 ]

Add to Cart

1 reviews | Write a review

Share

| Description | Reviews (1) |

This metal piece is a marine head with reptile scales and a skull mask that is designed to replace the standard Space Marine® infantry head.

Single piece metal component.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, Tile Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Marine Salamander Head



We accept  **PayPal**    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy           2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| **Entry 68** |

# GAMES WORKSHOP

Customer Service  1-800-394-4263 | Welcome! | Sig

**FREE SHIPPING ON ALL ORDERS**

0 item(s) @ $0.00

Community & Events  Virtual Gift Vouchers  Store Finder  White Dwarf  Find a Gift List

Product:

Warhammer 40,000   Troops   Armour Through the Ages

## Armour Through the Ages

Tweet   Like 58     ADD TO CART

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Books
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

Have you

$50.00
The Horus Heresy: Co

**Related A**

* Getting Started With S

**Armour Through the Ages**

This boxed set contains 1 metal Space Marine in Mk 1 armour, 1 metal Space Marine in Mk 2 armour, 1 metal Space Marine in Mk 3 armour, 1 metal Space Marine in Mk 4 armour and 1 metal Space Marine in Mk 5 armour,

**Availability:** Usually ships within 24 hours.
**Part Code:** 99110101370

**Price: $30.00**

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

Carry Our Products  Real Estate  Privacy Policy  Legal  Careers  About Us  Black Library  Forge World  Investor Relations

Country Select

Copyright  © Games Workshop Limited 2000-2012  © New Line Productions Inc  © The Saul Zaentz Company d/b/a Middle-earth Enterprises  All rights reserved to their respective owne

**Exhibit 68 –A-1**

[Plaintiff's Exhibit A, Entry No. 68 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells a Mk1 armoured Space Marine."



**Exhibit 68-B**
[Plaintiff's Exhibit A, Entry No. 68]

Photograph of Chapterhouse Studios Product No. 68



GW0002017

**Exhibit 68-A-2**
[Plaintiff's Exhibit A, Entry No. 68 - 80% actual size]

GW allegedly infringed work: "Horus Heresy - Collected Visions 2007, page 139."



**Exhibit 68-B**
[Plaintiff's Exhibit A, Entry No. 68]

Photograph of Chapterhouse Studios Product No. 68

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Banded Tech Power Armor Shoulder Pad



CHAPTERHOUSE
STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search  Search

**PRODUCTS**

Eldar Compatible Bits ◀

Knight Praetorius TRU-Scale ◀
Figure Kits

Imperial Guard Compatible ◀
Bits

Space Marine Compatible ▼
Bits

- Heads
- Jump packs
- Kits for Space Marine
  Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits ◀

Tyranid Compatible Bits and ◀
Kits

Super Heavy Kits ◀

Resin Bases & Terrain ◀

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the
ChapterHouse Newsletter!**

## Banded Tech Power Armor Shoulder Pad

Product Code: Banded Tech Power Armor
Shoulder Pad

Reward Points: 0

Availability: 146

### Price: $1.00

Qty: 1

Add to Cart 🛒

0 reviews | Write a
review

Share

| Description | Reviews (0) |

This is a single pewter shoulder pad that consist of horizontal plates or "bands" of armor in a style similar to samurai armor

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood
Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel,
Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle
device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge
World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of
Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets,
Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda
Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space
Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors,
Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer: Online,
Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names,
races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world,
the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010,
variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended.
All Rights Reserved to their respective owners.

Banded Tech Power Armor Shoulder Pad



| Plaintiff's Exhibit A |
|:---:|
| Entry 69 |

of Travels, but only in the Canticle is this explanation given as to how the metal came to be fused to his body.

He returned to the clans after his travels filled with new and wonderful ideas, which he taught to all who wished to learn. He created strange and powerful weapons and tools out of metal, shaping them with his living metal hands. He taught the clans such wonders that they never could have imagined possible. It was a time of greatness for the people of Medusa – the civilisation of the clans advanced at a tremendous pace, and the people became increasingly strong and proud.

