

**Exhibit 75-B**
[Plaintiff's Exhibit A, Entry No. 75]

Photograph of Chapterhouse Studios product No. 75

 

Community & Events    Virtual Gift Vouchers    Store Finder    White Dwarf    Citadel Finecast    Find a Gift List

Warhammer 40,000    Shoulder Pads    Tactical Squad Shoulder Pads 2

# Tactical Squad Shoulder Pads 2

Like [1]    AD

**Categories**

Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

  

**Tactical Squad Shoulder Pads 2**

This pack contains 10 Tactical Squad Shoulder Pads 2.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101374

**Price: $**

Quantity:

ADD TO C

ADD TO GIFT

Bookmark &

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110189&ro...    8/10/2011
GW0002478

**Exhibit 75-A-2**
[Plaintiff's Exhibit A, Entry No. 75 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 75-B**
[Plaintiff's Exhibit A, Entry No. 75]

Photograph of Chapterhouse Studios product No. 75

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Studded-Crested Power Armor Shoulder Pad



Studded-Crested Power Armor Shoulder Pad



We accept  PayPal    About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy       2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

Entry 76



GW0002162

**Exhibit 76-A**
[Plaintiff's Exhibit A, Entry No. 76 - 80% actual size]

GW allegedly infringed work: "The Horus Heresy – Collected Visions 2007, page 284."



**Exhibit 76 -B**
[Plaintiff's Exhibit A, Entry No. 76]

Photograph of Chapterhouse Studios product No. 76

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

5 Heresy Marine Jump Packs



5 Heresy Marine Jump Packs



We accept   **PayPal**      About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| Plaintiff's Exhibit A |
| Entry 77 |

GW identifies but has failed to produce the following allegedly infringed work: p20 Warhammer 40,000 Compilation 1991

GW identified the following allegedly infringed works on August 9, 2012, three business days before the deadline for filing dispositive motions: p111 Horus Heresy: Collected Visions; p197 Horus Heresy: Collected Visions; and p309 Horus Heresy: Collected Visions.

This Exhibit incorporates all the allegedly infringed works GW has identified and produced to date.



GW0002358

**Exhibit 77-A-1**
[Plaintiff's Exhibit A, Entry No. 77 - 80% actual size]

GW allegedly infringed work: "Forge World sell Mark V Heresy Space Marines."



**Exhibit 77-B**
[Plaintiff's Exhibit A, Entry No. 77]

Photograph of Chapterhouse Studios product No. 77



CRIMSON TACTICAL SQUAD • DEATH GUARD • JUSTIN NORMAN

CRIMSON TERMINATOR SQUAD • DEATH GUARD • JAMES RYMAN



THE HORUS HERESY | III

GW0001989

**Exhibit 77-A-2**
[Plaintiff's Exhibit A, Entry No. 77 - 80% actual size]

GW allegedly infringed work: "p111 Horus Heresy: Collected Visions ©2007"



**Exhibit 77-B**
[Plaintiff's Exhibit A, Entry No. 77]

Photograph of Chapterhouse Studios product No. 77



GW0002075

**Exhibit 77-A-3**
[Plaintiff's Exhibit A, Entry No. 77 - 80% actual size]

GW allegedly infringed work: "p197 Horus Heresy: Collected Visions ©2007"



**Exhibit 77-B**
[Plaintiff's Exhibit A, Entry No. 77]

Photograph of Chapterhouse Studios product No. 77



GW0002187

**Exhibit 77-A-4**
[Plaintiff's Exhibit A, Entry No. 77 - 80% actual size]

GW allegedly infringed work: "p309 Horus Heresy: Collected Visions ©2007"



**Exhibit 77-B**
[Plaintiff's Exhibit A, Entry No. 77]

Photograph of Chapterhouse Studios product No. 77

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Masked Marine Heads - 4



# CHAPTERHOUSE
## STUDIOS

Login | Checkout

PRODUCTS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
 - Heads
 - Jump packs
 - Kits for Space Marine Vehicles
 - Shields
 - Shoulder Pads
 - Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

Search [Search]

## Masked Marine Heads - 4

Product Code: Masked Marine Heads - 4
Reward Points: 0
Availability: 115

### Price: $4.50

Qty: [1]

[Add to Cart]

★★★★★  2 reviews  |  Write a review

Share

| Description | Reviews (2) |

This is a resin sprue of 4 "Heresy" style heads with rebreather mask for 28mm models . Each sprue comes with 4 heads.

Designed to fit on Games Workshop Space Marine® figures.

