| **Plaintiff's Exhibit A** |
| Entry 83 |

GW identifies but has failed to produce the following allegedly infringed work: p34 Codex Space Wolves 1994..

gagged tightly with strips of gut and sinew cut from the corpses of his pack, and thrown before King Thengir himself.

The saga continues in detail, telling of the Primarch's first contact with the royalty of Fenris:

"In the evening the wolf-man was ungagged, and the King demanded that the feral creature grovel for his life like a dog. The strange beast drew itself up

to its full height and roared so loud and so long that some of the younger men had to leave the hall. The wild-eyed creature spat a great gobbet of blood and poison at King Thengir, his golden eyes shining with regal pride."

Over the next few years, the wolf-child was taken into the care of the King himself. He was taught how to use a battle-axe, how to fish and, soon after

that, how to speak. The Primarch matured quickly, absorbing knowledge at an incredible rate. He also showed a natural aptitude for weaponry, in addition to being unmatched in unarmed combat. Quick to roar with laughter or bellow tunelessly in song, the Primarch slowly realised that he was more human than wolf, and that he was far greater than either. When Russ handed the Champion of the King's



**Exhibit 83-A-1**

[Plaintiff's Exhibit A, Entry No. 83 - 80% actual size]

GW allegedly infringed work: "Index Astartes II 2002, page 3"

GW0001590



**Exhibit 83 -B**
[Plaintiff's Exhibit A, Entry No. 83]

Photograph of Chapterhouse Studios product No. 83



SPACE WOLVES ARMIES

## TROOPS

The Grey Hunters and Blood Claws are the real backbone of a Space Wolves force, and a unit of each is a good start when collecting an army. Like all Space Marines they are highly skilled and difficult to take down. To enhance this, it's best to take them in large units, where their numbers increase their chances of survival.

*Grey Hunters pack*

*Blood Claws pack*

*The ubiquitous Rhino armoured personnel carrier.*

## FAST ATTACK & HEAVY SUPPORT

*Long Fangs*

*Leman Russ 'Exterminator'*

The fast and long-ranged units of the Space Wolves are best used to back up the infantry squads. Bikes can make rapid attacks along the flank, while Long Fangs provide heavy firepower or tank-busting support. The Space Wolves are the only Chapter to use a Leman Russ battle tank, the mobile and deadly 'Exterminator' variant. The Exterminator is perfect for cutting through enemy light vehicle and infantry squads.

*Blood Claws bike pack*

19

GW0002493

**Exhibit 83-A-2**
[Plaintiff's Exhibit A, Entry No. 83 - 80% actual size]

GW allegedly infringed work: "Codex Space Wolves 2000, page 19."



**Exhibit 83 -B**
[Plaintiff's Exhibit A, Entry No. 83]

Photograph of Chapterhouse Studios product No. 83



**Exhibit 83-A-3**

[Plaintiff's Exhibit A, Entry No. 83 - 80% actual size]

GW allegedly infringed work: "http://www.gamesworkshop.
com/gws/catalog/productDetail.jsp?catId=cat440177a&prodId=prod26000
2a&rootCatGameStyle=."



**Exhibit 83 -B**
[Plaintiff's Exhibit A, Entry No. 83]

Photograph of Chapterhouse Studios product No. 83



GW0002420

**Exhibit 83-A-4**
[Plaintiff's Exhibit A, Entry No. 83 - 80% actual size]

GW allegedly infringed work: "Space Marine Collector's Guide 2003, page 32."



**Exhibit 83 -B**
[Plaintiff's Exhibit A, Entry No. 83]

Photograph of Chapterhouse Studios product No. 83



GW0002477

**Exhibit 83-A-5**
[Plaintiff's Exhibit A, Entry No. 83 - 80% actual size]

GW allegedly infringed work: "Forge World sells a Space Wolves conversion pack for the Rhino."



**Exhibit 83 -B**
[Plaintiff's Exhibit A, Entry No. 83]

Photograph of Chapterhouse Studios product No. 83

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Wolf Tech Storm Shield



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

## Wolf Tech Storm Shield

Product Code: Wolf Tech Storm Shield
Reward Points: 0
Availability: 49

### Price: $2.00

Qty: 1

Add to Cart

0 reviews | Write a review

Share

| Description | Reviews (0) |

This is a pewter combat or storm shield for 28 mm figures with a seperate grip guard.  Sculpted with technological touches and with unique futuristic styling.

