| **Plaintiff's Exhibit A** |
|:---:|
| Entry 101 |



**Exhibit 101-A-1**
[Plaintiff's Exhibit A, Entry No. 101 - 80% actual size]

GW allegedly infringed work: "The Art of Warhammer 40,000 2006, page 71."



**Exhibit 101 -B**
[Plaintiff's Exhibit A, Entry No. 101]

Photograph of Chapterhouse Studios product No. 101



**Exhibit 101-A-2**

[Plaintiff's Exhibit A, Entry No. 101 - 80% actual size]

GW allegedly infringed work: "Forge World sells a Blood Raven decal/transfer sheet on its website."



**Exhibit 101 -B**
[Plaintiff's Exhibit A, Entry No. 101]

Photograph of Chapterhouse Studios product No. 101

inspiring awe and devotion from the lesser beings beneath.

A single year after his discovery at Angel's Fall, Sanguinius stood taller than any man the tribes of Baal's shrivelled moons had ever seen. His form was perfection, his beauty such that many could not look upon him lest their impure gaze be blinded. He could walk under the fiercest rays of the sun whilst his adoptive family scuttled at his feet, encumbered by the weight of their rad-suits. He could smash a path through a rockfall with the blade of his hand, best wild animals with but a glance and soar high into the sky on his mighty wings to observe the land below from the perspective of a god.

As Sanguinius reached maturity, the tribe prospered and grew under his guidance.

The transcription of Baalite myth provided by the ancient and venerable scholar Hyriontericus Lucidio (2342345M33) has been preserved with the greatest care since its internment in the altar-tomes of the Blood Angels. Hence, the following quote remains in its rawest form, transcribed from the words of Elder Imrait'il'thax directly into Lucidio's Baalite Scripture.

*"They, the cannibal-mutants, numbered in their hundreds, far more than we. Blade sprouted from mouth, curdled eye stared, buckled hand clutched rusted sword. We knew death in that moment. Then the Angel started his work.*

*He, the Pure One, wanted no harm to befall us. He raged, at first a white, blazing light, then, as death walked beside him, a terrible red thing. His eyes and crown seemed to burn, intense, a corona of bright violence, a sandstorm of destruction. We were caught in the deadly beauty of his dance. And then there were no mutants, only silence, and he stood before us, dripping, still as the cairn."*

Sanguinius soon rose to the pinnacle of society upon Baal Secundus, and under his leadership, the pure-blooded Baalite tribes soon united against the



Chapter Approved Arnius Lord Q ninety eight

Pre-Heresy Blood Angels colour scheme

Contemporary Blood Angels Codex power armour

Tactical Marine helmet colour

Devastator Marine helmet colour

Assault Marine helmet colour

Honour Guard helmet colour

Chapter symbol

Inferno pistol

3rd Company shoulder plate: Chapter badge iconography

3rd Company Sergeant shoulder plate: Chapter badge iconography

2nd Company shoulder plate: Chapter badge iconography

Blood Angels Legion, Progenitor Legion MJI

Grail: Blood Angels Holy Relic

Blood Angels Sanguinary Priest

Blood Angels Death Company Space Marine

Blood Angels Honour Guard Assault Marine

Thought for the day: What is a lifetime of servitude next to an eternity of damnation?

31

GW0001618

**Exhibit 101-A-3**

[Plaintiff's Exhibit A, Entry No. 101 – 80% actual size]

GW allegedly infringed work: "Index Astartes II 2002, page 31."



**Exhibit 101 -B**
[Plaintiff's Exhibit A, Entry No. 101]

Photograph of Chapterhouse Studios product No. 101

Warhammer 40,000: Dawn of War                                      http://www.dawnofwargame.com/us/game/index/gameId/1

Platform: **PC**                          Genre: **Strategy**

Release Date: **07/11/06**               Age Rating: **ESRB M**

Ten thousand years have passed since the treasonous acts of Chaos toppled the Golden Age of mankind. Fires burn brightly throughout the galaxies, illuminating carnage and slaughter as mankind defends itself from ancient enemies. Pardoned forces collide with one goal in mind, the complete extermination of their opposition. "Game of the Year" developer, Relic Entertainment, brings the world's most successful tabletop war game to the PC. Control one of four unique races in head-to-head or cooperative multiplayer action, where faith, skill, and strategy are requisites in ruling the universe

Features

- Cinematic quality melee and ranged combat that show battle in detail never before seen in a real time strategy game
- Improved resource model that focuses action on the frontline
- Tactical features, such as cover, squad-based gameplay, morale and hero units, which promotes unit strategy over mass assaults while still allowing for large-scale battles
- 4 unique races, each with their own unique strategies.
- Epic "Single Player Campaign" employing classic storytelling elements of treason and conspiracy.
- 2-8 player multiplayer via LAN or Internet providing endless re-playability.
- New multiplayer features, including customizable squad colors, banners, badges, insignia and names, and the ability to ally with other players.

DOW Platinum
Posted: 02/10/08
Size: 5 05 MB
Duration: 1 13

Warhammer
40,000: Dawn of
War
Release: 07/11/06
Rating: ESRB M

Warhammer 40,000, Dawn of War – Copyright © Games Workshop Limited 2008. Dawn of War, Dawn of War logo, Dawn of War – Winter Assault, Dawn of War – Winter Assault logo, Dawn of War – Dark Crusade, Dawn of War – Dark Crusade logo, Dawn of War – Soulstorm and the Dawn of War – Soulstorm logo, GW, Games Workshop, the Games Workshop logo, Space Marine, 40K, Warhammer, Warhammer 40,000 Device, the Double-headed Eagle device and all associated marks, logos, places, names, creatures, races and race insignia/devices/logos/symbols, vehicles, locations, weapons, units and unit insignia, characters, products, illustrations and images from the Dawn of War game and the Warhammer 40,000 universe are either ®, TM and/or © Games Workshop Ltd 2000-2009, variably registered in the UK and other countries around the world, and used under license. All Rights Reserved. Source Code for the Dawn of War game © 2004 THQ Inc. All Rights Reserved. GameSpy and the "Powered by GameSpy" design are trademarks of GameSpy Industries, Inc. All rights reserved. THQ, Relic Entertainment and their respective logos are trademarks and/or registered trademarks of THQ Inc. All other trademarks, logos and copyrights are property of their respective owners.

