# CHS PRODUCT NOT YET AVAILABLE

**Exhibit 110-B**
[Plaintiff's Exhibit A, Entry No. 110]

| **Plaintiff's Exhibit A** |
| **Entry 111** |

GW identifies but has failed to produce the following allegedly infringed work: p37 Codex Grey Knights 2010.



Stormraven Gunship | Heavy Support | Blood Angels | Warhammer 40,000...    http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId...

# GAMES WORKSHOP®

Customer Service   1-800-394-4263 | Welcome! | Sig

**FREE SHIPPING ON ALL ORDERS**

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Find a Gift List

Product

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Blood Angels
Getting Started
Army Essentials
HQ
Elites
Troops
Dedicated Transports
Fast Attack
Heavy Support
Biz
Nove's
Blood Angels Articles
Chaos Daemons
Chaos Space Marines
Dark Eldar
Eldar
Grey Knights
Imperial Guard
Necrons
Orks
Sisters of Battle
Space Marines
Space Wolves
Tau Empire
Tyranids
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Biz
Warhammer 40,000 Collectors
Warhammer 40,000 Books
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Warhammer 40,000   Warhammer 40,000 Armies   Blood Angels   Heavy Support
Stormraven Gunship

# Stormraven Gunship

Tweet      Like   376          ADD TO CART

**Stormraven Gunship**

The Stormraven Gunship is an armoured versatile craft that combines the role of dropship, armoured transport and strike craft.

This multi-part plastic kit contains 116 components including every option available for the Stormraven from heavy bolters, assault cannons and plasma cannons through to Bloodstrike missiles and a modified magna-grapple. The kit also comes with full interior detail, which can be painted prior to assembly, and a clear plastic cockpit window through which you can see the pilot and the turret gunner.

This kit contains one Stormraven Gunship, a Flying Stem and a Large Oval Base.

**Availability:** Usually ships within 24 hours.
**Part Code:** 9912010108B

**Price: $66.00**

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

Remember the terrified look on your opponents' face when you first fought them with your Blood Angels? Well be prepared to see it again because nothing inspires terror quite like this vehicle - it's a flying red fist of death that's going to punch their army

**Have you**

$33.00
**Blood Angels Death C**

$37.25
**Space Marine Tactical**

$44.50
**Blood Angels Furioso**

**Related A**
○ Blood Angels Sample

1 of 2

2/11/2012 1:16 PM

---

**Exhibit 111-A**

[Plaintiff's Exhibit A, Entry No. 111 – 80% actual size]

GW allegedly infringed work:  Stormraven Gunship



**Exhibit 111-B**
[Plaintiff's Exhibit A, Entry No. 111]

Photograph of Chapterhouse Studios Product No. 111

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

TRU-Scale Extension Kit for Storm Raven Mk1B



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
  - Heads
  - Jump packs
  - Kits for Space Marine Vehicles
  - Shields
  - Shoulder Pads
  - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search | Search

## TRU-Scale Extension Kit for Storm Raven Mk1B

Product Code: TRU-Scale Extension Kit for Storm Raven

Reward Points: 0

Availability: 62

### Price: $20.50

Qty: 1

Add to Cart

10 reviews | Write a review

Share

### Description | Reviews (10)

This is a resin conversion kit to extend the length of the Games Workshop Storm Raven kit. It is composed of 10 pieces - 2 side hulls, 1 bottom hull, 1 upper hull, 1 thruster armor panel, 1 turret armor panel and a 4-piece dreadnought harness.

It is necessary to purchase a Games Workshop Storm Raven model to make use of this TRU-Scale Conversion kit. Model shown is not included and is displayed to illustrate use of the conversion kit.

Extended length of the complete Storm Raven model with the TRU-Scale Conversion kit is just under 12 inches from front of fuselage to end of tail, width and height are unchanged by this kit.

Online Assembly instructions are available here.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40K Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

TRU-Scale Extension Kit for Storm Raven Mk1B



**Plaintiff's Exhibit A**

**Entry 112**



**Exhibit 112-A-1**

[Plaintiff's Exhibit A, Entry No. 112 – 80% actual size]

GW allegedly infringed work:  "Games Workshop sells halberds"



**Exhibit 112-B**
[Plaintiff's Exhibit A, Entry No. 112]

Photograph of Chapterhouse Studios Product No. 112

Grey Knight Terminators | Elites | Grey Knights | Warhammer 40,000 Armie...    http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId.

