**Plaintiff's Exhibit A**

**Entry 115**

# NO COPYRIGHT CLAIM STATED

"The product implicates trademark issues only, not copyright."

**Exhibit 115-A-1**
[Plaintiff's Exhibit A, Entry No. 115 – 80% actual size]

GW allegedly infringed work:  N/A



**Exhibit 115-B**
[Plaintiff's Exhibit A, Entry No. 115]

Photograph of Chapterhouse Studios Product No. 115

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

SCAR Rifle Variety Set 28mm - 8



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
  - 28mm Imperial Army figures
  - Infantry Bits
  - Kits for Imperial Guard Vehicles
- Space Marine Compatible Bits
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR

Create an Account

**Sign up for the ChapterHouse Newsletter!**

Search

## SCAR Rifle Variety Set 28mm - 8

Product Code: SCAR Rifle Variety Set 28mm - 8
Reward Points: 0
Availability: 101

### Price: $5.00

Qty: 1

Add to Cart

0 reviews | Write a review

Share

**Description** | **Reviews (0)**

A set of 8 Various SCAR and Sniper Rifles cast in resin. Each set includes 8 highly detailed 28mm weapons modeled after present day weapons. Scaled for use with 28mm wargame minis (GW Imperial Guard).

Set contains: 2 SCAR Autoguns, 2 SCAR Autoguns with Grenade Launchers, 2 SCAR Lasguns, 2 M14 Sniper Rifles

This product is sold unpainted and some cleaning may be required.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

SCAR Rifle Variety Set 28mm - 8

We accept **PayPal**    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

**Entry 116**

# NO COPYRIGHT CLAIM STATED

"The product implicates trademark issues only, not copyright."

**Exhibit 116-A**
[Plaintiff's Exhibit A, Entry No. 116]

GW allegedly infringed work: N/A



**Exhibit 116-B**
[Plaintiff's Exhibit A, Entry No. 116

Photograph of Chapterhouse Studios Product No. 116

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

SCAR Autogun 28mm - 6



SCAR Autogun 28mm - 6

| We accept | PayPal | | About us | Contact | Forum | Gallery | Commisions | Careers | Newsletter | Shipping Policy | | 2011 ChapterHouse Studios® |

| **Plaintiff's Exhibit A** |
| **Entry 117** |

GW identifies but has failed to produce the following allegedly infringed work: p38
Codex Imperial Guard 2008.

Imperial Guard Cadian Shock Troops | Games Workshop     http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId...

# GAMES WORKSHOP®

Customer Service   1-800-394-4263   | Welcome! | Sig

**FREE SHIPPING ON ALL ORDERS**

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Find a Gift List

Product:

**Categories**

Getting Started

Warhammer 40,000 Advance Orders

Warhammer 40,000 New Releases

Warhammer 40,000: Assault on Black Reach

Warhammer 40,000 Essentials

Warhammer 40,000 Armies

Warhammer 40,000 Expansions

Warhammer 40,000 Citadel Finecast

Warhammer 40,000 Scenery

Warhammer 40,000 Bitz

Warhammer 40,000 Collectors

Warhammer 40,000 Books

Warhammer 40,000 Articles

Follow us on Twitter

Follow us on Facebook

Bookmark & Share

Subscribe to What's New Today

Print

Email to a Friend

Warhammer 40,000   Troops   Imperial Guard Cadian Shock Troops

# Imperial Guard Cadian Shock Troops

Tweet   Like   96     ADD TO CART

**Have you**

$25.00

**Imperial Guard Cadian Squad**

$38.75

**Imperial Guard Cadian Weapon Squad**

$8.25

**Imperial Guard Heads**

**Imperial Guard Cadian Shock Troops**

Imperial Guard platoons are made up of several ten-man squads. In the face of the enemy the serried ranks of the Imperial Guard are trained to stand firm and respond with a steady aim. When sergeants bellow the rank and file obey; backs stiffen and lasguns level with the foe. Opponents charging at Imperial Guard positions must first survive a blazing hail of lasfire, a fusillade that can stem the tide of all but the most determined assault.

This box set contains 10 multi-part plastic Cadian Shock Troops, and includes: five leg variants, seven head variants, 10 lasguns, two chainswords, two laspistols, two grenade launchers, two flamers and two Vox-casters. Also included are a host of additional components allowing you to assemble a Sergeant and personalise your squad. Models supplied with 25mm round bases.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99120105039

With this box set you can make the following:

**Price: $29.00**

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

**Related A**

◦ Four Tau articles: Tau Forge World kits

◦ Imperial Guard: Getting

**Exhibit 117-A**

[Plaintiff's Exhibit A, Entry No. 117 – 80% actual size]

GW allegedly infringed work: Lasguns



**Exhibit 117-B**
[Plaintiff's Exhibit A, Entry No. 117]

Photograph of Chapterhouse Studios Product No. 117

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

SCAR Lasguns 28mm - 6



# CHAPTERHOUSE
## STUDIOS

**PRODUCTS**

NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS

Search | Search

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

- 28mm Imperial Army figures
- **Infantry Bits**
- Kits for Imperial Guard Vehicles

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

## SCAR Lasguns 28mm - 6

Product Code: SCAR Lasguns 28mm - 6
Reward Points: 0
Availability: 84

**Price: $5.00**

Qty: 1

Add to Cart

0 reviews | Write a review

Share

**Description** | **Reviews (0)**

A set of 6 SCAR Lasguns cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day SCAR rifles with laser modifications. Scaled for use with 28mm wargame minis (GW Imperial Guard).

