| **Plaintiff's Exhibit A** |
|:---:|
| Entry 132 |

GW identifies but has failed to produce the following allegedly infringed works: p27 Codex Blood Angels 2009; p10 Warhammer 40,000 Compilation 1991; p53 Codex Ultramarines 1994.

GW produced the following allegedly infringed works on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: p101 Codex Space Marines 2008; p92 Codex Space Marines 2008.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.

## Storm Shield

A storm shield is a solid shield that has an energy field generator built into it. The energy field is capable of deflecting almost any attack, even blows from lascannons and power weapons.

A model with storm shield has a 3+ invulnerable save. A model equipped with a storm shield can never claim the +1 Attack bonus for being armed with two close combat weapons in an assault.

## Teleport Homer

Teleport homers emit a powerful signal enabling Space Marine Strike Cruisers to lock on to them with their teleportation equipment. By utilising this signal, the risk of missing the intended mark is greatly reduced, as are the dangers of more serious accidents. If Terminators wish to teleport onto the battlefield via deep strike and choose to do so within 6" of a model carrying the homer, then they won't scatter. Note that the teleport homer only works for units that are teleporting, not for units entering play using jump packs, drop pods or other means of transport. Also note that the homer must already be on the table at the start of the turn for it to be used.



Forces of the Space Marines   **101**

GW0011388

**Exhibit 132-A-1**

[Plaintiff's Exhibit A, Entry No. 132]

GW allegedly infringed work: p101 Codex Space Marines 2008.



**Exhibit 132 –B**
[Plaintiff's Exhibit A, Entry No. 132]

Photograph of Chapterhouse Studios product No. 132

# KAYVAAN SHRIKE
## SHADOW CAPTAIN OF THE RAVEN GUARD 3rd COMPANY

Captain Shrike made his name during the early months of the Targus campaign. The Raven Guard 3rd Company was one of many Imperial units assigned to the assault on Targus VIII, tasked with the elimination of the Orks' orbital defences. Striking hard and fast, Shrike's force accomplished its mission, only to become stranded when their extraction Thunderhawk was destroyed in near orbit.

Undaunted by his predicament, Shrike led a campaign of destructive havoc behind the Ork lines. For two years the Raven Guard 3rd struck at the Waaagh! wherever it showed weakness, destroying fuel dumps, ammunition stores and supply lines, all the while providing invaluable targeting and intelligence data to orbiting naval vessels. Shrike and his men were untouchable, able to strike at the Orks' brutal war machine with seeming impunity, inflicting catastrophic damage before slipping away into the shadowed ruins of the hive cities.

By the time Shrike had extracted his Company from the ruins of Targus VIII he was hailed a hero systemwide. After his subsequent assaults on Ork conquests in the Donara and Yakhee systems, Shrike became nothing less than a saviour. Amongst the besieged ruins of Aldeb, Sulphuron and a dozen other worlds, desperate men beseeched the Immortal Emperor to send Shrike to deliver them from the terror of Waaagh! Skullkrak. Fleet Commanders and Generals of the Imperial Guard pleaded with the Master of the Raven Guard to assign Captain Shrike to their sector of the campaign. But if the sombre Captain was aware of either petition, he gave no sign.

Under Shrike's direction, the Raven Guard 3rd continues to assail Waaagh! Skullkrak. They go wherever they are most needed, not to battlezones where Imperial Commanders struggle to contain the Ork menace, but to worlds whose populations have been abandoned to their fates by an overstretched and uncaring Imperium. Shrike and his men are legends on these worlds, as revered as the greatest heroes of old.

On every planet under threat from the Orks, Guardsmen grasp their guns tighter and fight more fiercely, knowing that every minute they hold out is a minute in which the Raven Guard 3rd might arrive to deliver them from a hopeless battle. Meanwhile, beyond the ravaged defences, Skullkrak's Boyz keep a wary eye on the shadows cast by ruin and undergrowth, knowing that Shrike and his Company might be lurking in the darkness, just waiting for the correct moment to strike.



| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Kayvaan Shrike | 6 | 5 | 4 | 4 | 3 | 5 | 3 | 10 | 3+ |

## SPECIAL RULES
**And They Shall Know No Fear, Combat Tactics, Independent Character.**

**See, But Remain Unseen:** Shrike (and models in his squad) benefit from the infiltrate special rule (see the Warhammer 40,000 rulebook).

**Chapter Tactics:** If you include Kayvaan Shrike then all units in your army exchange the **Combat Tactics** special rule for the **Fleet** universal special rule. If more than one character in your army has the Chapter Tactics special rule, you must choose which version will apply.

## WARGEAR
**The Raven's Talons:** These are a pair of master-crafted lightning claws. They also bestow the Rending special rule on Shrike's close combat attacks.

