Exhibit 12-A

**Rule 26(a)(2)(B) Expert Report of William F. N. Brewster**

**May 1, 2012**

**in**

**Games Workshop Limited v. Chapterhouse Studios LLC**

## I.      INTRODUCTION

I am engaged as an expert witness by counsel for Defendant Chapterhouse Studios LLC ("Chapterhouse") to provide expert analysis to determine if the product designs and imagery which are at issue in this case generally fall into the area of known military equipment and depict symbols associated with existing historical examples and concepts of pattern and heraldry.

I have been engaged as an expert by Chapterhouse to use my personal and professional experience, and knowledge and expertise to review, study and analyze the evidence in this case, and provide certain opinions on substantive issues.  This report summarizes my analysis and conclusions.

If called to testify in this litigation, I expect to give testimony regarding the opinions expressed in this report and my basis for the opinions.  I may give additional testimony on these topics based on documents, issues, opinions, or testimony that may have not yet been identified or created.  In addition, I continue to examine documents and may reach opinions about those in the process.  I may give additional testimony depending upon the opinions expressed by Plaintiff's retained experts and witnesses if any.  I may modify the conclusions in this report if new, relevant information comes to my attention before or during trial.  I reserve the right to amend this report under such conditions or other appropriate circumstances.  I may assist in the development of demonstration materials to support and explain my opinions.  At or before trial, I may use any of the materials referred to in this report, including any of the documents and other information reviewed by me or made available to me as exhibits to support my opinions.  I may also create summaries of documents and other information reviewed by me, or made available to me, to support my opinions.  At trial, I may convey my testimony using images or other demonstratives.

The analysis was conducted through the examination of images of the various Games Workshop products identified as at issue in this litigation, which I understand are summarized on

Exhibit A to Games Workshop Ltd's Answer to Interrogatory No. 1 ("Games Workshop's Exhibit A") and comparing them to photographs (and in some cases original examples) of military insignia and equipment. I have also reviewed photographs of the Chapterhouse products that I understand to be at issue in this case that were provided to me by Chapterhouse's counsel, Winston & Strawn LLP. After examining images of the insignia and symbols, body armour, weapons, and machines claimed by Games Workshop, I find them to be in keeping with previously existing examples known within actual military material culture.

I am the Curator of Collections for the First Division Museum at Cantigny Park in Wheaton, Illinois (hereafter FDM). I have been employed by FDM in this capacity since February 2011. For the previous sixteen years I served as the Curator of Collections for the Wisconsin Veterans Museum in Madison (hereafter WVM). During my time in the field, I have developed a broad expertise and knowledge in the area of military material culture with a special focus on field uniforms and equipment. The military object collection at FDM currently numbers 15,000 pieces. The military object collection at WVM currently numbers 27,000 pieces. During my tenure at WVM I oversaw collection growth of 75 percent. While employed by WVM, I authored more than forty articles for the museum publication, The Bugle, and regularly lectured at the university, college, and professional level on the nature of military museum collections and military material culture. My current resume and c.v. is attached to this report as Exhibit A.

I am only being compensated for lost wages and expenses incurred by me due to and during the period of testimony. My employer has granted me permission to participate in this process and further allows me to conduct a reasonable amount of research and background documentation during regular work hours.

The following analysis reflects my conclusions based on my opinions and documentation obtained through multiple years of professional exposure to military material culture and a

variety of printed sources. The assessment is based on photographic examples found in these printed texts. I will present in order, an examination of body armour and shield design, weapons and the insignia.

## II.    CONCLUSION

Following my examination of the relevant documents, I am prepared to testify on the following opinions. That the insignia, heraldry, equipment pattern and design used by Games Workshop, are compatible with and not markedly dissimilar from those elements found to exist previously within the world of military material culture. That the models Games Workshop creates incorporates patterns and designs of insignia, heraldry, and equipment that are documented to exist either currently or in the past outside of the world of fantasy gaming.

