Exhibit 12-B



CHS00017724

# For Führer and Fatherland

## POLITICAL & CIVIL

## and Fatherland

## AWARDS OF THE THIRD REICH

BY
LTC
JOHN R.
ANGOLIA



Hitler and members of his diplomatic entourage in Italy, May 1938.

CHS00017725



1st Edition

ISBN No. 0-912138-16-5

Copyright 1978
by
John R. Angolia

Printed in the United States of America

Designed
by
Roger James Bender

Type set
by
Clyborne Typographics

All rights reserved.   This book, or parts thereof, may not be reproduced
in any form without permission of the author.

R. JAMES BENDER PUBLISHING
P.O. Box 23456, San Jose, Calif. 95123  [408] 225-5777

4

CHS00017726

# VICTOR'S BADGE IN THE NATIONAL TRADE COMPETITION
## (Siegerabzeichen im Reichsberufswettkampf)

The first National Trade Competition of the German Youth (Reichsberufwettkampf der deutschen Jugend) was instituted by Dr. Robert Ley, head of the German Labor Front, in 1934. Competitions were held annually every spring to determine the national winners in each field of competition. From 1934 to 1938, eligibility for the competitions was very restricted, and was limited to the following:

a. male laborers 15-18 years of age.

b. male commercial and technical apprentices 15-21 years of age.

c. females between 15 and 21 years of age.

d. students attending trade schools or commercial colleges regardless of age or sex.

(Additionally, all entrants had to be members of some Nazi-affiliated organization.) Only one badge was awarded for each competition, and the winner was declared the National Victor (Reichssieger).

It was not until 1 May 1938 that eligibility was broadened and awards were increased to recognize competition winners at Kreis (local), Gau (state) and Reich (national) levels. Eligibility was expanded to include a wide spectrum of educational, commercial and industrial fields; the age restriction was removed and the Party membership requirement was lifted.

Initial tests were divided into three components including:

a. skill in the tested trade

b. political theory

c. mathematics and composition.

However, in 1938, the test criteria were changed somewhat, but remained primarily skill-oriented.

The largest competition was held in Cologne (Köln) from 22 to 29 April 1939, and was presided over by Dr. Ley and Reichsjugendführer Baldur von Schirach. Between them, they awarded 508 National Victor's Awards (Reichs-Sieger-Abzeichen). A total of 6,600 Gau and 40,000 Kreis awards had been presented previously in the qualifying contests.



The opening of the National Trade Competition in 1938.

Competitions continued to be held even after the outbreak of the war, but they were now referred to as 'Kriegsberufswettkämpfe', or War Trade Competitions. The last awards were presented in 1944 by Reichsminister Herbert Backe and Reichsjugendführer Artur Axmann, awarding a total of 406 National Victor's Badges between them.

Considering that the original criteria for award were considerably modified, and that some of the recipients were over 50 years of age, this award should not be considered a youth award but rather a national-level trade competition badge, as its title implies.

It is interesting to note that 6Pfennig and 12Pfennig stamps were issued on 4 April 1939 to commemorate the competitions and the award.



Stamps commemorating the 1939 Trade Competition badge.

CHS00017727

The badges for the three levels of competitions were basically identical, consisting of a national eagle with outstretched wings, clasping a cog-wheel in its talons. On the cog-wheel was the red and white enamel Hitler Youth insigne. This was affixed to a round badge of white enamel with an oakleaf wreath. The major differences between the badges were as follows:

a. National level - all metal parts were finished in gold. Arched over the head of the eagle was the inscription 'Reichssieger'.

b. State level - all metal parts were finished in burnished silver, and bore the inscription 'Gausieger'.

c. Local level - all metal parts were finished in bronze and bore the inscription 'Kreissieger'.





The 1944 badge differed from the prewar badges in that the white field and the HJ diamond utilized paint, rather than enamel, and the metal parts were alloys.

Each badge bore the date of the competition below the eagle's wings.

The reverse of each badge bore the manufacturer's logo. Those normally found are 'G. Brehmer, Markneukirchen', 'A. G. Tham, Gablonz a. N.' and 'H. Aurich, Dresden'.

Only the Reichssieger badge came in a presentation case (Gau and Kreis awards were boxed), but all were presented with an award document. The badges were not serial numbered.



The Reichssieger badge was presented in a black simulation leather hard case. The outer lid did not have any designation, nor did the inner white satin lining. The lower section was finished in vivid blue velvet. The other level awards were presented in a blue cardboard box with white interior.



