# Exhibit 12-C



# HELMETS AND BODY ARMOR IN MODERN WARFARE

## BY BASHFORD DEAN

### INCLUDING WORLD WAR II SUPPLEMENT

CHS00017746

Case: 1:10-cv-08103 Document #: 208-23 Filed: 08/14/12 Page 3 of 17 PageID #:4163

# HELMETS
# AND
# BODY ARMOR
# IN
# MODERN
# WARFARE

by

## BASHFORD DEAN

Curator of Armor, Metropolitan Museum of Art

*Carl J. Pugliese*
PUBLISHER
Tuckahoe, New York

*ued towards the development of personal body armor."*

General Pershing, 1917

CHS00017747

Foreword Copyright © 1977 by Carl J. Pugliese
Library of Congress Catalogue Card Number 77-81893

CARL J. PUGLIESE, Publisher
36 Oak Avenue
Tuckahoe, New York 10707

*Printed in the United States of America*

# INTRODUCTION

HELMETS and body armor are usually considered as objects beautiful, rather than useful. They are exhibited in museums, in halls hung with tapestries, beside faience, ivories and enamels of olden times. Some of them were designed by artists whose names are highest of all in the history of art,—Raphael, Leonardo, Donatello, Holbein, Michael Angelo—and those who actually made and decorated the armor were masters hardly less distinguished. Certainly in their day they were paid the highest honors. Serafino di Brescia, armorer of Francis I, was received at court on the same footing with Titian: the Milanese Missaglia lived in princely splendor, and Seusenhofer, the helmsmith, was one of the intimates of the knightly Maximilian.

It is, then, from the viewpoint of artistic excellence that armor has largely been treated, especially as to its decoration and its various forms. Its technical side is little known, and few there are, even among specialists, who have considered how difficult armor was to make, and how time consuming,—for a suit of armor of high quality might cost its maker years of labor. And, particularly, little is known as to its usefulness in combat, which, none the less, was the main if not the only reason for its existence.

Armor, in a word, has been studied as a dead language or, better perhaps, as the bones of a fossil animal, which the anatomist examines attentively and from which he is led to explain the habits and capabilities of the animal itself. Nevertheless, there are clearly other paths leading to a knowledge of armor which deserve to be more carefully followed, and two of these, especially, guide us in practical directions. One of them points the way to early references, which at the best are scanty and difficult of access, but which tell quite accurately what armor could do and how the early masters gained their results,—a path opened up delightfully for us by M. Ch. Buttin* in his studies of early armor of proof. Following the second path we can actually test pieces of ancient armor and then compare the results with ballistic studies on modern "armor plate": continuing this

---

* *"Notes sur les armures à l'épreuve."* Annecy, 1901, 100 pp.

CHS00017749

Case: 1:10-cv-08103 Document #: 208-23 Filed: 08/14/12 Page 6 of 17 PageID #:4166

comparison we can then submit the old material to metallurgical examination, chemical and physical (including microscopical), and thereby gain definite information as to how the ancient steel was produced. (See hereafter, page 270.)

From early records we can clearly show that armor yielded excellent results in its day, and that during many centuries it was sought eagerly by soldiers of all classes. We learn that the prince, no less than the peasant, was quite willing to bear the discomfort of wearing it, under all conditions, even in the heat of Palestine. Indirectly we know that had it not been useful it would not have appeared in numbers in every European field of battle from early times until the epoch of Napoleon. Moreover, we discover that it was used not by adults merely, but by young as well, for many suits of armor are preserved which were made for children.* So important, indeed, was armor in the history of from 1400 to 1700 that by its means we could still give a convincing summary of the cultural and artistic changes which took place in European civilization if all other sources of human knowledge were wiped away.†

The reason for the present lack of information as to the practical nature of armor is not far to seek. Little was written systematically upon this theme in olden times, and later, when armor disappeared from general use, little was remembered about it. That it would again appear as part of the regular equipment of a soldier seemed to nearly everyone a possibility infinitely remote; for, it was reasoned, if armor were discarded even in the seventeenth century, in days of primitive gunpowder, how could any form

---

\* See also Ch. ffoulkes, "The Armorer and his Craft." Methuen, London, 1912.

