# Exhibit 12-D



THE 12TH EDITION; FULLY UPDATED AND REVISED

# SMALL ARMS OF THE WORLD

AN ENCYCLOPEDIA OF GLOBAL WEAPONS—
OVER 3500 ENTRIES

CHS00017762

# Small Arms of the World

## a basic manual of small arms

**EDWARD CLINTON EZELL**

with research assistance of
Thomas M. Pegg

A completely new and revised version of the
classic work by W. H. B. Smith

12th REVISED EDITION



BARNES
& NOBLE
BOOKS
NEW YORK

CHS00017763

Copyright © 1983 by Stackpole Books
All rights reserved.

This edition published by Barnes & Noble, Inc.,
by arrangement with Stackpole Books.

1993 Barnes & Noble Books

ISBN 0-88029-601-1

Printed and bound in the United States of America
M 11 10 9 8 7 6 5 4 3

CHS00017764

Copyright © 1983 by Stackpole Books
All rights reserved.

This edition published by Barnes & Noble, Inc.,
by arrangement with Stackpole Books.

1993 Barnes & Noble Books

ISBN 0-88029-601-1

Printed and bound in the United States of America
11 10 9 8 7 6 5 4 3

with it and the bullet leaves the barrel, the sear lever is disconnected from the trigger lever.

As the barrel pressure drops to safe limits, the lower section of the notch of the barrel nose contacts the cam in the receiver, and the rear end of the barrel is thus drawn down until its ribs are free from the locking slots. At this point, the rearward barrel movement is stopped as the barrel nose brings up sharply against its receiver stop.

The slide continues on backwards, riding over the hammer to cock it. The extractor claw carries the empty cartridge case back until it strikes the ejector and is tossed out of the pistol. Meanwhile the recoil spring is compressed around its guide. Rearward motion of the slide stops when its lower part strikes against the forward end of the receiver.

For the return motion, the recoil spring pushes the slide forward to strip the top cartridge from the magazine into the chamber. The breech end of the slide strikes the barrel; under the action of the cam in the receiver acting against the upper part of the barrel nose notch, the rear of the barrel is brought up into locking position, and its ribs fit firmly into their slots in the slide.

The trigger, sear and hammer mechanisms hook up properly, and the pistol is ready for the next pull of the trigger.

The FN Hi-Power is now being made with a side-mounted pivoting extractor. The spring loaded extractor lies in a cut in the slide behind the ejection port and is visible from the outside, rather than being mounted in a hole cut through from the rear of the slide to the slide breech face.

## BELGIAN RIFLES

### *FUSIL AUTOMATIQUE LÉGER* (FAL)—FN LIGHT AUTOMATIC RIFLE

**CHARACTERISTICS OF FN LIGHT AUTOMATIC RIFLE (FAL)**

**Caliber:** 7.62mm NATO.
**Weight w/empty magazine:** 9.06 lbs.
**Overall length:** 40 in.
**Barrel length:** 21 in.
**Method of operation:** Gas, selective fire.
**Feeding:** From detachable box magazine, staggered 20-round capacity.
**Sights: Front;** Hooded post. Rear aperture graduated in 100 meter steps to 600 meters.
**Cyclic rate of fire:** 650 to 700 per minute. Most of the weapons in service throughout the world are only used as semiautomatic weapons.



Belgian FN Light Auto Rifle cal. 7.62mm NATO, early type.

FN 7.62mm NATO FAL Rifle, 1964 pattern with plastic stock, handguard and pistol grip.

CHS00017765



FN 7.62mm NATO FAL Paratroop Rifle, stock extended.



Heavy barrel version of the FN 7.62mm FAL. This rifle is in service in Israel and Peru, among other countries. It is used as squad automatic weapon. A modified version of this weapon is manufactured in Australia and Canada.



FN Heavy-barrel Automatic Rifle as made for South Africa. Caliber 7.62mm.



Disassembled view of FAL.

### How the FAL Works

Pull cocking handle on left side of receiver to rear as in BAR. This leaves the right hand on the pistol grip ready for firing. The cocking handle does not move during firing, again as in the case of the BAR. This removes danger to the firer's face and does not interfere with aiming.

If there is an empty magazine in the rifle at the end of the cocking handle's stroke, the bolt is held open automatically. A loaded magazine is inserted in the magazine housing and pushed in until the retaining catch secures it.

Pressing the release stud on the left side near the magazine catch releases the bolt, which is driven forward by its compressed return spring.

This return spring is housed in the butt. It acts on the bolt carrier through a rod pivoted at its rear face. As the bolt moves forward, its lead face strips the top round from the magazine in standard fashion and thrusts it up the ramp into the barrel chamber, where the extractor engages the cannelure in the case. The gun is now ready for firing.

### Firing the FAL

The change lever on the left side of the receiver may be set for "safe," "single shot" or "full automatic" fire. The positions are widely spaced deliberately so that in the dark one can tell by sense of touch the position of the change lever.

If the change lever is set for single shot fire, pressure on the trigger releases the hammer to strike the rear face of the firing pin and fires the cartridge. Since the weapon fires from a closed breech, there is no such disturbance of aim as occurs in weapons like the submachine gun and the Browning machine rifle, where the mass of the breech mechanism moves forward with the pull on the trigger.

The operation is the standard gas system whose reliability has long been established for this type of weapon. Part of the gases following the bullet down the barrel pass through the port into the forward section of the gas cylinder. A gas regulator, previously adjusted, provides sufficient gas to satisfactorily operate the piston, which is driven back to function the mechanism. Remaining gas passes to the open air through holes in the gas cylinder.

The piston, acting on the tappet principle, is driven to the rear in its tube on top of the barrel. It strikes the bolt carrier and pushes it to the rear.

Ramps machined into the bolt carrier engage a cam on the bolt after the bullet has emerged from the barrel and the pressure has dropped to safe limits. The bolt is cam lifted out of engagement with its locking shoulder in the receiver—this unlocks the action.

The bolt carrier and bolt now travel together to the rear. They ride down the hammer to cock it.

During rearward motion of the bolt, the extractor has carried the empty case out of the chamber with it. The case strikes the ejector and is thrown out the right side of the gun.

After the piston tappet strikes the bolt carrier and imparts the necessary impetus to it, during which travel the spring around the piston has been compressed, the spring operates to return the piston to forward (battery) position. The return spring within the butt is fully compressed during rearward movement of the bolt and carrier in standard fashion. At the end of the recoil stroke, the compressed spring reasserts itself and working through its connecting rod thrusts the bolt and carrier forward. The bolt strips a cartridge from the magazine and chambers it and stops against the face of the barrel. The bolt carrier, which still has continuing movement under thrust from the recoil spring guide and spring, works through the cam and ramps to force the rear locking end of the bolt down its locking recess in the receiver. At the end of the movement of the carrier, it is resting against the receiver above the line of the chamber where it is in line with the rear end of the piston tappet. The extractor, of course, snaps over the cannelure of the cartridge as the bolt chambers the cartridge.

When the change lever is set for automatic firing, the operation is identical with that already described except that the hammer is automatically released to continue fire until pressure on the trigger is released.

