# Exhibit 12-E



CHS00017781



# MILITARY SMALL ARMS OF THE 20th CENTURY

### 7th Edition

Ian V. Hogg & John S. Weeks

CHS00017782

# MILITARY SMALL ARMS OF THE 20th CENTURY

## 7th Edition

**Ian V. Hogg & John S. Weeks**

### About Our Covers.....

*Front Cover* - The Thompson submachine gun, in several models, served the U.S. military and the military arms of other nations. Below, the German MP40 submachine gun and Colt's new M4 carbine.

*Back Cover* - Legendary U.S. arms of the WWII era. Top, the Browning Automatic Rifle (BAR); M1 Garand rifle; Thompson submachine gun and the M3 submachine gun, also known as the "Grease Gun".

These illustrations were made possible through the generous assistance of Charles Justmann, Bob Pucci, Ray Farrell and Colt's Manufacturing Company, Inc. -- and we thank them.

© 2000 by Ian V. Hogg

All rights reserved.
No part of this publication may be reproduced
or transmitted in any form or by any means, electronic or mechanical,
including photocopy, recording or any information storage and retrieval system,
without permission in writing from the author, except by a reviewer
who may quote brief passages in a critical article or review to be printed
in a magazine or newspaper or electronically transmitted on radio or television.

Published by



krause publications

700 E. State Street • Iola, WI 54990-0001
Telephone: 715/445-2214
Web: www.krause.com

To place an order or receive our free catalog, call 800-258-0929.
For editorial comment and further information,
use our regular business telephone at (715) 445-2214.

Library of Congress Catalog Number: 73-83166
ISBN: 0-87341-824-7

Printed in the United States of America

Case: 1:10-cv-08103 Document #: 208-25 Filed: 08/14/12 Page 5 of 10 PageID #:4202

## About Our Covers.....

Cover - The Thompson submachine gun, in several models, served the U.S. military and the military arms of other  
Below, the German MP40 submachine gun and Colt's new M4 carbine.

Cover - Legendary U.S. arms of the WWII era. Top, the Browning Automatic Rifle (BAR); M1 Garand rifle; Thompson  
chine gun and the M3 submachine gun, also known as the "Grease Gun".

illustrations were made possible through the generous assistance of Charles Justmann, Bob Pucci, Ray Farrell and Colt's  
facturing Company, Inc. -- and we thank them.

© 2000 by Ian V. Hogg

All rights reserved.  
No part of this publication may be reproduced  
or transmitted in any form or by any means, electronic or mechanical,  
including photocopy, recording or any information storage and retrieval system,  
without permission in writing from the author, except by a reviewer  
who may quote brief passages in a critical article or review to be printed  
in a magazine or newspaper or electronically transmitted on radio or television.

Published by



krause publications  
SINCE 1952

700 E. State Street • Iola, WI 54990-0001  
Telephone: 715/445-2214  
Web: www.krause.com

To place an order or receive our free catalog, call 800-258-0929.  
For editorial comment and further information,  
use our regular business telephone at (715) 445-2214.

Library of Congress Catalog Number: 73-83466  
ISBN: 0-87341-824-7

Printed in the United States of America

---

## SUBMACHINE GUNS: U.S.A.



The well-known shape of the Thompson M1928A1, with a box magazine in place.

the 'Model 68' and remained in use until the mid-1970s.  
**Length, butt extended:** 34.35in (873mm); butt folded: 24.35in (617mm). **Weight unloaded:** 10lb 5oz (4.67kg). **Barrel:** 13.35in (339mm), 6 grooves, right-hand twist. **Magazine:** 32-round detachable box (German MP40 magazine). **Cyclic rate:** 600 rds/min. **Muzzle velocity:** c.1400 ft/sec (427 m/sec).

