# Exhibit 12-F

Battle Rattle
THE STUFF A SOLDIER CARRIES
BATTLE GEAR
HANS HALBERSTADT



Battle Rattle
THE STUFF A SOLDIER CARRIES
BATTLE GEAR
HANS HALBERSTADT

DEDICATION

**For Mike Noell, with a salute for his pioneering role in getting better warfighter gear to the warfighters.**

First published in 2006 by MBI Publishing Company LLC and Zenith Press, an imprint of MBI Publishing Company, Galtier Plaza, Suite 200, 380 Jackson Street, St Paul, MN, 55101-3885 USA

© Hans Halberstadt, 2006

All rights reserved. With the exception of quoting brief passages for the purpose of review no part of this publication may be reproduced without prior written permission from the Publisher.

The information in this book is true and complete to the best of our knowledge. All recommendations are made without any guarantee on the part of the author or Publisher, who also disclaim any liability incurred in connection with the use of this data or specific details.

We recognize that some words, model names and designations, for example, mentioned herein are the Property of the trademark holder. We use them for identification purposes only. This is not an official publication.

Zenith Press books are also available at discounts in bulk quantity for industrial or sales-promotional use. For details write to Special Sales Manager at MBI Wholesalers & Distributors, Galtier Plaza, Suite 200, 380 Jackson Street, St Paul, MN, 55101-3885 USA.

ISBN-13: 978-0-7603-2622-0
ISBN-10: 0-7603-2622-3

Editor: Scott Pearson and Steve Gansen
Designer: LeAnn Kuhlmann

Printed in China

Library of Congress Cataloging-in-Publication Data

Halberstadt, Hans.
Battle rattle : the stuff a soldier carries / Hans Halberstadt.
p. cm.
ISBN-13: 978-0-7603-2622-0 (plc)
ISBN-10: 0-7603-2622-3 (plc)
1. United States—Armed Forces—Equipment.
2. Soldiers—United States. I. Title.
UC463.H35 2006
355.80973—dc22
2006019828

**ABOUT THE AUTHOR**

Hans Halberstadt has authored and co-authored more than fifty books, mostly on military subjects, especially U.S. special operations forces, armor, and artillery. Halberstadt served in the U.S. Army as a helicopter door gunner in Vietnam. He and his wife, April, live in San Jose, California.

**On the cover:** With helmet-mounted night-vision goggles, binoculars, radio with H250 handset, CamelBak hydration system, and plenty of ammo, this warfighter carries a lot of stuff.

**On the frontispiece**: RECON marines carry some of the heaviest rucks in the warfighting business.

**On the title pages:** When combined with radio communications, a smoke grenade can verify the identity of a ground force.

**On the back cover:**

(top left) A soldier of the 2nd Battalion, 8th Infantry Regiment, 4th Infantry Division, carries everything but the kitchen sink.

(top right) This SEAL's chest rig has all the ammo he wants—where he wants it.

(bottom right) A sampling of one infantryman's ruck, from underwear to Gore-Tex jacket.





The new body armor combines Kevlar with ceramic plates. This armor is not as heavy or hot, and provides better protection as demonstrated by these two photos of a hit by a small-arms projectile.

*Upper right:* Entry tools are necessary for breaching doors during urban combat operations, and warfighters now bring along sturdy tools like this one, which is sometimes lashed to a ruck and also carried in specialized carriers. Either way, the lightest of them is heavy and all of them are bulky, but they'll pop a front door in a heartbeat.

*Right:* What's the heaviest piece of gear you've got in your ruck? After radios and batteries, it's probably your E-tool. The entrenching tool is a little folding shovel that folds into a nice compact package but is tough enough to dig your foxhole or hasty fighting position (although C-4 is much faster and easier).

confidence in the current gear, and the many lives saved by its use. Body armor is required for virtually all personnel conducting tactical operations in combat areas today.

## Interceptor Body Armor (IBA)

The standard-issue armor today is officially designated interceptor multi-threat body armor system, or just IBA to the people who use it. IBA has been in production since 1998 and is an evolving system of battlefield technology. It is a modular garment with a Kevlar tactical vest as the foundation. This vest will defeat pistol rounds, small blast fragments from grenades, and similar threats, but cannot by itself defeat high-velocity rifle projectiles. For these kinds of threats, the IBA vest has pockets for inserts, or plates.

