# Exhibit 12-G



# THE MILITARY DECORATIONS OF THE ROMAN ARMY

## VALERIE A. MAXFIELD

CHS00017807

The growth a
Empire depen
turn, this succe
training and d
sophisticated s
laggardly and
who displayed
in battle). The
of the Roman
crowns to spe
sophistication
This complex
Maxfield's def
wars of the ea
late Empire.

In examini
of these decor
draws on the
historians, bu
pictorial evid
questions as:
Who was elig
they awarded
received wha
honours on e
the triumph
Finally, the o
is assessed – tl
decorations a
of a just syste
of a complex

After taki
postgraduate
University,
British Scho
as Lecturer i

© Valerie A. Maxfield 1981

Printed in Great Britain

University of California Press
Berkeley and Los Angeles

ISBN 0-520-04499-1

Library of Congress Catalog Number: 81-7406

CHS00017808

PLATE 2



a   Marcus Caelius, centurion of legion XVIII, who died in the Varan disaster of AD 9. This cenotaph was set up at Vetera (Xanten). Caelius wears a *corona civica*, a set of embossed *phalerae*, two *torques*, and one *armilla* on each wrist

b   Quintus Sertorius, centurion of legion *XI Claudia* who died shortly after AD 42 and was buried at Verona. He wears a crown, probably a *corona aurea*, a set of *phalerae* and two *torques*

c   Part of a military relief from Cologne depicting a shield, a sword in a finely decorated scabbard and a set of military decorations, a *corona civica*, two *torques* and an *armilla*

CHS00017809

PLATE 4



a    Relief from Rome depicting military
standards decorated with *phalerae*, crescents,
laurel wreaths, a mural crown and a ship's beak
b    Scene from Trajan's Column. To the left
legionary standards, *signa* decorated with
*phalerae*, an eagle and a flag. To the right
praetorian standards decorated with images of
the Imperial family and with crowns of various
type

CHS00017810



## PLATE 5

a – b  Scenes from the sides of an inscription set up at Amastris in Bithynia in honour of a man who was probably a native of the town, Sextus Vibius Gallus. The front bears a bilingual (Greek and Latin) text, the back a relief depicting a Roman cavalryman riding down two Dacians

a  Left side: a *vexillum*, five *hastae purae*, a *corona aurea* and two *coronae vallares*

b  Right side: a *vexillum* and three *coronae murales*

c – d  Reliefs from either end of a stone set up in Rome in honour of Sulpicius Celsus

c  Left side: above a cuirass with sword, a *corona muralis* and a *torques* with zoomorphic terminals

d  Right side: a praetorian standard decorated with *phalera* and *corona muralis* and a *vexillum*

y
:nts,
p's beak
e left
h
it
ges of
various

b

a

b

c

d

CHS00017811

PLATE 7



a A pair of reliefs now built into the façade of the church of the Panaghia Gorgoepikoos in Athens. Each depicts a laurel wreath, two sets of decorated *phalerae* and an annular object, perhaps a *torques*, perhaps another wreath
b Decorated ends of the upper part of the funerary monument of C. Purtisius Atinas, set up at Forli, north-west of Rimini. Left side: two *coronae aureae* and two *hastae purae*; right side: two snake-like *armillae* and a fine twisted *torques* with rosette terminals and a hook and eye fastening. Early first century AD

CHS00017812

PLATE 11



a   Cn. Musius, *aquilifer* in legion
*XIIII Gemina*, was born at Veleia in
northern Italy and died at Mainz. A
harness over his cuirass carries a set
of *phalerae* and two *torques*. He
wears an *armilla* on his right wrist

b   Fragmentary remains of a door-
type tombstone from Burnum in
Dalmatia. The unknown recipient
of the military decorations was
evidently a centurion: the ribbons
from two crowns are visible above
the *torques*, *armillae* and *phalerae* and
a centurion's vine-stick is depicted
down the left side of the stone

c   Tombstone of Lucius from
Bonn. Above the set of *phalerae* is
one, probably originally two,
*torques*

