# Exhibit 12-H

# PLATE 4

PLATE 4

**1. 127TH ARMOR (127TH ARM)**

Design approved November 5, 1969.

The cross pattee on field of blue represents combat service as infantry during the Civil War and the fleur-de-lis on red is for combat service as artillery during World War I. The eight red sections on the chevron symbolize battle honors and the Philippine Presidential Unit Citation awarded for service during World War II.

Motto: "PROBE, PIERCE, PURSUE"

Campaigns: Civil War—Gettysburg, Petersburg, Appomattox, Antietam; World War I— Meuse-Argonne, Lorraine 1918; World War II— East Indies, Papua, New Guinea, Western Pacific, Leyte, Luzon, Ryukyus

**2. 131ST ARMOR (131ST ARM)**

Design approved August 29, 1951.

The black annulet represents a link of chain mail and is symbolic of armor. It also represents the letter O for Ozark, home station and headquarters of the organization. The red chain interlaced with the annulet symbolizes combat service in the Central Pacific.

Motto: "TAUGHT TO LEAD"

Campaigns: World War II—Central Pacific, Ryukyus, New Guinea, Southern Philippines, Naples-Foggia, Rome-Arno, Southern France, Rhineland, Central Europe

**3. 137TH ARMOR (137TH ARM)**

Design approved August 28, 1941.

The shield is red (for artillery) and yellow (artillery guidon markings). The scythe represents the power of the unit to "mow 'em down," destroying all obstacles. As the tool of the Grim Reaper, it aptly illustrates the unit's functions.

Motto: "MOW 'EM DOWN"

Campaigns: World War II—Northern Solomons, Luzon, Rhineland, Central Europe

**4. 138TH ARMOR (138TH ARM)**

Design approved September 11, 1942.

The golden leopard springing upon its prey is symbolic of the unit's ability to move swiftly, silently stalk its prey, then at the opportune moment strike with all the power and force at its command.

Motto: "SEEK AND DESTROY"

Campaigns: World War I—Lorraine 1918, Champagne 1918, Champagne-Marne, Aisne-Marne, St. Mihiel, Meuse-Argonne; World War II—Rhineland, Ardennes-Alsace, Central Europe, New Guinea, Leyte, Luzon, Normandy, Northern France

**5. 149TH ARMOR (149TH ARM)**

Design approved May 21, 1953.

The cactus symbolizes Mexican border service and the fleur-de-lis for service in World War I. The caltrap, a beast of burden, is common in the Philippines and represents World War II service. The chain mail is symbolic of armor.

Motto: "MEN AND STEEL"

Campaigns: World War I; World War II—Philippine Islands, Aleutian Islands

**6. 149TH ARMOR BRIGADE (149TH ARM BDE)**

Design approved February 2, 1971.

The hand on gauntlet represents the striking power of the armored unit. The color blue on the gauntlet cuff refers to the unit's infantry heritage and the three segments to the World War II campaigns in which the unit participated.

Motto: "NEVER DEFEATED"

Campaigns: Mexican War—Monterey; Civil War— Shiloh, Murfreesboro, Chickamauga, Atlanta, Mississippi 1862, Tennessee 1863; War With Spain—Puerto Rico; World War I; World War II— New Guinea, Leyte, Luzon

**7. 152D ARMOR (152D ARM)**

Design approved July 16, 1970.

The blue represents service in the Pacific during World War II and the three wavy bars for campaigns. Arrowheads for two amphibious assault landings are symbolized by two reversed piles; the award of the Philippine Presidential Unit Citation is indicated by the red pile in the center. The gold sea lion is adapted from the seal of the president of the Philippines.

Motto: "READY WITHOUT REASON"

Campaigns: World War II—New Guinea, Western Pacific, Southern Philippines

**8. 155TH ARMORED BRIGADE (155TH ARM BDE)**

Design approved February 8, 1974.

The saltire, a symbol of strong support, was suggested by the canton of the state flag of Mississippi. The trident, a symbol of striking power, appears in the crest of the Mississippi Army National Guard. The motto is represented by the three tines of the trident simulating thunderbolts. The color black is symbolic of iron and strength.

Motto: "DIXIE THUNDER"

Campaigns: None

**9. 156TH ARMOR (156TH ARM)**

Design approved February 23, 1978.

The rectangular yellow bars simulate the treads of an armored vehicle. The black triangle bearing the gold fleur-de-lis represents the state of Louisiana

and the rich land areas of this delta state, the present location of the 156th Armor.

Motto: "FIRST TO FIGHT"

Campaigns: World War II—Asiatic-Pacific Theater

**10. 163D ARMORED BRIGADE (163D ARM BDE)**

Design approved June 19, 1989.

Service in the Philippines is represented by the sea lion from the coat of arms of the Philippines. The cactus represents Mexican border service in 1916 and the fleur-de-lis for service in France during World War II.

Motto: "COURAGE AND VALOR"

Campaigns: Philippine Insurrection—Manila, Malolos; World War I; World War II-Luzon, Papua, New Guinea, Southern Philippines

**11. 172D ARMOR (172D ARM)**

Design approved August 14, 1923.

Mt. Mansfield and the Camel's Hump of the Green Mountains, as seen from the west across Lake Champlain, represent the unit's home state of Vermont. The silver cross was the badge of the old "Vermont Brigade," 2d Division, 6th Corps. The motto is General Sedgwick's famous order to the 6th Corps on July 1, 1863, when it began the march from Manchester to Gettysburg: "Put the Vermonters ahead and keep the column closed up."

Motto: "PUT THE VERMONTERS AHEAD"

Campaigns: Civil War—Gettysburg, Virginia 1861 & 1862; World War I—Champagne-Marne, Aisne-Marne, St. Mihiel, Meuse-Argonne, Ile de France 1918, Lorraine 1918; World War II—New Guinea, Northern Solomons, Luzon, Rhineland, Central Europe

**12. 174TH ARMOR (174TH ARM)**

Design approved February 8, 1968.

The blue in base is for infantry and represents the battalion's participation in the Civil War. The knot symbolizes the preservation of the Union and the four extended ends the number of campaigns in which the battalion served. The red section of the shield refers to service as artillery in World War II. The crescent represents the Tunisia campaign and the stars five points for honors earned on the continent of Europe.

Motto: "STRONG IN SPIRIT"

Campaigns: Civil War—Manassas, Antietam, Fredericksburg, Gettysburg; World War I; World War II—Tunisia, Naples-Foggia, Rome-Arno, Rhineland, Ardennes-Alsace, Central Europe

**13. 177TH ARMOR BRIGADE (177TH ARM BDE)**

Design approved August 13, 1986.

Red and blue are colors for infantry and artillery. The spearhead symbolizes the tactics employed in

armor warfare. The fleur-de-lis represents the campaigns in World War I.

Motto: "SPEARHEAD TO VICTORY"

Campaigns: World War I—St. Mihiel, Meuse-Argonne, Lorraine

**14. 185TH ARMOR (185TH ARM)**

Design approved May 2, 1952.

The division line of the shield represents mountains. Bear Mountain was the place of activation of the 140th and Mt. Fiji was its first station. The sea lions symbolize two battle honors in the Philippines during World War II. The clubhead, a weapon of the Bismarck Archipelago, represents battle honors for that area.

Motto: "FULMEN JACIO" (I Hurl The Thunderbolt)

Campaigns: World War I—St. Mihiel, Meuse-Argonne; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe, Central Pacific, Northern Solomons, Leyte, Korean War—Second Winter, Summer-Fall 1952, Third Winter, Summer 1953

**15. 194TH ARMORED BRIGADE (194TH ARM BDE)**

Design approved March 18, 1966.

Red and blue are colors of artillery and infantry. The mace represents the smashing power of armor and the unit's participation in the Central Europe campaign. The flashes symbolize the motto.

Motto: "THUNDERBOLTS OF BATTLE"

Campaigns: World War II—Central Europe; Armed Forces Expeditions—Panama

**16. 195TH ARMOR (195TH ARM)**

Design approved July 17, 1969.

Green represents Nebraska's prairies and the wavy partition line stands for the Platte River. The bull's skull design is taken from the shoulder sleeve insignia of the 34th Infantry Division. They are five in number for participation in five World War II campaigns.

Motto: "PRAIRIE MEN OF STEEL"

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe

**17. 198TH ARMOR (198TH ARM)**

Design approved June 28, 1968.

The up-thrusting chevronel and armored dragon's head refer to the aggressive and armored characteristics of the regiment.

Motto: "WE CAME TO FIGHT"

Campaigns: World War II—New Guinea, Southern Philippines

CHS00017824

22 PLATE 4

**18. 205TH ARMOR (205TH ARM)**

Design approved March 26, 1968.

The apple charged with the figure 2 is an adaptation of the badge of the old 2d Infantry. The sheathed sword represents service during the Spanish-American War, the cactus for service on the Mexican border, and the fleur-de-lis for service during World War I. The color blue and wavy partition line represent the Pacific Ocean. The pointed line protruding beyond the waves represents the mountainous island of Saipan. The crossing of the lines stands for the unit's participation in the breakthrough of Japan's perimeter of defense in the Pacific at Saipan.

Motto: "VIRTUS ET FORTITUDO" (Courage And Fortitude)

Campaigns: Civil War—Virginia 1861, Peninsula, Manassas, Fredericksburg, Chancellorsville; World War I—Somme Offensive, Ypres-Lys, Flanders 1918; World War II—Central Pacific, Western Pacific, Ryukyus

**19. 208TH ARMOR (208TH ARM)**

Design approved April 30, 1956.

The shield of the coat of arms of the 108th Infantry Regiment is used, differenced by a bordure, to indicate the descent from the 1st Battalion of that organization. The faces represents France, and on either side and supporting it, the lions of Great Britain and Belgium.

Motto: "MIGHT FOR RIGHT"

Campaigns: World War I—Somme Offensive, Ypres-Lys, Flanders 1918, Aisne-Marne, Oise-Aisne; World War II—Bismarck Archipelago, Leyte, Luzon, Southern Philippines, Eastern Mandates, Western Pacific, Ryukyus

**20. 210th ARMOR (210TH ARM)**

Design approved June 19, 1926.

The shield is white, the color of the old infantry facings. The cross was worn as a badge during the Civil War. A gold bugle with the number *10* in the opening (as prescribed for infantry during the Civil War) is charged on a light blue bend. The taro leaf represents service in Hawaii and the fleur-de-lis for service in World War I.

Motto: "DUCIT AMOR PATRIAE" (Led By Love Of Country)

Campaigns: Civil War—Mississippi River; World War I—St. Mihiel, Meuse-Argonne, Ypres-Lys, Flanders 1918; World War II—Eastern Mandates, Western Pacific, Ryukyus, Normandy, Northern France, Rhineland, Central Europe, Central Pacific

**21. 221ST ARMOR (221ST ARM)**

Design approved September 18, 1981.

The red pile symbolizes the blast trail of an artillery rocket. The 221st served as one of the few rocket artillery organizations in the US Army during World War II. The mustang, native to the state of Nevada, is descended from the Spanish Conquistadors' warhorses, and symbolizes the unit's maneuverability. The star is from the Nevada state flag and the blue and silver (white) are the state colors.

Motto: "NEVER BROKEN"

Campaigns: World War II—Ryukyus

**22. 246TH ARMOR (246TH ARM)**

Design approved June 4, 1952.

The yellow (gold) spiked gauntlet represents the protective strength of the tank armor and symbolizes the effective striking power of the tank guns.

Motto: "MAILED THUNDER"

Campaigns: None

**23. 252D ARMOR (252D ARM)**

Design approved November 16, 1966.

The pierced green stars (simulating spur rowels) over a gold fleur-de-lis represent service in Europe during World War II. The red embattled arrowhead symbolizes the spirit of the unit. The red and green represents the decorations of the French Croix-de-Guerre and the Belgian Fourragere awarded to elements of the regiment.

Motto: "READY, POISED, DECISIVE"

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe, Rome-Arno, North Apennines, Po Valley

**24. 263D ARMOR (263D ARM)**

Design approved October 26, 1970.

The red of the chief and wavy partition line represent the unit's origin as coast artillery. The three fleurs-de-lis represent campaign participation credits earned by elements of the regiment in France. The dragon represents campaigns in Europe and Africa in which elements of the regiment participated. The barbs on the tongue and tail of the dragon are symbolic of arrowheads for assault landings in Sicily and Southern France.

Motto: "NEVER SURRENDERED"

Campaigns: World War I—Somme Offensive, Ypres-Lys, Flanders 1918; World War II—Northern France, Rhineland

# PLATE 5

23

**1. 301ST ARMOR GROUP (301ST ARM GP)**

Design approved March 5, 1970.

The triangle signifies the forceful pyramid of power provided by the tanks and the flashes represent the effective combat capabilities. The arm in armor bearing the shield aloft refers to the motto. The three points of the triangle, the circular shield, and the raised arm represent the numerical designation of the group.

Motto: "PRIMUS ARMIGER" (The Best Armor Bearer)

Campaigns: None

**2. 303D ARMOR (303D ARM)**

Design approved December 2, 1942.

The mailed arm holding the tank parts is representative of the force and effectiveness of armor.

Motto: "FIRE AND MOVEMENT"

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe, New Guinea, Luzon, Southern Philippines, Guadalcanal, Northern Solomons

**3. 632D ARMOR (632D ARM)**

Design approved September 8, 1952.

Yellow is for armor units. The morning star, a weapon used by mounted and heavily armored knights in the medieval age, is symbolic of armor and its crushing assault power. The three green bendlets represent the three battle honors awarded the unit in the Pacific during World War II.

Motto: "AGE AUT PERFICE" (Act Or Achieve)

Campaigns: War With Spain—Puerto Rico; World War II—Aisne-Marne, Oise-Aisne, Meuse-Argonne, Alsace 1918, Champagne 1918; World War II—New Guinea, Leyte, Luzon, Papua

**4. 635TH ARMOR (635TH ARM)**

Design approved September 30, 1977.

The increased maneuverability, penetrating force, and firepower of the modern tank are symbolized by the fusils charged with pheons alongside the destructive fury of a cyclone. The home of the organization is Kansas, known as the Cyclone State.

Motto: "WILL TO WIN"

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe

**5. 803D ARMOR (803D ARM)**

Design approved July 12, 1976.

The green refers to Washington, known as the Evergreen State, the home of the Armor. The helmet, cavalry sword, and spur rowel are symbolic of the long history and tradition of armor.

Motto: "YIELD TO US"

Campaigns: World War II—Guadalcanal, Northern Solomons, Luzon

**6. FIRST ARMY (1ST ARMY)**

Design approved January 27, 1969.

The interlaced fleur-de-lis refers to the initial organization of the Headquarters Company as the Headquarters Troop, First Army at La Ferte-sous-Jouarre, France on August 10, 1918. The three stars above the letter A are for campaigns in which the First Army participated in World War I. The five stars on the center cross bar are for campaigns during World War II. The red arrowhead represents the assault landing on Normandy beaches.

Motto: "FIRST IN DEED"

Campaigns: World War I—Lorraine 1918, St. Mihiel, Meuse-Argonne; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe

**7. SECOND ARMY (2D ARMY)**

Design approved October 5, 1983.

The fleur-de-lis and Lorraine cross commemorate the Second Army's World War I campaign participation in France. The red and white horizontal division reflects the colors of the organization's shoulder sleeve insignia, a reversal of the flag pattern for armies.

Motto: "TOUT PREPARE" (All Prepared)

Campaigns: World War I—Lorraine 1918

**8. THIRD ARMY (3D ARMY)**

Design approved October 10, 1968.

The fleur-de-lis refers to the initial activation of the Headquarters, Third Army, at Ligny-Barrois, France on November 15, 1918. The five stars represent five campaigns of World War II in which the Third Army participated. The motto reflects the Third Army's constant readiness.

Motto: "TERTIA SEMPER PRIMA" (The Third Always First)

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Armed Forces Expeditions—Saudi Arabia, Kuwait

**9. FOURTH ARMY (4TH ARMY)**

Design approved January 16, 1969.

The basic design was adapted from the shoulder sleeve insignia of the Fourth Army. The white four-leaf clover with stem placed over a blue disc represents San Francisco Bay and the Presidio where the Fourth Army was activated on October 1, 1933. The color blue also represents the state flower

CHS00017825

(Bluebonnet) of Texas where the headquarters is now located.

Motto: "LEADERSHIP AND INTEGRITY"

Campaigns: None

### 10. FIFTH ARMY (5TH ARMY)

Design approved October 31, 1966.

The blue mosque is adapted from the Fifth Army shoulder sleeve insignia and refers to the initial activation of the Headquarters, Fifth Army, in Morocco, North Africa on January 5, 1943. The Florentine style fleur-de-lis represents service in Italy and the five stars for five campaigns. The V-form represents the Army's numerical designation.

Motto: None

Campaigns: None

### 11. SIXTH ARMY (6TH ARMY)

Design approved September 6, 1968.

The overall shape of the gold rays issuing from the white star was adapted from the sun device on the Philippine flag and, with the red rays suggesting Japan, forms another six-pointed star and refers to the Pacific Theater, World War II. The four blue stars refer to four campaigns of World War II in which the Sixth Army participated. The gold rays of the Philippine sun allude to the unit's award of the Philippine Presidential Unit Citation. All elements of the design simulate a shell burst and allude to the motto.

Motto: "BORN OF WAR"

Campaigns: World War II—New Guinea, Bismarck Archipelago, Leyte, Luzon

### 12. SEVENTH ARMY (7TH ARMY)

Design approved October 28, 1968.

The crescent refers to the initial activation of the Headquarters and Headquarters Company, Seventh Army, in North Africa on July 10, 1943. The bar connecting the crescent with the A represents movement of the Army from organization and training in Africa to combat in Europe. The six stars represent campaigns during World War II in which the unit participated. The arrow represents the assault landing in Southern France and advancing through Europe. The elements of the design are arranged to note this advance and illustrate the motto.

Motto: "PYRAMID OF POWER"

Campaigns: World War II—Sicily, Rome-Arno, Southern France, Rhineland, Ardennes-Alsace, Central Europe

### 13. EIGHTH ARMY (8TH ARMY)

Design approved October 2, 1969.

The basic design was adapted from the shoulder sleeve insignia of the Eighth Army. The annulet is symbolic of continuity, fidelity, and jurisdiction and is divided horizontally in white and scarlet in reference to the flag base authorized for US Armies.

---

The motto refers to the Eighth Army's operations and victories in the Pacific area during World War II and the Korean War.

Motto: "PACIFIC VICTORS"

Campaigns: World War II—Leyte, Luzon, New Guinea, Southern Philippines; Korean War—UN Defensive, UN Offensive, CCF Intervention, First UN Counteroffensive, CCF Spring Offensive, UN Summer-Fall Offensive, Second Winter, Summer-Fall 1952, Third Winter, Summer 1953

### 14. 7TH ARMY RESERVE COMMAND (7TH ARCOM)

Design approved November 6, 1989.

White is symbolic of integrity and high ideals. The castle, symbol of defense and fortification, refers to Europe and the unit's mission and presence there. The star and shield represent military commitment in Europe. The musket, saber, and powder horn recall the Reserve's heritage and combat readiness.

Motto: "ALL READY, ALREADY THERE"

Campaigns: None

### 15. 63D ARMY RESERVE COMMAND (63D ARCOM)

Design approved April 22, 1970.

The silver chevron simulates a spearhead and is indicative of the aggressiveness displayed by the division during the crossing of the rivers (shown by the seven blue wavy bands): Saar, Rhine, Neckar, Jagst, Kocker, Rems, and Danube during World War II campaigns. The breaching of the Siegfried Line at St. Ingbert and Hassell is shown by the two black merlons of the embattled area surmounted by the yellow sword with the scarlet drop taken from the unit's shoulder sleeve insignia.

Motto: "PRIDE, HONOR, SERVICE"

Campaigns: World War I—Central Europe, Rhineland

### 16. 77TH ARMY RESERVE COMMAND (77TH ARCOM)

Design approved April 7, 1938.

The Dutch windmill represents the original allocation of the unit to New York City, formerly New Amsterdam. The vanes of the windmill were on the seal of New Amsterdam and are now on the arms of New York City.

Motto: None

Campaigns: World War I—Oise-Aisne, Meuse-Argonne, Champagne 1918, Lorraine 1918; World War II—Western Pacific, Leyte, Ryukyus

### 17. 79TH ARMY RESERVE COMMAND (79TH ARCOM)

Design approved June 3, 1970.

Red, white, and blue are the national colors. They are also the colors of the French national flag where the division relieved a portion of the French 157th

---

and accepted the Avocourt Sector (Lorraine) in World War I. The falcon commemorates the capture of Montfaucon on September 27, 1918.

Motto: "TO DO FOR COUNTRY"

Campaigns: World War I—Meuse-Argonne, Lorraine 1918; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe

### 18. 81ST ARMY RESERVE COMMAND (81ST ARCOM)

Design approved June 12, 1970.

The black wildcat is from the shoulder sleeve insignia of the 81st Infantry Division and also refers to its nickname. The sun from the flag of the President of the Philippines commemorates the unit's World War II campaign awards. The star denotes command activities; the octagon and vertical stripe represent the unit's numerical designation.

Motto: "TRAIN MAINTAIN SUSTAIN"

Campaigns: World War I—Lorraine 1918, Meuse-Argonne; World War II—Western Pacific, Leyte

### 19. 83D ARMY RESERVE COMMAND (83D ARCOM)

Design approved December 8, 1942.

The crusaders' cross indicating leadership symbolizes the functions of the organization. The numerical designation is shown by the moline form of the cross, the heraldic symbol of the eighth son, the silver mullet being representative of the third son.

Motto: "FULGE" (Shine Forth)

Campaigns: World War I; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe

### 20. 86TH ARMY RESERVE COMMAND (86TH ARCOM)

Design approved April 28, 1970.

The black hawk identifies the unit with the inactive 86th Infantry Division whose numerical designation, colors, and insignia it holds in trust. The two blue bands on the white disc stand for the two organizations of the Division and the Command. Taken from the flag of Chicago, the unit's headquarters, the bands also refer to Lake Michigan. The three crowns of the Magi are from the coat of arms of Cologne, Germany near which the Division first held positions during World War II. The four-sided equilateral background shows equity and order and the unit's management and control function.

Motto: None

Campaigns: World War I; World War II—Central Europe

### 21. 88TH ARMY RESERVE COMMAND (88TH ARCOM)

Design approved March 3, 1970.

