# Exhibit 12-I



# A GLOSSARY

### OF THE

# Construction, Decoration and Use of Arms and Armor

## IN ALL COUNTRIES AND IN ALL TIMES

*Together with Some Closely Related Subjects*

### By GEORGE CAMERON STONE

CHS00017851

*Copyright MCMXXXIV, by The Southworth Press*
Renewal copyright © MCMLXI by Jack Brussel

All rights reserved

Manufactured in the United States of America
u   t   s   r   q   p   o
ISBN: 0-517-065878

CHS00017852



FIGURE 26. *Armets.* 1. *German, 1540.* 2. *German, 1535.* 3. *French, 16th century.* 4. *French, 1600.* 5. *German, 1520.* 6. *Italian, 1580.* 7–8. *German, 1515.* 9. *French, 17th century.* 10. *Pisan, 17th century.* 11–12. *German, about 1500. Metropolitan Museum. Not to scale.*

CHS00017853

about four inches long by half an inch broad; the latter is used to strike with if disarmed and to tear with when wrestling with an enemy." (Baket, Albert Nyanza 143). "... the men wear ... a horrible kind of bracelet of massive iron with spikes about an inch in length, like leopard's claws, which they use for a similar purpose ... He (the chief of the Neuhr) exhibited his wife's arms and back covered with jagged scars, in reply to my question as to the use of the spiked bracelet." (Baker, *loc. cit.* 42, 43).

The women of the Ouled nail, a North African Arab tribe, usually become prostitutes as soon as

has not gone equally far in all countries. The first armor was undoubtedly the skins of beasts, and such armor has been used within a very few years in the Philippines, 1, fig. 82. The next step was probably to fasten scales or rings of some harder material on it, fig. 29. In the earlier armor of this type the strengthening pieces were always put on the outside, later they were often riveted or quilted between layers of cloth or leather. This type of armor is called brigandine and was largely used in Europe from the 10th to the 16th century, at first for war and later as light armor. In China it has



FIGURE 29. *Ring and Scale Armor.* 1. *Sitka, Alaska. Made of three layers of tanned hide hardened, and with the front and part of the back covered with modern Chinese and Japanese coins. U. S. N. M. No. 18,927.* 2. *Chinese corselet of brass scales sewed on heavy cotton cloth.* 3. *Corselet from northeastern Asia(?). The base is padded leather on which rings are fastened by narrow strips of leather. The center ornament and the three rings nearest to it are of brass, all of the others are of iron. The last two only are to scale.*

they are old enough and continue until they have accumulated enough to make an attractive dowry, and then marry and no stigma is attached to the life they have been leading. Not unnaturally they have frequent quarrels among themselves and on such occasions wear fighting bracelets until peace returns. These bracelets are wide bands of silver quite well decorated and armed with a number of spikes about an inch long and over an eighth of an inch square, making quite effective weapons. 2, fig. 28.

Even in India arm guards are sometimes found with semicircular knives on the wrists. 3, fig. 59.

ARMOR. Armor has been worn by all nations with any pretentions to civilization, and its evolution has been along the same lines everywhere, but

always been the most used form for the better armor. Where the art of weaving was known, armor made of pads covered with cloth, or of several thicknesses of cloth quilted together, was used even after scale armor was given up. Fig. 30.

Another very early type of armor was made of rods, or slats, of wood or bone lashed together with cord or sinew. It was largely used by the North American Indians and in Eastern Siberia, fig. 87. As soon as the metals became known they rapidly displaced all other materials wherever their cost was not prohibitive. The difficulty of making and working large pieces of metal confined its use at first to comparatively small plates fastened to each other, or to cloth or leather. Armor of this kind was very

CHS00017854



FIGURE 34. *Armor of the Age of Mail, after Shaw.* 1. *Spanish warriors of the latter part of the 11th century. From a manuscript in the British Museum.* 2. *A knight of the 12th century. He wears a complete suit of mail, partly covered by a surcoat ornamented with crosses. His helmet is held above his head by an attendant.* 3. *Knights fighting, from a manuscript of the middle of the 13th century.* 4. *Effigy of Charles D'Estampes in the Royal catacombs at St. Denis. Charles comte D'Estampes was killed at the siege of Pimorain September 5, 1336. The style of armor in the effigy is of rather earlier date than his death.*

CHS00017855

fish struggles the tighter the hook holds it. (Batchelor 152). It is precisely like the lumberman's cant hook. Fig. 557.

