# Exhibit 12-J

# THE COMPLETE ENCYCLOPEDIA OF

# Arms &
# Weapons

## THE MOST COMPREHENSIVE REFERENCE WORK EVER PUBLISHED ON ARMS AND ARMOR —WITH OVER 1,200 ILLUSTRATIONS



### Edited by Leonid Tarassuk & Claude Blair

CHS00017871



# THE COMPLETE ENCYCLOPEDIA OF

# Arms &

# Weapons

THE MOST COMPREHENSIVE REFERENCE WORK EVER
PUBLISHED ON ARMS AND ARMOR –WITH OVER 1,200
ILLUSTRATIONS

Edited by Leonid Tarassuk & Claude Blair

COPYRIGHT © 1979 BY ARNOLDO MONDADORI EDITORE
ENGLISH LANGUAGE TRANSLATION © 1982 BY
ARNOLDO MONDADORI EDITORE, S.P.A.
ALL RIGHTS RESERVED
INCLUDING THE RIGHT OF REPRODUCTION
IN WHOLE OR IN PART IN ANY FORM.
1986 EDITION PUBLISHED BY
BONANZA BOOKS, DISTRIBUTED BY
CROWN PUBLISHERS, INC.
PRINTED AND BOUND IN ITALY BY OFFICINE GRAFICHE
ARNOLDO MONDADORI EDITORE, VERONA
ORIGINALLY PUBLISHED IN ITALY UNDER THE TITLE
ENCICLOPEDIA RAGIONATA DELLE ARMI
BY ARNOLDO MONDADORI EDITORE, S.P.A., MILANO
BLACK-AND-WHITE ILLUSTRATIONS BY CARLO GIORDANA
CREATED BY ERVIN SRL ROME
UNDER THE DIRECTION OF ADRIANO ZANNINO
EDITORIAL DIRECTOR: SETTIMIO PAOLO CAVALLI

H G F E D C B A

LIBRARY OF CONGRESS CATALOGING IN PUBLICATION DATA

ENCICLOPEDIA RAGIONATA DELLE ARMI. ENGLISH.
    THE COMPLETE ENCYCLOPEDIA OF ARMS & WEAPONS

    TRANSLATION OF: ENCICLOPEDIA RAGIONATA DELLE ARMI.
    BIBLIOGRAPHY: P.
    1. ARMS AND ARMOR-DICTIONARIES. I. TARASSUK,
LEONID. II BLAIR, CLAUDE. III. TITLE. IV. TITLE:
COMPLETE ENCYCLOPEDIA OF ARMS AND WEAPONS. V. TITLE:
ARMS & WEAPONS. VI. TITLE: ARMS AND WEAPONS.
U815.E5313 1986        623.4'03'21        85-17062

ISBN 0-517-48776-4

arming cap - 22



*Armet: 1. skull; 2. brow reinforce; 3. sight; 4. visor; 5. lifting peg; 6. cheek piece; 7. mail fringe; 8. rondel; 9. cheek piece hinge; 10. visor hinge and pivot. From the Glossarium Armorum.*

**Armor**

The general development of Western armor and the main types of European armor are dealt with under this heading from prehistoric times onward. For more details about particular forms of armor, see TEBRAS; HELMET; LORICA. For Chinese armor, see the final section of this entry. For Japanese armor, see DŌ-MARU; GUSOKU; HARA-ATE; HARAMAKI; KEIKŌ; TANKŌ; YOROI. For Middle Eastern, see CHAR-ĀINA, KAZAGHAND; KORAZIN. For eastern European, see BEKHTER; JACK; YUSHMAN. In addition, see the appropriate section of the Bibliography.

**armor** Any equipment designed to protect the body in combat. During the earliest periods of civilization it was made of wood, hide, horn, bone, textiles; later, metals were preferred, and in modern times plastics have been used for this purpose. Hide was among the earliest materials employed to protect the body. Six or seven layers of rhinoceros skin were sewn together for making Chinese cuirasses in the 11th century, and other kinds of hide, leather, and *cuir-bouilli*—leather hardened by boiling in wax—were used for various parts of armor up to the early 20th century (for example, in some types of European helmets). Although textiles are rarely preserved well enough to be found in archeological sites, it is known that multilayer linen armor for the trunk was already used by Egyptians some five thousand years ago, by Mycenaeans in the 14th century B.C., by Greek foot warriors in the first millennium B.C., and by Assyrian troops of the Persian king Xerxes in the 5th century B.C. Strong fabrics with padding or metal reinforcement were employed in Europe throughout the Middle Ages and later.

An early form of body protection was simply a large belt to cover the abdomen. At first this was made from tree bark, leather, or similar materials, but as the world entered the Bronze Age, metal or reinforced cloth was used. These defenses were known in both East and West from prehistoric to historical times.

The first example of personal defensive wear to cover more than the combatant's torso seems to have been an enlarged form of the primitive body belt. It appeared in Egypt toward the third millennium B.C. and was supplied with a strap passing over the right shoulder to protect it and to hold the garment in position. Later, during the XVIII Dynasty in Egypt (c. 1570–1318 B.C.), a still more extensive protection was introduced which covered the soldier's body from about armpit level to halfway down his thighs and was supported by broad shoulder straps which crossed over his chest. Subsequently the Egyptians also adopted a cloth tunic reinforced with ribbed bands.

In Mesopotamia, discoveries in the royal tombs of Ur and, in particular, the famous standard of Ur (first half of the third millennium B.C.), have produced iconographic evidence that the Sumerians used long cloaks, probably reinforced with metal discs, as body defense.

Another of the basic types of ancient armor was the scale coat, which consisted of a short-sleeved tunic reaching to the knees upon which were sewn overlapping

most remarkable variations took place in the German-style armets in which the skull tended to jut backward, the cheekpieces were hinged by their rear edges, and the lower edge of the skull and cheekpieces formed a hollow rim to rotate on the armor's gorget. This type of armet was favored in Austria and Germany up to the 1520s for field and tilt. By 1530 the visor of both the armet and the close helmet had been divided into two parts, visor and ventail (or upper bevor), but no further changes were brought to the structure of the armet, which was finally abandoned in the early 17th century.

**arming cap** The Arming cap was worn under medieval helmets, either under or over a mail coif. It consisted of a close-fitting cloth skullcap with a padded circlet and ear lappets terminating in laces to be tied under the chin. It served to keep the head defense away from the head to prevent chafing and to act as an intermediary buffer against the impact of an opponent's blows. From the 13th century it was supplanted in some helmets by the padded LINING, but was still being worn into the 16th century with heavy helmets—as, for example, in conjunction with the jousting helm.

**arming doublet** A quilted garment with sleeves, armpits, and skirt covered with mail, worn in the 14th and 15th centuries under armor to give protection where plates or lames did not provide an adequate defense.

**arming points** Cords or laces on a garment worn under armor for attaching parts of the armor, which had special holes or leather loops for arming points.

**arming sword** A general term for swords carried by the mounted knight attached to his sword belt. *See also* SWORD.

---

23 - armor



*Abdomen plate. Museum of Herakleion, Crete.*

bronze scales. There is evidence of this type of protection in the Middle East from the second millennium B.C. A direct descendant of the scale coat was the lamellar armor, which was made up of horizontal rows of small, narrow metal lames laced together and slightly overlapping each other, without the need for any backing material. Evidence of the earliest use of lamellar armor can be seen in Assyrian iconographic works dating from the 8th century B.C. Reliefs in the palaces of Nineveh, Assur, and Nimrud depict Assyrian infantry as well as cavalry troops wearing this type of defense. The use of both scale and lamellar protection spread rapidly east and west from the Middle East and remained in use for many centuries. Even in the early 19th century, lamellar armor was still being made in China and Japan.

MAIL was another type of basic material from which ancient armor was constructed. This was created by interlinking metal rings—each ring usually having four others linked through it—or by interweaving loops of wire. Mail was probably of Celtic origin, having begun to develop about the 6th or 5th century B.C., although the earliest coat of mail of which evidence exists today dates from the 2nd century B.C. A frieze on a pagan altar (c. 160–155 B.C.) from the ancient site of Pergamum, now housed in Berlin, depicts Galatian weapons among which a coat of mail is clearly recognizable. From the 1st century B.C. there is a steady increase of evidence to the rapid and widespread use of this type of body defense in Europe and the eastern Mediterranean countries.

Up to the 13th century mail shirts remained the principal means of body protection for European heavy cavalry and those warriors on foot who could afford, or capture, mail armor. Called byrnie and HAUBERK, these mail shirts were of various length. Foot soldiers often wore a short hauberk (later known as the habergeon) covering the torso down to hips or mid-thighs so as not to impede fast movements in combat. Mounted warriors preferred a long shirt of mail extending down to the knees; it also

protected the lower legs, its skirt being slitted for riding. To reduce impacts from blows, a quilted garment, the AKETON, was worn under mail, and a similar battle dress, well stuffed with cotton or wool, was often the main protection for less wealthy men on foot. The head was covered by a mail hood, the COIF, and by a helmet, usually conical or flat-topped, with a strong nose guard or, more rarely, a steel face guard with eye slits and ventilation holes. Sleeves of the hauberk initially covered the arms only down to the elbows, but by the late 12th century, extended to the fingertips, forming mail gloves. In the 11th century quilted hose were reinforced with strips of mail covering the front and laced behind the legs, but in the next century full mail hose were often used. A long almond-shaped shield (usually termed "kite-shaped"), completed the protection of the warrior on horseback. Men on foot often used much smaller round shields.

