# Exhibit 13

**Supplement**
to
**Rule 26(a)(2)(B) Expert Report of William F. N. Brewster**
in
**Games Workshop Limited v. Chapterhouse Studios LLC**

This Supplement addresses materials and design elements not previously considered in my Expert Report of May 1, 2012. Games Workshop has only recently produced for examination the Collins Eyewitness Guide on Arms and Armour. The information in this Supplement adds materially by providing further information and evidence of the commonality and existence of the various weapons, armour and decorative features used to create insignia.

### 1. Collins Eyewitness Guides Arms & Armour

I have inspected the Collins Guide that I understand was produced in discovery to Defendant after I submitted my initial Report. It is my opinion that historical materials illustrated within the guide are suggestive of the types of weapons, armour and decorative elements encountered in the materials provided and asserted as original in design by Games Workshop Ltd. In fact, several illustrated objects are strikingly similar to pieces created for use in the Warhammer gaming system. From the very first pages there are similarities such as the war hammer (pg. GW0006782), see GW 29 and 86[1], the Maratha "crow-bill" war-pick, (pg. GW0006783), GW 112, articulated armour (pg. GW0006805), GW 73 and 74, the pauldron (GW0006806), GW 49, 68 and 75; and the use of chevrons in decoration (pgs. GW0006808, GW0006809), GW 50, 51 and 52. It would be very helpful to view the full range of reference materials maintained by Games Workshop Ltd. to determine the existence of other influencing illustrations.

### 1.A Chevrons

As noted above and in my May 1, 2012 Report, many of Games Workshop's products incorporate chevrons, which are a common military and heraldic symbol. The chevron is in form an inverted "V". It appears singly and in multiples and may be traced through history for hundreds of years. In addition to being extremely common in heraldic imagery, chevrons most commonly appear as indicators of military enlisted rank. Chevrons were in use by the United States and Israel for armoured vehicle unit designators and to indicate Coalition Forces vehicles and equipment during the Gulf War. (Evans 9, 11, 29, 48, 60, 61, 62, 66; Rottman 7)

### 1.B Blood Drops

In my experience, blood drops are not commonly found prior to the 20th Century. However, no later than the 1940s, blood drops do appear as incorporated elements of insignia design. Specifically, the insignia of the United State Army's 63rd Infantry Division uses a flame, surmounted by a sword with a drop of blood at the tip. The unit motto is "Blood and Fire". During the Vietnam Conflict, the use of blood drops singly and in multiples proliferated on Special Forces unit insignia and in one instance for Naval Surgical Team Bravo. (Britton 5; Tucker 217, 260, 262, 266, 273, 288, 298, 318; the Team Bravo insignia is in the collection of the Wisconsin Veterans Museum, which provided me with a photograph that I inspected in preparing this Supplement.)

---

[1] References in the form GW xx refer to tab numbers in the binder that Chapterhouse's attorneys provided to me, containing images referenced in the corresponding entries of Exhibit A to Games Workshop Ltd.'s Answer to Interrogatory No. 1.

Reference Works:

Sources:

Britton, Jack, and George Washington Jr. *U.S. Military Shoulder Patches of the United States Armed Forces, Third Edition*. Tulsa, OK: M.C.N. Press. 1981. Print

Evans, Anthony A. *Gulf War Desert Shield and Desert Storm, 1990-1991*. London: Greenhill Books, Lionel Leventhal Limited. 2003. Print

Rottman, Gordon L. *Armies of the Gulf War*. Oxford, UK: Osprey Publishing. 1993. Print

Tucker, Michael F. *History on Their Shoulders*. Port St. Lucie, FL: MilSpec Publishing. 2010. Print

Respectfully,

William F. N. Brewster

Dated: June 19, 2012

-2-



CHS00017911



| | | | | |
|---|---|---|---|---|
| 45th Div. (old) | 45th Div. | 46th Div. (b) (d) | 46th Div. | 47th Div. |
| 48th Div. (b) | 48th Div. | 49th Div. | 50th Div. (b) | 51st Div. |
| 55th Div. (b) | 59th Div. (b) | 63rd Div. | 65th Div. | 66th Div. (old) |
| 66th Div. | 69th Div. | 70th Div. | 71st Div. | 75th Div. |
| 76th Div. | 77th Div. | 78th Div. | 79th Div. | 80th Div. |

CHS000017912

CHS00017913



CHS000017914

CHS000017915



60

GULF WAR : DESERT SHIELD AND DESERT STORM, 1990-1991

CHS000017916

CHS000017917

CHS000017918



CHS00017919



CH-S000017820



CHS000017921





6th Aviation Company, Special
Forces Support

Special Forces Camp A-303 Patch





Unknown Camp Patch
Thought to be C-1 Mike Force.

Prairie Fire Pocket Patch

CHS000017922

## Rt Florida CCN



Rt Florida 1
CCN
Team patch



Rt Florida 2
CCN
Team patch

260

CHS000017923

# Rt Fork CCC



Rt Fork 1a
CCC

Rt Fork 1b
CCC



Rt Fork 2a
CCC



Rt Fork 2b
CCC

262

# Rt Hotcake CCC



Rt Hotcake was not an actual reconnaissance team. The mess sergeant for the SOG compound was impressed by the colorful team patches worn by the recon men and decided he would have a patch made for his cooks. This is the patch that was chosen and constructed. All examples found thus far are hand embroidered with fine thread and great detail. Even the ever present "bomb burst" motif has been carried over to the Rt Hotcake patch.

