# Exhibit 16

CERTIFIED COPY

# In The Matter Of:

*GAMES WORKSHOP LIMITED,*

*v.*

*CHAPTERHOUSE STUDIOS LLC and JON PAULSON*
*d/b/a PAULSON GAMES,*

---

*SANDRA CASEY - Vol. 1  30(B)(6)*
*March 1, 2012*

---

**MERRILL CORPORATION**
**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CERTIFIED COPY

GAMES WORKSHOP )
LIMITED, )
 )
        Plaintiff, )   CASE NO.
VS. )   1:10-cv-08103
 )
 )
CHAPTERHOUSE STUDIOS )
LLC and )
JON PAULSON d/b/a )
PAULSON GAMES, )
 )
 )
        Defendants. )


VIDEOTAPED 30(b)(6) DEPOSITION

OF

SANDRA CASEY

MARCH 1, 2012


(2007-441479)

SANDRA   CASEY - 3/1/2012

1                    The videotaped 30(b)(6) deposition of

2       SANDRA CASEY is taken on this day, Thursday,

3       March 1, 2012, on behalf of the Defendants,

4       pursuant to notice and consent of counsel,

5       beginning at approximately 9:43 a.m. in the

6       offices of Adams & Reese, 80 Brinkley Plaza,

7       Suite 700, Memphis, TN.

8                    This deposition is taken pursuant to

9       the terms and provisions of the Federal Rules of

10      Civil Procedure.

11                   All forms and formalities, excluding

12      the signature of the witness, are waived, and

13      objections alone as to matters of competency,

14      irrelevancy and immateriality of the testimony

15      are reserved to be presented and disposed of at

16      or before the hearing.

17

18

19

20

21

22

23

24

25

SANDRA   CASEY - 3/1/2012

```
 1                   A P P E A R A N C E S

 2

 3        ON BEHALF OF THE PLAINTIFF:

 4               Michael McClaren, Esq.
                 Butler Snow
 5               Crescent Center
                 6075 Poplar Avenue
 6               Suite 500
                 Memphis, TN 38119
 7               Telephone: 901.680.7353
                 E-mail:  Michael.mclaren@butlersnow.com
 8
                 Jonathan E. Moskin, Esq. - via telephone
 9               Foley Lardner
                 90 Park Avenue
10               New York, New York 10016-1314
                 Telephone:  212.338.3572
11               E-mail:  Jmoskin@foley.com

12

13        ON BEHALF OF THE DEFENDANT:

14               Kevin Joon Oh, Esq.
                 Winston & Strawn LLP
15               101 California Street
                 San Francisco, CA 94111-5802
16               Telephone 415.591.1000
                 E-mail:  Koh@winston.com

17

18        ALSO PRESENT:

19               Mr. Blaine Coleman, videographer

20

21        COURT REPORTER:

22               Monna J. McCormick, LCR, CLR, RPR, CRR

23

24

25
```

```
1                         INDEX

2

3     WITNESS NAME:   SANDRA CASEY          PAGE

4       DIRECT EXAMINATION BY MR. OH:        5

5

6                        EXHIBITS

7
      NO.           DESCRIPTION            PAGE
8
      Exhibit 1:   Renotice of subpoena      13
9     Exhibit 2:   Screen shot from the Games  57
                   Workshop Retail
10    Exhibit 3:   Horus Heresy collective    65
                   Visions, Bates number GW
11                 0001875 through 84,
      Exhibit 4:   Printout from the Games    94
12                 Workshop website
      Exhibit 5:   Games Workshop Account     95
13                 application
      Exhibit 6:   Document titled Games      96
14                 Workshop Untapped resource
                   for your store
15    Exhibit 7:   Screen shot               99
      Exhibit 8:   Product page from the Games 100
16                 Workshop website
      Exhibit 9:   Screen shot              102
17    Exhibit 10:  Edition of White Dwarf,   108
                   Bates numbers GW 0001469
18                 through 1471 and 1580
                   through 1582
19    Exhibit 11:  Pages from White Dwarf    110
                   magazine from July of 2003
20    Exhibit 12:  Advance order form        112

21

22    CERTIFICATE OF REPORTER................  123

23

24    (Exhibits retained by Counsel Joon Oh.)

25
```

```
 1              THE VIDEOGRAPHER:  Today is March

 2         1st, 2012.  The time is approximately 9:43.

 3         The location is 80 Monroe, Suite 700 in

 4         Memphis, Tennessee.  The case is entitled Games

 5         Workshops Limited versus Chapterhouse Studios.

 6         And our deponent today is Ms. Sandra Casey.

 7              Would counsel please identify

 8         themselves for the record.

 9              MR. OH:  Joon Oh of Winston & Strawn

10         representing Chapterhouse Studios, LLC, the

11         Defendant.

12              MR. MCCLAREN:  Michael McLaren with

13         Butler Snow for Games Shops Limited.

14              MR. MOSKIN:  And Jonathan Moskin

15         participating by telephone for Games Workshop,

16         the Plaintiff.

17              THE VIDEOGRAPHER:  The deponent may

18         now be sworn in by the court reporter.

19              SANDRA CASEY,

20         having been first duly sworn, was examined and

21         testified as follows:

22              DIRECT EXAMINATION

23         BY MR. OH:

24         Q.     Good morning.  My name is Joon Oh; I'm

25         representing the Defendant, Chapterhouse Studios,
```

SANDRA   CASEY  -  3/1/2012

```
 1      LLC.
 2                   Could you please state and spell your
 3      full name for the record.
 4           A.      Sandra Casey.  S-A-N-D-R-A, C-A-S-E-Y.
 5           Q.      And can you please state your home --
 6                   MR. OH:  Is it going to be a problem
 7         with the typing over the conference room?
 8                   THE VIDEOGRAPHER:  No.
 9      BY MR. OH:
10           Q.      Could you please state your home
11      address for the record?
12           A.      2676 Foy Road, Senatobia, Mississippi.
13           Q.      And could you please identify your
14      present employer and your current position?
15           A.      Games Workshop, and my position is
16      head of sales.
17           Q.      Just for clarification, when you say
18      Games Workshop, is there a specific entity?
19           A.      The North American Division.
20      Specifically, the legal entity is Games Workshop
21      Retail.
22           Q.      And what is the -- your current
23      business address?
24           A.      6211 East Holmes Road, Memphis,
25      Tennessee.
```

1          Q.       And do you hold any other positions

2     with Games Workshop Retail?

3          A.       No.

4          Q.       And do you hold any other positions

5     with Games Workshop?

6          A.       No.

7          Q.       Are you involved in any business

8     activities unrelated to your current employer?

9          A.       We have a personal business.

10         Q.       Can you please describe what that

11    personal business is?

12         A.       It's a cattle farming operation.

13         Q.       And does it have a name?

14         A.       Casey Farms.

15         Q.       Have you been deposed before?

16         A.       No, I have not.

17         Q.       Do you understand you will be

18    testifying under oath today?

19         A.       Yes.

20         Q.       Testifying here is the same as if

21    you're testifying under oath in a courtroom

22    before a judge and a jury.  Do you understand

23    that?

24         A.       Yes.

25         Q.       Because the court reporter must take

1    down everything you and I say today, please

2    answer each question audibly; for example, with a

3    yes or no instead of shaking your head or nodding

4    your head or saying uh-huh or uh-uh.  Will you do

5    that?

6        A.      Yes.

7        Q.      Because the court reporter must take

8    down everything, it's important that we don't

9    talk over each other today.  So I'll ask that you

10   wait until I finish my question before answering;

11   and I'll do my best not to talk over you, as

12   well.  Do you understand?

13       A.      Yes.

14       Q.      Please let me know if you need to take

15   a break at any point during the deposition.  I

16   ask, however, that -- that you not ask to take a

17   break while a question is pending.  Is that okay

18   with you?

19       A.      Yes.

20       Q.      Is there any reason you cannot testify

21   fully and truthfully today?

22       A.      No.

23       Q.      Are you taking any medications that

24   would impair your ability to testify fully and

25   truthfully?

SANDRA    CASEY - 3/1/2012

```
 1        A.      No.

 2        Q.      Are you under the influence of alcohol

 3   or any substance that may impair your ability to

 4   testify today?

 5        A.      No.

 6        Q.      It's you -- are you -- is it your

 7   understanding that you're being represented by

 8   counsel today at this deposition?

 9        A.      Yes.

10        Q.      And can you identify who is

11   representing you?

12        A.      Michael McLaren.  And on the phone,

13   Jonathan Moskin.

14        Q.      And for clarification, are these your

15   personal attorneys?

16        A.      No.

17        Q.      There may be times during the

18   deposition that the counsel you just identified

19   will object to questions that I ask.  You must

20   answer each of my questions unless you're

21   instructed not to answer and you choose to follow

22   that instruction.  Do you understand?

23        A.      Yes.

24        Q.      Do you understand a question that I

25   ask -- well, let me rephrase that.
```

1                    If you do not understand a question

2       that I ask, please let me know and I'll try to

3       rephrase the question, which I'll be happy to do.

4       Do you agree to do that?

5            A.      Yes.

6            Q.      If I ask a question and then you start

7       to answer it, I will assume you understood my

8       question.  Do you agree to that?

9            A.      Yes.

10           Q.      If I ask a question and you don't have

11      the exact answer but you have an estimate or an

12      idea, I'm entitled to an answer.  For example, if

13      I ask you when you had your last haircut, you may

14      not remember the exact date but you may be able

15      to estimate approximately when you took the --

16      when you had your hair cut, maybe three weeks

17      ago.  That will be an example of an estimate.  Do

18      you understand?

19           A.      Yes.

20           Q.      Have you ever testified in court

21      before?

22           A.      Yes.

23           Q.      How many times have you testified?

24           A.      Once.

25           Q.      And could you explain the nature of

SANDRA   CASEY - 3/1/2012

```
1        that testimony?
2          A.      It was a --
3               MR. MOSKIN:  Objection.  I -- I --
4        first of all, this doesn't have anything to do
5        with the -- the case.  I also -- as you were
6        told previously, the witness has to be
7        somewhere at one o'clock.  And so far, there
8        hasn't been an actual substantive question.  I
9        hope that these background questions don't
10       continue indefinitely.
11              MR. OH:  Mr. Moskin, again, as -- as
12       we have exchanged in previous communications
13       between our law firms, we have noticed this
14       deposition today.  We have tried to arrange
15       convenient times to do so.  And we are entitled
16       to a full deposition.
17              MR. MOSKIN:  Well, then ask some --
18       then ask some questions --
19              MR. OH:  Mr. Moskin, Mr. Moskin,
20       if -- again, at this point, if you're saying
21       that we need to continue this deposition, then
22       that might be the case.  But at this point,
23       let's finish.
24              MR. MOSKIN:  I'm sure you can finish
25       if you start asking some real questions.  The
```

```
 1          subject matter you're asking now is not on the

 2          deposition notice.  The witness is -- if you

 3          want to waste the time available asking

 4          questions about other cases, the witness is not

 5          here to testify in a personal capacity.  She's

 6          here to testify on specific designated

 7          subjects.

 8                   We previously had offered to make her

 9          available a week ago for a full day.  You

10          rescheduled it and -- for today, and they told

11          you that she's not available after one o'clock.

12          So, again, I think in fairness to the witness

13          and in your -- to your own sake, but you can

14          use the time as you wish.

15                   I don't mean to interrupt any

16          further.  Please go ahead.

17     BY MR. OH:

18          Q.      Ms. Casey, can you just identify what

19     case you testified previously in?

20          A.      It was a personal matter in a case

21     that my ex-husband was involved with.

22          Q.      Okay.  Do you understand you've been

23     designated by Games Workshop Retail, Inc. to

24     testify as its designee on topics in a deposition

25     subpoena served by the Defendant?
```

SANDRA   CASEY - 3/1/2012

```
 1          A.      Yes.

 2                          (Deposition Exhibit 1:  Renotice

 3                          of subpoena was marked for

 4                          identification.)

 5     BY MR. OH:

 6          Q.      I'm handing you what has been marked

 7     as Defendant Exhibit 1, which is the renotice of

 8     subpoena to Games Workshop Retail, Inc., with the

 9     accompanying subpoena.

10                  Do you recognize this document?

11          A.      Yes.

12          Q.      And I ask you to turn to -- into the

13     -- to the Attachment Number 1, which is -- or

14     Attachment A, which lists out the list of topics

15     for the deposition.

16          A.      Okay.

17          Q.      And are you prepared to testify today

18     on each of these topics?

19          A.      Yes.

20                  MR. MOSKIN:  Subject to the objection

21      as previously noted.

22     BY MR. OH:

23          Q.      And also, as part of the -- the

24     deposition subpoena, there's a document subpoena

25     towards the end which lists categories of
```

```
1       documents that the -- that the Defendant

2       requested Games Workshop Retail to produce.  It

3       is attached to this subpoena as Attachment B.

4           A.      Okay.

5           Q.      And are you also testifying --

6       prepared to testify about the -- this Attachment

7       B as part of the deposition subpoena?

8           A.      Yes.

9           Q.      Did you review any documents in

10      preparation for today's deposition?

11          A.      Our attorney, Jason Balog, took care

12      of all the documents for us.

13          Q.      And when you say Jason Balog, he's an

14      attorney for whom?

15          A.      For Games Workshop.

16          Q.      Is he an inhouse attorney?

17          A.      No.  He's the Games Workshop Retail

18      attorney.  This subpoena was also served on him,

19      to his firm.

20          Q.      And what documents did you review?

21          A.      I didn't review documents.

22          Q.      Can you describe how you prepared for

23      this deposition?

24          A.      I had a conversation with both

25      Jonathan and Michael.
```

```
 1          Q.       And when did this conversation occur?

 2          A.       Last week.

 3          Q.       And how long did this conversation

 4     last?

 5          A.       Approximately 30 minutes.

 6          Q.       And did you have one conversation or

 7     multiple conversations in preparation for this

 8     deposition with those individuals?

 9          A.       I believe that was the only

10     conversation we had.

11          Q.       Did you speak -- did you speak with

12     anyone else in preparation for today's

13     deposition?

14          A.       Briefly with our inhouse counsel, Gill

15     Stevenson.

16          Q.       And when was that?

17          A.       Last week.

18          Q.       Was it part of the same conversation

19     with Mr. Moskin?

20          A.       Yes, it was.

21          Q.       Did you speak with anyone else?

22          A.       No.

23          Q.       Did you do any review by yourself in

24     preparation for this deposition?

25          A.       Only reviewing the document.
```

```
1          Q.       And when you say reviewing the

2     document --

3          A.       The subpoena.

4          Q.       Which is Exhibit 1?

5          A.       Yes.

6          Q.       And when did you do that?

7          A.       It would have been -- it would have

8     been last week.

9          Q.       And about how much time did you spend?

10         A.       An hour.

11         Q.       And as part of that review, did you --

12    did you consult any documents outside of the

13    subpoena?

14         A.       No.

15         Q.       Did you look at any records?

16         A.       No.

17         Q.       Did you request any information from

18    other employees?

19         A.       No, I did not.

20         Q.       Did you bring any documents today with

21    you to this deposition?

22         A.       No.

23         Q.       Where did you go to school?

24         A.       To high school?

25         Q.       We can start with college.
```

SANDRA   CASEY - 3/1/2012

1          A.       Arkansas State University.

2          Q.       And did you get a degree?

3          A.       Yes.

4          Q.       And can you state what the degree was?

5          A.       Bachelor of Science in accounting.

6          Q.       Do you have any other degrees?

7          A.       No.

8          Q.       Have you taken any other -- or have

9     you taken any post-secondary education classes or

10    enrolled in a degree program?

