# Exhibit 17

CERTIFIED COPY

# In The Matter Of:

*GAMES WORKSHOP LIMITED,*
*v.*
*CHAPTERHOUSE STUDIOS LLC and JON PAULSON*
*d/b/a PAULSON GAMES,*

---

## *ALAN R. MERRETT – Vol. 1*
### *March 8, 2012*

---

**MERRILL CORPORATION**
**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

ALAN R. MERRETT - 3/8/2012

| | | |
|---|---|---|
| 1 | I'm make my best efforts to answer every question I | 09:54:55 |
| 2 | can. | 09:54:58 |
| 3 | Q. Have you ever testified at trial? | 09:55:08 |
| 4 | A. No. | 09:55:10 |
| 5 | Q. Have you ever testified as an expert | 09:55:12 |
| 6 | witness? | 09:55:15 |
| 7 | A. No. | 09:55:15 |
| 8 | Q. Have you ever been a named party in a | 09:55:20 |
| 9 | lawsuit? | 09:55:23 |
| 10 | A. No. | 09:55:25 |
| 11 | Q. Do you understand that you've been | 09:55:38 |
| 12 | designated by Games Workshop to testify about | 09:55:40 |
| 13 | certain topics set forth in a 30(b)(6) deposition | 09:55:42 |
| 14 | notice by the Defendant? | 09:55:45 |
| 15 | A. Yes. | 09:55:46 |
| 16 | Q. I'm handing you what has been premarked as | 09:56:17 |
| 17 | Defendants' Exhibit 38. Have you seen this | 09:56:20 |
| 18 | before? | 09:56:28 |
| 19 | A. No. | 09:56:45 |
| 20 | Q. If you could hand back the exhibit. I'm | 09:56:57 |
| 21 | going to return it back to the exhibit pile. | 09:56:59 |
| 22 | And I'm going to hand you what's been | 09:57:04 |
| 23 | marked as Defendants' Exhibit 39. Have you seen | 09:57:05 |
| 24 | this before? | 09:57:10 |
| 25 | A. Yes. | 09:57:11 |

ALAN R.  MERRETT - 3/8/2012

| | | |
|---|---|---|
| 1 | Q. Is it your understanding that you'll be | 09:57:41 |
| 2 | providing testimony today on topics 1, 2, 3, 4, 5, | 09:57:43 |
| 3 | 7, 8, 9, 10, 11, 12, 18, 19, 21, and 25 yes? | 09:57:56 |
| 4 | MR. MOSKIN: I just want to note on the record, | 09:58:26 |
| 5 | as set forth in our objections served to the | 09:58:29 |
| 6 | 30(b)(6) notice, he is testifying also subject to | 09:58:32 |
| 7 | various objections that we've stated in our | 09:58:35 |
| 8 | response, the formal response, but I'm happy to | 09:58:37 |
| 9 | stipulate that he's here for those subjects as best | 09:58:42 |
| 10 | we understand them. | 09:58:45 |
| 11 | BY MR. OH: | 09:58:46 |
| 12 | Q. Are you prepared to testify on each of | 09:58:46 |
| 13 | those topics today? | 09:58:49 |
| 14 | A. I'll answer questions as best I can about | 09:58:51 |
| 15 | those topics, yes. So yes is the answer. | 09:58:52 |
| 16 | Q. And for clarification on the record, is it | 09:59:00 |
| 17 | your understanding that you're not -- no longer | 09:59:05 |
| 18 | designated to testify on topic 6? | 09:59:09 |
| 19 | MR. OH: Mr. Moskin, do you want to clarify. | 09:59:14 |
| 20 | MR. MOSKIN: We've already stated on the record | 09:59:16 |
| 21 | that he's not -- that Ms. Stevenson is now | 09:59:17 |
| 22 | designated on topic 6. | 09:59:21 |
| 23 | MR. OH: And Mr. -- and the reason, for the | 09:59:23 |
| 24 | record, we're bringing this up is the original topic | 09:59:26 |
| 25 | for deposition designation had Mr. Merrett | 09:59:28 |

ALAN R.  MERRETT - 3/8/2012

| | | |
|---|---|---|
| 1 | on this page, though.  I have to talk to Mr. George | 11:00:08 |
| 2 | Mann about that. | 11:00:13 |
| 3 | Q.  For the record, what exhibit are you | 11:00:14 |
| 4 | looking at? | 11:00:15 |
| 5 | A.  Exhibit 62. | 11:00:16 |
| 6 | MR. MOSKIN:  Whenever you're ready, we've been | 11:00:43 |
| 7 | going an hour and a half.  If we could have a very | 11:00:44 |
| 8 | quick break, 30 seconds or something would be | 11:00:46 |
| 9 | fine. | 11:00:48 |
| 10 | MR. OH:  We can take a short break. | 11:00:49 |
| 11 | THE VIDEOGRAPHER:  Going off the record at | 11:00:51 |
| 12 | 11:00 a.m. | 11:00:51 |
| 13 | (A short break was had.) | 11:12:03 |
| 14 | THE VIDEOGRAPHER:  We're back on the record at | 11:15:32 |
| 15 | 11:15 a.m. | 11:15:33 |
| 16 | BY MR. OH: | 11:15:36 |
| 17 | Q.  Does Games Workshop have individuals create | 11:15:36 |
| 18 | work on a freelance basis? | 11:16:38 |
| 19 | A.  On some occasions, yes. | 11:16:49 |
| 20 | Q.  Can you describe those occasions? | 11:16:54 |
| 21 | A.  The Black Library office are mostly | 11:16:55 |
| 22 | freelancers and we occasionally will commission a | 11:17:01 |
| 23 | cover from an artist for one of our game books, but | 11:17:10 |
| 24 | we don't use freelancers very often. | 11:17:18 |
| 25 | Q.  How long has this practice been going on at | 11:17:41 |

ALAN R. MERRETT - 3/8/2012

Page 53

| | | |
|---|---|---|
| 1 | A. Could you repeat the question? | 11:18:50 |
| 2 | Q. So what were the areas where Games Workshop | 11:18:54 |
| 3 | almost never used freelancers? | 11:18:59 |
| 4 | A. Miniatures design. | 11:19:02 |
| 5 | Q. Anything else? | 11:19:04 |
| 6 | A. Main -- main range illustration, figure | 11:19:07 |
| 7 | painting, photography, main range writing. | 11:19:19 |
| 8 | Q. And when you say "miniature design," is | 11:19:47 |
| 9 | that the same as sculpting? | 11:19:50 |
| 10 | A. Yes. Well, it's my understanding that's | 11:19:54 |
| 11 | the phrase that you're using to describe our | 11:19:58 |
| 12 | miniatures design process. So -- | 11:20:04 |
| 13 | COURT REPORTER: I'm sorry. To describe our -- | 11:20:07 |
| 14 | THE WITNESS: Miniatures design process. | 11:20:07 |
| 15 | BY THE WITNESS: | 11:20:08 |
| 16 | A. Therefore, by your own way of defining it, | 11:20:08 |
| 17 | they would be interchangeable terms. | 11:20:10 |
| 18 | Q. How does Games Workshop internally refer to | 11:20:12 |
| 19 | the process where it creates miniatures? | 11:20:20 |
| 20 | A. Miniatures design. | 11:20:22 |
| 21 | Q. And what does it -- how does it refer to | 11:20:26 |
| 22 | the people who create those? | 11:20:28 |
| 23 | A. We call them miniatures designers. You | 11:20:29 |
| 24 | know, it's miniatures in the plural. Sometimes | 11:20:33 |
| 25 | people refer to them as miniature designers, but | 11:20:36 |

