# Exhibit 51



Winkelwagen (leeg)  >  Uw gegevens  >  Bestellen                                                    Vertel verder >>

**Miniatures-Wargames**

- Miniatures-Wargames
- Informatie/ Information
- Nieuw(s)/New(s)
- Acties
- Webshop
  - Historical Miniatures
  - Fantasy/ Sci-Fi Miniatures
    - Alien War 28mm (Defiance Games)
    - Avatars of War 28mm
    - Dwarf Wars 28mm
    - Empire of the Dead 28mm
    - Faction Wars 28mm (Fire and Forget Games)
    - Future Wars 28mm (Copplestone Castings)
    - Gothic Horror 28mm
    - Hordes 28mm (Privateer Press)
    - Kings of War 28mm (Mantic Games)
    - Lucifers War 28mm
    - MERCS 28mm
    - Road Kill 28mm
    - Secrets of the Third Reich 28mm
    - Studio Miniatures 28mm
    - Wargames Factory 28mm
    - **Warmachine 28mm (Privateer Press)**
      - Cryx
      - Cygnar
      - Khador
      - Mercenaries
      - Retribution of Scyrah
      - The Protectorate of Menoth

# Warmachine 28mm (Privateer Press)



WARMACHINE players take on the role of warcasters as they lead their titanic forces into battle. Warcasters possess significant martial prowess of their own as well as having hardened warriors and magical spells to bring to bear. Players collect, assemble, and paint fantastically detailed models representing the varied warriors, machines, and creatures in their armies. WARMACHINE is fully compatible with its feral twin, the monstrous miniatures combat game of HORDES.

A WARMACHINE warcaster`s true strength lies in his ability to control and coordinate the mighty combat automatons at the heart of his forces—his warjacks. Each and every warjack is a looming ironclad behemoth, a coal-fired engine of destruction with a primitive magical brain in addition to its unique weapons and capabilities. On its own a warjack is capable of only the most rudimentary actions, but when controlled by a warcaster its efficiency and deadliness increase dramatically. Using his warjacks wisely can decide a battle for a seasoned warcaster.

A crucial component to a player`s strategy in WARMACHINE is how he uses his warcaster`s focus points to boost his army`s abilities. Focus points can be used to enhance a `jack`s already impressive combat power or spent on powerful spells to decimate opposing units or provide powerful benefits to a warcaster`s own troops. Properly allocated, a warcaster`s focus points can turn his army into a momentous engine of destruction.

Warmachine 28mm (Privateer Press) | Miniatures-Wargames

- Rulebooks
- Accessories
- Faction Deck/ Blister Cards
- Paintsets
- Warpath 28mm (Mantic Games)
- Dust Tactics 1/48 Scale (FFG)
- Project X 1/48 Scale (Scarab Miniatures)
- Dystopian Wars 1/600 Scale (Spartan Games)
- Firestorm Armada 1/600 Scale (Spartan Games)
- Uncharted Seas 1/600 scale (Spartan Games)
- Tabletop Rulebooks
- Scenery,Paint,Tools and Accessories
- Transport Figure Cases

Gallery/Info

Links

Contact

## Gastenboek

Kleine bestelling gemaakt met spullen die er op ducosim helaas ... lees meer >>

27-06-2012

Laatst op Impact nog een boel modellen van meegenomen! Geweldig ... lees meer >>

05-06-2012

een geweldig bedrijf zeer goed geholpen. staat ook op ducosium in ... lees meer >>

27-03-2012



The aggressive, metal-on-metal WARMACHINE game is set in the Iron Kingdoms, an environment that combines the richness of traditional fantasy with the excitement of steam power and gunpowder. Across the realm, ancient rivalries among nations are exploding into all-out conflict, setting the stage for WARMACHINE and other Iron Kingdom products.

In this 30 mm tabletop miniatures battle game, each player controls an elite soldier-sorcerer who leads an army into battle to fight for king, country, or simply coin. These warcasters are formidable and experienced combatants, and the warjacks they control represent the pinnacle of military might in the Iron Kingdoms.

WARMACHINE puts players directly onto the battlefield as warcasters and their armies clash. A game is fought with the thundering cannons, ripping iron claws, and crushing hammer blows of the giant steam-powered warjacks as well as the devastating spells wrought by the warcasters themselves and the lethal weapons of their warriors. When the dust settles, one side is victorious—and the other is nothing but smoking scrap metal!

### PIP25001 Warmachine Two Player Battle Box (plastic)



STEP INTO A WORLD FORGED OF IRON AND TEMPERED BY WAR. The mighty forces of the northern Khadoran Empire ...

€ 89 [95]

Cryx >>
Cygnar >>

Case: 1:10-cv-08103 Document #: 208-38 Filed: 08/14/12 Page 4 of 10 PageID #:5244

Plaats een bericht >>

Khador >>
Mercenaries >>
Retribution of Scyrah >>
The Protectorate of Menoth >>
Rulebooks >>
Accessories >>
Faction Deck/ Blister Cards >>
Paintsets >>




© 2011 - 2012 Miniatures-Wargames

sitemap | rss | webwinkel beginnen - powered by mijnwebwinkel

# Exhibit 52

INTERNET ARCHIVE
WaybackMachine BETA

10 captures
7 Jun 09 - 2 Feb 11

MAY  JUN  FEB
      7
2008 2009 2010

Close
Help



Show cart...

| Home | News | About us | Contact | Shipping | Customer Comments | Gallery |

## Our Store

**Marine Infantry Bits**
**Vehicle Accessory Kits**
**Shoulder Pads - Space Knights or Marines**

List All Products

Product Search

Advanced Search

Username

Password

Remember me

Lost Password?
Forgot your username?
No account yet? Register

We accept Paypal!



