# Exhibit 61

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED, )<br>)<br>Plaintiff, )<br>)<br>) Case No. 1:10-cv-08103<br>v. )<br>)<br>CHAPTERHOUSE STUDIOS LLC and )<br>JON PAULSON d/b/a PAULSON GAMES, ) Judge Matthew F. Kennelly<br>)<br>Defendants. ) | |

**DEFENDANT CHAPTERHOUSE STUDIOS LLC'S
FIRST SET OF REQUESTS FOR ADMISSION**

PROPOUNDING PARTY:   DEFENDANT CHAPTERHOUSE STUDIOS LLC

RESPONDING PARTY:    PLAINTIFF GAMES WORKSHOP LIMITED

SET NUMBER:          ONE

Pursuant to Federal Rules of Civil Procedure 26 and 36, Defendant Chapterhouse Studios LLC ("Chapterhouse") requests that you admit or deny the truth of the facts set forth herein, and serve your answers on the undersigned counsel within thirty days of service.

**DEFINITIONS**

1.  The terms "YOU" or "YOUR" refer to Plaintiff Games Workshop Limited and includes any persons controlled by or acting on behalf of that entity, including without limitation all past and present officers, directors, agents, employees, contractors, agents, licensees, attorneys, predecessors, subsidiaries, parent companies (including without limitation Games Workshop Group PLC), sister companies, or affiliated companies, persons or entities acting in joint venture or partnership relationships with YOU and any others acting on their behalf and/or pursuant to their authority or control.

1

2. The terms "YOUR WORK" or "YOUR WORKS" refer to literary, pictorial, graphic, sculptural, or other works, as well as characters, in which YOU claim copyright.

3. The term "Chapterhouse" refers to Defendant Chapterhouse Studios LLC as well as any officers, directors, employees, and authorized representatives.

4. The words "or" and "and" shall be read in the conjunctive and in the disjunctive wherever they appear, and neither of these words shall be interpreted to limit the scope of the interrogatory.

5. The words "any," "all," and "each," shall be construed to include any, all, and each.

6. The term "First Amended Complaint" means the First Amended Complaint filed by YOU in this action.

7. The term "Chapterhouse Website" means the website with the URL www.chapterhousestudios.com.

8. The term "YOUR Website" means the website with the URL www.games-workshop.com.

**REQUESTS FOR ADMISSION**

1. On YOUR Website located at www.games-workshop.com YOU instruct members of the public to "Include an appropriate disclaimer on your web site from the list on the following webpage."

2. Before YOU filed this lawsuit, the Chapterhouse Website located at www.chapterhousestudios.com included a disclaimer stating that Chapterhouse Studios was not affiliated with Games Workshop.

3. The disclaimer that appears on the Chapterhouse Website located at www.chapterhousestudios.com is the same as the "General" disclaimer that appears on YOUR Website located at www.games-workshop.com.

2

4. The Chapterhouse Website located at www.chapterhousestudios.com uses the term "Warhammer 40,000" to refer to YOUR games.

5. The Chapterhouse Website located at www.chapterhousestudios.com uses the term "40K" to refer to YOUR games.

6. The Chapterhouse Website located at www.chapterhousestudios.com uses the terms "Space Marine" and "Space Marines" to refer to YOUR Space Marine products.

7. The Chapterhouse Website located at www.chapterhousestudios.com uses the term "Tau" to refer to YOUR Tau Empire products.

8. The Chapterhouse Website located at www.chapterhousestudios.com uses the term "Eldar" to refer to YOUR Eldar products.

9. The Chapterhouse Website located at www.chapterhousestudios.com uses the term "Dark Angels" to refer to YOUR Dark Angels products.

10. The Chapterhouse Website located at www.chapterhousestudios.com uses the term "Tyranids" to refer to YOUR Tyranids products.

11. YOU do not own any U.S. Copyright Registrations for any of the works identified in Exhibit A to Plaintiff's Responses to Chapterhouse Studios' First Set of Interrogatories.

