**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:10-cv-08103 |
| v. | ) |
| | ) |
| CHAPTERHOUSE STUDIOS LLC, | ) |
| | ) Judge Matthew F. Kennelly |
| | ) |
| Defendant. | ) |
| | ) |

DECLARATION OF NICHOLAS VILLACCI

I, Nicholas Villacci, declare as follows:

1. I am the founder and only member of Chapterhouse Studios LLC ("Chapterhouse"), a Texas Limited Liability Corporation, and in charge of all of its operations. I have personal knowledge of the facts set forth herein, and if called to testify could and would do so competently.

2. I have been an avid gamer for more than twenty years. I am a longtime enthusiast of Games Workshop's Warhammer 40,000 game, "the Hobby" as it is commonly referred to by gamers. I have participated in many tournaments at which hundreds of players meet to play Warhammer 40,000.

3. I began using custom-designed pieces and accessories with my Warhammer 40,000 pieces in or around 2007. I started Chapterhouse in 2008, after other players and hobbyists expressed interest in purchasing the custom-designed pieces and accessories I was using. I routinely work with independent contractors to design the Chapterhouse products.

4. Most of Chapterhouse's products are accessories (or "bits") that players can use to customize the miniature toy soldiers they use to play tabletop war games, for example plain or decorated armor pieces such as shoulder pads; weapons; shields; and alternate heads that can be used on existing miniatures. Chapterhouse also makes custom-decorated spare parts, such as functional replacement doors with fanciful decorations, that fit various model vehicles sold by Games Workshop.

5. In order to use Chapterhouse's bits in playing a game, a player would need to own one or more miniatures to use them with.

6. In order to use Chapterhouse's replacement doors and vehicle or creature conversion kits, a player would need to own the Games Workshop product that the conversion kit is designed to fit.

7. In my experience, purchasers of war gaming miniatures and accessories are aficionados and tend to exercise care in their purchases. While single individual bits and small accessories may be relatively inexpensive, gamers typically purchase such products in quantity to use them in constructing large "armies" of toy soldiers. Therefore, gamers tend to be very knowledgeable about their hobby and are careful in purchasing models and accessories.

8. In my experience, many gamers spend hundreds of hours of play using the products they purchase, and may amass collections taking up entire rooms.

9. Chapterhouse's products are designed at the 28mm scale. Based on my experience as an avid gamer, as a consumer, and as a maker and sell of war gaming miniatures, 28mm is a standard scale in the war gaming miniatures industry.

10. Chapterhouse's products are cast from pewter or gray resin. All Chapterhouse products are sold and shipped unpainted, so that players may paint the products themselves.

11. I began making limited sales of Chapterhouse Studios products on eBay and Bartertown.com in or around June, 2008.

12. In April, 2009, Chapterhouse launched its website at www.chapterhousestudios.com. Since its launch, Chapterhouse's website has featured a prominent notice on every page disclaiming any affiliation with GW. Exhibit A is a screenshot of the current version of the home page of the Chapterhouse website, featuring the disclaimer at the bottom of the page.

13. I am not aware of any customers or potential customers being confused about the relationship between Chapterhouse and Games Workshop, or believing that Chapterhouse is somehow affiliated with Games Workshop, or believing that Chapterhouse's products originated with Games Workshop.

14. I run Chapterhouse out of my home.

15. I have reviewed Exhibit A to Games Workshop's Answer to Interrogatory No. 1 (the "Second Rev. Copyright Claims Chart"). The product Games Workshop refers to in its Second Rev. Copyright Claims Chart as product no. 110 has not yet been received from the casting company that is manufacturing the finished products, and has never been sold or offered for sale.

I declare under the penalty of perjury that the foregoing is true and accurate.

Dated: August 14, 2012

By: /s/ Nicholas Villacci
Nicholas Villacci

SF:338384.2

-3-

VILLACCI DECLARATION IN SUPPORT OF CHS'S MOTION FOR SUMMARY JUDGMENT