# EXHIBIT A



Shopping Cart | Checkout





### Welcome to ChapterHouse Studios

ChapterHouse Studios specializes in the creation of high end resin and metal miniature kits and parts applicable for use in a wide variety of Fantasy and Sci-fi Roleplaying and Wargaming. Our mission is to help address public demand for unavailable parts and iconography with the highest standards possible. As our company grows, so to does our ambition, and in the upcoming months we will be introducing some truly fantastic conversion kits and brand new miniatures! We can't wait to share our new work with you, so stay tuned!

### Featured



**TRU-Scale Knight Praetorius Conversion Kit - 6**
$22.50



**Alternative Heads for Tau Crisis Suits - Set #1**
$4.00



**Magnetic Turret Kit for the Razorback**
$17.50







| Javelin Imperial Jet Bike | Pilum Imperial Attack Jet Bike | TRU-Scale Knight Praetorius "Order of the Empress's Tears" Conversion Kit - 6 |
|---|---|---|
| $14.00 | $22.50 | $22.50 |
| ★★★★★ | | |

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept PayPal   About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy   2011 ChapterHouse Studios®

http://chapterhousestudios.com/[8/10/2012 5:53:33 PM]