IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>          Plaintiff,<br><br>  v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br>          Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

**PLAINTIFF GAMES WORKSHOP'S MOTION FOR SUMMARY JUDGMENT**

  Games Workshop Limited hereby moves for summary judgment under Fed.R.Civ.P. Rule 56 (i) finding that Games Workshop is the owner of copyright in all of the works at issue herein; (ii) dismissing defendant's defense of independent creation; (iii) dismissing defendant's defense that some unspecified number of sculptural works of plaintiff may not enforceable under English copyright law; (iv) finding that the entirety of defendant's product offering as well as individual products infringe Games Workshop's copyrights in its Warhammer 40,000 works and (v) finding that defendant's unauthorized use of Games Workshop's registered and unregistered trademarks constitutes trademark infringement. This motion is supported by the accompanying declarations of Alan Merrett, Andrew Jones, Jonathan Moskin and Jason Keener, Plaintiff's Statement of Undisputed Fact and the accompanying Memorandum of Law.

Dated: August 14, 2012	Respectfully submitted,

/s/ Jason J. Keener

Jason J. Keener (Ill. Bar No. 6280337)
Aaron J. Weinzierl (Ill. Bar No. 6294055)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312.832.4500
Facsimile: 312.832.4700
Email: jkeener@foley.com;
aweinzierl@foley.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
Email: jmoskin@foley.com

*Attorneys for Plaintiff*
*Games Workshop Limited*

4810-9588-4558.1

**CERTIFICATE OF SERVICE**

I, Jason J. Keener, an attorney, hereby certify that on August 14, 2012, I caused to be filed electronically the foregoing PLAINTIFF GAMES WORKSHOP'S MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

/s/ Jason J. Keener
Jason J. Keener