**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>               Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON<br>PAULSON d/b/a PAULSON GAMES<br><br>               Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

## GAMES WORKSHOP'S STATEMENT OF UNDISPUTED MATERIAL FACTS

### A History of Warhammer 40,000

1.      Warhammer 40,000 (or Warhammer 40K) was first launched in 1987, in a book entitled Rogue Trader.  (Ex. 1, Merrett Decl. at ¶ 2).  The fictional universe and basic game were created by a small group of key employees, John Blanche, Jes Goodwin, Alan Merrett and Rick Priestley.  (Id.).

2.      Warhammer 40,000 quickly achieved great commercial success and currently represents a body of hundreds of books and magazines and video games (made under license) portraying the fictional world and setting forth information and rules about the related table-top wargame of the same name, a movie, computer games, and thousands of collectible figurines that are sculpted and produced by Games Workshop and collected, painted and displayed by fans and used in the tabletop wargame.  (Id. at 3) Seven of the books have been New York Times bestsellers.  (Id. at 3)  Sales of the books and other products are approximately 156 annually, including licensing  (including $54 million the United States, including licensing), where the products are sold at 87 hobby stores owned and operated by Games Workshop and

1396 of independent hobby stores.  (Ex. 2, Jones Decl. at ¶ 2, 5).  A complete sales summary is attached as Exhibit 3. Warhammer 40,000 is also the hub of a wide social network, some of which can be experienced at the many on-line forums devoted exclusively or primarily to Warhammer 40,000 and its fans (including Bolterandchainsword.com, Dakkadakka.com, Warseer.com, frothersunite.com, heresyonline.net, and others).  (Ex. 1 at ¶ 3).  Other online resources for Warhammer 40,000 also exist, such as lexicanum.com and Warhammer40k.wikia.com (unofficial online encyclopedias).  Fans also gather at annual and other regularly scheduled events such as Games Day events organized by Games Workshop (including the July 28, 2012 Games Day in Chicago, Illinois that was attended by thousands, and the independently organized Adepticon, also in Chicago, which occurred on April 19-21 and was attended by thousands).   (Id.).  Videos of these events are available either on Youtube or on attached Exhibits 123 and 124 (Ex. 1 at ¶3; Ex. 20, Keener Decl. at ¶2).

        3.        The Warhammer 40K universe is set in a savage 41st Millennium where Mankind must battle for survival in a galaxy riven by bloodshed and destruction.  (Ex. 1 at ¶ 4).  Humanity teeters on the brink of extinction, assailed on all sides by aliens, traitors, and Daemons.  (Id.)  Humanity is protected by elite genetically engineered super-soldiers (called Space Marines) and innumerable "Imperial Guard" (which is the largest fighting force defending humanity).  (Id.)  The various races warring against Mankind include, but are not limited to:

- Eldar – An ancient alien race possessed with incredible skill, dazzling technology, and preternatural swiftness;

- Tau – A fledgling race that is rapidly expanding their empire through the use of advanced technology to compensate for their meager physique;

- Tyranids – An alien bio-engineered horror from beyond the galactic void that devours all in their path; and

4836-3108-0720.5

- Chaos – Once loyal warriors who fought for Mankind who have forsaken their oaths of loyalty and turned against humanity, loyal only to the Dark Gods of Chaos.  (Id.)[1]

4.      For each specific race, Games Workshop's books, magazines, and other products flesh out the specific history, legends, characters, weapons, vehicles, culture, and other details of that race.  (Ex. 1 at ¶ 5).  By way of example[2], during the 30th millennium, the Emperor of Mankind created twenty Primarchs, genetically engineered superhumans possessing immense physical and psychic power.  (Id.)  Each Primarch's genome was used to serve as a template for a different legion of Space Marines.  (Id.)  During the 30th Millennium, the Emperor used the Space Marines to conquer human-inhabited worlds to create the Imperium of Man.  (Id.)  Near the end of this campaign, nine of the twenty legions converted to worship Chaos Gods and rebelled against the Emperor (the "Horus Heresy", named after one of the Primarchs who rebelled).  (Id.)  The rebels were defeated and banished, but continue fighting on behalf of the Chaos Gods.  The remaining legions were restructured into smaller units called "Chapters" to make future mass rebellion unlikely.  (Id.). Much of the Warhammer 40K universe focuses on Mankind's continued struggle for survival with the assistance of these Space Marine Chapters. (Id.)  Since 1993, the strapline for each new edition of Warhammer 40,000 is "In the grim darkness of the far future there is only war."  (Id.)

5.      In additional to the numerous books and artwork depicting the Warhammer 40K universe, there is also an associated tabletop miniature war game played with 28 millimeter (approximately 1 inch/6 feet) scale miniatures that represent the futuristic soldiers, creatures, weapons and other tools of war Games Workshop has created. (Ex. 1 at ¶ 6).  The

---

[1] The Warhammer 40K universe includes a number of other races as well, such as Necrons, Orks, Daemons, Dark Eldar, etc. (Ex. 1 at ¶ 4), that are irrelevant to the present motion as Chapterhouse has not yet focused its business on any of these races.

[2] As shown below (infra ¶¶ 41-47) the depictions of the "pre-history" of Warhammer 40,000, occurring in the 30th millennium and described in various works as part of "The Horus Heresy" is particularly relevant here as a basis of inspiration for many of Chapterhouse's accused products.

background and playing rules of each army are specified in the rule books and supplemental army "codexes" published by Games Workshop, along with articles in Games Workshop's monthly magazine, *White Dwarf*. (Id.) The rules attempt to account for the various unique characteristics present for each race, character, or weapon that exists in the Warhammer 40K universe. (Id.).

6.     The miniatures and vehicles sold by Games Workshop require assembly and painting. (Ex. 1 at ¶ 7). Hobbyists (whether or not they play the game) assemble and paint the miniatures. (Id.) These miniatures are displayed in private collections, at local hobby groups, at local hobby stores (including Games Workshop stores), at conventions (including conventions hosted by Games Workshop), online, and in Games Workshop's various publications. (Id.).

7.     These miniatures may also be assembled into armies that can be pitted against those of other players. Unlike other battle strategy games such as Risk or Stratego, there is no board for play. (Ex. 1 at ¶ 8). Each player brings a roughly equal "value" of units to a tabletop "battlefield", typically 4 ft by 6-8 ft, decorated with various terrain features (hills, trees, ruined buildings, etc.). (Id.) The players then decide upon a scenario, ranging from simple skirmishes to complex campaigns surrounding events in the Warhammer 40K universe involving obtaining and defending various objectives. (Id.) Subject to the game rules, players develop strategies and take turns advancing the model armies and firing their weapons on the tabletop battlefield, rolling dice to determine the results of various types of combat. (Id.). It is Games Workshop's understanding that the collection and painting of miniatures represents a larger portion of the use of the works than does game play. (Id.)

### The Origin and Ownership of Games Workshop's Works

8.      Games Workshop itself originated in London in 1975, and in 1983 developed Warhammer, set in a medieval fantasy time.  (Ex. 1 at ¶ 9).  By the time it developed Warhammer 40K in 1987, Games Workshop had moved to Nottingham where the creative core of the company (Messrs Blanche, Goodwin, Priestley and Merrett) were devoted full-time as employees of the company (the creative core of the company remains there today).  (Id.).

9.      Among the four original creators of Warhammer 40,000, Mr. Goodwin is a sculptor and Mr. Blanche a painter, and they created most of the original artwork.  (Ex. 1 at ¶ 10).  None of the designs for the characters, races and armies have any known antecedents.  (Id.) To be sure, Warhammer 40K incorporates some symbols and graphic elements drawn from heraldry and other historical sources (e.g., wolves and Roman numerals and crosses) but as used in Warhammer 40K, those individual elements have been modified and thoroughly integrated with other elements (graphic and sculptural) to form something unlike any known prior works. (Id).  Although Chapterhouse's claimed experts were able to locate examples where certain symbols taken in isolation had been used previously or had historical bases, even Chapterhouses's experts were unable to identify and direct historical antecedents for any of Games Workshop's actual figures and the combinations of graphic and design elements they comprise (Ex. 5, Brewster Tr. at 54:14-20, 64:11-22, 66:10-14, 77:7-78:2, 90:9-93:3, 133:21-135:1, 137:22-138:15, 144:18-145:2, 147:8-17, 162:11-15, 166:5-23, 167:8-24, 179:14-180:11, 183:24-184:6, 184:19-185:2, 186:22-187:4, 188:8-12, 190:7-16, 191:2-8, 195:11-196:2, 199:2-6, 241:3-20; and Ex. 6, Wolfe Tr. at 70:15-71:17, 75:12-16, 94:1-23, 107:13-109:9, 112:16-113:3, 148:17-149:8, 166:3-17, 173:1-8, 175:14-177:23, 179:22-180:4).  Games Workshop is aware of none. (Ex. 1 at ¶ 10)  For instance, although something as simple as a Roman numeral is used as

one of the identifying features, it has a specific meaning within the underlying story such that only certain characters would wear the numeral on a specific location for a specific purpose and only in combination with other specific symbols (such as an arrow, a crossed X, or a chevron). (Id.).

