**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br>Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

**LIST OF EXHIBITS**

| Exhibit # | Description |
|---|---|
| 1. | Declaration of Alan Merrett |
| 2. | Declaration of Andrew Jones |
| 3. | Games Workshop Sales Summary – GW002583-86 |
| 4. | Declaration of Jonathan Moskin |
| 5. | Portions of the deposition transcript of William F. Brewster |
| 6. | Portions of the deposition transcript of Gary Wolfe |
| 7. | Portions of the deposition transcript of Jeremey "Jes" Goodwin |
| 8. | Games Workshop's Supplemental Response to Interrogatory 22 |
| 9. | Portions of the deposition transcript of Andrew Jones |
| 10. | Portions of the Expert Report of Michael Bloch |
| 11. | Games Workshop Copyright Registrations |
| 12. | Games Workshop Pending Copyright Registrations |
| 13. | Games Workshop Trademark Registrations |
| 14. | Ebay pages – GW002525-27, 002530-32, 002535-37, 002540-42 |
| 15. | Barterhouse pages – GW002512-24 |
| 16. | Portions of the deposition transcript of Nick Villacci, Vol. II – Filed Under Seal |
| 17. | Chapterhouse's Supplemental Response to Interrogatories 3-13– Filed under seal |
| 18. | CHS00028-30 |
| 19. | Current Chapterhousestudios.com webpage |
| 20. | Declaration of Jason Keener |
| 21. | Portions of the deposition transcript of Nick Villacci, Vol. I |
| 22. | Portions of the deposition transcript of Wyatt Traina – Filed under seal |
| 23. | Portions of the online forum Heresy-Online |
| 24. | WT00030 – Filed under seal |

4810-9588-4558.1

| Exhibit # | Description |
|---|---|
| 25. | JN001310 – Filed under seal |
| 26. | JN00087-88 – Filed under seal |
| 27. | Games Workshop webpage for a Striking Scorpion model |
| 28. | GW011328, 0011373, 0011375, 0011340 |
| 29. | Games Workshop webpage for a Howling Banshee model |
| 30. | GW002349 |
| 31. | Games Workshop webpage for a Eldar Warlock model |
| 32. | GW2350 |
| 33. | Chapterhouse webpage for Arama'Serq Warrior Priestess |
| 34. | MO00001-5 – Filed under seal |
| 35. | MO00022-29 – Filed under seal |
| 36. | CHS001192 |
| 37. | MO000294-95 – Filed under seal |
| 38. | CHS381 |
| 39. | Portions from the online forum Frother's Unite |
| 40. | Chapterhouse webpage for Eldar Warlock and Farseer Jet Bike Conversion Kits |
| 41. | CHS003606 – Filed under seal |
| 42. | CHS003624 – Filed under seal |
| 43. | CHS003628 – Filed under seal |
| 44. | CHS003629 – Filed under seal |
| 45. | CHS005431-33 – Filed under seal |
| 46. | CHS006351-52 – Filed under seal |
| 47. | CHS006360 – Filed under seal |
| 48. | GW001893, GW002017, GW002030 |
| 49. | G001726-27 |
| 50. | GW002324 |
| 51. | Chapterhouse webpage for Banded Tech Pad |
| 52. | Chapterhouse webpage for Heresy Jump Packs |
| 53. | CHS003100 – Filed under seal |
| 54. | CHS003125-44 – Filed under seal |
| 55. | CHS003122-24 – Filed under seal |
| 56. | JN00067 – Filed under seal |
| 57. | CHS015682-93 – Filed under seal |
| 58. | CHS004679-95 – Filed under seal |
| 59. | CHS005431-32 – Filed under seal |
| 60. | GW001422-24 |
| 61. | Games Workshop webpage for Carnifex |
| 62. | Chapterhouse webpage for Tervigon |
| 63. | Portions from the online forum Secondsphere |
| 64. | CHS005978-81 – Filed under seal |
| 65. | Portions from the online forum Warseer |
| 66. | CHS004696-714 – Filed under seal |
| 67. | CHS001250 |
| 68. | Moskin letter dated May 29, 2012 |

