# Exhibit

# 12

*-APPLICATION-*

## Title

**Title of Work:** Warhammer 40,000 Apocalypse

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** December 31, 2006        **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), artwork

  **Work made for hire:** Yes

  **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com        **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016  United States

## Certification

**Name:** Jonathan Moskin

**Date:** August 8, 2012

**Applicant's Tracking Number:** 099251-0102

GW0011327

**Registration #:**

**Service Request #:** 1-805783538

**Priority:** Routine    **Application Date:** August 8, 2012 07:33:18 PM

**Note to C.O.:** The date of creation is within 12 months prior to publication but more than 60 days

## Correspondent ————————————————————————————

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan  Moskin

**Email:** jmoskin@foley.com    **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate ————————————————————————————

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

*-APPLICATION-*

## Title

**Title of Work:** Warhammer 40,000 Apocalypse

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** August 31, 2007     **Nation of 1st Publication:** United Kingdom

## Author

■   **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 2, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005785

**Registration #:**

**Service Request #:**  1-732431964

**Priority:**  Routine          **Application Date:**  March 2, 2012 10:31:30 AM

**Note to C.O.:**  The date of publication is approximately 60 days prior to October 31, 2007.

## Correspondent ──────────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan  Moskin

**Email:** jmoskin@foley.com                    **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

                                    **Fax:** 212-687-2329

## Mail Certificate ──────────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

## *-APPLICATION-*

## Title

| | |
|---|---|
| **Title of Work:** | Armour through the Ages |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 1990 | | |
| **Date of 1st Publication:** | November 30, 1990 | **Nation of 1st Publication:** | United Kingdom |

## Author

| | | | |
|---|---|---|---|
| ■ **Author:** | Games Workshop Limited | | |
| **Author Created:** | text, photograph(s), 2-D artwork, sculpture | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United Kingdom | **Domiciled in:** | United Kingdom |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Games Workshop Limited |
| | Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom |

## Rights and Permissions

| | | | |
|---|---|---|---|
| **Organization Name:** | Foley & Lardner LLP | | |
| **Name:** | Jonathan Moskin | | |
| **Email:** | jmoskin@foley.com | **Telephone:** | 212-682-7474 |
| **Address:** | 90 Park Avenue | | |
| | New York, NY 10016 United States | | |

## Certification

| | |
|---|---|
| **Name:** | Jonathan Moskin |
| **Date:** | March 1, 2012 |
| **Applicant's Tracking Number:** | 099251-0102 |

GW0005679

**Registration #:**

**Service Request #:** 1-732505898

**Priority:** Routine          **Application Date:** March 1, 2012 06:44:55 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to January 31, 1991.

## Correspondent ───────────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States          **Fax:** 212-687-2329

## Mail Certificate ───────────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0005680

*-APPLICATION-*

## Title

**Title of Work:** Assault Squad Shoulder Pads

## Completion/Publication

**Year of Completion:** 2000

**Date of 1st Publication:** September 30, 2000    **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), 2-D artwork, sculpture

  **Work made for hire:** Yes

  **Citizen of:** United Kingdom    **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com    **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016  United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005681

**Registration #:**

**Service Request #:** 1-732432166

**Priority:** Routine          **Application Date:** March 1, 2012 06:40:32 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to November 30, 2000.

## Correspondent ───────────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan  Moskin

**Email:** jmoskin@foley.com                    **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate ───────────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0005682

*-APPLICATION-*

## Title

**Title of Work:** Basilica Administratum

## Completion/Publication

**Year of Completion:** 2001

**Date of 1st Publication:** March 29, 2006 **Nation of 1st Publication:** United Kingdom

## Author

■ **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), 2-D artwork, sculpture

**Work made for hire:** Yes

**Citizen of:** United Kingdom **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005683

**Registration #:**

**Service Request #:** 1-732506114

**Priority:** Routine **Application Date:** March 1, 2012 06:46:11 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to May 29, 2006.

## Correspondent ─────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate ─────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0005684

*-APPLICATION-*

## Title

**Title of Work:** Codex: Black Templars

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** September 30, 2005    **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), artwork

  **Work made for hire:** Yes

  **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com    **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** August 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0011283

**Registration #:**

**Service Request #:** 1-803152502

**Priority:** Routine          **Application Date:** August 1, 2012 05:03:45 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to November 30, 2005

## Correspondent

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States          **Fax:** 212-687-2329

## Mail Certificate

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0011284

*-APPLICATION-*

## Title

**Title of Work:** Codex: Black Templars

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** December 31, 2005     **Nation of 1st Publication:** United Kingdom

## Author

■     **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** August 8, 2012

**Applicant's Tracking Number:** 099251-0102

GW0011281

**Registration #:**

**Service Request #:** 1-805783824

**Priority:** Routine       **Application Date:** August 8, 2012 07:33:40 PM

**Note to C.O.:** The date of creation is within 12 months prior to publication but more than 60 days

## Correspondent —————————————————————————

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com       **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

      **Fax:** 212-687-2329

## Mail Certificate —————————————————————————

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

*-APPLICATION-*

## Title

| | |
|---|---|
| **Title of Work:** | Codex: Blood Angels |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2008 |
| **Date of 1st Publication:** | December 31, 2009 |
| **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| ■     **Author:** | Games Workshop Limited |
| **Author Created:** | text, photograph(s), artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United Kingdom |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Games Workshop Limited |
| | Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Foley & Lardner LLP |
| **Name:** | Jonathan Moskin |
| **Email:** | jmoskin@foley.com     **Telephone:** 212-682-7474 |
| **Address:** | 90 Park Avenue |
| | New York, NY 10016 United States |

## Certification

| | |
|---|---|
| **Name:** | Jonathan Moskin |
| **Date:** | August 8, 2012 |
| **Applicant's Tracking Number:** | 099251-0102 |

GW0011285

**Registration #:**

**Service Request #:** 1-805708200

**Priority:** Routine        **Application Date:** August 8, 2012 07:30:58 PM

**Note to C.O.:** The date of creation is within 12 months prior to publication but more than 60 days

## Correspondent ─────────────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com        **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

       **Fax:** 212-687-2329

## Mail Certificate ─────────────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0011286

*-APPLICATION-*

## Title

**Title of Work:** Imperial Guard Cadian Shock Troops

## Completion/Publication

**Year of Completion:** 2003

**Date of 1st Publication:** April 9, 2003    **Nation of 1st Publication:** United Kingdom

## Author

■    **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), 2-D artwork, sculpture

**Work made for hire:** Yes

**Citizen of:** United Kingdom    **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com    **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016  United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005717

**Registration #:**

**Service Request #:** 1-732505982

**Priority:** Routine     **Application Date:** March 1, 2012 06:45:06 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to June 9, 2003.

## Correspondent ──────────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan  Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate ──────────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0005718

## \*-APPLICATION-\*

## Title

**Title of Work:** Tyranid Carnifex

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** May 2, 2005          **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), 2-D artwork, sculpture

  **Work made for hire:** Yes

  **Citizen of:** United Kingdom          **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005765

**Registration #:**

**Service Request #:** 1-732505640

**Priority:** Routine      **Application Date:** March 1, 2012 06:43:20 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to July 2, 2005.

