# Exhibit

# 13

Int. Cls.: 9, 16 and 28

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,718,741
Registered May 27, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## WARHAMMER

GAMES WORKSHOP LIMITED (UNITED KINGDOM CORPORATION)
WILLOW ROAD
LENTON, NOTTINGHAM NG7 2WS, UNITED KINGDOM

FOR: (BASED ON REGISTRATION NO. 1355872) COMPUTER GAME PROGRAMS; ~~VIDEO GAME CARTRIDGES AND VIDEO GAME MACHINES FOR USE WITH TELEVISIONS; VIDEO CASSETTES FEATURING WAR GAMES~~, ROLE PLAY GAMES, SKIRMISH GAMES, FANTASY/SCIENCE FICTION GAMES; AND COMPUTER SOFTWARE FOR PLAYING GAMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: (BASED ON REGISTRATION NO. 1355873) ROLE PLAYING GAME MAGAZINES, BOOKS AND MANUALS; COMIC BOOKS; RULE BOOKS FOR PLAYING GAMES; ~~STATIONERY ITEMS, NAMELY, BALL POINT AND INK PENS, PENCILS, WRITING AND DRAWING INKS, PAINT BRUSHES, STATIONERY FOLDERS, NOTE PADS, SCORE SHEETS AND WRITING PAPER~~; PRINTED INSTRUCTIONAL MATERIALS IN THE AREA OF HOBBY GAMES, SKIRMISH GAMES, WAR GAMES, TABLE TOP GAMES AND ROLE PLAYING GAMES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: (BASED ON REGISTRATION NO. 1355874) EQUIPMENT SOLD AS A UNIT FOR PLAYING TABLE TOP HOBBY BATTLE GAMES IN THE NATURE OF WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES AND SCIENCE FICTION GAMES; MINIATURES AND MODELS FOR USE IN HOBBY GAMES, WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES AND SCIENCE FICTION GAMES; AND KITS OF PARTS FOR CONSTRUCTING TOY MODELS, NAMELY, LANDSCAPES, SCENERY, AND ACTION FIGURES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

OWNER OF UNITED KINGDOM REG. NO. 1355874, DATED 7-27-1990, EXPIRES 8-25-2005.

OWNER OF UNITED KINGDOM REG. NO. 1355873, DATED 8-3-1990, EXPIRES 8-25-2005.

OWNER OF UNITED KINGDOM REG. NO. 1355872, DATED 10-12-1990, EXPIRES 8-25-2005.

OWNER OF U.S. REG. NOS. 1,650,103, 1,650,221, AND 1,650,222.

SER. NO. 76-359,806, FILED 1-18-2002.

REBECCA GILBERT, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,707,457**
Registered Nov. 10, 2009

**Int. Cls.: 9, 16 and 28**

**TRADEMARK**
**PRINCIPAL REGISTER**



GAMES WORKSHOP LIMITED (UNITED KINGDOM CORPORATION)
WILLOW ROAD, LENTON
NOTTINGHAM, UNITED KINGDOM NG72WS

FOR: COMPUTER GAME DISCS; COMPUTER GAME SOFTWARE; INTERACTIVE MULTI-MEDIA COMPUTER GAME PROGRAM; INTERACTIVE VIDEO GAME PROGRAMS; VIDEO GAME DISCS; VIDEO GAME SOFTWARE; DOWNLOADABLE ELECTRONIC PUBLICA-TIONS IN THE NATURE OF COMPUTER GAME INSTRUCTION MANUALS, RULE BOOKS FOR PLAYING GAMES, AND MAGAZINES AND JOURNALS ON THE SUBJECT OF WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES, BATTLE GAMES, AND FANTASY/SCIENCE FICTION GAMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

FOR: COMPUTER GAME INSTRUCTION MANUALS; PUBLICATIONS, NAMELY, BOOKS, RULE BOOKS, MAGAZINES, AND JOURNALS IN THE FIELD OF WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES, BATTLE GAMES, AND FANTASY/SCIENCE FICTION GAMES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

FOR: CARD GAMES, TABLE TOP WAR GAMES, AND BOARD GAMES ALL FOR USE IN THE FIELDS OF WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES, BATTLE GAMES, AND FANTASY/SCIENCE FICTION GAMES, PLAYTHINGS, NAMELY, HOBBY CRAFT SETS, KITS, AND PARTS FOR CONSTRUCTING MODELS, NAMELY, LANDSCAPES, SCENERY, AND ACTION FIGURES FOR USE IN WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES, BATTLE GAMES, AND FANTASY/SCIENCE FICTION GAMES; MINI-ATURE ACTION FIGURES AND TOY MODEL HOBBY CRAFT KITS FOR USE IN GAMES, WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES, AND FANTASY GAMES COMPRISING OF MINIATURES, MODELS, LANDSCAPES AND SCENERY AND PARTS THEREOF, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

PRIORITY CLAIMED UNDER SEC. 44(D) ON ERPN CMNTY TM OFC APPLICATION NO. 006903926, FILED 4-28-2008, REG. NO. 006903926, DATED 1-21-2009, EXPIRES 4-28-2018.

*Director of the United States Patent and Trademark Office*

**Reg. No. 3,707,457**  OWNER OF U.S. REG. NO. 2,718,741.

THE MARK CONSISTS OF A DOUBLE-HEADED EAGLE WITH THE WORDS "WARHAMMER 40,000" WITHIN THE BODY OF THE EAGLE.

SER. NO. 77-460,691, FILED 4-29-2008.

