# Exhibit

# 17

Highly Confidential - Filed Under Seal

# Exhibit

# 18.


**Our Store**

- Infantry and Shoulder Pad Bits compatible with Space Marine® models
- Heads compatible with Space Marines®
- 28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models
- Vehicle Replacement Part Kits that fit on Games Workshop Models
- Bits/Conversion kits compatible with Eldar armies
- Bits/Conversion kits compatible with Tyranids
- Bits/Conversions for 28mm for imperial guard
- Super Heavy Vehicle Kits

List All Products

Product Search
[ Search ]

Advanced Search

Username
Password
Remember me ☑
[ Login ]

Lost Password?
Forgot your username?
No account yet? Register

We accept Paypal!


## 28MM Celtic, Tech-Wolf Shields and Hammer available now!

Friday, 29 January 2010 14:23

Hello guys and gal,

The Jetbike Seer Council kit





This kit has been completed by the sculptor and is in transit to me for final approval. Once it arrives and passes quality check it will be molded in resin (and maybe pewter). This is a complete kit with arms, legs, torsos, heads, weapon options and bike accessories. All you would want is the Jetbike model to add to this. There will be a Warlock and a Farseer kit to choose from. They will have options for a sword or spear.

Estimatated time for this kit to hit production is 2-3 weeks. I want the price to be in the $14-17.00 price range.

I wanted to give you all an update on our new and upcoming 28mm conversion bits.

Firstly, we have 2 new shields available for sale for $2.00 each on the website.

The much anticipated Celtic Shield, it is 28mm scale, its less bulky then our previouse shields so best suited for regular power armor. It is lightweight white metal and comes with a seperate spiked knuckle guard.



The second new shield release is perfect for all you Space Wolf players out there. Its a Techno Wolf Shield (good size for terminator armor).



Also up, is a new generic Power Hammer, also in 28mm scale. Does great things for fantasy or sci-fi conversions. This is available for $1.50.



I have also updated the Fleshtearer - sawblade and jewel shoulder pad photos:



Lastly some news on the upcoming Ymargl Genestealer heads and Xenomorph Gaunt heads. These are being molded this week. Our price point for the Ymargl Genestealer heads will most likely be $6.00 for a sprue of 6 white metal heads (3 different bits). The Xenomorph heads are going to be $6.50 per sprue of 6 resin heads (2 different bits).

The reason we went metal on the Ymargls is that they have some slender parts that wont survive resin casting, they also have a nob to allow easy glueing to the bodies. The Xenomorph heads have no pertrusions for glueing so need to be resin in order to be usable.

These will be on the site next week and if you are interested in preordering feel free to email me at nick@chapterhousestudios.com .

Boneswords and Lashwhips

These are being sculpted this week, and will be molding in 2-3 weeks. Price point is 2-4$ a set (pewter).

I dont think I forgot anything so enjoy!

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.

Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Webdesign and hosting by Mahonlap.com



SSL certificates

Archived by Cloud Preservation(TM) on Fri Aug 05, 2011 at 05:52:22 AM GMT
http://www.chapterhousestudios.com/webshop/news/21-28mm-celtic-tech-wolf-shields-and-hammer-available-now

CHS00000030

# Exhibit

# 19.



Shopping Cart | Checkout

Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR

Create an Account

123

## Welcome to ChapterHouse Studios

ChapterHouse Studios specializes in the creation of high end resin and metal miniature kits and parts applicable for use in a wide variety of Fantasy and Sci-fi Roleplaying and Wargaming. Our mission is to help address public demand for unavailable parts and iconography with the highest standards possible. As our company grows, so to does our ambition, and in the upcoming months we will be introducing some truly fantastic conversion kits and brand new miniatures! We can't wait to share our new work with you, so stay tuned!

## Featured



**TRU-Scale Knight Praetorius Conversion Kit - 6**
$22.50



**Alternative Heads for Tau Crisis Suits - Set #1**
$4.00



**Magnetic Turret Kit for the Razorback**
$17.50




**Javelin Imperial Jet Bike**

$14.00



**Pilum Imperial Attack Jet Bike**

$22.50

**TRU-Scale Knight Praetorius "Order of the Empress's Tears" Conversion Kit - 6**

$22.50

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 CHAPTERHOUSE Studios®

# EXHIBIT

# 20

4836-0565-2752.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES,<br><br>Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

### DECLARATION OF JASON J. KEENER

I, Jason J. Keener, hereby declare:

1. I am attorney at law and member in good standing of the State Bar of Illinois. I am a senior counsel at Foley & Lardner LP, counsel of record for Plaintiff Games Workshop, Limited ("Games Workshop"). I have personal knowledge of the facts set forth herein and, if called to testify, I could and would testify competently thereto.

