# Exhibit

# 22

Highly Confidential – Filed Under Seal

# Exhibit

# 23



Chapterhousestudios.com - MKI Shoulder pad, new conversion kits for Space Marines - Page 4

Page 1 of 5



» Wayland Games

**Wayland Games**

ebaY

» Recent Threads

Big bug list
Today 02:27 PM
Tyranid Army Lists

3K of Crimson Fists for...
Today 02:26 PM
Space Marine Army Lists

Shadow Games
Today 01:43 PM
Original Works

Tyranids vs CSM 1875pts
Today 12:24 PM
40k Battle Reports

High Elves (first WHFR...
Today 12:12 PM
Warhammer Tactics

space marine addiction (1 2)
Today 11:59 AM
40k Fluff

Ordo Xenos Army?
Today 11:53 AM
General 40k

supporters?
Today 11:17 AM
Technical Help

What Lore for Tzeentch...
Today 11:01 AM
General Warhammer

New loctite glue formula?
Today 11:00 AM
Modelling and Painting

---

10-24-09, 04:29 AM - Chapterhousestudios.com - MKI Shoulder pad, new conversion kits for Space Marines    #33

**chapterhousestudios**
Member

Join Date: Jun 2009
Location: Texas
Posts: 76
Reputation: 117

> Quote:
> Originally Posted by **Judas Masias**
> Any chance you will be makeing any Death Guard upgrade parts? BTW your products look awsome I will be refering your site to my gameing club friends.

Well Death guard have a pretty distcint icon, so I would be afraid to use that on anything since GW owns it.

> Quote:
> Originally Posted by **Usaal**
> Kewl, I was just sitting here putting together my Salamanders sturnguard thinking how I am going to do up the Landraider
> They look nice!

Thanks!

> Quote:
> Originally Posted by **Concrete Hero**
> Pre Heresy bits in general would be met with open arms

Trying and doing it

CHAPTERHOUSE

---

10-24-09, 05:57 AM - Chapterhousestudios.com - MKI Shoulder pad, new conversion kits for Space Marines    #34

**Ferik**
Senior Member

Join Date: Nov 2008
Location: Nanaimo B.C. Canada
Posts: 409
Reputation: 32

Just an idea but Power Armour Lightning Claws would be something to do since I always wanted to do Shrikes Wing back in 4th but there was no real affordable way of doing so at the time.

Can do it now with the new SW box and convert by shaving off the wolf icons the claws in there which I have done for my Vanguard to represent my Shrikes Wing but would have been nice to have chapter specific claws.

Just my 2 bits though.

After a long campain behind enemy lines Brother Sergeant Telion was put under Chapter scrutiny to test the purity of mind and body.
During his final interview he was asked "do you feel anything when you kill a Heretic".
He simply shrugged and replied "A slight recoil".
The interview finished shortly after.

---

10-24-09, 02:42 PM - Chapterhousestudios.com - MKI Shoulder pad, new conversion kits for Space Marines    #35

**chapterhousestudios**
Member

> Quote:
> Originally Posted by **Ferik**
> Just an idea but Power Armour Lightning Claws would be something to do since I always wanted to do Shrikes Wing back in 4th but there was no real affordable way of doing so at the



Chapterhousestudios.com - MKI Shoulder pad, new conversion kits for Space Marines - Page 4    Page 3 of 5

http://www.heresy-online.net/forums/showthread.php?t=48667&page=4    10/04/2012



**Katie Drake's Armies**
Reputation: 2721

10-25-09, 05:38 PM - Chapterhousestudios.com - MKI Shoulder pad, new conversion kits for Space Marines   #39

**Concrete Hero**
Senior Member

Don't the Iron Hands have their own upgrade pack anyway?

Join Date: Jun 2008
Location: Cardiff
Posts: 2,346
Reputation: 414

10-27-09, 05:57 AM - Chapterhousestudios.com - MKI Shoulder pad, new conversion kits for Space Marines   #40

**Ferik**
Senior Member

Just another idea to throw your way (knew I had more)
Combi-Flamers! would save chopping up bits to do the conversion which is a problem if you also need
Flamers as well speaking of which Heavy Flamers for Marines would be nice too.
Also on another note various cloak designs would be cool too (since I am pretty useless with putty at
least) and this would be a great way to make models even more eye catching.

Anyways my 2 cents perhaps I will have more ideas later.

