# Exhibit

# 30.



Customer Service · 1-800-394-4283 | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $30   OFFER DETAILS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

Warhammer 40,000   HQ   Eldar Farseer with Spear

**Have you got?**

# Eldar Farseer with Spear

Like  5    ADD TO CART



**Categories**

Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend



$35.00 _____ add to cart
**Eldar Guardian Squad**



$45.00
**Eldar Seer Council**



$33.00 _____ add to cart
**Eldar Rangers**

### Eldar Farseer with Spear

Farseers are masters of prediction, studying the manifold consequences of the smallest decision and guiding their people to victory. In times of war they uncover an enemy's intention and guide him to his doom. Farseers fight with powerful psychic powers and can obliterate an enemy leaders mind or hurl a battle tank into the air.

This set contains 1 metal Farseer with Spear.

Availability:  Usually ships within 24 hours.
Part Code:  99060104121

**Price: $15.00**

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

With this box set you can make the following:

| Farseer | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| WS | BS | S | T | W | I | A | Ld | Sv |
| 5 | 5 | 3 | 3 | 3 | 5 | 1 | 10 | - |

Unit Composition:  1 Farseer.
Unit Type:  Infantry.
War Gear:  Ghosthelm, shuriken pistol, witchblade, rune armour.
Psychic Powers:  Doom, Eldritch Storm, Fortune, Guide, Mind War.

**Related Articles**

› Painting Eldar Details
› Eldar Psychic Powers Tactica
› Autarch and Farseer Gallery
   Getting Started With Eldar

Carry Our Products   Real Estate   Privacy Policy   Legal   Careers   About Us   Investor Relations   Black Library   Forge World   Site Map   Contact Us

Country Select

Copyright   © Games Workshop Limited 2000-2011   © New Line Productions Inc   © The Saul Zaentz Company d/b/a Middle-earth Enterprises   All rights reserved to their respective owners.

# Exhibit

# 31.



Customer Service   1-800-394-4263   | Welcome! | Sign In | Why Register?

**FREE SHIPPING ON ALL ORDERS OVER $50** OFFER DETAILS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Find a Gift List   Warhammer 40,000 Guide

Product Search

### Categories

Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Books
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

Warhammer 40,000 / HQ / Eldar Warlock with Witch Blade

# Eldar Warlock with Witch Blade

Tweet   Like 7    ADD TO CART



**Eldar Warlock with Witch Blade**

Warlocks are psykers who can use their powers to effect the outcome of battle or improve the fighting skills of those around them.

This set contains 1 metal Warlock with Witch Blade.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060104123

**Price: $11.50**

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

## Have you got?



$15.00    add to cart

**Eldar Farseer with Spear**



$15.00    add to cart

**Eldar Wraithguard 2**

With this box set you can make the following:

| Warlock | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | WS | BS | S | T | W | I | A | Ld | Sv |
| Warlock | 4 | 4 | 3 | 3 | 1 | 4 | 1 | 8 | - |

| | |
| --- | --- |
| Unit Composition: | 3-10 Warlocks. |
| Unit Type: | Infantry. |
| War Gear: | Rune armour (4+ invulnerable save), shuriken pistol and witchblade. |
| Pyschic Powers: | Conceal, Destructor, Embolden, Enhance. |
| Transport: | A Warlock unit may be mounted in a Wave Serpent. |

Carry Our Products    Real Estate    Privacy Policy    Legal    About Us    Black Library    Forge World    Investor Relations    Careers    Site Map    Contact Us

Country Select

Copyright    © Games Workshop Limited 2000-2012    © New Line Productions Inc    © The Saul Zaentz Company d/b/a Middle-earth Enterprises    All rights reserved to their respective owners.

