# Exhibit

# 40.



Shopping Cart | Checkout

Search [Search                    ]

**PRODUCTS**

**Eldar Compatible Bits**

- 28mm Figures
- Jetbike Conversion Kits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

[                    ]

Password:

[                    ]

Forgotten Password

[ Login ]

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

## Farseer Jetbike Conversion Kit

Product Code: Farseer Jetbike Conversion Kit

Reward Points: 0

Availability: 14

### Price: $16.00

Qty: [ 1 ]

[ Add to Cart ]

⭐⭐⭐⭐⭐  4 reviews | Write a review

Share

| Description | Reviews (4) |
|---|---|

This is a sculpted 12 piece resin conversion kit that when combined with the Games Workshop Eldar Jetbike kit can  form the model shown.  It is meant to aid players in converting a regular jetbike kit into a farseer on jetbike model.

Each conversion kit comes with 2 weapon choices (spear and sword), 1 left arm, 2 upper torso choice (male or female), 1 lower torso,1  head, 1 control panel, 2 shield generators and 2 bike accessories.

Games Workshop Jetbike kit not included and for scale and demonstrative purposes only.

**Tags:** Farseer Jetbike Conversion Kit,

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisanan world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept   

About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®



Shopping Cart | Checkout

Search Search

## PRODUCTS

**Eldar Compatible Bits**

- 28mm Figures
- **Jetbike Conversion Kits**

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

### Warlock Jetbike Conversion Kit



Product Code: Warlock Jetbike Conversion Kit

Reward Points: 0

Availability: 23

**Price: $14.50**

Qty: 1

Add to Cart

★★★★★ 1 reviews | Write a review

Share

  

| Description | Reviews (1) |
|---|---|

This is a sculpted 11 piece resin conversion kit that when combined with the Games Workshop Eldar Jetbike kit can form the model shown.  It is meant to aid players in converting a regular jetbike kit into a warlock on jetbike model.

Each conversion kit comes with 2 weapon choices (spear and sword), 1 left arm, 1upper torso, 1 lower torso, 1  head, 1 control panel, 2 shield generators and 2 bike accessories.

Games Workshop Jetbike kit not included and for scale and demonstrative purposes only.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood
Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel
Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device,
'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World,
Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo,
Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri,
Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo,
Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space
Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet
Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device,
Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia,
characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world,
and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the
UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their
respective owners.

We accept              About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

# Exhibit

# 41.

Highly Confidential – Filed Under Seal

# Exhibit

# 42.

Highly Confidential – Filed Under Seal

# Exhibit

# 43.

Highly Confidential – Filed Under Seal

# Exhibit

# 44.

Highly Confidential – Filed Under Seal

# Exhibit

# 45.

Highly Confidential – Filed Under Seal

# Exhibit

# 46.

Highly Confidential – Filed Under Seal

# Exhibit

# 47.

Highly Confidential – Filed Under Seal

# Exhibit

# 48.

# THE WAR COUNCIL

The Great Crusade was a mammoth operation involving millions of troops and thousands of ships. Imperial armies fought campaigns across the broad sweep of the galaxy. Tens of thousands of human worlds needed to be saved.

The Imperial military of this time comprised the entire force of Space Marine Legions, hundreds of auxiliary regiments drawn from the freshly reconquered worlds, gigantic war machines supplied by the Mechanicum and their Forge Worlds, foremost amongst these the mighty Titans of the Collegia Titanica, and a host of other smaller organisations and armed formations. The most significant of the smaller formations were the Custodian Guard, the Emperor's Bodyguard.

All of these were supported by a bewildering array of battleships, dropships and troop transports variously commanded by the Space Marine Legions, the Mechanicum and the other Imperial Commanders and leaders.

To manage the execution of the Great Crusade the Emperor convened the War Council. This effectively became the ruling body of the Imperium during the Great Crusade and through it the Emperor's law was brought to hundreds of thousands of human worlds.

The Emperor sat at the head of Council; at his right hand was Malcador. Each of the Primarchs had a seat on the Council, as did the chief custodian. When the Emperor made his alliance with Mars the fabricator-general of the Mechanicum was offered a seat. Supporting the Council was a team of astropaths who provided communication between the members since it became increasingly impractical for the group to physically assemble given the size of the growing Imperium and the inherent difficulties of travel through the warp.



MALCADOR THE SIGILLITE • FIRST LORD OF TERRA • JOHN GRAVATO



BELLARIUS TACTICAL SQUAD • ULTRAMARINES • DAVID HUDNUT
RAELICHUS JET BIKE SQUAD • EMPEROR'S CHILDREN • ERIC REN

## MALCADOR THE SIGILLITE

During the conquest of Earth the Emperor gathered about him trusted lieutenants and gave to them tasks and duties befitting men of status. Most of these servants were drawn from the ranks of his bodyguard and Space Marine Legions.

