# Exhibit

# 50.



Customer Service 1-800-394-4263 | Welcome! | Sign In | Why Register?

**FREE SHIPPING ON ALL ORDERS OVER $30**
OFFER DETAILS

0 item(s) @ $0.00

Community & Events | Virtual Gift Vouchers | Store Finder | White Dwarf | Citadel Finecast | Find a Gift List

Search

Warhammer 40,000   Warhammer 40,000 Armies   Space Marines   Fast Attack
Space Marine Assault Squad

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Blood Angels
Chaos Daemons
Chaos Space Marines
Dark Eldar
Eldar
Grey Knights
Imperial Guard
Necrons
Orks
Space Marines
Getting Started
Army Essentials
HQ
Elites
Troops
Dedicated Transports
Fast Attack
Heavy Support
Bitz
Black Templars
Dark Angels
Novels
Space Marine Articles
Space Wolves
Tau Empire
Tyranids
Witch Hunters
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

# Space Marine Assault Squad

Like 47    ADD TO CART



 

### Space Marine Assault Squad

Space Marines who excel in the fury of close combat are organised into Assault squads and equipped with jump packs that allow them to take the fight to the enemy in brutal close-quarter fighting. Armed with a mixture of pistols and swords, they are terrifying foes in battle, dropping from above like flaming angels of death.

This box set contains five multi-part plastic Assault Marines, and includes a host of additional parts enabling you to make: a Sergeant with a variety of weapon and wargear options, two Assault Marines with plasma pistols, and add extra details to the rest of your squad. Models supplied with 25mm round bases.

Availability: Usually ships within 24 hours.
Part Code: 99120101034

**Price: $33.00**

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

**With this box set you can make the following:**

### Assault Squad

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Space Marine Sergeant | 4 | 4 | 4 | 4 | 1 | 4 | 2 | 9 | 3+ |
| Space Marine | 4 | 4 | 4 | 4 | 1 | 4 | 1 | 8 | 3+ |

Unit Composition: 1 Space Marine Sergeant; 4-9 Space Marines
Unit Type: Jump Infantry

### Have you got?


$18.25   add to cart
**Space Marine Chaplain with Jump Pack**

$8.25   add to cart
**Assault Squad Shoulder Pads**


$14.00   add to cart
**Space Marine Assault Sergeant**

### Related Articles

- Space Marine: Heroes of the Adeptus Astartes
- Blood Angels: Sample Armies - Part 2
- Sample Armies: Warhammer 40,000
- Blood Angels: Sample Army Lists
- White Dwarf Archive Additions: Black Templars
- Space Marines: Painting Crimson Fists Stage-by-stage
- Space Marines: Crimson Fists Scenario
- Space Marines: Crimson Fists Background
- Planetstrike: Planetstrike: Attacking and Defending with Space Marines
- War Diary - Tale of Four Gamers Month 4
- Space Marines - Sample Armies



# Exhibit

# 51.



Show cart...
Your cart is empty.

| Home | News | About us | Contact | Order Status and Shipping | Customer Comments | Gallery |

## Our Store

**Infantry and Shoulder Pad Bits compatible with Space Marine® models**
- Black Templars compatible Shoulder Pads
- Blank shoulder pads
- Blood Raven compatible Shoulder Pads
- Celestial Lions compatible Shoulder Pads
- Dark Angel, Death Watch or Inquisition compatible Shoulder Pads
- Exorcist compatible Shoulder Pads
- Fleshtearers compatible Shoulder Pads
- Generic bits and Shoulder Pads for 28mm models
- *Heresy Era Player Components*
- Howling Griffons compatible Shoulder Pads
- Imperial Fist compatible Shoulder Pads
- Iron Hands compatible Shoulder Pads
- Iron Snakes compatible Shoulder Pads
- Legion of the Damned compatible Shoulder Pads
- Luna Wolves or Star Fox compatible Shoulder Pads
- Mantis Warriors compatible Shoulder Pads
- Numbered and Squad Symbols
- Salamanders or Dragons compatible Shoulder Pads
- Soul Drinkers compatible Shoulder Pads
- Space Wolf compatible Shoulder Pads
- Storm or Combat Shields
- Studded Shoulder Pads
- Thousand Sons compatible Pre-Heresy Shoulder Pads

