# Exhibit

# 60.

# TERVIGON

The Tervigon is a massive creature, with a towering spined carapace that shields a swollen abdomen. The Tervigon relies on all three pairs of limbs for support. However, should the need arise, the giant beast can shift a greater proportion of its weight onto its rear legs, allowing it to scythe its claws back and forth in crushing arcs. Nor should the Tervigon be underestimated at range – its carapace conceals banks of cluster spines that can be fired at a considerable distance.

Yet no matter how fearsome its weaponry, the Tervigon's true threat lies within. Each Tervigon is a living incubator beneath whose lumpen carapace dozens upon dozens of Termagants slumber in a state of near-life. The Tervigon can spawn its dormant broods at will, jolting their razor minds into wakefulness. So it is that a foe engaging a Tervigon will find itself assailed by waves of skittering Termagants. The only way for a cool-headed enemy commander to end the horror is to have his troops concentrate all their firepower on the Tervigon – if the ponderous beast is slain, the resulting symbiotic backlash inevitably kills its young.

When a Hive Fleet travels through space, Tervigons do not slumber in a dormant state like other Tyranid creatures. Instead, they roam the ship's cavernous innards. Should a Tervigon detect intruders, it can spawn an army of frenzied Termagants to repulse the foe whilst using its potent synaptic link to awaken additional warriors.

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Tervigon | 3 | 3 | 5 | 6 | 6 | 1 | 3 | 10 | 3+ |

**Unit Type:** Monstrous Creature.

**Weapons and Biomorphs:** Bonded Exoskeleton, Stinger Salvo, Claws and Teeth.

**Special Rules:** Synapse Creature, Psyker, Shadow in the Warp.

**Spawn Termagants:** A Tervigon can spawn Termagants in the Tyranid Movement phase before it has moved – even if is locked in assault. If it does so, roll 3D6. Place a new unit of Termagants such that no model is more than 6" from the Tervigon – the size of the unit is equal to the total rolled. Models in this new unit cannot be placed in impassable terrain, or within 1" of enemy models. If you cannot place some of the models due to enemy proximity, impassable terrain or simply because you have run out of models, the excess is destroyed. The spawned unit may then move, shoot and assault normally. A unit spawned by a Tervigon is identical in every way to a Termagant unit chosen from the Troops section of the force organisation chart, and is treated as such for all scenario special rules. Models in a spawned unit have no biomorphs and always carry fleshborers.

If any double is rolled when determining the size of a spawned unit, the Tervigon has temporarily exhausted its supply of larvae – the unit is created as normal, but the Tervigon may not attempt to spawn further units for the rest of the game.

**Brood Progenitor:** All units of Termagants, spawned or otherwise, within 6" of a Tervigon can use the Tervigon's Leadership for any tests they are required to make. They also gain the benefits of the Tervigon's toxin sacs and adrenal glands (if it has any). In addition, all Termagant units within 6" of the Tervigon have the Counter-attack special rule.

Should a Tervigon be slain, every Termagant brood, spawned or otherwise, within 6" immediately suffers 3D6 Strength 3, AP - hits.

**Psychic Powers:** Dominion.



> "To think that Tyranids are mindless beasts is a grave mistake. When you fight Tyranids you face not only those before you on the battlefield, but the untold thousands which seek to surround you, which attack your supporting units and destroy your supply lines in perfect synchronicity. These aliens have shown evidence of both tactics and strategy that speaks of a far worse threat than that posed by a mere beast."
>
> – Marneus Calgar

GW0001422

# TYRANNOFEX

There can be little doubt that the massive Tyrannofex exists purely for destruction – it is a monster created for the most gruelling of battlegrounds. Clad in a dozen layers of ablative chitinous armour and supported by three pairs of massive legs, it is as unyielding as any war engine constructed of steel or born of more conventional technology.

