# Exhibit

# 66.

Highly Confidential – Filed Under Seal

# Exhibit

# 67.

| Home | News | About us | Contact | Order Status and Shipping | Customer Comments | Gallery |
|------|------|----------|---------|---------------------------|-------------------|---------|

## ☙ Our Store

**Infantry and Shoulder Pad Bits compatible with Space Marine® models**
**Heads compatible with Space Marines®**
**28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models**
**Vehicle Replacement Part Kits that fit on Games Workshop Models**
**Bits/Conversion kits compatible with Eldar armies**
**Bits/Conversion kits compatible with Tyranids**
**Bits/Conversions for 28mm for imperial guard**
**Super Heavy Vehicle Kits**

List All Products

---

Product Search

[ ] [Search]

Advanced Search

---

Username

[ ]

Password

[ ]

Remember me ☑
[Login]

Lost Password?

Forgot your username?

No account yet? Register

We accept Paypal!



## New Releases for November

Monday, 01 November 2010 16:42

We have been busy here at the shop.

We have our first cast in of our Mycetic Alien Spore Pod, available here, as you can see it could realistically transport a carnifex ora  brood of gaunts.  This is a 4 piece model and will be selling for $30.00.  We will have another set that will come with a base for $34.50 in the near future.



We also have our regular list of new shoulder pads for your favorite underappreciated Space Marine Chapters.

First up are the pre-heresy Thousand Sons shoulder pads, these are especially nice showing our first attempt at pre-heresy Terminator pads (click on the pictures for the product links).  All pads are $1.00 each, but the Terminator pads will be selling in sets fo 2 for $2.00.



# Exhibit

# 68

# ▓FOLEY

FOLEY & LARDNER LLP

ATTORNEYS AT LAW

90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
foley.com

WRITER'S DIRECT LINE
212.338.3572
jmoskin@foley.com EMAIL

CLIENT/MATTER NUMBER
099251-0101

May 29, 2012

VIA E-MAIL

Jennifer A. Golinveaux, Esq.
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

Re:    Games Workshop Limited v. Chapterhouse Studios LLC

Dear Jennifer:

This is further to your letter of May 16 and my repeated emails and letters on the subject of Chapterhouse's almost complete failure to produce any documents from independent designers in response to the Court's March 6 order, as well as its refusal to produce its communications with those designers that might explain why only a handful of documents were produced. When the Court ordered Chapterhouse to assemble the materials from the designers, it was in part because Mr Villacci himself had testified that Chapterhouse's contracts with all of the designers gave him control over those documents – indeed, that that was the very purpose of the agreements. Yet his March 7 email that Winston & Strawn drafted nowhere even mentioned, much less sought to enforce, this contractual right. To the contrary, the March 7 email simply noted meekly that the court asked Mr. Villacci to make "an effort" to collect documents. Moreover, the thumbnail summaries you have provided in which most of the designers said they retained no documents is belied by the fact that most of the designers have posted documents to the web. We thus continue to believe Chapterhouse has a duty, minimally, to produce all of the correspondence with the designers so we can better understand its all-but complete failure to obtain any documents. You have never yet offered any rationale or justification for refusing to make production. To the contrary, when we discussed the matter on May 14, you simply refused to provide any further information.

Moreover, further to my May 16 email regarding Chapterhouse's systematic failure to produce any of the advertising or promotional materials for its infringing products (notwithstanding the Court's December 23 Order that it respond in full to Document Request 16[1]), Chapterhouse's own response to Interrogatory 10 and deposition testimony make clear where it conducts advertising and promotion, yet in discovery it produced not a single pages of such materials. Rather, it simply identified a meaningless banner from its own website.

