# Exhibit

# 77.



Customer Service  1-800-394-4263  Welcome!  Sign In  Why Register?

FREE SHIPPING ON ALL ORDERS OVER $50 — OFFER DETAILS

0 item(s) @ $0.00

Community & Events | Virtual Gift Vouchers | Store Finder | White Dwarf | Find a Gift List | Warhammer 40,000 Guide

Product Search

### Categories
- Getting Started
- Warhammer 40,000 Advance Orders
- Warhammer 40,000 New Releases
- Warhammer 40,000: Assault on Black Reach
- Warhammer 40,000 Essentials
- Warhammer 40,000 Armies
- Warhammer 40,000 Expansions
- Warhammer 40,000 Citadel Finecast
- Warhammer 40,000 Scenery
- Warhammer 40,000 Bitz
- Warhammer 40,000 Collectors
- Warhammer 40,000 Books
- Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

Warhammer 40,000 > Shoulder Pads > Tactical Squad Shoulder Pads 2

# Tactical Squad Shoulder Pads 2

 Tweet   Like 4   ADD TO CART



**Tactical Squad Shoulder Pads 2**

This pack contains 10 Tactical Squad Shoulder Pads 2.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101374

**Price: $8.25**

Quantity: 1

ADD TO CART
ADD TO GIFT LIST
Bookmark & Share

### Have you got?



$37.25   add to cart
**Space Marine Tactical Squad**



$25.00   add to cart
**Space Marine Combat Squad**

$6.60   add to cart
**Super Glue - Thick**

Carry Our Products | Real Estate | Privacy Policy | Legal | About Us | Black Library | Forge World | Investor Relations | Careers | Site Map | Contact Us

Country Select

Copyright  © Games Workshop Limited 2000-2012  © New Line Productions Inc  © The Saul Zaentz Company d/b/a Middle-earth Enterprises  All rights reserved to their respective owners.

# Exhibit

# 78

```
000001
    01              IN THE UNITED STATES DISTRICT COURT

    02            FOR THE NORTHERN DISTRICT OF ILLINOIS

    03                       EASTERN DIVISION

    04       - - - - - - - - - - - - - - - - - - - - -

    05   GAMES WORKSHOP LIMITED,

    06              Plaintiff,

    07                          Civil Action No. 1:10-cv-8103

    08          v.

    09   CHAPTERHOUSE STUDIOS LLC and JON

    10   PAULSON d/b/a PAULSON GAMES

    11              Defendants.

    12       - - - - - - - - - - - - - - - - - - - - - -

    13

    14                              Tuesday, 3 April, 2012

    15                                             8:30 am

    16

    17    Videotaped Deposition of Alan Merrett, Volume 2,

    18   taken at the offices of Eversheds, 1 Royal Standard

    19     Place, Nottingham, UK, before Ailsa Williams,

    20              Accredited Court Reporter

    21

    22

    23

    24

    25
```

```
000002
   01
   02              A P P E A R A N C E S:
   03   Attorneys for Plaintiff:
   04          FOLEY & LARDENER LLP
   05          90 Park Avenue
   06          New York, NY 10016-1314
   07          BY:  JONATHAN E. MOSKIN
   08              (212) 682-7474
   09              jmoskin@foley.com
   10
   11   Attorneys for Defendants:
   12          WINSTON & STRAWN LLP
   13          101 California Street
   14          San Francisco CA 94111-5894
   15          BY: K. JOON OH
   16              (415) 591-1564
   17              koh@winston.com.
   18      Also Present:
   19          GILLIAN STEVENSON: (Games Workshop)
   20          COURT REPORTER:
   21          AILSA WILLIAMS
   22          VIDEOGRAPHER: LINDA FLEET
   23
   24
   25
```

000046

01  "53" on it.  It contains one item.
02         (Exhibit 107 marked for identification).
03         For the record, I will represent this is the
04  Chapterhouse product referenced in entry 55 on Exhibit
05  22.
06      A   Yes.
07      Q   For the product, the Chapterhouse
08  product you are examining right now, does it have a
09  Chapter symbol on it?
10      A   No, this is a perfectly smooth Space
11  Marine shareholder pad design.
12      Q   Does it have squad markings on it?
13      A   No, it doesn't have squad markings on
14  it.  It is a perfectly smooth Space Marine shoulder
15  pad design.
16      Q   Does it have a large border around the
17  outer edge?
18      A   It has no large border around the edge
19  but it has a dreadful split line, which you could
20  almost imagine was a border but it is actually a piece
21  of poor casting.
22      Q   Please turn your attention to entry
23  number 98.
24      A   Can I just point out that the smooth
25  shoulder pad has two other interesting bits of detail

