# Exhibit

# 86.



# Exhibit

# 87.

Highly Confidential - AEO    GW0008925



IN THE GRIM DARKNESS OF THE FAR FUTURE
THERE IS ONLY WAR

# SOUL DRINKER

## BEN COUNTER

**WARHAMMER 40,000**

# Exhibit 88.

Over the centuries, the Alpha Legion have used this method of warfare to pull Imperial forces to neighbouring sectors, before attacking in force, their warships and ruthless soldiers pouring out of the Eye of Terror to assail a now-unprotected world.

It was agents of the Alpha Legion who led to the eventual destruction of the Emperor's Swords Chapter midway through the 40th Millennium. For more than a dozen generations, agents of the Alpha Legion infiltrated the hive slums of Ghorstangrad, the Emperor's Swords' home world. Through subtle manipulation of the most dominant sects and gangs, the Alpha Legion began to take control of the disordered urban nightmare from which the Emperor's Swords recruited, seeding potential future Space Marines with all manner of deviant philosophies and subconscious triggers. Certain images and phrases used in clandestine rituals on the very young inculcated following generations to react in predetermined ways. Over many decades, though many of these brainwashed youths were rejected by the Librarians and Chaplains, some were recruited by the Emperor's Swords – a lurking threat unknown even to the recruits.

Almost three centuries after they had first put their plan into motion, the Alpha Legion broke out of the Eye of Terror and attacked Ghorstangrad. When the Emperor's Swords met them in combat, the Alpha Legion unleashed all manner of hypnotic and disorientating psychic attacks, releasing the nascent personalities hidden deep within the minds of the unknowing infiltrators. Dazed and distressed, these few deranged Space Marines turned on their battle brethren, and within hours the Chapter disintegrated into a morass of battling factions, some of which joined forces directly with the Alpha Legion and others who simply fought on for their own survival. The Emperor's Swords were destroyed, Ghorstangrad was razed, and the gene-seed of the Chapter was stolen. Many of the Chapter's Space Marines have gone on to become infamous reavers in their own right, either leading warbands of their own or in the colours of the Alpha Legion.

The Emperor's Swords were not the first Chapter split by the corruption of Chaos, and certainly will not be the last. Battle brother against battle brother, Company against Company, the Dark Gods of Chaos can bring division and death even to Chapters that few would ever doubt. Sometimes the Chapter never recovers, sometimes the loyalists triumph, hunting down and destroying their wayward battle brethren, and on occasion the renegades escape justice and flee the wrath of their former comrades. It is a great stain upon the honour of a Chapter for its warriors to turn renegade and it will be scrutinised heavily for centuries after such events, as agents of the Adeptus Terra and Inquisition seek to root out any lingering malfeasance.



**LORDS OF DECAY**
Cross-ref: Space Hulk Monolith of Woe, currently pursued in the Mentieth sector

**NIGHT LORDS**
Ref: Traitoris Extremis
Notes: Rapid attack, guerilla hit-and-run assaults

**ORACLES OF CHANGE**
Notes: Led by Sorceror Amadeus Volkstein (formerly Epistolary Vanneus)

**PUNISHERS**
Origins Unknown
Location Unknown

**THE SANCTIFIED**
Cross-ref: Word Bearers
Location: Siege of Tasselian Hive, Hancock's Landing

**THE REBORN**
Notes: Corroded armour; antiquated weaponry
1st sighting: 795.M40 [query?]

**THE PURGE**
Participation in Vaxhallian genocides, responsible for 14,000,000,000+ deaths

**SKULLTAKERS**
Ref: Formerly Berserkers of Kharadon; contact lost 153.M34–184.M39

GW0000803

# Exhibit

# 89.

## Our Store

**Infantry and Shoulder Pad Bits compatible with Space Marine® models**
- Black Templars compatible Shoulder Pads
- Blank shoulder pads
- Blood Raven compatible Shoulder Pads
- Celestial Lions compatible Shoulder Pads
- Dark Angel, Death Watch or Inquisition compatible Shoulder Pads
- *Exorcist compatible Shoulder Pads*
- Fleshtearers compatible Shoulder Pads
- Generic bits and Shoulder Pads for 28mm models
- Heresy Era Player Components
- Howling Griffons compatible Shoulder Pads
- Imperial Fist compatible Shoulder Pads
- Iron Hands compatible Shoulder Pads
- Iron Snakes compatible Shoulder Pads
- Legion of the Damned compatible Shoulder Pads
- Luna Wolves or Star Fox compatible Shoulder Pads
- Mantis Warriors compatible Shoulder Pads
- Numbered and Squad Symbols
- Salamanders or Dragons compatible Shoulder Pads
- Soul Drinkers compatible Shoulder Pads
- Space Wolf compatible Shoulder Pads
- Storm or Combat Shields
- Studded Shoulder Pads
- Thousand Sons compatible Pre-Heresy Shoulder Pads

