# Exhibit

# 91.

Show cart...
Your cart is empty.

**Home** | **News** | **About us** | **Contact** | **Order Status and Shipping** | **Customer Comments** | **Gallery**

## ❦ Our Store

**Infantry and Shoulder Pad Bits compatible with Space Marine® models**
Black Templars compatible Shoulder Pads
Blank shoulder pads
Blood Raven compatible Shoulder Pads
Celestial Lions compatible Shoulder Pads
Dark Angel, Death Watch or Inquisition compatible Shoulder Pads
Exorcist compatible Shoulder Pads
Fleshtearers compatible Shoulder Pads
Generic bits and Shoulder Pads for 28mm models
Heresy Era Player Components
Howling Griffons compatible Shoulder Pads
Imperial Fist compatible Shoulder Pads
Iron Hands compatible Shoulder Pads
Iron Snakes compatible Shoulder Pads
Legion of the Damned compatible Shoulder Pads
Luna Wolves or Star Fox compatible Shoulder Pads
Mantis Warriors compatible Shoulder Pads
Numbered and Squad Symbols
Salamanders or Dragons compatible Shoulder Pads
*Soul Drinkers compatible Shoulder Pads*
Space Wolf compatible Shoulder Pads
Storm or Combat Shields
Studded Shoulder Pads
Thousand Sons compatible Pre-Heresy Shoulder Pads
**Heads compatible with Space Marines®**
**28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models**
**Vehicle Replacement Part Kits that fit on Games Workshop Models**
**Bits/Conversion kits compatible with Eldar armies**
**Bits/Conversion kits compatible with Tyranids**
**Bits/Conversions for 28mm for imperial guard**
**Super Heavy Vehicle Kits**

List All Products

Product Search



View Full-Size Image

# Shoulder Pads for Chalice or Soul Drinker - Tactical

**Price:** $1.00

Ask a question about this product

This is a shoulder pad with a grail or chalice sculpet on the face, the upper ridge has a raised face with details sculpted along the edge. This shoulder pad works well with Soul Drinker themed armies. This is the standard size space marine® tactical shoulder pad cast in pewter.

**Availability**

**Usually ships in:**

### 3-5 Days
★★★☆☆

Quantity: 1 ▲▼  🛒 **Add to Cart**

**Customer Reviews:**

There are yet no reviews for this product.
Please log in to write a review.

## Recently Viewed Products

Dragon or Salamander Thunder Hammer (Category: Salamanders or Dragons compatible Shoulder Pads)
Tactical Shoulder Pad for 28mm marine with Number 1 (Category: Numbered and Squad Symbols)
Tactical Shoulder Pad for 28mm marine with Number 3 (Category: Numbered and Squad Symbols)
Iron Snake Compatible Shoulder Pad - Tactical (Category: Iron Snakes compatible Shoulder Pads)
Shoulder Pad w/Skull and Flames for 28mm marine - Tactical (Category: Legion of the Damned compatible Shoulder Pads)

# Exhibit

# 92.

# Chapterhouse Studios

Specializing in Custom Sculpts and Bits for Warhammer 40,000 and Fantasy

| Home | News | About us | Contact | Order Status and Shipping | Customer Comments | Gallery |

