# Exhibit

# 101.

Highly Confidential – Filed Under Seal

# Exhibit

# 102.

Highly Confidential – Filed Under Seal

# Exhibit

# 103.

# RE: Salamander pads and other accesories now available!

**From:** Christopher Eash <christopher_eash_5@hotmail.com>
**To:** Salamander guy <droppods@verizon.net>
**Date:** Tue, 17 Feb 2009 08:35:54 -0600

I am trying to see if you are still offering Rhino armor bits. I am interested like tin getting a total of 7 sets, and would like to see what kind of a bulk discount I could get. Thank you,   -Chris

Date: Thu, 23 Oct 2008 09:18:05 -0500
From: droppods@verizon.net
Subject: Salamander pads and other accesories now available!
To: christopher_eash_5@hotmail.com

First off,

Thank you all for your past purchases and questions regarding our Salamander pads and rhino kits. Many of you have asked about other sculpts as well as purchasing our items in large quantities. For a long time now I have been casting these pieces in resin in my garage by hand. Needless to say this is a time and labor intensive job, and while I loved doing it I also dreaded it.

Well that has all changed, thanks in large part because of the support many of you have shown by purchasing our items off of Ebay we have been able to save enough capital to not only hire a professional pewter caster, but to also release many new sculpts no one has ever seen!

Our plan is to release new sculpts on a monthly basis as to also get custom orders from customers who want their own marine chapters.

At this time we have 5 new chapters with their own pads sculpted. We have stayed away from GW owned IP, so you wont see any Ultramarine or Blood Angel Icons. You will see Icons that resemble chapters as well as chapters that have been looked at in novels but never actually made by GW.

The prices are going to be much more affordable then other alternatives out there. .85 cents a pad, 1.50 a weapon and 17.50 for the rhino armor and door set. The land raider set with armor and doors will be around 22-23$.

So for your perusal, I list our current assortment:
5 Salamander Pads that include 2 new sculpts (3 terminator, 2 power armor) -
http://s251.photobucket.com/albums/gg288/nvillacci/prototype%20pads/?action=view&current=padmoldshots002.jpg
http://s251.photobucket.com/albums/gg288/nvillacci/prototype%20pads/?action=view&current=padmoldshots005.jpg
http://s251.photobucket.com/albums/gg288/nvillacci/Salamanders/Marine%20custom%20bits/?action=view&current=4dd6117a.pbw

2 Salamander weapons - Power fist and Hammer
http://s251.photobucket.com/albums/gg288/nvillacci/Salamanders/Marine%20custom%20bits/?action=view&current=PowerHammer.jpg
http://s251.photobucket.com/albums/gg288/nvillacci/Salamanders/Marine%20custom%20bits/?action=view&current=Powerclaw.jpg
Salamander Rhino kit - we are keeping the larger kits in resin to keep cost down and larger pieces glue better as resin
http://s251.photobucket.com/albums/gg288/nvillacci/Salamanders/Rhino%20Armor/?action=view&current=9d240015.pbw
Salamander Land Raider kit - work in progress and at this time 80% complete

1

CHS00010429

Terminator shoulder pad that has an "I" on it and can be used for inquisitor forces
http://s251.photobucket.com/albums/gg288/nvillacci/prototype%20pads/?action=view&current=padmoldshots046.jpg

2 Iron Snakes pads (1 Terminator 1 power armor)
http://s251.photobucket.com/albums/gg288/nvillacci/prototype%20pads/?action=view&current=padmoldshots011.jpg
http://s251.photobucket.com/albums/gg288/nvillacci/prototype%20pads/?action=view&current=padmoldshots014.jpg


2 Soul Drinker Pads (1 Terminator 1 power armor)
http://s251.photobucket.com/albums/gg288/nvillacci/prototype%20pads/?action=view&current=padmoldshots020.jpg
http://s251.photobucket.com/albums/gg288/nvillacci/prototype%20pads/?action=view&current=padmoldshots043.jpg

