# Exhibit

# 111.



Customer Service  1-800-394-4263  Welcome! | Sign In | Why Register?

0 item(s) @ $0.00

| Community & Events | Virtual Gift Vouchers | Store Finder | White Dwarf | Find a Gift List | Warhammer 40,000 Guide |

Product Search

- Follow us on Twitter
- Follow us on Facebook
- Bookmark & Share
- Subscribe to What's New Today
- Print
- Email to a Friend

Space Marine Sternguard Veteran with Combi Weapon

# Space Marine Sternguard Veteran with Combi Weapon

Tweet   Like 1



### Have you got?





$13.25

**Space Marine Sternguard Veteran with Boltgun 2**



$45.00   add to cart

**Space Marine Sternguard Veteran Squad**

### Related Articles

- Space Marine: Heroes of the Adeptus Astartes

 

**Space Marine Sternguard Veteran with Combi Weapon**

Sternguard veterans deploy wherever the battleline is most vulnerable, facing down the most impossible odds with icy calm and precise bursts of bolter fire. They are the very image of what every Space Marine aspires to become, and the pinnacle of any Chapter's fighting force.

This blister contains one metal Space Marine Sternguard Veteran with a Combi Weapon, and includes both a combi-plasma gun and a combi-meltagun. Model supplied with a 25mm round base.

**Availability:** No Longer Available
**Part Code:** 99060101412

**Price:** $13.25
Quantity: 1

With this box set you can make the following:

**Sternguard Veteran Squad**

| WS | BS | S | T | W | I | A | Ld | Sv |

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Space Marine Sergeant | 4 | 4 | 4 | 4 | 1 | 4 | 2 | 9 | 3+ |
| Veteran | 4 | 4 | 4 | 4 | 1 | 4 | 2 | 9 | 3+ |

**Unit Composition:** 1 Space Marine Sergeant; 4-9 Veterans

**Unit Type:** Infantry

**War Gear:** Power armour; Boltgun; Bolt pistol; Special issue ammunition; Frag and krak grenades

**Transport:** May select a Drop Pod, Rhino or a Razorback.

Carry Our Products   Real Estate   Privacy Policy   Legal   About Us   Black Library   Forge World   Investor Relations   Careers   Site Map   Contact Us

Country Select

Copyright   © Games Workshop Limited 2000-2012   © New Line Productions Inc   © The Saul Zaentz Company d/b/a Middle-earth Enterprises   All rights reserved to their respective owners.

# Exhibit

# 112.

## Our Store

**Infantry and Shoulder Pad Bits compatible with Space Marine® models**
- Black Templars compatible Shoulder Pads
- Blank shoulder pads
- Blood Raven compatible Shoulder Pads
- Celestial Lions compatible Shoulder Pads
- Dark Angel, Death Watch or Inquisition compatible Shoulder Pads
- Exorcist compatible Shoulder Pads
- Fleshtearers compatible Shoulder Pads
- Generic bits and Shoulder Pads for 28mm models
- Heresy Era Player Components
- Howling Griffons compatible Shoulder Pads
- Imperial Fist compatible Shoulder Pads
- Iron Hands compatible Shoulder Pads
- Iron Snakes compatible Shoulder Pads
- Legion of the Damned compatible Shoulder Pads
- Luna Wolves or Star Fox compatible Shoulder Pads
- Mantis Warriors compatible Shoulder Pads
- Numbered and Squad Symbols
- Salamanders or Dragons compatible Shoulder Pads
- Soul Drinkers compatible Shoulder Pads
- Space Wolf compatible Shoulder Pads
- Storm or Combat Shields
- Studded Shoulder Pads
- Thousand Sons compatible Pre-Heresy Shoulder Pads

**Heads compatible with Space Marines®**
**28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models**
**Vehicle Replacement Part Kits that fit on Games Workshop Models**
**Bits/Conversion kits compatible with Eldar armies**
**Bits/Conversion kits compatible with Tyranids**
**Bits/Conversions for 28mm for imperial guard**
**Super Heavy Vehicle Kits**

List All Products

Product Search


View Full-Size Image

# Gun-Halberd Weapon (5)

Price: **$6.00**

Ask a question about this product

The Gun-Halberd is a weapon of skill and power. The power-spear incorporates a long range Bolter to allow a ranged attack as well as a close combat attack. This kit can also be used as nemesis force weapons for grey knight models.

