IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>           Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br>           Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

**<u>NOTICE OF FILING</u>**

  PLEASE TAKE NOTICE that Exhibits 123 and 124 of Plaintiff Games Workshop's Motion for Summary Judgment, filed August 14, 2012, are video files of Games Workshop events. As they are not capable of being converted to .pdf files, they are unable to be filed electronically in the Court's ECF system. Pursuant to General Order 2011-0024, Section VII(C), a CD containing these two exhibits was filed with the Clerk of the Court and served upon Defendant Chapterhouse Studios LLC.

Dated: August 14, 2012	Respectfully submitted,

/s/ Jason J. Keener

Jason J. Keener (Ill. Bar No. 6280337)
Aaron J. Weinzierl (Ill. Bar No. 6294055)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312.832.4500
Facsimile: 312.832.4700
Email: jkeener@foley.com;
aweinzierl@foley.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
Email: jmoskin@foley.com

*Attorneys for Plaintiff*
*Games Workshop Limited*

**CERTIFICATE OF SERVICE**

I, Jason J. Keener, an attorney, hereby certify that on August 14, 2012, I caused to be filed electronically the foregoing NOTICE OF FILING with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

    /s/ Jason J. Keener
    Jason J. Keener