**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3**
**Eastern Division**

Games Workshop Limited
                                     Plaintiff,

v.                                                       Case No.: 1:10–cv–08103
                                                           Honorable Matthew F. Kennelly

Chapterhouse Studios LLC
                                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, August 20, 2012:

       MINUTE entry before Honorable Matthew F. Kennelly: As the Court advised lead counsel at last week's telephone status hearing, both sides' motions to file certain exhibits under seal will be addressed at tomorrow's hearing. Lead counsel need not attend, but the attorneys who attend must be prepared to discuss why the documents in question should be kept out of the public record. As the Court advised, the fact that during discovery, the parties designated a particular document as confidential or for attorney's eyes only under the protective order is insufficient, without more, to warrant sealing the document from the public record. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.