## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 1:10-cv-8103

GAMES WORKSHOP LIMITED,
v.
CHAPTERHOUSE STUDIOS LLC and
JON PAULSON d/b/a PAULSON GAMES

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHAPTERHOUSE STUDIOS LLC

| | |
|---|---|
| NAME (Type or print) <br> Bryce Cooper | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Bryce Cooper | |
| FIRM <br> Winston & Strawn LLP | |
| STREET ADDRESS <br> 35 West Wacker Drive | |
| CITY/STATE/ZIP <br> Chicago, IL 60601-9703 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6296129 | TELEPHONE NUMBER <br> (312) 558-5600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☐ NO ☑ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☑ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☐ NO ☑ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |