# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 8103 | **DATE** | 8/21/2012 |
| **CASE TITLE** | Games Workshop vs. Chapterhouse | | |

**DOCKET ENTRY TEXT**

Hearing held on motion to file exhibits under seal (217). Motion is granted in part and denied in part. Leave is granted to file redacted versions as set forth in open court. Plaintiff has leave to file complete version under seal.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|