**FILED**
8/29/2012
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

**10-CV-08103**
JUDGE KENNELLY
MAGISTRATE JUDGE GILBERT

# Exhibit 6

## EXHIBIT A to Games Workshop Ltd.'s Answer to Interrogatory No. 1

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| 1 | Eagle Thunder Hammer for Space Marine (12)<br><br>This is a hammer sculpted with a Eagle or Feather theme in mind. It can be used as a power weapon or a thunder hammer. It is well suited as a Imperial Thunder Hammer for 40k or even used in Imperial Fantasy Armies. Customers have also used this for high elf and empire fantasy armies. It is a pewter bit. | Games Workshop sells Thunder Hammers available on its website. http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1400033&rootCatGameStyle=<br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060025&rootCatGameStyle=<br><br>Miniatures designed by Jes Goodwin, Martin Footit and Dave Thomas.<br>The Thunder Hammer is a power weapon used by Space Marines. A power weapon is a close combat weapon such as a hammer or sword with a power generator built into it to produce an additional combat effect.<br><br>p10, Warhammer 40,000 Compilation, 1991<br>p101, Codex Space Marines 2008<br>p45, Index Astartes IV 2004<br><br>40K is the generally accepted abbreviation for Warhammer 40,000. It is registered as a CTM in classes 9, 16 and 28, and in the US in class 28.<br><br>Space Marines use eagles as part of their iconography.<br><br>Space Marine Collector's Guide 2003, page 14<br><br>High Elf and Empire are both Warhammer fantasy armies. |
| 2 | Shoulder Pad w/ Shield & Studs for Space Marine – Tactical (3)<br><br>This is a studded shoulder pad a shield on the side. This is similiar to the Heresy era shoulder pads that early space marines used. This shoulder pad works well with any loyalist or chaos Space Marine® armies, works especially well with black templars. This is a pewter model that fits on tactical Space Marine® models as well as other sci-fi models. | The Heresy era is a period of history in Warhammer 40,000 called the Horus Heresy. It is also a type of Space Marine armour – Mk V Heresy armour.<br><br>Forge World sell Mark V Heresy Space Marines available on its website http://www.forgeworld.co.uk/Warhammer-40000/Space_Marines/Space_Marine-Infantry-Accessories/MK-V-HERESY-ARMOUR.html<br><br>Models designed by Will Hayes and Phil Stutcinskas,<br>Chaos Space Marines are a Warhammer 40,000 army.<br><br>The Black Templars are a Space Marine Chapter. Their Chapter colours are black |

4816-2515-6366.2

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | and white. The Chapter's icon is a black cross with a skull at its centre.<br><br>Index Astartes II 2003, page 45<br>(NH663 / NH672 / Neil Hodgson / 2000)<br><br>Warhammer 40,000 Space Marine Land Speeder 1998, page 5<br>(NH002 / Neil Hodgson / 1998)<br><br>p20 Codex Space Marines 2008<br><br>Cover art, Codex Black Templars 2005<br>This shows a Space Marine shoulder pad with a shield chained across it.<br><br>Tactical refers to a type of Space Marine squad. |
| 3 | Skull or Chaplain Head Bit for Space Marines (23)<br><br>This is a unique sculpt of a skull power armor head for 28 mm scale. Tired of the same old chaplain Space Marine® head, we decided to do our own. Scaled for use with GW power armor figures. | Chaplains are a rank within the Space Marines army. Their iconography heavily features skulls.<br><br>Miniature designed by Juan Diaz Ramos<br><br>This is just one example of a Space Marine Chaplain with skull helmet available on the Games Workshop website:<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1050244&rootCatGameSt yle=<br><br>p6 Codex Space Marines 2004<br>p58 Codex Space Marines 2008<br><br>Power armour refers to the type of armour Space Marines use. |
| 4 | Shoulder Pads for Blood Eagle – Tactical (2)<br><br>This is a shoulder pad with a Eagle or Blood raven on the face, the wings of the bird are surrounding an inverted blood drop or gem. This shoulder pad works well with Blood Raven or Blood Angel themed armies. This is the standard size Space Marine® Tactical Marine shoulder pad cast in pewter. | The Blood Ravens are a Space Marine Chapter for the Dawn of War computer game (produced under licence by THQ) -<br>http://www.dawnofwargame.com/us/game/index/gameId/1<br><br>The Art of Warhammer 40,000 2006, page 71<br>(NH Blood Raven / Neil Hodgson / 2005)<br><br>The Blood Raven's icon is a raven with outstretched wings (like the Aquila, double headed eagle) with a blood drop centred on its torso. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | Forge World sell a Blood Raven decal/transfer sheet on its website: http://www.forgeworld.co.uk/Warhammer-40000/BLOOD-RAVENS-TRANSFER-SHEET.html

Decals are used to decorate Space Marines, including shoulder pads.

(Blood Raven Transfer / Paul Rudge / 2010)
The Blood Angels are a Space Marine Chapter. Their iconography includes blood drops.

