| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | a tight-band, encrypted burst to a single unit operating as a strategic reserve.<br><br>Target lock: The target lock identifies potential targets and plots fire plans to counter them, granting the vehicle gunner far more choice about the targets to be engaged.<br><br>Sensor spines: Sensor spines are used to feed data to an advanced ground-following flight control system.<br><br>Flechette discharger: Powerful clusters of reactive charges are attached to the hulls of many Tau vehicles. If the enemy approach, they fire off vicious clouds of high velocity flechettes. |
| 46 | Assault Shoulder Pad for Space Marine with number 7 (4)<br><br>This is a number 7 Assault Shoulder pad for regular power armor, it has raised crossed arrows on the pad with a roman numeral 7 above the arrows. This is the standard size space marine® tactical shoulder pad cast in pewter. | Assault is a type of Space Marine squad. An Assault squad will have an 'X' symbol and their squad number shown on their right shoulder pads. The squad number will be between 1-10.<br><br>Games Workshop sells assault squad shoulderpads – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110190&rootCatGameStyle=<br><br>Power armour – see product 10<br><br>Tactical – see product 56<br><br>Codex Ultramarines, 1995, p28<br>Space Marine Transfer Sheet (from the Terminator Assault Squad)<br>Squad markings in top left corner, numerals in bottom right<br>Insignium Astartes 2002, page 13 |
| 47 | Assault Shoulder Pad for Space Marine with number 8 (4)<br><br>This is a number 8 Assault Shoulder pad for regular power armor, it has raised crossed arrows on the pad with a roman numeral 8 above the arrows. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Assault – see product 46<br><br>Power armour – see product 10<br><br>Tactical – see product 56<br><br>Insignium Astartes 2002, page 13 |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| 48 | Assault Squad Shoulder Pad for Space Marine - Plain (4)<br><br>See 46 above<br><br>This is a unmarked Assault shoulder pad for regular power armor, it has raised arrows on the pad. This is the standard size space marine® tactical shoulder pad cast in pewter. | Assault – see product 46<br><br>Power armour – see product 10<br><br>Tactical – see product 56<br><br>Insignium Astartes 2002, page 13 |
| 49 | Crested Pad for Space Marine (4)<br><br>This is a shoulder pad with a raised crest on it. This shoulder pad works well with any loyalist or chaos space marine® army. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models.<br><br>See 46 above | This Space Marine Captain has a crested shoulderpad with 'rivets' along the edge where the crest attaches to the pad - http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat440176a&prodId=prod106000 70&rootCatGameStyle=<br><br>Miniature designed by Juan Diaz Ramos<br><br>Loyalist – see product 16<br><br>Chaos Space Marine – see product 2<br><br>Tactical – see product 56<br><br>p84 Codex Space Marines 2008 Shoulder pads with high rims. |
| 50 | Devastator Shoulder Pad for Space Marine - Plain (4)<br><br>This is a unmarked Devestator shoulder pad for regular power armor, it has a raised arrow on the pad. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Devastator is a type of Space Marine squad. A Devastator squad has an inverted 'V' symbol on their right shoulderpads.<br><br>Warhammer 40,000 Space Marines 2004, page 70<br>(NH SM Pads/ Neil Hodgson / 2004)<br><br>A Devastator squad member will have their squad number shown on their right shoulder pads. The squad number will be between 1-10. The 'X' on this pad indicates this is Devastator squad 10.<br><br>The colours on the shoulderpad refer to a Chapter colour, ie, blue and gold are the colours of the Ultramarines Space Marine Chapter.<br><br>Index Astartes III 2003, page 23<br>(NH Ultramarines Graph / Neil Hodgson / 2001) |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
|  |  | Power armour – see product 3 |
| 51 | Devastator Shoulder Pad for Space Marine with number 9 (4)<br><br>This is a number 9 Devestator Shoulder pad for regular power armor, it has raised arrow on the pad with a roman numeral 9 embossed into the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Devastator – see product 50<br><br>Tactical – see product 56<br><br>Insignium Astartes 2002, page 13<br>Codex Ultramarines, 1995, p28 |
| 52 | Devastator Shoulder Pad for Space Marine with number 10 (4)<br><br>This is a number 10 Devestator Shoulder pad for regular power armor, it has raised arrow on the pad with a roman numeral 10 embossed into the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Devastator – see product 50<br><br>Tactical – see product 56<br><br>Insignium Astartes 2002, page 13<br>Codex Ultramarines, 1995, p28 |
| 53 | First Squad or I Shoulder Pads - tactical (4)<br><br>This is a shoulder pad with a roman numeral "1" or an I on the face, it is stylized and has more detail then the typical 1 shoulder pad. This shoulder pad works well with any loyalist space marine® armies. This could also be a chapter icon for the left shoulder. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models.<br><br>See 46 above | There are no IP issues with this product other than the shape/design of the underlying shoulder pad |
| 54 | Generic Power Armour Shoulder Pad for Space Marine - Plain (4)<br><br>Just a regular Space Marine® Power Armor pad, similiar to the standard one with raised edges.<br><br>See 46 above | This is Games Workshop's unique expression of a Sci-Fi Shoulderpad, including the following unique characteristics:<br><br>o Covering from start of shoulder to above the elbow<br>o Large border around outer edge<br>o Left shoulderpad – squad markings<br>o Right shoulderpad – Chapter symbol |
| 55 | Smooth Shoulder Pad for Space Marine - no raised areas (3) | See 54 above |

