| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
|  | This highly detailed resin conversion kit will convert the normal Games Workshop Imperial Guard Chimera (or any other vehicle that shares that chassis) into a Rapid Response Wheeled vehicle.<br><br>Each kit consist of 9 highly detailed resin pieces, Games Workshop Chimera (or other vehicle that shares same hull) required to assemble as seen.<br><br>Shown assembled model uses Games Workshop Imperial Guard Chimera which is not a Chapterhouse Studios product.<br><br>Designed by Jeffrey Nagy. |  |
| 110 | Some things in the work, we are continuing to expand our "space elf" line that many players may enjoy. If you have ever wondered what male Eldar Howling Banshees may look like in a warped universe, you may like what is in the works here. I think a little more work is due for the concept. The sculptor has dubbed them "Hell Hounds". | The Eldar army is an army of 'Space Elves'.<br><br>They are using our ELDAR trademark<br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1160111a<br><br>Miniature by sculpted by Juan Diaz Ramos from a Jes Goodwin design Eldar Howling Banshee model.<br><br>p51 Codex Eldar 1994.<br>p31 Codex Eldar 2006<br><br>Howling Banshee Warriors have:<br>• Eldar conical style helmet with hair coming out of the back<br>• Segmented armour plates over a bodysuit<br>• Grid-like mouth<br>Long loin cloths held up by circular stones |
| 111 | TRU-Scale Conversion Kit for Space Marine Storm Raven.<br><br>We are also releasing a much-needed (in this humble hobbyist opinion) TRU-Scale Conversion kit for the Games Workshop Space Marine Storm Raven. This resin kit expands the hull of the Storm-Raven making it much longer and actually makes it realistic to think the | The Chapter House product is a conversion kit for Games Workshop's 'Stormraven Gunship'.<br><br>Miniature by sculpted by Dale Stringer from a Jes Goodwin design<br><br>http://www.games- |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
|  | Storm-Raven can carry the troops it is supposed to carry. We also included a grapple for carrying dreadnoughts (easily magnetized if you want to actually mount your walkers on the transport) as well as a hatch to cover the turret mount if you are inclined. MSRP $17.50 for the 9-piece resin kit. Availability in 2 weeks. | workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a<br><br>p37 Codex Grey Knights 2010 |
| 112 | Conversion Kits.<br><br>Next up are three smaller conversion kits. First is a set of five resin "gun-halberds" for 28mm scale models (or Heroic Scale). These weapons are composed of a power halberd that incorporates a bolter at the head. These may be a good match for "Grey Knight" players or for those custom made custodes models. Each 5 weapon set MSRP is $6.00. | Games Workshop sells Halberds<br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1570033<br><br>'Custodes' are the personal guard of the Emperor of Mankind. Games Workshop does not yet sell miniatures of Custodes but they are depicted in artwork in *Horus Heresy: Collected Visions* ©Games Workshop Limited 2007. Custodes are armed with halberds with built in 'bolters' at the head.<br><br>*Horus Heresy: Collected Visions*, ©Games Workshop Limited 2007, p152. (Legio Custodes / Sam Wood / 2004)<br><br>Grey Knights are a Space Marine Chapter that fight using Halberds.<br><br>Miniature by sculpted by Martin Footit from a Jes Goodwin design<br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1160008a |
| 113 | Conversion Beamer Servo Harness Kit for Space Marine Model<br><br>This resin kit sculpted and designed by Stephen Smith consist of 5 resin components. The kit fits on a standard Games Workshop Space Marine model. The design of the servo-backpack and conversion beamer weapon allow the model to hold the weapon under-slung on either arm.<br><br>Next we have a conversion-beamer and servo arm backpack set that is sculpted to work seamlesly with Games Workshop Space Marine models. If you are an aspiring tech-marine and are tired of trying to put together your very own conversion-beamer, this kit may save you some headaches. Consisting of 4 resin pieces, this easily poseable and | A 'Conversion Beamer' is a Space Marine weapon of great power and can be used as a weapon option for a Space Marine Master of the Forge. The conversion beamer was included in *Codex Space Marines* ©Games Workshop Limited 2008, p70. Chapter House released their product after the Codex description was released.<br><br>*Codex Space Marines* ©Games Workshop Limited 2008, p70. (DG551 Conversion Techmarine/ Dave Gallagher / 2002)<br><br>VALTHEX ASTRAL CLAWS MASTER OF THE FORGE<br><br>Miniature designed by Mark Bedford<br><br>http://www.forgeworld.co.uk/Home/Search- |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
