| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | and consist of numerous components from different manufactures for the weapons, arms, heads and weapon effects are available here. | |