| **Plaintiff's Exhibit A** |
|---|
| **Entry 1** |

GW failed to produce the following allegedly infringed works: p10, Warhammer 40,000 Compilation, 1991



Customer Service 1-800-394-4263 | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $30 OFFER DETAILS

0 item(s) @ $0.00

Community & Events Virtual Gift Vouchers Store Finder White Dwarf Citadel Finecast Find a Gift List

Search

Warhammer 40,000 Bitz Thunder Hammer Conversion Pack

**Categories**

- Getting Started
- Warhammer 40,000 Advance Orders
- Warhammer 40,000 New Releases
- Warhammer 40,000: Assault on Black Reach
- Warhammer 40,000 Essentials
- Warhammer 40,000 Armies
- Warhammer 40,000 Expansions
- Warhammer 40,000 Citadel Finecast
- Warhammer 40,000 Scenery
- Warhammer 40,000 Books
- Warhammer 40,000 Bitz
- Warhammer 40,000 Collectors
- Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

# Thunder Hammer Conversion Pack

Like 8 ADD TO CART

**Thunder Hammer Conversion Pack**

Space Marine Command Squads and Vanguard Veterans are experienced warriors who are often gifted with powerful weapons from the Chapter's arsenal. The thunder hammer is one such weapon. With a thunder hammer in his hands, a Space Marine can smash clean through most opponents making a mockery of any armour they may be wearing. Suffice to say, it's a weapon that's as messy as it is deadly. A warrior with a thunder hammer will often carry a storm shield into battle. Contained within the shield is a powerful force field that can repel incoming attacks, allowing the user to get close enough to the enemy to use the full force of the thunder hammer in his other hand. It's a deadly combination and one that has proven very effective across the Imperium.

This pack contains 15 components, including: five thunder hammers, five storm shields and five shoulder pads bearing the Crux Terminatus. This pack is designed for use on Space Marine miniatures wearing power armour. All of these components are supplied unpainted and require assembly - we recommend using Citadel Super Glue and Citadel Paints.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101398

**Price: $14.00**

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

**Have you got?**

$17.00 add to cart

Space Marine Terminator Captain

$35.00 add to cart

Space Marine Chapter Masters

Carry Our Products Real Estate Privacy Policy Legal Careers About Us Investor Relations Black Library Forge World Site Map Contact Us

Country Select

Copyright © Games Workshop Limited 2000-2011 © New Line Productions Inc © The Saul Zaentz Company d/b/a Middle-earth Enterprises All rights reserved to their respective owners.

**Exhibit 1-A-1**
[Plaintiff's Exhibit A, Entry No. 1 – 80% actual size]

GW allegedly infringed work: "Games Workshop sells Thunder Hammers available on its website."



**Exhibit 1-B**
[Plaintiff's Exhibit A, Entry No. 1]

Photograph of Chapterhouse Studios product No. 1



Customer Service 1-800-394-4263 Welcome! | Sig

FREE SHIPPING ON ALL ORDERS

0 item(s) @ $0.00

Community & Events | Virtual Gift Vouchers | Store Finder | White Dwarf | Find a Gift List

Product

Warhammer 40,000 | Elites | Space Marine Terminator Close Combat Squad

**Categories**

- Getting Started
- Warhammer 40,000 Advance Orders
- Warhammer 40,000 New Releases
- Warhammer 40,000: Assault on Black Reach
- Warhammer 40,000 Essentials
- Warhammer 40,000 Armies
- Warhammer 40,000 Expansions
- Warhammer 40,000 Citadel Finecast
- Warhammer 40,000 Scenery
- Warhammer 40,000 Bitz
- Warhammer 40,000 Collectors
- Warhammer 40,000 Books
- Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

# Space Marine Terminator Close Combat Squad

Tweet | Like 81 | ADD TO CART

**Space Marine Terminator Close Combat Squad**

A Chapter's first company is known as the Veteran Company and contains its bravest and most heroic Space Marines. Invariably the most powerful Company in the Chapter, its warriors are trained to take to the field in the mighty Terminator armour. In battle Terminators are deployed where the fighting is certain to be at its bloodiest.

This box set contains five multi-part plastic Space Marine Terminators, and includes options for a Sergeant and the choice of either a pair of lightning claws or thunder hammer and storm shield for each Terminator. Models supplied with 40mm round bases.

**Price: $50.00**

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

**Availability:** Usually ships within 24 hours.
**Part Code:** 99120101037

**With this box set you can make the following:**

**Terminator Assault Squad**

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Terminator Sergeant | 4 | 4 | 4 | 4 | 1 | 4 | 2 | 9 | 2+ |
| Terminator | 4 | 4 | 4 | 4 | 1 | 4 | 2 | 9 | 2+ |

**Have you**

$17.00
Space Marine Termina

$15.00
Space Marine Chaplain Armour

$66.00
Space Marine Land Ra Crusader/Redeemer

**Related A**

- Space Marine: Heroes Astartes
- Planetstrike: Planetstri Defending with Space
- Getting Started With S

**Exhibit 1-A-2**

[Plaintiff's Exhibit A, Entry No. 1 – 80% actual size]

GW allegedly infringed work: "Games Workshop sells Thunder Hammers available on its website."



