| **Plaintiff's Exhibit A** |
|:---:|
| Entry 2 |

GW identifies but failed to produce the following allegedly infringed work: Cover art, Codex Black Templars 2005

## Home world

The Black Templars have no single home world, instead they live in their Crusade fleets, upon many battle barges, strike cruisers and other craft such as training vessels and gigantic forgeships. The Black Templars establish Chapter Keeps on every world they conquer or reclaim for the Emperor. The main purpose of the Chapter Keeps is to recruit new Space Marines from the population, and to act as staging posts for mustering the Crusades together. These Chapter Keeps are sizeable, with chambers to accommodate two to three Companies of Space Marines, but are far smaller than the Fortress Monasteries of other Chapters. However, there have been hundreds of Chapter Keeps established over the millennia, some of which are still standing, others which have fallen into ruin and disrepair and are no longer manned.

The High Marshal himself has his own battle barge, the *Eternal Crusader*, and he can travel from Crusade to Crusade lending his military genius and spiritual guidance to those under his command. The *Eternal Crusader* is gigantic, even for a battle barge, having been expanded and refitted over ten thousand years, with extra docking facilities for escort ships, additional launch bays for shuttles and Thunderhawks, as well as accommodation for twice as many Space Marines than a normal battle barge.

## Combat doctrine

The Black Templars have continued in the style of their founder, Sigismund, in preferring close combat to ranged warfare. Face-to-face with his enemy, a Space Marine can earn honour and respect and be sure that his foe is truly vanquished.

This is further emphasised by the fanaticism of Black Templars battle brothers, whose righteous anger makes them impatient and headstrong. They will drive towards the foe relentlessly, their own casualties only serving to spur them on faster, hungry for vengeance on the slayers of their brethren.

As part of their dedication to the Emperor, the Black Templars swear fell oaths of faith and protection. Before a battle, it is customary to renew one of these vows to the Emperor, the type of vow made focusing the thoughts of the Initiates on a particular aspect of their duties, encouraging extreme bravery, ruthlessness or sacred revulsion at the foe.

## Organisation

The Black Templars are a fleet-based Chapter. They are rarely assembled as a Chapter, but instead are divided into a number of Crusades at any one time. Each Crusade is led by a Marshal, while the High Marshal is responsible for monitoring the progress of all the current Crusades.

There usually numbers three or more Crusades at any one time – their history shows that during the Treachery of Dalmark there were as many as fourteen Crusades fighting across the Segmentum Solar. The size of a Crusade can also vary widely, sometimes as few as fifty to one hundred Marines, sometimes the equivalent of several Companies from a Codex Chapter. Only the Black Templars themselves have even the roughest idea how many Black Templars Space Marines there are, but it is obvious that they are far more numerous than most conventional Chapters, although dispersed over a much wider area. If certain accounts are taken to be true, then they could even be as strong as five to six thousand Battle-Brethren in total, a force which in the present Imperium would be all but unstoppable if ever gathered in a single place.

The larger Crusades are often broken down by their Marshal into Fighting Companies, led by Sword Brethren given the additional honorific of 'Castellan'. Whether such Companies exist or not, individual squads are



Thought for the day: You carry the Emperor's will in your torch. With it destroy the shadows.

Black Templars, M.III

Chapter Approved Access Level: Ω nine

Ref. 326.99

Imp. ref. 658/rth/Sword Brethren markings

IA ref. 213/t/Personal litany

IA ref. 356.8/t/Chapter icon

Mk. III Crusade pattern Boltgun with personal litany markings

Mk. IV Storm Bolter

Mk. VI Power fist

Mk. VII Adeptus Astartes Power Armour

Mk. IV Adeptus Astartes Tactical Dreadnought Armour

Imp. ref. 087/453. Codex Retrieval File Z9

GW0001632

**Exhibit 2-A-1**

[Plaintiff's Exhibit A, Entry No. 2 – 80% actual size]

GW allegedly infringed work: "Index Astartes II 2003, page 45."



**Exhibit 2-B**
[Plaintiff's Exhibit A, Entry No. 2]

Photograph of Chapterhouse Studios product No. 2



**Exhibit 2-A-2**
[Plaintiff's Exhibit A, Entry No. 2 – 80% actual size]

GW allegedly infringed work: "Warhammer 40,000 Space Marine Land Speeder 1998, page 5."



**Exhibit 2-B**
[Plaintiff's Exhibit A, Entry No. 2]

Photograph of Chapterhouse Studios product No. 2



**Exhibit 2-A-3**

[Plaintiff's Exhibit A, Entry No. 2 – 80% actual size]

GW allegedly infringed work: "Forge World sell Mark V Heresy Space Marines available on its website."



