| **Plaintiff's Exhibit A** |
|:---:|
| **Entry 5** |



**Exhibit 5-A-1**

[Plaintiff's Exhibit A, Entry No. 5 - 80% actual size]

GW allegedly infringed work: "http://www.dawnofwargame.com/us/game/index/gameId/1."



**Exhibit 5-B**
[Plaintiff's Exhibit A, Entry No. 5]

Photograph of Chapterhouse Studios product No. 5



GW0001727

**Exhibit 5-A-2**
[Plaintiff's Exhibit A, Entry No. 5 - 80% actual size]

GW allegedly infringed work: "The Art of Warhammer 40,000 2006, page 71."



**Exhibit 5-B**
[Plaintiff's Exhibit A, Entry No. 5]

Photograph of Chapterhouse Studios product No. 5



Customer Service 1-800-394-4263 | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $30 OFFER DETAILS

0 item(s) @ $0.00

Community & Events Virtual Gift Vouchers Store Finder White Dwarf Citadel Finecast Find a Gift List

Search

Warhammer 40,000 Elites Space Marine Terminator Squad

**Categories**
- Getting Started
- Warhammer 40,000 Advance Orders
- Warhammer 40,000 New Releases
- Warhammer 40,000: Assault on Black Reach
- Warhammer 40,000 Essentials
- Warhammer 40,000 Armies
- Warhammer 40,000 Expansions
- Warhammer 40,000 Citadel Finecast
- Warhammer 40,000 Scenery
- Warhammer 40,000 Books
- Warhammer 40,000 Bitz
- Warhammer 40,000 Collectors
- Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

# Space Marine Terminator Squad

Like 66 ADD TO CART

**Space Marine Terminator Squad**

Terminators are amongst the greatest heroes of Mankind, bold warriors in whom the indefatigable heroism of a Space Marine is combined with the terrible weaponry and indomitable mass of Tactical Dreadnought armour. No foe is safe from a Terminator assault -they are unstoppable and they never yield.

This box set contains five multi-part plastic Space Marine Terminators including a Sergeant model. This set includes additional components allowing you to have Terminators armed with an assault cannon, a heavy flamer, a Cyclone missile launcher and chainfists. Models supplied with 40mm round bases.

**Price: $50.00**
Quantity 1
ADD TO CART
ADD TO GIFT LIST
Bookmark & Share

**Availability:** Usually ships within 24 hours.
**Part Code:** 99120101027

**With this box set you can make the following:**

**Terminator Squad**

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Terminator Sergeant | 4 | 4 | 4 | 4 | 1 | 4 | 2 | 9 | 2+ |
| Terminator | 4 | 4 | 4 | 4 | 1 | 4 | 2 | 9 | 2+ |

| | |
|---|---|
| **Unit Composition:** | 1 Terminator Sergeant, 4-9 Terminators |
| **Unit Type:** | Infantry |
| **War Gear:** | Terminator armour; Storm bolter; Power sword (Terminator Sergeant); Power fist (Terminators) |

**Have you got?**

$15.00 add to cart
Space Marine Chaplain in Terminator Armour

$66.00 add to cart
Space Marine Land Raider Crusader/Redeemer

$22.25 add to cart
Space Marine Librarian in Terminator Armour

**Related Articles**
- Space Marine: Heroes of the Adeptus Astartes
- White Dwarf Archive Additions: Black Templars
- Space Marines: The Battleforce
- Planetstrike: Planetstrike: Attacking and Defending with Space Marines
- Space Marines - Sample Armies
- Getting Started With Space Marines
- Modeling Dark Angel Characters

GW0002473

**Exhibit 5-A-3**
[Plaintiff's Exhibit A, Entry No. 5 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 5-B**
[Plaintiff's Exhibit A, Entry No. 5]

Photograph of Chapterhouse Studios product No. 5

inspiring awe and devotion from the lesser beings beneath.

