| **Plaintiff's Exhibit A** |
|---|
| Entry 11 |

GW0001503

**Exhibit 11-A**

[Plaintiff's Exhibit A, Entry No. 11, 80% actual size]

GW allegedly infringed work: "White Dwarf magazine issue 249, page 33."



**Exhibit 11-B**
[Plaintiff's Exhibit A, Entry No. 11]

Photograph of Chapterhouse Studios product No. 11

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |



**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Exorcist Terminator Shoulder Pad

Product Code: Exorcist Terminator Shoulder Pad
Reward Points: 0
Availability: 253

**Price: $1.00**

Qty:

Add to Cart

★★★★★ 1 reviews | Write a review

Share

### Description | ### Reviews (1)

This is a single pewter shoulder pad with a demon skull sculpted over a pentagram on the surface as well as a raised rim with the word "perdition" engraved into it. This pad will also be useful to designate "librarians" in the Warhammer 40,000 game.

Designed to fit on Games Workshop Space Marine® Terminator figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Exorcist Terminator Shoulder Pad

We accept  PayPal

About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy

2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 12 |

GW identifies but failed to produce the following allegedly infringed work:Codex Orks 1994, page 36



Led by their Chaplain, Black Templar Assault Marines charge in.



Black Templars Marshal

Emperor's Champion
painted by Darren Latham



Black Templar Command Squad



Black Templars engage the Eldar under covering fire from a nearby Dreadnought.

49

GW0001636

**Exhibit 12-A-1**
[Plaintiff's Exhibit A, Entry No. 12 - 80% actual size]

GW allegedly infringed work: "Index Astartes II, page 49."



**Exhibit 12-B**
[Plaintiff's Exhibit A, Entry No. 12]

Photograph of Chapterhouse Studios product No. 12



**Exhibit 12-A-2**
[Plaintiff's Exhibit A, Entry No. 12 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Flesh Tearers shoulder pads."



**Exhibit 12-B**
[Plaintiff's Exhibit A, Entry No. 12]

Photograph of Chapterhouse Studios product No. 12

# ALLEGEDLY INFRINGED WORK NOT PRODUCED

**Exhibit 12-A-3**
[Plaintiff's Exhibit A, Entry No. 12]

GW allegedly infringed work: "Codex Orks 1994, page 36."



**Exhibit 12-B**
[Plaintiff's Exhibit A, Entry No. 12]

Photograph of Chapterhouse Studios product No. 12

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

## PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

### Power Armor Shoulder Pad for Flesh Tearers



Product Code: Power Armor Shoulder Pad for Flesh Tearers

Reward Points: 0

Availability: 124

**Price: $1.00**

Qty:

Add to Cart

⭐⭐⭐⭐⭐ 1 reviews | Write a review

Share ✉ 🖨 f 🐦

---

**Description** | **Reviews (1)**

This is a single pewter shoulder pad with a sun or sawblade on the surface, also comes with seperate jewel drop.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Power Armor Shoulder Pad for Flesh Tearers

We accept        PayPal        About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 13 |



Led by their Chaplain, Black Templar Assault Marines charge in.



Black Templars Marshal

Emperor's Champion
painted by Darren Latham



Black Templar Command Squad



Black Templars engage the Eldar under covering fire from a nearby Dreadnought.

49

GW0001636

**Exhibit 13-A-1**
[Plaintiff's Exhibit A, Entry No. 13 - 80% actual size]

GW allegedly infringed work: "Index Astartes II, page 49."



**Exhibit 13-B**
[Plaintiff's Exhibit A, Entry No. 13]

Photograph of Chapterhouse Studios product No. 13



GW0002452

**Exhibit 13-A-2**
[Plaintiff's Exhibit A, Entry No. 13 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Flesh Tearers shoulder pads."



**Exhibit 13-B**
[Plaintiff's Exhibit A, Entry No. 13]

Photograph of Chapterhouse Studios product No. 13



**Exhibit 13-A-3**
[Plaintiff's Exhibit A, Entry No. 13 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 13-B**
[Plaintiff's Exhibit A, Entry No. 13]

Photograph of Chapterhouse Studios product No. 13

# ALLEGEDLY INFRINGED WORK NOT PRODUCED

**Exhibit 13-A-4**
[Plaintiff's Exhibit A, Entry No. 13]

GW allegedly infringed work: "Codex Orks 1994, page 36."



