| **Plaintiff's Exhibit A** |
|:---:|
| Entry 22 |

# GAMES WORKSHOP DOES NOT IDENTIFY ANY INFRINGED WORK

## "There are no IP issues with this product other than the shape/design of the underlying shoulder pad."

**Exhibit 22-A**

GW allegedly infringed work: N/A



**Exhibit 22 -B**
[Plaintiff's Exhibit A, Entry No. **22**]

Photograph of Chapterhouse Studios product No. **22**

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Star Fox Terminator Shoulder Pad



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |



### PRODUCTS

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- **Space Marine Compatible Bits**
  - Heads
  - Jump packs
  - Kits for Space Marine Vehicles
  - Shields
  - **Shoulder Pads**
  - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Search

## Star Fox Terminator Shoulder Pad

Product Code: Star Fox Terminator Shoulder Pad

Reward Points: 0

Availability: 58

**Price: $1.00**

Qty:

Add to Cart

☆☆☆☆☆   0 reviews  |  Write a review

Share ✉ 🖨 f 🐦

**Description**   **Reviews (0)**

This is a single pewter shoulder pad with a stylized fox head that is similiar to the Luna Wolves symbol.

Designed to fit on Games Workshop Space Marine®  terminator figures.

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Star Fox Terminator Shoulder Pad

We accept    PayPal    About us    Contact    Forum    Gallery    Commisions    Careers    Newsletter    Shipping Policy         2011 ChapterHouse Studios®

http://chapterhousestudios.com/index.php?route=product/product&path=85_86_105&product_id=131[8/10/2012 1:48:06 PM]

| **Plaintiff's Exhibit A** |
| :---: |
| Entry 23 |



**Exhibit 23-A-1**

[Plaintiff's Exhibit A, Entry No. 23 - 80% actual size]

GW allegedly infringed work: "http://www.blacklibrary.com/"



**Exhibit 23-B**
[Plaintiff's Exhibit A, Entry No. 23]

Photograph of Chapterhouse Studios product No. 23



**Exhibit 23-A-2**

[Plaintiff's Exhibit A, Entry No. **23** - 80% actual size]

GW allegedly infringed work: "Soul Drinkers [sic] 2002, front cover."



**Exhibit 23 -B**
[Plaintiff's Exhibit A, Entry No. **23**]

Photograph of Chapterhouse Studios product No. **23**

**GAMES WORKSHOP** ®

Customer Se

FREE SH

Community & Events    Virtual Gift Vouchers    Store Finder    White Dwarf    Citadel Finecast    Find a Gift List

Warhammer 40,000    Shoulder Pads    Tactical Squad Shoulder Pads 2

# Tactical Squad Shoulder Pads 2

Like  1                    AD

**Categories**

Getting Started

Warhammer 40,000 Advance Orders

Warhammer 40,000 New Releases

Warhammer 40,000: Assault on Black Reach

Warhammer 40,000 Essentials

Warhammer 40,000 Armies

Warhammer 40,000 Expansions

Warhammer 40,000 Citadel Finecast

Warhammer 40,000 Scenery

Warhammer 40,000 Books

Warhammer 40,000 Bitz

Warhammer 40,000 Collectors

Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

**Tactical Squad Shoulder Pads 2**

This pack contains 10 Tactical Squad Shoulder Pads 2.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101374

**Price: $**

Quantity:

ADD TO C

ADD TO GIFT

Bookmark &

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110189&ro...    8/10/2011

GW0002478

**Exhibit 23-A-3**
[Plaintiff's Exhibit A, Entry No. **23** - 80% actual size]

GW allegedly infringed work:" Games Workshop sells Tactical shoulder pads."



**Exhibit 23 -B**
[Plaintiff's Exhibit A, Entry No. **23**]

Photograph of Chapterhouse Studios product No. **23**

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# CHAPTERHOUSE STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |



**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Chalice Power Armor Shoulder Pad

Product Code: Chalice Power Armor Shoulder Pad

Reward Points: 0

Availability: 79

**Price: $1.00**

Qty:

[Add to Cart]

☆☆☆☆☆  0 reviews  |  Write a review

Share

| **Description** | **Reviews (0)** |

This is a single pewter shoulder pad with a chalice or grail sculpted on its surface and the upper ridge has a raised rim with sculpted detailing.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Chalice Power Armor Shoulder Pad

We accept    PayPal          About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy          2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

Entry 24



**Exhibit 24-A-1**

[Plaintiff's Exhibit A, Entry No. 24 - 80% actual size]

GW allegedly infringed work: "http://www.blacklibrary.com/"



**Exhibit 24-B**
[Plaintiff's Exhibit A, Entry No. 24]

Photograph of Chapterhouse Studios product No. 24



**Exhibit 24-A-2**

[Plaintiff's Exhibit A, Entry No. **24** - 80% actual size]

GW allegedly infringed work: "Soul Drinkers [sic ]2002, front cover."



