| **Plaintiff's Exhibit A** |
|:---:|
| Entry 34 |

GW identifies but has failed to produce the following allegedly infringed work: p90 'Imperial Armour 9: The Badab War Part 1' 2010.



**Exhibit 34-A-1**

[Plaintiff's Exhibit A, Entry No. **34**]

GW allegedly infringed work: "http://www.gamesworkshop.com/gws/
catalog/productDetail.jsp?prodId=prod1560135&rootCatGameStyle=."



**Exhibit 34 -B**
[Plaintiff's Exhibit A, Entry No. **34**]

Photograph of Chapterhouse Studios product No. **34**

# ORTAN CASSIUS
## ULTRAMARINES CHAPLAIN, MASTER OF SANCTITY

Chaplain Cassius is the oldest active member of the Ultramarines Chapter. What little of his skin can be seen amid the life-sustaining bionics is gnarled and battle-scarred, and his one good eye burns with unfulfilled vengeance. Though Cassius is close on four centuries of age, his arm remains strong, his aim remains true and his sturdy presence within the Ultramarines battlelines fills the hearts of his younger brethren with pride and valour. His impassioned words have carried the Ultramarines forward into battle on a thousand, thousand worlds, firing his Battle-Brothers with his own deeply-held passion and belief.

Cassius can recall tales of the first Tyranic War when he fought alongside Marneus Calgar (always "young Calgar" to Cassius) to purge Ultramar of the horrific denizens of Hive Fleet Behemoth. In the final stages of the war, Cassius accompanied the attempt to rescue the doomed 1st Company at the polar fortress of Macragge. At great cost of life the Tyranid invaders were hunted down and exterminated, though it was too late for the Veterans of the 1st Company who had long since laid down their lives for their brethren. Few of Cassius' companions emerged unscathed from the terrible close quarters fighting, and the Chaplain himself was laid low by a rampaging Carnifex, sustained only by a formidable strength of will until the chapter's Apothecaries could tend his ruined body.

After a long convalescence, during which much of his shattered form was rebuilt with bionics, Cassius returned to his duties, filled with new fire and purpose. The ancient Chaplain had been blessed with revelation as he lay dying in the ichor-stained ice. He believed that the Tyranid menace was no mere physical threat. The aliens were Mankind's rightful punishment for their lack of vigilance, and in Cassius' eyes there was no greater calling than to purge them from the galaxy.

To this end, the grizzled Chaplain petitioned Lord Macragge for the authority to forge a new body of Ultramarines, chosen from the survivors of the Tyranic wars. Cassius believed that only these Space Marines, men who had been tested as he had, could truly understand the threat posed by the Tyranids.

Though secretly thoughtful of the strength of Cassius' newfound fervour, Calgar acceded to the request. The Chapter Master's sanction given, Cassius pulled together his corps of Tyranic War Veterans. Though Cassius' recruits were initially few in number, each fresh clash with the Tyranid Hive Fleets provides new followers to his cause.

As the movement has grown, Cassius has become ever more withdrawn and his followers an ever more influential faction within the Ultramarines. Though this is perhaps a minor deviation from the Codex Astartes, Lord Macragge tolerates his mentor's divergence. Calgar knows that there shall yet be another reckoning between the Ultramarines and the Tyranids, and that Cassius' followers may then be the key to final victory.

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Ortan Cassius | 5 | 4 | 4 | 6 | 2 | 4 | 2 | 10 | 3+ |

**SPECIAL RULES**
Combat Tactics, Feel No Pain, Independent Character.

**Honour of the Chapter, Liturgies of Battle:**
See page 58 for details.

**WARGEAR**
**Infernus:** This is a master-crafted combi-flamer, lovingly crafted and modified by Cassius himself. Note that the boltgun is loaded with hellfire rounds and will therefore wound any model on a 2+.

*"The blasphemy of the Tyranids is such that only one solution is acceptable. Extermination. There can only be two sides in such a fight – choose carefully, lest you and I find ourselves on different sides."*

Chaplain Cassius
Ultramarines Master of Sanctity



GW0011386

---

**Exhibit 34-A-2**
[Plaintiff's Exhibit A, Entry No. **34**]

GW allegedly infringed work: "p87 Codex Space Marines 2008. Combi-melta."



**Exhibit 34 -B**
[Plaintiff's Exhibit A, Entry No. **34**]

Photograph of Chapterhouse Studios product No. **34**

FORCES OF THE DARK ANGELS

"Speed the bolt that brings the end of our enemies"

**ASSAULT CANNON**
High capacity, fast-change ammunition hopper;
Barrels last 50,000 firings.

Autosense sighting link

Ceramite alloy barrels

Recoil compensator

Integrated
ammunition trigger

**BOLTGUN**
Astartes MK IIIc Godwyn pattern

6-10 round
sickle magazine

The bolter is the instrument of the Emperor's
will. It roars with his voice, bringing
vengeance upon the unclean and the heretic.

**BOLT PISTOL**
Standard issue to all Brethren

Do not forsake your sidearm. It
is an extension of your faith and
the deliverer of the Lion's wrath.

**CHAIN SWORD**
MK XI 'Hell's Teeth'

The chainsword is the will of
the righteous made manifest.

**FRAG AND KRAK
GRENADES**
Astartes Issue

"The mightiest man may be felled
by a single shot. Seek always to
improve the odds."

**COMBI-WEAPON**
Underslung plasma gun; Single core containment

Dual state trigger

Emergency
venting

Photonic hydrogen
ammunition

**HEAVY BOLTER**
Astartes MK IVs

The heavy bolter sings a chorus
of praise in the Emperor's name,
bringing his word to the faithless.

**FLAMER**
MK Xk 'Purifier'

A flamer is more
than just a weapon.
It is the redeemer
of the corrupt
and the purifier of
the tainted.

ACCESS: All tiers
AUTH: Grand Master of the Arsenal

**FRAG GRENADE**
Frag grenades are explosive devices that are hurled at
the enemy prior to an assault. The storm of shrapnel
from the exploding frag grenades will drive opponents
further under cover for a few precious moments, allowing
the attackers to close in unmolested. They are standard
issue for all Dark Angels Space Marines.

See the Assault Phase chapter of the Warhammer
40,000 rulebook for details of using frag grenades.

**HEAVY BOLTER**
Enormous versions of the boltgun, heavy bolters are
deadly large weapons that fire fist-sized bolts at the
enemy. With a staggering rate of fire and shells even
more lethal than the standard boltgun, heavy bolters put
the fear of the Emperor into enemy infantry.

| Range | Strength | AP | Type |
|-------|----------|-----|---------|
| 36" | 5 | 4 | Heavy 3 |

49

GW0000939

**Exhibit 34-A-3**
[Plaintiff's Exhibit A, Entry No. **34**]

GW allegedly infringed work: "p49 Codex Dark Angels 2006. Combi-plasma."



