| **Plaintiff's Exhibit A** |
|:---:|
| Entry 46 |

GW identifies but has failed to produce the following allegedly infringed works: Codex Ultramarines, 1995, p28; Space Marine Transfer Sheet (from the Terminator Assault Squad).

GW also produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: Insignium Astartes 2002, page 13.

This Exhibit incorporates the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.

GW0001503

**Exhibit 46-A-1**
[Plaintiff's Exhibit A, Entry No. 46 - 80% actual size]

GW allegedly infringed work: "White Dwarf magazine issue 249, page 33."



**Exhibit 46 -B**
[Plaintiff's Exhibit A, Entry No. 46]

Photograph of Chapterhouse Studios product No. 46

# GAMES WORKSHOP®

Customer Service  1-800-394-4263 | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $30 OTHER DETAILS

0 item(s) @ $0.00

Community & Events    Virtual Gift Vouchers    Store Finder    White Dwarf    Citadel Finecast    Find a Gift List

Search

Warhammer 40,000    Shoulder Pads    Assault Squad Shoulder Pads

## Assault Squad Shoulder Pads

Like  1    ADD TO CART

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

### Assault Squad Shoulder Pads

This pack contains 10 Assault Squad Shoulder Pads.

Availability: Usually ships within 24 hours.
Part Code: 99060101375

**Price: $8.25**
Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

Carry Out Products    Real Estate    Privacy Policy    Legal    Careers    About Us    Investor Relations    Black Library    Forge World    Site Map    Contact Us

Country Select

Copyright  © Games Workshop Limited 2005-2011  © New Line Productions Inc  © The Saul Zaentz Company d/b/a Middle-earth Enterprises   All rights reserved to their respective owners.

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110190        8/4/2011

GW0002323

## Exhibit 46-A-2
[Plaintiff's Exhibit A, Entry No. 46 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells assault squad shoulder pads."



**Exhibit 46 -B**
[Plaintiff's Exhibit A, Entry No. 46]

Photograph of Chapterhouse Studios product No. 46



**Exhibit 46-A-3**

[Plaintiff's Exhibit A, Entry No. 46 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 46 -B**
[Plaintiff's Exhibit A, Entry No. 46]

Photograph of Chapterhouse Studios product No. 46



**Exhibit 46-A-4**

[Plaintiff's Exhibit A, Entry No. 46 - 80% actual size]

GW allegedly infringed work: "Insignium Astartes 2002, page 13."



**Exhibit 46 -B**
[Plaintiff's Exhibit A, Entry No. 46]

Photograph of Chapterhouse Studios product No. 46

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |



**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

### Assault Squad 7 Shoulder Pad

Product Code: Assault Squad 7 Shoulder Pad

Reward Points: 0

Availability: 34

**Price: $1.00**

Qty:

Add to Cart

0 reviews | Write a review

Share

**Description** | **Reviews (0)**

This is a single pewter Assault Shoulder pad for regular power armor, it has raised crossed arrows on the pad with a roman numeral 7 above the arrows.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

Designed by Jeff Nagy

Painted by Anthony Nolan

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Assault Squad 7 Shoulder Pad

We accept PayPal

About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy

2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| :---: |
| Entry 47 |

GW identifies but has failed to produce the following allegedly infringed works:Codex Ultramarines, 1995, p28; Space Marine Transfer Sheet (from the Terminator Assault Squad).

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: Insignium Astartes 2002, page 13.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.

GW0001503

**Exhibit 47-A-1**

[Plaintiff's Exhibit A, Entry No. 47 - 80% actual size]

GW allegedly infringed work: "White Dwarf magazine issue 249, page 33."



**Exhibit 47 -B**
[Plaintiff's Exhibit A, Entry No. 47]

Photograph of Chapterhouse Studios product No. 47

Assault Squad Shoulder Pads | Games Workshop        Page 1 of 1

# GAMES WORKSHOP®

Customer Service   1-800-394-4263   | Welcome! | Sign In | Why Register? |

**FREE SHIPPING ON ALL ORDERS OVER $30** OTHER DETAILS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

Warhammer 40,000    Shoulder Pads    Assault Squad Shoulder Pads

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

## Assault Squad Shoulder Pads

Like   1    ADD TO CART

**Assault Squad Shoulder Pads**

This pack contains 10 Assault Squad Shoulder Pads.

Availability: Usually ships within 24 hours.
Part Code: 99060101375

Price: **$8.25**

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

Carry Out Products   Real Estate   Privacy Policy   Legal   Careers   About Us   Investor Relations   Black Library   Forge World   Site Map   Contact Us

Country Select

Copyright © Games Workshop Limited 2000-2011 © New Line Productions Inc © The Saul Zaentz Company d/b/a Middle-earth Enterprises   All rights reserved to their respective owners.

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110190     8/4/2011

GW0002323

## Exhibit 47-A-2
[Plaintiff's Exhibit A, Entry No. 47 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells assault squad shoulder pads."



**Exhibit 47 -B**
[Plaintiff's Exhibit A, Entry No. 47]

Photograph of Chapterhouse Studios product No. 47



**Exhibit 47-A-3**
[Plaintiff's Exhibit A, Entry No. 47 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 47 -B**
[Plaintiff's Exhibit A, Entry No. 47]

Photograph of Chapterhouse Studios product No. 47



GW0011390

**Exhibit 47-A-4**

[Plaintiff's Exhibit A, Entry No. 47- 80% actual size]

GW allegedly infringed work: "Insignium Astartes 2002, page 13."



**Exhibit 47 -B**
[Plaintiff's Exhibit A, Entry No. 47]

Photograph of Chapterhouse Studios product No. 47

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |



PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

## Assault Squad 8 Shoulder Pad

Search

Product Code: Assault Squad 8 Shoulder Pad
Reward Points: 0
Availability: 120

**Price: $1.00**

Qty:

Add to Cart

0 reviews | Write a review

Share

### Description | Reviews (0)

This is a single pewter Assault Shoulder pad for regular power armor, it has raised crossed arrows on the pad with a roman numeral 8 above the arrows.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Assault Squad 8 Shoulder Pad

We accept    PayPal        About us    Contact    Forum    Gallery    Commisions    Careers    Newsletter    Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 48 |

GW identifies but has failed to produce the following allegedly infringed works: Codex Ultramarines, 1995, p28; Space Marine Transfer Sheet (from the Terminator Assault Squad).

