| **Plaintiff's Exhibit A** |
| Entry 66 |

ceremony of the celebrations that a stranger appeared at the gates to Vulkan's settlement. All he asked was to be allowed to take part in the contests and, though he would not say where he had come from, he was allowed to compete. His skin was pale and his garb outlandish, though all could see that he was a powerful figure. He announced to the gathered spectators that he could best any man in any contest. The gathered crowds laughed uproariously, believing that none could be more superior in intellect, physique or skill than their superhuman leader. Vulkan and the stranger wagered that whoever lost was to swear eternal obedience to the victor.

The competitions lasted for eight days and included many feats of strength and endurance. At the anvil lift, even the strongest men could only hold an anvil above their head for an hour and a half, but Vulkan and the stranger carried the heavy anvil aloft for half a day before the judges declared the contest a draw so that they could proceed to the next event. And so it was that they were almost equally matched in skill and strength. Occasionally one would slightly best the other, but when it came to the start of the final event, the salamander slaying, they were evenly matched. Each had a day and a night to forge a weapon with which to hunt down the largest salamander they could find. Whoever could bring back the heaviest carcass would win the wager and the eternal allegiance of the other.



Chapter Approved Armas Level 3 twenty-zero

Salamanders, Progenitor Legion M31

Pre-Heresy Salamanders colour scheme

Salamanders colour scheme

Auto-reactive shoulder plate: Tactical squad markings

Auto-reactive shoulder plate: Chapter badge iconography

Auto-reactive shoulder plate: Honour Markings

Standard Imperial pattern meltagun (constructed locally).

Salamanders Veteran in Tactical Dreadnought Armour

Symbol of the Salamanders' First Company, the Firedrakes

Thought for the day: The hammer of the Emperor will vanquish the Xenos.

19

GW0001169

**Exhibit 66-A-1**

[Plaintiff's Exhibit A, Entry No. 66 - 80% actual size]

GW allegedly infringed work: "Index Astartes IV, 2004, page 19."



**Exhibit 66-B**
[Plaintiff's Exhibit A, Entry No. 66]

Photograph of Chapterhouse Studios product No. 66



**Exhibit 66-A-2**

[Plaintiff's Exhibit A, Entry No. 66 - 80% actual size]

GW allegedly infringed work:   "Games Workshop sells Thunder Hammers."



**Exhibit 66-B**
[Plaintiff's Exhibit A, Entry No. 66]

Photograph of Chapterhouse Studios product No. 66

# Chaplains

CHAPLAIN 1
99060101252  £5

CHAPLAIN 2
99060101253  £5

CHAPLAIN 3
99060101254  £5

CHAPLAIN 4
99060101255  £5

BLOOD ANGELS CHAPLAIN
99060101255  £5

Chaplains 1, 2, 3 and 4 come complete with Character backpack and Character Arm sprue. Blood Angels Chaplain comes complete with Character backpack.

DARK ANGELS
CHAPLAIN ASMODAI
99060101022  £7 complete

ASMODAI BODY
9947010102201  £6

ASMODAI SWORD
9947010102202  £1

LEMARTES GUN
9947010115502  £1

LEMARTES BODY
9947010116501  £6

BLOOD ANGELS
CHAPLAIN LEMARTES
99060101165  £7 complete

SALAMANDERS CHAPLAIN XAVIER
99060101221  £7

XAVIER BODY
9947010122101  £6

XAVIER'S CLOAK/MANTLE
9947010122103  £2

XAVIER'S CROZIUS
9947010122102  £1

Any of the Chaplains (except Asmodai and Xavier) can also be equipped with a jump pack. You can order it separately using the code 99380101011  £1

Models shown at 100% unless otherwise noted. Banners not included. Models supplied unpainted.

GW0002419

**Exhibit 66-A-3**
[Plaintiff's Exhibit A, Entry No. 66]

GW allegedly infringed work: "Space Marine Collector's Guide 2003, page 14."



**Exhibit 66-B**
[Plaintiff's Exhibit A, Entry No. 66]

Photograph of Chapterhouse Studios product No. 66

# GAMES WORKSHOP®

Customer Service 1-800-394-4263 | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $30    SEE DETAILS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List            Search

Warhammer 40,000   Warhammer 40,000 Armies   Space Marines   HQ
Space Marine Librarian in Terminator Armour

**Have you got?**

**Categories**
Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Blood Angels
Chaos Daemons
Chaos Space Marines
Dark Eldar
Eldar
Grey Knights
Imperial Guard
Necrons
Orks
Space Marines
Getting Started
Army Essentials
HQ
Elites
Troops
Dedicated Transports
Fast Attack
Heavy Support
Blitz
Black Templars
Dark Angels
Novels
Space Marine Articles
Space Wolves
Tau Empire
Tyranids
Witch Hunters
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Blitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

# Space Marine Librarian in Terminator Armour

Like   17      ADD TO CART



CITADEL FINECAST

**Space Marine Librarian in Terminator Armour**

CITADEL FINECAST

Price: **$22.25**

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

Space Marine Librarians are truly exceptional individuals, able to channel the power of the Warp into devastating psychic abilities. At times their skills are visible, and horrifyingly so, as they can pulverise a man with but a gesture of their armoured hand. At other times, their powers will strengthen and enhance their already formidable combat prowess, turning the Librarian into a force of elemental destruction. The most experienced Librarians will take to the field of battle wearing a mighty suit of Terminator armour, affording him excellent protection from enemy attacks and further boosting his combat potential.

