| **Plaintiff's Exhibit A** |
| --- |
| Entry 78 |

GW identifies but has failed to produce the following allegedly infringed work: p20 Warhammer 40,000 Compilation 1991.



**Exhibit 78 –A-1**

[Plaintiff's Exhibit A, Entry No. 78 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells a Mk1 armoured Space Marine."



**Exhibit 78-B**
[Plaintiff's Exhibit A, Entry No. 78]

Photograph of Chapterhouse Studios Product No. 78





GW0002017

**Exhibit 78-A-2**
[Plaintiff's Exhibit A, Entry No. 78 - 80% actual size]

GW allegedly infringed work: "Horus Heresy - Collected Visions 2007, page 139."



**Exhibit 78-B**
[Plaintiff's Exhibit A, Entry No. 78]

Photograph of Chapterhouse Studios Product No. 78

**GAMES WORKSHOP** ®

Customer Se

FREE SH

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Warhammer 40,000    Shoulder Pads    Tactical Squad Shoulder Pads 2

# Tactical Squad Shoulder Pads 2

Like | 1                                   AD

**Categories**

Getting Started

Warhammer 40,000 Advance Orders

Warhammer 40,000 New Releases

Warhammer 40,000: Assault on Black Reach

Warhammer 40,000 Essentials

Warhammer 40,000 Armies

Warhammer 40,000 Expansions

Warhammer 40,000 Citadel Finecast

Warhammer 40,000 Scenery

Warhammer 40,000 Books

Warhammer 40,000 Bitz

Warhammer 40,000 Collectors

Warhammer 40,000 Articles

Follow us on Twitter

Follow us on Facebook

Bookmark & Share

Subscribe to What's New Today

Print

Email to a Friend

**Tactical Squad Shoulder Pads 2**

This pack contains 10 Tactical Squad Shoulder Pads 2.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101374

**Price: $**

Quantity:

ADD TO C

ADD TO GIFT

Bookmark &

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110189&ro...    8/10/2011

GW0002478

**Exhibit 78-A-3**
[Plaintiff's Exhibit A, Entry No. 78 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells Tactical shoulder pads."



**Exhibit 78-B**
[Plaintiff's Exhibit A, Entry No. 78]

Photograph of Chapterhouse Studios product No. 78

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

## PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

### MK I Power Armor Shoulder Pad

Product Code: MK I Power Armor Shoulder Pad

Reward Points: 0

Availability: 150

**Price: $1.00**

Qty:

Add to Cart

⭐⭐⭐⭐⭐  1 reviews  |  Write a review

Share  ✉ 🖨 f 🐦

**Description**  **Reviews (1)**

This is a single pewter shoulder pad with 3 layers of banded armor and rivets similiar to old MK 1 Power Armor..

Designed to fit on Games Workshop Space Marine® figures.

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

MK I Power Armor Shoulder Pad

We accept    PayPal

About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 79 |

**ForgeWorld**

New Stuff   Warhammer 40,000   Aeronautica Imperialis   Epic 40,000   Warhammer Forge   Battlefleet Gothic   Modelling Supplies     Designers   Events

Home • Warhammer 40,000 • MK V HERESY ARMOUR

## MK V HERESY ARMOUR (PRODUCT CODE : IA-ISM-I-020)

The iconic MkV 'Heresy' Armour Set is an archaic pattern of Power Armour, first created during the dark and shadowed days of the Great Betrayal, which saw several layers of inferior-quality materials bonded with adamantium studs. As some Forge Worlds sided with Horus and some remained loyal to the Emperor, the supply lines from the Forge Worlds that manufactured arms and armour for the Legions were heavily disrupted, forcing the Legions to develop the Mk V pattern. This set is a complete resin kit. Models designed by Will Hayes and Phil Stutcinskas, provides enough parts to build 5 Space Marines in Mk V 'Heresy' Armour, including two different sets of legs, shoulder pads, arms, torsos and helmets. These components are fully compatible with the Games Workshop range of plastic Space marine kits. Plastic components shown for illustrative purposes only.

