| **Plaintiff's Exhibit A** |
| **Exhibit 91** |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 91-A**

GW allegedly infringed work: N/A



**Exhibit 91-B**
Plaintiff's Exhibit A, Entry No. 91

Photograph of Chapterhouse Studios Product No. 91

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

**PRODUCTS**

NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS

Search

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

**Imperial Guard Compatible Bits**

- 28mm Imperial Army figures
- Infantry Bits
- **Kits for Imperial Guard Vehicles**

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!



# Brazier - Dragon

Product Code: Brazier - Dragon
Reward Points: 0
Availability: 82

## Price: $1.00

Qty:

Add to Cart

☆☆☆☆☆  0 reviews | Write a review

Share ✉ 🖨 f ✦

**Description** | Reviews (0)

This is a stylized dragon or snake brazier, it comes in 2 pieces (flat backing and the front) and is pewter.

It is approximately .63 inches tall and .36 inches at its widest.

This is perfectly designed to add to any vehicles, we include it with our Salamanders Landraider conversion kit and also works well with dreadnoughts and other models

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Brazier - Dragon

We accept    PayPal

About us    Contact    Forum    Gallery    Commisions    Careers    Newsletter    Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| **Entry 92** |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 92-A**

GW allegedly infringed work: N/A



**Exhibit 92-B**
[Plaintiff's Exhibit A, Entry No. 92]

Photograph of Chapterhouse Studios Product No. 92

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# CHAPTERHOUSE
## STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |
|------|----------|---------|-------|---------|------------|

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

**Imperial Guard Compatible Bits**

- 28mm Imperial Army figures
- Infantry Bits
- **Kits for Imperial Guard Vehicles**

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

Search



## Brazier - Eagle

Product Code: Brazier - Eagle

Reward Points: 0

Availability: 50

## Price: $1.00

Qty:

Add to Cart

☆☆☆☆☆   0 reviews | Write a review

Share ✉ 🖨 f 🐦

---

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

---

| **Description** | Reviews (0) |
|---|---|

This is a stylized eagle or phoenix brazier, it comes in 2 pieces (flat backing and the front) and is pewter.

It is approximately .62 inches tall and .33 inches at its widest.

This is perfectly designed to add to any vehicles, we include it with our Salamanders Landraider conversion kit and also works well with dreadnoughts and other models.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40K Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept   PayPal        About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

**Entry 93**

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 93-A**

GW allegedly infringed work: N/A



**Exhibit 93-B**
[Plaintiff's Exhibit A, Entry No. 93]

Photograph of Chapterhouse Studios Product No. 93

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

  - Heads
  - Jump packs
  **- Kits for Space Marine Vehicles**
  - Shields
  - Shoulder Pads
  - Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Mark I Rhino Conversion Kit



Product Code: Mark I Rhino Conversion Kit

Reward Points: 0

Availability: 26

**Price: $12.50**

Qty:

Add to Cart

★★★★★ 1 reviews | Write a review

Share

### Description | Reviews (1)

This is a resin conversion kit that can be used to make the current Games Workshop Space Marine rhino look like the earlier Mk 1 model. The kit includes 2 side doors, 2 left side engine grates, 2 right side engine grates, 2 choices for the front cockpit armor panel, and one old style bolter cuppola cover.

This kit is designed to replace the standard current edition Games Workshop Space Marine® Rhino kit parts.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept    PayPal

About us    Contact    Forum    Gallery    Commisions    Careers    Newsletter    Shipping Policy          2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

Entry 94



SPACE WOLVES ARMIES

# TROOPS

The Grey Hunters and Blood Claws are the real backbone of a Space Wolves force, and a unit of each is a good start when collecting an army. Like all Space Marines they are highly skilled and difficult to take down. To enhance this, it's best to take them in large units, where their numbers increase their chances of survival.

Grey Hunters pack

Blood Claws pack

The ubiquitous Rhino armoured personnel carrier.

# FAST ATTACK & HEAVY SUPPORT

Long Fangs

Leman Russ 'Exterminator'

Blood Claws bike pack

The fast and long-ranged units of the Space Wolves are best used to back up the infantry squads. Bikes can make rapid attacks along the flank, while Long Fangs provide heavy firepower and tank-busting support. The Space Wolves are the only Chapter to use a Leman Russ battle tank, the mobile and deadly 'Exterminator' variant. The Exterminator is perfect for cutting through enemy light vehicle and infantry squads.

19

GW0002493

**Exhibit 94-A-1**

[Plaintiff's Exhibit A, Entry No. 94 - 80% actual size]

GW allegedly infringed work: "Codex Space Wolves 2000, page 19."



**Exhibit 94 -B**
[Plaintiff's Exhibit A, Entry No. 94]

Photograph of Chapterhouse Studios product No. 94



**Exhibit 94-A-2**
[Plaintiff's Exhibit A, Entry No. 94 - 80% actual size]

GW allegedly infringed work: "Forge World sells a Space Wolves conversion pack for the Rhino."



**Exhibit 94 -B**
[Plaintiff's Exhibit A, Entry No. 94]

Photograph of Chapterhouse Studios product No. 94

ceremony of the celebrations that a stranger appeared at the gates to Vulkan's settlement. All he asked was to be allowed to take part in the contests and, though he would not say where he had come from, he was allowed to compete. His skin was pale and his garb outlandish, though all could see that he was a powerful figure. He announced to the gathered spectators that he could best any man in any contest. The gathered crowds laughed uproariously, believing that none could be more superior in intellect,

physique or skill than their superhuman leader. Vulkan and the stranger wagered that whoever lost was to swear eternal obedience to the victor.

