| **Plaintiff's Exhibit A** |
| :---: |
| Entry 105 |



**Exhibit 105-A-1**

[Plaintiff's Exhibit A, Entry No. 105 - 80% actual size]

GW allegedly infringed work: "Basilica Administratum"



**Exhibit 105-B**
[Plaintiff's Exhibit A, Entry No. 105]

Photograph of Chapterhouse Studios product No. 105



**Exhibit 105-A-2**

[Plaintiff's Exhibit A, Entry No. 105 - 80% actual size]

GW allegedly infringed work: "Realm of Battle board"



**Exhibit 105-B**
[Plaintiff's Exhibit A, Entry No. 105]

Photograph of Chapterhouse Studios product No. 105

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale
Figure Kits

Imperial Guard Compatible
Bits

**Space Marine Compatible
Bits**

- Heads
- Jump packs
- **Kits for Space Marine
Vehicles**
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and
Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the
ChapterHouse Newsletter!

Search

## Tactical Skull Rhino Door Kit



Product Code: Tactical Skull Rhino Door
Kit

Reward Points: 0

Availability: 39

### Price: $11.00

Qty:

Add to Cart

★★★★ 1 reviews | Write a
review

Share ✉ 🖶 f 🐦

| **Description** | **Reviews (1)** |

This is a resin conversion kit that can be used to decorate the current Games Workshop Space Marine rhino with arrows
and skulls. The kit includes 2 side doors and 1 top hatch. Space Marines frequently use arrows to denote tactical squads.

This kit is designed to replace the standard current edition Games Workshop Space Marine® Rhino kit parts.

Independant Review by a customer is available to watch Here.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood
Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel,
Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle
device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge
World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of
Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets,
Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda
Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space
Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors,
Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online,
Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names,
races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world,
the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010,
variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended.
All Rights Reserved to their respective owners.

Tactical Skull Rhino Door Kit

We accept    PayPal    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| Entry 106 |

CHAPTER
ADE
ASTA

GW0001726

**Exhibit 106-A-1**
[Plaintiff's Exhibit A, Entry No. 106 - 80% actual size]

GW allegedly infringed work: "The Art of Warhammer 40,000 2006, page 70."



**Exhibit 106 -B**
[Plaintiff's Exhibit A, Entry No. 106]

Photograph of Chapterhouse Studios product No. 106

# WORK NOT PRODUCED

**Exhibit 106-A-2**
[Plaintiff's Exhibit A, Entry No. 106]

GW allegedly infringed work: "(CL Bro of Snake / Clint Langley / Black Library / 2007)."



**Exhibit 106 -B**
[Plaintiff's Exhibit A, Entry No. 106]

Photograph of Chapterhouse Studios product No. 106

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# CHAPTERHOUSE STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

## PRODUCTS

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- **Space Marine Compatible Bits**
  - Heads
  - Jump packs
  - **Kits for Space Marine Vehicles**
  - Shields
  - Shoulder Pads
  - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

## Iron Snakes Rhino Accessory Kit



Product Code: Iron Snakes Rhino Accessory Kit

Reward Points: 0

Availability: 35

### Price: $16.50

Qty:

[Add to Cart]

★★★★★  2 reviews | Write a review

Share ✉ 🖨 f ⚑

---

**Description**   **Reviews (2)**

This resin kit consist of 8 resin components that fit on the Space Marine® Rhino chassis - 2 side doors, 1 top hatch, 4 scaled extra armor panels and 1 front armor panel.

The Iron Snake rhino accessory kit was designed to replace the standard doors and front panel on the Games Workshop Space Marine Rhino.  Incorporating original art work, each piece allows you to add further detail to your model by adding images of snakes, shields and spears to your vehicle.

This kit is designed to fit on Games Workshop Space Marine® Rhino kit.

Display model shown assembled with Games Workshop Space Marines® model for compatibility purposes.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Iron Snakes Rhino Accessory Kit

We accept   PayPal       About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy       2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| **Entry 107** |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright."

