| |
|---|
| **Plaintiff's Exhibit A** |
| **Entry 113** |

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: p71 Codex Space Marines 2008.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.



**Exhibit 113-A-1**
[Plaintiff's Exhibit A, Entry No. 113 – 80% actual size]

GW allegedly infringed work:  Conversion Beamer



**Exhibit 113-B**
[Plaintiff's Exhibit A, Entry No. 113]

Photograph of Chapterhouse Studios Product No. 113



**Exhibit 113-A-2**

[Plaintiff's Exhibit A, Entry No. 113 – 80% actual size]

GW allegedly infringed work:  Conversion Beamer



**Exhibit 113-B**
[Plaintiff's Exhibit A, Entry No. 113]

Photograph of Chapterhouse Studios Product No. 113

# MASTER OF THE FORGE

The Master of the Forge is the Chapter's most senior Techmarine, charged with the maintenance of the Chapter's fleet of armoured fighting vehicles, such as Rhinos, Land Raiders and Predators. His knowledge of the arcane sciences has been refined over centuries of service, and rivals that of the senior Tech-priests of Mars. Indeed, a Master of the Forge's skill has been honed to a point where he can recognise a machine spirit's ailment with but a glance and the cause of its intemperance from the merest whisper of its tortured mantra of function.

Such uncanny, and perhaps unnatural, skill conspires to make the Master of the Forge something of an outcast in most Chapters. Though he is part of the Chapter Council, the Master of the Forge is an outsider to all save his subordinate Techmarines, whose company is shunned in all matters save those that pertain to his beloved mechanicals.

This isolation serves only to lead a Master of the Forge further down the path of eccentricity. Surrounded by tongueless machines and witless Servitors, his own voice becomes atrophied. On such rare occasions as a Master of the Forge does speak, it is in clipped and monotonous tones, coldly and discomfortingly precise in detail and delivery.

Not all Space Marine Chapters treat with their Master of the Forge in this way. Some, such as the Mentors, the Praetors of Orpheus and the Astral Knights, embrace the dwindling technologies of Mankind without superstition and, in the case of the Iron Hands, with gusto.

In these Chapters, the Master of the Forge is a personage honoured no less than the Chapter Master himself. Such cases are few. Indeed, for one Chapter to embrace the vision and purpose of a Master of the Forge is to invite suspicion from many of its more conventional brothers.

In addition to his responsibilities to the armoury, a Master of the Forge is also tasked with the conservation of any arcane mechanical relics to which his Chapter is heir. The oldest and most famous Chapters have many such technological wonders locked within their vaults. Most are so bewilderingly complex that no living man could hope to divine their secrets. Others are forged of secrets so ancient that only an artisan of a Master's knowledge could hope to maintain them without causing harm to himself and anyone else in proximity. If the need is great, a Master of the Forge will take up such a weapon and unleash the fury of Mankind's lost technological might upon the foe.



| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Master of the Forge | 4 | 5 | 4 | 4 | 2 | 4 | 2 | 10 | 2+ |

## SPECIAL RULES
**And They Shall Know No Fear, Combat Tactics, Independent Character.**

**Blessing of the Omnissiah, Bolster Defences:** See opposite page.

## WARGEAR
**Servo-arm, Servo-harness:** See opposite page.

**Conversion Beamer:** Incredibly rare pre-Heresy artefacts, conversion beam projectors fire a beam that induces a controlled subatomic reaction in the target, converting its mass into energy. The further away the target, the more deadly the blast, as the beam has time to grow in power.

A shot from a conversion beamer has a different profile depending on how far the target is from the firer. When firing the conversion beamer, measure the distance to the target and place the blast template. Once the final location of a conversion beamer's template has been placed (after scatter) measure to the centre of the blast marker and consult the chart below to determine the effect.

| Range | Strength | AP | Type |
|---|---|---|---|
| up to 18" | 6 | – | Heavy 1, Blast |
| 18" to 42" | 8 | 4 | Heavy 1, Blast |
| 42" to 72" | 10 | 1 | Heavy 1, Blast |
| over 72" | Miss! | n/a | n/a |

GW0011383

**Exhibit 113-A-3**
[Plaintiff's Exhibit A, Entry No. 113 – 80% actual size]

GW allegedly infringed work: p70 Codex Space Marines 2008.



