| **Plaintiff's Exhibit A** |
|---|
| Entry 125 |

# (NO GW WORK IDENTIFIED)

**Exhibit 125-A-1**
[Plaintiff's Exhibit A, Entry No. 125]

GW allegedly infringed work: NO WORK IDENTIFIED

**(NO CHS PRODUCT IDENTIFIED)**

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 126 |

GW identifies but has failed to produce the following allegedly infringed works: p28 Codex Space Marines 2008; p34 Warhammer 40,000 Compendium.

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: p20 Codex Space Marine 2008.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.

# SPACE MARINE POWER ARMOUR

Most humans who have any contact with Space Marines will know and recognise the most common types of Space Marine armour quite readily. However there are older types of armour (also known as marks) which remain in service to this day and whose design differs greatly. Indeed, many of the older variants have special associations for particularly old or honoured Chapters and so may be worn by ceremonial guards or by elite units. Other Chapters are less formal in their use of armour, mixing various types into their fighting units with little or no regard for conformity. The degree of uniformity within a Chapter varies a great deal and is often determined by historical precedent or tradition.

Each Chapter's power armour is maintained by skilled Artificers. These are not Space Marines, but dedicated servants who spend their lives working for the Chapter. Over the history of a Chapter, especially talented Artificers become famous and justly celebrated, and examples of their work are much sought after. When a Space Marine earns a combat honour it is the Artificers who fashion the honour badge and fasten it onto the Marine's armour. Similarly, the Artificers make rank badges, long service accolades and other awards of distinction.

Artificers religiously hunt down elements of ancient armour. Such pieces will be lovingly restored, often plated with silver or gold, and then painstakingly engraved with naturalistic scenes, abstract designs or Chapter badges. Older types of armour are associated with the past history of many Chapters and often with the deeds of heroic individuals. A piece of armour that belonged to an old Chapter hero is valued above all others, for it implies his presence on the battlefield, witnessing the deeds of his successors. In this way, a single armoured plate or helmet might be heir to a long and famous history, having belonged to a whole succession of Space Marine heroes and been worked on by many renowned Artificers.

As well as resurrecting old pieces of armour for notable Space Marines, the Artificers also decorate and modify armour to suit particularly revered individuals. As a result of the Artificers' efforts over the many thousand years a Chapter has been in existence, it is quite common to find suits which combine elements of the different marks as well as quite unique suits which have customised armoured plates or helmets. Some Chapters reserve such armour for special individuals, officers, or high ranking commanders. There is no fixed rule on this, it is a matter of Chapter tradition and preference how such armour is used. However, it is generally the case that very high ranking officials inherit special suits of armour, which they may then combine with their own existing suits so that their individual honours or personal pieces of armour are retained when they are appointed to a new position. So does a Chapter's power armour evolve down the centuries, each and every greave and gorget a recollection of mighty deeds and terrible battles won.



Mk1 "Thunder" Pattern    Mk2 "Crusade" Pattern    Mk3 "Iron" Pattern    Mk4 "Maximus" Pattern

Mk5 "Heresy" Pattern    Mk6 "Corvus" Pattern    Mk7 "Aquila" Pattern    Mk8 "Errant" Pattern

20    Space Marine Power Armour

GW0011380

**Exhibit 126-A-1**
[Plaintiff's Exhibit A, Entry No. 126]

GW allegedly infringed work: p20 Codex Space Marine 2008



**Exhibit 126 –B**
[Plaintiff's Exhibit A, Entry No. 126]
Photograph of Chapterhouse Studios product No. 126



GW0002432

**Exhibit 126-A-2**
[Plaintiff's Exhibit A, Entry No. 126]

GW allegedly infringed work: Cover art, Codex Space Marines 2008.



**Exhibit 126 –B**
[Plaintiff's Exhibit A, Entry No. 126]
Photograph of Chapterhouse Studios product No. 126

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# CHAPTERHOUSE
## STUDIOS

Shopping Cart | Checkout

| PRODUCTS |
| --- |
| Eldar Compatible Bits |
| **Knight Praetorius TRU-Scale Figure Kits** |
| Imperial Guard Compatible Bits |
| Space Marine Compatible Bits |
| Tau Compatible Bits |
| Tyranid Compatible Bits and Kits |
| Super Heavy Kits |
| Resin Bases & Terrain |

NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS

Search

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR

Create an Account

Sign up for the ChapterHouse Newsletter!



## TRU-Scale Knight Praetorius Conversion Kit - 6

Product Code: TRU-Scale Knight Praetorius Conversion Kit - 6

Reward Points: 0

Availability: 70

### Price: $22.50

Qty:

Add to Cart

★★★★☆  3 reviews  |  Write a review

Share

---

| **Description** | Reviews (3) | Related Products (1) |

The "Knights Praetorius" are the Empress' most loyal soldiers.  Each is endowed with a touch of the Empress' psychic powers when admitted into the unit.  While few in number, each is a match for 10 lesser men, the psychic unity with the Empress allows a measure of prescience as well as formidable endurance.  Both men and woman are allowed to test to join the unit, but few survive this testing.

