| **Plaintiff's Exhibit A** |
| Entry 134 |

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: p101 Codex Space Marines 2008.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.



**Exhibit 134-A-1**

[Plaintiff's Exhibit A, Entry No. 134 – 80% actual size]

GW allegedly infringed work: "current Space Marine Bike model sold by Games Workshop"



**Exhibit 134 –B**
[Plaintiff's Exhibit A, Entry No. 134]
Photograph of Chapterhouse Studios product No. 134

## THE WAR COUNCIL

The Great Crusade was a mammoth operation involving millions of troops and thousands of ships. Imperial armies fought campaigns across the broad sweep of the galaxy. Tens of thousands of human worlds needed to be saved.

The Imperial military of this time comprised the entire force of Space Marine Legions, hundreds of auxiliary regiments drawn from the freshly reconquered worlds, gigantic war machines supplied by the Mechanicum and their Forge Worlds, foremost amongst these the mighty Titans of the Collegia Titanica, and a host of other smaller organisations and armed formations. The most significant of the smaller formations were the Custodian Guard, the Emperor's Bodyguard.

All of these were supported by a bewildering array of battleships, dropships and troop transports variously commanded by the Space Marine Legions, the Mechanicum and the other Imperial Commanders and leaders.

To manage the execution of the Great Crusade the Emperor convened the War Council. This effectively became the ruling body of the Imperium during the Great Crusade and through it the Emperor's law was brought to hundreds of thousands of human worlds.

The Emperor sat at the head of Council; at his right hand was Malcador. Each of the Primarchs had a seat on the Council, as did the chief custodian. When the Emperor made his alliance with Mars the fabricator-general of the Mechanicum was offered a seat. Supporting the Council was a team of astropaths who provided communication between the members since it became increasingly impractical for the group to physically assemble given the size of the growing Imperium and the inherent difficulties of travel through the warp.



BELLARIUS TACTICAL SQUAD • ULTRAMARINES • DAVID HUDNUT
BASILICUS JET BIKE SQUAD • EMPEROR'S CHILDREN • ERIC REH





MALCADOR THE SIGILLITE • FIRST LORD OF TERRA • JOHN GRAVATO

## MALCADOR THE SIGILLITE

During the conquest of Earth the Emperor gathered about him trusted lieutenants and gave to them tasks and duties befitting men of status. Most of these servants were drawn from the ranks of his bodyguard and Space Marine Legions.

Malcador was an exception. He was not a warrior but a man of learning with the bearing of a priest. From the early years of the Battle of Unification he was ever-present at the Emperor's side. His origins were unknown to all save perhaps the Emperor. He wore the hooded robes of a simple Terran administrator.

Malcador was appointed to run the Emperor's Palace and through it he managed the administration of newly conquered Terra. As the Crusade progressed Malcador's power and influence grew as he became overseer of the Imperial Tithe and chief of the Imperial Adminstration.

Blessed with unnaturally long life there were many rumours about the true nature of this enigmatic figure. Some say he was a psyker, the first to have undergone the soul-binding ritual. Other rumours say that he was distantly related to the Emperor.

THE HORUS HERESY | 15

GW0001893

**Exhibit 134-A-2**
[Plaintiff's Exhibit A, Entry No. 134 – 80% actual size]

GW allegedly infringed work: p15, Horus Heresy: Collected Visions ©2007



**Exhibit 134 –B**
[Plaintiff's Exhibit A, Entry No. 134]
Photograph of Chapterhouse Studios product No. 134



**Storm Shield**
A storm shield is a solid shield that has an energy field generator built into it. The energy field is capable of deflecting almost any attack, even blows from lascannons and power weapons.

A model with storm shield has a 3+ invulnerable save. A model equipped with a storm shield can never claim the +1 Attack bonus for being armed with two close combat weapons in an assault.

**Teleport Homer**
Teleport homers emit a powerful signal enabling Space Marine Strike Cruisers to lock on to them with their teleportation equipment. By utilising this signal, the risk of missing the intended mark is greatly reduced, as are the dangers of more serious accidents. If Terminators wish to teleport onto the battlefield via deep strike and choose to do so within 6" of a model carrying the homer, then they won't scatter. Note that the teleport homer only works for units that are teleporting, not for units entering play using jump packs, drop pods or other means of transport. Also note that the homer must already be on the table at the start of the turn for it to be used.

