IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:10-cv-08103 |
| v. | ) |
| | ) |
| CHAPTERHOUSE STUDIOS LLC and | ) |
| JON PAULSON d/b/a PAULSON GAMES, | ) Judge Matthew F. Kennelly |
| | ) |
| Defendants. | ) |

**MOTION FOR LEAVE TO FILE UNDER SEAL**

Pursuant to Fed. R. Civ. P. 26.2, in accordance with the Agreed Protective Order entered July 12, 2011 (Dkt. No. 71), Defendant Chapterhouse Studios LLC ("Chapterhouse"), by and through its attorneys, moves this Honorable Court for leave to file under seal Exhibit 46 to the Declaration of Thomas Kearney in support of Chapterhouse's Opposition to Plaintiffs' Motion for Summary Judgment and certain portions of the Local Rule 56.1(b)(3) Response and Evidentiary Objections of Defendant Chapterhouse Studios LLC to Plaintiff Games Workshop's Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment; Chapterhouse Studios LLC's Additional Material Facts, filed September 6, 2012. In support of this motion, Chapterhouse states as follows:

1. For the reasons discussed on August 21, 2012 in open court on Defendant's Motion to File Exhibits Under Seal (Dkt. No. 217), and in accordance with the Court's instructions, Chapterhouse has identified the portions of Plaintiff Games Workshop Limited's ("GW") exhibits that have been designated "Highly Confidential – Attorneys' Eyes Only" pursuant to the Agreed Protective Order. Chapterhouse has redacted its response to GW's statement of facts in its Local Rule 56.1(b)(3) Response and Evidentiary Objections of Defendant Chapterhouse Studios LLC to Plaintiff Games Workshop's Statement of Undisputed

1

Material Facts in Support of Its Motion for Summary Judgment; Chapterhouse Studios LLC's Additional Material Facts, in accordance with these designations.

2. Exhibit 46 is a true and correct copy of Defendant Chapterhouse Studios LLC's Second Supplemental Response to Games Workshop Ltd.'s Second Set of Interrogatories to Chapterhouse Studios LLC (Nos. 3-13). Certain portions of this document contain information that have been designated as "Highly Confidential – Attorneys' Eyes Only" pursuant to the Agreed Protective Order.

Based on the foregoing, Chapterhouse respectfully requests leave of this Court to file under seal Exhibit 46 to the Declaration of Thomas Kearney in support of Chapterhouse's Opposition to Plaintiffs' Motion for Summary Judgment and certain portions of the Local Rule 56.1(b)(3) Response and Evidentiary Objections of Defendant Chapterhouse Studios LLC to Plaintiff Games Workshop's Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment; Chapterhouse Studios LLC's Additional Material Facts, filed September 6, 2012.

| | |
|---|---|
| Dated: September 6, 2012 | Respectfully submitted, |

<u>/s/ Bryce Cooper</u>
Jennifer Golinveaux (CA Bar No. 203056)
Dean A. Morehous (CA Bar No. 111841)
K. Joon Oh (CA Bar No. 246142)
Thomas J. Kearney (CA Bar No. 267087)
 WINSTON & STRAWN LLP
 101 California Street
 San Francisco, CA 94111-5802
 Phone: (415) 591-1000
 Fax: (415) 591-1400
 jgolinveaux@winston.com
 dmorehous@winston.com
 koh@winston.com
 tkearney@winston.com

Bryce A. Cooper (IL Bar No. 6296129)
Jonathon Raffensperger (IL Bar No. 6302802)
 WINSTON & STRAWN LLP
 35 West Wacker Drive
 Chicago, IL 60601-1695
 Phone: (312) 558-5600
 Fax: (312) 558-5700
 bcooper@winston.com
 jraffensperger@winston.com

## **CERTIFICATE OF SERVICE**

      I, Bryce A. Cooper, an attorney, hereby certify that on September 6, 2012, I caused to be filed electronically the foregoing MOTION FOR LEAVE TO FILE UNDER SEAL with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

                                    /s/ Bryce A. Cooper