IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>                      Plaintiff,<br><br>     v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br>                     Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

**MOTION FOR LEAVE TO FILE UNREDACTED EXHIBITS UNDER SEAL**

     Pursuant to Fed. R. Civ. P. 26.2 in accordance with the Agreed Protective Order entered July 12, 2011 (Dkt. No. 71), Plaintiff Games Workshop Limited ("Games Workshop"), by and through its attorneys, moves this Honorable Court for leave to file under seal unredacted Exhibits 3, 24, 34, 35, 54, 64, 66, 69, 70, 82-85, 98-102, 119-121 and 145 to Plaintiff Games Workshop's Response to Chapterhouse's Motion for Summary Judgment. In support of this motion, Games Workshop states as follows:

     1.     On August 21, 2012, the Court held a hearing concerning whether Plaintiffs Exhibits 3, 24, 34, 35, 54, 64, 66, 69, 70, 82-85, 98-102, and 119-121 to Plaintiff's Motion for Summary Judgment may be filed under seal in unredacted form. For the reasons stated in Court and pursuant to the Minute Entry dated August 23, 2012 (Dkt. 219), the Court found good cause and granted Plaintiff's motion to file these unredacted exhibits under seal.

     2.     Exhibits 3, 24, 34, 35, 54, 64, 66, 69, 70, 82-85, 98-102, and 119-121 to Plaintiff Games Workshop's Response to Chapterhouse's Motion for Summary Judgment are identical to

4820-3239-3998.1

Exhibits 3, 24, 34, 35, 54, 64, 66, 69, 70, 82-85, 98-102, 119-121 to Plaintiff's Motion for Summary Judgment.

3. Exhibit 145 contains two spreadsheets summarizing separately for each claimed trademark, for each year, the amount of sales at retail prices Games Workshop or licensees have had in the United States. The charts are broken out alphabetically by claimed trademark in the grey horizontal bands (e.g. Adeptus Mechanicus, Assault, Alpha Legion and so on for the unregistered marks) and an associated total sales value per year and overall total, with certain non exhaustive specific products sold using those trademarks listed by way of example in white boxes below each trademark, in each case again with year on year and total sales values. This financial information is highly confidential information of Games Workshop.

4. In order to provide this Court with all of the information relevant to Games Workshop's Response to Chapterhouse's Motion for Summary Judgment, Games Workshop requests that this Court grant it leave to file the above identified documents under seal pursuant to L.R. 26.2.

8. Placing the aforementioned documents under seal will not prejudice Chapterhouse and it will serve the interests of justice and equity in this case.

9. Upon request, Games Workshop will tender a true and correct copy of the above identified documents (to Chambers, with service on counsel for Chapterhouse) to this motion to be filed under seal.

10. Games Workshop will file the above identified documents in accordance with L.R. 5.8 promptly upon the Court's granting of this motion.

Based on the foregoing, Games Workshop respectfully requests leave of this Court to file under seal unredacted Exhibits 3, 24, 34, 35, 54, 64, 66, 69, 70, 82-85, 98-102, 119-121 and 145

in support of Games Workshop's Response to Chapterhouse's Motion for Summary Judgment filed September 6, 2012.

Dated:  September 6, 2012                                   Respectfully submitted,

/s/  Jason J. Keener

Jason J. Keenerr (Ill. Bar No. 6280337)
Aaron J. Weinzierl (Ill. Bar No. 6294055)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone:  312.832.4500
Facsimile:  312.832.4700
Email:  jkeener@foley.com;
aweinzierl@foley.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone:  (212) 682-7474
Facsimile:  (212) 687-3229
Email:  jmoskin@foley.com

*Attorneys for Plaintiff*
*Games Workshop Limited*

## **CERTIFICATE OF SERVICE**

      I, Jason J. Keener, an attorney, hereby certify that on September 6, 2012, I caused to be filed electronically the foregoing MOTION FOR LEAVE TO FILE UNREDACTED EXHIBITS UNDER SEAL with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

                                        /s/ Jason J. Keener
                                        Jason J. Keener

4820-3239-3998.1