**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| 1. | Image depicting the back of Chapterhouse's actual "Power Armor Shoulder Pad for Space Marine" |
| 2. | CHS's Deposition Exhibit 114, which is GW's Second Supplemental Response to CHS's Interrogatories Set Four (the "Rog 18 Response") |
| 3. | Excerpts from the Andrew Jones Deposition Transcript (Apr. 3, 2012) ("Jones Dep.") |
| 4. | CHS's Deposition Exhibit 39, which is a list designating GW's 30(b)(6) witnesses on various topics |
| 5. | Rog 1 Response, including the Original Copyright Claim Chart |
| 6. | First Rev. Copyright Claim Chart |
| 7. | Second Rev. Copyright Claim Chart |
| 8. | Plaintiff Games Workshop Limited's Supplemental Response to Defendant Chapterhouse Studios LLC's Interrogatory 22 dated March 13, 2012 |
| 9. | Plaintiff Games Workshop Limited's Further Supplemental Response to Defendant Chapterhouse Studios LLC's Interrogatory 22 dated May 3, 2012 |
| 10. | Excerpts from the Jeremy Goodwin Deposition Transcript (March 7, 2012) ("Goodwin Dep.") |
| 11. | Excerpts from the John Blanche Deposition Transcript (Apr. 2, 2012) ("Blanche Dep.") |
| 12. | GW produced documents, Bates labeled GW0004947-4948 |
| 13. | Excerpts from the Neil Hodgson Deposition Transcript (March 5, 2012)("Hodgson Dep.") |
| 14. | May 1, 2012 Rule 26(a)(2)(B) Expert Report of William F. N. Brewster ("Brewster Report") |
| 15. | GW produced documents, Bates labeled GW0005462 – GW0005463 |
| 16. | Excerpts from the Alan Merrett Deposition Transcript, Volume 1 (Mar. 8, 2012) ("Merrett I") |
| 17. | Expert Report of Professor Lionel Bently |
| 18. | Excerpts from Games Workshop Ltd.'s Response to Chapterhouse Studios LLC First Set of Requests for Admissions, Response to No. 11 |
| 19. | GW's Response to Request for Production of Documents Set Two, Nos. 4 and 7, dated July 5, 2011 |
| 20. | GW's Supp. Response to CHS's Interrogatories Set Four (Mar. 2, 2012) (including GW's response to Interrogatory No. 18) |
| 21. | Excerpts from the Nicholas Villacci Deposition Transcript Vol. 2 (Apr. 11, 2012) ("Villacci II") |
| 22. | Excerpts from GW's Response to CHS Requests for Admission Set 2 |


| Exhibit | Description |
|---|---|
| 23. | Excerpts from the Nicholas Villacci Dep. Tr. Vol. 1 (Feb. 29, 2012) ("Villacci Dep. I") |
| 24. | Excerpts from the Wyatt Traina Dep. Tr. ("Traina Dep.") |
| 25. | Excerpts from the Tomas Fiertek Dep. Tr. (Apr. 13, 2012) ("Fiertek Dep.") |
| 26. | Exhibits to the Expert Report of William Brewster |
| 27. | Excerpts from "Collins Eyewitness Guides: Arms & Armour," Bates labeled GW GW0006779, GW0006783, GW0006802 and GW0006805 |
| 28. | Pages from GW's website |
| 29. | Excerpts from the Alan Merrett Deposition Transcript vol. 2 (Apr. 3, 2012) ("Merrett II") |
| 30. | Screenshot from the Oxford English Dictionary |
| 31. | Excerpts from the transcript of Proceedings before the Honorable Jeffrey T. Gilbert, taken on September 1, 2011 |
| 32. | Excerpts from the Michael Bloch Deposition Transcript (July 11, 2012) |
| 33. | Excerpts from the 30(b)(6) deposition of Sandra Casey, taken on March 1, 2012 |
| 34. | 12/27/2011 Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action re: Games Workshop Retail Inc. |
| 35. | CHS's Subpoena to Testify at a Deposition in a Civil Action re: Games Workshop Retail, Inc. ("GWR") dated January 19, 2012 |
| 36. | GWR's Response to [Document] Subpoena, dated January 11, 2012 |
| 37. | GWR's Response to [Deposition] Subpoena to Games Workshop Retail, Inc. dated January 31, 2012 |
| 38. | Deposition Ex. 1 (Re-Notice of Subpoena to GWR) dated February 17, 2012 |
| 39. | Excerpts from the Gillian Stevenson Deposition Transcript (March 9, 2012 ) ("Stevenson II") |
| 40. | Excerpts from the Gillian Stevenson Deposition Transcript (March 5, 2012) ("Stevenson I") |
| 41. | Deposition Ex. 88 from Stevenson II, Bates labeled GW0005554 – GW0005555 |
| 42. | Deposition Ex. 89 from Stevenson II, Bates labeled GW0005559 |
| 43. | cover and credits page from "Horus Heresy: The Collected Visions," Bates numbered GW0001875 and GW0001882 |
| 44. | Decision of the UK Court of Appeal in *Lucasfilm Ltd v. Ainsworth*, [2010] F.S.R. 10 |
| 45. | GW Response to CHS Interrogatories Set 2 |
| 46. | Defendant Chapterhouse Studios LLC's Second Supplemental Response to Games Workshop's Ltd.'s Second Set of Interrogatories to Chapterhouse Studios LLC (Nos. 3-13) |
| 47. | Excerpts from the Neil Hodgson Deposition Transcript (March 5, 2012)("Hodgson Dep.") |
| 48. | Deposition Ex. 84 from Stevenson II, Bates labeled GW0005548 |
| 49. | Deposition Ex. 85 from Stevenson II, Bates labeled GW0005546 |
| 50. | Deposition Ex. 86 from Stevenson II, Bates labeled GW0005547 |
| 51. | Deposition Ex. 87 from Stevenson II, Bates labeled GW0005550 – GW0005551 |
| 52. | GW's Response to CHS's Request for Production of Documents to [*sic*] Set Five |