# EXHIBIT 47

CERTIFIED COPY

# In The Matter Of:

*GAMES WORKSHOP LIMITED,*
*v.*
*CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a*
*PAULSON GAMES,*

---

*NEIL J. HODGSON - Vol. 1  30(B)(6)*
*March 5, 2012*

---

# *CONFIDENTIAL - ATTORNEYS' EYES ONLY*

**MERRILL CORPORATION**
**LegaLink, Inc.**

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

CONFIDENTIAL – ATTORNEYS' EYES ONLY
NEIL J.   HODGSON – 3/5/2012

| | | |
|---|---|---|
| 1 | Q   Are there other heraldic rules? | 11:40:12 |
| 2 | A   Not that I conform to, no, but there may be. | 11:40:22 |
| 3 | It's an ancient and venerable art form.  So there could | 11:40:27 |
| 4 | be, but I'm not a herald, so I couldn't tell you. | 11:40:31 |
| 5 | Q   Are there any -- Well, strike that. | 11:41:07 |
| 6 | Are you familiar with some traditional examples | 11:41:11 |
| 7 | of symbols used with heraldry? | 11:41:17 |
| 8 | MR. MOSKIN:  Objection. | 11:41:20 |
| 9 | You can answer. | 11:41:22 |
| 10 | MR. OH:  Q   I'll rephrase. | 11:41:29 |
| 11 | Before you mentioned a fleur-de-lis? | 11:41:31 |
| 12 | A   Fleur-de-lis. | 11:41:34 |
| 13 | Q   Can you explain what that is? | 11:41:35 |
| 14 | A   It's an ancient symbol.  It's a three -- It's a | 11:41:38 |
| 15 | central spike with two curved spikes coming off of it | 11:41:47 |
| 16 | that's been used in heraldry for hundreds of years. | 11:41:52 |
| 17 | Q   Are there other symbols you can think of that | 11:41:56 |
| 18 | are like that? | 11:41:59 |
| 19 | A   Pick a shape, it's been used. | 11:42:01 |
| 20 | Q   Lions? | 11:42:13 |
| 21 | A   Yes. | 11:42:14 |
| 22 | Q   Griffins? | 11:42:15 |
| 23 | A   Yes. | 11:42:16 |
| 24 | Q   Crosses? | 11:42:17 |
| 25 | A   Yes. | 11:42:18 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
NEIL J.  HODGSON – 3/5/2012

| | | | |
|---|---|---|---|
| 1 | Q | Skulls? | 11:42:32 |
| 2 | A | Yes. | 11:42:33 |
| 3 | Q | Circles? | 11:42:37 |
| 4 | A | Yes. | 11:42:38 |
| 5 | Q | Triangles? | 11:42:39 |
| 6 | A | Yes. | 11:42:40 |
| 7 | Q | Roman numerals? | 11:42:43 |
| 8 | A | Yes. | 11:42:44 |
| 9 | Q | And use of all these symbols dates back to the | 11:42:55 |
| 10 | | ancient form of heraldry? | 11:42:59 |
| 11 | A | Yes. | 11:43:03 |
| 12 | Q | Dragons? | 11:43:49 |
| 13 | A | Yes. | 11:43:51 |
| 14 | Q | Salamanders?  Or I'll strike that. | 11:43:51 |
| 15 | | MR. OH:  I'm going to hand you an exhibit that will | 11:44:02 |
| 16 | | be marked 23. | 11:44:08 |
| 17 | | (Exhibit 23 marked as requested.) | 11:44:13 |
| 18 | | MR. OH:  Q   Do you recognize this? | 11:44:52 |
| 19 | A | Yes. | 11:44:54 |
| 20 | Q | And, for the record, these are Bates labeled | 11:44:54 |
| 21 | | pages GW 0001726 through 27.  What is it?  What is this? | 11:44:57 |
| 22 | A | What is this?  This looks like it was a | 11:45:06 |
| 23 | | reproduction of a poster that I did, and I think it went | 11:45:16 |
| 24 | | into one of our book products. | 11:45:20 |
| 25 | Q | And was -- The copy in front of you is in black | 11:45:22 |