When the heavens split open for the second time in history, and dark Medusa was once again filled with light, the clans were confused and frightened. They could not understand what this might mean for them and their world. They were happy as they were, and saw whatever was coming as a threat. Ferrus did not speak, but left the clans immediately to travel to the Northern Reaches, where the light had descended. The clans grew worried as days passed with no word of their Saviour. A great council was called, the first of its type ever formed on Medusa, with representatives from each of the clans present. They argued over what should be done, but could come to no agreement. Days turned to weeks and the people grew desperate in their unease. This unease turned to terror as the land literally erupted beneath their feet. They ran out of the council great-tent in their panic, savage electrical storms ripping the skies asunder above them. They wailed in their dread for the fury of the storm seemed far from natural, and they felt certain the end of their world drew near. The terrible storm assaulted the land for a week and a day, so it is said, after which time an unearthly silence descended. The clans returned to the great council unsure what would come of such dire portents.

The next morning the doors to the great council were thrown wide and Ferrus strode in, resplendent in his magnificence. At his side walked a figure who awed the clansmen as much as Ferrus had always done. The very air was said to crackle with the combined power that exuded from the pair, and the bond between them was immediately apparent.



Chapter Approved Adeptus Lords / every date

Pre-Heresy Iron Hands colour scheme

Iron Hands Terminator

Iron Hands Iron-Father

Post-Heresy Iron Hands colour scheme

Iron Hands Progenitor Legion M.II

Iron Hands Chapter symbol

Shoulder plates showing clan markings

Iron Hands armour with squad designation markings

3

GW0001085

**Exhibit 69-A-1**

[Plaintiff's Exhibit A, Entry No. 69 - 80% actual size]

GW allegedly infringed work: "Index Astartes III 2003, page 3."



**Exhibit 69-B**
[Plaintiff's Exhibit A, Entry No. 69]

Photograph of Chapterhouse Studios product No. 69



GW0001852

**Exhibit 69-A-2**

[Plaintiff's Exhibit A, Entry No. 69 - 80% actual size]

GW allegedly infringed work: "The Art of Warhammer 40,000 2006, page 201."



**Exhibit 69-B**
[Plaintiff's Exhibit A, Entry No. 69]

Photograph of Chapterhouse Studios product No. 69

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Cog Power Armor Shoulder Pad



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

Search    Search

## Cog Power Armor Shoulder Pad

Product Code: Cog Power Armor Shoulder Pad

Reward Points: 0

Availability: 74

### Price: $1.00

Qty: 1

Add to Cart 🛒

0 reviews | Write a review

Share

| Description | Reviews (0) |

This is a single pewter shoulder pad with a cog sculpted on its surface and banded armor strips.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos logo, Citadel, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Elder, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40K Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Cog Power Armor Shoulder Pad



We accept  **PayPal**    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 70 |

# NO COPYRIGHT CLAIM STATED

# "The product implicates trademark issues only, not copyright"

**Exhibit 70-A**

GW allegedly infringed work: N/A



**Exhibit 70-B**
[Plaintiff's Exhibit A, Entry No. 70]

Photograph of Chapterhouse Studios Product No. 70

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Combat Storm Shield for Iron Hands



# CHAPTERHOUSE
### STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- **Shields**
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

## Combat Storm Shield for Iron Hands

Product Code: Combat Storm Shield for Iron Hands
Reward Points: 0
Availability: 33

### Price: $2.00

Qty: 1

Add to Cart

0 reviews | Write a review

Share

| Description | Reviews (0) |

This is a single pewter combat or storm shield for 28 mm figures. This circle shaped shield has a mailed hand on the surface and power coils on the edges.

Shield is 20mm in Diameter.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40K Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Combat Storm Shield for Iron Hands



**Plaintiff's Exhibit A**

Entry 71

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 70-A**

GW allegedly infringed work: N/A



**Exhibit 70-B**
[Plaintiff's Exhibit A, Entry No. 70]

Photograph of Chapterhouse Studios Product No. 70

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Power Armor Shoulder Pad for Iron Hands



# CHAPTERHOUSE
## STUDIOS

NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS

Search [Search]

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

[Login]

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

## Power Armor Shoulder Pad for Iron Hands

Product Code: Power Armor Shoulder Pad for Iron Hands
Reward Points: 0
Availability: 88

### Price: $1.00

Qty: 1

[Add to Cart 🛒]

0 reviews | Write a review

Share

| **Description** | **Reviews (0)** |

This is a single pewter shoulder pad with an open mailed hand on the surface with banded armor.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, Eavy Metal, Elder, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Power Armor Shoulder Pad for Iron Hands

| We accept | PayPal | About us | Contact | Forum | Gallery | Commisions | Careers | Newsletter | Shipping Policy | 2011 ChapterHouse Studios® |

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 72 |

Space Marine Librarian in Terminator Armour | HQ | Space Marines | Warhammer 40,00...   Page 1 of 2

# GAMES WORKSHOP®

Customer Service   1-800-394-4263 | Welcome! | Sign in | Why Register?