E-Mail Address:
[                    ]

Password:
[                    ]

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Ctvfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Masked Marine Heads - 4



| **Plaintiff's Exhibit A** |
| Entry 78 |

GW identifies but has failed to produce the following allegedly infringed work: p20 Warhammer 40,000 Compilation 1991.

# GAMES WORKSHOP®

Customer Service 1-800-394-4263 | Welcome! | Sig

FREE SHIPPING ON ALL ORDERS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Find a Gift List

Product:

Warhammer 40,000   Troops   Armour Through the Ages

**Categories**

Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Books
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

## Armour Through the Ages

Tweet   Like | 58     ADD TO CART

Have you

$50.00

The Horus Heresy: Co

**Related A**

- Getting Started With S

**Armour Through the Ages**     **Price: $30.00**

This boxed set contains 1 metal Space Marine in Mk 1 armour, 1 metal Space Marine in Mk 2 armour, 1 metal Space Marine in Mk 3 armour, 1 metal Space Marine in Mk 4 armour and 1 metal Space Marine in Mk 5 armour.

Quantity: 1

ADD TO CART

**Availability:** Usually ships within 24 hours.
**Part Code:** 99110101370

ADD TO GIFT LIST

Bookmark & Share

Carry Our Products   Real Estate   Privacy Policy   Legal   Careers   About Us   Black Library   Forge World   Investor Relations

Country Select

Copyright   © Games Workshop Limited 2000-2012   © New Line Productions Inc   © The Saul Zaentz Company d/b/a Middle-earth Enterprises   All rights reserved to their respective owne

**Exhibit 78 –A-1**
[Plaintiff's Exhibit A, Entry No. 78 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells a Mk1 armoured Space Marine."



**Exhibit 78-B**
[Plaintiff's Exhibit A, Entry No. 78]

Photograph of Chapterhouse Studios Product No. 78





THE HORUS HERESY | 139

GW0002017

**Exhibit 78-A-2**
[Plaintiff's Exhibit A, Entry No. 78 - 80% actual size]

GW allegedly infringed work: "Horus Heresy - Collected Visions 2007, page 139."



**Exhibit 78-B**
[Plaintiff's Exhibit A, Entry No. 78]

Photograph of Chapterhouse Studios Product No. 78



Customer S‹

FREE SH

Community & Events    Virtual Gift Vouchers    Store Finder    White Dwarf    Citadel Finecast    Find a Gift List

Warhammer 40,000      Shoulder Pads      Tactical Squad Shoulder Pads 2

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

# Tactical Squad Shoulder Pads 2

Like · 1          AD

**Tactical Squad Shoulder Pads 2**

This pack contains 10 Tactical Squad Shoulder Pads 2.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101374

**Price:** $

Quantity:

ADD TO C

ADD TO GIFT

Bookmark &

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110189&ro...    8/10/2011

GW0002478

**Exhibit 78-A-3**
[Plaintiff's Exhibit A, Entry No. 78 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 78-B**
[Plaintiff's Exhibit A, Entry No. 78]

Photograph of Chapterhouse Studios product No. 78

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

MK I Power Armor Shoulder Pad



# CHAPTERHOUSE STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search  Search

## MK I Power Armor Shoulder Pad

Product Code: MK I Power Armor
Shoulder Pad

Reward Points: 0

Availability: 150

### Price: $1.00

Qty: 1

Add to Cart

★★★★★ 1 reviews | Write a review

Share

PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

| **Description** | **Reviews (1)** |

This is a single pewter shoulder pad with 3 layers of banded armor and rivets similiar to old MK 1 Power Armor..

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Slaanesh, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

MK I Power Armor Shoulder Pad



| **Plaintiff's Exhibit A** |
|---|
| Entry 79 |

ForgeWorld

Log in / Register | Help
Basket (0 products £0.00) | Checkout
Search our products | Go

New Stuff   Warhammer 40,000   Aeronautica Imperialis   Epic 40,000   Warhammer Forge   Battlefleet Gothic   Modelling Supplies   Designers   Events
Home • Warhammer 40,000 • MK V HERESY ARMOUR

### MK V HERESY ARMOUR (PRODUCT CODE : IA-ISM-I-020)



The iconic MkV 'Heresy' Armour Set is an archaic pattern of Power Armour, first created during the dark and shadowed days of the Great Betrayal, which saw several layers of inferior-quality materials bonded with adamantium studs. As some Forge Worlds sided with Horus and some remained loyal to the Emperor, the supply lines from the Forge Worlds that manufactured arms and armour for the Legions were heavily disrupted, forcing the Legions to develop the MkV pattern. This set is a complete resin kit. Models designed by Will Hayes and Phil Stutcinskas, provides enough parts to build 5 Space Marines in MkV 'Heresy' Armour, including two different sets of legs, shoulder pads, arms, torsos and helmets. These components are fully compatible with the Games Workshop range of plastic Space marine kits. Plastic components shown for illustrative purposes only.