If to be used on Games Workshop models, this is more suitable for a power armor model, vs a terminator model (it would look a bit small for the larger armor).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Ctylight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Wolf Tech Storm Shield



We accept   PayPal          About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| Plaintiff's Exhibit A |
| --- |
| Entry 84 |

# NO COPYRIGHT CLAIM STATED

# "The product implicates trademark issues only, not copyright"

**Exhibit 84-A**

[

G̅W allegedly infringed work: N/A



**Exhibit 84-A**
[Plaintiff's Exhibit A, Entry No. 84]

Photograph of Chapterhouse Studios Product No. 84

# Chapterhouse Studios website screenshot
(www.chapterhousestudios.com)

Celtic Round Storm Shield



# CHAPTERHOUSE
## STUDIOS

Login | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISSIONS |

Search  Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- **Shields**
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR

Create an Account

**Sign up for the ChapterHouse Newsletter!**

## Celtic Round Storm Shield

Product Code: Celtic Round Storm Shield

Reward Points: 0

Availability: 117

**Price: $2.00**

Qty: 1

Add to Cart

0 reviews | Write a review

Share

| Description | Reviews (0) |

This is a pewter combat or storm shield for 28 mm figures with a seperate grip guard.

If to be used on Games Workshop models, this is more suitable for a power armor model, vs a terminator model (it would look a bit small for the larger armor).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Citydfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Celtic Round Storm Shield



We accept    PayPal          About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| Plaintiff's Exhibit A |
| :---: |
| Entry 85 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 85-A**

GW allegedly infringed work: N/A



**Exhibit 85-B**
[Plaintiff's Exhibit A, Entry No. 85]

Photograph of Chapterhouse Studios product No. 85

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Winged Thunder Hammer



Winged Thunder Hammer



We accept    PayPal    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy         2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

Entry 86

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 86-A**

GW allegedly infringed work: N/A



**Exhibit 86 -B**
[Plaintiff's Exhibit A, Entry No. 86]

Photograph of Chapterhouse Studios product No. 86

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Eagle Storm Shield



CHAPTERHOUSE
STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits ◄

Knight Praetorius TRU-Scale ◄
Figure Kits

Imperial Guard Compatible ◄
Bits

Space Marine Compatible ▼
Bits

- Heads
- Jump packs
- Kits for Space Marine
  Vehicles
- **Shields**
- Shoulder Pads
- Weapons

Tau Compatible Bits ◄

Tyranid Compatible Bits and ◄
Kits

Super Heavy Kits ◄

Resin Bases & Terrain ◄

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the
ChapterHouse Newsletter!**

Search  Search

## Eagle Storm Shield

Product Code: Eagle Storm Shield
Reward Points: 0
Availability: 46

### Price: $2.00

Qty: 1

Add to Cart

★★★★★  1 reviews  |  Write a
review

Share

**Description**  |  **Reviews (1)**

This is a single pewter combat or storm shield for 28 mm figures.  The front of this shield has an eagle head and
feathers sculpted on it, the rear of the shield has a hand hold and seperate grip for the miniatures arm or hand.

Approximately 20mm wide and 29mm high.

If to be used on Games Workshop models, this is more suitable for a terminator model as opposed to a space marine
model (it would look a bit large for the smaller armor).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood
Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel,
Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-headed/Imperial Eagle
device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge
World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of
Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets,
Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda
Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space
Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors,
Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online,
Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names,
races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world,
the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010,
variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended.
All Rights Reserved to their respective owners.