**Exhibit 101-A-4**

[Plaintiff's Exhibit A, Entry No. 101– 80% actual size]

GW allegedly infringed work: "http://www.dawnofwargame.com/us/game/index/gameId/1."



**Exhibit 101 -B**
[Plaintiff's Exhibit A, Entry No. 101]

Photograph of Chapterhouse Studios product No. 101

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Blood Raven Terminator Shoulder Pad



# CHAPTERHOUSE
## STUDIOS

NEWS   ABOUT US   CONTACT   FORUM   GALLERY   COMMISIONS

Search | Search

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
  - Heads
  - Jump packs
  - Kits for Space Marine Vehicles
  - Shields
  - **Shoulder Pads**
  - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

## Blood Raven Terminator Shoulder Pad

Product Code: Blood Raven Terminator
ShoulderPad
Reward Points: 0
Availability: 32

### Price: $1.00

Qty: 1

Add to Cart

1 reviews | Write a review

Share

| Description | Reviews (1) |

This is a single pewter shoulder pad with a eagle or raven on the surface, the wings of the bird are surrounding a blood drop or gem.

Designed to fit on Games Workshop Space Marine® Terminator figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Blood Raven Terminator Shoulder Pad



We accept PayPal     About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy     2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 102 |



GW0001727

**Exhibit 102-A-1**

[Plaintiff's Exhibit A, Entry No. 102 - 80% actual size]

GW allegedly infringed work: "The Art of Warhammer 40,000 2006, page 71."



**Exhibit 102 -B**
[Plaintiff's Exhibit A, Entry No. 102]

Photograph of Chapterhouse Studios product No. 102



**Exhibit 102-A-2**

[Plaintiff's Exhibit A, Entry No. 102 - 80% actual size]

GW allegedly infringed work: "Forge World sells a Blood Raven decal/transfer sheet on its website."



**Exhibit 102 -B**
[Plaintiff's Exhibit A, Entry No. 102]

Photograph of Chapterhouse Studios product No. 102

inspiring awe and devotion from the lesser beings beneath.

A single year after his discovery at Angel's Fall, Sanguinius stood taller than any man the tribes of Baal's shrivelled moons had ever seen. His form was perfection, his beauty such that many could not look upon him lest their impure gaze be blinded. He could walk under the fiercest rays of the sun whilst his adoptive family scuttled at his feet, encumbered by the weight of their rad-suits. He could smash a path through a rockfall with the blade of his hand, best wild animals with but a glance and soar high into the sky on his mighty wings to observe the land below from the perspective of a god.

As Sanguinius reached maturity, the tribe prospered and grew under his guidance.

The transcription of Baalite myth provided by the ancient and venerable scholar Hyriontericus Lucidio (2342345M33) has been preserved with the greatest care since its internment in the altar-tomes of the Blood Angels. Hence, the following quote remains in its rawest form, transcribed from the words of Elder Imrait'il'thax directly into Lucidio's Baalite Scripture.

*"They, the cannibal-mutants, numbered in their hundreds, far more than we. Blade sprouted from mouth, curdled eye stared, buckled hand clutched rusted sword. We knew death in that moment. Then the Angel started his work.*

*He, the Pure One, wanted no harm to befall us. He raged, at first a white, blazing light, then, as death walked beside him, a terrible red thing. His eyes and crown seemed to burn, intense, a corona of bright violence, a sandstorm of destruction. We were caught in the deadly beauty of his dance. And then there were no mutants, only silence, and he stood before us, dripping, still as the cairn."*

Sanguinius soon rose to the pinnacle of society upon Baal Secundus, and under his leadership, the pure-blooded Baalite tribes soon united against the



Blood Angels Sanguinary Priest    Blood Angels Death Company Space Marine    Blood Angels Honour Guard Assault Marine

GW0001618

**Exhibit 102-A-3**
[Plaintiff's Exhibit A, Entry No. 102 - 80% actual size]

GW allegedly infringed work: "Index Astartes II 2002, page 31."



**Exhibit 102 -B**
[Plaintiff's Exhibit A, Entry No. 102]

Photograph of Chapterhouse Studios product No. 102

Warhammer 40,000: Dawn of War        http://www.dawnofwargame.com/us/game/index/gameId/1

Platform: **PC**

Release Date: 07/11/06

Genre: **Strategy**

Age Rating: ESRB M

Ten thousand years have passed since the treasonous acts of Chaos toppled the Golden Age of mankind. Fires burn brightly throughout the galaxies, illuminating carnage and slaughter as mankind defends itself from ancient enemies. Hardened forces collide with one goal in mind, the complete extermination of their opposition. "Game of the Year" developer, Relic Entertainment, brings the world's most successful tabletop war game to the PC. Control one of four unique races in head-to-head or cooperative multiplayer action, where faith, skill, and strategy are requisites in ruling the universe.

Features

- Cinematic quality melee and ranged combat that show battle in detail never before seen in a real time strategy game
- Improved resource model that focuses action on the frontline
- Tactical features, such as cover, squad-based gameplay, morale and hero units, which promotes real strategy over mass assaults while still allowing for large-scale battles
- 4 unique races, each with their own unique strategies.
- Epic 'Single Player Campaign' employing classic storytelling elements of treason and conspiracy.
- 2-8 player multiplayer via LAN or Internet providing endless re-playability.
- New multiplayer features, including customizable squad colors, banners, badges, insignia and names, and the ability to ally with other players.