# GAMES WORKSHOP

Customer Service  1-800-394-4263  Welcome! Sign
FREE SHIPPING ON ALL ORDERS

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Find a Gift List

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000 Assault on
Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Blood Angels
Chaos Daemons
Chaos Space Marines
Dark Eldar
Eldar
Grey Knights
Getting Started
Army Essentials
HQ
Elites
Troops
Fast Attack
Dedicated Transports
Heavy Support
Blitz
Imperial Guard
Necrons
Orks
Sisters of Battle
Space Marines
Space Wolves
Tau Empire
Tyranids
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Collectors
Warhammer 40,000 Books
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New
Today

Print
Email to a Friend

Warhammer 40,000   Warhammer 40,000 Armies   Grey Knights   Elites   Grey Knight Terminators

## Grey Knight Terminators

Tweet      Like   503      ADD TO CART

### Grey Knight Terminators

The Grey Knights are the most mysterious of all the Imperium's many organisations. The most advanced psychosurgery and bioengineering is used to condition them into the mightiest warriors in the galaxy, immune to fear and sights that would destroy the sanity of lesser mortals. The Grey Knights are the unflinching hammer with which the Ordo Malleus smites the forces of Chaos.

Grey Knight Terminators are ranked amongst the elite of the elite, as far above other Space Marines as the Space Marines are above the common run of humanity. Equipped with a wide variety of close combat and ranged weapons, the Grey Knight Terminators are teleported into the thick of battle, where they can catch their foes unawares and set about the task of exterminating them swiftly and efficiently.

Grey Knight Paladins are the boldest, most noble warriors in the Grey Knights Chapter. To rise to such an esteemed rank requires many years of training followed by eight quests, which will see the aspirant fight the most vicious daemonic foes with little more than his sword and his faith. Upon the completion of his quests, the new Paladin will be bound to protect one of the Chapter's Grand Masters, taking to the field of battle wherever the fighting is thickest.

**Price: $50.00**
Quantity: 1
ADD TO CART
ADD TO GIFT LIST
Bookmark & Share

**Have you**

$58.00
Stormraven Gunship

$33.25
Lord Kaldor Draigo

**Related A**
• Grey Knights Getting

1 of 2

2/11/2012 12:06 PM

**Exhibit 112-A-2**
[Plaintiff's Exhibit A, Entry No. 112 – 80% actual size]

GW allegedly infringed work:  http://www.gamesworkshop.com/gws/
catalog/productDetail.jsp?prodId=prod1160008a



**Exhibit 112-B**
[Plaintiff's Exhibit A, Entry No. 112]

Photograph of Chapterhouse Studios Product No. 112



GW0002030

**Exhibit 112-A-3**
[Plaintiff's Exhibit A, Entry No. 112 – 80% actual size]

GW allegedly infringed work: "Horus Heresy: Collected Visions, p152."



**Exhibit 112-B**
[Plaintiff's Exhibit A, Entry No. 112]

Photograph of Chapterhouse Studios Product No. 112

# Chapterhouse Studios website screenshot
(www.chapterhousestudios.com)

Gun-Halberds - 5



# CHAPTERHOUSE
## STUDIOS

NEWS    ABOUT US    CONTACT    FORUM    GALLERY    COMMISIONS

Search  Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- Shoulder Pads
- **Weapons**

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

## Gun-Halberds - 5

Product Code: Gun-Halberds - 5
Reward Points: 0
Availability: 14

**Price: $6.00**

Qty: 1

Add to Cart

0 reviews  |  Write a review

Share

### Description    Reviews (0)

The Gun-Halberd (or Spear-Bolter) is a weapon of skill and power.  The power-spear incorporates a long range Bolter to allow a ranged attack as well as a close combat attack.  This kit can also be used as nemesis force weapons for grey knight models or custodes conversions.

The dimensions of each spear 65mm long and 20 mm at the widest point.

Each set consist of 5 resin weapons.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Gun-Halberds - 5



| **Plaintiff's Exhibit A** |
| **Entry 113** |

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: p71 Codex Space Marines 2008.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.