This product is sold unpainted and some cleaning may be required.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannis, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

SCAR Lasguns 28mm - 6

We accept **PayPal**   About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 118 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 118-A**

GW allegedly infringed work: N/A



**Exhibit 118 –B**
[Plaintiff's Exhibit A, Entry No. 118]
Photograph of Chapterhouse Studios product No. 118

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

SCAR Autogun with Grenade Launcher 28mm - 6



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search    Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits
- 28mm Imperial Army figures
- **Infantry Bits**
- Kits for Imperial Guard Vehicles

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

## SCAR Autogun with Grenade Launcher 28mm - 6

Product Code: SCAR Autogun with Grenade Launcher 28mm - 6

Reward Points: 0

Availability: 116

### Price: $5.00

Qty: 1

Add to Cart

★★★★★ 2 reviews | Write a review

Share

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

| **Description** | **Reviews (2)** |

A set of 6 SCAR Autoguns Drum Magazines with underslung grenade launchers cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day SCAR rifles. Scaled for use with 28mm wargame minis (Imperial Guard).

This product is sold unpainted and some cleaning may be required.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

SCAR Autogun with Grenade Launcher 28mm - 6

| We accept | PayPal | About us | Contact | Forum | Gallery | Commisions | Careers | Newsletter | Shipping Policy | 2011 ChapterHouse Studios® |

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 119 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 119-A**

GW allegedly infringed work: "N/A



**Exhibit 119 –B**
[Plaintiff's Exhibit A, Entry No. 119]
Photograph of Chapterhouse Studios product No. 119

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# CHAPTERHOUSE
## STUDIOS

NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

- 28mm Imperial Army figures
- **Infantry Bits**
- Kits for Imperial Guard Vehicles

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR

Create an Account

**Sign up for the ChapterHouse Newsletter!**

Search [Search]

## M14 Sniper Rifles - 6

Product Code: M14 Sniper Rifles - 6
Reward Points: 0
Availability: 126

### Price: $4.00

Qty: [1]

[Add to Cart]

0 reviews | Write a review

Share

| **Description** | **Reviews (0)** |

A set of 6 M14 Sniper Rifles cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day sniper rifles. Scaled for use with 28mm wargame minis (GW Imperial Guard).

This product is sold unpainted and some cleaning may be required.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Citwlight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Case: 1:10-cv-08103 Document #: 208-17 Filed: 08/14/12 Page 30 of 107 PageID #:3751

M14 Sniper Rifles - 6

| **Plaintiff's Exhibit A** |
|---|
| Entry 120 |

# NO COPYRIGHT CLAIM STATED

## "There are no IP concerns with these bases."

**Exhibit 120-A**

GW allegedly infringed work: "There are no IP concerns with these bases."



**Exhibit 120 –B**
[Plaintiff's Exhibit A, Entry No. 120]
Photograph of Chapterhouse Studios product No. 120

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Lava Crystal Bases 25mm - 10



# CHAPTERHOUSE STUDIOS

NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISSIONS

Search | Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

- 28mm Beveled Bases

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

## Lava Crystal Bases 25mm - 10

Product Code: Lava Bases 25mm - 10
Reward Points: 0
Availability: 49

**Price: $11.00**

Qty: 1

Add to Cart

0 reviews | Write a review

Share

| Description | Reviews (0) |

A set of ten pressure cast resin bases in a "Lava World" theme.

These bases feature volcanic rock with flowing lava and crystals.

This product is sold unpainted and should be washed in cool, soapy water prior to painting.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ©, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept PayPal | About us Contact Forum Gallery Commisions Careers Newsletter Shipping Policy | 2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

**Entry 121**



Space Marine Bike | Games Workshop                    http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId...

Exhibit 121-A-1

[Plaintiff's Exhibit A, Entry No. 121 – 80% actual size]

GW allegedly infringed work: "current Space Marine Bike model sold by Games Workshop"



**Exhibit 121-B**
[Plaintiff's Exhibit A, Entry No. 121]

Photograph of Chapterhouse Studios Product No. 121

## THE WAR COUNCIL

The Great Crusade was a mammoth operation involving millions of troops and thousands of ships. Imperial armies fought campaigns across the broad sweep of the galaxy. Tens of thousands of human worlds needed to be saved.