"Wherever you tread, tread lightly. We are closer than you think, and our blades are sharp."

Captain Kayvaan Shrike
Raven guard 3rd Company

GW0011387

**Exhibit 132-A-2**
[Plaintiff's Exhibit A, Entry No. 132]

GW allegedly infringed work: p92 Codex Space Marines 2008.



**Exhibit 132 –B**
[Plaintiff's Exhibit A, Entry No. 132]

Photograph of Chapterhouse Studios product No. 132

# ALLEGEDLY INFRINGED WORK
# NOT PRODUCED

**Exhibit 132-A-3**
[Plaintiff's Exhibit A, Entry No. 132]

GW allegedly infringed work: p27 Codex Blood Angels 2009.



**Exhibit 132 –B**
[Plaintiff's Exhibit A, Entry No. 132]

Photograph of Chapterhouse Studios product No. 132

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Open-Fisted Power Claws compatible with Games Workshop Space Marine model



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search  Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR

Create an Account

**Sign up for the ChapterHouse Newsletter!**

## Open-Fisted Power Claws compatible with Games Workshop Space Marine model

Product Code: Open-Fist Power Claw set

Reward Points: 0

Availability: 130

### Price: $3.00

Qty: 1

Add to Cart

★★★★★  4 reviews  |  Write a review

Share

| Description | Reviews (4) | Related Products (1) |

This is a pair of resin power claw arms for 28 mm figures. They are designed to be compatible with Games Workshop Space Marine models. Each set of claws come consist of 8 parts - 4 open-fisted power claws or blades, 2 armored arms and 2 power cables.

The shoulder armor pieces are approximately the same size as the shoulder armor on a Games Workshop Terminator model and will easily accept any of our "Terminator Shoulder Pads". The shoulder armor can be easily cut down in size to accomodate any of our "Power Armor Shoulder Pads". These can be used as ligntning claws or any sort of power blades.

Components sold unpainted and unassembled.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Open-Fisted Power Claws compatible with Games Workshop Space Marine model

We accept **PayPal**    About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy    2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 133 |

GW identifies but has failed to produce the following allegedly infringed works: p27 Codex Blood Angels 2009; p10 Warhammer 40,000 Compilation 1991; p53 Codex Ultramarines 1994.

GW produced the following allegedly infringed works on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: p101 Codex Space Marines 2008; p92 Codex Space Marines 2008.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.



**Exhibit 133-A-1**
[Plaintiff's Exhibit A, Entry No. 133]

GW allegedly infringed work: p101 Codex Space Marines 2008.



**Exhibit 133 –B**
[Plaintiff's Exhibit A, Entry No. 133]

Photograph of Chapterhouse Studios product No. 133

# KAYVAAN SHRIKE
## SHADOW CAPTAIN OF THE RAVEN GUARD 3rd COMPANY

Captain Shrike made his name during the early months of the Targus campaign. The Raven Guard 3rd Company was one of many Imperial units assigned to the assault on Targus VIII, tasked with the elimination of the Orks' orbital defences. Striking hard and fast, Shrike's force accomplished its mission, only to become stranded when their extraction Thunderhawk was destroyed in near orbit.

Undaunted by his predicament, Shrike led a campaign of destructive havoc behind the Ork lines. For two years the Raven Guard 3rd struck at the Waaagh! wherever it showed weakness, destroying fuel dumps, ammunition stores and supply lines, all the while providing invaluable targeting and intelligence data to orbiting naval vessels. Shrike and his men were untouchable, able to strike at the Orks' brutal war machine with seeming impunity, inflicting catastrophic damage before slipping away into the shadowed ruins of the hive cities.

By the time Shrike had extracted his Company from the ruins of Targus VIII he was hailed a hero systemwide. After his subsequent assaults on Ork conquests in the Donaro and Yakhee systems, Shrike became nothing less than a saviour. Amongst the besieged ruins of Aldeb, Sulphuron and a dozen other worlds, desperate men beseeched the Immortal Emperor to send Shrike to deliver them from the terror of Waaagh! Skullkrak. Fleet Commanders and Generals of the Imperial Guard pleaded with the Master of the Raven Guard to assign Captain Shrike to their sector of the campaign. But if the sombre Captain was aware of either petition, he gave no sign.

Under Shrike's direction, the Raven Guard 3rd continues to assail Waaagh! Skullkrak. They go wherever they are most needed, not to battlezones where Imperial Commanders struggle to contain the Ork menace, but to worlds whose populations have been abandoned to their fates by an overstretched and uncaring Imperium. Shrike and his men are legends on these worlds, as revered as the greatest heroes of old.