## III.    ANALYSIS

Games Workshop's Exhibit A includes references to Games Workshop products, many of which fall into categories of known military equipment and incorporate symbols from the world of military material culture. Following are some of the more prominent examples.

1.  Shoulder Pads. Shoulder pads, (historically known as Shoulder Cops) are the most common item thematically amongst the various pieces considered in this examination. While the use of armour for the head, body and legs dates to at least the 6th Century B.C., the use of protective shoulder pads reasonably dates to the 14th Century. It is during the 15th -16th Centuries that full body armour saw extensive use in Europe and the shoulder pad became an integral component of personal protective systems. The use of shoulder pads generally fell out of favor with the diminished use of body armour following the introduction of firearms; however, 20th -21st Century incarnations of ballistic body armour have seen a reintroduction of more complete coverage including shoulder pads.

-4-

Shoulder pads are now incorporated into protective body armour. The appearance of shoulder pads through the history of personal body armour is common and wholly unremarkable. (Dean 25-35, 156-157; Halberstadt 76-80; Stone 250, Fig. 309, 563; Tarassuk 22-46). I find the Games Workshop and Chapterhouse Studios shoulder pads in keeping with previously existing examples.

2. Shields. The use of shields in combat predates recorded history. While they take many forms, traditional shields will be seen in square, round, oval, rectangular and what is known as the "heater shape". The last style is where there are three sides with the two vertically oriented sides curving to a point at the bottom. Another design element encountered is a notch or "bouche" which allows for the projection of a weapon through a circular opening in the upper right hand corner of the shield. This feature may be seen in German manufacture by the 15th Century. The application of decorative elements to the face of shields is common. (Stone 128, 207-208, 555-557; Tarassuk 422-423). I find the Games Workshop and Chapterhouse Studios shields in keeping with previously existing examples.

3. War Hammers. The use of various forms of hammers and axes as weapons in ancient warfare is very well documented. A combination of striking and thrusting elements is typical in historic examples. The lines of these elements on actual weapons are more refined, while the incorporation of larger hammer-heads is more the stuff of artistic fantasy creations which appear during the late 20th Century. (Stone 278-279; Tarassuk 499-500).

4. Firearms. The Games Workshop and Chapterhouse weapons systems presented are essentially patterned following design elements that may be found in most 20th Century automatic and semi-automatic rifles. The receiver group of the weapons is a common design resembling the Belgium FAL series, the Czech Model 61, the German FG42, and of course the Russian AK47. The barrel or "attachment" assemblies are variations on, or combinations of, traditional designs that most closely resemble various forms of flash suppressors and compensators found on the German FG42, G41 and GEW41, Hungarian AMD65, and the U.S. M1928A1; while the grenade launchers referenced by Games Workshop resemble the U.S. XM148/M203 system. (Ezell 243-248, 387-389, 476 507-508, 511-512, 706-713, 831; Hogg 162, 241-242, 246-248, 257;  Schwing 136-137, 141-142, 271, 290)

5. Decorative Elements. The majority of decorative elements presented in the images referenced on Games Workshop's Exhibit A have long been used in recorded civilian and military history. The integration and application of the various elements on components of body armour is well documented. Further, the surmounting and overlapping of multiple design elements upon one another is a common practice. Eagles (and other birds of prey), griffins, lions, crowns, wreaths, hands, arrows and spears, scales, and serpents are all encountered within the range of decoration incorporated for military purposes on Roman and Medieval body armour, shields and military standards. Further, the use of these figural designs is commonly found in the heraldic crests associated with United States Army distinctive insignia. (Kraus 34, 35, 37, 53, 269; Maxfield pls. 2a-c, 4a, 5a, c-d, 7b, 11a; Stein pls. 2, 4, 12; Stone Fig 26, 29, 34, 556, 713, 719)

Geometric Forms. Arrows and chevrons as an incorporated geometric design are encountered in 20th Century military insignia. In particular, the distinctive insignia and

shoulder sleeve insignia of the United States Army makes general use of arrows and chevrons in their heraldic design. (Stein pls. 4, 5, 7, 8, 9, 12, 14, 67, 68, 12)