Shown here are the Reichssieger and Gausieger badges won by Frau Teufel in 1938. She was not required to enter the Kreis competition, thus receiving no badge for this level. An example of the Kreissieger badge for 1938 is shown for comparison.

93

CHS00017728



Honor Award Document for Good Achievement in the category of Printing and Writing in the Professional Competition, 1939.

Participants' Award Document rendered to each participant in the 1935 National Trade Competition.

National-level award winners were often singled out for additional honors as a result of their success in the competitions.

Lack of war-time records precludes the establishment of an exact number of awards, but there were a total of 150,000 awards at the three levels given between 1934 and 1939.



Frau Charlotte Teufel, extreme right, prepares to receive the Victor's Badge in the National Trade Competition on 23 May 1938. At the age of 27 as a student attending Tübingen University Frau Teufel submitted a paper on the subject of the power of the Pope during the 7th century. The paper won first the Gau honors, and later went on to win the Reich honors. At the ceremony held in the Stuttgart Stadium she received both awards simultaneously. As a further honor, she was invited to meet Hitler at the Reichskanzelei late the same month. Her first impression upon seeing the Chancellor was, "He had blue eyes!" Frau Teufel was not a member of the NSDAP or Hitler Youth.

## DECORATION FOR DEFENSE ECONOMY LEADERS
### (Abzeichen für Wehrwirtschaftsführer)

The council for Defense Economy was established in January, 1938. Its members were chosen from among the leading industrialists in Germany. They represented every industrial field, and were entrusted with responsibility for the efficient conduct of industrial production and mobilization in support of the war effort.

The golden badge for Defense Economy Leader (goldenes Abzeichen für 'Wehrwirtschaftführer' or 'W Wi Fü') was instituted in March 1939, to recognize the members of the Council and to single out industrial leaders above the middle-management level who contributed significantly to the furtherance of industrial management.

# EHRENURKUNDE

Charlotte Teufel

für besonders gute Leistungen
im > 3.Reichsberufswettkampf
Der Deutschen Studenten < in
Der Reichsfliegergruppe

DER REICHS-
STUDENTENFÜHRER:

MÜNCHEN · AM TAGE DER NATIONALEN ARBEIT · 1938

Honor Certificate awarded to Frau Charlotte Teufel for award of the Victor's Badge in the National Trade Competition 1938.

CHS00017730

## PIONEER OF LABOR DECORATION
### (Ehrenzeichen 'Pionier der Arbeit')

The last of the nationally recognized Party awards was the 'Pioneer of Labor' (Pionier der Arbeit), instituted by Hitler on 7 August 1940. The first award was presented personally by Hitler to Gustav Krupp von Bohlen und Halbach, head of the Krupp munitions dynasty, on the occasion of his 70th birthday, 13 August 1940. Subsequent awards were to be presented on Labor Day (1 May) and at the annual Nürnberg Party Rally. Recorded awards were as follows:

**1 May 1941**

Max Amann, Reichsleiter and publisher

Dr. Wilhelm Ohnesorge, Reichspostminister (Minister of Posts and Communications)

**23 September 1941**

Dr. Robert Bosch, industrialist

**1 May 1942**

Prof. Dr. Ernst Heinkel, aircraft designer

Prof. Dr. Ferdinand Porsche, automotive designer of 'Volkswagon' fame

Walther Funk, Reichswirtschaftsminister und Reichsbankpräsident (Minister of Economics and National Bank President)



On 2 May 1942 Dr. Ley presents the Pioneer of Labor award to Prof. Heinkel. Other recipients on this day were Prof. Porsche and Minister Funk.



**Obverse**



Bill Stump

**Reverse**



**Miniature lapel version**

Recommendation for award had to come from the Kreis in which the proposed recipient worked, and had to be approved by the Oberkommando der Wehrmacht (OKW - military high command). It was worn on the left breast when the occasion called for civilians to wear orders and decorations (e.g., formal wear or designated wear.) A miniature version, differing slightly from the full-size badge, was worn on the left lapel.

The full-size badge was finished in gold (gold-colored aluminum or heavier base metal), measured 44-47mm high and 34-35mm wide, was oval-shaped, and had a vertical pin. The obverse of the badge depicted the national emblem surmounting a banner bearing the inscription 'Wehr-Wirtschafts-Führer'. Immediately below this was a factory complex belching smoke. The lower half of the oval was an open oakleaf wreath. (The reverse of the badge was either plain or sometimes bore a number.) The stickpin version bore the national emblem surmounting a banner with 'W Wi Fü' surrounded by an open oakleaf wreath.