† That this statement may be given more definitely we point out that arms and armor unquestionably furnish the best expression of the art and the science of the metal worker of the Middle Ages and of the Renaissance: armor includes in its decoration, gilding, silvering, tinning, damascene, niello, even jewel-setting: its ornamental designs explain to us stages in the development of religious and civil customs, including pageants and sports,—not forgetting falconry. It furnished also an important medium for the art of painting: its enriched variants copy for us types of secular apparel of each period; by means of etching it pictures the stuff of which the costumes were made; it also offered an excellent medium for ornament, with lettering and borders. In its mounting it summarizes the textile art of various periods: here appear tissues from the commonest to the most costly, including galloon and fringes, and with these are adequate materials for the study of the art of the leather worker. The size of armor gives us, finally, convincing data as to the state of physical development among the men of many nations.

CHS00017750

of armor reappear in warfare when high explosives were used? Hence the field of the practical nature of helmets and body armor was abandoned to an occasional antiquarian. Nevertheless, as in so many other phases of the Great War, armor *did* reappear in use, and thereupon there arose at once an interest, and a very practical one, in the discarded work of the armorer. Questions were speedily raised by the general staff of every warring country as to what helmets and body armor could do in protecting the soldier, what were their best forms and how they could be most speedily prepared? It may be safely said that there was not an important collection of ancient armor in Europe which was not visited by commissions, collectively or individually, in an effort to learn from the experience of the past.

Before proceeding to the already highly developed field of modern armor, let us review briefly the work of the ancient armorer* from the viewpoint of its practical value. This aspect of the subject, as we have noted, is surprisingly little known, not merely to the student of recent armor but to the antiquarian as well. The modern expert, as I have found, has often the belief that ancient armor was but a semi-barbarous defense, serviceable only against arrows, slings and swords. The antiquarian, on the other hand, is apt to forget that its primary virtue was serviceability and that the keenest minds had studied it from this standpoint from the earliest times.

Let us now attempt to answer several questions:

(A) What kinds of armor were early used?
(B) Was armor actually an important means of saving life and limb?
(C) How was it made?
(D) How was it tested?
(E) How heavy, irksome and even dangerous was it to wear?
(F) What in summary was its use in later times but prior to the Great War?

(A) *What kinds of armor were early used?*

Let us refer to Fig. 1, which illustrates the various types of armor used in Europe during a thousand years. In early times we see a jacket of padded hide discarded in favor of a coat of scales; and this in turn give place to a garment of ring or chain mail worn over a padded costume. Chain mail more or less complete was used for centuries,—it was worn,

---

* For critical help in preparing this section I am greatly indebted to Mr. Charles W. Gould.

not uncommonly indeed, down to colonial days in America, but nearly always more or less enclosed in armor of plate. Plate armor was most elab-



Fig. 1. European armor and its development

orately developed in the epoch of Columbus, when the knight and his horse, Fig. 2, became almost invulnerable. By Puritan times armor had become reduced to little more than corselet and headpiece. Leathern armor then

reappeared in use and the soldier's leathern coat and heavy leg-gear were practically of the same defensive value as in the earliest time.



Fig. 2. Armor for man and horse, 1508

(B) *Was armor actually an important means of saving life and limb?*

Assuredly yes. Upon this point the evidence is definite. No well-made armor could have failed to preserve its wearer not merely from a very large