CHS00017766



Gas plug (a) is positioned in end of gas cylinder (b). It may be turned to shut off gas when using rifle for grenade launching or as a straight-pull rifle. Gas regulator (c). Head of gas piston (d).



Piston driven back by gas hits movable carrier above locked bolt, driving it back and compressing return spring.



Ramps in the carrier engage cam (C1) on bolt as bullet leaves barrel, thus raising the rear of bolt out of its locking seat (A) in the receiver.



Carrier and bolt travel back together. Piston tappet spring returns piston. Bolt rotates and cocks hammer. Extractor withdraws fired case.



Bolt and carrier reach end of stroke. Case hits ejector. Return spring in butt is fully compressed.



Spring starts carrier and bolt forward. Bolt picks up top cartridge in magazine and starts it toward chamber.



Face of bolt which chambers cartridge is stopped against face of barrel. Carrier is still driven forward, until it cams bolt down into its locking seat in the receiver.



When last shot has been fired, the magazine follower forces a holding plunger up in front of the bolt to hold the action open.

### FAL Hold-Open Device

The pin to hold the bolt in rear position when the magazine is empty is mounted in the receiver to the right of the ejector.

It is in the form of a heavy plunger, which is elevated by a pin on the rest of the magazine follower through a small pin working in a slot.

In rest position, this plunger is held down by its spring. However, when the magazine follower rises as the last cartridge is fired, upward pressure of the heavy magazine spring overcomes the lighter spring attached to the pin, and the pin is thrust upwards. The plunger is thereby raised to its complete height and projects into the forward path of the bolt.

When a full magazine is inserted in the gun, drawing the bolt slightly to the rear allows the plunger spring to react and lower the plunger, and the bolt driven by the recoil spring now moves forward to chamber a cartridge.

### FAL Trigger Operation

Turning the change lever on the left side of the receiver to the safe position turns a stud into position at the extreme rear of the trigger to lock it mechanically. In this position, trigger movement is impossible.

When the change lever is set for single shot fire, the stud is turned into position to clear the rear of the trigger and to permit a pull on the trigger to draw the tip of the sear attached to the trigger down out of engagement with the hammer notch to release the hammer for firing. There are actually two sears—the rear or firing sear that connects hammer and trigger during single-shot operation and the front or safety sear. This safety sear performs two functions. It blocks the hammer to prevent it from falling except when the bolt and the bolt carrier are fully home. It is struck by the bolt carrier at the final movement of closing travel when it releases the hammer so the firing sear may be operated on single-shot operation to release the trigger, or so the hammer may fire in full automatic fashion if the firing sear is out of engagement due to the automatic fire control being set on the change lever.

The entire operation is extremely simple mechanically and a



Gun with safety applied. Change-lever stud (A) is locking trigger to prevent movement.



Change-lever stud set for single-shot fire. Pressure on trigger will free sear from hammer contact, but as the rifle action opens, the safety sear will hold hammer until finger pressure is released.

study of the drawings accompanying the explanation will clearly demonstrate all the mechanical features involved.

The ejector is mounted in the receiver and serves as a guide in its slot in the lower side of the bolt. At the end of the recoil stroke, the cartridge case strikes the ejector as the bolt passes slightly past the nose of the ejector to hurl the empty case out of the gun.



Lever is set for full-auto fire. Sear is out of engagement except when the trigger is released. Safety sear controls firing to prevent premature discharge.



The safety sear mechanism is released by blow of the carrier as it goes home after bolt is locked, thus freeing the hammer to fire.

### FAL Gas Regulator

A gas regulator and gas plug control the quantity of gas permitted to reach the piston. The gas plug A is fixed into the end of the gas cylinder B. This plug has two positions. One permits full access of the gas from the barrel directly to the gas cylinder. The other when turned 180 degrees blocks off all entry of gas. In this condition, the arm will not function automatically. In this condition, however, it can be operated manually as a straight-pull bolt-action rifle. In other words, pulling the cocking handle back and releasing it will load and cock the gun ready for firing. After firing, another full pull to the rear and release of the cocking handle will eject the empty case and load a new round ready for another pull.

In this closed position, the arm may be used as a grenade launcher, since automatic action is not desired for such a purpose.

A gas regulator C consists of a shroud around the end of the gas cylinder. Unscrewing allows gas to escape.

This system of gas regulation by exhaust keeps fouling of the piston to an absolute minimum and allows regulation of power.

The gas cylinder is placed above the barrel. The center of gravity of the weapon is in line with the axis of the barrel. As a result, the recoil does not tend to pull the weapon upwards as much as many semiautomatic rifles.

### FAL Field Stripping

Stripping and assembling this weapon for normal maintenance and repairs is done without the aid of tools.

With the magazine removed, the release catch at the rear of the top of the receiver is pressed, and the body of the gun is hinged exactly as in the case of the familiar shotgun. The entire bolt and gas operating assembly may now be withdrawn as a unit from the open rear of the receiver. The extractor and firing pin (the normal breakage points in any automatic design) may be withdrawn in a matter of seconds and replaced. All parts are self-contained. There are no loose springs, guides, screws or pins to be removed during this operation. The recoil spring is retained within the butt when the gun is opened for field stripping. When the assembly is returned to the receiver, the guide rod at the end of the bolt, resting against the compression plug in front of the butt, serves to compress the spring housed within when the action is cocked or in recoil motion.

For all practical purposes, no further stripping of this arm is necessary.

The FN FAL PARA (Model 50.63).

### FAL Carrying Handle

A special folding carrying handle is provided above and forward of the magazine housing. This handle is placed at the center of gravity to make the arm easy to carry in rapid advances. It may also be used as a carrying handle for marching and general field order. It can be quickly turned down out of the line of sight and out of the way.

The grip of pistol type design behind the triggerguard aids greatly in stabilizing fire, and since all operations of loading and cocking and change lever adjusting are done on the left side of the receiver full control of the arm may be maintained at all times. In addition, of course, this pistol grip gives the weapon the advantage of ease of operation for firing at waist level under appropriate conditions. The forestock is designed for comfort and secure control as a normal left hand hold for shoulder firing or waist firing.

As special accessories, a muzzle brake and flash hider are available. A grenade launcher is also part of the accessory equipment as is a special bayonet and a detachable folding bipod mount.

### FAL Further Dismounting

Remove the magazine. Draw the cocking lever to the rear and check that the chamber is empty. Move the cocking handle back to free the bolt and allow it to go forward to locked closed position.

Push down the butt locking lever on the left rear side of the receiver as far as it will go. Simultaneously push the butt itself downwards. The butt will pivot together with the lower receiver section. This allows the arm to open as in the familiar case of the hinged-frame shotgun.

Pull back the spring rod attached to the bolt; this will pull the bolt and carrier assembly to the rear out of the gun.

Slide the receiver cover to the rear off the receiver.

Lift the front end of the bolt while pressing it forward into the carrier and continue lifting the front end to raise the rear gently out of carrier contact against the pressure of the firing pin spring.