### U.S.A.

### • US Submachine Gun, Caliber 45 M1928A1 ('Thompson')
*Manufactured by Colt's Patent Firearms Manufacturing Corporation, Hartford, Connecticut, and Savage Arms Company Corporation, Utica, New York, for Auto-Ordnance Corporation, Bridgeport, Connecticut*  
**45 ACP**

This was the first model of the Thompson submachine gun to be definitely used by the military, although several models were offered in the 1920s as 'Military Models'. The 1928 version was undoubtedly used by the United States Marine Corps in Nicaragua and also by the United States Coast Guard. It was directly derived from the 1921 model, which it closely resembled, and some 1928 models appear to be 1921 models modified and overstamped with the new date. The so-called 'Navy' model has the horizontal foregrip, sling swivels and muzzle compensator, whereas the civilian model of the same year has the more familiar vertical foregrip with the finger notches. Less than 400 were taken into service between 1928 and 1934, and serious manufacture did not start until 1939. Some of these pre-war Thompsons still survive in the hands of American police forces.

The early Thompson submachine guns made use of the much-disputed Blish principle, a method of slowing down the opening of the breech by the frictional forces created by the action of two blocks of metal sliding over each other at an oblique angle. Under high pressure the two surfaces freeze, but move when the pressure falls. The efficiency of this locking mechanism remains questionable, but if it did nothing else it at least helped to slow the cyclic rate of fire to a controllable level.

**Length:** 33.75in (857mm). **Weight unloaded:** 10lb 12oz (4.88kg). **Barrel:** 10.50in (266mm), 6 grooves, right-hand twist. **Magazine:** 18-, 20- or 30-round detachable box or 50- or 100-round drum. **Cyclic rate:** 800 rds/min. **Muzzle velocity:** c.910 ft/sec (277 m/sec).

### • U.S. Submachine Guns, Caliber 45 M1 and M1A1 ('Thompson')
*Savage Arms Corporation, Utica, NY for Auto-Ordnance Corporation, Bridgeport, Conn.*  
**45 ACP**

When the Thompson gun was required in large numbers during the early years of World War II, it was soon found that the manufacturing processes were not well suited to mass-production. By 1942, when Lend-Lease was getting into full swing, it became imperative to simplify the weapon in order to keep up the supplies. The Savage Arms Corporation, who were manufacturing the M1928 gun, undertook to modify the design and the result was the M1, which functioned by simple blowback principles rather than by the delayed blowback of the previous models, and the bolt was slightly heavier as a result. The bolt handle was moved to the right-hand side, and the sights were considerably simplified. The drum magazine was dropped in favor of the 20- and 30-round boxes, and the muzzle compensator disappeared. The M1A1 further simplified the design by introducing a fixed firing pin in place of the previous hammer.

The Thompson in all its various forms was a popular gun, and it frequently found favor in place of the Sten and M3 which replaced it. It continued in production until 1945, reappeared in the Korean War and was still being offered to Asian countries under the Offshore Program as late as 1960. It is no longer in service with any major military force, but the guns were so well made that they will last for a good many years yet, and will be seen periodically for many years to come.

**Length:** 32.00in (813mm). **Weight unloaded:** 10lb 9oz (4.82kg). **Barrel:** 10.50in (266mm), 6 grooves, right-hand twist. **Magazine:** 20- or 30-round detachable box. **Cyclic rate:** 700 rds/min. **Muzzle velocity:** c.910 ft/sec (277 m/sec).



The Thompson M1 is easily identified by the cocking handle on the side and the simple sight.

CHS00017784



## MACHINE GUNS: U.S.A.

well-known shape of Thompson M1928A1, a box magazine in...

Model 68' and remained in use until ...id-1970s

**...th, butt extended:** 34.35in (873mm); **...lded:** 24.35in (617mm). **Weight ...ded:** 10lb 5oz (4.67kg). **Barrel:** ...in (339mm), 6 grooves, right-hand **Magazine:** 32-round detachable box ...an MP40 magazine). **Cyclic rate:** ...ds/min. **Muzzle velocity:** c.1400 ...(427 m/sec).

### ...S.A.

### ...Submachine Gun, Caliber ...1928A1 ('Thompson')

*...factured by Colt's Patent Firearms ...facturing Corporation, Hartford, Con-...cut, and Savage Arms Company Cor-...ation, Utica, New York, for ...Ordnance Corporation, Bridgeport, ...ecticut*
...CP

This was the first model of the ...pson submachine gun to be defi-/used by the military, although sev-models were offered in the 1920s as ary Models'. The 1928 version was ...btedly used by the United States ...e Corps in Nicaragua and also by ...nited States Coast Guard. It was ...ly derived from the 1921 model, ...it closely resembled, and some ...models appear to be 1921 models ...ied and overstamped with the new ...