These small-arms protective inserts (SAPI) are made of a lightweight but extremely strong composite material, boron carbide, with a reinforcing layer behind. The two basic plates, front and rear, are not very large and protect the vital organs from impacts directed from the front, not the sides.

With both plates installed, IBA weighs about 16.5 pounds; alone, the Kevlar vest weighs about 8.5 pounds. Even with the plates, IBA weighs far less than the 25-pound Kevlar vest in use by Marines and soldiers until fairly recently.

IBA has MOLLE straps attached to both its front and rear, so the garment can perform the same function as a standard LBV—within limits. The MOLLE straps permit installation of pouches for magazines, radios, and grenades, but not much more. Instead of using IBA as a standalone tactical vest, wearers today commonly use an LBV over it. The advantage is that a soldier can shed twenty or thirty pounds of load when appropriate (such as when sleeping on a long patrol), while retaining a basic level of protection against, say, a mortar attack.

## The Great Body Armor Debate: When Enough Is Enough

During 2004 and 2005, newspapers were full of stories about U.S. Marines and soldiers buying their own body armor because the normal supply system wasn't providing the gear. These stories were followed by others critical of the effectiveness of existing designs and their vulnerability to

After a lot of media attention to injuries to warfighters whose armor failed to protect them, accessory panels for shoulders, groin, neck, and the sides of the torso were added to the basic IBA. *U.S. Army*

impacts at the side of the torso. The stories resulted in political pressure on the armed forces to come up with better protective devices. In 2006, after much hue and cry in the media, additional SAPIs were issued for use on the side of the vest to protect against rifle fire from the wearer's left or right. The IBA system also allows attachment of additional pieces to protect the throat, groin, and shoulders.

Along with the side plates, IBA got what Natick calls an armor protection enhancement system, additional Kevlar panels that attach to the vest to cover the shoulders and groin. The panels for the shoulders alone, called deltoid extensions, add another five pounds to the armor, restrict movement, hinder airflow behind the vest, and generally make the wearer less agile and more vulnerable to heat stress. Their armor will stop some rounds but not all.

These side plates and supplemental armor do add protection against projectiles, but at the same time the weight and bulk of the plates slow the warriors down, wear them out, and make them less effective fighters. The enemy often wears no body armor at all and is equipped with just a rifle or RPG and a few

CHS00017792



M-22 binoculars are issued in two versions. Both are very rugged, have bright and powerful optics, and include a range-finding reticule that permits calculation of distance to far-away objects.

*Below:* The success of the armor additions is up for debate; some Marines and soldiers won't wear them because of heat retention and weight issues. *U.S. Army*

*Above:* Flex cuffs are used extensively to control prisoners. They are made of heavy plastic and are very strong. When the time comes to release the prisoner, they are cut and discarded.

*Left:* The emergency strobe is a beacon that can emit either a bright visible flash or an infrared flash every five seconds or so. These are often carried in LBV or rucks by operators. This recognition device has saved lives in combat.

Others swear by the additional armor and credit the new panels for saving lives and limbs. *U.S. Army*

CHS00017793

*Above:* With the advent of secure communications via satellite, mission commanders are able to provide situation reports and to call for support no matter where they are. This SATCOM (satellite communications) antenna is one of several used by warfighters conducting foot patrols.

*Right:* Many units use small commercial radios like these inexpensive Motorolas for urban combat operations. Although they are not at all secure, they are light, reliable, readily available, and can be used with some helmet-mounted headsets.

rounds of ammunition; when it comes time for a chase, the enemy soldier has a great tactical advantage: battlefield agility. Over-armored soldiers can be slow-moving targets.

"Every day when we went on an operation, I wore a MICH helmet, eye protection, and full body armor complete with collar, neckpiece, shoulder pieces, and the groin-protector stuffed down my back," says Sgt. Aaron Welch, 10th Mountain Division, who served in Iraq. "A lot of people claim that body armor hinders your ability to move in an emergency, but the policy in my unit was that everybody wore everything all the time, and our experience with it was very good. I chased a guy down while wearing it all and carrying my weapon over a distance of about two hundred meters; I was wearing full kit, he was in shirt, sweat pants, and running shoes, and I caught him."

A full-up IBA system with all its plates and extensions makes plenty of sense for an M2 .50-caliber or Mk 19 gunner standing partially exposed in the turret of a HMMWV or other vehicle where the only thing he or she has to move is a trigger finger and where cooling airflow is present when the vehicle is moving. But soldiers, and especially Marines, are resisting the use of the full-system IBA for foot patrols because of the inherent problems of heat stress and restricted mobility, preferring agility and speed to ballistic protection.