acus Augusti in
ne wears one set
*armillae*, and a

centurionate in
abstone, now
nsverse crest, a
*halerae*

CHS00017813

# U.S. Army
# HERALDIC CRESTS



A Complete Illustrated
History of Authorized
Distinctive Unit Insignia

by Barry Jason Stein
P. J. Capelotti, General Editor

CHS00017814

# U.S. Army
## HERALDIC CRESTS



A Complete Illustrated
History of Authorized
Distinctive Unit Insignia

by Barry Jason Stein
P. J. Capelotti, General Editor

Plate photography copyright © 1993, Steve Weber, Weber Studios, Rockville,
Maryland

Copyright © 1993 University of South Carolina

Published in Columbia, South Carolina, by the
University of South Carolina Press

Manufactured in the United States of America

99   98   97   96        5   4   3   2

Library of Congress Cataloging-in-Publication Data

Stein, Barry Jason, 1939–
    U.S. Army heraldic crests : a complete illustrated history of
authorized distinctive unit insignia / by Barry Jason Stein ; P. J.
Capelotti, general editor.
        p.   cm.
    Includes bibliographical references and index.
    ISBN 0–87249–963–4
    1. United States. Army—Insignia. I. Capelotti, P. J. (Peter
Joseph), 1960– . II. Title: US Army heraldic crests.
    UC533.S74   1993
    355.1'342'0973—dc20                              93–3109

CHS00017815

Plate photography copyright © 1993, Steve Weber, Weber Studios, Rockville, Maryland

Copyright © 1993 University of South Carolina

Published in Columbia, South Carolina, by the University of South Carolina Press

Manufactured in the United States of America

99   98   97   96      5   4   3   2

**Library of Congress Cataloging-in-Publication Data**

Stein, Barry Jason, 1939–
    U.S. Army heraldic crests : a complete illustrated history of
    authorized distinctive unit insignia / by Barry Jason Stein ; P. J.
    Capelotti, general editor.
            p.   cm.
    Includes bibiliographical references and index.
    ISBN 0–87249–963–4
    1. United States. Army—Insignia. I. Capelotti, P. J. (Peter
    Joseph), 1960– . II. Title: US Army heraldic crests.
    UC533.S74   1993
    355.1'342'0973—dc20                          93–3109



PLATE 2

CHS00017816

# PLATE 2



14

# PLATE 2

## 1. 59TH AIR TRAFFIC CONTROL BATTALION (59TH ATC BN)

Design approved December 3, 1979.

The central tower and radiance represents the unit's airport authority. The three windows stand for vigilance and care of incoming aircraft. The air-port, and outgoing aircraft. The radio cone symbol and lightning flash stand for the technological processes employed to assure accuracy and safety in the unit's mission. The wings and tall cross represent fixed and rotary wing aircraft.

Motto: "VOICE OF CONTROL"

Campaigns: Vietnam—Consolidation I, Cease-Fire

## 2. 125TH AIR TRAFFIC CONTROL BATTALION (125TH ATC BN)

Design approved December 4, 1979.

The location of the battalion in Korea is indicated by the taeguk. The crossed runways and blue disc symbolize the sphere of operations, the airport, and the sky. The arrowheads represent control and direction. The crossed flashes represent air traffic control's close association with communications.

Motto: "VOICE OF THE AVIATION"

Campaigns: None

## 3. 1ST ARMORED DIVISION (1ST ARM DIV)

Design approved May 16, 1969.

Yellow, blue, and red are colors from the division's shoulder sleeve insignia. The tank tread, cannon, and lightning flash are symbolic of mobility, power, and speed. The number one represents the division's designation. The motto, derived from the nickname of the USS Constitution, is symbolic of durability and daring.

Motto: "OLD IRONSIDES"

Campaigns: World War II—Tunisia, Naples-Foggia, Rome-Arno, Anzio, North Apennines, Po Valley; Armed Forces Expeditions—Saudi Arabia, Kuwait

## 4. 2D ARMORED DIVISION (2D ARM DIV)

Design approved March 10, 1969.