The blue quatrefoil is adapted from the shoulder sleeve insignia of the 88th Division. The demi-

---

fleur-de-lis refers to service in France. The green, white, and red of the Italian flag together with the three-pronged halberd symbolize the three battle honors earned in Italy during World War II. The quatrefoil also simulates a lake and with the fleur-de-lis, a compass mark for north, refers to Lake Itasca in northern Minnesota.

Motto: "VERITAS CAPUT" (Truth Head)

Campaigns: World War I—Alsace 1918; World War II—Rome-Arno, North Apennines, Po Valley

### 22. 89TH ARMY RESERVE COMMAND (89TH ARCOM)

Design approved May 29, 1969.

The gold star symbolizes the division's peacetime role as a training unit. The two fleurs-de-lis refer to service in France during World War I and World War II. The chevronels represent support and also simulate the letter M for Midwest, the geographical source of the original personnel. The chevronels over the blue background also represent the crossing of the Rhine River in World War II.

Motto: None

Campaigns: World War I—St. Mihiel, Meuse-Argonne, Lorraine 1918; World War II—Rhineland, Central Europe

### 23. 90TH ARMY RESERVE COMMAND (90TH ARCOM)

Design approved October 19, 1979.

Service in France is represented by the vertical arrow shaft; while the head of the arrow and the gold lion (from the arms of Normandy) signify participation in the amphibious assault at Normandy. The white star represents the Texas origin of the unit and the five points for campaign credits during World War II in Europe. Awards of the French Croix de Guerre and Meritorious Unit Commendation are represented by the crossed bayonets.

Motto: "TOUGH OMBRES"

Campaigns: World War I—St. Mihiel, Meuse-Argonne, Lorraine 1918; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe

### 24. 94TH ARMY RESERVE COMMAND (94TH ARCOM)

Design approved June 4, 1970.

The diagonal gray and black background refers to the shoulder sleeve insignia worn by the 94th Infantry Division in World War II. The geometric four-sided figure commemorates four European campaign honors. The bust of the Puritan with flintlock blunderbuss is from the shoulder sleeve insignia of the period 1923–42 and since 1956. The nine sides of the device and the four-sided figure also indicate the unit's numerical designation.

Motto: None

Campaigns: World War II—Northern France, Rhineland, Ardennes-Alsace, Central Europe

PLATE 5      25

# PLATE 6

**1. 96TH ARMY RESERVE COMMAND (96TH ARCOM)**

Design approved October 15, 1970.

The demi-Philippine sunburst symbolizes the unit's Philippine Presidential Unit Citation. The white and blue squares are adapted from the shoulder sleeve insignia; they also represent the two World War II battle campaigns. The arrowhead symbolizes the unit's assault landing at Leyte.

Motto: "TO SERVE AND EXCEL."

Campaigns: World War II—Leyte, Ryukyus

**2. 97TH ARMY RESERVE COMMAND (97TH ARCOM)**

Design approved July 29, 1970.

The white trident links the Command with the inactive 97th Infantry Division whose number, colors, and insignia it holds in trust. The two sections of the wavy band stand for the two organizations, Division and Command. The three prongs of the trident commemorate the triple thrust of the organization's three combat teams during the World War II battle of the Ruhr Pocket.

Motto: "PREPAREDNESS BY EXAMPLE."

Campaigns: World War II—Asiatic-Pacific Theater

**3. 99TH ARMY RESERVE COMMAND (99TH ARCOM)**

Design approved May 13, 1970.

The king chess piece represents authority and leadership and relates to the command aspects of the unit's mission. The blue and white checks on the black are refer to the arms of Pittsburgh, the unit's home, and to the shoulder sleeve insignia of the 99th Infantry Division. The dual nine number of checks represents the numerical designation. Green and red are for the Belgium Fourrageres awarded for the Ardennes-Alsace and Central Europe campaigns.

Motto: "CHECKMATE"

Campaigns: World War II—Rhineland, Ardennes-Alsace, Central Europe

**4. 102D ARMY RESERVE COMMAND (102D ARCOM)**

Design approved January 13, 1970.

The bows refer to skill in marksmanship and the origin of the unit's nickname, the Ozark Division. Ozark is a contraction of the French designation terre aux arcs given to the area by early explorers. The column stands for support given to the division. The elements of the design also represent the division's numerical designation, the column simulates a one, the annulet a zero, and the two bows represent two.

Motto: "OZARK"

Campaigns: World War II—Rhineland, Central Europe

**5. 120TH ARMY RESERVE COMMAND (120TH ARCOM)**

Design approved April 15, 1970.

The two heraldic angle irons are from the unit's shoulder sleeve insignia and represent the coordinated cooperation of the "Carolinas" in support of the Command. Blue, red, white, and gold are colors of the North Carolina state flag. Blue and white are colors of the South Carolina flag. The palmetto stands for victory and achievement; it refers to the unit's headquarters in Columbia, South Carolina.

Motto: "READY ON CALL."

Campaigns: None

**6. 121ST ARMY RESERVE COMMAND (121ST ARCOM)**

Design approved October 22, 1970.

The blue and red saltires and the ring, disc, and stars represent the state flags of Mississippi, Alabama, and Tennessee, respectively, in reference to the three state area of command. The design and motto reflect the unit's strong state of preparedness.

Motto: "READY FOR SERVICE"

Campaigns: None

**7. 122D ARMY RESERVE COMMAND (122D ARCOM)**

Design approved August 2, 1971.

The colors, star, and blue-bordered diamond shape are from the state flag of Arkansas and are part of the design for the shoulder sleeve insignia. The blue star also represents authority and leadership.

Motto: None

Campaigns: None

**8. 123D ARMY RESERVE COMMAND (123D ARCOM)**

Design approved April 16, 1970.

Blue and gold relate to the unit's shoulder sleeve insignia and the black and white pattern simulates the splash-way flag at Indianapolis, the headquarters. The tipped feather symbolizes a warrior and the chief symbol signifies command. The blue areas represent lakes and waters about a peninsula and the ermine spots use a heraldic symbol of fur. Together they refer to Michigan, one of our earliest fur trading areas.

Motto: None

Campaigns: None

**9. 124TH ARMY RESERVE COMMAND (124TH ARCOM)**

Design approved September 30, 1970.

The star at the apex emphasizes the command and supervision mission of the unit. Its location in the state of Washington is indicated by the three white stars and two bars on a red background suggested by the coat of arms of George Washington. The needle-leaf trees also refer to the Evergreen State.

Motto: "MEET THE CHALLENGE"

Campaigns: None

**10. 125TH ARMY RESERVE COMMAND (125TH ARCOM)**

Design approval April 1, 1987.

The flintlocks and powder horn represent Tennessee and Kentucky history. The mountain is reminiscent of these states' countrysides where the citizen soldiers were located and mobilized. The compass points and sun-rays symbolize the unit's mission to go to all points of the globe when called to serve. The laurel branches represent victory.

Motto: "SETTING THE PACE"

Campaigns: None

**11. 224TH ARMY SECURITY AGENCY BATTALION (224TH ASA BN)**

Design approved August 2, 1967.

Orange and blue are for Army aviation from which this unit evolved. Wings represent flight and the flashes refer to the unit's radio research activity. The ring in the base alludes to the unit's motto.

Motto: "LONELY RINGER"

Campaigns: World War II—Luzon; Vietnam—Advisory, Counteroffensive Phase IV/III/IV/V/VI/VII, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970, Sanctuary Counteroffensive, Consolidation I & II, Cease-Fire

**12. 301ST ARMY SECURITY AGENCY (301ST ASA)**

Design approved May 20, 1966.

The bat is used to refer to the surveillance function of the Battalion.

Motto: "THROUGH THE NIGHT"

Campaigns: Korean War—Second Winter, Summer-Fall 1952, Third Winter, Summer 1953

**13. 311TH ARMY SECURITY AGENCY (311TH ASA)**

Design approved February 18, 1957.

The phoenix is for indestructibility; the lightning flashes for electrical communications. The sword is for the aggressive activities of a security unit.

Motto: "DICITE AUDIAMUS" (You Speak, We Listen)

Campaigns: None

**14. 138TH MILITARY INTELLIGENCE BATTALION (138TH MI BN)**

Design approved August 20, 1963.

PLATE 6

The insignia was that of the 314th Army Security Agency, redesignated for this Battalion. The black represents secrecy and constancy. The saltire refers to the joint functions of intelligence and security. The blue key is for guardianship, and the lightning flash for electronic communications.

Motto: "FORTIOR EX VIGILIS" (Stronger After Vigilance)

Campaigns: None

**15. 1ST AIR DEFENSE ARTILLERY (1ST ADA)**

Design approved October 5, 1925.

The arm, in the artillery uniform of 1861, and the rammer staff rising out of an embattled tower in front of a palmetto tree indicate participation in the Civil War at Fort Sumter. The palmetto tree is from the state seal of South Carolina.

Motto: "PRIMUS INTER PARES" (First Among Equals)

Campaigns: War of 1812—Canada; Indian Wars—Seminoles, Texas 1859; Mexican War—Palo Alto, Resaca de la Palma, Monterey, Vera Cruz, Cerro Gordo, Contreras, Churubusco, Chapultepec, Tamaulipas 1846, Vera Cruz 1847, Mexico 1847; Civil War—Sumter, Bull Run, Mississippi River, Peninsula, Manassas, Antietam, Fredericksburg, Chancellorsville, Gettysburg, Wilderness, Spotsylvania, Cold Harbor, Petersburg, Shenandoah, Appomattox, Florida 1861/1862/1864, South Carolina 1862/1863, Virginia 1863/1864, West Virginia 1863, Louisiana 1864; World War II—American Theater, Tunisia, Sicily, Rome-Arno, Rhineland; Armed Forces Expeditions—Saudi Arabia, Kuwait

**16. 2D AIR DEFENSE ARTILLERY (2D ADA)**

Design approved November 24, 1924.

The American eagle, centered on the saltire from the battle flag of the Confederacy, depicts the defense of Fort Pickens, the only fort south of Fort Monroe which remained loyal to the Federal government throughout the Civil War.

Motto: "FIDUS ULTRA FINEM" (Faithful Beyond The End)

Campaigns: War of 1812—Canada; Indian Wars—Seminoles, Mexican War—Palo Alto, Resaca de la Palma, Monterey, Vera Cruz Cerro Gordo, Contreras, Churubusco, Molino del Rey, Chapultepec, Tamaulipas 1846, Puebla 1847; Civil War—Bull Run, Peninsula, Antietam, Fredericksburg, Chancellorsville, Gettysburg, Wilderness, Spotsylvania, Cold Harbor, Petersburg, Shenandoah, Appomattox, Florida 1861/1862, Virginia 1861/1862/1863/1865, Maryland 1863; World War II—Tunisia, Naples-Foggia, Anzio, Rome-Arno, Normandy, Northern France, North Apennines, Rhineland, Ardennes-Alsace, Central Europe, England 1944; Vietnam—Counteroffensive Phase II/III/IV/V/VI/VII, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970; Armed Forces Expeditions—Kuwait

## 17. 3D AIR DEFENSE ARTILLERY (3D ADA)

Design approved January 8, 1925.

The mural crown, cactus, and palm represent the Mexican War and the Philippine Insurrection. The sun is for laurels earned by the regiment.

Motto: "NON CEDO FERIO" (I Yield Not, I Strike)

Campaigns: War of 1812—Canada; Indian Wars—Seminoles, Washington 1858; Mexican War—Palo Alto, Resaca de la Palma, Monterey, Buena Vista, Vera Cruz, Cerro Gordo, Contreras, Churubusco, Molino del Rey, Chapultepec, Puebla 1847; Civil War—Peninsula, Antietam, Fredericksburg, Chancellorsville, Gettysburg, Wilderness, Spotsylvania, Petersburg, Shenandoah, Mississippi 1863, Tennessee 1863/1864, Virginia 1863; War With Spain—Manila; World War II—Naples-Foggia, Anzio, Rome-Arno, Southern France, North Apennines, Ardennes-Alsace, Central Europe, Po Valley; Korean War—CCF Intervention, First UN Counteroffensive, CCF Spring Offensive, UN Summer-Fall Offensive, Second Winter, Summer-Fall 1952, Third Winter, Summer 1953; Armed Forces Expeditions—Saudi Arabia, Kuwait

## 18. 4TH AIR DEFENSE ARTILLERY (4TH ADA)

Design approved August 20, 1928.

The garb and fishhook are for the Battle of Gettysburg; the fishhook was the shape of the Federal battle line. The arrows are for twelve Indian battles.

Motto: "AUDACIA" (By Daring Deeds)

Campaigns: War of 1812—Louisiana 1815; Indian Wars—Creeks, Seminoles, Modocs, Little Big Horn, Nez Perces, Bannocks; Mexican War—Palo Alto, Resaca de la Palma, Monterey, Vera Cruz, Cerro Gordo, Contreras, Chapultepec, Tamaulipas 1846; Civil War—Peninsula, Shiloh, Valley, Manassas, Antietam, Fredericksburg, Murfreesboro, Chancellorsville, Gettysburg, Chickamauga, Chattanooga, Wilderness, Spotsylvania, Cold Harbor, Petersburg, Shenandoah, Nashville, Appomattox, Virginia 1861/1862/1863/1864/1865, Mississippi 1862; World War II—American Theater, Tunisia, Sicily, Naples-Foggia, Rome-Arno, Leyte, Ryukyus; Vietnam—Counteroffensive Phases II/III/IV/V/VI/VII, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970, Sanctuary Counteroffensive, Consolidation I; Armed Forces Expeditions—Grenada, Saudi Arabia, Kuwait

## 19. 5TH AIR DEFENSE ARTILLERY (5TH ADA)

Design approved October 2, 1925

The fishhook is for Gettysburg, the cannon for New Market, and the Lorraine Cross for Lorraine.

Motto: None

Campaigns: Civil War—Peninsula, Manassas, Antietam, Fredericksburg, Chancellorsville, Gettysburg, Wilderness, Spotsylvania, Cold Harbor, Petersburg, Shenandoah, Appomattox, Virginia 1862/1863/1864, Maryland 1864; World War II—

Tunisia, Sicily, Naples-Foggia, Anzio, Rome-Arno, Southern France, Rhineland, Ardennes-Alsace, Central Europe; Korean War—Second Winter, Summer-Fall 1952, Third Winter, Summer 1953; Vietnam—Defense, Counteroffensive Phases II/III/IV/V/VI, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970; Armed Forces Expeditions—Saudi Arabia, Kuwait

## 20 & 21. 6TH AIR DEFENSE ARTILLERY (6TH ADA)

Design approved May 20, 1924

The design is from the crest of the Coast Defenses of San Francisco where the old regiment (6th Coast Artillery) was stationed since 1901.

Motto: "CERTO DIRIGO ICTU" (I Aim With a Sure Blow)

Campaigns: Philippine Insurrection; World War II—Rhineland, Ardennes-Alsace, Central Europe, New Guinea, Bismarck Archipelago, Luzon; Vietnam—Defense, Counteroffensive Phases II/III/IV/V/VI, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970

## 22 & 23. 7TH AIR DEFENSE ARTILLERY (7TH ADA)

Design approved July 31, 1924.

The panther is adapted from the crest of the coat of arms of the Coast Defenses of Sandy Hook where the regiment was organized on July 1, 1924.

Motto: "NULLUS PAVET OCCURSAUM" (He Fears No Encounter)

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe, England 1944; Korean War—UN Defensive, UN Offensive, CCF Intervention, First UN Counteroffensive, CCF Spring Offensive, UN Summer-Fall Offensive, Second Winter, Summer 1953; Vietnam—Defense, Counteroffensive Phases II/III/IV/V/VI, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970; Armed Forces Expeditions—Saudi Arabia, Kuwait

## 24. 10TH AIR DEFENSE ARTILLERY BRIGADE (10TH ADA BDE)

Design approved November 10, 1969.

The stars symbolize World War II and the Korean War. The Philippine Presidential Unit Citation, and the Republic of Korea Presidential Unit Citations are represented by the merlons of the wall. The hawk symbolizes firepower. The battlement with the anchor refers to overseas service.

Motto: "PRIMA" (The First)

Campaigns: World War II—New Guinea, Bismarck Archipelago, Leyte, Luzon; Korean War—UN Defensive, UN Offensive, CCF Intervention, First UN Counteroffensive, CCF Spring Offensive, UN Summer-Fall Offensive, Second Winter, Summer-Fall 1952, Third Winter, Summer 1953

# PLATE 7

## 1. 11TH AIR DEFENSE ARTILLERY BRIGADE (11TH ADA BDE)

Design approved September 1, 1971.

The color blue represents the upper atmosphere and the six-lobed red disk simulates an exploding missile and refers to the basic mission of air defense. The white star, emblem of Texas, refers to the home area of the organization. The six trefoils and the five-pointed star represent the numerical designation of the organization.

Motto: None

Campaigns: World War I—Aisne-Marne, Oise-Aisne, Meuse-Argonne, Champagne 1918; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Armed Forces Expeditions—Saudi Arabia, Kuwait

## 2. 13TH AIR DEFENSE ARTILLERY GROUP (13TH ADA GP)

Design approved August 11, 1924.

The red of the shield signifies air defense artillery. The outline in gold of the saltire denotes that the regiment was organized in the south from the Coast Defenses of Charleston, Pensacola, Key West, and Galveston. The saltire is taken from the battle flag of the Confederacy. The fleur-de-lis represents service in France of the 121st Company, C.A.C.

Motto: "QUOD HABEMUS DEFENDEMUS" (What We Hold We Will Defend)

Campaigns: World War II—Bismarck Archipelago, Leyte

## 3. 16TH AIR DEFENSE ARTILLERY GROUP (16TH ADA GP)

Design approved August 15, 1973.

The palm branches and the barbed spear, adapted from the spear held by Kamehameha I on the seal of Hawaii, represent service in Hawaii and the Central Pacific during World War II. The arrowhead with the fleur-de-lis represents participation in the Normandy Invasion and European campaigns during that period. The color blue refers to the sky. The spears symbolize the unerring accuracy of the missile capability and the basic mission of air defense.

Motto: "VIGILANT GUARDIANS"

Campaigns: World War II—Central Pacific, Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe

## 4. 18TH AIR DEFENSE ARTILLERY GROUP (18TH ADA GP)

Design approved June 5, 1969.

The organization's campaign award for service in the European Theater, World War II are commemorated by the scarlet fleur-de-lis. The scarlet

arrowhead represents the award for the assault landing, Normandy. The Group's historic antiaircraft artillery service is depicted by the shell. The subsequent participation in the early operations of the Nike missile program is indicated by the missile. The celestial blue disk connotes the air defense mission of the unit. The upright arrow and octagon refer to the numerical designation of the Group.

Motto: "DEFENSE IN DEPTH"

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe

## 5. 19TH AIR DEFENSE ARTILLERY GROUP (19TH ADA GP)

Design approved October 14, 1969.

The embattled chevron symbolizes support and strength. The four embattlements refer to their four battle honors earned for service in Germany and France, represented by the fleur-de-lis, during World War II. The flaming arrow simulates air defense missiles.

Motto: "IN HONOR WE DEFEND"

Campaigns: World War II—Normandy, Northern France, Rhineland, Central Europe

## 6. 23D AIR DEFENSE ARTILLERY GROUP (23D ADA GP)

Design approved November 29, 1968.

The lion, adapted from the arms of Normandy, refers to the unit's five battle honors earned during World War II. The grouped javelin heads on target symbolizes the firing of the 175mm self-propelled guns November 19, 1965 in Vietnam, the first ever fired in combat. The red (scarlet) background represents the Meritorious Unit Commendation (Vietnam) award. The javelin heads, two at the top and three in the base, refer to the numerical designation of the organization.

Motto: "STEEL ON TARGET"

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Vietnam—Defense, Counteroffensive Phases II/III/IV/V/VI/VII, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970, Sanctuary Counteroffensive

## 7. 24TH AIR DEFENSE ARTILLERY GROUP (24TH ADA GP)

Design approved March 18, 1970.

The broad arrow and nebuly are used to represent a missile and a cloud to reflect the air defense mission. The arrow is also the symbol for a determined directive and implies command. The unit's World War II battle honors are indicated by the

following: the fleur-de-lis refers to France and represents the Normandy and Northern France campaigns; the concave arc simulates a bulge and refers to the Battle of the Bulge in the Ardennes-Alsace campaign; and the narrow wavy blue band represents the Main and Rhine rivers and the areas along them where the Rhineland and Central Europe campaigns were noted.

Motto: None

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe

## 8. 28TH AIR DEFENSE ARTILLERY GROUP (28TH ADA GP)

Design approved September 18, 1968.

The arrow is the symbol of a determined direction and carries the implication of command. The arrows are used to represent all artillery missiles and refer to air defense. The flashes are used to represent military electronic communications and are conjoined to signify the coordinated efficiency of the unit. The arrangement of the two arrows and flashes simulate the numerical designation.

Motto: "FAITHFUL AND VIGILANT"

Campaigns: World War II—Asiatic-Pacific Theater

## 9. 30TH AIR DEFENSE ARTILLERY BRIGADE (30TH ADA BDE)

Design approved April 13, 1966.

The blue fleur-de-lis stands for service in France during World War I and World War II, while the red torii gate represents the island of Okinawa, where the Brigade was activated. The position of the golden arrow behind the center refers to the motto.

Motto: "ALWAYS ON TARGET"

Campaigns: World War I—St. Mihiel, Meuse-Argonne, Lorraine 1918, Champagne 1918, Champagne-Marne

## 10. 31ST AIR DEFENSE ARTILLERY BRIGADE (31ST ADA BDE)

Design approved August 29, 1966.

The blue background represents the sky and the two white segments symbolize the radar and electronic calculating device which pinpoint the enemy's aerial object. The golden bow simulates a launching pad and the arrow simulates a missile. The red stars are the eventual hit explosions in the sky. The stars are the three of the "31st" and the arrow the one.

Motto: "READY AND VIGILANT"

Campaigns: World War I—Aisne-Marne, Oise-Aisne, Meuse-Argonne, Champagne 1918; World War II—Rome-Arno, Southern France, Rhineland

## 11. 32D ARMY AIR DEFENSE COMMAND (32D AD CMD)

Design approved August 8, 1977.

The star, a symbol of achievement, represents the command. The five points of the star indicate participation in two campaigns in World War I, service in two campaigns in World War II, and receipt of the Philippine Presidential Unit Citation. The vertical arrowhead symbolizes speed and efficiency in the air; the unsheathed sword for combat readiness and defense capabilities.