MARISHITEN. A deity of Brahminic origin, also called the queen of heaven. In Japan she became the goddess of war, and particularly of archers. She



FIGURE 556. *Manteau d'Armes, German, first half of the 16th century. Metropolitan Museum.*

MARINES. Men trained and equipped as soldiers and serving on vessels of war. The corps was established in England in 1684. The marines were then considered as a part of the army and were the third regiment on the list. (Grose I, 167).

is represented with three faces and eight arms holding the sun, moon, a war fan, a bow and arrow. She is usually shown standing on a boar. (Weber II, 14). She is frequently used as a decoration on sword mountings in Japan.

CHS00017856



FIGURE 713. *European Shields. 1. Spanish, XIV. 2. Italian, XV. 3. German, XV. 4. Italian (Spanish), XVI. Steel with a hook from which to hang a lantern. 5. Italian buckler, early XVI. 6. Italian buckler with an elaborate serrated border with hooks and spikes to catch the adversary's sword, XVI. 7. Italian target with elaborately engraved surface, XVI. 8. Italian buckler with a hook for a lantern, XVI. 9. Italian shield of tooled leather, about 1560. 10. Italian, about 1550. Arms of Visconti of Milan. 11. Italian buckler, XVI. 12. Spanish buckler with a hook for a lantern and a raised ornament to catch the adversary's sword, XVI. 13. Italian pageant shield, first half XIX. 14. Pisan wooden shield for the Giuoco del Ponte, XVII. 15. Italian fencing shield with a hook for a lantern and raised rings to catch the adversary's sword, XVI. 16. Italian pageant shield, early XIX. Metropolitan Museum. Note to scale.*

CHS00017857

SHINO-ODATSUGI. A variety of kote. (Garbutt 140).

SHINOTATE-SUNE-ATE. See Sudare Sune-Ate.

SHI-NO-ZUMI. A method of making Japanese blades in which bars of very soft iron or steel are

SHIPPO. Enamel, Japan. It was sometimes used for decorating sword mountings.

SHIRA HASHI. A Japanese helmet with silver stars on the plates.

SHIRA HATA. A white flag, a flag of truce, Japan.




FIGURE 719. *Shishi. Two Japanese breastplates embossed with shishi, 18th century.*

welded to the opposite sides of a bar of hard iron and the resulting bar placed between two of mixed iron and steel and the whole welded. (Gilbertson, Blades 192). This method did not produce first-class blades.

SHINPUNG and HOKPAK. Nicobar fishing spears, the first is the smaller. (Man, And. & Nic. 10).

SHINTO. (New). Japanese blades made later than 1603, as distinguished from those made earlier, which are called *koto* (old). (B. M. Hdbk. 52). Most of those who have written on the subject give the date as 1596.

SHIODE. Straps or cords on the side of a Japanese saddle for holding the flaps, etc.

SHIRASAYA. (White scabbard). The plain wooden handle and scabbard in which fine blades were kept in Japan when not in use, sometimes the blade itself when so mounted. They are made of honoki wood, perfectly plain but beautifully fitted and finished. Usually an inscription on the scabbard gives the name of the maker and other information about the blade. Fig. 716.

SHIRA TACHI. White tachi; that is, one with silver mountings. It was carried by nobles of the first four ranks in the Ashikaga period in Japan. (Joly, Hawkshaw xiv). Fig. 717.

SHIRAZAYA. A Japanese sword, the scabbard of which broadens out greatly near the end. Those of the higher officials were covered with bear, leopard and tiger skins. (Gilbertson, Dec. 96).

CHS00017858

er-in-chief. It was fixed in a frame made to turn like a ship's vane. That of William the Conqueror, as depicted in the Bayeux tapestry, has three tails, and was charged with a golden cross on a white ground with a blue border. (Macgeorge 28).

In the 12th century the name seems to have been used indifferently for the leader's standard, the knight's banner and the lance flag. (Hewitt I, 166).

GONJO. Body armor of an unknown kind worn in the 14th century. (Planche 213).

GONNE. A gun. See also Pistol Shield.