Since mail could not adequately defend the warrior against thrusts of a spear or blows of a war hammer, attempts were made to design stiffer forms of armor. Hauberks covered with overlapping iron scales appeared in the 11th century, and leather cuirasses reinforced with steel bands shaped to the torso, the COAT OF PLATES, were introduced around 1200. During the next century LEGHARNESSES were developed, protecting the knees with appropriately shaped steel caps, called POLEYNS, and the shins with gutter-shaped steel GREAVES, both being attached with buckled straps passing behind the leg. Similar caps, called COWTERS, were designed for the elbows, while small steel discs, laced to the hauberk, acted as shoulder guards. The outer arms were covered with VAMBRACES, shaped and attached like the greaves. With the progressive improvement of legharnesses, it became possible to reduce the size of the long heavy shield to a much smaller triangular form (the "heater-shaped" shield), which was used by knights from the late 13th century up to the early 15th. The conical, round- and flat-



*Warriors wearing protective cloaks, detail from the standard of Ur, British Museum, London.*

armor - 24



Various types of armored construction.
1. Small plates on fabric.
2. Scales attached to fabric.
3. Interlinked scales.
4. Interlaced lamellae.
From the Glossarium Armorum.

topped helmets of the earlier period underwent gradual modifications in size and construction of their face and neck guards, the result being a deep, heavy, barrel-shaped HELM which completely covered the knight's head. It was used during the 13th and 14th centuries and was worn later, again in somewhat modified forms, as part of jousting armor.

By about 1330 the fully armored knight would wear a hauberk over an aketon, and a coat of plates over the hauberk. A knee-long sleeveless gown covered his armor. A well-padded ARMING CAP, a coif, and a helmet protected his head. His legs were defended by mail CHAUSSES reinforced with plates. By this time GAUNTLETS made of steel plates and scales had also been developed, and toward the end of the century full legharnesses had developed consisting of SABATONS, greaves, poleyns, and CUISSES.

Further important changes occurred in the 14th century leading to the formation of complete plate armor, which by 1425 had replaced the coat of plates. For better protection of the front, the coat of plates had often been reinforced with an over-plate (placate), covering, initially, only the abdomen. It was also worn as an independent defense, which, gradually growing in size, developed in 1350–1400 into a BREASTPLATE shaped to the torso and convex in the center. At first attached with straps crossed on the wearer's back, it was later supplemented by a BACKPLATE, both parts of this "pair of cuirasses" being connected by shoulder straps on the top and by hinges and buckles with straps on the sides. To the lower edges of the cuirass was attached a horizontally laminated SKIRT protecting the abdomen, hips, and loins. The upper edges of each plate were hammered into the turns—rounded flanges at the neck and armpits, designed to deflect bladed weapons. Rigid and strong, the cuirass made it possible to develop an important accessory, the REST, attached at the right armpit on the breastplate to couch the lance when attacking and to prevent it from being knocked backward on the impact of a hit.

By about 1420 armor was virtually as complete as it could be, in most essential details. Articulation and joints had been perfected to a point where there were few "dead spots," which had to be protected by mail. Development continued, however, with modifications and refinements being made throughout the century. These technical improvements were largely the work of Italian armorers of Milan and their German counterparts in Nuremberg, Landshut, Innsbruck, and above all, Augsburg.

The protection of the head was still entrusted to the BASNET, although this was gradually being replaced by various types of SALLET combined with the BEVOR attached to the breastplate or, more rarely, to the helmet. Breast- and backplates were supplemented on the top with a collar, or GORGET, and with shoulder guards, the PAULDRONS. To improve shoulder protection, the pauldrons began to be made of articulated plates, the lower being linked to the tubular upper-arm guards, the vambraces. The gauntlets had become larger and no longer had separated fingers, thus becoming mitten gauntlets, with attached thumb scales.

By 1450 the front of the skirt and its rear part, the rump guard, were fastened on the sides to form one circular laminated defense; in front, to its lower fame, were attached the TASSETS. The cuisses were reinforced with hinged side plates to protect the outside of the legs. The poleyns consisted of three articulated plates, the main one shaped to the knee and widened on the outer side to form an oval side wing—a screen to protect the joint. The poleyns overlapped the top of the greaves, to which they were attached either by a rivet or a turning pin; the greaves, comprising two pieces, were shaped to enclose the lower leg completely and were hinged, with straps and slots to fasten. In some instances they ended at the ankles but in most cases reached to the ground, arching over the instep to overlap the upper back lames of the long, pointed sabatons.

The second half of the 15th century saw no great changes in the structural development of armor, although a great deal was done to improve articulation. The basnet had by now become obsolete, although the BARBUT—a

deep helmet with a T-shaped opening for sight and ventilation—was still in use, as was the sallet with its neck guard and a movable bevor. An important innovation, first introduced in Italy in the early 15th century, was the ARMET, a closed helmet with a pointed visor and a bevor shaped in front in the "sparrow's beak." By 1450 the first examples of separate gorgets, worn either under or over the breastplate, had appeared. Breast- and backplates of the cuirass took on a more compact appearance, with increased mobility, sometimes achieved by the use of several joined plates on each part of the cuirass. The lower breastplate of a two-piece breast, used on many cuirasses, now came up so much higher that it formed a double layer of iron where it overlapped the upper breastplate. At the same time, the skirt was becoming smaller and the tassets—often ribbed and sometimes consisting of several lames—were increasing in importance. The vambraces and greaves, however, remained much the same, although the side wings on the cowters and poleyns were noticeably more inward-curving. Armor made in Germany, mainly for export, began to be imitated in other European countries, one of the features that was particularly copied being the SPAUDLERS—gutter-shaped laminated protection for the upper arms—with small circular shields as armpit defense, called BESAGEWS, attached to them.

By the end of the 14th century the first examples of decoration applied directly onto plates of an armor were seen. This generally took the form of pointillé (engraving with dots and strokes), and was restricted to a few parts of the helmet and breastplate, consisting mainly of rather formal foliate designs and "wolf's teeth" patterns. Etched decoration also appeared in the late 15th century.

The two main "schools" that had the greatest influence on all European armorers were the Northern Italian and the German. The former was characterized by its smooth finish and rounded surfaces, while the latter was renowned for its Gothic stylization which showed particularly in elaborate curves ending in cusps, rippling, fluting, etc., and, when it reached its peak toward the end of the 15th century, in an elegant slenderness of line. Around the beginning of the 16th century there was a certain tendency for the two styles to blend, the typically rounded lines of Italian armor being adopted in Germany while the German system of fluting the plates was sometimes used in Italy.

From about 1510–30 the so-called Maximilian style of armor came into use, although it was not to get this name until some 19th-century collectors decided that the style must have been introduced by the emperor Maximilian. Its characteristic features were large rounded shapes and radiating flutings on all surfaces except the leg armor. The later examples had quite narrow flutes, set close together. This style was widely used, especially in Germany, although fluted armor never superseded smooth-surfaced armor, which always remained more popular in the rest of Europe.

During the 16th century armor was to become more and more specialized. Three main categories emerged: for specific purposes of war; for various types of jousts and tourneys; and for ceremonial displays, parades, etc. Many

25 - armor



Composite armor (plate and mail), N. Italy, c. 1400–1415. Metropolitan Museum, New York.



Armor of Ulrich IX, Castellan of Matsch, made by Pier Innocenzo da Faerno, Antonio Missaglia, and Giovanni Negroli, Milan, c. 1445-50, Churburg Armory, Sluderno.

Armor of Roberto da San Severino, Count of Caiazzo, made by Bernardo and Giovan Pietro da Carnago and Antonio Missaglia, N. Italy, c. 1480. Waffensammlung, Vienna.



Armor and horse bard belonging to King Sigmund II August of Poland, made by Kunz Lochner of Nuremberg, c. 1550. Livrustkammaren, Stockholm.

Rear view of the field armor belonging to Sigmund of Tirol, made by Lorenz Helmschmid of Augsburg, c. 1485. Waffensammlung, Vienna.

CHS00017875



*Field armor belonging to Duke Ulrich of Württemberg, made by Wilhelm von Worms the Elder of Nuremberg, c. 1525. Waffensammlung, Vienna.*

*Armor belonging to Sir James Scudamore, made in Greenwich. England, c. 1580–85. Metropolitan Museum, New York.*

armor had interchangeable parts to enable the basic form to be used for different purposes. These composite armors frequently consisted of a great many pieces for exchange or reinforcement and are known as GARNITURES.

During the first half of the century mounted troops were still equipped in the style of the men-at-arms of the previous century. The helmet was of the armet type or of the form known as the CLOSE HELMET; the pauldrons were asymmetrical due to the deep cutout at the right armpit for the lance; the side wings of the cowters almost completely covered the elbow joint; the sabatons were shaped in either the "duck's bill" or "bear's paw" style; the gauntlets were either in the form of mittens or had articulated fingers.

A specially modified form of armor was introduced for the infantry as an alternative to the BRIGANDINE. This consisted of an open helmet, the BURGONET, MORION, or KETTLE HAT; the trunk was protected by a light cuirass without a rest for the lance, and there was a skirt to which the tassets were attached, the shoulders and upper arms were covered by spaudlers, but no plate defense was provided for the rest of the arms or for the legs. Most frequently used by light cavalry and heavy infantry were light forms of armor that are usually called "half armor" since they do not include legharnesses. This consisted basically of a light helmet, such as a burgonet or morion, a gorget, pauldrons, and a cuirass with long, broad tassets.

By the middle of the 16th century mounted troops had begun to be equipped with special medium armor, now often termed "three-quarter armor" since it covers the body to the knees only. In England these troops were known as lances or demi-lances, their light lance being used without the rest. This type of armor included a close helmet or a burgonet, with a detachable bevor (*see* BUFFE); pauldrons with full vambraces; a gorget and a cuirass with long tassets ending with poleyns; and high boots, replacing the greaves.

A common type of armor throughout the 16th century was munition armor for foot soldiers, which was used not only by heavy infantry but also by guardsmen, sentries, patrol troops, etc. It was usually consistent in its component parts, being made up of a light helmet (burgonet, kettle hat, or morion), a SKULL; a collar, which kept the pauldrons or spaudlers in position; a cuirass with laminated tassets that were strapped to the skirt plates and could be easily detached to make the armor still lighter. The arms were protected either by vambraces or by mail sleeves (if the armor was provided with spaudlers). While this was initially rather a cheap kind of armor for the common soldier, it was ultimately to be adopted by the Papal Guard (see separate subheading below).