Rt Hotcake 1
CCC



Rt Hotcake 2a
CCC



Rt Hotcake 2b
CCC

CHS000017925

SPECIAL FORCES

## Rt Intruder CCN



Rt Intruder 1
CCN
Team patch



Rt Intruder 2
CCN
Team patch



Rt Intruder 3a
CCN



Rt Intruder 3b
CCN

273

CHS000017926

## Rt Michigan CCN & Rt Miter CCS



Rt Michigan
CCN
Team patch



Rt Miter
CCS

288

CHS000017927

Rt New York CCC



Rt New York 1
CCC
Team patch

Rt New York 2
CCC
Team patch

Rt New York 3
CCC
Team patch

298

CHS000017928

## SOG "Bomb Burst" Patches

Although the designer of this ubiquitous symbol of the "Studies and Observation Group" is not known, it is believed that its design and first use was in 1967-68. The patch represents the "recon man bursting forth from the night to surprise and/or destroy his enemy". Worn only in camp, these patches expressed the esprit de corps of the recon men and their dedication to the mission they were given. "CCN" "CCC" and "CCS" are commonly found on these patches, although other teams and area names are seen as well.



CCN Vietnamese "Pancake Face"

CCN 1

CCN 2

CCN Vietnamese A Company
Hatchet Forces

318

CHS000017929

# Exhibit 14

1.  Below are representations of the chevron, in which GW claims copyright, as it appears (1) on GW's allegedly infringed work; (2) in U.S. Army insignia on tanks and on contemporary and historical military shoulder patches; and (3) on CHS's allegedly infringing product.

| REPRESENTATIVE GW ALLEGED WORK | ILLUSTRATIVE PUBLIC DOMAIN OR THIRD PARTY WORKS | REPRESENTATIVE CHS PRODUCT |
|---|---|---|
|  |  |  |

---

[1] DETAIL of GW allegedly infringed work GW0001288 (*see, e.g.,* Products Binder, tab 50).

[2] DETAIL of Brewster Supp. Report Exhibit, CHS00017916.

[3] Image of CHS allegedly infringing product No. 50 (Products Binder, tab 50)

SF:338386.1

2.  Below are representations of arrowheads, in which GW claims copyright and trademark rights, as they appear (1) on GW's allegedly infringed work; (2) in U.S. military iconography; and (3) on CHS's allegedly infringing product.

| REPRESENTATIVE GW ALLEGED WORK | ILLUSTRATIVE PUBLIC DOMAIN OR THIRD PARTY WORKS | REPRESENTATIVE CHS PRODUCT |
|---|---|---|
|  [4] |  [5] |  [6] |

---

[4] DETAIL of GW allegedly infringed work GW0002478 (Products Binder, tab 56).
[5] DETAIL of Brewster Expert Report Exhibit, CHS00017735..
[6] Image of CHS allegedly infringing Product No. 56 (Products Binder, tab 56).

-2-

3. Below are representations of the crossed arrow symbol, in which GW claims copyright, as it appears (1) on GW's allegedly infringed work; (2) on U.S. Army insignia and shoulder patches and in historical imagery; and (3) on CHS's allegedly infringing product..

| REPRESENTATIVE GW ALLEGED WORK | ILLUSTRATIVE PUBLIC DOMAIN OR THIRD PARTY WORKS | REPRESENTATIVE CHS PRODUCT |
| --- | --- | --- |
| [7] | [8] | [10] |
| | [9]<br>Arrow Cross Party flag | |

---

[7] DETAIL of GW allegedly infringed work GW0011390 (*see, e.g.,* Products Binder, tab 48).

[8] DETAIL of Brewster Report Exhibit, CHS00017816.

[9] Flag of the Hungarian National Socialist "Arrow Cross Party." CHS requests that the Court take judicial notice of this exhibit because it is a fact "not subject to reasonable dispute" that is "generally known within the trial court's territorial jurisdiction" or "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). *See* CHS's concurrently filed Request for Judicial Notice.

[10] Image of CHS allegedly infringing product No. 48 (Products Binder, tab 48).

-3-

4.  Below are representations of war hammers, in which GW claims copyright, as they appear (1) on GW's allegedly infringed work; (2) on U.S. Army insignia and shoulder patches and in historical imagery; and (3) on CHS's allegedly infringing product..

| REPRESENTATIVE GW ALLEGED WORK | ILLUSTRATIVE PUBLIC DOMAIN OR THIRD PARTY WORKS | REPRESENTATIVE CHS PRODUCT |
|---|---|---|
|  [11] |  [12]  [13]  [14] |  [15] |

---

[11] DETAIL of GW allegedly infringed work GW0002484 (*see, e.g.,* Products Binder, tabs 1, 31, 66).