11         A.       No.

12         Q.       Do you have any certifications?

13         A.       No.

14         Q.       Are you a certified public accountant?

15         A.       No, I am not.

16         Q.       Before working with Games Workshop

17    Retail, can you please briefly describe your

18    employment history?

19         A.       I worked out of college for four years

20    with a public firm.   Then I went to work for a

21    manufacturing company as a plant controller.

22    Then for Thomas and Betz, which is a manufacturer

23    of electrical and electronic components, as an

24    operations controller.   And then to ConAgra Foods

25    as a regional service center manager, and then to

SANDRA CASEY - 3/1/2012

1    Games Workshop.

2      Q.    And when did you first start working

3    with Games Workshop?

4      A.    2003.

5      Q.    And by -- just for clarity, there's

6    many different entities using the name Games

7    Workshop.  Could you please be more specific

8    about which one?

9      A.    I joined Games Workshop in 2003,

10   working for Games Workshop -- G.W. U.S.A.

11   Manufacturing, LLC, I believe was the specific

12   name.

13     Q.    Is that still the current name of the

14   company that you're working for?

15     A.    No.  I now work for Games Workshop

16   Retail.

17     Q.    And what was the reason for that

18   switch?

19     A.    We -- my role changed, and we also

20   merged that entity into Games Workshop Retail.

21     Q.    And what was your first position with

22   the Games Workshop family?

23     A.    Director of finance.

24     Q.    And briefly, what was your general

25   responsibilities?

SANDRA   CASEY - 3/1/2012

```
 1          A.       Responsibility for the accounting

 2     functions of the North American business.

 3          Q.       And did you have subsequent positions

 4     to that?

 5          A.       Yes.   Then I was director of

 6     operations.

 7          Q.       And when was that started?

 8          A.       2006.

 9          Q.       And briefly, your general

10     responsibilities?

11          A.       Responsibility for everything in the

12     Memphis facility which included production and

13     distribution as well as accounting, finance, HR,

14     IT.

15          Q.       And then did you have a subsequent

16     position to that?

17          A.       Then I was head of operations, which

18     also added to that role responsibility for the

19     operational side of the retail business, customer

20     service, operations, support for retail stores.

21          Q.       And was that for North America?

22          A.       For North America.

23          Q.       And again, when was the general time

24     frame for that position?

25          A.       2009 or '10.
```

1        Q.        And what was your next position?

2        A.        Head of sales.

3        Q.        And that's your current position?

4        A.        That is my current position.

5        Q.        And when did you start that position?

6        A.        February 2011.

7        Q.        And briefly describe what your main

8    duties are.

9        A.        I have overall responsibility for all

10   of the operations in North America.

11       Q.        And when you say all of the

12   operations, can you please describe what these

13   operations are?

14       A.        That includes our manufacturing and

15   distribution, as well as our hobby centers, which

16   are our whole -- our company-owned stores, as

17   well as the sales that we make through

18   independent retailers, and all the support

19   functions for those.

20       Q.        Anything else?

21       A.        No.

22       Q.        Who do you currently report to?

23       A.        I report to Mark Wells.

24       Q.        And what is his position?

25       A.        He is our CEO.

```
 1          Q.       And is he over which entity?

 2          A.       Of Games Workshop Limited.

 3          Q.       And you report directly to him?

 4          A.       I report directly to him, yes.

 5          Q.       Is there anyone else you report

 6     directly to?

 7          A.       No.

 8          Q.       Who reports directly to you?

 9          A.       Would you like the names or the

10     positions?

11          Q.       You can give both; that would be nice.

12          A.       Okay.  Kathleen Wilcher, Director of

13     Human Resources.  Josh Wimberly, Head of Retail

14     Recruitment.  Jay Edwards, Manager Retail

15     Training.  Désiré Dorsey, Director of Business

16     Support.  Paula Scott, Director of Finance.  Tim

17     Hartvel, Director of Operations.  John Howell,

18     Director of IT.

19               Drew Cramine, Director for Growth; Ash

20     Barker, Director for Growth; Philip Miles,

21     Director for Growth; Mia Garner, Director for

22     Growth; and Rusty Gates, Director for Growth.

23          Q.       And for all those individuals that

24     report to you, are they all employees of Games

25     Workshop Retail?
```

1        A.        Yes, they are.

2        Q.        And do they hold any -- do they

3    provide any functions for any other part of the

4    Games Workshop family?

5        A.        No.

6        Q.        You mentioned you oversee the

7    manufacturing.  Could you please describe what

8    that entails, the manufacturing component of the

9    Games Workshop Retail business?

10        A.        The manufacturing component of Games

11    Workshop in North America is predominantly

12    assembly.  We do have a few plastic injection

13    molding machines where we actually manufacture

14    plastic models.

15        Q.        And for the plastic models that you

16    manufacture, what happens with those models?

17        A.        They're then -- the sprues are then

18    used to -- in assembly to become a part of

19    whatever box product they go into.

20        Q.        Okay.  And by assembly -- can you just

21    describe what you mean by assembly?

22        A.        Sure.  We receive various component

23    parts, and we have an assembly line where the

24    packers take those various parts and put them

25    into a box or a kit to make a larger product.

SANDRA   CASEY - 3/1/2012

```
 1        Q.       And what happens to those larger
 2   products?
 3        A.       They are then sold through our normal
 4   distribution channels.
 5        Q.       And what are the normal distribution
 6   channels?
 7        A.       Retail outlets that are wholly-owned
 8   by Games Workshop.
 9        Q.       And by Games Workshop Retail?
10        A.       Games Workshop Retail, as well as in
11   Canada, the Games Workshop -- I think it's Queen
12   Street Limited, a Canadian entity.  We also sell
13   through independent retailers and through our
14   website directly to customers.
15        Q.       Okay.  And when you say the
16   independent resellers, can you describe what you
17   mean by that?
18        A.       Independent retailers are various type
19   of stores, hobby centers of some sort that sell
20   our products.  We sell directly to them; and then
21   they, in turn, sell directly to the end customer.
22        Q.       Is there some type of contractual
23   relationship between Games Workshop Retail and
24   these independent resellers?
25        A.       They're -- I believe we call it the
```

SANDRA   CASEY - 3/1/2012

```
 1      stockist agreement.  It's not an official

 2      contract, but it just identifies the terms by

 3      which we've sold them the product.

 4          Q.      And again about -- when you say we

 5      sold them, you mean Games Workshop?

 6          A.      Games Workshop has sold them the

 7      products, yes.

 8          Q.      Games Workshop Retail?

 9          A.      Retail.

10          Q.      And then you mentioned you sell

11      directly through your website?

12          A.      Yes.

13          Q.      What -- can you identify the address

14      for the website?

15          A.      That website is actually owned by a

16      U.K. entity.  I'm not sure which one.  And we

17      simply fill those orders from the Memphis

18      distribution center.

19          Q.      Okay.  Do you know the address for the

20      website, the -- the main --

21          A.      Oh, the -- the web address?

22          Q.      Yes.

23          A.      Www.games-workshop.com.

24          Q.      And when you say you fulfill orders,

25      can you describe what that means or can you
```

SANDRA   CASEY - 3/1/2012

1      describe that process?

2          A.      Yes.  When a customer places an order

3      on our website, that order is then received in

4      our distribution system.  Our employees fill

5      those orders and ship those orders to customers.

6          Q.      And just as a -- as a general matter,

7      when you refer to our employees or we, are you

8      referring to --

9          A.      I am referring to Games Workshop

10     Retail.

11         Q.      Over the course of this deposition, if

12     you're not referring to Games Workshop, will you

13     tell -- would you please testify to that?

14         A.      Yes, I will.

15         Q.      A few minutes ago, you mentioned that

16     you received component parts, I believe, and

17     then -- that are then assembled.  Where do you

18     receive those parts?

19         A.      We receive those both from third-party

20     vendors as well as from our U.K. facility, Games

21     Workshop Limited, or whichever entity they sell

22     it to us under.

23         Q.      And the third parties, who are those?

24     Or can you basically describe the nature of the

25     third parties?

```
 1        A.        It's various different companies that

 2     may provide our printed material for us, our

 3     hobby supplies.  Anything that we don't

 4     manufacture inhouse comes from a third-party

 5     vendor.

 6        Q.        And who arrange -- who arranges or

 7     orders these materials from third parties; is it

 8     Games Workshop Retail?

 9        A.        No.

10               MR. MOSKIN:  May I interject?  I'm

11          just curious if you can identify any of the

12          designated topics on the testimonial subpoena

13          to which any of this relates.

14               MR. OH:  Yes.  We'll get -- as a

15          broad matter, and we asked about use of

16          trademarks and various licenses and also

17          revenues, these are getting to the source of

18          those items and ultimately how Games Workshop

19          Retail uses any of these trademarks in commerce

20          in the U.S.

21               MR. MOSKIN:  I object, but proceed.

22     BY MR. OH:

23        Q.        Let me re-ask the question.

24               So you mentioned that some materials

25     are ordered from third parties; is that correct?
```

```
 1          A.      Yes.

 2          Q.      And who orders these materials through

 3     third parties?

 4          A.      That -- that is done by our central

 5     operations team in the U.K.

 6          Q.      Who decides which products to sell in

 7     the United States?

 8          A.      Our -- our U.K. team decides that.

 9          Q.      And is Games Workshop Retail involved

10     in the decision-making process of which products

11     you sell?

12          A.      No.

13          Q.      If we talk about the retail stores,

14     you mentioned that Games Workshop Retail has --

15     owns retail stores in the U.S.; is that correct?

16          A.      Yes.

17          Q.      And they are wholly-owned stores?

18          A.      Yes.

19          Q.      Or not franchisees?

20          A.      Not franchisees, yes.

21          Q.      And who hires and staffs -- strike

22     that.

23                  Are the people working at the retail

24     stores, are they also employees of Games Workshop

25     Retail?
```

```
 1          A.        In the U.S., Games Workshop; in
 2     Canada, Queen Street Limited.   Yes.
 3          Q.        You mentioned before something called
 4     a hobby center?
 5          A.        That's another name we use to identify
 6     our retail store.
 7          Q.        How many retail stores do you have in
 8     the U.S.?
 9          A.        Approximately 60.
10          Q.        How many retail stores does Games
11     Workshop Retail have in Canada?
12          A.        Games Workshop Retail doesn't have any
13     in Canada.
14          Q.        Excuse me.  How many for the Queen --
15          A.        Queen Street Limited?  I think about
16     25.
17          Q.        When was the first retail store opened
18     in the U.S.?
19          A.        I don't know.
20          Q.        When you joined Games Workshop Retail
21     or its predecessor, did the company have retail
22     stores at that point in time?
23          A.        Yes.
24          Q.        At that point in time, were those also
25     owned by your company?
```

SANDRA   CASEY - 3/1/2012

| | | |
|---|---|---|
| 1 | A. | Yes. |
| 2 | Q. | And how long has Games Workshop Retail |
| 3 | been selling through independent resellers? |
| 4 | A. | I don't know. |
| 5 | Q. | Was it before -- or at least since you |
| 6 | started working with the company? |
| 7 | A. | Yes. |
| 8 | Q. | And since you've been working with the |
| 9 | company, has any other -- strike that. |
| 10 | | Regarding the resellers, the |
| 11 | independent resellers, if I understand it |
| 12 | correctly, do they work directly with Games |
| 13 | Workshop Retail to -- to get the products to |
| 14 | sell? |
| 15 | A. | Yes. |
| 16 | Q. | And could you briefly describe, if I'm |
| 17 | a reseller and I'm interested in becoming a |
| 18 | reseller of Games Workshop related products, |
| 19 | what's that process like? |
| 20 | A. | You would contact one of our account |
| 21 | managers, and there's a process they would use to |
| 22 | qualify you as -- as a possible independent |
| 23 | retailer.  I'm not familiar with all the pro- -- |
| 24 | all the steps of that process; but obviously, |
| 25 | it's related to your credit and are you a |

1    legitimate business and that -- and then they'd

2    make a determination if you are a company we want

3    to sell our products.

4        Q.    Are there different type of levels of

5    resellers in terms of what type of products they

6    carry or advertising materials you provide them?

7                MR. MOSKIN:  I just want to note my

8      continuing objection to this line of

9      questioning.  But go ahead, you can answer.

10              MR. OH:  Noted.

11       A.    They don't all sell the same volume of

12   products, so -- so, of course, they are different

13   levels based on their sales volume.

14   BY MR. OH:

15       Q.    Do you -- do you provide marketing

16   materials to independent resellers?  Strike that.

17              Does Games Workshop Retail provide

18   marketing materials to independent resellers?

19       A.    We -- we do provide a small amount of

20   product support for those accounts, yes.

21       Q.    Can you describe what this product

22   support entails?

23       A.    It could be a flyer or a poster, or it

24   could actually be samples of product that they

25   can use in their store.

```
1         Q.      And when you mean a flyer, what
2    exactly do you mean?
3         A.      It could be a piece of paper that
4    features a product that we've sold them that is
5    available for them to then sell to their
6    customer.
7         Q.      And can you describe what you mean by
8    a poster?
9         A.      A poster is the same thing, only a
10   larger size.
11        Q.      Do you also provide in-store displays?
12        A.      Not that I can think of, no.
13        Q.      Do you provide -- well, strike that.
14               And these posters, can you describe a
15   few examples of what type of products they may
16   feature?
17        A.      I'm not familiar with any specific
18   posters, so I can't really give you an example of
19   a specific item.
20        Q.      Are there different lines of products?
21        A.      We have different categories of
22   products.
23        Q.      What do you mean by categories of
24   products?
25        A.      We sell, basically, three -- three
```

SANDRA    CASEY - 3/1/2012

1      ranges:  Warhammer, Warhammer 40,000 and then

2      Lord of the Rings.

3         Q.      And so these posters or flyers, they

4      will be for either Warhammer, Warhammer 40,000 or

5      the Lord of the Rings product lines?