ALAN R.  MERRETT - 3/8/2012

1    they're not small.  Some of them are quite large      11:20:39

2    people.  So we call them miniatures designers, and     11:20:42

3    it's the miniatures design department within the       11:20:45

4    studio.                                                11:20:47

5         Q.  And the miniatures designers, they are also   11:20:48

6    the ones that would create -- or sculpt the            11:20:52

7    miniatures that would be used for the molds and        11:20:59

8    castings?                                              11:21:01

9         A.  Sculpting isn't a very accurate technical     11:21:05

10   term because not all of the process of miniatures      11:21:07

11   design involves sculpting.                             11:21:09

12        Q.  Can you provide what a more accurate term     11:21:17

13   would be?                                              11:21:19

14        A.  Miniatures design.                            11:21:23

15        Q.  And what process would not involve            11:21:24

16   sculpting in creating miniatures?                      11:21:26

17        A.  Some of the process involves building,        11:21:37

18   scraping, filing, gluing, assembling, modifying,       11:21:49

19   adapting.  There's quite a lot of different            11:21:58

20   processes involved in -- and lots of different         11:22:01

21   materials, but not necessarily as I would define       11:22:03

22   sculpting, but all of them concern with the creation   11:22:13

23   of original designs in three dimension.                11:22:16

24        Q.  So Games Workshop has used freelancers to     11:22:26

25   create illustrations?                                  11:22:30

ALAN R.   MERRETT - 3/8/2012

| | | |
|---|---|---|
| 1 | A.   On occasions, yes. | 11:22:32 |
| 2 | Q.   And has Games Workshop used freelancers to | 11:22:36 |
| 3 | create miniatures?  I'll rephrase that.  Has Games | 11:22:40 |
| 4 | Workshop used freelancers to design miniatures? | 11:22:56 |
| 5 | A.   In some cases, yes, but it's not the | 11:23:07 |
| 6 | general rule and certainly not within the main | 11:23:11 |
| 7 | Citadel miniatures brand. | 11:23:15 |
| 8 | Q.   And Games Workshop uses freelancers to -- | 11:23:16 |
| 9 | Strike that.  I'll rephrase. | 11:23:24 |
| 10 | Games Workshop has used freelancers to | 11:23:27 |
| 11 | create illustrations for book covers? | 11:23:29 |
| 12 | A.   On occasions in the past, yes. | 11:23:34 |
| 13 | Q.   And is that also true for magazine covers? | 11:23:38 |
| 14 | A.   On occasions in the past, yes. | 11:23:43 |
| 15 | Q.   And is that also true for product boxes? | 11:23:52 |
| 16 | Or strike that. | 11:23:58 |
| 17 | Has Games Workshop used freelancers to | 11:24:00 |
| 18 | create artwork used on product boxes? | 11:24:02 |
| 19 | A.   On occasions in the past, yes. | 11:24:08 |
| 20 | Q.   And has Games Workshop used freelancers to | 11:24:13 |
| 21 | create artwork used on its packaging? | 11:24:15 |
| 22 | A.   What's the difference between packaging and | 11:24:25 |
| 23 | a box cover?  What distinction are you making? | 11:24:28 |
| 24 | Q.   Is there any distinction between | 11:24:33 |
| 25 | packaging -- | 11:24:34 |

ALAN R. MERRETT - 3/8/2012

| | | |
|---|---|---|
| 1 | it's at least 30 years, and in that time the | 11:42:40 |
| 2 | character of the business has changed and we, as | 11:42:43 |
| 3 | said in the very early years, a lot of different | 11:42:48 |
| 4 | kinds of products were produced by freelancers and | 11:42:50 |
| 5 | now very little, if anything, is produced by | 11:42:52 |
| 6 | freelancers other than the Black Library novels | 11:42:55 |
| 7 | which are written by freelance authors.  And again, | 11:42:58 |
| 8 | I would just reiterate through that time very few, | 11:43:05 |
| 9 | if any -- I'm struggling to think of any main range | 11:43:08 |
| 10 | Citadel miniatures that would be produced by | 11:43:12 |
| 11 | freelancers since the early '80s. | 11:43:15 |
| 12 | So if I -- to be honest, no, we probably | 11:43:25 |
| 13 | couldn't identify all of those people in every | 11:43:29 |
| 14 | single circumstance, but we'd certainly know over | 11:43:31 |
| 15 | the last ten years, I would have thought. | 11:43:40 |
| 16 | Q.  Does Games Workshop have a way of | 11:43:47 |
| 17 | identifying which of its published works were | 11:43:50 |
| 18 | created by freelancers? | 11:43:54 |
| 19 | MR. MOSKIN:  Object to form. | 11:43:56 |
| 20 | BY THE WITNESS: | 11:44:04 |
| 21 | A.  Does Games Workshop have a way -- yes, it | 11:44:04 |
| 22 | does have a way. | 11:44:06 |
| 23 | Q.  What is that way? | 11:44:09 |
| 24 | A.  You put a list in front of Alan and he | 11:44:12 |
| 25 | could tell you -- | 11:44:14 |

ALAN R. MERRETT - 3/8/2012

| | | |
|---|---|---|
| 1 | component itself is actually by design infringing, | 17:53:06 |
| 2 | but we just think all of the surrounding | 17:53:11 |
| 3 | nomenclature is actually infringing.  This is | 17:53:14 |
| 4 | actually not -- this particular one is an issue of | 17:53:16 |
| 5 | trademark infringement and abuse, clear trademark | 17:53:19 |
| 6 | abuse. | 17:53:23 |
| 7 | (Defendants' Exhibit 78 was | 17:53:36 |
| 8 | marked as requested.) | 17:53:36 |
| 9 | BY MR. OH: | 17:53:36 |
| 10 | Q.  I'm going to hand you what is being marked | 17:53:36 |
| 11 | Exhibit No. 78.  It's a plastic bag that contains an | 17:53:39 |
| 12 | item.  The bag is labeled with the number 38, and | 17:54:00 |
| 13 | we'll represent this is the Chapterhouse product | 17:54:07 |
| 14 | that corresponds to entry No. 38. | 17:54:09 |
| 15 | And, Mr. Merrett, for this specific | 17:54:25 |
| 16 | product, if I understood you correctly, what are | 17:54:26 |
| 17 | the -- Games Workshop is not necessarily saying that | 17:54:30 |
| 18 | this specific product infringes a specific | 17:54:35 |
| 19 | copyrighted work of Games Workshop? | 17:54:40 |
| 20 | A.  No.  This specific -- this specific one, | 17:54:42 |
| 21 | this isn't -- this isn't a near as -- | 17:54:46 |
| 22 | COURT REPORTER:  I'm sorry.  A near -- | 17:54:55 |
| 23 | BY THE WITNESS: | 17:54:57 |
| 24 | A.  Sorry.  Strike that from the record. | 17:54:57 |
| 25 | We don't contend that this is actually a | 17:54:59 |

ALAN R.  MERRETT - 3/8/2012

| | | |
|---|---|---|
| 1 | copy of a Games Workshop product component or a | 17:55:01 |
| 2 | Games Workshop copyrightable illustration, but the | 17:55:04 |
| 3 | way it is described by Chapterhouse would lead a | 17:55:09 |
| 4 | consumer to be of the impression that this was | 17:55:11 |
| 5 | actually part of -- an official part of that -- of | 17:55:13 |
| 6 | our Tyranid iconography and trademark because the | 17:55:18 |
| 7 | whole description of it is actually an abuse of our | 17:55:25 |
| 8 | trademarks and an abuse of our copyrightable game | 17:55:28 |
| 9 | background information and so on and so forth. | 17:55:33 |
| 10 | The best -- actually, the style of the way | 17:55:39 |
| 11 | that's being rendered actually exaggerates that | 17:55:42 |
| 12 | context so it's undeniably being produced as if it | 17:55:51 |
| 13 | were part of our Tyranid IP.  It's described in | 17:55:54 |
| 14 | those terms and it's actually marketed in those | 17:55:58 |
| 15 | terms and it has -- and it has enough similarities | 17:56:01 |
| 16 | in the design to actually -- for it to be clearly an | 17:56:06 |
| 17 | attempt to actually free ride on our trademarks. | 17:56:10 |
| 18 | That's what I think of that. | 17:56:13 |
| 19 | THE WITNESS:  How are we doing for time, by the | 17:56:17 |
| 20 | way?  Because I'm sorry, but I'm not entirely sure I | 17:56:19 |
| 21 | have any sympathy for your -- I have been here since | 17:56:24 |
| 22 | 9:30 and I'm now losing the power of speech.  So | 17:56:27 |
| 23 | you're not necessarily going to get much more use | 17:56:29 |
| 24 | out of me.  I'm absolutely wrecked, and I'm also | 17:56:34 |
| 25 | getting quite stressed about missing my flight. | 17:56:36 |

ALAN R. MERRETT - 3/8/2012

1    parties.

2              Witness my official signature and seal as

3    Notary Public, in and for Cook County, Illinois on

4    this 20th day of *March* , A.D., 2012.

5

6

7

8              *Tina M. Alfaro*

9              Tina M. Alfaro, CSR, CRR, CLR

10             C.S.R. No. 084-004220

11             311 South Wacker Drive

12             Suite 300

13             Chicago, Illinois 60606

14             (312) 386-2000

15

16

17

18

19

20

21

22

23

24

25

# Exhibit 18



Games Workshop Ltd. v. Chapterhouse Studios LLC & Ors

Deposition of Alan Merrett

April 3, 2012

**Opus 2 International - Official Court Reporters**

Phone:     +44 (0)20 3008 5900
Email:     depos@opus2international.com
Website:   http://www.opus2international.com

ORIGINAL

1    is the length of the back from the center of the --

2    from the handle, that is larger than the front side,

3    right?

4              A    I couldn't possibly say.

5              Q    What elements in this hammer -- strike

6    that.

7              Based on your inspection of this hammer,

8    which is Exhibit 101, do you contend that this hammer

9    infringes Games Workshop's Thunder Hammer, as depicted

10   in Exhibit 58?

11             A    By what do you mean -- infringing upon

12   what?

13             Q    The copyright?

14             A    I don't think it infringes on the

15   copyright of the Games Workshop hammer, no.