## Welcome to ChapterHouseStudios

Chapterhouse Studios is the work of two hobbyists who have decided to take their love of the games of 40k and fantasy to a new level. What began as a journey into the intricacies of green stuff sculpting and casting resin in our garage has culminated into the wonderful website you see now. [Read more...]

### Categories

Marine Infantry Bits

Vehicle Accessory Kits

Marine Infantry Bits

Vehicle Accessory Kits

Shoulder Pads - Space Knights or Marines

## News

### Works in Progress

I'm so excited. I just got our first resin special character delivered! OK OK, hes not really a complete kit, but he does look awesome all the same. You guys will have to provide a base, left hand weapon and a backpack if you want. I will be posting him this weekend as an item for sale. If you look above, you will see a dragon marine photo, that's what the kit can make!

I have also recieved the first pewter cast of our dragon jumppacks, 6 new shoulder pads, 2 of which look awesome for use on blood raven space marines.

I also received the prototypes of our dragon droppod door panels, I think they will have to be made thicker as there is a lot of fragile areas where they can easily break. I have 10 door panels available if you guys want to order them, I will list them as well, but there will be a disclaimer on their condition. Honestly I think they will look great painted up and assembled, but they are not our usual caliber of quality so they will be redone.

The shields are being produced slowly, that's why there is a wait on them. The Salamander Land Raider accessory and door kit is almost done. My sculptor will be sending photos to me this weekend, I cant wait to see what hes done! Teaser Photo below (click on news menu icon at top of page to view)





Keep checking back for photos and new information.

Sincerely,

Nick - sales@chapterhousestudios.com

Space Marine is a registered trademark of Games Workshop. CHAPTERHOUSE STUDIOS has no affiliation with the Games Workshop. Throughout our website and miniature catalog these terms are used for identification purposes only.

Webdesign and hosting by Elistaria.com

# Exhibit 53

# Chapterhouse Studios
### Specializing in Custom Sculpts and Bits for Warhammer 40,000 and Fantasy

Show cart...
Your cart is empty.

Home | News | About us | Contact | Order Status and Shipping | Customer Comments | Gallery

## Our Store

- Infantry and Shoulder Pad Bits compatible with Space Marine® models
- Heads compatible with Space Marines®
- 28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models
- Vehicle Replacement Part Kits that fit on Games Workshop Models
- Bits/Conversion kits compatible with Eldar armies
- Bits/Conversion kits compatible with Tyranids
- Bits/Conversions for 28mm for imperial guard
- Super Heavy Vehicle Kits

List All Products

Product Search
[ Search ]

Advanced Search

Username
Password
Remember me ☑
[ Login ]

Lost Password?
Forgot your username?
No account yet? Register

We accept Paypal!


## Welcome to ChapterHouseStudios

Chapterhouse Studios is the work of two hobbyists who have decided to take their love of the games of 40k and fantasy to a new level. What began as a journey into the intricacies of green stuff sculpting and casting resin in our garage has culminated into the wonderful website you see now. [Read more...]

### Categories


Infantry and Shoulder Pad Bits compatible with Space Marine® models


Heads compatible with Space Marines®


28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models


Vehicle Replacement Kits that fit on Games Workshop Models


Bits/Conversion kits compatible with Eldar armies


Bits/Conversion kits compatible with Tyranids


Bits/Conversions for 28mm for imperial guard


Super Heavy Vehicles

### Latest Products

**Rapid Response Wheeled Kit for Chimera**

$14.00
Add to Cart

**Death Angel Doors for Space Marine Land Raider kit**
$11.50
Add to Cart

**Gun-Halberd Weapon (5)**

$6.00
Add to Cart

### News

## Shipping delays on Wheeled Chimera Kit, Conversion Beamers and Death Angel Doors

Due to unforeseen delays with one of the resin casting companies that makes our newest kits, we are behind on shipping the Wheeled Chimera conversion kits, Beamer Conversion kits and the Death Angel Land Raider door kits.

I am working on having another company also produce these pieces and they will be tooling up ASAP to do so (this would mean 2 casting companies producing these pieces till we catch up). A safe estimate to get those orders out would be 2-4 weeks. Obviously the earlier you had your order in the earlier your order will be shipped.

This delay has also affected the Storm Raven TRU-Scale kit as well, and we are shipping the pre-orders out as soon as possible (about 80% complete). I will not be putting the Storm Raven conversion kit for general sale until I have a reserve stock of at least 50 kits on hand for immediate sell. Pre-orders on these were beyond my expectations.

If anyone wishes to cancel or modify their outstanding orders due to the unforeseen delay, please contact me at nick@chapterhousestudios.com and I will do my best to help you.

Sincerely,

Nick Villacci - Chapterhousestudios.com

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.

Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Webdesign and hosting by Mahonlap.com



SSL certificates

Archived by Cloud Preservation(TM) on Fri Aug 05, 2011 at 05:45:15 AM GMT
http://www.chapterhousestudios.com/webshop/