12. YOU do not own any U.S. Copyright Registrations for the work "Warhammer 40,000 rule book," referred to in Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

13. YOU do not own any U.S. Copyright Registrations for the work "Space Marine Collectors' Guide," referred to in Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

14. YOU do not own any U.S. Copyright Registrations for the work "Warhammer 40,000 Tyranids," referred to in Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

3

15. YOU do not own any U.S. Copyright Registrations for the work "Warhammer 40,000 Space Marines," referred to in Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

16. YOU do not own any U.S. Copyright Registrations for the work "Warhammer 40,000 Dark Angels," referred to in Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

17. YOU do not own any U.S. Copyright Registrations for the work "Warhammer 40,000 Chaos Space Marines," referred to in Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

18. YOU do not own any U.S. Copyright Registrations for the work "Index Astartes II," referred to in Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

19. YOU do not own any U.S. Copyright Registrations for the work "Index Astartes III," referred to in Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

20. YOU do not own any U.S. Copyright Registrations for the work "Index Astartes IV," referred to in Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

21. YOU do not own any U.S. Copyright Registrations for the work "The Horus Heresy Collected Visions," referred to in Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

22. YOU do not own any U.S. Copyright Registrations for the work "The Art of Warhammer 40,000," referred to in Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

23. YOU do not own any U.S. Copyright Registrations for the work "White Dwarf Magazine 249," referred to in Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

24. YOU do not own any U.S. Copyright Registrations for the work "How to Paint Space Marines," referred to in Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

25. YOU do not own any U.S. Copyright Registrations for the work "Soul Drinkers," referred to in Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

26. YOU do not own any U.S. Copyright Registrations for the work "Index Astartes I," referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

27. YOU do not own any U.S. Copyright Registrations for the work "Warhammer 40,000 Space Marine Land Speeder 1998" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

28. YOU do not own any U.S. Copyright Registrations for the work "Space Marine Chaplain with skull helmet" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

29. YOU do not own any U.S. Copyright Registrations for the work "Dawn of War computer game" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

30. YOU do not own any U.S. Copyright Registrations for the work "Blood Raven decal/transfer sheet" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

31. YOU do not own any U.S. Copyright Registrations for "Space Marines in Terminator armour" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

32. YOU do not own any U.S. Copyright Registrations for "Flesh Tearers shoulder pads" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

33. YOU do not own any U.S. Copyright Registrations for "Imperial Fists shoulder pads" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

34. YOU do not own any U.S. Copyright Registrations for the work "Crimson Fists shoulder pads" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

35. YOU do not own any U.S. Copyright Registrations for the Games Workshop Black Library novels referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

36. YOU do not own any U.S. Copyright Registrations for the work "Mk. V. Heresy armour" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

37. YOU do not own any U.S. Copyright Registrations for "Legion of the Damned models" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

38. YOU do not own any U.S. Copyright Registrations for a "power fist" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

39. YOU do not own any U.S. Copyright Registrations for a "lightning claw" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

40. YOU do not own any U.S. Copyright Registrations for "storm shields" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

41. YOU do not own any U.S. Copyright Registrations for a "Land Raider" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

42. YOU do not own any U.S. Copyright Registrations for an "Alpha Legion Land Raider conversion kit" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

43. YOU do not own any U.S. Copyright Registrations for a "Dreadnought" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

44. YOU do not own any U.S. Copyright Registrations for a "drop pod" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

45. YOU do not own any U.S. Copyright Registrations for a "Rhino" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

46. YOU do not own any U.S. Copyright Registrations for a "combi weapon" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

47. YOU do not own any U.S. Copyright Registrations for a "melta gun" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

48. YOU do not own any U.S. Copyright Registrations for an "Eldar Farseer" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

49. YOU do not own any U.S. Copyright Registrations for an "Eldar jetbike" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

50. YOU do not own any U.S. Copyright Registrations for a "Tervigon" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

51. YOU do not own any U.S. Copyright Registrations for a "Tyrant" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

52. YOU do not own any U.S. Copyright Registrations for a "Swarmlord" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

53. YOU do not own any U.S. Copyright Registrations for a "Tyranid Warrior" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

54. YOU do not own any U.S. Copyright Registrations for a "Tyranid Genestealer" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