10.     Although many of the miniatures Games Workshop produces are small, the plastic models are originally sculpted in three times the size of the final commercially sold versions. (Ex. 1 at ¶ 11)  The creative process often takes several months whereby concept art is first sketched and/or painted in two dimensions and then sculpted in clay. (Id.)  Only then are the sculptural works readied for production. (Id.)  In almost all instances, the sculptor(s) are given credit for the product by having their name(s) appear on the boxes of the mass produced versions or in the monthly *White Dwarf* magazine announcing the product release. (Id.).

11.     Although, as estimated by Mr. Goodwin, 95-99% of the company's products are created by employees[3], it has over the years employed a small number of free-lance artists. (Ex. 7, Goodwin Tr. at 57:6-15; Ex. 1 at ¶ 12).  However, it has had a general practice of collecting confirmatory assignments from such individuals, notwithstanding that some have been lost over the years. (Ex. 1 at ¶ 12).  Nonetheless, Games Workshop has confirmatory assignments for the works here at issue in which an individual who might nominally be deemed a freelance artist[4] participated. (Id.).  Even when Games Workshop does work with freelance artists, it directly participates in and closely supervises the process, as every work must fit within the broader Warhammer 40K universe. (Id.).  There are also a small number of works created by employees (Ex. 8, Sup. Resp. to Interrogatory 22) for which Games Workshop is unable to locate

---

[3] The head of Legal, Licensing & Strategic Projects, Andy Jones, put the figure at 99.9% (Ex. 9, Jones Tr. at 99:10-101:13)

[4] Many of these individuals have also been employees at one time or another (Ex. 1 at ¶¶ 12-13) and the line between freelancer and employee under UK law is highly fact-specific (Ex. 8, Bloch Report at ¶¶ 44-53, 98-101).

4836-3108-0720.5

employment records (or confirmatory assignments). However, Alan Merrett, Games Workshop's Head of Intellectual Property is able to vouch for their employment status (Ex. 1 at ¶ 13). As a practical matter, no such individual has ever purported to challenge Games Workshop's ownership of the subject works. (Id.) Even if they had, as a matter of English law, Games Workshop would, minimally, be deemed a joint author of such works or owner by equitable assignment. (Ex. 10, Bloch Report ¶¶ 60-97, 102-111).

12.     Games Workshop owns copyright registrations or has pending applications to register copyright for the works in issue. (Ex. 2 at ¶ 3; Ex. 11, Copyright Registrations; Ex. 12, Pending Registrations) .

13.     Games Workshop has sold its Warhammer 40K publications and products in the United States since 1987 and as shown by the Sales Summary attached as Exhibit 3, it has sold products bearing the trademarks in issue since prior to Chapterhouse's launch of its competing business and products (all of which – with the possible exception of two or three of its most recent offerings launched well after commencement of this case - are designated by Chapterhouse using Games Workshop's prior product and character names . (Ex. 2 at ¶ 5).

14.     Games Workshop also owns registrations for the following trademarks:

- WARHAMMER

- WARHAMMER 40,000

- 40K

- 40,000

- GAMES WORKSHOP

- GW

- SPACE MARINE

4836-3108-0720.5

- ELDAR

- DARK ANGELS

- TAU

- AQUILA design

(Ex. 2 at ¶ 4; Ex. 13, Trademark Registrations)

15.     Among the names previously adopted and used in commerce by Games

Workshop that Chapterhouse has chosen to use for its products in issue are the following:

Adeptus Mechanicus, Assault Space Marine, Alpha Legion, Black Templars, Blood Angels, Blood Ravens, Tyranid Bonesword, Cadian, Carnifex, Chaos Space Marines, Chaplain, Chimera, Crimson Fists, Dark Angel, Death Watch, Devastator Space Marine, Dreadnought, Drop Pod, Eldar, Eldar Farseer, Eldar Jetbike, Eldar Warlock, Eldar Seer Council, Empire, Exorcist, Flesh Tearers, Gaunt, Genestealer, Heavy Bolter, Heresy Armour, Hellhound, High Elf, Hive Tyrant, Horus Heresy, Howling Banshee, Howling Griffons, Imperial Fists, Imperial Guard, Inquisition, Iron Hands, Jetbike, Jump Pack, Land Raider, Land Speeder, Tyranid Lashwhip, Legion of the Damned, Librarian, Lightning Claw, Melta, Mk II Armour, Mk V Armour, Mycetic Spore, Plasma, Predator, Rhino, Salamander, Striking Scorpion, Soul Drinker, Space Wolves, Stormraven, Storm Shield, Tactical Space Marine, Techmarine, Termagants, Terminator, Tervigon, Thousand Sons, Thunder Hammer, Tyrant, Tyranid, Tyranid Warrior, Ymgarl. (Ex. 2 at ¶ 6).

16.     Additionally, many of the symbols associated with the characters and

armies of the WARHAMMER 40,000 universe, as well as the accessories for these characters

and armies, have also become well-known and immediately recognizable to the many fancs of

the game as used on and in connection with the respective characters, including without

limitation:

Black Templars icon, Blood Ravens icon, Blood Angels icon, Celestial Lions icon, Dark Angels winged sword icon, Exorcist skul icon, Flesh Tearers icon, Howling Griffon icon, Imperial Fists icon, Iron Snakes icon, Legion of the Damned icon, Chaos Space marines eight-pointed star icon, Soul Drinkers icon, Salamanders icon, Tau Empire icon, Space Marine Tactical squad icond, Space Marine Assault squad icon, Space Marine Devastator squad icon, Ultramarine

icon, Adeptus Mechanicus cog icon, Iron Hands icon, Space Wolves icon, Thousand Sons icon, Mantis Warrior icon. (Ex. 2 at ¶ 7).

### Chapterhouse Studios

17. Games Workshop first discovered Chapterhouse in 2008, when it was selling its products on eBay (Ex 14, GW002525-27, 002530-32, 002535-37, 0002540-42) and a similar auction site called Barterhouse (Ex 15, GW002512-24). The products were sold simply under Games Workshop's trademarks (e.g. "Iron Snakes; Salamanders and Soul Drinker Shoulder Pads" on Bartertown and on eBay "Space Marine 40K Terminator Squad Bits for Salamanders"; "Space Marine 40K 10 squad bit kit Salamanders Dragon"; "Rhino Armor Kit Salamanders Warhammer 40K Space Marines" and "Resin Drop Pod for 4oK Warhammer 40000 Space Marines"). (Exs. 14-15, Ex. 2 at ¶ 8) Games Workshop has received emails evidencing this customer confusion. (Ex. 122).

18. At his deposition (despite repeated objections from counsel) Mr. Villacci was unable to identify any Chapterhouse products that were not influenced by Games Workshop's own products and books (Ex. 15, Villacci Tr. at 235-39) and ultimately admitted ██

████████████████████████████████████████████████████████████████

████████████████████████" (Id. at 239:6-8)

19. Mr. Villacci stated at the time he first started selling the accused products:

████████████████████████████████████████████████████████████████

████████████████████████████████████ (Ex. 15)[5] The name Chapterhouse thus conveys an obvious association with Warhammer 40K's Space Marine "Chapters." Iron Snakes,

---

[5] Notwithstanding that the business is focused only on creating products for chapters of the Space Marines and absolutely nothing to do with ███████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████

4836-3108-0720.5

Salamanders, and Soul Drinkers are all different established Space Marine Chapters created by Games Workshop in the Warhammer 40K universe.  (Ex. 1 at ¶ 15)

20.    In a July 18, 2011 webcast (posted well after commencement of this action), Mr. Villacci explained that his method of generating new product ideas is to derive them directly from Games Workshop's publications – particularly where Games Workshop has not yet launched a product to fill the perceived demand among players.  (Sometimes these are also in response to customer requests.)  In his own words, and in response to a question from the interviewer as to how he decides to launch new products, Mr. Villacci admits:

> We put ourselves in the position of the player out there who doesn't have a lot of options.  He's read the book and says, hey cool, you know.  You really fall in love with Soul Drinkers or you play a ton of war games and you fall in love with Blood Ravens[6] and you want to do something to use them on the table but there's no option.

See http://www.tangtwo.com/11thcompany/episodes.cfm, Episode 78 at 2:15:09 - 2:16:11.