| Exhibit # | Description |
|---|---|
| 69. | CHS003522-24 – Filed under seal |
| 70. | CHS003525-27 – Filed under seal |
| 71. | Games Workshop webpage for Space Marine Bike |
| 72. | Chapterhouse webpage for Imperial Jet Bike |
| 73. | JN001698-99 – Filed under seal |
| 74. | MO00402-05 – Filed under seal |
| 75. | MO00409-11 – Filed under seal |
| 76. | GW011389-90 |
| 77. | Games Workshop webpage for Space Marine Tactical Shoulder Pad |
| 78. | Portions of the deposition transcript of Alan Merrett |
| 79. | Chapterhouse webpage for shoulder pads |
| 80. | GW002323 |
| 81. | GW001288 |
| 82. | CHS003109-12 – Filed under seal |
| 83. | CHS009903-04 – Filed under seal |
| 84. | CHS009924-26 – Filed under seal |
| 85. | CHS017286 – Filed under seal |
| 86. | GW001503 |
| 87. | GW002391 |
| 88. | GW000803 |
| 89. | CHS001266 |
| 90. | CHS001097 |
| 91. | CHS001559 |
| 92. | CHS001541 |
| 93. | CHS001153 |
| 94. | CHS001159 |
| 95. | Chapterhouse Response to Interrogatory 2 |
| 96. | CHS004636-42 – Filed under seal |
| 97. | CHS012719-20 – Filed under seal |
| 98. | CHS003503-04 – Filed under seal |
| 99. | CHS003639-43 – Filed under seal |
| 100. | CHS005420-23 – Filed under seal |
| 101. | TF000958-61 – Filed under seal |
| 102. | CHS012596 – Filed under seal |
| 103. | CHS010429-30 |
| 104. | CHS002413 – Filed under seal |
| 105. | CHS006098-700 – Filed under seal |
| 106. | CHS017255 – Filed under seal |
| 107. | CHS017307 – Filed under seal |
| 108. | GW011378-88 |
| 109. | Games Workshop webpage for Space Marine with Conversion Beamer |
| 110. | GW0000939 |
| 111. | Games Workshop webpage for Space Marine with combi-weapon |
| 112. | CHS001027 |

| Exhibit # | Description |
|-----------|-------------|
| 113. | CHS000295 |
| 114. | CHS000289 |
| 115. | CHS003244-45 – Filed under seal |
| 116. | GW002493 |
| 117. | Games Workshop webpage for Space Wolves Space Marine Terminator |
| 118. | CHS001258 |
| 119. | CHS004464 – Filed under seal |
| 120. | JN000231 – Filed under seal |
| 121. | TF001823 – Filed under seal |
| 122. | Customer confusion emails |
| 123. | GamesDay 2012 Video – Filed on CD |
| 124. | GamesDay Activities Video – Filed on CD |
| 125. | Picture of back of Games Workshop Space Marine Shoulder Pad |
| 126. | Picture of back of Chapterhouse Generic Shoulder Pad for Power Armour Space Marine |
| 127. | Portions of Bently Report |
| 128. | Portions of Bently deposition transcript |

Dated:  August 14, 2012                  Respectfully submitted,

/s/  Jason J. Keener

Jason J. Keener (Ill. Bar No. 6280337)
Aaron J. Weinzierl (Ill. Bar No. 6294055)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone:  312.832.4500
Facsimile:  312.832.4700
Email:  jkeener@foley.com;
aweinzierl@foley.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone:  (212) 682-7474
Facsimile:  (212) 687-3229
Email:  jmoskin@foley.com

*Attorneys for Plaintiff*
*Games Workshop Limited*

4810-9588-4558.1

## <u>CERTIFICATE OF SERVICE</u>

I, Jason J. Keener, an attorney, hereby certify that on August 14, 2012, I caused to be filed electronically the foregoing LIST OF EXHIBITS with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.


 /s/  Jason J. Keener
Jason J. Keener