## Correspondent ——————————————————————

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com      **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

     **Fax:** 212-687-2329

## Mail Certificate ——————————————————————

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0005766

*-APPLICATION-*

## Title

**Title of Work:** Space Marine Chaplain with Jump Pack

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** April 30, 2006      **Nation of 1st Publication:** United Kingdom

## Author

■ **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), 2-D artwork, sculpture

**Work made for hire:** Yes

**Citizen of:** United Kingdom      **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com      **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 2, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005783

**Registration #:**

**Service Request #:** 1-732858362

          **Priority:** Routine           **Application Date:** March 2, 2012 10:32:07 AM

        **Note to C.O.:** The date of publication is approximately 60 days prior to June 30, 2006.

## Correspondent

        **Organization Name:** Foley & Lardner LLP

        **Name:** Jonathan Moskin

        **Email:** jmoskin@foley.com         **Telephone:** 212-682-7474

        **Address:** 90 Park Avenue
           New York, NY 10016 United States

        **Fax:** 212-687-2329

## Mail Certificate

        Foley & Lardner LLP

        Jonathan Moskin

        90 Park Avenue

        New York, NY 10016 United States

GW0005784

*-APPLICATION-*

## Title

| | |
|---|---|
| **Title of Work:** | Citadel Realm of Battle Board |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2008 | | |
| **Date of 1st Publication:** | September 29, 2008 | **Nation of 1st Publication:** | United Kingdom |

## Author

| | | | |
|---|---|---|---|
| ■    **Author:** | Games Workshop Limited | | |
| **Author Created:** | text, photograph(s), 2-D artwork, sculpture | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United Kingdom | **Domiciled in:** | United Kingdom |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Games Workshop Limited |
| | Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom |

## Rights and Permissions

| | | | |
|---|---|---|---|
| **Organization Name:** | Foley & Lardner LLP | | |
| **Name:** | Jonathan  Moskin | | |
| **Email:** | jmoskin@foley.com | **Telephone:** | 212-682-7474 |
| **Address:** | 90 Park Avenue | | |
| | New York, NY 10016  United States | | |

## Certification

| | |
|---|---|
| **Name:** | Jonathan Moskin |
| **Date:** | March 1, 2012 |
| **Applicant's Tracking Number:** | 099251-0102 |

GW0005687

**Registration #:**

**Service Request #:**  1-732505424

**Priority:**  Routine          **Application Date:**  March 1, 2012 06:42:06 PM

**Note to C.O.:**  The date of publication is approximately 60 days prior to November 29, 2008.

## Correspondent ───────────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan  Moskin

**Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate ───────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0005688

# *-APPLICATION-*

## Title

**Title of Work:** Codex: Chaos Space Marines

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** July 31, 2007   **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), artwork

  **Work made for hire:** Yes

  **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com   **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** February 28, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005647

**Registration #:**

**Service Request #:** 1-730829916

**Priority:** Routine      **Application Date:** February 28, 2012 04:05:44 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to September 30, 2007.

## Correspondent ───────────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com      **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate ───────────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0005648

*-APPLICATION-*

## Title

**Title of Work:** Codex:  Space Marines

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** August 31, 2008     **Nation of 1st Publication:** United Kingdom

## Author

■     **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan  Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016  United States

## Certification

**Name:** Jonathan Moskin

**Date:** February 28, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005653

**Registration #:**

**Service Request #:** 1-730829938

**Priority:** Routine      **Application Date:** February 28, 2012 04:06:05 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to October 31, 2008

## Correspondent —————————————————————————————

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan  Moskin

**Email:** jmoskin@foley.com      **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate —————————————————————————————

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0005654

*-APPLICATION-*

## Title

**Title of Work:** Warhammer 40,000 Compendium

## Completion/Publication

**Year of Completion:** 1988

**Date of 1st Publication:** December 31, 1989     **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), artwork

  **Work made for hire:** Yes

  **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016  United States

## Certification

**Name:** Jonathan Moskin

**Date:** August 8, 2012

**Applicant's Tracking Number:** 099251-0102

GW0011329

**Registration #:**

**Service Request #:** 1-805783376

**Priority:** Routine          **Application Date:** August 8, 2012 07:32:14 PM

**Note to C.O.:** The date of creation is within 12 months prior to publication but more than 60 days

## Correspondent ──────────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate ──────────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0011330

# *-APPLICATION-*

## Title

**Title of Work:** Warhammer 40,000 Compilation

## Completion/Publication

**Year of Completion:** 1990

**Date of 1st Publication:** December 31, 1991     **Nation of 1st Publication:** United Kingdom

## Author

■     **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan  Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016  United States

## Certification

**Name:** Jonathan Moskin

**Date:** August 8, 2012

**Applicant's Tracking Number:** 099251-0102

GW0011331

**Registration #:**

**Service Request #:** 1-805783494

**Priority:** Routine    **Application Date:** August 8, 2012 07:32:57 PM

**Note to C.O.:** The date of creation is within 12 months prior to publication but more than 60 days

## Correspondent ────────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com    **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate ────────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0011332

*-APPLICATION-*

## Title

**Title of Work:** Contemptor Heavy Conversion Beamer

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** July 25, 2011     **Nation of 1st Publication:** United Kingdom

## Author

■   **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), 2-D artwork, sculpture

**Work made for hire:** Yes

**Citizen of:** United Kingdom     **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016  United States

## Certification

**Name:** Jonathan Moskin

**Date:** February 29, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005659

**Registration #:**

**Service Request #:**  1-731312340

**Priority:** Routine      **Application Date:**  February 29, 2012 01:05:48 PM

**Note to C.O.:**  The date of publication is approximately 60 days prior to September 25, 2011.

## Correspondent ────────────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan  Moskin

**Email:** jmoskin@foley.com      **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate ────────────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0005660

# *-APPLICATION-*

## Title

**Title of Work:** Crimson Fists Shoulder Pads

## Completion/Publication

**Year of Completion:** 1998

**Date of 1st Publication:** May 31, 1999   **Nation of 1st Publication:** United Kingdom

## Author

■   **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), 2-D artwork, sculpture

**Work made for hire:** Yes

**Citizen of:** United Kingdom   **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com   **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005695

**Registration #:**

**Service Request #:** 1-732432188

        **Priority:** Routine         **Application Date:** March 1, 2012 06:40:41 PM

    **Note to C.O.:** The date of publication is approximately 60 days prior to July 31, 1999.

## Correspondent ————————————————————————

    **Organization Name:** Foley & Lardner LLP

        **Name:** Jonathan Moskin

        **Email:** jmoskin@foley.com         **Telephone:** 212-682-7474

    **Address:** 90 Park Avenue
             New York, NY 10016 United States

                                          **Fax:** 212-687-2329

## Mail Certificate ————————————————————————

    Foley & Lardner LLP
    Jonathan Moskin
    90 Park Avenue
    New York, NY 10016 United States

GW0005696

*-APPLICATION-*

## Title

**Title of Work:** Damned Legionnaire with Heavy Flamer

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** November 30, 2009     **Nation of 1st Publication:** United Kingdom

## Author

■     **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), 2-D artwork, sculpture

**Work made for hire:** Yes

**Citizen of:** United Kingdom     **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** August 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0011309

**Registration #:**

**Service Request #:** 1-732824270

**Priority:** Routine          **Application Date:** August 1, 2012 05:03:33 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to January 31, 2010.

## Correspondent ———————————————————————————————

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan  Moskin

**Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate ———————————————————————————————

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0011310

*-APPLICATION-*

## Title

**Title of Work:** Warhammer 40,000 Dawn of War II

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** February 19, 2009     **Nation of 1st Publication:** United States

## Author

- **Author:** THQ Inc.

  **Author Created:** text, 2-D artwork, Instruction manual

  **Work made for hire:** Yes

  **Citizen of:** United States     **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** January 19, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005634

**Registration #:**

**Service Request #:** 1-712583865

**Priority:** Routine          **Application Date:** January 19, 2012 02:38:01 PM

## Correspondent

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0005635

*-APPLICATION-*

## Title

**Title of Work:** Warhammer 40,000 Dawn of War

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** September 19, 2004       **Nation of 1st Publication:** United States

## Author

■       **Author:** THQ Inc.