KATHERINE STOIDES, EXAMINING ATTORNEY

Page: 2 / RN # 3,707,457

# United States of America
## United States Patent and Trademark Office

# 40,000

**Reg. No. 3,751,267** GAMES WORKSHOP LIMITED (UNITED KINGDOM CORPORATION)
Registered Feb. 23, 2010   WILLOW ROAD, LENTON
NOTTINGHAM, UNITED KINGDOM NG72WS

**Int. Cls.: 9, 16 and 28** FOR: COMPUTER GAME DISCS; COMPUTER GAME SOFTWARE; INTERACTIVE MULTI-
MEDIA COMPUTER GAME PROGRAM; INTERACTIVE VIDEO GAME PROGRAMS; VIDEO
GAME DISCS; VIDEO GAME SOFTWARE; DOWNLOADABLE ELECTRONIC PUBLICA-
**TRADEMARK** TIONS IN THE NATURE OF COMPUTER GAME INSTRUCTION MANUALS, RULE BOOKS
**PRINCIPAL REGISTER** FOR PLAYING GAMES, AND MAGAZINES AND JOURNALS ON THE SUBJECT OF WAR
GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES, BATTLE GAMES, AND
FANTASY/SCIENCE FICTION GAMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

FOR: COMPUTER GAME INSTRUCTION MANUALS; PUBLICATIONS, NAMELY, BOOKS,
RULE BOOKS, MAGAZINES, AND JOURNALS IN THE FIELD OF WAR GAMES, SKIRMISH
GAMES, ROLE PLAYING GAMES, BATTLE GAMES, AND FANTASY/SCIENCE FICTION
GAMES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

FOR: CARD GAMES, TABLE TOP WAR GAMES, AND BOARD GAMES ALL FOR USE IN
THE FIELDS OF WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES, BATTLE
GAMES, AND FANTASY/SCIENCE FICTION GAMES; PLAYTHINGS, NAMELY, HOBBY
CRAFT SETS, KITS, AND PARTS FOR CONSTRUCTING MODELS, NAMELY, LANDSCAPES,
SCENERY, AND ACTION FIGURES FOR USE IN WAR GAMES, SKIRMISH GAMES, ROLE
PLAYING GAMES, BATTLE GAMES, AND FANTASY/SCIENCE FICTION GAMES; MINI-
ATURE ACTION FIGURES AND TOY MODEL HOBBY CRAFT KITS FOR USE IN GAMES,
WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES, AND FANTASY/SCIENCE
FICTION GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-647,340, FILED 1-12-2009.

LAURIE KAUFMAN, EXAMINING ATTORNEY



*David J. Kappos*
Director of the United States Patent and Trademark Office

Int. Cls.: 35 and 41

Prior U.S. Cls.: 100, 101, 102, and 107

**United States Patent and Trademark Office**

Reg. No. 3,612,759
Registered Apr. 28, 2009

## SERVICE MARK
### PRINCIPAL REGISTER

## GAMES WORKSHOP

GAMES WORKSHOP LIMITED (UNITED KING-
DOM CORPORATION)
WILLOW ROAD
LENTON, NOTTINGHAM NG7 2WS, ENGLAND

FOR: RETAIL STORE SERVICES FEATURING A
VARIETY OF PUBLICATIONS, BOOKS, NOVELS,
MAGAZINES, JOURNALS, PRINTED MATTER,
PAINT BRUSHES, CARDS, ARTISTS MATERIALS,
MODELING TOOLS, GAMES, PLAY THINGS, TOYS,
ROLE PLAY GAMES, BOARD GAMES, MINIA-
TURES AND MODELS, WAR GAMES, HOBBY
GAMES, SKIRMISH GAMES, TABLE TOP GAMES,
KITS AND PARTS FOR CONSTRUCTING MODELS;
MAIL ORDER SERVICES FEATURING A VARIETY
OF PUBLICATIONS, BOOKS, NOVELS, MAGA-
ZINES, JOURNALS, PRINTED MATTER, PAINT
BRUSHES, CARDS, ARTISTS MATERIALS, MOD-
ELING TOOLS, GAMES, PLAY THINGS, TOYS,
ROLE PLAY GAMES, BOARD GAMES, MINIA-
TURES AND MODELS, WAR GAMES, HOBBY
GAMES, SKIRMISH GAMES, TABLE TOP GAMES,
KITS AND PARTS FOR CONSTRUCTING MODELS;
ONLINE RETAIL STORE SERVICES FEATURING A
VARIETY OF PUBLICATIONS, BOOKS, NOVELS,
MAGAZINES, JOURNALS, PRINTED MATTER,
PAINT BRUSHES, CARDS, ARTISTS MATERIALS,
MODELING TOOLS, GAMES, PLAY THINGS, TOYS,
ROLE PLAY GAMES, BOARD GAMES, MINIA-
TURES AND MODELS, WAR GAMES, HOBBY
GAMES, SKIRMISH GAMES, TABLE TOP GAMES,
KITS AND PARTS FOR CONSTRUCTING MODELS,
IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1985; IN COMMERCE 0-0-1985.

FOR: ENTERTAINMENT IN THE NATURE OF
TOURNAMENTS, PRODUCT EXHIBITIONS, AND
COMPETITIONS IN THE FIELD OF ROLE-PLAY-
ING GAMES, HOBBY GAMES, SKIRMISH GAMES,
SCIENCE FICTION/FANTASY GAMES; PUBLICA-
TION OF BOOKS, MAGAZINES AND JOURNALS;
ENTERTAINMENT SERVICES, NAMELY, PROVID-
ING ON-LINE COMPUTER GAMING VIA THE
INTERNET, IN CLASS 41 (U.S. CLS. 100, 101 AND
107).

FIRST USE 9-0-1986; IN COMMERCE 9-0-1986.

OWNER OF U.S. REG. NOS. 1,697,771, 1,833,406,
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "GAMES", APART FROM THE
MARK AS SHOWN.

SN 76-368,440, FILED 2-8-2002.