2. Exhibit 123 is a true and correct copy of portions of video taken at Games Day 2012, which occurred on July 28, 2012. The video shows staff painted miniatures being displayed, an Open Hobby Area where attendees are assembling models, a Model Paint and Take where attendees are getting assistance painting models, the BIG GAME where many attendees join in for an unusually large game of Warhammer 40,000, an Open Gaming Area where any attendee can set up and play a game of Warhammer 40,000 with another attendee, the Golden Demon painting competition where painted miniatures being displayed for voting, the Speed Demon where attendees can compete to see how fast they can paint a model, a Scenery Make

2

4836-0565-2752.1

and Take where attendees can create a piece of scenery, and Armies on Parade where numerous attendees display in large and elaborate dioramas various Warhammer 40,000 armies.

I hereby declare under penalty of perjury this 14th day of August, 2012, under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

/s/ Jason J. Keener_____
Jason J. Keener

## CERTIFICATE OF SERVICE

I, Jason J. Keener, an attorney, hereby certify that on August 14, 2012, I caused to be filed electronically the foregoing DECLARATION OF JASON J. KEENER with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

/s/ Jason J. Keener_____
Jason J. Keener

4836-0565-2752.1

# Exhibit

# 21

Highly Confidential - Filed Under Seal

Page 57

1  I, NICK VILLACCI, have read the foregoing
2  deposition and hereby affix my signature that same is true
3  and correct, except as noted herein.
4  _____
      NICK VILLACCI
5
6  THE STATE OF TEXAS  )
7  COUNTY OF _____   )
8    Before me, _____, on this day personally
9  appeared NICK VILLACCI, known to me (or proved to me under
10 oath or through _____) (description of identity
11 card or other document) to be the person whose name is
12 subscribed to the foregoing instrument and acknowledged to
13 me that he executed the same for the purposes and
14 consideration therein expressed.
15   Given under my hand and seal of office, this _____
16 day of _____, _____.
17
18
19
20  _____
      NOTARY PUBLIC IN AND FOR
21    THE STATE OF _____
22
23 My Commission Expires: _____
24 _____ No Changes Made _____ Amendment Sheet(s) Attached
25 GAMES WORKSHOP LIMITED VS. CHAPTERHOUSE STUDIOS, ET AL

Page 58

1        IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
2                EASTERN DIVISION
3  GAMES WORKSHOP LIMITED,    §
                              §
4     Plaintiff,              §
                              §
5  V.                         §  CIVIL ACTION NO.
                              §  1:10-cv-08103
6  CHAPTERHOUSE STUDIOS LLC   §
   and JON PAULSON d/b/a      §
7  PAULSON GAMES              §
                              §
8     Defendants.             §
9       REPORTER'S CERTIFICATION OF THE
        ORAL DEPOSITION OF NICK VILLACCI
10           FEBRUARY 29, 2012
11   I, Melisa Duncan, a Certified Shorthand Reporter
12 in and for the State of Texas, hereby certify to the
13 following:
14     That the witness, NICK VILLACCI, was duly sworn by
15 the officer and that the transcript of the oral deposition
16 is a true record of the testimony given by the witness;
17     That the original deposition was delivered to
18 Mr. Moskin.
19     That a copy of this certificate was served on all
20 parties and/or the witness shown herein on _____.
21   I further certify that pursuant to FRCP Rule 30(f)(1)
22 that the signature of the deponent:
23     _____ was requested by the deponent or a party before
24 the completion of the deposition and that the signature is
25 to be before any notary public and returned within 30 days

Page 59

1  from date of receipt of the transcript. If returned, the
2  attached Changes and Signature Page contains any changes
3  and the reasons therefore:
4      _____ was not requested by the deponent or a party
5  before the completion of the deposition.
6    I further certify that I am neither counsel for,
7  related to, nor employed by any of the parties or attorneys
8  in the action in which this proceeding was taken, and
9  further that I am not financially or otherwise interested
10 in the outcome of the action.
11   Certified to by me on this, the _____ day of
12 _____, 2012.
13
14
15
16  _____
    MELISA DUNCAN, Texas CSR 2135
17  Expiration Date: 12/31/13
    Firm Registration No. 526
18  CSI Global Deposition Services
    4950 North O'Connor Road, Suite 152
19  Irving, Texas 75062
    972.719.5000