Join Date: Nov 2008
Location: Nanaimo B.C.
Canada
Posts: 409
Reputation: 32

Page 4 of 7   First   < 2 3 4 5 6 >   Last »

Heresy-Online - Warhammer 40k and Fantasy Forums for painting tips, news & tactics! > Heresy Online > News and Rumours

« Previous Thread | Next Thread »

**Quick Reply**

Message:

Options
Quote message in reply?

# Exhibit

# 24.

Highly Confidential – Filed Under Seal

# Exhibit

# 25.

Highly Confidential – Filed Under Seal

# Exhibit

# 26.

Highly Confidential – Filed Under Seal

# Exhibit

# 27.



Customer Service    1-800-394-4263   | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $50    OFFER DETAILS

0 item(s) @  $0.00

Community & Events    Virtual Gift Vouchers    Store Finder    White Dwarf    Find a Gift List    Warhammer 40,000 Guide

Product Search

Eldar Striking Scorpions | Games Workshop Warhammer 40,000 Miniature Detail                    8/2/10/12 11:03 PM

Warhammer 40,000 › Warhammer 40,000 Armies › Eldar › Elites › Eldar Striking Scorpions

# Eldar Striking Scorpions

Tweet    Like 33                              ADD TO CART



    

### Categories

Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Blood Angels
Chaos Daemons
Chaos Space Marines
Dark Eldar
Eldar
Getting Started
Army Essentials
HQ
Elites
Troops
Fast Attack
Heavy Support
Bitz
Novels
Eldar Articles
Grey Knights
Imperial Guard
Necrons
Orks
Sisters of Battle
Space Marines
Space Wolves
Tau Empire
Tyranids
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Books
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

## Eldar Striking Scorpions

The Warrior Aspect of the Striking Scorpion epitomises the deadly attributes of their namesake, and they are the most potent of all the close assault aspects. They are merciless killers without exception, revelling in the hunt and the kill. When they launch their attack, they use shuriken pistols and scorpion chainswords; vicious blades with diamond-toothed edges that mangle and tear flesh. The signature attack of the Striking Scorpions is made by the weapon pods housed on either side of the warrior's helmet, known as mandiblasters. Activated by a psychic pick-up, they fire a hail of needle-thin shards that act as a conductor for a highly charged laser. A mandiblaster volley and the blistering storm of attacks from the Scorpions that follow it is enough to tear the heart out of an enemy force.

This boxed set contains six Eldar Striking Scorpions. These models are finely detailed resin cast miniatures. They are supplied as 14 separate components and come with six 25mm Round Bases. These miniatures are supplied unpainted and require assembly - we recommend using Citadel Super Glue and Citadel Paints.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99810104007

**Price: $41.25**

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

### Have you got?



$41.25                          add to cart
**Eldar Dark Reapers**



$44.50                          add to cart
**Eldar Wave Serpent**



$17.00                          add to cart
**Eldar Phoenix Lord Karandras, The Shadow Hunter**

### Related Articles

○ Preparing and Assembling Citadel Finecast Miniatures
○ The Games Workshop Design Studio Podcast

**With this box set you can make the following:**

### Striking Scorpions

|                    | WS | BS | S | T | W | I | A | Ld | Sv |
|--------------------|----|----|---|---|---|---|---|----|----|
| Striking Scorpion  | 4  | 4  | 3 | 3 | 1 | 5 | 1 | 9  | 3+ |
| Exarch             | 5  | 5  | 3 | 3 | 1 | 6 | 2 | 9  | 3+ |

|  |  |
|---|---|
| **Unit Composition:** | 5 - 10 Striking Scorpions. |
| **Unit Type:** | Infantry. |
| **War Gear:** | Shuriken pistol, scorpion chainsword, mandiblaster, plasma grenades. |
| **Transport:** | The Striking Scorpions may be mounted in a Wave Serpent. |

Carry Our Products    Real Estate    Privacy Policy    Legal    About Us    Black Library    Forge World    Investor Relations    Careers    Site Map    Contact Us

Country Select

Copyright    © Games Workshop Limited 2000-2012    © New Line Productions Inc    © The Saul Zaentz Company d/b/a Middle-earth Enterprises    All rights reserved to their respective owners.

# Exhibit

# 28.

£20-00

# WARHAMMER
## 40,000

# ELDAR



WARHAMMER
CODEX

GAMES
WORKSHOP

GW0011370

# FARSEER

The Path of the Seer is the most dangerous and convoluted path of all, for psykers are intimately connected with Warp space. To proceed too quickly along the Witch Path would be to invite the most heinous damnation, as the minions of the Great Enemy lurk within the Warp ready to rend the souls of overambitious Seers. Furthermore, the Witch Path itself can entrap an adherent for the rest of his life. Just as Eldar who are trapped on the Warrior Path become Exarchs, so Seers who progress too far along the Witch Path become Farseers.