# Exhibit

# 32.



Customer Service 1-800-394-4263 | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $30 OFFER DETAILS

0 item(s) @ $0.00

Community & Events  Virtual Gift Vouchers  Store Finder  White Dwarf  Citadel Finecast  Find a Gift List

Search

Warhammer 40,000 > Warhammer 40,000 Armies > Eldar > Troops > Eldar Jetbike

# Eldar Jetbike

Like | 6    ADD TO CART

### Categories
- Getting Started
- Warhammer 40,000 Advance Orders
- Warhammer 40,000 New Releases
- Warhammer 40,000: Assault on Black Reach
- Warhammer 40,000 Essentials
- Warhammer 40,000 Armies
- Blood Angels
- Chaos Daemons
- Chaos Space Marines
- Dark Eldar
- Eldar
- Getting Started
- Army Essentials
- HQ
- Elites
- Troops
- Fast Attack
- Heavy Support
- Bitz
- Novels
- Eldar Articles
- Grey Knights
- Imperial Guard
- Necrons
- Orks
- Space Marines
- Space Wolves
- Tau Empire
- Tyranids
- Witch Hunters
- Warhammer 40,000 Expansions
- Warhammer 40,000 Citadel Finecast
- Warhammer 40,000 Scenery
- Warhammer 40,000 Books
- Warhammer 40,000 Bitz
- Warhammer 40,000 Collectors
- Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

### Have you got?



$30.00                     add to cart
Eldar Vyper Jetbike

$20.00                     add to cart
Eldar Shrieker Jetbike

### Related Articles
- Spearhead: Spearheads in Action
- Eldar: Eldar Tactics
- War Diary - Tale of Four Gamers Month Two
- Getting Started With Eldar
- Eldar Plastic Army

### Eldar Jetbike

This pack contains one plastic Eldar Jetbike.

Availability: Usually ships within 24 hours.
Part Code: 99120104002

**Price: $15.00**

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

undefined

With this box set you can make the following:

#### Guardians

|          | WS | BS | S | T | W | I | A | Ld | Sv |
|----------|----|----|---|---|---|---|---|----|----|
| Guardian | 3  | 3  | 3 | 3 | 1 | 4 | 1 | 8  | 5+ |
| Warlock  | 4  | 4  | 3 | 3 | 1 | 4 | 1 | 8  | -  |

Unit Composition: 10 - 20 Guardians.
Unit Type: Infantry.
War Gear: Shuriken catapult.
Transport: The Guardians may be mounted in a Wave Serpent.

Carry Our Products  Real Estate  Privacy Policy  Legal  Careers  About Us  Investor Relations  Black Library  Forge World  Site Map  Contact Us

Country Select

Copyright © Games Workshop Limited 2000-2011 © New Line Productions Inc ® The Saul Zaentz Company d/b/a Middle-earth Enterprises  All rights reserved to their respective owners.

GW0002350

# Exhibit

# 33



## CHAPTERHOUSE STUDIOS

Shopping Cart | Checkout

Search | Search

### PRODUCTS

**Eldar Compatible Bits**

- 28mm Figures
- Jetbike Conversion Kits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

## Armana'serq Scorpion Warrior Priestess



Product Code: Armana'serq Scorpion Warrior Priestess

Reward Points: 0

Availability: 17

**Price: $13.50**

Qty: 1

Add to Cart

★★★★★ 5 reviews | Write a review

Share

 

| Description | Reviews (5) |

The gods have always demanded worship and sacrifice but in return they grant their most zealous followers with supernatural strength and skills. Serqitet, goddess of the scorpion protects her followers through her warrior priestess.

Armed with sword and pistol, Armana'serq leads her fellow warrior-priest into close-combat through stealth and subterfuge.

This unpainted 28mm scale pewter model consist of 6 components - body and 5 variant arms. A 25mm slotted base is included.

Armana'serq Scoulard ariociterec'veo                                                                              08/14/12 1:42 AM

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept               About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

# Exhibit

# 34.

Highly Confidential – Filed Under Seal

# Exhibit

# 35.

Highly Confidential – Filed Under Seal

# Exhibit

# 36.

# Chapterhouse Studios

Specializing in Custom Sculpts and Bits for Warhammer 40,000 and Fantasy

Show cart...
Your cart is empty.