Malcador was an exception. He was not a warrior but a man of learning with the bearing of a priest. From the early years of the Battle of Unification he was ever-present at the Emperor's side. His origins were unknown to all save perhaps the Emperor. He wore the hooded robes of a simple Terran administrator.

Malcador was appointed to run the Emperor's Palace and through it he managed the administration of newly conquered Terra. As the Crusade progressed Malcador's power and influence grew as he became overseer of the Imperial Tithe and chief of the Imperial Adminstration.

Blessed with unnaturally long life there were many rumours about the true nature of this enigmatic figure. Some say he was a psyker, the first to have undergone the soul-binding ritual. Other rumours say that he was distantly related to the Emperor.



GW0001893



PRIMARCH LEMAN RUSS • SPACE WOLVES • FRANZ VOHWINKEL

SÆLMUNDR RHINO • SPACE WOLVES • TORSTEIN NORDSTRAND



GW0002017



IRON LYNX PROSECUTER SQUAD • SISTERS OF SILENCE • SAM WOOD



RAVEN'S CLAW ASSAULT SQUAD • SISTERS OF SILENCE • SAM WOOD

CONSTANTIN VALDOR AND ARES GUARD • LEGIO CUSTODES • SAM WOOD



JANETIA KROLE AND RAPTOR GUARD • SISTERS OF SILENCE • SAM WOOD

THE HORUS HERESY | 152

GW0002030

# Exhibit

# 49.



CHAPTER
ADE
ASTA

BLOOD ANGELS · WHITE SCARS · BLOOD DRINKERS · GOLDEN GRYPHONS · BROTHERHOOD OF A THOUSAND

EAGLE WARRIORS · WHITE CONSULS · EXORCISTS · MENTOR LEGION · WHITE MINOTAURS

OMEGA MARINES · DEATH EAGLES · FLAME EAGLES · AURORA · RAMPAGERS · SONS OF GUILLIMAN · IRON SNAKES · SKULL BEARERS

CRIMSON FISTS · DEATHWATCH · INVADERS · SONS OF ORAR · WHITE TEMPLARS · ANGELS OF VENGEANCE · REVILERS · STAR DRAGONS

SILVER SKULLS · IMPERIAL TALONS · STORM WARRIORS · EMPEROR'S HANDS · PRAETORS OF ORPHEUS · HAWK LORDS · SONS OF MEDUSA · CRIMSON GUARD

IMPERIAL PALADINS · IRON LORDS · ANGELS ENCARMINE · DEATH SPECTRES · STORM WINGS · GENESIS · MASTERS OF PROTELUS · KNIGHTS OF THE RAVEN

LAMENTERS · IRON HANDS · SCYTHES OF THE EMPEROR · BLACK TEMPLARS · IMPERIAL FISTS · ANGELS PORPHYR · SUBJUGATORS · MARINES EXEMPLAR

GW0001726

Chapters of the Adeptus Astartes | Neil Hodgson | Poster | 2005

# S OF THE
# PTUS
# RTES



| | | | | |
|---|---|---|---|---|
| IRON KNIGHTS | FLESH TEARERS | BLOOD SWORDS | DARK ANGELS | ANGELS OF REDEMPTION |
| IRON FISTS | ANGELS SANGUINE | MARAUDERS | LEGION OF THE DAMNED | HOWLING GRYPHONS |
| DOOM EAGLES | SALAMANDERS | BRAZEN CLAWS | STORM LORDS | IMPERIAL HARBINGERS | RELICTORS | LION WARRIORS | RAVEN GUARD |
| RED WOLVES | SABLE SWORDS | SPACE WOLVES | NOVAMARINES | DEATHSTRIKE | RED TEMPLARS | BRAZEN MINOTAURS | ANGELS VERMILLION |
| -ERASED- | DOOM WARRIORS | STORM GIANTS | EMPERORS SPEARS | BLOOD RAVENS | MARINES ERRANT | STORM HAWKS | ANGELS OF ABSOLUTION |
| KNIGHTS OF GRYPHONNE | DARK HUNTERS | RAPTORS | TIGERS ARGENT | DARK HANDS | FIRE LORDS | BLACK DRAGONS | RED LEGION |
| ULTRAMARINES | MORTIFACTORS | GREY KNIGHTS | WHITE PANTHERS | BLACK CONSULS | DARK SONS | TAURANS | RED TALONS |

GW0001727