**Heads compatible with Space Marines®**
**28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models**
**Vehicle Replacement Part Kits that fit on Games Workshop Models**
**Bits/Conversion kits compatible with Eldar armies**
**Bits/Conversion kits compatible with Tyranids**
**Bits/Conversions for 28mm for imperial guard**
**Super Heavy Vehicle Kits**

List All Products

Product Search

### Banded Tech Pad - Power Armor Power compatible



View Full-Size Image

**Price:** $1.00

Ask a question about this product

This is a shoulder pad that is about the same scale as a 28mm power armor shoulder pad. It consist of horizontal plates or "bands" of armor similiar to older MK 1 armor. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad. Scaled to fit 28mm power armor figures.

Cast in pewter.

**Availability**

**Usually ships in:**

**3-5 Days**
★★★☆☆

Quantity: 1    Add to Cart

**Customer Reviews:**

There are yet no reviews for this product.
Please log in to write a review.

### You may also be interested in this/these product(s)

**MK I Heresy Era for 28mm marines"Thunder Armor" Should**



$1.00
Add to Cart

**Banded Armor Pad - Terminator Capabitible**



$1.00
Add to Cart

**Banded Shoulder Pads - Power Armor Compatible**



$1.00
Add to Cart

### Recently Viewed Products

Five (5) Heresy Era Jump Pack 28mm (Category: Heresy Era Player Components)
Shoulder Pad compatible with Iron Hand Power Armor (Category: Iron Hands compatible Shoulder Pads)
Shoulder Pads for Flaming Fist - Tactical Marines (Category: Imperial Fist compatible Shoulder Pads)
Tactical Shoulder Pad for 28mm marine with number 5 (Category: Blank shoulder pads)
Mycetic Spore (Category: Bits/Conversion kits compatible with Tyranids)

CHS00000154

## Our Store

**Infantry and Shoulder Pad Bits compatible with Space Marine® models**
- Black Templars compatible Shoulder Pads
- Blank shoulder pads
- Blood Raven compatible Shoulder Pads
- Celestial Lions compatible Shoulder Pads
- Dark Angel, Death Watch or Inquisition compatible Shoulder Pads
- Exorcist compatible Shoulder Pads
- Fleshtearers compatible Shoulder Pads
- *Generic bits and Shoulder Pads for 28mm models*
- Heresy Era Player Components
- Howling Griffons compatible Shoulder Pads
- Imperial Fist compatible Shoulder Pads
- Iron Hands compatible Shoulder Pads
- Iron Snakes compatible Shoulder Pads
- Legion of the Damned compatible Shoulder Pads
- Luna Wolves or Star Fox compatible Shoulder Pads
- Mantis Warriors compatible Shoulder Pads
- Numbered and Squad Symbols
- Salamanders or Dragons compatible Shoulder Pads
- Soul Drinkers compatible Shoulder Pads
- Space Wolf compatible Shoulder Pads
- Storm or Combat Shields
- Studded Shoulder Pads
- Thousand Sons compatible Pre-Heresy Shoulder Pads

**Heads compatible with Space Marines®**

**28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models**

**Vehicle Replacement Part Kits that fit on Games Workshop Models**

**Bits/Conversion kits compatible with Eldar armies**

**Bits/Conversion kits compatible with Tyranids**

**Bits/Conversions for 28mm for imperial guard**

**Super Heavy Vehicle Kits**

List All Products

Product Search

◀ Banded Shoulder Pads - Power Armor Compatible
   Banded Tech Pad - Power Armor Power compatible ▶





View Full-Size Image

### Banded Armor Pad - Terminator Capabitible

**Price:** **$1.00**

Ask a question about this product

This is a shoulder pad that is about the same scale as a 28mm marine shoulder pad. It consist of horizontal plates or "bands" of armor similiar to older MK 1 armor. This p a d looks spectacular as a "Iron Hands" space marine® shoulder pad. Scaled to fit regular terminator armor figures.

**Availability**

Usually ships in:

## 3-5 Days

★★★☆☆

Quantity: 1   **Add to Cart**

**Customer Reviews:**

There are yet no reviews for this product.
Please log in to write a review.