The Tyrannofex has the armour and fortitude of a living battle fortress and its weaponry eclipses that of its foes' most powerful battle tanks in both quantity and devastative potential. Cluster spine launchers nestling between thick chitinous plates provide the Tyrannofex with a formidable anti-infantry weapon. Worse, its body houses several breeding chambers. Here, the Tyrannofex nurtures all manner of ferocious organisms that it can unleash onto any enemy foolish enough to come too close. The Tyrannofex's main weapon, however, is a massive cannon fused with its torso, the largest and most destructive of any Tyranid weapons to be carried by anything smaller than a bio-titan. The precise nature of this weapon is different from creature to creature. Each represents a particular pinnacle of Tyranid bio-weaponry and is as efficient as it is unearthly in its design.

Given its massive bulk, the Tyrannofex is a ponderous beast and is prone to being overwhelmed if engaged in a protracted melee, should the enemy wish to brave its formidable short-range weaponry. However, such an obvious weakness has not gone unnoticed by the Hive Mind. Should the Tyrannofex find itself under threat, it emits a stress pheromone. This attracts other Tyranid bioforms, ensuring that the Tyrannofex will not have to combat a foe in close quarters without the aid of creatures more suited to doing so. Once the upstart attackers have been stomped flat by the Tyrannofex, diced by a flurry of Hormagaunt claws or shredded by Termagants' fleshborer fire, the Tyrannofex can return to its primary goal – blasting the enemy asunder with its fearsome bio-weaponry.



**Acid Spray:** This weapon stores huge reservoirs of caustic digestive fluids used to break down organic matter at a horrifying rate. This acrid concoction is sprayed over the Tyranids' victims, melting through body-armour with shocking ease and reducing its victims to shapeless gobbets of liquefied flesh.

| Range | Strength | AP | Type |
|---|---|---|---|
| Template* | 6 | 4 | Assault 1 |

*To fire the acid spray place the template so that the narrow end is within 12" of the weapon and the large end is no closer to the weapon than the narrow end. The acid spray is then treated like any other template weapon.*

**Fleshborer Hive:** The fleshborer hive is a seething colony for the very same borer beetles found in a Termagant's fleshborer. The fanged creatures stored in the bloated sacs of the hive lay thousands of eggs that hatch and mature at an astonishing rate within the cavernous chambers of the brood nest. Indeed, the fleshborer hive must eject the beetles at regular intervals to prevent the Tyrannofex from bursting apart from the creatures birthed within it.

| Range | Strength | AP | Type |
|---|---|---|---|
| 12" | 4 | 5 | Assault 20 |

|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Tyrannofex | 3 | 3 | 6 | 6 | 6 | 1 | 3 | 8 | 2+ |

## Unit Type: Monstrous Creature.

## Weapons and Biomorphs: Armoured Shell, Stinger Salvo, Thorax Swarm (with electroshock grubs), Claws and Teeth.

**Rupture Cannon:** Each time the rupture cannon fires, two different cannonball-sized projectiles are launched in quick succession. The first is a bloated tick that bursts upon impact, showering the target in a thick oily substance. The second is a seedpod with a virtually impenetrable shell. As the seed smashes into the target, it is coated in the viscous remains of the tick. The seemingly inert fluids dissolve the toughened shell in a fraction of a second resulting in a massive implosion powerful enough to wrench armoured vehicles inside out.

| Range | Strength | AP | Type |
|---|---|---|---|
| 48" | 10 | 4 | Assault 2 |

**Special Rules: Instinctive Behaviour – Lurk, Fearless.**

GW0001423

# MYCETIC SPORES

The initial stage of a Tyranid assault often comprises several waves of Mycetic Spores. These ablative bio-constructed shells are launched by their thousands into the world's atmosphere by orbiting Hive Ships. The fleshy pods are specifically designed to endure the stresses of orbital insertion and protect their lethal payload from planetary impact. Mycetic Spores are often inaccurately reported as meteor showers by civilian observers, but experienced troops soon learn to spot the distinctive clutch of fiery streaks as the spores breach the upper atmosphere. Once through, the Mycetic Spore alters shape to slow its descent. They are sacrificial organisms, and perish soon after impact with the planet's surface, but each one houses a brood of assault beasts, most commonly Hormagaunts or Genestealers, who burst from the wreckage and begin the search for prey.