---

[1] Request 16 sought "Any and all documents or things in Chapterhouse's possession, custody or control, showing any advertising or promotion of any or all of the Accused Works"

BOSTON          JACKSONVILLE     MILWAUKEE       SAN DIEGO            SILICON VALLEY
BRUSSELS        LOS ANGELES      NEW YORK        SAN DIEGO/DEL MAR    TALLAHASSEE
CHICAGO         MADISON          ORLANDO         SAN FRANCISCO        TAMPA
DETROIT         MIAMI            SACRAMENTO      SHANGHAI             TOKYO
                                                                      WASHINGTON, D.C.

# ■FOLEY

FOLEY & LARDNER LLP

Jennifer A. Golinveaux, Esq.
May 29, 2012
Page 2

We look forward to your prompt response to this letter.

Very truly yours,

Jonathan E. Moskin

JEM:se

cc.:    Thomas Kearney, Esq.
        Jason Keener, Esq.

# Exhibit

# 69.

Highly Confidential - Filed Under Seal

# Exhibit

# 70.

Highly Confidential – Filed Under Seal

# Exhibit

# 71.



Customer Service | 1-800-394-4263 | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $50   OFFER DETAILS

0 item(s) @ $0.00

Community & Events    Virtual Gift Vouchers    Store Finder    White Dwarf    Find a Gift List    Warhammer 40,000 Guide

Product Search

**Categories**

Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Books
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

Warhammer 40,000 / Fast Attack / Space Marine Bike

# Space Marine Bike

Tweet     Like 27    ADD TO CART



 

### Space Marine Bike

When part of a larger battleforce the bikes' speed and power gives the Space Marine Commander a fast, hard-hitting punch to his attack.

This box set contains one multi-part plastic Space Marine Bike. Model supplied with a 25mm x 50mm base.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99120101002

**Price: $15.00**

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

## Have you got?



$27.25    add to cart

**Space Marine Attack Bike**



$29.75    add to cart

**Space Marine Chaplain on Bike**

### Related Articles

○ Exclusive Battle Mission: Space Wolves

With this box set you can make the following:

### Bike Squadron

|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Biker | 4 | 4 | 4 | 4(5) | 1 | 4 | 1 | 8 | 3+ |
| Attack Bike | 4 | 4 | 4 | 4(5) | 2 | 4 | 2 | 8 | 3+ |

**Unit Composition:** Sergeant and 2 to 4 Space Marine Bikers.

**Unit Type:** Bikes.

**War Gear:** Each bike is armed with twin-linked bolters. All bikers are equipped with frag grenades.

### Space Marine Bike Squad

|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Biker Sergeant | 4 | 4 | 4 | 4(5) | 1 | 4 | 2 | 9 | 3+ |
| Space Marine Biker | 4 | 4 | 4 | 4(5) | 1 | 4 | 1 | 8 | 3+ |
| Attack Bike | 4 | 4 | 4 | 4(5) | 2 | 4 | 2 | 8 | 3+ |

**Unit Composition:** 1 Biker Sergeant; 2-7 Space Marine Bikers; 0-1 Attack Bike

**Unit Type:** Bike

**War Gear:** Power armour; Bolt pistol; Frag and krak grenades; Space Marine bike

Carry Our Products     Real Estate     Privacy Policy     Legal     About Us     Black Library     Forge World     Investor Relations     Careers     Site Map     Contact Us

Country Select

Copyright     © Games Workshop Limited 2000-2012     © New Line Productions Inc     © The Saul Zaentz Company d/b/a Middle-earth Enterprises     All rights reserved to their respective owners.

# Exhibit

# 72.

Javelin Class Imperial Jet Bike Delayed 2 weeks - November 19th

# Chapterhouse Studios
Specializing in Custom Sculpts and Bits for Warhammer 40,000 and Fantasy



**Home NewsAbout usContactOrder Status and Status and**
Our Store

Decorative Resin Bases

**Snipping CustomerCommentsGallery**

**Infantry and Shoulder Pad Bits**

**compatible with Space Marine®**

**models**

**Heads compatible with Space**

**Marine® models**

**28mm Weapons, Jump Packs and**

**Shields compatible with Games**

**Workshop Models**

**Vehicle Replacement Part Kits that**

**fit on Games Workshop Models**

**Bits/Conversion kits compatible with**

**Eldar models**

**Bits/Conversion kits compatible with**

**Tyranid Models**

**Bits/Conversion kits compatible with**

## Javelin Class Imperial Jet Bike Delayed 2 weeks – November 19th

Monday, 17 October 2011 19:27



Exhibit
47
ESQUIRE

## Imperial Guard Models
### Super Heavy Vehicle Kits

List All Products

Product Search

Advanced Search

[ Search ]