000047

```
01  on it.  On the back side of the shoulder pad, the
02  inner surface, it has a lower edge, it has a small
03  rectangular indentation, which is actually an almost
04  specific copy of a Games Workshop component.  It is a
05  piece of detail that serves no useful function in
06  terms of assembling the miniatures.  It is an artistic
07  construct.  This was remarkably -- that this simple
08  little shape, simple little characterful shape of a
09  Space Marine should have such a mark on it, because it
10  serves no assembly purpose, so it is a piece of
11  artistic -- and on the flat surface of the shoulder
12  pad, the inner surface, it has little square
13  indentations indicating that the thing is potentially
14  of a complex -- again, serving no useful functional
15  purpose, but almost literally copied from the simple,
16  plain Space Marine shareholder pad that Games Workshop
17  produces.
18          Q   Move to strike as non-responsive,
19  comment starting with "Can I just".  There was no
20  question pending.
21          Please turn your attention to entry 98 on
22  Exhibit 22.  Under the Games Workshop column there is
23  one work that is identified:  "The Horus Heresy -
24  Collected Visions 2007, page 48".  Do you see that?
25          A   I see that.
```

# Exhibit

# 79.



| Home | News | About us | Contact | Order Status and Shipping | Customer Comments | Gallery |

## Our Store

**Infantry and Shoulder Pad Bits compatible with Space Marine® models**
- Black Templars compatible Shoulder Pads
- *Blank shoulder pads*
- Blood Raven compatible Shoulder Pads
- Celestial Lions compatible Shoulder Pads
- Dark Angel, Death Watch or Inquisition compatible Shoulder Pads
- Exorcist compatible Shoulder Pads
- Fleshtearers compatible Shoulder Pads
- Generic bits and Shoulder Pads for 28mm models
- Heresy Era Player Components
- Howling Griffons compatible Shoulder Pads
- Imperial Fist compatible Shoulder Pads
- Iron Hands compatible Shoulder Pads
- Iron Snakes compatible Shoulder Pads
- Legion of the Damned compatible Shoulder Pads
- Luna Wolves or Star Fox compatible Shoulder Pads
- Mantis Warriors compatible Shoulder Pads
- Numbered and Squad Symbols
- Salamanders or Dragons compatible Shoulder Pads
- Soul Drinkers compatible Shoulder Pads
- Space Wolf compatible Shoulder Pads
- Storm or Combat Shields
- Studded Shoulder Pads
- Thousand Sons compatible Pre-Heresy Shoulder Pads

**Heads compatible with Space Marines®**

**28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models**

**Vehicle Replacement Part Kits that fit on Games Workshop Models**

**Bits/Conversion kits compatible with Eldar armies**

**Bits/Conversion kits compatible with Tyranids**

**Bits/Conversions for 28mm for imperial guard**

**Super Heavy Vehicle Kits**

List All Products

Product Search

## Blank shoulder pads

These pads created by Chapterhouse Studios are great for those who want to sculpt thier own Icon or even paint.

Order by: Product Name

**Assault Shoulder Pad with number 7** — $1.00
Average customer rating: Total votes: 0
Product Details...
Quantity: 1  Add to Cart

**Assault Shoulder Pad with number 8** — $1.00
Average customer rating: Total votes: 0
Product Details...
Quantity: 1  Add to Cart

**Assault Squad Shoulder Pad - Plain** — $1.00
Average customer rating: Total votes: 0
Product Details...
Quantity: 1  Add to Cart

**Crested Marine Shoulder Pad** — $1.00
Average customer rating: ★★★★☆ Total votes: 1
Product Details...
Quantity: 1  Add to Cart

**Devestator Shoulder Pad** — $1.00
Average customer rating: Total votes: 0
Product Details...
Quantity: 1  Add to Cart

**First Squad or 1 Shoulder** — $1.00
Average customer rating:

CHS00000177

**Username**

**Password**

Remember me ☑

[Login]

Lost Password?

Forgot your username?

No account yet? Register

We accept Paypal!

[PayPal]

---

Pads - Tactical

★★★★★ Total votes: 0

Product Details...

Quantity: 1   Add to Cart

| Generic Power Armor Shoulder Pad 28mm | $0.65 | | Average customer rating: ★★★★★ Total votes: 0 |

Product Details...

Quantity: 1   Add to Cart

| IX Devestator Marine Shoulder Pad 28mm | $1.00 | | Average customer rating: ★★★★★ Total votes: 0 |

Product Details...

Quantity: 1   Add to Cart

| Smooth Shoulder Pad for 28mm tactical marine | $0.80 | | Average customer rating: ★★★★★ Total votes: 1 |

Product Details...

Quantity: 1   Add to Cart

| Studded Power Armor Pad for MK 5 | $1.00 | | Average customer rating: ★★★★★ Total votes: 0 |

Product Details...