**Heads compatible with Space Marines®**
**28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models**
**Vehicle Replacement Part Kits that fit on Games Workshop Models**
**Bits/Conversion kits compatible with Eldar armies**
**Bits/Conversion kits compatible with Tyranids**
**Bits/Conversions for 28mm for imperial guard**
**Super Heavy Vehicle Kits**

List All Products

Product Search

« Mycetic Spore
Pre-Heresy Scarab Shoulder Pads for Thousand Sons Players - Term »


View Full-Size Image

# Power Armor Pad for Exorcist Players

**Price:** $1.00

Ask a question about this product

This power armor sized shoulder pad has a demon skull sculpted on the front as well as a raised rim with the word "perdition" etched into it. Similiar to the exorcist space marine® chapter from the Games Workshop universe. Looks good as a pad for Librarians as well.

Quality cast in pewter.

**Availability**

Usually ships in:

**2-3 Days**
★★★★

Quantity: 1    Add to Cart

**Customer Reviews:**

darksidemonkey (Saturday, 30 July 2011)
Rating: ★★★★★

These are simply brilliant. A+ detail on the sculpt and work very well for librarian conversions. Definitely a must have for the bits box.

## Recently Viewed Products

Smooth Shoulder Pad for 28mm tactical marine (Category: Blank shoulder pads)
Skull or Chaplain Head Bit for Power Armor (Category: Dark Angel, Death Watch or Inquisition compatible Shoulder Pads)
Shoulder Pads for Deathwatch Ruinic - Tactical (Category: Dark Angel, Death Watch or Inquisition compatible Shoulder Pads)
Assault Shoulder Pad with number 8 (Category: Blank shoulder pads)
Sawblade Shoulder Pad & seperate Jewel - great for Fleshtearers (Category: Fleshtearers compatible Shoulder Pads)

# Exhibit

# 90.

## Our Store

**Infantry and Shoulder Pad Bits compatible with Space Marine® models**
- Black Templars compatible Shoulder Pads
- Blank shoulder pads
- Blood Raven compatible Shoulder Pads
- Celestial Lions compatible Shoulder Pads
- Dark Angel, Death Watch or Inquisition compatible Shoulder Pads
- Exorcist compatible Shoulder Pads
- Fleshtearers compatible Shoulder Pads
- Generic bits and Shoulder Pads for 28mm models
- Heresy Era Player Components
- Howling Griffons compatible Shoulder Pads
- Imperial Fist compatible Shoulder Pads
- Iron Hands compatible Shoulder Pads
- *Iron Snakes compatible Shoulder Pads*
- Legion of the Damned compatible Shoulder Pads
- Luna Wolves or Star Fox compatible Shoulder Pads
- Mantis Warriors compatible Shoulder Pads
- Numbered and Squad Symbols
- Salamanders or Dragons compatible Shoulder Pads
- Soul Drinkers compatible Shoulder Pads
- Space Wolf compatible Shoulder Pads
- Storm or Combat Shields
- Studded Shoulder Pads
- Thousand Sons compatible Pre-Heresy Shoulder Pads

**Heads compatible with Space Marines®**
**28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models**
**Vehicle Replacement Part Kits that fit on Games Workshop Models**
**Bits/Conversion kits compatible with Eldar armies**
**Bits/Conversion kits compatible with Tyranids**
**Bits/Conversions for 28mm for imperial guard**
**Super Heavy Vehicle Kits**

List All Products

Product Search



View Full-Size Image

### Iron Snake Compatible Shoulder Pad - Tactical

**Price:** $1.00

Ask a question about this product

This is a Serpent or snake in a Greek style, the edges of the pads have chains on them. This is the standard size space marine® tactical shoulder pad cast in pewter. This shoulder pad fits well with any greek, serpent or iron snakes themed army.

**Availability**

**Usually ships in:**

**3-5 Days**
★★★☆☆

Quantity: 1   [Add to Cart]

**Customer Reviews:**

loren (Friday, 29 July 2011)
Rating: ★★★★★

These were some of the first items I bought from CHS. They are fantastic! They fit snugly on a SM model and had no flash whatsoever. I fitted out an entire battle company with them and plan on doing even more.

### You may also be interested in this/these product(s)

**Iron Snake Compatible Shoulder Pad - Terminator**



$1.00

Add to Cart

**Iron Snake Conversion Kit (Fits on Space Marine® Rhino)**



$16.50

Add to Cart

### Recently Viewed Products

Salamanders Dragon Icon Shoulder Pad for Space Marine Model (Category: Salamanders or Dragons

CHS00001097