## ☙ Our Store

**Infantry and Shoulder Pad Bits compatible with Space Marine® models**

Black Templars compatible Shoulder Pads
Blank shoulder pads
*Blood Raven compatible Shoulder Pads*
Celestian Lions compatible Shoulder Pads
Dark Angel, Death Watch or Inquisition compatible Shoulder Pads
Exorcist compatible Shoulder Pads
Fleshtearers compatible Shoulder Pads
Generic bits and Shoulder Pads for 28mm models
Heresy Era Player Components
Howling Griffons compatible Shoulder Pads
Imperial Fist compatible Shoulder Pads
Iron Hands compatible Shoulder Pads
Iron Snakes compatible Shoulder Pads
Legion of the Damned compatible Shoulder Pads
Luna Wolves or Star Fox compatible Shoulder Pads
Mantis Warriors compatible Shoulder Pads
Numbered and Squad Symbols
Salamanders or Dragons compatible Shoulder Pads
Soul Drinkers compatible Shoulder Pads
Space Wolf compatible Shoulder Pads
Storm or Combat Shields
Studded Shoulder Pads
Thousand Sons compatible Pre-Heresy Shoulder Pads
**Heads compatible with Space Marines®**
**28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models**
**Vehicle Replacement Part Kits that fit on Games Workshop Models**
**Bits/Conversion kits compatible with Eldar armies**
**Bits/Conversion kits compatible with Tyranids**
**Bits/Conversions for 28mm for imperial guard**
**Super Heavy Vehicle Kits**

List All Products

Product Search

---

 Shoulder Pad w/Skull and Flames for 28mm marine - Tactical
Shoulder Pads for Blood Eagle - Terminator 



View Full-Size Image

# Shoulder Pads for Blood Eagle - Tactical

**Price:** **$1.00**

Ask a question about this product

This is a shoulder pad with a Eagle or Blood raven on the face, the wings of the bird are surrounding an inverted blood drop or gem. This shoulder pad works well with Blood Raven or Blood Angel themed armies. This is the standard size space marine® Tactical Marine shoulder pad cast in pewter.

**Availability**

**Usually ships in:**

## 3-5 Days
★★★☆☆



Quantity: 1 ▣▣  ⚜Add to Cart

---

**Customer Reviews:**

There are yet no reviews for this product.
Please log in to write a review.

## Recently Viewed Products

Xenomorph 28mm Head bits (Category:  Bits/Conversion kits compatible with Tyranids)
Celtic Wolf Shield (Category:  Storm or Combat Shields)
Studded Power Armor Pad for MK 5 (Category:  Generic bits and Shoulder Pads for 28mm models)
Skull or Chaplain Head Bit for Power Armor (Category:  Infantry and Shoulder Pad Bits compatible with Space Marine® models)
Rapid Response Wheeled Kit for Chimera (Category:  Bits/Conversions for 28mm for imperial guard)

CHS00001541

# Exhibit

# 93.

| Home | News | About us | Contact | Order Status and Shipping | Customer Comments | Gallery |

## ☙ Our Store

**Infantry and Shoulder Pad Bits compatible with Space Marine® models**

Black Templars compatible Shoulder Pads

Blank shoulder pads

Blood Raven compatible Shoulder Pads

*Celestial Lions compatible Shoulder Pads*

Dark Angel, Death Watch or Inquisition compatible Shoulder Pads

Exorcist compatible Shoulder Pads

Fleshtearers compatible Shoulder Pads

Generic bits and Shoulder Pads for 28mm models

Heresy Era Player Components

Howling Griffons compatible Shoulder Pads

Imperial Fist compatible Shoulder Pads

Iron Hands compatible Shoulder Pads

Iron Snakes compatible Shoulder Pads

Legion of the Damned compatible Shoulder Pads

Luna Wolves or Star Fox compatible Shoulder Pads

Mantis Warriors compatible Shoulder Pads

Numbered and Squad Symbols

Salamanders or Dragons compatible Shoulder Pads

Soul Drinkers compatible Shoulder Pads

Space Wolf compatible Shoulder Pads

Storm or Combat Shields

Studded Shoulder Pads

Thousand Sons compatible Pre-Heresy Shoulder Pads

**Heads compatible with Space Marines®**

**28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models**

**Vehicle Replacement Part Kits that fit on Games Workshop Models**

**Bits/Conversion kits compatible with Eldar armies**

**Bits/Conversion kits compatible with Tyranids**

**Bits/Conversions for 28mm for imperial guard**

**Super Heavy Vehicle Kits**

List All Products

Product Search



View Full-Size Image

# Left Arm Shoulder Pad Bit Tactical for Celestial Lions Players

**Price:** $1.00

Ask a question about this product

This is a Lion Shoulder pad for the left arm, can be used for Celestial Lions or Lions Rampant. This is the standard 28mm scale shoulder pad.