2 Star fox pads (1 Terminator 1 power armor)
http://s251.photobucket.com/albums/gg288/nvillacci/prototype%20pads/?action=view&current=padmoldshots018.jpg
http://s251.photobucket.com/albums/gg288/nvillacci/prototype%20pads/?action=view&current=padmoldshots007.jpg

2 Flaming Fist Pads (1 Terminator 1 power armor)
http://s251.photobucket.com/albums/gg288/nvillacci/prototype%20pads/?action=view&current=padmoldshots034.jpg
http://s251.photobucket.com/albums/gg288/nvillacci/prototype%20pads/?action=view&current=padmoldshots033.jpg
We are making the molds at this time and will be putting our initial order in for the pieces to be cast.  We don't have much free capital to make 14 molds and cast hundreds of pieces so the initial casting runs will be pretty low for now until we recoup our investment.

That being said I am confident if anyone places a preorder for ANY amount, we can have them done and cast in the next 2-3 weeks (3 weeks being the longest time).  This will guarantee you your purchase in the first run and avoid waiting for the 2-3 month or casting.

I know these will sell our in a weeks time, as I think many of you see how fast and how high they sold for on eBay and these prices are so much lower then eBay prices.

I am attaching a link of our photo album to let you preview what will be coming out.


http://s251.photobucket.com/albums/gg288/nvillacci/prototype%20pads/?action=view&current=padmoldshots004.jpg
http://s251.photobucket.com/albums/gg288/nvillacci/prototype%20pads/?action=view&current=padmoldshots007.jpg
http://s251.photobucket.com/albums/gg288/nvillacci/prototype%20pads/?action=view&current=padmoldshots018.jpg
http://s251.photobucket.com/albums/gg288/nvillacci/prototype%20pads/?action=view&current=padmoldshots011.jpg


Sincerely,
Nick and Tomas
Chapterhouse Studios

---

Want to do more with Windows Live? Learn ?10 hidden secrets? from Jamie. Learn Now

CHS00010430

# Exhibit

# 104.

Highly Confidential – Filed Under Seal

# Exhibit

# 105.

Highly Confidential – Filed Under Seal

# Exhibit

# 106.

Highly Confidential – Filed Under Seal

# Exhibit

# 107.

Highly Confidential – Filed Under Seal

# Exhibit

# 108.

GW0011378

# SPACE MARINE POWER ARMOUR

Most humans who have any contact with Space Marines will know and recognise the most common types of Space Marine armour quite readily. However there are older types of armour (also known as marks) which remain in service to this day and whose design differs greatly. Indeed, many of the older variants have special associations for particularly old or honoured Chapters and so may be worn by ceremonial guards or by elite units. Other Chapters are less formal in their use of armour, mixing various types into their fighting units with little or no regard for conformity. The degree of uniformity within a Chapter varies a great deal and is often determined by historical precedent or tradition.

Each Chapter's power armour is maintained by skilled Artificers. These are not Space Marines, but dedicated servants who spend their lives working for the Chapter. Over the history of a Chapter, especially talented Artificers become famous and justly celebrated, and examples of their work are much sought after. When a Space Marine earns a combat honour it is the Artificers who fashion the honour badge and fasten it onto the Marine's armour. Similarly, the Artificers make rank badges, long service accolades and other awards of distinction.

Artificers religiously hunt down elements of ancient armour. Such pieces will be lovingly restored, often plated with silver or gold, and then painstakingly engraved with naturalistic scenes, abstract designs or Chapter badges. Older types of armour are associated with the past history of many Chapters and often with the deeds of heroic individuals. A piece of armour that belonged to an old Chapter hero is valued above all others, for it implies his presence on the battlefield, witnessing the deeds of his successors. In this way, a single armoured plate or helmet might be heir to a long and famous history, having belonged to a whole succession of Space Marine heroes and been worked on by many renowned Artificers.