The dimensions of each spear 65mm long and 20 mm at the widest point.

Each set consist of 5 resin Bolter-Spears.

Sculpted and Designed by Stephen Smith.

**Availability**

Usually ships in:

**3-5 Days**



Quantity: 1    Add to Cart

**Customer Reviews:**

There are yet no reviews for this product.
Please log in to write a review.

more categories


Black Templars compatible Shoulder Pads


Blank shoulder pads


Blood Raven compatible Shoulder Pads


Celestial Lions compatible Shoulder Pads









CHS00001027

# Exhibit

# 113.


## Our Store

**Infantry and Shoulder Pad Bits compatible with Space Marine® models**

- Black Templars compatible Shoulder Pads
- Blank shoulder pads
- Blood Raven compatible Shoulder Pads
- Celestial Lions compatible Shoulder Pads
- Dark Angel, Death Watch or Inquisition compatible Shoulder Pads
- Exorcist compatible Shoulder Pads
- Fleshtearers compatible Shoulder Pads
- Generic bits and Shoulder Pads for 28mm models
- Heresy Era Player Components
- Howling Griffons compatible Shoulder Pads
- Imperial Fist compatible Shoulder Pads
- Iron Hands compatible Shoulder Pads
- Iron Snakes compatible Shoulder Pads
- Legion of the Damned compatible Shoulder Pads
- Luna Wolves or Star Fox compatible Shoulder Pads
- Mantis Warriors compatible Shoulder Pads
- Numbered and Squad Symbols
- Salamanders or Dragons compatible Shoulder Pads
- Soul Drinkers compatible Shoulder Pads
- Space Wolf compatible Shoulder Pads
- Storm or Combat Shields
- Studded Shoulder Pads
- Thousand Sons compatible Pre-Heresy Shoulder Pads

**Heads compatible with Space Marines®**

**28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models**

**Vehicle Replacement Part Kits that fit on Games Workshop Models**

**Bits/Conversion kits compatible with Eldar armies**

**Bits/Conversion kits compatible with Tyranids**

**Bits/Conversions for 28mm for imperial guard**

**Super Heavy Vehicle Kits**

List All Products

Product Search

### Conversion Beamer Servo Harness Kit for Space Marine Model

View Full-Size Image

**Price:** $10.00

Ask a question about this product

This resin kit sculpted and designed by Stephen Smith consist of 5 resin components. The kit fits on a standard Games Workshop Space Marine model. The design of the servo-backpack and conversion beamer weapon allow the model to hold the weapon under-slung on either arm.

**Availability**

**Usually ships in:**

**14 Days**
★★☆☆☆

Quantity: 1    Add to Cart

**Customer Reviews:**

darksidemonkey  (Saturday, 30 July 2011)
Rating: ★★★★★

This is a great buy for the servo arm and techmarine pack alone. The conversion beamer is very well done and I am looking to incorporate some of these into a pre-heresy army. No casting flaws and no shift along the parting line. Great product guys.

### Recently Viewed Products

Tactical Rhino Doors with Skulls Kit (Category: Generic Vehicle Kits)
Starburst Shoulder Pad for 28mm Marines - Power Armor (Category: Thousand Sons compatible Pre-Heresy Shoulder Pads)
Doomseer Iyanar-Duanna (Category: Bits/Conversion kits compatible with Eldar armies)
more categories



Black Templars


Blank shoulder pads


Blood Raven compatible


Celestial Lions compatible Shoulder

CHS00000295

# Exhibit

# 114.

## Our Store

- Infantry and Shoulder Pad Bits compatible with Space Marine® models
- Heads compatible with Space Marines®
- 28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models
- Vehicle Replacement Part Kits that fit on Games Workshop Models
- Bits/Conversion kits compatible with Eldar armies
- Bits/Conversion kits compatible with Tyranids
- Bits/Conversions for 28mm for imperial guard
- Super Heavy Vehicle Kits

List All Products

Product Search
[ ] Search

Advanced Search

Username
Password
Remember me ☑
Login

Lost Password?
Forgot your username?
No account yet? Register

We accept Paypal!