(NH Angels Graph Paper/ Neil Hodgson / 2001)
(WE322 Blood Angels Icon / Wayne England / 1995)

Index Astartes II 2002, page 31 |
| 5 | Shoulder Pads for Blood Eagle – Terminator (2)

This is a shoulder pad with a Eagle or Blood raven on the face, the wings of the bird are surrounding an inverted blood drop or gem. This shoulder pad works well with Blood Raven or Blood Angel themed armies. This is the standard size Space Marine® Terminator shoulder pad cast in pewter. | Blood Ravens – see product 4

Terminator refers to a type of Space Marine armour. Games Workshop sells Space Marines in Terminator armour: http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060028

Miniatures designed by Jes Goodwin, Martin Footit and Dave Thomas. |
| 6 | Celestial Lions Left Arm Shoulder Pad Bit - Tactical (2)

This is a Lion Shoulder pad for the left arm, can be used for Celestial Lions or Lions Rampant. This is the standard size Space Marine tactical shoulder pad cast in pewter. | The Celestial Lions is a Space Marine Chapter.

White Dwarf magazine issue 249, page 33
(NH672c celestial lions/ Neil Hodgson / 2000)

The Celestial Lions Chapter symbol is the head of a Lion on a blue or black background.

The Lions Rampant is a fan created Space Marine Chapter.

Tactical – see product 56

This product is designed to be used with other Games Workshop Products and to fit within the Warhammer 40,000 Universe. It is of a size and scale to fit with Games |

4816-2515-6366.2

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | Workshop products. The product description uses Games Workshop terms: Celestial Lions & Tactical. |
| 7 | Celestial Lions Right Arm Shoulder Pad Bit - Tactical (2)<br><br>This is a Lion Shoulder pad for the Right arm, can be used for Celestial Lions or Lions Rampant. This is the standard size Space Marine® tactical shoulder pad cast in pewter. | Celestial Lions/Lions Rampant – See product 6<br><br>Tactical – see product 56<br><br>This product is designed to be used with other Games Workshop Products and to fit within the Warhammer 40,000 Universe. It is of a size and scale to fit with Games Workshop products. The product description uses Games Workshop marks: Celestial Lions & Tactical. |
| 8 | Shoulder Pads for Deathwatch or Dark Angels - Tactical (2)<br><br>This is shoulder pad is sculpted with a number of gothic style icons on the face of the shoulder pad. It would look good in any deathwatch, inquisition or dark angels themed army. This is the standard size space marine® tactical shoulder pad cast in pewter. | The product implicates trademark issues only, not copyright. |
| 9 | Shoulder Pads for Deathwatch or Dark Angels - Terminator (2)<br><br>This is shoulder pad is sculpted with a number of gothic style icons on the face of the shoulder pad. It would look good in any deathwatch, inquisition or dark angels themed army. This is the standard size space marine®terminator shoulder. | The product includes 3 arches: middle arch contains a Long Sword; right arch contains an angel wing - these are Dark Angel icons. The left arch may contain a storm bolter (a type of Space Marine gun).<br><br>The Dark Angels Chapter colours are bone white and green. Their iconography includes images of angel wings, broadswords and figures in hooded cassocks. Triptychs (three panelled artwork) also form a part of their iconography.<br><br>(DG1019_DA_OC / Dave Gallagher / 2006)<br>Triptychs are shown on the central character's belt and also the gun being fired at the bottom of the artwork.<br><br>Death Watch and Inquisition – see product 8 |
| 10 | Power Armour Pad for Exorcist (2)<br><br>This power armor sized shoulder pad has a demon skull sculpted on the front as well as a raised rim with the word "perdition" etched into it. Styled after the Exorcist Space Marine® chapter. Looks good as a pad for Librarians as well. | Games Workshop's Space Marine Chapter is called Exorcists in the plural. Their icon is a skull with horns curving downwards.<br><br>White Dwarf magazine issue 249, page 33<br>(NH672c Exorcists/ Neil Hodgson / 2000)<br><br>Librarian is a rank in the Space Marine army. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| 11 | Terminator pad for Exorcist Space Marine (2)<br><br>This terminator sized shoulder pad has a demon skull sculpted on a pentagram as well as a raised rim with the word "perdition" etched into it. Styled after the Exorcist space marine® chapter. Looks good as a pad for Librarians as well. | Exorcists & Librarians - see product 10 |