4816-2515-6366.2

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
|  | Another regular Space Marine® shoulder pad, this one has no raised areas, perfectly smooth for something different.<br><br>Single pewter bit.<br><br>See 46 above |  |
| 56 | Tactical Shoulder Pad for Space Marine (3)<br><br>This is a Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad. This is the standard size space marine® tactical shoulder pad cast in pewter.<br>See 46 above | Tactical is a type of Space Marine squad. A Tactical squad will have an upward pointing arrow symbol on their right shoulder pad.<br><br>Games Workshop sells Tactical shoulder pads - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110189&rootCatGameStyle=<br><br>A Tactical squad member will have their squad number shown on their right shoulder pads. The squad number will be between 1-10.<br><br>The colours on the shoulder pad refer to a Chapter colour, ie, red and gold are the colours of the Blood Angels Space Marine Chapter.<br><br>Insignium Astartes 2002, page 32<br>See product 4. |
| 57 | Tactical Shoulder Pad for Space Marine with number 1 (3)<br><br>This is a number 1 Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 1 inlaid in the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Tactical – see product 56<br><br>Insignium Astartes 2002, page 13<br>Codex Ultramarines, 1995, p42 |
| 58 | Tactical Shoulder Pad for Space Marine with number 2 (3)<br><br>This is a number 2 Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 2 inlaid in the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Tactical – see product 56<br><br>Insignium Astartes 2002, page 13<br>Codex Ultramarines, 1995, p 28 |

4816-2515-6366.2

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| 59 | Tactical Shoulder Pad for Space Marine with Number 3 (3)<br><br>This is a number 3 Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 3 inlaid in the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Tactical – see product 56<br><br>Insignium Astartes 2002, page 13<br>Codex Ultramarines, 1995, p 43 |
| 60 | Tactical Shoulder Pad for Space Marine with Number 4 (3)<br><br>This is a number 4 Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 4 inlaid in the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Tactical – see product 56<br><br>Insignium Astartes 2002, page 13<br>Codex Ultramarines, 1995, p43 |
| 61 | Tactical Shoulder Pad for Space Marine with number 5 (3)<br><br>This is a number 5 Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 5 inlaid in the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Tactical – see product 56<br><br>Insignium Astartes 2002, page 13<br>Codex Ultramarines, 1995, p43 |
| 62 | Tactical Shoulder Pad for Space Marine with number 6 (3)<br><br>This is a number 6 Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 6 inlaid in the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Tactical – see product 56<br><br>Insignium Astartes 2002, page 13<br>Codex Ultramarines, 1995, p 28 |
| 63 | Salamanders or Dragon Drop Pod Armor or door panel (1)<br><br>This is a highly detailed resin armored panel that fits on the Drop Pod Kit door. It is a single piece that fits over the standard door, this is | A drop pod is a Space Marine vehicle. Games Workshop sells drop pods on its website -- http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1560026&rootCatGameStyle= |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
|  | sculpted with a dragon or salamanders icon in the center, surrounded by scales. This is a single door. We recomend buying a set of 5 for the regular drop pod model kit. | Miniature designed by Tom Watton<br><br>The icon on the Chapterhouse door is based on the Salamanders Chapter icon – see product 25. |
| 64 | Salamander Dragon Skull Shoulder Pad Bit –Tactical (2)<br><br>This is a Dragon or Salamander Skull on a scaled background. This is the standard size space marine® terminator shoulder pad cast in pewter. This sculpter to be used as a right arm pad. | The icon on the Chapterhouse pad is based on the Salamanders Chapter icon – see product 25. |
| 65 | Salamander Dragon Skull Shoulder Pad - Terminator (2)<br><br>This is a Dragon or Salamander Skull on a scaled background. This is the standard size space marine® tactical shoulder pad cast in pewter. | The icon on the Chapterhouse pad is based on the Salamanders Chapter icon – see product 25<br><br>Tactical – see product 56<br><br>Terminator – see product 5 |
| 66 | Salamander Dragon Thunder Hammer - Smooth (2)<br><br>This is a hammer sculpted with a dragon or salamander theme in mind. It can be used as a power weapon or a thunder hammer. It can be used for dragon or salamander space marine® armies. This is our new "smooth" salamander hammer. Customers have also used this for high elf and empire fantasy armies. It is a pewter bit. | The icon on the left side of the head on the far left hammer shown opposite is based on the Salamanders Chapter icon – see product 25<br><br>Power weapon and thunder hammer – see product 1<br><br>Terminator – see product 5<br><br>High Elf and Empire – see product 1 |
| 67 | Dragon Salamander Head Bit Space Marine (3)<br><br>This is a pewter bit of the Dragon Special Character resin kit head. We have had many request for just the head so have made these available. A single pewter space helmet in the dragon or salamander style. | Salamanders – see product 25<br><br>Chaplains are a rank within the Space Marines army. Their iconography heavily features skulls.<br><br>Miniature designed by Jes Goodwin<br><br>This is just one example of a Space Marine Chaplain with skull helmet available on the Games Workshop website.<br>http://www.games- |