|  | magnetized kit MSRP's for $9.50. | Results.html?filter_type=6&filter_Action=0&filter_name=SearchTerm&submit=GO&filter_value=conversion+beamer<br><br>Contemptor Heavy Conversion Beamer<br><br>Miniature designed by Will Hayes<br><br>http://www.forgeworld.co.uk/Home/Search-Results.html?filter_type=6&filter_Action=0&filter_name=SearchTerm&filter_value=valthex<br><br>p71 Codex Space Marines 2008. Servo arms<br><br>p70 Codex Space Marines 2008 |
| 114 | Death Angel Doors for Space Marine Land Raider kit<br><br>The Death Angel Land Raider door kit was designed to replace the standard doors on the Games Workshop Space Marine Land Raider. Incorporating original art work, each piece allows you to add further detail to your model by adding images of the Grim Reaper or the Dark Angel.<br><br>Each piece was sculpted by and and designed by Tomas Fiertek.<br><br>Kit consist of 6 finely sculpted resin components.<br><br>Lastly we have a new door kit for Games Workshop's Land Raider vehicle. This 6 piece resin kit consist of 4 doors, 1 set of wings (for side door) and one chain of ammo (for same door). The set features grim-reaper or death angels in various battle poses. Whether you are a Dark Angel fan or just like the gloominess of grim-reapers, this set adds a personal touch to the already awesome Games Workshop Land Raider plastic kit. This kit simply replaces the standard doors that come with the GW model. MSRP is $11.500.<br><br>The Death Angel Land Raider door kit was designed to replace the standard doors on the Games Workshop Space Marine Land Raider. | This kit uses the trademarks Games Workshop, Space Marine, Land Raider and Dark Angel.<br><br>The 'death angel' on the left carries a Heavy Flamer which is a Games Workshop weapon. http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod350007a<br><br>Miniature designed by Juan Diaz Ramos<br><br>The 'death angel' on the right carries a gun which looks like Games Workshop's Assault Cannon. This style of barrelled machine gun is not unique to Games Workshop but does fit with the Warhammer 40,000 range http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1400034<br><br>p101 Codex Space Marines 2008. Heavy Flamer<br>p101 Codex Space Marines 2008. Assault cannon |

4816-2515-6366.2

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | Incorporating original art work, each piece allows you to add further detail to your model by adding images of the Grim Reaper or the Dark Angel.<br><br>Each piece was sculpted by and and designed by Tomas Fiertek.<br><br>Kit consist of 6 finely sculpted resin components. | |
| 115 | SCAR & Sniper Rifle 28mm Pack - 8<br><br>A set of 8 Various SCAR and Sniper Rifles cast in resin. Each set includes 8 highly detailed 28mm weapons modeled after present day weapons. Scaled for use with 28mm wargame minis (GW Imperial Guard).<br><br>Set contains: 2 SCAR Autoguns, 2 SCAR Autoguns with Grenade Launchers, 2 SCAR Lasguns, 2 Sniper Rifles<br><br>This product is sold unpainted and some cleaning may be required.<br><br>Master sculpt by Jeff Nagy. | The product implicates trademark issues only, not copyright. |
| 116 | SCAR Drum Magazine Autoguns Resin 28mm - 6 | The product implicates trademark issues only, not copyright. |

4816-2515-6366.2

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | A set of 6 SCAR Drum Magazine Autoguns cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day SCAR rifles. Scaled for use with 28mm wargame minis (GW Imperial Guard).<br><br>This product is sold unpainted and some cleaning may be required.<br><br>Master sculpt by Jeff Nagy.<br><br>Painted by Jason Phillips | |