**Exhibit 1-B**
[Plaintiff's Exhibit A, Entry No. 1]

Photograph of Chapterhouse Studios product No. 1



GW0002419

**Exhibit 1-A-3**
[Plaintiff's Exhibit A, Entry No. 1]

GW allegedly infringed work: "Space Marine Collector's Guide 2003, page 14."



**Exhibit 1-B**
[Plaintiff's Exhibit A, Entry No. 1]

Photograph of Chapterhouse Studios product No. 1

## Storm Shield

A storm shield is a solid shield that has an energy field generator built into it. The energy field is capable of deflecting almost any attack, even blows from lascannons and power weapons.

A model with storm shield has a 3+ invulnerable save. A model equipped with a storm shield can never claim the +1 Attack bonus for being armed with two close combat weapons in an assault.

## Teleport Homer

Teleport homers emit a powerful signal enabling Space Marine Strike Cruisers to lock on to them with their teleportation equipment. By utilising this signal, the risk of missing the intended mark is greatly reduced, as are the dangers of more serious accidents. If Terminators wish to teleport onto the battlefield via deep strike and choose to do so within 6" of a model carrying the homer, then they won't scatter. Note that the teleport homer only works for units that are teleporting, not for units entering play using jump packs, drop pods or other means of transport. Also note that the homer must already be on the table at the start of the turn for it to be used.



Forces of the Space Marines 101

GW0011388

**Exhibit 1-A-1**
[Plaintiff's Exhibit A, Entry No. 1 – 80% actual size]

GW allegedly infringed work: "p101, Codex Space Marines 2008"



**Exhibit 1-B**
[Plaintiff's Exhibit A, Entry No. 1]

Photograph of Chapterhouse Studios product No. 1

of a Terminator squad are linked to each other with pict-display units, allowing the Space Marines to see what their brother warriors see. All suits of Terminator armour are capable of this, but to avoid confusion, it is usual for only the Sergeant's armour to broadcast pict-signals.

### VETERAN SPACE MARINES

A Chapter's First Company is known as the Veteran Company and contains its bravest and most heroic battle brothers. Many of the First Company will have risen to the rank of Veteran Sergeant before being inducted to the First Company, though less experienced Space Marines are often accepted into its ranks for performing acts of exceptional courage. These Space Marines are mighty heroes

### THE CRUX TERMINATUS

Each Terminator bears a badge upon his left shoulder guard that is made from stone and is said to incorporate fragments of the Emperor's armour. At the climax of the Horus Heresy, the Emperor personally led an attack upon the Warmaster's battle barge alongside his most trusted warriors. During the fierce fighting, the Emperor came face to face with Horus, who, in the battle that resulted, grievously wounded him. Following Horus' defeat, it is said that the Emperor decreed that his armour be taken off and melted down, and that the pieces be made into badges that all Terminators could wear in recognition of the service performed in the defeat of Horus. However, if this is true, then each suit of Terminator armour must only contain the most miniscule of fragments.

whose legends have become part of the Chapter's history, and it is every warrior's ambition to become one of their Chapter's elite. The First Company is invariably the

most powerful Company in the Chapter, as many of its warriors are trained to take the field of battle wearing Terminator armour. All Space Marine Chapters maintain a



Chapter Approved Access Level: Ω thirty seven

Black Templar Sword Brethren Terminator

Dark Angels Deathwing Terminator

Imperial Fist Assault Terminator

Ultramarines Terminator

Thought for the day: Faith is your shield

45

GW0001195

**Exhibit 1-A-2**
[Plaintiff's Exhibit A, Entry No. 1 – 80% actual size]

GW allegedly infringed work: "p45, Index Astartes IV 2004"



**Exhibit 1-B**
[Plaintiff's Exhibit A, Entry No. 1]

Photograph of Chapterhouse Studios product No. 1

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Eagle Thunder Hammer



Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- **Space Marine Compatible Bits**
  - - Heads
  - - Jump packs
  - - Kits for Space Marine Vehicles
  - - Shields
  - - Shoulder Pads
  - - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

# Eagle Thunder Hammer



Product Code: Eagle Thunder Hammer
Reward Points: 0
Availability: 79

## Price: $1.50

Qty:

Add to Cart

★★★★★  1 reviews  |  Write a review

Share ✉ 🖨 📘 🐦

| Description | Reviews (1) |

This is a single pewter hammer for 28 mm figures. This is a hammer sculpted with eagle or feather details on the head of the weapon..

If to be used on Games Workshop models, this is more suitable for a terminator model as opposed to a space marine model (it would look a bit large for the smaller armor).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Eagle Thunder Hammer

We accept    PayPal        About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy        2011 ChapterHouse Studios®