**Exhibit 2-B**
[Plaintiff's Exhibit A, Entry No. 2]

Photograph of Chapterhouse Studios product No. 2

# SPACE MARINE POWER ARMOUR

Most humans who have any contact with Space Marines will know and recognise the most common types of Space Marine armour quite readily. However there are older types of armour (also known as marks) which remain in service to this day and whose design differs greatly. Indeed, many of the older variants have special associations for particularly old or honoured Chapters and so may be worn by ceremonial guards or by elite units. Other Chapters are less formal in their use of armour, mixing various types into their fighting units with little or no regard for conformity. The degree of uniformity within a Chapter varies a great deal and is often determined by historical precedent or tradition.

Each Chapter's power armour is maintained by skilled Artificers. These are not Space Marines, but dedicated servants who spend their lives working for the Chapter. Over the history of a Chapter, especially talented Artificers become famous and justly celebrated, and examples of their work are much sought after. When a Space Marine earns a combat honour it is the Artificers who fashion the honour badge and fasten it onto the Marine's armour. Similarly, the Artificers make rank badges, long service accolades and other awards of distinction.

Artificers religiously hunt down elements of ancient armour. Such pieces will be lovingly restored, often plated with silver or gold, and then painstakingly engraved with naturalistic scenes, abstract designs or Chapter badges. Older types of armour are associated with the past history of many Chapters and often with the deeds of heroic individuals. A piece of armour that belonged to an old Chapter hero is valued above all others, for it implies his presence on the battlefield, witnessing the deeds of his successors. In this way, a single armoured plate or helmet might be heir to a long and famous history, having belonged to a whole succession of Space Marine heroes and been worked on by many renowned Artificers.

As well as resurrecting old pieces of armour for notable Space Marines, the Artificers also decorate and modify armour to suit particularly revered individuals. As a result of the Artificers' efforts over the many thousand years a Chapter has been in existence, it is quite common to find suits which combine elements of the different marks as well as quite unique suits which have customised armoured plates or helmets. Some Chapters reserve such armour for special individuals, officers, or high ranking commanders. There is no fixed rule on this, it is a matter of Chapter tradition and preference how such armour is used. However, it is generally the case that very high ranking officials inherit special suits of armour, which they may then combine with their own existing suits so that their individual honours or personal pieces of armour are retained when they are appointed to a new position. So does a Chapter's power armour evolve down the centuries, each and every greave and gorget a recollection of mighty deeds and terrible battles won.



Mk1 "Thunder" Pattern    Mk2 "Crusade" Pattern    Mk3 "Iron" Pattern    Mk4 "Maximus" Pattern

Mk5 "Heresy" Pattern    Mk6 "Corvus" Pattern    Mk7 "Aquila" Pattern    Mk8 "Errant" Pattern

GW0011380

**Exhibit 2-A-4**
[Plaintiff's Exhibit A, Entry No. 2 – 80% actual size]

GW allegedly infringed work: "p20 Codex Space Marines 2008."



**Exhibit 2-B**
[Plaintiff's Exhibit A, Entry No. 2]

Photograph of Chapterhouse Studios product No. 2

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

## PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Studded-Shield Power Armor Shoulder Pad

Product Code: Studded-Shield Power Armor Shoulder Pad

Reward Points: 0

Availability: 215

### Price: $1.00

Qty:

**Add to Cart**

☆☆☆☆☆  0 reviews  |  Write a review

Share ✉ 🖨 f ▾



| Description | Reviews (0) |

This is a single pewter shoulder pad for regular power armor, has a armored pattern of studs on the surface as well as a shield with chain.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Studded-Shield Power Armor Shoulder Pad

| **Plaintiff's Exhibit A** |
|---|
| Entry 3 |



**Exhibit 3-A**
[Plaintiff's Exhibit A, Entry No. 3 – 80% actual size]

GW allegedly infringed work: "Space Marine Chaplain with skull helmet."



**Exhibit 3-B**
[Plaintiff's Exhibit A, Entry No. 3]

Photograph of Chapterhouse Studios product No. 3



## THE SCOURING

Mankind teetered on the very brink of annihilation. It seemed that the Emperor's realm had weathered the storm of the Horus Heresy only for it to collapse in flames and blood in its aftermath. Without the guidance of the God-Emperor, the greatest heroes of Mankind came to the fore to unite in the defence of His realm. Roboute Guilliman, Primarch of the Ultramarines, rallied the surviving loyalist warriors and, together with his Legion of Space Marines, stood as a bulwark against the tide of enemies that sought to deliver the deathblow to the Emperor's dominion. Tutored on the world of Macragge, Guilliman understood the logistics of warfare better than any man alive and, together with his surviving brother Primarchs and their Legions, held the scattered defenders of Humanity together through the nightmare days that followed.