A single year after his discovery at Angel's Fall, Sanguinius stood taller than any man the tribes of Baal's shrivelled moons had ever seen. His form was perfection, his beauty such that many could not look upon him lest their impure gaze be blinded. He could walk under the fiercest rays of the sun whilst his adoptive family scuttled at his feet, encumbered by the weight of their rad-suits. He could smash a path through a rockfall with the blade of his hand, best wild animals with but a glance and soar high into the sky on his mighty wings to observe the land below from the perspective of a god.

As Sanguinius reached maturity, the tribe prospered and grew under his guidance.

The transcription of Baalite myth provided by the ancient and venerable scholar Hyrientericus Lucidio (2342345M33) has been preserved with the greatest care since its internment in the altar-tomes of the Blood Angels. Hence, the following quote remains in its rawest form, transcribed from the words of Elder Imrait'il'thax directly into Lucidio's Baalite Scripture.

*"They, the cannibal-mutants, numbered in their hundreds, far more than we. Blade sprouted from mouth, curdled eye stared, buckled hand clutched rusted sword. We knew death in that moment. Then the Angel started his work.*

*He, the Pure One, wanted no harm to befall us. He raged, at first a white, blazing light, then, as death walked beside him, a terrible red thing. His eyes and crown seemed to burn, intense, a corona of bright violence, a sandstorm of destruction. We were caught in the deadly beauty of his dance. And then there were no mutants, only silence, and he stood before us, dripping, still as the calm."*

Sanguinius soon rose to the pinnacle of society upon Baal Secundus, and under his leadership, the pure-blooded Baalite tribes soon united against the



Graal, Blood Angels Holy Relic

Blood Angels Sanguinary Priest

Blood Angels Death Company Space Marine

Blood Angels Honour Guard Assault Marine

Pre-Heresy Blood Angels colour scheme

Contemporary Blood Angels Codex power armour

Tactical Marine helmet colour

Devastator Marine helmet colour

Chapter symbol

Assault Marine helmet colour

Honour Guard helmet colour

Inferno pistol

3rd Company shoulder plate: Chapter badge iconography

3rd Company Sergeant shoulder plate: Chapter badge iconography

2nd Company shoulder plate: Chapter badge iconography

31

GW0001618

**Exhibit 5-A-4**

[Plaintiff's Exhibit A, Entry No. 5 – 80% actual size]

GW allegedly infringed work: "Index Astartes II 2002, page 31."



**Exhibit 5-B**
[Plaintiff's Exhibit A, Entry No. 5]

Photograph of Chapterhouse Studios product No. 5



Log in / Register | Help
Basket (0 products £0.00) | Checkout
Search our products Go

New Stuff  Warhammer 40,000  Aeronautica Imperialis  Epic 40,000  Warhammer Forge  Battlefleet Gothic  Modelling Supplies  Designers  Events

Home • Warhammer 40,000 • BLOOD RAVENS TRANSFER SHEET

BLOOD RAVENS TRANSFER SHEET (PRODUCT CODE : DE-ISM-A-012)

These A4 sheets are packed with over 500 individual Chapter badges, squad markings and numbers, as well as vehicle markings, all perfect for adding additional detail to your Blood Raven units.
This transfer sheet has been designed by Paul Rudge.

£9.20
Qty 1
BUY NOW

Add to wishlist
Tell a friend
SHARE

RECOMMENDED PRODUCTS

MK VI CORVUS ARMOUR

99590101181
£20.40 Qty 1 BUY NOW

MK V HERESY ARMOUR

99590101180
£20.40 Qty 1 BUY NOW

SPACE MARINE BOLTER - UMBRA FERROX X10

99590101184
£10.20 Qty 1 BUY NOW

**Exhibit 5-A-5**
[Plaintiff's Exhibit A, Entry No. 5 – 80% actual size]

GW allegedly infringed work: "Blood Raven decal/transfer sheet."



**Exhibit 5-B**
[Plaintiff's Exhibit A, Entry No. 5]

Photograph of Chapterhouse Studios product No. 5

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout



**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

### Blood Eagle Terminator Shoulder Pad

Product Code: Blood Eagle Terminator Shoulder Pad

Reward Points: 0

Availability: 189

**Price: $1.00**

Qty:

**Add to Cart**

☆☆☆☆☆   0 reviews   |   Write a review

Share

| **Description** | **Reviews (0)** |

This is a single pewter shoulder pad with a eagle or raven on the surface, the wings of the bird are surrounding an inverted blood drop or gem.