**Exhibit 13-B**
[Plaintiff's Exhibit A, Entry No. 13]

Photograph of Chapterhouse Studios product No. 13

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

## Terminator Shoulder Pad for Flesh Tearers



Product Code: Terminator Shoulder Pad for Flesh Tearers

Reward Points: 0

Availability: 67

**Price: $1.00**

Qty:

Add to Cart

☆☆☆☆☆  0 reviews  |  Write a review

Share

| **Description** | Reviews (0) |

This is a single pewter shoulder pad with a bone sun or sawblade with a jewelled drop in the center, there are also jewelled drops on both bottom corners.

Designed to fit on Games Workshop Space Marine® Terminator figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Terminator Shoulder Pad for Flesh Tearers

We accept    PayPal        About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 14 |



GW0001727

**Exhibit 14-A**
[Plaintiff's Exhibit A, Entry No. 14 - 80% actual size]

GW allegedly infringed work: "The Art of Warhammer 40,000 2006, page 71."



**Exhibit 14-B**
[Plaintiff's Exhibit A, Entry No. 14]

Photograph of Chapterhouse Studios product No. 14

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Griffin Power Armor Shoulder Pad



# CHAPTERHOUSE
## STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Griffin Power Armor Shoulder Pad



Product Code: Griffin Power Armor Shoulder Pad

Reward Points: 0

Availability: 71

**Price: $1.00**

Qty:

Add to Cart

☆☆☆☆☆  0 reviews  |  Write a review

Share

---

**Description** | **Reviews (0)**

This is a single pewter shoulder pad with a griffin rampant on the surface.  Supplied unpainted.

Designed to fit on Games Workshop Space Marine®  figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Griffin Power Armor Shoulder Pad

We accept PayPal

About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 15 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 15-A**

GW allegedly infringed work: N/A



**Exhibit 15-B**
[Plaintiff's Exhibit A, Entry No. 15]

Photograph of Chapterhouse Studios product No. 15

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search



## Flaming Fist Power Armor Shoulder Pad

Product Code: Flaming Fist Power Armor Pad

Reward Points: 0

Availability: 28

**Price: $1.00**

Qty:

[Add to Cart]

★★★★★  1 reviews  |  Write a review

Share

---

**Description**    Reviews (1)

This is a single pewter shoulder pad with a mailed fist and a ring of flames above the fist.

Designed to fit on Games Workshop Space Marine®  figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Flaming Fist Power Armor Shoulder Pad

We accept    PayPal

About us    Contact    Forum    Gallery    Commisions    Careers    Newsletter    Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 16 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 16-A**

GW allegedly infringed work: N/A



**Exhibit 16-B**
[Plaintiff's Exhibit A, Entry No. 16]

Photograph of Chapterhouse Studios product No. 16

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |



PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Flaming Fist Terminator Shoulder Pads

Product Code: Flaming Fist Terminator Shoulder Pads

Reward Points: 0

Availability: 39

### Price: $1.00

Qty:

Add to Cart

★★★★★  1 reviews  |  Write a review

Share

| Description | Reviews (1) |

This is a single pewter shoulder pad with a mailed fist and a ring of flames above the fist.

Designed to fit on Games Workshop Space Marine® Terminator figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Flaming Fist Terminator Shoulder Pads

We accept    PayPal                About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| Entry 17 |

GW failed to produce the following allegedly infringed work: CL Bro of Snake / Clint Langley / Black Library / 2007.

GW0001726

**Exhibit 17-A-1**
[Plaintiff's Exhibit A, Entry No. 17 - 80% actual size]

GW allegedly infringed work: "The Art of Warhammer 40,000 2006, page 70."



**Exhibit 17-B**
[Plaintiff's Exhibit A, Entry No. 17]

Photograph of Chapterhouse Studios product No. 17



**Exhibit 17-A-2**
[Plaintiff's Exhibit A, Entry No. 17 - 80% actual size]

GW allegedly infringed work: "http://www.blacklibrary.com/"



**Exhibit 17-B**
[Plaintiff's Exhibit A, Entry No. 17]

Photograph of Chapterhouse Studios product No. 17

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Iron Snake Power Armor Shoulder Pad

We accept    PayPal    About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy    2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 18 |

GW failed to produce the following allegedly infringed work:CL Bro of Snake / Clint Langley / Black Library / 2007.

GW0001726

**Exhibit 18-A-1**

[Plaintiff's Exhibit A, Entry No. 18 - 80% actual size]

GW allegedly infringed work: "The Art of Warhammer 40,000 2006, page 70."