**Exhibit 24 -B**
[Plaintiff's Exhibit A, Entry No. **24**]

Photograph of Chapterhouse Studios product No. **24**

# GAMES WORKSHOP®

Customer Service   1-800-394-4263 | Welcome! | Sign In | Why Register?

**FREE SHIPPING ON ALL ORDERS OVER $30**   OFFER DETAILS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

[ Search ]

**Have you got?**

Warhammer 40,000   Warhammer 40,000 Armies   Space Marines   HQ
Space Marine Librarian in Terminator Armour

Categories
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Blood Angels
Chaos Daemons
Chaos Space Marines
Dark Eldar
Eldar
Grey Knights
Imperial Guard
Necrons
Orks
Space Marines
Getting Started
Army Essentials
HQ
Elites
Troops
Dedicated Transports
Fast Attack
Heavy Support
Blitz
Black Templars
Dark Angels
Novels
Space Marine Articles
Space Wolves
Tau Empire
Tyranids
Witch Hunters
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Blitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

## Space Marine Librarian in Terminator Armour

[ Like ] [ 17 ]      ADD TO CART


CITADEL FINECAST



**Space Marine Librarian in Terminator Armour**

CITADEL FINECAST

**Price: $22.25**

Quantity: [ 1 ]

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

Space Marine Librarians are truly exceptional individuals, able to channel the power of the Warp into devastating psychic abilities. At times their skills are visible, and horrifyingly so, as they can pulverise a man with but a gesture of their armoured hand. At other times, their powers will strengthen and enhance their already formidable combat prowess, turning the Librarian into a force of elemental destruction. The most experienced Librarians will take to the field of battle wearing a mighty suit of Terminator armour, affording him excellent protection from enemy attacks and further boosting his combat potential.

This pack contains a Space Marine Librarian in Terminator Armour - a finely detailed resin cast kit that comes in six components (including three left hand options) and is supplied with a 40mm round base. This miniature is supplied unpainted and requires assembly - we recommend using Citadel Super Glue and Citadel Paints.

Due to high demand, each Citadel Finecast product is limited to five (5) per customer.

Availability: Usually ships within 24 hours.
Part Code: 99800101009

With this box set you can make the following:

**Space Marine Librarian**

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|


$55.00      add to cart
Marneus Calgar and Honour Guard


$50.00      add to cart
Space Marine Terminator Close Combat Squad


$50.00      add to cart
Space Marine Terminator Squad

**Related Articles**

- Preparing and Assembling Citadel Finecast Miniatures

**Exhibit 24-A-3**
[Plaintiff's Exhibit A, Entry No. **24** - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 24 -B**
[Plaintiff's Exhibit A, Entry No. **24**]

Photograph of Chapterhouse Studios product No. **24**



**Exhibit 24-A-4**
[Plaintiff's Exhibit A, Entry No. **24** - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 24 -B**
[Plaintiff's Exhibit A, Entry No. **24**]

Photograph of Chapterhouse Studios product No. **24**

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

NEWS    ABOUT US    CONTACT    FORUM    GALLERY    COMMISIONS

Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR

Create an Account

Sign up for the ChapterHouse Newsletter!



## Chalice Terminator Shoulder Pad

Product Code: Chalice Terminator Shoulder Pad

Reward Points: 0

Availability: 32

**Price: $1.00**

Qty:

Add to Cart

☆☆☆☆☆  0 reviews  |  Write a review

Share

| Description | Reviews (0) |

This is a single pewter shoulder pad with a chalice or grail sculpted on its surface and the upper ridge has a raised rim with sculpted detailing.