**Exhibit 34 -B**
[Plaintiff's Exhibit A, Entry No. **34**]

Photograph of Chapterhouse Studios product No. **34**

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

**Imperial Guard Compatible Bits**

  - 28mm Imperial Army figures

  - **Infantry Bits**

  - Kits for Imperial Guard Vehicles

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

# Combi-weapon Magnetic Kit



Product Code: Combi-weapon Magnetic Kit

Reward Points: 0

Availability: 46

## Price: $5.00

Qty:

[ Add to Cart 🛒 ]

★★★★★  2 reviews  |  Write a review

Share ✉ 🖨 f 🐦

---

**Description** | Reviews (2)

This kit allows you to switch out your special weapon choices anytime you want. The magnet has the strength to keep the attachments from falling off with pretty heavy handling. Coupled with our unique fitting design, there is little chance of losing the attachments when on the mini.

This pewter kit consist of one bolt gun body, one flamer attachment, one grenade launcher attachment, one plasma gun attachment and one melta gun attachment.

Also include are 5 rare-earth magnets that fit in the pre-drilled holes on each attachment (holes and Magnets are 1/16th inch,)

**Please note that due to the casting process, these holes sometimes do not fully form on the bolt gun bit.**

This kit is designed to fit on Games Workshop Space Marine® figures and is also compatible with other 28mm scale miniatures.

Display model shown assembled with Games Workshop Space Marines® model for compatibility purposes.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended.

Combi-weapon Magnetic Kit

All Rights Reserved to their respective owners.

We accept   PayPal

About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy

2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 35 |

GW identifies but has failed to produce the following allegedly infringed works: Guide to the Warhammer 40,000 Universe.

GW produced the following additional allegedly infringed works on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: p28 Codex Eldar 2006; p37 Codex Eldar 2006; p40 Codex Eldar 2006.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.

# ALLEGEDLY INFRINGED
# WORK NOT PRODUCED

**Exhibit 35-A-1**
[Plaintiff's Exhibit A, Entry No. **34**]

GW allegedly infringed work: "Guide to the Warhammer 40,000 Universe."



**Exhibit 35 -B**
[Plaintiff's Exhibit A, Entry No. 35]

Photograph of Chapterhouse Studios product No. 35



**Exhibit 35-A-2**

[Plaintiff's Exhibit A, Entry No. 35 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Eldar Farseers on its website."



**Exhibit 35 -B**
[Plaintiff's Exhibit A, Entry No. 35]

Photograph of Chapterhouse Studios product No. 35



GW0002448

**Exhibit 35-A-3**
[Plaintiff's Exhibit A, Entry No. 35 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Eldar jetbikes on its website."



**Exhibit 35 -B**
[Plaintiff's Exhibit A, Entry No. 35]

Photograph of Chapterhouse Studios product No. 35



**Exhibit 35-A-4**

[Plaintiff's Exhibit A, Entry No. 35 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells the Seer Council on its website."



**Exhibit 35 -B**
[Plaintiff's Exhibit A, Entry No. 35]

Photograph of Chapterhouse Studios product No. 35



# FARSEER PSYCHIC POWERS

Unless otherwise noted, these powers work as described in the Psychic Powers section of the Warhammer 40,000 rulebook, are used at the start of the Eldar turn and do not require the Eldar psyker to have line of sight to target.

**Doom:** The Farseer searches for the thread of destiny that spells the destruction of an enemy and draws it into being. The Farseer can target any non-vehicle unit within 24". All hits caused upon that unit gain a re-roll to wound until the start of the next Eldar turn.

**Eldritch Storm:** The Farseer summons a corona of crackling energy that strikes out with arcs of lightning and hurls enemies in all directions. This psychic power is used in the shooting phase instead of firing a weapon. The Eldar player places the large blast marker centred on an enemy model within 18". Vehicles touched by the template suffer a hit with 2D6+3 armour penetration and are spun around to face in a direction determined by the scatter dice – if a hit is rolled the Eldar player may choose its facing.

Range: 18"     S: 3     AP –     Pinning,
                                 Large Blast

**Fortune:** The Farseer scries the strands of the future to foresee where the enemy will attack, warning his fellow Eldar so that they may avoid enemy fire. Nominate one Eldar unit with a model within 6" of the Farseer. This unit re-rolls any failed saves it makes until the start of the next Eldar turn.

**Guide:** The Farseer's prophetic powers warn him of the enemy's foul intent, allowing him to direct the fire of his warriors. Nominate one Eldar unit with a model within 6" of the Farseer. This unit re-rolls any failed to hit rolls made in that turn's shooting phase. If the unit is using a guess range weapon (such as a D-cannon) you may re-roll their scatter dice instead.

**Mind War:** The Farseer reaches out to destroy the mind of an enemy with an irresistible mental onslaught. This psychic power is used in the shooting phase instead of firing a weapon. The Eldar player may choose any unengaged model within 18" of the Farseer and within his line of sight (models mounted in vehicles cannot be targeted). Both players roll a D6 and add the Leadership of their respective models. For each point the Farseer wins by, the target loses a wound, with no armour saves allowed.

## WARLOCK POWERS

A Warlock's power is available permanently, so he does not need to take a Psychic test to use it.

**Conceal:** The Warlock clouds the minds of the enemy, creating a shifting psychic mist that conceals his unit. The Warlock's whole squad receives a 5+ cover save. This does not count as occupying cover for the purposes of assault.

**Destructor:** The Warlock focuses his anger and hatred and unleashes it at the enemy in a rolling blast of raw psychic power. Destructor is used in the shooting phase instead of firing a weapon. It is worked out like a normal shooting attack with the following profile:

Range: Template     S: 5     AP: 4     Assault 1

**Embolden:** The Warlock instils an unshakeable courage in his comrades, reaching into their minds with visions of mighty heroes and great victories. The Warlock and his squad may re-roll any failed Leadership tests.

**Enhance:** The Warlock empowers his fellow warriors with lightning speed and skill. All models in the same unit as the Warlock, including the Warlock itself, add +1 to their Weapon Skill and Initiative. The effects of multiple Enhance powers are not cumulative.



28

GW0011374

**Exhibit 35-A-5**

[Plaintiff's Exhibit A, Entry No. 35 - 80% actual size]

GW allegedly infringed work: "p28 Codex Eldar 2006."



**Exhibit 35 -B**
[Plaintiff's Exhibit A, Entry No. 35]

Photograph of Chapterhouse Studios product No. 35

# SHINING SPEARS

The Shining Spears are one of the rarest and most specialised aspects. They fight as the spear of Kaela Mensha Khaine, which struck like lightning and killed any foe with a single blow.

Shining Spears ride sleek, gleaming jetbikes to war, their vehicles' anti-gravitic motors allowing them to skim over even the roughest terrain at breakneck pace. Each Aspect Warrior is so in tune with his jetbike that he can execute complex high-speed aerial manoeuvres with a single gesture. Even a small unit of Shining Spears can turn the tide of a protracted combat, for their legendary charges hit home with the force of a thunderbolt.