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: Insignium Astartes 2002, page 13.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.

GW0001503

**Exhibit 48-A-1**
[Plaintiff's Exhibit A, Entry No. 48 - 80% actual size]

GW allegedly infringed work: "White Dwarf magazine issue 249, page 33."



**Exhibit 48 -B**
[Plaintiff's Exhibit A, Entry No. 48]

Photograph of Chapterhouse Studios product No. 48

# GAMES WORKSHOP®

Customer Service  1-800-394-4263  | Welcome! | Sign In | Why Register? |

**FREE SHIPPING ON ALL ORDERS OVER $30** OTHER DETAILS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

Warhammer 40,000   Shoulder Pads   Assault Squad Shoulder Pads

## Assault Squad Shoulder Pads

Like  1    ADD TO CART

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

**Assault Squad Shoulder Pads**

This pack contains 10 Assault Squad Shoulder Pads.

Availability: Usually ships within 24 hours.
Part Code: 99060101375

**Price: $8.25**
Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

Carry Out Products   Real Estate   Privacy Policy   Legal   Careers   About Us   Investor Relations   Black Library   Forge World   Site Map   Contact Us

Country Select

Copyright © Games Workshop Limited 2000-2011 © New Line Productions Inc © The Saul Zaentz Company d/b/a Middle-earth Enterprises  All rights reserved to their respective owners.

GW0002323

**Exhibit 48-A-2**
[Plaintiff's Exhibit A, Entry No. 48 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells assault squad shoulder pads."



**Exhibit 48 -B**
[Plaintiff's Exhibit A, Entry No. 48]

Photograph of Chapterhouse Studios product No. 48



**Exhibit 48-A-3**
[Plaintiff's Exhibit A, Entry No. 48 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 48 -B**
[Plaintiff's Exhibit A, Entry No. 48]

Photograph of Chapterhouse Studios product No. 48



GW0011390

**Exhibit 48-A-4**

[Plaintiff's Exhibit A, Entry No. 48- 80% actual size]

GW allegedly infringed work: "Insignium Astartes 2002, page 13."



**Exhibit 48 -B**
[Plaintiff's Exhibit A, Entry No. 48]

Photograph of Chapterhouse Studios product No. 48

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |



Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

### Assault Squad Shoulder Pad

Product Code: Assault Squad Shoulder Pad
Reward Points: 0
Availability: 85

**Price: $1.00**

Qty:

Add to Cart

0 reviews | Write a review

Share

**Description** | **Reviews (0)**

This is a single pewter Assault Shoulder pad for regular power armor, it has raised crossed arrows on the pad.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Assault Squad Shoulder Pad

We accept    PayPal        About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| Entry 49 |

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: p84 Codex Space Marines 2008

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.



**Exhibit 49-A-1**

[Plaintiff's Exhibit A, Entry No. 49 - 80% actual size]

GW allegedly infringed work: "Space Marine Captain." [BROKEN LINK]



**Exhibit 49 -B**
[Plaintiff's Exhibit A, Entry No. 49]

Photograph of Chapterhouse Studios product No. 49



GW0002478

**Exhibit 49-A**
[Plaintiff's Exhibit A, Entry No. 49 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 49 -B**
[Plaintiff's Exhibit A, Entry No. 49]

Photograph of Chapterhouse Studios product No. 49

# MARNEUS AUGUSTUS CALGAR
## CHAPTER MASTER OF THE ULTRAMARINES

Mankind boasts many heroes, men of purpose and dedication without whom the Imperium would crumble. Yet, even amongst their ranks there is a man whose nobility overshadows all others. His triumphs are without number and his deeds the stuff of legend. His name is Marneus Calgar, Master of the Ultramarines and Lord of Macragge.

To know the deeds behind the legend of Marneus Calgar, one would have to journey into the depths of Macragge's Chapter Fortress. At its heart lies a vault where records are kept of the labours performed by the greatest heroes of the Ultramarines. Thus far there are twenty-eight volumes dedicated to Marneus Calgar alone in this sanctum, a tally twice that of any other living Ultramarine and surpassed only by Roboute Guilliman himself.

Since rising to the rank of Chapter Master, Marneus Calgar has employed his flair for tactics and strategy in campaigns without number. Calgar does not throw his men uselessly at the foe, for he understands that while victories may begin with the general, it is the troops that carry the day. Calgar's men follow him not merely out of duty, but from the unshakeable loyalty that his presence inspires. Indeed, when Calgar was wounded during the campaign for Ichar IV, the surviving Ultramarines formed a wall of bodies around their lord, shielding his broken flesh with their own until aid arrived.

Though famous as a general, Lord Macragge is no stranger to personal valour. The tomes of Ultramar record how it was Calgar that led the breaching assault on the Hiveship designated Behemoth Primus – one of the first actions of its kind against the Tyranids. They also show it was Calgar who held the gate alone against the greenskin horde for a night and a day at the siege of Zalathras. And it was Calgar who recaptured the star fort Indomitable from the daemonic hordes of M'kar the Reborn. These entries have entire pages dedicated to them in the library sanctum, separated by far shorter passages that describe the fall of countless demagogues, pirates and traitors.