This pack contains a Space Marine Librarian in Terminator Armour - a finely detailed resin cast kit that comes in six components (including three left hand options) and is supplied with a 40mm round base. This miniature is supplied unpainted and requires assembly - we recommend using Citadel Super Glue and Citadel Paints.

Due to high demand, each Citadel Finecast product is limited to five (5) per customer.

Availability: Usually ships within 24 hours.
Part Code: 99800101009

With this box set you can make the following:

## Space Marine Librarian

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|


$55.00    add to cart
**Marneus Calgar and Honour Guard**


$50.00    add to cart
**Space Marine Terminator Close Combat Squad**


$50.00    add to cart
**Space Marine Terminator Squad**

**Related Articles**

• Preparing and Assembling Citadel Finecast Miniatures

**Exhibit 66-A-4**
[Plaintiff's Exhibit A, Entry No. 66 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 66-B**
[Plaintiff's Exhibit A, Entry No. 66]

Photograph of Chapterhouse Studios product No. 66



**Exhibit 66-A-5**

[Plaintiff's Exhibit A, Entry No. 66 - 80% actual size]

GW allegedly infringed work: Games Workshop sells Space Marines in Terminator armour.



**Exhibit 66-B**
[Plaintiff's Exhibit A, Entry No. 66]

Photograph of Chapterhouse Studios product No. 66

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

**PRODUCTS**

NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Salamander Small Thunder Hammer



Product Code: Salamander Small Thunder Hammer
Reward Points: 0
Availability: 93

**Price: $1.50**

Qty:

[Add to Cart]

★★☆☆☆  1 reviews  |  Write a review

Share

| Description | Reviews (1) |

This is a single pewter hammer for 28 mm figures. This is a hammer sculpted with a Dragon head on the head of the hammer.

If to be used on Games Workshop models, this is more suitable for a terminator model as opposed to a space marine model (it would look a bit large for the smaller armor).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Salamander Small Thunder Hammer

We accept    PayPal

About us    Contact    Forum    Gallery    Commisions    Careers    Newsletter    Shipping Policy        2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

Entry 67

ceremony of the celebrations that a stranger appeared at the gates to Vulkan's settlement. All he asked was to be allowed to take part in the contests and, though he would not say where he had come from, he was allowed to compete. His skin was pale and his garb outlandish, though all could see that he was a powerful figure. He announced to the gathered spectators that he could best any man in any contest. The gathered crowds laughed uproariously, believing that none could be more superior in intellect, physique or skill than their superhuman leader. Vulkan and the stranger wagered that whoever lost was to swear eternal obedience to the victor.

The competitions lasted for eight days and included many feats of strength and endurance. At the anvil lift, even the strongest men could only hold an anvil above their head for an hour and a half, but Vulkan and the stranger carried the heavy anvil aloft for half a day before the judges declared the contest a draw.

so that they could proceed to the next event. And so it was that they were almost equally matched in skill and strength. Occasionally one would slightly best the other, but when it came to the start of the final event, the salamander slaying, they were evenly matched. Each had a day and a night to forge a weapon with which to hunt down the largest salamander they could find. Whoever could bring back the heaviest carcass would win the wager and the eternal allegiance of the other.



Chapter Approved Action Level: 8 twenty-wine

Salamanders, Progenitor Legion M31

Pre-Heresy Salamanders colour scheme

Salamanders colour scheme

Auto-reactive shoulder plate: Tactical squad markings

Auto-reactive shoulder plate: Chapter badge iconography

Auto-reactive shoulder plate: Honour Markings

Standard Imperial pattern meltagun (constructed locally).

Salamanders Veteran in Tactical Dreadnought Armour

Symbol of the Salamanders' First Company, the Firedrakes

Thought for the day: The hammer of the Emperor will vanquish the Xenos.

19

GW0001169

**Exhibit 67-A-1**

[Plaintiff's Exhibit A, Entry No. 67 - 80% actual size]

GW allegedly infringed work: "Index Astartes IV, 2004, page 19."



**Exhibit 67-B**
[Plaintiff's Exhibit A, Entry No. 67]

Photograph of Chapterhouse Studios product No. 67



**Exhibit 67-A-2**

[Plaintiff's Exhibit A, Entry No. 67 – 80% actual size]

GW allegedly infringed work: "Space Marine Chaplain with skull helmet."



**Exhibit 67-B**
[Plaintiff's Exhibit A, Entry No. 67]

Photograph of Chapterhouse Studios product No. 67

# TECHMARINE

Ancient pacts sworn between the Adeptus Mechanicus and the Adeptus Astartes allow the Space Marines to send those warriors with an affinity for technology to Mars to train and begin the long, arduous journey of becoming a priest of the Machine God. Without the passing on of such ancient lore, the Space Marines would be unable to make war.