£20.40

Qty [1]

[BUY NOW]

Add to wishlist

Tell a friend

SHARE

### RECOMMENDED PRODUCTS

| IMPERIAL ARMOUR VOLUME NINE: THE BADAB WAR PART ONE | SPACE MARINE BOLTER - UMBRA PATTERN X10 | MK VI CORVUS ARMOUR |
|---|---|---|
| | | |
| 60040187013 | 99590101182 | 99590101181 |
| £45.00   Qty [1]   [BUY NOW] | £10.20   Qty [1]   [BUY NOW] | £20.40   Qty [1]   [BUY NOW] |

http://www.forgeworld.co.uk/Warhammer-40000/MK-V-HERESY-ARMOUR.html     8/4/2011

GW0002358

**Exhibit 79-A-1**

[Plaintiff's Exhibit A, Entry No. 79 - 80% actual size]

GW allegedly infringed work: "Forge World sell Mark V Heresy Space Marines."



**Exhibit 79-B**
[Plaintiff's Exhibit A, Entry No. 79]

Photograph of Chapterhouse Studios product No. 79





GW0001989

**Exhibit 79-A-2**
[Plaintiff's Exhibit A, Entry No. 79 - 80% actual size]

GW allegedly infringed work: "p111 Horus Heresy: Collected Visions."



**Exhibit 79-B**
[Plaintiff's Exhibit A, Entry No. 79]

Photograph of Chapterhouse Studios product No. 79





MELDUEM TACTICAL SQUAD • DEATH GUARD • KENSON LOW



SEDUCTION OF CHAOS • THE WARMASTER • FRANZ VOHWINKEL

GILDURK TACTICAL SQUAD • DEATH GUARD • PAUL (PROY) HERBERT

THE HORUS HERESY | 197

GW0002075

**Exhibit 79-A-3**
[Plaintiff's Exhibit A, Entry No. 79 - 80% actual size]

GW allegedly infringed work: "p197 Horus Heresy: Collected Visions."



**Exhibit 79-B**
[Plaintiff's Exhibit A, Entry No. 79]

Photograph of Chapterhouse Studios product No. 79

IMPERIAL ASSAULT SQUAD • WORD BEARERS • STEVE BOULTER

BRUTE OGRYME • IMPERIAL ARMY • THERMIN TREVALLION

ARDASK CHIEFTAIN SQUAD • SONS OF HORUS • KENSON LOW

THE HORUS HERESY | 309

GW0002187

**Exhibit 79-A-4**

[Plaintiff's Exhibit A, Entry No. 79 - 80% actual size]

GW allegedly infringed work: "p309 Horus Heresy: Collected Visions."



**Exhibit 79-B**
[Plaintiff's Exhibit A, Entry No. 79]

Photograph of Chapterhouse Studios product No. 79

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Spiky Marine Heads - 4

Product Code: Spiky Marine Heads - 4
Reward Points: 0
Availability: 100

### Price: $4.50

Qty:

[Add to Cart]

☆☆☆☆☆   0 reviews  |  Write a review

Share ✉ 🖨 f 🐦

| **Description** | Reviews (0) |

This is a resin sprue of 4 "Heresy" style heads with spikes adorning them for 28mm models .  Each sprue comes with 4 heads.

Designed to fit on Games Workshop Space Marine®  figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Case: 1:10-cv-08103 Document #: 224-12 Filed: 08/29/12 Page 23 of 122 PageID #:8700

We accept    PayPal    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy                    2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| :---: |
| Entry 80 |



**Exhibit 80-A-1**
[Plaintiff's Exhibit A, Entry No. 80 – 80% actual size]

GW allegedly infringed work: "Space Marine Chaplain with skull helmet."



**Exhibit 80-B**
[Plaintiff's Exhibit A, Entry No. 80]

Photograph of Chapterhouse Studios product No. 80



**Exhibit 80-A-2**

[Plaintiff's Exhibit A, Entry No. 80 – 80% actual size]

GW allegedly infringed work: "Forge World sell Mark V Heresy Space Marines."



**Exhibit 80-B**
[Plaintiff's Exhibit A, Entry No. 80]

Photograph of Chapterhouse Studios product No. 80

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# CHAPTERHOUSE STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

## PRODUCTS

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- **Space Marine Compatible Bits**
  - Heads
  - Jump packs
  - Kits for Space Marine Vehicles
  - Shields
  - **Shoulder Pads**
  - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

## Studded Power Armor Shoulder Pad

Product Code: Studded Power Armor Shoulder Pad

Reward Points: 0

Availability: 34

### Price: $1.00

Qty:

[Add to Cart]

☆☆☆☆☆ 0 reviews | Write a review

Share ✉ 🖨 f ✚

| **Description** | Reviews (0) |

This is a single pewter shoulder pad for regular power armor, has an armored pattern of studs on the surface.