The competitions lasted for eight days and included many feats of strength and endurance. At the anvil lift, even the strongest men could only hold an anvil above their head for an hour and a half, but Vulkan and the stranger carried the heavy anvil aloft for half a day before the judges declared the contest a draw

so that they could proceed to the next event. And so it was that they were almost equally matched in skill and strength. Occasionally one would slightly best the other, but when it came to the start of the final event, the salamander slaying, they were evenly matched. Each had a day and a night to forge a weapon with which to hunt down the largest salamander they could find. Whoever could bring back the heaviest carcass would win the wager and the eternal allegiance of the other.



Chapter Approved: Access Level: 8 twenty-seven

Salamanders, Progenitor Legion M31

Pre-Heresy Salamanders colour scheme

Salamanders colour scheme

Auto-reactive shoulder plate: Tactical squad markings

Auto-reactive shoulder plate: Chapter badge iconography

Auto-reactive shoulder plate: Honour Markings

Standard Imperial pattern meltagun (constructed locally).

Salamanders Veteran in Tactical Dreadnought Armour

Symbol of the Salamanders' First Company, the Firedrakes

Thought for the day: The hammer of the Emperor will vanquish the Xenos.

GW0001169

**Exhibit 94-A-3**

[Plaintiff's Exhibit A, Entry No. 94 - 80% actual size]

GW allegedly infringed work: "Index Astartes IV, 2004, page 19."



**Exhibit 94 -B**
[Plaintiff's Exhibit A, Entry No. 94]

Photograph of Chapterhouse Studios product No. 94

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Salamander Rhino Conversion Kit



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |



**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- **Kits for Space Marine Vehicles**
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Salamander Rhino Conversion Kit

Product Code: Salamander Rhino Kit
Reward Points: 0
Availability: 56

### Price: $16.50

Qty:

Add to Cart

★★★★★  2 reviews | Write a review

Share

| Description | Reviews (2) |

This resin kit consist of 9 resin components that fit on the Space Marine® Rhino chassis - 2 side doors, 1 top hatch, 4 scaled extra armor panels and 1 front armor panel.

The salamander rhino conversion kit was designed to replace the standard doors and front panel on the Games Workshop Space Marine Rhino.   Incorporating original art work, each piece allows you to add further detail to your model by adding images of snakes, shields and spears to your vehicle.

This kit is designed to fit on Games Workshop Space Marine® Rhino kit.

Display model shown assembled with Games Workshop Space Marines® model for compatibility purposes.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Salamander Rhino Conversion Kit

We accept   PayPal

About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy

2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

Entry 95

# MYCETIC SPORES

The initial stage of a Tyranid assault often comprises several waves of Mycetic Spores. These ablative bio-constructed shells are launched by their thousands into the world's atmosphere by orbiting Hive Ships. The fleshy pods are specifically designed to endure the stresses of orbital insertion and protect their lethal payload from planetary impact. Mycetic Spores are often inaccurately reported as meteor showers by civilian observers, but experienced troops soon learn to spot the distinctive clutch of fiery streaks as the spores breach the upper atmosphere. Once through, the Mycetic Spore alters shape to slow its descent. They are sacrificial organisms, and perish soon after impact with the planet's surface, but each one houses a brood of assault beasts, most commonly Hormagaunts or Genestealers, who burst from the wreckage and begin the search for prey.

As the Tyranids push deeper into the galaxy, the Hive Mind is becoming more adept at its use of Mycetic Spores. Recent strains have a shield of ablative chitin over sensory nodes. This burns away during orbital insertion, allowing the Mycetic Spore to draw in on Lictor pheromone trails during the final stages of descent, enabling its cargo to be delivered with greater accuracy. Other iterations are composed of two layered bioforms. When the Mycetic Spore impacts a planet's surface and the outer shell dies, its sides peel apart to reveal a symbiotic organism that draws sustenance from the slain parent to fuel a powerful bio-weapon.

These augmentations allow the Mycetic Spores a crucial role in the main assault of a prey world. The Hive Mind is now able to reinforce key areas with astonishing swiftness, and shield crucial elements of its assault force from incoming fire until the very last moment. Few bulwarks, no matter how well prepared, can hope to withstand such an assault. Many a heavily defended bastion has been destroyed as Mycetic Spores impact on a planet's surface, smashed apart as a Carnifex emerges from its pod's fleshy remains to launch a point-blank assault.

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Mycetic Spore | 2 | 2 | 6 | 4 | 3 | 1 | 3 | 5 | 4+ |

**Unit Type:** Monstrous Creature.

**Weapons and Biomorphs:** Hardened Carapace, Lash Whip.

**Ripper Tentacles:** Ripper tentacles are thick ropes of tendon and corded muscle that reach out from a Mycetic Spore in search of prey. Drawn to movement, ripper tentacles can smash apart several foes in a single swipe, coil around a single victim and crush it to a bloody pulp or clutch around its quarry and drag it into the spore's fanged maw.

| Range | Strength | AP | Type |
|---|---|---|---|
| 6" | 6 | - | Assault 6 |

**Special Rules:** Deep Strike, Fearless.

**Limited Sentience:** Mycetic Spores have only a rudimentary intelligence and simply lash out at everything nearby.

A Mycetic Spore is not subject to Instinctive Behaviour. The Mycetic Spore automatically shoots the closest enemy unit in each Shooting phase unless it is engaged in close combat.