**Exhibit 107 -A**
[Plaintiff's Exhibit No. 107]

GW allegedly infringed work: N/A



**Exhibit 107-B**
[Plaintiff's Exhibit No. 107]

Photograph of Chapterhouse Studios Product No. 107

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)





CHAPTERHOUSE STUDIOS

Shopping Cart | Checkout

PRODUCTS
- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- **Space Marine Compatible Bits**
  - **Heads**
  - Jump packs
  - Kits for Space Marine Vehicles
  - Shields
  - Shoulder Pads
  - Weapons
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

Login

OR
Create an Account

**Sign up for the ChapterHouse Newsletter!**

NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS

Search Search

# Spartan Marine Heads - 5

Product Code: Spartan Marine Heads - 5
Reward Points: 0
Availability: 26

**Price: $5.50**

Qty: 1
Add to Cart

3 reviews | Write a review

Share

Description | Reviews (3)

This is a single pewter sprue of 5 different spartan armored heads that are scaled to be compatible with Games Workshop Space Marine® models.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept    PayPal        About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| **Entry 108** |

GW identifies but has failed to produce the following allegedly infringed works: p154 Warhammer 40,000 rulebook 2008; p7 Codex Eldar 1999..

GW produced the following allegedly infringed works on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: p26 Codex Eldar 2006; p23 Codex Eldar 2006.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.



**Exhibit 108-A-1**
[Plaintiff's Exhibit A, Entry No. 108 – 80% actual size]

GW allegedly infringed work: "image from Dawn of War shown on a Relic wiki"



**Exhibit 108-B**
[Plaintiff's Exhibit No. 108]

Photograph of Chapterhouse Studios Product No 108



**Exhibit 108-A-2**
[Plaintiff's Exhibit A, Entry No. 108 – 80% actual size]

GW allegedly infringed work: "Standard Eldar helmet" (http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat440239a&prodId=prod1060055)



**Exhibit 108-B**
[Plaintiff's Exhibit No. 108]

Photograph of Chapterhouse Studios Product No 108



**Exhibit 108-A-3**

[Plaintiff's Exhibit A, Entry No. 108 – 80% actual size]

GW allegedly infringed work: http://www.games-workshop.com/gws/content/article.jsp?categoryId=&pIndex=1&aId=9000012a&start=2



**Exhibit 108-B**
[Plaintiff's Exhibit No. 108]

Photograph of Chapterhouse Studios Product No 108

# FARSEER

The Path of the Seer is the most dangerous and convoluted path of all, for psykers are intimately connected with Warp space. To proceed too quickly along the Witch Path would be to invite the most heinous damnation, as the minions of the Great Enemy lurk within the Warp ready to rend the souls of overambitious Seers. Furthermore, the Witch Path itself can entrap an adherent for the rest of his life. Just as Eldar who are trapped on the Warrior Path become Exarchs, so Seers who progress too far along the Witch Path become Farseers.

Farseers are masters of prediction, and are the eldest and most experienced of a craftworld's advisors. Even in battle they can perform their divinations, casting the complex wraithbone runes of the Eldar and interpreting changes in the glowing icons as they orbit around them. In this way the Farseers explore the myriad skeins of past and future, studying the manifold consequences of the smallest decision the better to guide their people to victory.

Just as the Farseers guide the fate of the craftworlds, so they guide their armies in times of war. A Farseer can uncover the enemy's intentions, calculate the likely effects of his clumsy attacks, and guide him to his doom. The Farseer himself fights with a grace that makes the enemy seem predictable and slow, flowing around blasts of fire without breaking stride. So powerful is a Farseer that he can obliterate an enemy leader's mind or hurl a battle tank into the air. In the crucible of battle, Farseers shape the future with the skill of master craftsmen – their tools are the warriors they lead, and their clay the flesh of those who oppose them.



| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Farseer | 5 | 5 | 3 | 3 | 3 | 5 | 1 | 10 | – |

## SPECIAL RULES
**Fleet of Foot, Independent Character.**

**Psychic Powers:** A Farseer is a psyker and must choose between 1 and 4 Farseer psychic powers. A Farseer can use a single psychic power per turn.

## WARGEAR
**Rune Armour:** All Farseers wear a wraithbone breastplate shaped into runic forms that ward off enemy attacks. A model wearing rune armour has a 4+ invulnerable save.