**Exhibit 113-B**
[Plaintiff's Exhibit A, Entry No. 113]

Photograph of Chapterhouse Studios Product No. 113

# TECHMARINE

Ancient pacts sworn between the Adeptus Mechanicus and the Adeptus Astartes allow the Space Marines to send those warriors with an affinity for technology to Mars to train and begin the long, arduous journey of becoming a priest of the Machine God. Without the passing on of such ancient lore, the Space Marines would be unable to make war.

Aspiring Techmarines train for many years on Mars, steeping themselves in rites of activation and hymnals of maintenance; how to call forth a machine spirit or placate its wrath. Techmarines return to their Chapter as aloof and mysterious figures steeped in superstitious awe. From that point forth they are men of dual loyalties, pledged by blood to their Chapter, but bound in mind and spirit to the mysteries of the Mechanicus Omnissiah. This dichotomy ensures that a Techmarine is never again truly trusted by his brothers and is kept at arms length from the Chapter's secrets and rituals.

Despite this suspicion, Techmarines are held in great esteem by their Battle-Brothers who recognise and acknowledge the Techmarines' expertise in the mysterious sciences. A Space Marine Chapter would be of little consequence without its many technological tools, and its ancient weapons must be kept in a constant state of readiness – without the Techmarines this would be impossible. Despite their arcane calling, they are warriors first and foremost. Should a vehicle or artefact of technology be lost, the Techmarines will fight for its retrieval as stridently as their brethren would fight to recover a fallen comrade; perhaps, as some suggest, harder.

**Bolster Defences:** Techmarines can increase the effectiveness of cover, reinforcing crumbling walls and re-welding badly-damaged spars. Each Techmarine can bolster a single ruin before the game begins. When you deploy, nominate one ruin in your deployment area for your Techmarine to bolster. The ruin's cover save is increased by one for the duration of the game. For example, a normal ruin (4+ save) so reinforced would offer a 3+ cover save. A ruin can only be bolstered once.

## WARGEAR

**Servo-arm:** Techmarines and Servitors are equipped with powerful servo-arms that can be used for battlefield repairs or even put to use as a weapon. Each Servo-arm grants the model a single extra close combat attack, made seperately at Initiative 1 and Strength 8, ignoring Armour Saves.

**Servo-harness:** A servo-harness gives the Techmarine an extra servo-arm (giving him two servo-arm attacks), a plasma cutter (fired in the Shooting phase as a twin-linked plasma pistol, but cannot be used in close combat) and a flamer. In the shooting phase the Techmarine can fire both harness-mounted weapons, or one harness mount and another gun.

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Techmarine | 4 | 4 | 4 | 4 | 1 | 4 | 1 | 8 | 2+ |

## SPECIAL RULES
**Independent Character, Combat Tactics, And They Shall Know No Fear.**

**Blessing of the Omnissiah:** If a Techmarine is in base contact with a damaged vehicle during the Shooting phase, he can attempt to repair it instead of firing. Roll a D6 and add the following modifiers:

| | |
|---|---|
| Each Servitor with a servo-arm in the unit | +1 |
| The Techmarine has a servo-harness | +1 |

If the result is 5 or more, then either a Weapon Destroyed result or Immobilised result (owning player's choice) will be repaired. If a Weapon Destroyed result is repaired, that weapon can be fired in the following Shooting phase. The Techmarine cannot repair if gone to ground or falling back.

> "Thus do we invoke the Machine God.
> Thus do we make whole that which was sundered."
>
> From the Hymn of Reforging



GW0011384

**Exhibit 113-A-3**
[Plaintiff's Exhibit A, Entry No. 113 – 80% actual size]

GW allegedly infringed work:  p71 Codex Space Marines 2008.



**Exhibit 113-B**
[Plaintiff's Exhibit A, Entry No. 113]

Photograph of Chapterhouse Studios Product No. 113

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# CHAPTERHOUSE STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- **Space Marine Compatible Bits**
  - Heads
  - Jump packs
  - Kits for Space Marine Vehicles
  - Shields
  - Shoulder Pads
  - **Weapons**
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!