*In a future where knowledge and technology rule. Aliens and humans battle for resources over countless worlds in a race to the become the dominate power.*
*Earth has been divided into two warring factions although each faction has claimed a whole system to rule over-, they continue to fight over who should rule over earth.*

*Queen Eva Kimlar is the leader of the Valnarian Empire, a powerful psyker that has merged psionics with technology.  Kimlar is the manipulator of men and can influence their thoughts, it is almost impossible for a male to deceive her as she can see your innermost secrets  in your eyes as if watching them play out on a screen. As a the strongest known psyker in existance she shares a  link with her most loyal followers on a level a normal human could not comprehend.*
*Her influence on peoples actions are stronger over men than women, thus she has to use her strong political skills and natural charisma to win over the female population.*

Each resin kit comes **unassembled and unpainted**.  The28 mm TRU-Scale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.*  Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit.  We recommend 28mm scale model kits for assemble with this kit.

Displayed model painted by Jose Veiga and incorporates kits from Chapterhouse Studios - Spiky Marine Head, Open Fist Power Claws, and Combi-Flamer Component

### Examples of assembled and painted models by Stephen Smith and consist of numerous components from different manufactures for the weapons, arms, heads and weapon

**effects are available [here](#).**

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept 

About us    Contact    Forum    Gallery    Commisions    Careers    Newsletter    Shipping Policy          2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

Entry 127

# (NO GW WORK IDENTIFIED)

**Exhibit 127-A**
[Plaintiff's Exhibit A, Entry No. 127]

GW allegedly infringed work: NO WORK IDENTIFIED

**(NO CHS PRODUCT IDENTIFIED)**

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 128 |

GW identifies but has failed to produce the following allegedly infringed work: p21, Codex Imperial Guard © 1995.

# ALLEGEDLY INFRINGED WORK
# NOT PRODUCED

**Exhibit 128-A**
[Plaintiff's Exhibit A, Entry No. 128]

GW allegedly infringed work: "p21, Codex Imperial Guard © 1995."



**Exhibit 128 –B**
[Plaintiff's Exhibit A, Entry No. 128]
Photograph of Chapterhouse Studios product No. 128

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)





| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- **Imperial Guard Compatible Bits**
  - - 28mm Imperial Army figures
  - **- Infantry Bits**
  - - Kits for Imperial Guard Vehicles
- Space Marine Compatible Bits
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

Search

## Hot Shot Lasgun Pack

Product Code: Hot Shot Lasgun

Reward Points: 0

Availability: 11

### Price: $1.00

Qty:

Add to Cart

★★★★★  1 reviews  |  Write a review

Share

| **Description** | Reviews (1) |

This is a 2 piece metal model of a heavy laser and a power pack. Designed to be compitable with 28mm wargaming miniatures and can be used to convert Imperial Guard Storm Trooper models.

This product is sold unpainted and some cleaning may be required.

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Hot Shot Lasgun Pack

We accept   PayPal        About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 129 |

# NO COPYRIGHT CLAIM STATED

## "The product implicates trademark issues only, not copyright"

**Exhibit 129-A**

GW allegedly infringed work: N/A



**Exhibit 129 –B**
[Plaintiff's Exhibit A, Entry No. 129]
Photograph of Chapterhouse Studios product No. 129

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)

Iconoclast Conversion kit for Space Marine Land Raider



# CHAPTERHOUSE STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

## PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- **Kits for Space Marine Vehicles**
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Iconoclast Conversion kit for Space Marine Land Raider



Product Code: Iconoclast Land Raider Kit

Reward Points: 0

Availability: 69

**Price: $25.00**

Qty:

Add to Cart

★★★★☆  7 reviews  |  Write a review

Share ✉ 🖨 f 🐦

### Description | Reviews (7)

This resin kit consist of 12 components that when combined with the Games Workshop Space Marine® Land Raider will create a more heavily armored vehicle to transport your toy soldiers on the battlefield.  The Iconoclast conversion kit consist of the following components - 2 side armored sponsons, 2 sponson upper components, 2 weapon mounts, 2 side hatches, 2 armored sensor units, 1 central hull and turret mount and 1 upper turret armor piece.

The Iconoclast conversion kit is designed to be fully compatible with all plastic versions of Games Workshop's Space Marine Land Raider.  As this kit will require modification of the sponson weapons to attach to the drum weapon mounts, modeling experience is recommended.

Land Raider modell shown is not included and is displayed to illustrate use of the conversion kit and compatibility.

Components sold unpainted and unassembled.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010,

Iconoclast Conversion kit for Space Marine Land Raider

variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept    PayPal          About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| :---: |
| Entry 130 |

GW identifies but has failed to produce the following allegedly infringed work: p37 Codex Grey Knights 2010.

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: p101 Codex Space Marines 2008..

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.



**Exhibit 130-A-1**

[Plaintiff's Exhibit A, Entry No. 130]

GW allegedly infringed work: "Stormraven Gunship"



**Exhibit 130 –B**
[Plaintiff's Exhibit A, Entry No. 130]
Photograph of Chapterhouse Studios product No. 130



### Storm Shield

A storm shield is a solid shield that has an energy field generator built into it. The energy field is capable of deflecting almost any attack, even blows from lascannons and power weapons.