Boltgun
+++Godwyn pattern+++
Firepower, always firepower.

Assault Cannon
+++Astartes MK II: Alwisis pattern+++
High capacity, fast-change ammunition hopper.

Bolt Pistol
+++Standard issue+++

Plasma Pistol
+++Single core pattern+++

"Do not forsake your sidearm. It is the deliverer of wrath and a constant companion in a life of unending battle."

MK III Combi-plasma
+++Aloysha pattern+++

Heavy Bolter
+++Astartes MK IV+++
The heavy bolter sings praises to the Emperor with a voice that will never tire.

Lascannon
---MK VII: Alternate sighting array+++
As pure and wroth as justice itself.

Boltgun
+++Astartes MK IIIxx+++
A warrior is as skilled as the quality of his armament permits.

Flamer
It is more than just a weapon. It is the redeemer of the the corrupt and the purifier of the tainted.

Heavy Flamer
+++MK III: I2 Burst Promethium tank+++
The fires of absolution shall cleanse. The work of the Emperor shall be done.

Plasma Cannon
+++MK XIII+++
Employ the plasma cannon against clusters of heavily armoured troops or light vehicles.

Jump Pack
+++Astartes type I2+++
Extended lift capacity.

Plasma Gun
+++MK XII 'Ragefire' type+++
The noblest works incur the heaviest risks.

Storm Shield
+++Terminator issue+++
MKII generator.

Storm Bolter
One can never have too much firepower.

Combat Shield
+++Limited issue+++
'Deliverance' pattern.

Thunder Hammer
+++Stormbeed pattern+++
Conviction leads is strength. Justice gives it purpose.

Power Sword
Armour is no protection against the blessed tools of the righteous.

Chainsword
+++MK XI 'Hell's Teeth'+++
Taste the fear of your enemy as he dies.

Assault pattern 'Vulkan'+++
The fury of the meltagun is as nothing to our righteous rage.

Missile Launcher
+++Soundstrike pattern+++
Never permit thine enemy to find you unprepared for the battle.

Multi-melta
+++Maxima pattern+++
It speaks with the roar of ten billion voices, seeking justice from an uncaring universe.

Lightning Claw
+++Angel's Talon type+++
The talons of vengeance, the scythe to sweep away those who would deny the Emperor's dream.

Power Fist
+++MKII: 'Castigator'+++
The powerfist smites the foe with all the fury of a thousand men.

Forces of the Space Marines   101

GW0011388

**Exhibit 134-A-3**
[Plaintiff's Exhibit A, Entry No. 134 – 80% actual size]

GW allegedly infringed work:  p101 Codex Space Marines 2008.



**Exhibit 134 –B**
[Plaintiff's Exhibit A, Entry No. 134]
Photograph of Chapterhouse Studios product No. 134

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



# CHAPTERHOUSE
## STUDIOS

Shopping Cart | Checkout

| PRODUCTS |
|---|
| Eldar Compatible Bits |
| Knight Praetorius TRU-Scale Figure Kits |
| Imperial Guard Compatible Bits |
| Space Marine Compatible Bits |
| Tau Compatible Bits |
| Tyranid Compatible Bits and Kits |
| Super Heavy Kits |
| Resin Bases & Terrain |

**NEWS** **ABOUT US** **CONTACT** **FORUM** **GALLERY** **COMMISIONS**

Search



## Pilum Imperial Attack Jet Bike

Product Code: Pilum Imperial Attack Jet Bike

Reward Points: 0

Availability: 21

**Price: $22.50**

Qty:

**Add to Cart**

☆☆☆☆☆ 0 reviews | Write a review

Share

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

**Description** | **Reviews (0)** | **Related Products (1)**

**If we are out of stock of this item, we expect more in weekly, any orders paid for or "pre-ordered" will take precedent and ship out first.**

This multi-part customizable resin kit contains 21 resin components. This set includes our standard Javelin Jet Bike kit as well as 12 new components to upgrade it to an "attack" variant - the Pilum Jet Bike. Two side mounted weapon options are included - our Heavy Bolt Gun and a Heavy Melta Gun. **This kit is specifically designed to allow the two heavy weapon options to be magnetized and this kit includes 6 magnets as well.**

We also included 2 different bolt gun mounts that will allow the addition of different special weapons (plasma, melta, grenade launchers etc). These conveniently fit our combi-weapon conversion bits.