CONFIDENTIAL – ATTORNEYS' EYES ONLY
NEIL J. HODGSON – 3/5/2012

1    Q    Can you identify what elements of these icons          13:40:34

2   that you drew that are different from the ones that were     13:40:37

3   previously published?                                        13:40:41

4    A    I think the skull in the middle with the diamond       13:40:49

5   in it and the lower jaw might be something new, but          13:40:52

6   other than that, I think I've seen all the other ones in     13:40:59

7   his sketchbook.                                              13:41:02

8    Q    And those icons were then previously published?        13:41:08

9    A    We've done transfer sheets with those icons on         13:41:12

10  since we started producing transfer sheets for Space        13:41:15

11  Wolves.                                                      13:41:19

12   Q    And those transfer sheets were sold before you        13:41:21

13  were -- these icons were published in this book?            13:41:26

14   A    Yes.                                                   13:41:31

15   Q    Can you describe what you mean by transfer            13:41:34

16  sheets?                                                      13:41:36

17   A    That's like a decal, like a transfer where it's       13:41:39

18  an icon that's on a sheet and you cut it out and you        13:41:48

19  slide it across and you put it on the model so that         13:41:52

20  it -- so that you don't have to paint it on,                13:41:54

21  essentially.                                                13:41:57

22   Q    And who makes these transfer sheets?                  13:42:00

23   A    We do.                                                13:42:02

24   Q    So it's something that Games Workshop creates?       13:42:04

25   A    Yes.                                                  13:42:07

CONFIDENTIAL - ATTORNEYS' EYES ONLY
NEIL J. HODGSON - 3/5/2012

```
 1    STATE OF ILLINOIS  )
                         )   ss:
 2    COUNTY OF COOK     )

 3

 4

 5         The within and foregoing deposition of the

 6    aforementioned witness was taken before TRACY L.

 7    BLASZAK, CSR, CRR, and Notary Public, at the place, date

 8    and time aforementioned.

 9         There were present during the taking of the

10    deposition the previously named counsel.

11         The said witness was first duly sworn and was

12    then examined upon oral interrogatories; the questions

13    and answers were taken down in shorthand by the

14    undersigned, acting as stenographer and Notary Public;

15    and the within and foregoing is a true, accurate and

16    complete record of all of the questions asked of and

17    answers made by the aforementioned witness, at the time

18    and place hereinabove referred to.

19         The undersigned is not interested in the within

20    case, nor of kin or counsel to any of the parties.

21

22

23         _____

24

25
```

CONFIDENTIAL — ATTORNEYS' EYES ONLY
NEIL J. HODGSON — 3/5/2012

1          Witness my official signature and seal as

2    Notary Public in and for Cook County, Illinois, on this

3    *19* day of ___*March*___, A.D. *2012*.

4

5

6

7

8                    *Tracy L. Blaszak*
                 TRACY L. BLASZAK, CSR, CRR
9                Illinois CSR No. 084-002978

                    OFFICIAL SEAL
10                  TRACY L BLASZAK
              NOTARY PUBLIC - STATE OF ILLINOIS
11            MY COMMISSION EXPIRES:03/23/15

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**EXHIBIT 48**

## Gill Stevenson

| | |
|---|---|
| From: | Legal (UK) |
| Sent: | 27 September 2010 11:46 |
| To: | Gill Stevenson |
| Subject: | FW: Chapterhouse Tervigon Kit |

Our ref:

Gill Stevenson
Legal Manager
Group Legal Department
Games Workshop Group PLC
Tel: +44 (0)115 900 4124

-----Original Message-----
From: cannons@tadaust.org.au [mailto:cannons@tadaust.org.au]
Sent: 26 September 2010 21:55
To: Legal (UK)
Subject: Chapterhouse Tervigon Kit

To whom it may concern.

It has come to my attention, via The Miniatures Page site, that Chapterhouse studios has a
Tyranid Tervigon Kit available for purchase on their site. see:

http://chapterhousestudios.com/webshop/news/27-tyranid-tervigon-kit-now-available-for-purchase

Is this legal? The conversion kit is designed to fit with a GW Carnifex plastic kit. Do GW
own the IP to the Tervigon, and if so is there some legal reason that chapterhouse can
sell this kit?

A look around the Chapterhouse site will reveal the nature of their product and use of GW
names, and I am surprised that they are still in business.

People have implied that the legal rights GW claim are not always strictly true, on what
grounds I don't know, but some clarification on these issues would be appreciated.

Can I for instance sculpt, cast, and sell such a kit, and if not why not, and how come
chapterhouse are getting away with it?
The issue of chapterhouse is a long running debate in the Miniatures hobby, on the net and
at the frothers unite site, a site frequented by people in the industry and want-to-bes
like myself, who are interested by this matter and, I suspect, the business opportunities.
Many people there would appreciate some GW input.