**FREE SHIPPING ON ALL ORDERS OVER $30**
SEE DETAILS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

**Have you got?**

**Categories**

Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Blood Angels
Chaos Daemons
Chaos Space Marines
Dark Eldar
Eldar
Grey Knights
Imperial Guard
Necrons
Orks
Space Marines
Getting Started
Army Essentials
HQ
Elites
Troops
Dedicated Transports
Fast Attack
Heavy Support
Elite
Black Templars
Dark Angels
Novels
Space Marine Articles
Space Wolves
Tau Empire
Tyranids
Witch Hunters
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Blitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

Warhammer 40,000   Warhammer 40,000 Armies   Space Marines   HQ
Space Marine Librarian in Terminator Armour

## Space Marine Librarian in Terminator Armour

Like  17    ADD TO CART

CITADEL FINECAST

**Space Marine Librarian in Terminator Armour**

Space Marine Librarians are truly exceptional individuals, able to channel the power of the Warp into devastating psychic abilities. At times their skills are visible, and horrifyingly so, as they can pulverise a man with but a gesture of their armoured hand. At other times, their powers will strengthen and enhance their already formidable combat prowess, turning the Librarian into a force of elemental destruction. The most experienced Librarians will take to the field of battle wearing a mighty suit of Terminator armour, affording him excellent protection from enemy attacks and further boosting his combat potential.

This pack contains a Space Marine Librarian in Terminator Armour – a finely detailed resin cast kit that comes in six components (including three left hand options) and is supplied with a 40mm round base. This miniature is supplied unpainted and requires assembly - we recommend using Citadel Super Glue and Citadel Paints.

Due to high demand, each Citadel Finecast product is limited to five (5) per customer.

Availability: Usually ships within 24 hours.
Part Code: 99800101009

**CITADEL FINECAST**

Price: $22.25

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

$55.00    add to cart
Marneus Calgar and Honour Guard

$50.00    add to cart
Space Marine Terminator Close Combat Squad

$50.00    add to cart
Space Marine Terminator Squad

**Related Articles**

• Preparing and Assembling Citadel Finecast Miniatures

With this box set you can make the following:

Space Marine Librarian

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1160028a    8/4/2011

GW0002379

---

## Exhibit 72-A-1
[Plaintiff's Exhibit A, Entry No. 72 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 72 -B**
[Plaintiff's Exhibit A, Entry No. 72]

Photograph of Chapterhouse Studios product No. 72

# GAMES WORKSHOP®

Customer Service | 1-800-394-4263 | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $30
OFFER DETAILS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

Warhammer 40,000   Fives   Space Marine Terminator Squad

## Space Marine Terminator Squad

List   66   ADD TO CART

**Have you got?**

$15.00    add to cart
Space Marine Chaplain in Terminator Armour

$68.00    add to cart
Space Marine Land Raider Crusader/Redeemer

$22.25    add to cart
Space Marine Librarian in Terminator Armour

### Categories
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000 Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Basics
Warhammer 40,000 Boxr
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

**Space Marine Terminator Squad**

Terminators are amongst the greatest heroes of Mankind, bold warriors in whom the indefatigable heroism of a Space Marine is combined with the terrible weaponry and indomitable mass of Tactical Dreadnought armour. No foe is safe from a Terminator assault - they are unstoppable and they never yield.

This box set contains five multi-part plastic Space Marine Terminators including a Sergeant model. This set includes additional components allowing you to have Terminators armed with an assault cannon, a heavy flamer, a Cyclone missile launcher and chainfists. Models supplied with 40mm round bases.