£20.40

Qty 1

BUY NOW

Add to wishlist

Tell a friend

RECOMMENDED PRODUCTS

| IMPERIAL ARMOUR VOLUME NINE: THE BADAB WAR PART ONE | SPACE MARINE BOLTER - UMBRA PATTERN X10 | MK VI CORVUS ARMOUR |
|---|---|---|
|  |  |  |
| 60040187013 | 99590101182 | 99590101181 |
| £45.00   Qty 1   BUY NOW | £10.20   Qty 1   BUY NOW | £20.40   Qty 1   BUY NOW |

**Exhibit 79-A-1**
[Plaintiff's Exhibit A, Entry No. 79 - 80% actual size]

GW allegedly infringed work: "Forge World sell Mark V Heresy Space Marines."



**Exhibit 79-B**
[Plaintiff's Exhibit A, Entry No. 79]

Photograph of Chapterhouse Studios product No. 79





GW0001989

**Exhibit 79-A-2**
[Plaintiff's Exhibit A, Entry No. 79 - 80% actual size]

GW allegedly infringed work: "p111 Horus Heresy: Collected Visions."



**Exhibit 79-B**
[Plaintiff's Exhibit A, Entry No. 79]

Photograph of Chapterhouse Studios product No. 79





Meiduin Tactical Squad • Death Guard • Kenson Low



Slaughter of Chade • The Warmaster • Franz Vohwinkel

Goidurk Tactical Squad • Death Guard • Paul (Prof) Herbert

THE HORUS HERESY | 197

GW0002075

**Exhibit 79-A-3**
[Plaintiff's Exhibit A, Entry No. 79 - 80% actual size]

GW allegedly infringed work: "p197 Horus Heresy: Collected Visions."



**Exhibit 79-B**
[Plaintiff's Exhibit A, Entry No. 79]

Photograph of Chapterhouse Studios product No. 79






GW0002187

**Exhibit 79-A-4**
[Plaintiff's Exhibit A, Entry No. 79 - 80% actual size]

GW allegedly infringed work: "p309 Horus Heresy: Collected Visions."



**Exhibit 79-B**
[Plaintiff's Exhibit A, Entry No. 79]

Photograph of Chapterhouse Studios product No. 79

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# Spiky Marine Heads - 4

Product Code: Spiky Marine Heads - 4
Reward Points: 0
Availability: 100

## Price: $4.50

Qty: 1

Add to Cart

0 reviews | Write a review

Share

**Description** | **Reviews (0)**

This is a resin sprue of 4 "Heresy" style heads with spikes adorning them for 28mm models . Each sprue comes with 4 heads.

Designed to fit on Games Workshop Space Marine® figures.

### PRODUCTS
Eldar Compatible Bits
Knight Praetorius TRU-Scale Figure Kits
Imperial Guard Compatible Bits
Space Marine Compatible Bits
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- Shoulder Pads
- Weapons
Tau Compatible Bits
Tyranid Compatible Bits and Kits
Super Heavy Kits
Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

NEWS   ABOUT US   CONTACT   FORUM   GALLERY   COMMISIONS

Search   Search

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannia, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Spiky Marine Heads - 4



| **Plaintiff's Exhibit A** |
|---|
| Entry 80 |

# GAMES WORKSHOP®

Customer Service   1-800-394-4263 | Welcome! | Sign in | Why Register?

**FREE SHIPPING ON ALL ORDERS OVER $30**

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Expansions
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

Warhammer 40,000   HQ   Space Marine Chaplain with Skull Helmet

## Space Marine Chaplain with Skull Helmet

Like   21    ADD TO CART

**Have you got?**

$35.00     add to cart
Space Marine Command Squad

$37.25     add to cart
Space Marine Tactical Squad

**Space Marine Chaplain with Skull Helmet**

The spiritual leaders of their Chapter, Chaplains are terrifying and sinister figures of holy purity, garbed in black power armour as befits such bringers of death.