Eagle Storm Shield



We accept   **PayPal**    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 87 |

Page 1 of 2

 ®

Customer Se

FREE SH

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Warhammer 40,000   Dedicated Transports   Space Marine Drop Pod

**Categories**

Getting Started

Warhammer 40,000 Advance Orders

Warhammer 40,000 New Releases

Warhammer 40,000: Assault on Black Reach

Warhammer 40,000 Essentials

Warhammer 40,000 Armies

Warhammer 40,000 Expansions

Warhammer 40,000 Citadel Finecast

Warhammer 40,000 Scenery

Warhammer 40,000 Books

Warhammer 40,000 Bitz

Warhammer 40,000 Collectors

Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

# Space Marine Drop Pod

Like 55   AD



   

**Space Marine Drop Pod**

The Space Marines are known as the Angels of Death, and the title is never more appropriate than when they attack using Drop Pods. Drop Pod assaults are the ultimate weapon of terror and surprise, aimed right at the heart of the foe. Scarcely have the smouldering hulls come to rest when

**Price: $:**

Quantity:

ADD TO C

ADD TO GIFT

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1560026&ro...   8/10/2011

GW0002469

**Exhibit 87-A-1**
[Plaintiff's Exhibit A, Entry No. 87 – 80% actual size]

GW allegedly infringed work: "Games Workshop sells drop pods on its website."



**Exhibit 87-B**
[Plaintiff's Exhibit A, Entry No. 87]

Photograph of Chapterhouse Studios product No. 87



**Exhibit 87-A-2**

[Plaintiff's Exhibit A, Entry No. 87 – 80% actual size]

GW allegedly infringed work: "Forge World sell Mark V Heresy Space Marines."



**Exhibit 87-B**
[Plaintiff's Exhibit A, Entry No. 87]

Photograph of Chapterhouse Studios product No. 87

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Heresy Armored Drop Pod Panel



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search  Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

- Heads
- Jump packs
- **Kits for Space Marine Vehicles**
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR

Create an Account

**Sign up for the ChapterHouse Newsletter!**

## Heresy Armored Drop Pod Panel

Product Code: Heresy Armored Drop Pod Door

Reward Points: 0

Availability: 70

### Price: $3.00

Qty: 1

Add to Cart

0 reviews | Write a review

Share

| Description | Reviews (0) |

This is a highly detailed resin armored panel that fits on the Games Workshop Space Marine Drop Pod door. This component is designed to fit over the surface of the standard door.

Single Resin Component.

We recomend buying a set of 5 for the regular drop pod model kit for each door.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, the Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission, no challenge to their status intended. All Rights Reserved to their respective owners.

Heresy Armored Drop Pod Panel



We accept **PayPal**   About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy         2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| **Entry 88** |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 88-A**

GW allegedly infringed work: N/A



**Exhibit 88-B**
[Plaintiff's Exhibit A, Entry No. 88]

Photograph of Chapterhouse Studios Product No. 88

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Armored Predator Conversion Kit w/ Side Cockpit



# CHAPTERHOUSE
## STUDIOS

PRODUCTS

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
  - Heads
  - Jump packs
  - **Kits for Space Marine Vehicles**
  - Shields
  - Shoulder Pads
  - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS

Search [Search]

## Armored Predator Conversion Kit w/ Side Cockpit

Product Code: Armored Predator Conversion Kit w/ Side Cockpit
Reward Points: 0
Availability: 44

### Price: $8.50

Qty: 1

Add to Cart

★★★★★ 1 reviews | Write a review

Share

**Description** | **Reviews (1)**

This is a resin Armored Predator kit for Space Marines®, kit includes 3 strips of reactive armor that can be cut to size as well as a heavily armored "side cockpit" front panel.

Kit is designed to fit the standard Games Workshop Space Marine® Predator kit (and other Rhino chassis kits).

Display models shown assembled with Games Workshop Space Marine® Predator Tank model for compatibility purposes.

**Tags:** Armored Predator Conversion Kit,

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, the Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40K Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Armored Predator Conversion Kit w/ Side Cockpit



We accept **PayPal**   About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy      2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

**Entry 89**

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 89-A**

GW allegedly infringed work: N/A



**Exhibit 89-B**
[Plaintiff's Exhibit A, Entry No. 89]

Photograph of Chapterhouse Studios Product No. 89

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Armored Predator Conversion Kit w/ Center Cockpit



Armored Predator Conversion Kit w/ Center Cockpit

We accept  **PayPal**   About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy      2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

Entry 90

Armour Through the Ages | Games Workshop                    http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId...