DOW Platinum
Posted: 02/10/08
Size: 5.06 Mb
Duration: 1:13

Warhammer 40,000: Dawn of War
Release: 07/11/06
Rating: ESRB M

Warhammer 40,000: Dawn of War – Copyright © Games Workshop Limited 2009. Dawn of War, the Dawn of War logo, Dawn of War – Winter Assault, Dawn of War – Winter Assault logo, Dawn of War – Dark Crusade, Dawn of War – Dark Crusade logo, Dawn of War – Soulstorm and the Dawn of War – Soulstorm logo, GW, Games Workshop, the Games Workshop logo, Space Marine, 40K, Warhammer, Warhammer 40,000 Device, the Double-headed Eagle device and all associated marks, logos, places, names, creatures, races and race insignia/devices/logos/symbols, vehicles, locations, weapons, units and unit insignia, characters, products, illustrations and images from the Dawn of War game and the Warhammer 40,000 universe are either ©, ™ and/or © Games Workshop Ltd 2000-2009, variably registered in the UK and other countries around the world, and used under license. All Rights Reserved. Source Code for the Dawn of War game © 2004 THQ Inc. All Rights Reserved. GameSpy and the "Powered by GameSpy" design are trademarks of GameSpy Industries, Inc. All rights reserved. THQ, Relic Entertainment and their respective logos are trademarks and/or registered trademarks of THQ Inc. All other trademarks, logos and copyrights are property of their respective owners.

**Exhibit 102-A-4**

[Plaintiff's Exhibit A, Entry No. 102 – 80% actual size]

GW allegedly infringed work: "http://www.dawnofwargame.com/us/game/index/gameId/1."



**Exhibit 102-B**
[Plaintiff's Exhibit A, Entry No. 102]

Photograph of Chapterhouse Studios product No. 102

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Blood Raven Power Armor Shoulder Pad



# CHAPTERHOUSE
## STUDIES

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits ◀

Knight Praetorius TRU-Scale
Figure Kits

Imperial Guard Compatible ◀
Bits

Space Marine Compatible ▼
Bits

 - Heads
 - Jump packs
 - Kits for Space Marine
 Vehicles
 - Shields
 - **Shoulder Pads**
 - Weapons

Tau Compatible Bits ◀

Tyranid Compatible Bits and ◀
Kits

Super Heavy Kits ◀

Resin Bases & Terrain ◀

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR

Create an Account

Sign up for the
ChapterHouse Newsletter!

Search    Search

## Blood Raven Power Armor Shoulder Pad

Product Code: Blood Raven Power Armor
Shoulder Pad

Reward Points: 0

Availability: 86

### Price: $1.00

Qty: 1

Add to Cart 🛒

★★★★★  1 reviews  |  Write a
review

Share  🖶 f 🐦

| Description | **Reviews (1)** |

This is a single pewter shoulder pad with a eagle or raven on the surface,  the wings of the bird are
surrounding a blood drop or gem.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood
Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfont, the Chaos logo, Citadel,
Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle
device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge
World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of
Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets,
Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda
Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space
Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors,
Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online,
Warhammer 40K Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names,
races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world,
the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010,
variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended.
All Rights Reserved to their respective owners.

Blood Raven Power Armor Shoulder Pad



We accept PayPal   About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| Entry 103 |



**SPACE WOLVES ARMIES**

## TROOPS

The Grey Hunters and Blood Claws are the real backbone of a Space Wolves force, and a unit of each is a good start when collecting an army. Like all Space Marines they are highly skilled and difficult to take down. To enhance this, it's best to take them in large units, where their numbers increase their chances of survival.

*Grey Hunters pack*

*Blood Claws pack*

*The ubiquitous Rhino armoured personnel carrier.*

## FAST ATTACK & HEAVY SUPPORT

*Long Fangs*

*Leman Russ 'Exterminator'*

*Blood Claws bike pack*

The fast and long-ranged units of the Space Wolves are best used to back up the infantry squads. Bikes can make rapid attacks along the flank, while Long Fangs provide heavy firepower or tank-busting support. The Space Wolves are the only Chapter to use a Leman Russ battle tank, the mobile and deadly 'Exterminator' variant. The Exterminator is perfect for cutting through enemy light vehicle and infantry squads.

19

GW0002493

**Exhibit 103-A-1**

[Plaintiff's Exhibit A, Entry No. 103 - 80% actual size]

GW allegedly infringed work: "Codex Space Wolves 2000, page 19."



**Exhibit 103 -B**
[Plaintiff's Exhibit A, Entry No. **103**]

Photograph of Chapterhouse Studios product No. **103**

Space Wolves Wolf Guard Terminators | Space Wolves | Warhammer 40,000 Armies | Warhammer 40,000 | Games Workshop

# GAMES WORKSHOP

Customer Service ( 1-800-394-4263 | Welcome! | Sign In | Why Register?