**Exhibit 113-A-1**

[Plaintiff's Exhibit A, Entry No. 113 – 80% actual size]

GW allegedly infringed work:  Conversion Beamer



**Exhibit 113-B**
[Plaintiff's Exhibit A, Entry No. 113]

Photograph of Chapterhouse Studios Product No. 113



**Exhibit 113-A-2**

[Plaintiff's Exhibit A, Entry No. 113 – 80% actual size]

GW allegedly infringed work:  Conversion Beamer



**Exhibit 113-B**
[Plaintiff's Exhibit A, Entry No. 113]

Photograph of Chapterhouse Studios Product No. 113

# MASTER OF THE FORGE

The Master of the Forge is the Chapter's most senior Techmarine, charged with the maintenance of the Chapter's fleet of armoured fighting vehicles, such as Rhinos, Land Raiders and Predators. His knowledge of the arcane sciences has been refined over centuries of service, and rivals that of the senior Tech-priests of Mars. Indeed, a Master of the Forge's skill has been honed to a point where he can recognise a machine spirit's ailment with but a glance and the cause of its intemperance from the merest whisper of its tortured mantra of function.

Such uncanny, and perhaps unnatural, skill conspires to make the Master of the Forge something of an outcast in most Chapters. Though he is part of the Chapter Council, the Master of the Forge is an outsider to all save his subordinate Techmarines, whose company is shunned in all matters save those that pertain to his beloved mechanicals.

This isolation serves only to lead a Master of the Forge further down the path of eccentricity. Surrounded by tongueless machines and witless Servitors, his own voice becomes atrophied. On such rare occasions as a Master of the Forge does speak, it is in clipped and monotonous tones, coldly and discomfortingly precise in detail and delivery.

Not all Space Marine Chapters treat with their Master of the Forge in this way. Some, such as the Mentors, the Praetors of Orpheus and the Astral Knights, embrace the dwindling technologies of Mankind without superstition and, in the case of the Iron Hands, with gusto.

In these Chapters, the Master of the Forge is a personage honoured no less than the Chapter Master himself. Such cases are few. Indeed, for one Chapter to embrace the vision and purpose of a Master of the Forge is to invite suspicion from many of its more conventional brothers.

In addition to his responsibilities to the armoury, a Master of the Forge is also tasked with the conservation of any arcane mechanical relics to which his Chapter is heir. The oldest and most famous Chapters have many such technological wonders locked within their vaults. Most are so bewilderingly complex that no living man could hope to divine their secrets. Others are forged of secrets so ancient that only an artisan of a Master's knowledge could hope to maintain them without causing harm to himself and anyone else in proximity. If the need is great, a Master of the Forge will take up such a weapon and unleash the fury of Mankind's lost technological might upon the foe.

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Master of the Forge | 4 | 5 | 4 | 4 | 2 | 4 | 2 | 10 | 2+ |

## SPECIAL RULES
**And They Shall Know No Fear, Combat Tactics, Independent Character.**

**Blessing of the Omnissiah, Bolster Defences:** See opposite page.

## WARGEAR
**Servo-arm, Servo-harness:** See opposite page.

**Conversion Beamer:** Incredibly rare pre-Heresy artefacts, conversion beam projectors fire a beam that induces a controlled subatomic reaction in the target, converting its mass into energy. The further away the target, the more deadly the blast, as the beam has time to grow in power.

A shot from a conversion beamer has a different profile depending on how far the target is from the firer. When firing the conversion beamer, measure the distance to the target and place the blast template. Once the final location of a conversion beamer's template has been placed (after scatter) measure to the centre of the blast marker and consult the chart below to determine the effect.

| Range | Strength | AP | Type |
|---|---|---|---|
| up to 18" | 6 | - | Heavy 1, Blast |
| 18" to 42" | 8 | 4 | Heavy 1, Blast |
| 42" to 72" | 10 | 1 | Heavy 1, Blast |
| over 72" | Miss! | n/a | n/a |

GW0011383

**Exhibit 113-A-3**
[Plaintiff's Exhibit A, Entry No. 113 – 80% actual size]

GW allegedly infringed work: p70 Codex Space Marines 2008.



**Exhibit 113-B**
[Plaintiff's Exhibit A, Entry No. 113]

Photograph of Chapterhouse Studios Product No. 113

# TECHMARINE

Ancient pacts sworn between the Adeptus Mechanicus and the Adeptus Astartes allow the Space Marines to send those warriors with an affinity for technology to Mars to train and begin the long, arduous journey of becoming a priest of the Machine God. Without the passing on of such ancient lore, the Space Marines would be unable to make war.