The Imperial military of this time comprised the entire force of Space Marine Legions, hundreds of auxiliary regiments drawn from the freshly reconquered worlds, gigantic war machines supplied by the Mechanicum and their Forge Worlds, foremost amongst these the mighty Titans of the Collegia Titanica, and a host of other smaller organisations and allied formations. The most significant of the smaller formations were the Custodian Guard, the Emperor's Bodyguard.

All of these were supported by a bewildering array of battleships, dropships and troop transports variously commanded by the Space Marine Legions, the Mechanicum and the other Imperial Commanders and leaders.

To manage the execution of the Great Crusade the Emperor convened the War Council. This effectively became the ruling body of the Imperium during the Great Crusade and through it the Emperor's law was brought to hundreds of thousands of human worlds.

The Emperor sat at the head of Council; at his right hand was Malcador. Each of the Primarchs had a seat on the Council, as did the chief custodian. When the Emperor made his alliance with Mars the fabricator-general of the Mechanicum was offered a seat. Supporting the Council was a team of astropaths who provided communication between the members since it became increasingly impractical for the group to physically assemble given the size of the growing Imperium and the inherent difficulties of travel through the warp.



BELLARIUM TACTICAL SQUAD • ULTRAMARINES • DAVID HUDNUT
BATTLEURN JET BIKE SQUAD • EMPEROR'S CHILDREN • ERIC REW



MALCADOR THE SIGILLITE • FIRST LORDS OF TERRA • JOHN GRAVATO

## MALCADOR THE SIGILLITE

During the conquest of Earth the Emperor gathered about him trusted lieutenants and gave to them tasks and duties befitting men of status. Most of these servants were drawn from the ranks of his bodyguard and Space Marine Legions.

Malcador was an exception. He was not a warrior but a man of learning with the bearing of a priest. From the early years of the Battle of Unification he was ever-present at the Emperor's side. His origins were unknown to all save perhaps the Emperor. He wore the hooded robes of a simple Terran administrator.

Malcador was appointed to run the Emperor's Palace and through it he managed the administration of newly conquered Terra. As the Crusade progressed Malcador's power and influence grew as he became overseer of the Imperial Tithe and chief of the Imperial Administration.

Blessed with unnaturally long life there were many rumours about the true nature of this enigmatic figure. Some say he was a psyker, the first to have undergone the soul-binding ritual. Other rumours say that he was distantly related to the Emperor.

THE HORUS HERESY | 15

GW0001893

**Exhibit 121-A-2**
[Plaintiff's Exhibit A, Entry No. 121 – 80% actual size]

GW allegedly infringed work: p15, Horus Heresy: Collected Visions ©2007



**Exhibit 121-B**
[Plaintiff's Exhibit A, Entry No. 121]

Photograph of Chapterhouse Studios Product No. 121

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Javelin Imperial Jet Bike



Javelin Imperial Jet Bike



variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept    PayPal    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy    2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

**Entry 122**

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 122-A**
[Plaintiff's Exhibit A, Entry No. 122]

GW allegedly infringed work: N/A



**Exhibit 122-B**
[Plaintiff's Exhibit A, Entry No. 122]

Photograph of Chapterhouse Studios Product No. 122

## Chapterhouse Studios website screenshot
(www.chapterhousestudios.com)

Death Angel Storm Shield



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search  Search

### PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale
Figure Kits

Imperial Guard Compatible
Bits

Space Marine Compatible
Bits

- Heads
- Jump packs
- Kits for Space Marine
  Vehicles
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and
Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR

Create an Account

**Sign up for the
ChapterHouse Newsletter!**

## Death Angel Storm Shield

Product Code: Death Angel Storm Shield
Reward Points: 0
Availability: 51

### Price: $2.00

Qty: 1

Add to Cart

0 reviews | Write a
review

Share

| **Description** | **Reviews (0)** |

This is a single pewter combat or storm shield for 28 mm figures. This oval shaped shield has an image of a grim reaper or
dark angel standing on a pile of skulls.

Approximately 17mm wide and 23mm high.

If to be used on Games Workshop models, this is more suitable for a terminator model as opposed to a space marine model
(it would look a bit large for the smaller armor).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood
Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel,
Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle
device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge
World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of
Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets,
Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda
Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space
Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors,
Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online,
Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names,
races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world,
the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010,
variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended.
All Rights Reserved to their respective owners.

Death Angel Storm Shield



We accept | PayPal | About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy | 2011 ChapterHouse Studios®

| |
|---|
| **Plaintiff's Exhibit A** |
| **Entry 123** |

GW identifies but has failed to produce the following allegedly infringed work: p69 Warhammer 40,000 Compilation 1991.



**Exhibit 123-A-1**
[Plaintiff's Exhibit A, Entry No. 123 – actual size]

GW allegedly infringed work:  "Jes Goodwin's exarch sketches"



**Exhibit 123-B**
[Plaintiff's Exhibit A, Entry No. 123]

Photograph of Chapterhouse Studios Product No. 123

# STRIKING SCORPIONS

The Warrior Aspect of the Striking Scorpion epitomises the deadly attributes of their namesake, and they are the most potent of all the close assault aspects. They are merciless killers without exception, revelling in the hunt and the kill. Perhaps the most sinister aspect of the Striking Scorpion is the legacy of their former master Arhra – the ability to stalk the shadows, creeping ever closer to their prey before falling upon them like the wrath of Khaine himself.