On every planet under threat from the Orks, Guardsmen grasp their guns tighter and fight more fiercely, knowing that every minute they hold out is a minute in which the Raven Guard 3rd might arrive to deliver them from a hopeless battle. Meanwhile, beyond the ravaged defences, Skullkrak's Boyz keep a wary eye on the shadows cast by ruin and undergrowth, knowing that Shrike and his Company might be lurking in the darkness, just waiting for the correct moment to strike.



| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Kayvaan Shrike | 6 | 5 | 4 | 4 | 3 | 5 | 3 | 10 | 3+ |

## SPECIAL RULES
**And They Shall Know No Fear, Combat Tactics, Independent Character.**

**See, But Remain Unseen:** Shrike (and models in his squad) benefit from the **Infiltrate** special rule (see the Warhammer 40,000 rulebook).

**Chapter Tactics:** If you include Kayvaan Shrike then all units in your army exchange the **Combat Tactics** special rule for the **Fleet** universal special rule. If more than one character in your army has the Chapter Tactics special rule, you must choose which version will apply.

## WARGEAR
**The Raven's Talons:** These are a pair of master-crafted lightning claws. They also bestow the **Rending** special rule on Shrike's close combat attacks.

"Wherever you tread, tread lightly. We are closer than you think, and our blades are sharp."

Captain Kayvaan Shrike
Raven Guard 3rd Company

92 Forces of the Space Marines

GW0011387

**Exhibit 133-A-2**
[Plaintiff's Exhibit A, Entry No. 133]

GW allegedly infringed work: p92 Codex Space Marines 2008.



**Exhibit 133 –B**
[Plaintiff's Exhibit A, Entry No. 133]

Photograph of Chapterhouse Studios product No. 133

# ALLEGEDLY INFRINGED WORK
# NOT PRODUCED

**Exhibit 133-A-3**
[Plaintiff's Exhibit A, Entry No. 133]

GW allegedly infringed work: p27 Codex Blood Angels 2009.



**Exhibit 133 –B**
[Plaintiff's Exhibit A, Entry No. 133]

Photograph of Chapterhouse Studios product No. 133

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Close-Fisted Power Claws compatible with Games Workshop Space Marine model



Close-Fisted Power Claws compatible with Games Workshop Space Marine model



| **Plaintiff's Exhibit A** |
|:---:|
| Entry 134 |

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: p101 Codex Space Marines 2008.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.



**Exhibit 134-A-1**

[Plaintiff's Exhibit A, Entry No. 134 – 80% actual size]

GW allegedly infringed work: "current Space Marine Bike model sold by Games Workshop"



**Exhibit 134 –B**
[Plaintiff's Exhibit A, Entry No. 134]
Photograph of Chapterhouse Studios product No. 134

## THE WAR COUNCIL

The Great Crusade was a mammoth operation involving millions of troops and thousands of ships. Imperial armies fought campaigns across the broad sweep of the galaxy. Tens of thousands of human worlds needed to be saved.

The Imperial military of this time comprised the entire force of Space Marine Legions, hundreds of auxiliary regiments drawn from the freshly reconquered worlds, gigantic war machines supplied by the Mechanicum and their forge Worlds, foremost amongst these the mighty Titans of the Collegia Titanica, and a host of other smaller organisations and armed formations. The most significant of the smaller formations were the Custodian Guard, the Emperor's Bodyguard.

All of these were supported by a bewildering array of battleships, dropships and troop transports variously commanded by the Space Marine Legions, the Mechanicum and the other Imperial Commanders and leaders.

To manage the execution of the Great Crusade the Emperor convened the War Council. This effectively became the ruling body of the Imperium during the Great Crusade and through it the Emperor's law was brought to hundreds of thousands of human worlds.

The Emperor sat at the head of Council; at his right hand was Malcador. Each of the Primarchs had a seat on the Council, as did the chief custodian. When the Emperor made his alliance with Mars the fabricator-general of the Mechanicum was offered a seat. Supporting the Council was a team of astropaths who provided communication between the members since it became increasingly impractical for the group to physically assemble given the size of the growing Imperium and the inherent difficulties of travel through the warp.



MALCADOR THE SIGILLITE · FIRST LORD OF TERRA · JOHN GRAVATO

## MALCADOR THE SIGILLITE

During the conquest of Earth the Emperor gathered about him trusted lieutenants and gave to them tasks and duties befitting men of status. Most of these servants were drawn from the ranks of his bodyguard and Space Marine Legions.

Malcador was an exception. He was not a warrior but a man of learning with the bearing of a priest. From the early years of the Battle of Unification he was everpresent at the Emperor's side. His origins were unknown to all save perhaps the Emperor. He wore the hooded robes of a simple Terran administrator.