Skulls. Skulls are encountered in military decoration used by the German Imperial Army and the German Army of the Third Reich. They are also found on insignia associated with United States Army Special Forces during the Vietnam Conflict. (Britton 45; Kraus 12, 37, 53, 269, 361, 364; Tucker 318-331, 338-339, 342-347, 349)

Cruciform. Encountered on early Lolo armour from China, the cruciform can be found in many incarnations. Particularly frequent appearances occur within the makeup of United State Army heraldic insignia. The particular form of arrow cross that appears in Games Workshop imagery (for example in the images referenced at Games Workshop's Exhibit A 46-48) is associated with national socialist/neo-Nazi ideology immediately post-dating World War II. (Stein pls. 2, 6, 16, 68; Stone, Fig. 76)

Gear. The gear symbol referenced at Games Workshop's Exhibit A 69 is generally associated with socialist political philosophy. In this context it is seen incorporated into civil badges and decorations of the Nazi Party and recent non-militarist socialist organizations such as the Red Wedge. (Angolia 91-104)

Roman Numeral. The use of Roman numerals is common in 20th Century military material culture and particularly United State insignia. (Britton 1, 2, 3, 22, 23, 34, 48)

In summation, it is quite apparent that the range of equipment, weaponry and decorative elements claimed by Games Workshop in this litigation has long existed within the real world of international militaries. The use of decorative elements in combination and surmounting other

elements is neither new nor innovative. And, this is not including an examination of graphic and design materials presented over the four decades in the world of fantasy gaming. In my opinion, I find there are no remarkable or original presentations of material.

Respectfully,

/s/ William F.N. Brewster

William F.N. Brewster

Dated: May 1, 2012

Sources:

Angolia, John R. *For Fuhrer and Fatherland Political & Civil Awards of the Third Reich.* San Jose, CA: R. James Bender Publishing. 1978. Print

Britton, Jack, and George Washington Jr. *U.S. Military Shoulder Patches of the United States Armed Forces, Third Edition.* Tulsa, OK: M.C.N. Press. 1981. Print

Dean, Bashford. *Helmets and Body Armor in Modern Warfare.* Tuckahoe, NY: Carl J. Pugliese. 1977. Print

Ezell, Edward Clinton. *Small Arms of the World.* New York: Barnes and Noble Books. 1993. Print

Hogg, Ivan V, and John S. Weeks. *Military Small Arms of the 20th Century.* Iola, WI: Krause Publications. 2000. Print

Halberstadt, Hans. *Battle Rattle.* St. Paul, MN: MBI Publishing Company. 2006. Print

-8-

Kraus, Jurgen. *The German Army in the First world War*. Vienna. Stefan Rest. 2004. Print

Maxfield, Valerie A. *The Military Decorations of the Roman Army*. Berkeley, CA: University of California Press. 1981. Print

Stein, Barry Jason. *U.S. Army Heraldic Crests*. Columbia, SC: University of South Carolina Press. 1993. Print

Stone, Cameron George. *A Glossary of the Construction, Decoration and Use of Arms and Armor*. New York: Jack Brussel. 1961. Print

Tarassuk, Leonid, and Claude Blair. *The Complete Encyclopedia of Arms & Weapons*. Italy: Bonanza Books. 1986. Print

Tucker, Michael F. *History on Their Shoulders*. Port St. Lucie, FL: MilSpec Publishing. 2010. Print

# EXHIBIT A

William F. N. Brewster
4295 Garden View Dr.
Naperville, IL  60564
(608) 712-0472


WORK EXPERIENCE

First Division Museum, Wheaton, IL
   Curator of Collections, February 2011-Present

Wisconsin Veterans Museum, Madison, WI
   Curator of Collections, August 1994-Present
   Acting Curator, June 1993-August 1994
   Curatorial Assistant, June 1992-August 1992