How many awards were made is not known, but it is assumed that the number was very small. Among the recipients were Alfried Krupp, Kurt Tank, and industrialist Wilhelm Tengelmann.

99

CHS00017731

1 May 1944

Prof. Dr. Claudius Dornier, aircraft designer

Dr. Julius Dorpmüller, Reichsverkehrsminister (Reich Transport Minister)

Details of other awards are not yet known. However, it can be seen from this list of distinguished recipients that the total number of awards must have been very limited.

This high decoration was intended to be awarded to persons who were recognized for their exceptional achievement in industry and society. Competitions were held annually to determine the 'model plant' in industry. The owner or head of the winning plant received the 'Pioneer of Labor' award, and his plant was given the Golden Flag as a symbol of its achievement.

Basic pattern Pioneer of Labor decoration. Note how low the national emblem is set on the shield. This pattern has the horizontal pin.



Pioneer of Labor award in original presentation case. The exterior of the case is red simulated leather with a linear impression about the outer edge. There is no designation on the exterior or interior of the lid. The interior of the lid is white satin, while the lower section is red velvet, and compartmented to receive the badge.







B. Regenreiter

Variant pattern. Note how high the national emblem is set, and the vertical pin. The number below the manufacturer's logo may very well be the award serial number.

The 'Pioneer of Labor' decoration was designed by Professor Richard Klein. The oval badge measured 52mm high, and was 38mm at its widest point. Two minor variations were produced during the period, but both retained the same basic design, which depicted a stylized national emblem clutching the cog-wheel emblem of the German Labor Front. The DAF cog-wheel had a black enamel swastika on a white enamel field. The national emblem was affixed to a red enamel field surrounded by a gold laurel wreath, with a bow at the top. This basic pattern had the national emblem set low on the shield so that the cog-wheel projected below the wreath. A variant pattern had the national emblem set higher on the shield. The reverse of the basic pattern had a horizontal pin and a manufacturer's logo, whereas the variant pattern had a wide vertical pin and the manufacturer's logo.

The decoration was presented in a red leather case, and was accompanied by a very elaborate award document. The decoration was worn on the left breast pocket. No miniature is believed to exist for this decoration.

Approval for the award was vested in Dr. Ley, head of the German Labor Front.

## DR. FRITZ TODT PRIZE
### (Dr. Fritz-Todt-Preis)

In an order published on 12 November 1943, Hitler directed that a special achievement award be established to recognize persons in industry who had made a significant contribution to the war effort. The award was to honor Dr. Fritz Todt, driving

first presentation was made by Dr. Ley on 8 February 1944. This date is generally accepted as the date of institution of the award.

The badge measured 65-68mm high and 41-43mm at its widest point. It took the form of an eagle sitting astride a banner bearing the name 'DR. FRITZ TODT' which surmounted the cogged-wheel swastika emblem of the German Labor Front. A




Shown here is the 'Steel' Class (in reality, silver with a burnished finish for this example). This high-quality specimen has open sections between the cogs that connect with the banner. However, this is not normally found on the standard presentation pieces. The reverse of this particular example bears the silver content number and the manufacturer's logo, whereas the standard piece is normally plain.



Obverse of the design variant. This example is silver. The reverse bears no markings whatsoever.





**The Fritz Todt Award is presented for the first time by Reichsleiter Dr. Ley.**

force behind the German autobahn system and the construction of the West Wall. The award was to be presented twice yearly, on 4 September, the date of Todt's birth, and 8 February, the date of his death. Dr. Todt's death in a plane crash on 8 February 1942 was viewed as a considerable loss to the German war effort.

The award came in three classes, and was only the second national award to carry with it a cash payment. The awards were as follows:

a. Gold: 50,000RM

b. Silver: 30,000RM

c. Steel: 10,000RM

The degree of the award presented was determined by the significance of the invention, improvement or general contribution to the war effort. Considering the cash award that accompanied by decoration, it is assumed that the Dr. Fritz Todt Prize ranked higher in merit than the Pioneer of Labor decoration.