percentage of thrusts of arrows, bolts, lances, swords and daggers, but from blows of heavy impact, given, e.g., by military hammers, flails, maces, war axes; also from the firearms of the day. As token of this one may point to the evidence of ancient and formidable injuries which numerous specimens of armor exhibit today; and one may even affirm that there was scarcely a famous soldier in those days who did not owe his life, directly or indirectly, to his armor. In fact, in tilts and single combats each wearer demonstrated many times the value of his defenses; thanks to them we know that such an artist in ring-duelling (champs clos) as "le bon chevalier" Jacques de Lalain,* withstood the heaviest blows of a combat-axe wielded by both hands of a "fearful adversary." And we know that the blows of such an axe were trenchant indeed: its head weighed from three to five pounds; its shaft, weighing about two pounds, was over five feet long, to enable it to be swung with great effect. Can we picture, too, the thrusts which the armor of such a duellist resisted when a similar arm was used reinforced with a heavy blade or spike? Chain mail, which one rolls in his hand today, wondering how so "flimsy" a material could have been a protection, was also of the greatest value. Against sword, dagger, arrow, bolt and light lance it was unquestionably proof. Indeed, no better testimony is needed as to its merits than the fact that for at least two thousand years it was worn constantly and in large numbers, in spite of the fact that its average price of purchase appears to have been greater than that of any other type of armor.† A single instance may here be cited as evidence of the virtue of chain mail. At Tiberias (1187) when the crusaders were hemmed in by the Saracens, after two days of hard fighting, when most of the foot soldiers were killed or wounded, when hardly a horse in the army could carry its rider, the mail-clad knights are known to have suffered no serious casualties.‡ Yet

---

\* Lefevre de Saint-Remy, "Chronique de Jacques de Lalain" [1421-1453], published in 1842, Panthéon litteraire.

† A shirt of mail in the collection of the Metropolitan Museum of Art contains a quarter of a million hand-made and tempered rings, each carefully formed and each separately riveted. If one estimates that a skilful armorer might make and weave together two hundred and fifty of these links in a day, it is easy to see that this mail would have cost its maker, working every day, nearly three years' work,—a low estimate, we believe, for making this particular mail. Such a shirt would therefore have cost its purchaser in round figures, at modern prices, six thousand dollars, allowing the maker six dollars a day for a thousand days!

‡ 1898, Oman, Ch., "A History of the Art of War." Methuen, London, pp. 323 et seq. "To their [the Moslems'] great surprise they found that very few of the knights

over a thousand of them exposed themselves constantly in battle. Mail, on the other hand, was not found proof to unusually heavy shocks. A stout lance or a musket ball was its bane, and the later history of mail finds it in use, as we have noted, only as a secondary defense, usually under armor of plate. Whenever it was worn it required supplemental pad-





Fig. 3.  Costume worn under mail shirt and cap

Fig. 3A.  Chain mail of the fourteenth century

ding to take up the shock of the blow. Ancient "documents" show what manner of quilted costume was worn under the mail, and in Fig. 3 one of these has been copied. When over this the shirt of mail is fitted (Fig. 3A), the wearer can withstand heavy blows with surprisingly little discomfort. That is to say, the mail with its padded costume becomes an elastic, springy

had been seriously hurt; their mail shirts had protected them so well from the arrow shower that few were badly wounded and hardly any slain. . . ."

CHS00017755

32       HELMETS AND BODY ARMOR

complex or shield which deadens a blow with unexpected ease. Experiments made by the writer in this direction converted him to the faith that mail as a type of armor is by no means to be despised.



Fig. 4. Armor, tested by musket ball. About 1575. Weight 94 pounds. Artillery Museum, Paris

Armor of plate was a far stouter defense. Gothic armor withstood at short range the straight impact of a heavy crossbow bolt. And the ponderous armor of the late sixteenth and early seventeenth century withstood the shock of heavy bullets. Historical instances are not rare when armor saved its wearer from bullets at close range. About 1570, Strozzi, probably wearing the type of half-armor shown in Fig. 4, was hit by a musket

CHS00017756

ball at short range; he sustained no injury, his breastplate showing only the splash of molten lead; on another occasion, as he entered a breached wall, he was struck at a range so close that he was knocked down, the ball denting



Fig. 5. Armor of Pedro II of Portugal. About 1700. Weight 43 pounds. Reinforcing plate (below) shows mark of testing bullets. Specimen in Metropolitan Museum of Art, New York

his armor; again, at the siege of Rochelle (1573) he was thrice struck on the arms, and he himself relates how he came off "cheaply."* We also read

* Brantôme, "Couronnel's français," Liv. II. Ch. I. Edit. Elzv., Vol. VII, p. 44.— In footnote p. 53, as quoted by Buttin, "voilà comme j'en eschappy à bon marché."