Push out the cross retaining pin while holding onto the rear of the firing pin, and the pressure of its spring will force it out of its housing.

Insert the nose of a bullet under the extractor and pry outwards and upwards to withdraw the extractor.

The gas plug can be removed if desired and a rod passed through the gas cylinder to clean fouling.

The gas plug can be turned with the nose of a bullet for removal. This permits removal of the piston and spring from the gas cylinder. While there are very few remaining parts, and additional stripping of the firing mechanism can be done easily, it is not normally done by the average soldier.



FN 7.62mm FAL Rifle with low-mounted scope.



MALL ARMS OF THE WORLD

### FAL Field Stripping

ng and assembling this weapon for normal maintenance airs is done without the aid of tools.

he magazine removed, the release catch at the rear of of the receiver is pressed, and the body of the gun is exactly as in the case of the familiar shotgun. The entire n the open rear of the receiver. The extractor and firing gas operating assembly may now be withdrawn as a normal breakage points in any automatic design) may drawn in a matter of seconds and replaced. All parts are tained. There are no loose springs, guides, screws or be removed during this operation. The recoil spring is d within the butt when the gun is opened for field stripping. he assembly is returned to the receiver, the guide rod at of the bolt, resting against the compression plug in front utt, serves to compress the spring housed within when on is cocked or in recoil motion.

ll practical purposes, no further stripping of this arm is ary.



The FN FAL PARA (Model 50.63).

### FAL Carrying Handle

pecial folding carrying handle is provided above and for- of the magazine housing. This handle is placed at the of gravity to make the arm easy to carry in rapid advances. y also be used as a carrying handle for marching and al field order. It can be quickly turned down out of the line ht and out of the way.

grip of pistol type design behind the triggerguard aids y in stabilizing fire, and since all operations of loading and ng and change lever adjusting are done on the left side of eceiver full control of the arm may be maintained at all . In addition, of course, this pistol grip gives the weapon dvantage of ease of operation for firing at waist level under propriate conditions. The forestock is designed for comfort

and secure control as a normal left hand hold for shoulder firing or waist firing.

As special accessories, a muzzle brake and flash hider are available. A grenade launcher is also part of the accessory equipment as is a special bayonet and a detachable folding bipod mount.

### FAL Further Dismounting

Remove the magazine. Draw the cocking lever to the rear and check that the chamber is empty. Move the cocking handle back to free the bolt and allow it to go forward to locked closed position.

Push down the butt locking lever on the left rear side of the receiver as far as it will go. Simultaneously push the butt itself downwards. The butt will pivot together with the lower receiver section. This allows the arm to open as in the familiar case of the hinged-frame shotgun.

Pull back the spring rod attached to the bolt; this will pull the bolt and carrier assembly to the rear out of the gun.

Slide the receiver cover to the rear off the receiver.

Lift the front end of the bolt while pressing it forward into the carrier and continue lifting the front end to raise the rear gently out of carrier contact against the pressure of the firing pin spring.

Push out the cross retaining pin while holding onto the rear of the firing pin, and the pressure of its spring will force it out of its housing.

Insert the nose of a bullet under the extractor and pry outwards and upwards to withdraw the extractor.

The gas plug can be removed if desired and a rod passed through the gas cylinder to clean fouling.

The gas plug can be turned with the nose of a bullet for removal. This permits removal of the piston and spring from the gas cylinder. While there are very few remaining parts, and additional stripping of the firing mechanism can be done easily, it is not normally done by the average soldier.



FN 7.62mm FAL Rifle with low-mounted scope.



---

## CZECH SUBMACHINE GUNS

The Czechoslovaks have come out with a large number of submachine gun designs since World War II. Most of these designs appeared only in prototype form and were intended for overseas sales. Among these were the ZK466, CZ247, ZB47 and ZK476. These weapons are not used by the Czechoslovak Army. Before the Communists took over Czechoslovakia, her army used the 9mm Parabellum as the service cartridge for pistols and submachine guns. Two submachine guns chambered for that cartridge were adopted by the Czechoslovak Army: the Model 23 and the Model 25 submachine guns. After the adoption of the Soviet 7.62mm pistol cartridge by the Czechoslovaks, two weapons similar to the Models 23 and 25, but chambered for the 7.62mm pistol cartridge, were produced, the Model 24 and the Model 26. These weapons have been replaced, for most purposes, by the Model 58 assault rifle and in some cases by the 7.65mm Model 61 submachine gun.

### THE CZECH MODEL 61 SUBMACHINE GUN (SKORPION)

This weapon might be described as a "machine pistol" since it is designed to be fired from one hand as well as from the shoulder. It could be considered the Czech equivalent of the Soviet Stechkin machine pistol or the M1932 Mauser. It uses a relatively low powered cartridge, the 7.65mm Browning short or the .32 ACP as it is called in the United States, and is relatively easy to control in full automatic fire from the shoulder because of that fact. As a matter of interest, the .32 ACP cartridge as loaded in the United States has less muzzle energy than the .22 Long Rifle cartridge in high velocity loads. With a weapon of the M61 type, however, there is a possibility of obtaining multiple hits on a target. The Model 61 is also manufactured in Yugoslavia where it is called the M61. Czech-made export models of the Skorpion include the vz 64 in 9 × 17mm (.380 ACP), vz 65 in 9 × 18mm (Makarov), and vz 68 in 9 × 19mm Parabellum. The vz 68 is slightly larger than the vz 61.

### CHARACTERISTICS OF MODEL 61 SUBMACHINE GUN

**Caliber:** 7.65mm (.32 ACP).
**System of operation:** Blowback, selective fire.
**Length overall:** With stock fixed: 20.55 in.
With stock folded: 10.62 in.
**Barrel length:** 4.5 in.
**Weight:** 2.87 lbs.
**Sights: Front:** Protected post.
**Rear:** Flip-over notch graduated for 75 and 150 meters.
**Feed Device:** 10- or 20-round detachable staggered row box magazine.

**Muzzle velocity:** 1040 f.p.s.
**Cyclic rate:** 750 r.p.m.

### How to Load and Fire the Model 61 Submachine Gun

The magazine can be removed by pressing the button located on the left side of the receiver in front of the trigger guard. Pull bolt to rear; bolt operating knobs are on both sides of the receiver. Set the weapon on safe by pushing the safety-selector lever, located over the pistol grip on the left side of the receiver, down to its central position. Insert a loaded magazine and set safety-selector lever for type of fire desired—forward for automatic fire—to "20" and to the rear for semiautomatic fire to "1." Press trigger and weapon will fire; bolt remains open on the last shot.

### Field Stripping the Model 61 Submachine Gun

Remove magazine and pull bolt to the rear to clear gun. Fix shoulder stock. Push out pin—at lower front of the receiver—to the left. Pull receiver foward and hinge upward; remove bolt operating knobs. Remove bolt and operating springs assembly. Further disassembly is not recommended. Reassemble by reversing above procedure.