The so-called 'Navy' model has the ...ontal foregrip, sling swivels and ...le compensator, whereas the civilian ...of the same year has the more ...ar vertical foregrip with the finger notches. Less than 400 were taken into service between 1928 and 1934, and serious manufacture did not start until 1939. Some of these pre-war Thompsons still survive in the hands of American police forces.

The early Thompson submachine guns made use of the much-disputed Blish principle, a method of slowing down the opening of the breech by the frictional forces created by the action of two blocks of metal sliding over each other at an oblique angle. Under high pressure the two surfaces freeze, but move when the pressure falls. The efficiency of this locking mechanism remains questionable, but if it did nothing else it at least helped to slow the cyclic rate of fire to a controllable level.

**Length:** 33.75in (857mm). **Weight unloaded:** 10lb 12oz (4.88kg). **Barrel:** 10.50in (266mm), 6 grooves, right-hand twist. **Magazine:** 18-, 20- or 30-round detachable box or 50- or 100-round drum. **Cyclic rate:** 800 rds/min. **Muzzle velocity:** c.910 ft/sec (277 m/sec).

### • U.S. Submachine Guns, Caliber 45 M1 and M1A1 ('Thompson')

*Savage Arms Corporation, Utica, NY for Auto-Ordnance Corporation, Bridgeport, Conn.*
**45 ACP**

When the Thompson gun was required in large numbers during the early years of World War II, it was soon found that the manufacturing processes were not well suited to mass-production. By 1942, when Lend-Lease was getting into full swing, it became imperative to simplify the weapon in order to keep up the supplies. The Savage Arms Corporation, who were manufacturing the M1928 gun, undertook to modify the design and the result was the M1, which functioned by simple blowback principles rather than by the delayed blowback of the previous models, and the bolt was slightly heavier as a result. The bolt handle was moved to the right-hand side, and the sights were considerably simplified. The drum magazine was dropped in favor of the 20- and 30-round boxes, and the muzzle compensator disappeared. The M1A1 further simplified the design by introducing a fixed firing pin in place of the previous hammer.

The Thompson in all its various forms was a popular gun, and it frequently found favor in place of the Sten and M3 which replaced it. It continued in production until 1945, reappeared in the Korean War and was still being offered to Asian countries under the Offshore Program as late as 1960. It is no longer in service with any major military force, but the guns were so well made that they will last for a good many years yet, and will be seen periodically for many years to come.

**Length:** 32.00in (813mm). **Weight unloaded:** 10lb 9oz (4.82kg). **Barrel:** 10.50in (266mm), 6 grooves, right-hand twist. **Magazine:** 20- or 30-round detachable box. **Cyclic rate:** 700 rds/min. **Muzzle velocity:** c.910 ft/sec (277 m/sec).



The Thompson M1 is easily identified by the cocking handle on the side and the simple sight.

---

## AUTOMATIC RIFLES: GERMANY (PRE-1945)



The Germans began to think seriously about automatic rifles during WWII; this is the Walther Gewehr 41, which relied on muzzle blast.

...were made, a Mauser—the Gew 41(M)—and the Walther-designed Gew 41(W), but the Mauser type was soon dropped. The Walther Gew 41(W) was adopted, a gas-operated rifle using a variation of the rather crude Bang system in which gas was deflected by a muzzle cup to turn back and strike an annular piston around the barrel and so move a piston rod. Locking was by hinged flaps similar to the Russian Degtyarev machine gun design. The 10-shot magazine was integral with the action and was slow to load. Manufacture was expensive as much machining was involved and the gas system was particularly complicated. The rifle was not a great success as it was heavy and ill-balanced. It was noticeably muzzle-heavy to hold and, although about 8000 were made, it was only issued to special units principally stationed on the Russian Front. When the Gew 43 appeared, all production of the Gew 41 stopped, although it never completely passed from service: Germany was too short of equipment to allow that to happen.