Body armor has become a political issue since 2003, and the army, responding to a public and media outcry over casualties during Operation Iraqi Freedom, determined to issue IBA to all soldiers in theater. The first issue was of the vests alone, without the plates, and involved the cooperation of many companies, which delivered about 100,000 pieces of IBA in just five months. The army alone purchased 300,000 pieces of IBA between January 2003 and July 2004, and the political crisis passed to other matters.

Marines do things a little differently; their body armor system is called OTV, or outer tactical vest. In the rush to get OTVs to Marines in combat, about six thousand vests were found to be substandard during ballistic tests, but they were still superior to the previous Kevlar armor and quite capable of stopping 9mm projectiles and fragmentation threats. The substandard vests were recalled, but the publicity somewhat soured Marines on OTV, and some now resist its use.



Jürgen Kraus
The German Army
in the First World War
Uniforms and Equipment – 1914 to 1918

CHS00017795

Publisher:
**Stefan Rest**

Colour photography:
**Gerry Frank**

Graphics:
**Peter Chalupnik, Marô Barbosa**

English translation:
**Anne Kozeluh**

English editing:
**Ian Mansfield**

**Abbreviations**

| | |
|---|---|
| AE | Allerhöchste Entschließung (Royal Bavarian decree) |
| AKO | Allerhöchste Kabinettsordre (Imperial cabinet order) |
| M | Model |
| WGM | Wehrgeschichtliches Museum |
| ZfH | Zeitschrift für Heereskunde |

© 2004 Verlag Militaria, Edition Stefan Rest, Vienna, Austria
www.militaria.at verlag-militaria@aon.at
All rights reserved, including partial reproduction.
ISBN 3-9501642-6-X

**Photographs**
All photographs not otherwise marked show objects from the collection of the Bayerisches Armeemuseum Ingolstadt. Those objects with (WGM Rastatt) after the caption are from the collection of the Wehrgeschichtliches Museum in Rastatt. All black and white photographs marked 'Archives EA' are from the private collection of Dr. Ernst Aichner (Ingolstadt), those marked 'Archives JK', from the private collection of Dr. Jürgen Kraus (Ingolstadt), those marked 'Archives MCO', from the private collection of Mag. M. Christian Ortner (Vienna), and those marked 'Archives MS', from the private collection of Maurice Sublet (France).
The publisher has made every effort to discover who owns the rights to plates 35, 53, 269, 532, 572, 573, 591, 595, but have so far been unable to do so. Verlag Militaria decided that it was important to include them in this book in order to give a complete overview of the German Army during the First World War. The owner of the rights to these plates should contact Verlag Militaria regarding clarification.

# The Development of the Field-Grey Uniform

**Momentous changes in weaponry meant that by the end of the 19th century military states were turning away from brightly coloured peacetime uniforms. After many years of trials, especially in the colonies, a serviceable field uniform for the German army was introduced in 1907. Finally, in 1915/16, the uniform was redesigned, introducing a new uniformity that completely changed the appearance of the German army.**

4593
Emperor Wilhelm II with his six sons on the way to a parade wearing highly decorated, coloured peacetime uniforms.

At the end of the 19th century, there was a significant change in the function of uniforms. Up to this time, uniforms had been brightly coloured so that even on the smoky battlefield friend and foe could be easily distinguished, and even a soldier's branch of service was immediately recognisable. In the meantime, revolutionary developments in weaponry, including long-range firearms and artillery, massed machine gun fire, and improved gunpowder, had utterly transformed conditions on the battlefield. It became necessary to keep soldiers well hidden in the field if they were to be protected from enemy fire while advancing into battle. For this, they needed inconspicuous clothing that blended into their surroundings, a uniform not intended to attract attention, but to camouflage the wearer. Despite hundreds of years of tradition and the social prestige attached to colourful uniforms, the destructive force of modern weapons made it essential for all armies to progress and embrace the new field uniforms.

The new kind of field uniform first appeared in the colonies, where the extreme climates of Asia and Africa made it essential to develop uniforms quite different from their Central European counterparts. The British, in particular, had already gathered years of experience in this area due to long, drawn-out, colonial wars. British troops in the colonies had been wearing light, khaki-coloured uniforms since the end of the 19th century, and in 1902 troops in Britain were issued a khaki field uniform along with their

rning
es, a
was
y.