Yellow, blue, and red are colors from the division's shoulder sleeve insignia. The tank tread, cannon, and lightning flash symbolize mobility, power, and speed. The number two represents the division's designation.

Motto: "HELL ON WHEELS"

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Armed Forces Expeditions—Saudi Arabia, Kuwait

## 5. 3D ARMORED DIVISION (3D ARM DIV)

Design approved June 3, 1983.

Yellow, red, and blue are colors of the branches (cavalry, artillery, and infantry) from which armored units were formed. The tank tread, cannon, and lightning flash symbolize mobility, power, and speed. The number three represents the division's designation.

Motto: "SPEARHEAD"

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Armed Forces Expeditions—Saudi Arabia, Kuwait

## 6. 3D ARMORED DIVISION (OBSOLETE) (3D ARM DIV (OBS))

Design approved December 22, 1972.

Yellow, blue, and red are colors of the branches from which armored units were formed. The palm represents military victory. The spearhead refers to the organization's well-known designation as the Spearhead Division.

Motto: "SPEARHEAD" (not shown on insignia)

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Armed Forces Expeditions—Saudi Arabia, Kuwait

## 7. 3D ARMORED DIVISION (OBSOLETE) (3D ARM DIV (OBS))

Design approved December 6, 1960.

Yellow, blue, and red are colors of the branches from which armored units were formed. The palm represents military victory. The spearhead refers to the organization's well-known designation as the Spearhead Division.

Motto: "SPEARHEAD" (not shown on insignia)

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Armed Forces Expeditions—Saudi Arabia, Kuwait

## 8. 4TH ARMORED DIVISION (4TH ARM DIV)

Design approved September 8, 1965.

The triangle and colors blue, yellow, and red refer to the Armored Division shoulder sleeve insignia. The gauntlet and lightning flash are symbolic of the spearheading drive of the 4th Armored Division across France into Germany during World War II. The four segments of the wristguard of the gauntlet represent the numerical designation of the division.

Motto: None

CHS00017817

14

# PLATE 2

**1. 59TH AIR TRAFFIC CONTROL BATTALION (59TH ATC BN)**

Design approved December 3, 1979.

The central tower and radiance represents the unit's airport authority. The three windows stand for vigilance and care of incoming aircraft, the air-port, and outgoing aircraft. The radio cone symbol and lightning flash stand for the technological processes employed to assure accuracy and safety in the unit's mission. The wings and tau cross represent fixed and rotary wing aircraft.

Motto: "VOICE OF CONTROL"

Campaigns: Vietnam—Consolidation I, Cease-Fire

**2. 125TH AIR TRAFFIC CONTROL BATTALION (125TH ATC BN)**

Design approved December 4, 1979.

The location of the battalion in Korea is indicated by the taeguk. The crossed runways and blue disc symbolize the sphere of operations, the airport, and the sky. The arrowheads represent control and direction. The crossed flashes represent air traffic control's close association with communications.

Motto: "VOICE OF THE AVIATION"

Campaigns: None

**3. 1ST ARMORED DIVISION (1ST ARM DIV)**

Design approved May 16, 1969.

Yellow, blue, and red are colors from the division's shoulder sleeve insignia. The tank tread, cannon, and lightning flash are symbolic of mobility, power, and speed. The number one represents the division's designation. The motto, derived from the nickname of the USS Constitution, is symbolic of durability and daring.

Motto: "OLD IRONSIDES"

Campaigns: World War II—Tunisia, Naples-Foggia, Rome-Arno, Anzio, North Apennines, Po Valley; Armed Forces Expeditions—Saudi Arabia, Kuwait

**4. 2D ARMORED DIVISION (2D ARM DIV)**

Design approved March 10, 1969.

Yellow, blue, and red are colors from the division's shoulder sleeve insignia. The tank tread, cannon, and lightning flash are symbolic of mobility, power, and speed. The number two represents the division's designation.