Motto: "SWIFT AND SURE"

Campaigns: World War I—St. Mihiel, Meuse-Argonne; World War II—New Guinea, Leyte

## 12. 35TH AIR DEFENSE ARTILLERY BRIGADE (35TH ADA BDE)

Design approved July 28, 1966.

The broad arrow represents the artillery round in whatever form it may take, shell or missile. The stars recognize the European campaigns of World War II in which the unit was engaged, one star being placed upon the arrow to denote an assault landing in the Southern France campaign. The stylized cloud formation refers to the Brigade's air defense mission.

Motto: "READY IN DEFENSE"

Campaigns: World War I; World War II—Naples-Foggia, Anzio, Rome-Arno, Southern France, Rhineland, Ardennes-Alsace, Central Europe

## 13. 38TH AIR DEFENSE ARTILLERY BRIGADE (38TH ADA BDE)

Design approved February 7, 1967.

The fleur-de-lis represents service in France during World War I. The taeguk is taken from the Korean flag and represents service in the Korean War. The silhouette of the device simulates a helmet and refers to the Brigade's origin and descent from the 38th Coast Artillery which had a helmet on its badge.

Motto: "BY VALOR AND POWER"

Campaigns: World War I; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe

## 14. 43D AIR DEFENSE ARTILLERY (43D ADA)

Design approved February 1, 1937.

The bend is taken from the arms of Lorraine, which is gold with three golden ailerons on a red bend, with the colors reversed. The three oxtlefinches are used instead of the ailerons. The green oxzlefinch was the device on the shoulder patch worn by the Railway Artillery Reserve in France, of which this regiment was a unit. The locomotive and epi indicate the character of the regiment.

Motto: "SUSTINEMUS" (We Support)

Campaigns: World War I—St. Mihiel, Meuse-Argonne, Lorraine 1918; World War II—Normandy, Northern France, Rhineland, Central Europe, Central Pacific, Guadalcanal, Northern Solomons, New Guinea, Bismarck Archipelago,

Leyte, Luzon; Korean War—UN Defensive, UN Offensive, CCF Intervention, First UN Counteroffensive, CCF Spring Offensive, UN Summer-Fall Offensive, Second Winter, Summer-Fall 1952, Third Winter, Summer 1953; Armed Forces Expeditions—Saudi Arabia, Kuwait

## 15. 44TH AIR DEFENSE ARTILLERY (44TH ADA)

Design approved February 1, 1937.

The gold bend from the arms of Lorraine represents service in France during World War I. The units of this organization changed designation five times from 1917 to 1918. The variegated chameleon refers to this fact. The double quatrefoil with the chameleon is an anagram of the figure 44.

Motto: "PER ARDUA" (Through Difficulties)

Campaigns: World War I—Champagne-Marne, St. Mihiel, Lorraine 1918, Alsace 1918, Champagne 1918; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe, Aleutian Islands, Northern Solomons, Eastern Mandates, Leyte, Ryukyus; Korean War—UN Defensive, UN Offensive, CCF Intervention, First UN Counteroffensive, CCF Spring Offensive, UN Summer-Fall Offensive, Second Winter, Summer-Fall 1952, Third Winter, Summer 1953; Vietnam—Counteroffensive Phases II/III/IV/V/VI/VII, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970, Sanctuary Counteroffensive, Consolidation I & II; Armed Forces Expeditions—Saudi Arabia, Kuwait

## 16. 45TH AIR DEFENSE ARTILLERY BRIGADE (45TH ADA BDE)

Design approved September 23, 1966.

The Florentine fleur-de-lis represents the organization's campaign honors awarded for European service in Italy during World War II. The red cone simulates a field of fire with the sunburst representing the force of artillery fire which is symbolic of the unit's air defense mission. The bird bolts refer to the effective air-strike power of the brigade's missiles and weapons.

Motto: "DETER OR DESTROY"

Campaigns: World War II—Naples-Foggia, Rome-Arno, North Apennines

## 17. 49TH AIR DEFENSE ARTILLERY GROUP (49TH ADA GP)

Design approved November 13, 1969.

The blue nebuly represents the sky and the rays symbolize the visual and calculating devices used to pinpoint the enemy. The arrows refer to their missile capability and the chevron simulates a gunner's level, an early artillery tool used principally for sighting.

Motto: "ALERT AND ADROIT"

Campaigns: None

## 18. 51ST AIR DEFENSE ARTILLERY (51ST ADA)

Design approved December 26, 1951.

The shield is taken from the coat of arms of the former 51st Field Artillery Battalion. The caterpillar and crest are from the coat of arms of the 51st Coast Artillery Battalion which represent both units in the present consolidated organization. The caterpillar is symbolic of the tractor. The lion's face on the crest represents the initial war service in the War of 1812. The fleur-de-lis represents service in France during both World Wars.

Motto: "FIRE FOR EFFECT"

Campaigns: World War I—St. Mihiel, Meuse-Argonne, Lorraine 1918; World War II—American Theater, Luzon, Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe

## 19. 52D AIR DEFENSE ARTILLERY (52D ADA)

Design approved December 29, 1951.

The gold potenté bond is an adaptation of the cottised bend on the arms of Champagne which represent service in France during World War I.

Motto: "SEMPER PARATUS" (Always Ready)

Campaigns: World War I—Champagne-Marne, St. Mihiel, Meuse-Argonne, Champagne 1918, Lorraine 1918; World War II—Central Europe, Central Pacific, New Guinea, Leyte, Luzon, Southern Philippines; Korean War—UN Defensive, UN Offensive, CCF Intervention, First UN Counteroffensive, CCF Spring Offensive, UN Summer-Fall Offensive, Second Winter, Summer 1953; Vietnam—Counteroffensive Phases II/III/IV/V/VI/VII, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970, Sanctuary Counteroffensive; Armed Forces Expeditions—Saudi Arabia, Kuwait

## 20. 52D AIR DEFENSE ARTILLERY BRIGADE (52D ADA BDE)

Design approved December 9, 1966.

The four upright poised arrows on a field of blue symbolize air defense readiness and also refer to the four campaign credits awarded in World War II. The two fleurs-de-lis refer to the two major areas of participation, France and Rhineland.

Motto: "VIGILANT AND READY"

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace

## 21. 55TH AIR DEFENSE ARTILLERY (55TH ADA)

Design approved March 8, 1922.

The caterpillar is symbolic of the tractor. The black symbol above the caterpillar is used on French battle maps to indicate the position of 155mm guns.

PLATE 7 31

The numbers 55 in red, represent the numerical designation of the unit.

Motto: "VIGILANTIA" (Vigilance)

Campaigns: World War I—Aisne-Marne, Oise-Aisne, Meuse-Argonne, Champagne 1918; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe. New Guinea, Luzon; Vietnam—Counteroffensive Phases IV/V/VI/VII, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970, Sanctuary Counteroffensive, Consolidation I

## 22. 56TH AIR DEFENSE ARTILLERY (56TH ADA)

Design approved March 12, 1929.

The searchlight beams and the winged projectile denote the character of the parent organization, while the winged projectile on the black chief refers to the motto signifying that the night does not hide the enemy from the artillery fire of the 506th Coast Artillery, from which this unit descended.

Motto: "NIGHT HIDES NOT"

Campaigns: World War II—Normandy, Northern France, Rhineland, Central Europe. Air Offensive-Japan, Aleutian Islands, Eastern Mandates, Western Pacific, Leyte, Ryukyus; Korean War—UN Defensive, CCF Intervention, First UN Counteroffensive, CCF Spring Offensive, UN Summer-Fall Offensive, Second Winter, Summer-Fall 1952, Third Winter, Summer 1953; Vietnam—Defense, Counteroffensive Phases II/III/IV/V/VI, Tet & Tet/69 Counteroffensives, Summer-Fall 1969

## 23. 57TH AIR DEFENSE ARTILLERY (57TH ADA)

Design approved February 3, 1931.

Service in France, where the unit cut the railway line (between Montmedy and Sedan on November 6, 1918) from positions near Stenay, is shown by the shield. The arms of Montmedy bear a black lion, those of Sedan a black boar, and those of Stenay a gold lion rampant. The two broken bars represent the broken railroad line between the black lion (Montmedy) and black boar (Sedan). The position of the regiment at Stenay is shown by the rampant lion in red. The shield is gold, the same as that of Lorraine, where this engagement took place.

Motto: "VETO" (I Forbid)

Campaigns: World War I—St. Mihiel, Meuse-Argonne, Lorraine 1918; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe, Aleutian Islands, Eastern Mandates, Leyte, Ryukyus; Korean War—UN Defensive, UN Offensive, CCF Intervention, First UN Counteroffensive, CCF Spring Offensive, UN Summer-Fall Offensive, Second Winter, Summer-Fall 1952, Third Winter, Summer 1953

## 24. 59TH AIR DEFENSE ARTILLERY (59TH ADA)

Design approved August 15, 1930.

The vair on the shield is from the arms of the Coast Defenses of southern New York. The thistle, one of the emblems of Lorraine and also on the arms of Nancy (not far from St. Mihiel), represents the first engagement in France in World War I. The crest is from the arms of St. Menehould indicating the unit's support of the 77th and 28th Divisions in the Meuse-Argonne, from positions near St. Menehould.

Motto: "DEFENDIMUS" (We Defend)

Campaigns: World War I—St. Mihiel, Meuse-Argonne, Lorraine 1918; World War II—Philippine Islands

## PLATE 8

## 1. 60TH AIR DEFENSE ARTILLERY (60TH ADA)

Design approved 21, 1924.

The line dividing the two guns of the shield is embattled to represent defense. The lower half of the shield is red for artillery and the upper half black and gold for service in the Orient. A searchlight beam symbolizes vigilance in search of enemy aircraft. The star is symbolic of Texas, the Lone Star State, where the unit was organized.

Motto: "COELIS IMPERAMUS" (We Rule The Heavens)

Campaigns: World War I—St. Mihiel, Meuse-Argonne; World War II—Philippine Islands: Vietnam—Counteroffensive Phases II/III/IV/V/VI/VII, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970, Sanctuary Counteroffensive

## 2. 61ST AIR DEFENSE ARTILLERY (61ST ADA)

Design approved November 16, 1923.

The shield is divided by the saw tooth line taken from Lord Delaware's arms, the basis of the coat of arms for the Coast-Defense of the Chesapeake. The black and white halves symbolize day and night.

The thunderbolt penetrating the winged chariot wheel of Helios symbolizes the aim and purpose of a hit scored against an aerial target.

Motto: None

Campaigns: World War I; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe, Iceland 1942, England 1944; Korean War—CCF Intervention, First UN Counteroffensive, CCF Spring Offensive, UN Summer-Fall Offensive

## 3. 62D AIR DEFENSE ARTILLERY (62D ADA)

Design approved February 21, 1929.

Units from which the Artillery descended participated in six wars, symbolized by the six embattled sectors. When the first unit was organized the uniforms were dark blue faced with scarlet and there were sixteen states in the Union, commemorated by the blue and red of the shield and sixteen stars.

Motto: None

Campaigns: War of 1812; Mexican War—Vera Cruz, Cerro Gordo, Contreras, Churubusco, Molino del Rey, Chapultepec, Puebla 1847; Indian Wars—Creeks, Seminoles, Washington 1858; Civil War—Peninsula, Antietam, Fredericksburg, Chancellorsville, Gettysburg, Wilderness, Spotsylvania, Shenandoah, Virginia 1863; War With Spain—Manila; Philippine Insurrection—Manila, Malolos, Luzon 1899 & 1900; World War II—Algeria-French Morocco, Tunisia, Sicily, Rome-Arno, Southern France, Rhineland, Ardennes-Alsace, Central Europe; Korean War—UN Defensive, UN Offensive, CCF Intervention, First UN Counteroffensive, CCF Spring Offensive, UN Summer-Fall Offensive, Second Winter, Summer-Fall 1952, Third Winter, Summer 1953; Armed Forces Expeditions—Saudi Arabia, Kuwait

## 4 & 5. 65TH AIR DEFENSE ARTILLERY (65TH ADA)

Design approved July 15, 1925.

The ocelot represents the unit's character, as this animal climbs trees and fights upwards for prey.

Motto: None

Campaigns: World War I—St. Mihiel, Meuse-Argonne, Lorraine 1918; World War II—Aleutian Islands, Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Vietnam—Counteroffensive Phases II/III/IV/V/VI/VII, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970, Sanctuary Counteroffensive, Consolidation I & II

## 6. 67TH AIR DEFENSE ARTILLERY (67TH ADA)

Design approved March 31, 1931.

The chevron is from the arms of General James Oglethorpe, founder of the colony of Georgia, and the crescent is from the flag displayed at the fort in South Carolina by Colonel Moultrie.

Motto: "MEMOR ET FIDELIS" (Mindful And Faithful)

Campaigns: World War I; World War II—Tunisia, Naples-Foggia, Rome-Arno, Southern France, Rhineland, Ardennes-Alsace, Central Europe

## 7. 68TH AIR DEFENSE ARTILLERY (68TH ADA)

Design approved July 26, 1941.

The shield in the shape of a 155mm shell is symbolic of the old 68th Coast Artillery, a tractor-drawn seacoast regiment. The fleur-de-lis and service stripe indicates six months or more of service in France during World War I. The searchlight beam indicates antiaircraft activity. The motto is Navajo.

Motto: "LOLAMY" (Can Do)

Campaigns: World War I; World War II—Sicily, Naples-Foggia, Anzio, Rome-Arno, Southern France, Rhineland, Ardennes-Alsace, Central Europe; Korean War—UN Defensive, UN Offensive, CCF Intervention, First UN Counteroffensive, CCF Spring Offensive, UN Summer-Fall Offensive, Second Winter, Summer-Fall 1952, Third Winter, Summer 1953

## 8. 69TH AIR DEFENSE ARTILLERY BRIGADE (69TH ADA BDE)

Design approved August 14, 1968.

The organization's campaign service in both World Wars is commemorated by two crossbow bolts. The laurel wreath and wavy partition line denote the Meritorious Unit Commendation, Pacific Theater. The unit's origin in the coast artillery is indicated by the gold beams. The red cross botonny refers to the crest of arms of the 69th Coast Artillery (antiaircraft) and direct descent from that organization. The blue upper area and nebuly edge along with the crossbow bolts refer to the mission and motto.

Motto: "GUARDING THE SKIES"

Campaigns: World War I; World War II—Western Pacific

## 9. 70TH AIR DEFENSE ARTILLERY (70TH ADA)

Design approved November 2, 1959.

The five-pointed figure represents Star Fort, Fort McHenry, the early defense of Baltimore against attack. The black and gold lower part of the shield is from the arms of Calvert, Lord Baltimore. The design refers to the battalion's place of activation and home station of Baltimore, Maryland.

Motto: "O'ER THE RAMPART WE WATCH"

Campaigns: None

## 10. 71ST AIR DEFENSE ARTILLERY (71ST ADA)

Design approved May 21, 1959.

The three chevrons from the coat of arms of John Winthrop, founder of Boston Colony, refer to Boston, where the unit was constituted and organized

PLATE 8　　　　33

in 1918. The five projectiles are symbolic of five battle honors awarded for service in World War II. They also commemorate the mission to attack and destroy enemy aircraft. The fixed searchlight refers to the former mission as coast artillery. The fleur-de-lis is for service in World War I.

Motto: "UNDIQUE VENIMUS" (We Come From All Parts)

Campaigns: World War I; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Vietnam—Defense, Counteroffensive Phases II/III/IV/V/VI/VII, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970, Sanctuary Counteroffensive

### 11. 87TH AIR DEFENSE ARTILLERY GROUP (87TH ADA GP)

Design approved August 26, 1969.

The gold Burmese griffins, facing outward in defense, are from the seal of the Republic of Burma where the unit served in World War II. The gold star (placed to denote the North Star) refers to the Alaskan flag; the red rays are for the aurora borealis.

Motto: "DEFENSORES BOREAE" (Defenders Of The North)

Campaigns: World War II—Central Burma

### 12. 94TH AIR DEFENSE ARTILLERY BRIGADE (94TH ADA BDE)

Design approved August 15, 1969.

The sea-lion grasping the sword is from the seal of the President of the Philippines and symbolizes action in World War II for which the unit received the Philippine Presidential Unit Citation. The two arrows are for the landing at New Guinea and Luzon. The domed tower, characteristic of Germany, and the scarlet, black, and gold refer to the motto.

Motto: "FIRST LINE OF DEFENSE"

Campaigns: World War II—East Indies, New Guinea, Leyte, Luzon

### 13. 108TH AIR DEFENSE ARTILLERY BRIGADE (108TH ADA BDE)

Design approved November 1, 1968.

The roundel, representing a gunstone, and the scarlet lightning flash refer to artillery fire. The saltire represents strength. The lion's face is from the arms of Normandy, indicating service there. The bamboo shoot and green, gold, and scarlet are for Vietnam.

Motto: "DEEDS ABOVE WORDS"

Campaigns: World War II—Normandy, Northern France, Rhineland, Central Europe; Vietnam—Counteroffensive Phases III/IV/V/VI/VII, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970, Sanctuary Counteroffensive, Consolidation I

### 14. 111TH AIR DEFENSE ARTILLERY (111TH ADA)

Design approved September 22, 1955.

The voided cross of St. George refers to the English colonization of Virginia and the War of 1812. The saltire is for Confederate service in the Civil War. The two fleurs-de-lis are for service in France and Central Europe in World War II.

Motto: "GLORY AND HONOR"

Campaigns: War of 1812—Virginia 1813; Civil War—Peninsula, Second Manassas, Sharpsburg, Fredericksburg, Gettysburg, Cold Harbor, Petersburg, Appomattox, Virginia 1861/1862/1863/1864, North Carolina 1862; World War I—Meuse-Argonne, Alsace 1918; World War II—Normandy, Northern France, Rhineland, Central Europe

### 15. 111TH AIR DEFENSE ARTILLERY BRIGADE (111TH ADA BDE)

Design approved April 9, 1953.

The shield of the coat of arms of the 200th Artillery with the addition of a border, divided red and yellow for artillery, is used to indicate the descent of the Brigade from the Headquarters and Headquarters Battery. The Avanyu is a figure representing happiness and prosperity used by the ancient Pueblo Indians in New Mexico.

Motto: "MIRAS ARRIBA" (Keep Your Goal High)

Campaigns: World War II—Philippine Islands

### 16. 138TH AIR DEFENSE ARTILLERY (138TH ADA)

Design approved November 22, 1989.

The nebuly and the blue represent the unit's theater of attack. The chevron symbolizes support. The lightning bolt and the chevron pointing upward represent attack and pinpoint accuracy.

Motto: "RISING TO THE DEFENSE"

Campaigns: None

### 17. 164TH AIR DEFENSE ARTILLERY BRIGADE (164TH ADA BDE)

Design approved October 1, 1988.

The gold-rayed sun refers to Florida, the unit's home. Blue represents the skies which are its battlefield and the arrowhead is for missile systems. Black refers to stability and twenty-four hour preparedness. The lightning bolt represents speed.

Motto: "BLAZING SKIES"

Campaigns: None

### 18. 174TH AIR DEFENSE ARTILLERY (174TH ADA)

Design approved May 21, 1952.

The pineapple shows service in Hawaii. The wavy band is for the Pacific Ocean and represents service in the Western Pacific during World War II.

Motto: "CAVEAT OPPUGNATOR" (Let The Oppressor Beware)

Campaigns: World War II—Western Pacific, New Guinea

PLATE 9          35

### 19. 176TH AIR DEFENSE ARTILLERY (176TH ADA)

Design approved August 11, 1924.

The shield is William Pitt's, used by Pittsburgh as its arms, with the gold discs replaced by three high explosive shells each charged with a leopard's face from the arms of DuQuesne. The motto refers to a long fighting record from infantry to artillery.

Motto: "PUEBLA TO THE MARNE"

Campaigns: Mexican War—Vera Cruz, Cerro Gordo, Puebla 1847; Civil War; World War I—Champagne-Marne, Aisne-Marne, Oise-Aisne, Meuse-Argonne, Champagne 1918, Lorraine 1918; World War II—Normandy, Northern France, Rhineland, Central Europe

### 20. 177TH AIR DEFENSE ARTILLERY (177TH ADA)

Design approved January 9, 1956.

The winged antiaircraft ammunition indicates the unit's mission. Detroit, its home, is symbolized by the two wavy flanks of the shield connected by a wavy band representing the Detroit River.

Motto: "VIGILANT AND PREPARED"

Campaigns: World War II—Northern France, Ardennes-Alsace, Rhineland, Central Europe

### 21. 188TH AIR DEFENSE ARTILLERY (188TH ADA)

Design approved November 17, 1988.

Red is indicative of the unit's courage, vitality, and zeal. The gold represents leadership, achievement, and excellence. The demi-sun, with seven rays, represents seven Indian tribes of North Dakota. The drawn bow with fiery arrow aimed skyward is for preparedness and striking power.

Motto: "FOREVER VIGILANT"

Campaigns: None

### 22. 200TH AIR DEFENSE ARTILLERY (200TH ADA)

Design approved June 19, 1926.

The Avanyu device used by the Pueblo Indians is a form of the trisection, a talisman symbolic of energy, motion, and victory. It is also emblematic of "the whistling sun" and "lightning in air" which refer to the firepower and air defense mission of the unit. The crest is a coiled rattlesnake on a wreath of colors for the regiments and battalions of the New Mexico Army National Guard.

Motto: "PRO CIVITATE ET PATRIA" (For State And Country)

Campaigns: Indian Wars—New Mexico 1881 & 1882; War With Spain—Santiago; World War I—Champagne-Marne, Aisne-Marne, St. Mihiel, Meuse-Argonne, Champagne 1918; World War II—Philippine Islands, Sicily, Naples-Foggia, Anzio, Rome-Arno, Southern France, Rhineland, Ardennes-Alsace, Central Europe, North Apennines, Po Valley

### 23. 202D AIR DEFENSE ARTILLERY (202D ADA)

Design approved October 31, 1925.

The three piles represent the rays of artillery searchlights. The winged projectile indicates the antiaircraft aspect of the organization. The cross is the black house of old Fort Dearborn.

Motto: "ARTE ET ARMIS" (By Skill And Arms)

Campaigns: World War I—St. Mihiel, Meuse-Argonne, Lorraine 1918; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe, New Guinea, Luzon, American Theater

### 24. 205TH AIR DEFENSE ARTILLERY (205TH ADA)

Design approved May 19, 1942.

The silver bar represents clouds while the green bar represents earth. The fetterlock coupling the two symbolizes the link between earth and things above.