FIGURE 307. *Gomoku Zogan.* 1. *Tsuba decorated with brass wires and crests.* 2. *Decorated with a pattern called "leaves of the lacquer tree."* 3. *Pierced and decorated with wires only.* 4. *Solid, decorated with wires and crests.*

GONOME, GONOME NANAKO. Nanako in which the grains are arranged in diagonal lines to form lozenges, in the center of each of which there is a grain, or groups of five grains forming lozenges. It is said to have been invented by Muneta Matabei about 1560. (Joly Int. 34).

GO-NOME. See Yakiba.

GO-NOME ISHIME. A variety of ishime.

GOOLMARY. A long, heavy, oval shield with a convex front and a nearly flat back, with the handle carved from the solid. A typical one measures twenty inches long, seven inches wide and weighs thirty-six ounces. The front is covered with patterns in incised lines, Queensland. (Brough Smyth I, 334). Fig. 771.

GORGET, COLLETIN. Armor for the neck. The earliest gorgets of which we have definite knowledge were made of mail and worn in the 15th century. Before these were abandoned plate gorgets were also in use. They were made of two pieces locked together around the neck, and were generally worn over the breastplate. In the 16th century, however, they were often worn under it and the arms were hung from locking pins on the gorget. They vary much in size, some being very small, while others cover most of the shoulders and a large part of the breast. In the 17th century a gorget worn over a buff coat was often the only piece of armor worn. Fig. 308.

In the East gorgets as separate pieces of armor were excessively rare, and when found are usually of mail. Plate gorgets were used in India, but not in recent years. The Turks wore gorgets in the 15th and 16th centuries that are entirely different from the European forms, fig. 309. They consisted of long plates that covered the shoulders and upper part of the back, with a projecting flange that guarded the back and sides of the neck. There was no corresponding piece in front as in western Europe.

GORGET PLATE. A small plate shaped like a gorget. It was hung on the breast by officers in the middle of the 18th century; and is still worn by Danish officers. It is the last remnant of the complete armor of earlier times. (Dean Hdbk. 99). Fig. 310.

GOROBEL. A celebrated Kioto tsuba maker of the middle of the 18th century. His family name is unknown, but he is commonly called Daimonjiya. He made pierced guards which were known as *Daigoro tsuba*, the name being a combination of the first syllables of each of his names. (Hara 12).

GOSENS. See Bishanswamis.

GOTO. The most celebrated family or guild of makers of sword mountings in Japan. The family name was Goto Shirobei, the latter being the *tsusho*, or *torino*, the name by which the artist family was known to the public, and which served as a trade name.



CHS00017859



FIGURE 308. *European Gorgets. 1, 2. Back and front of a gorget of Italian workmanship with the arms of the Guata family of Frankfort. 3. Venetian, 1650, front. 4. English, about 1610, back. 5, 6. Back and front of the gorget of the Guard of Louis XIII of France. Early 17th century. 7. French, early 17th century. 8. Jousting gorget, 16th century. 9. French, 1620. Metropolitan Museum. Not to scale.*

FIGURE 309. *Turkish Gorgets, 16th–17th century.*

CHS00017860



FIGURE 563. *Oriental Matchlocks.* 1, 2. *Japanese.* 3. *Malay. Chased brass.* 4. *Tonkin. Brass engraved and decorated with enamel.* 5. *Khamti, Assam. Plain iron. These five are of the Japanese type.* 6. *Central India. It has a removable clip hung by a string instead of the usual removable pan cover.* 7. *Hyderabad.* 8. *Sind.* 9, 10. *China. These five are of the Indian type. Not to scale.*



FIGURE 564. *Indian matchlock with an automatic pan opener. The cover is held shut by the catch A which fits in a slot in the rear end of the pan cover. When the trigger is pulled this catch is drawn back just before the match reaches the pan. The cover is thrown open by the spring B.*

CHS00017861

BOTTA LUNGA. In old fencing an attack much like the modern lunge. (Castle 113).

BOTT, BOTTA. An old fencing term nearly equivalent to the French *coup*. It comprises the action of an attack from its commencement to its completion. (Castle 137).

England in the early part of the 15th century. (ffoulkes 45). Fig. 169.

BOUCHETTE. A large buckle used to fasten together the upper and lower parts of the Gothic breastplate. (Fairholt 46).