The production of specialized armor for the joust and tourney continued into the second half of the 16th century, with a number of variations according to the type of contest, on horseback or on foot. Some of the garnitures were also intended for ceremonial occasions, and thus were richly decorated. The Milanese armorers were in the forefront of this kind of work, probably the greatest being the Negroli family. Lucio Piccinino also made a name for himself as an armorer-embosser, as did Bartolomeo Campi of Pesaro and Giorgio Ghisi of Mantua. In Germany, some of the finest embossed armor was produced by the goldsmith Jörg Sigman of Augsburg.

By the beginning of the 17th century firearms had greatly improved in efficiency and were being used more and more widely. The result was a noticeable decline in the importance of armor. However, the cuirassier armor was to remain in use by heavy cavalry for several more decades. It was composed of a closed helmet—a burgonet with a bevor or a "Savoyard" (*Todenkopf*) close helmet; a ZISCHÄGGE (added in mid-century); a gorget; and a heavy cuirass with very long tassets, known as "lobster tails," which included poleyns. Usually russeted or painted black with heavily engraved decoration and gilding, the general appearance was rather stocky and inelegant. From the middle of the 17th century the cuirassier armor was worn by a few regiments—mostly in Germany. A BUFF COAT and a heavy cuirass with a flat breastplate joined to a backplate were preferred by a new generation of heavy cavalry.

In the course of millennia, armor was constantly developed and perfected to confront improvements in offensive weapons. In the end, armor lost this competition to firearms, which had attained such force and rate of fire as to impose on armor the contradictory requirements of ensuring greater resistance by use of heavier plates while preserving the wearer's mobility in combat. However, body armor has never disappeared from battlefields, since it remains as good a protection as it has always been against a saber, lance, or bayonet. A "siege armor," consisting of a helmet with a reinforcing skull plate and a breastplate with an over-plate, was still used by sappers and advance troopers under enemy fire well into the 18th century. An "arquebus armor" of steel, including a burgonet, gorget and spaudlers, a cuirass, and a long left-hand gauntlet ("bridle gauntlet"), was used in the second half of the 17th century, and in Germany and Poland some carabineer and cuirassier units continued to wear much the same armor, including laminated spaudlers, up to the mid-18th century. A lighter form of armor, consisting of a steel helmet and cuirass, was used by cuirassier regiments well into the second half of the 19th century, and French cuirassiers still carried this armor in the field during the First World War. For ceremonial occasions, special helmets and cuirasses, made of a light alloy and sometimes silvered or gilded, have been used by Britain's Household Cavalry since the last century up to the present time.

Some parts of armor have survived in modified forms. The gorget, a crescent-shaped plate with an emblem or a royal coat of arms displayed at the neck, was worn by officers from the 18th century well into the 19th; special German units wore the gorget as part of their uniform during the Second World War, and in some armies it is still displayed by officers in full dress. In the last century, many cavalry regiments were issued epaulettes with a steel plate inside or metal scales on the upper surface to protect the shoulders against saber strikes. Since the early 1900s, revived interest in helmets, breastplates, and cuirasses capable of effective protection against firearms has led to many experiments with steel and plastics, resulting in helmets and bulletproof vests which are, in fact, not so distant descendants of medieval armor.

CHS00017876

The following survey gives a classification of some basic types of armor used during the late 15th to the 17th century. All forms of armor fall into three main groups: battle armor, parade armor, and armor for sporting contests. The latter included tournaments, on horseback or on foot, involving two opposing groups of participants; jousts, in which two men fought on horseback; and foot combat, involving two opponents.

*Field armor* A type of armor used by heavy cavalry in the 15th and 16th centuries. It was a complete suit of armor, matched by a horse armor (*see* BARD), with a steel-plated saddlebow giving additional protection to the horseman. Head protection consisted of a sallet with a separate bevor, an armet, or a close helmet; in the second half of the 16th century, a lighter helmet, the burgonet, with or without a bevor, was often preferred. From the 16th century, the gorget, worn in most cases under the cuirass, was covered by gorget plates of a helmet, thus doubling the protection of the neck. The cuirass had a skirt with tassets and was equipped with a rest for the lance on the right side. The pauldrons with "wings" extending almost to the center of the breast were, until the late 16th century, asymmetrical since the right one had a cutout for the butt of the lance. A HAUTE-PIECE on each pauldron gave additional protection to the neck and head, but from the mid-16th century it fell into disuse and the pauldrons themselves became lighter, often with besagews instead of the "wings." The vambraces completely encircled the arms, with bracelet-like cowters to protect the elbow joints and tendons. In about 1500–1530 the gauntlets were usually without separate fingers (mitten gauntlets), but before and later were mostly made with articulated fingers. The legs were entirely protected by legharnesses, which consisted of articulated cuisses, poleyns, full closed greaves encircling the calf, and articulated lamellar sabatons. A lighter form of greaves was quite often used in the 16th century, with a gutter-shaped plate covering only the outside of the leg and with mail sabatons ending in a steel toe cap. Later in the century, laminated tassets and cuisses were often made to lock together, forming, in fact, long tassets.

The suit was generally worn over an ARMING DOUBLET reinforced with mail where joints were not sufficiently protected by plates of the armor. This type of armor lent itself very well to various exchange pieces and to the addition of reinforcing pieces for jousting and tournament. Field armor was thus the main component of a garniture used to form different types of armor for corresponding military uses and sporting contests.

*Cuirassier armor* A type of armor for heavy cavalry in use during the first half of the 17th century, the successor to the full field armor. In fact, already in the 16th century a lighter form of field armor ("three-quarter armor"), without greaves and sabatons, was worn, composed very much like the cuirassier armor but different stylistically. In the cuirassier armor the head was protected by a close helmet or a burgonet with a visor and bevor, but from about 1640 a heavy Zischägge was often preferred. The breastplate of the cuirass was fairly flat and sturdy, with a flange for attachment of a laminated defense combining a short skirt with long lobster-tailed tassets ending with poleyns. Greaves had by now been replaced by high leather boots. The lance being no longer in use, the pauldrons were symmetrical. The full vambraces were completed by gauntlets with separated fingers.

Cuirassier armors were mostly either blued or russeted or else varnished in black. Rivet heads were often brass-plated to serve as a decoration.

*Arquebus armor* A type of armor which from the second half of the 16th century was worn by light cavalry armed with pistols and short arquebuses (as well as with swords). Basically it consisted of a cuirass, made up of a heavy breast- and backplate, and a gorget, sometimes with light pauldrons; a buff coat was worn underneath. The cuirasses often show signs of having been tested—"proved"—against pistol, caliver, or musket, as was also done with cuirasses for cuirassier armors. In some cases, rather crude straight tassets and a rump guard were worn with the cuirass, but these parts were generally discarded from the late 1500s. A burgonet was most often used to protect the head, but from mid-17th century a light Zischägge was carried instead or a steel skullcap, the secrète, was sometimes worn inside an ordinary felt hat. The upper arms were protected by spaudlers, and only one long left-hand gauntlet (bridle gauntlet) was used.

Similar types of armor were still in service with some carabineer and cuirassier guard units in Germany up to the mid-18th century.

*Half armor for infantry and cavalry* A light armor worn throughout the 16th and 17th centuries by soldiers of heavy infantry and light cavalry. The head was protected by either a morion or a burgonet, the latter being often worn with various types of buffes—detachable bevors. The gorget supported the cuirass and the pauldrons, which were equipped with either large "wings" or besagews. The arms were protected by full vambraces and gauntlets. The breastplate had a short skirt, its two or three lames supporting the tassets. When used on horseback, the short tassets could be easily unbuckled and replaced with long tassets provided with poleyns.

Another type of half armor, called the corslet (also, probably, "Almain rivet" in England), was worn from the early 1500s, especially by heavily armed men on foot, including the landsknechts. It had long, large laminated tassets up to above the knees, most often with a detachable lower half.

A still lighter type of half armor was in use by light cavalry during the second half of the 16th century and the beginning of the 17th. It generally consisted of a burgonet supplemented with a detachable bevor (usually of the type called "falling buffe" because its lames could be lowered to open the face). The gorget incorporated short pauldrons protecting only the top of the shoulders, the arms being covered with mail and gauntlets. The breastplate had a low straight neck reinforced with a strong turn. The lower edges of the cuirass held a short laminated skirt extended in front into wide tassets. No rest for the lance was provided since light cavalry used javelins or short light spears.