[12] DETAIL of Brewster Report Exhibit at CHS00017739.

[13] DETAIL of historical warhammer, Brewster Report Exhibit at CHS00017887.

[14] DETAIL of historical warhammer, Brewster Report Exhibit at CHS00017888.

[15] Image of CHS allegedly infringing product No. 1 (Products Binder, tab 1).

-4-

5.  Below are representations of skulls, in which GW claims copyright, as they appear (1) on GW's allegedly infringed work; (2) on U.S. Army insignia and shoulder patches and in historical imagery; and (3) on CHS's allegedly infringing product.

| REPRESENTATIVE GW ALLEGED WORK | ILLUSTRATIVE PUBLIC DOMAIN OR THIRD PARTY WORKS | REPRESENTATIVE CHS PRODUCT |
|---|---|---|
|  | <br><br> |  |

---

[16] DETAIL of GW allegedly infringed work GW0002466 (*see, e.g.,* Products Binder tab 3 *et seq.*).
[17] DETAIL of Brewster Report Exhibit, CHS00017899.
[18] DETAIL of Brewster Report Exhibit, CHS00017805.
[19] DETAIL of Brewster Report Exhibit, CHS00017802.
[20] Image of CHS allegedly infringing product no. 3 (Products Binder, tab 3).

SF:338386.1

6.  Below are representations of birds and blood drops, in which GW claims copyright, as they appear (1) on GW's allegedly infringed work; (2) on U.S. Army insignia and shoulder patches and in historical imagery; and (3) on CHS's allegedly infringing product.

| REPRESENTATIVE GW ALLEGED WORKS | ILLUSTRATIVE PUBLIC DOMAIN OR THIRD PARTY WORKS | REPRESENTATIVE CHS PRODUCTS |
|---|---|---|
|   |    |   |

---

[21] DETAIL of GW allegedly infringed work GW0001618 (Products Binder tabs 4-5, 101-102).

[22] DETAIL of GW allegedly infringed work GW0002441 (Products Binder tabs 4-5, 101-102).

[23] DETAIL of Brewster Expert Report Exhibit, CHS00017821.

[24] Symbol of the Ku Klux Klan. CHS requests that the Court take judicial notice of this exhibit because it is a fact "not subject to reasonable dispute" that is "generally known within the trial court's territorial jurisdiction" or "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). *See* CHS's concurrently filed Request for Judicial Notice.

[25] DETAIL from Brewster Supp. Report Exhibit, CHS00017911.

[26] Image of CHS allegedly infringing product No. 4 (Products Binder, tab 4).

[27] Image of CHS allegedly infringing Product No. 5 (Products Binder, tab 4).

SF:338386.1

7. Below are representations of lions, in which GW claims copyright, as they appear (1) on GW's allegedly infringed work; (2) on U.S. Army insignia and shoulder patches; and (3) on CHS's allegedly infringing product.

| GW ALLEGED WORK | ILLUSTRATIVE PUBLIC DOMAIN OR THIRD PARTY WORKS | CHS PRODUCTS |
|---|---|---|
|  28 |  29 <br>  30 |  31 <br>  32 |

---

28 DETAIL of GW allegedly infringed work GW0001503 (Products Binder, tabs 6-7).
29 DETAIL of Brewster Expert Report Exhibit, CHS00017837.
30 DETAIL of Brewster Expert Report Exhibit, CHS00017822.
31 Image of CHS allegedly infringing Product No. 6 (Products Binder, tab 6).
32 Image of CHS allegedly infringing Product No. 7 (Products Binder, tab 7).

-7-

8. Below are representations of dragons, in which GW claims copyright, as they appear (1) on GW's allegedly infringed work; (2) on U.S. Army insignia and shoulder patches; and (3) on CHS's allegedly infringing product.

| REPRESENTATIVE GW ALLEGED WORK | ILLUSTRATIVE PUBLIC DOMAIN OR THIRD PARTY WORKS | REPRESENTATIVE CHS PRODUCT |
|---|---|---|
|  33 |  34  35 |  36 |

---

[33] DETAIL of GW allegedly infringed work GW0001169 (*see, e.g.*, Products Binder, tab 65).

[34] DETAIL of Brewster Expert Report Exhibit, CHS00017739.

[35] DETAIL of Brewster Expert Report Exhibit, at CHS00017823.

[36] Image of CHS allegedly infringing product No. 65 (Products Binder, at tab 65)

SF:338386.1

9. Below are representations of banded armor, in which GW claims copyright, as they appear (1) on GW's allegedly infringed work; (2) on historical armor; and (3) on CHS's allegedly infringing product.

| REPRESENTATIVE GW ALLEGED WORK | ILLUSTRATIVE PUBLIC DOMAIN OR THIRD PARTY WORKS | REPRESENTATIVE CHS PRODUCT |
|---|---|---|
|  [37] |  [38] |  [39] |

---

[37] DETAIL of GW allegedly infringed work, GW0002017 (*see, e.g.*, Products Binder tab 73).

[38] DETAIL of Brewster Expert Report Exhibit, CHS00017756.

[39] Image of CHS allegedly infringing product No. 73 (Products Binder, tab 73).