6         A.      Yes.

7         Q.      Earlier, you mentioned there was a

8      manufacturing entity that was merged into Games

9      Workshop Retail.  Does that manufacturing

10     component still exist?

11        A.      Yes, it does.

12        Q.      And what's the main function?

13             MR. MOSKIN:  Asked and answered.  And

14       I continue to object to this line of

15       questioning.  Go ahead.

16        A.      The main function is assembly.

17     BY MR. OH:

18        Q.      Do they receive any molds to create

19     the -- you mentioned resin products.  Did you

20     create -- did you create them inhouse or are they

21     made from molds?

22        A.      I didn't mention resin products.

23        Q.      Oh, what did --

24        A.      I mentioned plastic products.

25        Q.      Plastic products.

```
 1        A.        Those are created through an injection

 2    molding process.

 3        Q.        What products does Games Workshop

 4    Retail distribute, general categories?

 5        A.        Warhammer, Warhammer 40,000 and Lord

 6    of the Rings.

 7        Q.        And what type of products make up

 8    those lines?

 9        A.        Plastic, pewter and resin models,

10    characters, miniatures, whatever you want --

11    however you want to refer to them.  Paints,

12    brushes, hobby supplies.  Everything it takes,

13    basically, for -- to participate in our hobby.

14        Q.        Any books?

15        A.        Books, yes.

16        Q.        Anything else?

17        A.        Books, audio books.  I think that's

18    about it.

19        Q.        You mentioned you sell through your

20    own retail -- or excuse me.

21                  You sell through Games Workshop

22    Retail's own stores, through independent

23    resellers, through the website.

24                  Any other ways that Games Workshop

25    Retail distributes or sells products?
```

SANDRA   CASEY - 3/1/2012

```
 1        A.        No.  Those are the three channels.

 2        Q.        Any phone orders?

 3        A.        Those would go through our website --

 4   would be entered into our website.

 5        Q.        Does any -- do they -- does Games

 6   Workshop Retail accept orders by mail?

 7        A.        I don't know that we receive any

 8   orders by mail.

 9        Q.        Do you know at one point in time it

10   did?

11        A.        At one point in time, it did, yes.

12        Q.        Do you remember generally when that

13   time frame was?

14        A.        That was at least seven years ago.

15        Q.        But at this point, you're not sure if

16   they continue doing that?

17        A.        I don't think so.

18        Q.        Now, the -- just for clarification,

19   for the books that Games Workshop sells, do they

20   print them -- does it print them themselves?

21        A.        Our books are through another entity,

22   a Games Workshop Black Library, and those are not

23   printed inhouse.

24        Q.        How does Games Workshop Retail receive

25   those books?
```

SANDRA   CASEY - 3/1/2012

```
 1        A.      They are sent to us from the U.K.

 2        Q.      Any other products sent to you from --

 3   or sent to Games Workshop Retail from the U.K.

 4   for distribution?

 5        A.      All -- all of the products -- most of

 6   the products that we use in assembly, as well as

 7   a lot of the products that we distribute, come

 8   directly from our U.K. facility.

 9        Q.      Just for clarification, so for the

10   products that you sell in the U.S., or I should

11   say the products that Games Workshop Retail sells

12   in the U.S., are all those products assembled

13   first in the U.S. and then sold?

14        A.      I don't understand your question.

15        Q.      I guess -- well, strike that.

16               You mentioned that the products are

17   assembled in the U.S. and then sold.  Is that an

18   accurate description?

19        A.      Some products are assembled in the

20   U.S. and then sold.

21        Q.      And some products are not?

22        A.      Some products are received in their

23   completed state.

24        Q.      Can you provide some examples of those

25   products received in a completed state?
```

SANDRA   CASEY - 3/1/2012

1       A.      It could be any of our -- any of our

2       products, the full range of products.

3       Q.      Are there any -- when you say full

4       range, that would include miniatures, books or --

5       A.      Yes.

6       Q.      Can you give an example of a product

7       that would be first assembled in the U.S. and

8       then sold?

9       A.      It could be a boxed game that has many

10      components, that it's more economical for us to

11      send the components -- to send the product in a

12      component stage and then be completed here versus

13      sending it in the final stage.

14      Q.      Right now, you mentioned games.  In

15      your previous answers, were you including games

16      as part of the different products that Games

17      Workshop Retail sells?

18      A.      Yes.  When I say boxed games, that is

19      a collection of miniatures, a collection of

20      miniatures.

21      Q.      Just for clarification, does Games

22      Workshop Retail cast any miniatures in the United

23      States?

24      A.      We do not do any casting in the United

25      States.

SANDRA   CASEY - 3/1/2012

1        Q.        Has it previously done castings in the
2    U.S.?
3        A.        It did years ago.  I would be
4    guessing; but yes, it did.
5        Q.        Does Games Workshop Retail also sell
6    card games?
7        A.        Card games?
8        Q.        (Nods head.)
9        A.        Not to my knowledge.
10       Q.        When a new product is released for
11   sale, is it released -- strike that.
12                 For Internet orders, does Games
13   Workshop Retail fulfill orders within the U.S.?
14       A.        Games Workshop Retail distributes
15   Internet orders for the U.S.
16       Q.        Any other regions?
17       A.        Canada.
18       Q.        When a product is made available on
19   the Games Workshop website for order, is it made
20   available for purchase to North America and the
21   U.K. at the same time?
22       A.        Yes.
23       Q.        And when a product is made available
24   for sale, is it made available for sale on the
25   Internet and in the stores at the same time?

SANDRA   CASEY - 3/1/2012

1        A.        Normally, yes.

2        Q.        And what do you mean by normally?

3        A.        Some products are not sold in our

4    retail stores that are sold through the Internet.

5        Q.        Can you describe what products are not

6    sold through -- or sold into retail stores that

7    are sold on the Internet?

8        A.        Our higher volume products are sold in

9    our retail stores.  Our full product range is

10   available on the Internet.

11       Q.        Are there any products sold in the

12   retail stores that are not sold on the Internet?

13       A.        No.

14       Q.        Is Games Workshop Retail involved in

15   the release schedule for new products?

16       A.        What do you mean by involved?

17       Q.        Is Games Workshop Retail involved in

18   setting the release date for when a new product

19   is available for sale?

20       A.        No.

21       Q.        Who makes that decision?

22       A.        It's made by the team in the U.K.

23       Q.        Are there products that are first

24   released in the U.K. that aren't released at the

25   same time in the U.S.?

1          A.        Not to my knowledge.

2          Q.        Does Games Workshop Retail have a

3     mission statement?

4          A.        Does Games Workshop Retail have a

5     mission statement?  No.

6          Q.        Does the -- does the company in

7     general have a mission statement?

8          A.        We don't have anything we identify as

9     a mission statement.

10         Q.        Who sets revenue goals for Games

11    Workshop Retail?

12         A.        The North American team.

13         Q.        And who is the head of that North

14    American team that would set the revenue goals?

15         A.        That's me.

16         Q.        And what are the sources of revenues

17    for Games Workshop Retail?

18         A.        Our retail stores, our independent

19    trade accounts, and a commission on our web

20    sales.

21         Q.        What do you mean by commissions on

22    your web sales?

23         A.        We are paid from the U.K. web business

24    a percentage of revenue on retail -- on web sales

25    for North America.

```
 1          Q.       Is there a commission arrangement also

 2     related to the -- the retail store revenues?

 3          A.       No.

 4          Q.       Previously, you mentioned that Games

 5     Workshop Retail receives some completed products

 6     from the U.K. and some are assembled in the U.S.

 7                    Does Games Workshop Retail order these

 8     products through the U.K. company?

 9          A.       We -- they manage our stock -- no.

10     They manage our stock for us.

11          Q.       Okay.  And how do they manage Games

12     Retail -- Games Workshop Retail's stock?

13          A.       They have access to our inventory

14     levels.

15          Q.       And how do they have access to your

16     inventory levels?  Or strike that.

17          A.       They didn't --

18          Q.       What do you mean that -- when you said

19     that the U.K. company had access to Games

20     Workshop Retail's inventory level, can you

21     explain what you meant by that?

22          A.       Our -- that -- our data regarding our

23     inventory levels is transferred electronically

24     from our system to our U.K. system.

25          Q.       And what do you mean by inventory
```

SANDRA   CASEY - 3/1/2012

1      level?

2           A.      How many we have of our products, what

3      we have on hand of our products.

4           Q.      And at what level?  Meaning, is that

5      just at the main facilities or does that get down

6      to also to retail stores?

7           A.       It includes the retail stores and our

8      warehouse.

9           Q.      And when -- when we're talking about

10     the inventory levels, does that mean the

11     individual products or -- can you describe the

12     level of detail, the -- what type of information

13     they would have?

14          A.      They basically get a listing of our

15     inven- -- of our products and the quantities we

16     have on hand.

17          Q.      And would that be at a SKU level?

18          A.      Yes.

19          Q.      And so if -- if they wanted to know

20     whether a particular book by a certain title was

21     low in stock, they will be able to determine that

22     through the -- this inventory system?

23          A.      Yes.

24          Q.      And same for a particular miniature?

25          A.      Yes.

```
 1        Q.       And would they also have access to --
 2    and when -- strike that.
 3              And would the U.K. company also have
 4    access to sales figures related to the retail
 5    stores?
 6        A.      They -- I'm not sure what sales
 7    information they have.  They do certainly see our
 8    sales by store, but I'm not sure to what level
 9    they get that.
10        Q.      Does Games Workshop Retail have sales
11    figures for the -- its retail stores in the U.S.?
12        A.      Yes.
13        Q.      Does Games Workshop Retail have
14    breakdowns of sales by SKUs in the U.S.?
15        A.      We don't look at the information that
16    way, no.
17        Q.      Can you describe how Games Workshop
18    Retail looks at the information, then?
19        A.      We look at it at a store level, not at
20    a product level.  Nothing really below the store
21    level.
22        Q.      Does Games Workshop Retail have --
23    have records of the number of each SKU that is
24    sold?
25        A.      We don't have reports that we look at
```

SANDRA   CASEY - 3/1/2012

1      that way.  I'm sure it's -- the raw data is in

2      the system somewhere; but no, we don't -- we

3      don't analyze our data that way.

4          Q.      Does Games Workshop Retail have --

5      strike that.

6                  When you're referring to the U.K.

7      company, which company are you referring to?

8          A.      Games Workshop Limited.

9          Q.      What type of advertising does Games

10     Workshop Retail do?

11         A.      We don't do traditional advertising.

12         Q.      What type of nontraditional

13     advertising do you do?

14         A.      Our advertisement is word of mouth

15     from our customers.

16         Q.      Does Games Workshop Retail attend any

17     trade shows?

18         A.      We are scheduled to attend some this

19     year, yes.

20         Q.      Can you provide just a few examples?

21         A.      Gamma, I believe is the one they're

22     attending soon.  And I'm not sure about the other

23     names.

24         Q.      Does it organize any conferences or

25     fan events?

SANDRA   CASEY - 3/1/2012

1          A.          We have a game -- an event we call

2      Games Day once a year.

3          Q.          Can you just briefly describe that?

4          A.          It's -- it's an event where we have

5      our -- some of our products there, we have

6      games -- we're running games, we're running

7      activities.  It's just -- it's a day where

8      customers can -- can participate in the hobby.

9          Q.          Actually, I just want to loop back to

10     something, a question from a few minutes ago.

11              You mentioned that products are

12     released at the same time online and in the

13     retail stores; is that correct?

14         A.          Roughly at the same time, yes.

15         Q.          And how long has that practice been

16     going on?

17         A.          I'm not sure.  I don't know how long

18     we've been doing it that way.

19         Q.          Has it been done that way since you've

20     been with the company?

21         A.          I'm not sure because I wasn't involved

22     in that side of the -- that part of the business

23     at that time.

24         Q.          So it could have been happening before

25     you joined the company?

1          A.        It could have.

2          Q.        Does Games Workshop Retail do any

3     Internet advertising?

4          A.        Only on -- on our own web store,

5     website, but that's -- that's actually a U.K.

6     entity.   The only Internet presence we have is

7     Facebook sites for each of our stores.

8          Q.        Can you just briefly describe what you

9     mean, Facebook sites for each of our stores?

10         A.        Each one of our retail managers

11    maintains a Facebook page.

12         Q.        And who hires the managers for each of

13    these stores?

14         A.        Our head of retail recruitment.

15         Q.        For Games Workshop Retail?

16         A.        For Games Workshop Retail.

17         Q.        Does Games Workshop Retail own --

18    strike that.

19                   Does Games Workshop Retail, does it

20    contend that it owns any trademarks?

21         A.        No.

22         Q.        Does it have any registered

23    trademarks?

24         A.        Not to my knowledge.

25         Q.        Does it own any copyright

1      registrations?

2          A.      Not that I'm aware of.

3          Q.      Does Games Workshop Retail contend

4      that it owns any copyrights for the products at

5      issue in this litigation?

6          A.      No.

7          Q.      Does Games Workshop Retail license any

8      trademarks?

9          A.      No.

10         Q.      Does it have any trademark license

11     agreements?

12         A.      Not that I'm aware.

13         Q.      So Games Workshop Retail has no

14     trademark licensing agreement involving Games

15     Workshop Limited?

16         A.      I don't understand your question.

17         Q.      Well, when you say it doesn't have any

18     trademark licenses, that would -- are you

19     referring -- well, strike that for a second.

20                 Does Games Workshop Retail license any

21     trademarks from Games Workshop Limited?

22         A.      Not to my knowledge.

23         Q.      Does it license any copyrights from

24     Games Workshop Limited?

25         A.      No.

SANDRA   CASEY - 3/1/2012

1          Q.       Has Games Workshop Retail acquired any

2     copyrights through assignments?

3          A.       No.

4          Q.       Does Games Workshop Retail have any

5     trademark licensing agreements with its

6     independent resellers?

7          A.       Not that I'm aware of.

8          Q.       For the independent resellers in the

9     U.S. for Games Workshop related products, does

10    Games Workshop Limited have any agreements with

11    them?

12         A.       I do not know that.

13         Q.       And just so I understand the

14    arrangement between the independent resellers in

15    the U.S. -- strike that.