16             You asked me a question which had a generic

17   term in it, which was "infringing".  The way it is

18   described on their website infringes because it is

19   infringing on our trademarks, as much as anything.

20             Q    This Generic Hammer, Exhibit 101,

21   infringes the Games Workshop copyright to its Thunder

22   Hammers as depicted in Exhibit 58?

23             A    One would have to be an expert in

24   copyright law.

25             Q    Are you able to identify any infringing

1          A    I am always worried about handling

2     foreign resin.  You don't know what it is made of and

3     some of the chemicals used are quite nasty, because

4     they don't test them, these people.  So I am going to

5     handle this with kid gloves.

6          Q    Strike the last response as

7     non-responsive.  There was no question pending.

8               Now, has Games Workshop produced a Mycetic

9     Spore miniature?

10         A    No, Games Workshop has not produced a

11    Mycetic Spore miniature.

12         Q    Can you identify any elements in the

13    exhibit in front of you, 102, any copyrightable

14    elements that are infringed by this exhibit?

15         A    We have made a note here:  "Warhammer

16    40,000 Tyranids 2009, page 54", which I think has an

17    illustration of a Mycetic Spore for the Tyranids.

18         Q    And I am handing you what is marked as

19    Exhibit 103, which for record is Bates label

20    GW0001424, page 54, and the title is "Mycetic Spores".

21         (Exhibit 103 marked for identification)

22         A    Exhibit 103, this is page 54 from the

23    Tyranid codex for the Warhammer 40,000 game.  It is

24    labeled "Mycetic Spores".  There is a picture of a

25    thing which is coming out of a thing that is dropping

1    from the sky.  In the illustration there is a thing

2    which if you scaled it up to the 28 millimeter scale

3    of the 40K miniatures would be about the size of an

4    American softball, one imagines.

5           Q    What are the copyrightable elements that

6    Games Workshop contends is being infringed by Exhibit

7    102, the Chapterhouse product in front of you?

8           A    It is the size, the shape, the context.

9    There's lots and lots of textural elements, both on

10   the illustration and actually on the page, and in fact

11   throughout the whole book from which this page has

12   being photocopied.

13          Q    You mentioned the size, the shape and

14   the context.  What's specific about the shape?

15          A    It is kind of roundish, a bit like an

16   American softball, roughly, in shape.

17          Q    So Games Workshop contends that it has a

18   copyright on the roundish shape about the size of an

19   American football?

20   **MR. MOSKIN:**  Objection.

21          A    No, of course we don't, but we do for a

22   thing that actually is a singularly direct reference

23   to page 54 from our Tyranid codex listing Mycetic

24   Spores, and products on the Chapterhouse website

25   listed as a Mycetic Spore for Tyranids, and

1      unbelievable coincidence if it were not a direct

2      reference to the picture, the thing is the size, the

3      shape, the scale and has the context of being a thing

4      that looks like the thing in the picture.   The

5      inference is clear.

6            Q    Again you are saying the reference, you

7      used the term "reference", "influence", but what

8      specific elements on Exhibit 103, the printout from

9      Games Workshop, what are the elements that are

10     copyrightable from there that are depicted in the

11     Chapterhouse product?

12           A    The Chapterhouse product, such as it is,

13     bearing in mind that you have to look at these things

14     with a slightly uncritical eye, because after 30 years

15     in the profession of managing and dealing with very

16     talented sculptors, the sculpting quality on this is

17     actually really quite poor, but there is an

18     unmistakable reference in the textures and what this

19     designer was trying to achieve with the textures that

20     make it clearly intended to pick up all the details

21     and bits of in some cases slightly gross detailing

22     that are characteristic of the Games Workshop Tyranids

23     creature set.

24           Q    Again, for the Tyranids -- excuse me,

25     for the illustration that is depicted in Exhibit 103,

1    again, what textures from that depiction is

2    represented in the Chapterhouse product?

3         A    You can see the elements on the page,

4    the detailing of the ribbing details and some of that,

5    this kind of horrible gross kind of externalized rib

6    cage effects are very common.  They appear constantly

7    throughout the 40K pictures, and there are hints of

8    these shapes on the things that are falling from the

9    sky in the background of this illustration, but as I

10   said its context is everything.

11        Q    Can you explain what you mean by "the

12   context is everything"?

13        A    This is page 54 from the 40,000 codex.

14   It says "Mycetic Spores".  It talks about and depicts

15   this large, if you scaled it up in the 28 millimeter

16   scale environment, softball shaped, sized and shaped

17   thing falling from the sky.  And it is described --

18   this product is described by Chapterhouse as a Mycetic

19   Spore for Tyranids.  The inference, the specific

20   reference, in fact, the rather blatant kind of

21   pointing at this page from our codex for our

22   copyrighted thing is clear.  Other than that, I am not

23   prepared to comment any further because it is

24   horrible.  Oh, this arm, okay, this arm thing, this

25   component here, actually is very closely copied from a

1  Games Workshop Tyranid model.  It has a very specific

2  combination of exoskeletal carapace, almost like

3  Chitinous carapace covering the main portions of the

4  limb.  It has a interstitial sort of components,

5  joints if you like or the joints between those

6  external carapaces are bunched up, ridged or

7  concertinaed fleshy sections, which is very, very

8  characteristic of a Tyranid creature from the Games

9  Workshop.  In fact, one might be mistaken for thinking

10  that was literally a component from one of the Games

11  Workshop Tyranid models.

12          There is some indentations that run along

13  the lateral lines of these pieces of chitinous

14  exoskeleton, these little dimples that run in those

15  lines, and that is another characteristic feature of

16  some of the armours and some of the external

17  exoskeletal armour on the Tyranid creatures.  The

18  slightly indented exoskeletal component with these

19  little indents is also very highly characteristic of a

20  Games Workshop Tyranid model or design.  The slight

21  kickback on those shapes, very subtle flaring in

22  there.

23          Q   For the record, he is holding up a

24  piece, kind of an L shape, maybe the size of a US

25  quarter.  If you would place it on to a quarter it

1      would probably be about that size.

2              A    It is as long as the end portion of my

3      pinky finger.

4              Q    Again, when you are talking about that

5      arm piece, are you referring to a specific arm piece

6      that Games Workshop creates?

7              A    I think I described it as a limb,

8      because I am not quite sure what it is, whether it is

9      a leg or an arm.   It is very reminiscent of, if not

10     specifically copied from any number of Games Workshop

11     Tyranids.   But you are asking me for things that made

12     me think this kit was infringing the copyright.   I am

13     just pointing out points of similarity for me that I

14     think.

15             Q    Returning to larger pieces, again, you

16     made references to "influence and context" and

17     "references", so is Games Workshop's contention that

18     that Chapterhouse product is called Mycetic Spores, is

19     that the reason why Games Workshop is contending that

20     it is a copyright infringement?

21             A    Referring you back to Exhibit 103, the

22     created thing called a Mycetic Spore in a book devoted

23     to Tyranids, there is complete references in here to

24     Tyranids, Mycetic Spores, and it describes what they

25     are like, what they do, and then Chapterhouse produce

1     a thing called a Mycetic Spore for Tyranids, which,

2     surface texture notwithstanding, we would not produced

3     anything quite so shoddy, but the actual references on

4     the surface texture are references to our Tyranid

5     miniatures, that the model itself is a direct

6     reference to the illustration on page 54 of Exhibit

7     103, and there are other points of the way this is

8     described.

9          In the description on the Mycetic Spore page

10    from 54 of the codex, Exhibit 103 -- I am sorry to use

11    all these:  "Mycetic Spore can carry a single unit up

12    to 20 infantry models or a single monstrous creature."

13    Previously in this product those things would have

14    been identified specifically.  So an example of a

15    monstrous creature would be, for example, a Carnifex,

16    an example of an infantry model in the Tyranid Army

17    would for example be a Gaunt.  In here it says:  "Our

18    first cast of our Mycetic Spore, as you can see could

19    realistically transport a carnifex ora, monstrous

20    creature, or a brood of Gaunts, AKA infantry models."

21          Q     For clarification, when you are saying

22    that the Chapterhouse product is referencing the

23    Mycetic Spores as described in Exhibit 103, are you

24    saying it is directly copied from the illustration.

25    Is it that the Chapterhouse product is a direct copy

1   of that illustration in its Tyranid form?

2          A    I did not say that.

3          Q    Can you then clarify what the

4   distinction is between copying and referencing?

5          A    One is making a reference to and one is

6   copying.  It is obvious really.  This is not a

7   specific copy literally of this exact picture, but it

8   is a reference to it.  Actually, it is a version of

9   the thing flying down there.  The fact that that is a

10  bit vague means that it is open to some level of

11  interpretation, I suppose, but it is the context of

12  this which is unmistakably copying a Games Workshop

13  idea.  I am sorry, it is a copy of our idea.  This

14  thing is a copy of our idea.   That is the best I can

15  come up with.