55. YOU do not own any U.S. Copyright Registrations for a "Ymgarl head component" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

56. YOU do not own any U.S. Copyright Registrations for a "rail gun" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

57. YOU do not own any U.S. Copyright Registrations for the work "Tau Empire decal sheet 2001" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

58. YOU do not own any U.S. Copyright Registrations for the work "Tau Empire symbol" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

59. YOU do not own any U.S. Copyright Registrations for an "Imperial Titan" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

60. YOU do not own any U.S. Copyright Registrations for the work "assault squad shoulder pads" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

61. YOU do not own any U.S. Copyright Registrations for the work "Salamander icon" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

62. YOU do not own any U.S. Copyright Registrations for the work "Tyranid Genestealer boxed set" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

63. YOU do not own any U.S. Copyright Registrations for the work "Space Marine Captain" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

64. YOU do not own any U.S. Copyright Registrations for the work "Sci-Fi Shoulder pad" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

65. YOU do not own any U.S. Copyright Registrations for the work "Tactical shoulder pads" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

66. YOU do not own any U.S. Copyright Registrations for the work "Salamanders chapter icon" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

67. YOU do not own any U.S. Copyright Registrations for the work "Mk1 Space Marine Armour" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

68. YOU do not own any U.S. Copyright Registrations for the work "Thunder armour" referred to in Exhibit A to Plaintiff's Response to Chapterhouse's Interrogatory No. 1.

69. Depictions of skulls were used in heraldry or iconography before their use by YOU.

70. Depictions of skulls are common in gaming.

71. The shape of a human skull is in the public domain under U.S. copyright law.

72. YOU do not own a copyright for the idea of using depictions of skulls in heraldry or iconography.

73. Depictions of piles of skulls were used in heraldry or iconography before their use by YOU.

74. Depictions of piles of skulls are common in gaming.

75. YOU do not own a copyright for the idea of using a pile of skulls to decorate products.

76. Depictions of blood drops were used in heraldry or iconography before their use by YOU.

77. Depictions of blood drops are common in gaming.

78. YOU do not own a copyright for the idea of using depictions of blood drops in heraldry or iconography.

79. The shape of a blood drop is in the public domain under U.S. copyright law.

80. The shape of the blood drop on YOUR Blood Ravens products identified in Exhibit A to YOUR responses to Chapterhouse's Interrogatory No. 1, Entry 4, is in the public domain.

81. The shape of the blood drop on Chapterhouse's "Shoulder Pads for Blood Eagle – Tactical" product identified in Exhibit A to YOUR responses to Chapterhouse's Interrogatory No. 1, Entry 4, is in the public domain under U.S. copyright law.

82. Crosses were used in heraldry or iconography before their use by YOU.

83. Crosses are in the public domain under U.S. copyright law.

84. YOU do not own a copyright for the idea of using depictions of crosses in heraldry or iconography.

Dated: September 9, 2011

Respectfully submitted,
CHAPTERHOUSE STUDIOS LLC

By: _____
Jennifer Golinveaux (CA Bar No. 203056)
J. Caleb Donaldson (CA Bar No. 257271)
Thomas J. Kearney (CA Bar No. 267087)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Phone: (415) 591-1000
Fax: (415) 591-1400
jgolinveaux@winston.com
jcdonaldson@winston.com
tkearney@winston.com

Eric Mersmann (IL Bar No. 6286859)
Catherine B. Diggins (IL Bar No. 6296237)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-1695
Phone: (312) 558-5600
Fax: (312) 558-5700
emersmann@winston.com
cdiggins@winston.com

# CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2011, I provided service of

**DEFENDANT CHAPTERHOUSE STUDIOS LLC'S**
**FIRST SET OF REQUESTS FOR ADMISSION**

to the person or persons listed below by the following means: FIRST CLASS MAIL

Scott R. Kaspar
Aaron J. Weinzierl
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312.832.4500
Facsimile: 312.832.4700
Email: skaspar@foley.com;
aweinzierl@foley.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
Email: jmoskin@foley.com

Signature: _/s/ Lisa Schuh_
LISA SCHUH

Date: September 9, 2011

11