21.    In 2008, Chapterhouse created a website where it presents images and descriptions of all of its accused products.  (See www.whois.com/whois/chapterhousestudios.com)  The website had the prominent banner headline "Specializing in Custom Sculpts and Bits for Warhammer 40,000 and Fantasy".  (Ex. 18, CHS000028-30)  All of the products on the website are designed for use with Warhammer 40,000, and although the website was redesigned during the pendency of this litigation to make less explicit many of the references to Warhammer 40,000 its website is still organized by reference to Games Workshops trademarked product names.  (Ex. 19)  Thus, there is a section of "Eldar Compatible Bits"; "Space Marine Compatible Bits"; "Tau Compatible Bits"; Tyranid Compatible Bits". Another product category is for "Super Heavy Kits" but it consists of only one

---

[6] The Blood Ravens is another established chapter of the Space Marines created by Games Workshop. (Ex. 1 at ¶ 15)

product that was first launched by Chapterhouse as a "Tau" Super Heavy Walker modeled on Games Workshop's Tau vehicles.  (Id.)

22.     The website includes a disclaimer of association with Games Workshop (but with no other entity) and also the following admission (which was expanded to its current format during the pendency of this litigation):

> Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.
> (Ex. 18 at 3)

### Chapterhouse's Use of Games Workshop's Copyrights

23.     The owner of Chapterhouse, Nick Villacci, ██████████████████████

████████████████ (Ex. 16 at 73:20-74:2).

████████████████████████████████████████████████████████

████████████████████████████████████████. (Id. at 70:24-71:24, 72:12-73:5)

 . (Id. at 81:13-17, 82:25-83:25)

24.     Mr. Villacci claims ████████ (Ex. 21 at 51:8-11), but instead ████████████ (Id. at 49:22–51: 18).  One of the designers succinctly explained the process:

A:  He [Villacci] wants the icon to be recognizable but still interesting.



(Ex. 22, Traina Dep. at 66:17-67:14, 94:16-23, 103:24-105:8)

25.     Mr. Villacci himself explained the process in one of the on-line forums where Chapterhouse advertises and promotes its goods.  In response to a request from a potential

4836-3108-0720.5

customer to make products for the Iron Hands Space Marines,[7] Mr. Villacci wrote: "We have been considering that chapter for a while, we just need to be able to create an icon similar enough to the real GW icon while being acceptable to players as well, but we can't copy the GW one straight on …it's a tricky thing."  (Ex. 23, Heresy-Online.net 10/24/09 at 3).

26.     Mr. Villacci, testifying in his capacity as document custodian, ███████ ██████████████████████████████████████████████████████ (Ex. 21, Villacci Tr. at 47: 14–48:22).  Nor does Chapterhouse know ████████████████████████ ███████████████████████ (Id. at 49:22–51:18, ███████████████████ █████████████████████████████").  However, documents produced in this litigation explain Chapterhouse's general business model of creating reproductions or derivative works based on Games Workshop's books and (occasionally) its sculptural figures. Chapterhouse focuses primarily on creating models based on elements and characters from paintings and drawings of characters and accessories Games Workshop does not (yet) sell. There are no documents indicating that Chapterhouse has ever developed any products without some reference to Games Workshop's works, and despite initially refusing to participate in discovery until it could move for summary judgment on grounds of independent creation, Mr. Villacci now admits ████████████████████████████████████████████ ████████████████████████████████████████████████████████ ██████████████████████████.")

27.     Mr. Villacci explained to one of the designers his general understanding that ██████████████████████████████████████████████████████ ████████████████████████████████████████████████████ ████████████████████████████████████████████████████

---

[7] Iron Hands is another Games Workshop created Space Marine Chapter.  (Ex. 1 at ¶ 15)

4836-3108-0720.5



." (Ex. 24, WT00030)

Although it is not clear in this context what is meant by "████████" it is undisputed that all of

the models are made to correspond to Warhammer 40K.

28.     As Mr. Villacci explained to one designer (Jeff Nagy, who created various

shoulder pads; doors for vehicle kits, the javelin class jet bike and other items) (Ex. 17, Supp

Resp to Interrog 3): (Ex. 25, JN001310)

29.     Mr. Villacci likewise explained to Mr. Nagy on June 17, 2009: (Ex. 26, JN00087-88)

30.     Thus, instead of directly copying a miniature produced and sold by Games

Workshop, Chapterhouse's main lines of products are based off of perceived holes or gaps in

Games Workshop's product line. Chapterhouse produces products for which Games Workshop's

Warhammer 40K universe provides artwork and literary background for, but for which Games

Workshop has not, or not yet, released a miniature.  A few examples follow:

### *Eldar Figures*

31.     One of the armies in the Warhammer 40K universe is the Eldar, an ancient

alien race having mythic skills, cutting edge technology, and preternatural swiftness.  (Ex. 1 at ¶

16).  For purposes of this case, four relevant types of individuals in Games Workshop's Eldar

society are the Striking Scorpions, the Howling Banshees, the Eldar Farseer, and the Eldar

4836-3108-0720.5

Warlock.  (Id.)  Additionally, a common vehicle used by the Eldar is an Eldar Jetbike.  (Id.)

Examples of each of these are depicted below:





Eldar Striking Scorpion
(Ex. 27 at 2)

Eldar Howling Banshee
(Ex. 28 at 31, GW011375; Ex. 29)

Eldar Farseer
(Ex. 28 at 26, GW011373;
Ex. 30, GW002349)







Eldar Warlock
(Ex. 28 at 28, GW011374; Ex. 31)

Eldar Jet Bike
(Ex. 28 at 40, GW011377; Ex. 32)

4836-3108-0720.5

(Ex. 1 at ¶¶ 16-17).

      32.    Each Eldar class of individuals has their own unique characteristics:

- The Striking Scorpions class of Eldar known for being skilled in close combat. Games Workshop's models of Striking Scorpions are usually male. Their unique features include a Scorpion Chainsword (a vicious blade with diamond-toothed edges and a gemstone on the hilt), a Shuriken Pistol (which can be attached to its wrist), and Mandiblasters (two small guns attached to the side of the their helmet that fire needle-thin shards that act as a conductor for a highly charged laser blast). They wear plate armour and have a thick lock of hair protruding from the back of their helmet. (Ex. 1 at ¶ 18);

- The Howling Banshees are a class of Eldar also known for deadly hand-to-hand combat. Games Workshop's models of Howling Banshees are usually female. Their unique features include a conical style helmet with hair flowing out of the back, segmented armour plates over a bodysuit, a grid-like mouth, and a long loin cloth held up by circular stones. (Ex. 1 at ¶ 18);

- The Eldar Farseer is a class of Eldar who have the ability to predict the future. Their weapons include a Spear or Sword. However, Games Workshop does not sell a Farseer miniature with a sword. Instead of armour, they wear a set of robes. While they also have the iconic Eldar style conical helmet, they also have a one or two curved protrusions extending upward. (Ex. 1 at ¶ 18);

- The Eldar Warlock is a class of Eldar with psychic abilities. Their unique weapons either include a Witch Blade or a Singing Spear. Instead of armour, they wear a set of robes, but still maintain an iconic Eldar style conical helmet. (Ex. 1 at ¶ 18); and

- The Eldar Jet Bike has a similar function to the Space Marine Jet Bike discussed below but is stylized in the Eldar style, including an elongated, smooth, tapering shape. (Ex. 1 at ¶ 18).

      33.    Chapterhouse has created and sells a female warrior protected by the

"goddess of the Scorpion" called "Armana'serq Warrior Priestess:

4836-3108-0720.5



Armana'serq Warrior Priestess
(Ex. 33)




Games Workshop's Striking Scorpion
(Ex. 27)

This female warrior princess shares the same unique characteristics as Games Workshop's all-male Striking Scorpion. The warrior is equipped with a diamond-toothed sword, a pistol attached to its wrist, and two small blasters attached to either side of the face and a gemstone on the hilt of the sword. Instead of the smaller chainsword, Chapterhouse also provides a larger two-handed chainsword. She wears plate armour and has a thick lock of hair protruding from the top of her head.

34.     As Games Workshop does not produce a female Striking Scorpion, Chapterhouse's documents make clear that Chapterhouse's intent was to fill in this perceived gap and make a female version of Games Workshop's Striking Scorpion figurine.

4836-3108-0720.5

- In developing the product with the designer, Michio Okamura, Mr. Villacci and the designer referred to the figure ███████████ █████ ████████████████████ ████████████████████████ ).”  (Ex. 34, MO00002);

- Mr. Villacci further explained: “██████████████████████ ████████████████████████████████████ ██████████████ (Ex. 35, MO00024);

- Although at his deposition Mr. Villacci professed ignorance ████████ █████████████████████████████████████████████ █████████████████████████████████████████████████ ████████████████████████████.”  (Ex. 35, MO000026);

- Mr. Okamura referred to his initial model as ██████████████████ ██████████████████████ (Ex. 35, MO000029);

- As to the overall design, Mr. Okamura inquired of Mr. Villacci: “██ ████████████████████████████████████████████████ █████████████████████████████████████████████████ ██████████████████████ ” (Ex. 35, MO000026); and

- According to Mr. Okamura, ██████████████████████████ █████████████████████████████████████████████████ ████████████████████ (Ex. 35, MO0022).