**Author Created:** text, 2-D artwork, Instruction manual

**Work made for hire:** Yes

**Citizen of:** United States       **Domiciled in:** United States

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

**Transfer Statement:** By written agreement

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com       **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** January 19, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005632

**Registration #:**

**Service Request #:** 1-712583351

**Priority:** Routine  **Application Date:** January 19, 2012 02:37:50 PM

## Correspondent

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com  **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0005633

*-APPLICATION-*

## Title

**Title of Work:** Space Marine Drop Pod

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** August 4, 2008     **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), 2-D artwork, sculpture

**Work made for hire:** Yes

**Citizen of:** United Kingdom     **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005743

**Registration #:**

**Service Request #:** 1-732432144

**Priority:** Routine                    **Application Date:** March 1, 2012 06:40:21 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to October 4, 2008.

## Correspondent

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com                    **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0005744

*-APPLICATION-*

## Title

**Title of Work:** Codex: Eldar

## Completion/Publication

**Year of Completion:** 1998

**Date of 1st Publication:** December 31, 1999     **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), artwork

  **Work made for hire:** Yes

  **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** August 8, 2012

**Applicant's Tracking Number:** 099251-0102

GW0011289

**Registration #:**

**Service Request #:** 1-805783420

**Priority:** Routine  **Application Date:** August 8, 2012 07:32:35 PM

**Note to C.O.:** The date of creation is within 12 months prior to publication but more than 60 days

## Correspondent _____

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan  Moskin

**Email:** jmoskin@foley.com  **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate _____

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0011290

*-APPLICATION-*

## Title

**Title of Work:** Eldar Jetbike

## Completion/Publication

**Year of Completion:** 1994

**Date of 1st Publication:** August 31, 1994  **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), 2-D artwork, sculpture

  **Work made for hire:** Yes

  **Citizen of:** United Kingdom  **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com  **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016  United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005705

**Registration #:**

**Service Request #:** 1-732506070

**Priority:** Routine    **Application Date:** March 1, 2012 06:45:49 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to October 31, 1994.

## Correspondent ────────────────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com    **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States    **Fax:** 212-687-2329

## Mail Certificate ────────────────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0005706

## *-APPLICATION-*

## Title

**Title of Work:** Eldar Warlocks

## Completion/Publication

**Year of Completion:** 1990

**Date of 1st Publication:** August 31, 1990 **Nation of 1st Publication:** United Kingdom

## Author

■ **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), 2-D artwork, sculpture

**Work made for hire:** Yes

**Citizen of:** United Kingdom **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005709

**Registration #:**

**Service Request #:** 1-732505596

**Priority:** Routine    **Application Date:** March 1, 2012 06:42:58 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to October 31, 1990.

## Correspondent —————————————————————————

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan  Moskin

**Email:** jmoskin@foley.com    **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate —————————————————————————

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0005710

*-APPLICATION-*

## Title

**Title of Work:** Codex: Eldar

## Completion/Publication

**Year of Completion:** 1993

**Date of 1st Publication:** December 31, 1994     **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), artwork

  **Work made for hire:** Yes

  **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** August 8, 2012

**Applicant's Tracking Number:** 099251-0102

GW0011287

**Registration #:**

**Service Request #:** 1-805783472

      **Priority:**  Routine                  **Application Date:**  August 8, 2012 07:32:46 PM

**Note to C.O.:**  The date of creation is within 12 months prior to publication but more than 60 days

## Correspondent ——————————————————————————————

    **Organization Name:** Foley & Lardner LLP

          **Name:** Jonathan  Moskin

          **Email:** jmoskin@foley.com                 **Telephone:** 212-682-7474

        **Address:** 90 Park Avenue
                 New York, NY 10016 United States

                                          **Fax:** 212-687-2329

## Mail Certificate ——————————————————————————————

        Foley & Lardner LLP
        Jonathan Moskin
        90 Park Avenue
        New York, NY 10016  United States

GW0011288

*-APPLICATION-*

## Title

**Title of Work:** Epic 40,000 Battles Book

## Completion/Publication

**Year of Completion:** 1996

**Date of 1st Publication:** December 31, 1997     **Nation of 1st Publication:** United Kingdom

## Author

■    **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com       **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** August 8, 2012

**Applicant's Tracking Number:** 099251-0102

GW0011311

**Registration #:**

**Service Request #:** 1-805783354

       **Priority:** Routine         **Application Date:** August 8, 2012 07:32:03 PM

**Note to C.O.:** The date of creation is within 12 months prior to publication but more than 60 days

## Correspondent

    **Organization Name:** Foley & Lardner LLP

          **Name:** Jonathan  Moskin

         **Email:** jmoskin@foley.com         **Telephone:** 212-682-7474

      **Address:** 90 Park Avenue
              New York, NY 10016 United States        **Fax:** 212-687-2329

## Mail Certificate

    Foley & Lardner LLP
    Jonathan Moskin
    90 Park Avenue
    New York, NY 10016  United States

GW0011312

*-APPLICATION-*

## Title

**Title of Work:** Eldar Farseer with Spear

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** September 30, 2006     **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), 2-D artwork, sculpture

**Work made for hire:** Yes

**Citizen of:** United Kingdom     **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005697

**Registration #:**

**Service Request #:**  1-732432040

    **Priority:**  Routine          **Application Date:**  March 1, 2012 06:40:01 PM

**Note to C.O.:**  The date of publication is approximately 60 days prior to November 30, 2006.

## Correspondent ————————————————————————————————

    **Organization Name:** Foley & Lardner LLP

          **Name:** Jonathan  Moskin

          **Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

      **Address:** 90 Park Avenue
              New York, NY 10016 United States       **Fax:** 212-687-2329

## Mail Certificate ————————————————————————————————

    Foley & Lardner LLP
    Jonathan Moskin
    90 Park Avenue
    New York, NY 10016  United States

GW0005698

*-APPLICATION-*

## Title
**Title of Work:** Eldar Farseer with Warlocks

## Completion/Publication
**Year of Completion:** 1990

**Date of 1st Publication:** August 31, 1990      **Nation of 1st Publication:** United Kingdom

## Author
■     **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), 2-D artwork, sculpture

**Work made for hire:** Yes

**Citizen of:** United Kingdom      **Domiciled in:** United Kingdom

## Copyright claimant
**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions
**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com      **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification
**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005699

**Registration #:**

**Service Request #:** 1-732432122

| | | |
|---|---|---|
| **Priority:** | Routine | **Application Date:** March 1, 2012 06:40:11 PM |

**Note to C.O.:** The date of publication is approximately 60 days prior to October 31, 1990.

## Correspondent ─────────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com                     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate ─────────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0005700

*-APPLICATION-*

## Title

**Title of Work:** Eldar Farseer

## Completion/Publication

**Year of Completion:** 1999

**Date of 1st Publication:** August 31, 1999     **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), 2-D artwork, sculpture

  **Work made for hire:** Yes

  **Citizen of:** United Kingdom     **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 2, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005777

**Registration #:**

**Service Request #:** 1-732505574

**Priority:** Routine      **Application Date:** March 2, 2012 10:31:43 AM

**Note to C.O.:** The date of publication is approximately 60 days prior to October 31, 1999.

## Correspondent ——————————————————————————————

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com      **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate ——————————————————————————————

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0005778

*-APPLICATION-*

## Title

**Title of Work:** Flesh Tearers Shoulder Pads

## Completion/Publication

**Year of Completion:** 2000

**Date of 1st Publication:** September 30, 2000    **Nation of 1st Publication:** United Kingdom

## Author

■    **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), 2-D artwork, sculpture

**Work made for hire:** Yes

**Citizen of:** United Kingdom    **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com    **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005711

**Registration #:**

**Service Request #:** 1-732506048

    **Priority:** Routine     **Application Date:** March 1, 2012 06:45:39 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to November 30, 2000.