BARBARA GAYNOR, EXAMINING ATTORNEY

# United States of America

### United States Patent and Trademark Office

## GW

**Reg. No. 3,878,431**
GAMES WORKSHOP LIMITED (UNITED KINGDOM CORPORATION)
WILLOW ROAD, LENTON
**Registered Nov. 23, 2010** NOTTINGHAM, UNITED KINGDOM NG72WS

**Int. Cl.: 28**
FOR: MINIATURE ACTION FIGURES AND TOY MODEL HOBBYCRAFT KITS FOR USE
IN HOBBY GAMES, WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES, AND
FANTASY/SCIENCE FICTION GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

**TRADEMARK**

FIRST USE 0-0-1989, IN COMMERCE 0-0-1989.

**PRINCIPAL REGISTER**

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-461,833, FILED 4-30-2008.

KATHERINE STOIDES, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

Int. Cl.: 28

Prior U.S. Cl.: 22

**Reg. No. 1,922,180**

## United States Patent and Trademark Office

Registered Sep. 26, 1995

### TRADEMARK
### PRINCIPAL REGISTER

### SPACE MARINE

GAMES WORKSHOP LIMITED (UNITED KINGDOM CORPORATION)
CHEWTON STREET
EASTWOOD
NOTTINGHAM NG16 3HY, ENGLAND

FOR: BOARD GAMES, PARLOR GAMES, WAR GAMES, HOBBY GAMES, TOY MODELS AND MINIATURES OF BUILDINGS, SCENERY, FIGURES, AUTOMOBILES, VEHICLES, PLANES, TRAINS AND CARD GAMES AND PAINT, SOLD THEREWITH, IN CLASS 28 (U.S. CL. 22).

FIRST USE 9-0-1987; IN COMMERCE 10-0-1987.

SER. NO. 74-186,534, FILED 7-19-1991.

ERIN FALK, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

## United States Patent and Trademark Office

Reg. No. 1,944,847
Registered Jan. 2, 1996

## TRADEMARK
### PRINCIPAL REGISTER

## ELDAR

GAMES WORKSHOP LIMITED (UNITED KINGDOM CORPORATION)
CHEWTON STREET, HILL TOP, EASTWOOD
NOTTINGHAM NG1 7DL, ENGLAND

FOR: EQUIPMENT SOLD AS A UNIT FOR PLAYING HOBBY GAMES, WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES AND SCIENCE FICTION GAMES, MINIATURES AND MODELS FOR USE IN HOBBY GAMES, WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES AND SCIENCE FICTION GAMES, AND KITS FOR PARTS FOR CONSTRUCTION OF SUCH MODELS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 10-0-1987; IN COMMERCE 1-0-1988.

SER. NO. 74-358,132, FILED 2-12-1993.

SCOTT GOODPASTER, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**

Reg. No. 1,913,474
Registered Aug. 22, 1995

## TRADEMARK
### PRINCIPAL REGISTER

## DARK ANGELS

GAMES WORKSHOP LTD. (UNITED KING-DOM CORPORATION)
CHEWTON ST., HILLTOP, EASTWOOD
NOTTINGHAM, NG16 3HY, UNITED KING-DOM

FOR: EQUIPMENT SOLD AS A UNIT FOR PLAYING HOBBY GAMES, PARLOR GAMES, WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES AND SCIENCE FICTION GAMES; MINIATURES AND MODELS, NAMELY MINIATURE AND MODEL SOLDIERS, WARRIORS, ACTION FIGURES AND THE LIKE FOR USE IN HOBBY GAMES, PALOR GAMES, WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES AND SCIENCE FICTION GAMES; KITS CONSISTING PRIMARILY OF PEWTER AND/OR STYRENE MOLDED PARTS SOLD AS A UNIT FOR USE IN CONSTRUCTING MODELS AND MINIATURES, NAMELY MINIATURE AND MODEL SOLDIERS, WARRIORS, ACTION FIGURES AND THE LIKE FOR USE IN HOBBY GAMES, PARLOR GAMES, WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES AND SCIENCE FICTION GAMES, IN CLASS 28 (U.S. CL. 22).

FIRST USE 0-0-1989; IN COMMERCE 0-0-1989.

SER. NO. 74-411,280, FILED 7-12-1993.

DOMINICK J. SALEMI, EXAMINING ATTORNEY

Int. Cls.: 16 and 28

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**Reg. No. 2,820,748**

## United States Patent and Trademark Office

Registered Mar. 9, 2004

### TRADEMARK
### PRINCIPAL REGISTER

## TAU

GAMES WORKSHOP LIMITED (UNITED KING-
DOM CORPORATION)
WILLOW ROAD
LENTON
NOTTINGHAM NG7 2WS, UNITED KINGDOM

FOR: PUBLICATIONS, NAMELY, BOOKS AND
MAGAZINES FEATURING WAR GAMES, ROLE
PLAY GAMES, SKIRMISH GAMES, AND FANTA-
SY/SCIENCE FICTION GAMES; CARTOON STRIPS
AND COMIC BOOKS; JOURNALS RELATING TO
WAR GAMES, ROLE PLAY GAMES, SKIRMISH
GAMES, AND FANTASY/SCIENCE FICTION
GAMES; STATIONERY; POSTERS; PENS; PENCILS;
DRAWING RULERS; GREETING CARDS; PAINT
BRUSHES; ADHESIVES FOR STATIONERY OR
HOUSEHOLD PURPOSES; PARTS AND FITTINGS
FOR ALL THE AFORESAID GOODS, IN CLASS 16
(U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-0-2001; IN COMMERCE 8-0-2001.

FOR: GAMES AND PLAYTHINGS AND PARTS
AND FITTINGS THEREFORE, NAMELY BOARD
GAMES, PARLOR GAMES AND CARD GAMES;
PLASTIC AND METAL FIGURINES AND FIGURE
GAMING PIECES FOR USE WITH HOBBY GAMES,
SKIRMISH GAMES, WAR GAMES AND ROLE
PLAYING GAMES; TOY MODEL HOBBY CRAFT
KITS; TOY MINIATURE ACTION FIGURES AND
TOY MODEL ACTION FIGURES; PLAYING
CARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 10-0-2001; IN COMMERCE 10-0-2001.