Farseers are masters of prediction, and are the eldest and most experienced of a craftworld's advisors. Even in battle they can perform their divinations, casting the complex wraithbone runes of the Eldar and interpreting changes in the glowing icons as they orbit around them. In this way the Farseers explore the myriad skeins of past and future, studying the manifold consequences of the smallest decision the better to guide their people to victory.

Just as the Farseers guide the fate of the craftworlds, so they guide their armies in times of war. A Farseer can uncover the enemy's intentions, calculate the likely effects of his clumsy attacks, and guide him to his doom. The Farseer himself fights with a grace that makes the enemy seem predictable and slow, flowing around blasts of fire without breaking stride. So powerful is a Farseer that he can obliterate an enemy leader's mind or hurl a battle tank into the air. In the crucible of battle, Farseers shape the future with the skill of master craftsmen – their tools are the warriors they lead, and their clay the flesh of those who oppose them.



| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Farseer | 5 | 5 | 3 | 3 | 3 | 5 | 1 | 10 | – |

## SPECIAL RULES
**Fleet of Foot, Independent Character.**

**Psychic Powers:** A Farseer is a psyker and must choose between 1 and 4 Farseer psychic powers. A Farseer can use a single psychic power per turn.

## WARGEAR
**Rune Armour:** All Farseers wear a wraithbone breastplate shaped into runic forms that ward off enemy attacks. A model wearing rune armour has a 4+ invulnerable save.

**Ghosthelm:** A Farseer's ghosthelm incorporates intricate crystalline psychic circuitry that masks their spirit in the Warp. If a Farseer suffers a Perils of the Warp attack his ghosthelm will prevent it on a D6 roll of 3+.

**Runes of Warding:** A Farseer can use runes of warding to throw up psychic interference to hinder his foe. All enemy Psychic tests must be taken on 3D6, suffering a Perils of the Warp attack on any roll of 12 or above.

**Runes of Witnessing:** A Farseer uses runes of witnessing to guide his second sight along the twisting strands of fate. A Farseer with runes of witnessing rolls 3D6 and discards the highest roll when taking a Psychic test. You must use the lowest two rolls.

**Spirit Stones:** A Farseer can use the power of a spirit stone to charge themselves with psychic energy. A Farseer with spirit stones can use two psychic powers per turn. A Farseer cannot use the same psychic power twice in the same turn.

GW0011373

## FARSEER PSYCHIC POWERS

Unless otherwise noted, these powers work as described in the Psychic Powers section of the Warhammer 40,000 rulebook, are used at the start of the Eldar turn and do not require the Eldar psyker to have line of sight to target.

**Doom:** The Farseer searches for the thread of destiny that spells the destruction of an enemy and draws it into being. The Farseer can target any non-vehicle unit within 24". All hits caused upon that unit gain a re-roll to wound until the start of the next Eldar turn.

**Eldritch Storm:** The Farseer summons a corona of crackling energy that strikes out with arcs of lightning and hurls enemies in all directions. This psychic power is used in the shooting phase instead of firing a weapon. The Eldar player places the large blast marker centred on an enemy model within 18". Vehicles touched by the template suffer a hit with 2D6+3 armour penetration and are spun around to face in a direction determined by the scatter dice – if a hit is rolled the Eldar player may choose its facing.

Range: 18"     S: 3     AP – Pinning, Large Blast

**Fortune:** The Farseer scries the strands of the future to foresee where the enemy will attack, warning his fellow Eldar so that they may avoid enemy fire. Nominate one Eldar unit with a model within 6" of the Farseer. This unit re-rolls any failed saves it makes until the start of the next Eldar turn.

**Guide:** The Farseer's prophetic powers warn him of the enemy's foul intent, allowing him to direct the fire of his warriors. Nominate one Eldar unit with a model within 6" of the Farseer. This unit re-rolls any failed to hit rolls made in that turn's shooting phase. If the unit is using a guess range weapon (such as a D-cannon) you may re-roll their scatter dice instead.

**Mind War:** The Farseer reaches out to destroy the mind of an enemy with an irresistible mental onslaught. This psychic power is used in the shooting phase instead of firing a weapon. The Eldar player may choose any unengaged model within 18" of the Farseer and within his line of sight (models mounted in vehicles cannot be targeted). Both players roll a D6 and add the Leadership of their respective models. For each point the Farseer wins by, the target loses a wound, with no armour saves allowed.

## WARLOCK POWERS

A Warlock's power is available permanently, so he does not need to take a Psychic test to use it.