**Home**  **News**  **About us**  **Contact**  **Order Status and Shipping**  **Customer Comments**  **Gallery**

## ☙ Our Store

**Infantry and Shoulder Pad Bits compatible with Space Marine® models**
**Heads compatible with Space Marines®**
**28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models**
**Vehicle Replacement Part Kits that fit on Games Workshop Models**
**Bits/Conversion kits compatible with Eldar armies**
**Bits/Conversion kits compatible with Tyranids**
**Bits/Conversions for 28mm for imperial guard**
**Super Heavy Vehicle Kits**

List All Products

Product Search

[ ] [Search]

Advanced Search

Username
[ ]
Password
[ ]
Remember me ☑
[Login]

Lost Password?
Forgot your username?
No account yet? Register

We accept Paypal



## May Teasers

Monday, 16 May 2011 03:43

Some things in the work, we are continuing to expand our "space elf" line that many players may enjoy. If you have ever wondered what male Eldar Howling Banshees may look like in a warped universe, you may like what is in the works here. I think a little more work is due for the concept. The sculptor has dubbed them "Hell Hounds".



A release that is due this month is our wheeled conversion kit for the Games Workshop Imperial Guard Chimera APC Kit. Call it a "rapid response" variant if you want. This resin kit is designed to replace the side hull and treads of the rugged Chimera APC with All Terrain Tires and a hazard-clearing front bumper. It consist of 9 resin parts and is in final stages of production.

# Exhibit

# 37.

Highly Confidential – Filed Under Seal

# Exhibit

# 38.

Show cart...

Your cart is empty.

| Home | News | About us | Contact | Order Status and Shipping | Customer Comments | Gallery |

## Our Store

**Infantry and Shoulder Pad Bits compatible with Space Marine® models**

**Heads compatible with Space Marines®**

**28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models**

**Vehicle Replacement Part Kits that fit on Games Workshop Models**

**Bits/Conversion kits compatible with Eldar armies**

**Bits/Conversion kits compatible with Tyranids**

**Bits/Conversions for 28mm for imperial guard**

**Super Heavy Vehicle Kits**

List All Products

Product Search

[            ]  [ Search ]

Advanced Search

Username

[            ]

Password

[            ]

Remember me ☑

[ Login ]

Lost Password?

Forgot your username?

No account yet? Register

We accept Paypal



## Doomseer Iyanar Model Released

Friday, 29 April 2011 19:22

Just added a new model to the website. This model is special for us in a few ways. Its our first full metal miniature, not just an accessory piece. We also have recently hired Angel Giraldez as a painter for many of our pieces.

If you have ever wanted a female HQ model for your army, this may be your lucky day. So with no more delays...





This piece will be sold for $13.50 and it is 28mm scale and comes with a 25mm base. Each model will come with a sword arm, spear arm, spell casting arm and pointing arm.

The product can be found here.

Next month I hope to have another piece that players can integrate into their armies.

CHS00000381

# Exhibit

# 39




Quicklinks to Frothzones

  
  

| Forum Index | FU!UK Main Page | FU!UK Shop | Site News | Frother Links |
|---|---|---|---|---|

| **Log in** | **Register** | **Memberlist** | **Usergroups** | **FAQ** | **Search** |
|---|---|---|---|---|---|

# Doomseer_Iyanar from chapterhouse

Goto page **Previous**, **1**, 2, **3**, **4**, **5**, **6**, **7** **Next**

**Frothers Unite! UK Forum Index** -> **Colonel Marbles' Miniatures Frothzone**

 

**View previous topic :: View next topic**

| Author | Message |
|---|---|

**Dunk**



Joined: 20 Feb 2009
Posts: 1151

⊡ Posted: Fri Apr 29, 2011 9:54 pm   Post subject: 

Not much resemblence?



No, the faceplate and frontal structure is almost identical to the second one, and indeed any of the original Warlocks, or the first Dire Avengers.