### Recently Viewed Products

Xenomorph 28mm Head bits (Category: Bits/Conversion kits compatible with Tyranids)

## Our Store

**Infantry and Shoulder Pad Bits compatible with Space Marine® models**
- Black Templars compatible Shoulder Pads
- Blank shoulder pads
- Blood Raven compatible Shoulder Pads
- Celestial Lions compatible Shoulder Pads
- Dark Angel, Death Watch or Inquisition compatible Shoulder Pads
- Exorcist compatible Shoulder Pads
- Fleshtearers compatible Shoulder Pads
- *Generic bits and Shoulder Pads for 28mm models*
- Heresy Era Player Components
- Howling Griffons compatible Shoulder Pads
- Imperial Fist compatible Shoulder Pads
- Iron Hands compatible Shoulder Pads
- Iron Snakes compatible Shoulder Pads
- Legion of the Damned compatible Shoulder Pads
- Luna Wolves or Star Fox compatible Shoulder Pads
- Mantis Warriors compatible Shoulder Pads
- Numbered and Squad Symbols
- Salamanders or Dragons compatible Shoulder Pads
- Soul Drinkers compatible Shoulder Pads
- Space Wolf compatible Shoulder Pads
- Storm or Combat Shields
- Studded Shoulder Pads
- Thousand Sons compatible Pre-Heresy Shoulder Pads

**Heads compatible with Space Marines®**

**28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models**

**Vehicle Replacement Part Kits that fit on Games Workshop Models**

**Bits/Conversion kits compatible with Eldar armies**

**Bits/Conversion kits compatible with Tyranids**

**Bits/Conversions for 28mm for imperial guard**

**Super Heavy Vehicle Kits**

List All Products

Product Search



View Full-Size Image

# Banded Shoulder Pads - Power Armor Compatible

**Price:** **$1.00**

Ask a question about this product

This is a shoulder pad that is about the same scale as a 28mm power armor shoulder pad. It consist of horizontal plates or "bands" of armor similiar to older MK 1 armor. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad. Sized to fit 28mm power armor figures.

Cast in pewter.

**Availability**

Usually ships in:

**2-3 Days**

★★★★

Quantity: 1   Add to Cart

**Customer Reviews:**

killercroc  (Tuesday, 26 April 2011)
Rating: ★★★★★

Good solid product, no problems with mold line or anything else. Fits Perfectly onto my Space Marine models. I liked the product so much I ordered more!

**Recently Viewed Products**

Banded Armor Pad - Terminator Capabitible (Category: Generic bits and Shoulder Pads for 28mm models)
Brazier - Dragon/Serpent - 2 Pieces (Category: Generic Vehicle Kits)
Tyrant Bonesword Arms (Category: Bits/Conversion kits compatible with Tyranids)
Brazier - Eagle - 2 Pieces (Category: Vehicle Replacement Part Kits that fit on Games Workshop Models)
Mark I Conversion Kit (Fits on Space Marine® Rhino) (Category: Generic Vehicle Kits)

# Exhibit

# 52.



Shopping Cart | Checkout

Search

### PRODUCTS

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- **Space Marine Compatible Bits**
  - Heads
  - Jump packs
  - Kits for Space Marine Vehicles
  - Shields
  - Shoulder Pads
  - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

## 5 Heresy Marine Jump Packs

Product Code: 5 Heresy Jump Packs
Reward Points: 0
Availability: 25

**Price: $10.00**

Qty: 1

Add to Cart

5 reviews | Write a review

Share

### Description | Reviews (5)

This is a set of FIVE (5) Resin Assault Jump Pack for 28mm models. It is sculpted to fit in with the the older Heresy Era.

Capatible with the Games Workshop Assault Space Marines® and suitable for any other 28mm scale miniatures as well.

Display model shown assembled with Games Workshop Space Marines® model for compatibility purposes.

Models supplied unpainted and unassembled.



This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept PayPal    About us    Contact    Forum    Gallery    Commisions    Careers    Newsletter    Shipping Policy    2011 ChapterHouse Studios®

# Exhibit

# 53.

Highly Confidential - Filed Under Seal

# Exhibit

# 54.

Highly Confidential - Filed Under Seal

# Exhibit

# 55.

Highly Confidential - Filed Under Seal

# Exhibit

# 56.

Highly Confidential - Filed Under Seal

# Exhibit

# 57.

Highly Confidential - Filed Under Seal

# Exhibit

# 58.

Highly Confidential - Filed Under Seal

# Exhibit

# 59

Highly Confidential - Filed Under Seal