As the Tyranids push deeper into the galaxy, the Hive Mind is becoming more adept at its use of Mycetic Spores. Recent strains have a shield of ablative chitin over sensory nodes. This burns away during orbital insertion, allowing the Mycetic Spore to draw in on Lictor pheromone trails during the final stages of descent, enabling its cargo to be delivered with greater accuracy. Other iterations are composed of two layered bioforms. When the Mycetic Spore impacts a planet's surface, its sides peel apart to reveal a symbiotic organism that draws sustenance from the slain parent to fuel a powerful bio-weapon.

These augmentations allow the Mycetic Spores a crucial role in the main assault of a prey world. The Hive Mind is now able to reinforce key areas with astonishing swiftness, and shield crucial elements of its assault force from incoming fire until the very last moment. Few bulwarks, no matter how well prepared, can hope to withstand such an assault. Many a heavily defended bastion has been destroyed as Mycetic Spores impact on a planet's surface, smashed apart as a Carnifex emerges from its pod's fleshy remains to launch a point-blank assault.

|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Mycetic Spore | 2 | 2 | 6 | 4 | 3 | 1 | 3 | 5 | 4+ |

## Unit Type: Monstrous Creature.

## Weapons and Biomorphs: Hardened Carapace, Lash Whip.

**Ripper Tentacles:** Ripper tentacles are thick ropes of tendon and corded muscle that reach out from a Mycetic Spore in search of prey. Drawn to movement, ripper tentacles can smash apart several foes in a single swipe, coil around a single victim and crush it to a bloody pulp or clutch around its quarry and drag it into the spore's fanged maw.

| Range | Strength | AP | Type |
|---|---|---|---|
| 6" | 6 | - | Assault 6 |

## Special Rules: Deep Strike, Fearless.

**Limited Sentience:** Mycetic Spores have only a rudimentary intelligence and simply lash out at everything nearby.

A Mycetic Spore is not subject to Instinctive Behaviour. The Mycetic Spore automatically shoots the closest enemy unit in each Shooting phase unless it is engaged in close combat.

**Transport Spore:** A Mycetic Spore always enters play using the Deep Strike rules, even in missions that do not use these rules. If, when a Mycetic Spore Deep Strikes, it scatters on top of impassable terrain or another model (friend or foe!), reduce the scatter distance by the minimum required to avoid the obstacle.

A Mycetic Spore can carry a single unit of up to 20 infantry models or a single monstrous creature within its armoured shell. Once the Mycetic Spore has landed, all creatures within must immediately deploy – place the unit such that every model is within 2" of the Mycetic Spore. If any models cannot be deployed because of impassable terrain or enemy models within 1", those models are destroyed. A unit that Deep Strikes via a Mycetic Spore cannot move or assault in the same turn it arrives but may shoot (or run) as normal.

**Immobile Pod:** A Mycetic Spore cannot move for any reason once it has entered the battle. It may never go to ground, voluntarily or otherwise – and may not consolidate or make a sweeping advance following a close combat.



GW0001424

# Exhibit

# 61.

Customer Service 1-800-394-4263 | Welcome! | Sign In | Why Register?

GAMES WORKSHOP®

FREE SHIPPING ON ALL ORDERS OVER $30 OFFER DETAILS

0 Item(s) @ $0.00

Community & Events Virtual Gift Vouchers Store Finder White Dwarf Citadel Finecast Find a Gift List

Search

Categories
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Blood Angels
Chaos Daemons
Chaos Space Marines
Dark Eldar
Eldar
Grey Knights
Imperial Guard
Necrons
Orks
Space Marines
Space Wolves
Tau Empire
Tyranids
Getting Started
Army Essentials
HQ
Elites
Troops
Fast Attack
Heavy Support
Bitz
Novels
Tyranid Articles
Witch Hunters
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

# Tyranid Carnifex

Like | 67 ADD TO CART

## Tyranid Carnifex

Price: $49.50

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

The Carnifex is a living engine of destruction evolved for use in shock assaults, spaceship boarding actions and massed battles where it can smash through almost any obstacle, whether it is a defensive line or enemy tank. A Brood of between one and three Carnifexes can be fielded as a single Heavy Support choice.