Username

Password

Remember me ☑

[ Login ]

Lost Password?

Forgot your username? Register

No account yet? Register

We accept Paypal!

**PayPal**

Fellow Gamers,

It has been a little while since our last release. We have been hard at work at Chapterhouse Studios, looking for the next toy to release for the Heresy Era 40k players.

I am happy to show the Javelin Class Jet Bike.



CHAPTERHOUSE
STUDIOS

Javelin Class Imperial Jet Bike

This multi-part customizable resin kit contains 8 resin components. We have included 2 engine options, this will allow you to make a regular and a scout version of the Javelin Jet Bike. We also included 2 different bolt gun mounts that will allow the addition of different special weapons (plasma, melta, grenade launchers etc). These conveniently fit our combi-weapon conversion bits.

Also included in the kit are a set of legs and arms that will allow you to use other companies torsos and heads to model a rider. Flight stand will be included.

Our target price for the Javelin Jet Bike is $14.00 and the release will be on November 5th.

Kit is shown with Chapterhouse Studios helmets and torso (not included).



Javelin Class Imperial Jet Bike Delayed 2 weeks - November 19th

http://www.chapterhousestudios.com/webshop/news/44-upcoming-javelin-class-imperial-jet-bike (4 of 9) [11/21/2011 8:35:31 AM]



CHAPTERHOUSE
STUDIOS

Javelin Class Imperial Jet Bike

http://www.chapterhousestudios.com/webshop/news/44-upcoming-javelin-class-imperial-jet-bike (5 of 9) [11/21/2011 8:35:31 AM]



CHAPTERHOUSE
STUDIOS

**Javelin Class Imperial Jet Bike**

http://www.chapterhousestudios.com/webshop/news/44-upcoming-javelin-class-imperial-jet-bike (6 of 9) [11/21/2011 8:35:31 AM]

Javelin Class Imperial Jet Bike Delayed 2 weeks - November 19th



Javelin Class Imperial Jet Bike

CHAPTERHOUSE
STUDIOS

http://www.chapterhousestudios.com/webshop/news/44-upcoming-javelin-class-imperial-jet-bike (7 of 9) [11/21/2011 8:35:31 AM]

Javelin Class Imperial Jet Bike Delayed 2 weeks - November 19th



CHAPTERHOUSE
STUDIOS

Javelin Class Imperial Jet Bike

I am also excited to announce designs are already complete for an "attack bike" add-on module.

**Due to current legal situations we have to delay the release of the Jetbike till November 19th. I apologize to all of our fans and hope this does not cause any serious disruptions for you.**

Sincerely,

Nick - Chapterhouse Studios LLC

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.

Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device,

http://www.chapterhousestudios.com/webshop/news/44-upcoming-javelin-class-imperial-jet-bike (9 of 9) [11/21/2011 8:35:31 AM]

Javelin Class Imperial Jet Bike Delayed 2 weeks - November 19th

their status intended. All Rights Reserved to their respective owners.

variably registered in the UK and other countries around the world. Used without permission. No challenge to

the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010,

units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and

White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations,

Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the

of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer

Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio

skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine,

the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork

Webdesign and hosting by Mahonlap.com

SSL certificates

# Exhibit

# 73.

Highly Confidential – Filed Under Seal

# Exhibit

# 74.

Highly Confidential – Filed Under Seal

# Exhibit

# 75.

Highly Confidential – Filed Under Seal