Quantity: 1   Add to Cart

| Tactical Shoulder Pad 28mm Marines | $1.00 | | Average customer rating: ★★★★★ Total votes: 0 |

Product Details...

Quantity: 1   Add to Cart

| Tactical Shoulder Pad for 28mm marine with Number 2 | $1.00 | | Average customer rating: ★★★★★ Total votes: 0 |

Product Details...

| | | | |
|---|---|---|---|
| Tactical Shoulder Pad for 28mm marine with Number 3 | $1.00 | | Average customer rating: ★★★★★ Total votes: 0 |

Product Details...

Quantity: 1  Add to Cart

| | | | |
|---|---|---|---|
| Tactical Shoulder Pad for 28mm marine with Number 4 | $1.00 | | Average customer rating: ★★★★★ Total votes: 0 |

Product Details...

Quantity: 1  Add to Cart

| | | | |
|---|---|---|---|
| Tactical Shoulder Pad for 28mm marine with number 5 | $1.00 | | Average customer rating: ★★★★★ Total votes: 0 |

Product Details...

Quantity: 1  Add to Cart

| | | | |
|---|---|---|---|
| Tactical Shoulder Pad for 28mm marine with number 6 | $1.00 | | Average customer rating: ★★★★★ Total votes: 0 |

Product Details...

Quantity: 1  Add to Cart

| | | | |
|---|---|---|---|
| Tactical Shoulder Pad for 28mm marine with Number 1 | $1.00 | | Average customer rating: ★★★★★ Total votes: 0 |

Product Details...

Quantity: 1  Add to Cart

| | | | |
|---|---|---|---|
| X Devestator Shoulder Pad for 28mm marine Players | $1.00 | | Average customer rating: ★★★★★ Total votes: 0 |

Product Details...

Quantity: 1  Add to Cart

«« Start « Prev 1 Next » End »»

Display # 20

Display # 20
Results 1 - 18 of 18

**Recently Viewed Products**

Dragon Door Kit (fits on Space Marine® Rhino) (Category: Dragon or Salamander Vehicle Kits)
Mycetic Spore (Category: Bits/Conversion kits compatible with Tyranids)

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.

Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Webdesign and hosting by Mahonlap.com



SSL certificates

Archived by Cloud Preservation(TM) on Fri Aug 05, 2011 at 05:53:11 AM GMT
http://www.chapterhousestudios.com/webshop/component/virtuemart/?page=shop.browse&category_id=30

# Exhibit

# 80.



Customer Service  1-800-394-4263  Welcome! | Sign In | Why Register?
FREE SHIPPING ON ALL ORDERS OVER $30
OFFER DETAILS
0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

Warhammer 40,000   Shoulder Pads   Assault Squad Shoulder Pads

### Categories
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

## Assault Squad Shoulder Pads

Like | 1    ADD TO CART



**Assault Squad Shoulder Pads**

This pack contains 10 Assault Squad Shoulder Pads.

Availability: Usually ships within 24 hours.
Part Code: 99060101375

**Price: $8.25**
Quantity: 1
ADD TO CART
ADD TO GIFT LIST
Bookmark & Share

Carry Our Products   Real Estate   Privacy Policy   Legal   Careers   About Us   Investor Relations   Black Library   Forge World   Site Map   Contact Us

Country Select

Copyright © Games Workshop Limited 2000-2011  © New Line Productions Inc  © The Saul Zaentz Company d/b/a Middle-earth Enterprises  All rights reserved to their respective owners.

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110190        8/4/2011

GW0002323

# Exhibit

# 81

# SHOULDER GUARD VARIANTS

The Codex Astartes describes how Space Marines' insignia should be represented on their armour, but even in the hallowed pages of this holy tome there exists scope for variation. The style of marking chosen for each squad type can vary between Companies and even within a Company itself, but all are equally valid Codex insignia. Squad markings such as these are displayed on the right shoulder guard.

## COMMAND

Command squad insignia often incorporates elements of its Captain's personal heraldry, campaign badges or kill markings.

## ELITES

Veteran and Terminator squads are the elite warriors of a Chapter and, as such, have greater freedom in choosing their insignia.






## TACTICAL

Tactical squads can also vary their insignia, incorporating squad numbers, campaign badges or devotional litanies.












## DEVASTATOR

Devastator squads can incorporate variant markings, or even vary the background colour of the shoulder guards.




## ASSAULT

Assault squads have a number of variant shoulder guard designs, many of which incorporate skulls and other tokens of death.















GW0001288

# Exhibit

# 82.

Highly Confidential - Filed Under Seal

# Exhibit

# 83.

```
Highly Confidential - Filed Under Seal
```

# Exhibit 84.

Highly Confidential - Filed Under Seal

# Exhibit

# 85

Highly Confidential - Filed Under Seal