Pad cast in pewter.

**Availability**

**Usually ships in:**

## 3-5 Days
★★★☆☆

Quantity: 1   ⬛⬛   Add to Cart

---

### Customer Reviews:

**Rosscoe (Tuesday, 17 May 2011)**
Rating: ★★★★☆

Like the similiar plan faced version of this shoulder pad, on raised shoulders its abit of a runt to fit on properly.

## Recently Viewed Products

Shoulder Pad w/Skull and Flames for 28mm marine - Tactical (Category: Generic bits and Shoulder Pads for 28mm models)

Spikey Heresy Heads for 28mm marines (Category: Heresy Era Player Components)

Brazier - Dragon/Serpent - 2 Pieces (Category: Generic Vehicle Kits)

Cog Shoulder Pad - Power Armor (Category: Generic bits and Shoulder Pads for 28mm models)

Banded Armor Pad - Terminator Capabitible (Category: Generic bits and Shoulder Pads for 28mm models)

# Exhibit

# 94.



| Home | News | About us | Contact | Order Status and Shipping | Customer Comments | Gallery |

## ☙ Our Store

**Infantry and Shoulder Pad Bits compatible with Space Marine® models**

Black Templars compatible Shoulder Pads

Blank shoulder pads

Blood Raven compatible Shoulder Pads

Celestial Lions compatible Shoulder Pads

Dark Angel, Death Watch or Inquisition compatible Shoulder Pads

Exorcist compatible Shoulder Pads

Fleshtearers compatible Shoulder Pads

Generic bits and Shoulder Pads for 28mm models

Heresy Era Player Components

Howling Griffons compatible Shoulder Pads

Imperial Fist compatible Shoulder Pads

Iron Hands compatible Shoulder Pads

Iron Snakes compatible Shoulder Pads

*Legion of the Damned compatible Shoulder Pads*

Luna Wolves or Star Fox compatible Shoulder Pads

Mantis Warriors compatible Shoulder Pads

Numbered and Squad Symbols

Salamanders or Dragons compatible Shoulder Pads

Soul Drinkers compatible Shoulder Pads

Space Wolf compatible Shoulder Pads

Storm or Combat Shields

Studded Shoulder Pads

Thousand Sons compatible Pre-Heresy Shoulder Pads

**Heads compatible with Space Marines®**

**28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models**

**Vehicle Replacement Part Kits that fit on Games Workshop Models**

**Bits/Conversion kits compatible with Eldar armies**

**Bits/Conversion kits compatible with Tyranids**

**Bits/Conversions for 28mm for imperial guard**

**Super Heavy Vehicle Kits**

List All Products

Product Search

[                    ] Search

## Legion of the Damned compatible Shoulder Pads 🔊 🖨

This collection of bits and accessories created by Chapterhouse Studios are designed to fit in Legion of the Damned or flame and skull oriented armies.

Order by:  Product Name ▼ ≣

**Eagle Thunder Hammer**    $1.50



Average customer rating:
★★★★★  Total votes: 0

Product Details...

Quantity: [1] ▣▣  🛒 Add to Cart

**Shoulder Pad w/ Studs and Skull for 28mm marine - Tactical**    $1.00



Average customer rating:
★★★★★  Total votes: 0

Product Details...

Quantity: [1] ▣▣  🛒 Add to Cart

**Shoulder Pad w/Skull and Flames for 28mm marine - Tactical**    $1.00

Average customer rating:
★★★★★  Total votes: 0

Product Details...