As well as resurrecting old pieces of armour for notable Space Marines, the Artificers also decorate and modify armour to suit particularly revered individuals. As a result of the Artificers' efforts over the many thousand years a Chapter has been in existence, it is quite common to find suits which combine elements of the different marks as well as quite unique suits which have customised armoured plates or helmets. Some Chapters reserve such armour for special individuals, officers, or high ranking commanders. There is no fixed rule on this, it is a matter of Chapter tradition and preference how such armour is used. However, it is generally the case that very high ranking officials inherit special suits of armour, which they may then combine with their own existing suits so that their individual honours or personal pieces of armour are retained when they are appointed to a new position. So does a Chapter's power armour evolve down the centuries, each and every greave and gorget a recollection of mighty deeds and terrible battles won.


Mk1 "Thunder" Pattern


Mk2 "Crusade" Pattern


Mk3 "Iron" Pattern


Mk4 "Maximus" Pattern


Mk5 "Heresy" Pattern


Mk6 "Corvus" Pattern


Mk7 "Aquila" Pattern


Mk8 "Errant" Pattern

GW0011380

# MASTER OF THE FORGE

The Master of the Forge is the Chapter's most senior Techmarine, charged with the maintenance of the Chapter's fleet of armoured fighting vehicles, such as Rhinos, Land Raiders and Predators. His knowledge of the arcane sciences has been refined over centuries of service, and rivals that of the senior Tech-priests of Mars. Indeed, a Master of the Forge's skill has been honed to a point where he can recognise a machine spirit's ailment with but a glance and the cause of its intemperance from the merest whisper of its tortured mantra of function.

Such uncanny, and perhaps unnatural, skill conspires to make the Master of the Forge something of an outcast in most Chapters. Though he is part of the Chapter Council, the Master of the Forge is an outsider to all save his subordinate Techmarines, whose company is shunned in all matters save those that pertain to his beloved mechanicals.

This isolation serves only to lead a Master of the Forge further down the path of eccentricity. Surrounded by tongueless machines and witless Servitors, his own voice becomes atrophied. On such rare occasions as a Master of the Forge does speak, it is in clipped and monotonous tones, coldly and discomfortingly precise in detail and delivery.

Not all Space Marine Chapters treat with their Master of the Forge in this way. Some, such as the Mentors, the Praetors of Orpheus and the Astral Knights, embrace the dwindling technologies of Mankind without superstition and, in the case of the Iron Hands, with gusto.

In these Chapters, the Master of the Forge is a personage honoured no less than the Chapter Master himself. Such cases are few. Indeed, for one Chapter to embrace the vision and purpose of a Master of the Forge is to invite suspicion from many of its more conventional brothers.

In addition to his responsibilities to the armoury, a Master of the Forge is also tasked with the conservation of any arcane mechanical relics to which his Chapter is heir. The oldest and most famous Chapters have many such technological wonders locked within their vaults. Most are so bewilderingly complex that no living man could hope to divine their secrets. Others are forged of secrets so ancient that only an artisan of a Master's knowledge could hope to maintain them without causing harm to himself and anyone else in proximity. If the need is great, a Master of the Forge will take up such a weapon and unleash the fury of Mankind's lost technological might upon the foe.



| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Master of the Forge | 4 | 5 | 4 | 4 | 2 | 4 | 2 | 10 | 2+ |

## SPECIAL RULES
**And They Shall Know No Fear, Combat Tactics, Independent Character.**

**Blessing of the Omnissiah, Bolster Defences:** See opposite page.

## WARGEAR
**Servo-arm, Servo-harness:** See opposite page.

**Conversion Beamer:** Incredibly rare pre-Heresy artefacts, conversion beam projectors fire a beam that induces a controlled subatomic reaction in the target, converting its mass into energy. The further away the target, the more deadly the blast, as the beam has time to grow in power.

A shot from a conversion beamer has a different profile depending on how far the target is from the firer. When firing the conversion beamer, measure the distance to the target and place the blast template. Once the final location of a conversion beamer's template has been placed (after scatter) measure to the centre of the blast marker and consult the chart below to determine the effect.

| Range | Strength | AP | Type |
|---|---|---|---|
| up to 18" | 6 | - | Heavy 1, Blast |
| 18" to 42" | 8 | 4 | Heavy 1, Blast |
| 42" to 72" | 10 | 1 | Heavy 1, Blast |
| over 72" | Miss! | n/a | n/a |

GW0011383

# TECHMARINE

Ancient pacts sworn between the Adeptus Mechanicus and the Adeptus Astartes allow the Space Marines to send those warriors with an affinity for technology to Mars to train and begin the long, arduous journey of becoming a priest of the Machine God. Without the passing on of such ancient lore, the Space Marines would be unable to make war.