View Full-Size Image

## Combi Weapon Magnetic Kit

Price: **$5.00**

Ask a question about this product

This Chapterhouse Studios sculpted kit consist of one bolter combination or combi-weapon body, one flamer attachment, one grenade launcher attachment, one plasma gun attachment and one melta gun attachment. We also include 5 rare-earth magnets that fit in the pre-drilled holes on each attachment (the holes and Magnets are 1/16th inch, please note that due to the casting process, these holes sometimes do not fully form on the Bolter.)

This is a pewter kit that allows you to switch out your special weapon choices anytime you want. The magnet has the strength to keep the attachments from falling off with pretty heavy handling. Coupled with our unique fitting design, there is little chance of losing the attachments when on the mini.

Scaled for 28mm models.

This is a pewter kit.

Infantry Model shown below for scale purposes is produced solely by Games Workshop PLC and used for scale purposes only.

**Availability**

Usually ships in:

**2-3 Days**
★★★★☆

Quantity: [1]   Add to Cart

**Customer Reviews:**

darksidemonkey  (Saturday, 30 July 2011)
Rating: ★★★★★

Very nice casting. The parts required little clean up and the combi parts meshed very well. All the holes were open on my set and the small magnets provided work perfectly.

### Recently Viewed Products

Salamander or Dragon Head Bit for 28mm marine (Category: Heads compatible with Space Marines®)
Dragon Door Kit (fits on Space Marine® Rhino) (Category: Dragon or Salamander Vehicle Kits)

# Exhibit

# 115.

Highly Confidential - Filed Under Seal

# Exhibit

# 116.

# TROOPS

The Grey Hunters and Blood Claws are the real backbone of a Space Wolves force, and a unit of each is a good start when collecting an army. Like all Space Marines they are highly skilled and difficult to take down. To enhance this, it's best to take them in large units, where their numbers increase their chances of survival.


*Grey Hunters pack*


*Blood Claws pack*


*The ubiquitous Rhino armoured personnel carrier.*

# FAST ATTACK & HEAVY SUPPORT


*Long Fangs*


*Leman Russ 'Exterminator'*


*Blood Claws bike pack*

The fast and long-ranged units of the Space Wolves are best used to back up the infantry squads. Bikes can make rapid attacks along the flank, while Long Fangs provide heavy firepower or tank-busting support. The Space Wolves are the only Chapter to use a Leman Russ battle tank, the mobile and deadly 'Exterminator' variant. The Exterminator is perfect for cutting through enemy light vehicle and infantry squads.

19

# Exhibit

# 117



Customer Service  1-800-394-4263  Welcome!  Sign In  Why Register?

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Find a Gift List   Warhammer 40,000 Guide

Product Search

Categories
- Getting Started
- Warhammer 40,000 Advance Orders
- Warhammer 40,000 New Releases
- Warhammer 40,000: Assault on Black Reach
- Warhammer 40,000 Essentials
- Warhammer 40,000 Armies
- Blood Angels
- Chaos Daemons
- Chaos Space Marines
- Dark Eldar
- Eldar
- Grey Knights
- Imperial Guard
- Necrons
- Orks
- Sisters of Battle
- Space Marines
- Space Wolves
- Getting Started
- Army Essentials
- HQ
- Elites
- Troops
- Dedicated Transports
- Fast Attack
- Heavy Support
- Bitz
- Novels
- Space Wolves Articles
- Tau Empire
- Tyranids
- Warhammer 40,000 Expansions
- Warhammer 40,000 Citadel Finecast
- Warhammer 40,000 Scenery
- Warhammer 40,000 Bitz
- Warhammer 40,000 Collectors
- Warhammer 40,000 Books
- Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

Warhammer 40,000 > Warhammer 40,000 Armies > Space Wolves > Elites
Space Wolves Wolf Guard Terminators

# Space Wolves Wolf Guard Terminators

Tweet   Like 135   ADD TO CART



   

**Space Wolves Wolf Guard Terminators**

The Wolf Guard are the hand-picked battle-brothers that fight alongside each Great Company's Wolf Lord. Each has earned his place through some heroic feat of arms. Wolf Guard Terminators are a brotherhood of hulking, nigh-invulnerable champions, each eager to dispense his own particular brand of death.