| 12 | Sawblade Shoulder Pad & Jewel (1)<br><br>This is a shoulder pad that fits is about the same size a GW shoulder pad. It has a sawblade on it and we also include a seperate jewel drop. This looks great as an evil sun or if you use the jewel drop, looks spectacular for "Fleshtearer" Space Marine® shoulder pads. Supplied in pewter. | The Flesh Tearers are a Space Marine Chapter. Their icon is a circular saw blade with a blood drop in the centre. The Chapter's colours are black and red.<br><br>Index Astartes II, page 49<br>(NH672c Flesh Tearers/ Neil Hodgson / 2000)<br><br>Games Workshop sells Flesh Tearers shoulder pads - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod550012a&rootCatGameStyle=<br><br>The Orks are a Warhammer 40,000 race. Evil Sun(z) is an Ork clan. Their icon is a circle with 'sun rays' extending outwards.<br><br>Codex Orks 1994, page 36<br>(WE258C Ork Evil Sunz Icon/ Wayne England / 1994) |
| 13 | Terminator Shoulder Pad for Flesh Tearers (2)<br><br>This is a shoulder pad that fits is about the same size a GW terminator shoulder pad. It has a stone sawblade on it adorned with a jeweled drop and 2 smaller drops in the corner. This pad looks spectacular on "Fleshtearer" Space Marines®. | Flesh Tearers - see product 12<br><br>Terminator – see product 5 |
| 14 | Howling Griffon Shoulder Pads for Space Marines (2)<br><br>If you are searching for Howling Griffon shoulder pads, you have come to the right website. These work perfectly for Howling Griffons space marines or any other chapters that use Griffons as their chapter symbol. This fits standard space marine® armored shoulders and should fit in with any standard space marine® model shoulder pads. | The Howling Griffons are a Space Marine Chapter. Their icon is a griffon and their Chapter colours are red and yellow.<br><br>The Art of Warhammer 40,000 2006, page 71<br>(NH Howling Griffon / Neil Hodgson / 2005) |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | This is a single shoulder pad - quality cast in pewter. | |
| 15 | Shoulder Pads for Imperial Fist – Tactical Marines (2)<br><br>This is a shoulder pad with mailed fist on it, the fist has a wreath of flame or leaves along the top. This shoulder pad works well with any loyalist or Imperial Fist (Crimson Fist) or second founding space marine® chapter. This shoulder pad would look especially good on Imperial Fist Space Marines®. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models. | The product implicates trademark issues only, not copyright. |
| 16 | Shoulder Pad for Imperial Fist – Terminator Marine (2)<br><br>This is a shoulder pad with mailed fist on it, the fist has a wreath of flame or leaves along the top. This shoulder pad works well with any loyalist or Imperial Fist (Crimson Fist) or second founding space marine® chapter. This shoulder pad would look especially good on Imperial Fist Space Marines®. This is a pewter model that fits on terminator space marine® models as well as other sci-fi models. | The product implicates trademark issues only, not copyright. |
| 17 | Shoulder Pads for Serpent or Iron Snakes - Tactical (2)<br><br>This is a Serpent or snake in a Greek style, the edges of the pads have chains on them. This is the standard size space marine® tactical shoulder pad cast in pewter. This shoulder pad fits well with any greek, serpent or iron snakes themed army. | The Iron Snakes are a Space Marine Chapter used in the Games Workshop Black Library novels. http://www.blacklibrary.com/<br><br>The Art of Warhammer 40,000 2006, page 70<br><br>(NH Iron Snakes / Neil Hodgson / 2005)<br><br>(CL Bro of Snake / Clint Langley / Black Library / 2007)<br><br>The Iron Snakes icon is a snake facing left with its mouth open and its body arched. |
| 18 | Shoulder Pads for Serpent or Iron Snakes - Terminator (2)<br><br>This is a Serpent or snake in a Greek style, the edges of the pads have chains on them. This is the standard size space marine® terminator shoulder pad cast in pewter. This shoulder pad fits well with any greek, | Iron Snakes – see product 17<br><br>Terminator – see product 5 |