4816-2515-6366.2

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | workshop.com/gws/catalog/productDetail.jsp?prodId=prod1050244&rootCatGameStyle= <br><br> This is based on a Space Marine Mk 7 helmet. <br><br> Warhammer 40,000 Space Marines 2008, page 71 (AB835_SM_Techmarine / Alex Boyd / 2008) <br><br> Note the following characteristics: <br>• Rectangular open vent on top of helmet <br>• Shape of eyes <br>• Two tubes entering the jawline on each side <br>• Box shape covering ear section |
| 68 | Banded Tech Power Armor Pad (4) <br><br> This is a shoulder pad that is about the same size as a GW power armor shoulder pad. It consist of horizontal plates or "bands" of armor similiar to older MK 1 armor. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad. Sized to fit regular power armor figures. | Mk1 refers to a type of Space Marine armour. Games Workshop sells a Mk1 armoured Space Marine – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1140240&rootCatGameStyle= <br><br> Miniature designed by Jes Goodwin <br><br> The Horus Heresy - Collected Visions 2007, page 139 (3086 LemanRuss/ Franz Vohwinkel / Black Library / 2004) <br><br> Chapterhouse's shoulder pad looks most like the right hand pad on the grey armoured Space Marine above. <br><br> Iron Hands – see product 70 <br><br> Power armour – see product 3 |
| 69 | Cog Shoulder Pad - Power Armor (3) <br><br> This is a shoulder pad that is about the same size as a GW shoulder pad. It has a cog. The shoulder pad itself is armored strips similiar to older MK shoulder pads. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad or even as Adeptus Mechanicus or Techmarines. Sized to fit regular power armor figures. | Iron Hands – see product 70 <br><br> The Adeptus Mechanicus are an organisation in the Warhammer 40,000 background. Their icon is a skull within a cog. <br><br> The Art of Warhammer 40,000 2006, page 201 (WE274C Titan Icon / Wayne England / 1995) <br><br> Techmarines are a rank within the Space Marines army. They are the mechanics of |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | the army and are strongly associated with the Adeptus Mechanicus and technology. The Chapterhouse product is designed and of a size and scale to be used with Games Workshop products and to fit within the Warhammer 40,000 Universe. The product description uses Games Workshop Trademarks: Iron Hands, Adeptus Mechanicus and Techmarines. |
| 70 | Shield for Iron Hands (2) A high detail shield based on the Iron Hands chapter theme, useful for fantasy models as well as Iron Hand or other hand based space marine® models. The front of this shield has mailed hand and scales sculpted onto a round shield with power cables around the edges, the rear of the shield has a hand hold that enables power armor marines to hold the shield (not shown in photo). It is designed to be modeled on either power armor marines or terminators. This highly detailed bit is cast in white metal. | The product implicates trademark issues only, not copyright. |
| 71 | Shoulder Pad for Iron Hands Power Armor (2) This is a shoulder pad that is about the same size as a GW shoulder pad. It has a mailed hand on it in a clawing motion. The shoulder pad itself is armored strips similiar to older MK shoulder pads. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad. Sized to fit regular power armor figures. | Iron Hands – see product 70 |
| 72 | Shoulder Pad for Iron Hands Terminator armor (2) This is a shoulder pad that is about the same size as a GW shoulder pad. It has a mailed hand on it in a clawing motion. The shoulder pad itself is armored strips similiar to older MK shoulder pads. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad. Sized to fit regular terminator armor figures. | Power armour – see product 3 Iron Hands – see product 70 Terminator – see product 5 |
| 73 | Banded Armor Terminator Pad (3) | This is Mk1 Space Marine Armour – see 68 above |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
|  | This is a shoulder pad that is about the same size as a GW shoulder pad. It consist of horizontal plates or "bands" of armor similiar to older MK 1 armor. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad. Sized to fit regular terminator armor figures. | Iron Hands -- see product 70<br><br>Terminator – see product 5<br><br>p20 Warhammer 40,000 Compilation 1991 |
| 74 | Banded Power Armour Shoulder Pads (3)<br><br>This is a shoulder pad that is about the same size as a GW power armor shoulder pad. It consist of horizontal plates or "bands" of armor similiar to older MK 1 armor. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad. Sized to fit regular power armor figures. | This is Mk1 Space Marine Armour – see 68 above<br><br>Power armour – see product 3<br><br>Iron Hands – see product 70<br><br>p32 Codex Space Marines 2008 |
| 75 | Studded Rimmed Shoulder Pad MKV (3)<br><br>This is a shoulder pad with a raised crest on it. This shoulder pad works well with any loyalist or chaos space marine® army. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models. | Mk V armour – see product 2<br><br>Loyalist – see product 15<br><br>Chaos Space Marines – see product 2<br><br>Tactical – see product 56 |