| 117 | **SCAR Lasguns Resin 28mm - 6**<br><br>A set of 6 SCAR Lasguns cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day SCAR rifles with laser modifications. Scaled for use with 28mm wargame minis (GW Imperial Guard).<br><br>This product is sold unpainted and some cleaning may be required.<br><br>Master sculpt by Jeff Nagy.<br><br>Painted by Jason Phillips | 'Lasguns' are the standard weapon of the Imperial Guard infantryman. A key feature of 'las' weapons is the angled end to the gun rifle.<br><br>Imperial Guard Cadian Shock Troops http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod2070014<br><br>Miniatures designed by Brian Nelson<br><br>p38 Codex Imperial Guard 2008. Lasgun with attached scope. |
| 118 | **SCAR Drum Magazine with Grenade Launchers Resin 28mm - 6**<br><br>A set of 6 SCAR Autoguns Drum Magazines with underslung grenade launchers cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day SCAR rifles. Scaled for use with 28mm wargame minis (GW | The product implicates trademark issues only, not copyright. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
|  | Imperial Guard).<br><br>This product is sold unpainted and some cleaning may be required.<br><br>Master sculpt by Jeff Nagy.<br><br>Painted by Jason Phillips |  |
| 119 | **Sniper Rifles Resin 28mm - 6**<br><br>A set of 6 Sniper Rifles cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day sniper rifles. Scaled for use with 28mm wargame minis (GW Imperial Guard).<br><br>This product is sold unpainted and some cleaning may be required.<br><br>Master sculpt by Jeff Nagy.<br><br>Painted by Jason Phillips | The product implicates trademark issues only, not copyright. |
| 120 | Lava World Bases | There are no IP concerns with these bases. |
| 121 | It has been a little while since our last release. We have been hard at work at Chapterhouse Studios, looking for the next toy to release for the Heresy Era 40k players. I am happy to show the Javelin Class Jet Bike. | Emperor's Children Space Marine Jet Bike Squad.<br>This shows a Space Marine Jet Bike from the Horus Heresy era.<br><br>p15, *Horus Heresy: Collected Visions* ©2007 |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | This multi-part customizable resin kit contains 8 resin components. We have included 2 engine options, this will allow you to make a regular and a scout version of the Javelin Jet Bike. We also included 2 different bolt gun mounts that will allow the addition of different special weapons (plasma, melta, grenade launchers etc). These conveniently fit our combi-weapon conversion bits.<br><br>Also included in the kit are a set of legs and arms that will allow you to use other companies torsos and heads to model a rider. Flight stand will be included.<br><br>Our target price for the Javelin Jet Bike is $14.00 and the release will be on November 5th.<br><br>Kit is shown with Chapterhouse Studios helmets and torso (not included).<br><br>Concept sketches from designer posted on DakkaDakka http://www.dakkadakka.com/dakkaforum/posts/list/335180.page | (2034_Jet Bike Squad / Eric Ren / 2003)<br>The bike is copied from the artwork in *Horus Heresy: Collected Visions* using elements from the current Space Marine Bike model sold by Games Workshop.<br><br>Artwork – Distinctive front grill in large straight vertical lines with the chassis protruding underneath out in front of the bike. Two boltguns on top of the front of the bike. Two exhaust pipes on the side of the bike.<br><br>Bike Model (See sprue comparison below) – the tank (section below handle bars) has been copied as the shape, trim and circle decoration are the same. Three tubes lead into engine below the tank. The Space Marine arms are identical in design.<br><br>The model riding the bike copies several key features of a Space Marine:<br>• Leg Armour<br>  ○ Flared with angled edges to match width of boots<br>  ○ Cut at bottom of leg around shape of boot<br>  ○ Joints at hips and back of knee are joined by grooved sections<br>• Shoulderpads<br>  ○ Covering from start of shoulder to above the elbow<br>  ○ Large border around outer edge<br>  ○ Large round studs on the shoulder pads are a feature of Mark V Space Marine armour worn during the Horus Heresy period.<br><br>The main element of the Games Workshop heresy jet bike design that is missing from the Chapter house model is the swooping eagle design on the front. The concept sketch shows the swooping eagle design being removed from the bike. |