Knowing of Guilliman's lethal efficiency in war, Horus had masterfully planned his heresy to begin while the Ultramarines were fighting far in the galactic south, and as a result, the Ultramarines had come through the terrible wars largely unscathed. Yet even these mighty warriors were stretched to the limit in buying time for other loyalist forces to regroup and rearm. Legends tell that Guilliman was everywhere in these times, rallying defenders on one world and leading them to victory before moving on to another where his awesome skills might best serve Humanity. The fearlessness of the Space Marines and their Primarchs in fending off the invaders who circled like vultures endures to the present day, and though the darkness looked sure to overwhelm them at every turn, not one amongst them took a backwards step, and so began the Age of the Imperium.

GW0001224

**Exhibit 3-A -2**

[Plaintiff's Exhibit A, Entry No. 3 – 80% actual size]

GW allegedly infringed work: "p6 Codex Space Marines 2004



**Exhibit 3-B**
[Plaintiff's Exhibit A, Entry No. 3]

Photograph of Chapterhouse Studios product No. 3

# CHAPLAIN

Chaplains are the spiritual leaders of the Chapter. They administer the rites, preserve the rituals and perform the ancient ceremonies of Initiation, Vindication and Redemption that are important to a Space Marine Chapter as its roll of honour and skill at arms.

Chaplains are daunting figures even for other Space Marines to behold. Their power armour is jet black and adorned with icons of battle and tokens of ritual and mystery; their skull helms are death masks that evoke the stern visage of the immortal Emperor. Every aspect of a Chaplain's garb serves to remind all who gaze upon him of mortality's impermanence and thus the importance of preserving the immortal soul. Beneath this stern cladding is a man no less grim of aspect and manner. Chaplains are notoriously strict individuals. They are responsible for the spiritual wellbeing of their Battle-Brothers and renowned for their sense of duty. Through tenet and catechism they armour their brother Marines against heresy and false pride, instilling the wisdom of the Emperor in those who are his most trusted servants.

A Chapter's Chaplains are the keepers of the Reclusiam, the fortress-monastery's central shrine where prayer and worship is conducted. The Reclusiam is a place of great spiritual reverance, where battle standards hang from hallowed walls and the very stones echo with remembrance. Here are kept the Chapter's most holy relics: fragments of armour, banners from times of legend, and the raiments of ancient heroes who long ago passed beyond mortal service. But the Chaplains teach that the presence of a formal chapel is not necessary to honour the Emperor, that the maelstrom of battle is the only true place of worship for a Space Marine and the slaughter of foes the truest offering.

Space Marine Chaplains care nothing for the ravings of the Ecclesiarchy and ignore the dictates of the Imperial Cult in favour of their own ancient traditions. The first Space Marine Chapters were founded centuries before the development of the Imperial Cult and the dominion of the Adeptus Ministorum. Whereas the Adeptus Ministorum has gradually extended its influence over the many thousands of individual cults that once existed throughout the galaxy, it has never been able to influence the Space Marine cults which remain as stubbornly individualistic today as they ever were.

When war calls, a Chaplain fights wherever the conflict is fiercest, leading from the front and rejoicing in the slaughter of the enemy as one doing righteous work. He chants the liturgies of battle with every breath, punctuating his praise with strikes from his Crozius Arcanum – the skull-headed staff that is both badge of office and chosen weapon of war. By his example and his piety, the Chaplain exhorts his Brother-Marines to the pinnacle of dedication, so that they might conquer with valour that which would resist all else.



|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Chaplain | 5 | 4 | 4 | 4 | 2 | 4 | 2 | 10 | 3+ |

## SPECIAL RULES
**Combat Tactics, Independent Character.**

**Honour of the Chapter:** A Chaplain utterly embodies the honour of the Chapter. He, and all members of a squad he has joined, are fearless, as described in the Warhammer 40,000 rulebook.

**Liturgies of Battle:** On a player turn in which he assaults, a Chaplain and all members of any squad he has joined can re-roll failed rolls to hit.

## WARGEAR
**Rosarius:** A Rosarius is a gorget or amulet worn by Chaplains. It protects the Chaplain from physical and spiritual harm. A Rosarius confers a 4+ invulnerable save.

**Crozius Arcanum:** The Crozius Arcanum is a Space Marine Chaplain's rod of office. It is a power weapon.

"If your life is given in service to the Emperor, your death shall not be in vain."

Hauis Argento
Chaplain to the Crimson Fists 2nd Company

GW0011382

**Exhibit 3-A -3**
[Plaintiff's Exhibit A, Entry No. 3 – 80% actual size]

GW allegedly infringed work: "p58 Codex Space Marines 2008."