Designed to fit on Games Workshop Space Marine® Terminator figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Blood Eagle Terminator Shoulder Pad

We accept   **PayPal**      About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| --- |
| Entry 6 |

GW0001503

**Exhibit 6-A**
[Plaintiff's Exhibit A, Entry No. 6 - 80% actual size]

GW allegedly infringed work: "White Dwarf magazine issue 249, page 33."



**Exhibit 6-B**
[Plaintiff's Exhibit A, Entry No. 6]

Photograph of Chapterhouse Studios product No. 6

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

### PRODUCTS

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- **Space Marine Compatible Bits**
  - - Heads
  - - Jump packs
  - - Kits for Space Marine Vehicles
  - - Shields
  - - **Shoulder Pads**
  - - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Lion Left Power Armor Shoulder Pad

Product Code: Lion Left Power Armor Shoulder Pad

Reward Points: 0

Availability: 158

### Price: $1.00

Qty:

[Add to Cart]

☆☆☆☆☆ 0 reviews | Write a review

Share

---

**Description** | Reviews (0)

This is a single pewter shoulder pad with a lion on the surface along with a raised rim on the top edge.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Lion Left Power Armor Shoulder Pad

We accept        PayPal          About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| Entry 7 |

GW0001503

**Exhibit 7-A**
[Plaintiff's Exhibit A, Entry No. 7 - 80% actual size]

GW allegedly infringed work: "White Dwarf magazine issue 249, page 33."



**Exhibit 7-B**
[Plaintiff's Exhibit A, Entry No. 7]

Photograph of Chapterhouse Studios product No. 7

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Lion Right Power Armor Shoulder Pad



# CHAPTERHOUSE
## STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Lion Right Power Armor Shoulder Pad



Product Code: Lion Right Power Armor Shoulder Pad

Reward Points: 0

Availability: 217

**Price: $1.00**

Qty:

[Add to Cart]

0 reviews | Write a review

Share

---

**Description** | **Reviews (0)**

This is a single pewter shoulder pad with a lion on the surface along with a raised rim on the top edge.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Lion Right Power Armor Shoulder Pad

We accept    PayPal

About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 8 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 8-A**

GW allegedly infringed work: N/A



**Exhibit 8-B**
[Plaintiff's Exhibit A, Entry No. 8]

Photograph of Chapterhouse Studios product No. 8

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# CHAPTERHOUSE
## STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |



PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Deathwatch Power Armor Shoulder Pad

Product Code: Deathwatch Power Armor Shoulder Pad

Reward Points: 0

Availability: 175

### Price: $1.00

Qty:

Add to Cart

0 reviews | Write a review

Share

**Description** | **Reviews (0)**

This is a single pewter shoulder pad with a number of gothic style images of triarcs on the surface.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Deathwatch Power Armor Shoulder Pad

We accept    PayPal          About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 9 |

The Librarians of the Dark Angels recall ancient tales of how their Primarch, he who would become known as Lion El'Jonson, was found on their lost home world -- the beautiful but blighted world of Caliban. The mutation and corruption of the Chaos realm cursed Caliban and made it one of the deadliest worlds in the galaxy. By all rights the infant Primarch should have died within minutes of his arrival. How he managed to survive is a mystery as Jonson never spoke of his early years on Caliban.

The inhabitants of Caliban are said to have been a proud, martial people, brought up to live and die by the sword. The surface of Caliban was covered in lush forests, inhabited by all manner of terrifying beasts that had been warped by Chaos. The ferocity of these creatures forced the planet's inhabitants to build brooding stone fortresses in huge clearings hacked from the forests and it was from these castles that the warrior elite of Caliban ruled.