**Exhibit 18-B**
[Plaintiff's Exhibit A, Entry No. 18]

Photograph of Chapterhouse Studios product No. 18



**Exhibit 18-A-2**

[Plaintiff's Exhibit A, Entry No. 18 - 80% actual size]

GW allegedly infringed work: "http://www.blacklibrary.com/"



**Exhibit 18-B**
[Plaintiff's Exhibit A, Entry No. 18]

Photograph of Chapterhouse Studios product No. 18

# GAMES WORKSHOP®

Customer Service   1-800-394-4263 | Welcome! | Sign In | Why Register?

**FREE SHIPPING ON ALL ORDERS OVER $30**   OFFER DETAILS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

Warhammer 40,000   Warhammer 40,000 Armies   Space Marines   HQ
Space Marine Librarian in Terminator Armour

## Categories

Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on
Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Blood Angels
Chaos Daemons
Chaos Space Marines
Dark Eldar
Eldar
Grey Knights
Imperial Guard
Necrons
Orks
Space Marines
Getting Started
Army Essentials
HQ
Elites
Troops
Dedicated Transports
Fast Attack
Heavy Support
Blitz
Black Templars
Dark Angels
Novels
Space Marine Articles
Space Wolves
Tau Empire
Tyranids
Witch Hunters
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Blitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New
Today

Print
Email to a Friend

## Space Marine Librarian in Terminator Armour

Like   17      ADD TO CART

CITADEL FINECAST

### Space Marine Librarian in Terminator Armour

Space Marine Librarians are truly exceptional individuals, able to channel the power of the Warp into devastating psychic abilities. At times their skills are visible, and horrifyingly so, as they can pulverise a man with but a gesture of their armoured hand. At other times, their powers will strengthen and enhance their already formidable combat prowess, turning the Librarian into a force of elemental destruction. The most experienced Librarians will take to the field of battle wearing a mighty suit of Terminator armour, gaining extra protection from enemy attacks and further boosting his combat potential.

This pack contains a Space Marine Librarian in Terminator Armour - a finely detailed resin cast kit that comes in six components (including three left hand options) and is supplied with a 40mm round base. This miniature is supplied unpainted and requires assembly - we recommend using Citadel Super Glue and Citadel Paints.

Due to high demand, each Citadel Finecast product is limited to five (5) per customer.

Availability: Usually ships within 24 hours.
Part Code: 99800101009

With this box set you can make the following:

### Space Marine Librarian

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|

**CITADEL FINECAST**

Price: $22.25

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

### Have you got?

CITADEL FINECAST

$55.00        add to cart
Marneus Calgar and Honour Guard

$50.00        add to cart
Space Marine Terminator Close
Combat Squad

$50.00        add to cart
Space Marine Terminator Squad

### Related Articles

› Preparing and Assembling Citadel
  Finecast Miniatures

**Exhibit 18-A-3**
[Plaintiff's Exhibit A, Entry No. 18 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 18-B**
[Plaintiff's Exhibit A, Entry No. 18]

Photograph of Chapterhouse Studios product No. 18



http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060028    8/10/2011

GW0002473

**Exhibit 18-A-4**
[Plaintiff's Exhibit A, Entry No. 18 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 18-B**
[Plaintiff's Exhibit A, Entry No. 18]

Photograph of Chapterhouse Studios product No. 18

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |



PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Iron Snake Terminator Shoulder Pad

Product Code: Iron Snake Terminator Shoulder Pad

Reward Points: 0

Availability: 77

### Price: $1.00

Qty:

[Add to Cart]

☆☆☆☆☆  0 reviews  |  Write a review

Share

**Description** | **Reviews (0)**

This is a single pewter shoulder pad with a curving snake body and the edges of the pad have a linked chain.  Each pad will eather have a snake tooth or a scroll hanging from the right corner (Scroll Shown).

Designed to fit on Games Workshop Space Marine®  Terminator figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Iron Snake Terminator Shoulder Pad

| **Plaintiff's Exhibit A** |
| --- |
| Entry 19 |

**Chapters of The Adeptus Astartes**

**SPECIAL FORMATIONS**

Brother Numitor armed with gauntlet-mounted storm bolter & force halberd

Brother Bellanus armed with gauntlet-mounted storm bolter & force halberd

Brother Agrippa armed with incinerator & force halberd

**Grey Knights of the Ordo Malleus**

Brother Numenter of the Crimson Fists seconded to the Deathwatch, armed with lightning claws