Designed to fit on Games Workshop Space Marine® terminator figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Chalice Terminator Shoulder Pad

We accept    PayPal        About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| --- |
| Entry 25 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 25-A**

GW allegedly infringed work: N/A



**Exhibit 25 -B**
[Plaintiff's Exhibit A, Entry No. **25**]

Photograph of Chapterhouse Studios product No. **25**

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Salamander Smooth Power Armor Shoulder Pad



Product Code: Salamander Smooth Power Armor Shoulder Pad

Reward Points: 0

Availability: 69

**Price: $1.00**

Qty:

**Add to Cart**

☆☆☆☆☆    0 reviews | Write a review

Share

### Description | Reviews (0) | Related Products (3)

This is a single pewter shoulder pad with a salamander or dragon head sculped in relief on the surface which is broken up into scale patern.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Salamander Smooth Power Armor Shoulder Pad

We accept    PayPal        About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

Entry 26

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 26-A**

GW allegedly infringed work: N/A



**Exhibit 26 -B**
[Plaintiff's Exhibit A, Entry No. **26**]

Photograph of Chapterhouse Studios product No. **26**

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

### Salamander Smooth Terminator Shoulder Pad



Product Code: Salamander Smooth Terminator Shoulder Pad

Reward Points: 0

Availability: 211

**Price: $1.00**

Qty:

Add to Cart

☆☆☆☆☆   0 reviews  |  Write a review

Share ✉ 🖨 f ✆

| Description | Reviews (0) | Related Products (3) |

This is a single pewter shoulder pad with a salamander or dragon head sculped in relief on the surface which is broken up into scale patern, dragon teeth are attached to the corner.

Designed to fit on Games Workshop Space Marine® Terminator figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Salamander Smooth Terminator Shoulder Pad

We accept    **PayPal**

About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 27 |

GW failed to produce the following allegedly infringed work: Cover art, Warhammer 40,000 – Codex Imperialis 1993

ceremony of the celebrations that a stranger appeared at the gates to Vulkan's settlement. All he asked was to be allowed to take part in the contests and, though he would not say where he had come from, he was allowed to compete. His skin was pale and his garb outlandish, though all could see that he was a powerful figure. He announced to the gathered spectators that he could best any man in any contest. The gathered crowds laughed uproariously, believing that none could be more superior in intellect, physique or skill than their superhuman leader. Vulkan and the stranger wagered that whoever lost was to swear eternal obedience to the victor.

The competitions lasted for eight days and included many feats of strength and endurance. At the anvil lift, even the strongest men could only hold an anvil above their head for an hour and a half, but Vulkan and the stranger carried the heavy anvil aloft for half a day before the judges declared the contest a draw

so that they could proceed to the next event. And so it was that they were almost equally matched in skill and strength. Occasionally one would slightly best the other, but when it came to the start of the final event, the salamander slaying, they were evenly matched. Each had a day and a night to forge a weapon with which to hunt down the largest salamander they could find. Whoever could bring back the heaviest carcass would win the wager and the eternal allegiance of the other.



Chapter Approved: Actam Lovech & twenty-seven

Salamanders, Progenitor Legion M31

Auto-reactive shoulder plate: Tactical squad markings

Auto-reactive shoulder plate: Chapter badge iconography

Auto-reactive shoulder plate: Honour Markings

Pre-Heresy Salamanders colour scheme

Salamanders colour scheme

Standard Imperial pattern meltagun (constructed locally).

Salamanders Veteran in Tactical Dreadnought Armour

Symbol of the Salamanders' First Company, the Firedrakes

Thought for the day: The hammer of the Emperor will vanquish the Xenos.

19

GW0001169

**Exhibit 27-A-1**

[Plaintiff's Exhibit A, Entry No. **27** - 80% actual size]

GW allegedly infringed work: "Index Astartes IV, 2004, page 19."



**Exhibit 27 -B**
[Plaintiff's Exhibit A, Entry No. **27**]

Photograph of Chapterhouse Studios product No. **27**



**Exhibit 27-A-2**

[Plaintiff's Exhibit A, Entry No. **27** - 80% actual size]

GW allegedly infringed work: "http://www.forgeworld.co.uk/Warhammer-40000/SALAMANDERS-TERMINATOR-SHOULDER-PADS.html."



**Exhibit 27 -B**
[Plaintiff's Exhibit A, Entry No. **27**]

Photograph of Chapterhouse Studios product No. **27**

# GAMES WORKSHOP®

Customer Service   1-800-394-4263 | Welcome! | Sign In | Why Register?