The ritual armament of the aspect is the laser lance. This elegant weapon can deliver intense short ranged energy blasts, and is usually used just as the Shining Spears deliver their charge. The Aspect Warriors specialise in delivering hit-and-run attacks, careening past the foe and returning for another attack in much the same way as the duelling Dragon Knights of the Exodite worlds. Few enemies can withstand such a devastating charge.



| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Shining Spear | 4 | 4 | 3 | 3(4) | 1 | 5 | 1 | 9 | 3+ |
| Exarch | 5 | 5 | 3 | 3(4) | 1 | 6 | 2 | 9 | 3+ |

## WARGEAR

**Laser Lance:** On any turn in which they initiate an assault, models armed with laser lances count as having Strength 6 power weapons. In addition they may be used as a ranged weapon with the following profile:

    Range: 6"    S: 6    AP: 4    Assault 1, Lance

## EXARCH WARGEAR

**Star Lance:** The star lance is an extremely powerful laser lance, named for the weapon wielded by Asuryan himself from the back of his flying steed. It follows the rules for a laser lance, but has a Strength of 8 in all cases.

## EXARCH POWERS

**Skilled Rider:** The Exarch can lead his squad unerringly around tree trunks and branches, down twisting gorges and through rubble-strewn corridors. He and his squad have the Skilled Rider ability.

**Withdraw:** The Exarch watches the tides of combat closely for best moment to withdraw from a fight, ready to attack again later. His unit may use the Hit and Run special rule.

*"Trust not in their appearance, for the Eldar are as alien to good, honest men as the vile Tyranids and savage Orks. There is no understanding them for there is nothing to understand – they are a random force in the universe."*

**Imperial Commander
Abriel Hume**

37

GW0011376

**Exhibit 35-A-6**

[Plaintiff's Exhibit A, Entry No. 35 - 80% actual size]

GW allegedly infringed work: "p37 Codex Eldar 2006."



**Exhibit 35 -B**
[Plaintiff's Exhibit A, Entry No. 35]

Photograph of Chapterhouse Studios product No. 35

# GUARDIAN JETBIKES

Eldar jetbikes are sleek one-man craft propelled by powerful anti-gravitic motors. Beautifully designed, the Eldar jetbike is a wonder of engineering. It is capable of such velocity that without the prodigious reaction speed of an Eldar it would be more lethal to the rider than his foe.

To an Eldar, the mastery of the jetbike is an exhilarating challenge. Jetbikes have long, curved vanes on either side that allow the rider to execute incredibly sharp turns in mid-air, and the strength of their anti-grav motors can be subtly manipulated to send the jetbikes hurtling into a steep dive or sharp

climb. Even for an Eldar it takes years of practice to master a jetbike's potential, but one who does so builds a rapport with his steed comparable to the horsemasters of Eldar mythology.

Jetbike riders operate as forward scouts and fast-response strike forces, speeding across the battlefield in a brightly-coloured blur before unleashing tight fusillades from their hull-mounted shuriken weaponry. A common tactic for jetbike riders is to circumvent enemy lines completely and then close in on their vulnerable rear, taking a fearsome toll before gunning their engines and speeding off again.

> "Feel the rush of the wind against your skin and hear her keening cry in your ears. Listen to her call well, for are we not the Wild Riders, the children of the storm?"
>
> **Nuadhu 'Fireheart'**
> **chieftain of Saim-Hann**

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Guardian Jetbike | 3 | 3 | 3 | 3(4) | 1 | 4 | 1 | 8 | 3+ |

**WARGEAR**

**Eldar Jetbike:** These are fitted with twin-linked shuriken catapults, increase the rider's Toughness by 1 point, and in addition confer a 3+ armour save to the rider. See the Warhammer 40,000 Rulebook for details of the movement of Eldar jetbikes.



GW0011377

**Exhibit 35-A-7**
**[Plaintiff's Exhibit A, Entry No. 35 - 80% actual size]**

**GW allegedly infringed work: "p40 Codex Eldar 2006."**



**Exhibit 35 -B**
**[Plaintiff's Exhibit A, Entry No. 35]**

**Photograph of Chapterhouse Studios product No. 35**

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

**PRODUCTS**

**Eldar Compatible Bits** ▼

- 28mm Figures
- **Jetbike Conversion Kits**

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

## Farseer Jetbike Conversion Kit



Product Code: Farseer Jetbike Conversion Kit

Reward Points: 0

Availability: 14

**Price: $16.00**

Qty:

**Add to Cart** 🛒

★★★★★  4 reviews  |  Write a review

Share ✉ 🖨 f 🐦

| Description | Reviews (4) |

This is a sculpted 12 piece resin conversion kit that when combined with the Games Workshop Eldar Jetbike kit can form the model shown. It is meant to aid players in converting a regular jetbike kit into a farseer on jetbike model.

Each conversion kit comes with 2 weapon choices (spear and sword), 1 left arm, 2 upper torso choice (male or female), 1 lower torso,1 head, 1 control panel, 2 shield generators and 2 bike accessories.

Games Workshop Jetbike kit not included and for scale and demonstrative purposes only.

**Tags:** Farseer Jetbike Conversion Kit,

E-Mail Address:

Password:

Forgotten Password

Login

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept

Farseer Jetbike Conversion Kit

PayPal

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 36 |

GW identifies but failed to produce the following allegedly infringed work: Guide to the Warhammer 40,000 Universe.

GW produced the following additional allegedly infringed works on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: p28 Codex Eldar 2006; p37 Codex Eldar 2006; p40 Codex Eldar 2006.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.

# ALLEGEDLY INFRINGED
# WORK NOT PRODUCED

**Exhibit 36-A-1**
[Plaintiff's Exhibit A, Entry No. **36**]

GW allegedly infringed work: "Guide to the Warhammer 40,000 Universe."



**Exhibit 36 -B**
[Plaintiff's Exhibit A, Entry No. 36]

Photograph of Chapterhouse Studios product No. 36



**Exhibit 36-A-2**
[Plaintiff's Exhibit A, Entry No. 36 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Warlocks on its website."



**Exhibit 36 -B**
[Plaintiff's Exhibit A, Entry No. 36]

Photograph of Chapterhouse Studios product No. 36



GW0002448

**Exhibit 36-A-3**
[Plaintiff's Exhibit A, Entry No. 36 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Eldar jetbikes on its website."



**Exhibit 36 -B**
[Plaintiff's Exhibit A, Entry No. 36]

Photograph of Chapterhouse Studios product No. 36



**Exhibit 36-A-4**

[Plaintiff's Exhibit A, Entry No. **36** - 80% actual size]

GW allegedly infringed work: "Games Workshop sells the Seer Council on its website."



**Exhibit 36 -B**
[Plaintiff's Exhibit A, Entry No. 36]

Photograph of Chapterhouse Studios product No. 36



## FARSEER PSYCHIC POWERS

Unless otherwise noted, these powers work as described in the Psychic Powers section of the Warhammer 40,000 rulebook, are used at the start of the Eldar turn and do not require the Eldar psyker to have line of sight to target.