Calgar is a proud man, a trait that has earned him more than a fair share of enemies within the Imperium's internecine politics. Yet he also possesses a shrewd self-awareness that prevents that pride turning sour and leading him into arrogance. To the people of Ultramar, Calgar is the hero of heroes, the epitome of Mankind's will to endure and triumph. When Calgar travels Ultramar on tours of inspection he is met with adulating crowds that roar his name with a passion sadly lacking in other Imperial domains. The people of Ultramar believe in their very core that in Marneus Calgar they have a leader who will fight until the stars turn cold, not only for the immortal Emperor, but for Mankind itself.



| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Marneus Calgar | 6 | 5 | 4 | 4 | 4 | 5 | 4 | 10 | 3+ |

## SPECIAL RULES
**And They Shall Know No Fear, Combat Tactics, Eternal Warrior, Independent Character.**

**Orbital Bombardment:** See page 52.

**Titanic Might:** Calgar can re-roll all failed attempts to wound with shooting and close combat attacks.

**God of War:** Marneus Calgar can choose whether to pass or fail any Morale check he is called upon to make. Whilst Calgar is on the table, all units with the Combat Tactics special rule can also choose whether to pass or fail any Morale check they are called upon to take.

## WARGEAR
**Gauntlets of Ultramar:** These are a matched pair of power fists. They also contain a pair of integrated bolters that can be fired with the following profile:

| Range | Str. | AP | Type |
|---|---|---|---|
| 24" | 4 | 2 | Assault 2 |

**Armour of Antilochus:** Calgar may choose to wear this suit of Terminator armour, which includes a teleport homer.

GW0011385

**Exhibit 49-A**
[Plaintiff's Exhibit A, Entry No. 49 - 80% actual size]

GW allegedly infringed work: "p84 Codex Space Marines 2008."



**Exhibit 49 -B**
[Plaintiff's Exhibit A, Entry No. 49]

Photograph of Chapterhouse Studios product No. 49

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# CHAPTERHOUSE STUDIOS

Shopping Cart | Checkout

**NEWS** | **ABOUT US** | **CONTACT** | **FORUM** | **GALLERY** | **COMMISIONS**

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- **Space Marine Compatible Bits**
  - Heads
  - Jump packs
  - Kits for Space Marine Vehicles
  - Shields
  - **Shoulder Pads**
  - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Crested Power Armor Shoulder Pad

Product Code: Crested Power Armor Shoulder Pad

Reward Points: 0

Availability: 252

**Price: $1.00**

Qty:

[Add to Cart]

★★★★★ 2 reviews | Write a review

Share

**Description** | **Reviews (2)**

This is a single pewter shoulder pad with a raised crest on the rim of the pad.

Designed to fit on Games Workshop Space Marine® figures.



This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Crested Power Armor Shoulder Pad

| **Plaintiff's Exhibit A** |
| --- |
| Entry 50 |

**Exhibit 50-A-1**

[Plaintiff's Exhibit A, Entry No. 50 - 80% actual size]

GW allegedly infringed work: "Warhammer 40,000 Space Marines 2004, page 70."



**Exhibit 50 -B**
[Plaintiff's Exhibit A, Entry No. 50]

Photograph of Chapterhouse Studios product No. 50

flesh and feast on my soul. The physicians prepare me infusions of Lassiam root, but they do not help. Until tonight I felt like I should go mad. But as I dreamed of dark monsters that longed to suck the marrow from my bones, I beheld an armoured figure in a moulded breastplate of iron, embossed with an eagle and polished so that it shone like silver. A close fitting helm of bronze obscured the warrior's face and he stood with a wide-bladed sword that crackled with powerful energies. The dark beasts swarmed around him, but he smote them with his mighty weapon and, as each creature fell, it howled and vanished from sight. As the last beast was slain, the warrior turned to me and I suddenly found myself beside Hera's Falls in the Valley of Laponis. Spray from the mighty waterfall drenched me and I saw a golden haired child on the ground. The warrior bade me protect the child and as I reached to gather the babe in my arms, I woke, feeling more refreshed than I have in months. Dream or vision? I do not know, but I awoke with a fine mist of fresh mountain water on my face."

According to legend, the Valley of Laponis was the site of the crowning of the first Battle King of Macragge and, the following day, Konor rode east at the head of his bodyguard to Hera's Falls. Weeks later, the king's expedition eventually crested the impenetrable, snow-capped peaks and reached the vast falls, glacial water thundering to the rocks tens of thousands of feet below. Here, wrapped in swaddling clothes, they discovered the child that Konor had seen in his vision. How the child came to be in this isolated valley was a mystery that would never be solved, but it was seen as a great omen that the child should be found in a place of such historical significance. Konor took the babe back to his palace and named him Roboute, which means 'Great One'.

Roboute grew quickly, as did his capacity for learning, and within the space of a few years he had mastered everything the wisest men of Macragge could teach him. At the age of six, as was the custom for children of Macragge, he was taken from his father and inducted into the Agiselus Barracks where he mastered the art of war with breathtaking speed. His grasp of philosophy, history and science was greater than anyone alive, yet his true genius lay in the field of military organisation. After two years it became



23

GW0001105

**Exhibit 50-A-2**

[Plaintiff's Exhibit A, Entry No. 50 - 80% actual size]

GW allegedly infringed work: "Index Astartes III 2003, page 23."



**Exhibit 50 -B**
[Plaintiff's Exhibit A, Entry No. 50]

Photograph of Chapterhouse Studios product No. 50



**Exhibit 50-A-3**

[Plaintiff's Exhibit A, Entry No. 50 - 80% actual size]

GW allegedly infringed work: "Space Marine Chaplain with skull helmet."



**Exhibit 50 -B**
[Plaintiff's Exhibit A, Entry No. 50]

Photograph of Chapterhouse Studios product No. 50

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

### PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[ Login ]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Devastator Squad Shoulder Pad



Product Code: Devastator Squad Shoulder Pad
Reward Points: 0
Availability: 39

### Price: $1.00

Qty:

[ Add to Cart ]

☆☆☆☆☆  0 reviews | Write a review

Share

| Description | Reviews (0) |

This is a single pewter devestatorshoulder pad for regular power armor, it has an inverted V on the surface.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Devastator Squad Shoulder Pad

We accept    PayPal          About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 51 |

GW identifies but has failed to produce the following allegedly infringed work: Codex Ultramarines, 1995, p28.

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: Insignium Astartes 2002, page 13.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.

**Exhibit 51-A-1**

[Plaintiff's Exhibit A, Entry No. 51 - 80% actual size]

GW allegedly infringed work: "Warhammer 40,000 Space Marines 2004, page 70."