Aspiring Techmarines train for many years on Mars, steeping themselves in rites of activation and hymnals of maintenance; how to call forth a machine spirit or placate its wrath. Techmarines return to their Chapter as aloof and mysterious figures steeped in superstitious awe. From that point forth they are men of dual loyalties, pledged by blood to their Chapter, but bound in mind and spirit to the mysteries of the Mechanicus Omnissiah. This dichotomy ensures that a Techmarine is never again truly trusted by his brothers and is kept at arms length from the Chapter's secrets and rituals.

Despite this suspicion, Techmarines are held in great esteem by their Battle-Brothers who recognise and acknowledge the Techmarines' expertise in the mysterious sciences. A Space Marine Chapter would be of little consequence without its many technological tools, and its ancient weapons must be kept in a constant state of readiness – without the Techmarines this would be impossible. Despite their arcane calling, they are warriors first and foremost. Should a vehicle or artefact of technology be lost, the Techmarines will fight for its retrieval as stridently as their brethren would fight to recover a fallen comrade; perhaps, as some suggest, harder.

**Bolster Defences:** Techmarines can increase the effectiveness of cover, reinforcing crumbling walls and re-welding badly-damaged spars. Each Techmarine can bolster a single ruin before the game begins. When you deploy, nominate one ruin in your deployment area for your Techmarine to bolster. The ruin's cover save is increased by one for the duration of the game. For example, a normal ruin (4+ save) so reinforced would offer a 3+ cover save. A ruin can only be bolstered once.

## WARGEAR

**Servo-arm:** Techmarines and Servitors are equipped with powerful servo-arms that can be used for battlefield repairs or even put to use as a weapon. Each Servo-arm grants the model a single extra close combat attack, made seperately at Initiative 1 and Strength 8, ignoring Armour Saves.

**Servo-harness:** A servo-harness gives the Techmarine an extra servo-arm (giving him two servo-arm attacks), a plasma cutter (fired in the Shooting phase as a twin-linked plasma pistol, but cannot be used in close combat) and a flamer. In the shooting phase the Techmarine can fire both harness-mounted weapons, or one harness mount and another gun.

|            | WS | BS | S | T | W | I | A | Ld | Sv |
|------------|----|----|---|---|---|---|---|----|----|
| Techmarine | 4  | 4  | 4 | 4 | 1 | 4 | 1 | 8  | 2+ |

## SPECIAL RULES

**Independent Character, Combat Tactics, And They Shall Know No Fear.**

**Blessing of the Omnissiah:** If a Techmarine is in base contact with a damaged vehicle during the Shooting phase, he can attempt to repair it instead of firing. Roll a D6 and add the following modifiers:

| Each Servitor with a servo-arm in the unit | +1 |
| The Techmarine has a servo-harness | +1 |

If the result is 5 or more, then either a Weapon Destroyed result or Immobilised result (owning player's choice) will be repaired. If a Weapon Destroyed result is repaired, that weapon can be fired in the following Shooting phase. The Techmarine cannot repair if gone to ground or falling back.

*"Thus do we invoke the Machine God. Thus do we make whole that which was sundered."*

From the Hymn of Reforging



Forces of the Space Marines  71

GW0002434

**Exhibit 67-A-3**
[Plaintiff's Exhibit A, Entry No. 67 - 80% actual size]

GW allegedly infringed work: "Warhammer 40,000 Space Marines 2008, page 71."



**Exhibit 67-B**
[Plaintiff's Exhibit A, Entry No. 67]

Photograph of Chapterhouse Studios product No. 67

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



## CHAPTERHOUSE STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- **Space Marine Compatible Bits**
  - **- Heads**
  - - Jump packs
  - - Kits for Space Marine Vehicles
  - - Shields
  - - Shoulder Pads
  - - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[ Login ]

OR
Create an Account

Sign up for the
ChapterHouse Newsletter!

### Marine Salamander Head



Product Code: Salamander Marine Head

Reward Points: 0

Availability: 96

**Price: $0.85**

Qty:

[ Add to Cart 🛒 ]

★★★★★  1 reviews  |  Write a review

➕ Share ✉ 🖨 f 🐦

| **Description** | Reviews (1) |

This metal piece is a marine head with reptile scales and a skull mask that is designed to replace the standard Space Marine® infantry head.

Single piece metal component.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Marine Salamander Head

We accept   PayPal     About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy     2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| **Entry 68** |



**Exhibit 68 –A-1**

[Plaintiff's Exhibit A, Entry No. 68 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells a Mk1 armoured Space Marine."



**Exhibit 68-B**
[Plaintiff's Exhibit A, Entry No. 68]

Photograph of Chapterhouse Studios Product No. 68



GW0002017

**Exhibit 68-A-2**
[Plaintiff's Exhibit A, Entry No. 68 - 80% actual size]

GW allegedly infringed work: "Horus Heresy - Collected Visions 2007, page 139."



**Exhibit 68-B**
[Plaintiff's Exhibit A, Entry No. 68]

Photograph of Chapterhouse Studios Product No. 68

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |



**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Banded Tech Power Armor Shoulder Pad

Product Code: Banded Tech Power Armor Shoulder Pad

Reward Points: 0

Availability: 146

**Price: $1.00**

Qty:

Add to Cart

☆☆☆☆☆   0 reviews   |   Write a review

Share

| **Description** | **Reviews (0)** |

This is a single pewter shoulder pad that consist of horizontal plates or "bands" of armor in a style similiar to samurai armor

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warhammer, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Banded Tech Power Armor Shoulder Pad

We accept    PayPal        About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 69 |

of Travels, but only in the Canticle is this explanation given as to how the metal came to be fused to his body.