This is the same scale as a standard size Space Marine® tactical shoulder pad.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Studded Power Armor Shoulder Pad

We accept  PayPal

About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy

2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

**Entry 81**

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 81-A**

GW allegedly infringed work: N/A



**Exhibit 81-B**
[Plaintiff's Exhibit A, Entry No. 81]

Photograph of Chapterhouse Studios Product No. 81

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# CHAPTERHOUSE
## STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- **Shields**
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Wolf Celtic Storm Shield

Product Code: Wolf Celtic Storm Shield

Reward Points: 0

Availability: 85

### Price: $2.00

Qty:

[Add to Cart]

☆☆☆☆☆    0 reviews  |  Write a review

Share ✉ 🖨 f 🐦

### Description | Reviews (0)

This is a pewter combat or storm shield for 28 mm figures with a seperate grip guard.  Sculpted upon the middle is a celtic style wolf head.

If to be used on Games Workshop models, this is more suitable for a power armor model, vs a terminator model (it would look a bit small for the larger armor).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Wolf Celtic Storm Shield

We accept   PayPal       About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy       2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 82 |



**SPACE WOLVES ARMIES**

## TROOPS

The Grey Hunters and Blood Claws are the real backbone of a Space Wolves force, and a unit of each is a good start when collecting an army. Like all Space Marines they are highly skilled and difficult to take down. To enhance this, it's best to take them in large units, where their numbers increase their chances of survival.

*Grey Hunters pack*

*Blood Claws pack*

*The ubiquitous Rhino armoured personnel carrier.*

## FAST ATTACK & HEAVY SUPPORT

*Long Fangs*

*Leman Russ 'Exterminator'*

The fast and long-ranged units of the Space Wolves are best used to back up the infantry squads. Bikes can make rapid attacks along the flank, while Long Fangs provide heavy firepower or tank-busting support. The Space Wolves are the only Chapter to use a Leman Russ battle tank, the mobile and deadly 'Exterminator' variant. The Exterminator is perfect for cutting through enemy light vehicle and infantry squads.

*Blood Claws bike pack*

19

GW0002493

**Exhibit 82-A-1**

[Plaintiff's Exhibit A, Entry No. 82 - 80% actual size]

GW allegedly infringed work: "Codex Space Wolves 2000, page 19."



**Exhibit 82 -B**
[Plaintiff's Exhibit A, Entry No. 82]

Photograph of Chapterhouse Studios product No. 82



**(NOT PRODUCED BY GW)**

**Exhibit 82-A-2**

[Plaintiff's Exhibit A, Entry No. 82 - 80% actual size]

GW allegedly infringed work: "http://www.gamesworkshop.
com/gws/catalog/productDetail.jsp?catId=cat440177a&prodId=prod26000
2a&rootCatGameStyle=."



**Exhibit 82 -B**
[Plaintiff's Exhibit A, Entry No. 82]

Photograph of Chapterhouse Studios product No. 82



GW0002420

**Exhibit 82-A-3**
[Plaintiff's Exhibit A, Entry No. 82 - 80% actual size]

GW allegedly infringed work: "Space Marine Collector's Guide 2003, page 32."



**Exhibit 82 -B**
[Plaintiff's Exhibit A, Entry No. 82]

Photograph of Chapterhouse Studios product No. 82



**Exhibit 82-A-4**
[Plaintiff's Exhibit A, Entry No. 82 - 80% actual size]

GW allegedly infringed work: "Forge World sells a Space Wolves conversion pack for the Rhino."



**Exhibit 82 -B**
[Plaintiff's Exhibit A, Entry No. 82]

Photograph of Chapterhouse Studios product No. 82



**Exhibit 82 -B**
[Plaintiff's Exhibit A, Entry No. 82]

Photograph of Chapterhouse Studios product No. 82

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# CHAPTERHOUSE STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- **Kits for Space Marine Vehicles**
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

## Conversion Kit #1 for Space Wolf Rhino

Product Code: Conversion Kit for Space Wolf RhinoSpace Wolf Rhino

Reward Points: 0

Availability: 42

**Price: $15.00**

Qty:

[ Add to Cart 🛒 ]

☆☆☆☆☆  0 reviews  |  Write a review

📷 Share ✉ 🖨 f 🐦

**Description** | **Reviews (0)**

This is a resin conversion kit that can be used to decorate the current Games Workshop Space Marine rhino with wolf furs, skulls and runic symbols. The kit includes 2 side doors, 1 top hatch, 1 wolf skull for top hatch and 1 front armored panel.