**Transport Spore:** A Mycetic Spore always enters play using the Deep Strike rules, even in missions that do not use these rules. If, when a Mycetic Spore Deep Strikes, it scatters on top of impassable terrain or another model (friend or foe!), reduce the scatter distance by the minimum required to avoid the obstacle.

A Mycetic Spore can carry a single unit of up to 20 infantry models or a single monstrous creature within its armoured shell. Once the Mycetic Spore has landed, all creatures within must immediately deploy – place the unit such that every model is within 2" of the Mycetic Spore. If any models cannot be deployed because of impassable terrain or enemy models within 1", those models are destroyed. A unit that Deep Strikes via a Mycetic Spore cannot move or assault in the same turn it arrives but may shoot (or run) as normal.

**Immobile Pod:** A Mycetic Spore cannot move for any reason once it has entered the battle. It may never go to ground, voluntarily or otherwise – and may not consolidate or make a sweeping advance following a close combat.



54    Forces of the Tyranids

GW0001424

**Exhibit 95-A-1**
[Plaintiff's Exhibit A, Entry No. 95 - 80% actual size]

GW allegedly infringed work: "Warhammer 40,000 Tyranids 2009, page 54."



**Exhibit 95 -B**
[Plaintiff's Exhibit A, Entry No. 95]

Photograph of Chapterhouse Studios product No. 95

# TERVIGON

The Tervigon is a massive creature, with a towering spined carapace that shields a swollen abdomen. The Tervigon relies on all three pairs of limbs for support. However, should the need arise, the giant beast can shift a greater proportion of its weight onto its rear legs, allowing it to scythe its claws back and forth in crushing arcs. Nor should the Tervigon be underestimated at range – its carapace conceals banks of cluster spines that can be fired at a considerable distance.

Yet no matter how fearsome its weaponry, the Tervigon's true threat lies within. Each Tervigon is a living incubator beneath whose lumpen carapace dozens upon dozens of Termagants slumber in a state of near-life. The Tervigon can spawn its dormant broods at will, jolting their razor minds into wakefulness. So it is that a foe engaging a Tervigon will find itself assailed by waves of skittering Termagants. The only way for a cool-headed enemy commander to end the horror is to have his troops concentrate all their firepower on the Tervigon – if the ponderous beast is slain, the resulting symbiotic backlash inevitably kills its young.

When a Hive Fleet travels through space, Tervigons do not slumber in a dormant state like other Tyranid creatures. Instead, they roam the ship's cavernous innards. Should a Tervigon detect intruders, it can spawn an army of frenzied Termagants to repulse the foe whilst using its potent synaptic link to awaken additional warriors.



| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Tervigon | 3 | 3 | 5 | 6 | 6 | 1 | 3 | 10 | 3+ |

**Unit Type:** Monstrous Creature.

**Weapons and Biomorphs:** Bonded Exoskeleton, Stinger Salvo, Claws and Teeth.

**Special Rules:** Synapse Creature, Psyker, Shadow in the Warp.

**Spawn Termagants:** A Tervigon can spawn Termagants in the Tyranid Movement phase before it has moved – even if is locked in assault. If it does so, roll 3D6. Place a new unit of Termagants such that no model is more than 6" from the Tervigon – the size of the unit is equal to the total rolled. Models in this new unit cannot be placed in impassable terrain, or within 1" of enemy models. If you cannot place some of the models due to enemy proximity, impassable terrain or simply because you have run out of models, the excess is destroyed. The spawned unit may then move, shoot and assault normally. A unit spawned by a Tervigon is identical in every way to a Termagant unit chosen from the Troops section of the force organisation chart, and is treated as such for all scenario special rules. Models in a spawned unit have no biomorphs and always carry fleshborers.

If any double is rolled when determining the size of a spawned unit, the Tervigon has temporarily exhausted its supply of larvae – the unit is created as normal, but the Tervigon may not attempt to spawn further units for the rest of the game.

**Brood Progenitor:** All units of Termagants, spawned or otherwise, within 6" of a Tervigon can use the Tervigon's Leadership for any tests they are required to make. They also gain the benefits of the Tervigon's toxin sacs and adrenal glands (if it has any). In addition, all Termagant units within 6" of the Tervigon have the Counter-attack special rule.

Should a Tervigon be slain, every Termagant brood, spawned or otherwise, within 6" immediately suffers 3D6 Strength 3, AP- hits.

**Psychic Powers:** Dominion.

"To think that Tyranids are mindless beasts is a grave mistake. When you fight Tyranids you face not only those before you on the battlefield, but the untold thousands which seek to surround you, which attack your supporting units and destroy your supply lines in perfect synchronicity. These aliens have shown evidence of both tactics and strategy that speaks of a far worse threat than that posed by a mere beast."

~ Marneus Calgar

GW0001422

**Exhibit 95-A-2**

[Plaintiff's Exhibit A, Entry No. 95 - 80% actual size]

GW allegedly infringed work: "Warhammer 40,000 Tyranids 2009, page 52."



**Exhibit 95 -B**
[Plaintiff's Exhibit A, Entry No. 95]

Photograph of Chapterhouse Studios product No. 95



**Exhibit 95-A-3**

[Plaintiff's Exhibit A, Entry No. 95 - 80% actual size]

GW allegedly infringed work: "TyranidCarnifex model."