**Ghosthelm:** A Farseer's ghosthelm incorporates intricate crystalline psychic circuitry that masks their spirit in the Warp. If a Farseer suffers a Perils of the Warp attack his ghosthelm will prevent it on a D6 roll of 3+.

**Runes of Warding:** A Farseer can use runes of warding to throw up psychic interference to hinder his foe. All enemy Psychic tests must be taken on 3D6, suffering a Perils of the Warp attack on any roll of 12 or above.

**Runes of Witnessing:** A Farseer uses runes of witnessing to guide his second sight along the twisting strands of fate. A Farseer with runes of witnessing rolls 3D6 and discards the highest roll when taking a Psychic test. You must use the lowest two rolls.

**Spirit Stones:** A Farseer can use the power of a spirit stone to charge themselves with psychic energy. A Farseer with spirit stones can use two psychic powers per turn. A Farseer cannot use the same psychic power twice in the same turn.

26

GW0011373

---

**Exhibit 108-A-4**
[Plaintiff's Exhibit A, Entry No. 108 – 80% actual size]

GW allegedly infringed work: p26 Codex Eldar 2006



**Exhibit 108-B**
[Plaintiff's Exhibit No. 108]

Photograph of Chapterhouse Studios Product No 108



**Exhibit 108-A-5**
[Plaintiff's Exhibit A, Entry No. 108 – 80% actual size]

GW allegedly infringed work: p23 Codex Eldar 2006



**Exhibit 108-B**
[Plaintiff's Exhibit No. 108]

Photograph of Chapterhouse Studios Product No 108

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# CHAPTERHOUSE
## STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |
|------|----------|---------|-------|---------|------------|

Search

**PRODUCTS**

**Eldar Compatible Bits**
- 28mm Figures
- Jetbike Conversion Kits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!



## Doomseer Iyanar-Duanna

Product Code: Doomseer Iyanar-Duanna
Reward Points: 0
Availability: 11

**Price: $13.50**

Qty:

[Add to Cart]

3 reviews | Write a review

Share

---

| **Description** | Reviews (3) |
|-----------------|-------------|

Doomseer Iyanar-Duanna is cursed with the ability to forsee the slow death of her race. She shares the ability of all seers, to see the path of her race, but is only able to see the deaths of her people and nothing else. She was psychically scarred when she witnessed the death of an entire world-ship, she is now doomed to spend every moment of her life tracking down the creature responsible.

The "Doomseer" is only available from Chapterhouse Studios. The unpainted 28mm scale pewter model consist of 5 pieces - body and 4 variant arms. A 25mm slotted base is included.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept  PayPal   About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy   2011 ChapterHouse Studios®

http://chapterhousestudios.com/index.php?route=product/product&path=118_119&product_id=157[8/10/2012 1:18:01 PM]

| **Plaintiff's Exhibit A** |
| **Entry 109** |

# NO COPYRIGHT CLAIM STATED

"The product implicates trademark issues only, not copyright."

**Exhibit 109-A**
[Plaintiff's Exhibit A, Entry No. 109 – 80% actual size]

GW allegedly infringed work: "The product implicates trademark issues only, not copyright."



**Exhibit 109-B**
[Plaintiff's Exhibit A, Entry No. 109

Photograph of Chapterhouse Studios Product No. 109

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

**PRODUCTS**

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

**Imperial Guard Compatible Bits**

- 28mm Imperial Army figures

- Infantry Bits

- **Kits for Imperial Guard Vehicles**

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

## Wheeled Conversion Kit for Chimera

Product Code: Wheeled Conversion Kit for Chimera

Reward Points: 0

Availability: 77

### Price: $17.50

Qty:

Add to Cart

★★★★☆  9 reviews  |  Write a review

Share



---

| **Description** | **Reviews (9)** |

This highly detailed resin conversion kit will convert the normal Games Workshop Imperial Guard Chimera (or any other vehicle that shares that chassis) into a Rapid Response Wheeled vehicle.