## Conversion Beamer Weapon and Harness Kit

Product Code: Conversion Beamer Weapon and Harness Kit

Reward Points: 0

Availability: 106

**Price: $11.00**

Qty:

[Add to Cart]

★★★★☆  6 reviews  |  Write a review

Share  ✉ 🖨 f 🐦

| Description | Reviews (6) |

This resin kit consist of 5 resin components - 2 Backpack options, 1 servo arm, 1 conversion beamer weapon, 1 backpack to weapon strut.

The design of the servo-backpack and conversion beamer weapon allow the model to hold the weapon under-slung on either arm.

This kit is designed to fit on Games Workshop Space Marine® figures and is also compatible with other 28mm scale miniatures.

Display model shown assembled with Games Workshop Space Marines® model for compatibility purposes.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Conversion Beamer Weapon and Harness Kit

We accept    PayPal    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy           2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| **Entry 114** |

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: p101 Codex Space Marines 2008..

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.



**Exhibit 114-A-1**

[Plaintiff's Exhibit A, Entry No. 114 – 80% actual size]

GW allegedly infringed work: Heavy Flamer



**Exhibit 114-B**
[Plaintiff's Exhibit A, Entry No. 114]

Photograph of Chapterhouse Studios Product No. 114



**Exhibit 114-A-2**
[Plaintiff's Exhibit A, Entry No. 114 – 80% actual size]

GW allegedly infringed work:  Assault Cannon



**Exhibit 114-B**
[Plaintiff's Exhibit A, Entry No. 114]

Photograph of Chapterhouse Studios Product No. 114



## Storm Shield

A storm shield is a solid shield that has an energy field generator built into it. The energy field is capable of deflecting almost any attack, even blows from lascannons and power weapons.

A model equipped with a storm shield has a 3+ invulnerable save. A model equipped with a storm shield can never claim the +1 Attack bonus for being armed with two close combat weapons in an assault.

## Teleport Homer

Teleport homers emit a powerful signal enabling Space Marine Strike Cruisers to lock on to them with their teleportation equipment. By utilising this signal, the risk of missing the intended mark is greatly reduced, as are the dangers of more serious accidents. If Terminators wish to teleport onto the battlefield via deep strike and choose to do so within 6" of a model carrying the homer, then they won't scatter. Note that the teleport homer only works for units that are teleporting, not for units entering play using jump packs, drop pods or other means of transport. Also note that the homer must already be on the table at the start of the turn for it to be used.

**Boltgun**
+++Godwyn pattern+++
Firepower, always firepower.

**Assault Cannon**
+++Astartes MK II: Absista pattern+++
High capacity, fast-change ammunition hopper.

**Bolt Pistol**
+++Standard issue+++

**Plasma Pistol**
+++Single core pattern+++

"Do not forsake your sidearm. It is the deliverer of wrath and a constant companion in a life of unending battle."

**MK III Combi-plasma**
+++Aloyshu pattern+++

**Heavy Bolter**
+++Astartes MK IV+++
The heavy bolter sings praises to the Emperor with a voice that will never tire.

**Lascannon**
+++MK VII: Alternate sighting array+++
As pure and wroth as justice itself.

**Boltgun**
+++Astartes MK IIIxx+++
A warrior is as skilled as the quality of his armament permits.

**Flamer**
It is more than just a weapon. It is the redeemer of the corrupt and the purifier of the tainted.

**Heavy Flamer**
+++MK III: I2 Burst Promethium tank+++
The fires of absolution shall cleanse. The work of the Emperor shall be done.

**Plasma Cannon**
+++MK XIII+++
Employ the plasma cannon against clusters of heavily armoured troops or light vehicles.

**Jump Pack**
+++Astartes type I2+++
Extended lift capacity.

**Plasma Gun**
+++MK XII 'Ragefire' type+++
The noblest works incur the heaviest risks.

**Storm Shield**
+++Terminator issue+++
MKII generator.

**Storm Bolter**
One can never have too much firepower.

**Thunder Hammer**
+++Stormlord pattern+++
Conviction lends it strength. Justice gives it purpose.

**Combat Shield**
+++Limited issue+++
'Deliverance' pattern.

**Power Sword**
Armour is no protection against the blessed tools of the righteous.

**Meltagun**
+++Assault pattern 'Vulkan'+++
The fury of the meltgun is as nothing to our righteous rage.

**Chainsword**
+++MK XI 'Hell's Teeth'+++
Taste the fear of your enemy as he dies.

**Missile Launcher**
+++Soundstrike pattern+++
Never permit thine enemy to find you unprepared for the battle.

**Multi-melta**
+++Maxima pattern+++
It speaks with the roar of ten billion voices, seeking justice from an uncaring universe.