A model with storm shield has a 3+ invulnerable save. A model equipped with a storm shield can never claim the +1 Attack bonus for being armed with two close combat weapons in an assault.

### Teleport Homer

Teleport homers emit a powerful signal enabling Space Marine Strike Cruisers to lock on to them with their teleportation equipment. By utilising this signal, the risk of missing the intended mark is greatly reduced, as are the dangers of more serious accidents. If Terminators wish to teleport onto the battlefield via deep strike and choose to do so within 6" of a model carrying the homer, then they won't scatter. Note that the teleport homer only works for units that are teleporting, not for units entering play using jump packs, drop pods or other means of transport. Also note that the homer must already be on the table at the start of the turn for it to be used.

Boltgun
+++Godwyn pattern+++
Firepower, always firepower.

Assault Cannon
+++Astartes MK II: Abraxis pattern+++
High capacity, fast-change ammunition hopper.

Bolt Pistol
+++Standard issue+++

Plasma Pistol
+++Single core pattern+++

"Do not forsake your sidearm. It is the deliverer of wrath and a constant companion in a life of unending battle."

MK III Combi-plasma
+++Aloysha pattern+++

Heavy Bolter
+++Astartes MK IV+++
The heavy bolter sings praises to the Emperor with a voice that will never tire.

Lascannon
+++MK VII: Alternate sighting array+++
As pure and wroth as justice itself.

Boltgun
+++Astartes MK IIIxx+++
A warrior is as skilled as the quality of his armament permits.

Flamer
It is more than just a weapon. It is the redeemer of the the corrupt and the purifier of the tainted.

Heavy Flamer
+++MK III: I2 Burst Promethium tank+++
The fires of absolution shall cleanse. The work of the Emperor shall be done.

Plasma Cannon
+++MK XIII+++
Employ the plasma cannon against clusters of heavily armoured troops or light vehicles.

Jump Pack
+++Astartes type I2+++
Extended lift capacity.

Plasma Gun
+++MK XII 'Ragefire' type+++
The noblest works incur the heaviest risks.

Storm Shield
+++Terminator issue+++
MKII generator.

Storm Bolter
One can never have too much firepower.

Combat Shield
+++Limited issue+++
'Deliverance' pattern.

Thunder Hammer
+++Stormlord pattern+++
Conviction leads it strength. Justice gives it purpose.

+++Assault pattern 'Vulkan'+++
The fury of the meltagun is as nothing to our righteous rage.

Power Sword
Armour is no protection against the blessed tools of the righteous.

Chainsword
+++MK XI 'Hell's Teeth'+++
Taste the fear of your enemy as he dies.

Missile Launcher
+++Soundstrike pattern+++
Never permit those enemy to find you unprepared for the battle.

Multi-melta
+++Maxima pattern+++
It speaks with the roar of ten billion voices, seeking justice from an uncaring universe.

Lightning Claw
+++Angel's Talon type+++
The talons of vengeance, the scythe to sweep away those who would deny the Emperor's dream.

Power Fist
+++MKII: 'Castigator'+++
The powerfist smites the foe with all the fury of a thousand men.

GW0011388

**Exhibit 130-A-2**
[Plaintiff's Exhibit A, Entry No. 130]

GW allegedly infringed work: "p101 Codex Space Marines 2008.



**Exhibit 130 –B**
[Plaintiff's Exhibit A, Entry No. 130]
Photograph of Chapterhouse Studios product No. 130

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# CHAPTERHOUSE
## STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- **Kits for Space Marine Vehicles**
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Magnetic Turret Kit for the Storm Raven



Product Code: Magnetic Turret Kit for the Storm Raven

Reward Points: 0

Availability: 25

### Price: $14.00

Qty:

Add to Cart

★★★★☆  1 reviews  |  Write a review

Share

---

**Description**  **Reviews (1)**

The Chapterhouse Studios "Magnetic Turret Kit for the Storm Raven" is a resin model kit that modifies the Games Workshop Storm Raven vehicle.  It is composed of 13 pieces - 7 piece turret, 2 laser cannons, 2 plasma cannons, 2 assault cannons and 8 magnets.  Our turret design allows you to easily switch between the lascannon, plasma cannon or assault cannon options available to the Storm Raven game piece according to the rules published by Games Workshop.

Storm Raven model hull shown is not included and is displayed to illustrate use of the conversion kit.

Components sold unpainted and unassembled.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Magnetic Turret Kit for the Storm Raven

We accept    PayPal    About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy    2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|:---:|
| Entry 131 |



**Exhibit 131-A-1**

[Plaintiff's Exhibit A, Entry No. 131]

GW allegedly infringed work: "Stormraven Gunship."



**Exhibit 131 –B**
[Plaintiff's Exhibit A, Entry No. 131]
Photograph of Chapterhouse Studios product No. 131

## THE GREAT BETRAYAL

Horus, Primarch of the Sons of Horus and trusted Warmaster of the Emperor's armies, cast aside his oaths of loyalty and offered his fealty to the Dark Gods of Chaos, driving the Legions to turn upon one another as the Emperor stood on the very brink of his ultimate triumph. In what should have been their finest hour, brother fought brother and warriors that had stood shoulder to shoulder to carve the Emperor's realm from the flesh of the stars butchered one another in a civil war that set the galaxy afire. Worlds burned in the name of the Dark Gods and a terror unlike any seen before was unleashed. Much of the truth of these times has been lost, obscured by the mists of time or embellished to the point where giants bestrode worlds with thunderous steps and the planets themselves cracked and split at their tread.