Also included in the kit are a set of legs and arms that will allow you to use other companies torsos and heads to model an armored rider. Flight stand will be included. Please note the peg hole is sized for Games Workshops flight bases, in order to use our bases you will have to widen the holes diameter slightly.

(Riders Shoulder Pads, Torso and Head not included and sold seperately)

Models supplied unassembled and unpainted.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of

Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept  **PayPal**       About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| --- |
| Entry 135 |

GW identifies but has failed to produce the following allegedly infringed works: Cover art, Codex Tau Empire 2005; p32 Codex Tau Empire 2005; p34 Codex Tau Empire 2005; p45 Codex Tau Empire 2005.

# ALLEGEDLY INFRINGED
# WORKS NOT PRODUCED

**Exhibit 135-A**
[Plaintiff's Exhibit A, Entry No. 135]



**Exhibit 135 –B**
[Plaintiff's Exhibit A, Entry No. 135]

Photograph of Chapterhouse Studios product No. 135

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

**PRODUCTS**

- Eldar Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS

Search

## Alternative Heads for Tau Crisis Suits - Set #1



Product Code: Alternative Heads for Tau Crisis Suits - Set #1

Reward Points: 0

Availability: 44

**Price: $4.00**

Qty:

[Add to Cart]

★★★★★  2 reviews  |  Write a review

Share

---

| **Description** | Reviews (2) | Related Products (2) |

A pewter set of 3 new alternative head sculpts designed to fit on the Games Workshop Tau Crisis or Broadside Battlesuits. Each set comes with 3 different robotic heads as well as a sprue of antenna to further modify the components.

Games Workshop Tau Crisis Suit model is shown for scale and example of use only and not included.

Components sold unpainted and unassembled.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Slaanesh, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Alternative Heads for Tau Crisis Suits - Set #1

We accept    PayPal          About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy          2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 136 |

GW identifies but has failed to produce the following allegedly infringed works: Cover art, Codex Tau Empire 2005; p32 Codex Tau Empire 2005; p34 Codex Tau Empire 2005; p45 Codex Tau Empire 2005.

# ALLEGEDLY INFRINGED WORKS
# NOT PRODUCED

**Exhibit 136-A-1**
[Plaintiff's Exhibit A, Entry No. 136]

# CHS product no. 136 not available

**Exhibit 136 –B**
[Plaintiff's Exhibit A, Entry No. 136]
Photograph of Chapterhouse Studios product No. 136

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| PRODUCTS | NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Search



## Alternative Heads for Tau Crisis Suits - Set #2

Product Code: Alternative Heads for Tau Crisis Suits - Set #2

Reward Points: 0

Availability: 59

### Price: $4.00

Qty:

**Add to Cart**

★★★★★ 1 reviews | Write a review

Share

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

| Description | Reviews (1) | Related Products (2) |

A pewter set of 3 new alternative head sculpts designed to fit on the Games Workshop Tau Crisis or Broadside Battlesuits. Each set comes with 3 different robotic heads as well as a sprue of antenna to further modify the components.

Games Workshop Tau Crisis Suit model is shown for scale and example of use only and not included.

Components sold unpainted and unassembled.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Alternative Heads for Tau Crisis Suits - Set #2

We accept  PayPal    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy    2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| --- |
| Entry 137 |



'I will set the
Emperor's
Imperium alight,
and from the ashes
will arise a new
Master of Mankind!
Hail Horus!
Hail Horus!'



THE HORUS HERESY | 274

GW0002152

**Exhibit 137-A**
[Plaintiff's Exhibit A, Entry No. 137 – 80% actual size]

GW allegedly infringed work: p274 Horus Heresy Collected Visions



**Exhibit 137 –B**
[Plaintiff's Exhibit A, Entry No. 137]
Photograph of Chapterhouse Studios product No. 137

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |



**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search

## Heresy-Era Shoulder Pads for Terminators Type E - 2 pads

Product Code: Heresy-Era Shoulder Pads for Terminators Type E

Reward Points: 0

Availability: 104

### Price: $2.00

Qty:

Add to Cart

★★★★★  2 reviews  |  Write a review

Share

| Description | Reviews (2) | Related Products (5) |

This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures.  Each pad is designed in a style that will fit in with Heresy Era collections and the pad itself has leather segments flowing down and 2 distinct armored sections on the upper armor.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Heresy-Era Shoulder Pads for Terminators Type E - 2 pads