I have defended what I thought to be GW's rights on this matter, perhaps I was wrong and
it's time to get down to eating some serious humble pie.
If this is the case, and making such kits as this is legal, please tell me while I still
have some dignity to salvage.

And as I said, if it's possible, any comment by you on the frothers site clarifying this
issue (and not mentioning me by name, like many sites usernames are used for anonymity
unless you are a business) would be greatly appreciated by me and others.

Thank you for your patience.

1

EXHIBIT
#84
3-9-12 TB
PENGAD 800-631-6989

Confidential

GW0005548

# EXHIBIT 49

# FILE NOTE

| | |
|---|---|
| **Case Ref:** | **10591** |
| **Action:** | **Unknown action type (IE)** |
| **Date:** | **30/09/2009** |
| **Time:** | **10:35:21** |
| **Handler:** | **Gill Stevenson** |
| **Typist:** | **TF** |
| **No. of Units:** | **1** |
| **Cost Value:** | **0.00** |
| **Correspondent:** | |

## DETAILS

Unsolicited correspondence received:
Subject: Fw: Chapterhouse Studios
Detail:

----- Forwarded Message ----
From: ALAN RICHMOND <alanrichmond879@btinternet.com>
To: legal@games-workshop.co.uk
Sent: Sunday, 27 September, 2009 10:33:52 AM
Subject: Chapterhouse Studios

Dear Sir / Madam

I have recently come across this website
(http://chapterhousestudios.com/webshop/) selling conversion bits for
Games Workshop kits, but they are using Games Workshop trademarks in
their product names, as well as iconography that looks remarkably
similar to some stuff I've seen produced by yourselves. I'm looking
at their Space Marine shoulder pads here (Salamander, Luna Wolves
etc) which look reasonable enough, but perhaps lack the sharpness and
detail of 'official' GW products...

My question is are they legit. Is what they doing even legal, or does
it infringe on your IP / trademark policies.

Hope this of use, and I look forward to hearing from you.

Kind regards

Alan Richmond


EXHIBIT
#85
39-12 TB

GW0005546

# EXHIBIT 50

# FILE NOTE

| | |
|---|---|
| **Case Ref:** | **10591** |
| Action: | **Unknown action type (IE)** |
| Date: | **15/02/2010** |
| Time: | **12:47:15** |
| Handler: | **Talima Fox** |
| Typist: | **GLS** |
| No. of Units: | **1** |
| Cost Value: | **0.00** |
| Correspondent: | |

## DETAILS

Unsolicited correspondence received:
Subject: Is this legal?
Detail:
http://chapterhousestudios.com/webshop/component/virtuemart/?page=shop
.browse&category_id=7

I was thinking of the power fist and the leg parts for the Chaplain.
They are clearly Citadel parts with added details sculpted to them.

Is this legal?

Regards // Andreas Bergman

———

Hitta kÃ¤rleken! Klicka hÃ¤r MSN Dejting
<http://dejting.se.msn.com/channel/index.aspx?trackingid=1002952>

EXHIBIT
# 86
39-12 TB
PENGAD 800-631-6989

Confidential

GW0005547

# EXHIBIT 51

# FILE NOTE

| | |
|---|---|
| **Case Ref:** | **10591** |
| **Action:** | **Unknown action type (IE)** |
| **Date:** | **16/10/2009** |
| **Time:** | **11:24:55** |
| **Handler:** | **Talima Fox** |
| **Typist:** | **GLS** |
| **No. of Units:** | **1** |
| **Cost Value:** | **0.00** |
| **Correspondent:** | |

DETAILS

Unsolicited correspondence received:
Subject: FW: GW IP
Detail:


Our ref:



Gill Stevenson
Legal Manager
Group Legal Department
Games Workshop Group PLC
Tel: +44 (0)115 900 4124

_____

From: Wil and Vicky [mailto:pen_filia@yahoo.co.uk]
Sent: 16 October 2009 09:14
To: Legal (UK)
Subject: GW IP


http://chapterhousestudios.com/webshop/component/virtuemart/?page=shop
.browse&category_id=4

Hi, I've just found this website and they are offering their own
resin cast conversion kits for space marine rhino and land raider          (Continued ...)



tanks along with a few other GW things. I don't know if they are doing this under license, but thought you may want to take a look at this just in case.