Availability: Usually ships within 24 hours.
Part Code: 09126101027

**Price: $50.00**
Quantity  1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

With this box set you can make the following:

**Terminator Squad**

|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Terminator Sergeant | 4 | 4 | 4 | 4 | 1 | 4 | 2 | 9 | 2+ |
| Terminator | 4 | 4 | 4 | 4 | 1 | 4 | 2 | 9 | 2+ |

| Unit Composition: | 1 Terminator Sergeant; 4-9 Terminators |
|---|---|
| Unit Type: | Infantry |
| War Gear: | Terminator armour; Storm bolter; Power sword (Terminator Sergeant); Power fist (Terminators) |

**Related Articles**

- Space Marine: Heroes of the Adeptus Astartes
- White Dwarf Archive Additions: Black Templars
- Space Marines: The Battleforce
- Planetstrike: Planetstrike, Attacking and Defending with Space Marines
- Space Marines: Sample Armies
- Getting Started With Space Marines
- Matching Dark Angel Characters

**Exhibit 72-A-2**
[Plaintiff's Exhibit A, Entry No. 72 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 72 -B**
[Plaintiff's Exhibit A, Entry No. 72]

Photograph of Chapterhouse Studios product No. 72

# GAMES WORKSHOP®

Customer Service  1-800-394-4263  | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $30  OFFER DETAILS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

Warhammer 40,000  >  Space Marine Chaplain with Skull Helmet

## Space Marine Chaplain with Skull Helmet

Like  21    ADD TO CART

**Have you got?**

$35.00     add to cart
Space Marine Command Squad

$37.25     add to cart
Space Marine Tactical Squad

Categories
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000 Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Paint
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

**Space Marine Chaplain with Skull Helmet**       Price: $15.00

                                                    Quantity  1

The spiritual leaders of their Chapter, Chaplains are
terrifying and sinister figures of holy purity, garbed in black     ADD TO CART
power armour as befits such bringers of death.

This set contains 1 metal Space Marine Chaplain with Skull     ADD TO GIFT LIST
Helmet.

Availability: Usually ships within 24 hours.                   Bookmark & Share
Part Code: 99060101235

**With this box set you can make the following:**

| Space Marine Chaplain | | | | | | | | |

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Chaplain | 5 | 4 | 4 | 4 | 2 | 4 | 2 | 10 | 3+ |

| | |
|---|---|
| Unit Composition: | 1 Chaplain |
| Unit Type: | Infantry |
| War Gear: | Power armour; Boltgun or bolt pistol; Frag and krak grenades; Rosarius; Crozius Arcanum |

Carry Out Products   Price Index   Privacy Policy   Legal   Careers   About Us   Investor Relations   Trade Library   Force Viewer   Site Map   Contact Us

Country Select

Copyright  -  Games Workshop Limited 2000-2011  - New Line Productions Inc  © The Saul Zaentz Company t/b/a Tolkien/Middle-earth Enterprises.  All rights reserved to their respective owners.

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1050247        8/10/2011

GW0002466

**Exhibit 72-A-3**
[Plaintiff's Exhibit A, Entry No. 72 - 80% actual size]

GW allegedly infringed work: "Space Marine Chaplain with skull helmet."



**Exhibit 72 -B**
[Plaintiff's Exhibit A, Entry No. 72]

Photograph of Chapterhouse Studios product No. 72

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Terminator Shoulder Pad for Iron Hands



# CHAPTERHOUSE
## STUDIOS

| PRODUCTS | | NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Eldar Compatible Bits

Knight Praetorius TRU-Scale
Figure Kits

Imperial Guard Compatible
Bits

Space Marine Compatible
Bits

- Heads
- Jump packs
- Kits for Space Marine
Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and
Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the
ChapterHouse Newsletter!**

Search  Search

## Terminator Shoulder Pad for Iron Hands

Product Code: Terminator Shoulder Pad
for Iron Hands

Reward Points: 0

Availability: 36

### Price: $1.00

Qty: [ 1 ]

Add to Cart

0 reviews  |  Write a
review

Share

| **Description** | **Reviews (0)** |

This is a single pewter shoulder pad with an open mailed hand on the surface with banded armor.

Designed to fit on Games Workshop Space Marine® Terminator figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood
Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel,
Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle
device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge
World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of
Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets,
Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda
Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space
Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors,
Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online,
Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names,
races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world,
the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010,
variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended.
All Rights Reserved to their respective owners.

Terminator Shoulder Pad for Iron Hands



| We accept | PayPal | | About us | Contact | Forum | Gallery | Commisions | Careers | Newsletter | Shipping Policy | 2011 ChapterHouse Studios® |

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 73 |

GW identifies but has failed to produce the following allegedly infringed work: p20
Warhammer 40,000 Compilation 1991.