This set contains 1 metal Space Marine Chaplain with Skull Helmet

Availability: Usually ships within 24 hours.
Part Code: 99060101335

**Price: $15.00**
Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

**With this box set you can make the following:**

**Space Marine Chaplain**

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Chaplain | 5 | 4 | 4 | 4 | 2 | 4 | 2 | 10 | 3+ |

Unit Composition: 1 Chaplain
Unit Type: Infantry
War Gear: Power armour; Boltgun or bolt pistol; Frag and krak grenades; Rosarius; Crozius Arcanum

Carry Our Products   Real Estate   Privacy Policy   Legal   Careers   About Us   Investor Relations   Stock Library   Forge World   Site Map   Contact Us

Country Select

Copyright   · Games Workshop Limited 2000-2011 · New Line Productions Inc. · The Saul Zaentz Company d/b/a Middle-earth Enterprises · All rights reserved to their respective owners

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1050247     8/10/2011

GW0002466

**Exhibit 80-A-1**

[Plaintiff's Exhibit A, Entry No. 80 – 80% actual size]

GW allegedly infringed work: "Space Marine Chaplain with skull helmet."



**Exhibit 80-B**
[Plaintiff's Exhibit A, Entry No. 80]

Photograph of Chapterhouse Studios product No. 80



Forge World - MK V HERESY ARMOUR                                    Page 1 of 2

**MK V HERESY ARMOUR (PRODUCT CODE : IA-ISM-I-020)**

The iconic MkV 'Heresy' Armour Set is an archaic pattern of Power Armour, first created during the dark and shadowed days of the Great Betrayal, which saw several layers of inferior-quality materials bonded with adamantium studs. As some Forge Worlds sided with Horus and some remained loyal to the Emperor, the supply lines from the Forge Worlds that manufactured arms and armour for the Legions were heavily disrupted, forcing the Legions to develop the Mk V pattern. This set is a complete resin kit. Models designed by Will Hayes and Phil Slutrinskas, provides enough parts to build 5 Space Marines in Mk V 'Heresy' Armour, including two different sets of legs, shoulder pads, arms, torsos and helmets. These components are fully compatible with the Games Workshop range of plastic Space marine kits. Plastic components shown for illustrative purposes only.

£20.40

RECOMMENDED PRODUCTS

IMPERIAL ARMOUR VOLUME NINE: THE BADAB WAR PART ONE

60040187013

£45.00

SPACE MARINE BOLTER - UMBRA PATTERN X10

99590101182

£10.20

MK VI CORVUS ARMOUR

99590101181

£20.40

http://www.forgeworld.co.uk/Warhammer-40000/MK-V-HERESY-ARMOUR.html          8/4/2011

GW0002358

**Exhibit 80-A-2**
[Plaintiff's Exhibit A, Entry No. 80 – 80% actual size]

GW allegedly infringed work: "Forge World sell Mark V Heresy Space Marines."



**Exhibit 80-B**
[Plaintiff's Exhibit A, Entry No. 80]

Photograph of Chapterhouse Studios product No. 80

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Studded Power Armor Shoulder Pad



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search  Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

## Studded Power Armor Shoulder Pad

Product Code: Studded Power Armor Shoulder Pad

Reward Points: 0

Availability: 34

### Price: $1.00

Qty: [ 1 ]

[ Add to Cart ]

0 reviews  |  Write a review

Share

**Description** | **Reviews (0)**

This is a single pewter shoulder pad for regular power armor,  has a armored pattern of studs on the surface.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

**E-Mail Address:**

[                    ]

**Password:**

[                    ]

Forgotten Password

[ Login ]

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Studded Power Armor Shoulder Pad

| We accept | **PayPal** | | About us | Contact | Forum | Gallery | Commisions | Careers | Newsletter | Shipping Policy | | 2011 ChapterHouse Studios® |

| **Plaintiff's Exhibit A** |
| **Entry 81** |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 81-A**

GW allegedly infringed work: N/A



**Exhibit 81-B**
[Plaintiff's Exhibit A, Entry No. 81]

Photograph of Chapterhouse Studios Product No. 81

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Wolf Celtic Storm Shield



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- **Shields**
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

Search    Search

## Wolf Celtic Storm Shield

Product Code: Wolf Celtic Storm Shield
Reward Points: 0
Availability: 85

**Price: $2.00**

Qty: 1

Add to Cart

0 reviews | Write a review

Share

| Description | Reviews (0) |

This is a pewter combat or storm shield for 28 mm figures with a seperate grip guard. Sculpted upon the middle is a celtic style wolf head.

If to be used on Games Workshop models, this is more suitable for a power armor model, vs a terminator model (it would look a bit small for the larger armor).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Wolf Celtic Storm Shield



We accept **PayPal**     About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| Entry 82 |

SPACE WOLVES ARMIES

# TROOPS

The Grey Hunters and Blood Claws are the real backbone of a Space Wolves force, and a unit of each is a good start when collecting an army. Like all Space Marines they are highly skilled and difficult to take down. To enhance this, it's best to take them in large units, where their numbers increase their chances of survival.