# GAMES WORKSHOP®

Customer Service   1-800-394-4263 | Welcome! | Sig

**FREE SHIPPING ON ALL ORDERS**

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Find a Gift List

Product:

Warhammer 40,000     Troops     Armour Through the Ages

Have you

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Books
Warhammer 40,000 Articles

## Armour Through the Ages

Tweet    Like   58       ADD TO CART

$50.00

The Horus Heresy: Co

**Related A**

o  Getting Started With S

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

**Armour Through the Ages**

This boxed set contains 1 metal Space Marine in Mk 1 armour, 1 metal Space Marine in Mk 2 armour, 1 metal Space Marine in Mk 3 armour, 1 metal Space Marine in Mk 4 armour and 1 metal Space Marine in Mk 5 armour.

**Availability:** Usually ships within 24 hours.
**Part Code:** 9911010370

**Price:  $30.00**

Quantity:  1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

Carry Our Products   Real Estate   Privacy Policy   Legal   Careers   About Us   Black Library   Forge World   Investor Relations

Country Select

Copyright   © Games Workshop Limited 2000-2012   © New Line Productions Inc   © The Saul Zaentz Company d/b/a Middle-earth Enterprises   All rights reserved to their respective owne

1 of 1                                                        2/11/2012 12:21 AM

## Exhibit 90-A-1
[Plaintiff's Exhibit A, Entry No. 90 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells a Mk1 armoured Space Marine."



**Exhibit 90 -B**
[Plaintiff's Exhibit A, Entry No. 90]

Photograph of Chapterhouse Studios product No. 90



GW0002017

**Exhibit 90-A-2**
[Plaintiff's Exhibit A, Entry No. 90 - 80% actual size]

GW allegedly infringed work: "Horus Heresy - Collected Visions 2007, page 139."



**Exhibit 90 -B**
[Plaintiff's Exhibit A, Entry No. 90]

Photograph of Chapterhouse Studios product No. 90

# TROOPS

The Grey Hunters and Blood Claws are the real backbone of a Space Wolves force, and a unit of each is a good start when collecting an army. Like all Space Marines they are highly skilled and difficult to take down. To enhance this, it's best to take them in large units, where their numbers increase their chances of survival.



*Grey Hunters pack*

*Blood Claws pack*

*The ubiquitous Rhino armoured personnel carrier.*

# FAST ATTACK & HEAVY SUPPORT

*Long Fangs*

*Leman Russ 'Exterminator'*

The fast and long-ranged units of the Space Wolves are best used to back up the infantry squads. Bikes can make rapid attacks along the flank, while Long Fangs provide heavy firepower or tank-busting support. The Space Wolves are the only Chapter to use a Leman Russ battle tank, the mobile and deadly 'Exterminator' variant. The Exterminator is perfect for cutting through enemy light vehicle and infantry squads.

*Blood Claws bike pack*

19

GW0002493

**Exhibit 90-A-3**
[Plaintiff's Exhibit A, Entry No. 90 - 80% actual size]

GW allegedly infringed work: "Codex Space Wolves 2000, page 19."



**Exhibit 90 -B**
[Plaintiff's Exhibit A, Entry No. 90]

Photograph of Chapterhouse Studios product No. 90



**Exhibit 90-A-2**

[Plaintiff's Exhibit A, Entry No. 90 - 80% actual size]

GW allegedly infringed work: "Forge World sells a Space Wolves conversion pack for the Rhino."



**Exhibit 90 -B**
[Plaintiff's Exhibit A, Entry No. 90]

Photograph of Chapterhouse Studios product No. 90

Forge World - MK V HERESY ARMOUR

Page 1 of 2

**ForgeWorld**

New Stuff   Warhammer 40,000   Aeronautica Imperialis   Epic 40,000   Warhammer Forge   Battlefleet Gothic   Modelling Supplies   Designers   Events

Home • Warhammer 40,000 • MK V HERESY ARMOUR

**MK V HERESY ARMOUR (PRODUCT CODE : IA-ISM-I-020)**

£20.40

Qty [1]

**BUY NOW**

Add to wishlist

Tell a friend

The iconic MkV 'Heresy' Armour Set is an archaic pattern of Power Armour, first created during the dark and shadowed days of the Great Betrayal, which saw several layers of inferior-quality materials bonded with adamantium studs. As some Forge Worlds sided with Horus and some remained loyal to the Emperor, the supply lines from the Forge Worlds that manufactured arms and armour for the Legions were heavily disrupted, forcing the Legions to develop the Mk V pattern. This set is a complete resin kit. Models designed by Will Hayes and Phil Stutcinskas, provides enough parts to build 5 Space Marines in Mk V 'Heresy' Armour, including two different sets of legs, shoulder pads, arms, torsos and helmets. These components are fully compatible with the Games Workshop range of plastic Space marine kits. Plastic components shown for illustrative purposes only.