**FREE SHIPPING ON ALL ORDERS OVER $50** OFFER DETAILS

🛒 0 item(s) @ $0.00

| WARHAMMER | WARHAMMER 40,000 | THE LORD OF THE RINGS | GAMING | PAINTS & TOOLS | BOOKS | SPECIALIST GAMES | GIFT GUIDE |

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Find a Gift List   Warhammer 40,000 Guide

### WARHAMMER 40,000

**Categories**
- Getting Started
- Warhammer 40,000 Advance Orders
- Warhammer 40,000 New Releases
- Warhammer 40,000: Assault on Black Reach
- Warhammer 40,000 Essentials
- Warhammer 40,000 Armies
  - Blood Angels +
  - Chaos Daemons +
  - Chaos Space Marines +
  - Dark Eldar +
  - Eldar +
  - Grey Knights +
  - Imperial Guard +
  - Necrons +
  - Orks +
  - Sisters of Battle +
  - Space Marines +
  - Space Wolves −
    - Getting Started
    - Army Essentials
    - HQ
    - Elites
    - Troops
    - Dedicated Transports
    - Fast Attack
    - Heavy Support
    - Bitz
    - Novels
    - Space Wolves Articles
  - Tau Empire +
  - Tyranids +
- Warhammer 40,000 Expansions
- Warhammer 40,000 Citadel Finecast
- Warhammer 40,000 Scenery
- Warhammer 40,000 Bitz
- Warhammer 40,000 Collectors
- Warhammer 40,000 Books
- Warhammer 40,000 Articles

🐦 Follow us on Twitter
📘 Follow us on Facebook
🔖 Bookmark & Share
📡 Subscribe to What's New Today

🖨 Print
✉ Email to a Friend

Warhammer 40,000 > Warhammer 40,000 Armies > Space Wolves >
Space Wolves Wolf Guard Terminators

# Space Wolves Wolf Guard Terminators

🐦 Tweet  [135]   🛒 ADD TO CART >

### Space Wolves Wolf Guard Terminators

The Wolf Guard are the hand-picked battle-brothers that fight alongside each Great Company's Wolf Lord. Each has earned his place through some heroic feat of arms. Wolf Guard Terminators are a brotherhood of hulking, nigh-invulnerable champions, each eager to dispense his own particular brand of death.

This box set contains five multi-part plastic Space Wolves Wolf Guard Terminators. This 100-piece set includes: five different leg variations, five torso variants and 13 different shoulder guard variants, and 13 heads. Also included are: four sets of wolf claws, an assault cannon, four thunder hammers and storm shields, a heavy flamer, five storm bolters, three power fists, two chainfists, a frost axe, and a power sword. Models supplied with 40mm round bases.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99120101079

**With this box set you can make the following:**

**Price: $50.00**

Quantity: [ 1 ]

🛒 ADD TO CART >

ADD TO GIFT LIST >

Bookmark & Share

### Have you got?

$74.25   add to cart
**Space Marine Land Raider**

$49.50   add to cart
**Canis Wolfborn**

### Related Articles
- Exclusive Battle Mission: Space Wolves
- Space Wolves - Golden Demon Showcase
- Space Wolves - Sample Armies
- Imperial Guard & Bitz & boxing materials
- Getting Started with Space Wolves
- Saga Of The Great Wolf

**Exhibit 103-A-2**
[Plaintiff's Exhibit A, Entry No. 103 - 80% actual size]

GW allegedly infringed work: "http://www.games-workshop.com/gws/catalog/
productDetail.jsp?catId=cat440177a&prodId=prod260002a&rootCatGameStyle=."



**Exhibit 103 -B**
[Plaintiff's Exhibit A, Entry No. **103**]

Photograph of Chapterhouse Studios product No. **103**

Forge World

Log in / Register | Help
Basket (2 products £0.00) | Checkout
Search our products  [Go]

New Stuff   Warhammer 40,000   Aeronautica Imperialis   Epic 40,000   Warhammer Forge   Battlefleet Gothic   Modeling Supplies        Designers   Events

Home • Warhammer 40,000 • SPACE WOLVES RHINO DOORS AND FRONT PLATE

SPACE WOLVES RHINO DOORS AND FRONT PLATE (PRODUCT CODE : IA-ISM-A-010)



2 finely detailed replacement doors and 1 replacement front plate for the plastic Mk0 Rhino kit depicting Space Wolf iconography. Sculpted by Simon Egan.

£10.20

Qty [1]

[BUY NOW]

Add to wishlist

Tell a friend

□ SHARE ■ ⬚ ⊡ _ i

REGIONAL FREQUENTLY ASKED QUESTIONS

Contact us on 0115 91881// from the UK.  for more contact details click here
Copyright © Games Workshop Limited 2000-2311. All Rights Reserved. Games Workshop logo, the Games Workshop, the Forge World, Warhammer and the Warhammer 40,000 device are either ®, TM and/or © Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. All Rights Reserved. Games Workshop Ltd, Willow Road, Lenton, Nottingham, NG7 2WS. Registered in England and Wales - Company No. 01467092. VAT No. GB 563653421

**Exhibit 103-A-3**
[Plaintiff's Exhibit A, Entry No. 103 - 80% actual size]

GW allegedly infringed work: "Forge World sells a Space Wolves conversion pack for the Rhino."



**Exhibit 103 -B**
[Plaintiff's Exhibit A, Entry No. 103]

Photograph of Chapterhouse Studios product No. 103

Imperium with little further bloodshed. The wounds Alpharius had suffered healed quickly, but it seems that rather than sending his discovery straight back to Terra to meet the Emperor, Horus kept the Primarch with him for some months. Horus was most impressed with Alpharius' remarkable success against his cruiser – trapping it, boarding and then penetrating right to the bridge – and during this time he allowed his new found brother to take tactical command in the various actions that occurred. Alpharius was clearly just as impressed with Horus – with the huge martial power he wielded and with his instinct for when and when not to use it.

Eventually, Alpharius was taken back to the epicentre of the ever-expanding Imperium and reunited with the Emperor. There was the usual rejoicing, pomp and circumstance, but records on Terra suggest that the two spent little time together. Alpharius was quickly sent to take command of his legion, while the Emperor had many pressing affairs of state. The Alpha Legion, as it was now named, was the last of the Adeptus Astartes Legions to be created. With astounding prescience, the Emperor had ordered their founding just a few decades before. The new Space Marines were tall and strong, much reminiscent of their Primarch, and were possessed of a cunning intelligence.