Aspiring Techmarines train for many years on Mars, steeping themselves in rites of activation and hymnals of maintenance; how to call forth a machine spirit or placate its wrath. Techmarines return to their Chapter as aloof and mysterious figures steeped in superstitious awe. From that point forth they are men of dual loyalties, pledged by blood to their Chapter, but bound in mind and spirit to the mysteries of the Mechanicus Omnissiah. This dichotomy ensures that a Techmarine is never again truly trusted by his brothers and is kept at arms length from the Chapter's secrets and rituals.

Despite this suspicion, Techmarines are held in great esteem by their Battle-Brothers who recognise and acknowledge the Techmarines' expertise in the necessary sciences. A Space Marine Chapter would be of little consequence without its many technological tools, and its ancient weapons must be kept in a constant state of readiness – without the Techmarines this would be impossible. Despite their arcane calling, they are warriors first and foremost. Should a vehicle or artefact of technology be lost, the Techmarines will fight for its retrieval as stridently as their brethren would fight to recover a fallen comrade; perhaps, as some suggest, harder.

|           | WS | BS | S | T | W | I | A | Ld | Sv |
|-----------|----|----|---|---|---|---|---|----|----|
| Techmarine | 4 | 4 | 4 | 4 | 1 | 4 | 1 | 8 | 2+ |

## SPECIAL RULES
**Independent Character, Combat Tactics, And They Shall Know No Fear.**

**Blessing of the Omnissiah:** If a Techmarine is in base contact with a damaged vehicle during the Shooting phase, he can attempt to repair it instead of firing. Roll a D6 and add the following modifiers:

| | |
|---|---|
| Each Servitor with a servo-arm in the unit | +1 |
| The Techmarine has a servo-harness | +1 |

The result is 5 or more, then either a Weapon Destroyed result or Immobilised result (owning player's choice) will be repaired. If a Weapon Destroyed result is repaired, that weapon can be fired in the following Shooting phase. The Techmarine cannot repair if gone to ground or falling back.

*"Thus do we invoke the Machine God.*
*Thus do we make whole that which was sundered."*

From the Hymn of Reforging

**Bolster Defences:** Techmarines can increase the effectiveness of cover, reinforcing crumbling walls and re-welding badly-damaged spars. Each Techmarine can bolster a single ruin before the game begins. When you deploy, nominate one ruin in your deployment area for your Techmarine to bolster. The ruin's cover save is increased by one for the duration of the game. For example, a normal ruin (4+ save) so reinforced would offer a 3+ cover save. A ruin can only be bolstered once.

## WARGEAR
**Servo-arm:** Techmarines and Servitors are equipped with powerful servo-arms that can be used for battlefield repairs or even put to use as a weapon. Each Servo-arm grants the model a single extra close combat attack, made separately at Initiative 1 and Strength 8, ignoring Armour Saves.

**Servo-harness:** A servo-harness gives the Techmarine an extra servo-arm (giving him two servo-arm attacks), a plasma cutter (fired in the Shooting phase as a twin-linked plasma pistol, but cannot be used in close combat) and a flamer. In the shooting phase the Techmarine can fire both harness-mounted weapons, or one harness mount and another gun.



GW0011384

**Exhibit 113-A-3**

[Plaintiff's Exhibit A, Entry No. 113 – 80% actual size]

GW allegedly infringed work: p71 Codex Space Marines 2008.



**Exhibit 113-B**
[Plaintiff's Exhibit A, Entry No. 113]

Photograph of Chapterhouse Studios Product No. 113

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Conversion Beamer Weapon and Harness Kit



# CHAPTERHOUSE
## STUDIOS

Search | **Search**

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
  - Heads
  - Jump packs
  - Kits for Space Marine Vehicles
  - Shields
  - Shoulder Pads
  - **Weapons**
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

## Conversion Beamer Weapon and Harness Kit

Product Code: Conversion Beamer Weapon and Harness Kit

Reward Points: 0

Availability: 106

**Price: $11.00**

Qty: [1]

Add to Cart

★★★★★  6 reviews | Write a review

Share

| Description | Reviews (6) |

This resin kit consist of 5 resin components - 2 Backpack options, 1 servo arm, 1 conversion beamer weapon, 1 backpack to weapon strut.