The heavier armour plates forming the Striking Scorpion's armour mean that they are not as swift as their Banshee sisters. Instead, these Aspect Warriors excel at stalking through dense terrain, using every available hiding place to close with their prey. When they launch their attack they use shuriken pistols and scorpion chainswords; vicious blades with diamond-toothed edges that mangle and tear flesh.

The signature attack of the Striking Scorpion is made by the weapon pods housed on either side of the warrior's helmet, known as mandiblasters. These are short-ranged laser weapons used to deliver a deadly energy sting in close combat. Activated by a psychic pick-up, they fire a hail of needle-thin shards that act as a conductor for a highly charged laser. A mandiblaster volley and the blistering storm of attacks from the Scorpions that follow it is enough to tear the heart out of an enemy force.



| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Striking Scorpion | 4 | 4 | 3 | 3 | 1 | 5 | 1 | 9 | 3+ |
| Exarch | 5 | 5 | 3 | 3 | 1 | 6 | 2 | 9 | 3+ |

## WARGEAR
**Mandiblasters:** A model with mandiblasters has +1 A.

**Scorpion Chainsword:** This is a one-handed weapon that adds +1 S to the model's attacks.

## EXARCH WARGEAR
**Scorpion's Claw:** The scorpion's claw takes the form of a powered claw-shaped gauntlet incorporated with a shuriken catapult. The claw may be used both as a power fist and a shuriken catapult in the same turn.

**Chainsabres:** Some Exarchs train in the use of blades paired with ancient gauntlets that house twin-linked shuriken pistols, allowing them to level a storm of attacks at their foes. A model with chainsabres has +1 Attack and can re-roll all failed to hit and to wound rolls.

**Biting Blade:** The teeth of a biting blade tear through flesh as if it were parchment, shredding muscle and bone. It is a two-handed close combat weapon that adds +1S. Furthermore, each hit scored by a model with a biting blade adds a further +1S for the purposes of resolving those attacks. For instance, an Exarch who hits three times will strike at S7.

## EXARCH POWERS
**Shadowstrike:** The Exarch becomes one with the shadows, using them to shield his squad from their enemies as they approach. A squad including a model with Shadowstrike has the Infiltrate special rule. This ability cannot affect an Autarch – his command is needed elsewhere.

**Stalker:** The Exarch and his squad can flow silently and without trace through dense terrain. They have the Move Through Cover special rule.

33

GW0005791

**Exhibit 123-A-2**
[Plaintiff's Exhibit A, Entry No. 123 – 80% actual size]

GW allegedly infringed work: "P.33 Codex Eldar ©2006."



**Exhibit 123-B**
[Plaintiff's Exhibit A, Entry No. 123]

Photograph of Chapterhouse Studios Product No. 123

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Armana'serq Scorpion Warrior Priestess



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits
- **28mm Figures**
- Jetbike Conversion Kits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the
ChapterHouse Newsletter!

Search [ Search ]

## Armana'serq Scorpion Warrior Priestess

Product Code: Armana'serq Scorpion Warrior Priestess
Reward Points: 0
Availability: 19

### Price: $13.50

Qty: [ 1 ]

[ Add to Cart ]

★★★★★  5 reviews  |  Write a review

Share

| Description | Reviews (5) |

The gods have always demanded worship and sacrifice but in return they grant their most zealous followers with supernatural strength and skills.  Serqitet, goddess of the scorpion protects her followers through her warrior priestess.

Armed with sword and pistol, Armana'serq leads her fellow warrior-priest into close-combat through stealth and subterfuge.

This unpainted 28mm scale pewter model consist of 6 components - body and 5 variant arms.  A 25mm slotted base is included.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept  PayPal    About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy    2011 ChapterHouse Studios®

Armana'serq Scorpion Warrior Priestess

| Plaintiff's Exhibit A |
| :---: |
| Entry 124 |

GW identifies but has failed to produce the following allegedly infringed works: p6 Codex Imperial Guard 1995; Cover art, Codex Imperial Guard 2008.

# ALLEGEDLY INFRINGED WORK
# NOT PRODUCED

**Exhibit 124-A**
[Plaintiff's Exhibit A, Entry No. 124]

GW allegedly infringed work:  p6 Codex Imperial Guard 1995;
Cover art, Codex Imperial Guard 2008.