Malcador was appointed to run the Emperor's Palace and through it he managed the administration of newly conquered Terra. As the Crusade progressed Malcador's power and influence grew as he became overseer of the Imperial Tithe and chief of the Imperial Administration.

Blessed with unnaturally long life there were many rumours about the true nature of this enigmatic figure. Some say he was a psyker, the first to have undergone the soul-binding ritual. Other rumours say that he was distantly related to the Emperor.

THE HORUS HERESY | 15



DEATH JEST TACTICAL SQUAD · ULTRAMARINES · DAVID URANGA
BATTLEFIELD JES, RIDER SQUAD · EMPEROR'S CHILDREN · ERIC REM



GW0001893

**Exhibit 134-A-2**
[Plaintiff's Exhibit A, Entry No. 134 – 80% actual size]

GW allegedly infringed work: p15, Horus Heresy: Collected Visions ©2007



**Exhibit 134 –B**
[Plaintiff's Exhibit A, Entry No. 134]
Photograph of Chapterhouse Studios product No. 134

## Storm Shield

A storm shield is a solid shield that has an energy field generator built into it. The energy field is capable of deflecting almost any attack, even blows from lascannons and power weapons.

A model with storm shield has a 3+ invulnerable save. A model equipped with a storm shield can never claim the +1 Attack bonus for being armed with two close combat weapons in an assault.

## Teleport Homer

Teleport homers emit a powerful signal enabling Space Marine Strike Cruisers to lock on to them with their teleportation equipment. By utilising this signal, the risk of missing the intended mark is greatly reduced, as are the dangers of more serious accidents. If Terminators wish to teleport onto the battlefield via deep strike and choose to do so within 6" of a model carrying the homer, then they won't scatter. Note that the teleport homer only works for units that are teleporting, not for units entering play using jump packs, drop pods or other means of transport. Also note that the homer must already be on the table at the start of the turn for it to be used.



"Do not forsake your sidearm. It is the deliverer of wrath and a constant companion in a life of unending battle."

Forces of the Space Marines 101

GW0011388

**Exhibit 134-A-3**

[Plaintiff's Exhibit A, Entry No. 134 – 80% actual size]

GW allegedly infringed work: p101 Codex Space Marines 2008.



**Exhibit 134 –B**
[Plaintiff's Exhibit A, Entry No. 134]
Photograph of Chapterhouse Studios product No. 134

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Pilum Imperial Attack Jet Bike



Pilum Imperial Attack Jet Bike



Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull device, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept **PayPal**    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 135 |

GW identifies but has failed to produce the following allegedly infringed works: Cover art, Codex Tau Empire 2005; p32 Codex Tau Empire 2005; p34 Codex Tau Empire 2005; p45 Codex Tau Empire 2005.

# ALLEGEDLY INFRINGED
# WORKS NOT PRODUCED

**Exhibit 135-A**
[Plaintiff's Exhibit A, Entry No. 135]



**Exhibit 135 –B**
[Plaintiff's Exhibit A, Entry No. 135]

Photograph of Chapterhouse Studios product No. 135

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Alternative Heads for Tau Crisis Suits - Set #1



# CHAPTERHOUSE STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Search  Search

## Alternative Heads for Tau Crisis Suits - Set #1

CHAPTERHOUSE STUDIOS
BATTLESUIT HEAD SET #1 FOR
TAU CRISIS SUIT MODELS

Product Code: Alternative Heads for Tau Crisis Suits - Set #1
Reward Points: 0
Availability: 44

**Price: $4.00**

Qty: 1

Add to Cart

★★★★★  2 reviews  |  Write a review

Share

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

| **Description** | Reviews (2) | Related Products (2) |

A pewter set of 3 new alternative head sculpts designed to fit on the Games Workshop Tau Crisis or Broadside Battlesuits. Each set comes with 3 different robotic heads as well as a sprue of antenna to further modify the components.

Games Workshop Tau Crisis Suit model is shown for scale and example of use only and not included.

Components sold unpainted and unassembled.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40K Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Alternative Heads for Tau Crisis Suits - Set #1



We accept  PayPal    About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy       2011 ChapterHouse Studios®

| Plaintiff's Exhibit A |
|:---:|
| Entry 136 |

GW identifies but has failed to produce the following allegedly infringed works: Cover art, Codex Tau Empire 2005; p32 Codex Tau Empire 2005; p34 Codex Tau Empire 2005; p45 Codex Tau Empire 2005.