State Historical Society of Wisconsin, Madison, WI
   Curator 2, January 1994-August 1994
   Acting Registrar, September 1993-January 1994

Schwarzschild Jewelers, Richmond, VA
   August 1988-August 1991
   Jewelry and Watch Repair

Peterson Jewelers, Madison, WI
   June 1987-August 1987
   Clock Repair Technician

Madison News Papers Inc., Madison, WI
   September 1982-May 1987
   Mailroom Operator

Petersburg National Battlefield, Petersburg, VA
   Interpreter June 1983-August 1983
   Site Supervisor June 1981-August 1981
   Interpreter June 1980-August 1980
   Interpreter June 1979-August 1979


EDUCATION

Southeast Missouri State University  Cape Girardeau, MO, 1995
   BS, Historic Preservation, Museum Studies
   Faculty Director: Arthur Mattingly

Milwaukee Area Technical College  Milwaukee, WI, 1988
      2 Yr. Technical Diploma, Horology
      Faculty Director: Gerald Jaeger

Madison Area Technical College  Madison, WI, 1982
      AA, Social Services, Juvenile Counseling
      Faculty Director: Sandy Stone

Campbell Center for Historic Preservation Studies  Mt. Carroll, IL, 1996
   Care of Textiles 1
      Instructor: Jane Hutchins

Campbell Center for Historic Preservation Studies  Mt. Carroll, IL, 1997
      Care of Textiles 2
      Instructor: Jane Hutchins

## PROFESSIONAL ACTIVITIES

AASLH State Award Review Committee, Wisconsin, 1997-1999

CAP Grant Consultant, Military Material Culture, Oshkosh Public Museum, 1998

## ACADEMIC HONORS

Dean's List, Southeast Missouri State University,
Fall 1991, Spring 1992, Summer 1992, Fall 1992, Spring 1993

Dean's List, Milwaukee Area Technical College,
Spring 1987, Summer 1987, Fall 1987, Spring 1988

## MAJOR PRESENTATIONS

"20th Century Armor Artistry"
 Leigh Yawkey Woodson Art Museum , May 2008

"A Tail of Two Shirts a Tale of Two Wars"
American History 102, University of Wisconsin-Madison, April 2008
Professor Jeremi Suri

"Museum Exhibits Veterans' Battlefield Memorabilia"
Talk of the Nation, National Public Radio, November 8, 2007

"The Importance of Object Provenance"
U.S. Army Museum System Annual Training Course, June 2005

"Sorry 'Bout That; Uniforming the American Soldier in Vietnam"
5th Triennial Vietnam  Symposium, March 2005
The Vietnam Center, Texas Tech University

"A Needle in a Paper Stack: Obects in Archival Collections"
Annual Spring Meeting, Midwest Archives Conference, March 2004

"Clothing and Equipping the Soldier, 1812-1865"
Fall Conference, Midwest Open-air Museum Council, November 2002

"Sewing Soldiers: An Examination of Sewing Kits Used by American Soldiers, 1861-1865."
Ars Textrina: 16th Annual Conference on Textiles and Costume, June 1998


EXHIBITS

"Faces in the Sand"
Wisconsin Veterans Museum
April 2009-Present

"In the Belly of the Dragon: Life and Death in I Corp"
Wisconsin Veterans Museum
September 2006-April 2008

"Uncovering the Enemy: Military Intelligence and Surveillance in the 20th Century"
Wisconsin Veterans Museum
November 2001-January 2005

"They Also Served: America's Civilian Volunteers."
Wisconsin Veterans Museum
November 1997-September 2001

"Zingale: Artist Turned Sailor, Works on Paper (1944-1945)"
Wisconsin Veterans Museum
November 1995-March 1996

"King: A Picture of Change"
Wisconsin Veterans Museum, Veterans Home Gallery
March 1998-Present

"The Persian Gulf Conflict"
Wisconsin Veterans Museum, Veterans Home Gallery
March 1995-March 1998