The gold award was rendered only upon the joint approval of Dr. Robert Ley, head of the German Labour Front, and the Technological Department of the NSDAP. The

102

CHS00017733

# BADGE OF MERIT IN THE AIRCRAFT INDUSTRY

A special lapel award for merit in the field of aircraft production was introduced in 1937. The Badge for loyal work in the industrial complexes of air travel (Treuewerkabzeichen der Betriebsgemeinschaften der Luftfahrt) was authorized for award to qualified civilian employees of the aircraft industry.

The award came in two classes - silver for merit and gold for outstanding achievement. Both awards retained the same design. Only found in stickpin form, since it was intended for wear by civilians on the civilian clothes, the award measured 25mm high and 15mm wide. A perched eagle with a 'T' crossed by a 'Wolfsangel' on the chest surmounted a white enamel shield with black swastika. The reverse of the award bore the designation 'Ges. Gesch.' or patent pending.




Presentation case
(not to scale)

Dr. Julian Milestone



This presentation case for the Dr. Fritz Todt Prize is green with the emblem of the DAF embossed in gold on the lid. Presentation was made with an ornate award document. A complete set of cased awards (Iron, Silver and Gold), which was obtained in late 1944 near Aachen by former staff sergeant Floyd Mock, has recently been acquired by this author. The cases all measure 105mm x 82mm x 25mm and are colored as follows: Iron is black colored, Silver is blue colored, and the Gold is red colored. Each interior lid is in white satin and marked 'Dr.-Fritz-Todt-Preis' in gold

Reverse of the award in steel bearing the probable date of award and serial number. The clasp bears the manufacturer's code '21'. Slightly larger than exact scale.



Oddera

variation pattern of this badge was produced, and appears to have been awarded. The design of the variation was basically identical to the standard design except that the inscription on the banner read 'DR.-ING. FRITZ TODT-PREIS.' (See illustration). The reason for the two designs is not known.

The badge was awarded to the recipient in a presentation case, and was accompanied by an award document.

When worn, the badge was affixed to the lower left breast.

Milford-Tilleton



# U.S. MILITARY
# SHOULDER PATCHES

### OF THE

# UNITED STATES ARMED FORCES

# THIRD EDITION

COMPILED AND EDITED BY

**JACK BRITTON and GEORGE WASHINGTON JR.**

**TULSA, OKLAHOMA**

UC
533
.B79
1981

*15⁰⁰*

# MILITARY SHOULDER PATCHES

## OF THE

## UNITED STATES ARMED FORCES

C.S.M. Theodore L. Dobol ⁀ Ret.
5310 W. Ardmore Avenue
Chicago, Illinois 60646 

Compiled and Edited by

## JACK BRITTON * GEORGE WASHINGTON JR.

Tulsa, Oklahoma

### CONTENTS

| | |
|---|---|
| Armies | 1 |
| Army Groups | 1 |
| Army Corps | 1 |
| Army Divisions | 3 |
| H.Qs, Commands, Special and Misc. units — WW II era | 8 |
| Regimental Combat Teams | 15 |
| Airborne Units | 16 |
| Army Air Force Units | 19 |
| Marine Corps Units | 22 |
| State Guards | 24 |
| National Guard State H.Q.. s | 26 |
| National Guard O.C.S. & N.C.O.A. | 28 |
| Army Logistical Commands | 31 |
| Cavalry & Armored Cavalry | 32 |
| Armored Units | 34 |
| Infantry Brigades | 35 |
| Brigades — Armor, Arty, Med. etc. | 36 |
| H.Q.s, Commands, Special and Misc. units — Current & Recent | 39 |
| WW I and pre— WW II | 45 |
| Pocket Patches | 50 |
| Civil Air Patrol | 60 |
| Auxillary Organanizations | 62 |
| Tabs | 63 |
| R.O.T.C. Units | 65 |
| Space Patches | 71 |
| Notes | 73 |

Copyright c 1981 by Jack Britton and George Washington Jr. all rights reserved. No part of this publication may be reproduced, stored in a retrieval system or transmitted by any means, electronic, mechanical or by photocopying without permission from the publishers.

Printed in the United States of America by M. C. N. Press P.O. Box 7582 Tulsa, Oklahoma 74105

ISBN 0–912958–06–5 SOFTCOVER
ISBN 0–912158–14–6 HARDCOVER

LIBRARY OF CONGRESS
CATALOG CARD NO.: 81–806 99

CHS00017736

## ABBREVIATIONS

A.