34  HELMETS AND BODY ARMOR

in Brantôme that in 1563, at the siege of Orleans, Dandelot was saved from a musket ball by the round shield which he carried; here the impact was so severe that he, too, was knocked down.

If we examine these old records we are surprised to find how often armor saved its wearer. His corselet, for example, saved Francis I "several times" at Pavia. At the siege of Rochelle mentioned above we learn that a certain Captain St. Martin remained uninjured after having been struck by musket balls no less than thirty times! So, too, the great Condé, armed probably after the style of Fig. 5 or 6, was saved many times by his armor; we have a contemporary note (1652) that at Port St. Antoine his cuirass was "full of dents." And so it goes. There is no question, therefore, that armor was useful even at a time when gunpowder was in general use. Moreover, the bullet of that period was usually of large caliber; its crushing effect must have been great, and its shock formidable.

The fact is clear that had cases not been numerous in which the soldier was saved by his armor, the armor would not have been worn. Nor was the burden too great, considered from every viewpoint, if by means of his armor a particular person could be preserved. For those were days of individualism. And the personality, courage and resourcefulness of a leader would often spell the difference between the victory and the defeat of a nation. Had Marlborough been shot, whom his soldiers followed blindly, what might have been the outcome of the battles of Malplaquet, Ramillies, or Blenheim? Or was it not of the greatest importance to the French nation that Joan of Arc should be protected by armor of best possible proof? We know indeed that she was several times saved by her armor. Fancy, too, how the history of the world might have changed had the Black Prince been killed in battle; or Cromwell, or William of Orange, or Francis I or Charles V. Yet we know that all of them exposed themselves with reckless determination, and that all of them were armored by masters. One has only to visit the royal armory in Madrid today to know what such a man as Charles V thought of the practical value of armor. He was literally a specialist in its study and he provided himself with armor for every eventuality and of every weight. He graded his armor as an optician classifies his lenses; in one instance he had at least eight reinforcing pieces for a single helmet. And for tilting he did not hesitate to wear armor which would stand a supreme shock. He was a man of modest stature and proportions, yet his tilting armor in one instance weighed no less than a hundred and twenty-five pounds and his helmet alone over forty pounds!

(C) *How was early armor made?*

The best material used by early European armorers came from special localities, where the iron occurred in natural association, probably with chromium and nickel, thus producing an alloy of great ballistic resistance.*

 

Fig. 6    Fig. 6A

Fig. 6. Armor of "proof." Weight 84 pounds. About 1620. Breast- and backplates show mark of testing bullets. Riggs Collection, Metropolitan Museum of Art

* As this is written I learn from my friend, Dr. M. Miyajima of Tokyo, this interesting point, which he in turn had from the metallurgist, Dr. O. Kochi of the Faculty of Technology of the Imperial University of Tokyo. It appears that years ago a German steel expert analyzed a part of a sword-blade made by the famous Japanese artist, Masamuné (1330 ±): and he discovered that the secret of its extraordinary hardness was that it contained the rare element molybdenum, doubtless as an impurity, in a certain proportion. This led the discoverer to determine the local source of Ma-

CHS00017759

nounced indentation on its under surface. The test was a good one even when shots were concentrated on a surface one inch square. This type of breastplate weighs 15½ pounds.