### How the Model 61 Submachine Gun Works

This weapon is a pure blowback, i.e., the cartridge is held in place during firing by the weight of the bolt and the recoil spring. The rate reducer, used to lower the cyclic rate, is a hook at the



Czech 7.65mm Model 61 Submachine Gun with stock fixed. 1. Cocking knob; 2. Takedown pin; 3. Magazine catch; 4. Bolt stop; and 5. Selector lever.

rear of the receiver, which holds the bolt to the rear momentarily after each shot. This hook is released by pressure from a spring loaded tripper-plunger mounted in the pistol grip. As the bolt comes to the rear, it cams down this tripper-plunger compressing its spring. The tripper-plunger and spring are mounted in a tube and the tripper-plunger travels a considerable distance down the tube before it is pushed up by the spring, causing the hook to tip up and release the bolt. This system, which is quite similar to that used on the Soviet Stechkin machine pistol, has the effect of reducing the cyclic rate of fire. The bolt telescopes the barrel as in the earlier Model 23 series submachine guns but is square in configuration like the Israeli UZI, rather than round like the Model 23.

### Special Note on Model 61 Submachine Gun

There is a silencer available for this weapon that should be effective due to the relatively low velocity of the bullet fired. Luminescent night sights are also available.



Czech 7.65mm Model 61 Submachine Gun. View of weapon disassembled into sub-groups. 1. Receiver with barrel. 2. Cocking knobs. 3. Bolt assembly with operating springs. 4. Hinge pin retaining spring and plunger. 5. Hinge pin. 6. Pistol grip assembly. 7. Pistol grip. 8. Actuator assembly. 9. Pistol grip cap spring washer. 10. Pistol grip cap and actuator spring. 11. Stock assembly. 12. 10-shot magazine body. 13. Magazine follower and spring. 14. Magazine floorplate.



The 7.65mm Model 61 Skorpion with a 10-shot magazine.



The 7.65mm Model 61 Skorpion with silencer.

### THE CZECH MODEL 23 AND MODEL 25 SUBMACHINE GUNS

#### CHARACTERISTICS OF MODELS 23 AND 25

**Caliber:** 9mm Parabellum.
**Weight, M23, loaded:** 8 lbs; with 24-round magazine. 8.4 lbs., with 40-round magazine.
**M25, loaded:** 8.7 lbs. with 24-round magazine. 9.0 lbs., with 40-round magazine.
**Length, overall:** 27 in. for Model 23 and Model 25 with stock extended; 17.5 in. for Model 25 with stock folded.
**Barrel length:** 11.2 in.
**Feed Mechanism:** 24-round or 40-round detachable, staggered, box magazine.
**Sights: Front:** Hooded barleycorn.
**Rear:** V-notch on rotary base; adjustable for 100, 200, 300, and 400 meters.
**Muzzle velocity:** 1470 f.p.s.
**Cyclic rate of fire:** 600–650 rounds per minute.

The Model 23 and Model 25 are basically the same weapon, but the Model 23 has a wooden stock, and the Model 25 has a folding metal stock. The weapons have several outstanding features and are good examples of modern submachine gun construction. They share most of their unusual features with the Israeli UZI submachine gun. Among these features are:

The magazine well is in the pistol grip. This gives the magazine far better support than is normally obtained with a submachine gun.

The guns have a very short overall length in comparison to their barrel length. This is made possible by a hollow bolt, which telescopes the rear 6⅛ inches of the barrel. Only a 1⅞-inch length of the 8-inch bolt is solid; the remainder is hollowed out to telescope the barrel.

The trigger mechanism on the Czechoslovak weapons is so designed that a short pull on the trigger gives semiautomatic fire, while pulling the trigger all the way to the rear gives full automatic fire.

The ejection port is closed at all times to the entry of dirt, except when the weapon is ejecting.

These weapons also have an unusually simple method of disassembly and assembly.

CHS00017770

476    SMALL ARMS OF THE WORLD



HK33 5.56 × 45mm rifle

Case: 1:10-cv-08103 Document #: 208-24 Filed: 08/14/12 Page 12 of 20 PageID #:4189



SMALL ARMS OF THE WORLD

HK33 5.56 × 45mm rifle



GERMAN WORLD WAR II SMALL ARMS 507

Gew 41(W), right side, bolt closed.

The Gew 41 (above) and the Gew 41(W) (below).

Detailed stripping to show gas and locking systems. 1. Bolt carrier. 2. Bolt. 3. Bolt housing with buffer and recoil springs. 4. Receiver and barrel assembly. 5. Stock. 6. Trigger guard and magazine. 7. Magazine follower and spring. 8. Forearm. 9. Gas cylinder. 10. Gas piston. 11. Gas cone. 12. Operating rod. 13. Operating rod trough and spring. 14. Cleaning rod. 15. Front band.

CHS00017772



Gew 41(W), right side, bolt closed.

The Gew 41 (above) and the Gew 41(W) (below).

...ping to show gas and locking systems.
...r. 2. Bolt. 3. Bolt housing with buffer and recoil springs. 4. ...barrel assembly. 5. Stock. 6. Trigger guard and magazine. 7. Magazine follower and spring. 8. Forearm. 9. Gas cylinder. 10. Gas piston. 11. Gas cone. 12. Operating rod. 13. Operating rod trough and spring. 14. Cleaning rod. 15. Front band.



Gas operating assembly, Gew 41(W).
1. Front band lock. 2. Plastic handguard. 3. Barrel threaded for blast cone. Flat operating rod on top of barrel. 4. Operating rod cover which fits over barrel. 5. Piston which mounts around barrel and floats inside operating rod cover. 6. Blast cone which screws on barrel and traps gas to force floating piston back against operating rod.



Details of bolt assembly.
1. Bolt carrier. Note projection at front end which seats in top of bolt and when driven back functions the firing-pin carrier to unlock the bolt. 2. Bolt complete with two lugs in locked position. Note firing pin housed inside carrier within the bolt. 3. Operating and recoil spring, which seats inside the hollow bolt. 4. Stamped bolt housing guides the travel of the bolt.



Details of bolt assembly, Gew 41(W).
1. Bolt carrier. Note projection on front end at left for pulling back firing-pin housing. Note bolt handle at upper right and carrier lock in line with it. 2. Bolt lock right side. 3. Detail of bolt. Note slot in left side to receive bolt lock. Also cut in top to receive bolt carrier projection. Also note cam-face at lower right of bolt body which serves to cock the hammer by riding over and depressing it. 4. Left side bolt lock and 4A. Hollow firing-pin housing. 5. Firing-pin and 5A. Firing-pin extension which is inserted in the housing. Extension is retained by pin at rear of housing. 6. Recoil or operating spring. 7. Bolt housing. 8. Sliding cover for housing. 9. Recoil spring guide with secondary or buffer spring affixed. Right end of this rod projects through bolt housing. The two lugs lock in slot in the receiver to hold the bolt assembly securely in place.



Top receiver details, Gew 41(W).
1. Mauser tangent sight. 2. Operating rod forced through slot to indicate its position. 3. Bolt carrier fully retracted and manually locked by pushing bolt carrier lock to the right. Magazine cannot be loaded until this has been manually locked. 4. Bolt assembly rests inside the carrier. 5. The arm projecting from the rear of the receiver and turned up to the right is the safety which positively blocks sear action. Swinging it over to the extreme left sets it in the firing position.