**Length:** 44.50in (1130mm). **Weight unloaded:** 11lb 0oz (4.98kg). **Barrel:** 21.50in (545mm), 4 grooves, right-hand twist. **Magazine:** 10-round internal box. **Muzzle velocity:** c.2550 ft/sec (776 m/sec).

### • Fallschirmjägergewehr 42 (FG42' or 'FjG42')

*Rheinmetall-Borsig AG, Düsseldorf; Heinrich Krieghoff Waffenfabrik, Suhl*
**7.92x57mm Mauser**

The *Fallschirmjägergewehr* (Paratroop rifle) 42 was one of the outstanding small arms designs of World War II, and it was very nearly a complete success. In the event, a combination of circumstances militated against it and probably no more than 7,000 were produced. This remarkable weapon nearly achieved the impossible feat of being a serviceable selective-fire design using old-style full power ammunition. It was one of the notable forerunners of the present-day assault rifles, all of which use ammunition of lower power and are thus more easily controlled. The FG42 was produced for the Luftwaffe paratroops, and was first used in the dramatic rescue of Mussolini; it later appeared in Italy and France. Many were captured by the Allies, which gave the impression that more were in service than was actually the case.

The FG42 is a gas-operated rifle with several novel features: it fires from an open breech when set at automatic fire, in order to avoid 'cook-offs' (premature discharges caused by heating the round in the chamber), and from a closed breech, to improve accuracy, when set for semi-automatic operation. The FG42 was one of the first service rifles to be made in the now common 'straight line' configuration, and it had a light bipod and an integral bayonet: all of this in a weapon weighing less than ten pounds (4.54kg). The magazine, rather awkwardly, fed from the left side, and while most of the ideas embodied in the FG42 have been subsequently copied, this has not, as it tends to unbalance the gun.

There were two distinct models of the FG42, sometimes referred to for convenience as the FG42-1 and FG42-2. Both use the same mechanism but they differ externally. The FG42-1 was designed for Rheinmetall by Louis Stange, and manufactured by Heinrich Krieghoff in Suhl, about 2000 being made. It is recognized by the almost-triangular shape of the metal butt – like a shark's tail, and the acute rearward rake of the pistol grip. The short wooden forend has ventilating slots in its upper portion and the muzzle brake is of the pepper-pot type, with holes.

The FG42-2, about 7000 of which were also made by Krieghoff was slightly redesigned to take cognizance of comments from the users. The bolt stroke



The parachutist's FG42 in its original form with a steel fish-tail butt and steeply-raked pistol grip.

The second version of the FG42 with a more conventional wooden butt and a less angular grip.

CHS00017785

## AUTOMATIC RIFLES: GERMANY (PRE-1945)



The Germans began to think seriously about automatic rifles during WWII; this is the Walther Gewehr 41, which relied on muzzle blast.

a Mauser—the Gew 41(M)—lther-designed Gew 41(W), iser type was soon dropped. r Gew 41(W) was adopted, a d rifle using a variation of rude Bang system in which ected by a muzzle cup to nd strike an annular piston barrel and so move a piston ; was by hinged flaps similar an Degtyarev machine gun 10-shot magazine was inte- e action and was slow to 'acture was expensive as ning was involved and the vas particularly complicated. s not a great success as it nd ill-balanced. It was uzzle-heavy to hold and, out 8000 were made, it was to special units principally . the Russian Front. When appeared, all production of stopped, although it never assed from service: Ger- o short of equipment to happen.
0in (1130mm). Weight lb 0oz (4.98kg). Barrel: 4 grooves, right-hand nm), 10-shot internal box. ity: c.2550 ft/sec (776 m/sec).