**Officers of the Royal Prussian 1st Guard Regiment on Foot in Potsdam. On parade this regiment wore the tall, 18th century-style grenadier cap.**

ppea-
treme
essen-
ferent
parts.
ready
s area
wars.
been
forms
, and
ued a
their

coloured peacetime uniform. This practice was now adopted by the German Empire, whose 'Schutztruppen' in Africa were already wearing khaki and sand-coloured field uniforms based on the British model. The fabric and colours were well suited to African conditions, but it was unclear whether they would be suitable for the totally different climate and vegetation of Europe.

Attempts to camouflage the German army started in 1887, when the white haversack was replaced by a brown one. In 1892, a reed-coloured cover to hide the polished fittings on helmets was introduced, in 1893 the polished mess kit was blackened, and in 1894 a grey overcoat replaced the old black model. This interest in camouflage was apparent when newly formed units were outfitted a few years later. In 1897, the mounted Jäger troops were clothed completely in grey-green for their reconnaissance work. The machine gun detachments formed in 1901 also received a grey-green uniform with a loose, turn-down collar. Both grey-green uniforms were designed not only for field service, but at the same time for the parade ground.

The first real steps toward a field uniform were again made in the colonies. In 1900, the East Asia Expeditionary Corps was formed to quell the Boxer Rising in China. They were issued completely new, specially developed equipment. The khaki summer uniform was conceived for wear in sandy regions, while the winter uniform was made of field-grey wool that could also be worn on European battle-

Regional Colours and Cockades

Helm-(Tschako-)Dekorationen.
Gardestern
Gardeadler
Linienadler
Dragoneradler
Bayern
Sachsen
Württemberg
Baden
Hessen

Helmet and shako decorations. (Plate from: J. von Pflugk-Harttung [Ed.], Die Heere und Flotten der Gegenwart, Vol. 1, Germany, Berlin 1896)

34

CHS00017799



Overview of the different helmet and shako decorations of the individual German contingents. (Source: Das Deutsche Heer – Friedensuniformen bei Ausbruch des Weltkrieges, prepared by Knötel et al., Hamburg 1935–39)

# Helmet for Troops on Foot

**Whereas almost every branch of the cavalry had a different helmet, the infantry was almost universally equipped with the leather-spiked helmet, known as the 'Pickelhaube'. This was worn with the field uniform as well as with the peacetime uniform, but in the field it was worn with a cover. Only a few special infantry branches wore different headgear.**

**Group photograph of Bavarian officers from different branches of service on exercises before the war at the camp in Lechfeld. Most of them are already wearing the field uniform and uncovered helmets.**

From 1871 on, the Pickelhaube was worn by all German contingents except Bavaria, where it was felt to be too Prussian and was only reluctantly introduced in 1886. Efforts to improve the Pickelhaube, and in particular to develop new, lighter models continued until the end of the 19th century. The final version of the Pickelhaube, with lighter, aluminium-bronze fittings, with extra ventilation at the base of the spike and in the helmet-rail at the back, was produced in the year 1895. Some regiments wore scales with the peacetime uniform, but these were replaced by a leather chinstrap for the field uniform.

The officers' helmet differed from the troops' in a few details, notably the tall spike which was frequently longer than the regulation 7cm. All fittings were gold or silver-plated, and the scales were gold-plated regardless of button colour. Officers also had special cockades. In Bavaria and Wurttemberg, infantry officers wore a different helmet based on the cavalry model. Since officers were obliged to provide their own uniforms, there were many variations in the shape and style, as well as the spike and fittings of helmets.

Apart from its protective function, the helmet, with the heraldic helmet plate in front, and the regional cockade on the left, clearly displayed the soldier's origin. The black, white and red Imperial cockade worn on the right side of the helmet since 1897 also showed that he belonged to the German Imperial army. There were also special decorations worn by certain troops and regiments: Prussian Guard regiments wore a special Guard's eagle overlaid with a Guard's star, and regiments with an outstanding tradition had special commemorative bands or small coats of arms added. This variety of fittings was, however, hidden under the helmet cover of the field uniform.