Motto: "HELL ON WHEELS"

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Armed Forces Expeditions—Saudi Arabia, Kuwait

**5. 3D ARMORED DIVISION (3D ARM DIV)**

Design approved June 3, 1983.

Yellow, red, and blue are colors of the branches (cavalry, artillery, and infantry) from which armored units were formed. The tank tread, cannon, and lightning flash symbolize mobility, power, and speed. The number three represents the division's designation.

Motto: "SPEARHEAD"

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Armed Forces Expeditions—Saudi Arabia, Kuwait

**6. 3D ARMORED DIVISION (OBSOLETE) (3D ARM DIV (OBS))**

Design approved December 22, 1975.

Yellow, blue, and red are colors of the branches from which armored units were formed. The palm represents military victory. The spearhead refers to the organization's well-known designation as the Spearhead Division.

Motto: "SPEARHEAD" (not shown on insignia)

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Armed Forces Expeditions—Saudi Arabia, Kuwait

**7. 3D ARMORED DIVISION (OBSOLETE) (3D ARM DIV (OBS))**

Design approved December 6, 1965.

Yellow, blue, and red are colors of the branches from which armored units were formed. The palm represents military victory. The spearhead refers to the organization's well-known designation as the Spearhead Division.

Motto: "SPEARHEAD" (not shown on insignia)

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Armed Forces Expeditions—Saudi Arabia, Kuwait

**8. 4TH ARMORED DIVISION (4TH ARM DIV)**

Design approved September 8, 1965.

The triangle and colors blue, yellow, and red refer to the Armored Division shoulder sleeve insignia. The gauntlet and lightning flash are symbolic of the spearheading drive of the 4th Armored Division across France into Germany during World War II. The four segments of the wristguard of the gauntlet represent the numerical designation of the division.

Motto: None

## PLATE 2

15

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe

**9. 13TH ARMOR (13TH ARM)**

Design approved August 30, 1922.

The regiment was organized in 1901 at Fort Meade, South Dakota, as the 13th Cavalry and redesignated the 13th Armor in 1940. The sun in splendor is taken from the flag of South Dakota. The wreath of cactus represents Philippine and Mexican border Service. The cavalry sabers charged with the number thirteen indicate the original designation as the 13th Cavalry.

Motto: "IT SHALL BE DONE"

Campaigns: Mexican Expedition—Mexico 1916-17; World War II—Algeria-French Morocco, Tunisia, Naples-Foggia, Anzio, Rome-Arno, North Apennines, Po Valley

**10. 30TH ARMORED BRIGADE (30TH ARM BDE)**

Design approved March 19, 1974.

The pheon symbolizes the striking and penetrating power of the unit and also refers to action in Normandy in World War II for which the Presidential Unit Citation (Army) was awarded, represented by the color blue. The blue disc bearing three stars was suggested by the state flag of Tennessee. The green field represents the fields of Europe during World War I and World War II. The disc represents speed and mobility of the brigade.

Motto: "OLD HICKORY VOLUNTEERS"

Campaigns: World War I—Somme Offensive, Ypres-Lys, Flanders 1918; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe

**11. 31ST ARMORED BRIGADE (31ST ARM BDE)**

Design approved August 12, 1974.

The scarlet cross of St. Andrew on the white field is from the state flag of Alabama. The ten sides of the decagon represent ten campaigns of the Civil War. The fleur-de-lis symbolizes participation in World War I. The sunburst represents the organization's Philippine Presidential Unit Citation in World War II. The scarlet arrowhead represents the unit's assault landing at New Guinea. The black arrow indicates the area's Indian heritage and the city of Tuscaloosa situated on the banks of the Black Warrior River, where HQ Company was originally organized in early 1861 as the Warrior Guards. The disc symbolizes speed and mobility.

Motto: "DIXIE BRIGADE"

Campaigns: Civil War—First Manassas, Peninsula, Fredericksburg, Chancellorsville, Gettysburg, Appomattox, Maryland 1862, Virginia 1863 & 1864, North Carolina 1864; World War I; World War II—New Guinea, Southern Philippines

**12. 32D ARMOR (32D ARM)**

Design approved December 6, 1941.