Motto: "RES VERAE" (Data Correct)

Campaigns: None

## PLATE 9

### 1. 233D AIR DEFENSE ARTILLERY (233D ADA)

Design approved December 19, 1989.

Red is for courage, vitality, and zeal. Gold refers to leadership, achievement, and excellence. Black refers to twenty-four-hour vigilance and military preparedness. The razorback hog underscores the unit's motto. The nebuly symbolizes clouds and the missiles represent the mission to defend against enemy aircraft and attack.

Motto: "STALKING THE SKIES"

Campaigns: None

### 2. 250TH AIR DEFENSE ARTILLERY (250TH ADA)

Design approved March 24, 1925.

The Spanish castle is for Philippine service in the Spanish War, the palm tree for the Philippine Insurrection, and the fleur-de-lis for World War I.

Motto: None

Campaigns: War With Spain—Manila; Philippine Insurrection—Manila; World War I—St. Mihiel, Meuse-Argonne; World War II—North Apennines, Po Valley, Central Europe

**3. 251ST AIR DEFENSE ARTILLERY (251ST ADA)**

Design approved January 9, 1928.

The six pallets represent the six batteries comprising the regiment at the time of its organization. The ship is representative of the ship of Don Juan Rodrigues Cabrillo, a Portuguese, who discovered San Diego Harbor. The fleur-de-lis encircled by a garland of laurel is taken from the coat of arms of the 250th Coast Artillery from which this unit descended.

Motto: "WE AIM TO HIT"

Campaigns: World War I—St. Mihiel, Meuse-Argonne; World War II—Central Pacific, Northern Solomons, Leyte, Luzon, Southern Philippines

**4. 254TH AIR DEFENSE ARTILLERY (254TH ADA)**

Design approved March 30, 1956.

The star represents an air burst of an artillery shell. The crest is a lion, taken from the coats of arms of England and Holland, and four red lozenges, taken from English and Dutch settlements in New Jersey.

Motto: "ACIES IN CAELIS" (Battle Line In The Sky)

Campaigns: None

**5. 263D AIR DEFENSE ARTILLERY (263D ADA)**

Design approved April 17, 1935.

The red cross of St. George symbolizes the origin of the regiment, during the American Revolution. The two cannons are ancient trophies of the regiment.

Motto: "UNSURRENDERED"

Campaigns: Revolutionary War—Fort Johnston, Charleston 1776 & 1780, Beaufort Island 1779; War of 1812; Civil War—Sumter, South Carolina 1862/1863/1864, Carolinas 1865; World War II—Tunisia, Sicily, Rome-Arno, Southern France, Northern France, Rhineland

**6. 265TH AIR DEFENSE ARTILLERY (265TH ADA)**

Design approved February 25, 1974.

The unit's service in Alaska during World War II is represented by the bezant, symbol for gold, and the 4-pointed polar star. The diagonal stripe with nebuly edges, for clouds, bearing a lightning flash signifies the air defense artillery mission. The barry wavy roundel alludes to water and refers to former coast artillery service. It also indicates the organization's location in Florida, and refers to the legendary "Fountain of Youth" sought by Ponce de Leon, the discoverer of Florida.

Motto: "HOME AND COUNTRY"

Campaigns: World War II—Asiatic-Pacific Theater

**7. 517TH AIR DEFENSE ARTILLERY (517TH ADA)**

Design approved March 8, 1937.

The scarlet shield and yellow disc charged with the diving bomber symbolize the artillery antiaircraft nature of the organization.

Motto: "WE SWEEP THE SKY"

Campaigns: World War II—Aleutian Islands; Korean War—UN Defensive, UN Offensive, CCF Intervention, First UN Counteroffensive, CCF Spring Offensive, UN Summer-Fall Offensive, Second Winter, Summer-Fall 1952, Third Winter, Summer 1953

**8. 562D AIR DEFENSE ARTILLERY (562D ADA)**

Design approved December 11, 1958.

The pile represents the searchlight beam playing on the enemy in the sky, symbolized by the dragon. The black arrow signifies the gun and machine-gun fire from the ground.

Motto: "TUEBOR" (I Will Defend)

Campaigns: World War II—Northern Solomons, Bismarck Archipelago, Leyte, Luzon; Korean War—CCF Intervention, First UN Counteroffensive, CCF Spring Offensive, UN Summer-Fall Offensive, Second Winter, Summer-Fall 1952, Third Winter, Summer 1953

**9. 1ST ARTILLERY (1ST ARTY)**

Design approved April 21, 1959.

The white stripes taken from the shield of the 1st Coast Artillery commemorates participation in the War of 1812. The stand of grapeshot commemorates the remark attributed to General Zachary Taylor at the Battle of Buena Vista, "A little more grape, Captain Bragg." The rattlesnakes represent service in the Mexican War.

Motto: "PRIMUS INTER PARES" (First Among Equals)

Campaigns: War of 1812—Canada, New York 1814; Indian Wars—Seminoles, Texas 1859; Mexican War—Palo Alto, Resaca de la Palma, Monterey, Vera Cruz, Cerro Gordo, Contreras, Churubusco, Chapultepec, Tamaulipas 1846, Vera Cruz 1847, Mexico 1847; Civil War—Sumter, Bull Run, Peninsula, Manassas, Antietam, Fredericksburg, Chancellorsville, Gettysburg, Wilderness, Spotsylvania, Cold Harbor, Petersburg, Appomattox, South Carolina 1864 & 1863, Virginia 1863/1864/1865, West Virginia 1863, Florida 1864; War With Spain—Puerto Rico; World War II—American Theater, New Guinea, Luzon, Tunisia, Sicily, Rome-Arno, Rhineland

**10. 1ST FIELD ARTILLERY (1ST FA)**

Design approved November 27, 1923.

The stand of grape commemorates the remark attributed to General Zachary Taylor at the battle of Buena Vista, "A little more grape, Captain Bragg." The tower represents participation of a battery under Major Robert Anderson in the defense of Fort Sumter in 1861. The maple leaf commemorates service of a battery in the War of 1812 in Canada.

PLATE 9  37

Motto: "PROS AUT NULLUS" (First Or Not At All)

Campaigns: Indian Wars—Seminoles; Mexican War—Palo Alto, Resaca de la Palma, Monterey; Civil War—Peninsula, Manassas, Antietam, Fredericksburg, Chancellorsville, Gettysburg, Wilderness, Spotsylvania, Cold Harbor, Petersburg, Virginia 1862/1863/1864, West Virginia 1863; War With Spain—Puerto Rico; Philippine Insurrection—Malolos, San Isidro, Zapote River, Luzon 1899, Luzon 1900; World War II—New Guinea, Luzon; Armed Forces Expeditions—Saudi Arabia, Kuwait

**11. 2D ARTILLERY (2D ARTY)**

Design approved July 8, 1959.

The fifteen red and white stripes represent the Battle of Fort McHenry in 1814 at which time the flag of the US was composed of fifteen stars and fifteen stripes. The field of ermines represents service in Europe during World War I and World War II. The blue saltire refers to the organization's Civil War service, particularly the defense of Fort Pickens and is given the position of honor at the top of the shield.

Motto: "THE SECOND FIRST"

Campaigns: War of 1812—Canada; Indian Wars - Seminoles; Mexican War—Palo Alto, Resaca de la Palma, Vera Cruz, Cerro Gordo, Contreras, Churubusco, Molino del Rey, Chapultepec, Tamaulipas 1846, Puebla 1847; Civil War—Bull Run, Peninsula, Antietam, Fredericksburg, Chancellorsville, Gettysburg, Wilderness, Spotsylvania, Cold Harbor, Petersburg, Shenandoah, Florida 1861 & 1862, Virginia 1861/1862/1863, Maryland 1863; World War I; World War II—Tunisia, Naples-Foggia, Anzio, Rome-Arno, Normandy, Northern France, North Apennines, Rhineland, Ardennes-Alsace, Central Europe; Po Valley; Korean War—CCF Intervention, First UN Counteroffensive, CCF Spring Offensive, UN Summer-Fall Offensive, Second Winter, Summer-Fall 1952, Third Winter, Summer 1953

**12 & 13. 2D FIELD ARTILLERY (2D FA)**

Design approved April 28, 1923.

The distinctive insignia is an adaptation of the crest and motto of the coat of arms. A mule with a pack represents mountain or pack artillery.

Motto: "THE SECOND FIRST"

Campaigns: Philippine Insurrection—Jolo 1903; World War I; World War II—Northern France, Rhineland, Central Europe; Vietnam—Counteroffensive Phases I/III/IV/V/VI/VII, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970, Sanctuary Counteroffensive

**14. 3D ARTILLERY (3D ARTY)**

Design approved June 30, 1959.

The design is a combination of the coats of arms for the 3d Coast Artillery and 3d Field Artillery. The two white bars on the red background are from the

campaign streamer for the War of 1812. The chevron is in the colors of the campaign streamer for the Civil War. The three stars represent the numerical designation. The dragons represent service in the Boxer uprising and the arrow for the Seminole campaign. The double fleur-de-lis is for service in both World War I and World War II. The rising sun in the crest represents service dating from early in the nation's history and the cactus for service in the Mexican War. The palm is for service in the Philippine Insurrection.

Motto: "CELERITAS ET ACCURATIO" (Speed And Accuracy)

Campaigns: War of 1812—Canada; Indian Wars—Seminoles, Washington 1858; Mexican War—Palo Alto, Resaca de la Palma, Monterey, Vera Cruz, Cerro Gordo, Contreras, Churubusco, Molino del Rey, Chapultepec, Tamaulipas 1846, Vera Cruz 1847, Puebla 1847; Civil War—Bull Run, Peninsula, Antietam, Fredericksburg, Chancellorsville, Gettysburg, Wilderness, Cold Harbor, Petersburg, Shenandoah, Maryland 1863, Virginia 1863 & 1864, War With Spain—Santiago, Puerto Rico; China Relief Expedition; Philippine Insurrection; World War I; World War II—Naples-Foggia, Anzio, Rome-Arno, Southern France, North Apennines, Rhineland, Ardennes-Alsace, Central Europe; Po Valley; Korean War—CCF Intervention, First UN Counteroffensive, CCF Spring Offensive, UN Summer-Fall Offensive, Second Winter, Summer-Fall 1952, Third Winter, Summer 1953

**15. 3D FIELD ARTILLERY (3D FA)**

Design approved April 16, 1921.

The shield is scarlet for artillery. The Civil War is represented by the chevron and four stars, one for each battery in the war. The lion's face, dragon, and fleur-de-lis represent the War of 1812, China Relief Expedition, and World War I. The rising sun indicates that elements of the regiment date back to the early history of the country, and the Aztec banner is for the Mexican War.

Motto: None

Campaigns: War of 1812—Canada; Indian Wars—Seminoles; Mexican War—Vera Cruz, Cerro Gordo, Contreras, Churubusco, Molino del Rey, Chapultepec, Puebla 1847; Civil War—Peninsula, Antietam, Fredericksburg, Chancellorsville, Gettysburg, Wilderness, Spotsylvania, Cold Harbor, Petersburg, Shenandoah, Maryland 1863, Virginia 1863; War With Spain—Santiago, Puerto Rico; Philippine Insurrection; World War I; World War II—Rhineland, Ardennes-Alsace, Central Europe; Armed Forces Expeditions—Saudi Arabia, Kuwait

**16. 4TH ARTILLERY (4TH ARTY)**

Design approved April 21, 1959.

The two white stripes on the red field taken from the shield of the 4th Coast Artillery constitute the campaign ribbon of the War of 1812. The arrows

38                                   PLATE 9

represent participation in the Indian Wars and the numerical designation of the regiment. The garb, fishhook, and wheat represent the Battle of Gettysburg during the Civil War, the fishhook being the shape of the Federal lines. The Aztec sun represents Mexican service.

Motto: "AUDACIA" (By Daring Deeds)

Campaigns: War of 1812; Indian Wars—Creeks, Seminoles, Medocs, Little Big Horn, Nez Perces, Bannocks; Mexican War—Palo Alto, Resaca de la Palma, Monterey, Vera Cruz, Cerro Gordo, Contreras, Molino del Rey, Chapultepec, Tamaulipas 1846; Civil War—Peninsula, Shiloh, Antietam, Fredericksburg, Murfreesboro, Chancellorsville, Gettysburg, Chickamauga, Chattanooga, Wilderness, Spotsylvania, Cold Harbor, Petersburg, Shenandoah, Nashville, Appomattox, Virginia 1861/1862/1863/1864/1865, Mississippi 1862; War With Spain—Santiago; Mexican Expedition—Mexico 1916–17; World War I; World War II—American Theater, Leyte, Ryukyus, Tunisia, Sicily, Naples-Foggia, Rome-Arno

## 17. 4TH FIELD ARTILLERY (4TH FA)

Design approved January 29, 1921.

The silver shield on which the Aztec symbol of a red sun is surmounted by a silver kris and a kampilan crossed together symbolize the campaign history of the organization. The crossed kris and kampilan are significant of the service of an element of the regiment in the Philippines. The Aztec symbol of the sun represents service with the Punitive Expedition into Mexico.

Motto: None

Campaigns: Mexican Expedition—Mexico 1916–17; World War II—Asiatic-Pacific Theater; Vietnam—Counteroffensive Phases II/III/IV/V/VI/VII, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970, Sanctuary Counteroffensive, Consolidation 1

## 18. 5TH ARTILLERY (5TH ARTY)

Design approved February 24, 1960.

The five arrows represent the Indian Wars. The broken arrow commemorates the battle near Vincennes, Indiana on November 4, 1791, in which all officers and two thirds of the men were killed. The liberty bell is symbolic of the Revolutionary War and the Lorraine Cross represents World War I. The embattled partition lines symbolize the ramparts of Chapultepec. The pair of cannons representing the Civil War depicts the battle of New Market, May 15, 1864.

Motto: "FAITHFUL AND TRUE"

Campaigns: Civil War—Peninsula, Manassas, Antietam, Fredericksburg, Chancellorsville, Gettysburg, Spotsylvania, Cold Harbor, Petersburg, Shenandoah, Virginia 1862/1863/1864; Philippine Insurrection; World War I—Montdidier-Noyon,

Aisne-Marne, St. Mihiel, Meuse-Argonne, Lorraine 1917/1918, Picardy 1918; World War II—Algeria-French Morocco, Tunisia, Sicily, Naples-Foggia, Anzio, Rome-Arno, Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Korean War—Second Winter, Summer-Fall 1952, Third Winter, Summer 1953

## 19. 5TH ARTILLERY GROUP (5TH ARTY GP)

Design approved August 5, 1968.

The five points (four gold rays and point of the arrowhead) represent the numerical designation of the group. The gold cannon signifies the first artillery group organized in the US Army. The arrowhead refers to the unit's decoration for participation in the invasion of Sicily during World War II and the taeguks denote two awards of the Korean Presidential Unit Citation for service in Korea.

Motto: "FIRST TO BATTLE"

Campaigns: World War II—Tunisia, Sicily, Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Korean War—UN Defensive, UN Offensive, CCF Intervention, Second Winter, Summer-Fall 1952, Third Winter, Summer 1953

## 20. 5TH FIELD ARTILLERY (5TH FA)

Design approved January 21, 1924.

The insignia is the crest of the Hamilton family—Alexander Hamilton being a former commander of one of the elements of the regiment.

Motto: "FAITHFUL AND TRUE"

Campaigns: Civil War—Manassas, Antietam, Chancellorsville, Gettysburg; World War I—Montdidier-Noyon, Aisne-Marne, St. Mihiel, Meuse-Argonne, Lorraine 1917/1918, Picardy 1918; World War II—Algeria-French Morocco, Tunisia, Sicily, Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Vietnam—Defense, Counteroffensive Phases II/III/IV/V/VI, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970; Armed Forces Expeditions—Saudi Arabia, Kuwait

## 21. 6TH ARTILLERY (6TH ARTY)

Design approved May 15, 1959.

The rattlesnake represents service in the Mexican War and its six rattles indicate the numerical designation of the unit. The crossed sabers represent Civil War service in the Army of the Potomac. The star, taken from the banner of Katipunan, represents service in the Philippine Insurrection. The two fleurs-de-lis represent service in World War I and World War II.

Motto: "CELER ET AUDAX" (Swift And Bold)

Campaigns: Mexican War; Civil War—Peninsula, Manassas, Antietam, Fredericksburg, Chancellorsville, Gettysburg, Wilderness, Spotsylvania, Cold Harbor, Petersburg, Virginia 1863, Maryland 1863;

CHS00017833

38        PLATE 8

represent participation in the Indian Wars and the numerical designation of the regiment. The garb, fishhook, and wheat represent the Battle of Gettysburg during the Civil War, the fishhook being the shape of the Federal lines. The Aztec sun represents Mexican service.

Motto: "AUDACIA" (By Daring Deeds)

Campaigns: War of 1812; Indian Wars—Creeks, Seminoles, Modocs, Little Big Horn, Nez Perces, Bannocks; Mexican War—Palo Alto, Resaca de la Palma, Monterey, Vera Cruz, Cerro Gordo, Contreras, Molino del Rey, Chapultepec, Tamaulipas 1846; Civil War—Peninsula, Shiloh, Antietam, Fredericksburg, Murfreesboro, Chancellorsville, Gettysburg, Chickamauga, Chattanooga, Wilderness, Spotsylvania, Cold Harbor, Petersburg, Shenandoah, Nashville, Appomattox, Virginia 1861/1862/1863/1864/1865, Mississippi 1862; War With Spain—Santiago; Mexican Expedition—Mexico 1916–17; World War I; World War II—American Theater, Leyte, Ryukyus, Tunisia, Sicily, Naples-Foggia, Rome-Arno

## 17. 4TH FIELD ARTILLERY (4TH FA)
Design approved January 29, 1921.

The silver shield on which the Aztec symbol of a red sun is surmounted by a silver kris and a kampilan crossed together symbolize the campaign history of the organization. The crossed kris and kampilan are significant of the service of an element of the regiment in the Philippines. The Aztec symbol of the sun represents service with the Punitive Expedition into Mexico.

Motto: None

Campaigns: Mexican Expedition—Mexico 1916–17; World War II—Aleutic-Pacific Theater, Vietnam—Counteroffensive Phases II/III/IV/V/VI/VII, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970, Sanctuary Counteroffensive, Consolidation I

## 18. 5TH ARTILLERY (5TH ARTY)
Design approved February 24, 1960.

The five arrows represent the Indian Wars. The broken arrow commemorates the battle near Vincennes, Indiana on November 4, 1791, in which all officers and two thirds of the men were killed. The liberty bell is symbolic of the Revolutionary War and the Lorraine Cross represents World War I. The embattled partition lines symbolize the ramparts of Chapultepec. The pair of cannons representing the Civil War depicts the battle of New Market, May 15, 1864.

Motto: "FAITHFUL AND TRUE"

Campaigns: Civil War—Peninsula, Manassas, Antietam, Fredericksburg, Chancellorsville, Gettysburg, Spotsylvania, Cold Harbor, Petersburg, Shenandoah, Virginia 1862/1863/1864; Philippine Insurrection; World War I—Montdidier-Noyon,

Aisne-Marne, St. Mihiel, Meuse-Argonne, Lorraine 1917/1918, Picardy 1918; World War II—Algeria-French Morocco, Tunisia, Sicily, Naples-Foggia, Anzio, Rome-Arno, Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Korean War—Second Winter, Summer-Fall 1952, Third Winter, Summer 1953

## 19. 5TH ARTILLERY GROUP (5TH ARTY GP)
Design approved August 5, 1968.

The five points clear gold rays and point of the arrowhead represent the numerical designation of the group. The gold cannon signifies the first artillery group organized in the US Army. The arrowhead refers to the unit's decoration for participation in the invasion of Sicily during World War II and the tarquois denote two awards of the Korean Presidential Unit Citation for service in Korea.

Motto: "FIRST TO BATTLE"

Campaigns: World War II—Tunisia, Sicily, Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Korean War—UN Defensive, UN Offensive, CCF Intervention, Second Winter, Summer-Fall 1952, Third Winter, Summer 1953

## 20. 5TH FIELD ARTILLERY (5TH FA)
Design approved January 21, 1924.

The insignia is the crest of the Hamilton family—Alexander Hamilton being a former commander of one of the elements of the regiment.

Motto: "FAITHFUL AND TRUE"

Campaigns: Civil War—Manassas, Antietam, Chancellorsville, Gettysburg; World War I—Montdidier-Noyon, Aisne-Marne, St. Mihiel, Meuse-Argonne, Lorraine 1917/1918, Picardy 1918; World War II—Algeria-French Morocco, Tunisia, Sicily, Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Vietnam—Defense, Counteroffensive Phases II/III/IV/V/VI, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970; Armed Forces Expeditions—Saudi Arabia, Kuwait

## 21. 6TH ARTILLERY (6TH ARTY)
Design approved May 15, 1959.

The rattlesnake represents service in the Mexican War and its six rattles indicate the numerical designation of the unit. The crossed sabers represent Civil War service in the Army of the Potomac. The star, taken from the banner of Katipunan, represents service in the Philippine Insurrection. The two fleurs-de-lis represent service in World War I and World War II.

Motto: "CELER ET AUDAX" (Swift And Bold)

Campaigns: Mexican War; Civil War—Peninsula, Manassas, Antietam, Fredericksburg, Chancellorsville, Gettysburg, Wilderness, Spotsylvania, Cold Harbor, Petersburg, Virginia 1863, Maryland 1863;



PLATE 12

CHS00017834

Winter-Spring 1970, Sanctuary Counteroffensive, Consolidation I & II, Cease-Fire

### 20. 42D FIELD ARTILLERY BRIGADE (42D FA BDE)

Design approved January 29, 1937.

The three piles represent the three battalions which were separated during the war. A fiend is the principal charge of all the arms of Alsace, Lorraine, and Champagne. The bend over the three piles symbolizes the unity of the three battalions. The green oorlefinch in the crest is taken from the shoulder sleeve insignia worn by the Railway Artillery Reserve in France, of which this regiment was a part.

Motto: "NOUS SOUTIENDRONS" (We Will Support)

Campaigns: World War I: Armed Forces Expeditions—Saudi Arabia, Kuwait

### 21 & 22. 45TH FIELD ARTILLERY BRIGADE (45TH FA)

Design approved 17, 1972.

The Indian appears on the seal of the state of Oklahoma and refers to the home of the unit.