FIGURE 168. *Boshi, shapes of the yakiba at the points of Japanese blades. From a drawing by Mr. T. T. Hoopes.*

BOTTE SECRETE. In the early days of fencing each teacher claimed to have some infallible *botte secrete*, which he taught his pupils when they paid sufficiently well. Every well-known swordsman was supposed to owe his success to one, or more, of such secrets. (Castle 5, 55).

BOUGE, BOULGE. See Voulge.

BOULATS. Watered steel, Persia. (Moser, p. v).

BO-UN, ALVAU-UL. The Princess Charlotte Bay spear thrower. It has a long, thin blade widest in the middle, with a shell handle fixed at any




FIGURE 169. *Shields with bouches. German, Nuremberg, about 1450. Metropolitan Museum. Not to scale.*

BOUCHE. A notch in the upper right-hand corner of a shield to admit of pointing the lance without exposing the arm or body. It was first used in

angle. The peg is in the plane of the blade and is flattened at its attachment; if it is drilled it is only partly covered with cement, if tied it is wholly cov-

CHS00017862

edges may be flat or rolled back in the reverse direction to that of the curvature of the shield. It is held by two handles fastened to ring bolts that pass through the shield and are riveted to bosses on the



FIGURE 257. *Dha. 1. Hilt covered with shark skin, brass pommel and ferule. Blade with an inlaid inscription. 2. Ivory hilt. Plain, broad blade 16.75 inches long. 3. Carved ivory hilt. Wooden scabbard with bands of cane. 4. Plain blade, ivory hilt. Hilt and scabbard mountings of silver. 5. Blade 24.625 inches long with silver figures and scrolls inlaid on a black ground on both sides and the back. Hilt chased and oxidized silver. Wood scabbard with heavy silver mountings. 6. Square-ended blade inlaid with copper and silver. Hilt shark skin, copper cap and ferule inlaid with brass. 7. Horn hilt and wood scabbard carved in the form of a conventional bird. 8. Blade inlaid with silver panels. Shark skin hilt. Scabbard mounts copper.*

outside. Between the handles there is a square cushion for the knuckles to rest against. The handles are so placed that, when tightly grasped, they force the backs of the fingers against the cushion giving a very firm and comfortable hold. Some Persian shields have three handles (fig. 729), two placed at the center as usual, and the third near the edge. The arm can be passed through the third loop and the center handles held in the hand; or it can be held by the center handles only. Some Scotch targets have similar handles. Fig. 258.

These shields are nearly always of steel or leather, the latter being often treated so as to render it translucent. Tod says (I, 512), "The shield of rhinoceros-hide offers the best resistance and is often ornamented with animals, beautifully paint-

ed, and enameled with gold and silver." Occasionally turtle shell and other materials are used for making these shields. The steel shields are usually inlaid with gold, silver and precious stones. The entire surface is sometimes covered with inscriptions. The hide shields are decorated with gilding and painting, the best with lac. The bosses are always ornamental, either by their shape alone, or through inlaying with gold, silver and jewels. The metal shields are lined generally with velvet, sometimes embroidered with colors, gold or silver.

Shields were formerly made in Persia of concentric rings of cane covered with silk threads woven on in patterns. Most of those we know were captured at Vienna after the siege by the Turks. No. 9, fig. 258, is of this construction but much smaller than most.

DHANU. The personification of the bow in Hindu mythology. "He has a small face, a broad neck, a slender waist and a strong back. He is four cubits high and is bent in three places; he has a long tongue, and his mouth has horrible tusks; his color is of blood, and he ever makes a gurgling noise; he is covered with garlands of entrails, and he licks continually with his tongue the two corners of his mouth." (Burton Sword 214).

DHANURVIDA. Bow science, a treatise containing the fullest description we possess of the ancient Indian arms and war implements. The date of its composition is very doubtful. (Burton Sword 213).

DHARA. A six-bladed mace, Mahratta. (Egerton 468).

DHARLL. A shield, Purbatti (Nepal). Evidently the Indian dhal. (Kirkpatrick 240).

DHAW. "A Burmese knife six inches long, equally fitted for domestic use or for stabbing." (Burton Sword 219). Compare Dha.

DHOUP. A straight-bladed Indian sword. It has a disk pommel with a spike and a broad finger guard. It is much used in the Deccan. (Egerton 527). Apparently the same as the khanda.