A very similar light half armor was worn by infantry soldiers, instead of a heavier form like the landsknecht

*Armor (*Rennzeug*) for the German course belonging to Emperor Maximilian I of Hapsburg, made by Christian Treytz of Innsbruck, c. 1490. Waffensammlung, Vienna.*

*Tonlet armor for foot combat belonging to Emperor Maximilian I of Hapsburg, made by Francesco da Merate, N. Italy, c. 1500–1508. Waffensammlung, Vienna.*

armor - 32

TH
ENC

A
W

The fi
on the
fifty y
*pedia*
indisp
anyor
armo
Orie
the p
Th
lustr
275,
arm
axe
rifle
tars
spu
alp
bo
siv
ab
su
le



*Field armor for a horseman, made by Niccolò Silva, Italy,
c. 1510. Musée de l'Armée, Paris.*

*Cuirassier armor ("three-quarter armor") of Don Diego
Felipe de Guzman, Marquis of Leganés, N. Italy, c. 1627.
Armeria Reale, Turin.*

Early weapons and armor

CHS00017878

Weapons of primitive man - 34

35 - The conquest of metals

TH
ENC

A
W

The firs
on the
fifty yea
pedia of
indisper
anyone
armor
Orienta
the pres
The b
lustratio
275,000
armor, c
axes, c
rifles, la
tars, sh
spurs, a
alphabe
book of
sive up
able for
subject,
lectors c



**Plate 1 Weapons of primitive man** (top) *Paleolithic bifacial chipped-flint hand axes. Dept. of Paleontology, Milan University.* (middle) *Various types of Paleolithic chipped-flint arrowheads. Aroldi Collection, Milan.* (bottom) *Neolithic polished-flint double-edged hatchet. Museo Civico, Bologna.*



**Plate 2 The conquest of metals** (top) *Bronze helmet, 7th–6th century B.C. Museo Archeologico, Florence.* (left) *Bronze Age sword, c. 9th century B.C. Dept. of Paleontology, Milan University.* (middle) *"Antenna"-type sword hilt, late Bronze Age. Aroldi Collection, Milan.* (right) *Anthropomorphic sword hilt of iron, Iron Age, La Tène I. Civico Museo Archeologico, Bergamo.*





**Plate 3 Weapons of the Creto-Mycenaean culture** (top) *Dagger with gold-decorated handle and damascened bronze blade depicting a leopard hunt, from a tomb near Pylos, c. 1500 B.C.* (middle) *Detail of a damascened bronze dagger depicting a lion hunt, from a tomb in the Acropolis of Mycenae, c. 1570–50 B.C.* (lower left) *Part of the gold furniture of a bronze sword depicting an acrobat, Palace of Mallia, Middle Minoan period, c. 1600 B.C.* (lower right) *Bronze helmet with cheekpieces, from a tomb near Knossos, Late Minoan period.*

**Plate 4 Helmets of pre-Roman Italy** (top) *Greek-type Etruscan helmet with cheekpieces, 6th century B.C. Museo di Villa Giulia, Rome.* (bottom) *Crested Etruscan helmet from Veio, 8th–7th century B.C. Museo di Villa Giulia, Rome.*

CHS00017880





**Plate 5 Gladiatorial helmets of classical Rome** (top) *Bronze helmet. Museo Nazionale, Naples.* (middle) *Bronze helmet decorated with episodes from the Trojan War. Museo Nazionale, Naples.* (bottom) *Bronze helmet. Museo Nazionale, Naples.*

**Plate 6 Roman armor** (top) *So-called jockey-cap iron helmet with movable cheekpieces (bucculae), third quarter of the 1st century B.C. National Museum of Wales, Cardiff.* (right) *Lorica segmentata, 1st century B.C., reconstruction by H. R. Robinson.* (lower left) *Parade helmet with mask visor, end of the 1st century B.C., reconstruction by H. R. Robinson.*

CHS00017881

known since the early 1500s, munition half armor, generally of poor quality and simple finish, was made on a larger scale from the middle of the century. There were many variations of munition armor, with most of them including a light helmet, e.g., an open burgonet or a morion; a gorget, with or without spaulders; and a cuirass with tassets. Stored during peacetime in a local armory, these armors were often marked with the community's name, being issued to local militia when necessary. Matching parts of each half armor were sometimes stamped with the same number, an arrangement of dots, or other symbol.

*Armor 'alla romana'* A special type of armor made around the middle of the 16th century purely for ceremonial parades and entertainments. A few very rare examples have survived to our day, a particularly fine one, made in 1546 by Bartolomeo Campi of Pesaro for Emperor Charles V, being in the Real Armería, Madrid. It was, in fact, an imitation of the ancient Roman officer's armor, with a so-called muscled cuirass and laminated vertical strips forming the skirt and the pauldrons. There were no leg harnesses but, instead, special boots modeled after the Roman soldier's *caligae*. The helmet was a type of burgonet in the so-called antique style, whose design was rather freely adapted from the Roman helmet, the GALEA. Its outstanding feature was its superb decoration executed in a skillful combination of embossing, casting, chiseling, and encrusting with silver and gold.

*Papal Guard armor* A type of half armor worn from the second half of the 16th century to the late 18th, reintroduced in the 19th and still in use by members of the Papal Guard. Basically, it consists of a morion or a light burgonet and a cuirass without tassets. Officer's half armor can include a gorget, symmetrical pauldrons with complete vambraces, and tassets buckled to the cuirass. Parts of the armor are russeted, gilded, engraved, and occasionally embossed.

*Tournament armor* A type of armor used mainly during the first half of the 16th century in mock cavalry combat in the open field with rebated (blunted) weapons. Basically, it was a field armor to which were added a number of reinforcing pieces. There were no precise specifications for these, but the armor had to be suitably adapted to withstand the weapons to be used in a particular tournament. The most common reinforcing pieces were the following. For the head, protected by an armet or a close helmet: a GUFFE to reinforce the skull, and WRAPPER to cover the bevor and the front of the gorget (the wrapper was made either as one piece or in two parts: the lower, with gorget plates, and the upper, to cover the face guard of the helmet). For the trunk: a reinforcing breastplate, the placate, screwed onto the cuirass. For the left arm: a reinforcing pauldron with a haute-piece, a reinforcing cowter plate, the pasguard, and a special stiff, one-piece reinforcing gauntlet, the MANIFER. For the right hand: a locking gauntlet to prevent the weapon from being knocked out. Tournament armor could also include a steel round shield, the TARGE, when this was allowed by rules of the contest.

Tournaments fought in the 15th century in Germany



*Composite armor for a foot soldier, Nuremberg, c. 1550–60. Museo Stibbert, Florence.*

corslet of the first half of the 16th century. In the infantry version, the half armor usually had longer tassets buckled to a short skirt, thus easily detachable. An open burgonet without a buffe, a morion, or other light helmet was worn. The gauntlets were replaced by gloves. This type of armor was a direct precursor of the pikeman's corslet used throughout the 17th century, which was even more simplified since it consisted only of an open helmet, a gorget, and a cuirass with large tassets.

Although mass-produced soldier's armor had been

with rebated swords or wooden clubs (*Kolbenturnier*) required a special helmet, the great basnet, which had a large face guard made up of vertical bars to give necessary protection while providing good ventilation. The skull of such helmets was often made of hardened leather mounted on a steel framework.

*Armor for the barriers* A type of armor used in the 16th century for a tournament on foot fought over a wooden fence. Since the fence protected the lower part of the body, no legharnesses were worn in this form of contest. It was basically an ordinary field half armor, strong enough to withstand attack from such weapons as a poleax or spear and sometimes a mace or sword. This half armor consisted of a close helmet with gorget plates covering the gorget (alternatively a close helmet locked and rotating on the gorget, with a one-piece visor, was used); a sturdy cuirass with a stomach lame and tassets; symmetrical pauldrons, since the rest for the lance was not needed (though some contestants preferred to wear a spaudler on the right shoulder, instead of a large pauldron, to have more freedom of movement); and full vambraces and gauntlets.

*Armor for the German joust (Gestech)* A special type of armor required for each of two mounted contestants who would approach each other at full gallop, trying to score a hit with a heavy lance, which had a blunt head with prongs, the CORONEL. The basic parts of this armor included a heavy frog-mouthed helm with an eye slit placed high between the face guard and the skull; the wearer could see and aim his lance when his body was leaning forward during the charge, but he had to straighten himself up just before the impact to protect his eyes with the upper edge of the face guard. The helm was attached with screws or hasps to the breast and the back of the cuirass. The latter was flattened on the right side to fix the rest and the queue to couch the lance (this device being sometimes referred to in England as a "rest of advantage"). A central over-plate with laminated skirt and tassets was riveted to the lower edge of the breastplate to protect the abdomen and thighs. The shoulders were covered by spaudlers and besagews, and the lower arms by special full vambraces. On the left hand there was a POLDERMITTON, a stiff gauntlet with a shell protecting the elbow joint. A similar shell was riveted to the lower CANNON on the right arm, but no gauntlet was provided for the hand since it was covered by the round shield on the lance, the VAMPLATE. A small leather-covered wooden shield, shaped to protect the left side of the body and the hand with the bridle, was suspended from the cuirass. A well-padded large bumper, the *Stechsack*, was carried around the neck of the horse to protect its chest and the rider's legs; his groin was shielded by a wide steel-plated saddlebow. The backplate of the cuirass was relatively light and consisted of two riveted pieces with a strong bracket for the helm and various leather straps for the breastplate and other parts of the outfit.

An important feature of the equipment was the special wooden saddle covered with pigskin or leather. It was made so as to allow the rider to fall backward if he was hit by a powerful blow. In earlier models, there was no seat proper and the rider had to stand upright, being supported in this position by two curved side pieces extending from a

very large saddlebow and protecting the rider from feet to waist.

*Armor for the German course with sharp lances (Scharfrennen)* A special type of armor (*Rennzeug*) used particularly during the late 15th and the first half of the 16th century in this form of jousting, both in the lists and in the open field. The style was largely based upon German field armor of the end of the 15th century, but the extremely dangerous nature of this contest, with no barrier between the opponents, made the use of a wide variety of reinforcing pieces essential.

The basic elements of the armor included a large sallet with a BROW REINFORCE and a bevor, the latter being screwed down to the cuirass. The cuirass was similar in construction to that of armor for the German joust (*Gestech*) and had much the same "rest of advantage" for the lance. Here, too, the lower part of the breastplate was covered by an over-plate from which hung a skirt and tassets; on the inside these parts were reinforced by a plate shaped below to the curve of the saddle seat. The



*Carabineer armor ("arquebus armor"), made by Lorenzo Saïano; N. Italy, c. 1680–90. Musée de l'Armée, Paris.*

CHS00017882

armor · 42

THE
ENCY

A
Wo

The first
on the su
fifty year
pedia of
indispens
anyone
armor
Oriental
the prese
The b
lustratio
275,000
armor, c
axes, c
rifles, la
tars, sh
spurs, a
alphabe
book of
sive up
able for
subject,
lectors

backplate, made of two pieces, took the form of a body belt provided with leather straps for attachment of the breastplate and thigh defenses. The right arm was covered by a large semicircular vamplate reinforced by a riveted over-plate below the shaft of the lance. The left arm was protected by a special steel targe shaped so as to cover also the whole breast and the left side of the breastplate down to the waist. The targe was screwed onto the breast and the breast, thus reinforcing the armor on the left side, which in all forms of jousting was aimed at by the opponent. No vambrace was required in this type of armor. To defend thighs and knees, special heavy plates, properly shaped (*Dilgen*, called in English "tilting sockets"), were hung below the saddle. The saddle did not have a cantle, thus enabling the contestant to fall backward or from the horse, should he receive a powerful blow from his opponent.