16              Does Games Workshop Limited work

17    directly with the independent resellers in the

18    U.S.?

19         A.       No.

20         Q.       It would only be through Games

21    Workshop Retail?

22         A.       Yes.

23         Q.       Does Games Workshop Limited sell

24    directly into the U.S.?

25         A.       Not that I'm aware of, no.

```
 1          Q.      What are the names of the U.S. retail

 2     stores that Games Workshop Retail owns?

 3          A.      Games Workshop.

 4          Q.      Any other names?

 5          A.      No.

 6          Q.      Does Games Workshop Retail sell any

 7     products using the tradename Soul Drinkers?

 8          A.      Could you repeat that?

 9                      (Thereupon, the requested

10                       portion of the record was read by

11                       the court reporter.)

12          A.      Not to my knowledge.

13     BY MR. OH:

14          Q.      How about Blood Eagle?

15          A.      No, not to my knowledge.

16          Q.      Blood Raven?

17          A.      No.

18          Q.      Celestial Lions?

19          A.      No.

20          Q.      Exorcist?

21          A.      No.

22          Q.      Howling Griffon?

23          A.      No.

24          Q.      Iron Snakes?

25          A.      No.
```

SANDRA   CASEY - 3/1/2012

```
 1          Q.       Luna Wolves?

 2          A.       No.

 3          Q.       Salamanders?

 4          A.       No.

 5          Q.       I'm going to spell this, Y-N-G-A-R-L?

 6          A.       Not to my knowledge, no.

 7          Q.       Iron Hands?

 8          A.       No.

 9          Q.       Nycetic Spores?  And I'll spell

10     Nycetic, N-Y-E -- strike that.   N-Y-C-E-T-I-C

11     Spores.

12          A.       No.

13          Q.       Mantis Warriors?

14          A.       No.

15          Q.       Spartan Heads?

16          A.       No.

17          Q.       Death Angels?

18          A.       No, not that I'm aware of.

19          Q.       Doom Seer?

20          A.       No.

21          Q.       Mantis Warrior?

22          A.       No.

23          Q.       Thunder Armour?

24          A.       No.

25          Q.       Power Armour?
```

```
 1        A.       No.

 2        Q.       Tervigon?

 3        A.       No.

 4        Q.       Adeptus Manacus?

 5        A.       No.  I'm not familiar with these

 6   products.

 7        Q.       Does Games Workshop Retail have

 8   records of which products it has sold in the

 9   State of Illinois?

10        A.       Not readily available.

11        Q.       Does Games Workshop Retail have

12   records of when it first used in commerce --

13   strike that.

14              For any given particular product,

15   would Games Workshop Retail have a record of when

16   it first sold that product in the U.S.?

17        A.       That would not be readily available,

18   no.

19        Q.       And why do you say that it would not

20   be readily available?

21        A.       That's not something that we look at

22   on a reg- -- on a regular basis.  I'm sure we --

23   you know, it would have to be in our records

24   somewhere, but it would be mining through our

25   system to find that data.
```

1        Q.       There's no readily available way to

2    determine such a date?

3        A.       No.

4        Q.       Would you be able to -- strike that.

5                 Would Games Workshop Retail -- strike

6    that.

7                 Does Games Workshop Retail have

8    records of which product is sold in different

9    geographical regions in the U.S.; for example, by

10   ZIP code?

11       A.       No.   We don't maintain records in that

12   format.

13       Q.       Does Games Workshop Retail sell any

14   computer games?

15       A.       No.

16       Q.       Does Games Workshop Retail have any

17   licensing agreements with makers of computer

18   games?

19       A.       No.

20       Q.       Does Games Workshop Retail have any

21   licensing agreements with a company called THQ?

22       A.       No.

23       Q.       Does Games Workshop Retail sell

24   products in the U.S. under the tradename

25   Warhammer?

SANDRA   CASEY - 3/1/2012

```
 1          A.      Yes.

 2          Q.      Warhammer 40,000?

 3          A.      Yes.

 4          Q.      Does any Games Workshop Retail

 5     employees create any artwork used for the Games

 6     Workshop related products?

 7          A.      No.

 8          Q.      No sculptures?

 9          A.      No.

10          Q.      No graphics?

11          A.      No.

12          Q.      Illustrations?

13          A.      No.

14          Q.      Has any Games Workshop Retail employee

15     ever created artwork for Games Workshop Limited

16     as a normal course -- or strike that.  Strike

17     that.

18                  Let me ask a few questions about the

19     corporate structure of Games Workshop.  How is

20     Games Workshop Retail related to Games Workshop

21     Limited?

22          A.      Games Workshop Retail is owned -- it's

23     owned by a Games Workshop entity.  I'm not sure

24     if it's Games Workshop Limited.

25          Q.      Okay.  Would that entity be Games --
```

```
 1      would that entity be Games Workshop U.S. Holding

 2      Limited?

 3          A.      I'm not sure.

 4          Q.      Games Workshop America, Inc.?

 5          A.      No.

 6          Q.      So as far as you know, Games Workshop

 7      Retail Limited -- or excuse me.

 8                  As far as you know -- strike out that.

 9      Let me start over again.

10                  As far as you know, Games Workshop

11      Retail is not a wholly-owned subsidiary of Games

12      Workshop Limited?

13          A.      I don't know the corporate structure,

14      the legal entity structure.

15          Q.      As part of your preparation for your

16      deposition today, did you review any information

17      to learn about the corporate structure of Games

18      Workshop fam- -- the Games Workshop family?

19          A.      No.

20          Q.      And prior to your preparations, did

21      you have a -- strike that.

22                  Prior to your preparations for the

23      deposition, did you have a -- strike that.

24                  For -- are you aware of a company

25      called Games Workshop Group, PLC?
```

1        A.       Yes.   I have heard that name.

2        Q.       Do you know what it is?

3        A.       That is actually the name we traded

4    on -- we use for trading on the London Stock

5    Exchange.

6        Q.       Do you have an idea of how Games

7    Workshop Retail is related to that company?

8        A.       Not specifically, no.

9        Q.       And did you have knowledge of the

10   overall corporate structure of Games Workshop

11   before your preparations for the -- this

12   deposition?

13       A.       No.

14       Q.       Is Games Workshop Retail an

15   independent -- strike that.

16                Is Games Workshop Retail a -- its own

17   legal entity?

18       A.       Games Workshop Retail is a legal

19   entity, yes.

20       Q.       And employees of Games Workshop Retail

21   are employees of Games Workshop Retail, meaning

22   they're not also employees of Games Workshop

23   Limited?

24       A.       That's correct.

25       Q.       When a new product is released, what's

SANDRA    CASEY – 3/1/2012

Page 55

```
 1      the different -- strike that.

 2                When Games Workshop Retail carries a

 3      new product in the stores, what's the kind of lag

 4      time -- actually, strike that.

 5                Games Workshop Retail sells products

 6      using the tradename -- or the trademark Space

 7      Marines?

 8      A.      Space Marines is one of our products.

 9      Q.      How about Eldar, E-L-D-A-R?

10      A.      Yes.

11      Q.      Chaos?

12      A.      Yes.

13      Q.      Dark Angels?

14      A.      Yes.

15      Q.      Tau, T-A-U?

16      A.      Yes.

17      Q.      Tyranid?

18      A.      Yes.

19      Q.      Does Games Workshop Retail also use

20      the trademark GW?

21      A.      GW?

22                MR. MOSKIN:  If you don't mind, can I

23          just ask the witness if she could speak a

24          little more -- a little louder or into the

25          microphone or near the phone?  I'm sorry.
```

SANDRA   CASEY - 3/1/2012

```
 1                THE WITNESS:  Okay.

 2        A.      I'm not aware of any products with the

 3    tradename GW.

 4                MR. MOSKIN:  Can you read back the

 5        question and answer?  There was a terrible

 6        screeching noise.

 7                MR. OH:  I'll just repeat the

 8        question right now.

 9                MR. MOSKIN:  I don't mean to

10        interrupt.  I didn't hear.

11    BY MR. OH:

12        Q.      For the last one, does Games Workshop

13    Retail use the trademark Tyranid, T-Y-R-A-N-I-D?

14        A.      Tyranid, yes.

15        Q.      How about 40K?

16        A.      Yes.

17        Q.      Earlier in the deposition, you

18    mentioned that Games Retail -- Games Workshop

19    Retail provides some posters or flyers as part of

20    its advertising; is that correct, or uses posters

21    or flyers as part of their advertising?

22        A.      Actually, I think the question was:

23    Do we provide those products to our independent

24    retailers?  Yes, we do.

25        Q.      And would those posters and flyers
```

SANDRA   CASEY - 3/1/2012

1      that Games Workshop Retail provides to the

2      independent retailers, would those use the

3      trademark Warhammer?

4          A.      It could feature any of our products.

5          Q.      So it could feature Warhammer,

6      Warhammer 40K -- or 40,000, Warhammer 40K, 40K,

7      Tyranid?

8          A.      It could feature any of our products.

9          Q.      Does Games Workshop Retail have a

10     customer support telephone number?

11         A.      Yes.

12         Q.      What is it?

13         A.      I don't know offhand.

14         Q.      Would it be an 800 number?

15         A.      I believe it is an 800 number, yes.

16         Q.      I'm handing you what is marked as

17     Defendant Exhibit 2.

18                     (Deposition Exhibit 2:  Screen

19                       shot from the Games Workshop Retail

20                       was marked for identification.)

21     BY MR. OH:

22         Q.      It is a screen shot from the Games

23     Workshop Retail with customer service Contact Us

24     information on it.  Does this refresh your

25     recollection if Games Workshop has a -- what

SANDRA   CASEY - 3/1/2012

```
 1      Games Workshop Retail's customer service number
 2      is?
 3          A.      This could be the number, yes.
 4          Q.      If someone calls the Games Workshop
 5      Retail's customer service number, who do they
 6      talk with?
 7          A.      They talk with a customer service
 8      representative.
 9          Q.      And does that representative work for
10      Games Workshop Retail?
11          A.      Yes.
12          Q.      Where are they located?
13          A.      They're located in Memphis.
14          Q.      Are they part of an outsource call
15      service?
16          A.      No.
17          Q.      It's inhouse?
18          A.      It's an inhouse; they are employees of
19      Games Workshop.
20          Q.      Is there a particular person in charge
21      of that department?
22          A.      Our director of business support.
23          Q.      Does Games Workshop also have a -- or
24      Games Workshop Retail have a customer service
25      e-mail address that they can write into?
```

SANDRA   CASEY - 3/1/2012

```
 1          A.      Yes, we do.

 2          Q.      And who answers those inquiries?

 3          A.      The customer service representatives.

 4          Q.      In Memphis?

 5          A.      In Memphis.

 6          Q.      Does Games Workshop Retail have some

 7    type of ticketing system to monitor or track

 8    incoming calls or e-mails from customers?

 9          A.      No.

10          Q.      Does it save incoming customer service

11    inquiries sent by e-mails from customers?

12          A.      I don't know.

13          Q.      Does Games Workshop Retail have any

14    records of customers expressing confusion between

15    their products and Chapterhouse products?

16          A.      Not to my knowledge.

17          Q.      Does Games Workshop Retail have any

18    records of anyone writing into the company about

19    Chapterhouse Studio?

20          A.      Not to my knowledge.

21                  MR. OH:  I believe we're at the end

22      of the tape, so it might be a good time for a

23      break.

24                  THE VIDEOGRAPHER:  Going off the

25      record.  Time is 11:13.
```

SANDRA   CASEY - 3/1/2012

```
 1                    (A recess was taken for 20

 2              minutes from 11:13 until 11:33 a.m.)

 3              THE VIDEOGRAPHER:  We're back on the

 4         record.  The time is 11:33.

 5    BY MR. OH:

 6         Q.      Are you familiar with Sabertooth

 7    Games?

 8         A.      Yes.

 9         Q.      What is it?

10         A.      It was an entity that sold card games.

11         Q.      And when you said was, what do you

12    mean by that?

13         A.      Sabertooth Games is no longer

14    associated with Games Workshop.  It was sold from

15    Games Workshop several years ago.

16         Q.      Do you know approximately when?

17         A.      Probably five years ago.

18         Q.      And when you say it was sold from

19    Games Workshop, is there a specific entity you're

20    referring to?

21         A.      I'm not sure which legal entity

22    owned -- owned Sabertooth Games.  It was not

23    Games Workshop Retail.

24         Q.      Do you know when one of the Games

25    Workshop companies first acquired it?
```

SANDRA   CASEY - 3/1/2012

1        A.       I do not.

2        Q.       Do you know what products it sold?

3        A.       Collectible card games.

4        Q.       Before this lawsuit, were you familiar

5    with Sabertooth Games?

6        A.       Slightly familiar with them, yes.

7    Certainly knew the name and that they sold

8    collectible card games.

9        Q.       Did Games Workshop Retail sell these

10    collectible card games?

11        A.       No.

12        Q.       Did Games Workshop Retail ever

13    distribute any of these collectible games?

14        A.       Not to my knowledge.

15        Q.       In preparation -- strike that.

16                 In preparation for this deposition --

17    strike that.

18                 In preparation for this deposition,

19    did you review any information concerning

20    Sabertooth Games?

21        A.       I did not.

22        Q.       Do you know which company operated

23    Sabertooth Games when it was acquired by a member

24    of the Games Workshop family?

25        A.       I do not, no.

1          Q.       Do you know if Sabertooth Games still

2     exists?

3          A.       No, I'm not positive.

4          Q.       Does Games Workshop Retail have any

5     records concerning Sabertooth Games?

6          A.       No.

7          Q.       What do you base that answer on?

8          A.       I'm not aware of any records Games

9     Workshop Retail has --

10         Q.       Did --

11         A.       -- regarding Sabertooth Games.

12         Q.       Did Games Workshop Retail search for

13    any records concerning Sabertooth Games?

14         A.       No.

15         Q.       Did Games Workshop Retail search for

16    any license agreements involving Sabertooth

17    Games?

18         A.       No.

19         Q.       Did Games Workshop Retail search for

20    any copyright agreement, including assignments or

21    work for hire agreements related to Sabertooth

22    Games?

23         A.       No.

24         Q.       Did Games Workshop Retail search for

25    any e-mails related to Sabertooth Games?

SANDRA   CASEY - 3/1/2012

1        A.        No.

2        Q.        Did Games Workshop Retail employ any

3   persons who previously did work for Sabertooth

4   Games?

5        A.        We do employ one person that used to

6   work for Sabertooth Games.