16         Q    For all the other entries referring to

17  the Chapterhouse products, is Games Workshop

18  contending that those are literal copies of Games

19  Workshop products?

20         A    You would have to run through them all

21  with me because unfortunately I can't take a general

22  case.  Some of them definitely are and some of them

23  might be.

24         Q    Have you personally inspected

25  Chapterhouse products or depictions of Chapterhouse

1    products to identify ones which are literal copies?

2          A    In some cases, yes.

3          Q    Do you remember which ones?

4          A    No, I am not going to dignify that with

5    an answer.  It is up to you to point them out to me.

6    Yes, we have identified some.

7          Q    And where have they been identified?

8          A    Exhibit 22.

9          Q    Okay.

10         A    We are done, aren't we?

11         Q    We are going to have more --

12         A    What is the time on the clock?

13   THE VIDEOGRAPHER:  47 minutes.

14         A    47 minutes.  So we are in credit now.

15         Q    I am going to turn your attention to

16   entry --

17   MR. MOSKIN:  Why don't we take a short break.

18   MR. OH:  How about we continue.

19   MR. MOSKIN:  No, because I want to take a short break

20   and speak with the witness.

21   MR. OH:  Mr. Moskin, you asked me to press forward and

22   finish the questioning.

23   MR. MOSKIN:  You have already used more than the 44

24   minutes and the witness is contemplating leaving so

25   let me just talk to the witness for a minute.  If you

1   want any further questions let me talk to the witness.

2   **MR. OH:**  We will take a short break under protest.

3   **THE VIDEOGRAPHER:**  Going off the record.  The time is

4   9:26.

5                    (A short break)

6   **THE VIDEOGRAPHER:**  Back on the record.  The time is

7   9:31.

8   **MR. MOSKIN:**  The witness has agreed to give you

9   another 30 minutes.  We are continuing the rest of

10  this deposition under protest.  Please try to make use

11  of the time wisely.

12  **MR. OH:**  Again for the record, 30 minutes is less than

13  the aggregate two hours that previously counsel agreed

14  to, and again we are conducting the rest of this

15  deposition under protest also.

16  **MR. MOSKIN:**  You are?  Okay, good.  You have already

17  had more than 44 minutes that you requested when we

18  broke off Mr. Merrett's deposition.  Let's go ahead.

19  Not to mention the time wasted yesterday when he was

20  available all day, all afternoon.

21  **MR. OH:**  Mr. Moskin --

22  **MR. MOSKIN:**  Oh, Mr. Oh, oh, oh, oh.

23  **MR. OH:**  This is characteristic --

24  **MR. MOSKIN:**  It is very characteristics of you.

25  **MR. OH:**  Of you.

1    **MR. MOSKIN:**  You have been doing this from the very

2    get go.  Let's proceed.

3    **MR. OH:**  Please turn your attention to entry number

4    41, Exhibit 22.

5         **A**   You are addressing me?  You didn't

6    actually say.  You didn't actually address me.  I

7    thought you were talking to Mr. Moskin.  I am looking

8    at Exhibit 22.

9         **Q**   Entry 41.

10         **A**   Entry 41.

11         **Q**   Under the Chapterhouse column, do you

12    see the reference to a bone sword.  I will read it:

13    "Warrior bone sword arms for Tyranids (1)."

14         **A**   Yes, I do see that reference.

15         **Q**   And in the Games Workshop column there

16    is reference to a bone sword and a warrior?

17         **A**   Yes, I see, product 40.

18         **Q**   And is it your contention that the

19    Chapterhouse product infringes on Games Workshop's

20    bone sword?

21         **A**   Yes, it is our contention that the

22    Chapterhouse warrior bone sword arms for Tyranids

23    infringe on the Tyranid bone swords of the Games

24    Workshop Tyranid creatures.

25         **Q**   I am handing you what has been

1      previously marked as Exhibit 49.

2            A    I am now holding Exhibit 49.

3            Q    In the upper right-hand column, is that

4      a depiction of a Tyranid creature?

5            A    Yes, it is a Hive Tyrant with Lash Whip

6      Bone Sword and Heavy Venom Cannon.

7            Q    Can you describe where the miniature --

8      which arm is holding the lash whip?

9            A    The lash whip is held in the upper left

10     of the two left arms of the Hive Tyrant model.

11           Q    And which arm is holding the bone sword?

12           A    The bone sword is held in the upper

13     right arm of the Hive Tyrant model.

14           Q    Can you describe what the copyrightable

15     elements of the bone sword is?

16           A    It is a sword made of bone, carried by a

17     Tyranid.

18           Q    Can you describe the shape?

19           A    Sword shaped.

20           Q    Any other distinguishing features?

21           A    It has unique characteristic notches and

22     textures.  It has serrations on the lower blade, it

23     has a notch in the upper blade.

24           Q    And the blade, is there a certain type

25     of sword this is similar to in real life?

1      entry 56?

2              A    No, it doesn't.

3              Q    Turning your attention to entry 54, can

4      you describe what the unique characteristics that are

5      listed are?

6              A    The unique characteristics are listed

7      as:  "Covering from start of shoulder to above the

8      elbow, large border round the outer edge, left

9      shoulder pad - squad markings and right shoulder pad

10     chapter symbol."

11             Q    With respect to entry 54, does the Games

12     Workshop shoulder pad have all those characteristics?

13             A    No.  They have a variety of

14     characteristics, but those include the following

15     unique characteristics, so some of them have other

16     characteristics as well.

17             Q    But the shoulder pads that Games

18     Workshop is referring to in 54, do they include each

19     of those four characteristics that are listed?

20             A    Not every shoulder pad that Games

21     Workshop produces for its Space Marines include all of

22     those characteristics.

23             Q    Let me ask, for clarification, for entry

24     54, is Games Workshop contending that Chapterhouse is

25     infringing the copyright with respect to shoulder pads

Page 69

1                    CERTIFICATE OF COURT REPORTER

2

3    I, AILSA WILLIAMS, an Accredited LiveNote Reporter

4    with Opus 2 International, hereby certify that Alan

5    Merrett was duly sworn, that I took the Stenograph

6    notes of the foregoing deposition and that the

7    transcript thereof is a true and accurate record

8    transcribed to the best of my skill and ability.  I

9    further certify that I am neither counsel for, related

10   to, nor employed by any of the parties to the action

11   in which the deposition was taken, and that I am not a

12   relative or employee of any attorney or counsel

13   employed by the parties hereto, nor financially or

14   otherwise interested in the outcome of the action.

15

16

17

18

19                *A.J. W...*

20   Signed:  ........................

21   AILSA WILLIAMS

22   Dated:   ....*April 3, 2012*.........

23

24

25

# Exhibit 19



Select your currency
$ US dollars

Log in / Register | Help
Basket (0 products $ 0.00) | Checkout
[Search our products] [Go]

New Titles | Coming Soon | Warhammer 40,000 | Horus Heresy | Warhammer | Time of Legends | Exclusives | eBooks | Audio | France

Blog | Events | Newsletter | Getting Started | Authors | eBundles

Home • Authors • Alan Merrett

## ALAN MERRETT

As one of Games Workshop's longest serving employees, Alan Merrett has held many important posts over the years - from being in charge of miniatures design, the production studio, the Golden Demon awards and the Black Library - to his current position overseeing the development of Games Workshop's wealth of intellectual proprety. Underpinning all these key roles has been his complete enthusiasm for the model soldier - an enthusiasm which has resulted in Alan being one of the driving forces behind Games Workshop's imagery.

No
IMAGE
AVAILABLE

### Books by this author



**INSIGNIUM ASTARTES**     POD

The long out-of-print guide to Space Marine heraldry by Alan Merrett is back as an A4 full-colour Print on Demand title.
Alan Merrett
March 2010

**$ 29.95**     **BUY NOW**

Black Library is a division of Games Workshop, Frequently Asked Questions. To contact us either send an email to contact@blacklibrary.com or call +44 (0) 115 9004069.

© Copyright Games Workshop Limited 2012. Games Workshop, BL Publishing, Black Library, Warhammer, Warhammer 40,000, the foregoing marks' respective logos and all associated marks, logos, places, names, creatures, races and race insignia/devices/logos/symbols, vehicles, locations, weapons, units, characters, products, illustrations and images from the Warhammer world and Warhammer 40,000 universe are either ®, ™ and/or © Games Workshop Ltd 2000-2012, variably registered in the UK and other countries around the world. For further information read the Games Workshop IP Policy.