35.     Chapterhouse has created and displayed on its website a concept sketch for a future product called a Hell Hound, which Chapterhouse describes on its website as a “male Howling Banshee”:

---

[8] In Games Workshop's literature concerning the Eldar race, they are described and defined as a type of elf.  (Ex. 1 at ¶ 16)
[9] An Exarch is a type of Eldar Warrior. (Ex. 1 at ¶ 16)

4836-3108-0720.5







Chapterhouse's "Hell Hounds" (Ex. 36, CHS001192)

Games Workshop's Eldar Howling Banshee (Ex. 28 at 31)

Games Workshop's Eldar Howling Banshee (Ex. 29)

This male Howling Banshee has the same unique characteristics as Games Workshop's female Howling Banshees, including a conical style helmet with hair flowing out of the back, segmented armour plates over a bodysuit, a grid-like mouth, and a long loin cloth held up by circular stones.

36.     As Games Workshop does not produce a male Howling Banshee, Chapterhouse's documents make clear its intent to fill this perceived gap by creating a male version of Games Workshop's expression of a Howling Banshee:

- Mr. Villacci suggested to Mr. Okamura ███████████████████████ ████████████████████████████████████████████ ████████████████████ (Ex. 35, MO000024);

- Reflecting a deep knowledge of the Games Workshop mythology, Mr. Okamura agreed to try such a design: ████████████████████████████ █████████████████████████████." (Ex. 35, MO000023); and

- Mr. Okamura described his vision as a male version of Games Workshop's Howling Banshee: ██████████████████████████████████ ████████████████████ (Ex. 37, MO00295).

37.     Chapterhouse has created and sells a "Doomseer Iyanar-Duanna" model:





Chapterhouses' "Doomseer Iyanar-Duanna"                Games Workshop's Eldar Farseer
(Ex. 38, CHS000381)                                    (Ex. 28 at 26, Ex. 30)

This "Doomseer" has the same unique characteristics as Games Workshop's Eldar Farseer.

Besides being described as having the ability to predict the future, the Doomseer's weapons also

include a choice of spear or sword.  Instead of armour, the Doomseer wears a set of robes.  In

addition to having the iconic Eldar style conical helmet, the Doomseer also has two curved

protrusions extending upward that are uniquely associated with Games Workshop's Eldar

Farseer.

38.     While Chapterhouse has produced limited documents regarding the

creation of the Doomseer, its testimony and unproduced documents that Games Workshop

discovered independently clearly show Chapterhouse's intent to copy Games Workshop's

expression of a Eldar Farseer.

•   During the July 18, 2011 webcast interview with Mr. Villacci (*supra* ¶ 19), the
    interviewer, who is plainly well-versed with Warhammer 40K, admits that when he first
    saw Chapterhouse's "Doomseer" product: "At first view I first thought it was a either a
    Forgeworld[10] or GW model [inaudible] I came to find out later it Seer was not  world or
    GW at all". Id. at 2:12:08 - 2:12:23;

_____
[10] Forge World is part of Games Workshop.  (Ex. 1 at ¶ 11).

- Internally, Mr. Villacci referred to the product simply as ███████████ " (Ex. 35, MO000028);

- In one of the Warhammer 40K forums, Frothers Unite, Mr. Villacci admitted of the "Doomseer" (after being hotly challenged by others on the forum for his suggestion there were differences between his model and Games Workshop's Eldar figures[11]) that "Its obviously supposed to be a female sculpt for Eldar players, noone ever denied that." (Ex. 39 at 2); and

- On May 1, Another forum member openly mocked the suggestion that the figure was anything but a copy. Part of a far longer discussion of the nature of the copying included the following[12]

    "You know what, you're right, there is absolutely no resemblance between your and theirs. Its completey coincidence and there is no way that you're actually trying to knock off an eldar farseer. Doomseer. Farseer/Warlock, whatever.



    It is also absolutely crazy of all of us to think that the fact that you had it painted with an Eldar rune on its head is anything other than happenstance. Given the myriad ways lines can be arranged into glyphs, it should give no more suprise when they randomly come together in a form that is completely in line stylisticly with an idiom that your sculpting also coincidentally lines up with, than it should suprise us when it doesn't. Thats how random chance works after all" (Ex. 39 at 3).

    39.    Chapterhouse has created and sells both a "Farseer Jetbike Conversion

Kit" and a "Warlock Jetbike Conversion Kit" under its "Eldar Compatible Bits" section. These

products allow a customer to convert a standard Games Workshop Eldar Jetbike product into a

---

[11] At 9:54 pm one forum member wrote "No, the faceplate and frontal structure is almost identical to the second one, and indeed any of the original Warlocks, or the first Dire Avengers." Dire Avengers are Eldar figures. (Ex. 39 at 1).

[12] In response to Mr Villacci's suggestion that the "pulled her name from some ancient priestess names and changed a few letters up" (id.), the forum member further responded "Its really childish of us to think that Iyanar has any similarity to the craftworld of Iyanden. It is so obviously a randomization of 'some thing I found on google and rearranged' that to note the congruence with the estableshed IP that it sails so close to would be just plain fatuous. Shame on us." The Iyanden Craftworld was once one of the largest and most prosperous of the Eldar craftworlds, which were colossal spacecraft on which the Eldar took refuge. (Ex. 39 at 3).

4836-3108-0720.5

representation of a Games Workshop Eldar Farseer or Eldar Warlock riding a Games Workshop

Eldar Jetbike:



Farseer Jetbike Conversion
(Ex. 40)

Warlock Jetbike Conversion
(Ex. 40)

Chapterhouse's Conversion Kit
(Ex. 40)

Games' Workshop's Eldar
Farseer
(Ex. 28 at 26; Ex. 30,
GW002349)

Games Workshop's Eldar Warlock
(Ex. 28 at 28; Ex. 31)

Games Workshop's Eldar Jet Bike
(Ex. 28 at 40; Ex. 32, GW002350)

These Farseer and Warlock conversion kits share the same unique features as Games

Workshop's Eldar Farseer and Eldar Warlock, including that both are equipped with either a

4836-3108-0720.5

spear or a sword; both have the iconic Eldar conical helmet; both are wearing a set of robes instead of armour and both are rendered in the same overall style.

40.    As Games Workshop does not sell an Eldar Farseer or Eldar Warlock capable of being placed on an Eldar Jetbike, Chapterhouse's documents confirm its intent to copy both Games Workshop's Eldar Farseer and Warlock expressions in a way that will fit onto Games Workshop's Eldar Jet Bike in order to fill this perceived gap in Games Workshop's line. This was accomplished by adding copies of the Eldar's legs to fit onto the Chapterhouse Jetbike, onto which can then be mounted Eldar torsos from Games Workshop:



- "████████████████████████████████████████y" (Ex. 41, CHS003606);
- "████████████████████████████████ (Ex. 42, CHS003624);
- ████████████████████████████████████████ (Ex. 43, CHS003628);
- ████████████████████████████████████████ (Ex. 44, CHS003629);
- ████████████████████████████████████████ (Ex. 45, CHS005431);
- ████████████████████████████████████████ (Ex. 46, CHS006351); and
- ████████████████████████████████████████

---

[13] Dakka dakka is one of the online forums devoted to fans of Warhammer 40K.

4836-3108-0720.5

████████████████████████████████████████████████████████" (Ex.
47, CHS006360).

### *Pre-Heresy Accessories*

41.     One particularly relevant body of work that has been a source of
inspiration for many of defendant's accused products is Games Workshop's *Horus Heresy*.
Games Workshop has produced numerous books, articles, and other products that detail the
*Horus Heresy* rebellion against the Emperor in the 30th millennium (something of a prequel to
the main body of the Warhammer 40,000 universe) by the nine Space Marine Legions that were
corrupted by the Chaos Gods. (Ex. 1 at ¶ 19).

42.     As the events of the *Horus Heresy*, occurred about 10,000 years prior to
the main body of the Warhammer 40K universe, much of the Games Workshop artwork details
"pre-heresy" armour and weapons that look different from the "post-heresy" armour and
weapons that are the subject of the bulk of Games Workshop's miniatures.  (Ex. 1 at ¶ 20).
Examples of pre-heresy and post-heresy Space Marine armor are below:



Pre-Heresy Armor (Mk 1 Thunder Armor)
(Ex. 48 at 139)



Pre-Heresy Jump Pack
(Ex. 48 at 284)

---

[14] In the Warhammer 40K mythology, "Spirit Stones" are used by Eldar as receptacles for spirits of their ancestors.
(Ex. 1 at ¶ 16).