## Correspondent ─────────────────────────────────────

    **Organization Name:** Foley & Lardner LLP

        **Name:** Jonathan Moskin

        **Email:** jmoskin@foley.com         **Telephone:** 212-682-7474

    **Address:** 90 Park Avenue
            New York, NY 10016 United States

        **Fax:** 212-687-2329

## Mail Certificate ─────────────────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0005712

*-APPLICATION-*

## Title
**Title of Work:** Tyranid Genestealers

## Completion/Publication
**Year of Completion:** 2005

**Date of 1st Publication:** March 31, 2005     **Nation of 1st Publication:** United Kingdom

## Author
■    **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), 2-D artwork, sculpture

**Work made for hire:** Yes

**Citizen of:** United Kingdom     **Domiciled in:** United Kingdom

## Copyright claimant
**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions
**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification
**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005767

**Registration #:**

**Service Request #:** 1-732432286

| | | | |
|---|---|---|---|
| **Priority:** | Routine | **Application Date:** | March 1, 2012 06:41:23 PM |

**Note to C.O.:** The date of publication is approximately 60 days prior to May 31, 2005.

## Correspondent ────────────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate ────────────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0005768

*-APPLICATION-*

## Title

**Title of Work:** Codex: Grey Knights

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** December 31, 2010    **Nation of 1st Publication:** United Kingdom

## Author

■    **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com    **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** August 8, 2012

**Applicant's Tracking Number:** 099251-0102

GW0011291

**Registration #:**

**Service Request #:** 1-805784052

**Priority:** Routine      **Application Date:** August 8, 2012 07:34:02 PM

**Note to C.O.:** The date of creation is within 12 months prior to publication but more than 60 days

## Correspondent ───────────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com      **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate ───────────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0011292

*-APPLICATION-*

## Title

**Title of Work:** Eldar Guardians

## Completion/Publication

**Year of Completion:** 1999

**Date of 1st Publication:** June 30, 1999     **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), 2-D artwork, sculpture

  **Work made for hire:** Yes

  **Citizen of:** United Kingdom     **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005701

**Registration #:**

**Service Request #:** 1-732432220

**Priority:** Routine          **Application Date:** March 1, 2012 06:40:52 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to August 31, 1999.

## Correspondent ─────────────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

                                        **Fax:** 212-687-2329

## Mail Certificate ─────────────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0005702

*-APPLICATION-*

## Title

**Title of Work:** Halberds

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** September 30, 2008     **Nation of 1st Publication:** United Kingdom

## Author

■ **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), 2-D artwork, sculpture

**Work made for hire:** Yes

**Citizen of:** United Kingdom     **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** August 8, 2012

**Applicant's Tracking Number:** 099251-0102

GW0011313

**Registration #:**

**Service Request #:** 1-805784129

**Priority:** Routine          **Application Date:** August 8, 2012 07:34:33 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to November 30, 2008

# Correspondent ——————————————————————————

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com                    **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

# Mail Certificate ——————————————————————————

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0011314

*-APPLICATION-*

## Title

**Title of Work:** Eldar Howling Banshee

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** September 25, 2006     **Nation of 1st Publication:** United Kingdom

## Author

■     **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), 2-D artwork, sculpture

**Work made for hire:** Yes

**Citizen of:** United Kingdom     **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005703

**Registration #:**

**Service Request #:** 1-732506092

**Priority:** Routine          **Application Date:** March 1, 2012 06:46:00 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to November 25, 2006.

## Correspondent ─────────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate ─────────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0005704

*-APPLICATION-*

## Title

**Title of Work:** Index Astartes II

## Completion/Publication

**Year of Completion:** 2001

**Date of 1st Publication:** November 30, 2002      **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), artwork

  **Work made for hire:** Yes

  **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com      **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016  United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005725

**Registration #:**

**Service Request #:** 1-732431780

**Priority:** Routine        **Application Date:** March 1, 2012 06:38:28 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to January 31, 2003.

## Correspondent ───────────────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com        **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States        **Fax:** 212-687-2329

## Mail Certificate ───────────────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0005726

*-APPLICATION-*

## Title

**Title of Work:** Index Astartes IV

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** April 30, 2005      **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), artwork

  **Work made for hire:** Yes

  **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com      **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005729

**Registration #:**

**Service Request #:** 1-732431856

    **Priority:** Routine     **Application Date:** March 1, 2012 06:38:59 PM

   **Note to C.O.:** The date of publication is approximately 60 days prior to June 30, 2005.

## Correspondent ————————————————————————

   **Organization Name:** Foley & Lardner LLP

      **Name:** Jonathan Moskin

      **Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

     **Address:** 90 Park Avenue
         New York, NY 10016 United States

                   **Fax:** 212-687-2329

## Mail Certificate ————————————————————————

     Foley & Lardner LLP
     Jonathan Moskin
     90 Park Avenue
     New York, NY 10016 United States

GW0005730

*-APPLICATION-*

## Title

**Title of Work:** Imperial Guard Chimera

## Completion/Publication

**Year of Completion:** 1995

**Date of 1st Publication:** January 20, 2010 **Nation of 1st Publication:** United Kingdom

## Author

■ **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), 2-D artwork, sculpture

**Work made for hire:** Yes

**Citizen of:** United Kingdom **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005719

**Registration #:**

**Service Request #:**  1-732432264

**Priority:**  Routine          **Application Date:**  March 1, 2012 06:41:13 PM

**Note to C.O.:**  The date of publication is approximately 60 days prior to March 20, 2010.

## Correspondent

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan  Moskin

**Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0005720

*-APPLICATION-*

## Title

**Title of Work:** Imperial Guard Collectors Guide

## Completion/Publication

**Year of Completion:** 2003

**Date of 1st Publication:** September 30, 2003   **Nation of 1st Publication:** United Kingdom

## Author

**Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com   **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005721

**Registration #:**

**Service Request #:** 1-732431910

     **Priority:** Routine           **Application Date:** March 1, 2012 06:39:19 PM

    **Note to C.O.:** The date of publication is approximately 60 days prior to November 30, 2003.

## Correspondent ——————————————————————

    **Organization Name:** Foley & Lardner LLP

           **Name:** Jonathan  Moskin

          **Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

      **Address:** 90 Park Avenue
                New York, NY 10016 United States       **Fax:** 212-687-2329

## Mail Certificate ——————————————————————

      Foley & Lardner LLP
      Jonathan Moskin
      90 Park Avenue
      New York, NY 10016  United States

GW0005722

*-APPLICATION-*

## Title
**Title of Work:** Imperial Armour Vol 1: Aeronautica

## Completion/Publication
**Year of Completion:** 2002

**Date of 1st Publication:** December 31, 2003    **Nation of 1st Publication:** United Kingdom

## Author
■    **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant
**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions
**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com    **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016  United States

## Certification
**Name:** Jonathan Moskin

**Date:** August 8, 2012

**Applicant's Tracking Number:** 099251-0102

GW0011315

**Registration #:**

**Service Request #:** 1-805784097

    **Priority:** Routine      **Application Date:** August 8, 2012 07:34:23 PM

  **Note to C.O.:** The date of creation is within 12 months prior to publication but more than 60 days

## Correspondent   ──────────────────────────────

  **Organization Name:** Foley & Lardner LLP

     **Name:** Jonathan Moskin

     **Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

   **Address:** 90 Park Avenue
      New York, NY 10016 United States

                 **Fax:** 212-687-2329

## Mail Certificate   ──────────────────────────────

   Foley & Lardner LLP
   Jonathan Moskin
   90 Park Avenue
   New York, NY 10016 United States

GW0011316

*-APPLICATION-*

## Title

**Title of Work:** Imperial Armour Vol 9:  The Badab War

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** December 31, 2010   **Nation of 1st Publication:** United Kingdom

## Author

■    **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan  Moskin

**Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016  United States

## Certification

**Name:** Jonathan Moskin

**Date:** August 8, 2012

**Applicant's Tracking Number:** 099251-0102

GW0011317

**Registration #:**

**Service Request #:** 1-805783802

**Priority:** Routine          **Application Date:** August 8, 2012 07:33:29 PM

**Note to C.O.:** The date of creation is within 12 months prior to publication but more than 60 days

## Correspondent ———————————————————————

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com                              **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate ———————————————————————

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0011318

*-APPLICATION-*

## Title

**Title of Work:** Imperial Fists Conversion Pack

## Completion/Publication

**Year of Completion:** 1998

**Date of 1st Publication:** July 31, 1998 **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), 2-D artwork, sculpture

**Work made for hire:** Yes

**Citizen of:** United Kingdom **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005715

**Registration #:**

**Service Request #:** 1-732506004

        **Priority:** Routine         **Application Date:** March 1, 2012 06:45:17 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to September 30, 1998.