SER. NO. 76-443,092, FILED 8-22-2002.

SOPHIA S. KIM, EXAMINING ATTORNEY

Int. Cls.: 9, 16 and 28

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 3,646,312

Registered June 30, 2009

## TRADEMARK
### PRINCIPAL REGISTER



GAMES WORKSHOP LIMITED (UNITED KING-
DOM CORPORATION)
WILLOW ROAD, LENTON
NOTTINGHAM, UNITED KINGDOM NG72WS

FOR: COMPUTER GAME SOFTWARE; INTER-
ACTIVE MULTIMEDIA COMPUTER GAME PRO-
GRAM; INTERACTIVE COMPUTER GAME
PROGRAMS; VIDEO GAME SOFTWARE, IN CLASS
9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

FOR: COMPUTER GAME INSTRUCTION MAN-
UALS; PUBLICATIONS, NAMELY, BOOKS, RULE
BOOKS, MAGAZINES, AND JOURNALS IN THE
FIELD OF WAR GAMES, SKIRMISH GAMES, ROLE
PLAYING GAMES, BATTLE GAMES, AND FANTA-
SY/SCIENCE FICTION GAMES, IN CLASS 16 (U.S.
CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

FOR: TABLE TOP GAMES, AND BOARD GAMES
ALL FOR USE IN THE FIELDS OF WAR GAMES,
SKIRMISH GAMES, ROLE PLAYING GAMES, BAT-
TLE GAMES, AND FANTASY/SCIENCE FICTION
GAMES; PLAYTHINGS, NAMELY, HOBBY CRAFT
SETS, KITS, AND PARTS FOR CONSTRUCTING
MODELS, NAMELY, LANDSCAPES, SCENERY,
AND ACTION FIGURES FOR USE IN WAR GAMES,
SKIRMISH GAMES, ROLE PLAYING GAMES, BAT-
TLE GAMES, AND FANTASY/SCIENCE FICTION
GAMES; MINIATURE ACTION FIGURES AND TOY
MODELS FOR USE IN HOBBY GAMES, WAR
GAMES, SKIRMISH GAMES, ROLE PLAYING
GAMES, AND FANTASY/SCIENCE FICTION
GAMES; CASES FOR ACTION FIGURES , IN CLASS
28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

THE MARK CONSISTS OF A STYLIZED DOUBLE
HEADED EAGLE.

SER. NO. 77-575,293, FILED 9-22-2008.

WENDY GOODMAN, EXAMINING ATTORNEY

# Exhibit

# 14.

eb                    Sign in          [ Search ] Advanced     Buy   Sell   My eBay   Community   Help
                                                 Search
                                                                                        Site Map

Categories ▼   Motors   Express   Stores                                    eBay Security &
                                                                            Resolution Center

⟲ Back to My eBay   Listed in category:  Toys & Hobbies > Games > Miniatures, War Games > Warhammer > 40K > Space Marines

## Space Marine 40k 10 squad bit kit Salamanders Dragon
Custom Salamanders Dragon Weapon & Shoulder Pads 10                                    Item number: 280240772142

   The listing has been reported.

   Thank you for your report to eBay. We will review it as soon as possible and inform you of our actions.

|  |  |  |
|---|---|---|
| | Current bid: | **US $3.75** |
| | Your maximum bid: | US $ [        ]  Place Bid > |
| | | (Enter US $4.00 or more) |
| | End time: | **Jul-04-08 19:56:20 PDT** (4 days 11 hours) |
| | Shipping costs: | To United Kingdom -- Check item description and payment instructions or contact seller for details |
| | Ships to: | N. and S. America, Europe, Asia, Australia |
| | Item location: | Grand Prairie, TX, United States |
| | History: | 5 bids |
| View larger picture | High bidder: | g***a ( 126 ☆ ) |

You can also:    Watch This Item

                 Get SMS & IM alerts | Email to a friend

**Meet the seller**
Seller:  custom-minis79 ( 16 ☆ )
Feedback: 94.4 % Positive
Member:  since Apr-18-08 in United States
▪ See detailed feedback
▪ Ask seller a question
▪ Add to Favorite Seller
▪ View seller's other items

**Buy safely**
1. **Check the seller's reputation**
   Score: 16 | 94.4% Positive
   See detailed feedback
2. **Check how you're protected**
   *PayPal* Up to $200 in buyer protection. See eligibility

**Listing and payment details:**  Hide

Starting time:  Jun-27-08 19:56:20 PDT               Payment methods: **PayPal** (preferred)
Starting bid:   US $0.99                                               See details
Duration:       7-day listing

## Description  (revised)

*Item Specifics - Item Condition*
Condition       New
Game            Warhammer+40k

You are bidding on a custom kit for a 10 man squad of marines for warhammer 40k.  I use these for Salamanders Chapter marines, but you can use them for any dragon based chapter or second founding chapter.  We dont have any Blood Angels, Dark Angels, Ultra Marines, Space Wolves or Black Templars. Sorry.

These are all provided unpainted.

This kit includes:

10 left arm shoulder pads with a dragon or salamander head sculpted on it.

10 Salamander - Dragon specific backpacks, scales and flames are sculpted on the back

1 Power Hammer or Power Claw, your choice

Enough bits to create a whole 10 man squad of Salamander marines and 1 seargeant with a power weapon.

I may also choose to send freebies from my personal casting collection.  I only SELL original sculpting, no GW or FW recast.

PLEASE NOTE: I am not a foundry.