**Conceal:** The Warlock clouds the minds of the enemy, creating a shifting psychic mist that conceals his unit. The Warlock's whole squad receives a 5+ cover save. This does not count as occupying cover for the purposes of assault.

**Destructor:** The Warlock focuses his anger and hatred and unleashes it at the enemy in a rolling blast of raw psychic power. Destructor is used in the shooting phase instead of firing a weapon. It is worked out like a normal shooting attack with the following profile:

Range: Template     S: 5     AP: 4     Assault 1

**Embolden:** The Warlock instils an unshakeable courage in his comrades, reaching into their minds with visions of mighty heroes and great victories. The Warlock and his squad may re-roll any failed Leadership tests.

**Enhance:** The Warlock empowers his fellow warriors with lightning speed and skill. All models in the same unit as the Warlock, including the Warlock itself, add +1 to their Weapon Skill and Initiative. The effects of multiple Enhance powers are not cumulative.



GW0011374

# HOWLING BANSHEES

The banshee is a harbinger of woe and death in Eldar mythology, whose cry is said to herald ill fate and can even wrench a soul from its spirit stone. It is fitting that the most feared of all the Aspect Warriors draw their inspiration from this unearthly creature.

In Eldar myth, the Crone Goddess Morai-Heg sought to partake of the wisdom contained in her divine blood. Knowing there was only one with the power to harm a god, she sent her daughters to haunt their father Khaine's steps with their piercing screams. Promising an end to this curse, she bade Khaine cut off her hand that she might drink deep of her vitae. With this deed Morai-Heg gained the knowledge of blood, and the aspect of the banshee was granted to Khaine in return.

Howling Banshees are swift and athletic troops who are most deadly in hand-to-hand fighting. Their Banshee masks contain psychosonic amplifiers that magnify their keening battle screams into mind-destroying shockwaves. This inflicts severe damage to the central nervous system of the Eldar's foe, inspiring a feeling of mortal terror and causing momentary paralysis. A full squad of Banshees activating their masks in unison can cripple an enemy unit before a single blow is struck.

In battle, what these fierce warrior women lack in brute strength they make up for in precision and efficiency, their shimmering power swords slicing through armour, flesh and bone with equal ease.

|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Howling Banshee | 4 | 4 | 3 | 3 | 1 | 5 | 1 | 9 | 4+ |
| Exarch | 5 | 5 | 3 | 3 | 1 | 6 | 2 | 9 | 3+ |

## SPECIAL RULES
Fleet of Foot.

## WARGEAR
**Banshee Mask:** In the first round of an assault a model wearing a Banshee mask has Initiative 10 and negates any Initiative bonus conferred by cover and grenades.

## EXARCH WARGEAR
**Executioner:** The executioner is a powered glaive capable of slicing an opponent in half with a single blow. It is a two-handed power weapon that adds +2 S.

**Mirrorswords:** Some Banshee Exarchs have mastered a deadly ambidextrous sword-form that uses paired blades. A model with mirrorswords counts as having an extra hand weapon that grants +2 A instead of the usual +1 A. Mirrorswords ignore armour saves.

**Triskele:** A triskele can be thrown in a great coruscating arc that slices through anything in its path. It can be used as a power weapon. It can also be used as a ranged weapon with the following profile:

Range: 12"    S: 3    AP: 2    Assault 3

## EXARCH POWERS
**War Shout:** The Exarch uses her Banshee mask to unleash a terrifying howl of fury and despair. In the first round of an assault, any enemy unit she or her squad is fighting must pass a Morale test or count as having WS1 for the rest of that assault phase.

**Acrobatic:** The Exarch and her squad leap and bound forward when engaged in assault. They have the Counter-Attack special rule.



GW0011375

# GUARDIAN JETBIKES

Eldar jetbikes are sleek one-man craft propelled by powerful anti-gravitic motors. Beautifully designed, the Eldar jetbike is a wonder of engineering. It is capable of such velocity that without the prodigious reaction speed of an Eldar it would be more lethal to the rider than his foe.

To an Eldar, the mastery of the jetbike is an exhilarating challenge. Jetbikes have long, curved vanes on either side that allow the rider to execute incredibly sharp turns in mid-air, and the strength of their anti-grav motors can be subtly manipulated to send the jetbikes hurtling into a steep dive or sharp climb. Even for an Eldar it takes years of practice to master a jetbike's potential, but one who does so builds a rapport with his steed comparable to the horsemasters of Eldar mythology.