I've always remained pretty ambivalent towards people encroaching on GW's IP, mainly because of my general dislike towards GW and the way they treat people who don't really encroach upon their IP.

But at least look like you're trying to make something they wouldn't?

**Back to top**

  

**Chapterhousestudios**



⊡ Posted: Fri Apr 29, 2011 9:59 pm   Post subject:

Frothers Unite! UK :: View topic - Chapterhouse Studios 8/14/12 1:48 AM

Rather to die on my feet than to live on my knees.



**Back to top**




**Chapterhousestudios**

Joined: 01 Jun 2009
Posts: 111
Location: US

☐ Posted: Fri Apr 29, 2011 10:17 pm   Post subject:

**mcfonz wrote:**

> http://www.solegends.com/citcat94/cat1994123-03.htm
>
> Warlocks, not farseer.
>
> And I am not fucking sorry to say that 'it's obviously not a rip off because we have stuck some extra bits on the head that's only similarity is the overal shape and look . . . .'
>
> Do you seriously think anyone with an ounce of intelligence really buys that utter shit?
>
> That's what offends me, its the blagging and bulshitting and patronising way you just palm off these sort of suggestions.
>
> It is to all intense and purpose and Eldar warlock/farseer/seer council member with a name that belongs to an old epic eldar craft lastime I looked.

Its obviously supposed to be a female sculpt for Eldar players, noone ever denied that.

Also the name has NOTHING from the GW universe. I pulled her name from some ancient priestess names and changed a few letters up.

If you dont like the sculpt, dont like the sculpt. I dont mind critiques, but when you are making a shit storm over GW comparisons and then you have sculptors asking for video game characters, movie characters etc etc it gets hypocritical.

_____

**Back to top**

**Gailbraithe wrote:**

> I actually do know better than the dictionary.



**blackfly**

Joined: 24 Feb 2005
Posts: 5392
Location: 206

Posted: Sun May 01, 2011 6:50 pm    Post subject:     

**Chapterhousestudios wrote:**

> Nu-uh, these are the old Eldar Farseers, theres not much resemblence to the head besides a general shape.

You know what, you're right, there is absolutely no resemblance between your and theirs. Its completey coincidence and there is no way that you're actually trying to knock off an eldar farseer. **Doomseer**. Farseer/Warlock, whatever.



It is also absolutely crazy of all of us to think that the fact that you had it painted with an Eldar rune on its head is anything other than happenstance. Given the myriad ways lines can be arranged into glyphs, it should give no more suprise when they randomly come together in a form that is completely in line stylisticly with an idiom that your sculpting also coincidentally lines up with, than it should suprise us when it doesn't. Thats how random chance works after all.

**Chapterhousestudios wrote:**

> Also the name has NOTHING from the GW universe. I pulled her name from some ancient priestess names and changed a few letters up.

Its really childish of us to think that Iyanar has any similarity to the craftworld of Iyanden. It is so obviously a randomization of 'some thing I found on google and rearranged' that to note the congruence with the established IP that it sails so close to would be just plain fatuous. Shame on us.

**Chapterhousestudios wrote:**

> I dont mind critiques, but when you are making a shit storm over GW comparisons and then you have sculptors asking for video game characters, movie characters etc etc it gets hypocritical.

How can you expect us to not compare it when that is so clearly, with out any doubt, 100% what you are doing? You know, you might catch a lot less flack if you didn't try to masquerade as this innocent pariah who is just getting picked on due to coincidence. Stop trying to defend your sculpt on grounds that are so clearly false!

Frothers Unite! UK :: View topic - Citadel finecast. Rate the miniatures here.

Saying that it doesn't look like an eldar character, doesn't sound like an eldar character, isn't painted like an eldar character, wasn't specifically sculpted to be as close to an eldar character as you can get away with when that is so clearly the case has a lot to do with WHY you get treated the way you do around here. There are plenty of people who will say that treading on someone elses IP is bad, no matter who they are. You have to accept that plenty of the people in the world actually believe in absolutes of right and wrong. You will never win them over, but you shouldn't be suprised. If that weren't the case, the world wouldn't function.