This massive multi-part kit makes a fearsome Tyranid Carnifex and includes pieces to make a variety of devastating weapons and biomorphs including scything talons, crushing claws, heavy venom cannon as well as many others.

Availability: Usually ships within 24 hours.
Part Code: 99120106010

With this box set you can make the following:

**Carnifex Brood**

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Carnifex | 3 | 3 | 9 | 6 | 4 | 1 | 4 | 7 | 3+ |

Have you got?

$35.00
Tyranid Termagants and Hormagaunts

CITADEL FINECAST

$57.75 add to cart
Tyranid Hive Tyrant

Related Articles

- Warhammer 40,000: Spearhead Expansion
- Warhammer 40,000: Monstrous Creatures Tactica
- Spearhead: Spearheads in Action
- Spearhead: Getting Started
- Warhammer 40,000: Tactica Walkers
- Leviathan Gargoyle Datasheet: Your Tyranids
- Tyranid Warrior & Genestealer stage-by-stage: Tyranid conversions
- Tyranids: Psychic Powers Tactica; Converted Tyranids
- Advance Order: Winged Nazgûl & The Lord of The Rings miniatures: Converted Tyranids
- Tyranids: Tyranids in Cities of Death
- Getting Started with Tyranids
- Getting Started With Tyranids
- Tyranids Army Building

# Exhibit

# 62.



# Chapterhouse Studios
## Specializing in Custom Sculpts and Bits for Warhammer 40,000 and Fantasy













---



## Show cart...
Your cart is empty.

---

**Home** | **News** | **About us** | **Contact** | **Order Status and Shipping** | **Customer Comments** | **Gallery**

---

## ⚜ Our Store

**Infantry and Shoulder Pad Bits compatible with Space Marine® models**
**Heads compatible with Space Marines®**
**28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models**
**Vehicle Replacement Part Kits that fit on Games Workshop Models**
**Bits/Conversion kits compatible with Eldar armies**
**Bits/Conversion kits compatible with Tyranids**
**Bits/Conversions for 28mm for imperial guard**
**Super Heavy Vehicle Kits**

List All Products

---

Product Search

[                ] [ Search ]

Advanced Search

---

Username
[                ]
Password
[                ]
Remember me ☑
[ Login ]
Lost Password?
Forgot your username?
No account yet? Register

---

We accept Paypal



---

# Tervigon Kit to upgrade Carnifex

**Price:** **$25.00**

Ask a question about this product

This Chapterhouse Studios resin set contains 5 high c
components that fit with the current Games Workshop
Once assembled, it adds much girth and armor.  Please
does NOT include a Games Workshop Tyranid Carnifex
Games Workshop model.

Each kit contains 5 pieces:

Top Center Torso Spine piece (fits in between the two
of the carnifex)

Central Armor and Spine Bank (fits on top of the upper

Head mount piece

Lower abdomen containing birth sacs and embryonic te

Standard Size Oval base (matches Trygon base diamet

Please note while this kit is sculpted to fit an **u**
carnifex kit with no modification to either kit,  some
may be necessary to the minute variations that are pr
the Games Workshop and Chapterhouse models.

## Availability

**Usually ships in:**

## 2-3 Days
★★★★☆

Quantity: [1]  [▲][▼]   🛒**Add to Cart**

## Customer Reviews:

There are yet no reviews for this product.
Please log in to write a review.