Quantity: [1] ▣▣  🛒 Add to Cart

«« Start « Prev 1 Next » End »»
Results 1 - 3 of 3

## Recently Viewed Products

Dragon Door Kit (fits on Space Marine® Rhino) (Category: Dragon or Salamander Vehicle Kits)

Mycetic Spore (Category: Bits/Conversion kits compatible with Tyranids)

# Exhibit

# 95

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GAMES WORKSHOP LIMITED,       )
                             )
        Plaintiff,            )
                             )
                             )  Case No. 1:10-cv-08103
v.                           )
                             )
CHAPTERHOUSE STUDIOS LLC and JON  )
PAULSON d/b/a PAULSON GAMES,  )
                             )
                             )  Judge Matthew F. Kennelly
        Defendants.           )

**DEFENDANT CHAPTERHOUSE STUDIOS LLC'S SECOND SUPPLEMENTAL
RESPONSE TO GAMES WORKSHOP LTD.'S FIRST SET OF INTERROGATORIES
TO CHAPTERHOUSE STUDIOS LLC (NOS. 1-2)**

PROPOUNDING PARTY:       PLAINTIFF GAMES WORKSHOP LIMITED

RESPONDING PARTY:        DEFENDANT CHAPTERHOUSE STUDIOS LLC

SET:                     ONE

Pursuant to Federal Rule of Civil Procedure 33, Defendant Chapterhouse Studios LLC

("Chapterhouse") hereby supplements its response to the first set of Interrogatories from Plaintiff

Games Workshop Limited ("Games Workshop"), as follows:

**GENERAL OBJECTIONS:**

Chapterhouse incorporates the following General Objections as if set forth fully in

response to each interrogatory in Games Workshop's First Set of Interrogatories.

1.      These responses are made solely for the purposes of this litigation. Chapterhouse

has not completed its investigation into the facts of this case. The responses are based solely on

the documents and information presently available and specifically known to Chapterhouse.

Chapterhouse therefore responds without prejudice to its right to supplement its responses.

2.    Chapterhouse objects to each interrogatory to the extent that it seeks information protected by the attorney-client privilege, the work-product doctrine, and/or any other doctrine. Any inadvertent disclosure of such information will not be deemed a waiver of the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege or immunity.

3.    Chapterhouse objects to each interrogatory to the extent that it purports to require Chapterhouse to disclose highly sensitive, confidential, or trade secret information of competitive and strategic significance.

4.    Chapterhouse objects to Games Workshop's First Set of Interrogatories in their entirety as overbroad, burdensome, oppressive, and vague.

5.    Chapterhouse objects to each interrogatory to the extent that it seeks information not reasonably related to the claims or defenses in this matter.

6.    Chapterhouse objects to each interrogatory to the extent that it purports to impose any requirement or discovery obligation on Chapterhouse other than those set forth in the Federal Rules of Civil Procedure and the applicable rules of this Court.

7.    Chapterhouse objects to the definition of "Chapterhouse" as overbroad to the extent it seeks information that is outside of Chapterhouse's possession, custody or control.

8.    Chapterhouse objects to the definition of "Defendants" as overbroad to the extent it seeks information from other entities that is outside of Chapterhouse's possession, custody or control.

9.    Chapterhouse objects to the definition of "Amended Complaint" as overbroad and impermissibly vague to the extent it purports to incorporate amendments Games Workshop has not yet filed.

10.    Chapterhouse objects to the definition of "Accused Works" as vague and ambiguous and overbroad and unduly burdensome the to the extent that it purports to encompass claims Games Workshop has not yet brought.

11.    Chapterhouse objects to the definition of "Identify" as overbroad and unduly burdensome and to the extent that it seeks information outside of Chapterhouse's possession, custody or control. Chapterhouse further objects to the definition of "Identify" as vague and ambiguous to the extent it purports to require a "description" of things.

12.    Chapterhouse specifically objects to paragraph 7 of Games Workshop's definitions and instructions as overbroad and oppressive to the extent it purports to impose any requirement or discovery obligation on Chapterhouse other than those set forth in the Federal Rules of Civil Procedure and the applicable rules of this Court.

## RESPONSES

## INTERROGATORY REQUEST NO. 1:

Identify each Games Workshop publication, including (without limitation) copies of any of the works identified in paragraphs 12-14 of the Amended Complaint[1] and/or any Games Workshop newsletter, and/or any Games Workshop miniatures and/or gaming accessories, that has ever been in Chapterhouse's possession, custody or control.