Aspiring Techmarines train for many years on Mars, steeping themselves in rites of activation and hymnals of maintenance; how to call forth a machine spirit or placate its wrath. Techmarines return to their Chapter as aloof and mysterious figures steeped in superstitious awe. From that point forth they are men of dual loyalties, pledged by blood to their Chapter, but bound in mind and spirit to the mysteries of the Mechanicus Omnissiah. This dichotomy ensures that a Techmarine is never again truly trusted by his brothers and is kept at arms length from the Chapter's secrets and rituals.

Despite this suspicion, Techmarines are held in great esteem by their Battle-Brothers who recognise and acknowledge the Techmarines' expertise in the mysterious sciences. A Space Marine Chapter would be of little consequence without its many technological tools, and its ancient weapons must be kept in a constant state of readiness – without the Techmarines this would be impossible. Despite their arcane calling, they are warriors first and foremost. Should a vehicle or artefact of technology be lost, the Techmarines will fight for its retrieval as stridently as their brethren would fight to recover a fallen comrade; perhaps, as some suggest, harder

|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Techmarine | 4 | 4 | 4 | 4 | 1 | 4 | 1 | 8 | 2+ |

## SPECIAL RULES
**Independent Character, Combat Tactics, And They Shall Know No Fear.**

**Blessing of the Omnissiah:** If a Techmarine is in base contact with a damaged vehicle during the Shooting phase, he can attempt to repair it instead of firing. Roll a D6 and add the following modifiers:

| Each Servitor with a servo-arm in the unit | +1 |
| The Techmarine has a servo-harness | +1 |

If the result is 5 or more, then either a Weapon Destroyed result or Immobilised result (owning player's choice) will be repaired. If a Weapon Destroyed result is repaired, that weapon can be fired in the following Shooting phase. The Techmarine cannot repair if gone to ground or falling back.

"Thus do we invoke the Machine God.
Thus do we make whole that which was sundered."

From the Hymn of Reforging

**Bolster Defences:** Techmarines can increase the effectiveness of cover, reinforcing crumbling walls and re-welding badly-damaged spars. Each Techmarine can bolster a single ruin before the game begins. When you deploy, nominate one ruin in your deployment area for your Techmarine to bolster. The ruin's cover save is increased by one for the duration of the game. For example, a normal ruin (4+ save) so reinforced would offer a 3+ cover save. A ruin can only be bolstered once.

## WARGEAR
**Servo-arm:** Techmarines and Servitors are equipped with powerful servo-arms that can be used for battlefield repairs or even put to use as a weapon. Each Servo-arm grants the model a single extra close combat attack, made seperately at Initiative 1 and Strength 8, ignoring Armour Saves.

**Servo-harness:** A servo-harness gives the Techmarine an extra servo-arm (giving him two servo-arm attacks), a plasma cutter (fired in the Shooting phase as a twin-linked plasma pistol, but cannot be used in close combat) and a flamer. In the shooting phase the Techmarine can fire both harness-mounted weapons, or one harness mount and another gun.



GW0011384

# ORTAN CASSIUS
## ULTRAMARINES CHAPLAIN, MASTER OF SANCTITY

Chaplain Cassius is the oldest active member of the Ultramarines Chapter. What little of his skin can be seen amid the life-sustaining bionics is gnarled and battle-scarred, and his one good eye burns with unfulfilled vengeance. Though Cassius is close on four centuries of age, his arm remains strong, his aim remains true and his sturdy presence within the Ultramarines battlelines fills the hearts of his younger brethren with pride and valour. His impassioned words have carried the Ultramarines forward into battle on a thousand, thousand worlds, firing his Battle-Brothers with his own deeply-held passion and belief.