This box set contains five multi-part plastic Space Wolves Wolf Guard Terminators. This 100-piece set includes: five different leg variations, five torso variants and 13 different shoulder guard variants, and 13 heads. Also included are: four sets of wolf claws, an assault cannon, four thunder hammers and storm shields, a heavy flamer, five storm bolters, three power fists, two chainfists, a frost axe, and a power sword. Models supplied with 40mm round bases.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99120101079

**Price: $50.00**
Quantity: 1
ADD TO CART
ADD TO GIFT LIST
Bookmark & Share

**Have you got?**


$74.25   add to cart
**Space Marine Land Raider**


$49.50   add to cart
**Canis Wolfborn**

**Related Articles**
- Exclusive Battle Mission: Space Wolves
- Space Wolves - Golden Demon Showcase
- Space Wolves - Sample Armies
- Imperial Guard & Bitz, & basing materials
- Getting Started with Space Wolves
- Saga Of The Great Wolf

With this box set you can make the following:

### Wolf Guard Terminator Pack

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Wolf Guard Terminator | 4 | 4 | 4 | 4 | 1 | 4 | 2 | 9 | 2+ |

**Unit Composition:** 3-10 Wolf Guard
**War Gear:** Terminator armour, Storm bolter, Power weapon

Carry Our Products   Real Estate   Privacy Policy   Legal   About Us   Black Library   Forge World   Investor Relations   Careers   Site Map   Contact Us

Country Select

Copyright   © Games Workshop Limited 2000-2012   © New Line Productions Inc   © The Saul Zaentz Company d/b/a Middle-earth Enterprises   All rights reserved to their respective owners.

# Exhibit

# 118.

# Chapterhouse Studios
### Specializing in Custom Sculpts and Bits for Warhammer 40,000 and Fantasy

| Home | News | About us | Contact | Order Status and Shipping | Customer Comments | Gallery |

## Our Store

- Infantry and Shoulder Pad Bits compatible with Space Marine® models
- Heads compatible with Space Marines®
- 28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models
- Vehicle Replacement Part Kits that fit on Games Workshop Models
  - Dragon or Salamander Vehicle Kits
  - Generic Vehicle Kits
  - *Non- Games Workshop Vehicle accesories for Space Wolf Players*
  - Non-Games Workshop Vehicle accesories for Fleshtearer Players
  - Non-Games Workshop Vehicle accesories for Iron Snake Players
- Bits/Conversion kits compatible with Eldar armies
- Bits/Conversion kits compatible with Tyranids
- Bits/Conversions for 28mm for imperial guard
- Super Heavy Vehicle Kits

List All Products

Product Search
[_____] Search

Advanced Search

Username
[_____]
Password
[_____]
Remember me ☑
[Login]

Lost Password?
Forgot your username?
No account yet? Register

We accept Paypal!
PayPal

## Non- Games Workshop Vehicle accesories for Space Wolf Players

Order by: Product Name

**Wolf Rhino Conversion kit** — $15.00

Average customer rating:
★★★★★ Total votes: 0   Product Details...

Quantity: [1]   Add to Cart

**Wolf Rhino Conversion #2 kit** — $16.50

Average customer rating:
★★★★★ Total votes: 0   Product Details...

Quantity: [1]   Add to Cart

«« Start « Prev 1 Next » End »»
Results 1 - 2 of 2

### Recently Viewed Products

Generic Hammer 2 (Category: 28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models)

Dragon or Salamander Power Fist (Category: 28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models)

Skull or Chaplain Head Bit for Power Armor (Category: Heads compatible with Space Marines®)

Conversion Beamer Servo Harness Kit for Space Marine Model (Category: Infantry and Shoulder Pad Bits compatible with Space Marine® models)

Tactical Rhino Doors with Skulls Kit (Category: Generic Vehicle Kits)

Starburst Shoulder Pad for 28mm Marines - Power Armor (Category: Thousand Sons compatible Pre-Heresy Shoulder Pads)

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.

Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex

# Exhibit

# 119

Highly Confidential - Filed Under Seal

# Exhibit 120

Highly Confidential – Filed Under Seal