4816-2515-6366.2

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
|  | serpent or iron snakes themed army. This pad is meant for the right arm.<br><br>There are two variants of this pad that ship out, on with a scroll and another with a tooth (not available for individual order). |  |
| 19 | **Shoulder Pad w/ Studs and Skull for Space Marine - Tactical (2)**<br><br>This is a shoulder pad with a skull on it, the rest f the shoulder pad has armored studs. This shoulder pad works well with any loyalist or chaos space marine® army. Would work great for legion of the damned marines. This could also be a chapter icon for the left shoulder. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models. | The shoulder pad shown is based on Mk V Heresy armour – see product 2<br><br>Loyalist – see product 15<br><br>Chaos Space Marine – see product 2<br><br>The Legion of the Damned is a Space Marine Chapter.<br><br>How to paint Space Marines 2004, page 85<br>(NH Legion of the Damned/ Neil Hodgson / 2005)<br><br>Their armour colour is black. They use the skull emblem on their shoulderpads.<br><br>Games Workshop sells Legion of the Damned models on its website - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod380007a&rootCatGameStyle=<br><br>Tactical – see product 56<br><br>Miniatures designed by Juan Diaz Ramos. |
| 20 | **Shoulder Pad w/ Skull and Flames for Space Marines - Tactical (2)**<br><br>This is a shoulder pad with Skull on it, the skull has flames coming out of the top. This shoulder pad works well with any loyalist or chaos space marine® army. This shoulder pad would look especially good on legion of the damned armies. This could also be a chapter icon for the left shoulder. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models. | Space Marines show their Chapter icon on their left shoulder.<br><br>Warhammer 40,000 Chaos Space Marines 2007, page 21<br>(NH CH_Sanct / Neil Hodgson / 2007)<br><br>The Sanctified is a Chaos Space Marine Legion. It has a flaming skull as its icon.<br><br>Loyalist – see product 15<br><br>Chaos Space Marine – see product 2 |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | Legion of the Damned - see product 19<br><br>Tactical – see product 56 |
| 21 | Shoulder Pad Star Fox / Luna Wolves Tactical (2) | There are no IP issues with this product other than the shape/design of the underlying shoulder pad. |
| 22 | Shoulder Pad Star Fox / Luna Wolves Terminator (2) | There are no IP issues with this product other than the shape/design of the underlying shoulder pad. |
| 23 | Shoulder Pads for Chalice or Soul Drinker - Tactical (2)<br><br>This is a shoulder pad with a grail or chalice sculpet on the face, the upper ridge has a raised face with details sculpted along the edge. This shoulder pad works well with Soul Drinker themed armies. This is the standard size space marine® tactical shoulder pad cast in pewter. | The Soul Drinkers are a Space Marine Chapter used in the Games Workshop Black Library novels. http://www.blacklibrary.com.<br><br>Soul Drinkers 2002, front cover<br>(PAS030C Soul Drinker / Adrian Smith / Black Library / 2002)<br><br>The Soul Drinkers Chapter colour is purple and their icon is a gold chalice with spikes rising up from the bowl of the cup.<br><br>Tactical – see product 56 |
| 24 | Shoulder Pads for Chalice or Soul Drinker - Terminator (2)<br><br>This is a shoulder pad with a grail or chalice sculpet on the face, the upper ridge has a raised face with details sculpted along the edge. This shoulder pad works well with Soul Drinker themed armies. This is the standard size space marine® terminator shoulder pad cast in pewter. | Soul Drinkers – see product 23<br><br>Terminator – see product 5 |
| 25 | Dragon or Salamander Icon Shoulder Pad Bit - Tactical (2)<br><br>This is a Dragon or Salamander flat icon on a scaled background. This is the standard size space marine® tactical shoulder pad cast in pewter. | The product implicates trademark issues only, not copyright. |
| 26 | Dragon or Salamander Icon Shoulder Pad - Terminator (2)<br><br>This is a Dragon or Salamander Skull on a scaled background. This is the standard size space marine® terminator shoulder pad cast in pewter. This sculpt to be used as a right arm pad. | The product implicates trademark issues only, not copyright. |