| 76 | Five (5) Heresy Era Jump Packs for Space Marines (1)<br><br>This is a set of FIVE (5) Resin and Metal Jump Pack for Space Marines®. It is sculpted to fit in with the Heresy Style Jump Packs. The main Jump Pack is Resin and the control flaps are metal. Designed to fit on the standard Space Marines® back. Suitable for any other 28mm scale miniatures as well. | Space Marines use jump packs. Heresy refers to the type of jump pack used during the Horus Heresy.<br><br>The Horus Heresy – Collected Visions 2007, page 284<br>(2121 assault squad/ James Brady / Black Library / 2005)<br><br>Back pack designed by Aly Morrison |
| 77 | Masked Heresy Heads for Space Marines – 4 (2)<br><br>This is a resin sprue of 4 "Heresy" style heads for space marines® with rebreather mask. Each sprue comes with 4 heads. | Heresy refers to Mk V Heresy armour – see product 2.<br><br>p111 *Horus Heresy: Collected Visions* ©2007 artwork by Justin Norman<br><br>p197 *Horus Heresy: Collected Visions* ©2007 artwork by Kenson Low<br><br>p309 *Horus Heresy: Collected Visions* ©2007 artwork by Kenson Low |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| 78 | MK I Heresy Era for Space Marine "Thunder Armor" Shoulder Pad (3)<br><br>This is a shoulder pad with armored plates on it, commonly known as "Thunder Armor" or Mk 1 space marine power armor. This shoulder pad works well with any loyalist or chaos space marine® army. Perfect for Heresy era armies. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models. | Heresy refers to Mk V Heresy armour -- see product 2.<br><br>Thunder armour is the alternative name for Mk 1 Space Marine armour. See product 68.<br><br>Loyalist – see product 15<br><br>Chaos Space Marines – see product 2<br><br>Tactical – see product 56<br><br>p20 Warhammer 40,000 Compilation 1991 |
| 79 | Spikey Heresy Heads for Space Marines (2)<br><br>This is a resin sprue of 4 "Heresy" style heads for space marines®. | Heresy refers to Mk V Heresy armour – see product 2.<br><br>p111 *Horus Heresy: Collected Visions* ©2007 artwork by Justin Norman<br><br>p197 *Horus Heresy: Collected Visions* ©2007 artwork by Kenson Low<br><br>p309 *Horus Heresy: Collected Visions* ©2007 artwork by Kenson Low |
| 80 | Studded Power Armor Pad for MK 5 (3)<br><br>This is a studded power armor shoulder pad. It works well as a MK V shoulder pad. Dimensions are equivalent to current GW plastic pads. | Mk V armour -- see product 2<br><br>Power armour – see product 3 |
| 81 | Celtic Wolf Shield for Space Wolves (3)<br><br>This is a celtic style round Storm or Combat shield with a wolf on the front, it utilizes the same handles as our other shields (seperate component for the hand grip). It looks great for Space Wolf (Space Wolves) armies or any other Sons of Russ Space Marine® Chapter. | The product implicates trademark issues only, not copyright |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
|  | Cast in pewter.<br>Diameter of shield is 22 mm. |  |
| 82 | Rhino Conversion Kit for Space Wolves (2)<br><br>This is a resin conversion kit for the games workshop rhino kit. It consist of 2 side doors, 1 front panel, and 1 top hatch. The style incorporates wolf totems, furs, and viking like icons. Looks great when used for space wolf armies. | A Rhino is a Space Marine vehicle used by the Space Wolves Chapter.<br><br>Codex Space Wolves 2000, page 19<br>Miniature designed by Bob Naismith<br><br>The Space Wolves Chapter's iconography includes wolf skulls, wolf tails and fangs - http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat440177a&prodId=prod260002a&rootCatGameStyle=<br><br>Miniature designed by Jes Goodwin, Martin Footit and Juan Diaz Ramos<br><br>Space Marine Collector's Guide 2003, page 32<br>Miniature designed by Jes Goodwin<br><br>Forge World sells a Space Wolves conversion pack for the Rhino – http://www.forgeworld.co.uk/Warhammer-40000/SPACE-WOLVES-RHINO-DOORS-AND-FRONT-PLATE.html<br><br>Miniature designed by Simon Egan<br><br>p1, Codex Space Wolves 2009 |
| 83 | Storm Combat Space Tech Shield for Wolves (3)<br><br>This is a Storm or Combat shield with a Tech-Wolf on the front, it utilizes the same handles as our other shields (seperate component for the hand grip). It is a light weight white metal bit. It looks great for Space Wolf (Space Wolves) armies or any other Sons of Russ Space Marine® Chapter. Supplied unpainted. | See 81 & 82 above for information about Space Wolves, storm shields and Sons of Russ<br><br>p34 Codex Space Wolves 1994 |
| 84 | Celtic Storm or Combat Shield (3)<br><br>This is a white metal combat or storm shield for 28 mm figures. It works great on space marines® or any fantasy models. We have designed a circular celtic shield, this is more suitable for a power armor marine, vs a Terminator marine (it would look a bit small for the | The product implicates trademark issues only, not copyright. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | larger armor). It includes a seperate grip guard. Supplied unpainted. | |