| 122 | Death Angel Storm Shield | The product implicates trademark issues only, not copyright. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
|  | This is a single pewter combat or storm shield for 28 mm figures. This oval shaped shield has an image of a grim reaper or dark angel standing on a pile of skulls.<br><br>If to be used on Games Workshop models, this is more suitable for a terminator model as opposed to a space marine model (it would look a bit large for the smaller armor).<br><br>http://chapterhousestudios.com/webshop/component/virtuemart/?page=shop.product_details&category_id=15&flypage=flypage.tpl&product_id=127&vmcchk=1 |  |
| 123 | Monday, 29 August 2011 01:37<br><br>Today our second complete miniature figure is released for sale.<br><br>**Armana'serq Warrior Priestess**<br><br>*The gods have always demanded worship and sacrifice but in return they grant their most zealous followers with supernatural strength and skills. Serqitet, goddess of the scorpion protects her followers through her warrior priestess. Armed with sword and pistol, Armana'serq leads her fellow warrior-priest into combat through stealth and subterfuge.*<br><br>This unpainted 28mm scale pewter model consist of 6 components - body and 5 variant arms. A 25mm slotted base is included. Armana'serq is available here for $13.50<br><br>Look for our exciting TRU-Scale Storm Raven Extension kit next week!<br><br>Nick- Chapterhousestudios.com | This model has been copied from Jes Goodwin's exarch sketches. Jes takes his old sketch books to Games Days and in the past has allowed people to take photographs from them. This image has been available on the internet, albeit it is grainy.<br><br>Eldar Striking Scorpions<br>• Plate armour<br>• Chainswords<br>• Thick locks of hair coming from the top of the head<br>• "The signature attack of the Striking Scorpion is made by the weapon pods housed on either side of the warrior's helmet, known as mandiblasters. These are short-ranged laser weapons used to deliver a deadly energy sting in close combat." P.33 *Codex Eldar* ©2006.<br>The Chapter House model has a similar device either side of the jaw.<br>• Striking Scorpions are stealthy infiltrators. P.33 *Codex Eldar* ©2006.<br><br>p69 Warhammer 40,000 Compilation 1991<br><br>p69 Warhammer 40,000 Compilation 1991<br>Wrist mounted weapon on left arm. |

4816-2515-6366.2

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | p59 Warhammer 40,000 Compilation 1991<br><br>A unit champion known as an 'Exarch' can be armed with special weapons. One is the 'Scorpion's claw', a pincer claw with a mounted gun attachment. The other is a 'Biting blade', which is a long two handed chainsword. Both these weapons are available with Chapter House's model. |
| 124 | Abbithan Banshees Guardswoman 28mm figures -- 10<br><br>This resin conversion kit contains 12 torsos, 12 legs, 12 heads, 12 backpacks and enough bases to assemble a 12 woman unit of Abbithan Banshees Guardswoman. Models are scaled for 28mm wargames. Models do not come with arms and weapons.<br><br>Display models shown assembled with Games Workshop Cadian Imperial Guard arms and weapons for compatibility purposes.<br><br>(Chapterhouse Studios recommends Games Workshop Imperial Guard weapons and arms, in particular Cadian Imperial Guardsman arms)<br>http://chapterhousestudios.com/index.php?route=product/product&path=77&product_id=163 | p6 Codex Imperial Guard 1995.<br>Imperial Guard Cadian Shock Troops<br><br>Cover art, Codex Imperial Guard 2008. |
| 126 | **TRU-Scale Knight Praetorius Conversion Kit – 6**<br>http://chapterhousestudios.com/index.php?route=product/product&product_id=204<br><br><br><br>Product Code: TRU-Scale Knight Praetorius Conversion Kit – 6<br>**Please note we have had outstanding demand for this product and we are receiving new supply weekly any pre-orders placed will be priority before we stock any in the store. These are available for "pre-order" or pre-payment and this will** | p28 Codex Space Marines 2008.<br>Space Marine.<br><br>Cover art, Codex Space Marines 2008.<br>Space Marines<br><br>p20 Codex Space Marine 2008<br>The Torso of MK8 armour is characterised by a high collar.