**Exhibit 3-B**
**[Plaintiff's Exhibit A, Entry No. 3]**

**Photograph of Chapterhouse Studios product No. 3**

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# CHAPTERHOUSE STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |



**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Skull Power Armor Head

Product Code: Skull Power Armor Head

Reward Points: 0

Availability: 106

### Price: $0.85

Qty:

Add to Cart

★★★★★  1 reviews  |  Write a review

Share

| Description | Reviews (1) |

This metal bit is a marine head with a skull and is designed to replace the standard Space Marine® infantry head.

Single piece metal component.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Skull Power Armor Head

We accept    PayPal    About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy    2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 4 |



GW0001727

**Exhibit 4-A-1**
[Plaintiff's Exhibit A, Entry No. 4 - 80% actual size]
GW allegedly infringed work: "The Art of Warhammer 40,000 2006, page 71."



**Exhibit 4-B**
[Plaintiff's Exhibit A, Entry No. 4]

Photograph of Chapterhouse Studios product No. 4



**Exhibit 4-A-2**
[Plaintiff's Exhibit A, Entry No. 4 – 80% actual size]

GW allegedly infringed work: "Blood Raven decal/transfer sheet."



**Exhibit 4-B**
[Plaintiff's Exhibit A, Entry No. 4]

Photograph of Chapterhouse Studios product No. 4

inspiring awe and devotion from the lesser beings beneath.

A single year after his discovery at Angel's Fall, Sanguinius stood taller than any man the tribes of Baal's shrivelled moons had ever seen. His form was perfection, his beauty such that many could not look upon him lest their impure gaze be blinded. He could walk under the fiercest rays of the sun whilst his adoptive family scuttled at his feet, encumbered by the weight of their rad-suits. He could smash a path through a rockfall with the blade of his hand, best wild animals with but a glance and soar high into the sky on his mighty wings to observe the land below from the perspective of a god.

As Sanguinius reached maturity, the tribe prospered and grew under his guidance.

The transcription of Baalite myth provided by the ancient and venerable scholar Hyriontericus Lucidio (2342345M33) has been preserved with the greatest care since its internment in the altar-tomes of the Blood Angels. Hence, the following quote remains in its rawest form, transcribed from the words of Elder Imrait'il'thax directly into Lucidio's Baalite Scripture.

*"They, the cannibal-mutants, numbered in their hundreds, far more than we. Blade sprouted from mouth, curdled eye stared, buckled hand*

*clutched rusted sword. We knew death in that moment. Then the Angel started his work.*

*He, the Pure One, wanted no harm to befall us. He raged, at first a white, blazing light, then, as death walked beside him, a terrible red thing. His eyes and crown seemed to burn, intense, a corona of bright violence, a sandstorm of destruction. We were caught in the deadly beauty of his dance. And then there were no mutants, only silence, and he stood before us, dripping, still as the calm."*

Sanguinius soon rose to the pinnacle of society upon Baal Secundus, and under his leadership, the pure-blooded Baalite tribes soon united against the



Exhibit 4-A-3

[Plaintiff's Exhibit A, Entry No. 4 – 80% actual size]

GW allegedly infringed work: "Index Astartes II 2002, page 31."



**Exhibit 4-B**
[Plaintiff's Exhibit A, Entry No. 4]

Photograph of Chapterhouse Studios product No. 4



**Exhibit 4-A-4**

[Plaintiff's Exhibit A, Entry No. 4 – 80% actual size]

GW allegedly infringed work: "http://www.dawnofwargame.com/us/game/index/gameId/1."



**Exhibit 4-B**
[Plaintiff's Exhibit A, Entry No. 4]

Photograph of Chapterhouse Studios product No. 4

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| PRODUCTS |
| --- |

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

**Eldar Compatible Bits**

**Knight Praetorius TRU-Scale Figure Kits**

**Imperial Guard Compatible Bits**

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

**Tau Compatible Bits**

**Tyranid Compatible Bits and Kits**

**Super Heavy Kits**

**Resin Bases & Terrain**

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

## Blood Eagle Power Armor Shoulder Pad



Product Code: Blood Eagle Power Armor Shoulder Pad
Reward Points: 0
Availability: 59

**Price: $1.00**

Qty:

Add to Cart

☆☆☆☆☆  0 reviews  |  Write a review

Share

### Description | Reviews (0)

This is a single pewter shoulder pad with a eagle or raven on the surface, the wings of the bird are surrounding an inverted blood drop or gem.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Blood Eagle Power Armor Shoulder Pad

We accept  PayPal

About us    Contact    Forum    Gallery    Commisions    Careers    Newsletter    Shipping Policy

2011 ChapterHouse Studios®