The Lay of Luther tells how a band of knights from a group known only as the Order discovered the Primarch-child deep within the forest. Their leader, a young man named Luther, brought the Primarch back to the fortress monastery of the Order and gave him the name Lion El'Jonson, which in the tongue of Caliban means 'The Lion, the Son of the Forest'. Jonson easily adapted to the ways of humankind, learning the customs of his race and adopted home world in a remarkably short time. As time passed, Jonson and Luther became like brothers, each seeming to complement the other's abilities and skills. Tales of their exploits and victories spread around Caliban and the number of young men wishing to join the Order grew every year.

Imperial scholars believe that Jonson led a planet-wide crusade against the taint of Chaos that dwelt within the forests. The Grand Masters of every monastery joined Jonson and the Order in their crusade, and within a decade the entire world was rid of the dark powers that had once plagued it. Free from the tyranny



Chapter Approved Access Level: II scenarios

Dark Angels Chapter, Progenitor Legion M.31

Auto reactive shoulder plate. Tactical squad markings.

Auto reactive shoulder plate. Chapter badge iconography.

Dark Angel Chapter symbol

Reavewing Company symbol

Pre-Heresy Codex colour scheme of black power armour.

Contemporary Dark Angels codex colour scheme. Changed to dark green for unknown reasons following the Horus Heresy.

Contemporary Reavewing colour scheme. Armour remained black following the Heresy to denote the Unforgiven.

Auto reactive shoulder plate. Reavewing Company badge.

Broken sword iconography denotes Deathwing.

Crux Terminatus. Legends tell that each badge incorporates fragments of the Emperor's armour.

Triplex pattern storm bolter with sickle mag.

Pervigilum campaign badge.

Standard of Retribution banner finial.

Company standard banner finial.

The Lion Helm. Said to have belonged to Lion El'Jonson.

1st Co Deathwing Terminator. Original black armour forever coloured white to honour those who freed a Dark Angels home world from Genestealer infestation.

Thought for the day: The soul purifies the mind.

19

GW0002415

**Exhibit 9-A-1**
[Plaintiff's Exhibit A, Entry No. 9 - 80% actual size]

GW allegedly infringed work: "Index Astartes I 2002, page 19."



**Exhibit 9-B**
[Plaintiff's Exhibit A, Entry No. 9]

Photograph of Chapterhouse Studios product No. 9

### Index Astartes: Grey Knights and Deathwatch

across the Imperium. Guided by the finest Navigators of the Navis Nobilite and conveyed by the fastest ships produced by the Adeptus Mechanicus, the Grey Knights stand ready to meet the foul minions of Chaos wherever they may strike. Typically, the warriors of these forces have trained together for their entire lives and the bonds of loyalty and honour that bind them are stronger than adamantium. Every Grey Knight is ready to lay down his life to ensure the safety of the Imperium and should that sacrifice be necessary, it is the fervent wish of all those who fall to be transported back to Titan and buried in the hallowed crypts beneath their fortress. A great basalt wall in the heart of the monastery is carved with the names of all those who have fallen in defiance of evil and, though no one outside the Chapter will ever know of their bravery, some of the Imperium's greatest heroes lie buried on Titan.

#### The Deathwatch

On uncounted battlefields, the servants of the Emperor must wage war against the vileness of alien creatures. Often the first, last and only line of defence against these abominations are mysterious figures in black powered armour who fight the aliens with preternatural skill and dedication. With the battle over, these figures vanish as quickly as they arrived, leaving no trace of the creatures they fought or that they were even there at all. These men are the Imperium's highly trained alien fighters. They are the Deathwatch.

The Deathwatch forms the Chamber Militant of the Ordo Xenos, the branch of the Inquisition tasked with the study, containment and, in most cases, extermination of alien races. However, it is not a single unified Chapter in the same way as the Grey Knights of the Ordo Malleus. The Space Marines of the Deathwatch are drawn from many different Chapters, all of which have sworn sacred oaths to maintain specially trained alien fighters and stand ready to deploy them at a moment's notice. These warriors are drawn together as and when needed to combat alien menace whenever and wherever it rears its ugly head.