Brother Luther of the Imperial Fists, seconded to the Deathwatch, armed with boltgun & power fist

Veteran Sergeant Nikolaus of the Black Templars, seconded to the Deathwatch, armed with storm bolter & power sword

Brother Crasis of Genesis, seconded to the Deathwatch, armed with boltgun

Brother Fabius of the Nova Marines, seconded to the Deathwatch, armed with heavy bolter

**The Deathwatch of the Ordo Xenos**

**The Legion of the Damned**

Grey Knights

Deathwatch

Legion of the Damned

85

GW0001067

**Exhibit 19-A-1**

[Plaintiff's Exhibit A, Entry No. 19 - 80% actual size]

GW allegedly infringed work: "How to paint Space Marines 2004, page 85."



**Exhibit 19-B**
[Plaintiff's Exhibit A, Entry No. 19]

Photograph of Chapterhouse Studios product No. 19



**Exhibit 19-A-2**
[Plaintiff's Exhibit A, Entry No. 19 - 80% actual size]

GW allegedly infringed work: "Forge World sell Mark V Heresy Space Marines."



**Exhibit 19-B**
[Plaintiff's Exhibit A, Entry No. 19]

Photograph of Chapterhouse Studios product No. 19



**Exhibit 19-A-3**

[Plaintiff's Exhibit A, Entry No. 19 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Legion of the Damned models."



**Exhibit 19-B**
[Plaintiff's Exhibit A, Entry No. 19]

Photograph of Chapterhouse Studios product No. 19



GW0002478

**Exhibit 19-A-4**
[Plaintiff's Exhibit A, Entry No. 19 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 19-B**
[Plaintiff's Exhibit A, Entry No. 19]

Photograph of Chapterhouse Studios product No. 19

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |



## PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

### Studded Skull Power Armor Pad

Product Code: Studded Skull Power Armor Pad

Reward Points: 0

Availability: 31

**Price: $1.00**

Qty:

Add to Cart

0 reviews | Write a review

Share

**Description** | **Reviews (0)**

This is a shoulder pad with a skull on it, the rest f the shoulder pad has armored studs.  This shoulder pad works well with chaos or imperial marine models  his could also be a chapter icon for the left shoulder.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Studded Skull Power Armor Pad

We accept | PayPal

About us    Contact    Forum    Gallery    Commisions    Careers    Newsletter    Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 20 |

Over the centuries, the Alpha Legion have used this method of warfare to pull Imperial forces to neighbouring sectors, before attacking in force, their warships and ruthless soldiers pouring out of the Eye of Terror to assail a now-unprotected world.

It was agents of the Alpha Legion who led to the eventual destruction of the Emperor's Swords Chapter midway through the 40th Millennium. For more than a dozen generations, agents of the Alpha Legion infiltrated the hive slums of Ghorstangrad, the Emperor's Swords' home world. Through subtle manipulation of the most dominant sects and gangs, the Alpha Legion began to take control of the disordered urban nightmare from which the Emperor's Swords recruited, seeding potential future Space Marines with all manner of deviant philosophies and subconscious triggers. Certain images and phrases used in clandestine rituals on the very young inculcated following generations to react in predetermined ways. Over many decades, though many of these brainwashed youths were rejected by the Librarians and Chaplains, some were recruited by the Emperor's Swords – a lurking threat unknown even to the recruits.

Almost three centuries after they had first put their plan into motion, the Alpha Legion broke out of the Eye of Terror and attacked Ghorstangrad. When the Emperor's Swords met them in combat, the Alpha Legion

unleashed all manner of hypnotic and disorienting psychic attacks, releasing the nascent personalities hidden deep within the minds of the unknowing infiltrators. Dazed and distressed, these few deranged Space Marines turned on their battle brethren, and within hours the Chapter disintegrated into a morass of battling factions, some of which joined forces directly with the Alpha Legion and others who simply fought on for their own survival. The Emperor's Swords were destroyed, Ghorstangrad was razed, and the gene-seed of the Chapter was stolen. Many of the Chapter's Space Marines have gone on to become infamous reavers in their own right, either leading warbands of their own or in the colours of the Alpha Legion.

The Emperor's Swords were not the first Chapter split by the corruption of Chaos, and certainly will not be the last. Battle brother against battle brother, Company against Company, the Dark Gods of Chaos can bring division and death even to Chapters that few would ever doubt. Sometimes the Chapter never recovers, sometimes the loyalists triumph, hunting down and destroying their wayward battle brethren, and on occasion the renegades escape justice and flee the wrath of their former comrades. It is a great stain upon the honour of a Chapter for its warriors to turn renegade and it will be scrutinised heavily for centuries after such events, as agents of the Adeptus Terra and Inquisition seek to root out any lingering malfeasance.