**FREE SHIPPING ON ALL ORDERS OVER $30** OFFER DETAILS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

Warhammer 40,000   Warhammer 40,000 Armies   Space Marines   HQ
Space Marine Librarian in Terminator Armour

**Categories**

Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Blood Angels
Chaos Daemons
Chaos Space Marines
Dark Eldar
Eldar
Grey Knights
Imperial Guard
Necrons
Orks
Space Marines
Getting Started
Army Essentials
HQ
Elites
Troops
Dedicated Transports
Fast Attack
Heavy Support
Blitz
Black Templars
Dark Angels
Novels
Space Marine Articles
Space Wolves
Tau Empire
Tyranids
Witch Hunters
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Blitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

## Space Marine Librarian in Terminator Armour

Like   17   ADD TO CART

CITADEL FINECAST

### Space Marine Librarian in Terminator Armour

Space Marine Librarians are truly exceptional individuals, able to channel the power of the Warp into devastating psychic abilities. At times their skills are visible, and horrifyingly so, as they can pulverise a man with but a gesture of their armoured hand. At other times, their powers will strengthen and enhance their already formidable combat prowess, turning the Librarian into a force of elemental destruction. The most experienced Librarians will take to the field of battle wearing a mighty suit of Terminator armour, affording him excellent protection from enemy attacks and further boosting his combat potential.

This pack contains a Space Marine Librarian in Terminator Armour - a finely detailed resin cast kit that comes in six components (including three left hand options) and is supplied with a 40mm round base. This miniature is supplied unpainted and requires assembly - we recommend using Citadel Super Glue and Citadel Paints.

Due to high demand, each Citadel Finecast product is limited to five (5) per customer.

Availability: Usually ships within 24 hours.
Part Code: 99800101009

**CITADEL FINECAST**

Price: $22.25

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

With this box set you can make the following:

**Space Marine Librarian**

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

**Have you got?**

$55.00   add to cart
Marneus Calgar and Honour Guard

$50.00   add to cart
Space Marine Terminator Close Combat Squad

$50.00   add to cart
Space Marine Terminator Squad

**Related Articles**

· Preparing and Assembling Citadel Finecast Miniatures

GW0002379

---

**Exhibit 27-A-3**

[Plaintiff's Exhibit A, Entry No. **27** - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 27 -B**
[Plaintiff's Exhibit A, Entry No. **27**]

Photograph of Chapterhouse Studios product No. **27**



**Exhibit 27-A-4**
[Plaintiff's Exhibit A, Entry No. **27** - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 27 -B**
[Plaintiff's Exhibit A, Entry No. **27**]

Photograph of Chapterhouse Studios product No. **27**



Space Marine Chaplain with Skull Helmet | Games Workshop                    Page 1 of 1

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1050247          8/10/2011

GW0002466

**Exhibit 27-A-5**

[Plaintiff's Exhibit A, Entry No. **27** - 80% actual size]

GW allegedly infringed work: "Space Marine Chaplain with skull helmet."



**Exhibit 27 -B**
[Plaintiff's Exhibit A, Entry No. **27**]

Photograph of Chapterhouse Studios product No. **27**

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- Shoulder Pads
- **Weapons**

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

## Scaled Power or Lightning Claw



Product Code: Scaled Power Claw or Lightning Claw

Reward Points: 0

Availability: 85

**Price: $1.50**

Qty:

Add to Cart

★★★★★   2 reviews  |  Write a review

Share

| Description | Reviews (2) | Related Products (2) |

This is a single metal clawed arm for 28 mm figures.  It is a left arm with a heavy or power fist (lightning claw) with scales and claws, upper arm is armored.

Scaled for use on Games Workshop Space Marine models.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Scaled Power or Lightning Claw

**Plaintiff's Exhibit A**

Entry 28

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 28-A**

GW allegedly infringed work: N/A



**Exhibit 28 -B**
[Plaintiff's Exhibit A, Entry No. 28]

Photograph of Chapterhouse Studios product No. 28

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# CHAPTERHOUSE
## STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |



**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- **Shields**
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Salamander Diamond-Scaled Storm Shield

Product Code: Salamander Diamond Shield
Reward Points: 0
Availability: 186

**Price: $2.00**

Qty:

[Add to Cart]

★★★★★  3 reviews  |  Write a review

Share

| **Description** | **Reviews (3)** |

This is a single pewter combat or storm shield for 28 mm figures.  This shield has triangular scales as well as a dragon head on the top and a skull on the bottom.