**Doom:** The Farseer searches for the thread of destiny that spells the destruction of an enemy and draws it into being. The Farseer can target any non-vehicle unit within 24". All hits caused upon that unit gain a re-roll to wound until the start of the next Eldar turn.

**Eldritch Storm:** The Farseer summons a corona of crackling energy that strikes out with arcs of lightning and hurls enemies in all directions. This psychic power is used in the shooting phase instead of firing a weapon. The Eldar player places the large blast marker centred on an enemy model within 18". Vehicles touched by the template suffer a hit with 2D6+3 armour penetration and are spun around to face in a direction determined by the scatter dice – if a hit is rolled the Eldar player may choose its facing.

    Range: 18"    S: 3    AP –   Pinning,
                                         Large Blast

**Fortune:** The Farseer scries the strands of the future to foresee where the enemy will attack, warning his fellow Eldar so that they may avoid enemy fire. Nominate one Eldar unit with a model within 6" of the Farseer. This unit re-rolls any failed saves it makes until the start of the next Eldar turn.

**Guide:** The Farseer's prophetic powers warn him of the enemy's foul intent, allowing him to direct the fire of his warriors. Nominate one Eldar unit with a model within 6" of the Farseer. This unit re-rolls any failed to hit rolls made in that turn's shooting phase. If the unit is using a guess range weapon (such as a D-cannon) you may re-roll their scatter dice instead.

**Mind War:** The Farseer reaches out to destroy the mind of an enemy with an irresistible mental onslaught. This psychic power is used in the shooting phase instead of firing a weapon. The Eldar player may choose any unengaged model within 18" of the Farseer and within his line of sight (models mounted in vehicles cannot be targeted). Both players roll a D6 and add the Leadership of their respective models. For each point the Farseer wins by, the target loses a wound, with no armour saves allowed.

## WARLOCK POWERS

A Warlock's power is available permanently, so he does not need to take a Psychic test to use it.

**Conceal:** The Warlock clouds the minds of the enemy, creating a shifting psychic mist that conceals his unit. The Warlock's whole squad receives a 5+ cover save. This does not count as occupying cover for the purposes of assault.

**Destructor:** The Warlock focuses his anger and hatred and unleashes it at the enemy in a rolling blast of raw psychic power. Destructor is used in the shooting phase instead of firing a weapon. It is worked out like a normal shooting attack with the following profile:

    Range: Template    S: 5    AP: 4    Assault 1

**Embolden:** The Warlock instils an unshakeable courage in his comrades, reaching into their minds with visions of mighty heroes and great victories. The Warlock and his squad may re-roll any failed Leadership tests.

**Enhance:** The Warlock empowers his fellow warriors with lightning speed and skill. All models in the same unit as the Warlock, including the Warlock itself, add +1 to their Weapon Skill and Initiative. The effects of multiple Enhance powers are not cumulative.



28

GW0011374

**Exhibit 36-A-5**

[Plaintiff's Exhibit A, Entry No. 36 - 80% actual size]

GW allegedly infringed work: "p28 Codex Eldar 2006."



**Exhibit 36 -B**
[Plaintiff's Exhibit A, Entry No. 36]

Photograph of Chapterhouse Studios product No. 36

# SHINING SPEARS

The Shining Spears are one of the rarest and most specialised aspects. They fight as the spear of Kaela Mensha Khaine, which struck like lightning and killed any foe with a single blow.

Shining Spears ride sleek, gleaming jetbikes to war, their vehicles' anti-gravitic motors allowing them to skim over even the roughest terrain at breakneck pace. Each Aspect Warrior is so in tune with his jetbike that he can execute complex high-speed aerial manoeuvres with a single gesture. Even a small unit of Shining Spears can turn the tide of a protracted combat, for their legendary charges hit home with the force of a thunderbolt.

The ritual armament of the aspect is the laser lance. This elegant weapon can deliver intense short ranged energy blasts, and is usually used just as the Shining Spears deliver their charge. The Aspect Warriors specialise in delivering hit-and-run attacks, careening past the foe and returning for another attack in much the same way as the duelling Dragon Knights of the Exodite worlds. Few enemies can withstand such a devastating charge.



|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Shining Spear | 4 | 4 | 3 | 3(4) | 1 | 5 | 1 | 9 | 3+ |
| Exarch | 5 | 5 | 3 | 3(4) | 1 | 6 | 2 | 9 | 3+ |

## WARGEAR
**Laser Lance:** On any turn in which they initiate an assault, models armed with laser lances count as having Strength 6 power weapons. In addition they may be used as a ranged weapon with the following profile:

Range: 6"   S: 6   AP: 4   Assault 1, Lance

## EXARCH WARGEAR
**Star Lance:** The star lance is an extremely powerful laser lance, named for the weapon wielded by Asuryan himself from the back of his flying steed. It follows the rules for a laser lance, but has a Strength of 8 in all cases.

## EXARCH POWERS
**Skilled Rider:** The Exarch can lead his squad unerringly around tree trunks and branches, down twisting gorges and through rubble-strewn corridors. He and his squad have the Skilled Rider ability.

**Withdraw:** The Exarch watches the tides of combat closely for best moment to withdraw from a fight, ready to attack again later. His unit may use the Hit and Run special rule.

"Trust not in their appearance, for the Eldar are as alien to good, honest men as the vile Tyranids and savage Orks. There is no understanding them for there is nothing to understand – they are a random force in the universe."

**Imperial Commander
Abriel Hume**

37

GW0011376

**Exhibit 36-A-6**

[Plaintiff's Exhibit A, Entry No. 36 - 80% actual size]

GW allegedly infringed work: "p37 Codex Eldar 2006."



**Exhibit 36 -B**
[Plaintiff's Exhibit A, Entry No. 36]

Photograph of Chapterhouse Studios product No. 36

# GUARDIAN JETBIKES

Eldar jetbikes are sleek one-man craft propelled by powerful anti-gravitic motors. Beautifully designed, the Eldar jetbike is a wonder of engineering. It is capable of such velocity that without the prodigious reaction speed of an Eldar it would be more lethal to the rider than his foe.

To an Eldar, the mastery of the jetbike is an exhilarating challenge. Jetbikes have long, curved vanes on either side that allow the rider to execute incredibly sharp turns in mid-air, and the strength of their anti-grav motors can be subtly manipulated to send the jetbikes hurtling into a steep dive or sharp climb. Even for an Eldar it takes years of practice to master a jetbike's potential, but one who does so builds a rapport with his steed comparable to the horsemasters of Eldar mythology.

Jetbike riders operate as forward scouts and fast-response strike forces, speeding across the battlefield in a brightly-coloured blur before unleashing tight fusillades from their hull-mounted shuriken weaponry. A common tactic for jetbike riders is to circumvent enemy lines completely and then close in on their vulnerable rear, taking a fearsome toll before gunning their engines and speeding off again.