**Exhibit 51 -B**
[Plaintiff's Exhibit A, Entry No. 51]

Photograph of Chapterhouse Studios product No. 51

flesh and feast on my soul. The physicians prepare me infusions of Lassiam root, but they do not help. Until tonight I felt like I should go mad. But as I dreamed of dark monsters that longed to suck the marrow from my bones, I beheld an armoured figure in a moulded breastplate of iron, embossed with an eagle and polished so that it shone like silver. A close fitting helm of bronze obscured the warrior's face and he stood with a wide-bladed sword that crackled with powerful energies. The dark beasts swarmed around him, but he smote them with his mighty weapon and, as each creature fell, it howled and vanished from sight. As the last beast was slain, the warrior turned to me and I suddenly found myself beside Hera's Falls in the Valley of Laponis. Spray from the mighty waterfall drenched me and I saw a golden haired child on the ground. The warrior bade me protect the child and as I reached to gather the babe in my arms, I woke, feeling more refreshed than I have in months. Dream or vision? I do not know, but I awoke with a fine mist of fresh mountain water on my face."

According to legend, the Valley of Laponis was the site of the crowning of the first Battle King of Macragge and, the following day, Konor rode east at the head of his bodyguard to Hera's Falls. Weeks later, the king's expedition eventually crested the impenetrable, snow-capped peaks and reached the vast falls, glacial water thundering to the rocks tens of thousands of feet below. Here, wrapped in swaddling clothes, they discovered the child that Konor had seen in his vision. How the child came to be in this isolated valley was a mystery that would never be solved, but it was seen as a great omen that the child should be found in a place of such historical significance. Konor took the babe back to his palace and named him Roboute, which means 'Great One'.

Roboute grew quickly, as did his capacity for learning, and within the space of a few years he had mastered everything the wisest men of Macragge could teach him. At the age of six, as was the custom for children of Macragge, he was taken from his father and inducted into the Agiselus Barracks where he mastered the art of war with breathtaking speed. His grasp of philosophy, history and science was greater than anyone alive, yet his true genius lay in the field of military organisation. After two years it became



GW0001105

**Exhibit 51-A-2**

[Plaintiff's Exhibit A, Entry No. 51 - 80% actual size]

GW allegedly infringed work: "Index Astartes III 2003, page 23."



**Exhibit 51 -B**
[Plaintiff's Exhibit A, Entry No. 51]

Photograph of Chapterhouse Studios product No. 51



**Exhibit 51-A-3**
[Plaintiff's Exhibit A, Entry No. 51 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 51 -B**
[Plaintiff's Exhibit A, Entry No. 51]

Photograph of Chapterhouse Studios product No. 51



**Exhibit 51-A-4**

[Plaintiff's Exhibit A, Entry No. 51 - 80% actual size]

GW allegedly infringed work: "Space Marine Chaplain with skull helmet."



**Exhibit 51 -B**
[Plaintiff's Exhibit A, Entry No. 51]

Photograph of Chapterhouse Studios product No. 51



GW0011390

**Exhibit 51-A-5**

[Plaintiff's Exhibit A, Entry No. 51 - 80% actual size]

GW allegedly infringed work: "Insignium Astartes 2002, page 13."



**Exhibit 51 -B**
[Plaintiff's Exhibit A, Entry No. 51]

Photograph of Chapterhouse Studios product No. 51

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

  - Heads

  - Jump packs

  - Kits for Space Marine Vehicles

  - Shields

  - **Shoulder Pads**

  - Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR

Create an Account

**Sign up for the ChapterHouse Newsletter!**

## Devastator Squad 9 Shoulder Pad

Product Code: Devastator Squad 9 Shoulder Pad

Reward Points: 0

Availability: 199

**Price: $1.00**

Qty:

[Add to Cart]

☆☆☆☆☆  0 reviews  |  Write a review

Share ✉ 🖶 f ⅴ

| Description | Reviews (0) |

This is a single pewter devestatorshoulder pad for regular power armor, it has an inverted V on the pad with a roman numeral 9 embedded.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Devastator Squad 9 Shoulder Pad

We accept    PayPal          About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| :---: |
| Entry 52 |

GW identifies but has failed to produce the following allegedly infringed work:Codex Ultramarines, 1995, p28.

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: Insignium Astartes 2002, page 13.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.

**Exhibit 52-A-1**
[Plaintiff's Exhibit A, Entry No. 52 - 80% actual size]

GW allegedly infringed work: "Warhammer 40,000 Space Marines 2004, page 70."



**Exhibit 52 -B**
[Plaintiff's Exhibit A, Entry No. 52]

Photograph of Chapterhouse Studios product No. 52



**Exhibit 52-A-2**
[Plaintiff's Exhibit A, Entry No. 52 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 52 -B**
[Plaintiff's Exhibit A, Entry No. 52]

Photograph of Chapterhouse Studios product No. 52



**Exhibit 52-A-3**
[Plaintiff's Exhibit A, Entry No. 52 - 80% actual size]

GW allegedly infringed work: "Space Marine Chaplain with skull helmet."



**Exhibit 52 -B**
[Plaintiff's Exhibit A, Entry No. 52]

Photograph of Chapterhouse Studios product No. 52



GW0011390

**Exhibit 52-A-4**
[Plaintiff's Exhibit A, Entry No. 52- 80% actual size]

GW allegedly infringed work: "Insignium Astartes 2002, page 13."



**Exhibit 52-B**
[Plaintiff's Exhibit A, Entry No. 52]

Photograph of Chapterhouse Studios product No. 52

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

### PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

## Devastator Squad 10 Shoulder Pad

Product Code: Devastator Squad 10 Shoulder Pad

Reward Points: 0

Availability: 242

### Price: $1.00

Qty:

Add to Cart

0 reviews | Write a review

Share

**Description** | **Reviews (0)**

This is a single pewter devestatorshoudler pad for regular power armor, it has an inverted V on the pad with a roman numeral 10 embedded.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.