He returned to the clans after his travels filled with new and wonderful ideas, which he taught to all who wished to learn. He created strange and powerful weapons and tools out of metal, shaping them with his living metal hands. He taught the clans such wonders that they never could have imagined possible. It was a time of greatness for the people of Medusa – the civilisation of the clans advanced at a tremendous pace, and the people became increasingly strong and proud.

When the heavens split open for the second time in history, and dark Medusa was once again filled with light, the clans were confused and frightened. They could not understand what this might mean for them and their world. They were happy as they were, and saw whatever was coming as a threat. Ferrus did not speak, but left the clans immediately to travel to the Northern Reaches, where the light had descended. The clans grew worried as days passed with no word of their Saviour. A great council was called, the first of its type ever formed on Medusa, with representatives from each of the clans present. They argued over what should be done, but could come to no agreement. Days turned to weeks and the people grew desperate in their unease. This unease turned to terror as the land literally erupted beneath their feet. They ran out of the council great-tent in their panic, savage electrical storms ripping the skies asunder above them. They wailed in their dread for the fury of the storm seemed far from natural, and they felt certain the end of their world drew near. The terrible storm assaulted the land for a week and a day, so it is said, after which time an unearthly silence descended. The clans returned to the great council unsure what would come of such dire portents.

The next morning the doors to the great council were thrown wide and Ferrus strode in, resplendent in his magnificence. At his side walked a figure that stood as his equal, a radiant figure who awed the clansmen as much as Ferrus had always done. The very air was said to crackle with the combined power that exuded from the pair, and the bond between them was immediately apparent.



GW0001085

3

**Exhibit 69-A-1**

[Plaintiff's Exhibit A, Entry No. 69 - 80% actual size]

GW allegedly infringed work: "Index Astartes III 2003, page 3."



**Exhibit 69-B**
[Plaintiff's Exhibit A, Entry No. 69]

Photograph of Chapterhouse Studios product No. 69



GW0001852

**Exhibit 69-A-2**

[Plaintiff's Exhibit A, Entry No. 69 - 80% actual size]

GW allegedly infringed work: "The Art of Warhammer 40,000 2006, page 201."



**Exhibit 69-B**
[Plaintiff's Exhibit A, Entry No. 69]

Photograph of Chapterhouse Studios product No. 69

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

NEWS    ABOUT US    CONTACT    FORUM    GALLERY    COMMISIONS

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

 - Heads
 - Jump packs
 - Kits for Space Marine Vehicles
 - Shields
 - **Shoulder Pads**
 - Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the
ChapterHouse Newsletter!

Search

## Cog Power Armor Shoulder Pad



Product Code: Cog Power Armor Shoulder Pad

Reward Points: 0

Availability: 74

**Price: $1.00**

Qty:

Add to Cart

☆☆☆☆☆  0 reviews  |  Write a review

Share ✉ 🖨 f 🐦

| Description | Reviews (0) |

This is a single pewter shoulder pad with a cog sculpted on its surface and banded armor strips.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Cog Power Armor Shoulder Pad

We accept    PayPal        About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

Entry 70

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 70-A**

GW allegedly infringed work: N/A



**Exhibit 70-B**
[Plaintiff's Exhibit A, Entry No. 70]

Photograph of Chapterhouse Studios Product No. 70

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- **Shields**
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search



### Combat Storm Shield for Iron Hands

Product Code: Combat Storm Shield for Iron Hands

Reward Points: 0

Availability: 33

**Price: $2.00**

Qty:

[Add to Cart]

☆☆☆☆☆  0 reviews | Write a review

Share ✉ 🖨 f 🐦

| **Description** | **Reviews (0)** |

This is a single pewter combat or storm shield for 28 mm figures. This circle shaped shield has a mailed hand on the surface and power coils on the edges.

Shield is 20mm in Diameter.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyrant, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Combat Storm Shield for Iron Hands

We accept    PayPal         About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy         2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 71 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 70-A**

GW allegedly infringed work: N/A



**Exhibit 70-B**
[Plaintiff's Exhibit A, Entry No. 70]

Photograph of Chapterhouse Studios Product No. 70

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Search

## Power Armor Shoulder Pad for Iron Hands

Product Code: Power Armor Shoulder Pad for Iron Hands

Reward Points: 0

Availability: 88

### Price: $1.00

Qty:

**Add to Cart**

☆☆☆☆☆  0 reviews | Write a review

Share

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

### Description  | ### Reviews (0)

This is a single pewter shoulder pad with an open mailed hand on the surface with banded armor.

Designed to fit on Games Workshop Space Marine® figures.