This kit is designed to replace the standard current edition Games Workshop Space Marine® Rhino kit parts.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Conversion Kit #1 for Space Wolf Rhino

We accept    PayPal

About us    Contact    Forum    Gallery    Commisions    Careers    Newsletter    Shipping Policy

2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 83 |

GW identifies but has failed to produce the following allegedly infringed work: p34 Codex Space Wolves 1994..

gagged tightly with strips of gut and sinew cut from the corpses of his pack, and thrown before King Thengir himself.

The saga continues in detail, telling of the Primarch's first contact with the royalty of Fenris:

"In the evening the wolf-man was ungagged, and the King demanded that the feral creature grovel for his life like a dog. The strange beast drew itself up to its full height and roared so loud and so long that some of the younger men had to leave the hall. The wild-eyed creature spat a great gobbet of blood and poison at King Thengir, his golden eyes shining with regal pride."

Over the next few years, the wolf-child was taken into the care of the King himself. He was taught how to use a battle-axe, how to fish and, soon after that, how to speak. The Primarch matured quickly, absorbing knowledge at an incredible rate. He also showed a natural aptitude for weaponry, in addition to being unmatched in unarmed combat. Quick to roar with laughter or bellow tunelessly in song, the Primarch slowly realised that he was more human than wolf, and that he was far greater than either. When Russ handed the Champion of the King's



GW0001590

**Exhibit 83-A-1**

[Plaintiff's Exhibit A, Entry No. 83 - 80% actual size]

GW allegedly infringed work: "Index Astartes II 2002, page 3"



**Exhibit 83 -B**
[Plaintiff's Exhibit A, Entry No. 83]

Photograph of Chapterhouse Studios product No. 83



SPACE WOLVES ARMIES

## TROOPS

The Grey Hunters and Blood Claws are the real backbone of a Space Wolves force, and a unit of each is a good start when collecting an army. Like all Space Marines they are highly skilled and difficult to take down. To enhance this, it's best to take them in large units, where their numbers increase their chances of survival.

*Grey Hunters pack*

*Blood Claws pack*

*The ubiquitous Rhino armoured personnel carrier.*

## FAST ATTACK & HEAVY SUPPORT

*Long Fangs*

*Leman Russ 'Exterminator'*

*Blood Claws bike pack*

The fast and long-ranged units of the Space Wolves are best used to back up the infantry squads. Bikes can make rapid attacks along the flank, while Long Fangs provide heavy firepower or tank-busting support. The Space Wolves are the only Chapter to use a Leman Russ battle tank, the mobile and deadly 'Exterminator' variant. The Exterminator is perfect for cutting through enemy light vehicle and infantry squads.

19

GW0002493

**Exhibit 83-A-2**
[Plaintiff's Exhibit A, Entry No. 83 - 80% actual size]

GW allegedly infringed work: "Codex Space Wolves 2000, page 19."



**Exhibit 83 -B**
[Plaintiff's Exhibit A, Entry No. 83]

Photograph of Chapterhouse Studios product No. 83



**Exhibit 83-A-3**

[Plaintiff's Exhibit A, Entry No. 83 - 80% actual size]

GW allegedly infringed work: "http://www.gamesworkshop.
com/gws/catalog/productDetail.jsp?catId=cat440177a&prodId=prod26000
2a&rootCatGameStyle=."



**Exhibit 83 -B**
[Plaintiff's Exhibit A, Entry No. 83]

Photograph of Chapterhouse Studios product No. 83



GW0002420

**Exhibit 83-A-4**
[Plaintiff's Exhibit A, Entry No. 83 - 80% actual size]

GW allegedly infringed work: "Space Marine Collector's Guide 2003, page 32."



**Exhibit 83 -B**
[Plaintiff's Exhibit A, Entry No. 83]

Photograph of Chapterhouse Studios product No. 83



**Exhibit 83-A-5**
[Plaintiff's Exhibit A, Entry No. 83 - 80% actual size]

GW allegedly infringed work: "Forge World sells a Space Wolves conversion pack for the Rhino."