**Exhibit 95 -B**
[Plaintiff's Exhibit A, Entry No. 95]

Photograph of Chapterhouse Studios product No. 95

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# CHAPTERHOUSE STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |



**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
  - 28mm Figures
    - Heads
    - Weapons
    - Monstrous Creature Conversion Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Mycetic Spore Pod

Product Code: Mycetic Spore Pod
Reward Points: 0
Availability: 13

**Price: $35.00**

Qty:

[Add to Cart]

★★★★★  2 reviews | Write a review

Share

| Description | Reviews (2) |

This is a resin model of a alien mycetic spore pod. Aliens use this creature to deploy troops onto a planets surface from high orbit.  The model is a highly detailed 4 piece resin model or 2 halves and one top which includes an optional weapon arm that can have a  weapon glued on the end.

Each spore is large enough to realistically hold a swarm of models or even a large monstrous creature like the Games Workshop Tyranid Warrior and Gaunt models shown in the photo (shown for scale purposes only).

The Mycetic Spore Pod is approximately 6 inches tall and 4.5 inches in diameter.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Wazzmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Mycetic Spore Pod

Mycetic Spore Pod

We accept   PayPal        About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| --- |
| Entry 96 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 96-A**

GW allegedly infringed work: N/A



**Exhibit 96 -B**
[Plaintiff's Exhibit A, Entry No. 96]

Photograph of Chapterhouse Studios product No. 96

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |



**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[ Login ]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Heresy-Era Scarab Terminator Shoulder Pads

Product Code: Heresy-Era Scarab Terminator Shoulder Pads - 2

Reward Points: 0

Availability: 22

**Price: $2.00**

Qty:

[ Add to Cart ]

☆☆☆☆☆ 0 reviews | Write a review

Share 🖶 ✉ f ✗

| **Description** | Reviews (0) | Related Products (4) |

This is a set of 2 pewter shoulder pads with a scarab. These pads are designed to replace the shoulder pads in the Space Marine® Terminator Box sets.

Designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Heresy-Era Scarab Terminator Shoulder Pads

We accept    PayPal        About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 97 |

# GAMES WORKSHOP DOES NOT IDENTIFY ANY INFRINGED WORK

"The product implicates only trademark issues and
the shape/design of the underlying shoulder pad."

**Exhibit 97-A**

GW allegedly infringed work: N/A



**Exhibit 97 -B**
[Plaintiff's Exhibit A, Entry No. 97]

Photograph of Chapterhouse Studios product No. 97

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Scarab Power Armor Shoulder Pads



Product Code: Scarab Power Armor Shoulder Pads

Reward Points: 0

Availability: 163

### Price: $1.00

Qty:

Add to Cart

0 reviews | Write a review

Share

**Description** | **Reviews (0)**

This is a single pewter shoulder pad with an egyptian scarab similiar to those worn by heresy era Thousand Sons.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Scarab Power Armor Shoulder Pads

We accept    PayPal        About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy         2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

Entry 98

# GAMES WORKSHOP DOES NOT IDENTIFY ANY INFRINGED WORK

"The product implicates only trademark issues and the shape/design of the underlying shoulder pad."

**Exhibit 98-A**

GW allegedly infringed work: N/A



**Exhibit 98 -B**
[Plaintiff's Exhibit A, Entry No. 98]

Photograph of Chapterhouse Studios product No. 98

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |



**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Starburst Power Armor Shoulder Pad

Product Code: Starburst Power Armor Shoulder Pad
Reward Points: 0
Availability: 145

**Price: $1.00**

Qty:

Add to Cart

☆☆☆☆☆  0 reviews  |  Write a review

Share

### Description | Reviews (0)

This is a single pewter shoulder pad with a starburst symbol similiar to those worn by heresy era Thousand Sons.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Starburst Power Armor Shoulder Pad

We accept   PayPal

About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

Entry 99

# GAMES WORKSHOP DOES NOT IDENTIFY ANY INFRINGED WORK

"The product implicates only trademark issues and the shape/design of the underlying shoulder pad."

**Exhibit 99-A**

GW allegedly infringed work: N/A



**Exhibit 99 –B**
[Plaintiff's Exhibit A, Entry No. 99]

Photograph of Chapterhouse Studios product No. 99

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search



## Mantis Power Armor Shoulder Pad

Product Code: Mantis Power Armor Shoulder Pad

Reward Points: 0

Availability: 396

**Price: $1.00**

Qty:

Add to Cart

☆☆☆☆☆  0 reviews  |  Write a review

Share

---

| Description | Reviews (0) |

This is a single pewter shoulder pad with a mantis head on the surface and chains on the rim to signify the years of penance the chapter is undergoing.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Mantis Power Armor Shoulder Pad

We accept    PayPal          About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:-:|
| **Entry 100** |

# GAMES WORKSHOP DOES NOT IDENTIFY ANY INFRINGED WORK

**"The product implicates only trademark issues and the shape/design of the underlying shoulder pad."**

**Exhibit 100-A**

GW allegedly infringed work: NOriginal Copyright Claim Chart



**Exhibit 100-B**
[Plaintiff's Exhibit A, Entry No. 100]

Photograph of Chapterhouse Studios Product No. 100

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

NEWS   ABOUT US   CONTACT   FORUM   GALLERY   COMMISIONS

Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

  - Heads
  - Jump packs
  - Kits for Space Marine Vehicles
  - Shields
  - **Shoulder Pads**
  - Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

## Mantis Terminator Shoulder Pad



Product Code: Mantis Terminator Shoulder Pad

Reward Points: 0

Availability: 31

**Price: $1.00**

Qty:

Add to Cart

☆☆☆☆☆   0 reviews   |   Write a review

Share

### Description   |   Reviews (0)

This is a single pewter shoulder pad with a mantis head on the surface and chains on the rim to signify the years of penance the chapter is undergoing.