Each kit consist of 9 highly detailed resin pieces - front bumper guard, left hull piece, right hull piece and 6 wheels. A Games Workshop Chimera (or other vehicle that shares same hull) is required to assemble as seen.

Shown assembled model uses Games Workshop Imperial Guard Chimera which is not a Chapterhouse Studios product.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Wheeled Conversion Kit for Chimera

We accept    PayPal        About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy        2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

**Entry 110**



**Exhibit 110-A**
[Plaintiff's Exhibit A, Entry No. 110 – 80% actual size]

GW allegedly infringed work:  Eldar Howling Banshee model.

# CHS PRODUCT NOT YET AVAILABLE

**Exhibit 110-B**
[Plaintiff's Exhibit A, Entry No. 110]

| **Plaintiff's Exhibit A** |
|:---:|
| **Entry 111** |

GW identifies but has failed to produce the following allegedly infringed work: p37 Codex Grey Knights 2010.



**Exhibit 111-A**
[Plaintiff's Exhibit A, Entry No. 111 – 80% actual size]

GW allegedly infringed work:  Stormraven Gunship



**Exhibit 111-B**
[Plaintiff's Exhibit A, Entry No. 111]

Photograph of Chapterhouse Studios Product No. 111

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- **Kits for Space Marine Vehicles**
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## TRU-Scale Extension Kit for Storm Raven Mk1B



Product Code: TRU-Scale Extension Kit for Storm Raven

Reward Points: 0

Availability: 62

**Price: $20.50**

Qty:

Add to Cart

★★★★ 10 reviews | Write a review

Share

| Description | Reviews (10) |

This is a resin conversion kit to extend the length of the Games Workshop Storm Raven kit. It is composed of 10 pieces - 2 side hulls, 1 bottom hull, 1 upper hull, 1 thruster armor panel, 1 turret armor panel and a 4-piece dreadnought harness.

It is necessary to purchase a Games Workshop Storm Raven model to make use of this TRU-Scale Conversion kit. Model shown is not included and is displayed to illustrate use of the conversion kit.

Extended length of the complete Storm Raven model with the TRU-Scale Conversion kit is just under 12 inches from front of fuselage to end of tail, width and height are unchanged by this kit.

Online Assembly instructions are available here.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

TRU-Scale Extension Kit for Storm Raven Mk1B

We accept    PayPal    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy    2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| **Entry 112** |



**Exhibit 112-A-1**

[Plaintiff's Exhibit A, Entry No. 112 – 80% actual size]

GW allegedly infringed work: "Games Workshop sells halberds"



**Exhibit 112-B**
[Plaintiff's Exhibit A, Entry No. 112]

Photograph of Chapterhouse Studios Product No. 112

**Exhibit 112-A-2**

[Plaintiff's Exhibit A, Entry No. 112 – 80% actual size]

GW allegedly infringed work:  http://www.gamesworkshop.com/gws/
catalog/productDetail.jsp?prodId=prod1160008a



**Exhibit 112-B**
[Plaintiff's Exhibit A, Entry No. 112]

Photograph of Chapterhouse Studios Product No. 112

GW0002030

**Exhibit 112-A-3**
[Plaintiff's Exhibit A, Entry No. 112 – 80% actual size]

GW allegedly infringed work: "Horus Heresy: Collected Visions, p152."



**Exhibit 112-B**
[Plaintiff's Exhibit A, Entry No. 112]

Photograph of Chapterhouse Studios Product No. 112

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- Shoulder Pads
- **Weapons**

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Gun-Halberds - 5



Product Code: Gun-Halberds - 5
Reward Points: 0
Availability: 14

**Price: $6.00**

Qty:

Add to Cart

☆☆☆☆☆   0 reviews  |  Write a review

Share ✉ 🖶 f 🐦

| Description | Reviews (0) |

The Gun-Halberd (or Spear-Bolter) is a weapon of skill and power.  The power-spear incorporates a long range Bolter to allow a ranged attack as well as a close combat attack.  This kit can also be used as nemesis force weapons for grey knight models or custodes conversions.

The dimensions of each spear 65mm long and 20 mm at the widest point.

Each set consist of 5 resin weapons.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Gun-Halberds - 5

We accept        PayPal        About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®