**Lightning Claw**
+++Angel's Talon type+++
The talons of vengeance, the scythe to sweep away those who would deny the Emperor's dream.

**Power Fist**
+++MKII: 'Castigator'+++
The powerfist smites the foe with all the fury of a thousand men.

GW0011388

**Exhibit 114-A-3**
[Plaintiff's Exhibit A, Entry No. 114 – 80% actual size]

GW allegedly infringed work: p101 Codex Space Marines 2008.



**Exhibit 114-B**
[Plaintiff's Exhibit A, Entry No. 114]

Photograph of Chapterhouse Studios Product No. 114

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- **Kits for Space Marine Vehicles**
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Death Angel Land Raider Doors



Product Code: Death Angel Land Raider Doors

Reward Points: 0

Availability: 91

**Price: $11.50**

Qty:

[Add to Cart]

★★★★★  2 reviews  |  Write a review

Share

---

**Description**   **Reviews (2)**

The Death Angel Land Raider door kit was designed to replace the standard doors on the Games Workshop Space Marine Land Raider. Incorporating original art work, each piece allows you to add further detail to your model by adding images of the Grim Reaper or the Dark Angel.

Kit consist of 6 finely sculpted resin components.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept    PayPal     About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy     2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| **Entry 115** |

# NO COPYRIGHT CLAIM STATED

"The product implicates trademark issues only, not copyright."

**Exhibit 115-A-1**
[Plaintiff's Exhibit A, Entry No. 115 – 80% actual size]

GW allegedly infringed work:  N/A



**Exhibit 115-B**
[Plaintiff's Exhibit A, Entry No. 115]

Photograph of Chapterhouse Studios Product No. 115

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout



**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

**Imperial Guard Compatible Bits**

- 28mm Imperial Army figures
- **Infantry Bits**
- Kits for Imperial Guard Vehicles

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS

Search

## SCAR Rifle Variety Set 28mm - 8

Product Code: SCAR Rifle Variety Set 28mm - 8

Reward Points: 0

Availability: 101

**Price: $5.00**

Qty:

Add to Cart

0 reviews | Write a review

Share

**Description** | **Reviews (0)**

A set of 8 Various SCAR and Sniper Rifles cast in resin. Each set includes 8 highly detailed 28mm weapons modeled after present day weapons. Scaled for use with 28mm wargame minis (GW Imperial Guard).

Set contains: 2 SCAR Autoguns, 2 SCAR Autoguns with Grenade Launchers, 2 SCAR Lasguns, 2 M14 Sniper Rifles

This product is sold unpainted and some cleaning may be required.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended.
All Rights Reserved to their respective owners.

SCAR Rifle Variety Set 28mm - 8

We accept    PayPal      About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy      2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

**Entry 116**

# NO COPYRIGHT CLAIM STATED

"The product implicates trademark issues only, not copyright."

**Exhibit 116-A**
[Plaintiff's Exhibit A, Entry No. 116]

GW allegedly infringed work: N/A



**Exhibit 116-B**
[Plaintiff's Exhibit A, Entry No. 116

Photograph of Chapterhouse Studios Product No. 116

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# CHAPTERHOUSE STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- **Imperial Guard Compatible Bits**
  - 28mm Imperial Army figures
  - **Infantry Bits**
  - Kits for Imperial Guard Vehicles
- Space Marine Compatible Bits
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

## SCAR Autogun 28mm - 6



Product Code: SCAR Autogun 28mm - 6
Reward Points: 0
Availability: 104

**Price: $5.00**

Qty:

[ Add to Cart 🛒 ]

★★★★★  1 reviews  |  Write a review

Share  ✉ 🖨 f 🐦

| **Description** | **Reviews (1)** |

A set of 6 SCAR Drum Magazine Autoguns cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day SCAR rifles. Scaled for use with 28mm wargame minis (Imperial Guard).

This product is sold unpainted and some cleaning may be required.