The traitorous forces of the rebel Warmaster drove all before them until the warriors still loyal to the Master of Mankind stood at bay within the walls of the Emperor's Palace on Terra itself. Blind hate and malice met courage and steel on the blood-slick ramparts of the Emperor's last bastion, the corrupted Primarchs horrifyingly revealed as the abominations against nature they truly were. The forces of darkness pressed in around the guttering flame of Humanity, but desperate times called for desperate solutions and the Emperor and his most trusted warriors took the fight to Horus upon his starship, facing the traitor in his inner sanctum. Sanguinius of the Blood Angels, most beatific of the Primarchs, was slain and the Emperor cast down, broken and wounded almost unto death. But the Emperor was infused with unimaginable power and struck Horus down with the last ounce of his strength, destroying the traitor utterly and breaking the power of his Legions.

The followers of the Ruinous Powers were defeated, but it was victory won at terrible cost. The brotherhood of the Primarchs was no more and the Emperor's dream lay in ruins, the last, best hope of its achievement lost forever. The conflict with Horus had shattered the Emperor's body; his immortal existence now sustained for all eternity by constant sacrifice and the baroque machineries of the Golden Throne. The galactic empire he had forged was all but destroyed and it was to take many more years of brutal warfare before all the traitor forces were defeated and driven into the hellish chaos of the Eye of Terror. The death toll numbered in the billions and uncounted worlds had been left as little more than corpse-haunted wastelands as the raging inferno of the Heresy was finally extinguished. In these dark times of anarchy and confusion, many human renegades and predatory xeno races sought to plunder the reeling worlds of the Emperor.



5

GW0001223

**Exhibit 131-A-2**

[Plaintiff's Exhibit A, Entry No. 131]

GW allegedly infringed work: p5 Codex Space Marines 2004.



**Exhibit 131 –B**
[Plaintiff's Exhibit A, Entry No. 131]
Photograph of Chapterhouse Studios product No. 131



## TRANSPORT VEHICLES

Certain Space Marine units have the option of selecting a transport vehicle. These vehicles do not use up any additional force organisation chart selections, but otherwise function as separate units. The vehicles described here may only transport the units they are selected with, and may not be used to transport other units during the course of a battle. See the Warhammer 40,000 rules for details of dedicated transports. Land Raiders may be selected by some units as dedicated transports. See the entry in the Heavy Support section for details. Because Land Raiders are such formidable vehicles they do not count as dedicated transports for the purposes of holding objectives and scoring Victory Points. Treat them as Vehicles instead.

### RHINO

| ARMOUR | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Pts | Front | Side | Rear | WS | BS | S | I | A |
| 50 | 11 | 11 | 10 | n/a | 4 | n/a | n/a | n/a |

**Type:** Tank.  **Crew:** One Space Marine.

**Weapons:** The Rhino is armed with a storm bolter.

**Transport:** The Rhino may carry up to 10 Space Marines, but may not transport Terminators.

**Fire Points:** Up to two models may fire from the Rhino's top hatch.

**Access Points:** Rhinos have a hatch on each side of the hull and one ramp at the rear.

**Vehicle upgrades:** Rhinos may have any of the following vehicle upgrades at the cost listed in the Space Marines Armoury: dozer blades; extra armour; hunter-killer missile; pintle-mounted storm bolter; Power of the Machine Spirit; searchlight; smoke launchers.

**Repair:** Rhinos are exceptionally resilient vehicles and can often be repaired by their crew in the heat of battle. If a Rhino is immobilised for any reason, then in subsequent turns the driver may attempt to effect a temporary repair instead of shooting. Roll a D6 in the Shooting phase, and on a 6 the vehicle is free to move in its next turn.

### RAZORBACK

| ARMOUR | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Pts | Front | Side | Rear | WS | BS | S | I | A |
| 70 | 11 | 11 | 10 | n/a | 4 | n/a | n/a | n/a |

**Type:** Tank.  **Crew:** One Space Marine.

**Weapons:** The Razorback's turret is armed with a twin-linked heavy bolter.

**Options:** The twin-linked heavy bolter can be upgraded to a twin-linked lascannon at +20 pts.

**Transport:** The Razorback may carry up to 6 Space Marines, but may not transport Terminators.

**Fire Points:** None

**Access Points:** A Razorback has one hatch on each side of the hull and one ramp at the rear.

**Vehicle upgrades:** Razorbacks may have any of the following vehicle upgrades at the cost listed in the Space Marine Armoury: dozer blades; extra armour; hunter-killer missile; pintle-mounted storm bolter; Power of the Machine Spirit; searchlight; smoke launchers.