We accept    **PayPal**      About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy      2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| Entry 138 |



HORUS'S VENGEANCE • ADRIAN SMITH
THE HORUS HERESY | 78

## BATTLE OF ISSTVAN III

The planet of Isstvan III was in revolt and had declared its independence from the Imperium. The Imperial Commander, Vardus Praal, was suspected of being a mutant, possibly a dangerous psyker. Horus had orders to quell the rebellion and bring Praal to Earth for judgement. This provided Horus with the perfect opportunity to rid himself of those Space Marines whose loyalties he was not sure of. Horus, Angron, Mortarion and Eidolon met in council and decided which of their formations they could trust and which they could not. Orders were passed to the officers of the World Eaters, Death Guard and Emperor's Children Legions and the assault of Isstvan III begins. Those sections of the three Legions whose loyalty to Horus could not be guaranteed by their leaders were commanded to prepare for an assault on the planet beneath.

JUSTAERIN TERMINATOR SQUAD • SONS OF HORUS • FRANZ VOHWINKEL



KAITHERON TACTICAL SUPPORT SQUAD • EMPEROR'S CHILDREN • STEVE BELLEDIN



GW0001956

**Exhibit 138-A-1**
[Plaintiff's Exhibit A, Entry No. 138 – 80% actual size]

GW allegedly infringed work p78, Horus Heresy Collected Visions



**Exhibit 138 –B**
[Plaintiff's Exhibit A, Entry No. 138]
Photograph of Chapterhouse Studios product No. 138

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!



## Heresy-Era Shoulder Pads for Terminators Type D - 2 pads

Product Code: Heresy-Era Shoulder Pads for Terminators Type D

Reward Points: 0

Availability: 57

**Price: $2.00**

Qty:

Add to Cart

☆☆☆☆☆  0 reviews  |  Write a review

Share

### Description | Reviews (0) | Related Products (5)

This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has leather straps with metal rings on the ends flowing down and 2 distinct armored sections on the upper armor.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Heresy-Era Shoulder Pads for Terminators Type D - 2 pads

We accept    PayPal    About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy    2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| --- |
| Entry 139 |





GW0001981

**Exhibit 139-A-1**
[Plaintiff's Exhibit A, Entry No. 139 – 80% actual size]

GW allegedly infringed work: p103 Horus Heresy Collected Visions



**Exhibit 139 –B**
[Plaintiff's Exhibit A, Entry No. 139]
Photograph of Chapterhouse Studios product No. 139



**Exhibit 139-A-2**
[Plaintiff's Exhibit A, Entry No. 139 – 80% actual size]

GW allegedly infringed work: p268 Horus Heresy Collected Visions



**Exhibit 139 –B**
[Plaintiff's Exhibit A, Entry No. 139]
Photograph of Chapterhouse Studios product No. 139

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

NEWS    ABOUT US    CONTACT    FORUM    GALLERY    COMMISIONS

Search

**PRODUCTS**

Eldar Compatible Bits ◄

Knight Praetorius TRU-Scale ◄
Figure Kits

Imperial Guard Compatible ◄
Bits

**Space Marine Compatible** ▼
**Bits**

- Heads
- Jump packs
- Kits for Space Marine
  Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits ◄

Tyranid Compatible Bits and ◄
Kits

Super Heavy Kits ◄

Resin Bases & Terrain ◄

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the
ChapterHouse Newsletter!



## Heresy-Era Shoulder Pads for Terminators Type B - 2 pads

Product Code: Heresy-Era Shoulder Pads
for Terminators Type B

Reward Points: 0

Availability: 79

**Price: $2.00**

Qty:

[Add to Cart 🛒]

★★★★★    2 reviews  |  Write a
review

Share  ✉ 🖨 f 🐦

| **Description** | **Reviews (2)** | **Related Products (5)** |

This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine®
Terminator figures.  Each pad is designed in a style that will fit in with Heresy Era collections and
the pad has armor studs on the 2 upper armor surface and on the leather straps.

This component comes unpainted and is designed to fit on Games Workshop Space Marine®
Terminator figures (figure shown for scale and one example of use only).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood
Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel,
Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle
device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge
World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of
Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets,
Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda
Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space
Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors,
Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online,
Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names,
races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world,
the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010,
variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended.
All Rights Reserved to their respective owners.