Kind Regards

Vicky

Confidential

# EXHIBIT 52

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |
|---|---|
| GAMES WORKSHOP LIMITED, <br><br> Plaintiff, <br><br> v. <br><br> CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES <br><br> Defendants. | Civil Action No. 1:10-cv-8103 <br><br><br> Hon. Matthew F. Kennelly |

**PLAINTIFF GAMES WORKSHOP LIMITED RESPONSE TO CHAPTERHOUSE STUDIOS LLC'S REQUEST FOR PRODUCTION OF DOCUMENTS TO SET FIVE**

.

**REQUEST FOR PRODUCTION**

39.     All documents concerning any submission to YOU by third parties of any of the works, or portions of the works, YOU claim in this action.

**RESPONSE:**

Games Workshop objects that this request is vague and ambiguous, overbroad and unduly burdensome and seeks documents that are irrelevant and not likely to lead to the discovery of admissible evidence.

Without prejudice to or waiver of the foregoing objections, Games Workshop will produce documents, if any, responsive to this request.

40.     All documents concerning any policies, rules, procedures, or guidelines concerning submissions to YOU of any materials or works, including without limitation illustrations, artwork, sculptural works, sketches, preliminary drawings, photographs, works of fiction, articles, or written outlines or proposals for works of fiction or articles.

**RESPONSE:**

Games Workshop objects that this request is vague and ambiguous.

Without prejudice to or waiver of the foregoing objections, Games Workshop will produce documents, if any, responsive to this request.

41.     All correspondence between YOU and any author, co-author, creator, or co-creator of any of the works YOU claim in this action concerning such works.

**RESPONSE:**

Games Workshop objects that this request is vague and ambiguous, overbroad and unduly burdensome and seeks documents that are irrelevant and not likely to lead to the discovery of admissible evidence.

Without prejudice to or waiver of the foregoing objections, Games Workshop will produce documents, if any, responsive to this request.

42.     All documents concerning Paulson or any works or products created, marketed, or sold by Paulson.

**RESPONSE:**

Games Workshop objects that this request is vague and ambiguous, overbroad and unduly burdensome and seeks documents that are irrelevant and not likely to lead to the discovery of admissible evidence.

Without prejudice to or waiver of the foregoing objections, Games Workshop will produce documents, if any, concerning Paulson prior to this litigation.

43.     All documents produced to YOU by Paulson.

**RESPONSE:**

Games Workshop objects that this request is vague and ambiguous, overbroad and unduly burdensome and seeks documents that are irrelevant and not likely to lead to the

discovery of admissible evidence.

Without prejudice to or waiver of the foregoing objections, Games Workshop is not aware of any documents responsive to this request.

44.     All communications between YOU and Paulson.

**RESPONSE**:

Without prejudice to or waiver of the foregoing objections, Games Workshop is not aware of any documents responsive to this request.

Dated:  November 7, 2011

Respectfully submitted,

By:     /s/ Scott R. Kaspar

Scott R. Kaspar (Ill. Bar No. 6284921)
Aaron J. Weinzierl (Ill. Bar No. 6294055)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654
Telephone:  (312) 832-4500
Facsimile:  (312) 832-4700
Email:  skaspar@foley.com; aweinzierl@foley.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Telephone:  (212) 682-7474
Facsimile:  (212) 687-3229
Email:  jmoskin@foley.com

*Attorneys for Plaintiff Games Workshop Limited*

## CERTIFICATE OF SERVICE

       I, Scott R. Kaspar, an attorney, hereby certify that on November 7, 2011, I caused a copy of the foregoing PLAINTIFF GAMES WORKSHOP LIMITED'S RESPONSE TO CHAPTERHOUSE STUDIOS LLC'S REQUEST FOR PRODUCTION OF DOCUMENTS SET FIVE to be served on the interested parties by causing copies of this document to be served on the following *via* United States Mail in a sealed envelope with the postage prepaid and *via* electronic mail to the following:

       Jennifer A. Golinveaux, Esq.
       Thomas J. Kearney, Esq.
       J. Caleb Donaldson, Esq.
       WINSTON & STRAWN LLP
       101 California Street
       San Francisco, CA 94111
       jgolinveaux@winston.com
       tkearney@winston.com
       jcdonaldson@winston.com

       Catherine B. Diggins, Esq.
       Eric J. Mersmann, Esq.
       WINSTON & STRAWN LLP
       35 West Wacker Drive
       Chicago, IL 60601
       cdiggins@winston.com
       emersmann@winston.com

         and

       Ronald H. Spuhler
       Ronald A. DiCerbo
       Thomas J. Campbell Jr.
       MCANDREWS, HELD & MALLOY LTD.
       500 W. Madison Street – 34th Floor
       Chicago, IL 60061

             /s/  Scott R. Kaspar