Armour Through the Ages | Games Workshop      http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId...

# GAMES WORKSHOP®

Customer Service   1-800-394-4263 | Welcome! | Sin

**FREE SHIPPING ON ALL ORDERS**

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Find a Gift List

Product

Warhammer 40,000    Troops    Armour Through the Ages

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Books
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

## Armour Through the Ages

[   Tweet   ]   Like   58      ADD TO CART

Have you

$50.00
The Horus Heresy: Co

**Related A**

* Getting Started With S

**Armour Through the Ages**

This boxed set contains 1 metal Space Marine in Mk 1 armour, 1 metal Space Marine in Mk 2 armour, 1 metal Space Marine in Mk 3 armour, 1 metal Space Marine in Mk 4 armour and 1 metal Space Marine in Mk 5 armour.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99110101370

**Price: $30.00**

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

Carry Our Products   Real Estate   Privacy Policy   Legal   Careers   About Us   Black Library   Forge World   Investor Relations

Country Select

Copyright   © Games Workshop Limited 2000-2012   © New Line Productions Inc   © The Saul Zaentz Company d/b/a Middle-earth Enterprises   All rights reserved to their respective owne

## Exhibit 73 –A-1
[Plaintiff's Exhibit A, Entry No. 73 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells a Mk1 armoured Space Marine."



**Exhibit 73 -B**
[Plaintiff's Exhibit A, Entry No. 73]

Photograph of Chapterhouse Studios product No. 73





GW0002017

**Exhibit 73-A-2**
[Plaintiff's Exhibit A, Entry No. 73 - 80% actual size]

GW allegedly infringed work: "Horus Heresy - Collected Visions 2007, page 139."



**Exhibit 73 -B**
[Plaintiff's Exhibit A, Entry No. 73]

Photograph of Chapterhouse Studios product No. 73

GAMES WORKSHOP

Customer Service · 1-800-394-4263 | Welcome! / Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $30
LEARN DETAILS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

**Have you got?**

Warhammer 40,000   Warhammer 40,000 Armies   Space Marines   HQ
Space Marine Librarian in Terminator Armour

### Space Marine Librarian in Terminator Armour

Like  17    ADD TO CART



Marneus Calgar and Honour Guard

$58.00    add to cart

**Categories**

Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Blood Angels
Chaos Daemons
Chaos Space Marines
Dark Eldar
Eldar
Grey Knights
Imperial Guard
Necrons
Space Marines
 Getting Started
 Army Essentials
 HQ
 Elites
 Troops
 Dedicated Transports
 Fast Attack
 Heavy Support
 Blitz
 Black Templars
 Dark Angels
 Novels
 Space Marine Articles
Space Wolves
Tau Empire
Tyranids
Witch Hunters
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Blitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

Space Marine Terminator Close Combat Squad

$50.00    add to cart

Space Marine Terminator Squad

$50.00    add to cart

**Space Marine Librarian in Terminator Armour**

Space Marine Librarians are truly exceptional individuals, able to channel the power of the Warp into devastating psychic abilities. At times their skills are visible, and horrifyingly so, as they can pulverise a man with but a gesture of their armoured hand. At other times, their powers will strengthen and enhance their already formidable combat prowess, turning the Librarian into a force of elemental destruction. The most experienced Librarians will take to the field of battle wearing a mighty suit of Terminator armour, affording him excellent protection from enemy attacks and further boosting his combat potential.

This pack contains a Space Marine Librarian in Terminator Armour - a finely detailed resin cast kit that comes in six components (including three left hand options) and is supplied with a 40mm round base. This miniature is supplied unpainted and requires assembly - we recommend using Citadel Super Glue and Citadel Paints.

Due to high demand, each Citadel Finecast product is limited to five (5) per customer.