*Grey Hunters pack*

*Blood Claws pack*

*The ubiquitous Rhino armoured personnel carrier.*

# FAST ATTACK & HEAVY SUPPORT

*Long Fangs*

*Leman Russ 'Exterminator'*

*Blood Claws bike pack*

The fast and long-ranged units of the Space Wolves are best used to back up the infantry squads. Bikes can make rapid attacks along the flank, while Long Fangs provide heavy firepower or tank-busting support. The Space Wolves are the only Chapter to use a Leman Russ battle tank, the mobile and deadly 'Exterminator' variant. The Exterminator is perfect for cutting through enemy light vehicle and infantry squads.

19

GW0002493

**Exhibit 82-A-1**
[Plaintiff's Exhibit A, Entry No. 82 - 80% actual size]

GW allegedly infringed work: "Codex Space Wolves 2000, page 19."



**Exhibit 82 -B**
[Plaintiff's Exhibit A, Entry No. 82]

Photograph of Chapterhouse Studios product No. 82



(NOT PRODUCED BY GW)

**Exhibit 82-A-2**

[Plaintiff's Exhibit A, Entry No. 82 - 80% actual size]

GW allegedly infringed work: "http://www.gamesworkshop.
com/gws/catalog/productDetail.jsp?catId=cat440177a&prodId=prod26000
2a&rootCatGameStyle=."



**Exhibit 82 -B**
[Plaintiff's Exhibit A, Entry No. 82]

Photograph of Chapterhouse Studios product No. 82



GW0002420

**Exhibit 82-A-3**
[Plaintiff's Exhibit A, Entry No. 82 - 80% actual size]

GW allegedly infringed work: "Space Marine Collector's Guide 2003, page 32."



**Exhibit 82 -B**
[Plaintiff's Exhibit A, Entry No. 82]

Photograph of Chapterhouse Studios product No. 82

**Forge World**

Log in / Register | Help
Basket (0 products £0.00) | Checkout
Search our products [   ] Go

New Stuff    Warhammer 40,000    Aeronautica Imperialis    Epic 40,000    Warhammer Forge    Battlefleet Gothic    Modelling Supplies         Designers    Events
Home • Warhammer 40,000 • SPACE WOLVES RHINO DOORS AND FRONT PLATE

**SPACE WOLVES RHINO DOORS AND FRONT PLATE (PRODUCT CODE : IA-ISM-A-010)**



2 finely detailed replacement doors and 1 replacement front plate for the plastic MkII Rhino kit depicting Space Wolf iconography. Sculpted by Simon Egan.

£10.20

Qty [1]

BUY NOW

Add to wishlist

Tell a friend

SHARE

REGIONAL FREQUENTLY ASKED QUESTIONS

Contact us on 0115 9168177 from the UK. for more contact details click here
Copyright © Games Workshop Limited 2000-2011. All Rights Reserved. Games Workshop, the Games Workshop logo, the Forge World, Warhammer and the Warhammer 40,000 device are either ®, TM and/or © Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. All Rights Reserved. Games Workshop Ltd, Willow Road, Lenton, Nottingham, NG7 2WS. Registered in England and Wales - Company No. 01467092. VAT No. GB 563653491

**Exhibit 82-A-4**

[Plaintiff's Exhibit A, Entry No. 82 - 80% actual size]

GW allegedly infringed work: "Forge World sells a Space Wolves conversion pack for the Rhino."



**Exhibit 82 -B**
[Plaintiff's Exhibit A, Entry No. 82]

Photograph of Chapterhouse Studios product No. 82



**Exhibit 82 -B**
[Plaintiff's Exhibit A, Entry No. 82]

Photograph of Chapterhouse Studios product No. 82

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Conversion Kit #1 for Space Wolf Rhino



# CHAPTER HOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

- Heads
- Jump packs
- **Kits for Space Marine Vehicles**
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search | Search

## Conversion Kit #1 for Space Wolf Rhino

Product Code: Conversion Kit for Space Wolf RhinoSpace Wolf Rhino
Reward Points: 0
Availability: 42

### Price: $15.00

Qty: 1

Add to Cart

0 reviews | Write a review

Share

**Description** | **Reviews (0)**

This is a resin conversion kit that can be used to decorate the current Games Workshop Space Marine rhino with wolf furs, skulls and runic symbols. The kit includes 2 side doors, 1 top hatch, 1 wolf skull for top hatch and 1 front armored panel.

This kit is designed to replace the standard current edition Games Workshop Space Marine® Rhino kit parts.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Conversion Kit #1 for Space Wolf Rhino



We accept **PayPal**    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®