RECOMMENDED PRODUCTS

| IMPERIAL ARMOUR VOLUME NINE: THE BADAB WAR PART ONE | SPACE MARINE BOLTER - UMBRA PATTERN X10 | MK VI CORVUS ARMOUR |
|---|---|---|
| | | |
| 60040187013 | 99590101182 | 99590101181 |
| £45.00  Qty [1]  BUY NOW | £10.20  Qty [1]  BUY NOW | £20.40  Qty [1]  BUY NOW |

GW0002384

**Exhibit 90-A-4**
[Plaintiff's Exhibit A, Entry No. 90 - 80% actual size]

GW allegedly infringed work: "Forge World sell Mark V Heresy Space Marines available on its website."



**Exhibit 90 -B**
[Plaintiff's Exhibit A, Entry No. 90]

Photograph of Chapterhouse Studios product No. 90

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Armored Rhino Conversion Kit



Armored Rhino Conversion Kit



We accept PayPal    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| |
|---|
| **Plaintiff's Exhibit A** |
| **Exhibit 91** |

# NO COPYRIGHT CLAIM STATED

# "The product implicates trademark issues only, not copyright"

**Exhibit 91-A**

GW allegedly infringed work: N/A



**Exhibit 91-B**
Plaintiff's Exhibit A, Entry No. 91

Photograph of Chapterhouse Studios Product No. 91

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Brazier - Dragon



# CHAPTERHOUSE
### STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

- 28mm Imperial Army figures
- Infantry Bits
- Kits for Imperial Guard Vehicles

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search  Search

## Brazier - Dragon

Product Code: Brazier - Dragon
Reward Points: 0
Availability: 82

### Price: $1.00

Qty: 1

Add to Cart

0 reviews | Write a review

Share

| Description | Reviews (0) |

This is a stylized dragon or snake brazier, it comes in 2 pieces (flat backing and the front) and is pewter.

It is approximately .63 inches tall and .36 inches at its widest.

This is perfectly designed to add to any vehicles, we include it with our Salamanders Landraider conversion kit and also works well with dreadnoughts and other models

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Brazier - Dragon

We accept **PayPal**    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| **Entry 92** |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 92-A**

GW allegedly infringed work: N/A



**Exhibit 92-B**
[Plaintiff's Exhibit A, Entry No. 92]

Photograph of Chapterhouse Studios Product No. 92

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Brazier - Eagle



This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood
Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel,
Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle
device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge
World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of
Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor device, the Inquisitor:Conspiracies, Keeper of Secrets,
Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda
Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space
Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors,
Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online,
Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names,
races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world,
the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010,
variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended.
All Rights Reserved to their respective owners.

Brazier - Eagle

We accept **PayPal**    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy                2011 ChapterHouse Studios®

| Plaintiff's Exhibit A |
| :---: |
| Entry 93 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 93-A**

GW allegedly infringed work: N/A



**Exhibit 93-B**
[Plaintiff's Exhibit A, Entry No. 93]

Photograph of Chapterhouse Studios Product No. 93

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Mark I Rhino Conversion Kit



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- **Kits for Space Marine Vehicles**
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search [Search]

## Mark I Rhino Conversion Kit

X 2

Product Code: Mark I Rhino Conversion Kit
Reward Points: 0
Availability: 26

### Price: $12.50

Qty: 1

Add to Cart

★★★★★ 1 reviews | Write a review

Share

**Description** | **Reviews (1)**

This is a resin conversion kit that can be used to make the current Games Workshop Space Marine rhino look like the earlier Mk 1 model. The kit includes 2 side doors, 2 left side engine grates, 2 right side engine grates, 2 choices for the front cockpit armor panel, and one old style bolter cuppola cover.