Alpharius led his army, created in his image, to the outer reaches of the Imperium, eager to join battle and emulate the glories of the older legions. His first campaigns were well planned and highly successful, and he worked to develop and mould his legion's tactics. He advocated that the best attack comes from many directions at once, assaulting the foe on all sides, in every way. He insisted on having options open, never relying on any one thing, individual person or single victory to win the day. He was always prepared with a back-up plan, a flanking force was always in perfect position, and Alpha Legion infiltrators invariably struck behind enemy lines at just the right moment.



Pre-Heresy Alpha Legion colour scheme

Post-Heresy Alpha Legion colour scheme

Alpha Legion shoulder pad iconography

Post-Heresy Alpha Legion Space Marine with heavy bolter

Post-Heresy Alpha Legion Terminator

Alpha Legion iconography applied to boltgun

Example of Alpha Legion cult markings

GW0001181

**Exhibit 103-A-4**

[Plaintiff's Exhibit A, Entry No. 103 - 80% actual size]

GW allegedly infringed work: "Index Astartes IV, 2004, page 31."



**Exhibit 103 -B**
[Plaintiff's Exhibit A, Entry No. 103]

Photograph of Chapterhouse Studios product No. 103

**Exhibit 103-A-5**
[Plaintiff's Exhibit A, Entry No. 103 - 80% actual size]

GW allegedly infringed work: "Forge World sells an Alpha Legion Land Raider
conversion kit on its website."



**Exhibit 103 -B**
[Plaintiff's Exhibit A, Entry No. 103]

Photograph of Chapterhouse Studios product No. 103

ceremony of the celebrations that a stranger appeared at the gates to Vulkan's settlement. All he asked was to be allowed to take part in the contests and, though he would not say where he had come from, he was allowed to compete. His skin was pale and his garb outlandish, though all could see that he was a powerful figure. He announced to the gathered spectators that he could best any man in any contest. The gathered crowds laughed uproariously, believing that none could be more superior in intellect,

physique or skill than their superhuman leader. Vulkan and the stranger wagered that whoever lost was to swear eternal obedience to the victor.

The competitions lasted for eight days and included many feats of strength and endurance. At the anvil lift, even the strongest men could only hold an anvil above their head for an hour and a half, but Vulkan and the stranger carried the heavy anvil aloft for half a day before the judges declared the contest a draw

so that they could proceed to the next event. And so it was that they were almost equally matched in skill and strength. Occasionally one would slightly best the other, but when it came to the start of the final event, the salamander slaying, they were evenly matched. Each had a day and a night to forge a weapon with which to hunt down the largest salamander they could find. Whoever could bring back the heaviest carcass would win the wager and the eternal allegiance of the other.





**Exhibit 103 -B**
[Plaintiff's Exhibit A, Entry No. 103]

Photograph of Chapterhouse Studios product No. 103



GW0002420

**Exhibit 103-A-7**
[Plaintiff's Exhibit A, Entry No. 103 - 80% actual size]

GW allegedly infringed work: "Space Marine Collector's Guide 2003, page 32."



**Exhibit 103 -B**
[Plaintiff's Exhibit A, Entry No. 103]

Photograph of Chapterhouse Studios product No. 103

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Dragon Rhino Door Kit



## CHAPTERHOUSE STUDIOS

unofficial | edition

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search | Search |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- **Kits for Space Marine Vehicles**
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR

Create an Account

**Sign up for the ChapterHouse Newsletter!**

### Dragon Rhino Door Kit

Product Code: Dragon Rhino Door Kit

Reward Points: 0

Availability: 87

**Price: $11.00**

Qty: 1

Add to Cart

0 reviews | Write a review

Share

| Description | Reviews (0) |

This resin kit consist of 3 resin components that fit on the Space Marine® Rhino chassis - 2 side doors and 1 front armor panel.

The Dragon rhino door kit was designed to replace the standard doors and front panel on the Games Workshop Space Marine Rhino. Incorporating original art work, each piece allows you to add further detail to your model by adding images of dragons to your vehicle.

This kit is designed to fit on Games Workshop Space Marine® Rhino kit.

Display models shown assembled with Games Workshop models for compatibility purposes and is supplied unpainted.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol device, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, 'Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Dragon Rhino Door Kit



We accept  PayPal    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| Entry 104 |



Exhibit 104-A-1
[Plaintiff's Exhibit A, Entry No. 104 - 80% actual size]

GW allegedly infringed work: "Codex Space Wolves 2000, page 19."



**Exhibit 104 -B**
[Plaintiff's Exhibit A, Entry No. 104]

Photograph of Chapterhouse Studios product No. 104



**Exhibit 104-A-2**

[Plaintiff's Exhibit A, Entry No. 104 - 80% actual size]

GW allegedly infringed work: "http://www.gamesworkshop.
com/gws/catalog/productDetail.jsp?catId=cat440177a&prodId=prod26000
2a&rootCatGameStyle=."



**Exhibit 104 -B**
[Plaintiff's Exhibit A, Entry No. 104]

Photograph of Chapterhouse Studios product No. 104

# Space Wolves Venerable Dreadnought

SPACE WOLVES VENERABLE DREADNOUGHT
9911010101004  £25 complete

**SPACE WOLVES SARCOPHAGUS**
9947010100410  £4

**LIGHTNING CLAW ARM**
9947010100413  £3

**SPACE WOLVES DREADNOUGHT BANNER POLE**
9947010100415  £1.50

**LIGHTNING CLAW**
9947010100414  £1

The Space Wolves Dreadnought also requires the lower body, rear body, legs, power plant, assault cannon, auto-launcher and two Dreadnought feet

# Classic Wolf Scouts

**Classic Range**

The models on these pages are no longer available in stores, but are still available inside in your Space Marines Army.