The design of the servo-backpack and conversion beamer weapon allow the model to hold the weapon under-slung on either arm.

This kit is designed to fit on Games Workshop Space Marine® figures and is also compatible with other 28mm scale miniatures.

Display model shown assembled with Games Workshop Space Marines® model for compatibility purposes.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Conversion Beamer Weapon and Harness Kit



| Plaintiff's Exhibit A |
|:---:|
| **Entry 114** |

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: p101 Codex Space Marines 2008..

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.

Damned Legionnaire with Heavy Flamer | Games Workshop    http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId...

# GAMES WORKSHOP®

Customer Service  1-800-394-4263 | Welcome! | Sig

**FREE SHIPPING ON ALL ORDERS**

0 item(s) @ $0.00

Community & Events  Virtual Gift Vouchers  Store Finder  White Dwarf  Find a Gift List

Product :

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Books
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

Warhammer 40,000   Elites   Damned Legionnaire with Heavy Flamer

# Damned Legionnaire with Heavy Flamer

Tweet   Like   11     ADD TO CART

Have you

$35.00
Legion of the Damned

$13.25
Damned Legionnaire v

**Damned Legionnaire with Heavy Flamer**

The Legion of the Damned are silent warriors whose black armour is adorned with chilling images of bone and fire. Considered by some to be an extension of the Emperor's superhuman will, an eerier glow suffuses their sable armour and their weapons discharge flaming projectiles that can pierce the strongest of armour. Damned Legionnaires appear only in times of greatest need and with chill precision, turn disaster into victory.

This blister contains one finely-detailed metal Legion of The Damned Legionnaire with heavy flamer. Model supplied with a 25mm round base.

Availability: Usually ships within 24 hours.
Part Code: 99060101440

**Price:** $13.25

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

**Related A**
○ Legion of the Damned

With this box set you can make the following:

**Legion of the Damned Squad**

|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Damned Sergeant | 5 | 4 | 4 | 4 | 1 | 4 | 2 | 10 | 3+ |
| Damned Legionnaire | 4 | 4 | 4 | 4 | 1 | 4 | 2 | 10 | 3+ |

1 of 2

2/11/2012 11:33 AM

## Exhibit 114-A-1
[Plaintiff's Exhibit A, Entry No. 114 – 80% actual size]

GW allegedly infringed work:  Heavy Flamer



**Exhibit 114-B**
[Plaintiff's Exhibit A, Entry No. 114]

Photograph of Chapterhouse Studios Product No. 114



**Exhibit 114-A-2**

[Plaintiff's Exhibit A, Entry No. 114 – 80% actual size]

GW allegedly infringed work: Assault Cannon



**Exhibit 114-B**
[Plaintiff's Exhibit A, Entry No. 114]

Photograph of Chapterhouse Studios Product No. 114



GW0011388

**Exhibit 114-A-3**

[Plaintiff's Exhibit A, Entry No. 114 – 80% actual size]

GW allegedly infringed work:  p101 Codex Space Marines 2008.



**Exhibit 114-B**
[Plaintiff's Exhibit A, Entry No. 114]

Photograph of Chapterhouse Studios Product No. 114

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Death Angel Land Raider Doors



# CHAPTERHOUSE
## STUDIOS

NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS

Search [Search]

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
  - Heads
  - Jump packs
  - **Kits for Space Marine Vehicles**
  - Shields
  - Shoulder Pads
  - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

## Death Angel Land Raider Doors

Product Code: Death Angel Land Raider Doors

Reward Points: 0

Availability: 91

### Price: $11.50

Qty: [1]

[Add to Cart]

★★★★★  2 reviews  |  Write a review

Share

**Description** | **Reviews (2)**

The Death Angel Land Raider door kit was designed to replace the standard doors on the Games Workshop Space Marine Land Raider.  Incorporating original art work, each piece allows you to add further detail to your model by adding images of the Grim Reaper or the Dark Angel.

Kit consist of 6 finely sculpted resin components.

**E-Mail Address:**
[            ]

**Password:**
[            ]

Forgotten Password

[Login]

OR

Create an Account

**Sign up for the ChapterHouse Newsletter!**

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Death Angel Land Raider Doors



We accept | PayPal | About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy | 2011 ChapterHouse Studios®