**Exhibit 124-B**
[Plaintiff's Exhibit A, Entry No. 124]

Photograph of Chapterhouse Studios Product No. 124

**Chapterhouse Studios website screenshot**
([www.chapterhousestudios.com](www.chapterhousestudios.com))

Abbithan Banshees Guardswoman 28mm figures - 12



## CHAPTERHOUSE STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search  Search

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
  - **- 28mm Imperial Army figures**
  - - Infantry Bits
  - - Kits for Imperial Guard Vehicles
- Space Marine Compatible Bits
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

### Abbithan Banshees Guardswoman 28mm figures - 12

Product Code: Abbithan Banshees Guardswoman - 12
Reward Points: 0
Availability: 54

**Price: $19.50**

Qty: 1

Add to Cart

★★★★  5 reviews | Write a review

Share

**Description**  **Reviews (5)**

This resin conversion kit contains 12 torsos, 12 legs, 12 heads, 12 backpacks and enough bases to assemble a 12 woman unit of Abbithan Banshees Guardswoman.  Models are scaled for 28mm wargames.  Models do not come with arms and weapons.

Display models shown assembled with Games Workshop Cadian Imperial Guard arms and weapons for compatibility purposes.

(Chapterhouse Studios recommends Games Workshop Imperial Guard weapons and arms, in particular Cadian Imperial Guardsman arms)

Tags: Abbithan Banshees Guardswoman 28,

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Citvight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Abbithan Banshees Guardswoman 28mm figures - 12

We accept | PayPal | About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy | 2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 125 |

# (NO GW WORK IDENTIFIED)

**Exhibit 125-A-1**
[Plaintiff's Exhibit A, Entry No. 125]

GW allegedly infringed work: NO WORK IDENTIFIED

**(NO CHS PRODUCT IDENTIFIED)**

| **Plaintiff's Exhibit A** |
| Entry 126 |

GW identifies but has failed to produce the following allegedly infringed works: p28 Codex Space Marines 2008; p34 Warhammer 40,000 Compendium.

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: p20 Codex Space Marine 2008.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.

# SPACE MARINE POWER ARMOUR

Most humans who have any contact with Space Marines will know and recognise the most common types of Space Marine armour quite readily. However there are older types of armour (also known as marks) which remain in service to this day and whose design differs greatly. Indeed, many of the older variants have special associations for particularly old or honoured Chapters and so may be worn by ceremonial guards or by elite units. Other Chapters are less formal in their use of armour, mixing various types into their fighting units with little or no regard for conformity. The degree of uniformity within a Chapter varies a great deal and is often determined by historical precedent or tradition.

Each Chapter's power armour is maintained by skilled Artificers. These are not Space Marines, but dedicated servants who spend their lives working for the Chapter. Over the history of a Chapter, especially talented Artificers become famous and justly celebrated, and examples of their work are much sought after. When a Space Marine earns a combat honour it is the Artificers who fashion the honour badge and fasten it onto the Marine's armour. Similarly, the Artificers make rank badges, long service accolades and other awards of distinction.

Artificers religiously hunt down elements of ancient armour. Such pieces will be lovingly restored, often plated with silver or gold, and then painstakingly engraved with naturalistic scenes, abstract designs or Chapter badges. Older types of armour are associated with the past history of many Chapters and often with the deeds of heroic individuals. A piece of armour that belonged to an old Chapter hero is valued above all others, for it implies his presence on the battlefield, witnessing the deeds of his successors. In this way, a single armoured plate or helmet might be heir to a long and famous history, having belonged to a whole succession of Space Marine heroes and been worked on by many renowned Artificers.

As well as resurrecting old pieces of armour for notable Space Marines, the Artificers also decorate and modify armour to suit particularly revered individuals. As a result of the Artificers' efforts over the many thousand years a Chapter has been in existence, it is quite common to find suits which combine elements of the different marks as well as quite unique suits which have customised armoured plates or helmets. Some Chapters reserve such armour for special individuals, officers, or high ranking commanders. There is no fixed rule on this, it is a matter of Chapter tradition and preference how such armour is used. However, it is generally the case that very high ranking officials inherit special suits of armour, which they may then combine with their own existing suits so that their individual honours or personal pieces of armour are retained when they are appointed to a new position. So does a Chapter's power armour evolve down the centuries, each and every greave and gorget a recollection of mighty deeds and terrible battles won.



Mk1 "Thunder" Pattern    Mk2 "Crusade" Pattern    Mk3 "Iron" Pattern    Mk4 "Maximus" Pattern

Mk5 "Heresy" Pattern    Mk6 "Corvus" Pattern    Mk7 "Aquila" Pattern    Mk8 "Errant" Pattern

GW0011380

**Exhibit 126-A-1**
[Plaintiff's Exhibit A, Entry No. 126]

GW allegedly infringed work: p20 Codex Space Marine 2008



**Exhibit 126 –B**
[Plaintiff's Exhibit A, Entry No. 126]
Photograph of Chapterhouse Studios product No. 126



GW0002432

**Exhibit 126-A-2**
[Plaintiff's Exhibit A, Entry No. 126]

GW allegedly infringed work: Cover art, Codex Space Marines 2008.