# ALLEGEDLY INFRINGED WORKS
# NOT PRODUCED

**Exhibit 136-A-1**
[Plaintiff's Exhibit A, Entry No. 136]

# CHS product no. 136 not available

**Exhibit 136 –B**
[Plaintiff's Exhibit A, Entry No. 136]
Photograph of Chapterhouse Studios product No. 136

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Alternative Heads for Tau Crisis Suits - Set #2



# CHAPTERHOUSE STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

Search: Search

## Alternative Heads for Tau Crisis Suits - Set #2

**BATTLESUIT HEAD SET #2 FOR TAU CRISIS SUIT MODELS**

Product Code: Alternative Heads for Tau Crisis Suits - Set #2
Reward Points: 0
Availability: 59

**Price: $4.00**

Qty: 1

Add to Cart

★★★★★  1 reviews | Write a review

Share

| Description | Reviews (1) | Related Products (2) |

A pewter set of 3 new alternative head sculpts designed to fit on the Games Workshop Tau Crisis or Broadside Battlesuits. Each set comes with 3 different robotic heads as well as a sprue of antenna to further modify the components.

Games Workshop Tau Crisis Suit model is shown for scale and example of use only and not included.

Components sold unpainted and unassembled.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Alternative Heads for Tau Crisis Suits - Set #2



| **Plaintiff's Exhibit A** |
| Entry 137 |



*'I will set the Emperor's Imperium alight, and from the ashes will arise a new Master of Mankind! Hail Horus! Hail Horus!'*



THE HORUS HERESY | 274

GW0002152

**Exhibit 137-A**

[Plaintiff's Exhibit A, Entry No. 137 – 80% actual size]

GW allegedly infringed work: p274 Horus Heresy Collected Visions



**Exhibit 137 –B**
[Plaintiff's Exhibit A, Entry No. 137]
Photograph of Chapterhouse Studios product No. 137

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Heresy-Era Shoulder Pads for Terminators Type E - 2 pads



# CHAPTERHOUSE
## STUDIOS

Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISSIONS |

Search  Search

### PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

Sign up for the
ChapterHouse Newsletter!

## Heresy-Era Shoulder Pads for Terminators Type E - 2 pads

Product Code: Heresy-Era Shoulder Pads for Terminators Type E
Reward Points: 0
Availability: 104

### Price: $2.00

Qty: 1

Add to Cart

�incluso 2 reviews | Write a review

Share

| Description | Reviews (2) | Related Products (5) |

This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad itself has leather segments flowing down and 2 distinct armored sections on the upper armor.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, the Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40K Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Heresy-Era Shoulder Pads for Terminators Type E - 2 pads



We accept **PayPal**    About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping  Policy     2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| --- |
| Entry 138 |

## BATTLE OF ISSTVAN III

The planet of Isstvan III was in revolt and had declared its independence from the Imperium. The Imperial Commander, Vardus Praal, was suspected of being a mutant, possibly a dangerous psyker. Horus had orders to quell the rebellion and bring Praal to Earth for judgement. This provided Horus with the perfect opportunity to rid himself of those Space Marines whose loyalties he was not sure of. Horus, Angron, Mortarion and Fulgrim met in council and decided which of their formations they could trust and which they could not. Orders were passed to the officers of the World Eaters, Death Guard and Emperor's Children Legions and the assault of Isstvan III begins. Those sections of the three Legions whose loyalty to Horus could not be guaranteed by their leaders were commanded to prepare for an assault on the planet beneath.





HORUS'S VENGEANCE • ADRIAN SMITH

THE HORUS HERESY | 78

GW0001956

**Exhibit 138-A-1**

[Plaintiff's Exhibit A, Entry No. 138 – 80% actual size]

GW allegedly infringed work p78, Horus Heresy Collected Visions



**Exhibit 138 –B**
[Plaintiff's Exhibit A, Entry No. 138]
Photograph of Chapterhouse Studios product No. 138

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Heresy-Era Shoulder Pads for Terminators Type D - 2 pads



# CHAPTERHOUSE STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
  - Heads
  - Jump packs
  - Kits for Space Marine Vehicles
  - Shields
  - **Shoulder Pads**
  - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

Search | Search

## Heresy-Era Shoulder Pads for Terminators Type D - 2 pads

Product Code: Heresy-Era Shoulder Pads for Terminators Type D
Reward Points: 0
Availability: 57

**Price: $2.00**

Qty: 1

Add to Cart

0 reviews | Write a review

Share

| Description | Reviews (0) | Related Products (5) |

This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has leather straps with metal rings on the ends flowing down and 2 distinct armored sections on the upper armor.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Wazznanter, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Heresy-Era Shoulder Pads for Terminators Type D - 2 pads

We accept  **PayPal**    About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy    2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 139 |