"Three Wisconsin Soldiers"
State Historical Society of Wisconsin Conference
"A Nation Transformed, The American Civil War"
May 1995


REFERENCES

Michael Telzrow, Director
Wisconsin Veterans Museum
30 W. Mifflin St. Suite 200
Madison, WI  53703
(608) 266-1009

Raymond Boland, Former Secretary of the Wisconsin Department of Veterans
Affairs
PO Box 203
Land O Lakes, WI  54540
(608) 577-8387

Dr. Gordon Jones, Senior Military Curator
Atlanta History Center
130 West Paces Ferry Road NW
Atlanta, Georgia 30305
(404) 814-4000

Lance Herdegen, Author and Former Director, Civil War Institute, Carroll University
W682 County D
Burlington, WI  53105
(262) 210-6889

William F. Brewster *curriculum vitae*

I am the Curator of Collections for the First Division Museum at Cantigny Park in Wheaton, Illinois (FDM) holding this position since February 2011. FDM is a non-profit component of the Robert R. McCormick Foundation. As Curator, I supervise a full-time staff that includes an Assistant Curator, a Collections Manager and a Registrar. The object collection contains approximately 15,000 artifacts that relate directly and indirectly to the history of the United States Army's First Infantry Division and an operating military vehicle fleet. The current incarnation of the First Division Museum was opened to the public in 1992 and houses over 10,000 square feet of exhibits and includes an outdoor armoured vehicle park of twelve tanks and five artillery pieces. I was hired specifically for my expertise in United State military material culture and for my collections development skills. I am tasked with driving FDM towards accreditation with the American Association of Museums.

I am the lead worker for the FDM collections division. I supervise professional staff, creating job descriptions, conducting annual reviews, assessing work quality, and assigning tasks as dictated by museum activities. I supervise interns on a yearly basis. These are typically graduate level museum program students. I interview and select candidates and develop specific job requirements. I provide a year-end performance assessment and recommend a final grade. I train all collections employees and interns in object cataloging techniques, collections management techniques, donor interaction, and exhibit development.

I work directly with donors to determine object provenance, arrange the transfer of collections, inventory content, and make follow-up contact. I supervise the intake of all object donations, determining what to accept into the collection, the cataloging of artifacts and act as lead worker for the collections staff. I develop ongoing relationships with individual donors and veterans communities leading to successful growth for the object collections. I direct the cataloging of objects for the museum. This includes complete historical documentation of all objects, examination for conservation needs and the supervision of the numbering process. I work closely with the Archivist and Reference Librarian to secure archival collections and answer historical military questions.

Several of my concentrations are mid-19th Century military material culture and field uniforms of the Vietnam War. I direct my attention to the development, manufacture, and issuing of Federal Army uniforms and equipage during the Civil War, resulting in an original thesis on the evolution of the issue army shirt with emphasis on contract variations and a second on the army blanket. In the past several years, I have begun to examine the similarities between Union Civil War soldiers and their American Vietnam counterparts in the private purchase of uniform components, emphasizing headgear.

I lecture on museum collections, military material culture, and United States military uniforms, equipment, and history for museum professionals, colleges and universities, in-house museum programs, high schools, military and history roundtables and civic organizations. At the University level, I lecture on military history, the nature of museum collecting, curatorial techniques, exhibit development and design, military material culture, the relationship between civil and military societies, and historical interpretation. I lecture on 19th Century material culture and object collections management for

professional organizations including the Midwest Open Air Museums Conference, Wisconsin-Society of American Archivists, and the Society for Military History, Carroll Universities' Civil War Institute, and for the U.S. Army Museum System's annual training seminar.  I guest lectured at UW-Madison for Professor's Beverly Gordon, Jeremi Suri, John Hall, and Thomas Archdeacon.  I am recognized nationally among museum professionals and on an academic level for my knowledge and expertise in the field of military material culture.