AAA Anti-Aircraft Artillery
AAF Army Air Force
AB Airborne
ACR Armored Cavalry Regiment
AEF American Expeditionary Force
AFCE Allied Forces Central Europe
AGF Army Ground Forces
ARCOM Army Reserve Cmd
Arm. Armored
ASF Army Service Forces
Art Artillery
A.S.T.P. Army Specialized Training Program
Arty. Artillery

B.

Bde. Brigade
Bdes Brigades
Bn. Battalion
Bns. Battalions

C.

C.A. Coast Artillery
Calif. California
CAP Civil Air Patrol
Cav. Cavalry
Cmd. Command
Cml. Chemical
Co. Company
Comm. Communications

D.

Def. Defence
Dept. Department
Dist. District
Div. Division

E.

Eng. Engineer
Engr. Engineer
Engrs Engineers
E.T.O. European Theater of Operations

F.

F.A. Field Artillery
FMF-PAC Fleet Marine Force Pacific

G.

Gp. Group
G.H.Q. General Headquarters

H

H.Q. Headquarters
Hqs Headquarters

I.

Inf. Infantry
Intel Intelligence

J.

Jap Japan

K.

KMAG Korean Military Advisory Group

L.

Log. Logistical
LRRP Long Range Reconnaissance Patrol

M.

MAAG Military Assistance Advisory Group
M.A.C. Marine Amphibious Corps
Maint. Maintenance
Mech. Mechanized
Mgt. Management
Mil. Military
MLM Military Liaison Mission
M.P. Military Police

N.

NCOA Non-commissioned Officer Academy
N.E. North East

O.

O.C.S Officer Candidate School
Ord. Ordnance
O.S.S. Office of Strategic Services

P.

Pa. Pennsylvania
Penn. Pennsylvania

Q.

QM Quartermaster

R.

RCT Regimental Combat Team
R & D Research and Development
Recon. Reconnaisance
Regt. Regiment
Regts. Regiments
Rep. Representative
R.O.T.C.

S.

SCARWAF Special Category Army with A.F.
Sch. School
S.E. South East
Serv. Service
SETAF Southern European Task Force
Sqdn Squadron
SHAEF Supreme H.Q. Exped. Force
Spec. Special
Spt. Support
Sta. Station
S.W. South West

T.

Trans Transportation
Tng. Training
TTC Tactical Training Cmd

U.

U.S. United States
U.S.A. U.S. Army
U.S.A.A.F. U.S. Army Air Force
U.S.A.F. U.S. Air Force
USO United Service Organizations

V.

V.A. Veterans Administration

W.

WAAC Women's Army Auxillary Corps
Wg. Wing
Wgs. Wings
WW 1 World War One

CHS00017737



| 1st Army (old) (a) | 1st Army | 2nd Army | 3rd Army | 4th Army |
| 5th Army(old) | 5th Army | 6th Army (old) | 6th Army | 7th Army |
| 8th Army | 9th Army | 10th Army | 14th Army (b) | 15th Army |
| 1st Army Group | 6th Army Group | 12th Army Group | 15th Army Group | 1st Corps |
| 2nd Corps | 3rd Corps | 4th Corps | 5th Corps | 6th Corps |

Page 1

CHS00017738



| | | | | |
|---|---|---|---|---|
| 7th Corps (old) | 7th Corps | 8th Corps | 9th Corps | 10th Corps |
| 11th Corps (old) | 11th Corps | 12th Corps | 13th Corps | 14th Corps |
| 15th Corps (old) | 15th Corps | 16th Corps | 18th Corps (c) | 19th Corps (old) |
| 19th Corps | 19th Corps (new) | 20th Corps | 21st Corps | 22nd Corps |
| 23rd Corps | 24th Corps | 31st Corps (b) | 33rd Corps (b) | 36th Corps |

**Page 2**

CHS00017739



| 1st Div. | 2nd Div. | 3rd Div. | 4th Div. | 5th Div. |
| 6th Div. | 6th A/B Div. (b) | 7th Div. | 8th Div. | 9th Div. |
| 9th A/B Div. (b) | 10th Div. | 11th Div. (b) | 11th A/B Div. | 12th Div. (Philippine) |
| 13th A/B Div. | 14th Div. (b) | 17th Div. (b) | 17th A/B Div. | 18th A/B Div. (b) |