A light breastplate of an Italian model, which the writer examined while in London, is shown in Fig. 111 and is known as the Gorgeno-Collaye model. It is said to date from 1916. This defense is known technically to armor experts as a jazeran but differs from this defense in having its plates covered separately in cloth; the plates themselves, it will be seen, overlap one another freely, as in ancient jazerans, on the outer side of the defense. No data is at hand regarding the inventor of this defense or its place of manufacture. We know, however, that this defense appears both in France and England. The "Military" waistcoat shown in Fig. 112 is merely a variant of this plastron. The last-named defense weighs eight pounds and it is easy to wear; it resists the automatic 45, 230-grain bullet at a foot-second velocity of over 800. We should here mention that the Italians appear to have used trench shields (see page 180) as a type of heavy body defense (Fig. 113), judging from photographs taken in the Italian war area. Such shields are proof to machine guns but they are obviously difficult to carry—even for a short distance. They overbalance the soldier on account of their great weight, averaging from thirty to sixty pounds.

### (c) ARMOR DEFENSES FOR OTHER PARTS OF THE BODY

The only evidence at hand that such defenses were employed is shown in photographs of Italian troops at the front. In some cases shock groups are pictured wearing épaulières (Fig. 114) formed of single pieces of steel held together on the back by means of a strap and attached in front to the plastron.

### (E) BELGIAN

After their country was invaded, the Belgians became dependent upon the British and French for equipment of all kinds. In 1916 they were receiving through the French Quartermaster Corps a large number of trench helmets of the Adrian model. These appear to have been made by the firm of Aug. du Puyron, one of the best of the French manufacturers, in whose establishment as many as 12,000 helmets were turned out per day. It was, nevertheless, the constant wish of the Belgian Staff to provide their soldiers with a helmet which should be distinctly different from either the French or the British. They desired especially a model which should protect not

CHS00017760

## IN MODERN WARFARE 157

merely the cranium but the face of the wearer. This need for the national army, it appeared, soon attracted the attention of the Queen of the Belgians, who spoke with enthusiasm of her wish "to provide her soldiers with a helmet which should protect their faces and especially their eyes," and in behalf of her project, she offered all necessary financial aid. Experiments in the direction of producing a visored helmet were accordingly undertaken by both French and English inventors. It is understood, for example, that



Fig. 113. Italian trench shield used as body armor



Fig. 114. Italian shoulder defense

M. Dunand produced a design which was considered critically in this matter. But up to the end of 1917, none of the models furnished was accepted. A report in this matter which came to the attention of the writer, showed that the Dunand helmet was considered too heavy and too high in the neck, and that its visor was too fragile. In 1917, the question of making a visored helmet* was placed by the Queen in the hands of Mr. John MacIntosh,

---

*According to information received recently from M. Ernest Henriou, of the Belgian General Staff, Professor Weckers, ophthalmologist of the University of Liège, furnished the model recommended. About 40,000 helmets were made and were used for special service.

Case: 1:10-cv-08103 Document #: 208-23 Filed: 08/14/12 Page 17 of 17 PageID #:4177

## IN MODERN WARFARE 157

merely the cranium but the face of the wearer. This need for the national army, it appeared, soon attracted the attention of the Queen of the Belgians, who spoke with enthusiasm of her wish "to provide her soldiers with a helmet which should protect their faces and especially their eyes," and in behalf of her project, she offered all necessary financial aid. Experiments in the direction of producing a visored helmet were accordingly undertaken by both French and English inventors. It is understood, for example, that



Fig. 113. Italian trench shield used as body armor



Fig. 114. Italian shoulder defense

M. Dunand produced a design which was considered critically in this matter. But up to the end of 1917, none of the models furnished was accepted. A report in this matter which came to the attention of the writer, showed that the Dunand helmet was considered too heavy and too high in the neck, and that its visor was too fragile. In 1917, the question of making a visored helmet* was placed by the Queen in the hands of Mr. John MacIntosh,

---

*According to information received recently from M. Ernest Henriou, of the Belgian General Staff, Professor Weckers, ophthalmologist of the University of Liège, furnished the model recommended. About 40,000 helmets were made and were used for special service.

CHS00017761