Case: 1:10-cv-08103 Document #: 208-24 Filed: 08/14/12 Page 13 of 20 PageID #:4190

CHS00017773



erating assembly, Gew 41(W).
t band lock. 2. Plastic handguard. 3. Barrel threaded for blast cone.
erating rod on top of barrel. 4. Operating rod cover which fits over
. Piston which mounts around barrel and floats inside operating rod
. Blast cone which screws on barrel and traps gas to force floating
back against operating rod.



Details of bolt assembly, Gew 41(W).
1. Bolt carrier. Note projection on front end at left for pulling back firing-pin housing. Note bolt handle at upper right and carrier lock in line with it. 2. Bolt lock right side. 3. Detail of bolt. Note slot in left side to receiver bolt lock. Also cut in top to receive bolt carrier projection. Also note cam-face at lower right of bolt body which serves to cock the hammer by riding over and depressing it. 4. Left side bolt lock and 4A. Hollow firing-pin housing. 5. Firing-pin and 5A. Firing-pin extension which is inserted in the housing. Extension is retained by pin at rear of housing. 6. Recoil or operating spring. 7. Bolt housing. 8. Sliding cover for housing. 9. Recoil spring guide with secondary or buffer spring affixed. Right end of this rod projects through bolt housing. The two lugs lock in slot in the receiver to hold the bolt assembly securely in place.

Top receiver details, Gew 41(W).
1. Mauser tangent sight. 2. Operating rod forced through slot to indicate its position. 3. Bolt carrier fully retracted and manually locked by pushing bolt carrier lock to the right. Magazine cannot be loaded until this has been manually locked. 4. Bolt assembly rests inside the carrier. 5. The arm projecting from the rear of the receiver and turned up to the right is the safety which positively blocks sear action. Swinging it over to the extreme left puts it in the firing position.





structed that it cams in two locking lugs, drawing them out of their seats in the receiver walls and into the surface of the bolt.
From this point on, the parts travel to the rear together extracting and ejecting the empty shell and compressing the recoil spring around its guide.

**Forward Movement of the G43 Action.** The recoil spring compressed around its guide now exerts a forward thrust against the bolt assembly. The bolt strips a cartridge from the magazine and chambers it, the extractor set in the face of the bolt snapping into the extracting groove of the cartridge as it is chambered.
As the bolt reaches its fully forward position, it stops against the face of the chamber. The spring still exerts forward pressure and drives the firing pin housing straight ahead independently of the bolt. This is so constructed that it forces the locking lugs, which are loosely set into each side of the bolt, out into the receiver walls in a fashion not unlike that of the Russian Degtyarev light machine gun.
When the bolt is fully home in forward position, the carrier mounted on top of it is forced still farther forward into its niche in the receiver, where it rests against the operating rod hole.
When the trigger is pressed, the sear is rotated away from the hammer (which has been ridden over and cocked by the rearward motion of the bolt). The hammer spring drives the hammer forward to strike the firing pin extension. This in turn strikes the firing pin and drives it against the primer to fire the cartridge in the chamber.

### THE 7.92mm PARATROOP RIFLE MODEL 42 (FG42)

One of the most interesting German World War II rifles from a design point of view—the Paratroop Rifle (FG42)—was not adopted by the Army. It was adopted by the Air Force (Luftwaffe), who controlled the airborne divisions. The FG42 is a very impressive rifle from many points of view and lives on to some extent in the operating mechanism of the US M60 machine gun.
The *Fallschirmjäger Gewehr (FG42)* was developed by Rheinmetall-Borsig at the request of the German Air Force. It has been reported that only 5,000 of these rifles were made. FG42 had the following good features:

(1) Straight-line stock configuration and muzzle-brake compensator to assist in holding down the weapon in automatic fire from the shoulder.
(2) Reduction of recoil by use of a recoil-spring sliding shoulder-stock system.
(3) The weapon fires from a closed bolt in semiautomatic fire and from an open bolt in automatic fire—this solves the "cook off" problem.

FG42 was designed to replace the rifle, machine gun in the light role, and the submachine gun.
The bolt mechanism of the FG42 was copied from that of the Lewis gun, but a standard multiple coil recoil spring is used rather than the clock work type spring used with the Lewis gun. The FG42-type bolt mechanism is currently used in the US M60 machine gun. The trigger mechanism is cleverly designed and features a swivel mounted sear, which can be moved left or right to engage the semiautomatic or automatic sear notch.
A short gas pistol rod is used with this weapon; the operating handle is connected to the piston rod, which also has a stud to operate the bolt. The stud operates in a camway in the bolt, rotating it into and out of the locked position. FG42 has a spike-type bayonet, which is carried in under the barrel point reversed when not fixed, in a manner similar to that of the French MAS36 rifle. A light stamped bipod, which failed in US tests of the rifle at Aberdeen Proving Ground during World War II, is also used with this weapon.
Some of these rifles are fitted with a stamped steel stock, and others have a wooden stock. All things considered, FG42 was one of the most interesting of the German World War II designs. It did not introduce any revolutionary design principles, but it did combine a number of previously uncombined principles to produce an advanced selective-fire weapon for full-size rifle cartridges. The first US weapon patterned on the FG42 was the 7.92mm T44 light machine gun. This weapon was rather unusual; it is belt-fed—it uses the MG42 type belt-feed mechanism—but the feed cover is mounted on the side of the receiver so that the belt feeds in a vertical position rather than horizontally as is usual. This weapon was developed by the Bridge Tool and Die Manufacturing Corp. under contract with the Ordnance Corps.
It should be noted that several authoritative publications credit the design of FG42 to the Heinrich Krieghoff Plant of Suhl, Saxony, but German publications credit it to Rheinmettal.



German 7.92mm *Fallschirmjaeger Gewehr 42* automatic rifle with steel butt.

CHS00017774

Case: 1:10-cv-08103 Document #: 208-24 Filed: 08/14/12 Page 15 of 20 PageID #:4192

hat it cams in two locking lugs, drawing them out of s in the receiver walls and into the surface of the bolt. his point on, the parts travel to the rear together extracting the empty shell and compressing the recoil ound its guide.

**rd Movement of the G43 Action.** The recoil spring sed around its guide now exerts a forward thrust against ssembly. The bolt strips a cartridge from the magazine bers it, the extractor set in the face of the bolt snapping xtracting groove of the cartridge as it is chambered. bolt reaches its fully forward position, it stops against f the chamber. The spring still exerts forward pressure s the firing pin housing straight ahead independently lt. This is so constructed that it forces the locking lugs, e loosely set into each side of the bolt, out into the walls in a fashion not unlike that of the Russian Deght machine gun.

the bolt is fully home in forward position, the carrier on top of it is forced still farther forward into its niche ceiver, where it rests against the operating rod hole. the trigger is pressed, the sear is rotated away from mer (which has been ridden over and cocked by the motion of the bolt). The hammer spring drives the forward to strike the firing pin extension. This in turn e firing pin and drives it against the primer to fire the in the chamber.