• **Fallschirmjägergewehr 42 (FG42' or 'FjG42')**
*Rheinmetall-Borsig AG, Düsseldorf; Heinrich Krieghoff Waffenfabrik, Suhl*
**7.92x57mm Mauser**

The *Fallschirmtjägergewehr* ('Paratroop rifle') 42 was one of the outstanding small arms designs of World War II, and it was very nearly a complete success. In the event, a combination of circumstances militated against it and probably no more than 7,000 were produced. This remarkable weapon nearly achieved the impossible feat of being a serviceable selective-fire design using old-style full power ammunition. It was one of the notable forerunners of the present-day assault rifles, all of which use ammunition of lower power and are thus more easily controlled. The FG42 was produced for the Luftwaffe paratroops, and was first used in the dramatic rescue of Mussolini; it later appeared in Italy and France. Many were captured by the Allies, which gave the impression that more were in service than was actually the case.

The FG42 is a gas-operated rifle with several novel features: it fires from an open breech when set at automatic fire, in order to avoid 'cook-offs' (premature discharges caused by heating the round in the chamber), and from a closed breech, to improve accuracy, when set for semi-automatic operation. The FG42 was one of the first service rifles to be made in the now common 'straight line' configuration, and it had a light bipod and an integral bayonet: all of this in a weapon weighing less than ten pounds (4.54kg). The magazine, rather awkwardly, fed from the left side, and while most of the ideas embodied in the FG42 have been subsequently copied, this has not, as it tends to unbalance the gun.

There were two distinct models of the FG42, sometimes referred to for convenience as the FG42-1 and FG42-2. Both use the same mechanism but they differ externally. The FG42-1 was designed for Rheinmetall by Louis Stange, and manufactured by Heinrich Krieghoff in Suhl, about 2000 being made. It is recognized by the almost-triangular shape of the metal butt - like a shark's tail—and the acute rearward rake of the pistol grip. The short wooden forend has ventilating slots in its upper portion and the muzzle brake is of the pepper-pot type, with holes.

The FG42-2, about 7000 of which were also made by Krieghoff was slightly redesigned to take cognizance of comments from the users. The bolt stroke was increased and the muzzle brake improved, a measure which reduced the felt recoil and also reduced the breakage of internal parts. This increased the length and weight slightly. The butt was of a more conventional shape and made of wood, the forend was made of plastic, and the pistol grip was closer to the vertical. The muzzle brake is slotted and finned.

Unfortunately, in either form the FG42 was expensive and time-consuming to make, and as a result, it was not favored by the Oberkommando der Wehrmacht (armed forces high command). The parachute arm of the Luftwaffe had sponsored the design, supported by Hermann Goering, but after their disastrous losses in Crete they were rarely employed as parachute troops again, declined in importance as the war progressed and as a result the rifle was never completely developed.

**(FG42-1)**
**Length:** 36.90in (937mm). **Weight unloaded:** 9lb 10oz (4.38kg). **Barrel:** 20.00in (508mm), 4 grooves, right-hand twist. **Magazine:** 20-round detachable box. **Cyclic rate:** c.800rpm. **Muzzle velocity:** c.2395 ft/sec (730 m/sec).

**(FG42-2)**
**Length:** 41.73in (1060mm). **Weight unloaded:** 11lb 2oz (5.05kg). **Barrel:** 20.67in (525mm), 4 grooves, right-hand twist. **Magazine:** 20-round detachable box. **Cyclic rate:** c.750rpm. **Muzzle velocity:** c.2395 ft/sec (730 m/sec).

• **Maschinenkarabiner 42(H) (MKb42(H)**
*C.G. Haenel Waffen- und Fahrradfabrik AG, Suhl*
**7.92x33mm Kurz**

The MKb42(H) was produced by Haenel to the same specification that inspired the MKb42(W); the Haenel weapon was designed by Louis Schmeisser in the period 1940-1, and fifty specimens had been produced by mid 1942.

A gas-operated tipping-bolt type, the MKb42(H) was more conventional in design than its Walther competitor, with a standard form of gas tube and piston. When the tapped gas struck the piston—which was attached to the bolt carrier—it drove the carrier rearwards until the carrier unlocked the bolt by moving it back and down from the locking recesses; the bolt, the carrier and the piston continued to travel back until halted by the recoil spring, from which position the components were returned to battery. The MKb42(H) was externally similar to the later MP43 (for which it served as a prototype), except for the visible gas tube above the barrel, the attachment of a bayonet lug, and a different trigger and grip assembly.