Shortly after the outbreak of war it became clear that the helmet spike, especially on

CHS00017801

ally
eld
few

Helm- und Tschako-Zierate.
Gardetruppen im Allg.
G. du Corps. G.-Kür.
Leib-G.-Hus.
G.-Jäg. G.-Train.
G.-Schütz.
Drag. No. 1.
Gren.-R. z. Pferde No. 3 (silbern.)
Gren.-R. 2, 7, 8.
Adler d. alten preuss. Rgtr. (s. Text.)
Gewöhnl. Adler d. pr. Lin.-Reg.
Pr. Unteroff.-Schulen.
Drag.-Reg.
Hus.-Reg. 1 u. 2.
Hus.-Reg. 7.
Hus.-Reg. 17.
Stern d. schwarz. Adlerordens.
Bayern.
Sachsen.
Württemberg.
Baden. Stern d. 109. Gren.-R.
Baden.
Hessen.
Meckl.-Schwerin.
Meckl.-Strelitz.
Oldenburg.
Sachs.-Weimar.
Braunschweig.
Braunschweig. Inf.-Rgt. 92 III. Bat.
Anhalt.
Sächs. Herzogtümer.
Schwarzburg.
Reuss.
PENINSULA
PENINSULA
Von „Oldenburg" an sind hier nur die auf dem preuss. Helm-Wappenadler liegenden Dekorationen dargestellt.

lready

**Each contingent wore their regional coat of arms on helmets, shakos, shapkas and busbies. This plate also shows various special emblems of individual regiments. (Plate from: Moritz Ruhl, Die Uniformen der Deutschen Armee, vol.2, Leipzig 1910)**

. The
ckade
since
to the
e also
troops
ments
with a
n out-
nemo-
added.
wever,
e field

ecame
lly on

officers' helmets, was extremely conspicuous on the battlefield, presenting an easy target for the enemy. The close range of static warfare, with spikes extending prominently above the trenches, led to particularly disastrous results. The troops began to unscrew the spikes themselves, and where this was not possible they would remove them with the whole base attached. On June 28 1915 it was ordered that in future Prussian helmets were to be made with a removable spike. To save metal, the helmet was also to have a leather chinstrap, and the AKO of September 21 1915 added that the troops' peacetime helmet should also be without scales. Officers retained the scales for the peacetime uniform, but were to replace them with a leather strap when the helmet was worn with a cover. This meant that officers' scales now had to be detachable. After January 1915 helmet fittings were only allowed to be made of substitute metals such as steel or sheet iron. On May 3 1915 it was ordered that they be made only of zinc-plated sheet iron. Helmet fittings were now a universal matt-grey colour, which eliminated the old differentiation between yellow and white fittings. Attempts to simplify the helmet had been going on since 1900; the 1915 model Pickelhaube finally reached this goal. ❑

This plate illustrates the various Landwehr crosses of the German contingents and the ways in which they were mounted on the helmet plate. (Source: Das deutsche Heer – Friedensuniformen bei Ausbruch des Weltkriegs, prepared by Knötel et al., Hamburg 1935-39)



Special decorations for the infantry helmet and the Jäger shako. (Source: Das Deutsche Heer – Friedensuniformen bei Ausbruch des Weltkrieges, prepared by Knötel et al., Hamburg 1935-39)

**An officer of the Brunswick Hussar Regiment no. 17, wearing the coloured peacetime uniform. The special busby decoration is clearly visible.**

**Busby for Troops of the Brunswick Hussar Regiment no. 17** – This regiment had a special inscription on the device, and beneath it a skull-and-crossed-bones made of white copper. This cap was stamped inside the brown-leather lining in 1900 with the regimental stamp 'HU.R. 17' and with 'II. ESK.' for the 2nd squadron. (WGM Rastatt, inv. no. 200.235)



**'Generalfeldmarschall' von Mackensen in the uniform of the Royal Prussian Leib-Hussar Regiment no. 1. The silver-plated skull-and-cross-bones was a regulation fitting on the busby of both Leib-Hussar Regiments.**

**Busby for Officers of the Royal Prussian Hussar Regiment 'von Zieten' (Brandenburg) no. 3** – Since 1912, the hussar officers' busby had been made of grey opossum skin. It was decorated with a device like the troops' one, but in gold or silver. The cockade was an elaborate construction of silver wire-ribbon with a black velvet centre. The coloured 'Kolpak' and draped cord were not worn with the field uniform. There are remnants of the white silk lining inside the cap shown. (WGM Rastatt, inv. no. 000.682)