The Armor was originally activated as the 2d Armored Regiment at Camp Beauregard, Louisiana in 1941. The shield is yellow for cavalry. The bend raguly in red symbolizes the cutting firepower of the Armor.

Motto: "VICTORY OR DEATH"

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Armed Forces Expeditions—Saudi Arabia, Kuwait

**13. 33D ARMOR (33D ARM)**

Design approved April 6, 1942.

The thirty-three rivets of the armor plate shield indicate the numerical designation of the unit.

Motto: "MEN OF WAR"

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe

**14. 34TH ARMOR (34TH ARM)**

Design approved December 10, 1941.

The buckler represents the armored protective device. The arm embowed is raised in the attitude of striking. The numerical designation of the regiment is represented by the seven rivets of the buckler in the field of three and four.

Motto: None

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Vietnam—Counteroffensive Phases II/III/IV/V/VI/VII, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970, Sanctuary Counteroffensive; Armed Forces Expeditions—Saudi Arabia, Kuwait

**15. 35TH ARMOR (35TH ARM)**

Design approved May 30, 1942.

The armadillo, being characterized by the qualities of invulnerability, protection, and cunning endurance, represents the elements that are vital if the organization is to successfully pursue its duties. The palm is for military victory. The fleur-de-lis commemorates World War II service in France. The color red symbolizes courage.

Motto: "VINCERE VEL MORI" (To Conquer Or Die)

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Armed Forces Expeditions—Saudi Arabia, Kuwait

CHS00017818



## PLATE 2

**15**

...paigns: World War II—Normandy, Northern
...ice, Rhineland, Ardennes-Alsace, Central
...pe

**...TH ARMOR (13TH ARM)**
...gn approved August 30, 1922.

...regiment was organized in 1901 at Fort Meade,
...h Dakota, as the 13th Cavalry and redesignated
...13th Armor in 1940. The sun in splendor is
...a from the flag of South Dakota. The wreath of
...r represents Philippine and Mexican border
...ice. The cavalry sabers charged with the number
...een indicate the original designation as the 13th
...alry.

...o: "IT SHALL BE DONE"

...paigns: Mexican Expedition—Mexico 1916–
...World War II—Algeria-French Morocco,
...sia, Naples-Foggia, Anzio, Rome-Arno, North
...mines, Po Valley

**...0TH ARMORED BRIGADE**
**H ARM BDE)**
...gn approved March 19, 1974.

...pheon symbolizes the striking and penetrating
...r of the unit and also refers to action in
...nandy in World War II for which the
...dential Unit Citation (Army) was awarded,
...sented by the color blue. The blue disc bearing
...stars was suggested by the state flag of
...essee. The green field represents the fields of
...pe during World War I and World War II. The
...represents speed and mobility of the brigade.

...o: "OLD HICKORY VOLUNTEERS"

...paigns: World War I—Somme Offensive,
...s-Lys, Flanders 1918; World War II—Nor-
...ndy, Northern France, Rhineland, Ardennes-
...e, Central Europe

**...ST ARMORED BRIGADE (31ST ARM BDE)**
...gr approved August 12, 1974.

...carlet cross of St. Andrew on the white field
...m the state flag of Alabama. The ten sides of
...hexagon represent ten campaigns of the Civil
...r. The fleur-de-lis symbolizes participation in
...d War I. The sunburst represents the
...ization's Philippine Presidential Unit Citation
...rld War II. The scarlet arrowhead represents
...it's assault landing at New Guinea. The black
...indicates the area's Indian heritage and the
...f Tuscaloosa situated on the banks of the
...Warrior River, where HQ Company was
...ally organized in early 1861 as the Warrior
...s. The disc symbolizes speed and mobility.