Motto: "PRIDE, VALOR, EXCELLENCE"

Campaigns: World War II—European-African-Middle Eastern Theater; Korean War—Second Winter, Summer-Fall 1952, Third Winter, Summer 1953

### 23 & 24. 46TH ARTILLERY GROUP (46TH ARTY GP)

Design approved December 18, 1941.

Pelican is a medieval culverin or long cannon.

Motto: None

Campaigns: World War II—Rhineland, Central Europe

# PLATE 12

### 1 & 2. 47TH ARTILLERY BRIGADE (47TH ARTY BDE)

Design approved December 7, 1967.

The unit's athletic teams bear the name of "Tigers" and its letters represent responsibilities and objectives of this brigade.

Motto: "WE SHALL DEFEND"

Campaigns: World War II—Normandy, Northern France

### 3. 49TH FIELD ARTILLERY (49TH FA)

Design approved June 12, 1924.

The five gold fleurs-de-lis represent service in five campaigns of World War I in France. The chief is blue and indicates infantry service in the Philippines. The gold sun is adapted from the shoulder sleeve insignia of the 41st Division and represents Far Eastern service. The embattled yellow parting line refers to the cavalry assignment of the unit and the old fighting record. The motto has been the battle cry of this Wyoming unit from its earliest days through three wars.

Motto: "POWDER RIVER"

Campaigns: War With Spain—Manila; Philippine Insurrection—Manila, Malolos, Luzon 1899; World War I—Champagne-Marne, Aisne-Marne, St. Mihiel, Meuse-Argonne, Champagne 1918; World War II—Bismarck Archipelago, New Guinea, Luzon; Korean War—First UN Counteroffensive, CCF Spring Offensive, Second Winter, Summer-Fall 1952, Third Winter, Summer 1953

### 4. 52D ARTILLERY GROUP (52D ARTY GP)

Design approved April 18, 1923.

The insignia is the crest of the coat of arms of the 52d Coast Artillery Regiment of which this group is a direct descendent. The disc is red with a gold border for artillery. A locomotive with 52 on the number plate shows the function of the regiment as railroad artillery.

Motto: None

Campaigns: None

### 5. 54TH ARTILLERY GROUP (54TH ARTY GP)

Design approved November 14, 1968.

The organization's performance in Vietnam is represented by the leafed gold stalk bent in a V-shape. Historic World War I campaign service in Europe is represented by the fleur-de-lis at the top. The black circular scroll refers to the mouth of a cannon. The gunners lanyard symbolizes the unit's motto and the artillery mission of the group.

Motto: "LANYARDS OF LIBERTY"

Campaigns: World War I—Champagne-Marne, St. Mihiel, Lorraine 1918, Alsace 1918, Champagne 1918; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe, Aleutian Islands, Northern Solomons, Eastern Mandates, Leyte, Ryukyus; Korean War—UN Defensive, UN Offensive, CCF Intervention, First UN Counteroffensive, CCF Spring Offensive, UN Summer-Fall Offensive, Second Winter, Summer-Fall 1952, Third Winter, Summer 1953

PLATE 12                    47

### 6. 56TH ARTILLERY GROUP (56TH ARTY GP)

Design approved December 7, 1967.

The cannon barrels symbolize the basic mission of the organization. The missile refers to the Pershing Missile and to the unique mission of the unit as a participant in the Army's first Nuclear Strike Force with missiles on constant alert.

Motto: "QUICK, RELIABLE, ACCURATE"

Campaigns: None

### 7. 56TH FIELD ARTILLERY (56TH FA)

Design approved April 7, 1972.

The trilobated cloud symbolizes participation in three campaigns during World War II. The crossed cannons with the Antwerp Tower represent two Belgian Army Order of the Day Citations, the Belgian Fourragere for action at Antwerp and for the defense of Antwerp Harbor. Red and green are the colors of the Belgian Fourragere. The Pershing Missile refers to the unique mission of the unit as a participant in the Army's first Nuclear Strike Force with missiles on constant alert.

Motto: "QUICK, RELIABLE, ACCURATE"

Campaigns: World War II—Northern France, Rhineland, Central Europe

### 8. 57TH FIELD ARTILLERY BRIGADE (57TH FA BDE)

Design approved December 14, 1979.

The combination of the five-pointed star and fleur-de-lis represents the unit's five campaign credits for World War I service. The three bezants (gold discs) refer to artillery supremacy and reflect the unit's mission. They also represent participation in three campaigns in the Pacific Theater during World War II. The colors blue, white, and red refer to the Philippine Presidential Unit Citation awarded the unit.

Motto: "IRON BRIGADE"

Campaigns: World War I—Aisne-Marne, Oise-Aisne, Meuse-Argonne, Alsace 1918, Champagne 1918; World War II—New Guinea, Leyte, Luzon

### 9. 72D FIELD ARTILLERY BRIGADE (72D FA BDE)

Design approved August 16, 1968.

The cannon and ramrods symbolize the basic mission of field artillery. The three gun stones and flames represent the three battle honors earned during World War I and World War II in Lorraine, Rhineland, and Central Europe.

Motto: "ON TIME ON TARGET"

Campaigns: World War I—Lorraine 1918; World War II—Rhineland, Central Europe

### 10. 73D FIELD ARTILLERY (73D FA)

Design approved March 17, 1943.

The gold lightning bolt is symbolic of the speed and power of the armored artillery.

Motto: None

Campaigns: World War II—Rhineland, Ardennes-Alsace, Central Europe

### 11. 75TH FIELD ARTILLERY (75TH FA)

Design approved August 8, 1940.

The gold lizard represents the origin of the Artillery in Alabama, once known as the Lizard State.

Motto: "PARATUS FACERE" (Prepared To Do)

Campaigns: World War II—Aleutian Islands, Po Valley; Korean War—Second Winter, Summer-Fall 1952, Third Winter, Summer 1953

### 12. 75TH FIELD ARTILLERY BRIGADE (75TH FA BDE)

Design approved October 20, 1969.

The cannon and lanyards refer to the basic mission of the unit and also represent vigilance, strength, and readiness. The white explosive charge with the red cannonball represents the unit's service in the Asiatic-Pacific Theater during World War II.

Motto: "TAUT LANYARDS"

Campaigns: World War II—Asiatic-Pacific Theater; Armed Forces Expeditions—Saudi Arabia, Kuwait

### 13. 76TH FIELD ARTILLERY (76TH FA)

Design approved February 19, 1924.

The regiment was organized in 1918 as the 18th Cavalry from personnel of the 2d Cavalry, changed to the 76th Field Artillery in the same year, and served in France in the 3d Division, the insignia of which forms the basis of the shield. The canton is orange, the color of the 2d Cavalry shield, and the charge thereon is the crest of the regiment.

Motto: "DUTY, THE SPIRIT OF '76"

Campaigns: World War I—Champagne-Marne, Aisne-Marne, St. Mihiel, Meuse-Argonne, Champagne 1918; World War II—Northern France, Rhineland, Ardennes-Alsace, Central Europe

### 14. 77TH FIELD ARTILLERY (77TH FA)

Design approved December 10, 1929.

The yellow dovetailed chief symbolizes the formation of the organization from cavalry. The cactus indicates service on the Mexican border. The five fleurs-de-lis signify the five major engagements in France in World War I as artillery.

Motto: "EN GARDE" (ON GUARD)

Campaigns: World War I—Aisne-Marne, St. Mihiel, Meuse-Argonne, Champagne 1918, Lorraine 1918; World War II—Sicily, Naples-Foggia, Anzio, Rome-Arno, Southern France, North Apennines, Rhineland, Ardennes-Alsace, Central Europe, Po Valley; Vietnam—Defense, Counteroffensive Phases II/III/IV/V/VI/VII, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970, Sanctuary Counteroffensive, Consolidation I & II

CHS00017835

48      PLATE 12

**15. 78TH FIELD ARTILLERY (78TH FA)**
Design approved April 20, 1928.

The gold billets are from the arms of Franche Comte. The 78th Field Artillery was organized in 1917 as the 20th Cavalry from personnel of the 13th Cavalry, and that regiment's badge is represented in the canton. The crest is the 6th Infantry Division shoulder sleeve insignia charged with the number of the regiment.

Motto: "SEMEL ET SIMUL" (At Once And Together)

Campaigns: World War I; World War II—Algeria-French Morocco, Sicily, Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe

**16. 79TH FIELD ARTILLERY (79TH FA)**
Design approved September 1, 1920.

The 21st Cavalry was organized in June 1917 from personnel of the 13th Cavalry (later designated the 13th Armor) and was converted to the 79th Field Artillery in November 1917. The original cavalry character is shown by the color of the field and the field artillery service by the red bend. On the canton is a device from the badge of the 13th Cavalry. The insignia in base is the shoulder sleeve insignia of the 7th Infantry Division with the colors reversed, surrounded by a green band. The armored horse's head represents cavalry and armor.

Motto: None

Campaigns: World War I; World War II—Naples-Foggia, Rome-Arno, North Apennines, Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Korean War—UN Defensive, UN Offensive, CCF Intervention, First UN Counteroffensive, CCF Spring Offensive, UN Summer-Fall Offensive, Second Winter, Summer-Fall 1952, Third Winter, Summer 1953; Vietnam—Counteroffensive Phase VII, Consolidation I & II, Cease-Fire

**17. 80TH FIELD ARTILLERY (80TH FA)**
Design approved November 14, 1932.

The dual character of the regiment is shown by the colors of the field: yellow for cavalry, red for artillery. World War I service is indicated by the fess which is based on the arms of ancient Brittany and Vannes where the unit served. The canton refers to the coat of arms of the 11th Cavalry, from which men were transferred to form the 22d Cavalry, predecessor of the present regiment.

Motto: None

Campaigns: World War I; World War II—New Guinea, Luzon

**18. 81ST FIELD ARTILLERY (81ST FA)**
Design approved March 19, 1942.

The 23d Cavalry was organized at Fort Oglethorpe, Georgia, by transfer of men from the 11th Cavalry

in June 1917. In November 1917 it was converted to field artillery, shown by the colors of the shield and wreath. The ermine canton shows service in Brittany in World War I. The black line within the canton's border is from the arms of the 11th Cavalry.

Motto: "LIBERTAS JUSTITIA HUMANITAS" (Liberty, Justice, Humanity)

Campaigns: World War I; World War II—Asiatic-Pacific Theater, Rhineland, Ardennes-Alsace, Central Europe

**19. 82D FIELD ARTILLERY (82D FA)**
Design approved February 4, 1921.

The Artillery was organized in 1917 as the 24th Cavalry from personnel of the 1st Cavalry, and the dragon on the canton is from the arms of the 1st Cavalry. The reversed chevron (azure, Mexico, of the Villistas during June 15–16, 1919. This is shown by the projectile on the wavy fess.

Motto: None

Campaigns: World War II—New Guinea, Bismarck Archipelago, Leyte, Luzon; Korean War—UN Defensive, UN Offensive, CCF Intervention, First UN Counteroffensive, CCF Spring Offensive, UN Summer-Fall Offensive, Second Winter, Vietnam—Defense, Counteroffensive Phases II/III/IV/V/VI, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970, Sanctuary Counteroffensive, Consolidation I & II, Cease-Fire; Armed Forces Expeditions—Saudi Arabia, Kuwait

**20. 83D FIELD ARTILLERY (83D FA)**
Design approved November 15 1923.

The blue chevron denotes the regiment's short period of service overseas during World War I. The Cheyenne warbonnet refers to the birthplace of the organization in Wyoming. The bear, from the crest of the state of California, commemorates service in the 8th Division at Camp Fremont, California. The canton represents the regiment's formation as the 25th Cavalry by transfer of men from the 1st Cavalry (formerly the 1st Regiment of Dragoons) in 1917.

Motto: "FLAGRANTE BELLO" (During Hostilities)

Campaigns: World War I; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Vietnam—Counteroffensive Phases II/III/IV/V/VI/VII, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970, Sanctuary Counteroffensive

**21. 84TH FIELD ARTILLERY (84TH FA)**
Design approved December 3, 1936.

The saltire is taken from the state flag of Alabama, the birthplace of the regiment. The winged spur signifies that the unit was formerly mounted.

Motto: "PERFORMANCE ABOVE ALL"

Campaigns: World War II—Algeria-French Morocco, Tunisia, Sicily, Normandy, Northern

PLATE 13      49

France, Rhineland, Ardennes-Alsace, Central Europe; Vietnam—Counteroffensive Phases II/III/ IV/VI, Tet & Tet/69 Counteroffensives, Summer-Fall 1969

**22. 86TH FIELD ARTILLERY (86TH FA)**
Design approved February 24, 1943.

The gold pile is representative of the entering wedge driven into enemy territory by the fire of the unit, which is illustrated by the small burst. The motto refers to the "brazen wall formed by artillery barrage," (i.e., curtain of fire).

Motto: "HIC MURUS AHENEUS" (This Is A Brazen Wall)

Campaigns: Civil War—Wilderness, Petersburg, Louisiana 1862/1863/1864, Texas 1863, Virginia 1861/1863, Gettysburg; World War I—Champagne-Marne, Aisne-Marne, Meuse-Argonne, Ile de France 1918, Lorraine 1918; World War II—New Guinea, Northern Solomons, Luzon

**23. 88TH ARTILLERY GROUP (88TH ARTY GP)**
Design approved June 6, 1969.

The winged arrow stands for the Group's mission of employment in the air defense of the US. The Indian

type of arrow and the fortified mounds, both by prehistoric Indians, both refer to the area in Ohio where the Group was activated in 1966. The colors scarlet and yellow (gold) are for artillery.

Motto: "FLEET AND FORCEFUL"

Campaigns: None

**24. 92D FIELD ARTILLERY (92D FA)**
Design approved June 20, 1942.

The raised fist symbolizes the armored attack of the organization.

Motto: "BRAVE CANNONS"

Campaigns: World War II—Sicily, Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Korean War—UN Defensive, UN Offensive, CCF Intervention, First UN Counteroffensive, CCF Spring Offensive, UN Summer-Fall Offensive, Second Winter, Summer-Fall 1952, Third Winter, Summer 1953; Vietnam—Counteroffensive Phases II/III/IV/V/VI/VII, Tet & Tet 69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970, Consolidation I; Armed Forces Expeditions—Saudi Arabia, Kuwait

# PLATE 13

**1. 94TH FIELD ARTILLERY (94TH FA)**
Design approved August 1, 1942.

The shield is divided into scarlet and yellow for artillery. The guisarme, a weapon used in ancient times to reach the enemy behind defensive positions, symbolizes operations.

Motto: "FLEXIBLE"

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Vietnam—Counteroffensive Phases II/III/ IV/V/VI/VII, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970, Sanctuary Counteroffensive, Consolidation I & II, Cease-Fire; Armed Forces Expeditions—Saudi Arabia, Kuwait

**2. 97TH ARTILLERY GROUP (97TH ARTY GP)**
Design approved July 28, 1952.

The partition of the shield "gyronny" symbolizes the place of activation and the home station, Hawaii, known as the crossroads of the Pacific. The mantlet is an honorable charge commemorating the central Pacific battle honor.

Motto: "HOOMAU I LUNA" (Always On Top)

Campaigns: World War II—Central Pacific, Leyte, Ryukyus

**3. 101ST FIELD ARTILLERY (101ST FA)**
Design approved March 29, 1962.

The four white stars refer to four battle stars awarded to the 180th and 221st Field Artillery Battalions for service in World War II. The four red stars represent four battle stars awarded the 101st Field Artillery Battalion for services in World War II. The crossed lances symbolize the National Lancers organized October 31, 1836, later to become the 110th Cavalry in the history of the 180th Field Artillery Battalion. The green fleur-de-lis commemorates service in World War I. The red mullet was the distinguishing symbol used by the 102d Machine-Gun Battalion. The crowned fleur-de-lis, taken from the coat of arms of Verdun, represents service of the 101st Field Artillery Regiment in World War I.

Motto: None

Campaigns: Revolutionary War; War of 1812; Civil War—Virginia 1861, North Carolina 1862/1863; World War I—Champagne 1918, Oise-Aisne; World War II—Asiatic-Pacific Theater

**4. 102D FIELD ARTILLERY (102D FA)**
Design approved March 21, 1935.

The blue chevron with the two gold sieges and the third gold chevronel represent overseas service. The three gold charges represent the three great

# PLATE 14



CHS00017837

# PLATE 14



The blue fess indicates Federal service in 1898. The charge in the chief of the shield is a modified form of the shoulder sleeve insignia of the 31st Division on two sides of the world. The fleur-de-lis indicates service in France.

PLATE 14    53

Motto: "VESTIGIA NULLA RETRORSUM" (There Is No Going Back)
Campaigns: World War I; World War II—New Guinea, Southern Philippines, Western Pacific, Aleutian Islands

# PLATE 14

**1. 117TH FIELD ARTILLERY (37TH FA)**
Design approved January 22, 1927.

The shield's yellow bordure shows that the regiment was originally cavalry and was dovetailed into artillery. The fleur-de-lis is for service in France.
Motto: "PARATI ARMIS" (Ready At The Guns)
Campaigns: Civil War-Confederate—Peninsula, Second Manassas, Sharpsburg, Fredericksburg, Murfreesboro, Chancellorsville, Gettysburg, Chickamauga, Preonburg, Appomattox, Virginia 1863/1864; World War I; World War II—Naples-Foggia, Rome-Arno, Southern France, Rhineland, Central Europe, New Guinea, Southern Philippines

**2. 118TH FIELD ARTILLERY BRIGADE (118TH FA BDE)**
Design approved June 5, 1929.

The boar's head with oak branches and acorns was adapted from the crest of the coat of arms of Sir James Oglethorpe, the founder of the colony (Georgia). The boar is symbolic of courage, ferocity in attack, and hospitality. The white and red of the wreath refer to the English origin of the first white settlement in the colony (State).
Motto: None

Campaigns: Revolutionary War—Georgia; War of 1812; Civil War-Confederate—Georgia 1863/1862, South Carolina 1862/1863, Atlanta, Florida 1864, North Carolina 1865; World War I; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe

**3. 119TH FIELD ARTILLERY (119TH FA)**
Design approved April 17, 1925.

First service under fire for this regiment occurred in the Toul Sector, represented by the cannon from the arms of Lorraine. The silver badge of the Second Division of the First Corps of the Spanish-American War is displayed in sinister chief. For a great many years the district around what is now El Paso, Texas, was known as Ponce de Leon's Ranch, named by a group of followers of that explorer who settled in the area. The lion issuant is taken from Ponce de Leon's crest, to represent service on the Mexican border at El Paso.

Motto: "VIAM PRAEPARAMUS" (We Prepare The Way)

Campaigns: World War I—Lorraine 1918, Alsace 1918, Aisne-Marne, Champagne 1918, Oise-Aisne, Meuse-Argonne; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe

**4. 120TH FIELD ARTILLERY (120TH FA)**
Design approved June 16, 1927.

The yellow and blue of the chevron and chevronel are the colors of the arms of service from which the organization was developed. The combination of red, blue, and yellow, from the colors of the Puerto Rican Occupation Medal ribbon indicating the service of Battery A in Puerto Rico. The fleurs-de-lis symbolize participation in five major engagements in France during World War I. The crest of a badger represents the Wisconsin Army National Guard.

Motto: "EAGER TO ASSIST"

Campaigns: War With Spain—Puerto Rico; World War I—Aisne-Marne, Oise-Aisne, Meuse-Argonne, Alsace 1918, Champagne 1918; World War II—New Guinea, Leyte, Luzon, Papua

**5. 121ST FIELD ARTILLERY (121ST FA)**
Design approved January 10, 1929.

The three divisions of the shield produced by the yellow in gold pale charged with a red arrow signify that the organization has been in Federal service three times and served as a part of the 32d Division during World War I. The six fleurs-de-lis represent six engagements in which the unit participated. The motto indicates that the unit included in its personnel many descendants of the members of the Iron Brigade of the Civil War.

Motto: "CATERVAE FERREAE" (Of The Brigade Of Iron)

Campaigns: World War I—Aisne-Marne, Oise-Aisne, Meuse-Argonne, Alsace 1918, Champagne 1918; World War II—Naples-Foggia, Rome-Arno, Normandy, Northern France, North Apennines, Po Valley, Ardennes-Alsace, Central Europe, New Guinea, Leyte, Luzon

CHS00017838

**6. 122D FIELD ARTILLERY (122D FA)**

Design approved July 23, 1924.

The regiment was originally the 1st Illinois Cavalry and was mustered into the Federal service for the Spanish War. The chief of the shield is yellow for cavalry edged with red which represents the colors of Spain. The Mexican border duty in 1916 is shown by the green cactus. In 1917, it became the 2d Illinois Artillery, represented by the red field of the shield. The three fleurs-de-lis represent service in three operations in France during World War I.

Motto: "PROMPTI ET PARATI" (Prepared And Willing)

Campaigns: World War I—Aisne-Marne, Oise-Argonne, Lorraine 1918; World War II—Normandy, Northern France, Central Europe, Ardennes-Alsace, Rhineland, New Guinea, Luzon

**7. 123D FIELD ARTILLERY (123D FA)**

Design approved March 30, 1928.

The blue chevron refers to the infantry origin and the ability with which the regiment always obtained its objective. The fleurs-de-lis symbolize three major engagements during World War I. The lamb is from the seal of Puerto Rico and signifies service there during the Spanish American War.

Motto: "PARATI ET VOLENTES" (Ready And Willing)

Campaigns: War With Spain—Puerto Rico; World War I—St. Mihiel, Meuse-Argonne, Lorraine 1918; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe, New Guinea, Luzon

**8. 125TH FIELD ARTILLERY (125TH FA)**

Design approved May 18, 1929.

The unit's service as infantry is shown by the sheathed Roman sword, from the Spanish War service medal, for the Spanish-American War; the Indian quiver for the Leach Lake Indian uprising; and the prickly pear cactus for the Mexican border. The chief and fleur-de-lis are for service as field artillery in France in World War I.

Motto: None

Campaigns: World War I; World War II—Rhineland, Central Europe, Southern France, Ardennes-Alsace, Tunisia, Naples-Foggia, Anzio, Rome-Arno, North Apennines, Po Valley

**9. 126TH FIELD ARTILLERY (126TH FA)**

Design approved January 30, 1923.

The yellow with scarlet shows the regiment's conversion into field artillery in World War I. The chevronels show the two chevrons of a year's overseas service. The ringed horse's head device is from the Light Horse Squadron, started in Milwaukee in 1880, where the unit had its origin.

Motto: "FOLLOW ME"

**10. 127TH FIELD ARTILLERY (127TH FA)**

Design approved July 22, 1927.