DILGE. See Knee Shield.

DIMARCHI. A species of dragoons formed by Alexander the Great. They were intended for fighting both on foot and horseback. (Denison 34).

CHS00017863

208



FIGURE 258. *Dhal.* 1. *Rajastan, XIX. Hide painted with flowers and hunting scenes in lac, partly in relief. Painted border round the inside. Diameter 20.75 inches. Silver bosses.* 2. *Unusually transparent hide. Border and center ornament painted in colored lac and gold. Four bosses and an ornament of chased and gilded brass set with colored stones.* 3. *Persia. The surface is covered with a flower pattern in low relief and colored green on a brown ground. Six bosses and handles so that it can be held in the hand or on the arm.* 4. *Kutch. Rhinoceros hide with gilt decoration. Four flower-shaped bosses of cast brass.* 5. *Translucent hide with four cast brass bosses. Diameter 8.5 inches.* 6. *Persia, XVII. Steel inlaid with gold and silver and with an elaborate chiseled border of animals and men. Diameter 15 inches.* 7. *Turtle shell with four metal bosses.* 8. *Elephant hide stained red, with a deep rolling edge. Four brass bosses and a crescent.* 9. *Afridi, probably Persian. Concentric circles of cane with colored silk woven over it in designs. Central iron boss with a spike, surrounded with red silk fringe. Diagonal iron reinforcing bars. Leather lining and braided handle.* 10. *Persia, modern. Steel with complicated etched designs and inlaid with gold and silver.* 11. *Leather decorated with designs in color inside and out. Oval 21.5 x 16.25 inches.* 12. *Very flat steel shield with etched designs and inlaid border. It has its original lining of red velvet embroidered with silver.* 13. *Roughly made of steel with five brass bosses. Diameter 10 inches.* 14. *Translucent yellow hide with a border and center ornament in gold lac. Diameter 10 inches.* 15. *Steel with a small rolled edge, four steel bosses with pierced borders. Diameter 12.5 inches.* 16. *Steel. The rim is a separate piece; it has a rolled edge and is pierced where it overlaps the center to which it is riveted. Decorated with a flower pattern in gold.* 17. *The inside of no. 14 showing the red velvet cushion and handles.* 18. *Beluchi. Hide with an iron rim set with 16 brass bosses. Four engraved brass bosses for the handles. The remainder of the front is almost covered with brass ornaments.* 19. *Very convex shield of black hide with a deeply rolled edge; four brass bosses and a crescent. Border and center painted with gold vines, four flower designs in gold and colors. Diameter 18 inches.* 20. *Kutch. Black leather with a very slightly rolled edge and four cast brass bosses.* 21. *Mogul, XVII. Leather, highly convex and with a deeply rolled edge. The entire surface is carved in high relief with a diaper pattern. It has a pierced brass plate 9 inches in diameter in the center. Diameter 21.5 inches.* 22. *Steel with an applied border of pierced and gilded copper. Four bosses and an inlaid ornament at the center. Lining of red velvet with patterns in gilt rivets.* 23. *Black hide with a slightly rolled edge. Six brass bosses and a crescent. The bosses for the handles are much more elaborate than the others. Diameter 21 inches.*

pentagonal stock and a huge back sight with several peepholes for different ranges.

Exactly similar guns to that described by Moser were used in the Turkish Empire. Fig. 712.

SHIBABIKI. A single band holding the projections from the chape of a tachi when they are short. (Gilbertson, Dec. 95).

The lowest band on a tachi scabbard. (Brinkley VII, 211).

SHIBUICHI. A Japanese alloy much used for ornamental work. The name means "four parts," one being silver and the others copper, lead, tin and zinc. The proportions vary greatly, the silver being sometimes over ninety per cent. in which case it looks and acts like silver. The alloys of lower percentages of silver assume beautiful patines when properly pickled. The appearance and color can be greatly modified by changing the composition and treatment.

SHIDA-KAWA-ODOSHI. Japanese armor laced with cords of light blue leather decorated with a diaper pattern of white fern leaves. (Conder 271).

SHIDA-NO-ANA. Small holes in pairs around the lower edge of a Japanese helmet. Strips of leather fastened to the lining cap are passed through these and tied firmly on the outside. This cushions the weight of the helmet, or the force of a blow on it, by the elasticity of the cap which is not as deep as the helmet.