*Tilt armor* A type of armor used during the 16th and early part of the 17th century for a joust in which the contestants were separated by a wooden barrier, or tilt, erected along the center line of the lists. Like the other



*Armor for the Italian joust, N. Italy, c. 1590. Armory of the Council of Ten, Doge's Palace, Venice.*

*Armor for the Italian joust, N. Italy, c. 1560-70. Museo Civico L. Marzoli, Brescia.*

43 · armor



*Armor (Stechzeug) for the German joust, Augsburg, c. 1500-1520. Wallace Collection, London.*



Armor: 1. skull; 2. rest; 3. tasset; 4. cuisse;
5. poleyn; 6. greave; 7. sabaton; 8. brow reinforce;
9. upper bevor; 10. lower bevor; 11. gorget plate;
12. pauldron; 13. breastplate with lower breastplate;

14. cowter; 15. lower cannon of the vambrace;
16. skirt; 17. gauntlet; 18. shirt of mail; 19. rondel on
helmet; 20. backplate with lower backplate; 21. rump
guard.

forms of jousting, tilting necessitated special protection for the left side of the body, which was the target area of the opposing lance. Jousting across the tilt was introduced in Italy in the 1420s and spread to other countries of western Europe, being called in Germany *Welschgestech über die Planke* ("Italian joust over the tilt").

Tilt armor was built up like a full field armor, with many of its basic parts made exceptionally strong, and was provided with a number of reinforcing pieces. The head was protected by a close helmet locked and turning on the gorget; its skull had a brow reinforce, and its one-piece visor had a trapdoor on the right side for ventilation between bouts. An alternative form of helmet, used in the Italian version of tilt armor, was a modified basnet constructed like the close helmet just described but with bevor and skull extended downward into massive plates, which were screwed onto the cuirass. The breastplate had a flange shielding the right shoulder, a rigid rest for the lance, and a number of threaded holes for attaching the GRANDGUARD. This important reinforcing piece, made in one or two parts, covered the lower left side of the helmet, the gorget, the left shoulder, and the left side of the breast.

To increase freedom of movement, spaudlers were used instead of winged pauldrons to protect the shoulders, but the left one was well covered by the grandguard or a steel targe (described below), while the right spaudler had a special reinforcing over-plate. Full vambraces with sturdy mitten gauntlets also had some additional pieces. The right cowter was reinforced with an elbow guard—a shaped plate screwed onto the front of the cowter; the hand and forearm were well defended by the vamplate. A similar but much larger elbow guard, the pasguard, covered all the left cowter and a good part of the arm. Full legharnesses completed the tilt armor.

The Italian version of this suit used a very large grandguard made usually, but not always, in one piece and supplemented with a kind of over-vambrace, or grand pasguard, covering not only the left cowter but also substantial parts of both cannons of the vambrace. Alternative defense of the left side was provided by a concave steel targe, instead of a grandguard, screwed onto the breast and overlapping the shoulder. The targe was either forged or covered with trelliswork to prevent a hitting lance head from slipping off. When the targe was used, a smaller pasguard was attached to the left cowter. Another reinforcement for an Italian-style tilt armor was a stomach lame with an over-tasset, screwed onto the left side of the breastplate. In English-style tilt armor, among reinforcing pieces were a grandguard, in one or two pieces, a large pasguard, and a manifer entirely overlapping the left gauntlet.

*Foot-combat armor* A special suit of armor worn by each of two contestants fighting in the lists with poleaxes, spears, maces, swords, and daggers. Foot combat practiced in the 15th and 16th centuries historically derived from knightly duels often fought to the death. It was the most dangerous form of all competitions and required an armor giving top-to-toe protection to the wearer. In the 15th century a field armor was used for foot combat, but instead of a field helmet (an armet or a sallet) a

great basnet was worn, equipped with a globular face guard pierced with many holes for ventilation. The great basnet continued in use until the mid-16th century, being provided with a more rigid visor, often of the "bellows" form. In the early 1500s German armorers developed a foot-combat armor which had large symmetrical pauldrons with haute-pieces, full closed vambraces with laminated joint defense opposite the cowters, and full legharnesses with closed cuisses and laminated defense opposite the poleyns. As an additional protection, the TONLET—a long circular laminated skirt flaring toward its lower edge like a bell—covered the body from waist to knees. Instead of the tonlet, steel breeches were occasionally made for foot-combat armor in the first half of the 16th century. They consisted of a laminated defense shaped to the hips and rump; the upper lames were attached to the cuisses while the lower were locked with turning pins to the top of the cuisses. A steel CODPIECE protected the groin.

As an alternative to the basnet, a close helmet with a reinforcing bevor was used with foot-combat armor, and the pauldrons were sometimes doubled by the addition of over-plates. The locking gauntlet for the right hand prevented the weapon from being knocked out. In the later part of the 16th century, traditional forms of armor for foot combat were gradually replaced by a sturdy field armor with long tassets, worn with high boots ("three-quarter armor"). Understandably, large symmetrical pauldrons and full vambraces with laminated joints were preserved for this contest, and special gauntlets with flanged cuffs were worn to prevent a blade from slipping into the gauntlet when the arm was raised for an attack or a parry.

*Chinese armor* Throughout history some form of body protection has been employed in China, as is evidenced by specimens of bronze helmets from the Shang Dynasty (second millennium B.C.). The first regulations governing the work of court armorers date from the Chou Dynasty, which ended in the 3rd century B.C. In those early times, two kinds of hide armor predominated. One was *kia*, a sleeveless coat, and the other was *kiai*, a tunic made up of small scales. To make a kia cuirass, a tailor's dummy was first constructed; pieces of rhinoceros hide were cut and



Arrow. 1. head or pile; 2. shaft or stele; 3. feathers or fletchings; 4. nock.



*Various types of arrowheads. 1, 2. Worked stone, from the Paleolithic Period. Arold Collection, Milan. 3. Steel arrowhead. 13th–14th century. Odescalchi Collection, Museo di Palazzo Venezia, Rome. 4. Rhomboid-section steel arrowhead. 14th century. Odescalchi Collection, Museo di Palazzo Venezia, Rome.*



*Bronze axe(?). Cyprus, 7th century B.C.*







*Shields. 1. Assyrian, from a bas-relief of the 7th century B.C., found in Nineveh. British Museum, London. 2. Byzantine, 5th–6th century A.D., from a mosaic in the Basilica of San Vitale, Ravenna. 3. Norman, 12th century, from a set of chessmen discovered on the Island of Lewis with Harris, in the Hebrides.*

**shield** A generic word covering all defensive weapons — of hide, wood, or metal — which are carried either on the arm or in the hand opposite to the one holding the offensive weapon. The fact that shields were in use as long ago as the Bronze Age is well established by both material evidence and pictorial sources over an extremely wide area, including Europe and the Middle East. Shields were used by the ancient Egyptians, Sumerians, Assyrians, and Persians in a variety of shapes — rectangular, oval, and round — and materials — leather, leather-covered wood, and wickerwork, often overlaid with decoratively embossed or engraved thin metal plates. Proof that several types of shields existed in Crete and Mycenae in the second millennium B.C. can be found in scenes with which other weapons were decorated. A particularly interesting example can be seen on a Mycenaean damascened dagger (Archeological Museum, Athens), dated to the 17th century B.C., which depicts scenes of a lion hunt and clearly shows two types of shields: rectangular, with an incurving upper edge, and bilobed. These were probably made from layers of oxhide, which was sometimes covered with metal plates; the edges were reinforced with decorated metal strips, and a wooden spine ran down its entire length, broadening out in the middle to form a boss or UMBO.

Homer gave detailed descriptions of the shields employed by the heroes of the Trojan War and, of them all, the most widely used were either the great oval or the bilobed shields, the aspis, made from layers of hide and reinforced with metal fittings. As time passed, the aspis became smaller and circular, and was adopted by almost all the armies, in coexistence with a light wicker shield, introduced by the barbarians, known as a PELTA. From the inception of the aspis right up to the Hellenistic age (356–146 B.C.), the field of this shield was invariably richly decorated with geometrical motifs, hunting and battle scenes, family crests, mottoes, and amuletic symbols.

Before the rise of Rome's power, the shape of shields in Italy was strongly influenced by the forms prevailing in Magna Grecia, the area in southern Italy colonized by the Greeks. It is known that a round shield, similar to the aspis, was also used extensively by the Etruscans. The Samnites, however, used an elongated wooden shield, appropriately known as the "Samnite shield." From the beginning of Roman history, two basic types of shields were used by foot soldiers: the great scutum, in either its oval or rectangular form, and the round bronze CLIPEUS. Mounted troops, however, were equipped with a smaller round shield, the PARMA, which was soon superseded by a light oval shield of wood or leather. About the fifth century B.C., the round shield was almost completely replaced in the Roman army by the scutum, which remained in use until the fall of the western Roman Empire (A.D. 476). During the imperial period, however, many different types of shields were adopted, for use by the auxiliary military forces and in circus games. These ranged from the hexagonal one of German origin to the gladiatorial type, produced in a wide variety of styles and smothered in decoration.

In the Byzantine world, a large oval shield was extensively used. A good example can be seen depicted in the mosaics of San Vitale in Ravenna, held by a soldier in Emperor Justinian's retinue (c. 532–540), with the chrismon (a religious symbol signifying consecration with holy oil) occupying the whole field and richly decorated with gold and precious stones.

There is considerable evidence throughout the continent of Europe to show that predominantly round shields made of leather, wood, or wicker, with metal fittings and a metal boss or umbo, were being used from the time of the Bronze Age. Within the Germanic countries particularly, round or slightly oval shields with metal reinforcements were being employed. A variation was made which combined the shield with a weapon of attack; a sharp iron or bronze spike protruded from the center, in place of the rounded boss. The Celts of western Europe adopted a distinctive large oval shield, rather elongated, made of wood.