7        Q.        Who is that person?

8        A.        Alex Bartose.

9        Q.        And what is his position? ·

10       A.        He is -- he's a trade account manager.

11       Q.        And what do you mean by trade account

12   manager?

13       A.        He works directly with independent

14   retailers.

15       Q.        What's his main duties?

16       A.        His main duties is to sell them Games

17   Workshop products.

18       Q.        And when was he first employed by

19   Games Workshop Retail?

20       A.        2011.

21       Q.        And prior to that, he was working --

22   do you know what his position was prior to that?

23       A.        No, I do not.

24       Q.        So I take it you mean him coming to

25   work for Games Workshop Retail wasn't part of the

SANDRA   CASEY - 3/1/2012

```
 1        earlier acquisition?

 2        A.      No.

 3        Q.      Unrelated?

 4        A.      Unrelated.

 5        Q.      Do you know what his role was with

 6   Sabertooth Games?

 7        A.      I do not.

 8        Q.      Does Games Workshop Retail sell a card

 9   game called the Horus Heresy?

10        A.      I'm not familiar with that product.

11        Q.      Has Games Workshop Retail sold a book

12   called the Horus Heresy Collective Visions?

13        A.      Yes.

14        Q.      Can you describe what that is?

15        A.      It's a series of novels written by one

16   of the Black Library authors.

17        Q.      Do you know when -- strike that.

18                When did Games Workshop Retail first

19   sell these books?

20        A.      I don't know.

21        Q.      Does it have records?

22        A.      Not with that specific information.

23        Q.      Would it have information about how

24   many copies of these books were sold?

25        A.      Again, that's information that's not
```

SANDRA   CASEY - 3/1/2012

1       readily available.

2                       (Deposition Exhibit 3:  Horus

3                       Heresy Collective Visions, Bates

4                       Number GW 0001875 through 84, was

5                       marked for identification.)

6    BY MR. OH:

7       Q.      I'm handing you what has been

8    premarked as Defendant's Exhibit 3.  Do you

9    recognize this?

10      A.      I have not seen this specific product,

11   but no.

12      Q.      Can you tell me what it appears to be?

13      A.      It appears to be the Horus Heresy

14   Collective Visions that is published by Black

15   Library.

16      Q.      Is there any reason to believe it's

17   not a copy of the Horus Heresy?

18      A.      No.

19              MR. OH:  And for the record, this

20       exhibit is Bates Number GW 0001875 through 84.

21   BY MR. OH:

22      Q.      Turn your attention to the last page,

23   Bates number that ends in 1884.  Can you read the

24   last paragraph?

25      A.      This brings us to the present day and

1       the publication of a collectible --

2                       THE COURT REPORTER:  Slowly.

3                       THE WITNESS:   Sorry.

4       A.        This brings us to the present day and

5       the publication of a collectible card game based

6       on the Horus Heresy by Sabertooth Games.   This

7       exciting new presentation of the famous story

8       provided fans with a wealth of new information

9       and imagery about the Heresy.   Collectible card

10      games feature hundreds if not thousands of

11      illustrative cards.   This book presents some of

12      those illustrations as well as supporting text

13      and a selection of awesome -- awesome conceptual

14      pieces by the great John Blanch.

15      BY MR. OH:

16      Q.        Does Games Workshop Retail have any

17      information about the development of these

18      collectible card games by Sabertooth Games?

19      A.        No.

20      Q.        Does Games Workshop Retail have any

21      records or information about the individuals who

22      created the collectible card games by Sabertooth

23      Games?

24      A.        No.

25      Q.        Does Games Workshop Retail have any

SANDRA   CASEY - 3/1/2012

```
1       record or information about the artwork depicted

2       in these collectible card games by Sabertooth

3       Games?

4           A.      No, not to my knowledge.

5           Q.      Does Games Workshop Retail have any

6       information about what assets were transferred

7       when Sabertooth Games were sold off by the Games

8       Workshop family?

9           A.      No.

10          Q.      Was Games Workshop -- strike that.

11                  Was Sabertooth Games acquired by one

12      of the U.S. based Games Workshop entities?

13          A.      No.

14          Q.      And why do you say no?

15          A.      It was -- it was managed directly to

16      the U.K. team.

17          Q.      And when you say managed directly by

18      the U.K. team, what do you mean by that?

19          A.      I mean they reported directly in to

20      the U.K. team, not to an American part of the

21      business.

22          Q.      And by they, you mean the members of

23      the Sabertooth Games team?

24          A.      Yes.

25          Q.      And by the U.K. team, you mean Games
```

```
 1    Workshop --
 2         A.      Games Workshop.
 3         Q.      -- Limited?
 4         A.      Yes.
 5         Q.      And after Sabertooth Games was
 6    acquired by a member of the Games Workshop
 7    family, what was the role of Sabertooth Games?
 8         A.      I'm not sure.  I wasn't involved with
 9    Sabertooth Games.
10         Q.      And when you said -- strike that.
11                 When you answered that -- that
12    Sabertooth Games was not acquired by U.S. entity
13    of Chapterhouse, that's based on your following
14    answer that the management team for -- or
15    Sabertooth Games reported directly to the U.K.
16    team?
17         A.      That's correct.
18         Q.      It wasn't based on a review of
19    purchase agreements between Sabertooth Games and
20    the U.S. entity?
21         A.      No.
22         Q.      Have you seen any of the underlying
23    transfer agreements?
24         A.      No.
25         Q.      Do you know if any exists?
```

SANDRA   CASEY – 3/1/2012

```
 1        A.      I do not.

 2        Q.      Did you look for any in preparation

 3   for this deposition?

 4        A.      We would have no reason to have those

 5   in Games Workshop Retail.

 6        Q.      As far as you know, Games Workshop --

 7   strike that.

 8               As far as you know, Sabertooth Games

 9   could have been purchased by a different Games

10   Workshop entity other than Games Workshop

11   Retail --

12        A.      It could --

13        Q.      -- you just don't know which one?

14        A.      It could have.

15        Q.      Do you know what the reason was for

16   selling off Sabertooth Games?

17        A.      I do not.

18        Q.      Did a Franz Vohwinkel -- and that's

19   V-O-H-W-I-N-K-E-L -- has this person ever worked

20   for Games Workshop Retail?

21        A.      Not to my knowledge.

22        Q.      How about James Brady?

23        A.      I'm not familiar with that name.

24        Q.      Kenson Low?  First name K-E-N-S-O-N,

25   last name L-O-W.
```

SANDRA   CASEY - 3/1/2012

```
 1        A.      No.

 2        Q.      Justin Norman?

 3        A.      No, not to my knowledge.

 4        Q.      Chris Trevas?  That's T-E -- excuse

 5    me -- T-R-E-V-A-S.

 6        A.      No.

 7        Q.      Ralph Horsley, H-O-R-S-L-E-Y?

 8        A.      Not to my knowledge, no.

 9        Q.      Sam Wood?

10        A.      No.

11        Q.      Eric Ren?  That's R-E-N.

12        A.      No.

13        Q.      Does Games Re- -- does Games Workshop

14    Retail maintain records sufficient to determine

15    whether these individuals had worked for Games

16    Workshop Retail?

17        A.      Yes.

18                MR. MOSKIN:  I just want to object to

19          this line of questioning.  This is not anywhere

20          stated in the deposition notice, and it's

21          really just a waste of time.  You can use what

22          limited time you've got left however you wish,

23          but I'm just stating my objection on the

24          record.

25    BY MR. OH:
```

SANDRA   CASEY - 3/1/2012

1          Q.        What type of records would Games

2     Workshop Retail have to verify --

3                    MR. MOSKIN:  Object to form.

4     BY MR. OH:

5          Q.        -- to verify employment his records or

6     employment history of a person?

7          A.        We --

8                    MR. MOSKIN:  Same objection.  This is

9          just not on -- not on -- even on the deposition

10         notice.  Go ahead.

11         A.        We would have -- we would have hire

12    dates of previous -- and termination dates of

13    previous employees.

14    BY MR. OH:

15         Q.        Would these records be maintained

16    electronically?

17         A.        Yes.

18         Q.        Would it include any part-time or

19    freelance employees?

20         A.        It would include all employees.

21         Q.        Does Games Workshop Retail use

22    contractors?

23         A.        Occasionally.

24         Q.        Do they use freelance workers?

25         A.        Not that I'm aware.

SANDRA   CASEY - 3/1/2012

```
 1          Q.      Would contractors be recorded as

 2     employees?

 3          A.      No.

 4          Q.      Would they be recorded in Games

 5     Workshops Retail system as having been a contract

 6     worker for Games Workshop?

 7          A.      Only in our accounts payable system.

 8          Q.      Does Games Workshop Retail pay payroll

 9     taxes for contractors?

10          A.      No.

11          Q.      Does it pay payroll taxes for its

12     full-time employees?

13          A.      Yes.

14          Q.      Does it pay payroll taxes for its

15     part-time employees?

16          A.      Yes.

17          Q.      What system does -- strike that.

18                  Is the account payable system only --

19     strike that.

20                  Does the account payable system that

21     you're referring to, does it only track Games

22     Workshop Retail information?

23          A.      Yes.

24          Q.      And when you previously referred to

25     having an electronic record of -- related to
```

 1       employees, start and end dates, is that only

 2       specific to Games Workshop Retail employees?

 3                    MR. MOSKIN:  Mr. Oh, may I interrupt?

 4        Can you identify any topic in the deposition

 5        notice to which this relates?

 6                    MR. OH:  Sure.  15, your computer

 7        network architecture, including -- and I can

 8        let you read the rest.  And -- and 17, which

 9        we'll get into in a little bit separately:

10        Your policies related to employee use of

11        computers, data and other technologies.

12                    MR. MOSKIN:  As I -- as we confirmed

13        this, this has nothing to do with the topic.

14        Again, you can use your time as you wish, but

15        it's limited.

16                    MR. OH:  Can you repeat the question?

17                        (Thereupon, the requested

18                        portion of the record was read by

19                        the court reporter.)

20        A.      It would also be for the other --

21        other U.S. legal entities before they were merged

22        into Games Workshop Retail.

23        BY MR. OH:

24        Q.      Would it include any of the Games

25        Workshop Limited employment records?

SANDRA   CASEY - 3/1/2012

```
 1        A.      No, no.

 2        Q.      Does Games Workshop Retail have a

 3   e-mail system they use in the normal course of

 4   business?

 5        A.      Yes.

 6        Q.      Who manages the e-mail system?

 7        A.      Our IT department at -- Games Workshop

 8   Retail's IT department.

 9        Q.      And what's your e-mail address?

10        A.      Sandra.Casey@games-workshop.com.

11        Q.      And who assigns e-mail addresses to

12   employees?

13        A.      Our -- our IT team.

14        Q.      And is the @games-workshop.com suffix

15   for e-mail addresses, is that exclusive to Games

16   Workshop Retail employees?

17        A.      Yes.

18        Q.      And so what are the e-mail addresses

19   for games -- for Games Workshop Limited

20   employees?

21        A.      @games-workshop.CO.UK.

22        Q.      And does -- strike that.

23                Does the IT department for Games

24   Workshop Retail manage or otherwise involved in

25   managing the e-mail system for the U.K. entity?
```

SANDRA   CASEY - 3/1/2012

```
 1          A.       No.

 2          Q.       Does all employees at Games Workshop

 3     Retail have e-mail addresses?

 4          A.       No.

 5          Q.       Which employees -- is there a policy

 6     to determine which employees get e-mail addresses

 7     and which do not?

 8          A.       Yes.

 9          Q.       And what is that policy?

10          A.       Staff employed to work in our

11     shipping, warehousing and production team --

12     hourly staff do not have e-mail.

13          Q.       Is this a written policy?

14          A.       No.

15          Q.       How do employees at Games Workshop

16     Retail communicate with Games Workshop Limited?

17          A.       Video conference, telephone call,

18     e-mail, Facetime, Skype, in person.

19          Q.       What is the most common way that you

20     communicate with -- with individuals working for

21     Games Workshop Limited?

22          A.       E-mail.

23          Q.       When you mentioned video conference,

24     what -- is that something different than Skype

25     and Facetime?
```

SANDRA   CASEY - 3/1/2012

```
 1        A.      It's similar to Skype and Facetime,

 2     but it uses different equipment.

 3        Q.      Do you know which equipment you use,

 4     by chance?

 5        A.      No.  Sorry.

 6        Q.      And for -- do you use Skype to

 7     communicate with Games Workshop Limited?

 8        A.      On occasion, yes.

 9        Q.      And do you use Facetime?

10        A.      Yes.

11        Q.      And for Skype, is that for video

12     conferencing that you use it for or for

13     relaying -- actually, let me strike all that.

14                Do Games Workshop Retail employees

15     communicate with Games Workshop Limited using

16     chat technologies such as instant messaging?

17        A.      Not to my knowledge, no.

18        Q.      Just for clarification, Games Workshop

19     Retail doesn't use instant messaging?

20        A.      No.

21        Q.      Text messaging?

22        A.      Yeah, yes.

23        Q.      In what situations?

24        A.      If someone's trying to get in touch

25     with someone urgently and can't get them on the
```

```
 1      phone, they will text them.

 2          Q.      Does that include members of Games

 3      Workshop Limited?

 4          A.      Yes.

 5          Q.      Any other forms of electronic

 6      communications?

 7          A.      No.

 8          Q.      Does Games Workshop Retail preserve

 9      its electronic communications?

10          A.      A person can delete their e-mail if

11      they choose.

12          Q.      Is there a written policy regarding

13      document retention?

14          A.      Not related to e-mail, no.

15          Q.      Is there a policy related to

16      non-e-mail documents?

17          A.      Only legal required document

18      retention:  Payroll records, accounting records,

19      et cetera.

20          Q.      Is Games Workshop Retail preserving

21      any documents due to the present litigation?

22          A.      No.

23          Q.      What other computer systems does Games

24      Workshop Retail use?  We mentioned e-mail, so

25      other than e-mail.
```

SANDRA   CASEY - 3/1/2012

1          A.          We have an ERP system.   We have a

2     payroll system.   We utilize a stock management

3     system.   Those are the basic -- the basic ones.

4          Q.          Is there any -- strike that.

5                      If Games Workshop Retail employees

6     wish to share documents such as a Word document

7     or an Excel spreadsheet, is there a way for them

8     to share it electronically at the company?

9          A.          That would typically be through

10    e-mail.

11         Q.          Is there any centralized or shared

12    network file server?

13         A.          People can share folders on our

14    network.  And we have a portal, an internal

15    portal, as well.

16         Q.          And this internal portal is different

17    than the shared folders you were discussing?