Games Workshop Ltd, Willow Road, Lenton, Nottingham, NG7 2WS. Registered in England and Wales - Company No. 01467092. VAT No. GB 580853421



Exhibit 20

# Exhibit 102

(Physical item, unable to scan)

# Exhibit 21

# MYCETIC SPORES

The initial stage of a Tyranid assault often comprises several waves of Mycetic Spores. These ablative bio-constructed shells are launched by their thousands into the world's atmosphere by orbiting Hive Ships. The fleshy pods are specifically designed to endure the stresses of orbital insertion and protect their lethal payload from planetary impact. Mycetic Spores are often inaccurately reported as meteor showers by civilian observers, but experienced troops soon learn to spot the distinctive clutch of fiery streaks as the spores breach the upper atmosphere. Once through, the Mycetic Spore alters shape to slow its descent. They are sacrificial organisms, and perish soon after impact with the planet's surface, but each one houses a brood of assault beasts, most commonly Hormagaunts or Genestealers, who burst from the wreckage and begin the search for prey.

As the Tyranids push deeper into the galaxy, the Hive Mind is becoming more adept at its use of Mycetic Spores. Recent strains have a shield of ablative chitin over sensory nodes. This burns away during orbital insertion, allowing the Mycetic Spore to draw in on Lictor pheromone trails during the final stages of descent, enabling its cargo to be delivered with greater accuracy. Other iterations are composed of two layered bioforms. When the Mycetic Spore impacts a planet's surface and the outer shell dies, its sides peel apart to reveal a symbiotic organism that draws sustenance from the slain parent to fuel a powerful bio-weapon.

These augmentations allow the Mycetic Spores a crucial role in the main assault of a prey world. The Hive Mind is now able to reinforce key areas with astonishing swiftness, and shield crucial elements of its assault force from incoming fire until the very last moment. Few bulwarks, no matter how well prepared, can hope to withstand such an assault. Many a heavily defended bastion has been destroyed as Mycetic Spores impact on a planet's surface, smashed apart as a Carnifex emerges from its pod's fleshy remains to launch a point-blank assault.

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Mycetic Spore | 2 | 2 | 6 | 4 | 3 | 1 | 3 | 5 | 4+ |

**Unit Type:** Monstrous Creature.

**Weapons and Biomorphs:** Hardened Carapace, Lash Whip.

**Ripper Tentacles:** Ripper tentacles are thick ropes of tendon and corded muscle that reach out from a Mycetic Spore in search of prey. Drawn to movement, ripper tentacles can smash apart several foes in a single swipe, coil around a single victim and crush it to a bloody pulp or clutch around its quarry and drag it into the spore's fanged maw.

| Range | Strength | AP | Type |
|---|---|---|---|
| 6" | 6 | - | Assault 6 |

**Special Rules:** Deep Strike, Fearless.

**Limited Sentience:** Mycetic Spores have only a rudimentary intelligence and simply lash out at everything nearby.

A Mycetic Spore is not subject to Instinctive Behaviour. The Mycetic Spore automatically shoots the closest enemy unit in each Shooting phase unless it is engaged in close combat.

**Transport Spore:** A Mycetic Spore always enters play using the Deep Strike rules, even in missions that do not use these rules. If, when a Mycetic Spore Deep Strikes, it scatters on top of impassable terrain or another model (friend or foe!), reduce the scatter distance by the minimum required to avoid the obstacle.

A Mycetic Spore can carry a single unit of up to 20 infantry models or a single monstrous creature within its armoured shell. Once the Mycetic Spore has landed, all creatures within must immediately deploy – place the unit such that every model is within 2" of the Mycetic Spore. If any models cannot be deployed because of impassable terrain or enemy models within 1", those models are destroyed. A unit that Deep Strikes via a Mycetic Spore cannot move or assault in the same turn it arrives but may shoot (or run) as normal.

**Immobile Pod:** A Mycetic Spore cannot move for any reason once it has entered the battle. It may never go to ground, voluntarily or otherwise – and may not consolidate or make a sweeping advance following a close combat.





EXHIBIT
103
4-3-12 AU
PENGAD 800-631-6989

GW0001424

# Exhibit 22

CERTIFIED COPY

# In The Matter Of:

*GAMES WORKSHOP LIMITED,*
*v.*
*CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a*
*PAULSON GAMES,*

---

*GILLIAN L. STEVENSON  - Vol. 1  30(B)(6)*
*March 5, 2012*

---

# CONFIDENTIAL - ATTORNEYS' EYES ONLY

**MERRILL CORPORATION**
LegaLink, Inc.

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

| | | | |
|---|---|---|---|
| 1 | A | No. | 16:48:35 |
| 2 | Q | Have you ever testified as an expert witness? | 16:48:36 |
| 3 | A | No. | 16:48:38 |
| 4 | Q | Have you ever been a named party to a lawsuit? | 16:48:41 |
| 5 | A | No. | 16:48:43 |
| 6 | Q | Do you understand that you're designated by | 16:49:27 |

7      Games Workshop Limited to testify on certain topics as        16:49:29

8      set forth in the 30(b)(6) deposition notice served by        16:49:31

9      the defendants?        16:49:37

10          A    I believe so, yes.        16:49:38

11          MR. OH:   I'm handing you what is marked as Exhibit        16:49:49

12      38, which is defendant Chapterhouse Studios LLC's        16:49:52

13      renotice of deposition of Games Workshop Limited        16:49:57

14      pursuant to Federal Rule of Civil Procedure 30(b)(6).        16:50:00

15              (Exhibit 38 marked as requested.)        16:50:03

16          MR. OH:  Q    Have you seen this document before?        16:50:12

17          A    I think so, yes.        16:50:19

18          MR. OH:   I am handing you what is marked as        16:50:37

19      Defendant's Exhibit 39, which is topic of -- excuse me,        16:50:40

20      topics for deposition provided to defendants by        16:50:44

21      plaintiff's counsel.        16:50:48

22              (Exhibit 39 marked as requested.)        16:50:50

23          MR. OH:  Q    Have you seen this before?        16:50:58

24          A    I have.  I prepared it.        16:51:00

25          MR. MOSKIN:  Do you have a -- is there an extra        16:51:06

CONFIDENTIAL - ATTORNEYS' EYES ONLY
GILLIAN L.   STEVENSON - 3/5/2012

Page 18

| # | | Time |
|---|---|---|
| 1 | copy?  Thank you.   Sorry, what were the numbers? | 16:51:08 |
| 2 | THE WITNESS:   That was 39 and 38. | 16:51:32 |
| 3 | MR. OH:  Q    Just running through this quickly, do | 16:51:58 |
| 4 | you see your initials designated next to topic numbers | 16:52:00 |
| 5 | on this document? | 16:52:05 |
| 6 | A   I do. | 16:52:08 |
| 7 | Q   Can you identify each topic that you've been | 16:52:08 |
| 8 | identified by your initials on this document? | 16:52:11 |
| 9 | A   I don't understand the question. | 16:52:14 |
| 10 | MR. MOSKIN:   I think he is -- | 16:52:18 |
| 11 | MR. OH:  Q    Can you identify on this document every | 16:52:21 |
| 12 | topic where you've been designated or indicated by your | 16:52:25 |
| 13 | initials that you're the witness? | 16:52:29 |
| 14 | MR. MOSKIN:   I previously read into the record the | 16:52:30 |
| 15 | topics where she is -- so you're asking her to repeat | 16:52:32 |
| 16 | what I already said on the record? | 16:52:35 |
| 17 | MR. OH:  Mr. Moskin. | 16:52:37 |
| 18 | MR. MOSKIN:   Then I object to the form of the | 16:52:41 |
| 19 | question if there is something else you're asking her to | 16:52:42 |
| 20 | do. | 16:52:45 |
| 21 | MR. OH:  Q    I'll rephrase real quickly. | 16:52:51 |
| 22 | For topic 16, does GS represent your initials. | 16:53:29 |
| 23 | A   It does. | 16:53:40 |
| 24 | Q   For 17, are those representing your initials? | 16:53:41 |
| 25 | A   Yes. | 16:53:43 |

| | | | |
|---|---|---|---|
| 1 | Q | 20? | 16:53:44 |
| 2 | A | Yes. | 16:53:46 |
| 3 | Q | 27? | 16:53:47 |
| 4 | A | Yes. | 16:53:49 |
| 5 | Q | 26? | 16:53:50 |
| 6 | A | Yes. | 16:53:50 |
| 7 | Q | 29, 30, 31, and 32? | 16:53:53 |
| 8 | A | Yes. | 16:53:57 |
| 9 | Q | And then 38? | 16:53:57 |
| 10 | A | Yes. | 16:54:02 |
| 11 | Q | Are there any other topics where your initials | 16:54:03 |
| 12 | | are next to? | 16:54:04 |
| 13 | A | No. | 16:54:05 |
| 14 | Q | And, again, at the beginning of this deposition | 16:54:20 |
| 15 | | Mr. Moskin informed Chapterhouse that they're also | 16:54:23 |
| 16 | | designating you as the witness pursuant to topic 6, is | 16:54:26 |
| 17 | | that correct? | 16:54:32 |
| 18 | A | That's right. | 16:54:32 |
| 19 | | MR. OH:  And, again, so we reserve our rights | 16:54:37 |
| 20 | | regarding topic 6 to continue the deposition as needed | 16:54:39 |
| 21 | | with respect to that particular one. | 16:54:43 |
| 22 | Q | Are there any other topics that Games Workshop | 16:54:47 |
| 23 | | Limited has designated you to testify on except the ones | 16:54:50 |
| 24 | | we have just identified? | 16:54:55 |
| 25 | A | Not as far as I am aware. | 16:54:56 |