4836-3108-0720.5




Post-Heresy Armor
(Ex. 49 at 71, GW001727)

Post-Heresy Jump Pack
(Ex. 50, GW002324)

(Ex. 1 at ¶¶ 20-21).

43.     This pre-heresy artwork contains unique elements:

- The pre-heresy armour has unique shoulder pads consisting of overlapping plates with a series of rivets or studs.  Additionally, the pre-heresy shoulder pad shown above has a unique shape to the various plates.  Moreover, the overall shape of the shoulder pad (rounded top, flat bottom, beginning at top of shoulder and ending at elbow) is based off of Games Workshop's iconic shoulder pad design.  (Ex. 1 at ¶ 22); and

- The pre-heresy jump packs have a unique design consisting of two large turbo-fan type barrel jets with fins protruding out the bottom. (Ex. 1 at ¶ 22).

44.     Chapterhouse makes and sells products allowing a customer to convert Games Workshop's post-heresy Space Marines into figures that appear the same as Games Workshop's pictures of Pre-Heresy Space Marines, such as the images in Games Workshop's Horus Heresy Collected Visions book and the related card game.  These products include various "Banded Shoulder Pads" and "Heresy Era Jump Pack for Space Marines."

4836-3108-0720.5






Banded Tech Power
Armour Shoulder Pad
(Ex. 51)

Banded Armour
Terminator Pad
(Ex. 51)

Banded Power Armour
Shoulder Pads
(Ex. 51)

Heresy Era Jump Pack for
Space Marines
(Ex. 52)

45.     These Chapterhouse products contain the same unique characteristics

depicted in Games Workshop's books illustrating pre-heresy Space Marines.

- The "Banded Shoulder Pads" consist of overlapping plates with a series of rivets or studs. Additionally, the "Banded Tech Power Armour Shoulder Pad" even has the same shape to each of the plates as shown in Games Workshop's depictions. Moreover, the overall shape of the shoulder pads follow Games Workshop's iconic Space Marine shoulder pad design.


Games Workshop's Artwork
(Ex. 48 at 139, GW002017)


Chapterhouse's Product
(Ex. 51)

- The "Heresy Era Jump Pack for Space Marines" consist of two large turbo-fan type barrell jets with fins protruding out the bottom.

4836-3108-0720.5




| Games Workshop's Artwork (Ex. 48 at 284, GW002162) | Chapterhouse's Product (Ex. 52) |

46.     Chapterhouse's documents reveal its intent to copy Games Workshop's artwork for the banded "Mark I" power armour in creating these pre-heresy accessories and reveal as well a detailed knowledge of the stylization and nomenclature used by Games Workshop in the Warhammer 40K universe regarding versions of the Space Marine Power Armour:



- ██████████████████████████████████████████████████████████████ ." (Ex. 53, CHS003100);

- ██████████████████████████████████████████████████████████████ (Ex. 54, CHS003141-42);

- ██████████████████████████████████████████████████████████████ " (Ex. 54, CHS003134);

- ██████████████████████████████████████████████████████████████

4836-3108-0720.5



(Ex. 55, CHS003122);

- (Ex. 56, JN00067);

- (Ex. 57, CHS015689-90).

47.     Chapterhouse's documents reveal its intent to copy Games Workshop's artwork for the pre-heresy jump packs for Space Marines:



- (Ex. 54, CHS003142);

- (Ex. 58, CHS004689);

---

[15] A "bolter" is the standard hand weapon of the Space Marines.  (Ex. 1 at ¶ 15).
[16] Space Wolves is another Games Workshop created Space Marine Chapter.   (Ex. 1 at 15).



- ██████████████████████████████████████████ (Ex. 59, CHS005432);

- ██████████████████████████████████████████ .” (Ex. 57, CHS015690); and

- On the Chapterhouse website, defendant admits that the accused product is "sculpted to fit in with the Heresy Style Jump Packs" and "Designed to fit on the standard Space Marines® back." (Ex 52)

### *Tyranid Products*

48.     In the Warhammer 40K universe, the Tyranids are a hive race of aliens whose weapons, technology, and vehicles are all organic in nature. (Ex. 1 at ¶ 23). While Games Workshop has made numerous miniatures representing various Tyranid creatures, Games Workshop's literature and other materials describe and provide artwork for additional Tyranid creatures. (Id.). Until recently, two such Tyranid creatures without a Games Workshop miniature were a Tervigon monster and a Mycetic Spore (or "Drop Pod") shown below. (Id.) The Mycetic Spore is depicted in Games Workshop's Tyranids Codex as something of an organic transport and landing vehicle for Tyranids from "Hive" ships[17] (Ex. 1 at ¶ 24):

---

[17] A Hive ship is an interplanetary ship carrying a Tyranid army. (Ex. 1 at ¶ 24).



Games Workshop's Tervigon
(Ex. 60 at 52, GW001422)



Games Workshop's Mycetic Spore
(Ex. 60 at 54, GW001424)

(Ex. 1 at ¶¶ 23-24).

49.     These Tyranid Products contain many unique elements:

- The Tervigon has numerous unique characteristics that are easier to appreciate from its picture. However, notable characteristics include, two small hind legs, four large pointed legs that each have a small horn extending off the "elbow" of the leg, several bony protrusions that extend off the back of the creature, and the overall stance of the creature. (Ex. 1 at ¶ 25); and

- The Mycetic Spore is a large pod-like shape with various tendrils or protrusions extending from the top that allow the pod to fall from space while transporting inside various other Tyranid creatures. (Ex. 1 at ¶ 25).

50.     Chapterhouse has created and sells a "Tyranid Tervigon Conversion Kit" that allows a customer to convert a Games Workshop Carnifex[18] miniature into a miniature that looks like Games Workshop's picture of a Tervigon:

---

[18] A Carnifex is a type of Tyranid created by Games Workshop. (Ex. 1 at ¶ 26).

4836-3108-0720.5







Games Workshop's Carnifex
(Ex. 61, GW002335)

Games Workshop's
Tervigon
(Ex. 60 at 52)

Chapterhouse's Tervigon Conversion Kit
applied to Carnifex
(Ex. 62, CHS001921)

This conversion kit contains the same unique characteristics as Games Workshop's depiction of a Tervigon, including two small hind legs, four large pointed legs that each have a small horn extending off the "elbow" of the leg, several bony protrusions that extend off the back of the creature, and the overall stance of the creature.

51.     Documents produced by Chapterhouse (and other documents not produced but which Games Workshop discovered independently) show Chapterhouse's clear intent to create a miniature from Games Workshop's artwork depicting Tervigon.

- Although Chapterhouse failed to produce documents from the designer of its Tervigon Conversion Kit[19], the designer himself, Sam Terry, posted images and commentary on the internet. The images show he used sculpting clay on top of the Games Workshop Carnifex model so that purchasers of the Chapterhouse conversion kit could transform their Games Workshop Carnifex into Games Workshop's drawing of a Tervigon. (Ex. 63);

- ███████████████████████████████████████ (Ex. 64, CHS005980);

---

[19]  The failure to produce such documents was despite the Court's order on March 6, 2012. (Ex. 4, Moskin Decl. ¶ 46)  There is a suggestion that such documents may contain evidence of Chapterhouse's use of Games Workshop parts "designs".  (Ex. 39, Frothers Unite! at 5 "Suddenly, you don't use GW models for your 'parts'.  Guy used to brag about spitting in the face of GW, now he won't acknowledge that he uses their models.")

4836-3108-0720.5

- In his posting on Secondsphere, Mr. Terry, explained how he copied from the Games Workshop drawing of a Tervigon present in the Tyranid Codex: "Have you seen the Tervigon Codex entry art? I tried my best to make these parts match up." (Ex. 63);

- In advertising the product on Warseer.com[20] Mr Villacci stated: "It's a nice design that builds upon the Carnifex kit, yet fits true to what most tyranid players envision the Tervigon to be like on the table" (Ex. 65, Warseer Posting at 1) He further stated: "Our Tervigon conversion kit has the parts necessary to turn your GW Carnifex kit into something that resembles one of their pictures." (Id. at 3); and

- Mr. Villacci explains his concept to the designer, Mr. Terry: "████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████" (Ex. 66, CHS004709).