## Correspondent  ───────────────────────────────────

**Organization Name:** Foley & Lardner LLP

        **Name:** Jonathan  Moskin

        **Email:** jmoskin@foley.com         **Telephone:** 212-682-7474

     **Address:** 90 Park Avenue
New York, NY 10016 United States

        **Fax:** 212-687-2329

## Mail Certificate  ───────────────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0005716

*-APPLICATION-*

## Title

**Title of Work:** Codex: Imperial Guard

## Completion/Publication

**Year of Completion:** 1994

**Date of 1st Publication:** December 31, 1995     **Nation of 1st Publication:** United Kingdom

## Author

■    **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com      **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** August 8, 2012

**Applicant's Tracking Number:** 099251-0102

GW0011293

**Registration #:**

**Service Request #:** 1-805708244

        **Priority:** Routine         **Application Date:** August 8, 2012 07:31:20 PM

    **Note to C.O.:** The date of creation is within 12 months prior to publication but more than 60 days

## Correspondent ───────────────────────────────

    **Organization Name:** Foley & Lardner LLP

        **Name:** Jonathan Moskin

       **Email:** jmoskin@foley.com        **Telephone:** 212-682-7474

   **Address:** 90 Park Avenue
             New York, NY 10016 United States        **Fax:** 212-687-2329

## Mail Certificate ───────────────────────────────

    Foley & Lardner LLP
    Jonathan Moskin
    90 Park Avenue
    New York, NY 10016 United States

GW0011294

*-APPLICATION-*

## Title

**Title of Work:** Codex: Imperialis

## Completion/Publication

**Year of Completion:** 1992

**Date of 1st Publication:** December 31, 1993     **Nation of 1st Publication:** United Kingdom

## Author

■    **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** August 8, 2012

**Applicant's Tracking Number:** 099251-0102

GW0011297

**Registration #:**

**Service Request #:** 1-805783398

      **Priority:** Routine         **Application Date:** August 8, 2012 07:32:25 PM

**Note to C.O.:** The date of creation is within 12 months prior to publication but more than 60 days

## Correspondent ———————————————————————————

      **Organization Name:** Foley & Lardner LLP

            **Name:** Jonathan  Moskin

            **Email:** jmoskin@foley.com           **Telephone:** 212-682-7474

        **Address:** 90 Park Avenue
                   New York, NY 10016 United States       **Fax:** 212-687-2329

## Mail Certificate ———————————————————————————

      Foley & Lardner LLP
      Jonathan Moskin
      90 Park Avenue
      New York, NY 10016  United States

GW0011298

*-APPLICATION-*

## Title

**Title of Work:** Insignium Astartes

## Completion/Publication

**Year of Completion:** 2001

**Date of 1st Publication:** August 31, 2002          **Nation of 1st Publication:** United Kingdom

## Author

■          **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** August 8, 2012

**Applicant's Tracking Number:** 099251-0102

GW0011319

**Registration #:**

**Service Request #:** 1-805784074

**Priority:** Routine     **Application Date:** August 8, 2012 07:34:12 PM

**Note to C.O.:** The date of creation is within 12 months prior to publication but more than 60 days

## Correspondent

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0011320

*-APPLICATION-*

## Title

**Title of Work:** Lightening Claws

## Completion/Publication

**Year of Completion:** 1994

**Date of 1st Publication:** February 28, 1995        **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), 2-D artwork, sculpture

  **Work made for hire:** Yes

  **Citizen of:** United Kingdom        **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com        **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016  United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005733

**Registration #:**
**Service Request #:** 1-732505520

**Priority:** Routine                    **Application Date:** March 1, 2012 06:42:37 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to April 30, 1995.

## Correspondent ──────────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan  Moskin

**Email:** jmoskin@foley.com                    **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate ──────────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0005734

# *-APPLICATION-*

## Title

**Title of Work:** Mark V Heresy Armour

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 30, 2010          **Nation of 1st Publication:** United Kingdom

## Author

■          **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), 2-D artwork, sculpture

**Work made for hire:** Yes

**Citizen of:** United Kingdom          **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** February 29, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005665

**Registration #:**

**Service Request #:** 1-731312572

**Priority:** Routine        **Application Date:** February 29, 2012 01:05:59 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to August 31, 2010.

## Correspondent ────────────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com        **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate ────────────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0005666

*-APPLICATION-*

## Title

**Title of Work:** Necromunda - Battle for Survival in the Nightmare Undercity

## Completion/Publication

**Year of Completion:** 1997

**Date of 1st Publication:** May 31, 1998          **Nation of 1st Publication:** United Kingdom

## Author

■       **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016  United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 2, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005781

**Registration #:**

**Service Request #:** 1-732431522

**Priority:** Routine    **Application Date:** March 2, 2012 10:30:04 AM

**Note to C.O.:** The date of publication is approximately 60 days prior to July 31, 1998.

## Correspondent ─────────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com    **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States    **Fax:** 212-687-2329

## Mail Certificate ─────────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0005782

*-APPLICATION-*

## Title

**Title of Work:** Codex: Orks

## Completion/Publication

**Year of Completion:** 1994

**Date of 1st Publication:** May 31, 1994     **Nation of 1st Publication:** United Kingdom

## Author

■     **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005689

**Registration #:**

**Service Request #:** 1-732431748

**Priority:** Routine          **Application Date:** March 1, 2012 06:38:17 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to July 31, 1994.

## Correspondent _____

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan  Moskin

**Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States          **Fax:** 212-687-2329

## Mail Certificate _____

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0005690

*-APPLICATION-*

## Title

**Title of Work:** Tau Piranha

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** February 3, 2006 **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), 2-D artwork, sculpture

  **Work made for hire:** Yes

  **Citizen of:** United Kingdom **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005759

**Registration #:**

**Service Request #:** 1-732432242

**Priority:** Routine                    **Application Date:** March 1, 2012 06:41:03 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to April 3, 2006.

## Correspondent ————————————————————————————

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com                    **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

                                    **Fax:** 212-687-2329

## Mail Certificate ————————————————————————————

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0005760

*-APPLICATION-*

## Title

**Title of Work:** Space Marine Predator Tank

## Completion/Publication

**Year of Completion:** 2002

**Date of 1st Publication:** April 29, 2002     **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), 2-D artwork, sculpture

  **Work made for hire:** Yes

  **Citizen of:** United Kingdom     **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005745

**Registration #:**

**Service Request #:** 1-732505478

**Priority:** Routine          **Application Date:** March 1, 2012 06:42:27 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to June 29, 2002.

## Correspondent ────────────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com        **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

       **Fax:** 212-687-2329

## Mail Certificate ────────────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0005746

*-APPLICATION-*

## Title

**Title of Work:** Mark V Heresy Armour

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** June 30, 2010     **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), 2-D artwork, sculpture

  **Work made for hire:** Yes

  **Citizen of:** United Kingdom     **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** February 29, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005665

**Registration #:**

**Service Request #:** 1-731312572

**Priority:** Routine          **Application Date:** February 29, 2012 01:05:59 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to August 31, 2010.