My castings do have some flash and moldlines to clean as well as little casting nodules that are easily removed with an exacto blade, to remove these myself would drastically cut down on casting and sculpting time.  bid knowing these are not from a factory (some person left me a negative for having mold lines and flash without even communicating with me about the issue!) and will need cleaning that requires some modeling experience (how not to slice your hand with a blade ;) ).

See the pictures below for detailed photos.

GW0002525



We also can provide custom sculpted rhino armor for Salamanders.  We can be hired on to sculpt any chapter icons if we are provided sketches.  Please realize these are all original sculpts and GW owns any icons or trademarks they have created.


Shipping will be by US Postal Service.


Thanks and hope you enjoy.



## Shipping and handling

Ships to
N. and S. America, Europe, Asia, Australia

Country [ Show all available ▾ ]   [ Update ]

| Shipping and Handling | To | Service | Insurance |
|---|---|---|---|
| US $5.50 | United States | US Postal Service First Class Mail® Estimated delivery 2-5 days* | None |

Contact the seller for shipping costs and services to N. and S. America, Europe, Asia, Australia

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

## Return policy

Return policy not specified
Read item description for any reference to return policy.

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
| **PayPal** | | **PayPal** Up to $200 in buyer protection  See eligibility |
| VISA  | Seller Preferred | |

Learn about payment methods

GW0002526

## Helpful information

### eBay recommended services

This seller prefers to be paid with PayPal, the safe and easy way to pay online. Sign up for PayPal it is free!

### VeRO Reporting Tool

Before reporting a listing, please review it carefully and be prepared to enter a specific reason why it infringes your rights

Report Listing

## Take action on this item

Help

Item title: Space Marine 40k 10 squad bit kit Salamanders Dragon

### Place a bid

| | | |
|---|---|---|
| Current bid | US $3.75 | |
| Your maximum bid | US $ | (Enter US $4.00 or more) |

Place Bid >    You will confirm in the next step.

eBay automatically bids on your behalf up to your maximum bid. Learn about bidding

## Other options

↩ Back to My eBay  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help
Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.
eBay official time

eb**Y**    Sign out

Search | Advanced Search        Buy   Sell   My eBay   Community   Help

Site Map

Categories ▼   Motors   Express   Stores                    eBay Security & Resolution Center

← Back to list of items | Listed in category: Toys & Hobbies > Games > Miniatures, War Games > Warhammer > 40k > Space Marines

## Space Marine 40k Terminator Squad Bits for Salamanders
Custom Salamanders Dragon 10 Shoulder Pads and Weapons                    Item number: 280240771849

**The listing has been reported.**

Thank you for your report to eBay. We will review it as soon as possible and inform you of our actions.

| | | | |
|---|---|---|---|
| Current bid | US $0.99 | | |
| Your maximum bid | US $ | Place Bid > | |
| | (Enter US $1.04 or more) | | |
| End time | Jul-04-08 19:54:24 PDT (4 days 11 hours) | | |
| Shipping costs | To United Kingdom -- Check item description and payment instructions or contact seller for details | | |
| Ships to | N. and S. America, Europe, Asia, Australia | | |
| Item location | Grand Prairie, TX, United States | | |
| History | 1 bid | | |
| High bidder | b***p ( 0 ) ☆ | | |

View larger picture

You can also    Watch This Item |

Get SMS or IM alerts | Email to a friend

**Meet the seller**

Seller:   customminis79 ( 16 ☆ )
Feedback: 94.4 % Positive
Member:   since Apr-18-08 in United States

· See detailed feedback
· Ask seller a question
· Add to Favorite Sellers
· View seller's other items

**Buy safely**

1. Check the seller's reputation
   Score: 16 | 94.4% Positive
   See detailed feedback

2. Check how you're protected

   *PayPal*  Up to $200 in buyer protection.  See eligibility

Listing and payment details:  Hide

| | |
|---|---|
| Starting time | Jun-27-08 19:54:24 PDT |
| Starting bid | US $0.99 |
| Duration | 7-day listing |

Payment methods: PayPal (preferred)
See details

## Description

*Item Specifics - Item Condition*
Condition   New
Game        Warhammer+40k

You are bidding on a custom kit for a 10 man squad of Terminator Space marines for warhammer 40k.  I use these for Salamanders Chapter marines, but you can use them for any dragon based chapter or second founding chapter.  We  dont have any Blood Angels, Dark Angels, Ultra Marines, Space Wolves or Black Templars. Sorry

These are all provided unpainted

This kit includes:

9 Right arm shoulder pads with a dragon or salamander head sculpted on it specifically for Terminators (displayed as main photo)

1 Right arm shoulder pad for a Captain or Terminator Sergeant

1 Power Hammer or Power Claw (power claw will have to be modeled for terminator arms by bidder), your choice

Enough bits to create a whole 10 man squad of Salamander Terminators and 1 sergeant with a power weapon or thunderhammer.

I may also choose to send freebies from my personal casting collection.  I only SELL original sculpting, no GW or FW recast

PLEASE NOTE  I am not a foundry

My castings do have some flash and moldlines to clean as well as little casting nodules that are easily removed with an exacto blade, to remove these myself would drastically cut down on casting and sculpting time.  bid knowing these are not from a factory (some person left me a negative for having mold lines and flash without even communicating with me about the issue!) and will need cleaning that requires some modeling experience (how not to slice your hand with a blade :) )

See the pictures below for detailed photos.

GW0002530

Space Marine 40k Terminator Squad Bits for Salamanders - eBay (item 280240771849 end time Jul-04-08 19:54:2...

http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&item280240771849

Case: 1:10-cv-08103 Document #: 213-8 Filed: 08/14/12 Page 18 of 40 PageID #:6157



We also can provide custom sculpted rhino armor for Salamanders.  We can be hired on to sculpt any chapter icons if we are provided sketches.  Please realize these are all original sculpts and GW owns any icons or trademarks they have created.

Shipping will be by US Postal Service.