Jetbike riders operate as forward scouts and fast-response strike forces, speeding across the battlefield in a brightly-coloured blur before unleashing tight fusillades from their hull-mounted shuriken weaponry. A common tactic for jetbike riders is to circumvent enemy lines completely and then close in on their vulnerable rear, taking a fearsome toll before gunning their engines and speeding off again.

"Feel the rush of the wind against your skin and hear her keening cry in your ears. Listen to her call well, for are we not the Wild Riders, the children of the storm?"

Nuadhu 'Fireheart'
chieftain of Saim-Hann

|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Guardian Jetbike | 3 | 3 | 3 | 3(4) | 1 | 4 | 1 | 8 | 3+ |

## WARGEAR

**Eldar Jetbike:** These are fitted with twin-linked shuriken catapults, increase the rider's Toughness by 1 point, and in addition confer a 3+ armour save to the rider. See the Warhammer 40,000 Rulebook for details of the movement of Eldar jetbikes.



GW0011377

# Exhibit

# 29.

Eldar Howling Banshees Eldar Eldar Warhammer 40,000 - Games Workshop 10/10/12 11:02 PM



Customer Service   1-800-394-4263  | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $50   OFFER DETAILS

0 item(s) @  $0.00

Community & Events    Virtual Gift Vouchers    Store Finder    White Dwarf    Find a Gift List    Warhammer 40,000 Guide

Product Search

Case 1:10-cv-08103 Document #: 213-10 Filed: 08/14/12 Page 22 of 23 PageID #:6214

Warhammer 40,000   Warhammer 40,000 Armies   Eldar   Elites   Eldar Howling Banshees

### Categories
- Getting Started
- Warhammer 40,000 Advance Orders
- Warhammer 40,000 New Releases
- Warhammer 40,000: Assault on Black Reach
- Warhammer 40,000 Essentials
- Warhammer 40,000 Armies
- Blood Angels
- Chaos Daemons
- Chaos Space Marines
- Dark Eldar
- Eldar
- Getting Started
- Army Essentials
- HQ
- Elites
- Troops
- Fast Attack
- Heavy Support
- Bitz
- Novels
- Eldar Articles
- Grey Knights
- Imperial Guard
- Necrons
- Orks
- Sisters of Battle
- Space Marines
- Space Wolves
- Tau Empire
- Tyranids
- Warhammer 40,000 Expansions
- Warhammer 40,000 Citadel Finecast
- Warhammer 40,000 Scenery
- Warhammer 40,000 Bitz
- Warhammer 40,000 Collectors
- Warhammer 40,000 Books
- Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

# Eldar Howling Banshees

Tweet    Like  17          ADD TO CART



  

### Eldar Howling Banshees

Howling Banshees are swift and athletic troops who are most deadly in hand-to-hand fighting. Their banshee masks contain psychosonic amplifiers that magnify their keening battle screams into mind-destroying shockwaves. While their foes lie crippled and paralysed, the Banshees lay into them with precision and efficiency, their power swords cutting a blazing arc through the air around them as they sever heads from necks and limbs from torsos.

This boxed set contains six Eldar Howling Banshees. These models are finely detailed resin cast miniatures. They are supplied as 15 separate components and come with six 25mm Round Bases. These miniatures are supplied unpainted and require assembly - we recommend using Citadel Super Glue and Citadel Paints.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99810104009

**Price:  $41.25**

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

**With this box set you can make the following:**

### Howling Banshees

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Howling Banshee | 4 | 4 | 3 | 3 | 1 | 5 | 1 | 9 | 4+ |
| Exarch | 5 | 5 | 3 | 3 | 1 | 6 | 2 | 9 | 3+ |

**Unit Composition:** 5 - 10 Howling Banshees.
**Unit Type:** Infantry.
**War Gear:** Banshee mask, shuriken pistol, power weapon.

**Have you got?**



$17.00                     add to cart
**Eldar Phoenix Lord Jain Zar, The Storm of Silence**



$44.50                     add to cart
**Eldar Wave Serpent**



$15.00                     add to cart
**Eldar Farseer with Spear**

Eldar Howling Banshees | Eldar | Games Workshop              08/10/12 11:02 PM

**Transport:**          The Howling Banshees may be mounted in a Wave Serpent.

Carry Our Products    Real Estate    Privacy Policy    Legal    About Us    Black Library    Forge World    Investor Relations    Careers    Site Map    Contact Us

| Country Select |

Copyright    © Games Workshop Limited 2000-2012    © New Line Productions Inc    © The Saul Zaentz Company d/b/a Middle-earth Enterprises    All rights reserved to their respective owners.