However, there are plenty of people who see grey areas, and say- well, if you want to do derivative work and ride on the coat tails of established idioms and IP and fill niches, or offer competing cheaper products for those that are comfortable using alternative figures, thats fine! Thats the free market, or thats the price of success, or whatever. Lots of people feel that way too.

You might come off as less of joke if you were straight forward and honest about it. It has been said around here before that the not-characters like Crooked Dice, Heresy, HF, etc do are filling voids where no competing product by the IP holder exists. Do you not see how that is different? I'm not saying you have to agree philosophically, or that you can't say that you think what you're doing is just as legal/acceptable/moral, whatever. Your opinion is yours to have, but FACTUALLY, you're playing different games then they are.

Putting aside the above factual difference of filling a void, vs producing a knock off- Another big difference is that most of the above mentioned ranges make NO DENIALs about what they're doing. The similar names, the never-even-thinly-veiled allusions to the original source material. "MALCOLM ECCLESCAKE A time-bothering vagrant do-gooder. " , "Femdroid" vs Fembot, "Cobra" vs "Snake Plisken". Its all really clear whats going on.

On the contrary, you come in and say that you're NOT at all knocking off anything, and that any similarities between your blue dude up there and an eldar warlock or farseer are completely coincidental. You basically implicitly tell everyone that you think they are an ignorant asshole if they think they see a similarity. How stupid do you really think people are?

I suppose you have to keep up the charade since you ARE in a different boat than the above people who are filling voids where no competeing product exists. Since you DO produce knock offs of your competitors products, I suppose it would be silly of you to openly say, "Yeah, I'm totally selling this not-farseer and cashing in on GW, check out how awesome I am!'.

Here's a suggestion: If you really don't think we're all as dumb as you seem to suggest we are, and you haven't drunk the kool-aid so much to actually believe your 'official line' about how original this all is, and you're really just having this on with a wink and nod to those in the know, how about rather than trotting out these pathetic tired old lines about 'random googling' and not having ANYTHING to do with GW source material, you just don't say anything at all, rather than insult our intelligence.

"Here's my new release. Hope you like it"

That's all you need to say. That'd suffice.

As it is, you just look like a fucking idiot.

_____

<span style="color:red">And you will know him by the trail of lead</span>
<span style="color:red">I see small people</span>
"the goatfucking jokes are of exceptionally high quality"

**Back to top**



**anevilgiraffe**
Associate Member

□ Posted: Sun May 01, 2011 7:00 pm   Post subject:    

**blackfly wrote:**

Frothers Unite! UK - View topic - Chapterhouse Javelin Class Imperial Jetbike    8/10/12 10:00 PM



 Frothers Unite! UK

Quicklinks to
Frothzones


| Forum Index | FU!UK Main Page | FU!UK Shop | Site News | Frother Links |
|---|---|---|---|---|
| Log in | Register | Memberlist | Usergroups | FAQ | Search |

# Chapterhouse Javelin Class Imperial Jetbike

Goto page **Previous**  1, 2, 3 ... 6, 7, 8 ... 11, 12, 13  **Next**

      **Frothers Unite! UK Forum Index -> Colonel Marbles' Miniatures Frothzone**

View previous topic :: View next topic

| Author | Message |
|---|---|

**frotherPest**



Joined: 19 Feb 2010
Posts: 97

Posted: Wed Oct 19, 2011 5:01 pm  Post subject: 

> **Quote:**
>
> why oh why would we use recast or shaved off parts?

Suddenly, you don't use GW models for your "parts".
Guy used to brag about spitting in the face of GW, now he won't acknowledge that he uses their models.

I suppose your "sculptor" made his own Land Raider, here:
http://liveweb.archive.org/http://chapterhousestudios.com//webshop/components/com_virtuemart/show_image_in_imgtag.php?filename=Salamander__Alph_4b5258adaa1b2.jpg&newxsize=90&newysize=90&fileout

And of course he "sculpted" this Tyranid body:


**Back to top**     

**mcfonz**

Joined: 01 Jun 2009
Posts: 5514

Posted: Wed Oct 19, 2011 5:10 pm  Post subject: 

I never questioned anyone's intelligence.