---

## You may also be interested in this/these product(s)

**28mm Ymgarl model**
**Heads 6 heads**



**Warrior Bonesword**
**Arms**



**Xenomorph 28mm Head**
**bits**



**$5.85**

**Tyrant Bones**
**Arms**




View Full-Size Image


CHS00001921

# Exhibit

# 63







Old Conversion:



Logged

"The man who knows he needs to eat better but when he sits down for dinner all he wants is a cheesesteak with fries. Is that so wrong? Why is everything delicious so bad for you?"

---

☐ **Urdnot Seth**
Shepard.
*MODERATOR*

Posts: 6793
Karma: 36
Gender: ♂
Wrex.

Armies Played:
Flesh Tearers
High Elves
Hive Fleet Mjolnir

**Re: Tervigon Conversion Bitz Preview from Chapterhouse Studios**
« Reply #1 on: July 10, 2010, 08:16:13 PM »

It's gorgeous. Great work, Scythican. I look forward to seeing the finished product available for purchase. 😃

I'm sad I already ended up making my own conversions, but I really needed the models before a tournie coming up here... Had I not been on a timetable, I would have waited for these. Far more professional-looking than anything I've cooked up. 😊

Logged

✠ 🇩 **DroidsRule** 360
21 | Score: 6527370 | Wins: 690
| Kills: 14590 | Losses: 323
| Deaths: 6116 | Rounds played: 1013
| K/D Ratio: | W/L Ratio:

---

☐ **Scythican**
Shas'Vre
⭐⭐⭐⭐⭐

Posts: 1515
Karma: 13
Gender: ♂
We got a Pulse!

**Re: Tervigon Conversion Bitz Preview from Chapterhouse Studios**
« Reply #2 on: July 10, 2010, 11:12:07 PM »

Quote from: Chapter Master Seth on July 10, 2010, 08:16:13 PM
> It's gorgeous. Great work, Scythican. I look forward to seeing the finished product available for purchase. 😃
>
> I'm sad I already ended up making my own conversions, but I really needed the models before a tournie coming up here... Had I not been on a timetable, I would have waited for these. Far more professional-looking than anything I've cooked up. 😊

Thanks for the comments Seth. This was quite an undertaking. I put 20 times as much effort into this one. Well I hate that I took so long on it. I had to learn quite a bit along the way. If I knew what I know now, I could have had it finished months ago. Anyways I have a Tyrannofex in the works too, maybe you can get one of those.

Logged

"The man who knows he needs to eat better but when he sits down for dinner all he wants is a cheesesteak with fries. Is that so wrong? Why is everything delicious so bad for you?"

---

☐ **Narric**
Shas'El

**Re: Tervigon Conversion Bitz Preview from Chapterhouse Studios**



« **Reply #3 on:** July 10, 2010, 11:13:41 PM »

That Nid has Bewbs 😜

Cool conversion. I may not collect Nids, but I'm interested to see who you envision this model 😊

Logged

Posts: 2890
Karma: 9
Gender: ♂

Come on out little Space
Wolves

Armies Played:
*Warriors of Skybla...*

---

**Scythican**
Shas'Vre

**Re: Tervigon Conversion Bitz Preview from Chapterhouse Studios**
« **Reply #4 on:** July 10, 2010, 11:16:24 PM »

Quote from: Eldritch Tau on July 10, 2010, 11:13:41 PM

> That Nid has Bewbs 😜
>
> Cool conversion. I may not collect Nids, but I'm interested to see who you envision this model 😊

Have you seen the Tervigon Codex entry art? I tried my best to make these parts match up. The good thing is, they can be added to a carnifex kit. In fact, I believe these parts will keep with the GW 50% rule, since you need the two rib sections, extra plate armour, legs, tail, head, and arms from the carnifex kit.

Logged

Posts: 1515
Karma: 13
Gender: ♂

We got a Pulse!

"The man who knows he needs to eat better but when he sits down for dinner all he wants is a cheesesteak with fries. Is that so wrong? Why is everything delicious so bad for you?"