## RESPONSE TO INTERROGATORY NO. 1:

In addition to its General Objections, Chapterhouse objects to this interrogatory as vague and ambiguous. Chapterhouse further objects to this interrogatory as overbroad, unduly

---

[1] These include: Warhammer 40,000 rule book (first through fifth editions); the Space Marine Collectors' Guide, (first or second edition); Warhammer 40,000 Tyranids (first through fourth editions); Warhammer 40,000 Space Marines (first through fourth editions); Warhammer 40,000 Dark Angels (first through third editions); Warhammer 40,000 Chaos Space Marines (first through fourth editions); Index Astartes II, January 2002; Index Astartes III, February 2004; Index Astartes IV, June 2005; The Horus Heresy Collected Visions, June 2007; The Art of Warhammer 40,000, January 2006; White Dwarf Magazine 249, September 2000; How to Paint Space Marines, April 2005; Soul Drinkers, September 2002; Games Workshop Complete Catalog & Hobby Reference 2006-2007.

3

burdensome, and seeking information outside the scope of permissible discovery. Chapterhouse further objects to this interrogatory insofar as it would purport to require Chapterhouse to determine what is a Games Workshop publication. Chapterhouse further objects to this interrogatory on the grounds and to the extent that it is duplicative of Games Workshop's Request for Production No. 1.

Notwithstanding and subject to its General and specific objections, Chapterhouse responds that it will make available for inspection documents and things responsive to Games Workshop's Request for Production No. 1.

## INTERROGATORY REQUEST NO. 2:

Identify any and all sources consulted, used, reviewed or relied on by Chapterhouse in creating each of the Accused Works.

## RESPONSE TO INTERROGATORY NO. 2:

In addition to its General Objections, Chapterhouse objects to this interrogatory as vague and ambiguous. Chapterhouse further objects to this interrogatory as unduly burdensome, oppressive, and seeking information outside the scope of discovery. Chapterhouse further objects specifically to the word "sources" as vague and ambiguous, and overbroad and unduly burdensome. Chapterhouse further objects to the string of participles "consulted, used, reviewed, or relied on" as vague and ambiguous, and overbroad and unduly burdensome.

## SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:

In addition to its General Objections, Chapterhouse objects to this interrogatory as vague and ambiguous. Chapterhouse further objects to this interrogatory as unduly burdensome, oppressive, and seeking information outside the scope of discovery. Chapterhouse further objects specifically to the word "sources" as vague and ambiguous, and overbroad and unduly burdensome. Chapterhouse further objects to the string of participles "consulted, used, reviewed,

or relied on" as vague and ambiguous, and overbroad and unduly burdensome. This interrogatory appears to call for a comprehensive list of Chapterhouse's influences, but creative inspiration is not amenable to easy dissection.

Without waiving, and subject to, its General and specific objections, Chapterhouse responds that, regarding the works Chapterhouse creates, Chapterhouse draws inspiration in carrying degrees from many different disciplines and sources, including, but not limited to mythology, military history, fiction, film, videogames, physics, biology, gaming, and many other disciplines and areas of study and cultural expression. Chapterhouse notes that the Internet provides a wealth of informational and inspirational material for all creative endeavors, and that Chapterhouse performs Internet and other research when creating its products.

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

In addition to its General Objections, Chapterhouse objects to this interrogatory as vague and ambiguous. Chapterhouse further objects to this interrogatory as unduly burdensome, oppressive, and seeking information outside the scope of discovery. Chapterhouse further objects specifically to the word "sources" as vague and ambiguous, and overbroad and unduly burdensome. Chapterhouse further objects to the string of participles "consulted, used, reviewed, or relied on" as vague and ambiguous, and overbroad and unduly burdensome. This interrogatory appears to call for a comprehensive list of Chapterhouse's influences, but creative inspiration is not amenable to easy dissection.