Cassius can recall tales of the first Tyrannic War when he fought alongside Marneus Calgar (always "young Calgar" to Cassius) to purge Ultramar of the horrific denizens of Hive Fleet Behemoth. In the final stages of the war, Cassius accompanied the attempt to rescue the doomed 1st Company at the polar fortress of Macragge. At great cost of life the Tyranid invaders were hunted down and exterminated, though it was too late for the Veterans of the 1st Company who had long since laid down their lives for their brethren. Few of Cassius' companions emerged unscathed from the terrible close quarters fighting, and the Chaplain himself was laid low by a rampaging Carnifex, sustained only by a formidable strength of will until the chapter's Apothecaries could tend his ruined body.

After a long convalescence, during which much of his shattered form was rebuilt with bionics, Cassius returned to his duties, filled with new fire and purpose. The ancient Chaplain had been blessed with revelation as he lay dying in the ichor-stained ice. He believed that the Tyranid menace was no mere physical threat. The aliens were Mankind's rightful punishment for their lack of vigilance, and in Cassius' eyes there was no greater calling than to purge them from the galaxy.

To this end, the grizzled Chaplain petitioned Lord Macragge for the authority to forge a new body of Ultramarines, chosen from the survivors of the Tyrannic wars. Cassius believed that only these Space Marines, men who had been tested as he had, could truly understand the threat posed by the Tyranids.

Though secretly thoughtful of the strength of Cassius' newfound fervour, Calgar acceded to the request. The Chapter Master's sanction given, Cassius pulled together his corps of Tyrannic War Veterans. Though Cassius' recruits were initially few in number, each fresh clash with the Tyranid Hive Fleets provides new followers to his cause.

As the movement has grown, Cassius has become ever more withdrawn and his followers an ever more influential faction within the Ultramarines. Though this is perhaps a minor deviation from the Codex Astartes, Lord Macragge tolerates his mentor's divergence. Calgar knows that there shall yet be another reckoning between the Ultramarines and the Tyranids, and that Cassius' followers may then be the key to final victory.

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Ortan Cassius | 5 | 4 | 4 | 6 | 2 | 4 | 2 | 10 | 3+ |

### SPECIAL RULES
Combat Tactics, Feel No Pain, Independent Character.

Honour of the Chapter, Liturgies of Battle:
See page 58 for details.

### WARGEAR
Infernus: This is a master-crafted combi-flamer, lovingly crafted and modified by Cassius himself. Note that the boltgun is loaded with hellfire rounds and will therefore wound any model on a 2+.

"The blasphemy of the Tyranids is such that only one solution is acceptable. Extermination. There can only be two sides in such a fight – choose carefully, lest you and I find ourselves on different sides."

Chaplain Cassius
Ultramarines Master of Sanctity



GW0011386

## Storm Shield

A storm shield is a solid shield that has an energy field generator built into it. The energy field is capable of deflecting almost any attack, even blows from lascannons and power weapons.

A model with storm shield has a 3+ invulnerable save. A model equipped with a storm shield can never claim the +1 Attack bonus for being armed with two close combat weapons in an assault.

## Teleport Homer

Teleport homers emit a powerful signal enabling Space Marine Strike Cruisers to lock on to them with their teleportation equipment. By utilising this signal, the risk of missing the intended mark is greatly reduced, as are the dangers of more serious accidents. If Terminators wish to teleport onto the battlefield via deep strike and choose to do so within 6" of a model carrying the homer, then they won't scatter. Note that the teleport homer only works for units that are teleporting, not for units entering play using jump packs, drop pods or other means of transport. Also note that the homer must already be on the table at the start of the turn for it to be used.



"Do not forsake your sidearm. It is the deliverer of wrath and a constant companion in a life of unending battle."