4816-2515-6366.2

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| 27 | Dragon or Salamander Power Fist (2)<br><br>A left arm that can be used as a power fist or lightning claw on regular infantry size miniatures, works well on terminator or power armor. There are scales sculpted onto the forearm. | Salamanders – see product 25<br><br>A power fist is a Space Marine weapon. Forge World sells a power fist as part of this pack - http://www.forgeworld.co.uk/Warhammer-40000/SPACE-MARINE-CHARACTER-CONVERSION-SET.html<br><br>Model designed by Phil Stutcinskas,<br><br>A lightning claw is a Space Marine weapon. Games Workshop sells lightning claws on its website – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1400026&rootCatGameStyle=<br><br>Miniatures designed by Jes Goodwin.<br><br>Terminator – see product 5<br><br>Cover art, Warhammer 40,000 – Codex Imperialis 1993<br><br>Raised power fist<br><br>Power armour – see product 3 |
| 28 | Dragon or Salamander Storm Shield Diamond Scales (2)<br><br>A high detail shield based on dragon theme, useful on high elf or emperor fantasy models as well as dragon or salamanders space marine models.<br><br>The front of this shield has dragon skull on the top and diamond scales sculpted onto the front, the rear of the shield has a hand hold that enables power armor marines to hold the shield (not shown in photo). It is designed to be modeled on either power armor marines or terminators. This highly detailed bit is cast in PEWTER. | The product implicates trademark issues only, not copyright |
| 29 | Dragon or Salamander Storm Shield - Smooth no skull (2)<br><br>A high detail shield based on dragon theme, useful on high elf or emperor fantasy models as well as dragon or salamanders space | The product implicates trademark issues only, not copyright |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
|  | marine® models.<br><br>The front of this shield has dragon head and scales sculpted onto it, the rear of the shield has a hand hold that enables power armor marines to hold the shield (not shown in photo). It is designed to be modeled on either power armor marines or terminators. This highly detailed bit is cast in PEWTER. |  |
| 30 | Dragon or Salamander Storm Shield - Smooth w/ skull (2)<br><br>A high detail shield based on dragon theme, useful on high elf or emperor fantasy models as well as dragon or salamanders space marine® models.<br><br>The front of this shield has dragon head and scales sculpted onto it as well as as skulls, the rear of the shield has a hand hold that enables power armor marines to hold the shield (not shown in photo). It is designed to be modeled on either power armor marines or terminators. This highly detailed bit is cast in white metal | The product implicates trademark issues only, not copyright |
| 31 | Dragon or Salamander Thunder Hammer (2)<br><br>This is a hammer sculpted with a dragon or salamander theme in mind. It can be used as a power weapon or a thunder hammer. It can be used for dragon or salamander space marine® armies. Customers have also used this for high elf and empire fantasy armies. It is a pewter bit. | Thunder hammer – see product 1<br><br>Power weapon – see product 1<br><br>Salamanders – see product 25<br><br>High Elf and Empire – see product 1 |
| 32 | Salamander, Alpha Legion or Dragon Conversion Kit for Land Raider (1)<br><br>Our Flagship covnersion kit for landraider tanks, its composed of 9 resin components and 4 pewter components. Included in this package are 2 Front side armor panels, 2 Rear side armor panels, 2 front track guards, 2 dragon head lascannon sponson covers, 1 dragon head Heavy Bolter/Assault Cannon cover and 2 Pewter Braziers. | The product implicates trademark issues only, not copyright. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| 33 | Vehicle Icons for Flesh Tearers (2)<br><br>This kit consist of 7 pairs of sawblade/drops cast in resin.<br><br>Large icons measure 31 mm diameter (good for Land Raiders or Rhino top hatches)<br><br>Two medium icons measure 23.5 mm diameter (good for Rhino fronts and Land Raider side doors)<br><br>Four small icons measure 16 mm diameter (droppods, dreadnoughts, landspeeders, etc). | Flesh Tearers – see product 12<br><br>Rhinos, Land Raiders, Drop pods and Land Speeders are Space Marine vehicles.<br><br>A Dreadnought is a type of Space Marine. Games Workshop sells Dreadnoughts - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1080088&rootCatGameStyle=<br><br>Miniature designed by Jes Goodwin. |
| 34 | Combi Weapon Magnetic Kit (1)<br><br>This kit consist of one bolter combi-weapon body, one combi flamer attachment, one grenade launcher attachment, one combi plasma gun attachment and one combi melta gun attachment. We also include 5 rare-earth magnets that fit in the pre-drilled holes on the main body and on each attachment.<br><br>This is a pewter kit that allows you to switch out your special weapon choices anytime you want. The magnet has the strength to keep the attachments from falling off with pretty heavy handling. Coupled with our unique fitting design, there is little chance of losing the attachments when on the mini.<br><br>This is a pewter kit, see our pictures for size detail<br><br>One of the first projects I had in mind were completely interchangeable combi-weapons. If you are anything like me, you magnetize your army to save money and headaches.<br><br>One of the best options out there for imperial armies is combi-weapons. Alas, combi-weapons are very rare in any plastic form, and the ones you do see go for thier weight in gold.<br><br>Enter the Chapterhouse Studios Combi-weapon Magnetic kit.<br><br>As you can see, it is a standard weapon stock and barrel (could be a bolter, could be a heavy MG), we designed some useful tracks and | Each of the weapons is a GW weapon by name and look.<br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1560135&rootCatGameStyle=<br><br>p87 Codex Space Marines 2008. Combi-melta<br>p49 Codex Dark Angels 2006. Combi-plasma<br>p90 'Imperial Armour 9: The Badab War Part 1' 2010 Combi-flamer<br><br>A combi weapon is a weapon such as a rifle or pistol which can have a second weapon mounted on to it.