| 85 | Generic Hammer 2 (2)<br><br>This is a Generic Thunder or Power hammer. Sold as a single white metal pewter bit. Works well with fantasy or sci-fi 28mm figures. Looks great on Empire models or on Space Marines®. | The product implicates trademark issues only, not copyright. |
| 86 | Imperial or Eagle Storm Shield (2)<br><br>A high detail shield based on an eagle theme, useful on high elf or emperor fantasy models as well as space marine® models.<br>The front of this shield has an eagle head and feathers sculpted, the rear of the shield has a hand hold that enables power armor marines to hold the shield. It is designed to be modeled on either power armor marines or terminators. This highly detailed bit is cast in PEWTER. | The product implicates trademark issues only, not copyright. |
| 87 | "Heresy" Armoured Drop Pod Door (1)<br><br>This is a highly detailed resin armored panel that fits on the Drop Pod Kit door. It is a single piece that fits over the standard door, this is sculpted to resemble an "heresy era" armored panel. This is a single door. We recomend buying a set of 5 for the regular drop pod model kit. | Drop pod – see product 63<br><br>Heresy is a reference to Mk V Space Marine armour – see product 2. The pattern more closely resembles Mk 1 Space Marine armour. |
| 88 | Armoured Predator Armour Kit – side (1)<br><br>This is a new Armored Predator kit for Space Marines®, it includes 3 strips of Reactive armor that can be cut to size as well as ONE heavily armored "off-centered cockpit" Fits the standard Games Workshop Space Marine® Predator kit.<br><br>This is our answer to the silly idea that a more heavily armored predator tank has the same front as a flimsy rhino tank. This is a Resin kit. | The product implicates trademark issues only, not copyright. |
| 89 | Armoured Predator Kit - Centred (1)<br><br>This is a new Armored Predator kit for Space Marines®, it includes 3 strips of Reactive armor that can be cut to size as well as a heavily | The product implicates trademark issues only, not copyright. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | armored "centered cockpit" Fits the standard Games Workshop Space Marine® Predator kit.<br>This is our answer to the silly idea that a more heavily armored predator tank has the same front as a flimsy rhino tank. This is a Resin kit. | |
| 90 | Armoured Rhino for Space Marine Tank Door & Armor Kit (1)<br><br>This is an new and original Armored Space Marine® Rhino kit, it includes 2 side doors, 2 rear armor panels, 2 front armor panels, 2 top hatch armored panels and a front armored cockpit panel. Fits the standard Games Workshop Space Marine® Rhino kit. This is very similiar to MK 1 Space Marine® armor and would fit well with an Heresy era army. | The pattern on these components is Mk 1 type Space Marine armour – see product 68.<br><br>Rhino – see product 82<br><br>Heresy – see product 2 |
| 91 | Brazier – Dragon / Serpent - 2 pieces (1)<br><br>This is a stylized dragon or snake brazier, it comes in 2 pieces (flat backing and the front) and is pewter. It is approximately .63 millimeters tall and .36 millimeters at its widest. This is perfectly designed to add to any vehicles, we include it with our Salamanders Landraider kit. Looks great on dreadnoughts and any other vehicles with flat areas. | The product implicates trademark issues only, not copyright. |
| 92 | Brazier – Eagle – 2 pieces (1)<br><br>This is a stylized eagle brazier, it comes in 2 pieces (flat backing and the front) and is pewter. It is approximately .62 millimeters tall and .33 millimeters at its widest. This is perfectly designed to add to vehicles, we include it with our Salamanders Landraider kit. Looks great on dreadnoughts and any other vehicles with flat areas. | The product implicates trademark issues only, not copyright. |
| 93 | Mark I Rhino Conversion Kit (1)<br><br>This is an new and original Mark I or Heresy Era Rhino conversion kit, it includes 2 side doors, 2 Left Side Engine Grates, 2 Right side Engine Grates, 2 choices for the front cockpit armor panel, and one old style bolter cuppola cover. Fits the standard CURRENT Games Workshop Space Marine® Rhino kit. | The product implicates trademark issues only, not copyright. |
| 94 | Rhino Tank Conversion Kit for Space Marine Dragon or Salamander (1) | Rhino – see product 82 |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
|  | The rhino accessory kit is composed of doors, front panels and armor sections to accessorize the current space marine® rhino model kit. Themed in a dragon or salamander style also good for alpha legion. It currently includes - 1 front armor panel, 2 side door, 2 top hatch panels, and 4 scaled armor panels. This kit is composed completely of unpainted resin-plastic, sometimes parts must be cut down to fit due to the casting process. | Salamanders – see product 25