<br><br>p34 Warhammer 40,000 Compendium |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | guarantee you a kit before any order that comes after you. Expected delay in shipping when ordered while on pre-order is 1-2 weeks.<br><br>The "Knights Praetorius" are the Empress' most loyal soldiers. Each is endowed with a touch of the Empress' psychic powers when admitted into the unit. While few in number, each is a match for 10 lesser men, the psychic unity with the Empress allows a measure of prescience as well as formidable endurance. Both men and woman are allowed to test to join the unit, but few survive this testing.<br><br>*In a future where knowledge and technology rule. Aliens and humans battle for resources over countless worlds in a race to the become the dominate power*<br><br>*Earth has been divided into two warring factions although each faction has claimed a whole system to rule over-, they continue to fight over who should rule over earth.*<br><br>*Queen Eva Kimlar is the leader of the Valnarian Empire, a powerful psyker that has merged psionics with technology. Kimlar is the manipulator of men and can influence their thoughts, it is almost impossible for a male to deceive her as she can see your innermost secrets in your eyes as if watching them play out on a screen. As a the strongest known psyker in existance she shares a link with her most loyal followers on a level a normal human could not comprehend.*<br><br>*Her influence on peoples actions are stronger over men than women, thus she has to use her strong political skills and natural charisma to win over the female population.*<br><br>Each resin kit comes **unassembled and unpainted**. The 28 mm TRU-Scale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, | MK6 armour, pointed helmet and shoulder studs. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.* Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.<br><br>**Examples of assembled and painted models by Stephen Smith and consist of numerous components from different manufactures for the weapons, arms, heads and weapon effects are available here.** | |
| 128 | Hotshot Lasgun Pack<br><br>This is a 2 piece metal model of a heavy laser and a power pack. Designed to be compitable with 28mm wargaming miniatures and can be used to convert Imperial Guard Storm Trooper models.<br><br>This product is sold unpainted and some cleaning may be required. | Hot-shot lasguns/Hot-shot Laser Power pack<br><br>Hot-shot lasguns are lasguns (see 119) which are able to fire more powerful shots due to being attached to a power pack.<br><br>p21, 'Codex Imperial Guard' ©1995 |
| 129 | **Iconoclast Conversion kit for Space Marine Land Raider**<br><br>This resin kit consist of 12 components that when combined with the Games Workshop Space Marine® Land Raider will create a more heavily armored vehicle to transport your toy soldiers on the battlefield. The Iconoclast conversion kit consist of the following components - 2 side armored sponsons, 2 sponson upper components, 2 weapon mounts, 2 side hatches, 2 armored sensor units, 1 central hull and turret mount and 1 upper turret armor piece.<br><br>The Iconoclast conversion kit is designed to be fully compatible with all plastic versions of Games Workshop's Space Marine | The product implicates trademark issues only, not copyright. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
|  | Land Raider. As this kit will require modification of the sponson weapons to attach to the drum weapon mounts, modeling experience is recommended.<br><br>Land Raider modell shown is not included and is displayed to illustrate use of the conversion kit and compatibility.<br><br>Components sold unpainted and unassembled. |  |
| 130 | **Magnetic Turret Kit for the Storm Raven**<br><br>The Chapterhouse Studios "Magnetic Turret Kit for the Storm Raven" is a resin model kit that modifies the Games Workshop Storm Raven vehicle. It is composed of 13 pieces - 7 piece turret, 2 laser cannons, 2 plasma cannons, 2 assault cannons and 8 magnets. Our turret design allows you to easily switch between the lascannon, plasma cannon or assault cannon options available to the Storm Raven game piece according to the rules published by Games Workshop.<br><br>Storm Raven model hull shown is not included and is displayed to illustrate use of the conversion kit.<br><br>Components sold unpainted and unassembled. | See 111 for Storm Raven.<br><br>p37 Codex Grey Knights 2010.<br><br>p101 Codex Space Marines 2008.<br>Assault Cannon.<br><br>p101 Codex Space Marines 2008.<br>Lascannon. |