From the furthest corners of the galaxy to the very heart of the Segmentum Solar, there exist alien races that threaten the continued existence of Humanity. Every Space Marine Chapter and Imperial Guard regiment stands ready to fight these races, but the Deathwatch has been specially trained to fight aliens since its inception, thousands of years ago. Many such alien races, such as the C'tan and Necrontyr have lain dormant for thousands or even millions of years and the Deathwatch stand sentinel over their worlds, ready to fight should they awake once more. More dangerous than the most violent of Orks, these races were ancient before humans crawled from the oceans and their evil is beyond measure.

To guard against the return of these ancient alien races, lonely fortresses orbit desolate worlds on the edge of the galaxy where Deathwatch Space Marines maintain a constant vigil. In addition to this, secret bases are scattered throughout the Imperium, providing staging posts from where the Deathwatch can launch their missions. The Chapters from which the Deathwatch draws its members are constantly ready to despatch their alien fighters if called upon by a member of the Ordo Xenos. The warriors who have been given the honour of becoming a member of the Deathwatch ritually repaint their armour in the black of the Deathwatch, leaving a single shoulder plate bare to

**CATECHISM OF THE XENO**

To be Unclean
That is the Mark of the Xenos
To be Impure
That is the Mark of the Xenos
To be Abhorred
That is the Mark of the Xenos
To be Reviled
That is the Mark of the Xenos
To be Hunted
That is the Mark of the Xenos
That is the fate of the Xenos
To be Cleansed
For that is the fate of all Xenos

Extract from the
Third Book of Indoctrinations.



Deathwatch Icon

Auto reactive shoulder plate: Space Wolves designation

Auto reactive shoulder plate: Ultramarines designation

Auto reactive shoulder plate: Deathwatch designation

Heavy bolter equipped with suspensors and hellfire ammunition

Space Wolves Deathwatch Veteran

Ultramarines Deathwatch Marine

GW0001629

**Exhibit 9-A-2**

[Plaintiff's Exhibit A, Entry No. 9 - 80% actual size]

GW allegedly infringed work: "Index Astartes II 2002, page 42."



**Exhibit 9-B**
[Plaintiff's Exhibit A, Entry No. 9]

Photograph of Chapterhouse Studios product No. 9



GW0000889

**Exhibit 9-A-3**
[Plaintiff's Exhibit A, Entry No. 9 - 80% actual size]

GW allegedly infringed work: "DG1019_DA_OC / Dave Gallagher / 2006."



**Exhibit 9-B**
[Plaintiff's Exhibit A, Entry No. 9]

Photograph of Chapterhouse Studios product No. 9

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |



**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Deathwatch Terminator Shoulder Pad

Product Code: Deathwatch Terminator Shoulder Pad

Reward Points: 0

Availability: 81

**Price: $1.00**

Qty:

[Add to Cart]

0 reviews | Write a review

Share

### Description | Reviews (0)

This is a single pewter shoulder pad with a number of gothic style images of triarcs on the surface.

Designed to fit on Games Workshop Space Marine® terminator figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Deathwatch Terminator Shoulder Pad

We accept    PayPal          About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 10 |

GW0001503

**Exhibit 10-A**

[Plaintiff's Exhibit A, Entry No. 10 - 80% actual size]

GW allegedly infringed work: "White Dwarf magazine issue 249, page 33."



**Exhibit 10-B**
[Plaintiff's Exhibit A, Entry No. 10]

Photograph of Chapterhouse Studios product No. 10

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search



**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

## Exorcist Power Armor Shoulder Pad

Product Code: Exorcist Power Armor Shoulder Pad

Reward Points: 0

Availability: 171

**Price: $1.00**

Qty:

[Add to Cart]

★★★★★  3 reviews  |  Write a review

Share

| **Description** | **Reviews (3)** |

This is a single pewter shoulder pad with a demon skull sculpted on the front as well as a raised rim with the word "perdition" engraved into it.  This pad will also be useful to designate "librarians" in the Warhammer 40,000 game.

Designed to fit on Games Workshop Space Marine®  figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Exorcist Power Armor Shoulder Pad

We accept    PayPal    About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy    2011 ChapterHouse Studios®