**LORDS OF DECAY**
Cross-ref: Space Hulk Monolith of Wot, currently pursued in the Meatieth sector

**NIGHT LORDS**
Ref: Traitoris Extremis
Notes: Rapid attack, guerilla hit-and-run assaults

**ORACLES OF CHANGE**
Notes: Led by Sorceror Amadeus Volkorin (formerly Epistolary Vanreus)

**PUNISHERS**
Origins Unknown
Location Unknown

**THE SANCTIFIED**
Cross-ref: Word Bearers
Location: Siege of Tamelian Hive, Hancock's Landing

**THE REBORN**
Notes: Corroded armour; antiquated weaponry
1st sighting: 795.M40 [query?]

**THE PURGE**
Participation in Vaxhallian genocides, responsible for 14,000,000,000+ deaths

**SKULLTAKERS**
Ref: Formerly Berserkers of Kharadon; contact lost 153.M34–184.M39

CHAOS SPACE MARINES    21

GW0000803

**Exhibit 20-A-1**
[Plaintiff's Exhibit A, Entry No. 20 - 80% actual size]

GW allegedly infringed work: "Warhammer 40,000 Chaos Space Marines 2007, page 21."



**Exhibit 20-B**
[Plaintiff's Exhibit A, Entry No. 20]

Photograph of Chapterhouse Studios product No. 20



**Exhibit 20-A-2**

[Plaintiff's Exhibit A, Entry No. 20 - 80% actual size]

GW allegedly infringed work: "Forge World sell Mark V Heresy Space Marines."



**Exhibit 20-B**
[Plaintiff's Exhibit A, Entry No. 20]

Photograph of Chapterhouse Studios product No. 20



**Exhibit 20-A-3**
[Plaintiff's Exhibit A, Entry No. 20 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Legion of the Damned models."



**Exhibit 20-B**
[Plaintiff's Exhibit A, Entry No. 20]

Photograph of Chapterhouse Studios product No. 20

**GAMES WORKSHOP**®

Customer Se

FREE SH

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Warhammer 40,000   Shoulder Pads   Tactical Squad Shoulder Pads 2

# Tactical Squad Shoulder Pads 2

Like | 1                    AD

**Categories**

Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

**Tactical Squad Shoulder Pads 2**

This pack contains 10 Tactical Squad Shoulder Pads 2.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101374

**Price: $**

Quantity:

ADD TO C

ADD TO GIFT

Bookmark &

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110189&ro...   8/10/2011

GW0002478

**Exhibit 20-A-4**
[Plaintiff's Exhibit A, Entry No. 20 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 20-B**
[Plaintiff's Exhibit A, Entry No. 20]

Photograph of Chapterhouse Studios product No. 20

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

## Flaming Skull Power Armor Shoulder Pad



Product Code: Flaming Skull Power Armor Shoulder Pad

Reward Points: 0

Availability: 77

**Price: $1.00**

Qty:

Add to Cart

0 reviews  |  Write a review

Share

**Description** | **Reviews (0)**

This is a single pewter shoulder pad with a skull with flames erupting from the top of it.

Designed to fit on Games Workshop Space Marine® Power Armor figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Flaming Skull Power Armor Shoulder Pad

We accept    **PayPal**    About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 21 |

# GAMES WORKSHOP DOES NOT IDENTIFY ANY INFRINGED WORK

"There are no IP issues with this product other than the shape/design of the underlying shoulder pad."

**Exhibit 21-A**

GW allegedly infringed work: N/A



**Exhibit 21 -B**
[Plaintiff's Exhibit A, Entry No. **21**]

Photograph of Chapterhouse Studios product No. **21**

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Star Fox Power Armor Shoulder Pad



**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

# Star Fox Power Armor Shoulder Pad

Product Code: Star Fox Power Armor Shoulder Pad

Reward Points: 0

Availability: 61

## Price: $1.00

Qty:

Add to Cart

☆☆☆☆☆  0 reviews  |  Write a review

Share ✉ 🖨 f 🐦

**Description** | **Reviews (0)**

This is a single pewter shoulder pad with a stylized fox head that is similiar to the Luna Wolves symbol.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Star Fox Power Armor Shoulder Pad

We accept    PayPal         About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy         2011 ChapterHouse Studios®