If to be used on Games Workshop models, this is more suitable for a terminator model as opposed to a space marine model (it would look a bit large for the smaller armor).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Salamander Diamond-Scaled Storm Shield

We accept | PayPal

About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy

2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

Entry 29

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 29-A**

GW allegedly infringed work: N/A



**Exhibit 29 -B**
[Plaintiff's Exhibit A, Entry No. 29]

Photograph of Chapterhouse Studios product No. 29

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- **Shields**
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

## Salamander Storm Shield



Product Code: Salamander Storm Shield
Reward Points: 0
Availability: 64

### Price: $2.00

Qty:

**Add to Cart**

★★★★★  2 reviews  |  Write a review

Share ✉ 🖨 f t

| Description | Reviews (2) |

This is a single pewter combat or storm shield for 28 mm figures. This shield has scales on the surface.

If to be used on Games Workshop models, this is more suitable for a terminator model as opposed to a space marine model (it would look a bit large for the smaller armor).

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Salamander Storm Shield

We accept    **PayPal**    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy     2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 30 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 30-A**

GW allegedly infringed work: N/A



**Exhibit 30 -B**
[Plaintiff's Exhibit A, Entry No. 30]

Photograph of Chapterhouse Studios product No. 30

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Salamander Storm Shield with Skull



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- **Shields**
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Salamander Storm Shield with Skull



Product Code: Salamander Storm Shield with Skull

Reward Points: 0

Availability: 175

**Price: $2.00**

Qty:

Add to Cart

★★★★★  3 reviews  |  Write a review

Share ✉ 🖨 f ✔

| Description | Reviews (3) |

This is a single pewter combat or storm shield for 28 mm figures. This shield has scales on the surface and a small skull in the center.

If to be used on Games Workshop models, this is more suitable for a terminator model as opposed to a space marine model (it would look a bit large for the smaller armor).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Salamander Storm Shield with Skull

We accept    PayPal    About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy    2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| Entry 31 |



**Exhibit 31-A-1**

[Plaintiff's Exhibit A, Entry No. 31 – 80% actual size]

GW allegedly infringed work: "Games Workshop sells Thunder Hammers."



**Exhibit 31-B**
[Plaintiff's Exhibit A, Entry No. 31]

Photograph of Chapterhouse Studios product No. 31



GW0002419

**Exhibit 31-A-2**
[Plaintiff's Exhibit A, Entry No. 31]

GW allegedly infringed work: "Space Marine Collector's Guide 2003, page 14."



**Exhibit 31-B**
[Plaintiff's Exhibit A, Entry No. 31]

Photograph of Chapterhouse Studios product No. 31

ceremony of the celebrations that a stranger appeared at the gates to Vulkan's settlement. All he asked was to be allowed to take part in the contests and, though he would not say where he had come from, he was allowed to compete. His skin was pale and his garb outlandish, though all could see that he was a powerful figure. He announced to the gathered spectators that he could best any man in any contest. The gathered crowds laughed uproariously, believing that none could be more superior in intellect,

physique or skill than their superhuman leader. Vulkan and the stranger wagered that whoever lost was to swear eternal obedience to the victor.

The competitions lasted for eight days and included many feats of strength and endurance. At the anvil lift, even the strongest men could only hold an anvil above their head for an hour and a half, but Vulkan and the stranger carried the heavy anvil aloft for half a day before the judges declared the contest a draw

so that they could proceed to the next event. And so it was that they were almost equally matched in skill and strength. Occasionally one would slightly best the other, but when it came to the start of the final event, the salamander slaying, they were evenly matched. Each had a day and a night to forge a weapon with which to hunt down the largest salamander they could find. Whoever could bring back the heaviest carcass would win the wager and the eternal allegiance of the other.



Chapter Approved: Atcan Lived 2 twenty-seven

Salamanders, Progenitor Legion M31

Auto-reactive shoulder plate: Tactical squad markings

Auto-reactive shoulder plate: Chapter badge iconography

Auto-reactive shoulder plate: Honour Markings

Pre-Heresy Salamanders colour scheme

Salamanders colour scheme

Standard Imperial pattern meltagun (constructed locally).

Salamanders Veteran in Tactical Dreadnought Armour

Symbol of the Salamanders' First Company, the Firedrakes

Thought for the day: The hammer of the Emperor will vanquish the Xenos.

19

GW0001169

**Exhibit 31-A-3**
[Plaintiff's Exhibit A, Entry No. 31]

GW allegedly infringed work: "Index Astartes IV, 2004, page 19."



**Exhibit 31-B**
[Plaintiff's Exhibit A, Entry No. 31]

Photograph of Chapterhouse Studios product No. 31



**Exhibit 31-A-4**
[Plaintiff's Exhibit A, Entry No. 31]

GW allegedly infringed work: "http://www.forgeworld.co.uk/Warhammer-40000/SALAMANDERS-TERMINATOR-SHOULDER-PADS.html."