"Feel the rush of the wind against your skin and hear her keening cry in your ears. Listen to her call well, for are we not the Wild Riders, the children of the storm?"

**Nuadhu 'Fireheart'
chieftain of Saim-Hann**

|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Guardian Jetbike | 3 | 3 | 3 | 3(4) | 1 | 4 | 1 | 8 | 3+ |

**WARGEAR**

**Eldar Jetbike:** These are fitted with twin-linked shuriken catapults, increase the rider's Toughness by 1 point, and in addition confer a 3+ armour save to the rider. See the Warhammer 40,000 Rulebook for details of the movement of Eldar jetbikes.



GW0011377

**Exhibit 36-A-7**
**[Plaintiff's Exhibit A, Entry No. 36 - 80% actual size]**

**GW allegedly infringed work: "p40 Codex Eldar 2006."**



**Exhibit 36 -B**
**[Plaintiff's Exhibit A, Entry No. 36]**

**Photograph of Chapterhouse Studios product No. 36**

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

| PRODUCTS | NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**Eldar Compatible Bits**

- 28mm Figures
- **Jetbike Conversion Kits**

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Warlock Jetbike Conversion Kit



Product Code: Warlock Jetbike Conversion Kit

Reward Points: 0

Availability: 23

**Price: $14.50**

Qty:

Add to Cart

★★★★★ 1 reviews | Write a review

Share ✉ 🖨 f 🐦

| Description | Reviews (1) |

This is a sculpted 11 piece resin conversion kit that when combined with the Games Workshop Eldar Jetbike kit can form the model shown. It is meant to aid players in converting a regular jetbike kit into a warlock on jetbike model.

Each conversion kit comes with 2 weapon choices (spear and sword), 1 left arm, 1upper torso, 1 lower torso, 1 head, 1 control panel, 2 shield generators and 2 bike accessories.

Games Workshop Jetbike kit not included and for scale and demonstrative purposes only.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40K Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Warlock Jetbike Conversion Kit

We accept PayPal    About us    Contact    Forum    Gallery    Commisions    Careers    Newsletter    Shipping Policy    2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 37 |

# TERVIGON

The Tervigon is a massive creature, with a towering spined carapace that shields a swollen abdomen. The Tervigon relies on all three pairs of limbs for support. However, should the need arise, the giant beast can shift a greater proportion of its weight onto its rear legs, allowing it to scythe its claws back and forth in crushing arcs. Nor should the Tervigon be underestimated at range – its carapace conceals banks of cluster spines that can be fired at a considerable distance.

Yet no matter how fearsome its weaponry, the Tervigon's true threat lies within. Each Tervigon is a living incubator beneath whose lumpen carapace dozens upon dozens of Termagants slumber in a state of near-life. The Tervigon can spawn its dormant broods at will, jolting their razor minds into wakefulness. So it is that a foe engaging a Tervigon will find itself assailed by waves of skittering Termagants. The only way for a cool-headed enemy commander to end the horror is to have his troops concentrate all their firepower on the Tervigon – if the ponderous beast is slain, the resulting symbiotic backlash inevitably kills its young.

When a Hive Fleet travels through space, Tervigons do not slumber in a dormant state like other Tyranid creatures. Instead, they roam the ship's cavernous innards. Should a Tervigon detect intruders, it can spawn an army of frenzied Termagants to repulse the foe whilst using its potent synaptic link to awaken additional warriors.



|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Tervigon | 3 | 3 | 5 | 6 | 6 | 1 | 3 | 10 | 3+ |

**Unit Type:** Monstrous Creature.

**Weapons and Biomorphs:** Bonded Exoskeleton, Stinger Salvo, Claws and Teeth.

**Special Rules:** Synapse Creature, Psyker, Shadow in the Warp.

**Spawn Termagants:** A Tervigon can spawn Termagants in the Tyranid Movement phase before it has moved – even if is locked in assault. If it does so, roll 3D6. Place a new unit of Termagants such that no model is more than 6" from the Tervigon – the size of the unit is equal to the total rolled. Models in this new unit cannot be placed in impassable terrain, or within 1" of enemy models. If you cannot place some of the models due to enemy proximity, impassable terrain or simply because you have run out of models, the excess is destroyed. The spawned unit may then move, shoot and assault normally. A unit spawned by a Tervigon is identical in every way to a Termagant unit chosen from the Troops section of the force organisation chart, and is treated as such for all scenario special rules. Models in a spawned unit have no biomorphs and always carry fleshborers.

If any double is rolled when determining the size of a spawned unit, the Tervigon has temporarily exhausted its supply of larvae – the unit is created as normal, but the Tervigon may not attempt to spawn further units for the rest of the game.

**Brood Progenitor:** All units of Termagants, spawned or otherwise, within 6" of a Tervigon can use the Tervigon's Leadership for any tests they are required to make. They also gain the benefits of the Tervigon's toxin sacs and adrenal glands (if it has any). In addition, all Termagant units within 6" of the Tervigon have the Counter-attack special rule.

Should a Tervigon be slain, every Termagant brood, spawned or otherwise, within 6" immediately suffers 3D6 Strength 3, AP - hits.

**Psychic Powers:** Dominion.

"To think that Tyranids are mindless beasts is a grave mistake. When you fight Tyranids you face not only those before you on the battlefield, but the untold thousands which seek to surround you, which attack your supporting units and destroy your supply lines in perfect synchronicity. These aliens have shown evidence of both tactics and strategy that speaks of a far worse threat than that posed by a mere beast."

~ Marneus Calgar

GW0001422

**Exhibit 37-A-1**

[Plaintiff's Exhibit A, Entry No. 37 - 80% actual size]

GW allegedly infringed work: "Warhammer 40,000 Tyranids 2009, page 52."



**Exhibit 37 -B**
[Plaintiff's Exhibit A, Entry No. 37]

Photograph of Chapterhouse Studios product No. 37



**Exhibit 37-A-2**

[Plaintiff's Exhibit A, Entry No. 37 - 80% actual size]

GW allegedly infringed work: "TyranidCarnifex model."



**Exhibit 37 -B**
[Plaintiff's Exhibit A, Entry No. 37]

Photograph of Chapterhouse Studios product No. 37

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# CHAPTERHOUSE STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |



**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
- Tau Compatible Bits
- **Tyranid Compatible Bits and Kits**
  - 28mm Figures
  - Heads
  - Weapons
  - **Monstrous Creature Conversion Kits**
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

## Tervigon Conversion Kit for Carnifex Model

Search

Product Code: Tervigon Conversion Kit for Carnifex Model

Reward Points: 0

Availability: 69

**Price: $25.00**

Qty:

Add to Cart

★★★★★ 3 reviews | Write a review

Share

### Description | Reviews (3)

This Chapterhouse Studios resin set contains 5 high detail modular components that fit with the current Games Workshop Carnifex kit. Once assembled, it adds much girth and armor. Please note this set does NOT include a Games Workshop Tyranid Carnifex and is not a Games Workshop model.