Devastator Squad 10 Shoulder Pad

We accept | PayPal | About us | Contact | Forum | Gallery | Commisions | Careers | Newsletter | Shipping Policy | 2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 53 |

# GAMES WORKSHOP DOES NOT IDENTIFY ANY INFRINGED WORK

"There are no IP issues with this product other than
the shape/design of the underlying shoulder pad"

**Exhibit 53-A**

GW allegedly infringed work: N/A



**Exhibit 53 -B**
[Plaintiff's Exhibit A, Entry No. 53]

Photograph of Chapterhouse Studios product No. 53

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# CHAPTERHOUSE
## STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |



**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## I Power Armor Shoulder Pad

Product Code: I Power Armor Shoulder Pad

Reward Points: 0

Availability: 123

**Price: $1.00**

Qty:

Add to Cart

0 reviews | Write a review

Share

### Description | Reviews (0)

This is a single pewter shoulder pad with an "I" or roman numeral 1 on the surface.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

I Power Armor Shoulder Pad

We accept    PayPal    About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy    2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

Entry 54

# GW DOES NOT IDENTIFY ANY ALLEGEDLY INFRINGED WORK

**Exhibit 54-A**
[Plaintiff's Exhibit A, Entry No. 54]

GW allegedly infringed work:

Games Workshop's Sci-Fi Shoulder pad has the unique characteristics of
 o Covering from start of shoulder to above the elbow
 o Large border around outer edge
 o Left shoulder pad – squad markings
 o Right shoulder pad – Chapter symbol



**Exhibit 54 -B**
[Plaintiff's Exhibit A, Entry No. 54]

Photograph of Chapterhouse Studios product No. 54

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# CHAPTERHOUSE STUDIOS

Shopping Cart | Checkout

**PRODUCTS**

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Power Armor Shoulder Pad - Plain



Product Code: Generic Power Armor
Shoulder Pad - Plain

Reward Points: 0

Availability: 316

**Price: $0.65**

Qty:

[Add to Cart]

☆☆☆☆☆   0 reviews  |  Write a review

Share

**Description** | **Reviews (0)**

This is a single pewter shoulder pad with a raised rim.  Comes unadorned

Designed to fit on Games Workshop Space Marine®  figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warhammer, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Power Armor Shoulder Pad - Plain

We accept   PayPal

About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy

2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 55 |

# GW DOES NOT IDENTIFY ANY ALLEGEDLY INFRINGED WORK

**Exhibit 55-A**
[Plaintiff's Exhibit A, Entry No. 55]

GW allegedly infringed work:

Games Workshop's Sci-Fi Shoulder pad has the unique characteristics of
- o Covering from start of shoulder to above the elbow
- o Large border around outer edge
- o Left shoulder pad – squad markings
- o Right shoulder pad – Chapter symbol



**Exhibit 55 -B**
[Plaintiff's Exhibit A, Entry No. 55]

Photograph of Chapterhouse Studios product No. 55

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout



NEWS   ABOUT US   CONTACT   FORUM   GALLERY   COMMISIONS

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Smooth Power Armor Shoulder Pad

Product Code: Smooth Power Armor Shoulder Pad

Reward Points: 0

Availability: 43

**Price: $0.80**

Qty:

Add to Cart

★★★★★  1 reviews  |  Write a review

Share

| Description | Reviews (1) |

This is a single pewter shoulder pad with no detail or rim.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Smooth Power Armor Shoulder Pad

We accept    PayPal          About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 56 |

GW identifies but has failed to produce the following allegedly infringed work: Insignium Astartes 2002, page 32.



**Exhibit 56-A-1**

[Plaintiff's Exhibit A, Entry No. 56 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 56 -B**
[Plaintiff's Exhibit A, Entry No. 56]

Photograph of Chapterhouse Studios product No. 56

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# CHAPTERHOUSE
## STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search



## Tactical Squad Power Armor Shoulder Pad

Product Code: Tactical Squad Power Armor Shoulder Pad

Reward Points: 0

Availability: 25

**Price: $1.00**

Qty:

[Add to Cart]

☆☆☆☆☆    0 reviews | Write a review

Share

---

**Description** | **Reviews (0)**

This is a single pewter tactical shoulder pad for regular power armor, it has raised arrow on the pad.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Tactical Squad Power Armor Shoulder Pad

We accept  PayPal

About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy

2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| Entry 57 |

GW identifies but has failed to produce the following allegedly infringed work:Codex Ultramarines, 1995, p42.

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: Insignium Astartes 2002, page 13.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.



**Exhibit 57-A-1**
[Plaintiff's Exhibit A, Entry No. 57 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 57 -B**
[Plaintiff's Exhibit A, Entry No. 57]

Photograph of Chapterhouse Studios product No. 57



GW0011390

**Exhibit 57-A-2**
[Plaintiff's Exhibit A, Entry No. 57 - 80% actual size]

GW allegedly infringed work: "Insignium Astartes 2002, page 13."



**Exhibit 57 -B**
[Plaintiff's Exhibit A, Entry No. 57]

Photograph of Chapterhouse Studios product No. 57

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

NEWS    ABOUT US    CONTACT    FORUM    GALLERY    COMMISIONS

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Tactical Squad 1 Power Armor Shoulder Pad



Product Code: Tactical Squad 1 Power Armor Shoulder Pad

Reward Points: 0

Availability: 115

**Price: $1.00**

Qty:

Add to Cart

☆☆☆☆☆   0 reviews   |   Write a review

Share

**Description**    **Reviews (0)**

This is a single pewter tactical shoulder pad for regular power armor, it has raised arrow and a roman numeral one on the pad.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Tactical Squad 1 Power Armor Shoulder Pad

We accept    PayPal          About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| Entry 58 |

GW identifies but has failed to produce the following allegedly infringed work:Codex Ultramarines, 1995, p28.

GW produced the following allegedly infringed works on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: Insignium Astartes 2002, page 13.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.



**Exhibit 58-A-1**

[Plaintiff's Exhibit A, Entry No. 58 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 58 -B**
[Plaintiff's Exhibit A, Entry No. 58]

Photograph of Chapterhouse Studios product No. 58



**2ND BATTLE COMPANY**

This shows the classic division of the Battle Company into six Tactical, two Assault and two Devastator Squads. Traditionally the Tactical Squads are numbered one to six, the Assault Squads as seven and eight and the Devastators as nine and ten.