This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Power Armor Shoulder Pad for Iron Hands

We accept    PayPal       About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy       2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 72 |



**Exhibit 72-A-1**

[Plaintiff's Exhibit A, Entry No. 72 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 72 -B**
[Plaintiff's Exhibit A, Entry No. 72]

Photograph of Chapterhouse Studios product No. 72



**Exhibit 72-A-2**
[Plaintiff's Exhibit A, Entry No. 72 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 72 -B**
[Plaintiff's Exhibit A, Entry No. 72]

Photograph of Chapterhouse Studios product No. 72



http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1050247    8/10/2011
GW0002466

**Exhibit 72-A-3**

[Plaintiff's Exhibit A, Entry No. 72 - 80% actual size]

GW allegedly infringed work: "Space Marine Chaplain with skull helmet."



**Exhibit 72 -B**
[Plaintiff's Exhibit A, Entry No. 72]

Photograph of Chapterhouse Studios product No. 72

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

## Terminator Shoulder Pad for Iron Hands



Product Code: Terminator Shoulder Pad for Iron Hands

Reward Points: 0

Availability: 36

**Price: $1.00**

Qty:

[Add to Cart]

☆☆☆☆☆  0 reviews  |  Write a review

Share

| **Description** | **Reviews (0)** |

This is a single pewter shoulder pad with an open mailed hand on the surface with banded armor.

Designed to fit on Games Workshop Space Marine® Terminator figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Terminator Shoulder Pad for Iron Hands

We accept    PayPal    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy    2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 73 |

GW identifies but has failed to produce the following allegedly infringed work: p20 Warhammer 40,000 Compilation 1991.



**Exhibit 73 –A-1**

[Plaintiff's Exhibit A, Entry No. 73 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells a Mk1 armoured Space Marine."



**Exhibit 73 -B**
[Plaintiff's Exhibit A, Entry No. 73]

Photograph of Chapterhouse Studios product No. 73



THE HORUS HERESY | 139

GW0002017

**Exhibit 73-A-2**

[Plaintiff's Exhibit A, Entry No. 73 - 80% actual size]

GW allegedly infringed work: "Horus Heresy  - Collected Visions 2007, page 139."



**Exhibit 73 -B**
[Plaintiff's Exhibit A, Entry No. 73]

Photograph of Chapterhouse Studios product No. 73

# GAMES WORKSHOP®

Customer Service **1-800-394-4263** | Welcome! | Sign In | Why Register?

**FREE SHIPPING ON ALL ORDERS OVER $30** OFFER DETAILS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

Warhammer 40,000   Warhammer 40,000 Armies   Space Marines   HQ
Space Marine Librarian in Terminator Armour

**Categories**

Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Blood Angels
Chaos Daemons
Chaos Space Marines
Dark Eldar
Eldar
Grey Knights
Imperial Guard
Necrons
Orks
Space Marines
  Getting Started
  Army Essentials
  HQ
  Elites
  Troops
  Dedicated Transports
  Fast Attack
  Heavy Support
  Blitz
  Black Templars
Dark Angels
Novels
Space Marine Articles
Space Wolves
Tau Empire
Tyranids
Witch Hunters
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Books
Warhammer 40,000 Blitz
Warhammer 40,000 Collectors
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

## Space Marine Librarian in Terminator Armour

Like | 17 |    ADD TO CART



**CITADEL FINECAST**

**Have you got?**



$55.00    add to cart
Marneus Calgar and Honour Guard



$50.00    add to cart
Space Marine Terminator Close Combat Squad



$50.00    add to cart
Space Marine Terminator Squad

**CITADEL FINECAST**

Price: **$22.25**

Quantity: | 1 |

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

### Space Marine Librarian in Terminator Armour

Space Marine Librarians are truly exceptional individuals, able to channel the power of the Warp into devastating psychic abilities. At times their skills are visible, and horrifyingly so, as they can pulverise a man with but a gesture of their armoured hand. At other times, their powers will strengthen and enhance their already formidable combat prowess, turning the Librarian into a force of elemental destruction. The most experienced Librarians will take to the field of battle wearing a mighty suit of Terminator armour, affording him excellent protection from enemy attacks and further boosting his combat potential.

This pack contains a Space Marine Librarian in Terminator Armour - a finely detailed resin cast kit that comes in six components (including three left hand options) and is supplied with a 40mm round base. This miniature is supplied unpainted and requires assembly - we recommend using Citadel Super Glue and Citadel Paints.

Due to high demand, each Citadel Finecast product is limited to five (5) per customer.

Availability: Usually ships within 24 hours.
Part Code: 99800101009

With this box set you can make the following:

### Space Marine Librarian

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|

**Related Articles**

· Preparing and Assembling Citadel Finecast Miniatures

**Exhibit 73-A-3**

[Plaintiff's Exhibit A, Entry No. 73 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 73 -B**
[Plaintiff's Exhibit A, Entry No. 73]

Photograph of Chapterhouse Studios product No. 73



**Exhibit 73-A-4**
[Plaintiff's Exhibit A, Entry No. 73 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Space Marines in Terminator armour."



**Exhibit 73 -B**
[Plaintiff's Exhibit A, Entry No. 73]

Photograph of Chapterhouse Studios product No. 73

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Banded Armor Terminator Shoulder Pad



Product Code: Banded Armor Terminator Shoulder Pad

Reward Points: 0

Availability: 65

**Price: $1.00**

Qty:

[Add to Cart]

★★★★☆ 1 reviews | Write a review

Share ✉ 🖨 f 🐦

| **Description** | **Reviews (1)** |

This is a single pewter shoulder pad that consist of horizontal plates or "bands" of armor in a style similiar to samurai armor

Designed to fit on Games Workshop Space Marine® terminator figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Banded Armor Terminator Shoulder Pad

We accept    PayPal    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 74 |

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: p32 Codex Space Marines 2008.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.