**Exhibit 83 -B**
[Plaintiff's Exhibit A, Entry No. 83]

Photograph of Chapterhouse Studios product No. 83

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# CHAPTERHOUSE
## STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

## PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- **Shields**
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

## Wolf Tech Storm Shield

Product Code: Wolf Tech Storm Shield

Reward Points: 0

Availability: 49

### Price: $2.00

Qty:

[Add to Cart]

☆☆☆☆☆   0 reviews | Write a review

Share ✉ 🖨 f 🐦

| Description | Reviews (0) |

This is a pewter combat or storm shield for 28 mm figures with a seperate grip guard. Sculpted with technological touches and with unique futuristic styling.

If to be used on Games Workshop models, this is more suitable for a power armor model, vs a terminator model (it would look a bit small for the larger armor).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Wolf Tech Storm Shield

We accept    PayPal         About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

**Entry 84**

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 84-A**
[

GW allegedly infringed work: N/A



**Exhibit 84-A**
[Plaintiff's Exhibit A, Entry No. 84]

Photograph of Chapterhouse Studios Product No. 84

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

### PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- **Shields**
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Celtic Round Storm Shield

Product Code: Celtic Round Storm Shield

Reward Points: 0

Availability: 117

### Price: $2.00

Qty:

[Add to Cart]

☆☆☆☆☆  0 reviews  |  Write a review

Share ✉ 🖨 f 🐦

### Description | Reviews (0)

This is a pewter combat or storm shield for 28 mm figures with a seperate grip guard.

If to be used on Games Workshop models, this is more suitable for a power armor model, vs a terminator model (it would look a bit small for the larger armor).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Celtic Round Storm Shield

We accept | PayPal | About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy | 2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 85 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 85-A**

GW allegedly infringed work: N/A



**Exhibit 85-B**
[Plaintiff's Exhibit A, Entry No. 85]

Photograph of Chapterhouse Studios product No. 85

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Winged Thunder Hammer



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

## PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the
ChapterHouse Newsletter!

Search

### Winged Thunder Hammer

Product Code: Winged Hammer

Reward Points: 0

Availability: 97

## Price: $1.50

Qty:

[Add to Cart]

☆☆☆☆☆   0 reviews | Write a review

Share

**Description**   **Reviews (0)**

This is a single pewter hammer for 28 mm figures.   This is a hammer sculpted with sweeping feathers on the back-end of the hammer.

If to be used on Games Workshop models, this is more suitable for power armored 28mm models since it is a smaller component.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Winged Thunder Hammer

We accept    PayPal    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy                    2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 86 |

# NO COPYRIGHT CLAIM STATED

# "The product implicates trademark issues only, not copyright"

**Exhibit 86-A**

GW allegedly infringed work: N/A



**Exhibit 86 -B**
[Plaintiff's Exhibit A, Entry No. 86]

Photograph of Chapterhouse Studios product No. 86

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

## PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- **Shields**
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

## Eagle Storm Shield

Product Code: Eagle Storm Shield

Reward Points: 0

Availability: 46

### Price: $2.00

Qty:

Add to Cart

★★★★★  1 reviews | Write a review

Share ✉ 🖨 f ✚

| Description | Reviews (1) |

This is a single pewter combat or storm shield for 28 mm figures. The front of this shield has an eagle head and feathers sculpted on it, the rear of the shield has a hand hold and seperate grip for the miniatures arm or hand.

Approximately 20mm wide and 29mm high.

If to be used on Games Workshop models, this is more suitable for a terminator model as opposed to a space marine model (it would look a bit large for the smaller armor).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Eagle Storm Shield

We accept    PayPal    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy    2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 87 |



**Exhibit 87-A-1**
[Plaintiff's Exhibit A, Entry No. 87 – 80% actual size]

GW allegedly infringed work: "Games Workshop sells drop pods on its website."



**Exhibit 87-B**
[Plaintiff's Exhibit A, Entry No. 87]

Photograph of Chapterhouse Studios product No. 87



GW0002358

**Exhibit 87-A-2**

[Plaintiff's Exhibit A, Entry No. 87 – 80% actual size]

GW allegedly infringed work: "Forge World sell Mark V Heresy Space Marines."