Designed to fit on Games Workshop Space Marine®  Terminator figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Case: 1:10-cv-08103 Document #: 224-13 Filed: 08/29/12 Page 70 of 129 PageID #:8869

We accept    PayPal

About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy

2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| --- |
| Entry 101 |



GW0001727

**Exhibit 101-A-1**

[Plaintiff's Exhibit A, Entry No. 101 - 80% actual size]

GW allegedly infringed work: "The Art of Warhammer 40,000 2006, page 71."



**Exhibit 101 -B**
[Plaintiff's Exhibit A, Entry No. 101]

Photograph of Chapterhouse Studios product No. 101



**Exhibit 101-A-2**
[Plaintiff's Exhibit A, Entry No. 101 - 80% actual size]

GW allegedly infringed work: "Forge World sells a Blood Raven decal/transfer sheet on its website."



**Exhibit 101 -B**
[Plaintiff's Exhibit A, Entry No. 101]

Photograph of Chapterhouse Studios product No. 101

inspiring awe and devotion from the lesser beings beneath.

A single year after his discovery at Angel's Fall, Sanguinius stood taller than any man the tribes of Baal's shrivelled moons had ever seen. His form was perfection, his beauty such that many could not look upon him lest their impure gaze be blinded. He could walk under the fiercest rays of the sun whilst his adoptive family scuttled at his feet, encumbered by the weight of their rad-suits. He could smash a path through a rockfall with the blade of his hand, best wild animals with but a glance and soar high into the sky on his mighty wings to observe the land below from the perspective of a god.

As Sanguinius reached maturity, the tribe prospered and grew under his guidance.

The transcription of Baalite myth provided by the ancient and venerable scholar Hyriontericus Lucidio (2342036M33) has been preserved with the greatest care since its internment in the altar-tombes of the Blood Angels. Hence, the following quote remains in its rawest form, transcribed from the words of Elder Imrait'il'thax directly into Lucidio's Baalite Scripture.

*"They, the cannibal-mutants, numbered in their hundreds, far more than we. Blade sprouted from mouth, curdled eye stared, buckled hand clutched rusted sword. We knew death in that moment. Then the Angel started his work.*

*He, the Pure One, wanted no harm to befall us. He raged, at first a white, blazing light, then, as death walked beside him, a terrible red thing. His eyes and crown seemed to burn, intense, a corona of bright violence, a sandstorm of destruction. We were caught in the deadly beauty of his dance. And then there were no mutants, only silence, and he stood before us, dripping, still as the cairn."*

Sanguinius soon rose to the pinnacle of society upon Baal Secundus, and under his leadership, the pure-blooded Baalite tribes soon united against the



Pre-Heresy Blood Angels colour scheme — Contemporary Blood Angels Codex power armour

Tactical Marine helmet colour — Devastator Marine helmet colour — Chapter symbol

Assault Marine helmet colour — Honour Guard helmet colour — Inferno pistol

3rd Company shoulder plate: Chapter badge iconography — 3rd Company Sergeant shoulder plate: Chapter badge iconography — 2nd Company shoulder plate: Chapter badge iconography

Grail Blood Angels Holy Relic

Blood Angels Sanguinary Priest — Blood Angels Death Company Space Marine — Blood Angels Honour Guard Assault Marine

Blood Angels Legion, Progenitor Legion M.31

31

GW0001618

**Exhibit 101-A-3**
[Plaintiff's Exhibit A, Entry No. 101 - 80% actual size]

GW allegedly infringed work: "Index Astartes II 2002, page 31."



**Exhibit 101 -B**
[Plaintiff's Exhibit A, Entry No. 101]

Photograph of Chapterhouse Studios product No. 101



**Exhibit 101-A-4**

[Plaintiff's Exhibit A, Entry No. 101– 80% actual size]

GW allegedly infringed work: "http://www.dawnofwargame.com/us/game/index/gameId/1."



**Exhibit 101 -B**
[Plaintiff's Exhibit A, Entry No. 101]

Photograph of Chapterhouse Studios product No. 101

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout



| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Search

## Blood Raven Terminator Shoulder Pad

Product Code: Blood Raven Terminator ShoulderPad

Reward Points: 0

Availability: 32

**Price: $1.00**

Qty:

Add to Cart

★★★★ 1 reviews | Write a review

Share

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

| **Description** | **Reviews (1)** |

This is a single pewter shoulder pad with a eagle or raven on the surface, the wings of the bird are surrounding a blood drop or gem.

Designed to fit on Games Workshop Space Marine® Terminator figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Blood Raven Terminator Shoulder Pad

We accept    PayPal          About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

Entry 102



**Exhibit 102-A-1**

[Plaintiff's Exhibit A, Entry No. 102 - 80% actual size]

GW allegedly infringed work: "The Art of Warhammer 40,000 2006, page 71."



**Exhibit 102 -B**
[Plaintiff's Exhibit A, Entry No. 102]

Photograph of Chapterhouse Studios product No. 102



**Exhibit 102-A-2**
[Plaintiff's Exhibit A, Entry No. 102 - 80% actual size]

GW allegedly infringed work: "Forge World sells a Blood Raven decal/transfer sheet on its website."



**Exhibit 102 -B**
[Plaintiff's Exhibit A, Entry No. 102]

Photograph of Chapterhouse Studios product No. 102

inspiring awe and devotion from the lesser beings beneath.

A single year after his discovery at Angel's Fall, Sanguinius stood taller than any man the tribes of Baal's shrivelled moons had ever seen. His form was perfection, his beauty such that many could not look upon him lest their impure gaze be blinded. He could walk under the fiercest rays of the sun whilst his adoptive family scuttled at his feet, encumbered by the weight of their rad-suits. He could smash a path through a rockfall with the blade of his hand, best wild animals with but a glance and soar high into the sky on his mighty wings to observe the land below from the perspective of a god.