E-Mail Address:

Password:

Forgotten Password

[ Login ]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

SCAR Autogun 28mm - 6

We accept    PayPal

About us    Contact    Forum    Gallery    Commisions    Careers    Newsletter    Shipping Policy

2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| **Entry 117** |

GW identifies but has failed to produce the following allegedly infringed work: p38 Codex Imperial Guard 2008.



**Exhibit 117-A**

[Plaintiff's Exhibit A, Entry No. 117 – 80% actual size]

GW allegedly infringed work:  Lasguns



**Exhibit 117-B**
[Plaintiff's Exhibit A, Entry No. 117]

Photograph of Chapterhouse Studios Product No. 117

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



**CHAPTERHOUSE**
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

**Imperial Guard Compatible Bits**

- 28mm Imperial Army figures
- **Infantry Bits**
- Kits for Imperial Guard Vehicles

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

### SCAR Lasguns 28mm - 6



Product Code: SCAR Lasguns 28mm - 6

Reward Points: 0

Availability: 84

## Price: $5.00

Qty:

Add to Cart

☆☆☆☆☆   0 reviews | Write a review

Share ✉ 🖨 f 🐦

| Description | Reviews (0) |

A set of 6 SCAR Lasguns cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day SCAR rifles with laser modifications. Scaled for use with 28mm wargame minis (GW Imperial Guard).

This product is sold unpainted and some cleaning may be required.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warhammer, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

SCAR Lasguns 28mm - 6

We accept PayPal

About us    Contact    Forum    Gallery    Commisions    Careers    Newsletter    Shipping Policy                    2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| --- |
| Entry 118 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 118-A**

GW allegedly infringed work: N/A



**Exhibit 118 –B**
[Plaintiff's Exhibit A, Entry No. 118]
Photograph of Chapterhouse Studios product No. 118

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

NEWS    ABOUT US    CONTACT    FORUM    GALLERY    COMMISIONS

Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

**Imperial Guard Compatible Bits**

 - 28mm Imperial Army figures

 - **Infantry Bits**

 - Kits for Imperial Guard Vehicles

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

### SCAR Autogun with Grenade Launcher 28mm - 6



Product Code: SCAR Autogun with Grenade Launcher 28mm - 6

Reward Points: 0

Availability: 116

**Price: $5.00**

Qty:

Add to Cart

★★★★★  2 reviews  |  Write a review

Share

---

**Description** | **Reviews (2)**

A set of 6 SCAR Autoguns Drum Magazines with underslung grenade launchers cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day SCAR rifles. Scaled for use with 28mm wargame minis (Imperial Guard).

This product is sold unpainted and some cleaning may be required.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

SCAR Autogun with Grenade Launcher 28mm - 6

We accept  PayPal

About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| Entry 119 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 119-A**

GW allegedly infringed work: "N/A



**Exhibit 119 –B**
[Plaintiff's Exhibit A, Entry No. 119]
Photograph of Chapterhouse Studios product No. 119

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# CHAPTERHOUSE
## STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- **Imperial Guard Compatible Bits**
  - 28mm Imperial Army figures
  - **Infantry Bits**
  - Kits for Imperial Guard Vehicles
- Space Marine Compatible Bits
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## M14 Sniper Rifles - 6



Product Code: M14 Sniper Rifles - 6
Reward Points: 0
Availability: 126

### Price: $4.00

Qty:

Add to Cart

☆☆☆☆☆ | 0 reviews | Write a review

Share ✉ 🖨 f 🐦

**Description** | Reviews (0)

A set of 6 M14 Sniper Rifles cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day sniper rifles. Scaled for use with 28mm wargame minis (GW Imperial Guard).

This product is sold unpainted and some cleaning may be required.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Case: 1:10-cv-08103 Document #: 224-15 Filed: 08/29/12 Page 52 of 86 PageID #:9043

**Plaintiff's Exhibit A**

Entry 120

# NO COPYRIGHT CLAIM STATED

"There are no IP concerns with these bases."

**Exhibit 120-A**

GW allegedly infringed work: "There are no IP concerns with these bases."