### DROP POD

| ARMOUR | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Pts | Front | Side | Rear | WS | BS | S | I | A |
| 30 | 12 | 12 | 12 | n/a | n/a | n/a | n/a | n/a |

**Type:** Vehicle, Immobile, Open-topped.  **Crew:** None.  **Weapons:** A drop pod is armed with a storm bolter.

**Options:** A drop pod can be upgraded to carry a Deathwind launcher at +20 points.

Deathwind Launcher: Range 12"; Strength 5; AP 6; Heavy 1, Large Blast

**Transport:** A drop pod may carry up to 10 Space Marines, 5 Terminators or 1 Dreadnought. Once passengers have disembarked they may not re-embark.

**Fire Points:** None  **Access Points:** Open-topped vehicle.

A drop pod always has the Power of the Machine Spirit upgrade, this has been included in its points cost. Drop pods may fire on the same turn as they land.

35

GW0001253

**Exhibit 131-A-3**
[Plaintiff's Exhibit A, Entry No. 131]

GW allegedly infringed work: p35 Codex Space Marines 2004.



**Exhibit 131 –B**
[Plaintiff's Exhibit A, Entry No. 131]
Photograph of Chapterhouse Studios product No. 131

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# CHAPTERHOUSE STUDIOS

Shopping Cart | Checkout

| PRODUCTS | NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- **Kits for Space Marine Vehicles**
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

**E-Mail Address:**

**Password:**

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Magnetic Turret Kit for the Razorback



Product Code: Magnetic Turret Kit for the Razorback
Reward Points: 0
Availability: 70

**Price: $17.50**

Qty:

[Add to Cart]

★★★★ 3 reviews | Write a review

Share

| **Description** | **Reviews (3)** |

The Chapterhouse Studios "Magnetic Turret Kit for the Razorback" is a resin model kit that modifies the Games Workshop Space Marine Razorback vehicle. It is composed of 17 pieces - 7 piece turret, 2 heavy bolt guns, 2 laser cannons, 2 heavy flamethrowers, 2 assault cannons, 2 plasma guns and 12 magnets. Our turret design allows you to easily switch between the lascannon, lascannon with twin-linked plasma guns, heavy bolter, heavy flamers or the assault cannon options available to the Razorback tank game piece according to the rules published by Games Workshop.

Razorback tank model shown is not included and is displayed to illustrate use of the conversion kit.

Components sold unpainted and unassembled.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Magnetic Turret Kit for the Razorback

We accept ___ PayPal ___ About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy ___ 2011 ChapterHouse Studios®

http://chapterhousestudios.com/index.php?route=product/product&path=85_78&product_id=227[8/10/2012 1:33:16 PM]

| **Plaintiff's Exhibit A** |
| Entry 132 |

GW identifies but has failed to produce the following allegedly infringed works: p27 Codex Blood Angels 2009; p10 Warhammer 40,000 Compilation 1991; p53 Codex Ultramarines 1994.

GW produced the following allegedly infringed works on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: p101 Codex Space Marines 2008; p92 Codex Space Marines 2008.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.

## Storm Shield

A storm shield is a solid shield that has an energy field generator built into it. The energy field is capable of deflecting almost any attack, even blows from lascannons and power weapons.

A model with storm shield has a 3+ invulnerable save. A model equipped with a storm shield can never claim the +1 Attack bonus for being armed with two close combat weapons in an assault.

## Teleport Homer

Teleport homers emit a powerful signal enabling Space Marine Strike Cruisers to lock on to them with their teleportation equipment. By utilising this signal, the risk of missing the intended mark is greatly reduced, as are the dangers of more serious accidents. If Terminators wish to teleport onto the battlefield via deep strike and choose to do so within 6" of a model carrying the homer, then they won't scatter. Note that the teleport homer only works for units that are teleporting, not for units entering play using jump packs, drop pods or other means of transport. Also note that the homer must already be on the table at the start of the turn for it to be used.



Boltgun
+++Godwyn pattern+++
Firepower, always firepower.

Assault Cannon
+++Astartes MK II: Absinia pattern+++
High capacity, fast-change ammunition hopper.

Bolt Pistol
+++Standard issue+++

Plasma Pistol
+++Single core pattern+++

"Do not forsake your sidearm. It is the deliverer of wrath and a constant companion in a life of unending battle."

MK III Combi-plasma
+++Aloysha pattern+++

Heavy Bolter
+++Astartes MK IVa+++
The heavy bolter sings praises to the Emperor with a voice that will never tire.

Lascannon
+++MK VII: Alternate sighting arrays+++
As pure and wroth as justice itself.

Boltgun
+++Astartes MK IIIsx+++
A warrior is as skilled as the quality of his armament permits.

Flamer
It is more than just a weapon. It is the redeemer of the corrupt and the purifier of the tainted.

Heavy Flamer
+++MK III: 12 Burst Promethium tank+++
The fires of absolution shall cleanse. The work of the Emperor shall be done.

Plasma Cannon
+++MK XIII+++
Employ the plasma cannon against clusters of heavily armoured troops or light vehicles.

Jump Pack
+++Astartes type 12+++
Extended lift capacity.

Plasma Gun
+++MK XII 'Ragefire' type+++
The noblest works incur the heaviest risks.

Storm Shield
+++Terminator issue+++
MKII generator.

Storm Bolter
One can never have too much firepower.

Combat Shield
+++Limited issue+++
'Deliverance' pattern.