Heresy-Era Shoulder Pads for Terminators Type B - 2 pads

We accept    PayPal    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy    2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
|---|
| Entry 140 |



GW0002017

**Exhibit 140-A-1**
[Plaintiff's Exhibit A, Entry No. 140 - 80% actual size]

GW allegedly infringed work: "Horus Heresy  - Collected Visions 2007, page 139."



**Exhibit 140 –B**
[Plaintiff's Exhibit A, Entry No. 140]
Photograph of Chapterhouse Studios product No. 140



'I will set the
Emperor's
Imperium alight,
and from the ashes
will arise a new
Master of Mankind!
Hail Horus!
Hail Horus!'

SPIRODON RHINO • IRON WARRIORS • JIM PAVELEC

MARLOCK TERMINATOR SQUAD • IRON HANDS • ANDREA UDERZO



THE HORUS HERESY | 274

GW0002152

**Exhibit 140-A-2**
[Plaintiff's Exhibit A, Entry No. 140 – 80% actual size]

GW allegedly infringed work: p274 Horus Heresy Collected Visions



**Exhibit 140 –B**
[Plaintiff's Exhibit A, Entry No. 140]
Photograph of Chapterhouse Studios product No. 140



**Exhibit 140 –A-3**

[Plaintiff's Exhibit A, Entry No. 140 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells a Mk1 armoured Space Marine."



**Exhibit 140-B**
[Plaintiff's Exhibit A, Entry No. 140]

Photograph of Chapterhouse Studios Product No. 140

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search



### PRODUCTS

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

## Heresy-Era Shoulder Pads for Terminators Type C - 2 pads

Product Code: Heresy-Era Shoulder Pads for Terminators Type C

Reward Points: 0

Availability: 90

### Price: $2.00

Qty:

Add to Cart

☆☆☆☆☆ 0 reviews | Write a review

Share ✉ 🖨 f 🐦

| Description | Reviews (0) | Related Products (5) |

This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures.  Each pad is designed in a style that will fit in with Heresy Era collections and the pad has leather straps flowing down and 2 distinct banded armored sections on the upper surface.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Heresy-Era Shoulder Pads for Terminators Type C - 2 pads

We accept    PayPal

About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

Entry 141



GW0002017

**Exhibit 141-A-1**
[Plaintiff's Exhibit A, Entry No. 141 - 80% actual size]

GW allegedly infringed work: "Horus Heresy  - Collected Visions 2007, page 139."



**Exhibit 141 –B**
[Plaintiff's Exhibit A, Entry No. 141]

Photograph of Chapterhouse Studios product No. 141



'I will set the Emperor's Imperium alight, and from the ashes will arise a new Master of Mankind! Hail Horus! Hail Horus!'

SPIROBOM RHINO • IRON WARRIORS • JIM PAVELEC



MARLOCK TERMINATOR SQUAD • IRON HANDS • ANDREA UDERZO

THE HORUS HERESY | 274

GW0002152

**Exhibit 141-A-2**
[Plaintiff's Exhibit A, Entry No. 141 - 80% actual size]

GW allegedly infringed work: p274 Horus Heresy Collected Visions



**Exhibit 141 –B**
[Plaintiff's Exhibit A, Entry No. 141]

Photograph of Chapterhouse Studios product No. 141



**Exhibit 141 –A-3**

[Plaintiff's Exhibit A, Entry No. 141 - 80% actual size]

GW allegedly infringed work: "Games Workshop sells a Mk1 armoured Space Marine."



**Exhibit 141 –B**
[Plaintiff's Exhibit A, Entry No. 141]

Photograph of Chapterhouse Studios product No. 141

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**
- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- **Shoulder Pads**
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

Search



## Heresy-Era Shoulder Pads for Terminators Type A - 2 pads

Product Code: Heresy-Era Shoulder Pads for Terminators Type A

Reward Points: 0

Availability: 236

**Price: $2.00**

Qty:

Add to Cart

☆☆☆☆☆ 0 reviews | Write a review

Share ✉ 🖨 f 🐦

| **Description** | Reviews (0) | Related Products (4) |

This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the bad itself has draping armored segments flowing down and 3 distinct armored sections on the upper armor.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited. Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Heresy-Era Shoulder Pads for Terminators Type A - 2 pads

We accept        PayPal

About us    Contact    Forum    Gallery    Commisions    Careers    Newsletter    Shipping Policy        2011 ChapterHouse Studios®

| **Plaintiff's Exhibit A** |
| :---: |
| Entry 142 |

GW identifies but has failed to produce the following allegedly infringed works: p28 Codex Space Marines 2008; p34 Warhammer 40,000 Compendium; p113 Imperial Armour Volume 9 The Badab War Part 1; p35 Warhammer 40,000 Compendium 1989.