Availability: Usually ships within 24 hours.
Part Code: 99600101009

With this box set you can make the following:

CITADEL FINECAST

Price: $22.25
Quantity: 1

ADD TO CART
ADD TO GIFT LIST

Bookmark & Share

**Related Articles**

· Preparing and Assembling Citadel Finecast Miniatures

Space Marine Librarian

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|

### Exhibit 73-A-3
[Plaintiff's Exhibit A, Entry No. 73 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 73 -B**
[Plaintiff's Exhibit A, Entry No. 73]

Photograph of Chapterhouse Studios product No. 73

GAMES WORKSHOP®

Customer Service   1-800-394-4263 | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $30
OFFER DETAILS

0 items = @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Warhammer 40,000 > Minis > Space Marine Terminator Squad

# Space Marine Terminator Squad

Like  66   ADD TO CART

**Have you got?**

$15.00   add to cart
Space Marine Chaplain in Terminator Armour

$69.00   add to cart
Space Marine Land Raider Crusader/Redeemer

$22.25   add to cart
Space Marine Librarian in Terminator Armour

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000 Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

## Space Marine Terminator Squad

Terminators are amongst the greatest heroes of Mankind, cold warriors in whom the indefatigable heroism of a Space Marine is combined with the terrible weaponry and impenitrable masses of Tactical Dreadnought armour. No foe is safe from a Terminator assault - they are unstoppable and they never yield

This box set contains five multi-part plastic Space Marine Terminators including a Sergeant model. This set includes additional components allowing you to have Terminators armed with an assault cannon, a heavy flamer, a Cyclone missile launcher and chainfists. Models supplied with 40mm round bases.

Availability: Usually ships within 24 hours.
Part Code: 99120101027

**Price:** $50.00
Quantity 1
ADD TO CART
ADD TO GIFT LIST
Bookmark & Share

With this box set you can make the following:

| Terminator Squad | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Terminator Sergeant | 4 | 4 | 4 | 4 | 1 | 4 | 2 | 9 | 2+ |
| Terminator | 4 | 4 | 4 | 4 | 1 | 4 | 2 | 9 | 2+ |

Unit Composition: 1 Terminator Sergeant; 4-9 Terminators
Unit Type: Infantry
War Gear: Terminator armour, Storm bolter, Power sword (Terminator Sergeant), Power fist (Terminators)

**Related Articles**
• Space Marine: Heroes of the Adeptus Astartes
• White Dwarf Archive Additions: Black Templars
• Space Marines: The Battleforce
• Planetstrike: Planetstrike, Attacking and Defending with Space Marines
• Space Marines - Sample Armies
• Getting Started With Space Marines
• Modeling Dark Angel Characters

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060028    8/10/2011
GW0002473

**Exhibit 73-A-4**
[Plaintiff's Exhibit A, Entry No. 73 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 73 -B**
[Plaintiff's Exhibit A, Entry No. 73]

Photograph of Chapterhouse Studios product No. 73

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Banded Armor Terminator Shoulder Pad



CHAPTERHOUSE
STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

PRODUCTS

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
  - Heads
  - Jump packs
  - Kits for Space Marine Vehicles
  - Shields
  - Shoulder Pads
  - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

Search

### Banded Armor Terminator Shoulder Pad

Product Code: Banded Armor Terminator Shoulder Pad
Reward Points: 0
Availability: 65

## Price: $1.00

Qty: 1

Add to Cart

1 reviews | Write a review

Share

**Description** | **Reviews (1)**

This is a single pewter shoulder pad that consist of horizontal plates or "bands" of armor in a style similiar to samurai armor

Designed to fit on Games Workshop Space Marine® terminator figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Banded Armor Terminator Shoulder Pad



We accept  PayPal    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

| |
|---|
| **Plaintiff's Exhibit A** |
| Entry 74 |

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: p32 Codex Space Marines 2008.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.

Armour Through the Ages | Games Workshop                    http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId...

# GAMES WORKSHOP®

Customer Service   1-800-394-4263   Welcome! | Sig

FREE SHIPPING ON ALL ORDERS

0 Item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Find a Gift List

Product :

Warhammer 40,000   Troops   Armour Through the Ages

## Armour Through the Ages

Tweet   Like  58                          ADD TO CART

Have you

$50.00
The Horus Heresy: Co

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Books
Warhammer 40,000 Articles

**Related A**
○  Getting Started With S

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

**Armour Through the Ages**

This boxed set contains 1 metal Space Marine in Mk 1 armour, 1 metal Space Marine in Mk 2 armour, 1 metal Space Marine in Mk 3 armour, 1 metal Space Marine in Mk 4 armour and 1 metal Space Marine in Mk 5 armour.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99110101370

**Price: $30.00**

Quantity: [ 1 ]

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

Carry Our Products   Real Estate   Privacy Policy   Legal   Careers   About Us   Black Library   Forge World   Investor Relations

Country Select

Copyright   © Games Workshop Limited 2000-2012   © New Line Productions Inc   © The Saul Zaentz Company d/b/a Middle-earth Enterprises   All rights reserved to their respective owne

1 of 1                                                                                  2/11/2012 12:21 AM

**Exhibit 74 –A-1**
[Plaintiff's Exhibit A, Entry No. 74 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells a Mk1 armoured Space Marine."