This kit is designed to replace the standard current edition Games Workshop Space Marine® Rhino kit parts.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Mark I Rhino Conversion Kit



We accept    PayPal        About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| Entry 94 |



**Exhibit 94-A-1**
[Plaintiff's Exhibit A, Entry No. 94 - 80% actual size]

GW allegedly infringed work: "Codex Space Wolves 2000, page 19."



**Exhibit 94 -B**
[Plaintiff's Exhibit A, Entry No. 94]

Photograph of Chapterhouse Studios product No. 94



**Exhibit 94-A-2**

[Plaintiff's Exhibit A, Entry No. 94 - 80% actual size]

GW allegedly infringed work: "Forge World sells a Space Wolves conversion pack for the Rhino."



**Exhibit 94 -B**
[Plaintiff's Exhibit A, Entry No. 94]

Photograph of Chapterhouse Studios product No. 94

ceremony of the celebrations that a stranger appeared at the gates to Vulkan's settlement. All he asked was to be allowed to take part in the contests and, though he would not say where he had come from, he was allowed to compete. His skin was pale and his garb outlandish, though all could see that he was a powerful figure. He announced to the gathered spectators that he could best any man in any contest. The gathered crowds laughed uproariously, believing that none could be more superior in intellect,

physique or skill than their superhuman leader. Vulkan and the stranger wagered that whoever lost was to swear eternal obedience to the victor.

The competitions lasted for eight days and included many feats of strength and endurance. At the anvil lift, even the strongest men could only hold an anvil above their head for an hour and a half, but Vulkan and the stranger carried the heavy anvil aloft for half a day before the judges declared the contest a draw

so that they could proceed to the next event. And so it was that they were almost equally matched in skill and strength. Occasionally one would slightly best the other, but when it came to the start of the final event, the salamander slaying, they were evenly matched. Each had a day and a night to forge a weapon with which to hunt down the largest salamander they could find. Whoever could bring back the heaviest carcass would win the wager and the eternal allegiance of the other.



**Exhibit 94-A-3**

[Plaintiff's Exhibit A, Entry No. 94 - 80% actual size]

GW allegedly infringed work: "Index Astartes IV, 2004, page 19."



**Exhibit 94 -B**
[Plaintiff's Exhibit A, Entry No. 94]

Photograph of Chapterhouse Studios product No. 94

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Salamander Rhino Conversion Kit



Salamander Rhino Conversion Kit



We accept  PayPal    About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy       2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 95 |

# MYCETIC SPORES

The initial stage of a Tyranid assault often comprises several waves of Mycetic Spores. These ablative bio-constructed shells are launched by their thousands into the world's atmosphere by orbiting Hive Ships. The fleshy pods are specifically designed to endure the stresses of orbital insertion and protect their lethal payload from planetary impact. Mycetic Spores are often inaccurately reported as meteor showers by civilian observers, but experienced troops soon learn to spot the distinctive clutch of fiery streaks as the spores breach the upper atmosphere. Once through, the Mycetic Spore alters shape to slow its descent. They are sacrificial organisms, and perish soon after impact with the planet's surface, but each one houses a brood of assault beasts, most commonly Hormagaunts or Genestealers, who burst from the wreckage and begin the search for prey.

As the Tyranids push deeper into the galaxy, the Hive Mind is becoming more adept at its use of Mycetic Spores. Recent strains have a shield of ablative chitin over sensory nodes. This burns away during orbital insertion, allowing the Mycetic Spore to draw in on Lictor pheromone trails during the final stages of descent, enabling its cargo to be delivered with greater accuracy. Other iterations are composed of two layered bioforms. When the Mycetic Spore impacts a planet's surface and the outer shell dies, its sides peel apart to reveal a symbiotic organism that draws sustenance from the slain parent to fuel a powerful bio-weapon.

These augmentations allow the Mycetic Spores a crucial role in the main assault of a prey world. The Hive Mind is now able to reinforce key areas with astonishing swiftness, and shield crucial elements of its assault force from incoming fire until the very last moment. Few bulwarks, no matter how well prepared, can hope to withstand such an assault. Many a heavily defended bastion has been destroyed as Mycetic Spores impact on a planet's surface, smashed apart as a Carnifex emerges from its pod's fleshy remains to launch a point-blank assault.