**WOLF SCOUT SERGEANT 1**
9947010105104  £3

**WOLF SCOUT SERGEANT 3**
9947010105103  £3

**WOLF SCOUT BACKPACK**
9947010105101  50p

**WOLF SCOUT SERGEANT 2**
9947010105102  £4

GW0002420

**Exhibit 104-A-3**

[Plaintiff's Exhibit A, Entry No. 104 - 80% actual size]

GW allegedly infringed work: "Space Marine Collector's Guide 2003, page 32."



**Exhibit 104 -B**
[Plaintiff's Exhibit A, Entry No. 104]

Photograph of Chapterhouse Studios product No. 104

Forge World - SPACE WOLVES RHINO DOORS AND FRONT PLATE | Page 1 of 1

# Forge World

New Stuff · Warhammer 40,000 · Aeronautica Imperialis · Epic 40,000 · Warhammer Forge · Battlefleet Gothic · Modelling Supplies · Designers · Events

Home · Warhammer 40000 · SPACE WOLVES RHINO DOORS AND FRONT PLATE

**SPACE WOLVES RHINO DOORS AND FRONT PLATE (PRODUCT CODE : IA-ISM-A-010)**



2 finely detailed replacement doors and 1 replacement front plate for the plastic Mkll Rhino kit depicting Space Wolf iconography. Sculpted by Simon Egan.

£10.20

Qty [1]

BUY NOW

Add to wishlist

Tell a friend

SHARE

Contact us on 0115 916 8177 from the UK. for more contact details click here

Copyright © Games Workshop Limited 2000-2011. All Rights Reserved. Games Workshop, the Forge World, Warhammer and the Warhammer 40,000 device are either ®, TM and/or © Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. All Rights Reserved. Games Workshop Ltd, Willow Road, Lenton, Nottingham, NG7 2WS. Registered in England and Wales - Company No. 01467092. VAT No. GB 523653421

**Exhibit 104-A-4**

[Plaintiff's Exhibit A, Entry No. 104 - 80% actual size]

GW allegedly infringed work: "Forge World sells a Space Wolves conversion pack for the Rhino."



**Exhibit 104 -B**
[Plaintiff's Exhibit A, Entry No. 104]

Photograph of Chapterhouse Studios product No. 104

Individual tank crews sometimes apply an identifying mark to their vehicle.

Predi spon

Drop Pod – employed for planetstrike deployment.

Land Raider – the most heavily armoured Space Marine battle tank.

78 A Company of Wolves

GW0002425

**Exhibit 104-A-5**
[Plaintiff's Exhibit A, Entry No. 104 - 80% actual size]

GW allegedly infringed work: "Warhammer 40,000 Space Wolves 2009, page 78."



**Exhibit 104 -B**
[Plaintiff's Exhibit A, Entry No. 104]

Photograph of Chapterhouse Studios product No. 104

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Conversion Kit #2 for Space Wolf Rhino



**CHAPTERHOUSE**
STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- **Kits for Space Marine Vehicles**
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR

Create an Account

**Sign up for the ChapterHouse Newsletter!**

Search   Search

## Conversion Kit #2 for Space Wolf Rhino

Product Code: Conversion Kit #2 for Space Wolf Rhino

Reward Points: 0

Availability: 47

**Price: $17.00**

Qty: 1

Add to Cart

0 reviews  |  Write a review

Share

| **Description** | **Reviews (0)** |

This is a resin conversion kit that can be used to decorate the current Games Workshop Space Marine rhino with wolf furs, skulls and runic symbols. The kit includes 4 extra armor panels, 2 side doors, 1 top hatch, 1 wolf skull for top hatch and 1 front armored panel.

This kit is designed to replace the standard current edition Games Workshop Space Marine® Rhino kit parts.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Conversion Kit #2 for Space Wolf Rhino



We accept    **PayPal**        About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

Entry 105



**Exhibit 105-A-1**

[Plaintiff's Exhibit A, Entry No. 105 - 80% actual size]

GW allegedly infringed work: "Basilica Administratum"



**Exhibit 105-B**
[Plaintiff's Exhibit A, Entry No. 105]

Photograph of Chapterhouse Studios product No. 105



**Exhibit 105-A-2**

[Plaintiff's Exhibit A, Entry No. 105 - 80% actual size]

GW allegedly infringed work: "Realm of Battle board"



**Exhibit 105-B**
[Plaintiff's Exhibit A, Entry No. 105]

Photograph of Chapterhouse Studios product No. 105

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Tactical Skull Rhino Door Kit



# CHAPTERHOUSE
## STUDIOS

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

- Heads
- Jump packs
- **Kits for Space Marine Vehicles**
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR

Create an Account

**Sign up for the ChapterHouse Newsletter!**

NEWS   ABOUT US   CONTACT   FORUM   GALLERY   COMMISIONS

Search

## Tactical Skull Rhino Door Kit

Product Code: Tactical Skull Rhino Door Kit

Reward Points: 0

Availability: 39

**Price: $11.00**

Qty: 1

Add to Cart

1 reviews | Write a review

Share

**Description**   **Reviews (1)**

This is a resin conversion kit that can be used to decorate the current Games Workshop Space Marine rhino with arrows and skulls. The kit includes 2 side doors and 1 top hatch.  Space Marines frequently use arrows to denote tactical squads.

This kit is designed to replace the standard current edition Games Workshop Space Marine® Rhino kit parts.

Independant Review by a customer is available to watch Here.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Tactical Skull Rhino Door Kit



| **Plaintiff's Exhibit A** |
|---|
| Entry 106 |



GW0001726

**Exhibit 106-A-1**
[Plaintiff's Exhibit A, Entry No. 106 - 80% actual size]

GW allegedly infringed work: "The Art of Warhammer 40,000 2006, page 70."