**Exhibit 126 –B**
[Plaintiff's Exhibit A, Entry No. 126]
Photograph of Chapterhouse Studios product No. 126

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

TRU-Scale Knight Praetorius Conversion Kit - 6



TRU-Scale Knight Praetorius Conversion Kit - 6



**effects are available here.**

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept **PayPal**    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy    2011 ChapterHouse Studios®

# (NO GW WORK IDENTIFIED)

**Exhibit 127-A**
[Plaintiff's Exhibit A, Entry No. 127]

GW allegedly infringed work: NO WORK IDENTIFIED

**(NO CHS PRODUCT IDENTIFIED)**

| **Plaintiff's Exhibit A** |
| :---: |
| Entry 127 |

| **Plaintiff's Exhibit A** |
| Entry 128 |

GW identifies but has failed to produce the following allegedly infringed work: p21, Codex Imperial Guard © 1995.

# ALLEGEDLY INFRINGED WORK
# NOT PRODUCED

**Exhibit 128-A**
[Plaintiff's Exhibit A, Entry No. 128]

GW allegedly infringed work: "p21, Codex Imperial Guard © 1995."



**Exhibit 128 –B**
[Plaintiff's Exhibit A, Entry No. 128]
Photograph of Chapterhouse Studios product No. 128

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Hot Shot Lasgun Pack



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISSIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits
- 28mm Imperial Army figures
- **Infantry Bits**
- Kits for Imperial Guard Vehicles

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

Search

## Hot Shot Lasgun Pack

Product Code: Hot Shot Lasgun
Reward Points: 0
Availability: 11

### Price: $1.00

Qty: 1

Add to Cart

1 reviews | Write a review

Share

**Description** | **Reviews (1)**

This is a 2 piece metal model of a heavy laser and a power pack. Designed to be compatible with 28mm wargaming miniatures and can be used to convert Imperial Guard Storm Trooper models.

This product is sold unpainted and some cleaning may be required.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor device, the Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Hot Shot Lasgun Pack

| We accept | **PayPal** | About us | Contact | Forum | Gallery | Commisions | Careers | Newsletter | Shipping Policy | 2011 ChapterHouse Studios® |

| **Plaintiff's Exhibit A** |
|:-:|
| Entry 129 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 129-A**

GW allegedly infringed work: N/A



**Exhibit 129 –B**
[Plaintiff's Exhibit A, Entry No. 129]
Photograph of Chapterhouse Studios product No. 129

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Iconoclast Conversion kit for Space Marine Land Raider



# CHAPTERHOUSE
## STUDIOS

**NEWS**  **ABOUT US**  **CONTACT**  **FORUM**  **GALLERY**  **COMMISIONS**

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- **Kits for Space Marine Vehicles**
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR

Create an Account

**Sign up for the ChapterHouse Newsletter!**

Search  Search

## Iconoclast Conversion kit for Space Marine Land Raider

Product Code: Iconoclast Land Raider Kit
Reward Points: 0
Availability: 69

### Price: $25.00

Qty: 1

Add to Cart

7 reviews  |  Write a review

Share

### Description  |  Reviews (7)

This resin kit consist of 12 components that when combined with the Games Workshop Space Marine® Land Raider will create a more heavily armored vehicle to transport your toy soldiers on the battlefield. The Iconoclast conversion kit consist of the following components - 2 side armored sponsons, 2 sponson upper components, 2 weapon mounts, 2 side hatches, 2 armored sensor units, 1 central hull and turret mount and 1 upper turret armor piece.

The Iconoclast conversion kit is designed to be fully compatible with all plastic versions of Games Workshop's Space Marine Land Raider. As this kit will require modification of the sponson weapons to attach to the drum weapon mounts, modeling experience is recommended.

Land Raider modell shown is not included and is displayed to illustrate use of the conversion kit and compatibility.

Components sold unpainted and unassembled.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40K Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010,

Iconoclast Conversion kit for Space Marine Land Raider



variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept   PayPal          About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| :---: |
| Entry 130 |

GW identifies but has failed to produce the following allegedly infringed work: p37 Codex Grey Knights 2010.

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: p101 Codex Space Marines 2008..

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.

# GAMES WORKSHOP®

Customer Service  1-800-394-4263 | Welcome! | Sig

FREE SHIPPING ON ALL ORDERS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Find a Gift List

Product:

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Blood Angels
Getting Started
Army Essentials
HQ
Elites
Troops
Dedicated Transports
Fast Attack
Heavy Support
Bitz
Novels
Blood Angels Articles
Chaos Daemons
Chaos Space Marines
Dark Eldar
Eldar
Grey Knights
Imperial Guard
Necrons
Orks
Sisters of Battle
Space Marines
Space Wolves
Tau Empire
Tyranids
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Books
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Warhammer 40,000   Warhammer 40,000 Armies   Blood Angels   Heavy Support
Stormraven Gunship

## Stormraven Gunship

Tweet    Like  376                    ADD TO CART

**Stormraven Gunship**

The Stormraven Gunship is an armoured versatile craft that combines the role of dropship, armoured transport and strike craft.