GW0001981

**Exhibit 139-A-1**
[Plaintiff's Exhibit A, Entry No. 139 – 80% actual size]

GW allegedly infringed work: p103 Horus Heresy Collected Visions



**Exhibit 139 –B**
[Plaintiff's Exhibit A, Entry No. 139]
Photograph of Chapterhouse Studios product No. 139



GW0002146

**Exhibit 139-A-2**
[Plaintiff's Exhibit A, Entry No. 139 – 80% actual size]

GW allegedly infringed work: p268 Horus Heresy Collected Visions



**Exhibit 139 –B**
[Plaintiff's Exhibit A, Entry No. 139]
Photograph of Chapterhouse Studios product No. 139

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Heresy-Era Shoulder Pads for Terminators Type B - 2 pads



Heresy-Era Shoulder Pads for Terminators Type B - 2 pads

We accept   **PayPal**   About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 140 |



GW0002017

**Exhibit 140-A-1**
[Plaintiff's Exhibit A, Entry No. 140 - 80% actual size]

GW allegedly infringed work: "Horus Heresy  - Collected Visions 2007, page 139."



**Exhibit 140 –B**
[Plaintiff's Exhibit A, Entry No. 140]
Photograph of Chapterhouse Studios product No. 140



'I will set the
Emperor's
Imperium alight,
and from the ashes
will arise a new
Master of Mankind!
Hail Horus!
Hail Horus!'



GW0002152

**Exhibit 140-A-2**
[Plaintiff's Exhibit A, Entry No. 140 – 80% actual size]

GW allegedly infringed work: p274 Horus Heresy Collected Visions



**Exhibit 140 –B**
[Plaintiff's Exhibit A, Entry No. 140]
Photograph of Chapterhouse Studios product No. 140



Armour Through the Ages : Games Workshop

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId...

# GAMES WORKSHOP®

Customer Service 1-800-394-4263 Welcome! Sig
**FREE SHIPPING ON ALL ORDERS**

0 items @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Find a Gift List

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000 Assault on
Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Books
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New
Today

Print
Bookmark & Share

Warhammer 40,000   Troops   Armour Through the Ages

## Armour Through the Ages

Tweet       58       ADD TO CART

**Armour Through the Ages**

This boxed set contains 1 metal Space Marine in Mk 1
armour, 1 metal Space Marine in Mk 2 armour, 1 metal
Space Marine in Mk 3 armour, 1 metal Space Marine in Mk
4 armour and 1 metal Space Marine in Mk 5 armour.

**Availability:** Usually ships within 24 hours
**Part Code:** 99110101373

**Price: $30.00**

Quantity   1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

Have you

$50.00
The Horus Heresy: Co

**Related A**

○ Getting Started With S

Carry Over Products   Real Estate   Privacy Policy   Legal   Careers   About Us   Bank Library   Forge World   Investor Relations

Country Select

Copyright © Games Workshop Limited 2000-2012   ® New Line Productions Inc.   © The Saul Zaentz Company d/b/a Middle-earth Enterprises.   All rights reserved to their respective owners

1 of 1

2/11/2012 12:21 AM

**Exhibit 140 –A-3**
[Plaintiff's Exhibit A, Entry No. 140 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells a Mk1 armoured Space Marine."



**Exhibit 140-B**
[Plaintiff's Exhibit A, Entry No. 140]

Photograph of Chapterhouse Studios Product No. 140

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Heresy-Era Shoulder Pads for Terminators Type C - 2 pads



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search  Search

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
  - Heads
  - Jump packs
  - Kits for Space Marine Vehicles
  - Shields
  - **Shoulder Pads**
  - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

## Heresy-Era Shoulder Pads for Terminators Type C - 2 pads

Product Code: Heresy-Era Shoulder Pads for Terminators Type C

Reward Points: 0

Availability: 90

### Price: $2.00

Qty: 1

Add to Cart

0 reviews | Write a review

Share

| Description | Reviews (0) | Related Products (5) |

This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has leather straps flowing down and 2 distinct banded armored sections on the upper surface.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Wamaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Heresy-Era Shoulder Pads for Terminators Type C - 2 pads



We accept   **PayPal**      About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy       2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 141 |



GW0002017

**Exhibit 141-A-1**
[Plaintiff's Exhibit A, Entry No. 141 - 80% actual size]

GW allegedly infringed work: "Horus Heresy - Collected Visions 2007, page 139."



**Exhibit 141 –B**
[Plaintiff's Exhibit A, Entry No. 141]

Photograph of Chapterhouse Studios product No. 141



'I will set the Emperor's Imperium alight, and from the ashes will arise a new Master of Mankind! Hail Horus! Hail Horus!'