I was the Curator of Collections for the Wisconsin Veterans Museum (WVM) in Madison from August 1994 until January 2011. The WVM is an American Association of Museums accredited institution. Described by The Journal of American History as "the most stunning history museum of its size in the United States today," the WVM consists of 12,000 square feet of exhibits, 11,000 square feet of collections storage, and 5,000 square feet of archives and library. Annual visitation is in the 70,000 range. The WVM operates the Wisconsin National Guard Museum, 2,800 square feet, and a 2,400 square feet exhibit gallery at the state veterans home. The WVM has an annual operating budget of approximately $2,000,000 derived from state General Program Revenues and the Veterans Trust Fund. The specific assignment of dollars is determined through a biannual budget process.

As Curator of Collections for the Wisconsin Veterans Museum (WVM), I directed and managed a large and diversified collection of military materials. I am the principal collections staff member. The object collection has grown and received national recognition due to my contributions and efforts. Pursuing a policy of active collecting, a once single-conflict collection now encompasses one hundred and fifty years of United States military history.  The collection contains 22,000 objects relating to Wisconsin and United States military history from the Civil War through the present. Under my direction, the museum has pursued a course of active collecting resulting in growth of nearly 12,000 objects. The collection includes firearms, edged weapons, accoutrements, munitions, battle flags, field and camp equipment, personal effects, field and dress uniforms, decorations, insignia, musical instruments, medical equipment, horse equipment, specialized gear, vehicles, artillery, and battlefield artifacts.  Specific focuses I have developed include combat uniforms, souvenirs, and service personnel collected memorabilia. The collection presents military history from the perspective of many participants and a range of viewpoints.  The object collection is the primary reason for the existence and appearance of the WVM. I have been responsible for the growth and management of this collection for the last 15 years.

I guided the direction of the WVM's long-term and changing exhibits, placing emphasis on a varied perspective of military history relayed through the experiences of participants. Using the collections to develop themes emphasizing the stories of individuals coupled with a less glamorous portrayal of conflict, these exhibits attract a diverse audience. The veteran's community embraces these exhibits appreciating their honest and forthright depictions of the realities of war. Development involves extensive, in-depth research on military units, activities and individuals representing all branches of service. I selected artifacts, recommend themes and topics, providing the outline for exhibit development. I researched and create a majority of the text using primary source materials, interviews with veterans and historical texts. The diversity of content in the exhibits and national recognition is evidence of successful and ongoing development.

As a member of the Veterans Museum staff, I have researched and written over 40 articles covering Wisconsin and United States military history for the Wisconsin Veterans Museum journal, The Bugle. These articles address the complexities of military material culture, the history of conflict specific actions, museum collecting issues and the interaction between museum staff and the donor. Other articles consider the development and genesis of particular pieces of military uniforming, insignia and equipment and the creation of unique pieces of clothing by the individual combatant. I have written specifically on the documentation and provenance of military tinware, blankets, sewing kits, shoulder sleeve insignia and combat used clothing.

I created a comprehensive collections assessment document examining the current state of the WVM object collections. This document addresses growth potential, cataloging and data entry, storage facilities, collections management and preservation, collections inventories and deaccessions. This document projects future museum needs based on current trends and developments and lays out a schedule of short and mid-term goals.

Before 2000, I also served as collections manager responsible for storing and the inventory of stored, exhibited and loaned objects. I conceptualized, planned, implemented and directed the reorganization of all storage facilities. I executed a redevelopment, design, and partial installation of compact storage equipment to accommodate growth. Under my leadership, the collections department implemented the use of acid-free materials to preserve sensitive objects. I ensure the monitoring of light levels, humidity and temperature in galleries and storage. I defined the standards and practices for in-house conservation including assessment, cleaning, stabilization, and object mount construction. I collaborate with contract conservators for advanced conservation, determining levels of treatment for objects.

From September 1993-January 1994, I served as acting registrar for the WHS, working with a collection of 100,000 objects. I was responsible for the maintenance of records, temporary receipts, certificates of gift, and assignment of numbers for museum acquisitions. Additional responsibilities included updating 40 years of loan agreements and the reorganization of accession records. I served as advisor to the WHS regarding military objects and military related information requests.