CHS00017740



| 1st Marine Div. | 2nd Marine Div. (old) | 2nd Marine Div. | 3rd Marine Div. | 4th Marine Div. |
|---|---|---|---|---|
| 5th Marine Div. | 6th Marine Div. | Marine Detachment Iceland | 4th Marine Base Def. Air Wing | 18th Defense Bn. |
| 51st Defense Bn | 52nd Defense Bn | 13th Defense Bn | SHIP's Detachment | Marine Det. Londonderry |
| H.Q. Pacific Air Wg. | 1st Marine Air Wg. | 2nd Marine Air Wg. | 3rd Marine Air Wg. | 4th Marine Air Wg. |
| FMF-PAC HQ | FMF-PAC Supply | FMF-PAC Eng. Bns. | FMF-PAC Tractor Bns. | FMF-PAC Bomb Disposal Co. |

CHS00017741



| | | | | |
|---|---|---|---|---|
| FMF-PAC Dog Platoons | FMF-PAC Anti-Aircraft Arty. | FMF-PAC Artillery Bns. | FMF-PAC DUKW Companies | 3rd Amphibious Corps |
| 5th Amphibious Corps | 1st M.A.C. HQ | 1st M.A.C. Defense Bns. | 1st M.A.C. Para troops | 1st M.A.C. Aviation Engineers |
| 1st M.A.C. Artillery | 1st M.A.C. Raiders | 1st M.A.C. Balloon Barrage Bns. | 1st M.A.C. Service of Supply Bn. | 704th Marine Raider Bn. |
| HQ Marine Aircraft Wgs, Pacific | Aircraft Fuselage 1st Wing | Aircraft Fuselage 2nd Wing | Aircraft Fuselage 3rd Wing | Aircraft Fuselage 4th Wing |

Page 23

CHS00017742



| | | | |
|---|---|---|---|
| 1st Armored Div. (I) | Armored Forces | 3rd Armored Div. | 3rd Armored Corps (m) |
| 2nd Armored Div. | | | |
| 4th Armored Div. | | | |
| 5th Armored Div. | 1st Med. Tank Bn., 110th Armor | 3rd Armored Recon Bn. | 3133 rd Signal Serv. Co. |
| 6th Armored Div. | | | |
| 7th Armored Div. | | | |
| 8th Armored Div. | | | |
| 9th Armored Div. | 16th Bn., 3rd Armored Div. | 1st Armored Div. Tank Crew | 13th Cav. Regt. (Mechanized) |
| 27th Armored Div. | | | |
| 30th Armored Div. | | | |
| 40th Armored Div. | | | |
| 48th Armored Div. | .1st Cav. Regt. (Mech.) (n) | 7th Cav. Regt. (Mech.) | 68th F.A. Bn. (Mech.) |
| 49th Armored Div. | | | |
| 50th Armored Div. | | | |
| 4th Recon Sqdn. | | | |
| 112th ACR | 4th Med. Troop (Mech.) | 5th Q.M. Regt. (Mech.) | 19th Ordnance Troop (Mech.) |
| The Armored School | | | |
| Armor Center | | | |
| Armor Training Center | | | |

CHS00017743



| | | | | |
|---|---|---|---|---|
| 2nd Inf. Div. 23rd Inf Rgt. (o) | 2nd Div. 15th F.A. 1st Bn. | 3rd Inf. Div. Army of Occupation | 6th Inf. Div. | 8th Inf. Div. |
| 8th Inf. Div. | 10th Inf. Div. | 11th Inf. Div. | 12th Inf. Div. | 13th Inf. Div. |
| 14th Inf. Div. | 18th Inf. Div. | 18th Inf. Div. | 19th Inf. Div. | 20th Inf. Div. |
| 34th Inf. Div. | 35th Inf. Div. 130th M.G. Bn. | 35th Inf. Div. 60th F.A. Bde. | 36th Inf. Div. | 37th Inf. Div. |

CHS00017744



| Motor Transport Corps | Motor Transport Corps | 93rd Inf. Div. 372 nd. Inf. Rgt. | 332nd Inf. Regt. | 2nd Inf. Regt. |
|---|---|---|---|---|
| 55th Regt., 31st CA Bde. | 57th Regt., 31st CA Bde. | 59th Regt., 31st CA Bde. | 213 CA Regt | 31st CA Bde. H.Q. |
| 5th AAA M.G. Bn. | 205th-206th Inf. Rgts. | Service of Supply | General Intermediate Supply Depot | Transport Service |
| Horse Handlers School | 1st Gas & Flame Regt. | Separate Arty Bde. | 5th Marine Bde. | 5th Marine Bde. |

CHS00017745