### 7.92mm PARATROOP RIFLE MODEL 42 (FG42)

f the most interesting German World War II rifles from point of view—the Paratroop Rifle (FG42)—was not by the Army. It was adopted by the Air Force (*Luftwaffe*), trolled the airborne divisions. The FG is a very important rifle from many points of view and lives on to some the operating mechanism of the US M60 machine gun. *Fallschirmjäger Gewehr (FG42)* was developed by ettal-Borsig at the request of the German Air Force. It reported that only 5,000 of these rifles were made. d the following good features:

Straight-line stock configuration and muzzle-brake compensator to assist in holding down the weapon in automatic fire from the shoulder.

(2) Reduction of recoil by use of a recoil-spring sliding shoulder-stock system.

(3) The weapon fires from a closed bolt in semiautomatic fire and from an open bolt in automatic fire—this solves the "cook off" problem.

FG42 was designed to replace the rifle, machine gun in the light role, and the submachine gun.

The bolt mechanism of the FG42 was copied from that of the Lewis gun, but a standard multiple coil recoil spring is used rather than the clock work type spring used with the Lewis gun. The FG42-type bolt mechanism is currently used in the US M60 machine gun. The trigger mechanism is cleverly designed and features a swivel mounted sear, which can be moved left or right to engage the semiautomatic or automatic sear notch.

A short gas pistol rod is used with this weapon; the operating handle is connected to the piston rod, which also has a stud to operate the bolt. The stud operates in a camway in the bolt, rotating it into and out of the locked position. FG42 has a spike-type bayonet, which is carried in under the barrel point reversed when not fixed, in a manner similar to that of the French MAS36 rifle. A light stamped bipod, which failed in US tests of the rifle at Aberdeen Proving Ground during World War II, is also used with this weapon.

Some of these rifles are fitted with a stamped steel stock, and others have a wooden stock. All things considered, FG42 was one of the most interesting of the German World War II designs. It did not introduce any revolutionary design principles, but it did combine a number of previously uncombined principles to produce an advanced selective-fire weapon for full-size rifle cartridges. The first US weapon patterned on the FG42 was the 7.92mm T44 light machine gun. This weapon was rather unusual; it is belt-fed—it uses the MG42 type belt-feed mechanism—but the feed cover is mounted on the side of the receiver so that the belt feeds in a vertical position rather than horizontally as is usual. This weapon was developed by the Bridge Tool and Die Manufacturing Corp. under contract with the Ordnance Corps.

It should be noted that several authoritative publications credit the design of FG42 to the Heinrich Krieghoff Plant of Suhl, Saxony, but German publications credit it to Rheinmettal.



German 7.92mm *Fallschirmjaeger Gewehr 42* automatic rifle with steel butt.



7.92mm FG42 with wooden stock.

FG42, stripped.

CHS00017775

**706** SMALL ARMS OF THE WORLD

cylinder, exert pressure on the piston and move the bolt carrier to the rear by means of the piston rod.

The bolt carrier, after traveling a path of eight mm, raises the rear end of the bolt, disengages the bolt locking surface from the receiver lug and brings the bolt to the rear. As the bolt moves to the rear, it extracts the empty cartridge case, which is held in the bolt face by the extractor lug. After traveling a distance of 70 mm, the base of the cartridge case meets the ejector, and the case is ejected from the weapon. In moving to the rear, the bolt carrier, and then the bolt, cocks the hammer. The forward end of the disconnector, under the action of the hammer spring, is raised upward, and the hammer is positioned on the disconnector notch at the same time. The forward end of the trigger arm is located between the base of the trigger guard and the sear. Under the action of the sear spring, the sear, which is in the extreme rear position, is positioned under the hammer cock notch. Under the action of the follower lever spring, the follower positions the next round for the feed rib. The piston, together with the piston rod, pushes the bolt a distance of 20 mm. The bolt thereafter continues by inertia to the extreme rear position, at the same time compressing the recoil spring, and the piston and piston rod return to the forward position under the action of the piston rod spring.

Under the action of the expanding recoil spring, the bolt moves forward, and the bolt feed rib grasps the next round in the magazine and sends it into the chamber. The bolt carrier lowers the rear end of the bolt upon approaching the barrel face, and the bolt locking surface is positioned in front of the receiver locking lug to seal the bore. The bolt, in lowering, depresses the protruding front end of the disconnector, at which time the hammer is disengaged from the disconnector and is then cocked. As it approaches the barrel face, the extractor, which is now sliding along the base of the cartridge case, is forced to the right to grasp the cartridge case rim. The extractor spring is compressed at this time. Under the action of the follower lever spring, the follower raises the next round until it meets the bolt. Before the next round is fired, it is necessary to release the trigger; under the action of the trigger spring, the trigger returns to the forward position, and the front end of the trigger lever is disengaged from the sear and is positioned opposite the sear shoulders.

To fire the next round, it is necessary to press the trigger. The hammer can be released from the cocked position only when the bolt is in the extreme forward position and the bore is completely sealed. If the bolt is in the rear position (on the stop), or if the bore is not completely sealed (bolt in extreme forward position), the forward end of the disconnector is not depressed; the forward end of the trigger lever presses against the guide lugs for the sear in the trigger guard groove, and the hammer cannot be released. If the bolt travels past the locking lug and depresses the forward end of the disconnector and the bolt carrier has not attained the extreme forward position, the weapon still cannot be fired. In this event, the hammer, in moving forward will not strike the firing pin but will strike the vertical surface of the bolt carrier, which cocks the hammer.

### THE SOVIET 7.62mm AK ASSAULT RIFLE

The development of this weapon is discussed in Chapter 1.

#### Loading and Firing the AK

The thirty-round magazine is loaded by hand by pressing the cartridges down into the mouth of the magazine with the thumb. Insert the magazine into the underside of the receiver, forward end first; then draw up the rear end of the magazine until a click is heard or until the magazine catch is felt to engage its slot at the rear of the magazine. Pull the operating handle (which protrudes from the right side of the receiver) smartly to the rear and



Section drawing of SKS.

UNION OF SOVIET SOCIALIST REPUBLICS (USSR) **707**

7.62mm Assault Rifle AK (Avtomat Kalashnikova).

AK Rifle with folding stock field stripped.

release it. The bolt and bolt carrier will go forward under the pressure of the recoil spring and will chamber a cartridge. To put the weapon on safe, push the safety selector catch (mounted on the right side of the receiver) as far up as it will go. When on safe, the safety selector blocks rearward movement of the operating handle and covers a gap to the rear of the bolt carrier. For semiautomatic fire, push the end of the safety selector lever all the way down (so that its forward end is opposite the bottom two Cyrillic letters), aim and squeeze (do not pull) the trigger. For full automatic fire, push the safety selector lever to the middle position marked by the two Cyrillic letters "AB" (which stand for automatic"). Although the AK is quite heavy, it climbs rapidly in automatic fire; it is therefore necessary to get a good grip on the weapon before squeezing the trigger for automatic fire.