Approximately 8,000 of the MKb42(H) were produced from November 1942 to April 1943 and, after trials on the Russian Front, it was decided to place the weapon in production after Schmeisser had attended to a few minor details. It then became the MP43.

**Length:** 37.00in (940mm). **Weight unloaded:** 10lb 13oz (4.90kg). **Barrel:** 14.37in (364mm), 4 grooves, right-hand twist. **Magazine:** 30-round detachable box. **Cyclic rate:** 500rpm. **Muzzle velocity:** c.2100 ft/sec (640 m/sec).

• **Maschinenkarabiner 42(W) (MKb42 [W])**
*Carl Walther Waffenfabrik AG, Zella-Mehlis*
**7.92x57mm Mauser**

The MKb42(W) was produced by the Walther factory in response to a specification calling for an 'assault rifle' chambered for the 7.92mm 'intermediate' round, then being produced on an experimental basis by Polte-Werke of Magdeburg. Development was instigated in 1940 and the first prototype was produced in July 1942. Like the competing design emanating from Haenel, the MKb42(W) was designed for uncomplicated production in the simplest possible manner, and using as little as practicable of the more scarce and valuable raw materials; much use was made of pressings and stampings which were riveted or welded together.

The MKb42(W) was a gas-operated locked-breech design with a tipping bolt locked by front lugs; an unusual gas assembly was used in the form of an annular piston which surrounded the barrel and which reciprocated within a cylindrical housing. Gas impinged upon the piston and pushed it back within the housing, and a sleeve attached to the piston unlocked the bolt. The gun was externally recognizable by the circular forestock, and by the lack of a separate gas tube; a bayonet lug was fitted and there was a larger gap between the magazine and trigger assembly than in the MKb42(H).

Approximately 3,000-5,000 guns were made for comparative trials on the Russian Front, after which it was decided to place the MKb42CH) in volume production and abandon the MKb42(W).
**Length:** 36.68in (931mm). **Weight unloaded:** 9lb 11oz (4.40kg). **Barrel:** 16.00in (406mm), 4 grooves, right-hand twist. **Magazine:** 30-round detachable box. **Cyclic rate:** 600rpm. **Muzzle velocity:** c.2125 ft/sec (646 m/sec).

• **Gewehr 43, Karabiner 43 (Gew 43, Kar 43)**
*Carl Walther Waffenfabrik AG, Zella-Mehlis; Berliner-Lübecker Maschinenfabrik AG, Lübeck; Gustloff-Werk, Weimar*
**7.92x57mm Mauser**

The Gew 43 was the logical development of the Gew 41(W), applying the lessons of combat to the design. It incorporated the same bolt locking system but radically altered the gas system. The gas cylinder was placed above the barrel with a simple gas nozzle and cupped piston, and the magazine was made detachable. More significantly, a dovetail was machined on the receiver to take a telescope sight, and the rifle was generally used for sniping. The Gew 43 was probably first used on the Eastern Front in late 1943, though it was encou...

tered fai always in specialis ment on t much eas with lam towards h also used tion, their plification some of t rough ex

until the was adop Czech A biner 43 only in t guard, a (51mm) .

(Gew 43 Length: unloade 22.00in twist. Ma Muzzle (745 m/s

• Mas Masch Masch Sturm MP44
C.G. H AG, Su pel Gm Oberno compa 7.92x3
T of the



utist's FG42 in its original form with a steel fish-tail butt and steeply-raked pistol grip.



d version of the FG42 with a more conventional wooden butt and a less angular grip.



Walther's MKb42(W) was one of the first designs to rely upon stampings, pressings and welding rather than machining and turning.

CHS00017786

Case: 1:10-cv-08103 Document #: 208-25 Filed: 08/14/12 Page 8 of 10 PageID #:4205



The Heckler & Koch G3A3 (top) and G3A4 (above) can trace the ancestry of their operating system back to the Mauser of 1945.



Skeleton view of the basic Heckler & Koch design.