...: "DIXIE BRIGADE"

...igns: Civil War—First Manassas, Peninsula,
...icksburg, Chancellorsville, Gettysburg,

Appomattox, Maryland 1862, Virginia 1863 &
1864, North Carolina 1864; World War I; World
War II—New Guinea, Southern Philippines

**12. 32D ARMOR (32D ARM)**
Design approved December 6, 1941.

The Armor was originally activated as the 2d
Armored Regiment at Camp Beauregard, Louisiana
in 1941. The shield is yellow for cavalry. The bend
raguly in red symbolizes the cutting firepower of
the Armor.

Motto: "VICTORY OR DEATH"

Campaigns: World War II—Normandy, Northern
France, Rhineland, Ardennes-Alsace, Central
Europe; Armed Forces Expeditions—Saudi Arabia,
Kuwait

**13. 33D ARMOR (33D ARM)**
Design approved April 6, 1942.

The thirty-three rivets of the armor plate shield
indicates the numerical designation of the unit.

Motto: "MEN OF WAR"

Campaigns: World War II—Normandy, Northern
France, Rhineland, Ardennes-Alsace, Central
Europe

**14. 34TH ARMOR (34TH ARM)**
Design approved December 10, 1941.

The buckler represents the armored protective
device. The arm embowed is raised in the attitude
of striking. The numerical designation of the
regiment is represented by the seven rivets of
the buckler in the field of three and four.

Motto: None

Campaigns: World War II—Normandy, Northern
France, Rhineland, Ardennes-Alsace, Central
Europe; Vietnam—Counteroffensive Phases II/III/
IV/V/VI/VII, Tet & Tet/69 Counteroffensives,
Summer-Fall 1969, Winter-Spring 1970, Sanctuary
Counteroffensive; Armed Forces Expeditions—
Saudi Arabia, Kuwait

**15. 35TH ARMOR (35TH ARM)**
Design approved May 30, 1942.

The armadillo, being characterized by the qualities
of invulnerability, protection, and cunning
endurance, represents the elements that are vital if
the organization is to successfully pursue its duties.
The palm is for military victory. The fleur-de-lis
commemorates World War II service in France.
The color red symbolizes courage.

Motto: "VINCERE VEL MORI" (To Conquer Or
Die)

Campaigns: World War II—Normandy, Northern
France, Rhineland, Ardennes-Alsace, Central
Europe; Armed Forces Expeditions—Saudi Arabia,
Kuwait

---

**16**

## PLATE 2

**16. 36TH BRIGADE, 50TH ARMORED DIVISION
(36TH BDE, 50TH ARM DIV)**
Design approved January 12, 1967.

Blue and white are colors of Infantry, the brigade's
original designation. The white star is from the
Texas state flag. The long sharp horns of the
Longhorn steer represent a swift footed, aggressive
fighter. The leaves of the live oak are symbolic of
strength and durability and are depicted on the seal
of Texas. The motto is a quotation attributed to
General John Bell Hood.

Motto: "I'LL LEAD YOU"

Campaigns: World War II—Naples-Foggia, Anzio,
Rome-Arno, Southern France, Ardennes-Alsace,
Rhineland, Central Europe

**17. 37TH ARMOR (37TH ARM)**
Design approved June 1, 1942.

The wyvern represents the deadliness of the tank.

Motto: "COURAGE CONQUERS"

Campaigns: World War II—Normandy, Northern
France, Rhineland, Ardennes-Alsace, Central
Europe, Western Pacific, Leyte, Ryukyus; Korean
War—UN Defensive, UN Offensive; Armed Forces
Expeditions—Saudi Arabia, Kuwait

**18. 40TH ARMOR (40TH ARM)**
Design approved January 9, 1943.

The dinosaur, with its scaly armored hide and
dangerous tail capable of destroying everything in
its path, is symbolic of the destroying functions of
the regiment, and the flaming sword represents the
zeal of the unit in the performance of their duties.