The shield is yellow for cavalry, with a green diminished bordure for Mexican border duty. The indented chief with fleurs-de-lis is for World War I, indented to represent the Defensive Sector, and the fleurs-de-lis for two major engagements. The blue is from the unofficial flag of Kansas.

Motto: "VIA VI" (A Way By Force)

Campaigns: World War I—Meuse-Argonne, Alsace 1918, Lorraine 1918; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe

**11. 128TH FIELD ARTILLERY (128TH FA)**

Design approved September 24, 1929.

The castle from the Spanish Campaign medal is for service in Puerto Rico in the War with Spain. The cactus and fleurs-de-lis are for Mexican border service and France, respectively. The flounches divide the shield in three parts for the important periods of the unit's history.

Motto: "SHOW ME"

Campaigns: War With Spain—Puerto Rico; World War I—Meuse-Argonne, Alsace 1918, Lorraine 1918; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe, Aleutian Islands

**12. 129TH FIELD ARTILLERY (129TH FA)**

Design approved August 28, 1952.

The prickly pear cactus is for the unit's Mexican border service. The fleurs-de-lis are for three battle honors awarded for service in World War I.

Motto: "SEND YOUR MISSION"

Campaigns: World War I—Meuse-Argonne, Alsace 1918, Lorraine 1918; World War II—Normandy, Northern France, Ardennes-Alsace, Rhineland, Central Europe, Aleutian Islands

**13. 130TH FIELD ARTILLERY (130TH FA)**

Design approved January 9, 1929.

The gold bend is for service in Lorraine. The embattling in chief represents the capture of Vauquois Hill. The three fleurs-de-lis symbolize the regiment's battle honors of that war. The rattlesnake is for service on the Mexican border.

Motto: "SEMPER PARVO MELIORES" (Always A Little Better)

Campaigns: World War I—Meuse-Argonne, Alsace 1918, Lorraine 1918; World War II—Aleutian

Campaigns: World War I—Aisne-Marne, Oise-Aisne, Meuse-Argonne, Alsace 1918, Champagne 1918; World War II—New Guinea, Leyte, Luzon, Naples-Foggia, Rome-Arno, North Apennines, Po Valley, Bismarck Archipelago, East Indies, Papua, Southern Philippines

Islands, Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe

**14. 130TH FIELD ARTILLERY BRIGADE (130TH FA BDE)**

Design approved December 18, 1969.

The fleur-de-lis refers to France and the quadrants symbolize the unit's participation in three campaigns. The sunflower, official flower of Kansas, represents the home of the unit.

Motto: "REDLEGS"

Campaigns: World War I—Alsace, Lorraine, Meuse-Argonne

**15. 131ST FIELD ARTILLERY (131ST FA)**

Design approved May 29, 1928.

The fleur-de-lis is for service in France in World War I. The diminished bordure indicates that this unit was one of the younger members of its family.

Motto: "WE PLAY THE GAME"

Campaigns: World War I—Meuse-Argonne; World War II—Naples-Foggia, Anzio, Rome-Arno, Southern France, Ardennes-Alsace, Rhineland, Central Europe, East Indies

**16. 132D FIELD ARTILLERY (132D FA)**

Design approved June 20, 1928.

The bend wavy is for Mexican border service along the Rio Grande River. Yellow indicates that this unit is descended from cavalry and that it was cavalry during its Mexican border service. The palm tree is for service in the Spanish-American War and the fleur-de-lis for World War I.

Motto: "FIANT ROTAE ROTARE" (Let The Wheels Keep Rolling)

Campaigns: War With Spain; World War I

**17. 133D FIELD ARTILLERY (133D FA)**

Design approved May 24, 1937.

The blue bend, from the Dallas family coat of arms, is for the descent of the unit from the Dallas Artillery Company, earlier known as the Queen City Guards. The sombrero is symbolic of Mexican border service, the fleur-de-lis for France.

Motto: "DUM SPIRAMUS TUEBIMUR" (While We Breathe We Shall Defend)

Campaigns: World War I—Meuse-Argonne; World War II—Naples-Foggia, Anzio, Rome-Arno, Southern France, Rhineland, Ardennes-Alsace, Central Europe, India-Burma, Central Burma

**18. 135TH ARTILLERY (135TH ARTY)**

Design approved January 2, 1934.

The blue saltire is for Civil War service in the Union Army. The ailerons are from the arms of Lorraine and are for World War I service.

Motto: "OMNIA POSSIBILIA" (All Things Possible)

PLATE 14          55

Campaigns: Civil War—Shiloh, Valley, Manassas, Fredericksburg, Murfreesboro, Chancellorsville, Gettysburg, Chickamauga, Chattanooga, Atlanta, Franklin, Nashville, Kentucky 1862, Tennessee 1862/1863/1864, Georgia 1864, Mississippi 1862, Virginia 1862; World War I—Lorraine 1918; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe, Northern Solomons, Luzon

**19. 135TH FIELD ARTILLERY BRIGADE (135TH FA BDE)**

Design approved August 31, 1971.

The grizzly bears, from the seal of Missouri, refer to the unit's home. The cannon represents the basic mission of artillery. The laurel branches in base, the cannon, and the alert bears with the gunner's implements are symbolic of the unit's motto.

Motto: "VICTORY WITH FIREPOWER"

Campaigns: World War I—Meuse-Argonne, Alsace 1918, Lorraine 1918

**20. 136TH FIELD ARTILLERY (136TH FA)**

Design approved August 19, 1941.

The powder charge and the rammer are from the 155mm howitzer.

Motto: "PUSH ON"

Campaigns: World War I—Meuse-Argonne, Ypres-Lys, Lorraine 1918; Northern Solomons, Luzon, Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe, New Guinea

**21. 137TH FIELD ARTILLERY (137TH ARTY)**

Design approved June 19, 1952.

The kris represents World War II service in the Philippines. The hari-kiri knife symbolizes service in the Ryukyus during World War II.

Motto: "VALENS ET VOLENS" (Able And Willing)

Campaigns: World War II—Eastern Mandates, Western Pacific, Leyte, Ryukyus, India-Burma

**22. 138TH FIELD ARTILLERY (138TH FA)**

Design approved August 4, 1934.

The mullets represent four wars the unit participated in: Mexican, Civil, Spanish, and World War I. The blue of the chief is symbolic of the unit's history as infantry. The cardinal is for Kentucky.

Motto: "ARMA PARATO FERO" (I Carry Arms In Readiness)

Campaigns: Mexican War—Monterey; Civil War—Union—Shiloh, Murfreesboro, Chickamauga, Chattanooga, Atlanta; Civil War-Confederate—Shiloh, Murfreesboro, Kentucky 1861/1862/1863/1864, Tennessee 1861/1862/1863/1864/1865, Ohio Raid 1863, Carolinas 1865; War With Spain—Puerto Rico; World War I; World War II—New Guinea, Leyte, Luzon, Ryukyus, Rhineland, Ardennes-

Alsace, Central Europe, Bismarck Archipelago; Vietnam—Counteroffensive Phases IV/V/VI, Tet/69 Counteroffensive, Summer-Fall 1969

### 23. 138TH FIELD ARTILLERY BRIGADE (138TH FA BDE)

Design approved June 8, 1971.

The gunner's quadrant and cannon are symbolic of control and direction. The blue grass is for Kentucky's Lexington area, the unit's home.

Motto: "READY IN PEACE AND WAR"

Campaigns: None

### 24. 139TH FIELD ARTILLERY (139TH FA)

Design approved March 29, 1978

The embattlements refer to World War I service. The invected pile simulates a cyclone, the sobriquet for the 38th Infantry Division to which the unit was assigned. The palms represent service in the Asiatic-Pacifc Theater in World War II. The arrow represents the assault landing on Luzon. Blue, white, and red refer to the Philippine Presidential Unit Citation.

Motto: "ARMA PACIS FULCRA" (Arms Are The Supporters Of Peace)

Campaigns: World War I; World War II—New Guinea, Leyte, Luzon

# PLATE 15

### 1. 139TH FIELD ARTILLERY (OBSOLETE) (139TH FA (OBS))

Design approved February 2, 1924.

The maltese cross represents the Puerto Rican campaign of 1898. The original name of the island was San Juan, so called in honor of the Knight of St. John, whose device was the maltese cross. The cactus represents the Mexican border service of 1916. The crest is a lion holding in its paw a laurel branch which represents the Indiana National Guard.

Motto: "ARMA PACIS FULCRA" (Arms In Support Of Peace)

Campaigns: World War I; World War II—New Guinea, Leyte, Luzon

### 2. 140TH FIELD ARTILLERY (140TH FA)

Design approved February 27, 1943.

Gold and black are colors of the Tank Destroyer Forces. The functions of the organization are illustrated by the fabled heraldic panther with disjointed head, symbolizing the destruction wrought by the organization to all opposition. The flames of fire denote the zeal by which the personnel performs its duties.

Motto: "IGNE ET FERRIS VICIMUS" (We Conquer By Fire And Swords)

Campaigns: World War II—Bismarck Atchipelago, Luzon, Southern Philippines; Korean War—First UN Counteroffensive, CCF Spring Offensive, UN Summer-Fall Offensive, Second Winter, Summer-Fall 1952, Third Winter, Summer 1953

### 3. 142D FIELD ARTILLERY (142D FA)

Design approved March 9, 1972.

The gunstone is symbolic of a missile. The fleur-de-lis represents the unit's service in France during World War I. The pile simulates an arrowhead and with the fleur-de-lis represents the organization's assault landing in Southern France during World War II. Six gunstones symbolize the unit's participation in six campaigns in Europe during World War II. The taeguk refers to the first UN counteroffensive campaign in the Korean War. The lozenge simulates a diamond and refers to Arkansas.

Motto: "TRY TO STOP US"

Campaigns: World War I; World War II—Naples-Foggia, Rome-Arno, Southern France, North Apennines, Rhineland, Central Europe, Po Valley; Korean War—First UN Counteroffensive, CCF Spring Offensive, UN Summer-Fall Offensive, Second Winter, Summer-Fall 1952, Third Winter, Summer 1953; Armed Forces Expeditions—Kuwait

### 4. 141ST FIELD ARTILLERY (141ST FA)

Design approved October 29, 1938.

The tiger's face is as depicted on the standard carried by the unit through the Mexican War in 1846.

Motto: "TRY US"

Campaigns: Mexican War; Civil War-Confederate—First Manassas, Peninsula, Shiloh, Second Manassas, Sharpsburg, Fredericksburg, Murfreesboro, Chancellorsville, Gettysburg, Chickamauga, Wilderness, Spotsylvania, Petersburg, Appomattox; World War I; World War II—Naples-Foggia, Anzio, Rome-Arno, Southern France, North Apennines, Rhineland, Ardennes-Alsace, Central Europe, Algeria-French Morocco, Tunisia, Sicily, Po Valley, Normandy, Northern France

### 5. 142D FIELD ARTILLERY BRIGADE (142D FA BDE)

Design approved December 2, 1971.

The gold fleur-de-lis on the left indicates the unit's campaign participation in World War II. The Florentine fleur-de-lis on the right indicates World War II campaign honors which were all in Italy. The blue diamond from the crest for units of the Arkansas

56 PLATE 14

Alsace, Central Europe, Bismarck Archipelago, Vietnam—Counteroffensive Phases IV/V/VI, Tet/ 69 Counteroffensive, Summer-Fall 1969

## 23. 138TH FIELD ARTILLERY BRIGADE (138TH FA BDE)

Design approved June 8, 1971.

The gunner's quadrant and cannon are symbolic of control and direction. The blue grass is for Kentucky's Lexington area, the unit's home.

Motto: "READY IN PEACE AND WAR"

Campaigns: None

## 24. 139TH FIELD ARTILLERY (139TH FA)

Design approved March 29, 1938.

The embattlements refer to World War I service. The inverted pile simulates a cyclone, the sobriquet for the 38th Infantry Division to which the unit was assigned. The palms represent service in the Asiatic-Pacific Theater in World War II. The arrow represents the assault landing on Luzon. Blue, white, and red refer to the Philippine Presidential Unit Citation.

Motto: "ARMA PACIS FULCRA" (Arms Are The Supporters Of Peace)

Campaigns: World War I; World War II—New Guinea, Leyte, Luzon

# PLATE 15

## 1. 139TH FIELD ARTILLERY (OBSOLETE) (139TH FA (OBS))

Design approved February 2, 1924.

The maltese cross represents the Puerto Rican campaign of 1898. The original name of the island was San Juan, so called in honor of the Knight of St. John, whose device was the maltese cross. The cactus represents the Mexican border service of 1916. The crest is a lion holding in its paw a laurel branch which represents the Indiana National Guard.

Motto: "ARMA PACIS FULCRA" (Arms In Support Of Peace)

Campaigns: World War I; World War II—New Guinea, Leyte, Luzon

## 2. 140TH FIELD ARTILLERY (140TH FA)

Design approved February 27, 1943.

Gold and black are colors of the Tank Destroyer Forces. The functions of the organization are illustrated by the fabled heraldic panther with disjointed head, symbolizing the destruction wrought by the organization in all opposition. The flames of fire denote the zeal by which the personnel performs its duties.

Motto: "IGNE ET FERRIS VICIMUS" (We Conquer By Fire And Swords)

Campaigns: World War II—Bismarck Archipelago, Luzon, Southern Philippines; Korean War—First UN Counteroffensive, CCF Spring Offensive, UN Summer-Fall Offensive, Second Winter, Summer-Fall 1952, Third Winter, Summer 1953

## 3. 142D FIELD ARTILLERY (142D FA)

Design approved March 9, 1972.

The gunstone is symbolic of a missile. The fleur-de-lis represents the unit's service in France during World War I. The pile simulates an arrowhead and with the fleur-de-lis represents the organization's assault landing in Southern France during World War II. Six gunstones symbolize the unit's participation in six campaigns in Europe during World War II. The torqué refers to the first UN counteroffensive campaign in the Korean War. The lozenge simulates a diamond and refers to Arkansas.

Motto: "TRY TO STOP US"

Campaigns: World War I; World War II—Naples-Foggia, Rome-Arno, Southern France, North Apennines, Rhineland, Central Europe, Po Valley; Korean War—First UN Counteroffensive, CCF Spring Offensive, UN Summer-Fall Offensive, Second Winter, Summer-Fall 1952, Third Winter, Summer 1953; Armed Forces Expedition—Kuwait

## 4. 141ST FIELD ARTILLERY (141ST FA)

Design approved October 29, 1938.

The tiger's face is as depicted on the standard carried by the unit through the Mexican War in 1846.

Motto: "TRY US"

Campaigns: Mexican War; Civil War-Confederate—First Manassas, Peninsula, Shiloh, Second Manassas, Sharpsburg, Fredericksburg, Murfreesboro, Chancellorsville, Gettysburg, Chickamauga, Wilderness, Spotsylvania, Petersburg, Appomattox; World War I; World War II—Naples-Foggia, Anzio, Rome-Arno, Southern France, North Apennines, Rhineland, Ardennes-Alsace, Central Europe, Algeria-French Morocco, Tunisia, Sicily, Po Valley, Normandy, Northern France

## 5. 142D FIELD ARTILLERY BRIGADE (142D FA BDE)

Design approved December 2, 1971.

The gold fleur-de-lis on the left indicates the unit's campaign participation in World War I. The Florentine fleur-de-lis on the right indicates World War II campaign honors which were all in Italy. The blue diamond from the crest for units of the Arkansas

PLATE 16





# PLATE 16



---

## PLATE 16

59

The Gila monster, indigenous to the state of Arizona, is emblematic of tenacity and security. The unit's predecessor, 158th Infantry, is indicated by the color blue. It is also symbolic of loyalty and faith. The motto is a warning to those who oppose the organization and a caution to those who belong to it.

Motto: "CUIDADO" (Take Care)

Campaigns: World War II—American Theater, New Guinea, Luzon

### 21. 156TH FIELD ARTILLERY (156TH FA)

Design approved April 23, 1936.

The blue half of the shield indicates the service of the organization as infantry. The turn-leaf represents Spanish-American War service in Hawaii, and the fleur-de-lis for World War I service in France. The other half of the shield is red for artillery. The red cross of St. George and the blue saltire in the canton represent the Revolutionary War and Civil War services of the earlier component units.

Motto: "SEMPER PROCEDAMUS" (Ever Onward)

Campaigns: Revolutionary War—New York 1776/1777; Civil War—Manassas, Antietam, Fredericksburg, Chancellorsville, Gettysburg, Wilderness, Spotsylvania, Cold Harbor, Petersburg, Appomattox, Maryland 1862/1863, Virginia; World War I—St. Mihiel, Aisne-Marne, Oise-Aisne, Meuse-Argonne; Northern France, Rhineland, Ardennes-Alsace, Central Europe

### 22. 157TH FIELD ARTILLERY (157TH FA)

Design approved June 12, 1924.

Spanish-American War service is represented by the sea-lion of the Philippines. The embattled parting line represents the city of Manila. The two wigwams represent the old Indian service in the frontier days.

Motto: "EAGER FOR DUTY"

Campaigns: War With Spain—Manila; Philippine Insurrection—Manila, Luzon 1899; World War I—

Champagne 1918, Champagne-Marne, Aisne-Marne, St. Mihiel, Meuse-Argonne; World War II—Sicily, Naples-Foggia, Anzio, Rome-Arno, Southern France, Rhineland, Ardennes-Alsace, Central Europe, New Guinea, Luzon, Central Pacific, Leyte, Southern Philippines

### 23. 157TH FIELD ARTILLERY GROUP (157TH FA GP)

Design approved September 11, 1970.

The battery of cannon barrels represent field artillery and conjoined to the plumb line augments the unit's motto. The blue scroll emulates wavy water and refers to the lakes and waters of Michigan, the unit's home state. The quadrant simulates a land mass above water and refers to the Aleutian Island campaign in which the unit participated during World War II. It also simulates an A and refers to both artillery and the Aleutian Islands.

Motto: "MIGHT ON THE LINE"

Campaigns: World War II—Aleutian Islands

### 24. 158TH FIELD ARTILLERY (158TH FA)

Design approved January 14, 1952.

The broad arrow, a large missile thrown by machine, was an early version of artillery. The three broad arrowheads represent the recognition awarded the organization for service in Sicily, Naples, and Southern France. The green wedge symbolizes service in mountainous Italy and the fleur-de-lis for service in France and Central Europe during World War II. The crest of an Indian's head with war bonnet stands for the regiments and separate battalions of the Oklahoma National Guard.

Motto: "UNUSUAL EFFORTS EXPENDED"

Campaigns: World War II—Sicily, Naples-Foggia, Anzio, Rome-Arno, Southern France, Rhineland, Ardennes-Alsace, Central Europe, Northern France; Korean War—Second Winter, Summer-Fall 1952, Third Winter, Summer 1953; Armed Forces Expeditions—Kuwait

---

## PLATE 16

### 1. 160TH FIELD ARTILLERY (160TH FA)

Design approved March 30, 1927.

The line is for the Red River, the projectile for artillery fire, and the bezant in the base for hits made by the former 160th Artillery Regiment. The crest of an Indian's head is for the Oklahoma National Guard.

Motto: "TOUJOURS EN AVANT" (Always Forward)

Campaigns: World War II—Sicily, Naples-Foggia, Anzio, Rome-Arno, Southern France, Rhineland,

Ardennes-Alsace, Central Europe; Korean War—Second Winter, Summer-Fall 1952, Third Winter, Summer 1953

### 2. 161ST FIELD ARTILLERY (161ST FA)

Design approved May 16, 1928.

The shield colors show this unit was originally infantry, as do the gold charges in the chief on the blue field. The cactus is for Mexican border duty and the fleur-de-lis for France in World War I.

Motto: "FAIRE SANS DIRE" (To Do Without Saying)

CHS00017842

Campaigns: World War I—Meuse-Argonne, Alsace 1918, Lorraine 1918; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe

### 3. 162D FIELD ARTILLERY (162D FA)

Design approved October 19, 1951.

The machetes, carried in World War II, are associated with the military history of the country. The flaming grenade, traditional insignia of the Spanish artillery, was used by the "milicias disciplinadas" in Puerto Rico in 1763, a prototype of this unit.

Motto: "HASTA EL CABO" (Up To The Hilt)

Campaigns: World War II—American Theater, Central Europe

### 4. 163D FIELD ARTILLERY (163D FA)

Design approved October 18, 1978.

The sunburst symbolizes the unit's Philippine Presidential Unit Citation and refers to the World War II campaigns. The blue area suggested by the state flag of Indiana represents its many lakes and streams. The arrow symbolizes the Indian heritage of the state, and the unit's mission of field artillery. The heraldic saltire refers to Indiana's motto, the "Crossroads of America."

Motto: "ARMS FOR SUPPORT"

Campaigns: World War II—New Guinea, Leyte, Luzon

### 5. 166TH FIELD ARTILLERY (166TH FA)

Design approved May 9, 1940.

The shield is red and yellow showing the unit's assignment to the 22d Cavalry Division. The canton with the saltire is for the descent from infantry through the two oldest units, organized in 1858.

Motto: "FIRE FOR EFFECT"

Campaigns: Civil War—Virginia 1863; War With Spain—Puerto Rico; World War I—Oise-Aisne, Meuse-Argonne, Ypres-Lys, Champagne 1918, Lorraine 1918; World War II—Naples-Foggia, Anzio, Rome-Arno, Southern France, Rhineland, Ardennes-Alsace, Central Europe

### 6. 168TH FIELD ARTILLERY (168TH FA)

Design approved September 17, 1969.

The blue area with the fleurs-de-lis symbolize the predecessor unit's two Presidential Unit Citations received by parts of the regiment at St. Lo and Bastogne in World War II. The vertical pallets simulate gun barrels.

Motto: "ENFORCERS OF DEMOCRACY"

Campaigns: World War II—Aleutian Islands, Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe

### 7. 169TH FIELD ARTILLERY BRIGADE (169TH FA BDE)

Design approved May 13, 1971.

The arrowheads symbolize the unit's three assault landings in World War II. The fleur-de-lis with the green disc refers to the fields of Europe and the Anzio, Rome-Arno, Rhineland, Ardennes-Alsace, and Central Europe campaigns. Green, white, and red are national colors of Italy and symbolize the unit's award of the French Croix-de-Guerre with Palm for combat service in Italy in World War II. The three mountain peaks refer to the unit's historical background as infantry in World War I, later as cavalry, and then artillery. The light blue sky and the Rocky Mountains represent the unit's home at Denver, Colorado. The wavy blue bars represent the lakes and rivers of the area.