SHIELD. Shields are probably the earliest means of defense and have been used longer than history records. They have been made of all sorts of materials—wood, leather, wickerwork, metals, cloth and even turtle shells. The shields of classic times were mainly circular, though many were elliptical, and the Roman shields were often a section of a cylinder. The Franks, Danes and other northern nations of Europe used round, elliptical or rectangular shields of basketwork, leather or wood with umbos (central bosses) of metal.

In the 11th and 12th centuries the shields usually had straight, or slightly curved tops, and two curved sides meeting in a point at the bottom. This type of shield is usually called "heater-shaped." A little later shields assumed the most fantastic shapes both in outline and profile; the object of some of these forms is difficult to imagine, fig. 169. Still later

round shields were again used. In Europe shields were of two classes—bucklers and targets. The distinction is in the way they were held, bucklers having the handles in the middle which were grasped with the hand and held at arm's length, while targets had two widely separated handles through one of which the arm was passed while the other was held in the hand. Some Scotch and Persian shields had three loops placed so that they could be used either as targets or bucklers. In Europe the handles were called *enarmes*, and the sling by which the shield could be hung from the neck the *guige*. Fig. 713.

In Oriental countries the round buckler is, and always has been, the rule, see Dhal. The shields of the Malayan peoples are also frequently round and are generally made of woven cane or of wood. Some are targets, but most are bucklers. The Dyaks use wooden shields (kliau) mainly but, occasionally small shields of bark, rounded at the top and pointed below. See Utap, fig. 828.

The Papuans use very rough rectangular or oval wooden shields, usually grotesquely carved, and often decorated in colors. In the Philippines the native tribes use a great variety of shields, almost every tribe having a characteristic type. The Moros use round wooden targets made of a very light wood of considerable thickness. In Mindanao the shields are also of wood, carved and inlaid with shell and decorated with tufts of hair. Many have peculiar shapes. The Igorot of Luzon use wooden shields with three prongs projecting from the top and two from the bottom, the whole well carved from a single piece of wood. Those of the northern tribes are the most elaborate and of the most graceful shapes. They become rougher and heavier towards the south and the prongs are shorter and broader, until with the southernmost tribes, they are rectangular with pointed tops.

In Africa shields are general and of infinite variety. They are round, elliptical and rectangular and made of hide or basketwork. The Kaffir races of the south use elliptical shields of cowhide strengthened by strips of hide about four inches wide laced through slits each side of the center line and further stiffened by a stick up the back. See Ishilinga, fig. 390.

In tropical Africa the shields are of hide or basketwork; and towards the north, almost entirely of hide. The skin of the rhinoceros is the most high-

CHS00017865

556



FIGURE 714. Miscellaneous Shields. 1. Central Africa. Basketwork edged with fur; wooden handle lashed to the center. 2. Sudan. Buckler of hippopotamus hide with a high, conical umbo guarded by iron straps. 3. Chinese, XVII. Wood 26.5 inches in diameter, painted with ships, fish and islands in colored lac. The inside showing the handle which has a shelf at top and bottom which distributes the weight over the entire forearm. 4. Abyssinian chief's shield. Hide lined with red leather and covered with purple velvet decorated with silver gilt plates pierced, embossed, filigreed and tooled. 5. Masai (East Africa). Buckler of hide with painted decorations in red and black. It is highly convex lengthwise. 6 and 8. Outside and inside of a Moro shield 29 inches in diameter. It is made of a single piece of very light wood painted black on the outside. The edge is bound with heavy cane. 7. Japanese. Bronze decorated with a dragon in high relief. 9. Afghan. Basketwork covered with woven cotton cord with leather at the edges, four iron bosses. Diameter 14.5 inches. 10 and 12. Inside and outside of a Somali rawhide buckler stamped with a pattern of concentric rings. 11. Naga, Assam. Woven of heavy split cane decorated with tufts of red hair. Length 4 feet 11 inches, width 1 foot 8 inches. 13. Tinguian (Luzon). Wood stained a grayish black. The body is 13 by 23.5 inches. 14. Celebes. Made of two pieces of wood joined in a V section. It is decorated with painted scrolls. 15. North American Indian. Hide shield decorated in colors. 16 and 17. Inside and outside of a Naga, Assam, shield. Buffalo hide with a folded ridge down the center; decorated with tassels and a fringe of hair. 3 feet by 13.5 inches. 18. Bagobo, Mindanao. Wood 3 feet 11 inches long; carved and inlaid with shell. 19. Igorot. Wood carved and decorated in yellow and black. Length 2 feet 11 inches, width 9 inches. 20. The inside of 19. 21. Batak, Sumatra. Woven cane decorated with seven openwork brass bosses. Diameter 10.25 inches. 22. Batak, Sumatra. Woven cane covered with cloth and ornamented with brass plates and nails. 23. Bontoc Igorot. Wood carved and painted black. 24. Ysabel, Solomon Islands. Wood 7 by 42 inches, strongly convex from end to end, the outside is covered with a black varnish. The inside is shown with the transverse trusses and longitudinal handle. 25. Kalinga Igorot. Wood carved and decorated in yellow and black. Length 4 feet 1.5 inches.