During the centuries following the fall of the western Roman Empire, the people of central and northern Europe were mainly using round shields which were frequently decorated in bright colors to distinguish between various ethnic and family groups. This type of shield, usually made of leather-covered wood and about 70–80 cm. (27–32 in.) in diameter, was equipped with a rather large boss, suitable to use as an offensive weapon.

It was not until about the 12th century that Europe was to see a new type of shield, which was kite-shaped. This became known as the "Norman" style, as it appears several times as a typical Norman weapon in the Bayeux Tapestry (1066–1077), that great piece of embroidery celebrating William the Conqueror's victory at the battle of Hastings. The Norman shield is shown as an elongated triangle, the top edge and sides being slightly convex. The field is occupied either by an applied cruciform metal fitting with a boss or by decorative painting. In addition to ENARMES, it was furnished with a GUIGE or looped strap at the top by which the shield could be suspended from the neck during fighting, thus giving greater protection and allowing more freedom of movement. The kite-shaped shield became the typical shield of mounted troops for about three centuries, since its elongated shape provided good protection for the left side of the body, the area most vulnerable to lance thrusts. In the course of the 13th and 14th centuries, it gradually evolved into a true triangle, becoming smaller in the process (sometimes described as "heater-shaped" because of its resemblance to the bottom of a flatiron). This was the period in which the field of the shield became emblazoned with heraldic devices, which, apart from serving decorative and symbolic functions, enabled the wearer to be recognized even when his face was completely covered by a helmet.

From the 15th century, a complex increase occurred in the types of shields — a trend which was to continue for several centuries. It is possible, however, to distinguish three different categories, each of which includes several types: (1) large shields able to stand on the ground as shelters for soldiers on foot (pavise); (2) shields to wear on the arm (targe); (3) shields to be held with the hand (buckler).

# W

**wagh-nakh** An alternative spelling of BAGH-NAKH.

**wahar-nuk** An alternative spelling of BAGH-NAKH.

**waidate** Part of the cuirass of the YOROI.

**waki-date** A type of MAIDATE.

**wakizashi** A short Japanese sword normally carried by the samurai with the longer fighting sword, the KATANA; in fact, when their technical and stylistic features were the same, they became the companion pair known as the DAISHŌ. The wakizashi blade was a fine example of the unparalleled skill of Japanese bladesmiths. It was usually about 45 cm. (18 in.) long, and its fittings were even more elaborate than those on longer swords. It was nearly always accompanied by both the KOZUKA knife and KŌGAI

pin, and its *soritsuno* and *kojiri* (*see* SAYA) were beautifully decorated. The owner of a wakizashi took great pride in it and always kept it with him; he regarded it as "the guardian of his honor." Although it served mainly as a supplementary fighting weapon, it was also used for ritual suicide, seppuku.

**walloon sword** A broad-bladed sword in use from the middle of the 17th century, mainly in central and northern Europe. Its name derives from Wallonia, a part of modern Belgium. The guard, made principally of iron, had two oval rings perpendicular to the blade, which enclosed two flat or slightly convex shells with *à jour* holes and stars. The two rings joined near the knuckle guard, which was fixed to the pommel with a screw; the short rear quillon ended in a curled finial or a lobe, and on the inside shell there was a small thumb ring. Variations of the Walloon hilt, developed by the end of the century, had one or two side bars joined to the knuckle guard as an additional protection. A simplified form had only the outer shell guard.



*Wakizashi, Japan, 16th century. Museo Orientale, Ca' Pesaro, Venice.*



*Sword with Walloon hilt, central or northern Europe, 1660. Armémuseum, Stockholm.*

**war fan** In old Japan, when it was the custom for everyone to carry a fan, it was also used as a military accessory, not only as a mark of rank but also for signaling

and even as a weapon. There were two types of military fans. One was the *uchiwa*, a flat, open fan made of embossed or inlaid iron, lacquered wood, or leather. The body, which was usually violin-shaped, was decorated with applied ornaments of brass, silver, or gold as well as with crests, inscriptions, or symbolic figures. It was mounted on a handle with a cord attached, its total length being about 35–50 cm. (14–20 in.) The uchiwa was used by both high- and medium-ranking officers and officials; it was also carried ahead of wrestlers as they were about to enter the ring. The other type was the folding fan (shaped like a familiar fan) known as the *tetsu-ten*, or "iron fan," because its outer sticks – and sometimes all of them – were made of heavy steel. It was covered with parchment and had the Japanese "rising sun" symbol painted on a contrasting ground. Some tetsu-ten, however, were merely heavy clubs shaped like folded fans. The tetsu-ten was carried by lower-ranking officers and officials; it was also carried by civilians at night for their own protection, since it could be used as a parrying weapon until the person was able to draw his sword.

**war hammer** A staff weapon, known since Paleolithic times, when it had a stone head attached to a short handle. In medieval Europe, several forms of the war hammer developed. From no later than the 13th century, foot soldiers used war hammers of a simple shape, with a head of iron or lead mounted on a long shaft (about 2 m./7 ft.), often topped by a spike. A much improved version of this pole arm was used in the 15th and 16th centuries by



*War hammers. 1. N. Italy (Veneto), c. 1380. Museo Civico Correr, Venice. 2. Italy, c. 1430. Museo Civico, Bologna.*

CHS00017887



*War hammers.*
*1. N. Italy c. 1510.*
*Wallace*
*Collection,*
*London. 2. The*
*head on a long*
*shaft (not shown),*
*used by foot*
*soldiers, N. Italy,*
*c. 1570–90. Museo*
*di Capodimonte,*
*Naples.*

knights fighting on foot. In this form the hammer itself (*maul, martel*) was offset by a massive curved fluke, which gave the weapon the French nicknames *bec-de-corbin* ("crow's beak") and *bec-de-faucon* ("falcon's beak"); the usual term in England was POLEAX—by association with a similar staff weapon having an ax at its head (instead of a fluke or a hammer). Swiss militia used two-handed war hammers up to the 17th century, but later examples are of a very poor quality, with four ugly prongs instead of a ridged hammerhead. Judging from the contents of the armory at Lucerne, the war hammers were particularly popular in this canton, leading some modern writers to call this weapon the "Lucerne hammer."

A short-handled version of the war hammer was wielded with one hand by mounted warriors from the mid-13th century, but this form was only rarely provided with a spike on the top. In the 16th and 17th centuries, it was often made of steel, sometimes with rondels protecting the grip. A rare type of the horseman's war hammer, probably of German origin, had a cast-bronze head modeled like a hand grasping a steel dagger; it was used mostly in the 15th and early 16th centuries. A regional variation of the horseman's war hammer, with a light face and a long curved fluke, was popular in eastern Europe, where it was called *csákan* (Hungarian; Russian *chekan*).

From the 14th to early 16th centuries, a special type of the war hammer was used in central Europe as a missile weapon, which was given a spinning motion in flight. Functionally similar to the throwing axes, these war hammers had a conical pointed head with a spike and a fluke, and the steel handle was also sharply pointed at the bottom. In its simplest form, the throwing hammer had the form of a Latin cross whose four pointed arms were designed to inflict a wound however the weapon hit.

**watakusi** A particular type of YANO-NE.

**wazna-i-barut** A Persian term denoting a powder measure used in Persia, Turkey, and the Caucasus. It consisted of a round or polygonal tube of brass or watered steel, frequently inlaid with gold or silver and sometimes nielloed, with a close-fitting plunger on the end of a graduated stem. To obtain an accurate amount of powder, the stem was drawn out to give the required reading for the charge and the tube filled with powder, which was then poured into the gun. The tube was surmounted by a loop to enable the wazna-i-barut to be suspended from the belt.

**wedong** (or **wedung**) A ceremonial Javanese knife with a broad blade, usually about 25 cm. (10 in.) long, with an S-shaped cutting edge. The horn handle is square in section and narrow, tapering toward the blade. The wooden sheath is mounted with bands of horn or braided cane and has a large belt hook of horn.

**wheel-lock** *See* IGNITION.

**windlass** A spanning mechanism for a type of heavy CROSSBOW. The windlass consisted of a box-shaped base into which the butt of the tiller was fitted. A winding drum with a pair of pulleys and two opposing cranks with handles was mounted on the box. A system of cords connected the drum with another pair of pulleys provided with a double claw for the bowstring. When the handles were turned, the cords unwound until the claw could be

hooked on the string. By reversing the rotation of the drum, the bow was spanned until the string reached the nut. The cords then were loosened, the claw taken off the string, and the whole instrument was removed from the crossbow, which was ready to be loaded and shot.

**wing** In armor, a part of the elbow and knee guards (respectively called the COWTER and POLEYN) for protecting the articulated joints. In the case of the cowter the wing was really an extension, although instances exist of wings having been made separately and riveted to the cowter or locked on it by means of projecting rivets and keyhole slots. The wings used on poleyns were similarly designed but were flatter and less elaborate in shape than the cowter wings.

**woodknife** An English term used in the 15th to 17th centuries for a heavy knife carried by hunters in a sheath often provided with small pockets for various tools necessary to cut up the kill. The term was also applied to a similar weapon, the HANGER.

**worm** A special steel screw used to extract an unfired ball from the barrel of a muzzleloading gun. It was generally fitted onto the end of the ramrod. By turning the rod, the screw was made to penetrate the lead ball, which could then be pulled out.



*Wrapper, S. Germany,*
*c. 1550. Odescalchi*
*Collection, Museo di*
*Palazzo Venezia,*
*Rome.*

**wrapper** A reinforcing bevor for an ARMET or a CLOSE HELMET. It consisted of a plate shaped to the lower half of the visor and to the chin, attached to the helmet by a strap around the neck and buckled at the back. The wrapper was one of various pieces used with armor for the tourney and joust.