18         A.          Yes.

19         Q.          And what's the difference between an

20    internal portal and shared folders?

21         A.          An internal portal is used

22    predominantly by our staffing in retail to access

23    basic information.   Shared folders, an example

24    would be the accounting team has a folder that

25    each member of that team can save documents into

SANDRA   CASEY - 3/1/2012

```
 1        for general access.
 2            Q.      So the internal portals, what type
 3        of -- would these -- strike that.
 4                    So the internal portals just would
 5        have general policies and procedures related to
 6        the retail side?
 7            A.      Yes.
 8            Q.      Anything else?
 9            A.      Basic forms, HR forms, operations
10        manual, standards for operating a store.  Basic
11        information that a retail manager might need to
12        perform his job.
13            Q.      Do any of these policies and
14        procedures include -- strike that.
15                    Would this include policies and
16        procedures related to trademark use?
17            A.      No.
18            Q.      Are there policies and procedures
19        related to copyright?
20            A.      No.
21            Q.      Does Games Workshop Retail have a
22        general policy about -- well, strike that.
23                    Outside of the internal portal, is
24        there a policy or procedure in Games Workshop
25        Retail related to copyrights or trademarks?
```

```
 1        A.        There is no written policy.

 2        Q.        Is there an unwritten policy?

 3        A.        Our internal -- there is an internal

 4    procedure.

 5        Q.        Can you describe that internal

 6    procedure?

 7        A.        For us to use any copyrighted or

 8    trademarked material, we have to get approval

 9    from the U.K. team.

10        Q.        And can you give an example of what

11    you mean by what type of materials you would seek

12    approval for?

13        A.        Sure.  We wanted to do a limited

14    edition poster that we would give to the first

15    500 people that bought a Games Day ticket.  We

16    wanted to use some of Games Workshop's imagery to

17    do that, so we had to get approval from the U.K.

18    team in order to use that, that image.

19        Q.        And who do you seek this approval

20    from?

21        A.        I'm not sure of the person's name.

22    It's whoever happens to be in charge of the

23    studio team; that changes.

24        Q.        So the -- so this inquiry's directed

25    to head of the studio team?
```

SANDRA   CASEY – 3/1/2012

```
1        A.      Yes.

2        Q.      Is that an inhouse attorney?

3        A.      I'm not sure if they're an attorney or

4    not, no.

5        Q.      And so this internal relates to both

6    trademark and copyright?

7        A.      Yes.

8        Q.      In terms of the shared folders, is it

9    fair to characterize this as some type of shared

10   network drive?

11       A.      Yes.

12       Q.      Is there an internal name for it that

13   you have at the company?

14       A.      No.  Just simply shared folders.

15       Q.      Would you know if it had a specific

16   technology, like a shared point Microsoft server

17   or something like that?

18       A.      I do not know that.

19       Q.      And who has access to the shared

20   folders?

21       A.      They're specific to each folder.  It's

22   whomever needs access to that information.

23       Q.      And who assigns the permissions to

24   gain access to the shared folders?

25       A.      The IT director.
```

SANDRA   CASEY - 3/1/2012

```
 1          Q.        And does anyone outside of Games
 2     Workshop Retail have access to these folders?
 3          A.        No.
 4          Q.        For the e-mail system, does anyone
 5     else outside of Games Workshop Retail have access
 6     to the company's internal e-mail?
 7          A.        Not that I'm aware.
 8          Q.        You mentioned an ERP system?
 9          A.        Yes.
10          Q.        Who has access to that system?
11          A.        All employees that need to use that
12     system in the course of their day-to-day work:
13     Accounting, trade, our warehouse staff, anyone
14     who needs to access that system to perform their
15     job.
16          Q.        Are only Games Workshop Retail
17     employees have access to this system?
18          A.        No.
19          Q.        Who else has access?
20          A.        The operations team in the U.K. has
21     access to portions of the system.
22          Q.        And what portions of the system would
23     they have access to?
24          A.        Things related to inventory.
25          Q.        Any financials?
```

```
1         A.      No.

2         Q.      And when you say the operation teams

3    in the U.K., who are part of this operation team?

4         A.      That's the central team who manages

5    supply, so product supply; that would basically

6    be the team that helps determine orders for

7    product levels.

8         Q.      Can you identify some members of

9    this -- of the team?

10        A.      Oh, sure.  Steve Crook, Mike Buton.

11   I'm not sure who else is on that team.

12        Q.      Does Games Workshop Limited have

13   access to other aspects of Games Workshop

14   Retail's computer systems?

15        A.      No.

16        Q.      And when you mentioned before a stock

17   management system, is that the same thing as

18   the -- as the inventory portion of the ERP?

19        A.      It is separate to that.  It is

20   actually a U.K. based system that we utilize.

21        Q.      Okay.  So for clarification, for

22   the -- so there was the ERP system, you

23   mentioned.  And then you mentioned that members

24   of the U.K. team had -- operations teams have

25   access to the inventory portion?
```

SANDRA   CASEY - 3/1/2012

```
 1          A.       Yes.

 2          Q.       Is that referring to the ERP system or

 3   the separate inventory management?

 4          A.       They have access to both.

 5          Q.       And what's the difference between the

 6   inventory system and the stock management system

 7   or the inventory component of it?

 8          A.       The ERP -- the inventory component of

 9   the ERP system does not contain inventory for

10   retail, for retail stores.  The global stock

11   manage- -- GSMS was designed to keep track of the

12   inventory levels in our retail stores.

13          Q.       Now, when the -- if a retail store is

14   low on stock on a certain product, how is it

15   restocked?

16          A.       It orders automatically generated and

17   pushed into our ERP system, and the order is

18   filled in our -- in the warehouse and shipped to

19   the store.

20          Q.       And when you're saying our, just --

21          A.       Games Workshop Retail.

22          Q.       And you mentioned that the stock

23   management system, that's a U.K. based system?

24          A.       Yes.

25          Q.       You have access to it or Games
```

SANDRA  CASEY - 3/1/2012

1      Workshop Retail has access to it?

2          A.      Games Workshop Retail has access to

3      portions of that system, yes.

4          Q.      Which portions?

5          A.      Only the portions related to the North

6      American retail stores.

7          Q.      And can you describe what information

8      is captured in that portion?

9          A.      The stock level in a store by product,

10     any adjustments to that.  Just the stock levels

11     in our -- in our retail stores is all that's

12     contained in that system.

13         Q.      And what portions of the stock

14     management system does Games Workshop Retail not

15     have access to?

16         A.      Those portions that relate to other

17     parts -- other parts of the Games Workshop

18     business.

19         Q.      For example?

20         A.      For example, Italy, France, Spain.

21         Q.      Now, does Games Workshop Retail have

22     access to other systems operated by Games

23     Workshop Limited?

24         A.      No, I can't -- I can't think of any

25     others.

SANDRA   CASEY - 3/1/2012

```
 1                  Actually, there is one other.  It's a
 2      forum called Ordo, to which the sales support
 3      teams use to talk about the projects that they're
 4      working on.
 5           Q.      Can you spell the name of that forum?
 6           A.      O-R-D-O.
 7           Q.      And is that an internal system?
 8           A.      It is an internal system.
 9           Q.      You mentioned the internal support
10      team's use of the system.  Can you describe how
11      they use the system?
12           A.      Sure.  It's used to communicate to the
13      sales support teams any information that they
14      need in the course of their day-to-day role.
15           Q.      And what does the sales support teams
16      do?
17           A.      The sales support teams support both
18      the stores and our trade accounts.  As an
19      example, let me make it clear, we celebrated
20      Warhammer's 25th anniversary on February 25th.
21      Ordo was the mechanism used to communicate to the
22      sales support teams all the activities that
23      needed to take place in each of the stores to
24      support that event.
25           Q.      Does Games Workshop Retail know if
```

SANDRA   CASEY - 3/1/2012

```
 1      there was any references to the Chapterhouse in
 2      this Ordo system?
 3      A.      No.
 4      Q.      Has it checked?
 5      A.      We have not checked, but there would
 6      be no reason for there to be any references to
 7      Chapterhouse.
 8      Q.      Are there any other shared systems?
 9      A.      No, I can't think of any others.
10      Q.      Are there internal policies about who
11      has access to shared systems?
12      A.      Access is granted based on the need of
13      your job, the need of your role.
14      Q.      And if your job requires access to the
15      system, who do you -- who would one talk to to
16      gain that access, from a technical standpoint?
17      A.      To the director of IT.
18      Q.      Does Games Workshop Retail provide any
19      computer support to Games Workshop Limited?
20      A.      No.
21      Q.      Does Games Workshop Limited provide
22      computer support for Games Workshop Retail?
23      A.      Not on a day-to-day basis, no.
24      Q.      On a non-day-to-day basis?
25      A.      They might consult on projects if we
```

SANDRA   CASEY - 3/1/2012

```
 1        have large products that we're working on.

 2            Q.      Can you give me an example of a large

 3        project?

 4            A.      Sure.  We are in the process of

 5        going -- moving to a new ERP system.  So we have

 6        a couple people from the U.K. logged in that

 7        project to ensure that it fits with our global

 8        standards.

 9            Q.      And for these -- well, strike that.

10                    Who currently are those people you're

11        mentioning from the U.K.?

12            A.      Phil Hill and Britt Powell.  I don't

13        know his last name.

14            Q.      Now, you mentioned those people from

15        the U.K. are involved to ensure it fit with the

16        global standards.  Who sets these global

17        standards?

18            A.      The -- the I -- the U.K. IT team.

19            Q.      And is there some type of written

20        document that has these standards in them?

21            A.      Yes.

22            Q.      Who maintains that?

23            A.      The U.K. IT team.

24            Q.      And how do you know that the standard

25        exists?
```

SANDRA   CASEY - 3/1/2012

1     A.      I've -- I've seen the document in the

2     course of consideration for system upgrades.

3     Q.      And it's fair to say these relate to

4     general technical standards such as, like,

5     processing power and things like that?

6     A.      Yes.

7     Q.      Does it include policies regarding

8     archiving features or document retention

9     features?

10    A.      No.

11    Q.      Do you know who John Paulson is?

12    A.      No.

13    Q.      Have you heard of that name before?

14    A.      No.  I'm not familiar with that name.

15    Q.      Has Games Workshop Retail ever had --

16    strike that.

17            Has Games Workshop Retail ever had any

18    contact with John Paulson?

19    A.      Not to my knowledge.

20    Q.      Has anyone ever contacted Games --

21    Games Workshop Retail about John Paulson?

22    A.      Not to my knowledge.

23    Q.      Has anyone at Games Workshop Retail

24    ever contacted Chapterhouse?

25    A.      No.

```
 1          Q.      Nick Villacci, and I apologize for

 2     getting that pronounced incorrectly, but Nick

 3     V-I-L-L-A-C-C-I?

 4          A.      I'm not familiar with that name.

 5          Q.      Has anyone ever contacted Games

 6     Workshop Retail about Nick Villacci?

 7          A.      Not to my knowledge.

 8          Q.      Has Games Workshop Retail ever

 9     searched for documents concerning Nick Villacci?

10          A.      No.

11          Q.      Does Games Workshop Retail have its

12     own inhouse counsel?

13          A.      No.

14               MR. MOSKIN:  I'm sorry.  I didn't

15       hear the answer to that.

16               THE WITNESS:  No.

17     BY MR. OH:

18          Q.      Does Games Workshop Retail communicate

19     with counsel for -- inhouse counsel for Games

20     Workshop Limited?

21          A.      Yes.

22          Q.      Can you identify those individuals at

23     Games Workshop Limited?

24          A.      Gill Stevenson, predominately.

25          Q.      Anyone else?
```

SANDRA  CASEY - 3/1/2012

```
 1        A.        I can't remember the other members of

 2     the team.

 3        Q.        Who at Games Workshop Retail is mainly

 4     in communications with Gill Stevenson?

 5        A.        I've talked to Gill on occasion.  Our

 6     finance team, someone from our finance team may

 7     contact legal.  Someone from our sales support

 8     team may contact legal.  Anyone who has the need

 9     to interact with them.

10        Q.        Does Games Workshop Retail use outside

11     counsel?

12        A.        We do.

13        Q.        And can you identify the main firms?

14        A.        Miles & Stockbridge in Maryland.

15        Q.        Anyone else?

16        A.        No.

17        Q.        And who is the person at Miles &

18     Stockbridge?

19        A.        Our main contact there is Jason Balog.

20        Q.        And were you in communications with

21     Miles & Stockbridge about the document subpoena?

22        A.        No, I was not.

23        Q.        Was Games Workshop Retail in contact

24     with Jason Balog at Miles & Stockbridge about the

25     document subpoena?
```

```
 1          A.      No.

 2          Q.      How about the deposition subpoena?

 3          A.      No.

 4          Q.      And in preparation for this

 5   deposition, were you in touch with Mr. Balog

 6   in prep -- to prepare for this?

 7          A.      I was not in contact with Jason, no.

 8          Q.      Outside of this lawsuit, have you

 9   been -- strike that.

10                  Outside of this lawsuit, has Games

11   Workshop Retail been in contact with Foley &

12   Lardner for legal work?

13          A.      Not to my knowledge, no.

14          Q.      And with respect to this lawsuit, who

15   at Foley & Lardner has Games Workshop Retail been

16   in contact with?

17          A.      I have to ask -- I need to ask a

18   question.

19          Q.      Or let me rephrase that; that was

20   poorly stated.

21                  What are the names of attorneys at

22   Foley & Lardner that Games Workshop Retail have

23   been in communications with, with respect to this

24   lawsuit?

25          A.      The only attorneys, other than
```

```
 1        Michael, that we've been -- that I've been in

 2        contact with is Jonathan.

 3           Q.      In front of you is Exhibit 1, which is

 4        the notice of deposition along with the

 5        deposition subpoena.  Did you bring any documents

 6        in response to the subpoena today?

 7           A.      I did not bring any documents.

 8           Q.      Did Games Workshop Retail search for

 9        any documents in response to that subpoena?

10                   MR. MOSKIN:  Objection.  Asked and

11           answered at the outset.

12           A.      Jason Balog did that on our behalf.

13        BY MR. OH:

14           Q.      Has Games Workshop Retail produced any

15        documents to the Defendants in response to the

16        document subpoena?

17           A.      No.

18           Q.      Did Games Workshop Retail -- strike

19        that question.

20                   For the independent resellers, does

21        Games Workshop Retail conduct any inspections of

22        the resellers' stores?

23                   MR. MOSKIN:  Objection to form.

24           A.      Not inspections, no.

25        BY MR. OH:
```

SANDRA   CASEY - 3/1/2012

```
 1          Q.        Does Games Workshop Retail monitor
 2     their resellers in any way?
 3          A.        I don't know what you mean by monitor.
 4          Q.        What type of communications does Games
 5     Workshop Retail have with its independent
 6     resellers?
 7          A.        Regular phone calls.  Predominantly,
 8     regular phone calls is how they con- -- how they
 9     interact with them on a regular basis.
10          Q.        Does Games Workshop Retail conduct
11     site inspections?
12          A.        No.
13          Q.        When -- earlier today, you mentioned
14     something called stockist agreement or stockist
15     program.  Am I getting this right?
16          A.        I don't think I mentioned a stockist
17     agreement nor stockist program.
18          Q.        Do you remember something about
19     stockist?
20          A.        I don't remember using that term, no.
21                         (Deposition Exhibit 4:  Printout
22                         from the Games Workshop website was
23                         marked for identification.)
24     BY MR. OH:
25          Q.        I'm handing you what has been marked
```

SANDRA   CASEY - 3/1/2012

```
 1        as Exhibit 4.  It is a printout from the Games

 2        Workshop website.  Top of the page has the title

 3        Carry Our Products.

 4                   Can you -- can you explain to me what

 5        it means to become an independent stockist?

 6        A.        It means that an independent retailer

 7        will buy from Games Workshop Retail and resell

 8        our products to end users, to customers.

 9        Q.        And do these -- is there also an

10        application process?

11        A.        Yes, there is an application process.

12                   (Deposition Exhibit 5:  Games

13                   Workshop Account Application was

14                   marked for identification.)

15        BY MR. OH:

16        Q.        I'm handing you what is marked as

17        Exhibit 5; it's titled Games Workshop Account

18        Application.  Can you describe what this is?

19        A.        It's a basic form that a person who

20        wants to be -- who wants to sell our products as

21        an independent retailer would complete.

22        Q.        And so this is related to becoming an

23        independent stockist?

24        A.        Yes.

25        Q.        Okay.  And so this is the application
```

SANDRA   CASEY - 3/1/2012

1      form that you mentioned?