| | | |
|---|---|---|
| 1 | handbook. | 18:19:15 |
| 2 | Q   You also mentioned that licensees get guidance? | 18:19:30 |
| 3 | A   Yes. | 18:19:34 |
| 4 | Q   Can you describe what you mean by that? | 18:19:34 |
| 5 | A   Yes, they get told if it's right or wrong. | 18:19:39 |
| 6 | Q   Anything else? | 18:19:46 |
| 7 | A   Would you like me to give you an example? | 18:19:46 |
| 8 | Q   Please. | 18:19:47 |
| 9 | A   Games Workshop sells miniatures 28 millimeter | 18:19:49 |
| 10 | little men.  Some of them are called Space Marines and | 18:19:55 |
| 11 | they have knee pads.  When you translate that into a | 18:20:00 |
| 12 | computer game, they move, whereas, the miniatures don't | 18:20:03 |
| 13 | move. | 18:20:06 |
| 14 | So a licensee will ask whether a knee pad moves | 18:20:08 |
| 15 | to the side or up when a Space Marine bends his knee, | 18:20:12 |
| 16 | and the licensing team will give guidance as to how it | 18:20:17 |
| 17 | moves and the sound the gun makes and whether something | 18:20:23 |
| 18 | looks right and fits within the IP. | 18:20:28 |
| 19 | Q   Is there any other type of guidance that is | 18:20:32 |
| 20 | provided to licensees? | 18:20:35 |
| 21 | A   That's not something that I can answer. | 18:20:39 |
| 22 | Q   Who could answer? | 18:20:43 |
| 23 | A   Andy Jones probably could answer that. | 18:20:45 |
| 24 | Q   Are there any -- are there any written policies | 18:20:48 |
| 25 | provided to licensees regarding use of Games | 18:21:02 |

```
 1              Witness my official signature and seal as

 2      Notary Public in and for Cook County, Illinois, on this

 3      19  day of  March              , A.D. 2012

 4

 5

 6

 7

 8                    Tracy L. Blaszak
                      TRACY L. BLASZAK, CSR, CRR
 9                    Illinois CSR No. 084-002978

10                      OFFICIAL SEAL
                        TRACY L. BLASZAK
                    NOTARY PUBLIC - STATE OF ILLINOIS
11                  MY COMMISSION EXPIRES:03/23/15

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

# Exhibit 23

CERTIFIED COPY

# In The Matter Of:

*GAMES WORKSHOP LIMITED,*
*v.*
*CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a*
*PAULSON GAMES,*

---

### *GILLIAN L. STEVENSON - Vol. 2  30(B)(6)*
### *March 9, 2012*

---

## *CONFIDENTIAL - ATTORNEYS' EYES ONLY*

**MERRILL CORPORATION**
**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

| | | |
|---|---|---|
| 1 | A   Yes, it does say that. | 10:11:00 |
| 2 | Q   And did I read that correctly? | 10:11:02 |
| 3 | A   I believe so. | 10:11:04 |
| 4 | Q   And if you look at the next section, it | 10:11:22 |
| 5 | references a -- what you can do, what you can't do, do | 10:11:26 |
| 6 | you see those references? | 10:11:34 |
| 7 | A   I can see what you can do and what you cannot | 10:11:36 |
| 8 | do, yes. | 10:11:39 |
| 9 | Q   Would that refer to a different web page on the | 10:11:40 |
| 10 | Games Workshop web site? | 10:11:44 |
| 11 | A   It's the next page on. | 10:11:58 |
| 12 | MR. OH:  So I am handing you what is marked as | 10:12:00 |
| 13 | Defendant's Exhibit 79. | 10:12:02 |
| 14 | (Exhibit 79 marked as requested.) | 10:12:04 |
| 15 | THE WITNESS:  Thank you. | 10:12:06 |
| 16 | MR. OH:  Q   Is this the next page you were | 10:12:21 |
| 17 | referring to? | 10:12:23 |
| 18 | A   I believe so. | 10:12:26 |
| 19 | Q   And, for the record, up in the upper left-hand | 10:12:33 |
| 20 | corner of the exhibit it reads legal:  Page 4 Games | 10:12:35 |
| 21 | Workshop, and it's a document consisting of five pages. | 10:12:40 |
| 22 | Now, I'm going to read the second sentence of | 10:13:01 |
| 23 | the -- Strike that. | 10:13:04 |
| 24 | Below on the page where it starts with bullets, | 10:13:21 |
| 25 | I'm going to read the third bullet, "Include an | 10:13:26 |

| | | |
|---|---|---|
| 1 | an hour and 54, so I can do some math. | 10:31:59 |
| 2 | MR. OH:  A little under three hours? | 10:32:10 |
| 3 | THE VIDEOGRAPHER:  Yes. | 10:32:12 |
| 4 | MR. OH:  Q   When did Games Workshop first learn | 10:32:33 |
| 5 | about Chapterhouse? | 10:32:35 |
| 6 | A   I believe that was January, 2008. | 10:32:37 |
| 7 | Q   And how did it first learn about Chapterhouse? | 10:32:39 |
| 8 | A   Sorry? | 10:32:41 |
| 9 | Q   How did it first learn about Chapterhouse | 10:32:42 |
| 10 | Studios? | 10:32:45 |
| 11 | A   By e-mail. | 10:32:47 |
| 12 | Q   Who was the e-mail from? | 10:32:48 |
| 13 | A   There was one e-mail from David Johnston, and I | 10:32:51 |
| 14 | can't recall who other e-mails may have been from. | 10:32:55 |
| 15 | Q   And who is David Johnston? | 10:33:02 |
| 16 | A   He, I believe, is the web site owner or | 10:33:06 |
| 17 | moderator for Bolter & Chainsword. | 10:33:09 |
| 18 | Q   And who was this e-mail sent to? | 10:33:14 |
| 19 | A   Talima Fox. | 10:33:18 |
| 20 | Q   And who is Talima Fox? | 10:33:19 |
| 21 | A   She was in my team at the time. | 10:33:21 |
| 22 | Q   And do you know the web address for this web | 10:33:37 |
| 23 | site? | 10:33:41 |
| 24 | A   Not off the top of my head I'm afraid. | 10:33:44 |
| 25 | Q   Do you know where they're based? | 10:33:47 |

| | | | |
|---|---|---|---|
| 1 | A | No. | 11:04:04 |
| 2 | Q | And how do you know that? | 11:04:06 |
| 3 | A | Why would there be? | 11:04:11 |
| 4 | Q | Who did you ask to find out? | 11:04:12 |
| 5 | MR. MOSKIN: Objection. This is, again, this is | | 11:04:14 |
| 6 | intruding on work product and attorney-client privilege. | | 11:04:16 |
| 7 | I direct the witness not to answer. | | 11:04:20 |
| 8 | MR. OH: Q Are you refusing to answer the question | | 11:04:24 |
| 9 | based on the instruction from Jonathan Moskin? | | 11:04:26 |
| 10 | A | Yes, I am. He is my attorney. | 11:04:29 |
| 11 | Q | In 2010 did Games Workshop have any | 11:05:11 |
| 12 | communications with Chapterhouse Studios? | | 11:05:16 |
| 13 | A | I don't recall. | 11:05:24 |
| 14 | Q | Has Games Workshop received any communications | 11:06:17 |
| 15 | from individuals in the United States concerning | | 11:06:19 |
| 16 | Chapterhouse Studios? And just for clarification, this | | 11:06:26 |
| 17 | question does not include Games Workshop's employees or | | 11:06:33 |
| 18 | agents, such as attorneys. | | 11:06:37 |
| 19 | A | That would be impossible for me to say. | 11:06:41 |
| 20 | Q | And why would it be impossible for you to say? | 11:06:45 |
| 21 | A | Well, most e-mails don't have a postal address. | 11:06:48 |
| 22 | Q | So based on the e-mails, Chapterhouse -- Excuse | 11:06:55 |
| 23 | me. Strike that. | | 11:07:01 |
| 24 | So based on the e-mails that Games Workshop | | 11:07:02 |
| 25 | receives, it would not be able to determine where that | | 11:07:04 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
GILLIAN L. STEVENSON - 3/9/2012

Page 123

| | | |
|---|---|---|
| 1 | person sent the e-mail from? | 11:07:11 |
| 2 | A   Sorry.  Can you repeat the question again. | 11:07:18 |
| 3 | Q   So based on the e-mails that Games Workshop has | 11:07:21 |
| 4 | received concerning Chapterhouse Studios, it would not | 11:07:25 |
| 5 | be able to determine whether the person who sent that | 11:07:28 |
| 6 | e-mail resided in the United States? | 11:07:30 |
| 7 | A   Well, if somebody has a .co.uk, they usually | 11:07:33 |
| 8 | live in the U.K. | 11:07:38 |
| 9 | If somebody has .com, they could be from | 11:07:39 |
| 10 | anywhere in the world. | 11:07:42 |
| 11 | MR. OH:  How much time do we have left on the tape? | 11:08:04 |
| 12 | THE VIDEOGRAPHER:  25 minutes. | 11:08:38 |
| 13 | MR. OH:  Actually, this might be a good time to take | 11:08:39 |
| 14 | a break and switch out the tape. | 11:08:41 |
| 15 | THE VIDEOGRAPHER:  Ending tape No. 1 of the | 11:08:48 |
| 16 | deposition of Gillian L. Stevenson of day No. 2. | 11:08:49 |
| 17 | Off the record at 11:09 a.m. | 11:08:57 |
| 18 | (a brief recess was taken) | 11:08:59 |
| 19 | THE VIDEOGRAPHER:  Beginning tape No. 2 of the | 11:17:28 |
| 20 | deposition of Gillian L. Stevenson, day No. 2.  We're | 11:17:29 |
| 21 | back on the record at 11:17 a.m. | 11:17:33 |
| 22 | MR. OH:  Q   Earlier today you mentioned that your | 11:17:47 |
| 23 | legal team would monitor Chapterhouse Studios, is that | 11:17:50 |
| 24 | correct? | 11:17:53 |
| 25 | A   I believe that's what I said, yes. | 11:17:54 |

| | | |
|---|---|---|
| 1 | 0005548. | 12:48:12 |
| 2 | For the record, it also has a confidential | 12:48:15 |
| 3 | designation by Games Workshop. | 12:48:17 |
| 4 | (Exhibit 84 marked as requested.) | 12:48:22 |
| 5 | MR. OH: Q Ms. Stevenson, do you recognize this? | 12:48:29 |
| 6 | A I do. | 12:48:33 |
| 7 | Q And earlier today you mentioned that Games | 12:48:34 |
| 8 | Workshop would receive reports about -- concerning | 12:48:41 |
| 9 | alleged infringements involving Chapterhouse Studios, is | 12:48:49 |
| 10 | that correct? | 12:49:00 |
| 11 | A Yes. | 12:49:00 |
| 12 | Q And does this give an example of one of the | 12:49:00 |
| 13 | reports you're referring to? | 12:49:03 |
| 14 | A Yes, it is. It's clear that the person who has | 12:49:04 |
| 15 | written this is confused as to whether or not | 12:49:06 |
| 16 | Chapterhouse have a license or, in fact, they're | 12:49:10 |
| 17 | infringing Games Workshop's IP. | 12:49:13 |
| 18 | MR. OH: Strike everything after yes, it is, as | 12:49:19 |
| 19 | nonresponsive. I'll move to strike. | 12:49:22 |
| 20 | Q Based on the e-mail address of the person who | 12:50:16 |
| 21 | sent the e-mail, the original e-mail to Games Workshop, | 12:50:18 |
| 22 | does it indicate the -- is there a country associated | 12:50:25 |
| 23 | with that e-mail address? | 12:50:29 |
| 24 | A Yes. | 12:50:31 |
| 25 | Q What country is that? | 12:50:31 |

| | | |
|---|---|---|
| 1 | A   Australia, I believe. | 12:50:34 |
| 2 | (Whereupon, Mr. Thomas Kearney entered the | 12:52:15 |
| 3 | deposition room.) | 12:52:19 |
| 4 | MR. OH:  Q   Does this document contain the word | 12:52:20 |
| 5 | license? | 12:52:23 |
| 6 | A   No, I don't believe it does. | 12:53:18 |
| 7 | MR. OH:  And, also, let the record reflect that Tom | 12:53:22 |
| 8 | Kearney, who is representing -- who is co-counsel | 12:53:25 |
| 9 | representing the defendants, has entered the deposition | 12:53:28 |
| 10 | room. | 12:53:31 |
| 11 | THE WITNESS:  But it does clearly refer to a | 12:53:48 |
| 12 | license, whether it says the word or not, if that was | 12:53:50 |
| 13 | the question you're asking me. | 12:53:56 |
| 14 | MR. OH:  Q   Well, when you say it clearly refers to | 12:53:57 |
| 15 | a license, what portions are you referencing? | 12:53:59 |
| 16 | A   The person asks whether what Chapterhouse is | 12:54:06 |
| 17 | doing is legal.  Well, the only way it would be legal | 12:54:09 |
| 18 | would be if they had a license. | 12:54:13 |
| 19 | Q   Now, if you look at the third paragraph, do you | 12:54:15 |
| 20 | see the sentence that says, "Do GW own the IP to the | 12:54:20 |
| 21 | Tervigon, and, if so, is there some legal reason that | 12:54:27 |
| 22 | Chapterhouse can sell this kit?" | 12:54:32 |
| 23 | Did I read that correctly? | 12:54:37 |
| 24 | A   Yes. | 12:54:38 |
| 25 | Q   And does GW, from your understanding, refer to | 12:54:40 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
GILLIAN L. STEVENSON - 3/9/2012

Page 147

| | | |
|---|---|---|
| 1 | who has e-mailed is saying that what Chapterhouse is | 13:02:44 |
| 2 | doing is using Games Workshop products to sell its own | 13:02:49 |
| 3 | products or it's recasting Games Workshop products. | 13:02:52 |
| 4 | Q   Is Games Workshop contending that this e-mail | 13:03:04 |
| 5 | demonstrates that the original author is confused | 13:03:17 |
| 6 | whether or not Chapterhouse Studios has a license? | 13:03:21 |
| 7 | A   Yes, because they say is this legal?  Clearly | 13:03:23 |
| 8 | what they want to know is can I buy this product -- or | 13:03:26 |
| 9 | if I buy this product, will it be a real Games Workshop | 13:03:29 |
| 10 | product. | 13:03:33 |
| 11 | Q   And is there anything else that Games Workshop | 13:03:33 |
| 12 | contends that the author of the original e-mail is | 13:03:36 |
| 13 | confused about? | 13:03:38 |
| 14 | A   No. | 13:03:40 |
| 15 | Q   And based on the information on this e-mail, is | 13:03:51 |
| 16 | there a way to determine where the person who wrote the | 13:03:54 |
| 17 | e-mail resides? | 13:03:58 |
| 18 | A   No, not as far as I can see. | 13:03:59 |
| 19 | Q   Want to hand me back that.  I'm going to | 13:04:07 |
| 20 | actually hand you back No. 85 for a second.  So you are | 13:04:10 |
| 21 | looking at now Exhibit 85. | 13:04:14 |
| 22 |     Is there anything in that e-mail that would | 13:04:17 |
| 23 | identify where the author, the original author of the | 13:04:24 |
| 24 | e-mail resides? | 13:04:26 |
| 25 | A   I believe he would reside in the U.K., but I | 13:04:27 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
GILLIAN L. STEVENSON - 3/9/2012

Page 148

| | | |
|---|---|---|
| 1 | could be wrong. | 13:04:29 |
| 2 | Q  Why do you say you believe he resides in the | 13:04:30 |
| 3 | U.K.? | 13:04:32 |
| 4 | A  My understanding is that BT Internet is British | 13:04:32 |
| 5 | Telecom, as it was. | 13:04:38 |
| 6 | But I don't know whether BT Internet have | 13:04:41 |
| 7 | offered ISP services anywhere else in the world, so I | 13:04:43 |
| 8 | couldn't guarantee that was correct. | 13:04:47 |
| 9 | MR. OH:  You can hand me back that exhibit. | 13:04:50 |
| 10 | I'm handing you what is marked as Defendant's | 13:05:05 |
| 11 | Exhibit 87, again, designated confidential by the | 13:05:07 |
| 12 | plaintiff, GW 0005550. | 13:05:11 |
| 13 | (Exhibit 87 marked as requested.) | 13:05:18 |
| 14 | MR. OH:  Q  It's going to be the same set of | 13:05:45 |
| 15 | questions.  So the first one is -- | 13:05:48 |
| 16 | A  No, you can carry on. | 13:05:50 |
| 17 | Q  Is this another example of a report sent to | 13:05:57 |
| 18 | Games Workshop that it contends shows a report of an | 13:06:02 |
| 19 | alleged infringement by Chapterhouse Studios? | 13:06:10 |
| 20 | A  Yes.  It says, "They're offering their own resin | 13:06:13 |
| 21 | cast conversion kits for Space Marine Rhino and Land | 13:06:18 |
| 22 | Raider tanks along with a few other GW things.  I don't | 13:06:22 |
| 23 | know if they're doing this under license."  Clearly | 13:06:27 |
| 24 | confused. | 13:06:31 |
| 25 | Q  And when you say clearly confused? | 13:06:31 |

| | | |
|---|---|---|
| 1 | A    Not so far as I am aware. | 13:08:42 |
| 2 | Q    And is there anything on this e-mail that would | 13:08:46 |
| 3 | indicate where the author of the original e-mail | 13:08:49 |
| 4 | resides? | 13:08:57 |
| 5 | A    Yes. | 13:08:58 |
| 6 | Q    What is that? | 13:09:00 |
| 7 | A    The e-mail address. | 13:09:00 |
| 8 | Q    What about the e-mail address? | 13:09:03 |
| 9 | A    It's a .co.uk e-mail address. | 13:09:04 |
| 10 | Q    And what does it indicate? | 13:09:09 |
| 11 | A    Well, it should indicate the person is in the | 13:09:10 |
| 12 | U.K., but I don't know whether that necessarily means | 13:09:12 |
| 13 | that. | 13:09:14 |
| 14 | I don't know enough about that technology. | 13:09:15 |
| 15 | MR. OH:  If you hand me that exhibit, I'll hand you | 13:09:41 |
| 16 | a new one. | 13:09:44 |
| 17 | This is Exhibit 88, again, designated | 13:09:55 |
| 18 | confidential by the plaintiffs, GW 0005554. | 13:09:57 |
| 19 | (Exhibit 88 marked as requested.) | 13:10:06 |
| 20 | MR. OH:   Q  Do you recognize this? | 13:10:11 |
| 21 | A    Yes. | 13:10:16 |
| 22 | Q    And does Games Workshop contend that this is | 13:10:26 |
| 23 | another report of a potential infringement concerning | 13:10:30 |
| 24 | Chapterhouse Studios? | 13:10:34 |
| 25 | A    Yes. | 13:10:36 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
GILLIAN L. STEVENSON - 3/9/2012

Page 151

| | | |
|---|---|---|
| 1 | Q  And does Games Workshop contend that this e-mail | 13:10:49 |
| 2 | demonstrates confusion on the part of the original | 13:10:52 |
| 3 | author regarding licenses? | 13:10:56 |
| 4 | A  I don't know that the original author is | 13:10:59 |
| 5 | confused.  He is clearly angry, and on his own admission | 13:11:00 |
| 6 | doesn't usually care if people are ripping Games | 13:11:06 |
| 7 | Workshop off, but is a bit outraged by what he's seen, | 13:11:11 |
| 8 | so much so that he decided to e-mail me or my team. | 13:11:18 |
| 9 | Q  And is there anything on this e-mail to indicate | 13:11:26 |
| 10 | where the author of the e-mail resided? | 13:11:29 |
| 11 | A  No. | 13:11:34 |
| 12 | As we've already established, the Internet is a | 13:11:37 |
| 13 | global thing. | 13:11:41 |
| 14 | Q  Do you want to hand me back that exhibit. | 13:11:42 |
| 15 | A  Thank you. | 13:11:46 |
| 16 | MR. OH:  I'm handing you what has been marked as | 13:11:56 |
| 17 | Defendant's Exhibit 89, again, marked as confidential, | 13:11:59 |
| 18 | Bates No. GW 0005559. | 13:12:09 |
| 19 | (Exhibit 89 marked as requested.) | 13:12:13 |
| 20 | MR. OH:  Q  Do you recognize this? | 13:12:18 |
| 21 | A  I do. | 13:12:20 |
| 22 | Q  And do you see where it says, "And another one | 13:12:27 |
| 23 | who is not clearly confused!"? | 13:12:30 |
| 24 | A  It says he is clearly not confused. | 13:12:34 |
| 25 | Q  Did you write that? | 13:12:35 |

Page 152

| | | | |
|---|---|---|---|
| 1 | A | I did. | 13:12:37 |
| 2 | Q | Hand back the exhibit. | 13:12:39 |
| 3 | A | As I said, he wasn't confused.  He was outraged. | 13:12:45 |
| 4 | Q | Again, that exhibit referenced, "Another one | 13:12:58 |
| 5 | | that is clearly not confused" -- | 13:13:01 |
| 6 | A | No, I think you've misread my words. | 13:13:02 |
| 7 | Q | I'm sorry.  "And another one who is not" -- let | 13:13:06 |
| 8 | | me try it again. | 13:13:09 |
| 9 | | "And another one who clearly is not confused." | 13:13:10 |
| 10 | A | Yes. | 13:13:13 |
| 11 | | Would you like me to explain the context? | 13:13:14 |
| 12 | Q | Was there another e-mail you were referencing in | 13:13:16 |
| 13 | | this e-mail? | 13:13:19 |
| 14 | A | I was referring to other e-mails where they | 13:13:20 |
| 15 | | clearly were confused that I had forwarded on to my | 13:13:23 |
| 16 | | external lawyers.  And this was another one who wasn't | 13:13:26 |
| 17 | | confused. | 13:13:31 |
| 18 | | I was distinguishing between confusion and | 13:13:32 |
| 19 | | nonconfusion. | 13:13:33 |
| 20 | | MR. OH:  I'm introducing Exhibit No. 90, marked | 13:13:34 |
| 21 | | confidential -- or designated confidential by the | 13:13:38 |
| 22 | | plaintiff, GW 0005556. | 13:13:40 |
| 23 | | (Exhibit 90 marked as requested.) | 13:13:47 |
| 24 | | MR. OH:  Q  Do you recognize this? | 13:13:50 |
| 25 | A | Yes, I do, an example of confusion. | 13:13:57 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY
GILLIAN L. STEVENSON - 3/9/2012

Page 203