52.    Chapterhouse created and sells a "Mycetic Spore for Tyranids":





| Chapterhouse's Mycetic Spore for Tyranids (Ex. 67, CHS001250) | Games Workshop's Mycetic Spore (Ex. 60 at 54) |

Chapterhouse's "Mycetic Spore for Tyranids" not only uses Games Workshop's name but

contains the same unique features as Games Workshop's depiction of a Tyranid Mycetic Spore,

including a large pod-like shape with various tendrils or protrusions extending from the top that

---

[20] Such documents are among the advertising material Chapterhouse refused to produce, notwithstanding the Court's December 23, 2011 order directing such production, notwithstanding that Chapterhouse identified such forums as the only places it advertised or promoted its products and notwithstanding reminders from Games Workshop. (Ex. 68)

allow the pod to fall from space while transporting inside various other Tyranid creatures. There is no antecedent in science fiction or gaming for Games Workshop's Mycetic Spore.

53.    Chapterhouse's documents confirm that it copied the design of the Mycetic Spore from Games Workshop's source materials:

- In an email entitled "Spore Pod for Tyranid concept art" from Mr Villacci ███████ ████████████████████████████████████ Ex. 69, CHS003522);

- ████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████). (Ex. 70, CHS003525-27); and

- ████████████████████████ █████████████ (Ex. 69, CHS003523).

### *Javelin Class Jet Bike*

54.    One of the vehicles in the Warhammer 40K universe that may be used by Space Marines is a Jet Bike. (Ex. 1 at ¶ 27). The *Horus Heresy* books show a picture of what this Jet Bike looked like in the pre-heresy days. (Id.) Additionally, Games Workshop produces and sells a Space Marine Bike, for which portions of the plastic model are shown below (Id.):





Games Workshop's Space Marine Jet Bike
(Ex. 48 at 15, GW001893)

Games Workshop's Space Marine Bike
(Ex. 71)

---

[21] "Codex" is the term used by Games Workshop to identify the rulebook/background story for the different races in Warhammer 40K. (Ex. 1 at ¶ 6).

(Ex. 1 at ¶¶ 27-28). Both Games Workshop's depiction of a Space Marine Jet Bike and its Space Marine Bike contain unique characteristics, including the overall shape, a grilled front, and two large exhaust pipes on each side of the rear of the bike. (Id. at ¶ 29).

55. Chapterhouse has created and sells a "Javelin Class Imperial Jet Bike."



Chapterhouse's Javelin Class Imperial Jet Bike
(Ex. 72)

Chapterhouse's Jet Bike contains the same unique characteristics as Games Workshop's products including the overall shape, a grilled front, and two large exhaust pipes on each side of the rear of the bike.

56. The documents and testimony of Chapterhouse and its designers establishes Chapterhouses' intent to copy from not only the *Horus Heresy* artwork but also from the regular Space Marine Bike produced and sold by Games Workshop as well as from the legs of Games Workshop's genuine Space Marines to complete the fit:

• In designing the Javelin Class Jet Bike, ████████████████████████ ██████████████████████████████████████ (Ex. 73, JN001698);

• Mr. Fiertek further offered: ██████████████████████████████ ██████████████████████████████████████ (Ex. 73, JN001698);

- However, that proved unnecessary ███████████████████████████████ ██████████████████████████ (Ex. 73, JN001698);

- After the designer, █████████████████████████████████████████ ████████████████████████████████████████████████████████████ ████████████████████ (Ex. 74, MO0000403);

- The designer initially explained: ████████████████████████████████ █████████████████████████████████████████████████████." (Ex. 75, MO00411);

- On October 17, 2011, Mr Villacci began advertising the product as his "next toy to release for the Heresy Era 40K players." (Ex. 65, Warseer at 6);

- Explaining that Chapterhouse had also copied the arms and legs of Games Workshop figures (to be used to mount the Games Workshop torsos), Mr. Villacci explained that the kit also includes "a set of legs and arms that will allow you to use other companies torsos and heads to model a rider." (Id); and

- In response to one of Chapterhouse's unproduced marketing posts on an online forum, the reaction to seeing the Jet Bike was "It's so obvious that you took a SM torso, did a poor job of filing off the crest on the front (it's so obvious, it's funny) and then sculpted on your own back design and made castings of that." (Ex. 39, Frothers Unite! at 6).

### *Space Marine Shoulder Pads*

57.     Most Space Marines wear Power Armour, an advanced suit of strength enhancing combat armor consisting of thick ceramite containing a full suite of life-support functions to operate in hostile environments. (Ex. 1 at ¶ 30). Over the history of the Warhammer 40K Universe there have been various advancements to the Power Armour, starting with Mark I through to the current Mark VIII version. (Id.) An example of the Mark VIII Power Armour is below:

4836-3108-0720.5





Post-Heresy Armour
(Ex. 49 at 71)





Space Marine Shoulder Pad
(Ex. 76 at 13; Ex. 77)



Back of Space Marine
Shoulder Pad
(Ex. 125)

58.    One of the numerous iconic aspects of Games Workshop's Power Armour
is the shoulder pad.  (Ex. 1 at ¶ 31).  The shoulder pad is a convex shape with a curve at the top
and a straight edge at the bottom.  (Id.)  There is often a large band or rim extending along the
entire outer edge of the shoulder pad.  (Id.)  As part of the Power Armour, the shoulder pad
begins above the shoulder and ends right above the elbow.  (Id.)  The pads are curved in a
manner such that it does not cover a large portion of either the chest or the back of the Space
Marine.  (Id.)  On the reverse side of the shoulder pad, there are typically a series of spaced
indentations that serve no functional purpose but as Alan Merrett explained, they are used by
Games Workshop to create a technical appearance.  (Id.; Ex. 78, Merrett Tr. at 46:12-47:17)

59.    Chapterhouse has created and sells a "Generic Power Armour Shoulder
Pad for Space Marine:



Chapterhouse's Generic Power Armour
Shoulder Pad for Space Marine
(Ex. 79)



Back of Chapterhouse Power Armour Shoulder
Pad for Space Marine
(Ex. 126)

4836-3108-0720.5

Chapterhouse's "Generic Power Armour Shoulder Pad for Space Marine" contains the same features as Games Workshop's iconic Space Marine Shoulder Pad, including a convex shape with a curve at the top and a straight edge at the bottom, a large band extending along the entire outer edge of the shoulder pad. When applied to power armour, the shoulder pad begins above the shoulder and ends right above the elbow; the shoulder pad is curved in a manner that it does not cover a large portion of either the chest or the back of the Space Marine. Many of Chapterhouse's shoulder pads also contain the same purely aesthetic indentations on the back of the shoulder pad, which Mr. Villacci admitted under oath ███████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████████████

███████████████████████████████████████" (Ex. 16 at 172:9-20.) Chapterhouse's expert admitted that Games Workshop's design of its shoulder pads was not the same or similar to any design he found in prior military history. (Ex. 4 at 133:21-134:20).

60.     According to the Warhammer 40K universe, the right shoulder pad of a Space Marine contains a symbol and a roman numeral identifying the squad number and squad type to which the Space Marine belongs. (Ex. 1 at ¶ 32). Each Space Marine Chapter consists of roughly 1000 Space Marines, with 100 Space Marines in 10 Companies. (Id.) Each company is in turn divided into 10 "squads" of 10 Space Marines. (Id.) In general, a company has six Tactical Squads (equipped to fight in a broad range of conditions), two Assault Squads (equipped to fight at close quarters), and two Devastator Squads (equipped to provide heavy weapons support). (Id.)

- Tactical Space Marines are represented by an upward pointing arrow and given roman numerals I through VI on their shoulder pads (Id.);

4836-3108-0720.5



Shoulder Pads for Tactical Space Marines
(Ex. 76 at 13)

- Assault Space Marines are represented by a crossed X and given roman numerals VII and VIII on their shoulder pads (Ex. 1 at ¶ 32); and



Shoulder Pads for Assault Marines
(Ex. 76 at 13; Ex. 80, GW002323)

- Devastator Space Marines are represented by a chevron (inverted V) and given roman numerals IX and X on their shoulder pads (Ex. 1 at ¶32).



Shoulder Pads for Devastator Space Marines
(Ex. 76 at 13, Ex. 81 at 70, GW1288)

61.     Chapterhouse has created and sells "Tactical Shoulder Pads for Space Marines", "Assault Shoulder Pads for Space Marines", and "Devastator Shoulder Pads for Space Marines":



Tactical Shoulder Pad for Space Marine
(Ex. 79)



Assault Shoulder Pad for Space Marine
(Ex. 79)

38

4836-3108-0720.5



Devastator Shoulder Pad for Space Marine
(Ex. 79)

Chapterhouse's Tactical, Assault, and Devastator Shoulder Pads contain the same unique features as those created by Games Workshop.  In addition to copying the iconic style of Games Workshop's basic Space Marine Shoulder Pad, these products use the same icons (arrows, crossed-Xs, and chevrons), placed in the same orientation, and of about the same size.  Thus, the icons are used to depict the same squad types of identified in the Warhammer 40K universe. Moreover, Chapterhouse uses only the same Roman Numerals and only in the same combinations as does Games Workshop (I-VI for Tactical, VII-VIII for Assault, and IX-X for Devastator), thus copying and never varying from the fictional meanings given to the symbols by Games Workshop.