## Correspondent

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0005666

*-APPLICATION-*

## Title

**Title of Work:** Warhammer 40,000 Rule Book 2008

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** December 31, 2008     **Nation of 1st Publication:** United Kingdom

## Author

■     **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016  United States

## Certification

**Name:** Jonathan Moskin

**Date:** August 8, 2012

**Applicant's Tracking Number:** 099251-0102

GW0011333

**Registration #:**

**Service Request #:** 1-805784173

**Priority:** Routine            **Application Date:** August 8, 2012 07:34:55 PM

**Note to C.O.:** The date of creation is within 12 months prior to publication but more than 60 days

## Correspondent ————————————————————————————

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com         **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

         **Fax:** 212-687-2329

## Mail Certificate ————————————————————————————

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0011334

*-APPLICATION-*

## Title

**Title of Work:** Salamanders Land Raider Doors

## Completion/Publication

**Year of Completion:** 2002

**Date of 1st Publication:** July 31, 2002     **Nation of 1st Publication:** United Kingdom

## Author

■    **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), 2-D artwork, sculpture

**Work made for hire:** Yes

**Citizen of:** United Kingdom     **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** February 29, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005667

**Registration #:**

**Service Request #:** 1-731312616

     **Priority:** Routine        **Application Date:** February 29, 2012 01:06:20 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to September 30, 2002.

## Correspondent ─────────────────────────────────────

    **Organization Name:** Foley & Lardner LLP

           **Name:** Jonathan  Moskin

           **Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

        **Address:** 90 Park Avenue
                New York, NY 10016 United States     **Fax:** 212-687-2329

## Mail Certificate ─────────────────────────────────────

    Foley & Lardner LLP
    Jonathan Moskin
    90 Park Avenue
    New York, NY 10016  United States

GW0005668

*-APPLICATION-*

## Title

**Title of Work:** Salamanders Terminator Shoulder Pads

## Completion/Publication

**Year of Completion:** 2007

**Date of 1st Publication:** May 25, 2007      **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), 2-D artwork, sculpture

  **Work made for hire:** Yes

  **Citizen of:** United Kingdom      **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com      **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** February 29, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005669

**Registration #:**

**Service Request #:** 1-731312688

**Priority:** Routine          **Application Date:** February 29, 2012 01:06:31 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to July 25, 2007.

## Correspondent ─────────────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan  Moskin

**Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

          **Fax:** 212-687-2329

## Mail Certificate ─────────────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0005670

*-APPLICATION-*

## Title

**Title of Work:** Space Marine Bike

## Completion/Publication

**Year of Completion:** 1996

**Date of 1st Publication:** July 31, 1996      **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), 2-D artwork, sculpture

  **Work made for hire:** Yes

  **Citizen of:** United Kingdom      **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com      **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016  United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005735

**Registration #:**

**Service Request #:** 1-732505854

**Priority:** Routine      **Application Date:** March 1, 2012 06:44:35 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to September 30, 1996.

## Correspondent ———————————————————————

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com      **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

     **Fax:** 212-687-2329

## Mail Certificate ———————————————————————

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0005736

*-APPLICATION-*

## Title

**Title of Work:** Space Marine Chapter Masters

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** August 13, 2007    **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), 2-D artwork, sculpture

**Work made for hire:** Yes

**Citizen of:** United Kingdom    **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com    **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016  United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005737

**Registration #:**

**Service Request #:** 1-732505456

**Priority:** Routine          **Application Date:** March 1, 2012 06:42:16 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to October 13, 2007.

## Correspondent ─────────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan  Moskin

**Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate ─────────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0005738

*-APPLICATION-*

## Title

**Title of Work:** Space Marine Character Conversion Kit

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** July 31, 2010      **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), 2-D artwork, sculpture

  **Work made for hire:** Yes

  **Citizen of:** United Kingdom      **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com      **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016  United States

## Certification

**Name:** Jonathan Moskin

**Date:** February 29, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005671

**Registration #:**

**Service Request #:** 1-731312594

**Priority:** Routine       **Application Date:** February 29, 2012 01:06:10 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to September 30, 2010.

## Correspondent  ———————————————————————————————

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com       **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate  ———————————————————————————————

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0005672

*-APPLICATION-*

## Title

**Title of Work:** Space Marine Collectors Guide

## Completion/Publication

**Year of Completion:** 2003

**Date of 1st Publication:** May 31, 2003          **Nation of 1st Publication:** United Kingdom

## Author

■ **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016  United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005739

**Registration #:**

**Service Request #:** 1-732431888

      **Priority:** Routine       **Application Date:** March 1, 2012 06:39:09 PM

    **Note to C.O.:** The date of publication is approximately 60 days prior to July 31, 2003.

## Correspondent —————————————————————————————

    **Organization Name:** Foley & Lardner LLP

        **Name:** Jonathan Moskin

        **Email:** jmoskin@foley.com       **Telephone:** 212-682-7474

     **Address:** 90 Park Avenue
            New York, NY 10016 United States       **Fax:** 212-687-2329

## Mail Certificate —————————————————————————————

    Foley & Lardner LLP
    Jonathan Moskin
    90 Park Avenue
    New York, NY 10016 United States

GW0005740

*-APPLICATION-*

## Title

**Title of Work:** Space Marine Sternguard Squad with Combi Weapon

## Completion/Publication

**Year of Completion:** 2008

**Date of 1st Publication:** August 18, 2008     **Nation of 1st Publication:** United Kingdom

## Author

■    **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), 2-D artwork, sculpture

**Work made for hire:** Yes

**Citizen of:** United Kingdom     **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005747

**Registration #:**

**Service Request #:** 1-732505832

**Priority:** Routine      **Application Date:** March 1, 2012 06:44:24 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to October 18, 2008.

## Correspondent —————————————————————————————

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com      **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

     **Fax:** 212-687-2329

## Mail Certificate —————————————————————————————

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0005748

*-APPLICATION-*

## Title
**Title of Work:** Space Marine Dreadnought

## Completion/Publication
**Year of Completion:** 2000

**Date of 1st Publication:** February 29, 2000      **Nation of 1st Publication:** United Kingdom

## Author
■     **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), 2-D artwork, sculpture

**Work made for hire:** Yes

**Citizen of:** United Kingdom      **Domiciled in:** United Kingdom

## Copyright claimant
**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions
**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com      **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification
**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005741

**Registration #:**

**Service Request #:** 1-732505370

**Priority:** Routine      **Application Date:** March 1, 2012 06:41:45 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to April 30, 2000.

## Correspondent ————————————————————————

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com      **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate ————————————————————————

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0005742

*-APPLICATION-*

## Title

**Title of Work:** Space Marine Terminator Squad

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** August 31, 2005     **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

   **Author Created:** text, photograph(s), 2-D artwork, sculpture

   **Work made for hire:** Yes

   **Citizen of:** United Kingdom     **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** February 28, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005673

**Registration #:**

**Service Request #:** 1-717038972

        **Priority:** Routine         **Application Date:** February 28, 2012 03:43:14 PM

  **Note to C.O.:** The date of publication is approximately 60 days prior to October 31, 2005.

## Correspondent ────────────────────────────────

    **Organization Name:** Foley & Lardner LLP

         **Name:** Jonathan Moskin

        **Email:** jmoskin@foley.com         **Telephone:** 212-682-7474

     **Address:** 90 Park Avenue
             New York, NY 10016 United States      **Fax:** 212-687-2329

## Mail Certificate ────────────────────────────────

     Foley & Lardner LLP
     Jonathan Moskin
     90 Park Avenue
     New York, NY 10016 United States

GW0005674

*-APPLICATION-*

## Title

**Title of Work:** Space Marines in Terminator Armour

## Completion/Publication

**Year of Completion:** 2005

**Date of 1st Publication:** February 1, 2005     **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), 2-D artwork, sculpture

  **Work made for hire:** Yes

  **Citizen of:** United Kingdom     **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005749

**Registration #:**

**Service Request #:** 1-732505308

      **Priority:** Routine       **Application Date:** March 1, 2012 06:41:34 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to April 1, 2005.