Thanks and hope you enjoy.



## Shipping and handling

### Ships to
N. and S. America, Europe, Asia, Australia

Country | Show all available ▼ | Update

| Shipping and Handling | To | Service | Insurance |
|---|---|---|---|
| US $5.50 | United States | US Postal Service First Class Mail® Estimated delivery 2-5 days* | None |

Contact the seller for shipping costs and services to N. and S. America, Europe, Asia, Australia.

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

## Return policy

Return policy not specified
Read item description for any reference to return policy.

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
| PayPal VISA MC BANK | Seller Preferred | PayPal Up to $200 in buyer protection. See eligibility. |

Learn about payment methods

## Helpful information

GW0002531

eBay recommended services

This seller prefers to be paid with PayPal, the safe and easy way to pay online. Sign up for PayPal it is free!

VeRO Reporting Tool

Before reporting a listing, please review it carefully and be prepared to enter a specific reason why it infringes your rights.

Report Listing

## Take action on this item

Help

Item title: Space Marine 40k Terminator Squad Bits for Salamanders

Place a bid

Current bid:      US $0.99

Your maximum bid: US $ [          ]      (Enter US $1.04 or more)

Place Bid >     You will confirm in the next step.

eBay automatically bids on your behalf up to your maximum bid. Learn about bidding.

## Other options

⟵ Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help
Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.
eBay official time

GW0002532

eb

Sign out

| Categories ▾ | Motors | Express | Stores | | eBay Security & |
|---|---|---|---|---|---|

Search   Advanced Search   Buy  Sell  My eBay  Community  Help

Site Map

◂ Back to list of items    Listed in category: Toys & Hobbies > Games > Miniatures, War Games > Warhammer > 40K > Space Marines

## Rhino Armor Kit Salamanders Warhammer 40K Space Marines

Item number: 280239798454

The listing has been reported:

Thank you for your report to eBay. We will review it as soon as possible and inform you of our actions.

| | | |
|---|---|---|
| Current bid | US $1.90 | |
| | PayPal account required | |
| Your maximum bid | US $ | Place Bid > |
| | (Enter US $2.15 or more) | |
| End time | Jul-01-08 17:55:46 PDT (1 day 9 hours) | |
| Shipping costs | To United Kingdom -- US $13.50 | |
| | USPS First Class Mail International™ | |
| | Service to United Kingdom | |
| | (more services) | |
| Ships to | Worldwide | |
| Item location | Grand Prairie, TX, United States | |
| History | 3 bids | |
| High bidder | o***a ( 126 ☆ ) | |
| You can also: | Watch This Item | |
| | Get SMS or IM alerts | Email to a friend | |

**Meet the seller**

Seller:  customminis79 ( 16 ☆ )
Feedback: 94.4 % Positive
Member: since Apr-18-08 in United States

- See detailed feedback
- Ask seller a question
- Add to Favorite Sellers
- View seller's other items

**Buy safely**

1. **Check the seller's reputation**
Score: 16 | 94.4% Positive
See detailed feedback

2. **Check how you're protected**
PayPal Up to $200 in buyer protection. See eligibility

Listing and payment details: Hide

| | | |
|---|---|---|
| Starting time | Jun-24-08 17:55:46 PDT | |
| Starting bid | US $0.99 | |
| Duration | 7-day listing | |

Payment methods: **PayPal** (preferred),
Money order/Cashiers check
See details

## Description

Item Specifics - Item Condition
Condition:  New
Game:  Warhammer 40k          Chapter :  **Salamanders**

OK folks, due to overwhelming demand I have made some custom Salamander Rhino parts! This kit is composed of extra or ablative armor for the rhino. It also has a custom sculpted front hatch, side door and back hatches for the Salamanders with icons on each piece. These can easily be used for any Space Marine chapter out there. I personally believe these are superior to any other items as my plastic is much better and these are sculpted by me  of course!

Salamanders are so under-represented in the warhammer 40000 40k world I had to take matters into my own hands and sculpt parts for my space marines. These are perfect for people who like to make a cursed founding chapter such as the black dragons or who play salamanders OR who have their own DIY chapter with a dragon in their iconography.

The parts fit right on where the regular rhino parts would fit, easy to do!

I am also available to make custom shoulder pads and other rhino parts for other chapters.

Kit is composed of 12 parts -2 rear hatch doors, 1 side door, 1 front panel, and 8 extra armor pieces that are scaled like dragon scales.

Make your own    View all images    Rhino not included!

I may also choose to send freebies from my personal casting collection. I only SELL original sculpting, no GW or FW recast.

PLEASE NOTE  I am not a foundry. My castings do have some flash and moldlines to clean. bid knowing these are not from a factory (some person left me a negative for having mold

GW0002535

lines and flash without even communicating with me, jeesh!)

Larger pictures are viewable from: http://s251.photobucket.com/albums/gg288/mvillacci/Salamanders/Rhino%20Armor/

Feel free to email me with any questions at droppods@verizon.net

Games Workshop, the Games Workshop logo, Warhammer and the Warhammer 40,000, Space Marines are either ®, TM and/or © Games Workshop Ltd 199x-2008, variably registered in the EU and other countries around the world. All Rights Reserved

Select a picture





00071

Powerful identity theft protection. Guaranteed recovery. Only from Experian.

## Shipping and handling

Ships to
Worldwide

Country:  United Kingdom    Update

| Shipping and Handling | To | Service | Insurance |
|---|---|---|---|
| US $13.50 | United Kingdom | USPS First Class Mail International™ | None |

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

## Return policy

Return policy not specified
Read item description for any reference to return policy.

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
| **PayPal** VISA BANK | Seller Preferred | PayPal Up to $200 in buyer protection.  See eligibility |
| Money order/Cashiers check | Accepted | Not Available |

Learn about payment methods

## Helpful information

eBay recommended services

This seller prefers to be paid with PayPal, the safe way to pay with your credit card on eBay. Sign up for PayPal it is free!