Thanks for the insult though.

As for the torsoe. Anyone who knows an ounce about GW will know that SM torsoes come in two halves. Some with high colars. The reverse half wouldnt be too difficult to alter to the one you have either esp if using the one from the vehicle crew which doesnt require a backpack.

If the bodywork is totally original whats with the mud guards?

I am simply stating that parts look very mich the same. If creating something so original why even copy it? Why not do something totally your own?


http://mcfonz.blogspot.co.uk/



Rather to die on my feet than to live on my knees.



**Back to top**    

**frotherPest**



Posted: Wed Oct 19, 2011 5:13 pm  Post subject:

> **Quote:**

Frothers Unite! UK :: View topic - Chapterhouse abandons ship! (literally) 8/2/10/12 10:00 PM

Joined: 19 Feb 2010
Posts: 97

If you look at this photo you will see it has its own design on the back

It's so obvious that you took a SM torso, did a poor job of filing off the crest on the front (it's so obvious, it's funny) and then sculpted on your own back design and made castings of that.

It's not merely your methods, you have been such a cocky ass about the whole thing, bragging about your non-existent legal fund and lawyers, flaunting your IP theft, then crying for "the community" to donate money to help you fight GW.

**Back to top**



**Omega**

Joined: 31 Mar 2008
Posts: 7716
Location: the Fortress of Solitude

☐ Posted: Wed Oct 19, 2011 5:41 pm  Post subject:



> **frotherPest wrote:**
>
> > **Quote:**
> >
> > why oh why would we use recast or shaved off parts?
>
> Suddenly, you don't use GW models for your "parts".
> Guy used to brag about spitting in the face of GW, now he won't acknowledge that he uses their models.
>
> I suppose your "sculptor" made his own Land Raider, here:
> http://liveweb.archive.org/http://chapterhousestudios.com//webshop/components/com_virtuemart/show_image_in_imgtag.php?filename=Salamander__Alph_4b5258adaa1b2.jpg&newxsize=90&newysize=90&fileout
>
> And of course he "sculpted" this Tyranid body:
> 

I don't think anyone ever thought these were anything else than add-on parts, nor did CH claim otherwise. 🙂 The Alien heads were sculpted by NAVARRO who posts on these boards, so you could ask him directly if it bugs you.

-/-

**Back to top**



**Chapterhousestudios**



Joined: 01 Jun 2009
Posts: 111
Location: US

☐ Posted: Wed Oct 19, 2011 6:30 pm  Post subject:



> **frotherPest wrote:**
>
> > **Quote:**
> >
> > why oh why would we use recast or shaved off parts?
>
> Suddenly, you don't use GW models for your "parts".
> Guy used to brag about spitting in the face of GW, now he won't acknowledge that he uses their models.
>
> I suppose your "sculptor" made his own Land Raider, here:
> http://liveweb.archive.org/http://chapterhousestudios.com//webshop/components/com_virtuemart/show_image_in_imgtag.php?filename=Salamander__Alph_4b5258adaa1b2.jpg&newxsize=90&newysize=90&fileout
>
> And of course he "sculpted" this Tyranid body:
> 

Um.. are you dense? I never said that we didnt use GW models and put our items ON them.

But we are not recasting, modifying, shaving off parts, etc etc and then selling those parts as our own.

Quit the witch hunt already. We are releasing parts and items for customers to use ON whatever kits they want. Much of our stuff is designed to be compatible with other companies models.

As far as McFonz trying to say we are reusing GW pieces and modifying them.

You are wrong, we are not, if you don't believe me, ah shucks.

One angry-sculptor (do you sculpt?) who does not like our items or our company. I guess you can file a suit along with GW and present your argument in court to prove your case.

Till then, go sulk in your corner.