# Exhibit

# 64.

Highly Confidential – Filed Under Seal

# Exhibit

# 65





## Thread: Chapterhouse Studios

| | | | |
|---|---|---|---|
| View First Unread | Thread Tools | Search Thread | Display |

25-08-2010, 02:07

**nvillacci**
Veteran Sergeant

CHAPTERHOUSE

Join Date:   Mar 2006
Posts:        102

Feedback Score:  2 (100%)

### Chapterhouse Studios

Hello Gamers,

We have been busy here at Chapterhouse Studios. I know many of you have been chomping at the bit for an affordable yet legally usable in GW tournaments Tervigon proxy kit. I have the molds being made right now for a conversion kit that will utilize your Carnifex kits.

It is a nice design that builds upon the Carnifex kit, yet fits true to what most tyranid players envision the Tervigon to be like on the table.

So here are the shots I took of an assembled kit before the masters went into resin molding. I am hoping to keep the kit in the $20-30 price range. It is 5 pieces that include an oval base.



Exhibit

53

ESQUIRE

Chapterhouse Studios



#1



**sgtspiff**

Chaplain

Join Date: Nov 2007
Location: Norrköping, Sweden
Posts: 193

Feedback Score: 0

**Re: Chapterhouse Studios New Releases - Tervigon Kit, 1K Heresy Sons, Mantis Warriors**

Strangely I saw your little shop for the first time today.
Really nice stuff.
I'm interested in the farseer jetbike (which means warlock jetbikes later on) and as I sit at my desk in Sweden I wonder if you have experience sending your goods here? And if so do you have a farseer in stock?

Reply | Reply With Quote

---

25-08-2010, 15:39                                                                    #8



**nvillacci**

Veteran Sergeant

Join Date: Mar 2006
Posts: 102

Feedback Score: 2 (100%)

**Re: Chapterhouse Studios New Releases - Tervigon Kit, 1K Heresy Sons, Mantis Warriors**

> **Originally Posted by Erwos**
> *I'm shocked that GW hasn't shut him down if that's the case... seems like a pretty clear case of trademark infringement. That's not to cast aspersions on the quality of his work, of course.*

Do some basic US IP Law research (definition of research is not reading GWs IP page) and you will see there is room for conversion kits.

Wintermute and I have had a 1 year long discussion about the legalities of my business, and after seeing our products first hand as well as legal documents he feels safe letting us advertise and talk about our products here.

A star, a scarab, a mantis head, Arrow, skulls are not owned by any company out there.

Our Tervigon conversion kit has the parts necessary to turn your GW Carnifex kit into something that resembles one of their pictures. Alone our kit is just some body parts. Even the word Tervigon is not trademarked for model kits.

(I have had this discussion many times, yes GW knows about my company, we have been around for almost 2 years now.)

Nick
www.Chapterhousestudios.com

---

Owner - **Chapterhousestudios.com** nick@chapterhousestudios.com

Reply | Reply With Quote

---

25-08-2010, 15:40



**nvillacci**

Veteran Sergeant

Join Date: Mar 2006
Posts: 102

Feedback Score: 2 (100%)

**Re: Chapterhouse Studios New Releases - Tervigon Kit, 1K Heresy Sons, Mantis Warriors**                                                                    #9

> **Originally Posted by sgtspiff**
> *Strangely I saw your little shop for the first time today.*
> *Really nice stuff.*
> *I'm interested in the farseer jetbike (which means warlock jetbikes later on) and as I sit at my desk in Sweden I wonder if you have experience sending your goods here? And if so do you have a farseer in stock?*

One of my sculptors is in Sweden, I just send him some products and they arrived a week later.

We ship worldwide and most international shipments cost $6.00 or $8.50 to ship.

Oh, we do have that product on hand, if we are short of stock it will be noted on that particular products page.



Owner - **Chapterhousestudios.com** nick@chapterhousestudios.com

Reply      Reply With Quote

---

08-02-2011, 10:43                                                        #54

**sgtspiff**
Chaplain
Join Date:    Nov 2007
Location:     Norrköping, Sweden
Posts:        193
Feedback Score:  0

**Re: Chapterhouse Studios**

Hi Nick is it wise to buy from you now or should I wait until the legal stuff is sorted??