Without waiving, and subject to, its General and specific objections, Chapterhouse responds that, regarding the works Chapterhouse creates, Chapterhouse draws inspiration in carrying degrees from many different disciplines and sources, including, but not limited to mythology, military history, fiction, film, videogames, physics, biology, gaming, and many other

5

disciplines and areas of study and cultural expression. Chapterhouse notes that the Internet provides a wealth of informational and inspirational material for all creative endeavors, and that Chapterhouse performs Internet and other research when creating its products.

Specifically, Chapterhouse responds that the Dungeons and Dragons hammer weapons provided inspiration for Chapterhouse's war hammers. The designs for the Celestial Lions were inspired by photographs submitted by a customer, one of a public sculpture with the head of a lion and the body of a fish, and the other of a lion in silhouette. Chapterhouse's products that look like circular-saw blades were based on actual circular saw blades. The snake on some of the Chapterhouse products was based on an image of classical Greek art. The Star Fox logo on some of Chapterhouse's products is based on a fan-created design. The lashwhips, boneswords, and the mycetic spore took inspiration from the art of HR Giger, in particular the art direction for the Alien movies. Chapterhouse consulted the tyranid codex for the Tervigon Conversion Kit. Chapterhouse's sculptor on the project also consulted Games Workshop's Carnifex model while developing the Tervigon conversion kit, to ensure proper fit and alignment of the kit with the Carnifex model. The dragon/salamander images Chapterhouse used came from Google Images searches on words like "dragon." Chapterhouse asked a concept artist to draw sketches of its wolf's head icon, and to adorn the icon with Nordic-style runes. The designs for the scarab and starburst shoulder pads were inspired by Egyptian art. Chapterhouse's mantis products began as a commission from a customer – the customer provided a photograph of a particular species of mantis, along with line drawings based on tracings from the photograph. Defendant reserves the right to further supplement this response as additional sources are recollected.

Dated: July 29, 2011             Respectfully submitted,

CHAPTERHOUSE STUDIOS LLC

By: _____

Jennifer Golinveaux (CA Bar No. 203056)
J. Caleb Donaldson (CA Bar No. 257271)
Thomas J. Kearney (CA Bar No. 267087)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA  94111-5802
Phone: (415) 591-1000
Fax: (415) 591-1400
jgolinveaux@winston.com
jcdonaldson@winston.com
tkearney@winston.com

Eric Mersmann (IL Bar No. 6286859)
Catherine B. Diggins (IL Bar No. 6296237)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-1695
Phone: (312) 558-5600
Fax: (312) 558-5700
emersmann@winston.com
cdiggins@winston.com

7

# VERIFICATION

I, Nicholas Villacci, declare:

      I am authorized to make this verification for and on behalf of Defendant Chapterhouse Studio LLC, and I make this verification for that reason. I have read the foregoing DEFENDANT CHAPTERHOUSE STUDIOS LLC'S FIRST SUPPLEMENTAL RESPONSE TO GAMES WORKSHOP LTD.'S FIRST SET OF INTERROGATORIES TO CHAPTERHOUSE STUDIOS LLC (NOS. 1-2) and know the contents thereof. On information and belief, the matters herein are true.

      I declare under penalty of perjury that the foregoing is true and correct.

July 29, 2011

                                              _____
                                              Nicholas Villacci

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2011, I provided service to the person or persons listed below by

the following means: First Class Mail.

Scott R. Kaspar
Aaron J. Weinzierl
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312.832.4500
Facsimile: 312.832.4700
Email: skaspar@foley.com
aweinzierl@foley.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
Email: jmoskin@foley.com


Signature: _____          Date:  July 29, 2011
Name          Lisa Schuh

SF:315227.3

# Exhibit

# 96.

Highly Confidential – Filed Under Seal

# Exhibit

# 97.

Highly Confidential – Filed Under Seal

# Exhibit

# 98.

Highly Confidential – Filed Under Seal

# Exhibit

# 99.

Highly Confidential – Filed Under Seal

# Exhibit

# 100.

Highly Confidential – Filed Under Seal