GW0011388

# Exhibit

# 109



Log in / Register | Help

Basket (0 products £0.00) | Checkout

Search our products | Go

New Stuff    Warhammer 40,000    Warhammer Forge    Aeronautica Imperialis    Epic 40,000    Battlefleet Gothic    Modelling Supplies          Designers    Events

Forge World – VALTHEX ASTRAL CLAWS MASTER OF THE FORGE                                   8/13/12 11:11 PM

Home • Warhammer 40,000 • Space Marines • Space Marine Infantry and Accessories • VALTHEX ASTRAL CLAWS MASTER OF THE FORGE

**VALTHEX ASTRAL CLAWS MASTER OF THE FORGE (PRODUCT CODE : 99550101229)**








Known as the Alchemancer, and a figure of key importance to the Astral Claws, Armenneus Valthex is both Lugft Huron's personal armourer and the Chapter's Master of the Forge. One of the greatest living experts on the many techno-arcana of the Adeptus Mechanicus, Valthex's symbol of office is an ancient device known as the Indynabula Array, to which he has added a powerful conversion-beam projector of his own construction. Multi-part resin model designed by Mark Bedford.

**£18.00**

Qty 1

BUY NOW

Add to wishlist

Tell a friend

SHARE

**RECOMMENDED PRODUCTS**

**MAGISTER SEVRIN LOTH CHIEF LIBRARIAN OF THE RED SCORPIONS WITH HONOUR GUARD**



99590101188

**£37.00**          Qty 1          BUY NOW

**ASTRAL CLAWS TRANSFER SHEET**



99510101123

**£9.50**          Qty 1          BUY NOW

   

BLACK LIBRARY

**REGIONAL FREQUENTLY ASKED QUESTIONS**



Contact us on **0115 9168177** from the UK, for more contact details click **here**

Copyright © Games Workshop Limited 2000-2012. All Rights Reserved. Games Workshop, the Games Workshop logo, the Forge World, Warhammer and the Warhammer 40,000 device are either ®, TM and/or © Games Workshop Ltd 2000-2012, variably registered in the UK and other countries around the world. All Rights Reserved. Games Workshop Ltd, Willow Road, Lenton, Nottingham, NG7 2WS. Registered in England and Wales - Company No. 01467092. VAT No. GB 580853421

# Exhibit

# 110.



"Speed the bolt that brings the end of our enemies"

**ASSAULT CANNON**
High capacity, fast-change ammunition hopper.
Barrels last 50,000 firings.

Autosense sighting link

Ceramite alloy barrels

Integrated ammunition trigger

Recoil compensator

**BOLTGUN**
Astartes MK IIIa: Godwyn pattern

6-10 round sickle magazine

The bolter is the instrument of the Emperor's will. It roars with his voice, bringing vengeance upon the unclean and the heretic.

**BOLT PISTOL**
Standard issue to all Brethren

Do not forsake your sidearm. It is an extension of your faith and the deliverer of the Lion's wrath.

**CHAIN SWORD**
MK Xf 'Hell's Teeth'

The chainsword is the will of the righteous made manifest.

**FRAG AND KRAK GRENADES**
Astartes issue

"The mightiest man may be felled by a single shot. Seek always to improve the odds."

**COMBI-WEAPON**
Underslung plasma gun; Single core containment

Emergency venting

Dual state trigger

Photonic hydrogen ammunition

**HEAVY BOLTER**
Astartes MK IVs

The heavy bolter sings a chorus of praise in the Emperor's name, bringing his word to the faithless.

**FLAMER**
MK Xk 'Purifier'

A flamer is more than just a weapon. It is the redeemer of the corrupt and the purifier of the tainted.

ACCESS: All tiers
AUTH: Grand Master of the Arsenal

## FRAG GRENADE

Frag grenades are explosive devices that are hurled at the enemy prior to an assault. The storm of shrapnel from the exploding frag grenades will drive opponents further under cover for a few precious moments, allowing the attackers to close in unmolested. They are standard issue for all Dark Angels Space Marines.

See the Assault Phase chapter of the Warhammer 40,000 rulebook for details of using frag grenades.

## HEAVY BOLTER

Enormous versions of the boltgun, heavy bolters are deadly large weapons that fire fist-sized bolts at the enemy. With a staggering rate of fire and shells even more lethal than the standard boltgun, heavy bolters put the fear of the Emperor into enemy infantry.

| Range | Strength | AP | Type |
|-------|----------|----|----|
| 36" | 5 | 4 | Heavy 3 |

49