<br><br>A melta gun fires a wave of energy that heats up the target, causing it to explode. A plasma gun fires a ball of super heated energy.<br><br>In the Warhammer 40,000 background, Space Marines can use combi-weapons. In the game's rules this is represented by the Space Marine player having the optin of arming his models with one of three types of combi-weapon: melta, plasma or flamer. The rules also provide the option of attaching a grenade launcher to the Space Marine's combi-weapon. See Warhammer 40,000 Space Marines, page 97.<br><br>The Space Marine model shown is made from a combination of Games Workshop Space Marine components and Chapterhouse Studios Salamanders components. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | grips so the different combi-weapon parts will fit nice and smooth. To add to the ease of use, we also have holes pre-drilled and include the correct size rare-earth magnets with the kit (5 total).<br><br>So in essence we have:<br>1) base ranged weapon<br>2) flame thrower attachment<br>3) grenade launcher attachment<br>4) plasma gun attachment<br>5) melta gun attachment<br>6) 5 rare earth magnets to fit in predrilled holes. | |
| 35 | Farseer Jetbike Seer Council Kit (1)<br><br>Games Workshop Jetbike kit not included - necessary to assemble as seen<br><br>This is a 12 piece resin conversion kit that when added to a Games Workshop Eldar jetbike will form the model shown. It is perfect for converting a regular jetbike kit into a Farseer on Jetbike model.<br><br>Each Farseer Jetbike Rider kit comes with 2 weapon choices, 1 left arm, 2 upper torso choice (male or female), 1 lower torso, 1 Farseer head, 1 control panel, 2 shield generators and 2 bike accessories. | A Farseer is a character from the Eldar army – see the 'Guide to the Warhammer 40,000 Universe' document. Games Workshop sells Eldar Farseers on its website - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060019&rootCatGameStyle=<br><br>Miniature designed by Jes Goodwin and Martin Footit<br><br>Oval shaped gems are frequently used on Eldar clothing, weapons and vehicles (see models above and below).<br><br>There is an icon on the component under the sword second from left – it may be one of the Eldar runes Games Workshop has created but we can't get a clear image of it.<br><br>A jetbike is an Eldar army vehicle. Games Workshop sells Eldar jetbikes on its website – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1090102&rootCatGameStyle=<br><br>Miniature designed by Jes Goodwin<br>The Seer Council are a unit in the Eldar army. Games Workshop sells the Seer Council on its website - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060064&rootCatGameStyle=<br><br>Miniatures designed by Jes Goodwin and Adam Clarke<br>p28 Codex Eldar 2006 |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
|  |  | p37 Codex Eldar 2006<br>p40 Codex Eldar 2006<br><br>The Chapterhouse kit can make a complete rider model, plus additional components to decorate the Games Workshop Eldar Jetbike. |
| 36 | Warlock Jetbike Seer Council Kit (1)<br><br>Games Workshop Jetbike kit not included - necessary to assemble as seen<br><br>This is a 11 piece resin conversion kit that when added to a Games Workshop Eldar jetbike will form the model shown. It is perfect for converting a regular jetbike kit into a Warlock on Jetbike model.<br><br>Each Warlock Jetbike Rider kit comes with 2 weapon choices, 1 left arm, 1 top torso, 1 lower torso, 1 Warlock head, 1 control panel, 2 shield generators and 2 bike accessories. | Jetbike – see product 35<br><br>Seer Council – see product 35<br><br>The Warlock is a character from the Eldar army – see the 'Guide to the Warhammer 40,000 Universe' document. Games Workshop sells Warlocks on its website – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060088&rootCatGameStyle=<br><br>Miniature designed by Jes Goodwin<br><br>The Chapterhouse kit can make a complete rider model, plus additional components to decorate the Games Workshop Eldar Jetbike. |
| 37 | Conversion kit for Tyranid Tervigon (1)<br><br>This resin set contains 5 high detail modular components that fit with the current Games Workshop Carnifex kit. Once assembled, it can be used as a Tyranid® Tervigon. Please note this set does NOT include a Games Workshop Tyranid Carnifex.<br><br>Each kit contains 5 pieces:<br><br>Top Center Torso Spine piece (fits in between the two side torsos of the carnifex)<br><br>Central Armor and Spine Bank (fits on top of the upper torso)<br><br>Head mount piece<br><br>Lower abdomen containing birth sacs and embryonic termagaunts<br><br>Standard Size Oval base (matches Trygon base diameter).<br><br>Please note while this kit is sculpted to fit a carnifex kit with no | Tyranids are a Warhammer 40,000 army. The Tervigon is a type of Tyranid creature.<br><br>Warhammer 40,000 Tyranids 2009, page 52<br>(AB930_Tervagon / Alex Boyd / 2009)<br><br>Chapterhouse's components are designed to fit on Games Workshop's Tyranid Carnifex model – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1050178&rootCatGameStyle=<br><br>Miniature designed by Jes Goodwin<br><br>Games Workshop has characters and details in its books.<br><br>Nick Villacci states on Warseer:<br><br>"RE: TERVIGON CONVERSION KIT FOR TYRANID CARNIFEX FROM CHAPTERHOUSE STUDIOS<br>nvillacci 19/09/2010 - 19:52 |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | modification to either kit, some modification may be necessary to the minute variations that are present in both GW and Chapterhouse Kits. | Hmm,, maybe tell me why you think it is lazy? My goal was to make a kit that is similiar to GWs single illustration of the Tervigon. The other part of that goal was not to charge alot for a kit and to let people use the unused carnifexes we all have stockpiled since the new codex. Another benefit of our kit is that it still conforms to GWs 50% rule for conversions in GW events." http://www.warseer.com/games_news/tervigon_conversion_kit_for_tyranid_carnifex_from_chapterhouse_studios The Termagants and Trygon are also creatures from the Tyranid army. |