Index Astartes IV, 2004, page 19
(NH Salamander Graph/ Neil Hodgson / 2004) |
| 95 | Mycetic Spore for Tyranids (1)

We have our first cast in of our Mycetic Spore, available here, as you can see it could realistically transport a carnifex ora brood of gaunts. This is a 4 piece model and will be selling for $30.00. We will have another set that will come with a base for $34.50 in the near future.
This is Chapterhouse Studios version of the Mycetic Spore. The spore is a highly detailed 4 piece resin model which includes an option weapon arm (that can have a tyranid weapon glued on the end). It is easily assembled (coming in 2 halves and a top piece).
Each spore is large enough to realistically hold a swarm of models or even a large monstrous creature like the carnifex.
The Mycetic Spore is approximately 6 inches tall and 4.5 inches in diameter.
We have this item in limited stock and will ship out as they are produced. | Tyranids and Carnifex – see product 37

A Mycetic spore is a Tyranid creature. It is used to transport other Tyranid creatures from vessels in orbit onto a planet.

Warhammer 40,000 Tyranids 2009, page 54
(AB929_Mycetic_Spore / Alex Boyd / 2009)

Games Workshop has not made a model of a Mycetic.

Gaunts are a type of Tyranid creature.

The two Tyranid miniatures in Chapterhouse's top right image are a Carnifex and a Games Workshop Termagaunt. |
| 96 | Pre-Heresy Scarab Shoulder Pads for Thousand Sons Marines – Term (1)

These shoulder pads are designed to replace the current era Space Marine® Terminator Shoulder Pads. Each pad is in the pre-heresy style and has a scarab sculpted onto the surface  These pads works well with any egyption themed army, and is similiar to those worn by heresy era Thousand Sons Space Marines®. Sold in pairs or a rigth and left pad.
Two shoulder pads cast in pewter. | The product implicates trademark issues only, not copyright. |
| 97 | Scarab Shoulder Pad for Thousand Sons - Power Armor (1)