| 131 | **Magnetic Turret Kit for the Razorback**<br><br>The Chapterhouse Studios "Magnetic Turret Kit for the Razorback" is a resin model kit that modifies the Games Workshop Space Marine Razorback vehicle. It is composed of 17 pieces - 7 piece turret, 2 heavy bolt guns, 2 laser cannons, 2 heavy flamethrowers, 2 assault cannons, 2 plasma guns and 12 | See 130 for lascannon.<br><br>p5 Codex Space Marines 2004.<br>Space Marine Razorback with twin-linked lascannon turret.<br><br>p35 Codex Space Marines 2004.<br>Razorback with twin-linked heavy bolter. |

4816-2515-6366.2

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | magnets. Our turret design allows you to easily switch between the lascannon, lascannon with twin-linked plasma guns, heavy bolter, heavy flamers or the assault cannon options available to the Razorback tank game piece according to the rules published by Games Workshop.<br><br>Razorback tank model shown is not included and is displayed to illustrate use of the conversion kit.<br><br>Components sold unpainted and unassembled | |
| 132 | **Open-Fisted Power Claws compatible with Games Workshop Space Marine model**<br><br>This is a pair of resin power claw arms for 28 mm figures. They are designed to be compatible with Games Workshop Space Marine models. Each set of claws come consist of 8 parts - 4 open-fisted power claws or blades, 2 armored arms and 2 power cables.<br><br>The shoulder armor pieces are approximately the same size as the shoulder armor on a Games Workshop Terminator model and will easily accept any of our "Terminator Shoulder Pads". The shoulder armor can be easily cut down in size to accomodate any of our "Power Armor Shoulder Pads". These can be used as ligntning claws or any sort of power blades.<br><br>Components sold unpainted and unassembled.<br><br>**Released March 2012.** | p101 Codex Space Marines 2008.<br>Lightning Claw.<br><br>p92 Codex Space Marines 2008.<br><br>p27 Codex Blood Angels 2009.<br><br>p10 Warhammer 40,000 Compilation 1991.<br><br>p53 Codex Ultramarines 1994. |
| 133 | **Close-Fisted Power Claws compatible with Games Workshop Space Marine model**<br><br>This is a pair of resin power claw arms for 28 mm figures. They | See 132.<br><br>p101 Codex Space Marines 2008. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
|  | are designed to be compatible with Games Workshop Space Marine models. Each set of claws come consist of 8 parts - 4 close-fisted power claws or blades, 2 armored arms and 2 power cables.<br><br>The shoulder armor pieces are approximately the same size as the shoulder armor on a Games Workshop Terminator model and will easily accept any of our "Terminator Shoulder Pads". The shoulder armor can be easily cut down in size to accomodate any of our "Power Armor Shoulder Pads". These can be used as ligntning claws or any sort of power blades.<br><br>Components sold unpainted and unassembled. |  |
| 134 | **Pilum Imperial Attack Jet Bike**<br><br>This multi-part customizable resin kit contains 21 resin components. This set includes our standard Javelin Jet Bike kit as well as 12 new components to upgrade it to an "attack" variant - the Pilum Jet Bike. Two side mounted weapon options are included - our Heavy Bolt Gun and a Heavy Melta Gun. **This kit is specifically designed to allow the two heavy weapon options to be magnetized and this kit includes 6 magnets as well.**<br><br>We also included 2 different bolt gun mounts that will allow the addition of different special weapons (plasma, melta, grenade launchers etc). These conveniently fit our combi-weapon conversion bits.<br><br>Also included in the kit are a set of legs and arms that will allow you to use other companies torsos and heads to model an armored rider. Flight stand will be included. Please note the peg hole is sized for Games Workshops flight bases, in order to use our bases you will have to widen the holes diameter slightly. | See 121 for jetbike comparison<br><br>p101 Codex Space Marines 2008.<br>The meltagun is identifiable by its unique muzzle, a long cylinder with heat vents marked into it. The multi-melta is the heavy weapon equivalent, incorporating two of these muzzles one above the other.<br><br>p101 Codex Space Marines 2008.<br>The heavy bolter is a heavy version of the Boltgun. It is recognisable by its large block body and round silver muzzle with a large hole in the side.<br><br>-The rules options for Space Marine attack bikes allow 2 weapon choices: Multi-melta or Heavy Bolter. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