**Exhibit 31-B**
[Plaintiff's Exhibit A, Entry No. 31]

Photograph of Chapterhouse Studios product No. 31

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

| PRODUCTS | NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- Shoulder Pads
- **Weapons**

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Salamander Thunder Hammer



Product Code: Salamander Thunder Hammer

Reward Points: 0

Availability: 43

**Price: $1.50**

Qty:

Add to Cart

0 reviews | Write a review

Share

### Description | Reviews (0)

This is a single pewter hammer for 28 mm figures.  This is a hammer sculpted with Dragon Head details.

If to be used on Games Workshop models, this is more suitable for a terminator model as opposed to a space marine model (it would look a bit large for the smaller armor).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Salamander Thunder Hammer

We accept    PayPal        About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| :---: |
| Entry 32 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 32-A**

GW allegedly infringed work: N/A



**Exhibit 32 -B**
[Plaintiff's Exhibit A, Entry No. 32]

Photograph of Chapterhouse Studios product No. 32

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- **Kits for Space Marine Vehicles**
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS

Search

## Salamander Land Raider Conversion Kit



Product Code: Salamander Land Raider Kit

Reward Points: 0

Availability: 31

### Price: $22.50

Qty:

Add to Cart

0 reviews | Write a review

Share

### Description | Reviews (0)

This resin kit consist of 9 resin components and 4 pewter components that fit on the Space Marine® Land Raider chassis - 2 front side armor panels, 2 rear side armor panels, 2 front track guards, 2 dragon head lascannon sponson covers, 1 dragon head turret cover and 2 metal braziers.

The Salamanders Land Raider Conversions kit was designed to replace the replace some of the components from the Land Raider kit as well as add to it.   Incorporating original art work, each piece allows you to add further detail to your model by adding images of scaling, anvils, dragons and fire to your model.

This kit is designed to fit on Games Workshop Space Marine® Land Raider kit.

Display model shown assembled with Games Workshop Space Marines® model for compatibility purposes.

Components supplied unpainted and unassembled.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names,

races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept     About us    Contact    Forum    Gallery    Commisions    Careers    Newsletter    Shipping Policy         2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

Entry 33



Led by their Chaplain, Black Templar Assault Marines charge in.



Black Templars Marshal

Emperor's Champion
painted by Darren Latham



Black Templar Command Squad



Black Templars engage the Eldar under covering fire from a nearby Dreadnought.

49

GW0001636

**Exhibit 33-A-1**
[Plaintiff's Exhibit A, Entry No. 33 - 80% actual size]

GW allegedly infringed work: "Index Astartes II, page 49."



**Exhibit 33 -B**
[Plaintiff's Exhibit A, Entry No. 33]

Photograph of Chapterhouse Studios product No. 33



**Exhibit 33-A-2**
[Plaintiff's Exhibit A, Entry No. 33 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Flesh Tearers shoulder pads."



**Exhibit 33 -B**
[Plaintiff's Exhibit A, Entry No. 33]

Photograph of Chapterhouse Studios product No. 33



**Exhibit 33-A-3**

[Plaintiff's Exhibit A, Entry No. 33 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Dreadnoughts."



**Exhibit 33 -B**
[Plaintiff's Exhibit A, Entry No. 33]

Photograph of Chapterhouse Studios product No. 33

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

### PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- **Kits for Space Marine Vehicles**
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

*Forgotten Password*

[Login]

OR
*Create an Account*

Sign up for the ChapterHouse Newsletter!

## Flesh Tearer Resin Vehicle Icons



Product Code: Flesh Tearer Resin Vehicle Icons

Reward Points: 0

Availability: 36

### Price: $9.00

Qty:

[Add to Cart]

☆☆☆☆☆ 0 reviews | Write a review

Share

### Description | Reviews (0)

This kit consist of 7 pairs of stone sawblades or suns (with cracks on the stone face) and seperate drops cast in resin.

Large icons measure 31 mm diameter (sized for Land Raiders or Rhino top hatches)

Two medium icons measure 23.5 mm diameter (sized for Rhino fronts and Land Raider side doors)

Four small icons measure 16 mm diameter (sized for droppods, dreadnoughts, landspeeders, etc.)

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Flesh Tearer Resin Vehicle Icons

We accept        PayPal        About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®