Each kit contains 5 pieces:

Top Center Torso Spine piece (fits in between the two side torsos of the carnifex)

Central Armor and Spine Bank (fits on top of the upper torso)

Head mount piece

Lower abdomen containing birth sacs and embryonic termagaunts

Standard Size Oval base (matches Trygon base diameter).

Please note while this kit is sculpted to fit an **unassembled** carnifex kit with no modification to either kit, some modification may be necessary to the minute variations that are present in both the Games Workshop and Chapterhouse models.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.

Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept 

About us    Contact    Forum    Gallery    Commisions    Careers    Newsletter    Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| :---: |
| Entry 38 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 38-A**

GW allegedly infringed work: N/A



**Exhibit 38 -B**
[Plaintiff's Exhibit A, Entry No. 38]

Photograph of Chapterhouse Studios product No. 38

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits
- 28mm Figures
- Heads
- **Weapons**
- Monstrous Creature Conversion Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

NEWS  ABOUT US  CONTACT  FORUM  GALLERY  COMMISIONS

Search

## Lashwhip for Tyrant or Monstrous Creature



Product Code: Lashwhip for Tyrant or Monstrous Creature

Reward Points: 0

Availability: 28

**Price: $5.00**

Qty:

Add to Cart

☆☆☆☆☆  0 reviews  |  Write a review

Share

| **Description** | **Reviews (0)** |

This is a single metal lashwhip for players who want to convert thier Tyranid® monsters, it is scaled to be used with tyrants and other monstrous creatures.  The piece is sculpted so it can be used on the right or left arm socket, it is also bendable since it is made or pewter.

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40K Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Lashwhip for Tyrant or Monstrous Creature

**Plaintiff's Exhibit A**

Entry 39

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 39-A**

GW allegedly infringed work: N/A



**Exhibit 39 -B**
[Plaintiff's Exhibit A, Entry No. 39]

Photograph of Chapterhouse Studios product No. 39

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
- Tau Compatible Bits
- **Tyranid Compatible Bits and Kits**
  - 28mm Figures
  - Heads
  - **Weapons**
  - Monstrous Creature Conversion Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

### Lashwhip for Medium Creatures



Product Code: Lashwhip for Medium Creatures

Reward Points: 0

Availability: 26

**Price: $3.00**

Qty:

Add to Cart

☆☆☆☆☆ 0 reviews | Write a review

Share

| Description | Reviews (0) |

This is a single metal lashwhip for players who want to convert thier Tyranid® warriors, it is scaled to be used with medium sized creatures like Warriors and Tyrant Guard. The piece is sculpted so it can be used on the right or left arm socket, it is also bendable since it is made or pewter.

Supplied unpainted.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Lashwhip for Medium Creatures

We accept     PayPal          About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

Entry 40

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 40-A**

GW allegedly infringed work: N/A



**Exhibit 40 -B**
[Plaintiff's Exhibit A, Entry No. 40]

Photograph of Chapterhouse Studios product No. 40

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

| PRODUCTS | NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

Tau Compatible Bits

**Tyrand Compatible Bits and Kits**
- 28mm Figures
- Heads
- **Weapons**
- Monstrous Creature Conversion Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[ Login ]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

# Bonesword Arms for Tyrant or Monstrous Creatures



Product Code: Bonesword Arms for Tyrant or Monstrous Creatures

Reward Points: 0

Availability: 99

**Price: $6.00**

Qty:

[ Add to Cart ]

☆☆☆☆☆ 0 reviews | Write a review

Share

| Description | Reviews (0) |

These are a pair of large boneswords for players who want to convert thier Tyranid® monsters, they are scaled to be used with tyrants and other monstrous creatures. Each set is composed of one left and one right arm.

Games Workshop Hive Tyrant model shown for scale purposes only and not included.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Bonesword Arms for Tyrant or Monstrous Creatures

We accept PayPal    About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy    2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 41 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 41-A**

GW allegedly infringed work: N/A



**Exhibit 41 -B**
[Plaintiff's Exhibit A, Entry No. 41]

Photograph of Chapterhouse Studios product No. 41

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

| PRODUCTS | NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

Tau Compatible Bits

**Tyranid Compatible Bits and Kits**
- 28mm Figures
- Heads
- **Weapons**
- Monstrous Creature Conversion Kits

Super Heavy Kits

Resin Bases & Terrain

Search

## Bonesword Arms for Warrior or Medium Creatures



Product Code: Bonesword Arms for Warrior or Medium Creatures

Reward Points: 0

Availability: 73

**Price: $4.00**

Qty:

**Add to Cart**

☆☆☆☆☆ 0 reviews | Write a review

Share

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

### Description | Reviews (0)

These are a pair of large boneswords for players who want to convert thier Tyranid® creatures, they are scaled to be used with warriors and other medium size creatures (guard).  Each set is composed of one left and one right arm.

Games Workshop Tyranid Warrior model shown for scale purposes only and not included.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40K Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Bonesword Arms for Warrior or Medium Creatures

We accept    PayPal            About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 42 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 42-A**

GW allegedly infringed work: N/A



**Exhibit 42 -B**
[Plaintiff's Exhibit A, Entry No. 42]

Photograph of Chapterhouse Studios product No. 42

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits
- 28mm Figures
- **Heads**
- Weapons
- Monstrous Creature Conversion Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS

Search

## Xenomorph Heads - 6



Product Code: Xenomorph Heads - 6

Reward Points: 0

Availability: 129

### Price: $7.00

Qty:

Add to Cart

☆☆☆☆☆  0 reviews | Write a review

Share ✉ 🖨 f 🐦

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

| **Description** | **Reviews (0)** |

This is a six (6) piece set of 28mm **resin** heads. You will receive three(3) of Head A and three(3) of Head B. These heads are sculpted in the style of the classic "Aliens" xenomorphs. They work great on many of the 28mm bodies of gaunts, genestealers and tyranid warriors.

Click "here" for an independant review of our heads (along with shots of example models with the heads).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven spike device, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40K Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept    PayPal        About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| --- |
| Entry 43 |



# YMGARL GENESTEALERS

The Genestealers of Ymgarl were one of the first of any Tyranid creatures to be encountered by the Imperium of Man. Since that time every attempt to eradicate them has been met with wholesale butchery and abysmal failure.

Genestealers are known to change over generations. The variations and adaptations between broods can be marked indeed, but Ymgarl Genestealers are unique in that they can alter their own alien flesh in a matter of moments. Their claw-tipped fingers can quickly elongate and fuse together to form curved blades and barbed hooks, or split apart as ropes of sinewy tendon to slash and ensnare victims attempting to escape. When the brood comes under attack their chitinous carapaces thicken and their leathery hides adapt to absorb the energy of the incoming attacks. There have even been reports that these creatures can change hue and colour, the better to go unseen in the darkness of night.