**3RD BATTLE COMPANY**

The Tactical Squad symbol is shown as a large white vertical arrow. This is but one of a number of different symbols noted in the Codex as being suitable to designate a Tactical Squad.

**ULTRAMARINES COMPANY BANNERS**

2ND COMPANY

This banner is very typical of a Space Marine Company banner. Its design includes the Chapter symbol and a number of very common imperial motifs including the double-headed eagle, laurel wreath, skull and name scroll. These elements occur time and again on Space Marine banners.

3RD COMPANY

This banner is the newest in the Chapter having been relatively recently awarded to the Company for heroic actions during the First Tyrannic War.

GW0011390

**Exhibit 58-A-2**
[Plaintiff's Exhibit A, Entry No. 58 - 80% actual size]

GW allegedly infringed work: "Insignium Astartes 2002, page 13."



**Exhibit 58 -B**
[Plaintiff's Exhibit A, Entry No. 58]

Photograph of Chapterhouse Studios product No. 58

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

### Tactical Squad 2 Power Armor Shoulder Pad



Product Code: Tactical Squad 2 Power Armor Shoulder Pad

Reward Points: 0

Availability: 124

**Price: $1.00**

Qty:

Add to Cart

0 reviews | Write a review

Share

**Description** | **Reviews (0)**

This is a single pewter tactical shoulder pad for regular power armor, it has raised arrow and a roman numeral two on the pad.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Tactical Squad 2 Power Armor Shoulder Pad

We accept    PayPal

About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy       2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| --- |
| Entry 59 |

GW identifies but has failed to produce the following allegedly infringed work:Codex Ultramarines, 1995, p43.

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: Insignium Astartes 2002, page 13.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.



**Exhibit 59-A**
[Plaintiff's Exhibit A, Entry No. 59 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 59 -B**
[Plaintiff's Exhibit A, Entry No. 59]

Photograph of Chapterhouse Studios product No. 59



GW0011390

**Exhibit 59-A-2**
[Plaintiff's Exhibit A, Entry No. 59 - 80% actual size]

GW allegedly infringed work: "Insignium Astartes 2002, page 13."



**Exhibit 59 -B**
[Plaintiff's Exhibit A, Entry No. 59]

Photograph of Chapterhouse Studios product No. 59

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

NEWS   ABOUT US   CONTACT   FORUM   GALLERY   COMMISIONS



**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the
ChapterHouse Newsletter!

Search

## Tactical Squad 3 Power Armor Shoulder Pad

Product Code: Tactical Squad 3 Power Armor Shoulder Pad

Reward Points: 0

Availability: 103

**Price: $1.00**

Qty:

Add to Cart

★★★★☆  1 reviews  |  Write a review

Share

**Description**   **Reviews (1)**

This is a single pewter tactical shoulder pad for regular power armor, it has raised arrow and a roman numeral three on the pad.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Tactical Squad 3 Power Armor Shoulder Pad

We accept    PayPal          About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 60 |

GW identifies but has failed to produce the following allegedly infringed work: Codex Ultramarines, 1995, p43.

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: Insignium Astartes 2002, page 13.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.



**Exhibit 60-A-1**
[Plaintiff's Exhibit A, Entry No. 60 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 60 -B**
[Plaintiff's Exhibit A, Entry No. 60]

Photograph of Chapterhouse Studios product No. 60



GW0011390

**Exhibit 60-A-2**

[Plaintiff's Exhibit A, Entry No. 60 - 80% actual size]

GW allegedly infringed work: "Insignium Astartes 2002, page 13."



**Exhibit 60 -B**
[Plaintiff's Exhibit A, Entry No. 60]

Photograph of Chapterhouse Studios product No. 60

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Tactical Squad 4 Power Armor Shoulder Pad

Product Code: Tactical Squad 4 Power Armor Shoulder Pad

Reward Points: 0

Availability: 55

**Price: $1.00**

Qty:

[Add to Cart]

☆☆☆☆☆   0 reviews  |  Write a review

Share

---

**Description**    **Reviews (0)**

This is a single pewter tactical shoulder pad for regular power armor, it has raised arrow and a roman numeral four on the pad.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warhammer: White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Tactical Squad 4 Power Armor Shoulder Pad

We accept   PayPal

About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 61 |

GW identifies but has failed to produce the following allegedly infringed work: Codex Ultramarines, 1995, p43.

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: Insignium Astartes 2002, page 13.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.



**Exhibit 61-A-1**
[Plaintiff's Exhibit A, Entry No. 61 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 61 -B**
[Plaintiff's Exhibit A, Entry No. 61]

Photograph of Chapterhouse Studios product No. 61



GW0011390

**Exhibit 61-A-2**
[Plaintiff's Exhibit A, Entry No. 61 - 80% actual size]

GW allegedly infringed work: "Insignium Astartes 2002, page 13."



**Exhibit 61 -B**
[Plaintiff's Exhibit A, Entry No. 61]

Photograph of Chapterhouse Studios product No. 61

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Tactical Squad 5 Power Armor Shoulder Pad

Product Code: Tactical Squad 5 Power Armor Shoulder Pad

Reward Points: 0

Availability: 65

**Price: $1.00**

Qty:

[Add to Cart]

☆☆☆☆☆  0 reviews | Write a review

Share

### Description | Reviews (0)

This is a single pewter tactical shoulder pad for regular power armor, it has raised arrow and a roman numeral five on the pad.

This is the same scale as a standard size Space Marine® tactical shoulder pad.



This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Tactical Squad 5 Power Armor Shoulder Pad

We accept    PayPal    About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy    2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| Entry 62 |

GW identifies but has failed to produce the following allegedly infringed work: Codex Ultramarines, 1995, p28.

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: Insignium Astartes 2002, page 13.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.