**Exhibit 74 –A-1**

[Plaintiff's Exhibit A, Entry No. 74 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells a Mk1 armoured Space Marine."



**Exhibit 74 -B**
[Plaintiff's Exhibit A, Entry No. 74]

Photograph of Chapterhouse Studios product No. 74

THE HORUS HERESY | 139

GW0002017

**Exhibit 74-A-2**
[Plaintiff's Exhibit A, Entry No. 74 - 80% actual size]

GW allegedly infringed work: "Horus Heresy  - Collected Visions 2007, page 139."



**Exhibit 74 -B**
[Plaintiff's Exhibit A, Entry No. 74]

Photograph of Chapterhouse Studios product No. 74



**Exhibit 74-A-3**

[Plaintiff's Exhibit A, Entry No. 74 - 80% actual size]

GW allegedly infringed work: "Space Marine Chaplain with skull helmet."



**Exhibit 74 -B**
[Plaintiff's Exhibit A, Entry No. 74]

Photograph of Chapterhouse Studios product No. 74

# BATTLES OF THE ULTRAMARINES

**They are the guardians of the eastern fringe, the defenders of Ultramar.**

Ultramar held against all manner of invaders – some so strange as to defy the comprehension of the common man. The Ultramarines have tested their might against Ork Waaaghs! and renegade uprisings, Tau incursions and Necron raids, but the measure of their heroism is shown truest in battles where they have defended the galaxy itself in the face of threats from beyond known space. So did the Sons of Ultramar prove in the 35th Millennium in battle against the Star-Striders of Crioth, and in retaliation for the Heavenfall Massacres. But of all these terrible wars and heroic struggles, there is one conflict that stands above all others – the onset of Tyranid Hive Fleet Behemoth, and the Battle for Macragge.

## THE BATTLE FOR MACRAGGE

Upon learning the threat posed to Ultramar by Hive Fleet Behemoth, Marneus Calgar at once drew his plans. Deeming Macragge to be the system most immediately threatened, Calgar ordered its formidable defences to be further improved. A dozen warships already hung in orbit, and each day more arrived from the Warp. Massively beweaponed strike cruisers cast shadows over civilian vessels and Imperial Navy destroyers, and were themselves dwarfed by the brooding presence of the Ultramarines' Battle Barges. Between this mighty fleet of warships and the planet's no less formidable orbital defence stations, Macragge was anything but defenceless.



Scant weeks later, the outrider vessels of the Tyranid fleet attacked Macragge. The alien bio-vessels swept aside attacks by Ultramarines Strike Cruisers and swarmed over the planet below. Soon many thousands of spore-birthed beasts scurried and rampaged across Macragge. Deeming that the Tyranid threat was too massive to be opposed piecemeal, Calgar combined his ground forces into three mighty armies. The primary and secondary taskforces, composed largely of 1st Company veterans and Ultramar Planetary Defence Forces, bolstered Macragge's polar fortresses against the Tyranid onslaught. Meanwhile, Calgar's taskforce, the largest of the three, performed a series of rearguard actions, attempting to slow the Tyranid advance and eliminate Hive control organisms.

Calgar achieved great success in the early days of the campaign, buying time with blood for his Battle-Brothers to the north and south. However, the Tyranids kept coming. In a final climactic battle on Cold Steel Ridge, the Ultramarines rearguard were brutalised by the Tyranid horde and Calgar himself gravely wounded. Knowing that to remain planetside was to doom his followers to wasteful death, Calgar withdrew to the orbiting Battle Barge *Octavius*. Refusing all but the most vital medical attention, the Master of Macragge took command of the fleet, and sought a way to save his world from certain destruction.

Hours later, the main Tyranid fleet arrived at Macragge. With no sign of reinforcements, Calgar led his fleet in a series of daring attacks, striking at isolated vessels as they spread out to invade Macragge in force. Caught between the blistering firepower of Macragge's polar fortresses and the vengeful hammer blows of Calgar's fleet, Tyranid vessels were destroyed by the score, but many more yet remained. As battle raged, the Tyranids unleashed thousands of spores above the vital polar fortresses – if the fortresses were taken, Macragge's guns would be silenced, and the world left defenceless. So it was that the Tyranids landed in even greater numbers than before, and the fortresses soon found themselves sorely beset. Their gruesome cargo delivered, the battered Hive Ships retreated from orbit. Trusting to his Ultramarines to keep the fortresses secure, Calgar relentlessly pursued the Tyranid fleet, determined that it would not bring ruin to other worlds.

Never before or since has the valour of the Ultramarines been tested as it was in the defence of the polar fortresses. The veteran Space Marines of the 1st Company led the lightly armed auxilia in a tenacious defence of the fortresses, holding every wall and trench until the last possible moment before it was overrun by the Tyranid swarm. Slowly the troops withdrew ever deeper into the fortress, while making the Tyranids pay for every single yard of ground they advanced. The Titans of Legio Praetor stalked the ice fields and drove smoking furrows through the onrushing Tyranid hordes with shells and plasma. The ferocity of the swarms was unbelievable. At the northern fortress they overran the walls by using the steaming piles of their own dead for cover. Titans were dragged down and ripped apart by sheer

GW0011381

**Exhibit 74-A-4**
[Plaintiff's Exhibit A, Entry No. 74 - 80% actual size]

GW allegedly infringed work: "p32 Codex Space Marines 2008."