**Exhibit 87-B**
[Plaintiff's Exhibit A, Entry No. 87]

Photograph of Chapterhouse Studios product No. 87

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- **Kits for Space Marine Vehicles**
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Heresy Armored Drop Pod Panel

Product Code: Heresy Armored Drop Pod Door
Reward Points: 0
Availability: 70

**Price: $3.00**

Qty:

Add to Cart

☆☆☆☆☆ 0 reviews | Write a review

Share ✉ 🖨 f 🐦

| **Description** | Reviews (0) |

This is a highly detailed resin armored panel that fits on the Games Workshop Space Marine Drop Pod door. This component is designed to fit over the surface of the standard door.

Single Resin Component.

We recomend buying a set of 5 for the regular drop pod model kit for each door.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Heresy Armored Drop Pod Panel

We accept    PayPal        About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

**Entry 88**

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 88-A**

GW allegedly infringed work: N/A



**Exhibit 88-B**
[Plaintiff's Exhibit A, Entry No. 88]

Photograph of Chapterhouse Studios Product No. 88

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Armored Predator Conversion Kit w/ Side Cockpit



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- **Kits for Space Marine Vehicles**
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Armored Predator Conversion Kit w/ Side Cockpit

Product Code: Armored Predator Conversion Kit w/ Side Cockpit
Reward Points: 0
Availability: 44

**Price: $8.50**

Qty:

Add to Cart

★★★★★  1 reviews  |  Write a review

Share

**Description** | **Reviews (1)**

This is a resin Armored Predator kit for Space Marines®, kit includes 3 strips of reactive armor that can be cut to size as well as a heavily armored "side cockpit" front panel.

Kit is designed to fit the standard Games Workshop Space Marine® Predator kit (and other Rhino chassis kits).

Display models shown assembled with Games Workshop Space Marine® Predator Tank model for compatibility purposes.

Tags: Armored Predator Conversion Kit,

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Armored Predator Conversion Kit w/ Side Cockpit

We accept    PayPal    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy                2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| **Entry 89** |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 89-A**

GW allegedly infringed work: N/A



**Exhibit 89-B**
[Plaintiff's Exhibit A, Entry No. 89]

Photograph of Chapterhouse Studios Product No. 89

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- **Kits for Space Marine Vehicles**
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Armored Predator Conversion Kit w/ Center Cockpit

Product Code: Armored Predator Conversion Kit w/ Center Cockpit

Reward Points: 0

Availability: 36

**Price: $8.50**

Qty:

Add to Cart

☆☆☆☆☆ 0 reviews | Write a review

Share

| **Description** | **Reviews (0)** |

This is a resin Armored Predator kit for Space Marines®, kit includes 3 strips of reactive armor that can be cut to size as well as a heavily armored "centered cockpit" front panel.

Kit is designed to fit the standard Games Workshop Space Marine® Predator kit (and other Rhino chassis kits).

Display models shown assembled with Games Workshop Space Marine® Predator Tank model for compatibility purposes.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Armored Predator Conversion Kit w/ Center Cockpit

We accept    PayPal     About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy     2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 90 |



**Exhibit 90-A-1**

[Plaintiff's Exhibit A, Entry No. 90 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells a Mk1 armoured Space Marine."



**Exhibit 90 -B**
[Plaintiff's Exhibit A, Entry No. 90]

Photograph of Chapterhouse Studios product No. 90

THE HORUS HERESY | 139

GW0002017

**Exhibit 90-A-2**
[Plaintiff's Exhibit A, Entry No. 90 - 80% actual size]

GW allegedly infringed work: "Horus Heresy - Collected Visions 2007, page 139."



**Exhibit 90 -B**
[Plaintiff's Exhibit A, Entry No. 90]

Photograph of Chapterhouse Studios product No. 90



SPACE WOLVES ARMIES

# TROOPS

The Grey Hunters and Blood Claws are the real backbone of a Space Wolves force, and a unit of each is a good start when collecting an army. Like all Space Marines they are highly skilled and difficult to take down. To enhance this, it's best to take them in large units, where their numbers increase their chances of survival.