As Sanguinius reached maturity, the tribe prospered and grew under his guidance.

The transcription of Baalite myth provided by the ancient and venerable scholar Hyrionfericus Lucidio (2342345M33) has been preserved with the greatest care since its internment in the altar-tomes of the Blood Angels. Hence, the following quote remains in its rawest form, transcribed from the words of Elder Imrait'il'thax directly into Lucidio's Baalite Scripture.

*"They, the cannibal-mutants, numbered in their hundreds, far more than we. Blade sprouted from mouth, curdled eye stared, buckled hand clutched rusted sword. We knew death in that moment. Then the Angel started his work.*

*He, the Pure One, wanted no harm to befall us. He raged, at first a white, blazing light, then, as death walked beside him, a terrible red thing. His eyes and crown seemed to burn, intense, a corona of bright violence, a sandstorm of destruction. We were caught in the deadly beauty of his dance. And then there were no mutants, only silence, and he stood before us, dripping, still as the cairn."*

Sanguinius soon rose to the pinnacle of society upon Baal Secundus, and under his leadership, the pure-blooded Baalite tribes soon united against the



Grail Blood Angels Holy Relic

Blood Angels Sanguinary Priest

Blood Angels Death Company Space Marine

Blood Angels Honour Guard Assault Marine

Tactical Marine helmet colour

Devastator Marine helmet colour

Chapter symbol

Assault Marine helmet colour

Honour Guard helmet colour

Inferno pistol

3rd Company shoulder plate: Chapter badge iconography

3rd Company Sergeant shoulder plate: Chapter badge iconography

2nd Company shoulder plate: Chapter badge iconography

Pre-Heresy Blood Angels colour scheme

Contemporary Blood Angels Codex power armour

Blood Angels Legion, Progenitor Legion M.31

Chapter Approved: Action Level: Q ninety eight

Thought for the day: What is a lifetime of servitude next to an eternity of damnation?

31

GW0001618

**Exhibit 102-A-3**
[Plaintiff's Exhibit A, Entry No. 102 - 80% actual size]

GW allegedly infringed work: "Index Astartes II 2002, page 31."



**Exhibit 102 -B**
[Plaintiff's Exhibit A, Entry No. 102]

Photograph of Chapterhouse Studios product No. 102



**Exhibit 102-A-4**

[Plaintiff's Exhibit A, Entry No. 102 – 80% actual size]

GW allegedly infringed work: "http://www.dawnofwargame.com/us/game/index/gameId/1."



**Exhibit 102-B**
[Plaintiff's Exhibit A, Entry No. 102]

Photograph of Chapterhouse Studios product No. 102

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# CHAPTERHOUSE STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |



**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- **Space Marine Compatible Bits**
  - Heads
  - Jump packs
  - Kits for Space Marine Vehicles
  - Shields
  - **Shoulder Pads**
  - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Blood Raven Power Armor Shoulder Pad

Product Code: Blood Raven Power Armor Shoulder Pad
Reward Points: 0
Availability: 86

**Price: $1.00**

Qty:

[Add to Cart]

★★★★★ 1 reviews | Write a review

Share

---

**Description** | **Reviews (1)**

This is a single pewter shoulder pad with a eagle or raven on the surface, the wings of the bird are surrounding a blood drop or gem.

Designed to fit on Games Workshop Space Marine® figures.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Blood Raven Power Armor Shoulder Pad

We accept    PayPal        About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 103 |



**SPACE WOLVES ARMIES**

## TROOPS

The Grey Hunters and Blood Claws are the real backbone of a Space Wolves force, and a unit of each is a good start when collecting an army. Like all Space Marines they are highly skilled and difficult to take down. To enhance this, it's best to take them in large units, where their numbers increase their chances of survival.

Grey Hunters pack

Blood Claws pack

The ubiquitous Rhino armoured personnel carrier.

## FAST ATTACK & HEAVY SUPPORT

Long Fangs

Leman Russ 'Exterminator'

Blood Claws bike pack

The fast and long-ranged units of the Space Wolves are best used to back up the infantry squads. Bikes can make rapid attacks along the flank, while Long Fangs provide heavy firepower or tank-busting support. The Space Wolves are the only Chapter to use a Leman Russ battle tank, the mobile and deadly 'Exterminator' variant. The Exterminator is perfect for cutting through enemy light vehicle and infantry squads.

19

GW0002493

**Exhibit 103-A-1**

[Plaintiff's Exhibit A, Entry No. 103 - 80% actual size]

GW allegedly infringed work: "Codex Space Wolves 2000, page 19."



**Exhibit 103 -B**
[Plaintiff's Exhibit A, Entry No. **103**]

Photograph of Chapterhouse Studios product No. **103**



**Exhibit 103-A-2**

[Plaintiff's Exhibit A, Entry No. 103 - 80% actual size]

GW allegedly infringed work: "http://www.games-workshop.com/gws/catalog/
productDetail.jsp?catId=cat440177a&prodId=prod260002a&rootCatGameStyle=."



**Exhibit 103 -B**
[Plaintiff's Exhibit A, Entry No. **103**]

Photograph of Chapterhouse Studios product No. **103**



**Exhibit 103-A-3**
[Plaintiff's Exhibit A, Entry No. 103 - 80% actual size]

GW allegedly infringed work: "Forge World sells a Space Wolves conversion pack for the Rhino."