**Exhibit 120 –B**
[Plaintiff's Exhibit A, Entry No. 120]
Photograph of Chapterhouse Studios product No. 120

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain
  - 28mm Beveled Bases

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

### Lava Crystal Bases 25mm - 10



Product Code: Lava Bases 25mm - 10
Reward Points: 0
Availability: 49

**Price: $11.00**

Qty:

[Add to Cart]

☆☆☆☆☆    0 reviews  |  Write a review

Share  ✉ 🖶 f 🐦

**Description** | **Reviews (0)**

A set of ten pressure cast resin bases in a "Lava World" theme.

These bases feature volcanic rock with flowing lava and crystals.

This product is sold unpainted and should be washed in cool, soapy water prior to painting.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept   PayPal    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy    2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

**Entry 121**



**Exhibit 121-A-1**

[Plaintiff's Exhibit A, Entry No. 121 – 80% actual size]

GW allegedly infringed work: "current Space Marine Bike model sold by Games Workshop"



**Exhibit 121-B**
[Plaintiff's Exhibit A, Entry No. 121]

Photograph of Chapterhouse Studios Product No. 121

## THE WAR COUNCIL

The Great Crusade was a mammoth operation involving millions of troops and thousands of ships. Imperial armies fought campaigns across the broad sweep of the galaxy. Tens of thousands of human worlds needed to be saved.

The Imperial military of this time comprised the entire force of Space Marine Legions, hundreds of auxiliary regiments drawn from the freshly reconquered worlds, gigantic war machines supplied by the Mechanicum and their Forge Worlds, foremost amongst these the mighty Titans of the Collegia Titanica, and a host of other smaller organisations and armed formations. The most significant of the smaller formations were the Custodian Guard, the Emperor's Bodyguard.

All of these were supported by a bewildering array of battleships, dropships and troop transports variously commanded by the Space Marine Legions, the Mechanicum and the other Imperial Commanders and leaders.

To manage the execution of the Great Crusade the Emperor convened the War Council. This effectively became the ruling body of the Imperium during the Great Crusade and through it the Emperor's law was brought to hundreds of thousands of human worlds.

The Emperor sat at the head of Council; at his right hand was Malcador. Each of the Primarchs had a seat on the Council, as did the chief custodian. When the Emperor made his alliance with Mars the fabricator-general of the Mechanicum was offered a seat. Supporting the Council was a team of astropaths who provided communication between the members since it became increasingly impractical for the group to physically assemble given the size of the growing Imperium and the inherent difficulties of travel through the warp.



MALCADOR THE SIGILLITE • FIRST LORD OF TERRA • JOHN GRAVATO

## MALCADOR THE SIGILLITE

During the conquest of Earth the Emperor gathered about him trusted lieutenants and gave to them tasks and duties befitting men of status. Most of these servants were drawn from the ranks of his bodyguard and Space Marine Legions.

Malcador was an exception. He was not a warrior but a man of learning with the bearing of a priest. From the early years of the Battle of Unification he was ever-present at the Emperor's side. His origins were unknown to all save perhaps the Emperor. He wore the hooded robes of a simple Terran administrator.

Malcador was appointed to run the Emperor's Palace and through it he managed the administration of newly conquered Terra. As the Crusade progressed Malcador's power and influence grew as he became overseer of the Imperial Tithe and chief of the Imperial Administration.

Blessed with unnaturally long life there were many rumours about the true nature of this enigmatic figure. Some say he was a psyker, the first to have undergone the soul-binding ritual. Other rumours say that he was distantly related to the Emperor.



BELLATRIX TACTICAL SQUAD • ULTRAMARINES • DAVID HUDNUT
BABYLICIOUS JET BIKE SQUAD • EMPEROR'S CHILDREN • ERIC RESH



THE HORUS HERESY | 15

GW0001893

---

**Exhibit 121-A-2**

[Plaintiff's Exhibit A, Entry No. 121 – 80% actual size]

GW allegedly infringed work: p15, Horus Heresy: Collected Visions ©2007



**Exhibit 121-B**
[Plaintiff's Exhibit A, Entry No. 121]

Photograph of Chapterhouse Studios Product No. 121

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTER HOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |



**PRODUCTS**

Eldar Compatible Bits

**Knight Praetorius TRU-Scale Figure Kits**

Imperial Guard Compatible Bits

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Javelin Imperial Jet Bike

Product Code: Javelin Imperial Jet Bike

Reward Points: 0

Availability: 114

### Price: $14.00

Qty:

Add to Cart

★★★★★  2 reviews  |  Write a review

Share ✉ 🖨 f t

| **Description** | Reviews (2) | Related Products (1) |

This multi-part customizable resin kit contains 9 resin components. We have included 2 engine options, this will allow you to make a regular and a scout version of the Javelin Jet Bike.  We also included 2 different bolt gun mounts that will allow the addition of different special weapons (plasma, melta, grenade launchers etc).  These conveniently fit our combi-weapon conversion bits.