Thunder Hammer
+++Stormlord pattern+++
Conviction leads in strength. Justice gives it purpose.

Power Sword
Armour is no protection against the blessed tools of the righteous.

+++Assault pattern 'Vulkan'+++
The fury of the meltgun is as nothing to our righteous rage.

Chainsword
+++MK XI 'Hell's Teeth'+++
Taste the fear of your enemy as he dies.

Missile Launcher
+++Soundstrike pattern+++
Never permit thine enemy to find you unprepared for the battle.

Multi-melta
+++Maxima pattern+++
It speaks with the roar of ten billion voices, seeking justice from an uncaring universe.

Lightning Claw
+++Angel's Talon type+++
The talons of vengeance, the scythe to sweep away those who would deny the Emperor's dream.

Power Fist
+++MKIIa 'Castigator'+++
The powerfist smites the foe with all the fury of a thousand men.

GW0011388

**Exhibit 132-A-1**
[Plaintiff's Exhibit A, Entry No. 132]

GW allegedly infringed work: p101 Codex Space Marines 2008.



**Exhibit 132 –B**
[Plaintiff's Exhibit A, Entry No. 132]

Photograph of Chapterhouse Studios product No. 132

# KAYVAAN SHRIKE
## SHADOW CAPTAIN OF THE RAVEN GUARD 3rd COMPANY

Captain Shrike made his name during the early months of the Targus campaign. The Raven Guard 3rd Company was one of many Imperial units assigned to the assault on Targus VIII, tasked with the elimination of the Orks' orbital defences. Striking hard and fast, Shrike's force accomplished its mission, only to become stranded when their extraction Thunderhawk was destroyed in near orbit.

Undaunted by his predicament, Shrike led a campaign of destructive havoc behind the Ork lines. For two years the Raven Guard 3rd struck at the Waaagh! wherever it showed weakness, destroying fuel dumps, ammunition stores and supply lines, all the while providing invaluable targeting and intelligence data to orbiting naval vessels. Shrike and his men were untouchable, able to strike at the Orks' brutal war machine with seeming impunity, inflicting catastrophic damage before slipping away into the shadowed ruins of the hive cities.

By the time Shrike had extracted his Company from the ruins of Targus VIII he was hailed a hero systemwide. After his subsequent assaults on Ork conquests in the Donara and Yakhee systems, Shrike became nothing less than a saviour. Amongst the besieged ruins of Aldeb, Sulphuron and a dozen other worlds, desperate men beseeched the Immortal

Emperor to send Shrike to deliver them from the terror of Waaagh! Skullkrak. Fleet Commanders and Generals of the Imperial Guard pleaded with the Master of the Raven Guard to assign Captain Shrike to their sector of the campaign. But if the sombre Captain was aware of either petition, he gave no sign.

Under Shrike's direction, the Raven Guard 3rd continues to assail Waaagh! Skullkrak. They go wherever they are most needed, not to battlezones where Imperial Commanders struggle to contain the Ork menace, but to worlds whose populations have been abandoned to their fates by an overstretched and uncaring Imperium. Shrike and his men are legends on these worlds, as revered as the greatest heroes of old.

On every planet under threat from the Orks, Guardsmen grasp their guns tighter and fight more fiercely, knowing that every minute they hold out is a minute in which the Raven Guard 3rd might arrive to deliver them from a hopeless battle. Meanwhile, beyond the ravaged defences, Skullkrak's Boyz keep a wary eye on the shadows cast by ruin and undergrowth, knowing that Shrike and his Company might be lurking in the darkness, just waiting for the correct moment to strike.



| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Kayvaan Shrike | 6 | 5 | 4 | 4 | 3 | 5 | 3 | 10 | 3+ |

### SPECIAL RULES
**And They Shall Know No Fear, Combat Tactics, Independent Character.**

**See, But Remain Unseen:** Shrike (and models in his squad) benefit from the infiltrate special rule (see the Warhammer 40,000 rulebook).

**Chapter Tactics:** If you include Kayvaan Shrike then all units in your army exchange the **Combat Tactics** special rule for the **Fleet** universal special rule. If more than one character in your army has the Chapter Tactics special rule, you must choose which version will apply.

### WARGEAR
**The Raven's Talons:** These are a pair of master-crafted lightning claws. They also bestow the **Rending** special rule on Shrike's close combat attacks.

> "Wherever you tread, tread lightly. We are closer than you think, and our blades are sharp."
>
> Captain Kayvaan Shrike
> Raven guard 3rd Company

GW0011387

**Exhibit 132-A-2**
[Plaintiff's Exhibit A, Entry No. 132]

GW allegedly infringed work: p92 Codex Space Marines 2008.



**Exhibit 132 –B**
[Plaintiff's Exhibit A, Entry No. 132]

Photograph of Chapterhouse Studios product No. 132

# ALLEGEDLY INFRINGED WORK
# NOT PRODUCED

**Exhibit 132-A-3**
[Plaintiff's Exhibit A, Entry No. 132]

GW allegedly infringed work: p27 Codex Blood Angels 2009.