GW produced the following allegedly infringed work on August 9, 2012, three business days before the deadline for filing dispositive motions, and more than five months after GW certified that its document production was complete: p20 Codex Space Marines 2008.

This Exhibit incorporates all the allegedly infringed works GW has produced to date. CHS does not thereby concede that GW's late production was proper.

# SPACE MARINE POWER ARMOUR

Most humans who have any contact with Space Marines will know and recognise the most common types of Space Marine armour quite readily. However there are older types of armour (also known as marks) which remain in service to this day and whose design differs greatly. Indeed, many of the older variants have special associations for particularly old or honoured Chapters and so may be worn by ceremonial guards or by elite units. Other Chapters are less formal in their use of armour, mixing various types into their fighting units with little or no regard for conformity. The degree of uniformity within a Chapter varies a great deal and is often determined by historical precedent or tradition.

Each Chapter's power armour is maintained by skilled Artificers. These are not Space Marines, but dedicated servants who spend their lives working for the Chapter. Over the history of a Chapter, especially talented Artificers become famous and justly celebrated, and examples of their work are much sought after. When a Space Marine earns a combat honour it is the Artificers who fashion the honour badge and fasten it onto the Marine's armour. Similarly, the Artificers make rank badges, long service accolades and other awards of distinction.

Artificers religiously hunt down elements of ancient armour. Such pieces will be lovingly restored, often plated with silver or gold, and then painstakingly engraved with naturalistic scenes, abstract designs or Chapter badges. Older types of armour are associated with the past history of many Chapters and often with the deeds of heroic individuals. A piece of armour that belonged to an old Chapter hero is valued above all others, for it implies his presence on the battlefield, witnessing the deeds of his successors. In this way, a single armoured plate or helmet might be heir to a long and famous history, having belonged to a whole succession of Space Marine heroes and been worked on by many renowned Artificers.

As well as resurrecting old pieces of armour for notable Space Marines, the Artificers also decorate and modify armour to suit particularly revered individuals. As a result of the Artificers' efforts over the many thousand years a Chapter has been in existence, it is quite common to find suits which combine elements of the different marks as well as quite unique suits which have customised armoured plates or helmets. Some Chapters reserve such armour for special individuals, officers, or high ranking commanders. There is no fixed rule on this, it is a matter of Chapter tradition and preference how such armour is used. However, it is generally the case that very high ranking officials inherit special suits of armour, which they may then combine with their own existing suits so that their individual honours or personal pieces of armour are retained when they are appointed to a new position. So does a Chapter's power armour evolve down the centuries, each and every greave and gorget a recollection of mighty deeds and terrible battles won.



Mk1 "Thunder" Pattern    Mk2 "Crusade" Pattern    Mk3 "Iron" Pattern    Mk4 "Maximus" Pattern

Mk5 "Heresy" Pattern    Mk6 "Corvus" Pattern    Mk7 "Aquila" Pattern    Mk8 "Errant" Pattern

20    Space Marine Power Armour

GW0011380

**Exhibit 142-A-1**
[Plaintiff's Exhibit A, Entry No. 142]

GW allegedly infringed work: p20 Codex Space Marine 2008



**Exhibit 142 –B**
[Plaintiff's Exhibit A, Entry No. 142]
Photograph of Chapterhouse Studios product No. 142



GW0002432

**Exhibit 142-A-2**
[Plaintiff's Exhibit A, Entry No. 142]

GW allegedly infringed work: Cover art, Codex Space Marines 2008.