**Exhibit 74 -B**
[Plaintiff's Exhibit A, Entry No. 74]

Photograph of Chapterhouse Studios product No. 74





GW0002017

**Exhibit 74-A-2**
[Plaintiff's Exhibit A, Entry No. 74 - 80% actual size]

GW allegedly infringed work: "Horus Heresy - Collected Visions 2007, page 139."



**Exhibit 74 -B**
[Plaintiff's Exhibit A, Entry No. 74]

Photograph of Chapterhouse Studios product No. 74

Case: 1:10-cv-08103 Document #: 208-11 Filed: 08/14/12 Page 92 of 100 PageID #:3310
Space Marine Chaplain with Skull Helmet | Games Workshop

Page 1 of 1

# GAMES WORKSHOP®

Customer Service 1-800-394-4263 | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $30
OFFER DETAILS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000 Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

Warhammer 40,000   HQ   Space Marine Chaplain with Skull Helmet

# Space Marine Chaplain with Skull Helmet

Like   21      ADD TO CART

**Have you got?**

$35.00                         add to cart
Space Marine Command Squad

$37.25                         add to cart
Space Marine Tactical Squad

**Space Marine Chaplain with Skull Helmet**

The spiritual leaders of their Chapter, Chaplains are terrifying and sinister figures of holy purity, garbed in black power armour as befits such bringers of death.

This set contains 1 metal Space Marine Chaplain with Skull Helmet

Availability: Usually ships within 24 hours
Part Code: 99060101305

**Price: $15.00**

Quantity:  1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

With this box set you can make the following:

**Space Marine Chaplain**

|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Chaplain | 5 | 4 | 4 | 4 | 2 | 4 | 2 | 10 | 3+ |

| Unit Composition: | 1 Chaplain |
|---|---|
| Unit Type: | Infantry |
| War Gear: | Power armour; Boltgun or bolt pistol; Frag and krak grenades; Rosarius; Crozius Arcanum |

Carry Our Products   Real Estate   Privacy Policy   Legal   Careers   About Us   Investor Relations   Black Library   Forge World   Site Map   Contact Us

Country Select

Copyright - © Games Workshop Limited 2000-2011 - © New Line Productions Inc - The Saul Zaentz Company d/b/a Tolkien Enterprises   All rights reserved to their respective parties

**Exhibit 74-A-3**
[Plaintiff's Exhibit A, Entry No. 74 - 80% actual size]

GW allegedly infringed work: "Space Marine Chaplain with skull helmet."



**Exhibit 74 -B**
[Plaintiff's Exhibit A, Entry No. 74]

Photograph of Chapterhouse Studios product No. 74

# BATTLES OF THE ULTRAMARINES

**They are the guardians of the eastern fringe, the defenders of Ultramar.**

Ultramar held against all manner of invaders – some so strange as to defy the comprehension of the common man. The Ultramarines have tested their might against Ork Waaagh's! and renegade uprisings, Tau incursions and Necron raids, but the measure of their heroism is shown truest in battles where they have defended the galaxy itself in the face of threats from beyond known space. So did the Sons of Ultramar prove in the 35th Millennium in battle against the Star-Striders of Crioth, and in retaliation for the Heavenfall Massacres. But of all these terrible wars and heroic struggles, there is one conflict that stands above all others – the onset of Tyranid Hive Fleet Behemoth, and the Battle for Macragge.

## THE BATTLE FOR MACRAGGE

Upon learning the threat posed to Ultramar by Hive Fleet Behemoth, Marneus Calgar at once drew his plans. Deeming Macragge to be the system most immediately threatened, Calgar ordered its formidable defences to be further improved. A dozen warships already hung in orbit, and each day more arrived from the Warp. Massively beweaponed strike cruisers cast shadows over civilian vessels and Imperial Navy destroyers, and were themselves dwarfed by the brooding presence of the Ultramarines' Battle Barges. Between this mighty fleet of warships and the planet's no less formidable orbital defence stations, Macragge was anything but defenceless.