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Mycetic Spore | 2 | 2 | 6 | 4 | 3 | 1 | 3 | 5 | 4+ |

**Unit Type:** Monstrous Creature.

**Weapons and Biomorphs:** Hardened Carapace, Lash Whip.

**Ripper Tentacles:** Ripper tentacles are thick ropes of tendon and corded muscle that reach out from a Mycetic Spore in search of prey. Drawn to movement, ripper tentacles can smash apart several foes in a single swipe, coil around a single victim and crush it to a bloody pulp or clutch around its quarry and drag it into the spore's fanged maw.

| Range | Strength | AP | Type |
|---|---|---|---|
| 6" | 6 | - | Assault 6 |

**Special Rules:** Deep Strike, Fearless.

**Limited Sentience:** Mycetic Spores have only a rudimentary intelligence and simply lash out at everything nearby.

A Mycetic Spore is not subject to Instinctive Behaviour. The Mycetic Spore automatically shoots the closest enemy unit in each Shooting phase unless it is engaged in close combat.

**Transport Spore:** A Mycetic Spore always enters play using the Deep Strike rules, even in missions that do not use these rules. If, when a Mycetic Spore Deep Strikes, it scatters on top of impassable terrain or another model (friend or foe!), reduce the scatter distance by the minimum required to avoid the obstacle.

A Mycetic Spore can carry a single unit of up to 20 infantry models or a single monstrous creature within its armoured shell. Once the Mycetic Spore has landed, all creatures within must immediately deploy – place the unit such that every model is within 2" of the Mycetic Spore. If any models cannot be deployed because of impassable terrain or enemy models within 1", those models are destroyed. A unit that Deep Strikes via a Mycetic Spore cannot move or assault in the same turn it arrives but may shoot (or run) as normal.

**Immobile Pod:** A Mycetic Spore cannot move for any reason once it has entered the battle. It may never go to ground, voluntarily or otherwise – and may not consolidate or make a sweeping advance following a close combat.



54    Forces of the Tyranids

GW0001424

---

**Exhibit 95-A-1**

[Plaintiff's Exhibit A, Entry No. 95 - 80% actual size]

GW allegedly infringed work: "Warhammer 40,000 Tyranids 2009, page 54."



**Exhibit 95 -B**
[Plaintiff's Exhibit A, Entry No. 95]

Photograph of Chapterhouse Studios product No. 95

# TERVIGON

The Tervigon is a massive creature, with a towering spined carapace that shields a swollen abdomen. The Tervigon relies on all three pairs of limbs for support. However, should the need arise, the giant beast can shift a greater proportion of its weight onto its rear legs, allowing it to scythe its claws back and forth in crushing arcs. Nor should the Tervigon be underestimated at range – its carapace conceals banks of cluster spines that can be fired at a considerable distance.

Yet no matter how fearsome its weaponry, the Tervigon's true threat lies within. Each Tervigon is a living incubator beneath whose lumpen carapace dozens upon dozens of Termagants slumber in a state of near-life. The Tervigon can spawn its dormant broods at will, jolting their razor minds into wakefulness. So it is that a foe engaging a Tervigon will find itself assailed by waves of skittering Termagants. The only way for a cool-headed enemy commander to end the horror is to have his troops concentrate all their firepower on the Tervigon – if the ponderous beast is slain, the resulting symbiotic backlash inevitably kills its young.

When a Hive Fleet travels through space, Tervigons do not slumber in a dormant state like other Tyranid creatures. Instead, they roam the ship's cavernous innards. Should a Tervigon detect intruders, it can spawn an army of frenzied Termagants to repulse the foe whilst using its potent synaptic link to awaken additional warriors.



|  | WS | BS | S | T | W | I | A | Ld | Sv. |
|---|---|---|---|---|---|---|---|---|---|
| Tervigon | 3 | 3 | 5 | 6 | 6 | 1 | 3 | 10 | 3+ |

**Unit Type:** Monstrous Creature.

**Weapons and Biomorphs:** Bonded Exoskeleton, Stinger Salvo, Claws and Teeth.

**Special Rules:** Synapse Creature, Psyker, Shadow in the Warp.

**Spawn Termagants:** A Tervigon can spawn Termagants in the Tyranid Movement phase before it has moved – even if is locked in assault. If it does so, roll 3D6. Place a new unit of Termagants such that no model is more than 6" from the Tervigon – the size of the unit is equal to the total rolled. Models in this new unit cannot be placed in impassable terrain, or within 1" of enemy models. If you cannot place some of the models due to enemy proximity, impassable terrain or simply because you have run out of models, the excess is destroyed. The spawned unit may then move, shoot and assault normally. A unit spawned by a Tervigon is identical in every way to a Termagant unit chosen from the Troops section of the force organisation chart, and is treated as such for all scenario special rules. Models in a spawned unit have no biomorphs and always carry fleshborers.