**Exhibit 106 -B**
[Plaintiff's Exhibit A, Entry No. 106]

Photograph of Chapterhouse Studios product No. 106

# WORK NOT PRODUCED

**Exhibit 106-A-2**
[Plaintiff's Exhibit A, Entry No. 106]

GW allegedly infringed work: "(CL Bro of Snake / Clint Langley / Black Library / 2007)."



**Exhibit 106 -B**
[Plaintiff's Exhibit A, Entry No. 106]

Photograph of Chapterhouse Studios product No. 106

# Chapterhouse Studios website screenshot
(www.chapterhousestudios.com)

Iron Snakes Rhino Accessory Kit



# CHAPTERHOUSE
## STUDIOS

NEWS   ABOUT US   CONTACT   FORUM   GALLERY   COMMISIONS

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- **Kits for Space Marine Vehicles**
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

Search  Search

## Iron Snakes Rhino Accessory Kit

Product Code: Iron Snakes Rhino Accessory Kit

Reward Points: 0

Availability: 35

### Price: $16.50

Qty: 1

Add to Cart

★★★★★  2 reviews  |  Write a review

Share

**Description**   **Reviews (2)**

This resin kit consist of 8 resin components that fit on the Space Marine® Rhino chassis - 2 side doors, 1 top hatch, 4 scaled extra armor panels and 1 front armor panel.

The Iron Snake rhino accessory kit was designed to replace the standard doors and front panel on the Games Workshop Space Marine Rhino.   Incorporating original art work, each piece allows you to add further detail to your model by adding images of snakes, shields and spears to your vehicle.

This kit is designed to fit on Games Workshop Space Marine® Rhino kit.

Display model shown assembled with Games Workshop Space Marines® model for compatibility purposes.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Iron Snakes Rhino Accessory Kit



We accept  **PayPal**    About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy    2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

**Entry 107**

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright."

**Exhibit 107 -A**
[Plaintiff's Exhibit No. 107]

GW allegedly infringed work: N/A



**Exhibit 107-B**
[Plaintiff's Exhibit No. 107]

Photograph of Chapterhouse Studios Product No. 107

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Spartan Marine Heads - 5



## CHAPTERHOUSE STUDIOS

NEWS    ABOUT US    CONTACT    FORUM    GALLERY    COMMISIONS

Search  Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale
Figure Kits

Imperial Guard Compatible
Bits

Space Marine Compatible
Bits

- **Heads**
- Jump packs
- Kits for Space Marine
  Vehicles
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and
Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the
ChapterHouse Newsletter!**

### Spartan Marine Heads - 5

Product Code: Spartan Marine Heads - 5
Reward Points: 0
Availability: 26

**Price: $5.50**

Qty: 1

Add to Cart

3 reviews  |  Write a review

Share

| Description | Reviews (3) |

This is a single pewter sprue of 5 different spartan armored heads that are scaled to be compatible with Games Workshop Space Marine® models.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Spartan Marine Heads - 5



We accept  PayPal    About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy    2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| **Entry 108** |

GW identifies but has failed to produce the following allegedly infringed works: p154 Warhammer 40,000 rulebook 2008; p7 Codex Eldar 1999..

GW produced the following allegedly infringed works on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: p26 Codex Eldar 2006; p23 Codex Eldar 2006.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.



**Exhibit 108-A-1**
[Plaintiff's Exhibit A, Entry No. 108 – 80% actual size]

GW allegedly infringed work: "image from Dawn of War shown on a Relic wiki"



**Exhibit 108-B**
[Plaintiff's Exhibit No. 108]

Photograph of Chapterhouse Studios Product No 108

Eldar Farseer with Spear and Skuriken Pistol | HQ | Eldar | Warhammer 4...    http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=c...

# GAMES WORKSHOP ®

Customer Service  1-800-394-4263 | Welcome! | Sig

**FREE SHIPPING ON ALL ORDERS**

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Find a Gift List

Product:

Warhammer 40,000   Warhammer 40,000 Armies   Eldar   HQ
Eldar Farseer with Spear and Skuriken Pistol

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Blood Angels
Chaos Daemons
Chaos Space Marines
Dark Eldar
Eldar
Getting Started
Army Essentials
HQ
Elites
Troops
Fast Attack
Heavy Support
Bitz
Novels
Eldar Articles
Grey Knights
Imperial Guard
Necrons
Orks
Sisters of Battle
Space Marines
Space Wolves
Tau Empire
Tyranids
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Books
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

# Eldar Farseer with Spear and Skuriken Pistol

Tweet   Like  3

ADD TO CART

**Have you**

$37.25
**Eldar Dire Avengers A**

$33.00
**Eldar Farseer and War**

**Eldar Farseer with Spear and Skuriken Pistol**

Farseers are masters of prediction, studying the manifold consequences of the smallest decision and guiding their people to victory. In times of war they uncover an enemy's intention and guide him to his doom. Farseers fight with powerful psychic powers and can obliterate an enemy leaders mind or hurl a battle tank into the air.

This set contains 1 metal Farseer with Spear and Skuriken Pistol.