This multi-part plastic kit contains 116 components including every option available for the Stormraven from heavy bolters, assault cannons and plasma cannons through to Bloodstrike missiles and a modified magna-grapple. The kit also comes with full interior detail, which can be painted prior to assembly, and a clear plastic cockpit window through which you can see the pilot and the turret gunner.

This kit contains one Stormraven Gunship, a Flying Stem and a Large Oval Base.

Availability: Usually ships within 24 hours.
Part Code: 9912010108B

**Price: $66.00**

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

Remember the terrified look on your opponents' face when you first fought them with your Blood Angels? Well be prepared to see it again because nothing inspires terror quite like this vehicle - it's a flying red fist of death that's going to punch their army

**Have you**

$33.00
**Blood Angels Death C**

$37.25
**Space Marine Tactical**

$44.50
**Blood Angels Furioso**

**Related A**
○ Blood Angels' Sample

**Exhibit 130-A-1**
[Plaintiff's Exhibit A, Entry No. 130]

GW allegedly infringed work: "Stormraven Gunship"



**Exhibit 130 –B**
[Plaintiff's Exhibit A, Entry No. 130]
Photograph of Chapterhouse Studios product No. 130

## Storm Shield

A storm shield is a solid shield that has an energy field generator built into it. The energy field is capable of deflecting almost any attack, even blows from lascannons and power weapons.

A model with storm shield has a 3+ invulnerable save. A model equipped with a storm shield can never claim the +1 Attack bonus for being armed with two close combat weapons in an assault.

## Teleport Homer

Teleport homers emit a powerful signal enabling Space Marine Strike Cruisers to lock on to them with their teleportation equipment. By utilising this signal, the risk of missing the intended mark is greatly reduced, as are the dangers of more serious accidents. If Terminators wish to teleport onto the battlefield via deep strike and choose to do so within 6" of a model carrying the homer, then they won't scatter. Note that the teleport homer only works for units that are teleporting, not for units entering play using jump packs, drop pods or other means of transport. Also note that the homer must already be on the table at the start of the turn for it to be used.



Forces of the Space Marines 101

GW0011388

**Exhibit 130-A-2**
[Plaintiff's Exhibit A, Entry No. 130]

GW allegedly infringed work: "p101 Codex Space Marines 2008.



**Exhibit 130 –B**
[Plaintiff's Exhibit A, Entry No. 130]
Photograph of Chapterhouse Studios product No. 130

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Magnetic Turret Kit for the Storm Raven



This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood
Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel,
Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle
device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge
World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of
Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets,
Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda
Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space
Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors,
Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online,
Warhammer 40K Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names,
races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world,
the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010,
variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended.
All Rights Reserved to their respective owners.

Magnetic Turret Kit for the Storm Raven

| We accept | PayPal | About us | Contact | Forum | Gallery | Commisions | Careers | Newsletter | Shipping Policy | 2011 ChapterHouse Studios® |

**Plaintiff's Exhibit A**

Entry 131



Stormraven Gunship | Heavy Support | Blood Angels | Warhammer 40,000...    http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId...

**Exhibit 131-A-1**
[Plaintiff's Exhibit A, Entry No. 131]

GW allegedly infringed work: "Stormraven Gunship."



**Exhibit 131 –B**
[Plaintiff's Exhibit A, Entry No. 131]
Photograph of Chapterhouse Studios product No. 131

## THE GREAT BETRAYAL

Horus, Primarch of the Sons of Horus and trusted Warmaster of the Emperor's armies, cast aside his oaths of loyalty and offered his fealty to the Dark Gods of Chaos, driving the Legions to turn upon one another as the Emperor stood on the very brink of his ultimate triumph. In what should have been their finest hour, brother fought brother and warriors that had stood shoulder to shoulder to carve the Emperor's realm from the flesh of the stars butchered one another in a civil war that set the galaxy afire. Worlds burned in the name of the Dark Gods and a terror unlike any seen before was unleashed. Much of the truth of these times has been lost, obscured by the mists of time or embellished to the point where giants bestrode worlds with thunderous steps and the planets themselves cracked and split at their tread.

The traitorous forces of the rebel Warmaster drove all before them until the warriors still loyal to the Master of Mankind stood at bay within the walls of the Emperor's Palace on Terra itself. Blind hate and malice met courage and steel on the blood-slick ramparts of the Emperor's last bastion, the corrupted Primarchs horrifyingly revealed as the abominations against nature they truly were. The forces of darkness pressed in around the guttering flame of Humanity, but desperate times called for desperate solutions and the Emperor and his most trusted warriors took the fight to Horus upon his starship, facing the traitor in his inner sanctum. Sanguinius of the Blood Angels, most beatific of the Primarchs, was slain and the Emperor cast down, broken and wounded almost unto death. But the Emperor was infused with unimaginable power and struck Horus down with the last ounce of his strength, destroying the traitor utterly and breaking the power of his Legions.