GW0002152

**Exhibit 141-A-2**
[Plaintiff's Exhibit A, Entry No. 141 - 80% actual size]

GW allegedly infringed work: p274 Horus Heresy Collected Visions



**Exhibit 141 –B**
[Plaintiff's Exhibit A, Entry No. 141]

Photograph of Chapterhouse Studios product No. 141



**Exhibit 141 –A-3**

[Plaintiff's Exhibit A, Entry No. 141 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells a Mk1 armoured Space Marine."



**Exhibit 141 –B**
[Plaintiff's Exhibit A, Entry No. 141]

Photograph of Chapterhouse Studios product No. 141

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Heresy-Era Shoulder Pads for Terminators Type A - 2 pads



# CHAPTERHOUSE STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
  - Heads
  - Jump packs
  - Kits for Space Marine Vehicles
  - Shields
  - **Shoulder Pads**
  - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR

Create an Account

**Sign up for the ChapterHouse Newsletter!**

Search  Search

## Heresy-Era Shoulder Pads for Terminators Type A - 2 pads

Product Code: Heresy-Era Shoulder Pads for Terminators Type A
Reward Points: 0
Availability: 236

**Price: $2.00**

Qty: 1

Add to Cart

0 reviews | Write a review

Share

| **Description** | Reviews (0) | Related Products (4) |

This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the bad itself has draping armored segments flowing down and 3 distinct armored sections on the upper armor.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Heresy-Era Shoulder Pads for Terminators Type A - 2 pads

We accept    PayPal     About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy      2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 142 |

GW identifies but has failed to produce the following allegedly infringed works: p28 Codex Space Marines 2008; p34 Warhammer 40,000 Compendium; p113 Imperial Armour Volume 9 The Badab War Part 1; p35 Warhammer 40,000 Compendium 1989.

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: p20 Codex Space Marines 2008.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.

# SPACE MARINE POWER ARMOUR

Most humans who have any contact with Space Marines will know and recognise the most common types of Space Marine armour quite readily. However there are older types of armour (also known as marks) which remain in service to this day and whose design differs greatly. Indeed, many of the older variants have special associations for particularly old or honoured Chapters and so may be worn by ceremonial guards or by elite units. Other Chapters are less formal in their use of armour, mixing various types into their fighting units with little or no regard for conformity. The degree of uniformity within a Chapter varies a great deal and is often determined by historical precedent or tradition.

Each Chapter's power armour is maintained by skilled Artificers. These are not Space Marines, but dedicated servants who spend their lives working for the Chapter. Over the history of a Chapter, especially talented Artificers become famous and justly celebrated, and examples of their work are much sought after. When a Space Marine earns a combat honour it is the Artificers who fashion the honour badge and fasten it onto the Marine's armour. Similarly, the Artificers make rank badges, long service accolades and other awards of distinction.

Artificers religiously hunt down elements of ancient armour. Such pieces will be lovingly restored, often plated with silver or gold, and then painstakingly engraved with naturalistic scenes, abstract designs or Chapter badges. Older types of armour are associated with the past history of many Chapters and often with the deeds of heroic individuals. A piece of armour that belonged to an old Chapter hero is valued above all others, for it implies his presence on the battlefield, witnessing the deeds of his successors. In this way, a single armoured plate or helmet might be heir to a long and famous history, having belonged to a whole succession of Space Marine heroes and been worked on by many renowned Artificers.

As well as resurrecting old pieces of armour for notable Space Marines, the Artificers also decorate and modify armour to suit particularly revered individuals. As a result of the Artificers' efforts over the many thousand years a Chapter has been in existence, it is quite common to find suits which combine elements of the different marks as well as quite unique suits which have customised armoured plates or helmets. Some Chapters reserve such armour for special individuals, officers, or high ranking commanders. There is no fixed rule on this, it is a matter of Chapter tradition and preference how such armour is used. However, it is generally the case that very high ranking officials inherit special suits of armour, which they may then combine with their own existing suits so that their individual honours or personal pieces of armour are retained when they are appointed to a new position. So does a Chapter's power armour evolve down the centuries, each and every greave and gorget a recollection of mighty deeds and terrible battles won.



Mk1 "Thunder" Pattern    Mk2 "Crusade" Pattern    Mk3 "Iron" Pattern    Mk4 "Maximus" Pattern

Mk5 "Heresy" Pattern    Mk6 "Corvus" Pattern    Mk7 "Aquila" Pattern    Mk8 "Errant" Pattern

**20** Space Marine Power Armour.

GW0011380

**Exhibit 142-A-1**
[Plaintiff's Exhibit A, Entry No. 142]

GW allegedly infringed work: p20 Codex Space Marine 2008



**Exhibit 142 –B**
[Plaintiff's Exhibit A, Entry No. 142]
Photograph of Chapterhouse Studios product No. 142



GW0002432

**Exhibit 142-A-2**
[Plaintiff's Exhibit A, Entry No. 142]

GW allegedly infringed work: Cover art, Codex Space Marines 2008.