I was the lead worker for the Wisconsin Veterans Museum (WVM) collections division. The original two person staff now includes three full-time positions with two limited-term positions. I oversee junior professional staff and supervise two limited-term employees, creating job descriptions, interviewing candidates, assessing work quality, and assigning tasks as dictated by museum activities. I supervise interns on a yearly basis. These are typically graduate level museum program students. I interview and select candidates and develop specific job requirements. I provide a year-end performance assessment and recommend a final grade. I train all collections term-employees and interns in object cataloging techniques, collections management techniques, donor interaction, and exhibit development. Four of my former interns have gone on to full-time professional museum careers.

I developed the object nomenclature system currently in use at WVM. The specific object naming requirements of WVM's focused military collection lead to the implementation of this non-standard system. The systems in common use, Revised Nomenclature and AAT, are specifically for art, general

history and science based museums and do not provide the breadth of subject specific detail required for the WVM, or in my opinion, and military collection.

I served as a union site representative for 14 years, functioning as liaison between the union, other represented Wisconsin Department of Veterans Affairs (WDVA) employees and management of the WVM and WDVA. I kept professional staff and museum management apprised of ongoing contract negotiations and disputes. My experience serving with the union provides a broad understanding of the intricacies and limitations of managing a professional staff. During my work with WVM, I have earned the respect and support of all employees.

I authored the collections portion of WVM's successful IMLS general operating grants in 1995, 1997, 1999, and 2001 providing detailed analysis of the current state of the museum object holdings and describing their significance to the public. I led the collections department during the WVM's successful 1997 AAM reaccreditation. In 1998, I served as a Conservation Assessment Program (CAP) grant consultant for the Oshkosh Public Museum examining their collection of military objects and producing a paper that considered collection history, scope of content, use potential and future growth.

In 1997-98, I conceptualized, planned and coordinated the WVM State Sesquicentennial programming. This involved the creation and development of a Civil War themed weekend-long activity with a staff of 10 full-time and term employees. The living history program in May 1998 at Camp Randall in Madison culminated with a parade to the state capitol and speeches by historical character actors and then Wisconsin Governor Tommy Thompson. Event preparation involved a successful grant application to the State of Wisconsin Sesquicentennial board securing a $100,000 operating budget.

The yearlong planning process involved recruiting over 300 Civil War living historians, two Civil War bands, and an artillery battery. As project director, I traveled around the state and mid-west obtaining support, reviewing and recruiting participants and promoting the activity. Planning and coordination of the event required working cooperatively with the State Sesquicentennial Commission, multiple state agencies, the University of Wisconsin and the City of Madison and serving on the State Sesquicentennial Planning Board. Selection of multiple site venues involved the assessment of locations for use and space requirements. Obtaining use rights and permits for the venues required proposals and negotiation with governmental agencies, the city council, and neighborhood associations. Other components of the event involved contracting and licensing of food and souvenir vendors, and obtaining donations of food and supplies for the participants. This event was the highlight of the State Sesquicentennial activities drawing in excess of 10,000 visitors.

My research led to the development of a line of reproduction Civil War tinware, based on originals in the museum collection, for sale through the museum gift store. I managed the process from concept to production including securing a manufacturer, product specifications, quality guidelines and pricing. Following this lines success, I developed a reproduction Civil War blanket, based on an original from the WVM collection. This one time offering involved historical and scientific analysis of the original. I organized this project including specifications, locating a mill, production negotiations, sample approval, product finish, run quality, packaging, and pricing. Both of these historical/commercial efforts were

successful resulting in ongoing sales of tinware and a triple return on investment for the blanket. I developed and coordinated promotion efforts for these products, using the name of the original owner in the product title, e.g. Private Smith's Cup, The Augie Weissert Blanket. This practice is now widespread in the field of museum quality, reproduction merchandise.