#### Field Stripping the AK

Remove the magazine and pull the operating handle to the rear to clear weapon of any live ammunition. At the rear of the stamped receiver cover, a serrated catch protrudes; this is the rear end of the recoil spring guide rod. Push the catch in with the finger and at the same time pull the receiver cover upward and backward from the receiver. After removing the receiver cover, push the recoil spring guide forward, so that the bottom rear lug section of the guide clears the dovetail slot at the rear of the receiver. Remove recoil spring. Note that the recoil spring and its guide rod are a packaged unit; i.e., they are held together as one piece by a collar fitted to the end of the guide rod. This is similar to the recoil spring used on the cal. .50 Browning

Case: 1:10-cv-08103 Document #: 208-24 Filed: 08/14/12 Page 17 of 20 PageID #:4194


Loading the AK magazine.


Removing the recoil spring assembly of the AK.


Inserting the AK magazine.


Removing the bolt carrier assembly.


Removing the AK receiver cover.


Removing bolt.

machine gun. The bolt carrier, piston and bolt can now be removed as a unit by pulling them back to the cutout section in the receiver track and lifting them upward and rearward. To remove the bolt from the bolt carrier, turn its head so that the guide lug aligns with the cam surface of the bolt carrier, move the bolt as far to rear as possible, rotate the bolt so that the guide lug leaves the camway of the bolt carrier, and pull the bolt forward and out of the bolt carrier. This operation is not as complicated as it seems; the bolt can actually be shaken out of the bolt carrier. Rotate the handguard lock lever (on the forward right side of the rear sight base) upward, and the handguard-piston tube assembly can be lifted out. No further disassembly is recommended.

To assemble the weapon, carry out in reverse the steps outlined above.

### How the AK Works

**Full Automatic Fire.** With the safety selector set on full automatic fire, a cartridge in the chamber (to chamber a cartridge initially, since the AK fires from a closed bolt, it is necessary to pull the operating handle to the rear and release it) and a loaded magazine in the weapon, the following actions occur when the trigger is pulled. The safety selector lug is far enough to the rear to release the rear end of the trigger but stays directly above the rear end of the disconnector. Thus, while the trigger is free to rotate, the safety selector lug prevents the disconnector from rotating. One large multi-stranded spring is used as both hammer spring and trigger spring in the AK.

**Semiautomatic Fire.** To fire a single round from the rifle, set the weapon for semiautomatic fire by rotating the safety selector as far downward as possible, and then press the trigger.

When the trigger is pressed, the semiautomatic sear and disconnector rotate. The rear end of the sear (which is actually part of the trigger) raises the ends of the hammer-and-trigger spring.

As the trigger rotates, the semiautomatic sear releases the hammer cock notch.

The hammer-and-trigger spring rotates the hammer forward, and the hammer strikes the rear end of the firing pin, pushing it forward so that it strikes the primer of the cartridge. The cartridge fires, and gases from the cartridge flow through the gas port in the barrel into the gas cylinder and force the piston and bolt carrier assembly to the rear. As the piston and bolt carrier assembly move to the rear, the recoil spring is compressed. The bevel in the bolt carrier cam acts on the bolt guide lug, rotating the bolt to the left and thereby unlocking the bolt.

After the bolt is unlocked, the bolt carrier and bolt move to the rear together. The bolt carrier rotates the hammer to the rear, compressing the hammer-and-trigger spring. As the hammer rotates, it rotates the disconnector. When the head of the hammer has passed the notch in the disconnector, the disconnector spring forces the disconnector to engage the disconnector notch in the hammer. This holds the hammer at full cock.

The full automatic sear spring rotates the full automatic sear into engagement with the full automatic sear notch in the hammer. The full automatic sear, however, does not hold the hammer in the cocked position, since the disconnector is already performing this function. As the full automatic sear rotates, the upper end of the sear rises to obstruct the passage of the full automatic disconnector.

As the bolt moves to the rear, the extractor pulls the cartridge case from the chamber. When the case strikes the ejector, it is ejected from the receiver.

The top round in the magazine is forced upward by the follower until it is arrested by the magazine flange.

The rearward movement of the bolt carrier and bolt is arrested by the rear wall of the receiver. Forward movement of these parts is caused by the decompression of the recoil spring.

As the bolt carrier moves forward, the top cartridge in the magazine is stripped from the magazine and forced into the chamber.



Section view of AK.

1. Hammer
2. Bolt
3. Firing pin
4. Operatin rod
5. Recoil spring
6. Gas piston
7. Gas cylinder
8. Magazine
9. Magazine catch
10. Full automatic sear
11. Trigger and hammer spring
12. Trigger

CHS00017777

710 SMALL ARMS OF THE WORLD

As the bolt approaches the barrel face, the first stage in the rotation of the bolt to the right takes place. At the same time, the extractor engages the extractor groove of the cartridge case. As the bolt carrier moves to the extreme forward position, it produces the final rotation of the bolt to the right, locking the bolt.

After the bolt is locked but while the bolt carrier is still a short distance from the extreme forward position, the full automatic disconnector (which is integral with the bolt carrier) strikes the upper end of the full automatic sear, and rotates the sear forward. This action moves the full automatic sear away from the hammer, so that the hammer will not be prevented from rotating.

The next round is fired by releasing the trigger, and then pressing it again. When the trigger is released, the hammer-and-trigger spring rotates the disconnector and semiautomatic sear to the rear, disengaging the disconnector from the disconnector notch in the hammer. The trigger-and-hammer spring rotates the hammer until the hammer cocknotch engages the semiautomatic sear. This is accompanied by an audible click.

When the trigger is again pressed, the semiautomatic sear releases the hammer cock notch. The hammer once again strikes the firing pin, and the entire operating cycle of the automatic mechanism is repeated.

**Automatic Fire** To fire the rifle automatically, set the selector at full automatic fire by rotating the indicator until it is opposite the Cyrillic letters AB on the receiver; press the trigger.

When the trigger is pressed, it rotates on the trigger pin. The disconnector, because it is prevented from rotating by the selector lever, does not engage the disconnector notch in the hammer.

As the trigger rotates, the semiautomatic sear releases the hammer cock notch. The hammer-and-trigger spring rotates the hammer, which strikes the firing pin forcibly. The round is fired. The powder gases act on the gas piston, thrusting the operating rod to the rear, opening the bolt, extracting and ejecting the cartridge case and cocking the hammer.

The full automatic sear engages the full automatic sear notch in the hammer, holding the hammer at full cock.

The top round in the magazine is raised by the follower.

As the bolt carrier and bolt are moved forward by the recoil spring, the round is fed into the chamber, and the bolt is locked.

When the bolt carrier is a short distance from the extreme forward position, the full automatic disconnector strikes the upper end of the full automatic sear and rotates the sear, releasing the hammer. The hammer strikes the firing pin, firing the next round. The entire operating cycle of the automatic mechanism is repeated.