• **HK32A3**
*Heckler & Koch GmbH,
Oberndorf-am-Neckar*
**7.62x39mm M1943**

This was the folding butt version of the HK32 family. Dimensions were similar to the HK32A2 above except butt extended 37.0in (940mm), butt retracted 28.7in (729mm) and weight 8lb 8oz (3.49kg).

• **HK32KA1**
*Heckler & Koch, Oberndorf-am-Neckar.*
**7.62x39mm M1943**

This was a short-barreled carbine version of the HK32A3, with the same retracting butt. As with the others of the family it was quietly dropped in the early 1970s.
**Length, butt extended:** 34.0in (864mm); butt retracted: 26.40in (670mm). **Weight unloaded:** 8lb 6oz (3.80kg). **Barrel:** 12.67in (322mm), 4 grooves, right-hand twist. **Magazine:** 20-, 30-, or 40-round detachable box, **Cyclic rate:** 600 rds/min. **Muzzle velocity:** 2295 ft/sec (700 m/sec).

• **HK33E (1985)**
*Heckler & Koch GmbH,
Oberndorf-am-Neckar*
**5.56x45mm**

The HK33E (E for Export) replaces the earlier series of HK33 rifles; there are no mechanical differences, the change being one of rationalization. The rifle operates on the same roller-locked delayed blowback system as the G3, and can really be considered as a G3 in a smaller caliber. Selective fire is available, since the smaller cartridge permits better control at automatic fire, and there are five variant models: the standard rifle with fixed butt; rifle with retractable butt; rifle with bipod; sniping rifle with telescope sight; and the HK33KE carbine version. The longer-barreled models are capable of launching standard rifle grenades from their muzzles without requiring any special attachment.
**Lengths** Rifle: fixed butt 36.2in (910mm) extended butt 37.0in (940mm); telescoped butt 28.94in (735mm). Carbine: extended butt 34.0in (865mm); telescoped butt 26.57in (675mm). **Weight unloaded:** fixed butt rifle 8lb 0oz (3.65kg); folding butt rifle 8lb 12oz (3.98k); carbine 8lb 9oz (3.89kg). **Barrel:** Rifle 15.35in (390mm); carbine 12.67in (322mm); both 6 grooves, right-hand twist. **Cyclic rate:** rifle 750rpm; carbine 700rpm. **Muzzle velocity:** rifle c.3018 ft/sec (920 m/sec); carbine c.2887 ft/sec (880 m/sec).

• **HK36 assault rifle**
*Heckler & Koch GmbH,
Oberndorf-am-Neckar*
**4.6x36mm Löffelspitz**

This was developed c.1970 at the height of the reduced-caliber craze and was designed round an odd 4.6mm cartridge with a 'spoon-point' bullet



The HK32 fired the Soviet 7.62x39mm cartridge, but there was no demand and it was withdrawn from production.

designed to have superior stopping power. It has a slightly odd appearance, with an upswept butt, short foregrip, long exposed barrel with flash suppresser, carrying handle with collimating sight and a fixed magazine which was to be loaded by inserting a pre-packed box of cartridges into the rear of the magazine. It used the normal H&K roller-locked delayed blowback mechanism and gave selective fire with the addition of a selectable burst-fire mechanism which provided 2, 3, 4 or 5 shots for a single pull on the trigger. It was a very advanced and sophisticated weapon which worked very well, but once the G-11 project began to take shape and show results, the G36 was dropped.
**Length**, butt extended: 35.04in (890mm); butt folded: 31.38in (797mm). **Weight, unloaded:** 6lb 4oz (2.85kg). **Barrel:** 15.0in (381mm), 6 grooves, right-hand twist. **Magazine:** 30-round integral box. **Cyclic rate:** 1100 rds/min. **Muzzle velocity:** 2811 ft/sec (857 m/sec).





The odd-looking 4.6mm NK36 with butt-stock folded.

CHS00017787

## Automatic Rifles: GERMANY (FEDERAL REPUBLIC)



The HK33E is the 5.56mm equivalent of the G3 series.

HK33

Detail drawings of the HK33 model.

248  Military Small Arms of the 20th Century

CHS00017788



CHS00017789