Motto: "BY FORCE AND VALOR"

Campaigns: World War II—Normandy, Northern
France, Rhineland, Ardennes-Alsace, Central
Europe

**19. 40TH ARMORED BRIGADE
(40TH ARM BDE)**
Design approved February 2, 1970.

The bolo knives symbolize service in the Philippines
where the brigade received a Philippine Presidential
Unit Citation. The Pasched Pagoda, a famous
Korean building, represents service in Korea for
which the brigade was awarded the Republic of
Korea Presidential Unit Citation.

Motto: "ARMIPOTENT" (Mighty In Arms)

Campaigns: World War II—Bismarck
Archipelago, Luzon, Southern Philippines; Korean
War—Second Winter, Summer-Fall 1952, Third
Winter, Summer 1953

**20. 49TH ARMORED DIVISION
(49TH ARM Div)**
Design approved August 23, 1984.

The tank tread, cannon, and lightning flash are
symbols of mobility, power, and speed. The number
refers to the unit's designation.

**Motto: "LONE STAR"**
Campaigns: None

**21. 59TH ARMOR (59TH ARM)**
Design approved May 1, 1964.

The Gatling gun refers to the service of the former
Gatling Gun Company. The giant cactus represents
service on the Mexican border. The cannon indicates
the Civil War service of Battery "B" as the Carolus
Light Artillery Company. The torquth represents
service in the Korean War.

Motto: "IN VIA" (On The Way)

Campaigns: World War I—Meuse-Argonne, Alsace
1918; World War II—Normandy, Northern France,
Rhineland, Ardennes-Alsace, Central Europe

**22. 50TH ARMORED DIVISION
(50TH ARM DIV)**
Design approved November 8, 1928.

The lion, taken from the coats of arms of England
and Holland, and the four red lozenges taken from
the English Proprietor's coat of arms, represent the
early English and Dutch settlements in the state of
New Jersey. The colors, red and white, of the
wreath denote the predominance of the English
settlers.

Motto: None

Campaigns: World War I—Champagne-Marne,
Aisne-Marne, St. Mihiel, Meuse-Argonne, Ile de
France 1918, Lorraine 1918; World War II—New
Guinea, Northern Solomons, Luzon

**23. 53D ARMOR (53D ARM)**
Design approved June 19, 1964.

The lion is taken from the coat of arms of New
Jersey, the unit's home state. The blue and gray
taegük is taken from the shoulder sleeve insignia of
the 29th Division. The fleur-de-lis represents the
four European battle honors in World War II.

Motto: "STRENGTH IN STEEL"

Campaigns: World War II—Northern France,
Rhineland, Ardennes-Alsace, Central Europe

**24. 63D ARMOR (63D ARM)**
Design approved December 8, 1964.

The wasp band from the arms of the Rheinprovinz
indicates service in that area and Central Europe.
The rampant lion from the arms of Belgium
represents the citation for Mons-Eupen-Malmedy
and the fleur-de-lis for service in France. The
canton indicates descent from the 745th Tank
Battalion from which these honors were inherited;
the crest being represented by the septfoil, the flail
by the saltire, and the fire by the gules.

Motto: None

Campaigns: World War II—Normandy, Northern
France, Rhineland, Ardennes-Alsace, Central
Europe

CHS00017819

16                                      PLATE 2

**16. 36TH BRIGADE, 50TH ARMORED DIVISION
(36TH BDE, 50TH ARM DIV)**

Design approved January 12, 1967.

Blue and white are colors of Infantry, the brigade's
original designation. The white star is from the
Texas state flag. The long sharp horns of the
Longhorn steer represent a swift footed, aggressive
fighter. The leaves of the live oak are symbolic of
strength and durability and are depicted on the seal
of Texas. The motto is a quotation attributed to
General John Bell Hood.

Motto: "I'LL LEAD YOU"

Campaigns: World War II—Naples-Foggia, Anzio,
Rome-Arno, Southern France, Ardennes-Alsace,
Rhineland, Central Europe

**17. 37TH ARMOR (37TH ARM)**

Design approved June 1, 1942.

The wyvern represents the deadliness of the tank.