Motto: "LENTI SUMUS" (We Are Flexible)

Campaigns: World War I; World War II—Sicily, Naples-Foggia, Anzio, Rome-Arno, Southern France, Rhineland, Ardennes-Alsace, Central Europe

### 8. 170TH ARTILLERY (170TH ARTY)

Design approved December 5, 1966.

The triangle and bar represent a deflection fan and bar chart used by artillery. The Lorraine cross is blue to show infantry origins and refers to service in Europe.

Motto: "LOCATE FIRE DESTROY"

Campaigns: World War I—Aisne-Marne, Oise-Aisne, Meuse-Argonne; World War II—Rhineland, Central Europe

### 9. 171ST FIELD ARTILLERY (171ST FA)

Design approved May 10, 1972.

The arrows symbolize the unit's three assault landings in World War II. The arrows with the buckskin shield also symbolize Oklahoma's Indian heritage. The sunburst design refers to the unit's mission to provide general target acquisition, survey, and meteorological support to the artillery. The stylized rays symbolize sixteen battle honors of some elements of the unit. The fleur-de-lis is for service in Europe in World War II and the taeguk for the Korean War. The crest of an Indian's head represents the Oklahoma Army National Guard.

Motto: "EYES OF THE ARTILLERY"

Campaigns: World War II—Sicily, Naples-Foggia, Anzio, Rome-Arno, Southern France, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Korean War—Second Winter, Summer-Fall 1952, Third Winter, Summer 1953

### 10. 172D FIELD ARTILLERY (172D FA)

Design approved August 3, 1936.

The saltire is for Civil War service, the giant cactus for Mexican border service, and the fleur-de-lis for service in World War I. These symbols are on a canton to show the duty performed by Battery A, the nucleus of this unit.

Motto: "LOAD WITH CANISTER"

Campaigns: Civil War—Bull Run, Peninsula, Manassas, Antietam, Fredericksburg, Chancellorsville, Gettysburg, Cold Harbor, Petersburg, Appomattox, Maryland 1861, Virginia 1862/1863/1864, Florida 1862, South Carolina 1861/1862/1863/1864, North Carolina 1864/1865, Mississippi River, Louisiana 1863/1864, Mississippi 1864/1865; World War I—Lorraine 1918; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe, New Guinea, Leyte, Luzon; Vietnam—Counteroffensive Phases IV/V/VII, Tet/69 Counteroffensive, Summer-Fall 1969

### 11. 175TH FIELD ARTILLERY (175TH FA)

Design approved November 7, 1942.

The saltire indicates Civil War service, the arrows for the Leech Lake Indian uprising in Minnesota, and the cactus for Mexican border service. The rainbow is for the 42d Division and World War I service, and the fleur-de-lis for service in France.

Motto: "ANIMUS VALET" (Courage Prevails)

Campaigns: Civil War; World War I—Lorraine 1918, Champagne 1918, Champagne-Marne, Aisne-Marne, St. Mihiel, Meuse-Argonne; World War II—Algeria-French Morocco, Tunisia, Naples-Foggia, Anzio, Rome-Arno, North Apennines, Po Valley

### 12. 178TH FIELD ARTILLERY (178TH FA)

Design approved June 18, 1941.

The term "fox," employed by the unit in its field communications, is symbolic of the pride in the unit's ability to move long distances on schedule.

Motto: "TRUE AND TRIED"

Campaigns: World War I—Champagne-Marne, Aisne-Marne, St. Mihiel, Meuse-Argonne, Champagne 1918, Lorraine 1918; World War II—Tunisia, Sicily, Naples-Foggia, Rome-Arno, North Apennines, Po Valley

### 13. 179TH ARTILLERY (179TH ARTY)

Design approved August 24, 1940.

The blue shield represents infantry and is divided with red to show the present assignment as artillery. The saltire is for Confederate service, the cactus for Mexican border service, and the 31st Division shoulder sleeve insignia for service in that division in World War I. The motto was from the Gate City Guards, the oldest existent company of the 179th Field Artillery.

Motto: "IN BELLO PACEQUE PRIMUS" (First In War And Peace)

Campaigns: World War I; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe

### 14. 180TH FIELD ARTILLERY (180TH FA)

Design approved December 2, 1954.

The three arrows from the badge of the former 158th Field Artillery Regiment show the unit's historic association and the European campaign

PLATE 16     61

honors awarded in World War II. The star is from the Arizona state flag and shows the unit's origin.

Motto: "VENCER" (To Conquer)

Campaigns: World War II—Northern France, Rhineland, Central Europe, New Guinea, Bismarck Archipelago, Luzon

### 15. 181ST FIELD ARTILLERY (181ST FA)

Design approved May 31, 1939.

The cactus is for Mexican border duty. The lions are from the arms of Flanders, Picardy, and Belgium and represent the Flanders, Somme Offensive, and Ypres-Lys campaigns.

Motto: "HIT 'EM FIRST"

Campaigns: World War I—Somme Offensive, Ypres-Lys, Flanders 1918; World War II—New Guinea, Luzon, Southern Philippines, Northern Solomons; Armed Forces Expeditions—Kuwait

### 16. 182D FIELD ARTILLERY (182D FA)

Design approved June 26, 1930.

The background of the shield is from the coat of arms of Count Pontchartrain, the Minister of Marines in France when Detroit was founded. The black fess across the shield is from the coat of arms of Cadillac, the founder of the city of Detroit, who was sent here by Count Pontchartrain.

Motto: "MIGHT IF RIGHT"

Campaigns: World War II—Normandy, Northern France, Ardennes-Alsace, Rhineland, Central Europe, Aleutian Islands

### 17. 184TH ARTILLERY (184TH ARTY)

Design approved December 21, 1962.

The blue is for the infantry part of the unit, descended from the 8th Infantry. The broken horizontal line is for the 370th Infantry of the 93d Division. The black disc with the blue helmet is the shoulder sleeve insignia of the 93d Division. The gold fleurs-de-lis are from the arms of Ile de France (for Oise-Aisne action). The gold wavy bands are for two World War II honors. The wavy line represents water and the Rhine River.

Motto: "HONOR COURAGE VIGILANCE"

Campaigns: World War I—Lorraine, Oise-Aisne; World War II—Rhineland, Central Europe

### 18. 185TH FIELD ARTILLERY (185TH FA)

Design approved April 14, 1925.

The shield is white for the old 54th Iowa Infantry. The gold pale with the red edges is for the 128th Field Artillery. The cactus represents Mexican border service and the insignia of the 34th Division for service overseas during World War I.

Motto: "REDOUTABLE ET FOUGUEUX" (Formidable And Fiery)

Campaigns: World War I; World War II—Tunisia, Naples-Foggia, Anzio, Rome-Arno, North Apennines, Ardennes-Alsace, Central Europe, Po Valley

CHS00017843

62                                          PLATE 16

**19. 186TH ARTILLERY (186TH ARTY)**

Design approved December 31, 1962.

The apple with the 2 refers to the old 2d Infantry Regiment, the parent unit, known as the Appleknockers. The descent from the 105th Infantry Regiment through the 186th Armored Field Artillery Battalion is depicted by elements from their coats of arms (sword, prickly pear cactus, and fleur-de-lis) and blue and white for infantry. Three campaign awards for Pacific area service in World War II are shown by wavy bars.

Motto: "AD OMNI PARATI" (Ready For All Things)

Campaigns: World War I—Somme Offensive, Ypres-Lys, Flanders, Aisne-Marne, Oise-Aisne, Meuse-Argonne; World War II—Central Pacific, Western Pacific, Ryukyus, Bismarck Archipelago, Leyte, Luzon, Southern Philippines, Normandy, Northern France, Rhineland, Central Europe

**20. 187TH FIELD ARTILLERY (187TH FA)**

Design approved May 25, 1925.

Blue and white are for the old 14th Infantry, New York. The bugle was the infantry insignia in the Civil War. The fleur-de-lis is for France.

Motto: "BAPTIZED BY FIRE"

Campaigns: Civil War—Bull Run, Manassas, Antietam, Fredericksburg, Chancellorsville, Gettysburg, Wilderness, Spotsylvania, Virginia 1861/1862/1863; World War I—Meuse-Argonne, Lorraine 1918; World War II—Central Pacific, Western Pacific, Ryukyus, Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Korean War—First Counteroffensive, CCF Spring Offensive, Summer-Fall Offensive, Second Winter, Summer-Fall 1952, Third Winter, Summer 1953

**21. 189TH FIELD ARTILLERY (189TH FA)**

Design approved December 22, 1925.

The bend is for Federal recognition. The octagon is for the Eighth Corps. The crest of an Indian's head symbolizes the Oklahoma National Guard.

Motto: "HONORIS CUSTOS" (The Guardian Of Honor)

Campaigns: World War II—Sicily, Naples-Foggia, Anzio, Rome-Arno, Southern France, Normandy,

Northern France, Rhineland, Ardennes-Alsace, Central Europe; Korean War—Second Winter, Summer-Fall 1952, Third Winter, Summer 1953

**22. 192D FIELD ARTILLERY (192D FA)**

Design approved March 25, 1927.

The shield is white, the color of old facings for infantry. The cross is for Revolutionary War service, the fleur-de-lis on the red chief for service as artillery in France in World War I.

Motto: "SKILL AND FORCE"

Campaigns: Revolutionary War—Saratoga, New York 1776/1777, Connecticut 1777/1778/1779/1780/1781, Rhode Island 1778; Civil War—Bull Run, Chancellorsville, Gettysburg, Mississippi River, Petersburg, Georgia 1862, South Carolina 1862/1863/1864, Florida 1864, North Carolina 1865; World War I—Oise-Aisne, Meuse-Argonne, Champagne 1918; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe, East Indies, Papua, Guadalcanal, Northern Solomons, New Guinea, Bismarck Archipelago, Leyte, Luzon

**23. 194TH FIELD ARTILLERY (194TH FA)**

Design approved October 13, 1954.

The flame-like partition line indicates the firepower of the unit's artillery. The pellets depict cannonballs and symbolize readiness.

Motto: "WHEN READY"

Campaigns: None

**24. 196TH FIELD ARTILLERY BRIGADE (196TH FA BDE)**

Design approved April 2, 1974.

The hickory tree refers to Andrew Jackson's nickname, Old Hickory, and to Tennessee. The arrows on the silhouette refer to Lookout Mountain and the Indian heritage of Chattanooga where the unit was originally organized. The blue disc with white stars was suggested by the state flag of Tennessee. The three stars with scarlet arrows refer to firepower and battle honors of World War II.

Motto: "HARD AS HICKORY"

Campaigns: World War II—Northern France, Rhineland, Central Europe

# PLATE 17

**1. 197TH FIELD ARTILLERY BRIGADE (197TH FA BDE)**

Design approved August 9, 1971.

The quadrant, an early artillery aiming device, is suggested by the four quadrants formed by the saltire. The nine stars from the state flag of New

Hampshire indicate the home of the organization. The saltire represents Civil War service and the fleurs-de-lis for service in Europe during World War I and World War II. The Luzon campaign is symbolized by the Philippine demi-sun. The colors blue, white, and red represent the Philippine

PLATE 16

**19. 186TH ARTILLERY (186TH ARTY)**

Design approved December 31, 1962.

The apple with the 2 orifices to the old 2d Infantry Regiment, the parent unit, known as the Appleknockers. The descent from the 119th Infantry Regiment through the 186th Armored Field Artillery Battalion is depicted by elements from their coats of arms (sword, prickly pear cactus, and fleur-de-lis) and blue and white for infantry. Three campaign awards for Pacific area service in World War II are shown by wavy bars.

Motto: "AD OMNI PARATT" (Ready For All Things)

Campaigns: World War I—Somme Offensive, Ypres-Lys, Flanders, Aisne-Marne, Oise-Aisne, Meuse-Argonne; World War II—Central Pacific, Western Pacific, Ryukyus, Bismarck Archipelago, Leyte, Luzon, Southern Philippines, Normandy, Northern France, Rhineland, Central Europe

**20. 187TH FIELD ARTILLERY (187TH FA)**

Design approved May 25, 1925.

Blue and white are for the old 14th Infantry, New York. The bugle was the infantry insignia in the Civil War. The fleur-de-lis is for France.

Motto: "BAPTIZED BY FIRE"

Campaigns: Civil War—Bull Run, Manassas, Antietam, Fredericksburg, Chancellorsville, Gettysburg, Wilderness, Spotsylvania, Virginia 1861/1862/1863; World War I—Meuse-Argonne, Lorraine 1918; World War II—Central Pacific, Western Pacific, Ryukyus, Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Korean War—First Counteroffensive, CCF Spring Offensive, Summer-Fall Offensive, Second Winter, Summer-Fall 1952, Third Winter, Summer 1953

**21. 189TH FIELD ARTILLERY (189TH FA)**

Design approved December 22, 1925.

The hemlet is for Federal recognition. The octagon is for the Eighth Corps. The crest of an Indian's head symbolizes the Oklahoma National Guard.

Motto: "HONORIS CUSTOS" (The Guardian Of Honor)

Campaigns: World War II—Sicily, Naples-Foggia, Anzio, Rome-Arno, Southern France, Normandy,

Northern France, Rhineland, Ardennes-Alsace, Central Europe; Korean War—Second Winter, Summer-Fall 1952, Third Winter, Summer 1953

**22. 192D FIELD ARTILLERY (192D FA)**

Design approved March 25, 1927.

The shield is white, the color of old facings for infantry. The cross is for Revolutionary War service, the fleur-de-lis on the red chief for service as artillery in France in World War I.

Motto: "SKILL AND FORCE"

Campaigns: Revolutionary War—Saratoga, New York 1776/1777, Connecticut 1777/1778/1779/1780/1781, Rhode Island 1778; Civil War—Bull Run, Chancellorsville, Gettysburg, Mississippi River, Petersburg, Georgia 1863, South Carolina 1862/1863/1864, Florida 1864, North Carolina 1865; World War I—Oise-Aisne, Meuse-Argonne, Champagne 1918; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe, East Indies, Papua, Guadalcanal, Northern Solomons, New Guinea, Bismarck Archipelago, Leyte, Luzon

**23. 194TH FIELD ARTILLERY (194TH FA)**

Design approved October 13, 1954.

The flame-like partition line indicates the firepower of the unit's artillery. The pellets depict cannonballs and symbolize readiness.

Motto: "WHEN READY"

Campaigns: None

**24. 196TH FIELD ARTILLERY BRIGADE (196TH FA BDE)**

Design approved April 2, 1974.

The hickory tree refers to Andrew Jackson's nickname, Old Hickory, and to Tennessee. The arrows on the silhouette refer to Lookout Mountain and the Indian heritage of Chattanooga where the unit was originally organized. The blue disc with white stars was suggested by the state flag of Tennessee. The three stars with scarlet arrows refer to firepower and battle honors of World War II.

Motto: "HARD AS HICKORY"

Campaigns: World War II—Northern France, Rhineland, Central Europe

# PLATE 17

**1. 197TH FIELD ARTILLERY BRIGADE (197TH FA BDE)**

Design approved August 9, 1971.

The quadrant, an early artillery aiming device, is suggested by the four quadrants formed by the saltire. The nine stars from the state flag of New

Hampshire indicate the home of the organization. The saltire represents Civil War service and the fleur-de-lis for service in Europe during World War I and World War II. The Luzon campaign is symbolized by the Philippine demi-sun. The colors blue, white, and red represent the Philippine



PLATE 67

CHS00017845



PLATE 67

PLATE 68

226

# PLATE 67

**1. 28TH COMBAT SUPPORT HOSPITAL**
**(28TH CSH)**

Design approved March 5, 1970.

The cross, symbol of aid and assistance, indicates the mission of the Hospital. The Chinese dragon symbolizes the organization's service in the China Defensive Campaign in World War II.

Motto: "SERVICE THROUGH MOBILITY"

Campaigns: World War II—China Defensive; Armed Forces Expeditions—Panama, Saudi Arabia, Kuwait

**2. 28TH GENERAL HOSPITAL**
**(28TH GEN HOSP)**

Design approved November 12, 1969.

The fleur-de-lis is for service in France during World War I and World War II. The two rings of cable represent the Hospital battle honors for the Northern France and Rhineland campaigns and symbolize the Hospital's continuous medical achievements and its mission as a life line to victory. The area quartered white and scarlet and bearing a cross coun.charged was suggested by the flag of Maryland, the 28th General Hospital being located at Fort George G. Meade, Maryland.

Motto: None

Campaigns: World War I; World War II—Northern France, Rhineland

**3. 30TH FIELD HOSPITAL (30TH FLD HOSP)**

Design approved August 6, 1969.

The cross, a symbol of aid and assistance, indicates the mission of the Hospital. Taken from the coat of arms of Rome, the capital of Italy, the cross patee commemorates the unit's three campaigns in that country during World War II. The Althea blossom, the national flower of Korea, is a symbol of healing and of hope. It stands for the service for which the Hospital was awarded the Republic of Korea Presidential Unit Citation and the Meritorious Unit Commendation streamers.

Motto: "IN TIME OF NEED"

Campaigns: World War II—Naples-Foggia, Rome-Arno, North Apennines; Korean War—CCF Intervention, First UN Counteroffensive, CCF Spring Offensive, UN Summer-Fall Offensive

**4. 30TH HOSPITAL CENTER (30TH HOSP CTR)**

Design approved November 8, 1979.

Blue refers to the location of the unit at Ft. Sheridan, Illinois, on Lake Michigan. For service in the Pacific Theater the unit was awarded the Philippine Presidential Unit Citation, shown by the combination of blue, white, and red (crimson) reflecting the colors of the ribbon. The cross, a traditional medical symbol, is divided equally between scarlet and maroon, for mercy and mission.

Motto: "TO LEAD AND MANAGE"

Campaigns: World War II—Luzon

**5. 31ST COMBAT SUPPORT HOSPITAL**
**(31ST CSH)**

Design approved May 16, 1969.

The five-rayed star symbolizes health and wisdom and refers to King Solomon's seal, symbolizing the unit's service in the Northern Solomons. The Philippine sun refers to the Philippine Presidential Unit Citation awarded to the unit in World War II.

Motto: "RIGHTFULLY PROUD"

Campaigns: World War II—Northern Solomons, Leyte; Armed Forces Expeditions—Saudi Arabia, Kuwait

**6. 31ST FIELD HOSPITAL (31ST FLD HOSP)**

Design approved November 19, 1969.

The cross, an emblem of aid and assistance, indicates the mission of the unit. The blue and white wavy band represents the Pacific Ocean over which the unit traveled and served in World War II and the Vietnam conflict. The roundels with escallop shells represent islands. They are three in number to symbolize three campaigns in World War II. The shell is also a symbol of life and protection.

Motto: "SERVICE COMPASSION SKILL"

Campaigns: World War II—Eastern Mandates, Western Pacific, Ryukyus

**7. 32D COMBAT SUPPORT HOSPITAL**
**(32D CSH)**

Design approved October 13, 1969.

The red cross, symbol of aid and assistance, indicates the mission of the unit. The white sun with twelve rays is from the flag of Nationalist China. It was used on the World War II shoulder sleeve insignia for the China, Burma, and India Theater, and refers to participation in the China Defensive campaign. In addition, the sun which sustains life, stands for light or knowledge, energy, and healing.

Motto: "SURGICAL CARE MOBILITY"

Campaigns: World War II—China Defensive

**8. 33D FIELD HOSPITAL (33D FLD HOSP)**

Design approved April 23, 1970.

The cross, a symbol of aid and assistance, shows the mission of the Hospital. Green, white, and red refer to Italy where the Hospital served in five campaigns of World War II, represented by the stars, and two assault landings, indicated by the maroon arrowheads. The wavy section of the scroll in base simulating water and the indented edge of

PLATE 67    227

green at the top suggesting mountains allude to wartime service starting with the amphibious landing in the Naples-Foggia campaign and ending with campaigns in North Apennines and Po Valley. The scarlet scroll also refers to the streamer for the Meritorious Unit Commendation.

Motto: "TO HEALTH AND COUNTRY"

Campaigns: World War II—Naples-Foggia, Anzio, Rome-Arno, North Apennines, Po Valley

**9. 34TH GENERAL HOSPITAL**
**(34TH GEN HOSP)**

Design approved March 8, 1971

The cross, a symbol for aid and assistance, refers to the basic mission of the Hospital. The fleur-de-lis represents service in France in World War I and the heraldic rose from the arms of Southampton, England, refers to service there in World War II.

Motto: None

Campaigns: World War I; World War II—European-African-Middle Eastern Theater

**10. 35TH SURGICAL HOSPITAL**
**(35TH SURG HOSP)**

Design approved May 10, 1935.

The saltire is from the Florida flag. The key alludes to Miami, the headquarters, and the Florida Keys. The cross refers to the unit's mission.

Motto: "PRO ARMIS" (In Support Of Arms)

Campaigns: None

**11. 36TH EVACUATION HOSPITAL**
**(36TH EVAC HOSP)**

Design approved November 18, 1968.

The winged staff over the three obstacles alludes to the mobile and evacuation capabilities of the unit in Vietnam and participation in three campaigns in World War II. The rising sun, with the red cross, an emblem of hospital units, symbolizes the Philippine Presidential Unit Citation. The palm branches stand for the unit's life-sustaining achievements. The three mountains and six sunrays refer to the numerical designation.

Motto: None

Campaigns: World War II—New Guinea, Leyte, Luzon; Vietnam—Counteroffensive Phases II/III/IV/V/VI, Tet & Tet/69 Counteroffensives, Summer-Fall 1969

**12. 41ST COMBAT SUPPORT HOSPITAL**
**(41ST CSH)**

Design approved April 23, 1970.

The unit's honors in World War II are commemorated by the eight-rayed sun for the Philippine Presidential Unit Citation, suggested by the Philippine Presidential coat of arms, and the wavy blue band on each side for the Asiatic-Pacific campaign. The unit's surgical mission is depicted by a fleam and the resuscitative medical treatment is indicated by the staff of Aesculapius. The lightning flashes refer to the swift, effective treatment provided by the Hospital to prepare the critically injured and ill patients for extended evacuation. The X of the flashes, L of the lancet, and I of the staff are the Roman numerals for 41, the unit's numerical designation.

Motto: "WE MUST EXCEL"

Campaigns: World War II—Western Pacific, Leyte; Armed Forces Expeditions—Saudi Arabia, Kuwait

**13. 42D FIELD HOSPITAL (42D FLD HOSP)**

Design approved December 30, 1968.