CHS00017866

ly valued for this purpose, and that of the giraffe comes next.

In Australia the shields are of two radically different types. Either they are broad and flat and much longer than they are wide, or very narrow and thick, sometimes not more than an inch wide and four or five inches thick in the middle. The first are used in the general fights and the second in duels with clubs or throwing spears. Their thickness and weight make them effective guards against club blows, and their length and narrowness enable them to be used to knock aside a spear by a turn of the wrist.

The North American Indians used shields of various kinds and sizes. Those of the wooded regions of the East rarely used any; those they had were made of hide or wickerwork, sometimes covered with hide. The Ntlakyapanuk used oblong shields of elk hide four or five feet long. Practically all of the other shields used on this continent were round. The shields of the Indians of the Plains were from twelve to twenty-six inches in diameter, averaging about seventeen. They were usually of buffalo hide with one or more covers of buffalo, elk or deerskin. The covers were painted with totemic designs, that of the inner cover being different from the others, and only exposed on going into a fight. Occasionally the shields were made of woven rods covered with dressed deerskins. These were supposed to possess protective power due to "medicine." Catlin (I, 241), gives a description of "smoking the shield," that is, shrinking and thickening the green hide by heating it over a slow fire. The process is quite elaborate, requiring the assistance of several men. In the southwest the shields were sometimes made by sewing together two thicknesses of hide. The Mexicans made a variety of shields, some of which were very elaborate. See Chimalli.

In Japan shields were seldom used and the few that we know are made of metal. In China large, round, convex shields were very general. Some are of wood lacquered and painted, and others are of cane covered with cloth. A favorite design is a tiger's or monster's head that covers the entire shield.

Some of the shields that appear light and weak were much more effective at the time they were made than they appear to us with our knowledge of present-day weapons. Wallace, p. 360, speaking of the Aru Islander's shields says: "One of the war shields was brought to us to look at. It was made of

rattan and covered with cotton twist, so as to be both light, strong and very tough. *I should think it would resist any ordinary bullet.* About the middle there was an armhole with a shutter or flap over it. This enables the arm to be put through and the bow drawn, while the body and face, up to the eyes, remain protected, which cannot be done if the shield is carried on the arm by loops attached to the back in the ordinary way. Miscellaneous Shields. Fig. 714.

For the various kinds and parts of shields see: Adaga, Antia, Aspis, Baluse, Bemaruk, Boce, Bord, Boss, Bouche, Brochiero, Broquel, Buckler, Cetra, Chimal, Chimalli, Club Shield, Clupeus, Dagne, Dang, Dhal, Dharll, Dilge, Drunnung, El-Darakah, Enarmes, Eralili, Gerrhes, Giam, Gig, Gonne, Goolmary, Guige, Ishilunga, Kaidate, Kalihan, Katate, Kliau, Knee Guard, Kunjuri, Kuntan, Kurabit, Kurdigi, Lasag, Lave, Leg Shield, Lo, Lombu Lombu, Madu, Manteau d'Armes, Mantlet, Mochidate, Mulga, Nagphani Dhal, Parma, Pavis, Paviser, Perforated Shield, Phalee, Phari, Pi-Kan, Pistol Shield, Pricei, Quayre, Rondache, Rondelle a Poign, Rotella, Saintie, Scutem, Scutifer, Shoulder Shield, Sipar, Socket, Talawang, Talvas, Tamarang, Tameng, Taming, Tamua, Target, Tarian, Tate, Tate-Mochi, Tatenui, Te-Date, Tharuma, Totochimalli, Trabei Klit Klau, Tun, Turnmung, Ulquita, Umbo, Utap, Woonda, Yaochimalli, Ysgwyd.