Standard Catalog of

# MILITARY FIREARMS

*PREMIER EDITION!*

## THE COLLECTOR'S PRICE & REFERENCE GUIDE
### 1870 TO PRESENT

- ◆ 2,000 listings
- ◆ 15,000 real-world prices
- ◆ 1,000 photos for easy identification

**NED SCHWING**

CHS00017889

Front Cover:

Cover photo by Paul Goodwin. He can be reached at 229
East 4th Street, Newport, KY 41071, 606-431-7606
Colt Model 1873 and accessories courtesy Tommy Hass, Jr.

Back cover:

Vickers MK1 machine gun, Courtesy Robert Segel
Model 1927 Thompson, Private NFA collection, Photo Paul Goodwin
H&K MP5 A3 KAC submachine gun, Courtesy H&K

© 2001 by
Krause Publications, Inc.

All rights reserved. No portion of this publication may be reproduced or transmitted
in any form or by any means, electronic or mechanical, including photocopy, recording,
or any information storage and retrieval system, without permission in writing from the publisher,
except by a reviewer who may quote brief passages in a critical article or review to be
printed in a magazine or newspaper, or electronically transmitted on radio or television.

Published by



**krause
publications**

700 E. State Street • Iola, WI 54990-0001
Telephone: 715/445-2214

Please call or write for our free catalog of publications.
Our toll-free number to place an order or obtain a free catalog is 800-258-0929
or please use our regular business telephone 715-445-2214.

Library of Congress Catalog Number: 2001088596
ISBN: 0-87341-997-9

Printed in the United States of America

136 • RIFLES

(Model 1918 Anti-Tank Rifle, contd.)

| Exc. | V.G. | Good | Fair | Poor |
|------|------|------|------|------|
| 4000 | 3000 | 2700 | 2200 | 1800 |

## GERMAN WWII MILITARY RIFLES

### Model G 41 Rifle(M)

First produced in 1941. Built by Mauser. Not a successful design and very few of these rifles were produced. These are extremely rare rifles today. Chambered for the 7.92mm Mauser cartridge. Semiautomatic gas operated with rotating bolt. It was full stocked with a 10-round box magazine. Barrel length is 21.5" and weight is about 11 lbs. A total estimated produced of this model is estimated at 20,000 rifles.



*Courtesy Richard M. Kumor, Sr.*

| Exc. | V.G. | Good | Fair | Poor |
|------|------|------|------|------|
| — | 6000 | — | — | — |

### Model G 41(W)

Similar to the above model but designed by Walther and produced by "duv" (Berlin-Lubeck Machine Factory) in 1941. This rifles was contracted for 70,000 units in 1942 and 1943. Correct examples will command a premium price.



*Courtesy Richard M. Kumor, Sr.*

| Exc. | V.G. | Good | Fair | Poor |
|------|------|------|------|------|
| 3000 | 2500 | 1500 | — | — |

### Model G 43 (W) (K43)

An improved version of the G 41(W), introduced in 1943, with a modified gas system that was the more typical gas a piston design. Full stocked with full-length handguard. Wood or plastic stock. Receiver has a dovetail for telescope sight (#43@4 power). Barrel length is 22" and magazine capacity is 10 rounds. Weight is approximately 9.5 lbs. It is estimated that some 500,000 of these rifles were produced. Used by the Czech army after WWII.

| Exc. | V.G. | Good | Fair | Poor |
|------|------|------|------|------|
| 2800 | 2500 | 1500 | — | — |

NOTE: Add 150% for original scope.



*Courtesy Richard M. Kumor, Sr.*



*G43 left side with receiver markings, note rough finish*
*Paul Goodwin Photo*

| Exc. | V.G. | Good | Fair | Poor |
|------|------|------|------|------|
| 1250 | 1000 | 750 | 250 | 100 |

A Walther G43 rifle sold at auction for $1,650 without the scope. The rifle had all matching numbers and was in very good condition. The scope for the G43 with mount sold separately for $1,760. It was in excellent condition with steel and rubber sunshade and original leather/cork lens cap.
Amoskeag Auction Company Inc., May 1999



### Model FG42 (Fallschirmjager Gewehr)

This select fire 7.92x57mm rifle was adopted by the Luftwaffe for its airborne troops. It was designed to replace the rifle, light machine gun, and submachine gun. It incorporates a number of features including: straight line stock and muzzle brake, reduced recoil mechanism, and closed bolt semiautomatic fire and open bolt full auto fire. Rate of fire is about 750 rounds per minute. It had a mid-barrel bipod on early (1st Models, Type "E") models and front mounted barrel bipod on later (2nd Models, Type "G") models. Barrel attachment for pike-style bayonet. First Models were fitted with steel buttstocks, sharply raked pistol grips, and 2nd Models with wooden stocks and more vertical pistol grips. The 20-round magazine is left side mounted. Fitted with a 21.5" barrel the rifle weighs about 9.5 lbs. This breech mechanism was to be used years later by the U.S. in its M60 machine gun.

CHS00017891



FG 42 with original German FG 42 ZF 4 scope and without scope and wooden buttstock • Courtesy Private NFA Collection • Paul Goodwin Photo

CHS00017892

## HECKLER & KOCH

### Model 91

This rifle is recoil-operated, with a delayed-roller lock bolt. It is chambered for the .308 Winchester cartridge and has a 17.7" barrel with military-style aperture sights. It is furnished with a 20-round detachable magazine and is finished in matte black with a black plastic stock. This model is a semiautomatic version of the select fire G3 rifle. Some areas of the country have made its ownership illegal.

| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 3100 | 2750 | 2300 | 1550 | 1200 | 800 |

### Model 91 A3

This model is simply the Model 91 with a retractable metal stock.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 3250 | 3000 | 2500 | 1600 | 1300 | 900 |

### Model 93

This model is similar to the Model 91 except that it is chambered for the .223 cartridge and has a 16.4" barrel. The magazine holds 25 rounds, and the specification are the same as for the Model 91. This is a semiautomatic version of the select fire HK33 rifle.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 3100 | 2750 | 2300 | 1500 | 1200 | 800 |

### Model 93 A3

This is the Model 93 with the retractable metal stock.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 3250 | 3000 | 2500 | 1650 | 1300 | 900 |

### Model 94

This is a carbine version chambered for the 9mm Parabellum cartridge, with a 16.5" barrel. It is a smaller-scaled weapon that has a 15-shot magazine.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 4200 | 3850 | 3300 | 2750 | 2200 | 1500 |

### Model 94 A3

This model is a variation of the Model 94 with the addition of a retractable metal stock.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|-----|------|------|------|------|------|
| 4500 | 3900 | 3400 | 2900 | 2300 | 1500 |

### HK G3

First adopted by the German army in 1959. Chambered for the 7.62x51mm cartridge and fitted with a 17.5" barrel. Solid wooden stock on early models and plastic stock on later models (A3). Folding stock (A2) also offered. Magazine capacity is 20 rounds with a rate of fire of 550 rounds per minute. Weight is about 9.7 lbs. Marked "G3 HK" on left side of magazine housing. This select fire rifle has seen service with as many as 60 military forces around the world. There are several variations of this model.



*Photo courtesy H&K*

| Pre-1968 | | |
|------|------|------|
| Exc. | V.G. | Fair |
| 9000 | 8750 | 8500 |

| Pre-1986 conversions | | |
|------|------|------|
| Exc. | V.G. | Fair |
| 7000 | 6500 | 6000 |

| Pre-1986 dealer samples | | |
|------|------|------|
| Exc. | V.G. | Fair |
| 4000 | 3800 | 3500 |

CHS00017893

142 · RIFLES

## HK33

This model is a reduced caliber version of the standard HKG3. First produced in 1968 this model is chambered for the 5.56x45mm NATO cartridge (.223 caliber). This rifles is available in several variants, namely a sniper version with set trigger, telescope sight and bipod; a retractable stock version (A3); and a carbine version (12.68"). The HK33 features a 15.35" barrel without flash hider, and a magazine capacity of 25 or 40 rounds. The rate of lire is 750 rounds per minute. The rifle is marked "HK 33 5.56MM" with serial number on the left side of the magazine housing. The rifle is still in production and is in service in Chile, Brazil, various countries in southeast Asia, and Africa. Weight is approximately 8 lbs. for standard model.



HK33K • Photo courtesy H&K

### Pre-1968 (Very Rare)

| Exc. | V.G. | Fair |
|------|------|------|
| 10000 | 9500 | 9000 |

### Pre-1986 conversions

| Exc. | V.G. | Fair |
|------|------|------|
| 7500 | 7000 | 6800 |

### Pre-1986 dealer samples

| Exc. | V.G. | Fair |
|------|------|------|
| 3500 | 3200 | 3000 |

**NOTE:** The HK33 K is the same as the HK33 with the exception of a 13" barrel. Prices may differ slightly for the 33 K version.

## HK41

First produced in 1983 this 5.56x45mm chambered select fire rifle is fitted with a 17.5" barrel and has a magazine capacity of 30 rounds. Rate of fire is about 850 rounds per minute. Marked "HK G41 5.56MM" on the left side of magazine housing. This model will accept M16 magazines. This model is also available with fixed or retractable stock. Weight is 9.7 lbs.