2          A.      To become an independent retailer,

3      yes, this is the application form.

4                          (Deposition Exhibit 6:  Document

5                          titled Games Workshop Untapped

6                          Resource For Your Store was marked

7                          for identification.)

8      BY MR. OH:

9          Q.      And I'm handing you what is

10     referred -- or what is being marked as Defendant

11     Exhibit 6; it's titled Games Workshop Untapped

12     Resource For Your Store.  It's a PDF from the

13     Games Workshop website.  Do you recognize this?

14         A.      I do not.

15         Q.      If you turn to the last page, there's

16     an 800 number.  Do you recognize that 800 number?

17         A.      I do not recognize that number, but it

18     appears that that is our trade account number.

19         Q.      Now, as part of the application

20     process, do the -- does a person who wants to

21     become an independent reseller, do they need to

22     submit photographs of their store?

23         A.      I don't know.

24         Q.      After they become an independent

25     reseller, do they need to submit photographs of

1      their store showing the display of the Games

2      Workshop products there?

3          A.      Not to my knowledge.

4          Q.      Is there any type of policies or

5      procedures about following up with independent

6      resellers that are carrying Games Workshop

7      product, about the manner that they're displaying

8      Games Workshop products there?

9          A.      No, not to my knowledge.

10         Q.      Are there any policies and procedures

11     provided to independent resellers about use of

12     Games Workshop related trademarks?

13         A.      Not that I'm aware.

14         Q.      Is there any policies or procedure

15     provided to independent retailers about the use

16     of Games Workshop related copyrights?

17         A.      I don't know.

18         Q.      Does Games Workshop Retail -- through

19     their retail stores, is there an option for

20     customers to order on the website or through the

21     phone and pick up the products at the store?

22         A.      Yes.

23         Q.      Can you describe how that works?

24         A.      A customer can order either from an

25     order point in one of our retail stores or from

SANDRA   CASEY - 3/1/2012

1          any -- their home computer, order over the

2          Internet product and have it delivered directly

3          to a retail store instead of to their house.

4               Q.        Is there also a advanced order option?

5               A.        There is an option to place orders on

6          the website in advance of a product being

7          released.

8               Q.        And what does that mean?

9               A.        That means we will -- we will say that

10         we have a new product -- there -- there will be a

11         place on the website that will say there was a

12         new product going to be available for sale,

13         normally in two weeks.  Normally, it's a two-week

14         advanced order period.  Customers can order that

15         product on the Internet to ensure that it's

16         delivered to them on the -- on the release date.

17              Q.        And why is it normally a two-week

18         release period or two-week -- two-week

19         pre-release advance order period?

20              A.        It -- that's just the time frame we've

21         chosen as a business to use.

22              Q.        And after a release date is set, when

23         does Games Workshop Retail usually receive their

24         products?

25              A.        Games Workshop Retail receives their

SANDRA   CASEY - 3/1/2012

```
1        products one to two days before the product

2        releases.

3            Q.      And then it's distributed to the

4        retail stores?

5            A.      I'm sorry.  Games Workshop Retail

6        receives the product some amount of weeks before,

7        up to six to eight weeks before.  It's

8        distributed to the retail stores two days -- one

9        to two days before it's available.

10           Q.      And is this the same pattern with

11       Canada, the same time frame?

12           A.      Yes, yes.

13           Q.      And is the -- is this also the same

14       pattern used with the other countries in the

15       Games Workshop family?

16           A.      Yes.

17           Q.      Now, I'm handing you what is marked as

18       Defendant's Exhibit 7.

19                       (Deposition Exhibit 7:  Screen

20                       shot was marked for identification.)

21       BY MR. OH:

22           Q.      Do you recognize this?

23           A.      This is a screen shot from our

24       website.

25           Q.      And if you look at the main block, it
```

SANDRA   CASEY - 3/1/2012

1        says Space Wolves and Tyranids?

2            A.       Tyranids.

3            Q.       Advance order now?

4            A.       Uh-huh (affirmative response).

5            Q.       So can you just explain what -- what's

6        going on here?

7            A.       This would be the notification to

8        customers that this product is available for them

9        to order in advance to ensure that it's delivered

10       to them on the release date, by the release date.

11           Q.       And all the different stores, whether

12       in the U.S., U.K. or Canada, they're all on the

13       same schedule?

14           A.       Yes.

15           Q.       Now, do you recognize the product --

16       actually, strike that.

17                         (Deposition Exhibit 8:  Product

18                         page from the Games Workshop website

19                         was marked for identification.)

20       BY MR. OH:

21           Q.       I'm handing you what is marked as

22       Defendant's Exhibit 8.  And this is a product

23       page from the Games Workshop website.  Has -- I'm

24       asking because we just previously looked at the

25       advance order sheet.  So has Games Workshop

SANDRA   CASEY - 3/1/2012

 1      actually released the Tervigon?

 2         A.      I don't know.

 3         Q.      Now, in terms of release schedule, is

 4      that communicated to Games Workshop Retail in a

 5      certain way?

 6         A.      Yes; the release schedule is

 7      communicated through two channels.  It's

 8      communicated to our operations team from the

 9      central operations team from a product supply

10      standpoint.

11              The other channel where a new release

12      schedule would be communicated would be through

13      our sales support team, to notify them of when

14      product -- when there are product releases.

15         Q.      And so for these two types of

16      notifications, what do the notifications look

17      like?

18         A.      It is simply a list of product codes,

19      dates that they will be available -- released,

20      and I believe it has retail -- the recommended

21      retail price on -- on it, as well.

22         Q.      And how is it distributed?

23         A.      I believe it's e-mailed.

24         Q.      And who is it e-mailed to?

25         A.      Tom Chipley in operations on the

SANDRA CASEY - 3/1/2012

```
 1      product supply side, and Désiré Dorsey on the
 2      sales support side.
 3          Q.      And are these notifications, are they
 4      also sent to other entities in Games Workshop
 5      besides Games Workshop Retail?
 6          A.      Yes, to -- but people doing those same
 7      roles in other Games Workshop businesses.
 8          Q.      When you say Tom Chipley in
 9      operations, who does he work for?
10          A.      He works for Tim Harvel, our director
11      of operations.
12          Q.      And that's Games Workshop Retail?
13          A.      Games Workshop Retail.
14          Q.      And who distributes these
15      notifications?
16          A.      They come from the U.K. team.
17                      (Deposition Exhibit 9:  Screen
18                       shot was marked for identification.)
19      BY MR. OH:
20          Q.      I'm handing you what is marked as
21      Exhibit 9.  It's actually a screen capture from
22      the -- a website, the Games Workshop website.
23                      MR. MCCLAREN:  Thanks.
24      BY MR. OH:
25          Q.      And I reference this because this
```

1      mentioned something like a product launch is on

2      March 3rd.  Is this a notice that will appear

3      when you're trying to pre-order a product on the

4      website?

5          A.      Yes.  This is actually the U.K.

6      website.

7          Q.      Would a similar notice appear on the

8      U.S.?

9          A.      There would be a similar notice, yes.

10                 MR. OH:  I think we have five minutes

11         left on the tape.  Let's take a break so we can

12         switch out.

13                 MR. MOSKIN:  Can you -- we were

14         supposed to be done by now.  Can you tell me

15         where we stand?

16                 MR. OH:  Again, we noticed the

17         deposition for an entire day.  And if we need

18         to continue, if that's what you're saying, we

19         can.  But I probably, at this point, need to

20         review my notes but I would expect one or two

21         more hours.

22                 MR. MOSKIN:  This is -- yeah, this is

23         really outrageous to me.  We told you the

24         timing last week, and you didn't wan to -- you

25         wanted to ignore it.  You spent most of this

1          deposition --

2                    MR. OH:  Mr. Moskin, we can have this

3          conversation off line.  Again, if -- if --

4          we've done our best to accommodate your

5          scheduling, we can, again, continue it as

6          needed in order to finish.  If you're saying

7          that right now, you're going to be -- you know,

8          that you're going to be stopping this

9          deposition, you can let me know that, too.

10                   MR. MOSKIN:  Are we on still?

11                   MR. OH:  Yes.

12                   MR. MOSKIN:  Good.  Good, I want to

13         be because I have repeatedly noted that most of

14         the questions you asked this morning were not

15         even on the notice.  And you spent the first

16         hour -- it was a full hour before you asked a

17         question that was on the notice.

18                   I am very deeply concerned that the

19         only purpose of this deposition is to waste our

20         time and to waste the witness's time.  It's

21         being done for vexatious purposes, which is the

22         way the Defendant has conducted all of the

23         discovery in this case.

24                   MR. OH:  Mr. Moskin, again, at this

25         point, we can continue until we conclude; or if

```
1       you want to -- again, you're saying that --

2       that -- that at this point, the witness is

3       going to be leaving and so we're going to have

4       to reschedule to finish this deposition, you

5       can let me know that, too.

6               MR. MOSKIN:  We'll take a break and

7       we'll resolve this in five minutes.

8               THE VIDEOGRAPHER:  Going off the

9       record.  The time is 1302.

10              (A recess was taken.)

11              THE VIDEOGRAPHER:  Back on the

12      record.  The time is 1317.

13              MR. OH:  In terms of scheduling

14      issue, there's an issue where the -- Mr. Moskin

15      has noted that the witness has another

16      engagement she needs to go to.  We're going to

17      proceed with this deposition for the next 30

18      minutes; at which point, we'll reserve the

19      right to continue the deposition at a different

20      point to -- as needed to finish up any

21      remaining issues.

22              MR. MOSKIN:  Thank you.

23              And I just simply want to note that,

24      as I think I did beforehand, just our concern

25      that having already had four hours and now
```

```
 1        almost 20 minutes into the deposition, we're

 2        concerned about the way the time was spent.

 3        And we've had previous discussions off line

 4        before the deposition began about the witness

 5        has scheduling problem this week; whereas, she

 6        would have been available for a full day last

 7        week when the deposition was originally

 8        noticed.

 9                  MR. OH:  And again --

10                  MR. MOSKIN:  I don't want to waste

11        any more time --

12                  MR. OH:  And Mr. Moskin -- Mr.

13        Moskin, please.  We've had these conversations

14        off line.  And again, we weren't able to -- and

15        again, I do not appreciate you trying to

16        distort the record this way and again, getting

17        your comments in where, again, it's reflective

18        of the actual conversation.  And if you want to

19        submit the e-mails that were exchanged and put

20        it in the record, we can.  But unless you want

21        to stipulate to that, I would suggest just

22        refraining from these comments.

23                  MR. MOSKIN:  I think what I said was

24        accurate, but I don't really want to argue it.

25        And we can -- as we said, as need be, we can
```

```
 1        talk afterwards about a -- if there is a need

 2        for resuming the deposition, but let's -- why

 3        don't we proceed instead of wasting time

 4        arguing.

 5    BY MR. OH:

 6        Q.      Ms. Casey, earlier in the deposition

 7    today, did you mention that Games Workshop Retail

 8    conducts some kind of fan conferences at points?

 9        A.      I don't think I called it a fan

10    conference, but we have an event we call Games

11    Day.

12        Q.      And can you describe what Games Day is

13    again?

14        A.      It's -- it's a day where hobbyists buy

15    tickets to come and participate in a day of -- of

16    activity with Games Workshop products.

17        Q.      And is the -- is that day limited just

18    to Games Workshop products?

19        A.      We also have Forge World and Black

20    Library products.  And sometimes we invite -- we

21    invite other people, as well.

22        Q.      And at this event, does Games Workshop

23    Retail use Games Workshop related trademarks?

24        A.      Do we -- what do you mean by use?

25        Q.      Are there any advertisements at this
```

SANDRA   CASEY - 3/1/2012

1    event?

2       A.      There -- there aren't any traditional

3    advertisements.   There are posters and Games

4    Workshop promotional material.

5                   (Deposition Exhibit 10:   Edition

6                   of White Dwarf, Bates Numbers GW

7                   0001469 through 1471 and 1580

8                   through 1582 were marked for

9                   identification.)

10   BY MR. OH:

11      Q.      Handing you what is marked as

12   Defendant's Exhibit 10.   It is an edition of

13   White Dwarf, Bates Numbers GW 0001469 through --

14   there are various pages from the White Dwarf.

15   The one is 1469 through 1471 and then 1580

16   through 1582.   Do you recognize this?

17      A.      It appears to be the -- a copy of the

18   front cover of a White Dwarf magazine.

19      Q.      And what is White Dwarf?

20      A.      White Dwarf is -- is a magazine that

21   we -- a monthly magazine that we sell to

22   hobbyists.