```
 1          Again, can you identify what topic this          15:21:55
 2   purports to relate to on the deposition notice?  No, I'm  15:21:59
 3   asking you, Mr. Oh.  So you shake your head, so I guess   15:22:04
 4   the witness is no.  So the witness really doesn't have    15:22:07
 5   to answer this question.                                  15:22:10
 6      MR. OH:  Mr. Moskin --                                 15:22:11
 7      MR. MOSKIN:  It's true.  So none of this testimony     15:22:12
 8   is going to be admissible for anything.  So if you want   15:22:13
 9   to proceed, just go ahead.                                15:22:16
10          The witness is not here to claim personal         15:22:18
11   knowledge of this.  If you want to use the deposition as  15:22:20
12   you wish, go ahead.                                       15:22:21
13          I told you this is -- it's not a very useful       15:22:23
14   way.  I know you're just trying -- it's an effective way  15:22:26
15   to abuse the witnesses, but not a very effective way to   15:22:30
16   conduct actual testimony.                                 15:22:33
17          Go ahead.                                          15:22:37
18      THE WITNESS:  Sorry, could you repeat the question.    15:22:44
19      MR. OH:  Q   Does Games Workshop have records to       15:22:47
20   determine its advertising expenditures in the United      15:22:49
21   States?                                                   15:22:52
22      A   If it had any, then it would.                      15:22:54
23      Q   And what do you mean if it had any?                15:22:56
24      A   Well, if you don't advertise, it doesn't cost      15:22:59
25   you anything.                                             15:23:01
```