62.     Chapterhouse's documents confirm its intent to copy Games Workshop's icons and numbering scheme for its Space Marine shoulder pads:

-  (Ex. 82, CHS003109-10);

-



(Ex. 54, CHS003141-42);

- ████████████ (Ex. 83, CHS009903);

- ████████████ (Ex. 84, CHS009925); and

- ████████████" (Ex. 85, CHS017286).

63.    In addition to the numerical iconography on the right shoulder pad of the Space Marines, according to the Warhammer 40K universe, the left shoulder pad of a Space Marine contains an icon indicating the specific Space Marine Chapter to which the Space Marine belongs.  (Ex. 1 at ¶ 33).  While there were originally only 20 Space Marine Legions, after the Horus Heresy rebellion, the legions were broken down into a much larger number of smaller Space Marine Chapters.  (Id.)  Each Space Marine Legion and Chapter has in turn, its own detailed history, legends, characters, weapons, vehicles, culture, and their own unit icon.  Some of the relevant unit icons created by Games Workshop are below:






Excorcist Chapter (Ex. 86 at 33, GW001503)

Flesh Tearer Chapter (Ex. 49 at 71, GW001727)

Iron Snakes Chapter (Ex. 49 at 70, GW001726)

Soul Drinkers Chapter (Ex. 87, GW002391)

4836-3108-0720.5







Blood Raven Chapter
(Ex. 49)

Celestial Lions
Chapter
(Ex. 86 at 33,
GW001503)

Legion of the Damned
(Ex. 88 at 21,
GW00803)

64.     Each chapter icon has a unique design:

- Exorcist Chapter – Primary colors are black and red with an icon of a skull (missing the bottom jaw) with downturned curved horns (Ex. 1 at ¶ 34);

- Flesh Tearer Chapter – Primary colors are black and red with an icon of a flat, toothed saw-blade with a drop of blood in the center of the blade (Ex. 1 at ¶ 34);

- Iron Snakes Chapter – Primary colors are blue and red with an icon of the profile view of a snake with several tight undulations (Ex. 1 at ¶ 34);

- Soul Drinkers Chapter – Primary colors are gold and purple with an icon of a chalice with light rays extending out of the top of the chalice (Ex. 1 at ¶ 34);

- Blood Raven Chapter – Primary colors are black and red with an icon of a set of wings with a drop of blood in the center (Ex. 1 at ¶ 34);

- Celestial Lions Chapter – Primary colors are blue and yellow with an icon of a lion (Ex. 1 at ¶ 34); and

- Legion of the Damned – Primary colors are red and black with an icon of a partial skull (missing the bottom jaw), a horizontal line across the forehead, and flames coming from the top of the skull (Ex. 1 at ¶ 34).

65.     Chapterhouse has created and sells shoulder pads for Space Marines that

correspond to each of these Space Marine chapters:

4836-3108-0720.5









Power Armour Pad
for Exorcist
(Ex. 89, CHS01266)

Sawblade Shoulder
Pad & Jewel
(Ex. 18 at 2)

Shoulder Pads for
Serpent or Iron
Snakes
(Ex. 90, CHS001097)

Shoulder Pads for
Chalice or Soul
Drinker
(Ex. 91, CHS01559)







Blood Eagle Power
Armor Shoulder Pad
(Ex. 92, CHS01541)

Celestial Lions
Shoulder Pads for
Space Marines
(Ex. 93, CHS01153)

Shoulder Pad w/ Skull
and Flames For Space
Marines
(Ex. 94, CHS01159)

66.    Chapterhouse's Shoulder Pads for Space Marines contain the same unique characteristics (and typically the same name) as the Space Marine Chapter icons created by Games Workshop and are all combined with the unique shape of the Games Workshop shoulder pads:

- Power Armour Pad for Exorcist – Primary colors are black and red with an icon of a skull (missing the bottom jaw) with downturned curved horns;

- Sawblade Shoulder Pad & Jewel – Primary colors are black and red with an icon of a flat, toothed saw-blade with a drop of blood in the center of the blade;

- Shoulder Pad for Serpent or Iron Snakes - Primary color is blue with an icon of the profile view of a snake with several tight undulations;

- Shoulder Pads for Chalice or Soul Drinker – Primary colors are gold and purple with an icon of a chalice with light extending out of the top of the chalice;

- Blood Eagle Power Armor Shoulder Pad – Primary colors are black and red with an icon of a set of wings with a drop of blood in the center;

- Howling Griffon Shoulder Pad for Space Marines – Primary colors are red and yellow with an icon of a lion;

- Shoulder Pad w/ Skull and Flames for Space Marines – An icon of a partial skull (missing the bottom jaw), a horizontal line across the forehead, and flames coming from the top of the skull.

67.     Chapterhouse's expert admitted there looking through all of the shoulder pads he identified from prior history, he did not see any shoulder pads with any insignia or design on them.  (Ex. 5 at 137:22-138:2).  He was unable to point to anywhere in military history where emblems or designs are applied to shoulder pads.  (Id. At 138:3-6).  Furthermore, while Chapterhouse's expert testified that he had found certain decorative elements (not on shoulder pads) in prior military history (such as griffins, lions, scales, etc.), he was unable to express any opinion on whether any of Games Workshop's particular combinations of decorative elements were present or common in prior military history.  (Id. at 165:5-166:17).  He even concluded that in his experience "applications of these designs to certain things like shoulder pads is not common in military history."  (Id. at 166:18-23).   Similarly, Chapterhouse has been unable to identify anything it used for its so-called "independent creation" except for identifying random isolated elements, such as a lion or a griffin. (Ex. 95, Resp. to Interrog. No. 2).

68.     Chapterhouse's documents make clear its intent to create shoulder pads with icons such that Warhammer 40K players would recognize the icons as those of Games Workshop's various Space Marine Chapters:

*Exorcist Chapter*



- ████████████████████████████████████████████
████████████████████ – (Ex. 96, CHS004637);

- ████████████████████████████████████████████
████████████████████████████████████████████



(Ex. 96, CHS004637);

- ██████████████████████████████████ (Ex. 97, CHS012719); and

*Flesh Tearer and Blood Angels Chapters*

- ██████████████████████████████████ (Ex. 98, CHS003503);

- Chapterhouse considered an alternate design where███████████████████████████████████. 99, CHS003640);

- "███████████████████████████████████." (Ex. 100, CHS005422);

- Chapterhouse decided it could use a simple stratagem to avoid infringement merely by███████████████████████████████████ (Ex. 101, TF00958); and

- Chapterhouse deliberately timed███████████████████████ (Ex. 102, CHS012596).

*Iron Snakes and Soul Drinkers Chapters*

- ██████████████████████████████████ (Ex. 103, CHS010429-30)

4836-3108-0720.5



*Legion of the Damend*

- ████████████████████████████████████████ (Ex. 104, CHS002413);

- "████████████████████ ████████████████████████ (Ex. 105, CHS006098);

- ████████████████████████████████████ (Ex. 106, CHS017255);

- "████████████████████████████ ████████████" (Ex. 106); and

- A text conversation between Mr. Villacci and Mr. Fiertek show that even Chapterhouse was concerned that they committed copyright infringement:



████████████████████" (Ex. 115, CHS017307).

### *Weapons*

69.     Games Workshop has created a wide range of fictional weapons for the

Warhammer 40K universe.  (Ex. 1 at ¶ 35).  Some of those weapons are depicted below:







Bolter Halberds
(Ex. 48 at 152, GW002030)

Servo Arms
(Ex. 108 at 70, GW11383)

Conversion Beamer
(Ex. 109)

4836-3108-0720.5

  

Combi-Weapon
Bolter/Melta
(Ex. 108 at 87, GW11386)

Combi-Weapon
Bolter/Plasma
(Ex. 110 at 49, GW00939)

Combi-Weapon
Bolter/Flamer
(Ex. 111)

(Ex. 1 at ¶¶ 35-36).

70.     Each weapon created by Games Workshop has unique characteristics:

• Bolter Halberds – Games Workshop's twist on a medieval halberd consisting of a curved blade at the end of a staff, a gun incorporated into the head of the staff, and a pointed protrusion at the end of the staff sticking out the opposite edge of the blade. (Ex. 1 at ¶ 37);

• Servo Arms – One or more extra arms mounted to the Space Marine's back pack. The arms are mechanical in nature and terminate in a two pronged "hand". (Ex. 1 at ¶ 37);

• Conversion Beamer – A Space Marine weapon with great power, with ribbed rifling and ending in a pointed barrel. (Ex. 1 at ¶ 37); and

• Combi-Weapons -  A compact combination of two Space Marine weapons, one of which is typically the Bolter and the other one of a Melta gun, a Plasma gun, or a flamer. (Ex. 1 at ¶ 37).