## Correspondent ———————————————————————————

    **Organization Name:** Foley & Lardner LLP

         **Name:** Jonathan Moskin

         **Email:** jmoskin@foley.com       **Telephone:** 212-682-7474

      **Address:** 90 Park Avenue
             New York, NY 10016 United States

                                    **Fax:** 212-687-2329

## Mail Certificate ———————————————————————————

      Foley & Lardner LLP
      Jonathan Moskin
      90 Park Avenue
      New York, NY 10016 United States

GW0005750

*-APPLICATION-*

## Title

**Title of Work:** Soul Drinker

## Completion/Publication

**Year of Completion:** 2001

**Date of 1st Publication:** December 31, 2002          **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), artwork

  **Work made for hire:** Yes

  **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** August 8, 2012

**Applicant's Tracking Number:** 099251-0102

GW0011321

**Registration #:**

**Service Request #:** 1-805783516

| | | | |
|---|---|---|---|
| **Priority:** | Routine | **Application Date:** | August 8, 2012 07:33:07 PM |

**Note to C.O.:** The date of creation is within 12 months prior to publication but more than 60 days

## Correspondent ───────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate ───────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0011322

*-APPLICATION-*

## Title

**Title of Work:** Codex: Space Wolves

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** December 31, 2009     **Nation of 1st Publication:** United Kingdom

## Author

■     **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** February 28, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005655

**Registration #:**

**Service Request #:** 1-730830132

**Priority:** Routine          **Application Date:** February 28, 2012 04:06:26 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to February 28, 2010.

## Correspondent —————————————————————————

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan  Moskin

**Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate —————————————————————————

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0005656

# *-APPLICATION-*

## Title

**Title of Work:** Codex:  Space Wolves

## Completion/Publication

**Year of Completion:** 1999

**Date of 1st Publication:** December 31, 1999          **Nation of 1st Publication:** United Kingdom

## Author

■          **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan  Moskin

**Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016  United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005693

**Registration #:**

**Service Request #:**   1-732431706

      **Priority:**   Routine          **Application Date:**   March 1, 2012 06:38:07 PM

**Note to C.O.:**   The date of publication is approximately 60 days prior to February 29, 2000.

## Correspondent ─────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan  Moskin

**Email:** jmoskin@foley.com         **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

       **Fax:** 212-687-2329

## Mail Certificate ─────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0005694

*-APPLICATION-*

## Title

**Title of Work:** Storm Raven Gunship

## Completion/Publication

**Year of Completion:** 2010

**Date of 1st Publication:** December 5, 2010    **Nation of 1st Publication:** United Kingdom

## Author

■    **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), 2-D artwork, sculpture

**Work made for hire:** Yes

**Citizen of:** United Kingdom    **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com    **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005753

**Registration #:**

**Service Request #:** 1-732505768

**Priority:** Routine        **Application Date:** March 1, 2012 06:44:03 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to February 5, 2011.

## Correspondent ―――――――――――――――――――――――

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com        **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

       **Fax:** 212-687-2329

## Mail Certificate ―――――――――――――――――――――――

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0005754

*-APPLICATION-*

## Title

**Title of Work:** Eldar Striking Scorpions

## Completion/Publication

**Year of Completion:** 1996

**Date of 1st Publication:** September 4, 1996       **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), 2-D artwork, sculpture

  **Work made for hire:** Yes

  **Citizen of:** United Kingdom       **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan  Moskin

**Email:** jmoskin@foley.com       **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016  United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005707

**Registration #:**

**Service Request #:** 1-732505552

**Priority:** Routine          **Application Date:** March 1, 2012 06:42:47 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to November 4, 1996.

## Correspondent —————————————————————————————

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate —————————————————————————————

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0005708

*-APPLICATION-*

## Title

**Title of Work:** Space Wolves Door Set for Rhino

## Completion/Publication

**Year of Completion:** 2003

**Date of 1st Publication:** July 31, 2003        **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

   **Author Created:** text, photograph(s), 2-D artwork, sculpture

   **Work made for hire:** Yes

   **Citizen of:** United Kingdom        **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com        **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** February 29, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005675

**Registration #:**

**Service Request #:** 1-731312780

**Priority:** Routine   **Application Date:** February 29, 2012 01:06:42 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to September 30, 2003.

## Correspondent ——————————————————————————

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com   **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate ——————————————————————————

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0005676

*-APPLICATION-*

## Title

**Title of Work:** Tactical Shoulder Pads

## Completion/Publication

**Year of Completion:** 1990

**Date of 1st Publication:** November 30, 1990 **Nation of 1st Publication:** United Kingdom

## Author

■ **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), 2-D artwork, sculpture

**Work made for hire:** Yes

**Citizen of:** United Kingdom **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005755

**Registration #:**

**Service Request #:** 1-732505716

**Priority:** Routine **Application Date:** March 1, 2012 06:43:52 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to January 31, 1991.

## Correspondent ─────────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate ─────────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0005756

*-APPLICATION-*

## Title

**Title of Work:** Codex: Tau Empire

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** December 31, 2005 **Nation of 1st Publication:** United Kingdom

## Author

■ **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** August 8, 2012

**Applicant's Tracking Number:** 099251-0102

GW0011301

**Registration #:**

**Service Request #:** 1-805783886

        **Priority:** Routine         **Application Date:** August 8, 2012 07:33:50 PM

  **Note to C.O.:** The date of creation is within 12 months prior to publication but more than 60 days

## Correspondent

    **Organization Name:** Foley & Lardner LLP

        **Name:** Jonathan  Moskin

        **Email:** jmoskin@foley.com         **Telephone:** 212-682-7474

     **Address:** 90 Park Avenue
           New York, NY 10016 United States     **Fax:** 212-687-2329

## Mail Certificate

    Foley & Lardner LLP
    Jonathan Moskin
    90 Park Avenue
    New York, NY 10016  United States

GW0011302

*-APPLICATION-*

## Title

**Title of Work:** Tau Empire Hammerhead

## Completion/Publication

**Year of Completion:** 2001

**Date of 1st Publication:** September 9, 2001    **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), 2-D artwork, sculpture

  **Work made for hire:** Yes

  **Citizen of:** United Kingdom    **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com    **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005757

**Registration #:**

**Service Request #:** 1-732505684

**Priority:** Routine                    **Application Date:** March 1, 2012 06:43:41 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to November 9, 2001.

## Correspondent

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com                    **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0005758

*-APPLICATION-*

## Title

**Title of Work:** Codex: Tau

## Completion/Publication

**Year of Completion:** 2000

**Date of 1st Publication:** December 31, 2001   **Nation of 1st Publication:** United Kingdom

## Author

■   **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com   **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016  United States

## Certification

**Name:** Jonathan Moskin

**Date:** August 8, 2012

**Applicant's Tracking Number:** 099251-0102

GW0011299

**Registration #:**

**Service Request #:** 1-805708222

**Priority:** Routine          **Application Date:** August 8, 2012 07:31:09 PM

**Note to C.O.:** The date of creation is within 12 months prior to publication but more than 60 days

## Correspondent ─────────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate ─────────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0011300

*-APPLICATION-*

## Title

**Title of Work:** Termagents

## Completion/Publication

**Year of Completion:** 2000

**Date of 1st Publication:** January 31, 2001　　　**Nation of 1st Publication:** United Kingdom

## Author

**Author:** Games Workshop Limited

**Author Created:** text, photograph(s), 2-D artwork, sculpture

**Work made for hire:** Yes

**Citizen of:** United Kingdom　　　**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com　　　**Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005761

**Registration #:**

**Service Request #:** 1-732505662

**Priority:** Routine      **Application Date:** March 1, 2012 06:43:30 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to March 31, 2001.