## VeRO Reporting Tool

Before reporting a listing, please review it carefully and be prepared to enter a specific reason why it infringes your rights.

Report Listing

## Take action on this item

Help

GW0002536

Item title: Rhino Armor Kit Salamanders Warhammer 40K Space Marines

Place a bid

Current bid      US $1.90

Your maximum bid US $ [          ]      (Enter US $2.15 or more)

         Place Bid >      You will confirm in the next step
         (PayPal account required)


eBay automatically bids on your behalf up to your maximum bid. Learn about bidding


Other options

↩ Back to list of items | Report this item | Printer Version | Sell one like this

Seller assumes all responsibility for listing this item

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

GW0002537

eb<sub></sub>y

Sign out

Search | Advanced Search          Buy   Sell   My eBay   Community   Help

Site Map

Categories ▾    Motors    Express    Stores

eBay Security & Resolution Center

◄ Back to list of items    Listed in category: Toys & Hobbies  >  Games  >  Miniatures, War Games  >  Warhammer  >  40K  >  Space Marines

## Resin Drop Pod for 40K Warhammer 40000 Space Marines

Item number: 280239798068

The listing has been reported.

Thank you for your report to eBay. We will review it as soon as possible and inform you of our actions.

| | | |
|---|---|---|
| | Current bid: | **US $30.00** |
| | | PayPal account required |
| | Your maximum bid: | US $ [          ]   Place Bid > |
| | | (Enter US $31.00 or more) |
| | End time: | **Jul-01-08 17:53:37 PDT** (1 day 9 hours) |
| | Shipping costs: | To United Kingdom -- **US $13.50** |
| | | USPS First Class Mail International™ |
| | | Service to United Kingdom |
| | | (more services) |
| | Ships to: | Worldwide |
| | Item location: | Grand Prairie, TX, United States |
| | History: | 6 bids |
| | High bidder: | t***6 ( 204 ☆ ) |

◄   ▶   ▶    1 of 2

View larger picture

You can also    Watch This Item |

Get SMS or IM alerts | Email to a friend

### Meet the seller

Seller:  custommins79 ( 16 ☆ )
Feedback: 94.4 % Positive
Member:  since Apr-18-08 in United States

· See detailed feedback
· Ask seller a question
· Add to Favorite Sellers
· View seller's other items

### Buy safely

1. Check the seller's reputation
   Score: 16 | 94.4% Positive
   See detailed feedback

2. Check how you're protected
   PayPal  Up to $200 in buyer protection. See eligibility

Listing and payment details:  Hide

Starting time:  Jun-24-08 17:52:37 PDT
Starting bid:   US $0.99
Duration       7-day listing

Payment methods: **PayPal** (preferred),
Money order/Cashiers check
See details

Get 0% APR until Jan 2009 on all your purchases made through July 31 with a new eBay MasterCard! U.S. Residents Only. See Details | Apply Now

## Description

| Item Specifics | |
|---|---|
| Game: | Warhammer 40k |

This is a custom sculpted drop pod. This is hand sculpted and completely original. It can be used in any science fiction game. I use them for my 40K Space Marine army. The kit is composed of 5 wings, 5 panels, 1 base, one top, and one jet vent. This model comes unassembled and unpainted. It is to scale for most 25 mm table top games. The one shown is a Salamanders Chapter pod, but you can use these for Blood Angels, Dark Angels, Space Wolves, Ultra Marines, Black Templars and any other chapter of your choosing or creation.

I can also have custom parts (rhino armor, shoulder pads, dreadnoughts) for any chapter done, even Do-It-yourself chapters

This auction is for a single pod kit.

This pod for sale is composed of 5 identical wings, 5 identical side panels, 1 bottom base, 1 top section and 1 jet nozzle. So 13 parts in total.

This is not a Forge World Drop Pod or a recast of one (that would be copyright infringement). This is a original sculpt.

Feel free to email me with any questions at droppods@verizon.net

I may include freebies as a thank you for your purchase, these are not sold to you and are just that, free. I dont make money off them, they may be miscast that i cant sell etc.

Please know I dont own or run a professional foundry, there is mold lines and flash you need to remove for display purchases. This is an UNFINISHED model. Small bubbles and defects are normal in resin casting and you are bidding with the knowledge your item may contain small imperfections that are easily fixed with modeling putty. There may be defects on a part of the model that isnt on display (bottom of pod that the model sits of and is not shown when used in game).

Thanks for you bidding!

Select a picture

 

GW0002540

Resin Drop Pod for 40K Warhammer 40000 Space Marines - eBay item 280239798968 end time Jul-01-08 17:53:...    http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&item=280239798968



00188

Powerful identity theft protection. Guaranteed recovery. Only from Experian.

## Shipping and handling

Ships to
Worldwide

Country | United Kingdom ▾ |   Update

| Shipping and Handling | To | Service | Insurance |
| --- | --- | --- | --- |
| US $13.50 | United Kingdom | USPS First Class Mail International™ | None |

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

## Return policy

Return policy not specified
Read item description for any reference to return policy.

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
| --- | --- | --- |
| **PayPal** VISA BANK | Seller Preferred | *PayPal* Up to $200 in buyer protection.  See eligibility |
| Money order/Cashers check | Accepted | Not Available |

Learn about payment methods

## Helpful information

eBay recommended services

This seller prefers to be paid with PayPal. Pay fast and get your item faster! Sign up for PayPal

## VeRO Reporting Tool

Before reporting a listing, please review it carefully and be prepared to enter a specific reason why it infringes your rights.