Reply      Reply With Quote

---

08-02-2011, 15:17                                                        #55

**nvillacci**
Veteran Sergeant

CHAPTERHOUSE

Join Date:    Mar 2006
Posts:        102
Feedback Score:  2 (100%)

**Re: Chapterhouse Studios**

This is my thoughts on the matter.

The simple fact that these claims can last months and even years before anything occurs means nothing is going to happen anytime soon. There is no court order for us to stop production on anything at the moment.

In a nutshell - everything is the way it was before the legal issue.

Hope that answers it for you 😊

Owner - **Chapterhousestudios.com** nick@chapterhousestudios.com

Reply      Reply With Quote

---

08-02-2011, 23:06                                                        #56

**sgtspiff**
Chaplain
Join Date:    Nov 2007
Location:     Norrköping, Sweden
Posts:        193
Feedback Score:  0

**Re: Chapterhouse Studios**

Yes it does. I'll place an order in a few days probably.

Reply      Reply With Quote

---

18-02-2011, 05:56                                                        #57

**nvillacci**
Veteran Sergeant

CHAPTERHOUSE

Join Date:    Mar 2006
Posts:        102
Feedback Score:  2 (100%)

**New Release - Spartan Heads compatible with Space Marines**

Being involved in a major court case seemed to sideline our new releases recently. I won't go into detail, but much of the stress has definitely been lessened lately.

We had numerous projects in the works, and we have quite a few kits done and waiting for release. I have made a rule to not show products until I have painted pictures of them. This is the first one for the year (one of many).

The "Spartan Heads compatible with Space Marines" consist of a sprue of 5 pewter heads. Each head is different and this set sells for $5.50.

❌

I have a few more products I will be showing next week as soon as the paint jobs are done. Some parts compatible with Space Marine troop and vehicle models, Imperial Guard weapons and conversion kits as well a stand alone proxy for an Eldar unit.

I also wanted to throw a job opening out there, I am looking for a



professional level commission painter that can work with a deadline and has great references. For some reason it has been near impossible for me to find a painter that is highly skilled as well as dependable and responsible. Having unpainted products is one of my biggest delays to releasing new bits and models. Please email nick@chapterhousestudios.com if interested in the position, preference for U.S.A. applicants.

📎 Attached Thumbnails

Owner - **Chapterhousestudios.com** nick@chapterhousestudios.com

Reply   |   Reply With Quote

---

20-03-2011, 11:40                                                                                    #58

**AvatarForm**
Banned
Join Date:    Oct 2010
Location:     Australia
Posts:        620

Feedback Score:  5 (100%)

**Re: Chapterhouse Studios**

PM sent to CHS.

Reply   |   Reply With Quote

---

20-03-2011, 15:12                                                                                    #59

**nvillacci**
Veteran Sergeant

CHAPTERHOUSE

Join Date:    Mar 2006
Posts:        102

Feedback Score:  2 (100%)

**Re: Chapterhouse Studios**

No PM in our mail box

Owner - **Chapterhousestudios.com** nick@chapterhousestudios.com

Reply   |   Reply With Quote

---

03-05-2011, 00:42                                                                                    #60

**nvillacci**
Veteran Sergeant

CHAPTERHOUSE

Join Date:    Mar 2006
Posts:        102

Feedback Score:  2 (100%)

**Re: Chapterhouse Studios**

Just added a new model to the website. This model is special for us in a few ways. Its our first full metal miniature, not just an accessory piece. We also have recently hired Angel Giraldez as a painter for many of our pieces.

If you have ever wanted a female mage model for your Elfish or Space Elf collections, this may be your lucky day

This piece will be sold for $13.50, it is 28mm scale and comes with a 25mm base. Each model will come with a sword arm, spear arm, spell casting arm and pointing arm.