| 38 | Lashwhips - Tyrant Size (1) This is a single pewter Lashwhip created by Chapterhouse Studios for Tyranid® monsters, it is sized to be used with Tyrants and other Large size models. Sculpted so it can be used on the right or left arm socket, it is also bendable due to the sculpting. These Lashwhips hold the foes still so a killing strike may be inflicted. | The product implicates trademark issues only, not copyright. |
| 39 | Lashwhips - Warrior Size (1) This is a single pewter Lashwhip created by Chapterhouse Studios for Tyranid® monsters, it is sized to be used with warriors and other medium size models. Sculpted so it can be used on the right or left arm socket, it is also bendable due to the sculpting. These Lashwhips hold the foes still so a killing strike may be inflicted. | The product implicates trademark issues only, not copyright. |
| 40 | Tyrant Bonesword Arms for Tyranids (1) This is a pair of Chapterhouse Studios resin Bonesword arms for Tyranid® Hive Tyrant or other monstrous creatures. Works great for converting a Swarmlord Each pair consist of 1 left and 1 right arm scaled for the larger tyranid® creatures. Sculpted with details showing the symbiotic weapons of the Tyranid® race, the swords have bio- | The product implicates trademark issues only, not copyright. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | organic crystaline growths that enable the weapons to inflict death on anyone they strike. | |
| 41 | Warrior Bonesword Arms for Tyranids (1)<br><br>This is a pair of Chapterhouse Studios resin Bonesword arms for Tyranid® Warriors. Each pair consist of 1 left and 1 right arm scaled for Tyranid® warriors. Sculpted with details showing the symbiotic weapons of the Tyranid® race, the swords have bio-organic crystaline growths that enable the weapons to inflict death on anyone they strike. | The product implicates trademark issues only, not copyright. |
| 42 | Xenomorph 28mm Head bits for Tyranids (1)<br><br>This is a six (6) piece set of 28mm resin heads. You will receive three(3) of Head A and three(3) of Head B. These heads are sculpted in the style of the classic "Aliens" xenomorphs. They work great on many of the Tyranid® bodies, gaunts, genestealers and tyranid warriors. | The product implicates trademark issues only, not copyright. |
| 43 | Ymgarl Heads for Tyranid Genestealers - Set (1)<br><br>This is a 6 piece set of pewter Alien Heads. These are scaled for 28mm heroic miniatures. You can use them as Cthulhu or Ymgarl heads on your models. We have many customers that use these on their Tyranid® Genestealers® to represent Ymgarl Genestealers®.<br><br>Each set of 6 heads includes 3 different variants, you will recieve 2 of each head in this set. There are almost no mold lines on these heads, so minimal clean-up is required. Superglue is recommended for assemblnig metal bits on plastic kits.<br><br>We developed these in 2009 as variant heads that would be useful on Tyranid® Genestealers® . When GW released the new Tyranid® codex, the Ymgarl Genestealers® look incredibly like these heads! We have dated post and concept art to prove our idea came first.<br><br>Regardless, these heads will set your miniatures apart from the rest of the crowd! | Genestealers are creatures in the Tyranid army. The Ymgarl is a variant of a Genestealer.<br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1050149<br><br>As part of the Tyranid Genestealer boxed set, Games Workshop included a head component which can convert a Genestealer model into a Genestealer Ymgarl. The components are © Games Workshop 2004.<br><br>Miniature designed by Jes Goodwin and Mark Harrison<br><br>Chapterhouse say in their description opposite that the Ymgarl Genestealers from Games Workshop's new Tyranid codex look like their heads. There have been no new Games Workshop Ymgarl Genestealer miniatures released since 2004. The only new visual material from the latest Warhammer 40,000 Tyranids book for the Ymgarl was the artwork below. This artwork was created in 2009 and was based on the 2004 Games Workshop model above. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
|  |  | Warhammer 40,000 Tyranids 2010, page 61<br>(DG1192_Ymgarl_Stealer/ Dave Gallagher / 2009) |
| 44 | Female Heads - Imperial Guard 28mm (1)<br><br>This is a sprue of 6 unpainted resin female Imperial Guard heads. These are scaled for 28mm heroic miniatures. Perfect additions to any miniature line, and look great on imperial guard figures. | The product implicates trademark issues only, not copyright. |
| 45 | SXV-141 Super-Heavy Assault Walker SAW (1)<br><br>Our first vehicle kit, we decided to go crazy on Tau.<br><br>This is a resin model kit consisting of over 50 parts, weighing in at approximately 2kg and standing almost 30cm tall when complete. The kit components are supplied "as cast" and require cleanup, assembly and painting for the finished product.<br><br>Needless to say I think the Imperial Titans will have their hands/fist full.<br><br>http://chapterhousestudios.com/index.php?route=product/product&path=59&product_id=201 | The Tau refers to the Tau Empire, a Warhammer 40,000 army.<br><br>The Tau Empire use rail guns as weapons on their vehicles.<br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1090208<br><br>The rail gun is the long gun which is shown firing on the model above.<br><br>The Tau decorate their clothing, weapons and vehicles with the Tau Empire symbol.<br><br>Tau Empire decal sheet, 2001<br><br>p40 Codex Tau Empire 2005<br>p17 Codex Tau 2001<br>p. 158-59 Warhammer 40,000 Apocalypse 2007<br><br>Miniature designed by Jes Goodwin<br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1620020<br><br>• Geometric grooves on hull and weapons<br>• Circular hatches<br>• Geometric grooves on the hatches<br>• Large oval vents on the hull<br>• Long thin 'nose' section of the hull<br>• Geometric Grooves on the nose<br>• 'X' marks on power/ammo packs |