This is a shoulder pad that is about the same size as a GW power armor | The product implicates only trademark issues and the shape/design of the underlying shoulder pad. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
|  | shoulder pad. It consist of a Egyption Style Scarab on a shoulder pad. This pad works well with any egyption themed army, and is similiar to those worn by heresy era Thousand Sons Space Marines® shoulder pad. Sized to fit regular power armor figures.<br>Single Pad Cast in pewter. |  |
| 98 | Starburst Shoulder Pad for Thousand Sons Marines - Power Armor (1)<br><br>This is a shoulder pad that is about the same size as a GW power armor shoulder pad. It consist of a Starburst on a shoulder pad. This pad is similiar to those worn by heresy era Thousand Sons Space Marines® shoulder pad. Sized to fit regular power armor figures.<br>Single Pad Cast in pewter. | The product implicates only trademark issues and the shape/design of the underlying shoulder pad. |
| 99 | Shoulder Pad for Mantis Warriors Marines - Power Armor (1)<br><br>We also have a rather nice Mantis Warriors space marine pad set, these were done for a customer. They turned out great and he allowed us to use his painted pads to showcase the new releases. We were able to do a Power Armor and a Terminator piece.<br>This is a shoulder pad with a Praying Mantis head on the surface, with added chains sculpted on the edges . This shoulder pad works well with Mantis Warrior space marine armies®. This is the standard size space marine® tactical shoulder pad cast in pewter.<br>One pewter pad. | The product implicates only trademark issues and the shape/design of the underlying shoulder pad |
| 100 | Shoulder Pad for Mantis Warriors Marines – Terminator (1)<br><br>This is a shoulder pad with a Praying Mantis head on the surface, with added chains sculpted on the edges . This shoulder pad works well with Mantis Warrior space marine armies®. This is the standard size space marine® terminator armor shoulder pad cast in pewter.<br>One pewter pad. | The product implicates only trademark issues and the shape/design of the underlying shoulder pad. |
| 101 | Shoulder Pad for Blood Ravens Marines - Terminator (1)<br><br>Lastly for the pads, we resculpted the Blood Ravens shoulder pads to have a blood drop instead of an inverted drop. The previous pads will be listed as Blood Eagle pads, while the updated sculpts will be listed | Blood Raven/Blood Angles – see product 4 |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | as Blood Ravens pads.<br><br>This is our NEW shoulder pad with a rave on the surface, the wings of the bird are surrounding a blood drop or gem. This shoulder pad works well with Blood Raven or Blood Angel themed armies. This is the standard size space marine® terminator armor shoulder pad cast in pewter.<br><br>Single Pewter Pad. | |
| 102 | Shoulder Pad for Blood Ravens Marines - Power Armor (1)<br><br>This is our NEW shoulder pad with a rave on the surface, the wings of the bird are surrounding a blood drop or gem. This shoulder pad works well with Blood Raven or Blood Angel themed armies. This is the standard size space marine® Tactical Marine shoulder pad cast in pewter.<br><br>Single Pewter Pad. | Blood Raven/Blood Angles – see product 4 |
| 103 | Dragon or Salamander Variant Rhino Door Kit (1)<br><br>We also have 3 new Rhino Conversion Kits for the Space Wolves, Dragon based Chapters, and a Tactical Door kit with skulls (click on photos for product page).<br><br>The rhino accessory kit is composed of 2 side doors and 1 front panel to accessorize the current space marine® rhino model kit. Themed in a dragon or salamander style also good for alpha legion.<br><br>This kit is composed completely of unpainted resin-plastic, sometimes parts must be cut down to fit due to the casting process. | Space Wolves – see product 82<br><br>Rhino – see product 82<br><br>Alpha Legion – see product 32<br><br>The components are decorated with Salamanders Chapter icons – see product 25 |
| 104 | Rhino Conversion #2 kit For Space Wolves (1)<br><br>This is a resin conversion kit for the games workshop rhino kit. It consist of 2 side doors, 1 front panel, and 1 top hatch and extra armor. | Space Wolves - see product 82.<br><br>The Space Wolves Chapter decorates its vehicles with wolf's heads shown face on. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
|  | The style incorporates wolf totems, furs, and viking like icons. Looks great when used for space wolf armies.<br><br>8 piece resin kit. | Warhammer 40,000 Space Wolves 2009, page 78.<br><br>(NH821 SW Filler/ Neil Hodgson / 2009) |
| 105 | Tactical Rhino Doors with Skulls Kit (1)<br><br>The rhino accessory kit is composed of 2 side doors and 1 front panel to accessorize the current space marine® rhino model kit. Sculpted with the standard Tactical Arrow and integrating skulls..<br><br>This kit is composed completely of unpainted resin-plastic, sometimes parts must be cut down to fit due to the casting process. | Games Workshop sells products decorated with piles of skulls.<br><br>Basilica Administratum - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1095506&rootCatGameStyle=<br><br>Miniature designed by Dave Andrews<br>Realm of Battle board - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod730814&rootCatGameStyle=<br><br>Product designed by Dave Andrews |