|  | (Riders Shoulder Pads, Torso and Head not included and sold seperately)<br><br>Models supplied unassembled and unpainted as always.<br><br>I have a limited number of these kits on hand, and we will be getting more in next week, if you place a pre-order they will ship the week they arrive in.<br><br>Till next time!<br><br>Nick Villacci - Chapterhouse Studios LLC |  |
| 135 | **Alternative Heads for Tau Crisis Suits - Set #1**<br><br>A pewter set of 3 new alternative head sculpts designed to fit on the Games Workshop Tau Crisis or Broadside Battlesuits. Each set comes with 3 different robotic heads as well as a sprue of antenna to further modify the components.<br><br>Games Workshop Tau Crisis Suit model is shown for scale and examble of use only and not included.<br><br>Components sold unpainted and unassembled. | Cover art, Codex Tau Empire 2005.<br><br>p32 Codex Tau Empire 2005.<br><br>p34 Codex Tau Empire 2005.<br><br>p45 Codex Tau Empire 2005. |
| 136 | **Alternative Heads for Tau Crisis Suits - Set #2**<br><br>A pewter set of 3 new alternative head sculpts designed to fit on the Games Workshop Tau Crisis or Broadside Battlesuits. Each set comes with 3 different robotic heads as well as a sprue of antenna to further modify the components.<br><br>Games Workshop Tau Crisis Suit model is shown for scale and examble of use only and not included. | See 135 above |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
|  | Components sold unpainted and unassembled. |  |
| 137 | **Heresy-Era Shoulder Pads for Terminators Type E - 2 pads**<br><br>This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad itself has leather segments flowing down and 2 distinct armored sections on the upper armor.<br><br>This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only). | Pre-Heresy and Heresy Era Terminator shoulder pads<br><br>p274 Horus Heresy Collected Visions<br><br>These Heresy-era Terminator shoulder pads feature two layers of plate with metal ended hanging straps. The metal plates have a studded border and the top plate has a cut out section in the lower, outer corner. |
| 138 | **Heresy-Era Shoulder Pads for Terminators Type D - 2 pads**<br><br>This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has leather straps with metal rings on the ends flowing down and 2 distinct armored sections on the upper armor.<br><br>This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only). | Pre-Heresy and Heresy Era Terminator shoulder pads<br><br>p78, Horus Heresy Collected Visions<br><br>These Heresy-era Terminator shoulder pads protrude further out from the shoulders. The lower plate is mounted higher, level with the cut out section, rather than below it as seen in 137 above. |
| 139 | **Heresy-Era Shoulder Pads for Terminators Type B - 2 pads**<br><br>This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and | Pre-Heresy and Heresy Era Terminator shoulder pads<br><br>pp103 and 268 Horus Heresy Collected Visions<br><br>These Heresy-era Terminator shoulder pads feature the bold studs that characterise Heresy era armour. They represent bolts that have been used to |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
|  | the pad has armor studs on the 2 upper armor surface and on the leather straps.<br><br>This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only). | repair battle-damaged armour during the Heresy. See MKV power armour. |
| 140 | **Heresy-Era Shoulder Pads for Terminators Type C - 2 pads**<br><br>This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has leather straps flowing down and 2 distinct banded armored sections on the upper surface.<br><br>This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only). | See 137 above for Pre-Heresy and Heresy Era Terminator shoulder pads<br><br>See 68 for MK1 power armour banded shoulder pads. |