Ymgarl Genestealers' extreme adaptability comes at a price: they must feed, and feed often. Ymgarl Genestealers have a writhing mass of tentacles in place of a fanged maw with which they pierce their prey's flesh and gorge upon their life blood – the brood's sole source of nourishment. Those that cannot sate their bloodlust are forced to enter a state of dormancy or starve. There they wait until something disturbs their slumber.

The origins of the Ymgarl Genestealers are a curious mystery, for they do not seem to have been created by any known Hive Fleet. Perhaps they are the last survivors of a Hive Fleet lost for time immemorial? Stranger still, whilst the survival instinct of other Genestealer broods leads them to flee their parent Hive Fleets, the Ymgarl Genestealers actively seek them out, as if wishing to rejoin the Hive Mind. They spread across the galaxy searching for worlds in the path of an advancing Hive Fleet. There they lie dormant until they are embraced by the will of the Hive Mind and once more hunt with the rest of the swarm. However, the Hive Mind has no wish to reabsorb their biomatter, lest their uncontrollable instability spread amongst the Hive Fleet. After a world has been scoured of biomass, the Ymgarl brood is abandoned, forced again to enter a state of dormancy. Unfortunately for the galaxy, human nature has spared the brood a destiny of eternal hibernation, for many ships investigate worlds in the wake of a Tyranid attack. Some wish to learn more about the alien menace, others hope to find survivors, lost artefacts or other riches to fill their holds. Such fools leave the dead planet with an altogether more lethal cargo.



**Dormant:** Ymgarl Genestealers can elect to start the game in a dormant state provided there is at least one piece of area terrain large enough to accommodate the entire unit (be sure to discuss with your opponent what the boundaries of all such terrain features are before the game begins). If you choose to do this, the brood is not deployed with the rest of the army. Instead, after both sides have deployed, secretly write down which piece of terrain they are lying dormant in. When the brood becomes available from reserve, they must be deployed such that all models are within the selected terrain. If any models cannot be placed inside this terrain due to impassable terrain or enemy within 1", they are destroyed. The Ymgarl Genestealers can move and assault normally in the same turn they are revealed.

**Alter Form:** At the start of every Assault phase, the Ymgarl Genestealers must alter their form into one of those listed below. The benefits last until the end of the phase. Due to the instability of moulding their forms, they cannot choose the same alteration in two consecutive player turns.

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Ymgarl Genestealer | 6 | 0 | 4 | 4 | 1 | 6 | 2 | 10 | 4+ |

**Unit Type:** Infantry.

**Weapons and Biomorphs:** Hardened Carapace, Rending Claws.

**Special Rules:** Brood Telepathy (see page 40), Fleet, Move Through Cover.

| | |
|---|---|
| **Slashing Claws:** | The Ymgarl Genestealers receive +1 to their Strength. |
| **Tentacled Limbs:** | The Ymgarl Genestealers receive +1 to their Attacks. |
| **Protective Carapace:** | The Ymgarl Genestealers receive +1 to their Toughness. |

GW0001431

**Exhibit 43-A-1**

[Plaintiff's Exhibit A, Entry No. 43 - 80% actual size]

GW allegedly infringed work: "Warhammer 40,000 Tyranids 2010, page 61."



**Exhibit 43 -B**
[Plaintiff's Exhibit A, Entry No. 43]

Photograph of Chapterhouse Studios product No. 43

Tyranid Genestealer Brood | Games Workshop                    Page 1 of 2

**GAMES WORKSHOP**®

Customer Service | 1-800-394-4263 | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $30
ORDER DETAILS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

Warhammer 40,000   Troops   Tyranid Genestealer Brood

# Tyranid Genestealer Brood

Like | 37          ADD TO CART

**Have you got?**

$24.75          add to cart

**Tyranid Broodlord**

$24.75          add to cart

**Tyranid Lictor**

**Categories**

Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,050 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

**Tyranid Genestealer Brood**

Genestealers are legendarily ferocious close combat opponents, with lightning fast reflexes and deadly claws, capable of ripping through adamantium. They have their own brood telepathy enabling them to function outside the range of the hive mind.

This box set contains eight multi-part plastic Genestealers, and includes a host of additional components allowing you to represent a number of weapon-symbiotes or biomorph enhancements. Models supplied with 25mm round bases.

Availability: Usually ships within 24 hours.
Part Code: 99120106007

**Price: $30.00**
Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

**Related Articles**

- Sample Armies: Warhammer 40,000
- Warhammer 40,000: Tank Hunting Tactics
- Warhammer 40,000: Assault Tactics
- Leviathan Gargoyle Datasheet: Your Tyranids
- Tyranids: Genestealer Stage-by-Stage Assembly
- Tyranids: Tyranids in Cities of Death
- Getting Started with Tyranids
- More White Dwarf articles
- Getting Started With Tyranids
- Spotting Biomorphs Gallery
- Tyranids Army Building

With this box set you can make the following:

**Genestealer Brood**

|            | WS | BS | S | T | W | I | A | Ld | Sv |
|------------|----|----|---|---|---|---|---|----|----|
| Genestealer | 6  | 0  | 4 | 4 | 1 | 6 | 2 | 10 | 5+ |
| Broodlord   | 7  | 0  | 5 | 5 | 3 | 7 | 4 | 10 | 4+ |

| Unit Composition: | 5-20 Genestealers |
|---|---|
| Unit Type: | Infantry |
| War Gear: | Rending claws; Reinforced chitin (Genestealer only); Hardened carapace (Broodlord only) |
| Psychic Powers: | Aura of Despair; Hypnotic Gaze |

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1050149          8/4/2011

GW0002306

**Exhibit 43-A-2**

[Plaintiff's Exhibit A, Entry No. 43 - 80% actual size]

GW allegedly infringed work: "Tyranid Genestealer boxed set."



**Exhibit 43 -B**
[Plaintiff's Exhibit A, Entry No. 43]

Photograph of Chapterhouse Studios product No. 43

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

Tau Compatible Bits

**Tyranid Compatible Bits and Kits**

- 28mm Figures
- **Heads**
- Weapons
- Monstrous Creature Conversion Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS

Search

## Ymgarl Heads - 6



Product Code: Ymgarl Heads - 6

Reward Points: 0

Availability: 23

### Price: $5.50

Qty:

[Add to Cart 🛒]

★★★★★   2 reviews  |  Write a review

Share ✉ 🖨 f 🐦

---

**Description** | **Reviews (2)**

This is a six (6) piece set of 28mm pewter alien heads.   You will receive two(2) each of three(3) distinct heads.  You can use them as Cthulhu or Ymgarl heads on your models. They work great on many of the 28mm bodies of gaunts, genestealers and tyranid warriors.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Citylight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven device, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40K Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Ymgarl Heads - 6

We accept  PayPal    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy    2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

**Entry 44**

# NO COPYRIGHT CLAIM STATED

# "The product implicates trademark issues only, not copyright"

**Exhibit 44-A**
[Plaintiff's Exhibit A, Entry No. 44]

GW allegedly infringed work: N/A



**Exhibit 44-B**
[Plaintiff's Exhibit No. 44]

Photograph of Chapterhouse Studios Product No. 44

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

NEWS    ABOUT US    CONTACT    FORUM    GALLERY    COMMISIONS

PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

**Imperial Guard Compatible Bits**

- 28mm Imperial Army figures
- **Infantry Bits**
- Kits for Imperial Guard Vehicles

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Female 28mm Head Set



Product Code: Female 28mm Head Set
Reward Points: 0
Availability: 57

**Price: $4.75**

Qty:

Add to Cart

☆☆☆☆☆  0 reviews  |  Write a review

Share ✉ 🖶 f t

| **Description** | Reviews (0) |

This is a set of 6 resin female human heads.  These are scaled for 28mm heroic miniatures.