**Exhibit 62-A-1**
[Plaintiff's Exhibit A, Entry No. 62 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 62 -B**
[Plaintiff's Exhibit A, Entry No. 62]

Photograph of Chapterhouse Studios product No. 62



GW0011390

**Exhibit 62-A-2**

[Plaintiff's Exhibit A, Entry No. 62 - 80% actual size]

GW allegedly infringed work: "Insignium Astartes 2002, page 13."



**Exhibit 62 -B**
[Plaintiff's Exhibit A, Entry No. 62]

Photograph of Chapterhouse Studios product No. 62

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# CHAPTERHOUSE STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Tactical Squad 6 Power Armor Shoulder Pad



Product Code: Tactical Squad 6 Power Armor Shoulder Pad

Reward Points: 0

Availability: 186

**Price: $1.00**

Qty:

Add to Cart

☆☆☆☆☆ 0 reviews | Write a review

Share 🖂 🖨 f 🐦

**Description** | **Reviews (0)**

This is a single pewter tactical shoulder pad for regular power armor, it has raised arrow and a roman numeral six on the pad.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warhammer, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Tactical Squad 6 Power Armor Shoulder Pad

We accept   PayPal      About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy      2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| --- |
| Entry 63 |

ceremony of the celebrations that a stranger appeared at the gates to Vulkan's settlement. All he asked was to be allowed to take part in the contests and, though he would not say where he had come from, he was allowed to compete. His skin was pale and his garb outlandish, though all could see that he was a powerful figure. He announced to the gathered spectators that he could best any man in any contest. The gathered crowds laughed uproariously, believing that none could be more superior in intellect, physique or skill than their superhuman leader. Vulkan and the stranger wagered that whoever lost was to swear eternal obedience to the victor.

The competitions lasted for eight days and included many feats of strength and endurance. At the anvil lift, even the strongest men could only hold an anvil above their head for an hour and a half, but Vulkan and the stranger carried the heavy anvil aloft for half a day before the judges declared the contest a draw

so that they could proceed to the next event. And so it was that they were almost equally matched in skill and strength. Occasionally one would slightly best the other, but when it came to the start of the final event, the salamander slaying, they were evenly matched. Each had a day and a night to forge a weapon with which to hunt down the largest salamander they could find. Whoever could bring back the heaviest carcass would win the wager and the eternal allegiance of the other.



**Exhibit 63-A-1**

[Plaintiff's Exhibit A, Entry No. 63 - 80% actual size]

GW allegedly infringed work: "Index Astartes IV, 2004, page 19."



**Exhibit 63 -B**
[Plaintiff's Exhibit A, Entry No. 63]

Photograph of Chapterhouse Studios product No. 63



**Exhibit 63-A-2**
[Plaintiff's Exhibit A, Entry No. 63 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells drop pods on its website."



**Exhibit 63 -B**
[Plaintiff's Exhibit A, Entry No. 63]

Photograph of Chapterhouse Studios product No. 63

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

### PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- **Kits for Space Marine Vehicles**
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Salamander Drop Pod Panel



Product Code: Resin Salamander Droppod Panel
Reward Points: 0
Availability: 9

### Price: $3.00

Qty:

[Add to Cart]

★★★★★ 1 reviews | Write a review

Share

---

**Description** | **Reviews (1)**

This is a highly detailed resin armored panel that fits on the Games Workshop Space Marine Drop Pod door. This component is designed to fit over the surface of the standard kit door.

Sculpted with reptile scales and dragon head with flames.

Single Resin Component.

We recomend buying a set of 5 for the regular drop pod model kit for each door.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Salamander Drop Pod Panel

We accept     PayPal        About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 64 |

ceremony of the celebrations that a stranger appeared at the gates to Vulkan's settlement. All he asked was to be allowed to take part in the contests and, though he would not say where he had come from, he was allowed to compete. His skin was pale and his garb outlandish, though all could see that he was a powerful figure. He announced to the gathered spectators that he could best any man in any contest. The gathered crowds laughed uproariously, believing that none could be more superior in intellect,

physique or skill than their superhuman leader. Vulkan and the stranger wagered that whoever lost was to swear eternal obedience to the victor.

The competitions lasted for eight days and included many feats of strength and endurance. At the anvil lift, even the strongest men could only hold an anvil above their head for an hour and a half, but Vulkan and the stranger carried the heavy anvil aloft for half a day before the judges declared the contest a draw

so that they could proceed to the next event. And so it was that they were almost equally matched in skill and strength. Occasionally one would slightly best the other, but when it came to the start of the final event, the salamander slaying, they were evenly matched. Each had a day and a night to forge a weapon with which to hunt down the largest salamander they could find. Whoever could bring back the heaviest carcass would win the wager and the eternal allegiance of the other.



19

GW0001169

**Exhibit 64-A**

[Plaintiff's Exhibit A, Entry No. 64 - 80% actual size]

GW allegedly infringed work: "Index Astartes IV, 2004, page 19."



**Exhibit 64 -B**
[Plaintiff's Exhibit A, Entry No. 64]

Photograph of Chapterhouse Studios product No. 64

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



NEWS    ABOUT US    CONTACT    FORUM    GALLERY    COMMISIONS

PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale
Figure Kits

Imperial Guard Compatible
Bits

**Space Marine Compatible
Bits**

- Heads
- Jump packs
- Kits for Space Marine
  Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and
Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the
ChapterHouse Newsletter!

Search

## Salamander Skull Power Armor Shoulder Pad



Product Code: Salamander Skull Power
Armor Shoulder Pad
Reward Points: 0
Availability: 120

**Price: $1.00**

Qty:

[Add to Cart]

☆☆☆☆☆  0 reviews  |  Write a
review

Share  ✉ 🖨 f 🐦

| Description | Reviews (0) | Related Products (3) |

This is a single pewter shoulder pad with a salamander or dragon skull attached to the surface which is broken up into scale patern.  There are 2 skull variations of this pad which will be randomly selected to ship.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood
Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel,
Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle
device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge
World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of
Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets,
Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda
Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space
Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors,
Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online,
Warhammer 40k Device, Warhammer World logo, Warhammer, White Dwarf, the White Dwarf logo, and all associated marks, names,
races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world,
the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010,
variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended.
All Rights Reserved to their respective owners.