**Exhibit 74 -B**
[Plaintiff's Exhibit A, Entry No. 74]

Photograph of Chapterhouse Studios product No. 74

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

NEWS   ABOUT US   CONTACT   FORUM   GALLERY   COMMISIONS

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[ Login ]

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

Search

## Banded Power Armor Shoulder Pad



Product Code: Banded Power Armor Shoulder Pad

Reward Points: 0

Availability: 58

**Price: $1.00**

Qty:

[ Add to Cart ]

☆☆☆☆☆   0 reviews  |  Write a review

Share

---

**Description** | **Reviews (0)**

This is a single pewter shoulder pad that consist of horizontal plates or "bands" of armor in a style similiar to samurai armor

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Banded Power Armor Shoulder Pad

We accept    PayPal          About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| :---: |
| Entry 75 |

# ForgeWorld

New Stuff   Warhammer 40,000   Aeronautica Imperialis   Epic 40,000   Warhammer Forge   Battlefleet Gothic   Modelling Supplies        Designers   Events

Home • Warhammer 40,000 • MK V HERESY ARMOUR

### MK V HERESY ARMOUR (PRODUCT CODE : IA-ISM-I-020)

The iconic MkV 'Heresy' Armour Set is an archaic pattern of Power Armour, first created during the dark and shadowed days of the Great Betrayal, which saw several layers of inferior-quality materials bonded with adamantium studs. As some Forge Worlds sided with Horus and some remained loyal to the Emperor, the supply lines from the Forge Worlds that manufactured arms and armour for the Legions were heavily disrupted, forcing the Legions to develop the Mk V pattern. This set is a complete resin kit. Models designed by Will Hayes and Phil Stutcinskas, provides enough parts to build 5 Space Marines in Mk V 'Heresy' Armour, including two different sets of legs, shoulder pads, arms, torsos and helmets. These components are fully compatible with the Games Workshop range of plastic Space marine kits. Plastic components shown for illustrative purposes only.

£20.40
Qty [1]
[BUY NOW]

Add to wishlist
Tell a friend
SHARE

RECOMMENDED PRODUCTS

| IMPERIAL ARMOUR VOLUME NINE: THE BADAB WAR PART ONE | SPACE MARINE BOLTER - UMBRA PATTERN X10 | MK VI CORVUS ARMOUR |
|---|---|---|
| 60040187013 | 99590101182 | 99590101181 |
| £45.00  Qty [1]  [BUY NOW] | £10.20  Qty [1]  [BUY NOW] | £20.40  Qty [1]  [BUY NOW] |

**Exhibit 75-A-1**

[Plaintiff's Exhibit A, Entry No. 75 - 80% actual size]

GW allegedly infringed work: "Forge World sell Mark V Heresy Space Marines."



**Exhibit 75-B**
[Plaintiff's Exhibit A, Entry No. 75]

Photograph of Chapterhouse Studios product No. 75



**Exhibit 75-A-2**

[Plaintiff's Exhibit A, Entry No. 75 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 75-B**
[Plaintiff's Exhibit A, Entry No. 75]

Photograph of Chapterhouse Studios product No. 75

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

### PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Studded-Crested Power Armor Shoulder Pad



Product Code: Studded-Crested Power Armor Shoulder Pad

Reward Points: 0

Availability: 59

### Price: $1.00

Qty:

[Add to Cart]

☆☆☆☆☆  0 reviews  |  Write a review

Share

| **Description** | Reviews (0) |

This is a single pewter shoulder pad for regular power armor, has a armored pattern of studs on the surface as well as a raised crest on the upper rim.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Studded-Crested Power Armor Shoulder Pad

We accept   PayPal

About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy                2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 76 |

HARLIE ASSAULT SQUAD • WORLD EATERS • JAMES BRADY

ARCENTOS HEAVY SUPPORT SQUAD • THOUSAND SONS • DAVID GALLAGHER

THE HORUS HERESY | 284

GW0002162

**Exhibit 76-A**
[Plaintiff's Exhibit A, Entry No. 76 - 80% actual size]

GW allegedly infringed work: "The Horus Heresy – Collected Visions 2007, page 284."



**Exhibit 76 -B**
[Plaintiff's Exhibit A, Entry No. 76]

Photograph of Chapterhouse Studios product No. 76

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

### PRODUCTS

Eldar Compatible Bits ◄

Knight Praetorius TRU-Scale ◄
Figure Kits

Imperial Guard Compatible ◄
Bits

**Space Marine Compatible** ▼
**Bits**

- Heads
- **Jump packs**
- Kits for Space Marine
  Vehicles
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits ◄

Tyranid Compatible Bits and ◄
Kits

Super Heavy Kits ◄

Resin Bases & Terrain ◄

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the
ChapterHouse Newsletter!