*Grey Hunters pack*

*Blood Claws pack*

*The ubiquitous Rhino armoured personnel carrier.*

# FAST ATTACK & HEAVY SUPPORT

*Long Fangs*

*Leman Russ 'Exterminator'*

The fast and long-ranged units of the Space Wolves are best used to back up the infantry squads. Bikes can make rapid attacks along the flank, while Long Fangs provide heavy firepower or tank-busting support. The Space Wolves are the only Chapter to use a Leman Russ battle tank, the mobile and deadly 'Exterminator' variant. The Exterminator is perfect for cutting through enemy light vehicle and infantry squads.

*Blood Claws bike pack*

19

GW0002493

**Exhibit 90-A-3**
[Plaintiff's Exhibit A, Entry No. 90 - 80% actual size]

GW allegedly infringed work: "Codex Space Wolves 2000, page 19."



**Exhibit 90 -B**
[Plaintiff's Exhibit A, Entry No. 90]

Photograph of Chapterhouse Studios product No. 90



**Exhibit 90-A-2**
[Plaintiff's Exhibit A, Entry No. 90 - 80% actual size]

GW allegedly infringed work: "Forge World sells a Space Wolves conversion pack for the Rhino."



**Exhibit 90 -B**
[Plaintiff's Exhibit A, Entry No. 90]

Photograph of Chapterhouse Studios product No. 90

Forge World - MK V HERESY ARMOUR

Page 1 of 2



Log in / Register | Help

Basket (0 products £0.00) | Checkout

Search our products [Go]

New Stuff   Warhammer 40,000   Aeronautica Imperialis   Epic 40,000   Warhammer Forge   Battlefleet Gothic   Modelling Supplies          Designers   Events

Home • Warhammer 40,000 • MK V HERESY ARMOUR

### MK V HERESY ARMOUR (PRODUCT CODE : IA-ISM-I-020)








The iconic MkV 'Heresy' Armour Set is an archaic pattern of Power Armour, first created during the dark and shadowed days of the Great Betrayal, which saw several layers of inferior-quality materials bonded with adamantium studs. As some Forge Worlds sided with Horus and some remained loyal to the Emperor, the supply lines from the Forge Worlds that manufactured arms and armour for the Legions were heavily disrupted, forcing the Legions to develop the Mk V pattern. This set is a complete resin kit. Models designed by Will Hayes and Phil Stutcinskas, provides enough parts to build 5 Space Marines in Mk V 'Heresy' Armour, including two different sets of legs, shoulder pads, arms, torsos and helmets. These components are fully compatible with the Games Workshop range of plastic Space marine kits. Plastic components shown for illustrative purposes only.

**£20.40**

Qty [1]

[BUY NOW]

Add to wishlist

Tell a friend

SHARE

### RECOMMENDED PRODUCTS

**IMPERIAL ARMOUR VOLUME NINE: THE BADAB WAR PART ONE**



60040187013

£45.00   Qty [1]   [BUY NOW]

**SPACE MARINE BOLTER - UMBRA PATTERN X10**



99590101182

£10.20   Qty [1]   [BUY NOW]

**MK VI CORVUS ARMOUR**



99590101181

£20.40   Qty [1]   [BUY NOW]

**Exhibit 90-A-4**

[Plaintiff's Exhibit A, Entry No. 90 - 80% actual size]

GW allegedly infringed work: "Forge World sell Mark V Heresy Space Marines available on its website."



**Exhibit 90 -B**
[Plaintiff's Exhibit A, Entry No. 90]

Photograph of Chapterhouse Studios product No. 90

## Chapterhouse Studios website screenshot
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

## PRODUCTS

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- **Space Marine Compatible Bits**
  - - Heads
  - - Jump packs
  - - **Kits for Space Marine Vehicles**
  - - Shields
  - - Shoulder Pads
  - - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

## Armored Rhino Conversion Kit

Product Code: Armored Rhino Conversion Kit

Reward Points: 0

Availability: 62

### Price: $16.50

Qty:

Add to Cart

☆☆☆☆☆ 0 reviews | Write a review

Share

**Description** | **Reviews (0)**

This is a resin conversion kit for the Space Marine® Rhino model kit, it includes 2 side doors, 2 rear armor panels, 2 front armor panels, 2 top hatch armored panels and a front armored cockpit panel.

The armor design is similiar to MK I Space Marine® power armor and fits in well with an Heresy era army.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Armored Rhino Conversion Kit

We accept    PayPal    About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy    2011 ChapterHouse Studios®