**Exhibit 103 -B**
[Plaintiff's Exhibit A, Entry No. 103]

Photograph of Chapterhouse Studios product No. 103

Imperium with little further bloodshed. The wounds Alpharius had suffered healed quickly, but it seems that rather than sending his discovery straight back to Terra to meet the Emperor, Horus kept the Primarch with him for some months. Horus was most impressed with Alpharius' remarkable success against his cruiser – trapping it, boarding and then penetrating right to the bridge – and during this time he allowed his new found brother to take tactical command in the various actions that occurred. Alpharius was clearly just as impressed with Horus – with the huge martial power he wielded and with his instinct for when and when not to use it.

Eventually, Alpharius was taken back to the epicentre of the ever-expanding Imperium and reunited with the Emperor. There was the usual rejoicing, pomp and circumstance, but records on Terra suggest that the two spent little time together. Alpharius was quickly sent to take command of his legion, while the Emperor had many pressing affairs of state. The Alpha Legion, as it was now named, was the last of the Adeptus Astartes Legions to be created. With astounding prescience, the Emperor had ordered their founding just a few decades before. The new Space Marines were tall and strong, much reminiscent of their Primarch, and were possessed of a cunning intelligence.

Alpharius led his army, created in his image, to the outer reaches of the Imperium, eager to join battle and emulate the glories of the older legions. His first campaigns were well planned and highly successful, and he worked to develop and mould his legion's tactics. He advocated that the best attack comes from many directions at once, assaulting the foe on all sides, in every way. He insisted on having options open, never relying on any one thing, individual person or single victory to win the day. He was always prepared with a back-up plan, a flanking force was always in perfect position, and Alpha Legion infiltrators invariably struck behind enemy lines at just the right moment.



**Exhibit 103-A-4**

[Plaintiff's Exhibit A, Entry No. 103 - 80% actual size]

GW allegedly infringed work: "Index Astartes IV, 2004, page 31."



**Exhibit 103 -B**
[Plaintiff's Exhibit A, Entry No. 103]

Photograph of Chapterhouse Studios product No. 103



**Exhibit 103-A-5**
[Plaintiff's Exhibit A, Entry No. 103 - 80% actual size]

GW allegedly infringed work: "Forge World sells an Alpha Legion Land Raider conversion kit on its website."



**Exhibit 103 -B**
[Plaintiff's Exhibit A, Entry No. 103]

Photograph of Chapterhouse Studios product No. 103

ceremony of the celebrations that a stranger appeared at the gates to Vulkan's settlement. All he asked was to be allowed to take part in the contests and, though he would not say where he had come from, he was allowed to compete. His skin was pale and his garb outlandish, though all could see that he was a powerful figure. He announced to the gathered spectators that he could best any man in any contest. The gathered crowds laughed uproariously, believing that none could be more superior in intellect, physique or skill than their superhuman leader. Vulkan and the stranger wagered that whoever lost was to swear eternal obedience to the victor.

The competitions lasted for eight days and included many feats of strength and endurance. At the anvil lift, even the strongest men could only hold an anvil above their head for an hour and a half, but Vulkan and the stranger carried the heavy anvil aloft for half a day before the judges declared the contest a draw so that they could proceed to the next event. And so it was that they were almost equally matched in skill and strength. Occasionally one would slightly best the other, but when it came to the start of the final event, the salamander slaying, they were evenly matched. Each had a day and a night to forge a weapon with which to hunt down the largest salamander they could find. Whoever could bring back the heaviest carcass would win the wager and the eternal allegiance of the other.



Chapter Approved: Access Level: 5 treaty-woza

Salamanders, Progenitor Legion M.II

Pre-Heresy Salamanders colour scheme

Salamanders colour scheme

Auto-reactive shoulder plate: Tactical squad markings

Auto-reactive shoulder plate: Chapter badge iconography

Auto-reactive shoulder plate: Honour Markings

Standard Imperial pattern meltagun (contracted locally).

Salamanders Veteran in Tactical Dreadnought Armour

Symbol of the Salamanders' First Company, the Firedrakes

Thought for the day: The hammer of the Emperor will vanquish the Xenos.

19

GW0001169

**Exhibit 103-A-6**

[Plaintiff's Exhibit A, Entry No. 103 - 80% actual size]

GW allegedly infringed work: "Index Astartes IV, 2004, page 19."



**Exhibit 103 -B**
[Plaintiff's Exhibit A, Entry No. 103]

Photograph of Chapterhouse Studios product No. 103

**Space Wolves Venerable Dreadnought**

SPACE WOLVES VENERABLE DREADNOUGHT
99110101004   £25 complete

SPACE WOLVES
SARCOPHAGUS
9947010100410   £4

LIGHTNING CLAW ARM
9947010100413   £3

SPACE WOLVES DREADNOUGHT
BANNER POLE
9947010100415   £1.50

LIGHTNING CLAW
9947010100414   £1

The Space Wolves Dreadnought also requires the lower body, rear body, legs, power plant, assault cannon, auto-launcher and two Dreadnought feet.

**Classic Wolf Scouts**

**Classic Range**
The models on these pages are no longer available in stores, but are still perfectly usable in your Space Marines Army.

WOLF SCOUT SERGEANT 1
9947010105104   £3

WOLF SCOUT SERGEANT 3
9947010106103   £3

WOLF SCOUT BACKPACK
9947010108101   50p

WOLF SCOUT SERGEANT 2
9947010105102   £4

GW0002420

**Exhibit 103-A-7**
[Plaintiff's Exhibit A, Entry No. 103 - 80% actual size]

GW allegedly infringed work: "Space Marine Collector's Guide 2003, page 32."