Also included in the kit are a set of legs and arms that will allow you to use other companies torsos and heads to model an armored rider.  Flight stand will be included.  Please note the peg hole is sized for Games Workshops flight bases, in order to use our bases you will have to widen the holes diameter slightly.

(Riders Shoulder Pads, Torso and Head not included and sold seperately)

Models supplied unassembled and unpainted.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010,

Javelin Imperial Jet Bike

variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept    PayPal      About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy     2011 ChapterHouse Studios®

|                        |
| ---------------------- |
| **Plaintiff's Exhibit A** |
| **Entry 122**          |

# NO COPYRIGHT CLAIM STATED

# "The product implicates trademark issues only, not copyright"

**Exhibit 122-A**
[Plaintiff's Exhibit A, Entry No. 122]

GW allegedly infringed work: N/A



**Exhibit 122-B**
[Plaintiff's Exhibit A, Entry No. 122]

Photograph of Chapterhouse Studios Product No. 122

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- **Shields**
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!



## Death Angel Storm Shield

Product Code: Death Angel Storm Shield
Reward Points: 0
Availability: 51

### Price: $2.00

Qty:

Add to Cart

☆☆☆☆☆   0 reviews  |  Write a review

Share ✉ 🖨 f 🐦

| Description | Reviews (0) |

This is a single pewter combat or storm shield for 28 mm figures.  This oval shaped shield has an image of a grim reaper or dark angel standing on a pile of skulls.

Approximately 17mm wide and 23mm high.

If to be used on Games Workshop models, this is more suitable for a terminator model as opposed to a space marine model (it would look a bit large for the smaller armor).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Death Angel Storm Shield

We accept     PayPal

About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| **Entry 123** |

GW identifies but has failed to produce the following allegedly infringed work: p69 Warhammer 40,000 Compilation 1991.



**Exhibit 123-A-1**
[Plaintiff's Exhibit A, Entry No. 123 – actual size]

GW allegedly infringed work: "Jes Goodwin's exarch sketches"



**Exhibit 123-B**
[Plaintiff's Exhibit A, Entry No. 123]

Photograph of Chapterhouse Studios Product No. 123

# STRIKING SCORPIONS

The Warrior Aspect of the Striking Scorpion epitomises the deadly attributes of their namesake, and they are the most potent of all the close assault aspects. They are merciless killers without exception, revelling in the hunt and the kill. Perhaps the most sinister aspect of the Striking Scorpion is the legacy of their former master Arhra – the ability to stalk the shadows, creeping ever closer to their prey before falling upon them like the wrath of Khaine himself.

The heavier armour plates forming the Striking Scorpion's armour mean that they are not as swift as their Banshee sisters. Instead, these Aspect Warriors excel at stalking through dense terrain, using every available hiding place to close with their prey. When they launch their attack they use shuriken pistols and scorpion chainswords; vicious blades with diamond-toothed edges that mangle and tear flesh.

The signature attack of the Striking Scorpion is made by the weapon pods housed on either side of the warrior's helmet, known as mandiblasters. These are short-ranged laser weapons used to deliver a deadly energy sting in close combat. Activated by a psychic pick-up, they fire a hail of needle-thin shards that act as a conductor for a highly charged laser. A mandiblaster volley and the blistering storm of attacks from the Scorpions that follow it is enough to tear the heart out of an enemy force.



|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Striking Scorpion | 4 | 4 | 3 | 3 | 1 | 5 | 1 | 9 | 3+ |
| Exarch | 5 | 5 | 3 | 3 | 1 | 6 | 2 | 9 | 3+ |

## WARGEAR
**Mandiblasters:** A model with mandiblasters has +1 A.

**Scorpion Chainsword:** This is a one-handed weapon that adds +1 S to the model's attacks.

## EXARCH WARGEAR
**Scorpion's Claw:** The scorpion's claw takes the form of a powered claw-shaped gauntlet incorporated with a shuriken catapult. The claw may be used both as a power fist and a shuriken catapult in the same turn.