**Exhibit 132 –B**
[Plaintiff's Exhibit A, Entry No. 132]

Photograph of Chapterhouse Studios product No. 132

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# CHAPTERHOUSE
## STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |



**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- Shoulder Pads
- **Weapons**

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Open-Fisted Power Claws compatible with Games Workshop Space Marine model

Product Code: Open-Fist Power Claw set

Reward Points: 0

Availability: 130

**Price: $3.00**

Qty:

Add to Cart

★★★★★   4 reviews   |   Write a review

Share

| **Description** | Reviews (4) | Related Products (1) |

This is a pair of resin power claw arms for 28 mm figures. They are designed to be compatible with Games Workshop Space Marine models. Each set of claws come consist of 8 parts - 4 open-fisted power claws or blades, 2 armored arms and 2 power cables.

The shoulder armor pieces are approximately the same size as the shoulder armor on a Games Workshop Terminator model and will easily accept any of our "Terminator Shoulder Pads". The shoulder armor can be easily cut down in size to accomodate any of our "Power Armor Shoulder Pads". These can be used as lightning claws or any sort of power blades.

Components sold unpainted and unassembled.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Open-Fisted Power Claws compatible with Games Workshop Space Marine model

We accept    PayPal

About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy

2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 133 |

GW identifies but has failed to produce the following allegedly infringed works: p27 Codex Blood Angels 2009; p10 Warhammer 40,000 Compilation 1991; p53 Codex Ultramarines 1994.

GW produced the following allegedly infringed works on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: p101 Codex Space Marines 2008; p92 Codex Space Marines 2008.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.

## Storm Shield

A storm shield is a solid shield that has an energy field generator built into it. The energy field is capable of deflecting almost any attack, even blows from lascannons and power weapons.

A model with storm shield has a 3+ invulnerable save. A model equipped with a storm shield can never claim the +1 Attack bonus for being armed with two close combat weapons in an assault.

## Teleport Homer

Teleport homers emit a powerful signal enabling Space Marine Strike Cruisers to lock on to them with their teleportation equipment. By utilising this signal, the risk of missing the intended mark is greatly reduced, as are the dangers of more serious accidents. If Terminators wish to teleport onto the battlefield via deep strike and choose to do so within 6" of a model carrying the homer, then they won't scatter. Note that the teleport homer only works for units that are teleporting, not for units entering play using jump packs, drop pods or other means of transport. Also note that the homer must already be on the table at the start of the turn for it to be used.



**Boltgun**
+++Godwyn pattern+++
Firepower, always firepower.

**Assault Cannon**
+++Astartes MK II: Absinia pattern+++
High capacity, fast-change ammunition hopper.

**Bolt Pistol**
+++Standard issue+++

**Plasma Pistol**
+++Single core pattern+++

"Do not forsake your sidearm. It is the deliverer of wrath and a constant companion in a life of unending battle."

**MK III Combi-plasma**
+++Aloysha pattern+++

**Heavy Bolter**
+++Astartes MK IVs+++
The heavy bolter sings praises to the Emperor with a voice that will never tire.

**Lascannon**
+++MK VII: Alternate sighting arrays+++
As pure and wroth as justice itself.

**Boltgun**
+++Astartes MK IIIsx+++
A warrior is as skilled as the quality of his armament permits.

**Flamer**
It is more than just a weapon. It is the redeemer of the the corrupt and the purifier of the tainted.

**Heavy Flamer**
+++MK III: I2 Burst Promethium tank+++
The fires of absolution shall cleanse. The work of the Emperor shall be done.

**Plasma Cannon**
+++MK XIII+++
Employ the plasma cannon against clusters of heavily armoured troops or light vehicles.

**Jump Pack**
+++Astartes type I2+++
Extended lift capacity.

**Plasma Gun**
+++MK XII 'Ragefire' type+++
The noblest works incur the heaviest risks.

**Storm Shield**
+++Terminator issue+++
MKII generator.

**Storm Bolter**
One can never have too much firepower.

**Thunder Hammer**
+++Stormlord pattern+++
Conviction leads in strength. Justice gives it purpose.

**Combat Shield**
+++Limited issue+++
'Deliverance' pattern.

**Power Sword**
Armour is no protection against the blessed tools of the righteous.

**+++Assault pattern 'Vulkas'+++**
The fury of the meltgun is as nothing to our righteous rage.

**Chainsword**
+++MK XI 'Hell's Teeth'+++
Taste the fear of your enemy as he dies.

**Missile Launcher**
+++Soundstrike pattern+++
Never permit thine enemy to find you unprepared for the battle.

**Multi-melta**
+++Maxima pattern+++
It speaks with the roar of ten billion voices, seeking justice from an uncaring universe.

**Lightning Claw**
+++Angel's Talon type+++
The talons of vengeance, the scythe to sweep away those who would deny the Emperor's dream.

**Power Fist**
+++MKIIs 'Castigator'+++
The powerfist smites the foe with all the fury of a thousand men.

GW0011388

**Exhibit 133-A-1**
[Plaintiff's Exhibit A, Entry No. 133]

GW allegedly infringed work: p101 Codex Space Marines 2008.