**Exhibit 142 –B**
[Plaintiff's Exhibit A, Entry No. 142]
Photograph of Chapterhouse Studios product No. 142

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



Shopping Cart | Checkout

| NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS |

Search

## PRODUCTS

- Eldar Compatible Bits
- **Knight Praetorius TRU-Scale Figure Kits**
- Imperial Guard Compatible Bits
- Space Marine Compatible Bits
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

## TRU-Scale Knight Praetorius "Order of the Empress's Tears" Conversion Kit - 6



Product Code: TRU-Scale Grail Knight Squad Conversion Kit

Reward Points: 0

Availability: 105

### Price: $22.50

Qty:

Add to Cart

0 reviews | Write a review

Share

| Description | Reviews (0) | Related Products (1) |

The "Knights Praetorius" are the Empress' most loyal soldiers.  Each order has a history as well as heraldry that is unique to its ranks.  The Order of the Empress's Tears is named so because of the near annihilation the order faced when they were the sole defense for the Empress when her Flagship came under assault during the Battle of Permidian.  Isolated and without support, the order was annihilated to almost the last soldier before reinforcements had arrived.  Only 2 soldiers survived the Kin'rth attack against the Empress and her closest advisors.  Because of this sacrifice, the Empress renamed the unit and the units heraldry includes the "red tears" of the empress as its main standard.

Each resin kit comes **unassembled and unpainted**.  The 28 mm TRU-Scale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.*  Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit.  We recommend 28mm scale model kits for assembly with this kit.

### Examples of assembled and painted models by Worthy Painting Artist Alistair Armes are available here.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

TRU-Scale Knight Praetorius "Order of the Empress's Tears" Conversion Kit - 6

We accept    PayPal        About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

**Plaintiff's Exhibit A**

Entry 143

# NO COPYRIGHT CLAIM STATED

**"This kit comprises parts from other Chapter House products."**

**Exhibit 143-A**

GW allegedly infringed work: N/A

(CHS PRODUCT: SEE ENTRY 126)

**Exhibit 143 –B**
[Plaintiff's Exhibit A, Entry No. 143]

**Chapterhouse Studios website screenshot**
(www.chapterhousestudios.com)



CHAPTERHOUSE
STUDIOS

Shopping Cart | Checkout

**PRODUCTS**

NEWS    ABOUT US    CONTACT    FORUM    GALLERY    COMMISIONS

Eldar Compatible Bits

Knight Praetorius TRU-Scale
Figure Kits

Imperial Guard Compatible
Bits

Space Marine Compatible
Bits

Tau Compatible Bits

Tyranid Compatible Bits and
Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the
ChapterHouse Newsletter!

Search



## TRU-Scale Knight Praetorius Conversion Kit - 6

Product Code: TRU-Scale Knight
Praetorius Conversion Kit - 6
Reward Points: 0
Availability: 70

**Price: $22.50**

Qty:

Add to Cart

★★★★☆ 3 reviews | Write a review

Share

---

**Description**    **Reviews (3)**    **Related Products (1)**

The "Knights Praetorius" are the Empress' most loyal soldiers. Each is endowed with a touch of the Empress' psychic powers when admitted into the unit. While few in number, each is a match for 10 lesser men, the psychic unity with the Empress allows a measure of prescience as well as formidable endurance. Both men and woman are allowed to test to join the unit, but few survive this testing.

*In a future where knowledge and technology rule. Aliens and humans battle for resources over countless worlds in a race to
the become the dominate power.
Earth has been divided into two warring factions although each faction has claimed a whole system to rule over-, they
continue to fight over who should rule over earth.*

*Queen Eva Kimlar is the leader of the Valnarian Empire, a powerful psyker that has merged psionics with technology. Kimlar
is the manipulator of men and can influence their thoughts, it is almost impossible for a male to deceive her as she can see
your innermost secrets in your eyes as if watching them play out on a screen. As a the strongest known psyker in existance
she shares a link with her most loyal followers on a level a normal human could not comprehend.
Her influence on peoples actions are stronger over men than women, thus she has to use her strong political skills and
natural charisma to win over the female population.*

Each resin kit comes **unassembled and unpainted**. The 28 mm TRU-Scale kit comes with enough components to assemble
a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks.
*Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.* Chapterhouse Studios
Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for
assembly with this kit.

Displayed model painted by Jose Veiga and incorporates kits from Chapterhouse Studios - Spiky Marine Head, Open Fist
Power Claws, and Combi-Flamer Component

**Examples of assembled and painted models by Stephen Smith and consist of numerous
components from different manufactures for the weapons, arms, heads and weapon**

**effects are available** [here](#).

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept    About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy   2011 ChapterHouse Studios®