Scant weeks later, the outrider vessels of the Tyranid fleet attacked Macragge. The alien bio-vessels swept aside attacks by Ultramarines Strike Cruisers and swarmed over the planet below. Soon many thousands of spore-birthed beasts scurried and rampaged across Macragge. Deeming that the Tyranid threat was too massive to be opposed piecemeal, Calgar combined his ground forces into three mighty armies. The primary and secondary taskforces, composed largely of 1st Company veterans and Ultramar Planetary Defence Forces, bolstered Macragge's polar fortresses against the Tyranid onslaught. Meanwhile, Calgar's taskforce, the largest of the three, performed a series of rearguard actions, attempting to slow the Tyranid advance and eliminate Hive control organisms.

Calgar achieved great success in the early days of the campaign, buying time with blood for his Battle-Brothers to the north and south. However, the Tyranids kept coming. In a final climactic battle on Cold Steel Ridge, the Ultramarines rearguard were brutalised by the Tyranid horde and Calgar himself gravely wounded. Knowing that to remain planetside was to doom his followers to wasteful death, Calgar withdrew to the orbiting Battle Barge Octavius. Refusing all but the most vital medical attention, the Master of Macragge took command of the fleet, and sought a way to save his world from certain destruction.

Hours later, the main Tyranid fleet arrived at Macragge. With no sign of reinforcements, Calgar led his fleet in a series of daring attacks, striking at isolated vessels as they spread out to invade Macragge in force. Caught between the blistering firepower of Macragge's polar fortresses and the vengeful hammer blows of Calgar's fleet, Tyranid vessels were destroyed by the score, but many more yet remained. As battle raged, the Tyranids unleashed thousands of spores above the vital polar fortresses – if the fortresses were taken, Macragge's guns would be silenced, and the world left defenceless. So it was that the Tyranids landed in even greater numbers than before, and the fortresses soon found themselves sorely beset. Their gruesome cargo delivered, the battered Hive Ships retreated from orbit. Trusting to his Ultramarines to keep the fortresses secure, Calgar relentlessly pursued the Tyranid fleet, determined that it would not bring ruin to other worlds.

Never before or since has the valour of the Ultramarines been tested as it was in the defence of the polar fortresses. The veteran Space Marines of the 1st Company led the lightly armed auxilia in a tenacious defence of the fortresses, holding every wall and trench until the last possible moment before it was overrun by the Tyranid swarm. Slowly the troops withdrew ever deeper into the fortress, while making the Tyranids pay for every single yard of ground they advanced. The Titans of Legio Praetor stalked the ice fields and drove smoking furrows through the onrushing Tyranid hordes with shells and plasma. The ferocity of the swarms was unbelievable. At the northern fortress they overran the walls by using the steaming piles of their own dead for cover. Titans were dragged down and ripped apart by sheer

GW0011381

**Exhibit 74-A-4**
[Plaintiff's Exhibit A, Entry No. 74 - 80% actual size]

GW allegedly infringed work: "p32 Codex Space Marines 2008."



**Exhibit 74 -B**
[Plaintiff's Exhibit A, Entry No. 74]

Photograph of Chapterhouse Studios product No. 74

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Banded Power Armor Shoulder Pad



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
  - Heads
  - Jump packs
  - Kits for Space Marine Vehicles
  - Shields
  - **Shoulder Pads**
  - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

Search | Search

## Banded Power Armor Shoulder Pad

Product Code: Banded Power Armor Shoulder Pad
Reward Points: 0
Availability: 58

### Price: $1.00

Qty: 1

Add to Cart

0 reviews | Write a review

Share

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

| Description | Reviews (0) |

This is a single pewter shoulder pad that consist of horizontal plates or "bands" of armor in a style similar to samurai armor

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, the Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40K Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Banded Power Armor Shoulder Pad



| We accept | | About us | Contact | Forum | Gallery | Commisions | Careers | Newsletter | Shipping Policy | 2011 ChapterHouse Studios® |
|---|---|---|---|---|---|---|---|---|---|---|

| **Plaintiff's Exhibit A** |
|---|
| Entry 75 |



**Exhibit 75-A-1**
[Plaintiff's Exhibit A, Entry No. 75 - 80% actual size]

GW allegedly infringed work: "Forge World sell Mark V Heresy Space Marines."