If any double is rolled when determining the size of a spawned unit, the Tervigon has temporarily exhausted its supply of larvae – the unit is created as normal, but the Tervigon may not attempt to spawn further units for the rest of the game.

**Brood Progenitor:** All units of Termagants, spawned or otherwise, within 6" of a Tervigon can use the Tervigon's Leadership for any tests they are required to make. They also gain the benefits of the Tervigon's toxin sacs and adrenal glands (if it has any). In addition, all Termagant units within 6" of the Tervigon have the Counter-attack special rule.

Should a Tervigon be slain, every Termagant brood, spawned or otherwise, within 6" immediately suffers 3D6 Strength 3, AP - hits.

**Psychic Powers: Dominion.**

> "To think that Tyranids are mindless beasts is a grave mistake. When you fight Tyranids you face not only those before you on the battlefield, but the untold thousands which seek to surround you, which attack your supporting units and destroy your supply lines in perfect synchronicity. These aliens have shown evidence of both tactics and strategy that speaks of a far worse threat than that posed by a mere beast."
>
> – Marneus Calgar

52    Forces of the Tyranids

GW0001422

**Exhibit 95-A-2**
[Plaintiff's Exhibit A, Entry No. 95 - 80% actual size]

GW allegedly infringed work: "Warhammer 40,000 Tyranids 2009, page 52."



**Exhibit 95 -B**
[Plaintiff's Exhibit A, Entry No. 95]

Photograph of Chapterhouse Studios product No. 95

# GAMES WORKSHOP®

Customer Service   1-800-394-4263 | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $30
SEE DETAILS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000 Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

Warhammer 40,000   Heavy Support   Tyranid Carnifex

## Tyranid Carnifex

Like   68        ADD TO CART

**Have you got?**

$35.00
Tyranid Termagants and Hormagaunts

$57.75          add to cart
Tyranid Hive Tyrant

**Tyranid Carnifex**

The Carnifex is a living engine of destruction evolved for use in shock assaults, spaceship boarding actions and massed battles where it can smash through almost any obstacle, whether it is a defensive line or enemy tank. A Brood of between one and three Carnifexes can be fielded as a single Heavy Support choice.

This massive multi-part kit makes a fearsome Tyranid Carnifex and includes pieces to make a variety of devastating weapons and biomorphs including scything talons, crushing claws, heavy venom cannon as well as many others

**Availability:** Usually ships within 24 hours.
Part Code: 99120106010

**Price:** $49.50

Quantity  1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

**Related Articles**
· Warhammer 40,000: Spearhead Expansion
· Warhammer 40,000: Monstrous Creatures Tactica
· Spearhead: Spearheads in Action
· Spearhead: Getting Started
· Warhammer 40,000: Tactics Walkers
· Leviathan Gargoyle Datasheet: Your Tyranids
· Tyranid Warrior & Genestealer stage-by-stage: Tyranid conversions
· Tyranids: Psychic Powers Tactica: Converted Tyranids
· Advance Order: Winged Hive Tyrant & The Lord of the Ragmanaxxes: Converted Tyranids
· Tyranids: Tyranids in Cities of Death
· Getting Started with Tyranids
· Getting Started With Tyranids
· Tyranids Army Building

With this box set you can make the following:

**Carnifex Brood**

|          | WS | BS | S | T | W | I | A | Ld | Sv |
|----------|----|----|---|---|---|---|---|----|-----|
| Carnifex | 3  | 3  | 9 | 6 | 4 | 1 | 4 | 7  | 3+  |

GW0002483

**Exhibit 95-A-3**

[Plaintiff's Exhibit A, Entry No. 95 - 80% actual size]

GW allegedly infringed work: "TyranidCarnifex model."