Availability:  Usually ships within 24 hours.
Part Code:  99060104068

**Price: $15.00**

Quantity: | 1 |

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

With this box set you can make the following:

**Farseer**

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| | 5 | 5 | 3 | 3 | 3 | 5 | 1 | 10 | - |

**Unit Composition:** 1 Farseer.

1 of 2

2/11/2012 11:56 AM

**Exhibit 108-A-2**

[Plaintiff's Exhibit A, Entry No. 108 – 80% actual size]

GW allegedly infringed work: "Standard Eldar helmet" (http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat440239a&prodId=prod1060055)



**Exhibit 108-B**
[Plaintiff's Exhibit No. 108]

Photograph of Chapterhouse Studios Product No 108



**Exhibit 108-A-3**

[Plaintiff's Exhibit A, Entry No. 108 – 80% actual size]

GW allegedly infringed work: http://www.games-
workshop.com/gws/content/article.jsp?categoryId=&pIndex=1&aId=9000012a&start=2



**Exhibit 108-B**
[Plaintiff's Exhibit No. 108]

Photograph of Chapterhouse Studios Product No 108

# FARSEER

The Path of the Seer is the most dangerous and convoluted path of all, for psykers are intimately connected with Warp space. To proceed too quickly along the Witch Path would be to invite the most heinous damnation, as the minions of the Great Enemy lurk within the Warp ready to rend the souls of overambitious Seers. Furthermore, the Witch Path itself can entrap an adherent for the rest of his life. Just as Eldar who are trapped on the Warrior Path become Exarchs, so Seers who progress too far along the Witch Path become Farseers.

Farseers are masters of prediction, and are the eldest and most experienced of a craftworld's advisors. Even in battle they can perform their divinations, casting the complex wraithbone runes of the Eldar and interpreting changes in the glowing icons as they orbit around them. In this way the Farseers explore the myriad skeins of past and future, studying the manifold consequences of the smallest decision the better to guide their people to victory.

Just as the Farseers guide the fate of the craftworlds, so they guide their armies in times of war. A Farseer can uncover the enemy's intentions, calculate the likely effects of his clumsy attacks, and guide him to his doom. The Farseer himself fights with a grace that makes the enemy seem predictable and slow, flowing around blasts of fire without breaking stride. So powerful is a Farseer that he can obliterate an enemy leader's mind or hurl a battle tank into the air. In the crucible of battle, Farseers shape the future with the skill of master craftsmen – their tools are the warriors they lead, and their clay the flesh of those who oppose them.



|         | WS | BS | S | T | W | I | A | Ld | Sv |
|---------|----|----|---|---|---|---|---|----|----|
| Farseer | 5  | 5  | 3 | 3 | 3 | 5 | 1 | 10 | –  |

## SPECIAL RULES
**Fleet of Foot, Independent Character.**

**Psychic Powers:** A Farseer is a psyker and must choose between 1 and 4 Farseer psychic powers. A Farseer can use a single psychic power per turn.

## WARGEAR
**Rune Armour:** All Farseers wear a wraithbone breastplate shaped into runic forms that ward off enemy attacks. A model wearing rune armour has a 4+ invulnerable save.

**Ghosthelm:** A Farseer's ghosthelm incorporates intricate crystalline psychic circuitry that masks their spirit in the Warp. If a Farseer suffers a Perils of the Warp attack his ghosthelm will prevent it on a D6 roll of 3+.

**Runes of Warding:** A Farseer can use runes of warding to throw up psychic interference to hinder his foe. All enemy Psychic tests must be taken on 3D6, suffering a Perils of the Warp attack on any roll of 12 or above.

**Runes of Witnessing:** A Farseer uses runes of witnessing to guide his second sight along the twisting strands of fate. A Farseer with runes of witnessing rolls 3D6 and discards the highest roll when taking a Psychic test. You must use the lowest two rolls.

**Spirit Stones:** A Farseer can use the power of a spirit stone to charge themselves with psychic energy. A Farseer with spirit stones can use two psychic powers per turn. A Farseer cannot use the same psychic power twice in the same turn.

26

GW0011373

**Exhibit 108-A-4**

[Plaintiff's Exhibit A, Entry No. 108 – 80% actual size]

GW allegedly infringed work: p26 Codex Eldar 2006



**Exhibit 108-B**
[Plaintiff's Exhibit No. 108]

Photograph of Chapterhouse Studios Product No 108



**Exhibit 108-A-5**

[Plaintiff's Exhibit A, Entry No. 108 – 80% actual size]

GW allegedly infringed work: p23 Codex Eldar 2006



**Exhibit 108-B**
[Plaintiff's Exhibit No. 108]

Photograph of Chapterhouse Studios Product No 108

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Doomseer Iyanar-Duanna



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search | Search

### PRODUCTS

- Eldar Compatible Bits
  - **28mm Figures**
  - Jetbike Conversion Kits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

---

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

## Doomseer Iyanar-Duanna

Product Code: Doomseer Iyanar-Duanna
Reward Points: 0
Availability: 11

### Price: $13.50

Qty: 1

Add to Cart

★★★☆☆     3 reviews  |  Write a review

Share

---

**Description**  **Reviews (3)**

Doomseer Iyanar-Duanna is cursed with the ability to forsee the slow death of her race. She shares the ability of all seers, to see the path of her race, but is only able to see the deaths of her people and nothing else. She was psychically scarred when she witnessed the death of an entire world-ship, she is now doomed to spend every moment of her life tracking down the creature responsible.

The "Doomseer" is only available from Chapterhouse Studios. The unpainted 28mm scale pewter model consist of 5 pieces - body and 4 variant arms. A 25mm slotted base is included.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, the Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Wormaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

http://chapterhousestudios.com/index.php?route=product/product&path=118_119&product_id=157[8/10/2012 1:18:01 PM]

Doomseer Iyanar-Duanna

**Plaintiff's Exhibit A**

**Entry 109**

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright."

**Exhibit 109-A**
[Plaintiff's Exhibit A, Entry No. 109 – 80% actual size]

GW allegedly infringed work: "The product implicates trademark issues only, not copyright."



**Exhibit 109-B**
[Plaintiff's Exhibit A, Entry No. 109

Photograph of Chapterhouse Studios Product No. 109

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Wheeled Conversion Kit for Chimera



Wheeled Conversion Kit for Chimera



We accept **PayPal**    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy            2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

**Entry 110**



**Exhibit 110-A**

[Plaintiff's Exhibit A, Entry No. 110 – 80% actual size]

GW allegedly infringed work:  Eldar Howling Banshee model.