The followers of the Ruinous Powers were defeated, but it was victory won at terrible cost. The brotherhood of the Primarchs was no more and the Emperor's dream lay in ruins, the last, best hope of its achievement lost forever. The conflict with Horus had shattered the Emperor's body; his immortal existence now sustained for all eternity by constant sacrifice and the baroque machineries of the Golden Throne. The galactic empire he had forged was all but destroyed and it was to take many more years of brutal warfare before all the traitor forces were defeated and driven into the hellish chaos of the Eye of Terror. The death toll numbered in the billions and uncounted worlds had been left as little more than corpse-haunted wastelands as the raging inferno of the Heresy was finally extinguished. In these dark times of anarchy and confusion, many human renegades and predatory xeno races sought to plunder the reeling worlds of the Emperor.



5

GW0001223

**Exhibit 131-A-2**
[Plaintiff's Exhibit A, Entry No. 131]

GW allegedly infringed work: p5 Codex Space Marines 2004.



**Exhibit 131 –B**
[Plaintiff's Exhibit A, Entry No. 131]
Photograph of Chapterhouse Studios product No. 131



## TRANSPORT VEHICLES

Certain Space Marine units have the option of selecting a transport vehicle. These vehicles do not use up any additional force organisation chart selections, but otherwise function as separate units. The vehicles described here may only transport the units they are selected with, and may not be used to transport other units during the course of a battle. See the Warhammer 40,000 rules for details of dedicated transports. Land Raiders may be selected by some units as dedicated transports. See the entry in the Heavy Support section for details. Because Land Raiders are such formidable vehicles they do not count as dedicated transports for the purposes of holding objectives and scoring Victory Points. Treat them as Vehicles instead.

### RHINO

| | ARMOUR | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Pts | Front | Side | Rear | WS | BS | S | I | A |
| 50 | 11 | 11 | 10 | n/a | 4 | n/a | n/a | n/a |

**Type:** Tank.  **Crew:** One Space Marine.

**Weapons:** The Rhino is armed with a storm bolter.

**Transport:** The Rhino may carry up to 10 Space Marines, but may not transport Terminators.

**Fire Points:** Up to two models can fire from the Rhino's top hatch.

**Access Points:** Rhinos have a hatch on each side of the hull and one ramp at the rear.

**Vehicle upgrades:** Rhinos may have any of the following vehicle upgrades at the cost listed in the Space Marines Armoury: dozer blades; extra armour; hunter-killer missile; pintle-mounted storm bolter; Power of the Machine Spirit; searchlight; smoke launchers.

**Repair:** Rhinos are exceptionally resilient vehicles and can often be repaired by their crew in the heat of battle. If a Rhino is immobilised for any reason, then in subsequent turns the driver may attempt to effect a temporary repair instead of shooting. Roll a D6 in the Shooting phase, and on a 6 the vehicle is free to move in its next turn.

### RAZORBACK

| | ARMOUR | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Pts | Front | Side | Rear | WS | BS | S | I | A |
| 70 | 11 | 11 | 10 | n/a | 4 | n/a | n/a | n/a |

**Type:** Tank.  **Crew:** One Space Marine.

**Weapons:** The Razorback's turret is armed with a twin-linked heavy bolter.

**Options:** The twin-linked heavy bolter can be upgraded to a twin-linked lascannon at +20 pts.

**Transport:** The Razorback may carry up to 6 Space Marines, but may not transport Terminators.

**Fire Points:** None.

**Access Points:** A Razorback has one hatch on each side of the hull and one ramp at the rear.

**Vehicle upgrades:** Razorbacks may have any of the following vehicle upgrades at the cost listed in the Space Marine Armoury: dozer blades; extra armour; hunter-killer missile; pintle-mounted storm bolter; Power of the Machine Spirit; searchlight; smoke launchers.

### DROP POD

| | ARMOUR | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Pts | Front | Side | Rear | WS | BS | S | I | A |
| 30 | 12 | 12 | 12 | n/a | 2 | n/a | n/a | n/a |

**Type:** Vehicle, Immobile, Open-topped.  **Crew:** None.  **Weapons:** A drop pod is armed with a storm bolter.

**Options:** A drop pod can be upgraded to carry a Deathwind launcher at +20 points.

*Deathwind Launcher: Range 12"; Strength 5; AP 6; Heavy 1, Large Blast.*

**Transport:** A drop pod may carry up to 10 Space Marines, 5 Terminators or 1 Dreadnought. Once passengers have disembarked they may not re-embark.

**Fire Points:** None.  **Access Points:** Open-topped vehicle.

A drop pod always has the Power of the Machine Spirit upgrade, this has been included in its points cost. Drop pods may fire on the same turn as they land.

35

GW0001253

**Exhibit 131-A-3**

[Plaintiff's Exhibit A, Entry No. 131]

GW allegedly infringed work: p35 Codex Space Marines 2004.



**Exhibit 131 –B**
[Plaintiff's Exhibit A, Entry No. 131]
Photograph of Chapterhouse Studios product No. 131

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Magnetic Turret Kit for the Razorback



Magnetic Turret Kit for the Razorback

We accept **PayPal**    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®