**Exhibit 142 –B**
[Plaintiff's Exhibit A, Entry No. 142]
Photograph of Chapterhouse Studios product No. 142

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

TRU-Scale Knight Praetorius "Order of the Empress's Tears" Conversion Kit - 6



# CHAPTERHOUSE
## STUDIOS

| PRODUCTS | | NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**Eldar Compatible Bits**

**Knight Praetorius TRU-Scale Figure Kits**

**Imperial Guard Compatible Bits**

**Space Marine Compatible Bits**

**Tau Compatible Bits**

**Tyranid Compatible Bits and Kits**

**Super Heavy Kits**

**Resin Bases & Terrain**

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

Search Search

## TRU-Scale Knight Praetorius "Order of the Empress's Tears" Conversion Kit - 6

Product Code: TRU-Scale Grail Knight Squad Conversion Kit

Reward Points: 0

Availability: 105

### Price: $22.50

Qty: 1

Add to Cart

0 reviews | Write a review

Share

### Description | Reviews (0) | Related Products (1)

The "Knights Praetorius" are the Empress' most loyal soldiers. Each order has a history as well as heraldry that is unique to its ranks. The Order of the Empress's Tears is named so because of the near annihilation the order faced when they were the sole defense for the Empress when her flagship came under assault during the Battle of Permidian. Isolated and without support, the order was annihilated to almost the last soldier before reinforcements had arrived. Only 2 soldiers survived the Kin'rth attack against the Empress and her closest advisors. Because of this sacrifice, the Empress renamed the unit and the units heraldry includes the "red tears" of the empress as its main standard.

Each resin kit comes **unassembled and unpainted.** The 28 mm TRU-Scale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.* Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.

### Examples of assembled and painted models by Worthy Painting Artist Alistair Armes are available here.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Elder, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

TRU-Scale Knight Praetorius "Order of the Empress's Tears" Conversion Kit - 6

We accept | PayPal | About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy | 2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 143 |

## NO COPYRIGHT CLAIM STATED

## "This kit comprises parts from other Chapter House products."

**Exhibit 143-A**

GW allegedly infringed work: N/A

# (CHS PRODUCT: SEE ENTRY 126)

**Exhibit 143 –B**
[Plaintiff's Exhibit A, Entry No. 143]

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

TRU-Scale Knight Praetorius Conversion Kit - 6



# CHAPTERHOUSE
## STUDIOS

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

Search

### TRU-Scale Knight Praetorius Conversion Kit - 6

Product Code: TRU-Scale Knight Praetorius Conversion Kit - 6

Reward Points: 0

Availability: 70

**Price: $22.50**

Qty: 1

Add to Cart

★★★★  3 reviews | Write a review

Share

E-Mail Address:

Password:

Forgotten Password

Login

OR

Create an Account

**Sign up for the ChapterHouse Newsletter!**

| **Description** | **Reviews (3)** | **Related Products (1)** |

The "Knights Praetorius" are the Empress' most loyal soldiers.  Each is endowed with a touch of the Empress' psychic powers when admitted into the unit.  While few in number, each is a match for 10 lesser men, the psychic unity with the Empress allows a measure of prescience as well as formidable endurance.  Both men and woman are allowed to test to join the unit, but few survive this testing.

*In a future where knowledge and technology rule. Aliens and humans battle for resources over countless worlds in a race to the become the dominate power.*
*Earth has been divided into two warring factions although each faction has claimed a whole system to rule over-, they continue to fight over who should rule over earth.*

*Queen Eva Kimlar is the leader of the Valnarian Empire, a powerful psyker that has merged psionics with technology.  Kimlar is the manipulator of men and can influence their thoughts, it is almost impossible for a male to deceive her as she can see your innermost secrets in your eyes as if watching them play out on a screen. As a the strongest known psyker in existance she shares a link with her most loyal followers on a level a normal human could not comprehend.*
*Her influence on peoples actions are stronger over men than women, thus she has to use her strong political skills and natural charisma to win over the female population.*

Each resin kit comes **unassembled and unpainted**.  The28 mm TRU-Scale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks.  *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown*.  Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit.  We recommend 28mm scale model kits for assembly with this kit.

Displayed model painted by Jose Veiga and incorporates kits from Chapterhouse Studios - Spiky Marine Head, Open Fist Power Claws, and Combi-Flamer Component

**Examples of assembled and painted models by Stephen Smith and consist of numerous components from different manufactures for the weapons, arms, heads and weapon**

TRU-Scale Knight Praetorius Conversion Kit - 6



**effects are available here.**

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept **PayPal**   About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®