The rifle will continue firing until the last round in the magazine is expended or until the firer releases pressure on the trigger. In the first case, the bolt carrier and bolt will remain in the forward position and the hammer will not be cocked (the AK has no bolt-holding-open device to hold the bolt to the rear after the last round is fired). In the second case, the rifle will be loaded and ready to fire again if the rifleman ceases fire before expending all the rounds in the magazine.



7.62mm AKM Assault Rifle, field stripped.

### THE SOVIET 7.62mm AKM ASSAULT RIFLE

The AKM is a modification of the AK and probably will replace the AK in Soviet service. The principal ways in which the AKM differs from the AK are:

(1) The AKM has a stamped steel receiver as opposed to the milled receiver of the AK.
(2) The gas relief holes in the AKM gas cylinder tube are semicircular cutouts at the forward end of the tube, which match similar cutouts in the gas cylinder block. The gas relief holes on the AK are cut into the body of the gas cylinder tube—four on each side.
(3) The AKM has a rate reducer attached to the trigger mechanism; the rate of fire is, however, the same as that of the AK.
(4) The fore-end of the AKM has a beaver-tail configuration, i.e., it bulges out on both sides.
(5) The rear sight leaf of the AKM is graduated to 1000 meters as opposed to the 800-meter graduation on the AK. The AKM uses the sight leaf of the RPK light machine gun.
(6) The AKM stock and fore-end is made of laminated wood; those of the AK are usually made of ordinary beech or birch.
(7) The bolt and bolt carrier of the AKM are parkerized; those of the AK are bright steel.

UNION OF SOVIET SOCIALIST REPUBLICS (USSR) 711



The AKMS. This folding stock model is designed for the firing ports of the BMP armored personnel carrier.



The 7.62 × 39mm AKMS with stock folded.



The 5.45 × 39mm AK74 which is replacing the 7.62 × 39mm Kalashnikovs.

The AKMS is the folding metal stock version of the AKM. The steel struts of the stock are of stamped steel rather than machined steel as used on the folding stock AK. A short compensator is now frequently seen on the muzzle of the AKM and AKMS. The purpose of the compensator is to hold the barrel down in automatic fire. There is now a light alloy magazine weighing .4 pound available for the AK, AKM series weapons.

### THE 7.62mm RPK LIGHT MACHINE GUN

The RPK is basically the same as the AKM assault rifle, with longer barrel and a bipod. It uses a 75-round drum magazine, a 40-round box magazine or the 30-round magazine of the AK and AKM. This weapon is replacing the RPD as the squad automatic weapon (base of fire) of the Soviet Army.

Adoption of the RPK by the Soviets eases their logistical and training problems since the RPK uses for the most part the same parts as the AKM and is operated in the same manner.

RPK does not have a quick change barrel, and as a squad automatic weapon it is not designed for long periods of sustained fire.

### THE 7.62mm RPKS LIGHT MACHINE GUN

The RPKS is a folding stock version of the RPK light machine gun. The stock folds to the left side of the receiver, and although the weapon can be fired with box magazines with the stock folded it is doubtful that the 75-round drum magazine can be used in this model. The RPKS is 40.9 inches long with the stock fixed and approximately 32 inches long with stock folded.

CHS00017778



The 7.62 × 39mm RPK with 40-shot magazine.

The 5.45 × 39mm RPKS74 with 40-shot magazine and side-folding stock.

The 7.62 × 39mm RPK field stripped.

The 5.45 × 39mm RPKS74 field stripped.

RPKS74 stock partially folded to illustrate the locking mechanism.

A close-up view of the lower receiver of the RPK.

### THE SOVIET 7.62mm SVD SNIPER RIFLE

The SVD or Dragunov (SVD means Self loading Rifle, Dragunov) rifle is the replacement for the M1891/30 sniper rifle. It is chambered for the 7.62mm rimmed cartridge (7.62 × 53 R). The rifle is fitted with a four-power scope Model PSO-1 and has a somewhat unusual stock in that a large section has been cut out of it immediately to the rear of the pistol grip. This lightens the weight of the rifle considerably. The Dragunov uses an action which closely resembles that of the AK. It has a prong type flash suppressor similar to those used on current US small arms.

#### How to Load and Fire the SVD

The box magazine is loaded in the normal manner; it is removed from the rifle by pushing the magazine catch—located behind the magazine port—forward and pulling down on the magazine. Insert loaded magazine in the magazine port pushing it upward till it securely locks in place. Pull bolt-operating handle which protrudes from the right side of the receiver to the rear and release, thus chambering a cartridge. The weapon is now loaded and will fire one round for each pull of the trigger until the magazine is empty. The safety is similar to that of the AK/AKM assault rifle and is mounted on the right side of the receiver. To put the rifle on safe, push the lever upwards.

#### How the SVD Works

The bolt operation of the SVD is essentially the same as that of the AK/AKM in semiautomatic fire. The principal difference is that the SVD has a spring-loaded piston rod, which is a separate assembly; it is not attached to the bolt carrier as is that of the AK/AKM. The trigger mechanism is relatively simple consisting of 12 parts including the fabricated trigger housing/trigger guard. It varies from the AK/AKM trigger mechanism in that, among other things, it does not have a full automatic sear or full automatic disconnector, and it has a separate trigger spring in addition to the hammer spring as opposed to the one spring that performs both functions in the AK/AKM.

CHS00017779

40mm Grenade launcher M79, field-stripped.

### 40mm GRENADE LAUNCHER XM148

Now obsolete, the XM148 was developed by Colt Firearms to be attached to the M16 and other rifles. This launcher was loaded by sliding the barrel forward, inserting the grenade cartridge and retracting the barrel. The launcher was cocked by pulling the cocking handle to the rear. While the XM148 was well received due to the extra fire-power it gave to the rifle squad, the launcher itself was not considered reliable, simple nor safe enough for type standardization.

#### CHARACTERISTICS OF XM148

**Caliber:** 40mm.
**System of operation:** Single-shot; slide-open type.
**Weight of launcher (loaded):** 3.5 lbs.
**Length of launcher (front of barrel to rear of extended trigger):** 16.5 in.
**Length of barrel:** 10 in.
**Muzzle velocity:** 250 f.p.s.
**Sights:** Quadrant sight mounted on adjustable sight slide.

### 40mm GRENADE LAUNCHER M203

In the spring of 1967, development of a new rifle-attached grenade launcher was begun by the Department of the Army. Called Grenade Launcher Attachment Development (GLAD), this project led to the testing of designs produced by AAI Corporation, Ford Aerospace and Communication Corporation and Aero-Jet General. The AAI launcher, XM203, was standardized as the M203 in August 1969. An initial production contract was carried out by AAI. Beginning in January 1971, Colt has been the sole production source for the M203.

#### Field Stripping the M203

There are two methods for removing the forward moving barrel assembly.

First, depress the barrel latch and slide the barrel assembly forward. From the muzzle of the M16A1, count back to the fourth hole on the left side of the handguard. Insert the end of a section from the cleaning rod into the fourth hole, depress the barrel stop and slide the barrel assembly off the receiver track.



The XM148 Grenade Launcher attached to the M16A1 Rifle.