Motto: "COURAGE CONQUERS"

Campaigns: World War II—Normandy, Northern
France, Rhineland, Ardennes-Alsace, Central
Europe, Western Pacific, Leyte, Ryukyus; Korean
War—UN Defensive, UN Offensive; Armed Forces
Expeditions—Saudi Arabia, Kuwait

**18. 40TH ARMOR (40TH ARM)**

Design approved January 9, 1943.

The dinosaur, with its scaly armored hide and
dangerous tail capable of destroying everything in
its path, is symbolic of the destroying functions of
the regiment, and the flaming sword represents the
zeal of the men in the performance of their duties.

Motto: "BY FORCE AND VALOR"

Campaigns: World War II—Normandy, Northern
France, Rhineland, Ardennes-Alsace, Central
Europe

**19. 40TH ARMORED BRIGADE
(40TH ARM BDE)**

Design approved February 2, 1970.

The bolo knives symbolize service in the Philippines
where the brigade received a Philippine Presidential
Unit Citation. The Paekche Pagoda, a famous
Korean building, represents service in Korea for
which the brigade was awarded the Republic of
Korea Presidential Unit Citation.

Motto: "ARMIPOTENT" (Mighty In Arms)

Campaigns: World War I; World War II—Bismarck
Archipelago, Luzon, Southern Philippines; Korean
War—Second Winter, Summer-Fall 1952, Third
Winter, Summer 1953

**20. 49TH ARMORED DIVISION
(49TH ARM DIV)**

Design approved August 23, 1984.

The tank tread, cannon, and lightning flash are
symbolic of mobility, power, and speed. The number
refers to the unit's designation.

Motto: "LONE STAR"

Campaigns: None

**21. 50TH ARMOR (50TH ARM)**

Design approved May 1, 1964.

The Gatling gun refers to the service of the former
Gatling Gun Company. The giant cactus represents
service on the Mexican border. The canton indicates
the Civil War service of Battery "B" as the Camden
Light Artillery Company. The taeguk represents
service in the Korean War.

Motto: "IN VIA" (On The Way)

Campaigns: World War I—Meuse-Argonne, Alsace
1918; World War II—Normandy, Northern France,
Rhineland, Ardennes-Alsace, Central Europe

**22. 50TH ARMORED DIVISION
(50TH ARM DIV)**

Design approved November 8, 1928.

The lion, taken from the coats of arms of England
and Holland, and the four red lozenges taken from
the English Proprietor's coat of arms, represent the
early English and Dutch settlements in the state of
New Jersey. The colors, red and white, of the
wreath denote the predominance of the English
settlers.

Motto: None

Campaigns: World War I—Champagne-Marne,
Aisne-Marne, St. Mihiel, Meuse-Argonne, Ile de
France 1918, Lorraine 1918; World War II—New
Guinea, Northern Solomons, Luzon

**23. 53D ARMOR (53D ARM)**

Design approved June 19, 1964.

The lion is taken from the coat of arms of New
Jersey, the unit's home state. The blue and gray
taeguk is taken from the shoulder sleeve insignia of
the 29th Division. The fleur-de-lis represents the
four European battle honors in World War II.

Motto: "STRENGTH IN STEEL"

Campaigns: World War II—Northern France,
Rhineland, Ardennes-Alsace, Central Europe

**24. 63D ARMOR (63D ARM)**

Design approved December 4, 1964.

The wavy band from the arms of the Rheinprovinz
indicates service in that area and Central Europe.
The rampant lion from the arms of Belgium
represents the citation for Mons Eupen-Malmedy
and the fleur-de-lis for service in France. The
canton indicates descent from the 745th Tank
Battalion from which these honors were inherited:
the seven being represented by the septfoil, the four
by the square, and the five by the star.

Motto: None

Campaigns: World War II—Normandy, Northern
France, Rhineland, Ardennes-Alsace, Central
Europe



# PLATE 4







## PLATE 5



## PLATE 6



CHS00017821



PLATE 7



PLATE 8



CHS00017822

# PLATE 9



CHS00017823