The cross represents this unit which played a vital role in the Normandy invasion and throughout the rest of World War II in Europe. The arrowheads are for the five battle honors for Normandy, Northern France, Rhineland, Ardennes-Alsace, and Central Europe. The gold border of embattlements refer to Fort Knox, Kentucky, the unit's headquarters and location of the Federal gold vault.

Motto: "ALWAYS THE BEST"

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe

**14. 43D SURGICAL HOSPITAL**
**(43D SURG HOSP)**

Design approved January 15, 1970.

Service in India and Burma is symbolized by the Asoka wheel from the Indian national flag and the Burmese lion from the seal of Burma. The tanguk alludes to service in Korea. The cross, symbolic of assistance, and the billet, an heraldic symbol for a building or quarters, represent the unit.

Motto: "BEST CARE ANYWHERE"

Campaigns: World War II—India-Burma; Korean War—Third Winter, Summer 1953

**15. 44TH EVACUATION HOSPITAL**
**(44TH EVAC HOSP)**

Design approved September 17, 1969.

The fleur-de-lis represents initial combat service in Normandy. The white disc refers to the circular Indian shield on the Oklahoma flag. The cross indicates the mission of the Hospital. The serpent, a symbol of wisdom and life renewal, around the staff is the traditional emblem of physicians. The design of the serpent is an Indian version in reference to the unit's home area and activation at Oklahoma City. The lozenge represents the eye of a Medicine Man that denotes wisdom and watchfulness. The motto is the nickname of Oklahoma.

Motto: "SOONER"

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Armed Forces Expeditions—Saudi Arabia, Kuwait

CHS00017847

### 16. 44TH GENERAL HOSPITAL (44TH GEN HOSP)

Design approved November 19, 1970.

Service in World War II, for which the unit received the Meritorious Unit Commendation, is represented by the scarlet scroll . The Philippine Presidential Unit Citation is indicated by the eight-rayed sun from the Philippine Presidential flag. The New Guinea war club and Philippine bolo refer to the two Asiatic-Pacific campaign honors. The gold oblong with fleur-de-lis denotes World War II service in France; the oblong being suggested by the gold heraldic billets in the coat of arms of the Department of Nievere where the unit served. The cross, for assistance, and the sun rays, for healing, refer to the unit's mission.

Motto: None

Campaigns: World War I; World War II—New Guinea, Leyte

### 17. 44TH SURGICAL HOSPITAL (44TH SURG HOSP)

Design approved January 21, 1970.

The cross, representing the Hospital's function, is white for the importance of cleanliness and antiseptics used in surgery. The blue wheel at top is from the flag of India and is for service in India-Burma. Two Korean War campaign credits are represented by the Korean temple with the red and blue, referring to the Korean flag, and the gold laurel sprigs alluding to an award of the Meritorious Unit Commendation for service in Korea.

Motto: "TO AID THE FALLEN"

Campaigns: World War I; World War II—India-Burma; Korean War—Third Winter, Summer 1953

### 18. 45TH FIELD HOSPITAL (45TH FLD HOSP)

Design approved March 13, 1969.

The fleurs-de-lis symbolize five World War II battle honors. The five-pointed star refers to the unit's activation at Camp Bowie, Texas in 1943. The cross, a symbol of assistance, represents the unit's mission. Green, a color of health, from the flag of Italy, denotes service at Leghorn, Italy.

Motto: None

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe

### 19. 45TH STATION HOSPITAL (45TH STA HOSP)

Design approved May 26, 1971.

The cross, a symbol of aid and assistance, represents the Hospital. The three stars symbolize the mission of action, perfection, and completeness in health care. The three stars, from the coat of arms of George Washington, represent the state of Washington and the unit's original activation at Fort Lewis in 1942. The diamond shape is a symbol of life and, with the maple leaf, refers to the service in Canada during 1942 and 1943.

Motto: "MEDICAL SUPPORT"

Campaigns: None

### 20. 45TH SURGICAL HOSPITAL (45TH SURG HOSP)

Design approved September 3, 1969.

The Burmese griffin, from the seal of Burma, refers to the Hospital's service there in World War II. Service in Korea is indicated by the taeguk and, with the two fleams, represent two campaigns in Korea. The cross, a symbol of aid and assistance, with the fleams, symbolize the basic mission of the Surgical Hospital. The palm symbolizes long life and the oak leaves strength and bravery.

Motto: None

Campaigns: World War II—India-Burma; Korean War—Third Winter, Summer 1953; Vietnam—Counteroffensive Phases II/III/IV/V/VI/VII, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970, Sanctuary Counteroffensive

### 21. 46TH COMBAT SUPPORT HOSPITAL (46TH CSH)

Design approved June 6, 1969.

The white tower is for the Taj Mahal and represents service in India. The Meritorious Unit Citation, embroidered Korea, is represented by the taeguk, a symbol of South Korea. Combat service in Burma is represented by the star. The rayed background stands for hope and healing offered by the Hospital in the Far East (China). The red cross shows the Hospital's mission.

Motto: "RESUSCITATE AND CONSERVE"

Campaigns: World War II—India-Burma; Korean War—Third Winter, Summer 1953; Armed Forces Expeditions—Saudi Arabia, Kuwait

### 22. 47TH SUPPORT HOSPITAL (47TH CSH)

Design approved April 2, 1969.

Evergreens are reminiscent of Fort Lewis, Washington, where the post is located within sight of Mt. Rainier, represented by the white peak at center. The sun is symbolic of life and the sword for surgery in defense of life, suggesting the motto.

Motto: "DEDICATED TO LIFE"

Campaigns: World War II—China Defensive; Korean War—Third Winter, Summer 1953; Armed Forces Expeditions—Saudi Arabia, Kuwait

### 23. 47TH FIELD HOSPITAL (47TH FLD HOSP)

Design approved May 21, 1970.

The disc with cross and fleurs-de-lis refers to service in the European Theater. The Greek cross is identified with medical services and gold signifies honor; together they refer to the motto. The circle of rays connote the healing power of light.

Motto: "TO SERVE WITH HONOR"

PLATE 68      229

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Armed Forces Expeditions—Saudi Arabia, Kuwait

### 24. 47TH GENERAL HOSPITAL (47TH GEN HOSP)

Design approved June 24, 1937.

# PLATE 68

### 1. 50TH GENERAL HOSPITAL (50TH GEN HOSP)

Design approved December 8, 1969.

Evergreen trees are symbolic of life and health and refer to Washington, the Evergreen State, the unit's home. The fir trees also stand for service in three campaigns in France and the Rhineland in World War II for which the unit received the Meritorious Unit award. The Hospital is represented by the white cushion which aids in medical care, comfort, and aid. Service in World War I and World War II in France is shown by the fleur-de-lis. Green, symbolic of life and health, is the color of the ancient academic gown of medicine.

Motto: "COMFORT AND AID"

Campaigns: World War I; World War II—Normandy, Northern France; Rhineland; Armed Forces Expeditions—Saudi Arabia, Kuwait

### 2. 55TH SURGICAL HOSPITAL (55TH SURG HOSP)

Design approved July 16, 1969.

The ship and fleur-de-lis, from the arms of Paris, France, refer to initial organization of the Hospital in that city in 1918 and to its participation in World War I. The Philippine sun commemorates the World War II action for which the unit was awarded the Philippine Presidential Unit Citation. The arrowhead refers to the Hospital's assault landing on Luzon for which it was awarded the Distinguished Unit Citation, represented by the blue of the streamer. The V shape of the arrowhead shows the unit's numerical designation.

Motto: "WITH PRIDE WE SUPPORT"

Campaigns: World War I—Meuse-Argonne; World War II—Papua, New Guinea, Leyte, Luzon

### 3. 56TH GENERAL HOSPITAL (56TH GEN HOSP)

Design approved January 15, 1942.

The cross formed by the square with chamfered corners, represents the unit's medical mission. The unit was originally organized at Camp Green-leaf, Georgia, in 1918, with initial service in France in World War I, shown by the fleur-de-lis.

Motto: None

The cross represents the mission of the Hospital. The rays between the arms of the cross indicate the allocation of the unit to California. The fleur-de-lis represents service in France in World War I.

Motto: "DEO ET HUMANITAS" (God And Humanity)

Campaigns: World War II—New Guinea

Campaigns: World War I: World War II—Normandy, Northern France, Rhineland

### 4. 56TH STATION HOSPITAL (56TH STA HOSP)

Design approved July 5, 1978.

The cross refers to the mission of the Hospital. The Egyptian ankh, an ancient symbol of life, refers to the service in that country during World War II and the serpents are attributes of Aesculapius.

Motto: "DEDICATED TO HUMANITY"

Campaigns: World War II—European-African-Middle Eastern Theater

### 5. 64TH FIELD HOSPITAL (64TH FLD HOSP)

Design approved November 25, 1969.

The cross refers to the mission of the Hospital. The taeguk, from the Korean flag, with the eight rays, represents eight campaign credits, the stars symbolizing the four decorations awarded the unit. The area divided by the lower half of the cross and forming two indented segments refers to the Rhineland and Central Europe campaigns.

Motto: "RENDER AID WHERE NEEDED"

Campaigns: World War II—Rhineland, Central Europe; Korean War—UN Offensive, CCF Intervention, CCF Spring Offensive, UN Summer-Fall Offensive, Second Winter, Summer-Fall 1952, Third Winter, Summer 1953

### 6. 67TH EVACUATION HOSPITAL (67TH EVAC HOSP)

Design approved December 10, 1968.

The cross refers to the mission of the Hospital. The five fleurs-de-lis signify campaign honors for service in France and Central Europe. The scarlet scroll refers to the Meritorious Unit Commendation. The crossed swords (for the combat zone) behind the cross, signify the mission to provide care to all patients within the combat zone.

Motto: "MIHI PORTATE VULNERATOS" (Bring Us Your Wounded)

Campaigns: World War I; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Vietnam—Counteroffensive Phases II/III/IV/V/VI/VII.

CHS00017848

Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970, Sanctuary Counteroffensive, Consolidation I & II, Cease-Fire

**7. 71ST EVACUATION HOSPITAL (71ST EVAC HOSP)**

Design approved August 23, 1969.

The sea lion with sword from the Philippine Presidential coat of arms represents service in World War II and the Philippine Presidential Unit Citation. Campaign honors for Luzon and New Guinea, Asiatic Pacific Theater, World War II, are represented by the fgaret (Luzon) spear, carried for protection against evil spirits, and the New Guinea club. The bamboo together with the central green heptagon denotes the unit's assignment in the Central Highlands of Vietnam known as Montagnard country. The cross with the lightning flash refers to the unit's swift action in performing emergency hospitalization services within the combat zone and provision for evacuation of wounded.

Motto: "TO SERVE WITH PRIDE"

Campaigns: World War II—New Guinea, Luzon; Vietnam—Counteroffensive Phases II/III/IV/V/VI/VII, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970, Sanctuary Counteroffensive

**8. 73D COMBAT SUPPORT HOSPITAL (73D CSH)**

Design approved August 3, 1972.

The cross and the annulet, simulating a wheel, indicates the unit's mobility. The surgical specialty is indicated by the stylized medieval surgeon's instruments at either side of the annulet and the gold rays from the center refer to the sun as the source of life and health.

Motto: None

Campaigns: None

**9. 73D FIELD HOSPITAL (73D FLD HOSP)**

Design approved July 20, 1971.

The cross on the green background represents the Hospital, green being the color of the medieval academic gowns for medicine. The wings refer to the Army Medical Department insignia of branch and the wavy bars to the Pacific where the unit participated in the Leyte campaign. The sun symbolizes the Philippine Presidential Unit Citation.

Motto: "STRIVING TO SERVE"

Campaigns: World War II—Leyte

**10. 74TH FIELD HOSPITAL (74TH FLD HOSP)**

Design approved June 5, 1969.

The torii gate represents service in World War II in the Ryukyus Islands. The cross indicates the unit's mission and the cloverleaf denotes renewed health and good fortune. Green was the color of the medieval academic gowns for physicians and also relates to herbs used in making medicine.

Motto: "DUTY TO SERVE"

Campaigns: World War II—Leyte

**11. 75TH FIELD HOSPITAL (75TH FLD HOSP)**

Design approved March 18, 1971

The fountain, a symbol of healing and continued renewal, the chevron, for accomplishment, and the cross, for aid, simulate the unit. The pointed foot symbolizes the temporary setting up, dismantling, and relocation of the field as required. The chevron simulates an A in reference to Alabama and the oak leaves represent Tuscaloosa, the City of Oaks, the unit's location. The oak leaves also refer to the Roman practice of awarding an oak leaf crown to one who saved a soldier's life.

Motto: None

Campaigns: World War II—Ryukyus

**12. 82D FIELD HOSPITAL (82D FLD HOSP)**

Design approved April 28, 1970.

The cross refers to the Hospital. The award for service in the Ryukyus is indicated by the white triangle and wavy bars which refer to Operation Iceberg, the invasion of Okinawa, the largest island in the Ryukyus. The gold triangles also represent the difficult mountainous terrain with resulting high casualties requiring hospitalization and treatment. The gold refers to the agricultural wealth of Nebraska where the Hospital is located.

Motto: "AID AND COMFORT"

Campaigns: World War II—Ryukyus

**13. 85TH COMBAT SUPPORT HOSPITAL (85TH CSH)**

Design approved June 3, 1974.

A red cross and crossed swords denote military power; together they represent the mission of the unit. The fleury refers to the unit's participation in the Central Europe campaign in World War II. Red and gold refer to Vietnam where the unit participated in fifteen campaigns. The award of four Meritorious Unit Commendations and one Vietnamese Civil Action Honor Medal are symbolized by the separate arms of the cross and the red and green.

Motto: "FOR SOLDIERS' LIVES"

Campaigns: World War II—Central Europe; Vietnam—Defense, Counteroffensive Phases II/III/IV/V/VI/VII, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970, Sanctuary Counteroffensive, Consolidation I & II

**14. 86TH EVACUATION HOSPITAL (86TH EVAC HOSP)**

Design approved July 2, 1970.

The stylized Japanese shelter with the openings of light and bearing a red Greek cross symbolizes the care, hope, and knowledge offered by the Hospital while stationed overseas at Osaka, Japan. The red annulet circling the gold rays refer to the collecting and evacuating capabilities of the Hospital.

Motto: "ACHIEVEMENT IS OUR GOAL"

Campaigns: World War II—Asiatic-Pacific Theater; Armed Forces Expeditions—Saudi Arabia, Kuwait

**15. 91ST EVACUATION HOSPITAL (91ST EVAC HOSP)**

Design approved September 20, 1941.

The fleur-de-lis represents service in France in World War I and in the Meuse-Argonne offensive. The striped pole is the ancient symbol of the surgeon and the number of stripes produces the numerical designation of the organization.

Motto: "AID TO THE WOUNDED"

Campaigns: World War I— Meuse-Argonne; World War II—Sicily, Normandy, Northern France, Rhineland, Central Europe; Vietnam—Counteroffensive Phases II/III/IV/V/VI/VII, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970, Sanctuary Counteroffensive, Consolidation I

**16. 92D FIELD HOSPITAL (92D FLD HOSP)**

Design approved April 19, 1973.

The cross botonny from the Maryland state flag refers to the present home of the unit. The cross is also the traditional symbol used for aid and assistance and represents the unit's mission. The barong, a heavy sheath knife used by natives of the Philippines, together with the palm fronds, symbolizes service in Luzon in World War II; the combined blue, white, and red refer to the Philippine Presidential Unit Citation awarded during that period.

Motto: "HELP TO HEAL"

Campaigns: World War II—Luzon

**17. 93D EVACUATION HOSPITAL (93D EVAC HOSP)**

Design approved March 3, 1942.

The cross represents the mission of the unit. The snakes are a symbol of Aesculapius and represent eight campaigns of World War II. The pomegranate is a symbol of medicine and plenty.

Motto: "FIDEL ET FIDUCIA" (With Faith And Confidence)

Campaigns: World War II—Sicily, Naples-Foggia, Anzio, Rome-Arno, Southern France, Rhineland, Ardennes-Alsace, Central Europe; Vietnam—Defense, Counteroffensive Phases II/III/IV/V/VI/VII, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970, Sanctuary Counteroffensive; Armed Forces Expeditions—Saudi Arabia, Kuwait

**18. 94TH GENERAL HOSPITAL (94TH GEN HOSP)**

Design approved October 5, 1971.

The gold disc with the fleur-de-lis symbolizes the World War II campaigns. The Greek cross represents the mission of the Hospital. The cross of St.

George is used to represent the unit's station in England in World War II. The blue field with single white star refers to Texas where the unit was originally activated and is currently located.

Motto: "AID COMFORT HEAL"

Campaigns: World War II—European-African-Middle Eastern Theater

**19. 95TH EVACUATION HOSPITAL (95TH EVAC HOSP)**

Design approved August 1, 1969.

Service in the European Theater in World War II, for which the Hospital was awarded the Meritorious Unit Commendation, is shown by the laurel wreath. The spearheads refer to three assault landings in World War II and the bamboo stalk to service in Vietnam. The cross indicates the unit's mission.

Motto: "WE CARE FOR ALL"

Campaigns: World War II—Naples-Foggia, Anzio, Rome-Arno, Southern France, Rhineland, Ardennes-Alsace, Central Europe; Vietnam—Counteroffensive Phases IV/V/VI/VII, Tet & Tet/69 Counteroffensives, Summer-Fall 1969, Winter-Spring 1970, Sanctuary Counteroffensive, Consolidation I & II, Cease-Fire

**20. 97TH GENERAL HOSPITAL (97TH GEN HOSP)**

Design approved October 6, 1969.

The fleur-de-lis is for the Meritorious Unit Commendation, European Theater, World War II. The serpent, a symbol of healing, signifies medical treatment and the fleam denotes the surgical mission of the Hospital. Additionally, the serpent looped over the fleam is for the winding of bandages over wounds. The rays refer to the light of knowledge provided by observation and studies in the treatment of patients with complicated diseases. The shape of the serpent simulating a 9 together with the fleam indicates the Hospital's numerical designation.

Motto: "WE CARE FOR THE BEST"

Campaigns: World War II—European-African-Middle Eastern Theater

**21. 98TH GENERAL HOSPITAL (98TH GEN HOSP)**

Design approved January 23, 1970.

The cross represents the Hospital's mission. The castle towers and oak leaves refer to the unit's location in Newbury, Berkshire County, England, in World War II. The seal of Newbury has a three-towered castle and Berkshire County is a wooded county with trees on its seal. Gold represents vitality and perfection and green denotes health and life.

Motto: "PRIDE IN PERFECT CARE"

Campaigns: World War II—European-African-Middle Eastern Theater

## 22. 99TH COMBAT SUPPORT HOSPITAL (99TH CSH)

Design approved February 8, 1974.

The cross refers to the mission and motto. The triangle simulates an island and alludes to New Guinea and the Philippines. The red denotes the Meritorious Unit Commendation award for Mindanao and the sun refers to the Philippine Presidential Unit Citation for the Philippine liberation.

Motto: "AID AND ASSIST"

Campaigns: World War II—New Guinea, Southern Philippines

## 23. 99TH FIELD HOSPITAL (99TH FLD HOSP)

Design approved June 15, 1970.

The equilateral triangle refers to the ability of the unit to function as one unit or three separate units.

The heraldic rose of Lancaster symbolizes the location of the unit at Lancaster, Pennsylvania. The Greek cross is a symbol of assistance, while the gold sun-rays allude to health and healing.

Motto: "SAVE AND SUPPORT"

Campaigns: None

## 24. 100TH STATION HOSPITAL (100TH STA HOSP)

Design approved July 22, 1971.

The cross refers to the mission of the unit. The charkha, the wheel emblem of India, represents service there in World War II and the cross botonny refers to Maryland, home of the organization.

Motto: None

Campaigns: World War II—Asiatic-Pacific Theater

# PLATE 69

## 1. 106TH GENERAL HOSPITAL (106TH GEN HOSP)

Design approved February 4, 1969.

The cross potent is an ancient symbol of aid which is derived from four T-shaped bars joined together. The red disc behind the cross represents Japan and the unit's mission of direct support to medical evacuees in the Vietnam War. The sun-rays symbolize the healing aspects of the sun.

Motto: "DEDICATED TO HEALING"

Campaigns: World War II—European Theater

## 2. 108TH COMBAT SUPPORT HOSPITAL (108TH CSH)

Design approved October 8, 1976.

The cross symbolizes the mission of the Hospital. The blue and gray embattled and quartered field of the cross is indicative of the Civil War and refers to the distinguished service credited the unit during that conflict. The fleurs-de-lis represent service in France in World War I and World War II while the yellow and blue refer to the award of the Luxembourg Croix de Guerre. The Liberty Bell refers to the city of Philadelphia, Pennsylvania, the home area and present location of the Hospital.

Motto: "KNOWLEDGE SKILL CARE"

Campaigns: Civil War—Manassas, Antietam, Fredericksburg, Chancellorsville, Gettysburg, Wilderness, Spotsylvania, Cold Harbor, Petersburg, Virginia 1862/18h3/18b4; World War I—Oise-Aisne, Ypres-Lys, Meuse-Argonne, Champagne 1918, Lorraine 1918; World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Korean War—Third Winter, Summer 1953

## 3. 109TH EVACUATION HOSPITAL (109TH EVAC HOSP)

Design approved June 11, 1971.

The Hospital's basic mission, to provide medical care for the sick and wounded, is represented by the cross. World War II participation in five campaigns is represented by the castle tower embattled with five merlons. The award of the Meritorious Unit Commendation is signified by the gold laurel and the scarlet of the motto scroll.

Motto: "HONOR COUNTRY SERVICE"

Campaigns: World War II—Normandy, Northern France, Rhineland, Ardennes-Alsace, Central Europe; Armed Forces Expeditions—Saudi Arabia, Kuwait

## 4. 109TH GENERAL HOSPITAL (109TH GEN HOSP)

Design approved August 26, 1969.

The Maltese cross, a symbol of the Knights Hospitalers, represents the unit's mission. Service in World War II is represented by the gold lion and background of scarlet and blue adapted from the arms of the town of Chester in Cheshire, England, where the unit served nearby. The wheat sheaf, also known as the staff of life, refers to the state of Kansas and the Hospital's location.

Motto: "WE HONOR LIFE"

Campaigns: World War II—European Theater

## 5. 114TH EVACUATION HOSPITAL (114TH EVAC HOSP)

Design approved July 16, 1970.

The cross indicates the mission of the unit to care for the sick and wounded. The fleur-de-lis repre-