SHIGETO-YUMI. A large bow wound with rattan, Japan. (Gilbertson Archery 113).

SHIGURE. Literally "a drizzling shower." File marks to imitate rain as a decoration on Japanese sword mountings.

File marks on the tangs of Japanese blades which are usually so made as to be an indication of the makers or localities where made. See Japanese Blades, fig. 401.

SHIHAB. "Falling star," a rocket, India. (Egerton, p. 34).

SHIHOJIRO. A Japanese helmet having four of its plates made of, or covered with silver, front, back and at each side. These silver plates reached from the base to the apex and sometimes covered more than one gore, and were highly ornamented. When silver plates were used the helmet was called *nihojiro* if two; *shihojiro*, if four; and *happojiro*, if eight. These names mean two, four and eight white.

CHS00017867

A tsuba so small that the openings for the kozuka and kogai cannot be made in it but become open notches. (Joly Int. 16). Fig. 347.

types of lock it is the piece that strikes, corresponding to the cock of the flintlock.



FIGURE 348. *War Hammers.* 1. *Italian, 16th century.* 2. *German, 16th century.* 3. *Venetian, first half of the 16th century.* 4. *German wheel lock pistol and hammer, 16th century.* 5. *Italian, dated 1591.* 6. *German, 16th century.* 7. *Venetian, 16th century.* 8. *Italian, 15th century. Metropolitan Museum.*

HAMMASTI. The "blade of the double sword," Egypt. (Burton Sword 204).

HAMMER, OF A GUN. In the flintlock the hammer is the piece struck by the flint; in the later

HAMMER, WAR. The war hammer was used wherever and whenever armor was used except in Japan. It was, however, never as popular in the East as in Europe, as the armor was generally

lighter and more flexible and covered the body less completely, making a smashing weapon less essential. It usually had a long, sharp point on the back



FIGURE 349. *Hammer for fighting on foot in the lists. French(?), late 15th century. From a private collection. It is said to have been found in the moat at Carcassonne at the time the fortress was restored by Violet le Duc.*

and a blunt pean, or a set of claws, in front. In some cases it had a narrow cutting edge and is difficult to classify, being as much axe as hammer. Fig. 348.

A heavy hammer, with a short spike on the end and a long handle with a round guard, was often used for fighting on foot in the lists in the 15th century. Fig. 349.

HAMPE. The shaft of a pole arm. (Laking Armour III, 121).

HAMPI. A Japanese surcoat without sleeves.

HANAGAWA. The nose strap of a bridle, Japan.

HANAIRO ODOSHI. Armor laced with light blue cords, Japan.

HANAMUSUBI. Flower knot. A knot used in fastening the Japanese corselet. (Garbutt 142).

HANBURI, HACHIGANE. A Japanese half helmet, or skull cap. It was made of metal or leather. Some were shallow and cup-shaped and only covered the crown of the head; others covered the forehead and temples. Some had a menpo attached. They were often made of several plates connected only by pins at the temples; these could be folded up for carriage. Holes were sometimes left for the ears and pigtail. Sometimes they were connected to a mail cap or hood. They vary more in shape and construction than any other form of Japanese head defense. Fig. 350.



FIGURE 350. Hanburi. 1. *Three plates and an eye shade, also a narrow band to go round the back of the head.* 2. *Three plates decorated with applied scrolls. Ear guards.* 3. *Three plates and eye shade connected to a mail hood.* 4. *Three plates with a gilt mon. Very large ear guards.* 5. *Round plate for the top of the head, connected by mail to three hinged plates for the forehead.* 6. *Nearly flat plate covering the top of the head and laced to one covering the forehead down to the eyes.*

CHS00017869



FIGURE 76. *Lolo Armor, Szechuan, China. Three suits of armor and a shield of leather painted in bright colors. Field Museum, Chicago.*

CHS00017870