**Pre-1968**



HK G41 • Courtesy H&K

| Exc. | V.G. | Fair |
|------|------|------|
| N/A | N/A | N/A |

### Pre-1986 conversions

| Exc. | V.G. | Fair |
|------|------|------|
| N/A | N/A | N/A |

### Pre-1986 dealer samples (Very Rare)

| Exc. | V.G. | Fair |
|------|------|------|
| 9000 | 8000 | 7500 |

## PSG-1

This rifle is a high precision sniping rifle that features the delayed-roller semiautomatic action. It is chambered for the .308 Winchester cartridge and has a 5-shot magazine. Barrel length is 25.6". It is furnished with a complete array of accessories including a 6x42-power illuminated Hensoldt scope. Rifle weighs 17.8 lbs.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|------|------|------|------|------|------|
| 14500 | 12500 | 9000 | 7500 | 6000 | 4000 |

## Model SL8-1

This is a new generation .223 rifle modeled after the military Model G36 (not available to civilians) and introduced in 2000. It is built of carbon fiber polymer and is gas operated. Thumbhole stock with cheekpiece. Barrel length is 20.8". Magazine capacity is 10 rounds. Adjustable sights. Weight is approximately 8.6 lbs.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|------|------|------|------|------|------|
| 1600 | 1200 | — | — | — | — |

## Model USC

Introduced in 2000 this semiautomatic blowback carbine is derived from HK's UMP submachine gun (not available to civilians). Chambered for the .45 ACP cartridge and fitted with a 16" barrel. Skeletonized stock. Accessory rail on top of receiver. Adjustable sights. Magazine capacity is 10 rounds. Weight is approximately 6 lbs.



| NIB | Exc. | V.G. | Good | Fair | Poor |
|------|------|------|------|------|------|
| 1200 | 900 | — | — | — | — |

# SHOTGUNS

## SAUER, J. P. & SON

### Luftwaffe Survival Drilling

A double barrel 12 gauge by 9.3x74R combination shotgun/rifle with 28" barrels. Blued with a checkered walnut stock and marked with Nazi inspection. Stampings on the stock and barrel breech. Normally, furnished with an aluminum case.

**NOTE:** Add 50% to prices below for case.



Thompson Model 1921 with close-up of receiver stamping • Photo Paul Goodwin

was the Model 1928A1 Thompson. This version was a copy of the Model 1928 Navy Colt Thompson. Most were parkerized with much less detail paid to fine machining; this gun was assembled in two locations: Utica, NY and Bridgeport, CT. Receivers produced in Utica were marked with an "S" prefix in front of the serial number. Receivers marked with a "AO" prefix were produced in Bridgeport. Receivers were marked on the right side, "AUTO ORDNANCE CORPORATION, BRIDGEPORT, CT", no matter where the receiver was manufactured. The Utica, NY plant concentrated its efforts on manufacturing components while the Bridgeport facility concentrated on assemblies. As production increased, the Model 1928A1 lost many of its "unnecessary" components such as the finned barrel, the costly Lyman sight, and finely checkered selector switches. Approximately 562,000 Thompsons were produced in the Model 1928A1 configuration. All of the weapons were Parkerized, and some have finned barrels and some have smooth barrels. Some of these guns were also fitted with Lyman sights, some have a stamped "L" type sight that may or may not have protective ears. As a general rule of thumb most Model 1928 Commercial guns were fitted with a vertical foregrip while most Model 1928A1 guns were fitted with a horizontal foregrip, and all had removable butt stocks. Used by Allied forces during WWII. Used both 20 or 30 round box magazines and 50 or 100 round drum maga-zines.



### Thompson Model 1928 Commercial

Pre-1968

| Exc. | V.G. | Fair |
| --- | --- | --- |
| 17500 | 13500 | 10000 |

of the receiver, "COLT PATENT FIREARMS" was marked on the left side of the receiver; these Colt Thompsons would accept a 20 or 30 round box magazine as well as a 50 round "L" drum or 100 round "C" drum. Weight is about 10.75 lbs.

Prices below are for original Colt Guns with original parts and finish.

NOTE: Model 1921A1, early serial numbers, previous ownership, and documentation can dramatically add to the prices below. In addition, missing components, re-barreled weapons, etc. will see a substantial reduction in price, as these original components are almost extinct. Re-finishing or re-bluing will result in a substantial reduction in value by as much as 50%.

Pre-1968

| Exc. | V.G. | Fair |
| --- | --- | --- |
| 25000 | 17500 | 12000 |

Pre-1986 conversions

| Exc. | V.G. | Fair |
| --- | --- | --- |
| N/A | N/A | N/A |

Pre-1986 Dealer samples

| Exc. | V.G. | Fair |
| --- | --- | --- |
| N/A | N/A | N/A |

### Thompson Model 1928 Commercial 1928A1 Military

The next limited run of Thompson's came just before and right at the beginning of WWII. This version is called the Model 1928AC or commercial model. These weapons were assembled by Savage Arms in Utica, New York, using original Colt internal components. The receivers were still marked with the New York address but void of any "Colt" markings. Most weapons were simply marked, "MODEL 1928". The first of these guns has a blued receivers and blued barrels. The sec-ond run had parkerized receivers and blued barrels. These guns are quite rare and command premium prices.

At the outbreak of WWII the demand for the Thompson gun soared. A brake lining facility in Bridgeport, CT was acquired to accommodate the increased demand for production. Three models of Thompsons were born in this WWII era. The first

CHS00017895



*M16A1 with Colt AR-15 markings with M 203 grenade launcher • Photo Paul Goodwin*



*Early AR-15 Model 01 • Photo Paul Goodwin*

CHS00017896

# History on Their Shoulders

## Unit Insignia of the Vietnam War

Michael F. Tucker

CHS00017897



# History on Their Shoulders

## Unit Insignia of the Vietnam War

### Michael F. Tucker

Published by MilSpec Publishing™

Text and Images 2010 Copyright© Michael F. Tucker

Book Design and Graphics 2010 Copyright© Michael F. Tucker

Text Editing by Frances Marino

Cover Design by Michael F. Tucker

All rights reserved. This book, or any portion thereof, may not be reproduced or stored into a retrieval system, in any form or by any means, without written permission from the publisher.

Inquiries should be directed to:
MilSpec Publishing
P.O. Box 881663
Port St. Lucie, Fl 34988-1663
USA
Email: sales@authenticmilitaria.com
Telephone: (772) 336-5265

Printed in China

First Edition

United States of America ISBN: 0-9658546-5-5

CHS00017898

## SOG "Bomb Burst" Patches

Although the designer of this ubiquitous symbol of the "Studies and Observation Group" is not known, it is believed that its design and first use was in 1967-68. The patch represents the "recon man bursting forth from the night to surprise and/or destroy his enemy". Worn only in camp, these patches expressed the esprit de corps of the recon men and their dedication to the mission they were given. "CCN" "CCC" and "CCS" are commonly found on these patches, although other teams and area names are seen as well.



CCN Vietnamese "Pancake Face"

CCN 1

CCN 2

CCN Vietnamese A Company Hatchet Forces

CCN "Tooth" Pattern 1a

CCN "Tooth" Pattern 1b

CCN "Tooth" Pattern 2

CCN "Tooth" Pattern 3

CHS00017899

CCN Pocket Hanger



CCN, rare chain stitch patch that was acquired from a Tactical Advisory Group, CCN veteran.



CCC 2a



CCC 2b



CCC Thailand Made



CCC 1



CCC 3



CCC 4

CHS00017900



CCC 5a

CCC 5b

CCC 8a

CCC 8b

CCC 6

CCC 7

CCC 9

CCC 10

CHS00017901



CCC 11a

CCC 11b

CCC 12
Thailand Made

CCC 13

CCS 1

CCS 2

CCS 1st Company 3a

CCS 1st Company 3b

CHS00017902



MACV SOG

Mike Force

MACV SOG

"Bomb Burst" without black scroll

Unknown- Thought to be
"Local National Security Guard"

Joint Personnel Recovery Center

US Army Republic of Vietnam
Security Guard

CCS Mike Force
Forward Air Control South

CHS00017903



Forward Operations Base

Forward Operations Base

Forward Operations Base #2

Mobile Launch Team 1a

Mobile Launch Team 1b

Mobile Launch Team 2a

Mobile Launch Team 2b

CHS00017904



Mobile Launch Team-2

Mobile Launch Team-2

Mobile Launch Sight/South

CHS00017905

## FOB Monkey Mountain



FOB Monkey Mountain 1a

FOB Monkey Mountain 1b

FOB Monkey Mountain 2a

FOB Monkey Mountain 2b

## Provincial Reconnaissance Unit

Acting under the direction of the Phoenix Program (Phung Hoang), the PRU was the unit assigned to the killing of targeted Viet Cong village leaders and cadre. The Phoenix Program was directed to undermine the Viet Cong infrastructure by collecting data on Viet Cong leaders and using this information to discredit or kill them.



Phoenix Program Patch



Generic PRU Patch



Generic PRU Patch



Generic PRU Patch



Ben Hai PRU Patch



Phong Dinh PRU Patch

CHS00017906

### Joint Casualty Resolution Center

Miscellaneous



Joint Personnel Recovery Center



Joint Casualty Resolution Center



LLDB Pocket Patch



CCC Pocket Patch



Headquarters
Graves Registration Recovery Element



Company B
Graves Registration Recovery Element



CCS Mike FAC Pocket Patch



FOB-4

CHS00017907

**Miscellaneous** Miscellaneous





Operational Detachment A-4602
46th Special Forces Company

FOB-3, Khe Sahn



Indigenous soldiers of Project Sigma pose for a photograph before leaving on a mission.



Generic Special Forces Pocket Patch 1a



Generic Special Forces Pocket Patch 1b



CCN SOG Pocket Patch



TF1AE Medical Section Patch

CHS00017908

## Miscellaneous

HALO, CCN Patch

HALO, Instructor

Fulton Skyhook Patch

Air Force "Hillsboro" Patch

Unknown Reconnaissance Patch

Unknown Patch, may not be Special Forces.



## Miscellaneous

JCRC Pocket Hanger

Unknown Patch

Unknown Patch

Unknown Patch

CHS00017909

### Civilian Irregular Defense Group

Village Defense Force

Buon Mi Ga Mobile
Guerrilla Force 1a

Buon Mi Ga Mobile
Guerrilla Force 1b

Buon Sar Pa Mobile
Guerrilla Force 1a



Buon Sar Pa Mobile
Guerrilla Force 1b



E Pul Blar Wang Mobile
Guerrilla Force

Dong Tre Mobile
Guerrilla Force

Mobile Guerrilla Force 996

Mobile Guerrilla Force 957

Ethnic Cambodian CIDG

CHS00017910