23      Q.      And is this in stock at the Games

24   Workshop Retail retail stores?

25      A.      Yes.

SANDRA   CASEY - 3/1/2012

1          Q.      If you turn to the page that says --

2     that ends in Bates Number 1580.  If you look in

3     the -- towards the lower half of the page, do you

4     see the announcement of dance order service?

5          A.      Yes.

6          Q.      And again, this appears to be a U.K.

7     edition of the magazine?

8          A.      This is a -- what appears to be a U.K.

9     version, yes.

10         Q.      Is there a U.S. specific version?

11         A.      There is a U.S. version, yes.

12         Q.      And is there a U.S. version and a

13    Canadian version or a general North American?

14         A.      There's a North American version.

15         Q.      And are there differences between the

16    U.K. version and the North American version?

17         A.      Yes, there would be some differences.

18         Q.      What would the main ones be?

19         A.      The main differences would be related

20    to North American specific things such as the

21    list of retail stores as well as the list of

22    independent accounts would be specific to North

23    America.

24         Q.      And if you flip to the last page that

25    says 1580, can you describe what that is?

SANDRA   CASEY - 3/1/2012

```
 1        A.       It looks like a mail order form.

 2        Q.       And previously, does the U.S.

 3    edition -- or strike that.

 4                 Does the U.S. edition also include a

 5    mail order form?

 6        A.       I don't know.

 7        Q.       Does Games Retail Workshop (sic)

 8    accept orders by telephone?

 9        A.       Yes.

10                      (Deposition Exhibit 11:  Pages

11                       from White Dwarf magazine from July

12                       of 2003 were marked for

13                       identification.)

14    BY MR. OH:

15        Q.       Handing you what's been marked as

16    Plaintiff Exhibit 11 -- or excuse me, Defendant

17    Exhibit 11.  Do you recognize this?

18        A.       This, again, appears to be pages from

19    White Dwarf magazine from July of 2003.

20        Q.       And can you tell where this was

21    published?

22        A.       Says on the second page it was printed

23    in the U.S.A. at United Litho, Incorporated.

24        Q.       And in the second page in the lower

25    left-hand corner, do you see an address for Games
```

```
 1        Workshop?  I'll read it out:   6721 Baymeadow

 2    Drive, Glen --

 3        A.        Glen Burnie, Maryland.

 4        Q.        Do you recognize that address?

 5        A.        That -- that -- that's the -- that's

 6    the address of the -- what used to be the sales

 7    office, it used to be located there.

 8        Q.        And when did it stop being located

 9    there?

10        A.        June of 2010.

11        Q.        And if you flip to the fourth page of

12    this exhibit.  And just for the record, to be

13    clear, it's not the entire White Dwarf edition;

14    it's just four selected pages from it.

15                  But on the third page, can you

16    describe what you see there?

17        A.        The third page?

18        Q.        Yeah.

19        A.        The third page is demonstrating how to

20    place mail order -- how to place orders through

21    mail order.

22        Q.        And before, when you were mentioning

23    there was a Canadian entity also, is that address

24    right below -- when that says when ordering in

25    Canada, is that the address of the Canadian
```

1      entity?

2          A.      Right -- oh, on this -- where it says

3      ordering in Canada?

4          Q.      Yes.

5          A.      That was the address at that time,

6      yes.

7          Q.      And has that address since changed?

8          A.      Yes.   There is no Canadian office now.

9          Q.      And what happened to the Canadian

10     office?

11         A.      That Canadian office was closed, and

12     the Canadian business is now managed by the U.S.

13     team.

14         Q.      And when did this happen?

15         A.      I think in 2009.

16         Q.      And can you flip to the last page?

17     And again, can you describe what you see there?

18         A.      It's a mail order form.

19         Q.      And so in -- around in about July of

20     2003, Games Workshop Retail were accepting and

21     fulfilling mail orders?

22         A.      Yes.

23                      (Deposition Exhibit 12:   Advance

24                       order form was marked for

25                       identification.)

SANDRA   CASEY - 3/1/2012

```
1        BY MR. OH:
2            Q.      Hand you what's been marked as
3        Defendant Exhibit 12.  And can you describe what
4        this is?
5            A.      I'm not sure what it's taken from.
6        It's Page 126 and 127 of something, and it
7        says -- tells about ordering direct and
8        contacting direct.  And again, this is related to
9        the U.K. business as indicated by the -- the
10       e-mail address and the website address.
11           Q.      And, again, in the middle of that
12       first page, do you see an option that says
13       advance order?
14           A.      Yes, I do see a paragraph on advance
15       order.
16           Q.      Okay.  And is this consistent with
17       what we were discussing before about customers
18       being able to place orders in advance for
19       products that will be released in the future?
20           A.      Yes.
21           Q.      Earlier, we were discussing
22       independent resellers of Games Workshop Retail.
23       Does Games Workshop Limited conduct any on-site
24       inspections of the retail -- independent retailer
25       stores in the U.S.?
```

SANDRA   CASEY - 3/1/2012

```
 1        A.      Not to my knowledge.

 2        Q.      Have they ever done any inspections?

 3        A.      Not that I'm aware.

 4        Q.      Have they ever requested from Games

 5   Workshop Retail a report about such inspections?

 6        A.      No.

 7        Q.      Have they ever made a request for

 8   Games Workshop Retail to conduct inspections of

 9   its independent resellers?

10        A.      No.

11        Q.      For the last fiscal year, what was

12   Games Workshop Retail's revenues from -- strike

13   that.

14                For the last fiscal year, what was

15   Games Workshop Retail's revenues?

16        A.      I don't know offhand.  I would have

17   to --

18        Q.      Do you have an estimate?

19        A.      -- look it up.

20                Approximately 50 million.

21        Q.      And those were all related to selling

22   Games Workshop related products and businesses

23   related to the retail stores and independent

24   resellers?

25        A.      Yes.
```

SANDRA   CASEY - 3/1/2012

1      Q.      Any other sources of revenue?

2      A.      Retail -- independent retailers and

3    our website.

4      Q.      That was the commission you had

5    mentioned earlier?

6      A.      Yes.

7      Q.      Is Games Workshop Retail able to break

8    down its revenue figures by -- per product?

9      A.      We don't look at revenue information

10    by product.

11      Q.      Could it do it by trademark names?

12      A.      We don't look at it by trademark name,

13    either.

14      Q.      Does it do it by copyrighted works?

15      A.      We don't track sales information in

16    that format.

17      Q.      What was the net profit for Games

18    Workshop Retail for last year?

19      A.      Again, that's something I would have

20    to review my notes to give you.

21      Q.      Do you have an estimate?

22      A.      No.

23      Q.      Do you have an estimate for Games

24    Workshop Retail revenues for, not this last

25    fiscal year but the one before it?

SANDRA   CASEY - 3/1/2012

```
 1        A.       No.  I don't have that information
 2    memorized.
 3        Q.       How does Games Workshop Retail archive
 4    documents?
 5        A.       What type of documents?
 6        Q.       Any type.
 7        A.       We archive some records electronically
 8    and we keep paper copies of some documents.
 9        Q.       What type of records are kept in paper
10    copies?
11        A.       Some accounting records, some human
12    resources employee-related records, some banking
13    documents, individual files that employees may
14    keep for their use in their role.
15        Q.       And where are those documents stored?
16        A.       The majority of those would be stored
17    in our Memphis facility.
18        Q.       Onsite?
19        A.       Onsite.
20        Q.       Or are some stored offsite?
21        A.       Not -- not hardcopy documents, no.
22        Q.       Then what is stored offsite?
23        A.       The only thing that might be stored
24    offsite would be some of our electronic records.
25        Q.       And what type of electronic records
```

SANDRA   CASEY - 3/1/2012

```
 1     would be stored offsite?

 2        A.       Some of our accounts payable records.

 3        Q.       What kind of records would be stored

 4     onsite?

 5        A.       Employee files.

 6                 MR. MOSKIN:  Asked and answered.  I

 7          just want to note the objection.

 8        A.       Employee files, some tax-related

 9     documents, individual files that employees keep

10     that -- for their use, some shipping documents.

11     BY MR. OH:

12        Q.       Does Games Workshop Retail maintain

13     backup tapes of electronic files?

14        A.       We -- we main- -- we do maintain some

15     backup tapes, yes.

16        Q.       And what are the procedures regarding

17     those backup tapes?

18        A.       Those are handled by our IT team, and

19     they are stored offsite.

20        Q.       Does -- is there a retention policy

21     related to the backup tapes?

22        A.       No.

23        Q.       Is there a backup tape schedule?

24        A.       I don't know.

25        Q.       Are there any policies regarding the
```

SANDRA   CASEY - 3/1/2012

1       scheduling of backups?

2           A.      No.

3           Q.      And may I ask, how do you know that?

4           A.      I have not seen any policies related

5       to that.

6           Q.      Did you review policies related to

7       backups before this deposition?

8           A.      No, because I'm not aware of any.

9           Q.      Did you inquire with anyone to confirm

10      whether there was or was not any such policy?

11          A.      No, I did not.

12          Q.      Did you consult -- just to confirm, I

13      believe you said this morning, you didn't

14      discuss -- strike that.

15                  I believe this morning you said that,

16      in preparation for this deposition, outside of

17      the lawyers, you didn't talk with anyone in

18      preparation for the deposition today.

19          A.      That's correct.

20          Q.      So you didn't talk with any members of

21      the I -- IT team?

22          A.      No, I did not.

23          Q.      And by IT team, that's the information

24      and technology team?

25          A.      Yes.

SANDRA   CASEY - 3/1/2012

1        Q.        And who's the head of the IT team with

2    Games Workshop Retail?

3        A.        Jonathan Howell.

4        Q.        And do you know who the head of the IT

5    team is with Games Workshop Limited?

6        A.        I believe Kevin Roundtree is now

7    responsible for IT.

8        Q.        And is he located in the U.K.?

9        A.        In the U.K.

10        Q.        Do you know if Games Workshop Limited

11    has document retention policies?

12        A.        I do not.

13        Q.        Have they ever communicated to Games

14    Workshop Retail any instructions about how to

15    preserve documents?

16        A.        Not to my knowledge.

17        Q.        Or what documents to preserve?

18        A.        No, not to my knowledge.

19        Q.        Even related to this litigation?

20        A.        No.

21        Q.        When you say no, you mean no

22    instructions provided?

23        A.        No instructions have been provided

24    from the U.K. IT team to our IT team.

25        Q.        How about from -- anyone from the

1      Games Workshop Limited?

2         A.      Not that I'm wear of, no.

3                 MR. OH:  Mr. Moskin?

4                 MR. MOSKIN:  Yes.

5                 MR. OH:  I want to say, I believe

6      we're at that 30-minute point we mentioned

7      before.

8                 MR. MOSKIN:  Are you done?

9                 MR. OH:  I probably do have more

10     things I want to discuss in terms of

11     specifically the document subpoena, but out

12     of -- again, but I think that's going to be an

13     extended kind of discussion, so...

14                MR. MOSKIN:  The witness has said she

15     didn't prepare the response to the document

16     subpoena, the -- their attorney did from

17     Baltimore.

18                MR. OH:  Again, but she's the noticed

19     witness on -- or the designated witness related

20     to those topics.  So I think, again, if -- out

21     of concern for the scheduling issue you

22     mentioned before, what we may -- what we should

23     do right now is adjourn this deposition for a

24     time and then continue it to be finished

25     related to the document subpoena related

SANDRA   CASEY - 3/1/2012

1       issues.

2                   MR. MOSKIN:  And I would suggest

3       another alternative that we're happy to do,

4       because if you review the response to the

5       document subpoena, obviously there are many

6       questions raised and objections.  It's probably

7       something that can be resolved directly with

8       counsel without the need for this witness to be

9       involved.  But if there is a need for the

10      witness to be involved, everything else being

11      equal, I'm not opposed to resuming, but I don't

12      think this -- I think that's not very useful

13      anyway.

14                  So I guess we'll close the deposition

15      and we'll do what we can to help resolve any

16      questions you have.

17                  MR. OH:  And for the record, I do

18      want to state, again, Chapterhouse's concern

19      right now that the designated witness for Games

20      Workshop Retail, it appears there are a number

21      of -- of designated topics where she has not

22      been fully prepared to answer those.  As one

23      example, I'll just raise right now a topic

24      related to the corporate structure.  And again,

25      I think that's also another basis for

SANDRA   CASEY - 3/1/2012

```
 1        continuing this deposition.

 2              MR. MOSKIN:  I completely disagree on

 3        that score.  You asked a series of questions

 4        that have nothing to do with this litigation on

 5        corporate entities that are not involved in any

 6        way.  If the witness was more than the -- was

 7        more than thoroughly prepared to answer.  So if

 8        those are the only concerns you have, once

 9        again, I think those can be resolved very

10        simply.  Thank you.

11              MR. OH:  So at this point, we will

12        adjourn this deposition, pending rescheduling.

13              THE VIDEOGRAPHER:  This concludes

14        today's deposition.  The time is 1348.  We're

15        off the record.

16              (Thereupon, the deposition of

17              Sandra Casey concluded at 1:48 p.m.)

18

19

20

21

22

23

24

25
```

SANDRA CASEY – 3/1/2012

```
 1                    CERTIFICATE OF REPORTER

 2     STATE OF TENNESSEE      )
                               )
 3     COUNTY OF _____     )

 4            I, Monna J. McCormick, LCR 161, CLR, RPR,
       CRR, Licensed Court Reporter and Notary Public,
 5     in and for the State of Tennessee, do hereby
       certify that the above deposition was reported by
 6     me, and the transcript is a true and accurate
       record to the best of my knowledge, skills, and
 7     ability.
              I further certify that I am not related
 8     to nor an employee of counsel or any of the
       parties to the action, nor am I in any way
 9     financially interested in the outcome of this
       case.
10            I further certify that I am duly licensed
       by the Tennessee Board of Court Reporting as a
11     Licensed Court Reporter as evidenced by the LCR
       number and expiration date following my name
12     below.
              I further certify that this transcript is
13     the work product of this court reporting agency
       and any unauthorized reproduction and/or transfer
14     of it will be in violation of Tennessee Code
       Annotated 39-14-104, Theft of Services.
15            IN WITNESS WHEREOF, I have hereunto set
       my hand and affixed my notarial seal this date,
16     March 16, 2012.

17

18

19     Monna J. McCormick, LCR 161
20     Expiration Date 07-01-2012
       Notary Public Commission Expires
21     11-6-2013
       ALPHA REPORTING CORPORATION
22     236 Adams Avenue
       Memphis, Tennessee 38103
23

24

25
```