```
 1        Q    So Games Workshop is not advertising in the     15:23:05
 2   United States?                                            15:23:07
 3        A    They have in the past very occasionally run very 15:23:07
 4   localized adverts; but as a general course of business,   15:23:13
 5   Games Workshop does not advertise.                        15:23:19
 6        Q    And are you making a distinction between         15:23:35
 7   advertising and other forms of marketing and promotions?  15:23:38
 8        A    Such as?  It depends on what you call           15:23:46
 9   advertising, doesn't it?                                  15:23:47
10             You could say that a web site is an advert.     15:23:48
11   You could say a newsletter is an advert.  You could say   15:23:51
12   that a poster in a store is an advert.                    15:23:55
13             But none of those cost us any money over and    15:24:02
14   above running our business.                               15:24:06
15        Q    Has Games Workshop identified any distinct      15:24:44
16   losses attributed to Chapterhouse Studios?                15:24:47
17        MR. MOSKIN:  Same objection.  The witness was not    15:24:53
18   designated to testify -- Well, strike that.               15:24:55
19             Go ahead, just answer.                          15:24:58
20        THE WITNESS:  No, I think that would be impossible   15:25:06
21   to do.                                                    15:25:08
22        MR. OH:  Q    A moment ago you used the term advert? 15:26:13
23        A    Yes.                                            15:26:18
24        Q    Can you explain what you mean by advert?        15:26:18
25        A    An advert is something that you do in order to  15:26:26
```

1          Witness my official signature and seal as

2    Notary Public in and for Cook County, Illinois, on this

3    _22_ day of _____March_____, A.D. _2012_.

4

5

6

7

8          _Tracy L. Blaszak_
     TRACY L. BLASZAK, CSR, CRR
     Illinois CSR No. 084-002978

9                 OFFICIAL SEAL
                 TRACY L BLASZAK
            NOTARY PUBLIC - STATE OF ILLINOIS
10          MY COMMISSION EXPIRES:03/23/15

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25