71.     Chapterhouse creates and sells weapons that correspond to each of these

Games Workshop weapons:





Gun-Halberds
(Ex. 112, CHS001027)

Conversion Beamer Servo Harness Kit for Space Marine
Model
(Ex. 113, CHS000295)

Combi-Weapon
Bolter and Melta Gun
(Ex. 114, CHS00289)

Combi-Weapon
Bolter and Plasma Gun
(Ex. 114)

Combi-Weapon
Bolter and Flamethrower
(Ex. 114)

72.     Each of these Chapterhouse products copy the same unique characteristics

as the Games Workshop depictions:

- Gun-Halberds –consisting of a curved blade at the end of a staff, a gun incorporated into the head of the staff, and a pointed protrusion at the end of the staff sticking out the opposite edge of the blade.

- Conversion Beamer Servo Harness Kit for Space Marine Models – An extra arm mounted to a Space Marine's back pack.  The arms are mechanical in nature and terminate in a two pronged "hand."  The Conversion Beam consists of a large gun with ribbed rifling and ending in a pointed barrel.

- Combi-Weapons -  A compact combination of two Space Marine weapons, one of which is the Bolter and the other one of a Melta gun, a Plasma gun, or a flamer.  Chapterhouse's design is a magnetic kit, allowing the customer to change the weapon combinations.

4836-3108-0720.5

73.     Chapterhouse did not produce any documents detailing the design process regarding either its Gun-Halberd product or its Conversion Beamer Servo Harness Kit for Space Marine Model product.  Nonetheless, Chapterhouse's documents make clear its intent to create combi-weapon products based on those that Games Workshop created for the Warhammer 40K universe:



- ." (Ex. 54, CHS003130);

- " (Ex. 54 CHS003132); and

- (Ex. 115, CHS003244-45).

**Space Wolves Vehicle Conversion Kit**

74.     One of the Space Marine Chapters created by Games Workshop is the Space Wolves Chapter.  (Ex. 1 at ¶ 15).   This Chapter decorates its Space Marines and its vehicles with iconography which includes wolf skulls, wolf tails, and fangs.  (Id. at ¶ 38-41).  Two of these such Games Workshop Models are depicted below.

4836-3108-0720.5



Space Wolves Rhino
(Ex. 116 at 19, GW002493)



Space Wolves Space Marine Terminator
(Ex. 117)

(Ex. 1 at ¶¶ 38-40).

75.    Games Workshop's Space Wolves icons have unique characteristics.  The Space Wolf icon is an unusually elongated and unique wolf skull with wide eye sockets, often set within a diamond.  (Ex. 1 at ¶41)

76.    Chapterhouse creates and sells a "Rhino Conversion Kit for Space Wolves" that allows a customer to take a standard Games Workshop Space Marine Rhino (which is a form of vehicle) and convert it, by adding Chapterhouse pieces, into a Space Marine Rhino for the Space Wolves Chapter:

4836-3108-0720.5



Chapterhouse Rhino Conversion Kit for Space Wolves
(Ex. 118, CHS001258)

77.     Chapterhouse's Space Wolf iconography shares the same unique characteristics as the Games Workshop depictions.  Namely, the wolf skull is the same unusually elongated wolf skull with wide eye sockets.  Additionally, each of the wolf skulls is made to be set within a diamond (the skull on the far left appears meant to be fit into the diamond next to it) so as to resemble almost exactly Games Workshop's distinctive Wolf Skull within a diamond. (This device of producing the parts separately to be joined by the customer was also employed by Chapterhouse in connection with its "Flesh Tearers" shoulder pad where, ███████████ ████████████████████████████████████████████████████████████ ████████████ ) (See Ex. 101, TF00958).

78.     Chapterhouse's documents make clear its intent to copy Games Workshop's Space Wolves iconography by copying its "art pics" in modeling clay (or greenstuff) and timing the release of their product to coincide with the Space Wolves codex:

• ███████████████████████████████████████████████████ ████████████████████ (Ex. 119, CHS004464);



- ." (Ex. 120, JN00232-33); and

- ." (Ex. 121, TF001823).

**Chapterhouse's Use of Games Workshop's Trademarks**

79.     With the exception of a select few recent products, all of Chapterhouse's products are specifically identified by Chapterhouse by use of the already-established Games Workshop product names. Even these new Chapterhouse products are identified as female versions of Games Workshop's corresponding Eldar characters. (see Supra ¶¶ 47-50). In advertising and promoting its products, Chapterhouse consistently references its products using the product and character names previously adopted and used in commerce by Games Workshop (Exs. 14, 15, 19)

**Chapterhouse's General Model of Marketing**

80.     In its interrogatory answers, Chapterhouse confirmed that the only place it advertises or promotes its products is on the following websites, each of which is a public Internet forum devoted principally or exclusively to fans of Warhammer 40K: Belloflostsouls.net; Dakkadakka.com; Heresy-online.net; Warseer.com; and

4836-3108-0720.5

invasionkenosha.com, as well as a few other general interest Internet sites such as eBay.com,

Bartertown.com, Tabletopgamingnews.com, Theminiaturespage.com, and Frothersunite.com and

certain gaming conventions.  (Ex. 17, Resp to Interrog 10)

81.     On December 23, 2011 the Court directed Chapterhouse to produce all

advertising and promotional materials, yet it produced no documents from any of these sites.

(Ex. 4 at ¶47).  Chapterhouse failed to do so even after being reminded specifically of its

obligation to do so by letter dated May 29, 2012.  (Id.; Ex. 68).

82.     In marketing his products on-line, Chapterhouse emphasizes the

importance of showing the finished models painted (in Games Workshop's colors).  The

products on its website are shown painted to show how they appear in Games Workshop's colors

(and hence make clear to potential consumers how to do so) and although Chapterhouse failed to

produce any documents showing its actual promotional activities on the internet forums it

identified (in response to Interrogatory 10) as its only vehicles of advertising and promotion, to

the extent Games Workshop has located such forum postings it is clear that Chapterhouse seeks

to promote its products painted and in Games Workshop's colors [e.g. Ex. 65 at 4, Warseer 18-

02-2011 "I have a few more products I will be showing next week as soon as the paint jobs are

done" ….]

### Chapterhouse's Expert's Belated Raising of Copyrightability

83.     For the first time, Chapterhouse, in the Expert Response, Report of Mr.

Bently,  alleges that  copyright in some  number  of Games Workshop's  sculptural figures  may

not be  enforceable in the U.K.  (Ex. 127, Bently Rep. at 10-12).  However, Chapterhouses'

expert agreed that the US case Bridgeman  (decided by Judge Kaplan in New York) sets forth the

relevant U.S. Law.  (Ex. 128, Bently Tr. at 49-50).  Mr. Bently's report also states only that the

Lucas Film case he bases his opinion on was really an issue as to the scope of remedies under

UK law for toys, not the issue of their copyrightability. (Ex. 127 at ¶32). Mr. Bently also agrees

that under European law that is now binding on England, an older case involving toy soldiers,

Britain v Hanks, in which copyright in the figurines was protected, would either be deemed

controlling or Parliament would need to amend the relevant copyright law to comply with the

European directive. (Ex 128, Bently Tr at 71-73 )


Dated:  August 14, 2012                              Respectfully submitted,

                                                     /s/  Jason J. Keener

                                                         Jason J. Keener (Ill. Bar No. 6280337)
                                                         Aaron J. Weinzierl (Ill. Bar No. 6294055)
                                                         FOLEY & LARDNER LLP
                                                         321 North Clark Street, Suite 2800
                                                         Chicago, IL 60654-5313
                                                         Telephone:  312.832.4500
                                                         Facsimile:  312.832.4700
                                                         Email:  jkeener@foley.com;
                                                         aweinzierl@foley.com

                                                         Jonathan E. Moskin
                                                         FOLEY & LARDNER LLP
                                                         90 Park Avenue
                                                         New York, New York 10016
                                                         Telephone:  (212) 682-7474
                                                         Facsimile:  (212) 687-3229
                                                         Email:  jmoskin@foley.com

                                                         *Attorneys for Plaintiff*
                                                         *Games Workshop Limited*

4836-3108-0720.5

## CERTIFICATE OF SERVICE

I, Jason J. Keener, an attorney, hereby certify that on August 14, 2012, I caused to be filed electronically the foregoing GAMES WORKSHOP'S STATEMENT OF UNDISPUTED MATERIAL FACTS with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

 /s/  Jason J. Keener
Jason J. Keener

4836-3108-0720.5