## Correspondent ────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com      **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

     **Fax:** 212-687-2329

## Mail Certificate ────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0005762

*-APPLICATION-*

## Title

**Title of Work:** Thunder Hammer Conversion Pack

## Completion/Publication

**Year of Completion:** 2003

**Date of 1st Publication:** December 29, 2003     **Nation of 1st Publication:** United Kingdom

## Author

■     **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), 2-D artwork, sculpture

**Work made for hire:** Yes

**Citizen of:** United Kingdom     **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** August 8, 2012

**Applicant's Tracking Number:** 099251-0102

GW0011323

**Registration #:**

**Service Request #:** 1-805784151

**Priority:** Routine          **Application Date:** August 8, 2012 07:34:44 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to February 29, 2004.

## Correspondent ────────────────────────────

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate ────────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0011324

*-APPLICATION-*

## Title

**Title of Work:** Tornado Assault Cannons

## Completion/Publication

**Year of Completion:** 1998

**Date of 1st Publication:** January 31, 1999      **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), 2-D artwork, sculpture

  **Work made for hire:** Yes

  **Citizen of:** United Kingdom      **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com      **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** August 8, 2012

**Applicant's Tracking Number:** 099251-0102

GW0011325

**Registration #:**

**Service Request #:** 1-805784225

| | | | |
|---|---|---|---|
| **Priority:** | Routine | **Application Date:** | August 8, 2012 07:35:06 PM |

**Note to C.O.:** The date of publication is approximately 60 days prior to March 31, 1999.

## Correspondent

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com                **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0011326

*-APPLICATION-*

## Title

**Title of Work:** Tyranid Warriors

## Completion/Publication

**Year of Completion:** 2000

**Date of 1st Publication:** December 31, 2000      **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), 2-D artwork, sculpture

  **Work made for hire:** Yes

  **Citizen of:** United Kingdom      **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com      **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005771

**Registration #:**

**Service Request #:** 1-732505402

**Priority:** Routine          **Application Date:** March 1, 2012 06:41:55 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to February 28, 2001.

## Correspondent —————————————————————————

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate —————————————————————————

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0005772

# *-APPLICATION-*

## Title

**Title of Work:** Codex: Tyranids

## Completion/Publication

**Year of Completion:** 2003

**Date of 1st Publication:** December 31, 2004     **Nation of 1st Publication:** United Kingdom

## Author

■     **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** August 8, 2012

**Applicant's Tracking Number:** 099251-0102

GW0011305

**Registration #:**

**Service Request #:** 1-805783310

     **Priority:** Routine      **Application Date:** August 8, 2012 07:31:53 PM

**Note to C.O.:** The date of creation is within 12 months prior to publication but more than 60 days

## Correspondent ─────────────────────────────────────

**Organization Name:** Foley & Lardner LLP

     **Name:** Jonathan Moskin

     **Email:** jmoskin@foley.com      **Telephone:** 212-682-7474

   **Address:** 90 Park Avenue
           New York, NY 10016 United States      **Fax:** 212-687-2329

## Mail Certificate ─────────────────────────────────────

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0011306

*-APPLICATION-*

## Title

**Title of Work:** Codex: Tyranids

## Completion/Publication

**Year of Completion:** 1994

**Date of 1st Publication:** December 31, 1995   **Nation of 1st Publication:** United Kingdom

## Author

■   **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com   **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** August 8, 2012

**Applicant's Tracking Number:** 099251-0102

GW0011303

**Registration #:**

**Service Request #:** 1-805708266

**Priority:** Routine      **Application Date:** August 8, 2012 07:31:31 PM

**Note to C.O.:** The date of creation is within 12 months prior to publication but more than 60 days

# Correspondent

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com      **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

# Mail Certificate

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

# *-APPLICATION-*

## Title

**Title of Work:** Tyranid Hive Tyrant

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** April 30, 2005    **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), 2-D artwork, sculpture

  **Work made for hire:** Yes

  **Citizen of:** United Kingdom    **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com    **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016  United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005769

**Registration #:**

**Service Request #:** 1-732505618

**Priority:** Routine **Application Date:** March 1, 2012 06:43:10 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to June 30, 2005.

## Correspondent

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0005770

*-APPLICATION-*

## Title

**Title of Work:** Codex: Ultramarines

## Completion/Publication

**Year of Completion:** 1994

**Date of 1st Publication:** December 31, 1995    **Nation of 1st Publication:** United Kingdom

## Author

■    **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com    **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** August 8, 2012

**Applicant's Tracking Number:** 099251-0102

GW0011307

**Registration #:**

**Service Request #:** 1-805708288

| | | |
|---|---|---|
| **Priority:** Routine | | **Application Date:** August 8, 2012 07:31:42 PM |

**Note to C.O.:** The date of creation is within 12 months prior to publication but more than 60 days

## Correspondent

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com                    **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0011308

*-APPLICATION-*

## Title

**Title of Work:** Valthex Astral Claws of the Master Forge

## Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** June 29, 2011     **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), 2-D artwork, sculpture

  **Work made for hire:** Yes

  **Citizen of:** United Kingdom     **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** February 29, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005677

**Registration #:**

**Service Request #:** 1-731312902

**Priority:** Routine          **Application Date:** February 29, 2012 01:06:52 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to August 29, 2011.

## Correspondent ——————————————————————————————

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate ——————————————————————————————

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0005678

## *-APPLICATION-*

## Title

| | |
|---|---|
| **Title of Work:** | Warhammer 40,000 Wargear |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2005 | | |
| **Date of 1st Publication:** | September 30, 2005 | **Nation of 1st Publication:** | United Kingdom |

## Author

| | |
|---|---|
| ■    **Author:** | Games Workshop Limited |
| **Author Created:** | text, photograph(s), artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United Kingdom |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Games Workshop Limited |
| | Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom |

## Rights and Permissions

| | | | |
|---|---|---|---|
| **Organization Name:** | Foley & Lardner LLP | | |
| **Name:** | Jonathan Moskin | | |
| **Email:** | jmoskin@foley.com | **Telephone:** | 212-682-7474 |
| **Address:** | 90 Park Avenue | | |
| | New York, NY 10016 United States | | |

## Certification

| | |
|---|---|
| **Name:** | Jonathan Moskin |
| **Date:** | March 1, 2012 |
| **Applicant's Tracking Number:** | 099251-0102 |

GW0005773

**Registration #:**

**Service Request #:** 1-732431942

**Priority:** Routine            **Application Date:** March 1, 2012 06:39:30 PM

**Note to C.O.:** The date of publication is approximately 60 days prior to November 30, 2005.

## Correspondent —————————————————————————

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com                          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate —————————————————————————

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0005774

*-APPLICATION-*

## Title

**Title of Work:** Space Wolves Wolf Guard Terminators

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** August 3, 2009 **Nation of 1st Publication:** United Kingdom

## Author

■ **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), 2-D artwork, sculpture

**Work made for hire:** Yes

**Citizen of:** United Kingdom **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0005751

**Registration #:**

**Service Request #:**   1-732505790

**Priority:**   Routine          **Application Date:**   March 1, 2012 06:44:14 PM

**Note to C.O.:**   The date of publication is approximately 60 days prior to October 3, 2009.

## Correspondent

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan  Moskin

**Email:** jmoskin@foley.com                           **Telephone:** 212-682-7474

**Address:** 90 Park Avenue
New York, NY 10016 United States

**Fax:** 212-687-2329

## Mail Certificate

Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0005752