Report Listing

## Take action on this item

Help

Item title: Resin Drop Pod for 40K Warhammer 40000 Space Marines

GW0002541

**Place a bid**

Current bid            US $30.00

Your maximum bid  US $ [            ]  (Enter US $31.00 or more)

**Place Bid >**   You will confirm in the next step
(PayPal account required)

eBay automatically bids on your behalf up to your maximum bid  Learn about bidding.

**Other options**

⇦ Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

GW0002542

# Exhibit

# 15.



# Bartertown.com Trading Board

Warhammer 40,000, Warmachine, 40k, WHFB for Sale



- Board Index
- Check Reference
- FAQ
- Warhammer40k.com

- Board Index » Futuristic Gaming » Warhammer 40k For Sale / Wanted
- Change font size
- Print view

- FAQ
- Register
- Login

## FS:Custom Iron Snake, Salamander, Soul Drinker Shoulder Pads

Moderator: Moderators

Post a reply
3 posts • Page 1 of 1

### FS:Custom Iron Snake, Salamander, Soul Drinker Shoulder Pads

□ by anilkurd on Mon Nov 24, 2008 12:09 pm

Hello guys,

Warning! Lots of awesome photos!

Myself and a friend have started a small enterprise. He sculpts shoulder pads for chapters that you never see, making shoulder pads for [as well as many custom designs] and we have them cast in pewter!
We have done our research and spoken to lawyers and stayed away from direct copies of GW Intellectual Property. That is why you wont see GW Salamander busts or direct reproductions on our work. So we are legit and plan to stay that way!
These are pewter and the those parts are ours.
These are not identical to any published stand out there, a bit generic, but similar that you should be able to use them with little problem.

Prices:
$1.00 for any pads (if you buy 50 or more of a type you get them for .87 each)
$17.50 for those bits
1.50 for the salamander Hammer or Powerclaw..

Notice we have Terminator and Power Armor pads for each type

We have a Salamander head (or dragon head), its very 3D and sells well!



Exhibit
30
☉ IDGS.IKE

GW0002512



Smooth Scale Mosaic Salamander Pads

GW0002513







GW0002514

Salamander Hammer and Power Claw:



We also have a rhino armor and door kit:

GW0002515



Next up is our newer stuto at Iron Snakes shoulder pad line, weve taken the greek idea and added chains on the edges of the pads

GW0002516



GW0002517









Last but not least is our Chalice pad that can be used as soul drinkers or even blood angels second founding chapter

GW0002518



Snarfon or Space Wolf founding:

GW0002519



Bartertown.com Trading Board - View topic - FS:Custom Iron Snake, Salamander, ...    Page 10 of 15



We also have a flaming fist and a "I" and that can be used as the Squat I or "I" for imperial or inquisition.



GW0002521



We can do custom designs, but there is a cost for the time to sculpt and mold creation.
Anyone serious about custom chapter pads, you can expect to spend about $100 for the sculpting, the mold making and then you have to pay for the pads themselves.

If this becomes a business, I am already talking with Liz about sponsoring (we dont even have a website yet though) Brown is the best...

Please feel free to email me with any questions and order request- dropzold@netzero.net

Thanks!

Nick
check my bartertown reference HERE!


milimani (TR)
Journeyman Trader

Posts: 103
Joined: Thu Sep 11, 2003 8:49 am
Location: Dallas, TX, USA
• YIM

Top

---

### Re: FS:Custom Iron Snake, Salamander, Soul Drinker Shoulder Pads

☐ by ehelo on Mon Nov 24, 2008 1:25 pm

Just posting to say that the pictures don't do justice as to the quality and awesomeness of these. Nick is a great guy as well and terrific to deal with.

ehelo (TR)
New Trader

Posts: 19
Joined: Mon Apr 07, 2008 3:17 am

GW0002522

Top

### Re: FS:Custom Iron Snake, Salamander, Soul Drinker Shoulder Pads

By HarveyDent on Mon Nov 24, 2008 1:55 pm

is each shoulderpad a single piece of plastic/resin/whatever? I'm seriously thinking of picking up some of these for a project.

HarveyDent (384)
Journeyman Trader

Posts: 176
Joined: Tue Jan 17, 2006 8:00 pm
Location: Norfolk, VA.

Top

### Re: FS:Custom Iron Snake, Salamander, Soul Drinker Shoulder Pads

By milluxi on Mon Nov 24, 2008 2:18 pm

HarveyDent wrote:is each shoulderpad a single piece of plastic/resin/whatever? I'm seriously thinking of picking up some of these for a project.

Each pad is a single pewter piece, there is very little flash or mold lines. I would almost say you can use these straight from us without any filing or other modifications, just paint up.

We can just about sculpt anything that isnt done by another company already.
check my bartertown references HERE

milluxi (76)
Journeyman Trader

Posts: 105
Joined: Thu Sep 11, 2003 8:49 am
Location: Dallas, TX, USA
 • YIM

Top

### Re: FS:Custom Iron Snake, Salamander, Soul Drinker Shoulder Pads

By SoulNinjaa on Mon Nov 24, 2008 3:12 pm

Sent you guys an email.

thanks,
Kohl
My Refs: http://www.bartertown.com/ref/index.php ... profile.com

SoulNinjaa (24)
B'town Regular

Posts: 35
Joined: Wed Jul 06, 2005 10:09 am
Location: Tennessee, USA

Top

Display posts from previous: All posts   Sort by: Post time   Ascending   Go

Post a reply
5 posts • Page 1 of 1

Return to Warhammer 40k For Sale / Wanted

Jump to:   Warhammer 40k For Sale / Wanted   Go

GW0002523

Who is online

Users browsing this forum: Fish_A_chips, Mannervon, Kd411, mikmom, Solat05, WrayWay and 7 guests

- Board index
- The team • Delete all board cookies • All times are UTC - 4 hours

Powered by phpBB © 2000, 2002, 2005, 2007 phpBB Group

GW0002524

# Exhibit

# 16

Highly Confidential - Filed Under Seal