The product can be found here.

Next month I hope to have another piece that "Space Elf" players can integrate into their armies.



10-10-2011, 11:18

**trigger**
Commander

Join Date:    Mar 2007
Location:     bracknell
Posts:        861

Feedback Score:  13 (100%)

> **❝❝ Originally Posted by nvillacci ▣**
>
> *I tend to try to stay away from anything that would have to be made by using GWs original ideas and Icons, I think Space Wolfs are safe but I cant just throw GWs version of wolf icons on pads and who would want something different?*

Me and most wolf players I think
Any thing with runes and such , got the first one of your rhino kits , and scibors stuff.

I think you would sell a bucket load of BA type stuff a no one does it. I do see the problem in making it different but to fit though.
Perhaps a rhino or LR kit with a angel on it. The one you do is to DA.

Lastchancers.co.uk

> **❝❝ Originally Posted by Son_Of_A_Horus ▣**
>
> *Ah yes, but you see, we call it stupid, but when ur as hard as a viagra overdose, u tend to think ur invincible...throw in some gribbly warp support and u got urself a regular jocks vs geeks battle of tiddly winks*

Reply  |  Reply With Quote



16-10-2011, 09:07                                                                #99

**bildo**
Librarian

Join Date:    Jun 2011
Location:     grimsby, uk
Posts:        329

Feedback Score:  1 (100%)

**Re: Chapterhouse Studios**

runic pads could be safe.

scibor do a ba rhino set. and as for the rest of the ba stuff, gw produce loads of ba stuff now.

Reply  |  Reply With Quote



17-10-2011, 20:28                                                               #100

**nvillacci**
Veteran Sergeant

CHAPTERHOUSE

Join Date:    Mar 2006
Posts:        102

Feedback Score:  2 (100%)

**Javelin Class Imperial Jet Bike**

Fellow Gamers,

It has been a little while since our last release. We have been hard at work at Chapterhouse Studios, looking for the next toy to release for the Heresy Era 40k players. I am happy to show the Javelin Class Jet Bike.

[x]

This multi-part customizable resin kit contains 8 resin components. We have included 2 engine options, this will allow you to make a regular and a scout version of the Javelin Jet Bike. We also included 2 different bolt gun mounts that will allow the addition of different special weapons (plasma, melta, grenade launchers etc). These conveniently fit our combi-weapon conversion bits.

Also included in the kit are a set of legs and arms that will allow you to use other companies torsos and heads to model a rider. Flight stand will be included.

Our target price for the Javelin Jet Bike is $14.00 and the release will be on November 5th.

Kit is shown with Chapterhouse Studios helmets and torso (not included).



I am also excited to announce designs are already complete for an "attack bike" add-on module.

Sincerely,
Nick - Chapterhouse Studios LLC

Owner - **Chapterhousestudios.com** nick@chapterhousestudios.com

+ Reply to Thread

Page 5 of 7 « First « ... 3 Reply With Quote Last »

Quick Navigation    **Services and Stores**    **Top**

Forum    The WarSeer Trading Forum    Trading Forum    Services and Stores    **Chapterhouse Studios**
Quick Reply

Post Quick Reply    Go Advanced    Cancel

« Previous Thread | Next Thread »

**Thread Information**

There are currently 1 users browsing this thread. (1 members and 0 guests)
bikerbabe

**Posting Permissions**

You may not post new threads    **BB code** is On
You may post replies            **Smilies** are On
You may post attachments        **[IMG]** code is On
You may edit your posts         **[VIDEO]** code is On
                                HTML code is Off

                                **Forum Rules**

-- Warseer Blue                                          Contact Us  WarSeer  Archive  Top

All times are GMT. The time now is 18:38.

Powered by vBulletin® Version 4.1.10
Copyright © 2012 vBulletin Solutions, Inc. All rights reserved.

© Copyright 2005-2012 WarSeer. All rights reserved. Unauthorised reproduction strictly prohibited.