4816-2515-6366.2

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | **SXV-141 SUPERHEAVY ASSAULT WALKER**<br><br>| SAW | BS | FRONT | SIDE | REAR |<br>|---|---|---|---|---|<br>| | 3(4) | 14 | 13 | 13 |<br><br>POINTS: 750<br>SUPER HEAVY WALKER<br>STRUCTURE POINTS: 2<br><br>WEAPONS AND EQUIPMENT<br>HEAVY RAIL CANNON X 2<br>HEAVY SMART MISSILE RACK (6 X PENETRATOR, 6 X CLUSTER)<br>LONG BARRELLED BURST CANNON<br>TARGETING ARRAY (INCLUDED), MULTI TRACKER, UPGRADED DISRUPTION POD<br>NETWORKED MARKER LIGHTS X 5, BLACK SUN FILTER, POSITIONAL RELAY, TACHYON MARKER TARGET LOCKS<br><br>OPTIONS:<br>SENSOR SPINES 20 PTS<br>FLECHETTE DISCHARGERS 40 PTS<br><br>| WEAPON | RANGE | STR | AP | SPECIAL |<br>|---|---|---|---|---|<br>| RAIL CANNON (SOLID) | 120" | 10 | 1 | DESTROYER, EACH CANNON MAY FIRE INDEPENDENTLY (SHELL TYPE AND TARGET NOMINATED BEFORE ROLLING) |<br>| RAIL CANNON (SUBMUNITION) | 120 | 7 | 3 | APOC BLAST TEMPLATE |<br>| HEAVY BURST CANNON | 36" | 5 | 5 | ASSAULT 6 |<br>| HEAVY MISSILE RACK (PENETRATOR) | 48" | 8 | 3 | NO LOS NEEDED- TREAT AS SMART MISSILE |<br>| HEAVY MISSILE RACK (CLUSTER) | 48" | 5 | 4 | ASSAULT 8, NO LOS NEEDED- TREAT AS SMART MISSILE |<br>| NETWORKED MARKER LIGHTS (NWML x5) | 36 | | | |<br>| TACHYON MARKER K1 (FORWARD FACING) | UNLIMITED | 7 | 2 | OPERATES IN THE SAME WAY AS A NETWORKED MARKER LIGHT AND IS USED IN CONJUNCTION WITH THE RAIL CANNONS (ONLY 1 MARKER LIGHT HIT CAN BE GENERATED BY THE TACHYON MARKER) | | - Rail gun weapon<br>- Burst Cannon weapon<br><br>The Chapterhouse Walker hull fits snugly underneath the Tau Hammerhead hull with the circle sections lining up to the rear.<br><br>Games Workshop's rail gun design.<br>- Rectangular shape.<br>- Two separate sections to the 'barrel'<br>- Barrel joined by a coupler mid-way down the length<br>- Square block nozzle with vents<br>- Short under-slung cylinder connecting the barrel to the power source<br><br>Cover Art, Codex: Tau ©2001<br>AS098 Tau Codex detail cropped from larger original)By Adrian Smith<br><br>At the end of the Tau guns there is a circle with diagonal line design.<br><br>p.9 Codex: Tau Empire ©2005<br>PD116 Tau Castes & Contact (detail cropped from larger original) By Paul Dainton<br>This Tau pilot wears the design on his chest and arm.<br><br>Games Workshop's Tau rules.<br><br>| | | | Armour | | |<br>|---|---|---|---|---|---|<br>| | Points | Front | Side | Rear | BS |<br>| Hammerhead | 90 | 13 | 12 | 10 | 3(4) |<br><br>Front, side and rear armour values are given as well as the Ballistic Skill (BS) of the vehicle.<br><br>'Structure points' are used for Super Heavy vehicles in the game of 'Warhammer 40,000 Apocalypse'<br><br>'Str' stands for 'Strength' of the weapon.<br>'AP' stands for 'Armour Penetration' of the weapon.<br>'Assault 3' means the weapon can be fired 3 times. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | The list of weapons and equipment for the Super Heavy Walker fits the lists of Tau weapons and equipment from pp.25-31 Codex: Tau Empire ©2005 corresponding text copied below.<br><br>Railgun: The Tau battlesuit railgun uses linear accelerator technology to project a solid projectile at hypervelocity. It is capable of punching through the thickest armour and of taking down the largest of enemies.<br>Range: 72" Str: 10 AP: 1<br><br>Smart missile system: The smart missile system fires self-guiding missiles with the intelligence of a drone, which first search for then hunt down the target, passing around any blocking terrain.<br>Range: 24" Str: 5 AP: 5<br><br>Burst cannon: The burst cannon finds use across the Tau military, primarily mounted on battlesuits and vehicles. Utilising the plasma induction technology found in the pulse rifle and other systems, the burst cannon is a multi-barrel weapon able to sustain high rates of fire.<br>Range: 18" Str: 5 AP: 5 Assault 3<br><br>Targeting array: Targeting arrays assist the vehicle gunner's aim by adjusting for the target's range and speed. Add 1 to the vehicle's BS<br><br>Multi-tracker: The vehicle-mounted multi-tracker is combined with advanced stabilisers enabling a vehicle to fire as if it were a fast vehicle.<br><br>Distribution pod: A distribution pod throws out distorting images in both visual and magnetic spectra, making it hard to target at range.<br><br>Networked markerlights: A networked markerlight is a specialised version of the standard system, but it is larger and less common.<br><br>Blacksun filter: This advanced optical filter enables the user to double the distance rolled for determining how far they can see when fighting at night.<br><br>Positional relay: This records detailed battlefield data and relays it in |