| 106 | Rhino Tank Conversion Kit for Iron Snakes (1)<br><br>The rhino accessory kit is composed of 2 side doors, 1 top hatch, 1 front panel and 4 scaled armor sections to accessorize the current space marine® rhino model kit. Themed in a greek and snake style with shields and spears this kit makes a great Iron Snake Rhino. This kit is composed completely of unpainted resin-plastic, designed to fit on a standard Games Workshop Rhino kit. | The components have Iron Snakes icons on them. See product 17. |
| 107 | 28mm Spartan Heads released this week - Friday, 18 February 2011 05:58<br><br>Spartan Heads compatible with Space Marine® models<br><br>This is a single pewter sprue of 5 different spartan armored heads that are scaled to be compatible with Games Workshop Space Marine® models.<br><br>The "Spartan Heads compatible with Space Marines" consist of a sprue of 5 pewter heads. Each head is different and this set sells for $5.50. | The product implicates trademark issues only, not copyright. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | Original sculpt and painted by Tomas Fiertek. | |
| 108 | Doomseer Iyanar Model Released<br><br>Friday, 29 April 2011 19:22<br><br>Just added a new model to the website. This model is special for us in a few ways. Its our first full metal miniature, not just an accessory piece. We also have recently hired Angel Giraldez as a painter for many of our pieces.<br><br>If you have ever wanted a female HQ model for your army, this may be your lucky day. So with no more delays...<br><br>Doomseer Iyanar-Duanna<br><br>Doomseer Iyanar-Duanna is cursed with the ability to forsee the slow death of her race. She shares the ability of all seers, to see the path of her race, but is only able to see the deaths of her people and nothing else. She was psychically scarred when she witnessed the death of an entire world-ship, she is now doomed to spend every moment of her life tracking down the creature responsible.<br><br>The "Doomseer" is only available from Chapterhouse Studios. The unpainted 28mm scale pewter model consist of 5 pieces - body and 4 variant arms. A 25mm slotted base is included. | http://www.dakkadakka.com/dakkaforum/posts/list/60/347567.page See post by Nick Villacci at19.58.36 on 29/04/2011 referring to this model as "New Female Farseer Stand-in model from ChapterhouseStudios.com - Doomseer Iyanar"<br><br>http://www.dakkadakka.com/dakkaforum/posts/list/90/347567.page See post by Nick Villacci at 21.30.26 referring to the product being an Eldar model.<br><br>http://www.dakkadakka.com/dakkaforum/posts/list/150/347567.page See post by Nick Villacci at 14.23.09 on 30.04.11 comparing this model to GW Eldar models<br><br>http://www.dakkadakka.com/dakkaforum/posts/list/180/347567.page<br><br>See image from Dawn of War shown on a Relic wiki http://wiki.reliccommunity.com/index.php?title=Farseer_Taldeer<br><br>http://www.dakkadakka.com/dakkaforum/posts/list/210/347567.page See post by Nick Villacci at 22.23.28 on 02/05/2011 confirming that he is trying to fill in the blanks in the GW range.<br><br>Similarities to Games Workshop's Eldar models include:<br>• Icons on the helmet and the back of robes<br>• Shape of the sword<br>• All Eldar models have spirit stone, usually on the chest. She also has one on her back.<br>• Clad in robes<br>• Singing Spear<br>• Shape of the helmet and cut out face<br><br>http://www.games-workshop.com/gws/content/article.jsp?categoryId=&pIndex=1&aId=9000012a&start=2<br><br>Standard Eldar Helmet.<br>Miniature designed by Jes Goodwin<br>http://www.games- |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
|  |  | workshop.com/gws/catalog/productDetail.jsp?catId=cat440239a&prodId=prod1060055<br><br>Miniature designed by Mike McVey<br>Eldar Farseer helmet which elaborates on the standard helmet design by adding:<br>• two side extensions topped with stones, and<br>a design on the forehead featuring a triangle with a lower triangular stem, a central eye-like circle and lines coming out of the sides of the triangle.<br><br>p26 Codex Eldar 2006<br>p7 Codex Eldar 1999<br>p23 Codex Eldar 2006.<br>Eldar helmets are tall and have a depressed section cut into the face area<br>p154 Warhammer 40,000 rulebook 2008 |
| 109 | June Releases out today!<br><br>Tuesday, 14 June 2011 00:15<br><br>A release that is due this month is our wheeled conversion kit for the Games Workshop Imperial Guard Chimera APC Kit. Call it a "rapid response" variant if you want. This resin kit is designed to replace the side hull and treads of the rugged Chimera APC with All Terrain Tires and a hazard-clearing front bumper. It consist of 9 resin parts and is in final stages of production.<br><br>This month we have a few items that are for sale starting today.<br><br>First off is this nice conversion kit for the Imperial Guard Chimera. Call it a rapid-response variant if you want, we just refer to is a the "Wheeled Chimera Conversion Kit". This kit is composed of 9 highly-detailed resin pieces and easily replaces the tracked side pieces on the Games Workshop Imperial Guard Chimera. MSRP will be $13.50.<br><br>Rapid Response Wheeled Kit for Chimera | The product implicates trademark issues only, not copyright. |

4816-2515-6366.2