| 141 | **Heresy-Era Shoulder Pads for Terminators Type A - 2 pads**<br><br>This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the bad itself has draping armored segments flowing down and 3 distinct armored sections on the upper armor.<br><br>This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only). | See 137 above for Pre-Heresy and Heresy Era Terminator shoulder pads<br><br>See 68 for MK1 power armour banded shoulder pads. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| 142 | **TRU-Scale Knight Praetorius "Order of the Empress's Tears" Conversion Kit - 6**<br><br>The "Knights Praetorius" are the Empress' most loyal soldiers. Each order has a history as well as heraldry that is unique to its ranks. The Order of the Empress's Tears is named so because of the near annihilation the order faced when they were the sole defense for the Empress when her Flagship came under assault during the Battle of Permidian. Isolated and without support, the order was annihilated to almost the last soldier before reinforcements had arrived. Only 2 soldiers survived the Kin'rth attack against the Empress and her closest advisors. Because of this sacrifice, the Empress renamed the unit and the units heraldry includes the "red tears" of the empress as its main standard.<br><br>Each resin kit comes **unassembled and unpainted**. The 28 mm TRU-Scale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.* Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.<br><br>**Examples of assembled and painted models by Worthy Painting Artist Alistair Armes are available** here. | See 126 above.<br><br>Yellow armour with black and white checked patterns is the colour scheme of the Lamenters Space Marine Chapter.<br><br>They were created from the Blood Angels Chapter and so also use blood drop iconography.<br><br>p113 Imperial Armour Volume 9 The Badab War Part 1<br><br>p35 Warhammer 40,000 Compendium 1989. |
| 143 | **TRU-Scale Knight Praetorius Conversion Kit -6**<br><br>The "Knights Praetorius" are the Empress' most loyal soldiers. Each is endowed with a touch of the Empress' psychic powers when admitted into the unit. While few in number, each is a match for 10 lesser men, the psychic unity with the Empress | This kit comprises parts from other Chapter House products.<br><br>Although they primarily produce 'bits' and conversion kits they now have enough of their own separate products to construct full models. |

4816-2515-6366.2

| No. | Chapterhouse Product and Website Description | | Games Workshop Works |
|---|---|---|---|
| | allows a measure of prescience as well as formidable endurance. Both men and woman are allowed to test to join the unit, but few survive this testing.<br><br>*In a future where knowledge and technology rule. Aliens and humans battle for resources over countless worlds in a race to the become the dominate power*<br><br>*Earth has been divided into two warring factions although each faction has claimed a whole system to rule over-, they continue to fight over who should rule over earth.*<br><br>*Queen Eva Kimlar is the leader of the Valnarian Empire, a powerful psyker that has merged psionics with technology. Kimlar is the manipulator of men and can influence their thoughts, it is almost impossible for a male to deceive her as she can see your innermost secrets in your eyes as if watching them play out on a screen. As a the strongest known psyker in existance she shares a link with her most loyal followers on a level a normal human could not comprehend. Her influence on peoples actions are stronger over men than women, thus she has to use her strong political skills and natural charisma to win over the female population.*<br><br>Each resin kit comes **unassembled and unpainted**. The 28 mm TRU-Scale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.* Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.<br><br>Displayed model painted by Jose Veiga and incorporates kits from Chapterhouse Studios - **Spiky Marine Head, Open Fist Power Claws, and Combi-Flamer Component**<br><br>**Examples of assembled and painted models by Stephen Smith** | | |