Fully compatible with Games Workshop Imperial Guard models.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Female 28mm Head Set

We accept **PayPal**     About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| Entry 45 |

GW identifies but has failed to produce the following allegedly infringed works: Tau Empire decal sheet, 2001; p40 Codex Tau Empire 2005; p17 Codex Tau 2001; p. 158-59 Warhammer 40,000 Apocalypse 2007.

# ALLEGEDLY INFRINGED
# WORK NOT PRODUCED

**Exhibit 45-A-1**
[Plaintiff's Exhibit A, Entry No. 45]

GW allegedly infringed work: "Tau Empire decal sheet, 2001."






**Exhibit 45 –B**
[Plaintiff's Exhibit A, Entry No. 45]
Photograph of Chapterhouse Studios product No. 45



**Exhibit 45-A-2**

[Plaintiff's Exhibit A, Entry No. 45 - 80% actual size]

GW allegedly infringed work: "http://www.gamesworkshop.
com/gws/catalog/productDetail.jsp?prodId=prod1090208."






**Exhibit 45 –B**
[Plaintiff's Exhibit A, Entry No. 45]
Photograph of Chapterhouse Studios product No. 45



**Exhibit 45-A-3**

[Plaintiff's Exhibit A, Entry No. 45 - 80% actual size]

GW allegedly infringed work: "http://www.gamesworkshop.
com/gws/catalog/productDetail.jsp?prodId=prod1620020."






**Exhibit 45 –B**
[Plaintiff's Exhibit A, Entry No. 45]
Photograph of Chapterhouse Studios product No. 45



**Exhibit 45-A-4**
[Plaintiff's Exhibit A, Entry No. 45 - 80% actual size]

GW allegedly infringed work: "AS098 Tau Codex detail cropped from larger original."






**Exhibit 45 –B**
[Plaintiff's Exhibit A, Entry No. 45]
Photograph of Chapterhouse Studios product No. 45



**Fire** – The Fire caste are the warriors of the Tau. It is the duty of these warriors to protect the other castes. Centuries of selective breeding has led to the Fire caste being the biggest and strongest of the Tau. The Fire warriors are strongly motivated by a strict code of honour in battle, but they are not mindless thugs. They see ranged combat as preferable to the somewhat brutal affair of close combat. They are not naturally equipped for such fights, preferring to use advanced weaponry rather than brute force to win battles. A warrior starts life as a young line trooper, a Shas'la, and after surviving four years 'on the line' they must take their first Trial by Fire. If they survive this ordeal then they are fit to don the full battlesuit. If they survive a further four years, they take the second Trial and successful participants advance yet further. A veteran who manages to survive yet another four years becomes eligible to take part in a third Trial if he wishes and, if he is still alive by the end, will become a Commander, or Shas'el. Commanders who survive four years are allowed to retire from active service, join the council of advisors and play a greater part in Tau politics. Other than death, this is the only way to leave the Tau military.

**Earth** – The Earth caste are the artisans and labourers of the Tau. It is they who build the machines, erect the dwellings and provide the food for the rest of society. Without the Earth caste, the farms would not produce, the factories would sit idle and the work would remain undone. None of the other castes would be able to live without their continued existence. Engineers and scientists beyond compare, the Earth caste are responsible for the maintenance of Tau technology but, unlike the Techpriests of the Imperium, they fully understand the workings of their machines and are capable of more than simply reproducing ancient designs.

**Water** – Water is the element that can be found in all living things, flowing continuously to allow life to function. So it is that Water caste members are bureaucrats, politicians, negotiators and administrators. They are the merchants and diplomats, moving in and around the other castes to make sure that society functions smoothly. Water caste members often accompany Tau expeditionary forces to negotiate safe transit through alien systems and smooth the passage of Tau merchants and colonists.

**Air** – The Air caste members were traditionally messengers and couriers but now, with the march of technology, they are the Tau equivalent to the Imperial Navy. They are pilots and spaceship crews, transporting goods and warriors to where they are needed. They are the unseen force that can lay waste to towns and cities, bombarding them from orbit. Air caste members live almost entirely offworld, except for pilots of atmospheric craft (although frequently they live in orbital stations). They are the invisible caste, normally unseen but essential nonetheless.

**The Ethereals** – The Tau word 'Aun' translates variously as the Celestial or Ethereal caste, and originates from the mysterious individuals who united the disparate Tau tribes. These are the rulers of the Tau empire, headed by a council of the wisest Ethereals. They are advised by members of the highest families within the different castes, but have ultimate sovereignty over all the Tau. It is speculated that they exert some kind of pheromone based or latent psychic control over the other castes, as loyalty to the Ethereals is absolute and unswerving. If an Ethereal were of such a mind, he could order another Tau to kill himself and would be obeyed immediately. The Adeptus Mechanicus and Adeptus Arbites are very interested in this aspect of Tau culture...

GW0005834

**Exhibit 45-A-5**

[Plaintiff's Exhibit A, Entry No. 45 - 80% actual size]

GW allegedly infringed work: "p.9 Codex: Tau Empire ©2005."






**Exhibit 45 –B**
[Plaintiff's Exhibit A, Entry No. 45]
Photograph of Chapterhouse Studios product No. 45

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!



### SXV-141 Super Heavy Walker

Product Code: SXV-141 Super Heavy Walker

Reward Points: 0

Availability: 2

**Price: $285.00**

Qty:

Add to Cart 🛒

★★★★★  1 reviews | Write a review

Share ✉ 🖨 f 🐦

| Description | Reviews (1) | Related Products (2) |

The SXV-141 Super-heavy Assault Walker.

This is a resin model kit consisting of over 50 parts, weighing in at approximately 2kg and standing almost 30cm tall when complete. The kit components are supplied "as cast" and require cleanup, assembly and painting for the finished product.

**US Priority domestic shipping is $14.00.**

**For an estimate on International shipping click here to go to the US Postal Service International Rate and choose your country and the shipping weight is 72 ounces (we will use a flat-rate priority medium box).**

Chapterhouse "Apocalypse" stats and Assembly Instructions available here.

Rules

Assembly instructions

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40K Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept   PayPal   About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy   2011 ChapterHouse Studios®