Salamander Skull Power Armor Shoulder Pad

We accept    PayPal        About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 65 |

ceremony of the celebrations that a stranger appeared at the gates to Vulkan's settlement. All he asked was to be allowed to take part in the contests and, though he would not say where he had come from, he was allowed to compete. His skin was pale and his garb outlandish, though all could see that he was a powerful figure. He announced to the gathered spectators that he could best any man in any contest. The gathered crowds laughed uproariously, believing that none could be more superior in intellect, physique or skill than their superhuman leader. Vulkan and the stranger wagered that whoever lost was to swear eternal obedience to the victor.

The competitions lasted for eight days and included many feats of strength and endurance. At the anvil lift, even the strongest men could only hold an anvil above their head for an hour and a half, but Vulkan and the stranger carried the heavy anvil aloft for half a day before the judges declared the contest a draw

so that they could proceed to the next event. And so it was that they were almost equally matched in skill and strength. Occasionally one would slightly best the other, but when it came to the start of the final event, the salamander slaying, they were evenly matched. Each had a day and a night to forge a weapon with which to hunt down the largest salamander they could find. Whoever could bring back the heaviest carcass would win the wager and the eternal allegiance of the other.



Pre-Heresy Salamanders colour scheme

Salamanders colour scheme

Chapter Approved Annus Level 8 twenty-seven

Salamanders, Progenitor Legion M31

Auto-reactive shoulder plate: Tactical squad markings

Auto-reactive shoulder plate: Chapter badge iconography

Auto-reactive shoulder plate: Honour Markings

Standard Imperial pattern meltagun (constructed locally).

Salamanders Veteran in Tactical Dreadnought Armour

Symbol of the Salamanders' First Company, the Firedrakes

Thought for the day: The hammer of the Emperor will vanquish the Xenos.

19

GW0001169

**Exhibit 65-A-1**

[Plaintiff's Exhibit A, Entry No. 65 - 80% actual size]

GW allegedly infringed work: "Index Astartes IV, 2004, page 19."



**Exhibit 65-B**
[Plaintiff's Exhibit A, Entry No. 65]

Photograph of Chapterhouse Studios product No. 65



**Exhibit 65-A-2**

[Plaintiff's Exhibit A, Entry No. 65 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 65 -B**
[Plaintiff's Exhibit A, Entry No. 65]

Photograph of Chapterhouse Studios product No. 65

# GAMES WORKSHOP®

Customer Service  1-800-394-4263 | Welcome! | Sign In | Why Register?

**FREE SHIPPING ON ALL ORDERS OVER $30**  OFFER DETAILS

0 item(s) @ $0.00

Community & Events    Virtual Gift Vouchers    Store Finder    White Dwarf    Citadel Finecast    Find a Gift List

Search

Warhammer 40,000    Warhammer 40,000 Armies    Space Marines    HQ
Space Marine Librarian in Terminator Armour

## Space Marine Librarian in Terminator Armour

Like | 17      ADD TO CART

**Have you got?**



$55.00                 add to cart
Marneus Calgar and Honour Guard



$50.00                 add to cart
Space Marine Terminator Close Combat Squad



$50.00                 add to cart
Space Marine Terminator Squad

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Blood Angels
Chaos Daemons
Chaos Space Marines
Dark Eldar
Eldar
Grey Knights
Imperial Guard
Necrons
Orks
Space Marines
Getting Started
Army Essentials
HQ
Elites
Troops
Dedicated Transports
Fast Attack
Heavy Support
Blitz
Black Templars
Dark Angels
Novels
Space Marine Articles
Space Wolves
Tau Empire
Tyranids
Witch Hunters
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Blitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend


CITADEL FINECAST

**Space Marine Librarian in Terminator Armour**

Space Marine Librarians are truly exceptional individuals, able to channel the power of the Warp into devastating psychic abilities. At times their skills are visible, and horrifyingly so, as they can pulverise a man with but a gesture of their armoured hand. At other times, their powers will strengthen and enhance their already formidable combat prowess, turning the Librarian into a force of elemental destruction. The most experienced Librarians will take to the field of battle wearing a mighty suit of Terminator armour, affording him excellent protection from enemy attacks and further boosting his combat potential.

This pack contains a Space Marine Librarian in Terminator Armour - a finely detailed resin cast kit that comes in six components (including three left hand options) and is supplied with a 40mm round base. This miniature is supplied unpainted and requires assembly - we recommend using Citadel Super Glue and Citadel Paints.

Due to high demand, each Citadel Finecast product is limited to five (5) per customer.

Availability: Usually ships within 24 hours.
Part Code: 99800101009

**CITADEL FINECAST**

Price: $22.25

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

**Related Articles**

• Preparing and Assembling Citadel Finecast Miniatures

With this box set you can make the following:

**Space Marine Librarian**

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|

**Exhibit 65-A-3**

[Plaintiff's Exhibit A, Entry No. 65 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 65 -B**
[Plaintiff's Exhibit A, Entry No. 65]

Photograph of Chapterhouse Studios product No. 65



**Exhibit 65-A-4**
[Plaintiff's Exhibit A, Entry No. 65 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 65 -B**
[Plaintiff's Exhibit A, Entry No. 65]

Photograph of Chapterhouse Studios product No. 65

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

| PRODUCTS | | NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Salamander Skull Terminator Shoulder Pad



Product Code: Salamander Skull Terminator Shoulder Pad

Reward Points: 0

Availability: 60

**Price: $1.00**

Qty:

[Add to Cart]

★★★★★ 1 reviews | Write a review

Share

| Description | Reviews (1) | Related Products (3) |

This is a single pewter shoulder pad with a salamander or dragon skull attached to the surface which is broken up into scale patern.  There are 2 skull variations of this pad which will be randomly selected to ship.

Designed to fit on Games Workshop Space Marine® figures.

Sculpted by Tomas Fiertek

Painted by Tomas Fiertek

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Salamander Skull Terminator Shoulder Pad

We accept    PayPal        About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®