## 5 Heresy Marine Jump Packs



Product Code: 5 Heresy Jump Packs
Reward Points: 0
Availability: 25

### Price: $10.00

Qty:

Add to Cart 🛒

★★★★☆   5 reviews   |   Write a
review

Share ✉ 🖨 f t

| **Description** | Reviews (5) |

This is a set of FIVE (5) Resin Assault Jump Pack for 28mm models. It is sculpted to fit in with the the older Heresy Era.

Captible with the Games Workshop Assault Space Marines® and suitable for any other 28mm scale miniatures as well.

Display model shown assembled with Games Workshop Space Marines® model for compatibility purposes.

Models supplied unpainted and unassembled.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept   PayPal

About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 77 |

GW identifies but has failed to produce the following allegedly infringed work: p20 Warhammer 40,000 Compilation 1991

GW identified the following allegedly infringed works on August 9, 2012, three business days before the deadline for filing dispositive motions: p111 Horus Heresy: Collected Visions; p197 Horus Heresy: Collected Visions; and p309 Horus Heresy: Collected Visions.

This Exhibit incorporates all the allegedly infringed works GW has identified and produced to date.

**ForgeWorld**

Log in / Register | Help

Basket (0 products £0.00) | Checkout

Search our products | Go

New Stuff    Warhammer 40,000    Aeronautica Imperialis    Epic 40,000    Warhammer Forge    Battlefleet Gothic    Modelling Supplies    Designers    Events

Home • Warhammer 40,000 • MK V HERESY ARMOUR

## MK V HERESY ARMOUR (PRODUCT CODE : IA-ISM-I-020)



£20.40

Qty 1

**BUY NOW**

Add to wishlist

Tell a friend

SHARE

The iconic MkV 'Heresy' Armour Set is an archaic pattern of Power Armour, first created during the dark and shadowed days of the Great Betrayal, which saw several layers of inferior-quality materials bonded with adamantium studs. As some Forge Worlds sided with Horus and some remained loyal to the Emperor, the supply lines from the Forge Worlds that manufactured arms and armour for the Legions were heavily disrupted, forcing the Legions to develop the Mk V pattern. This set is a complete resin kit. Models designed by Will Hayes and Phil Stutcinskas, provides enough parts to build 5 Space Marines in Mk V 'Heresy' Armour, including two different sets of legs, shoulder pads, arms, torsos and helmets. These components are fully compatible with the Games Workshop range of plastic Space marine kits. Plastic components shown for illustrative purposes only.

RECOMMENDED PRODUCTS

**IMPERIAL ARMOUR VOLUME NINE: THE BADAB WAR PART ONE**



60040187013

£45.00    Qty 1    BUY NOW

**SPACE MARINE BOLTER - UMBRA PATTERN X10**



99590101182

£10.20    Qty 1    BUY NOW

**MK VI CORVUS ARMOUR**



99590101181

£20.40    Qty 1    BUY NOW

### Exhibit 77-A-1
[Plaintiff's Exhibit A, Entry No. 77 - 80% actual size]

GW allegedly infringed work: "Forge World sell Mark V Heresy Space Marines."



**Exhibit 77-B**
[Plaintiff's Exhibit A, Entry No. 77]

Photograph of Chapterhouse Studios product No. 77





THE HORUS HERESY | 111

GW0001989

**Exhibit 77-A-2**
[Plaintiff's Exhibit A, Entry No. 77 - 80% actual size]

GW allegedly infringed work: "p111 Horus Heresy: Collected Visions ©2007"



**Exhibit 77-B**
[Plaintiff's Exhibit A, Entry No. 77]

Photograph of Chapterhouse Studios product No. 77



SEDUCTION OF CHAOS · THE WARMASTER · FRANZ VOHWINKEL

MELIBOH TACTICAL SQUAD · DEATH GUARD · KENSON LOW

GELDURK TACTICAL SQUAD · DEATH GUARD · PAUL (PROF) HERBERT

THE HORUS HERESY | 197

GW0002075

**Exhibit 77-A-3**
[Plaintiff's Exhibit A, Entry No. 77 - 80% actual size]

GW allegedly infringed work: "p197 Horus Heresy: Collected Visions ©2007"



**Exhibit 77-B**
[Plaintiff's Exhibit A, Entry No. 77]

Photograph of Chapterhouse Studios product No. 77




GW0002187

**Exhibit 77-A-4**
[Plaintiff's Exhibit A, Entry No. 77 - 80% actual size]

GW allegedly infringed work: "p309 Horus Heresy: Collected Visions ©2007"



**Exhibit 77-B**
[Plaintiff's Exhibit A, Entry No. 77]

Photograph of Chapterhouse Studios product No. 77

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Masked Marine Heads - 4

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- **Heads**
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Masked Marine Heads - 4



Product Code: Masked Marine Heads - 4
Reward Points: 0
Availability: 115

### Price: $4.50

Qty:

[Add to Cart] 🛒

★★★★★  2 reviews  |  Write a review

Share ✉ 🖨 f 🐦

---

**Description**  |  **Reviews (2)**

This is a resin sprue of 4 "Heresy" style heads with rebreather mask for 28mm models .  Each sprue comes with 4 heads.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept    PayPal          About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy          2011 ChapterHouse Studios®