**Exhibit 103 -B**
[Plaintiff's Exhibit A, Entry No. 103]

Photograph of Chapterhouse Studios product No. 103

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

| PRODUCTS | NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Eldar Compatible Bits ◀

Knight Praetorius TRU-Scale ◀
Figure Kits

Imperial Guard Compatible ◀
Bits

**Space Marine Compatible** ▼
**Bits**

- Heads
- Jump packs
- **Kits for Space Marine**
  **Vehicles**
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits ◀

Tyranid Compatible Bits and ◀
Kits

Super Heavy Kits ◀

Resin Bases & Terrain ◀

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the
ChapterHouse Newsletter!

Search

## Dragon Rhino Door Kit



Product Code: Dragon Rhino Door Kit
Reward Points: 0
Availability: 87

**Price: $11.00**

Qty:

Add to Cart 🛒

☆☆☆☆☆   0 reviews | Write a review

Share ✉ 🖨 f ✇

| Description | Reviews (0) |

This resin kit consist of 3 resin components that fit on the Space Marine® Rhino chassis - 2 side doors and 1 front armor panel.

The Dragon rhino door kit was designed to replace the standard doors and front panel on the Games Workshop Space Marine Rhino.   Incorporating original art work, each piece allows you to add further detail to your model by adding images of dragons to your vehicle.

This kit is designed to fit on Games Workshop Space Marine® Rhino kit.

Display models shown assembled with Games Workshop models for compatibility purposes and is supplied unpainted.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Dragon Rhino Door Kit

We accept    PayPal          About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

Entry 104

SPACE WOLVES ARMIES

## TROOPS

The Grey Hunters and Blood Claws are the real backbone of a Space Wolves force, and a unit of each is a good start when collecting an army. Like all Space Marines they are highly skilled and difficult to take down. To enhance this, it's best to take them in large units, where their numbers increase their chances of survival.



*Grey Hunters pack*



*Blood Claws pack*



*The ubiquitous Rhino armoured personnel carrier.*

## FAST ATTACK & HEAVY SUPPORT



*Long Fangs*



*Leman Russ 'Exterminator'*



*Blood Claws bike pack*

The fast and long-ranged units of the Space Wolves are best used to back up the infantry squads. Bikes can make rapid attacks along the flank, while Long Fangs provide heavy firepower or tank-busting support. The Space Wolves are the only Chapter to use a Leman Russ battle tank, the mobile and deadly 'Exterminator' variant. The Exterminator is perfect for cutting through enemy light vehicle and infantry squads.

19

GW0002493

**Exhibit 104-A-1**

[Plaintiff's Exhibit A, Entry No. 104 - 80% actual size]

GW allegedly infringed work: "Codex Space Wolves 2000, page 19."



**Exhibit 104 -B**
[Plaintiff's Exhibit A, Entry No. 104]

Photograph of Chapterhouse Studios product No. 104



**Exhibit 104-A-2**
[Plaintiff's Exhibit A, Entry No. 104 - 80% actual size]

GW allegedly infringed work: "http://www.gamesworkshop.
com/gws/catalog/productDetail.jsp?catId=cat440177a&prodId=prod26000
2a&rootCatGameStyle=."



**Exhibit 104 -B**
[Plaintiff's Exhibit A, Entry No. 104]

Photograph of Chapterhouse Studios product No. 104



GW0002420

**Exhibit 104-A-3**
[Plaintiff's Exhibit A, Entry No. 104 - 80% actual size]

GW allegedly infringed work: "Space Marine Collector's Guide 2003, page 32."



**Exhibit 104 -B**
[Plaintiff's Exhibit A, Entry No. 104]

Photograph of Chapterhouse Studios product No. 104



**Exhibit 104-A-4**

[Plaintiff's Exhibit A, Entry No. 104 - 80% actual size]

GW allegedly infringed work: "Forge World sells a Space Wolves conversion pack for the Rhino."



**Exhibit 104 -B**
[Plaintiff's Exhibit A, Entry No. 104]

Photograph of Chapterhouse Studios product No. 104



Drop Pod – employed for planetstrike deployment.

Individual tank crews sometimes apply an identifying mark to their vehicle.

Land Raider – the most heavily armoured Space Marine battle tank.

78    A Company of Wolves

GW0002425

**Exhibit 104-A-5**
[Plaintiff's Exhibit A, Entry No. 104 - 80% actual size]

GW allegedly infringed work: "Warhammer 40,000 Space Wolves 2009, page 78."



**Exhibit 104 -B**
[Plaintiff's Exhibit A, Entry No. 104]

Photograph of Chapterhouse Studios product No. 104

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- **Kits for Space Marine Vehicles**
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Conversion Kit #2 for Space Wolf Rhino



Product Code: Conversion Kit #2 for Space Wolf Rhino

Reward Points: 0

Availability: 47

**Price: $17.00**

Qty:

[Add to Cart]

☆☆☆☆☆  0 reviews  |  Write a review

Share 📧 🖨 f 🐦

**Description** | **Reviews (0)**

This is a resin conversion kit that can be used to decorate the current Games Workshop Space Marine rhino with wolf furs, skulls and runic symbols. The kit includes 4 extra armor panels, 2 side doors, 1 top hatch, 1 wolf skull for top hatch and 1 front armored panel.

This kit is designed to replace the standard current edition Games Workshop Space Marine® Rhino kit parts.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Conversion Kit #2 for Space Wolf Rhino

We accept    PayPal

About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®