**Chainsabres:** Some Exarchs train in the use of blades paired with ancient gauntlets that house twin-linked shuriken pistols, allowing them to level a storm of attacks at their foes. A model with chainsabres has +1 Attack and can re-roll all failed to hit and to wound rolls.

**Biting Blade:** The teeth of a biting blade tear through flesh as if it were parchment, shredding muscle and bone. It is a two-handed close combat weapon that adds +1S. Furthermore, each hit scored by a model with a biting blade adds a further +1S for the purposes of resolving those attacks. For instance, an Exarch who hits three times will strike at S7.

## EXARCH POWERS
**Shadowstrike:** The Exarch becomes one with the shadows, using them to shield his squad from their enemies as they approach. A squad including a model with Shadowstrike has the Infiltrate special rule. This ability cannot affect an Autarch – his command is needed elsewhere.

**Stalker:** The Exarch and his squad can flow silently and without trace through dense terrain. They have the Move Through Cover special rule.

33

GW0005791

**Exhibit 123-A-2**

[Plaintiff's Exhibit A, Entry No. 123 – 80% actual size]

GW allegedly infringed work: "P.33 Codex Eldar ©2006."



**Exhibit 123-B**
[Plaintiff's Exhibit A, Entry No. 123]

Photograph of Chapterhouse Studios Product No. 123

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| PRODUCTS | | NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Eldar Compatible Bits ▼

- 28mm Figures
- Jetbike Conversion Kits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Armana'serq Scorpion Warrior Priestess



Product Code: Armana'serq Scorpion Warrior Priestess

Reward Points: 0

Availability: 19

### Price: $13.50

Qty:

Add to Cart

★★★★★  5 reviews  |  Write a review

Share

### Description    Reviews (5)

The gods have always demanded worship and sacrifice but in return they grant their most zealous followers with supernatural strength and skills.  Serqitet, goddess of the scorpion protects her followers through her warrior priestess.

Armed with sword and pistol, Armana'serq leads her fellow warrior-priest into close-combat through stealth and subterfuge.

This unpainted 28mm scale pewter model consist of 6 components - body and 5 variant arms.  A 25mm slotted base is included.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept   PayPal

About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy      2011 ChapterHouse Studios®

| Plaintiff's Exhibit A |
|:---:|
| **Entry 124** |

GW identifies but has failed to produce the following allegedly infringed works: p6 Codex Imperial Guard 1995; Cover art, Codex Imperial Guard 2008.

# ALLEGEDLY INFRINGED WORK NOT PRODUCED

**Exhibit 124-A**
[Plaintiff's Exhibit A, Entry No. 124]

GW allegedly infringed work:  p6 Codex Imperial Guard 1995;
Cover art, Codex Imperial Guard 2008.



**Exhibit 124-B**
[Plaintiff's Exhibit A, Entry No. 124]

Photograph of Chapterhouse Studios Product No. 124

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

**Imperial Guard Compatible Bits**

- **28mm Imperial Army figures**
- Infantry Bits
- Kits for Imperial Guard Vehicles

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

### Abbithan Banshees Guardswoman 28mm figures - 12

Product Code: Abbithan Banshees
Guardswoman - 12

Reward Points: 0

Availability: 54

**Price: $19.50**

Qty:

**Add to Cart**

★★★★☆  5 reviews  |  Write a review

Share

| **Description** | **Reviews (5)** |

This resin conversion kit contains 12 torsos, 12 legs, 12 heads, 12 backpacks and enough bases to assemble a 12 woman unit of Abbithan Banshees Guardswoman.  Models are scaled for 28mm wargames.  Models do not come with arms and weapons.

Display models shown assembled with Games Workshop Cadian Imperial Guard arms and weapons for compatibility purposes.

(Chapterhouse Studios recommends Games Workshop Imperial Guard weapons and arms, in particular Cadian Imperial Guardsman arms)

Tags: Abbithan Banshees Guardswoman 28,

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Abbithan Banshees Guardswoman 28mm figures - 12

We accept   PayPal

About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®