**Exhibit 133 –B**
[Plaintiff's Exhibit A, Entry No. 133]

Photograph of Chapterhouse Studios product No. 133

# KAYVAAN SHRIKE

## SHADOW CAPTAIN OF THE RAVEN GUARD 3rd COMPANY

Captain Shrike made his name during the early months of the Targus campaign. The Raven Guard 3rd Company was one of many Imperial units assigned to the assault on Targus VIII, tasked with the elimination of the Orks' orbital defences. Striking hard and fast, Shrike's force accomplished its mission, only to become stranded when their extraction Thunderhawk was destroyed in near orbit.

Undaunted by his predicament, Shrike led a campaign of destructive havoc behind the Ork lines. For two years the Raven Guard 3rd struck at the Waaagh! wherever it showed weakness, destroying fuel dumps, ammunition stores and supply lines, all the while providing invaluable targeting and intelligence data to orbiting naval vessels. Shrike and his men were untouchable, able to strike at the Orks' brutal war machine with seeming impunity, inflicting catastrophic damage before slipping away into the shadowed ruins of the hive cities.

By the time Shrike had extracted his Company from the ruins of Targus VIII he was hailed a hero systemwide. After his subsequent assaults on Ork conquests in the Dunara and Yakhee systems, Shrike became nothing less than a saviour. Amongst the besieged ruins of Aldeb, Sulphuron and a dozen other worlds, desperate men beseeched the Immortal Emperor to send Shrike to deliver them from the terror of Waaagh! Skullkrak. Fleet Commanders and Generals of the Imperial Guard pleaded with the Master of the Raven Guard to assign Captain Shrike to their sector of the campaign. But if the sombre Captain was aware of either petition, he gave no sign.

Under Shrike's direction, the Raven Guard 3rd continues to assail Waaagh! Skullkrak. They go wherever they are most needed, not to battlezones where Imperial Commanders struggle to contain the Ork menace, but to worlds whose populations have been abandoned to their fates by an overstretched and uncaring Imperium. Shrike and his men are legends on these worlds, as revered as the greatest heroes of old.

On every planet under threat from the Orks, Guardsmen grasp their guns tighter and fight more fiercely, knowing that every minute they hold out is a minute in which the Raven Guard 3rd might arrive to deliver them from a hopeless battle. Meanwhile, beyond the ravaged defences, Skullkrak's Boyz keep a wary eye on the shadows cast by ruin and undergrowth, knowing that Shrike and his Company might be lurking in the darkness, just waiting for the correct moment to strike.



|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Kayvaan Shrike | 6 | 5 | 4 | 4 | 3 | 5 | 3 | 10 | 3+ |

### SPECIAL RULES
**And They Shall Know No Fear, Combat Tactics, Independent Character.**

**See, But Remain Unseen:** Shrike (and models in his squad) benefit from the infiltrate special rule (see the Warhammer 40,000 rulebook).

**Chapter Tactics:** If you include Kayvaan Shrike then all units in your army exchange the **Combat Tactics** special rule for the **Fleet** universal special rule. If more than one character in your army has the Chapter Tactics special rule, you must choose which version will apply.

### WARGEAR
**The Raven's Talons:** These are a pair of master-crafted lightning claws. They also bestow the **Rending** special rule on Shrike's close combat attacks.

"Wherever you tread, tread lightly. We are closer than you think, and our blades are sharp."

Captain Kayvaan Shrike
Raven guard 3rd Company

GW0011387

**Exhibit 133-A-2**
[Plaintiff's Exhibit A, Entry No. 133]

GW allegedly infringed work: p92 Codex Space Marines 2008.



**Exhibit 133 –B**
[Plaintiff's Exhibit A, Entry No. 133]

Photograph of Chapterhouse Studios product No. 133

**ALLEGEDLY INFRINGED WORK
NOT PRODUCED**

**Exhibit 133-A-3**
[Plaintiff's Exhibit A, Entry No. 133]

GW allegedly infringed work: p27 Codex Blood Angels 2009.



**Exhibit 133 –B**
[Plaintiff's Exhibit A, Entry No. 133]

Photograph of Chapterhouse Studios product No. 133

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

NEWS    ABOUT US    CONTACT    FORUM    GALLERY    COMMISIONS



**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- Shoulder Pads
- **Weapons**

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Close-Fisted Power Claws compatible with Games Workshop Space Marine model

Product Code: Close-Fisted Power Claw set

Reward Points: 0

Availability: 67

**Price: $3.00**

Qty:

Add to Cart

★★★★☆  2 reviews  |  Write a review

Share

**Description**    **Reviews (2)**    **Related Products (2)**

This is a pair of resin power claw arms for 28 mm figures.  They are designed to be compatible with Games Workshop Space Marine models. Each set of claws come consist of 8 parts - 4 close-fisted power claws or blades, 2 armored arms and 2 power cables.

The shoulder armor pieces are approximately the same size as the shoulder armor on a Games Workshop Terminator model and will easily accept any of our "Terminator Shoulder Pads".  The shoulder armor can be easily cut down in size to accomodate any of our "Power Armor Shoulder Pads".  These can be used as ligntning claws or any sort of power blades.

Components sold unpainted and unassembled.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40K Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Close-Fisted Power Claws compatible with Games Workshop Space Marine model

We accept    PayPal          About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®