# Exhibit

# 11

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## VA 1-819-306

**Effective date of
registration:**

March 7, 2012

## Title

**Title of Work:** Alpha Legion Land Raider Doors Set

## Completion/Publication

**Year of Completion:** 2002

**Date of 1st Publication:** July 31, 2002   **Nation of 1st Publication:** United Kingdom

## Author

**Author:** Games Workshop Limited

**Author Created:** photograph(s), 2-D artwork, sculpture

**Work made for hire:** Yes

**Citizen of:** United Kingdom   **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com   **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016  United States

## Certification

**Name:** Jonathan Moskin

**Date:** February 29, 2012

**Applicant's Tracking Number:** 099251-0102

**Correspondence:** Yes

GW0011046

**Registration #:** VA0001819306

**Service Request #:** 1-731178232



Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0011047

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-505-926

**Effective date of
registration:**

March 7, 2012

---

## Title

**Title of Work:** The Art of Warhammer 40,000

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** January 31, 2006　　　**Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

  **Author Created:** text, photograph(s), artwork

  **Work made for hire:** Yes

  **Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com　　　　　　　　　**Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0011347

**Registration #:** TX0007505926
**Service Request #:** 1-732431986



Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0011348

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-819-307**

**Effective date of
registration:**

March 7, 2012

## Title

| | |
|---|---|
| **Title of Work:** | Blood Raven Transfer Sheet |

## Completion/Publication

| | | | |
|---|---|---|---|
| **Year of Completion:** | 2010 | | |
| **Date of 1st Publication:** | July 31, 2010 | **Nation of 1st Publication:** | United Kingdom |

## Author

| | | | |
|---|---|---|---|
| ■ **Author:** | Games Workshop Limited | | |
| **Author Created:** | photograph(s), 2-D artwork | | |
| **Work made for hire:** | Yes | | |
| **Citizen of:** | United Kingdom | **Domiciled in:** | United Kingdom |

## Copyright claimant

| | |
|---|---|
| **Copyright Claimant:** | Games Workshop Limited |
| | Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom |

## Rights and Permissions

| | | | |
|---|---|---|---|
| **Organization Name:** | Foley & Lardner LLP | | |
| **Name:** | Jonathan Moskin | | |
| **Email:** | jmoskin@foley.com | **Telephone:** | 212-682-7474 |
| **Address:** | 90 Park Avenue | | |
| | New York, NY 10016 United States | | |

## Certification

| | |
|---|---|
| **Name:** | Jonathan Moskin |
| **Date:** | February 29, 2012 |
| **Applicant's Tracking Number:** | 099251-0102 |

| | |
|---|---|
| **Correspondence:** | Yes |

GW0011048

**Registration #:** VA0001819307
**Service Request #:** 1-731178288



Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016 United States

GW0011049

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America



**Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

**TX 6-541-286**

TX0006541296

EFFECTIVE DATE OF REGISTRATION

APR 05 2007

| Month | Day | Year |

---

**DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

## 1

**TITLE OF THIS WORK ▼**
★ Games Workshop Catalog 2006-07

**PREVIOUS OR ALTERNATIVE TITLES ▼**

**PUBLICATION AS A CONTRIBUTION** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared    Title of Collective Work ▼

If published in a periodical or serial give    Volume ▼        Number ▼            Issue Date ▼            On Pages ▼

## 2

**a**
**NAME OF AUTHOR ▼**
Games Workshop Limited

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a work made for hire ?
☒ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶ United Kingdom
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☒ No
Pseudonymous?  ☐ Yes  ☒ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions) For any part of this work that was made for hire check "Yes" in the space provided give the employer (or other person for whom the work was prepared) as "Author" of that part and leave the space for dates of birth and death blank

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼
All text and graphics

**b**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

**c**
**NAME OF AUTHOR ▼**

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**AUTHOR'S NATIONALITY OR DOMICILE**
Name of Country
OR { Citizen of ▶
Domiciled in ▶

**WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NATURE OF AUTHORSHIP** Briefly describe nature of material created by this author in which copyright is claimed ▼

## 3

**a**
**YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED** This information must be given in all cases.
2006 ◀ Year

**b**
**DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK** Complete this information ONLY if this work has been published.
Month ▶ December    Day ▶ 13    Year ▶ 2006
United States ◀ Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

Games Workshop Limited
Willow Road Lenton Nottingham NG7 2WS United Kingdom

**TRANSFER** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright ▼

APPLICATION RECEIVED
APR 0 5 2007
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
APR 0 5 2007

FUNDS RECEIVED

DO NOT WRITE HERE OFFICE USE ONLY

---

**MORE ON BACK ▶**    Complete all applicable spaces (numbers 5 9) on the reverse side of this page
See detailed instructions    Sign the form at line 8

DO NOT WRITE HERE
Page 1 of    pages

GW0003406

**\* Title on deposit** Games Workshop Complete Catalog
& Hobby Reference 2006-2007

| EXAMINED BY ᶜᵘ | | FORM TX |
|---|---|---|
| CHECKED BY | | |
| ☐ CORRESPONDENCE Yes | | FOR COPYRIGHT OFFICE USE ONLY |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work already been made in the Copyright Office?                                                           **5**
☐ Yes ☒ No If your answer is Yes, why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form
b. ☐ This is the first application submitted by this author as copyright claimant
c. ☐ This is a changed version of the work, as shown by space 6 on this application
If your answer is Yes give Previous Registration Number ▶            Year of Registration ▶

**DERIVATIVE WORK OR COMPILATION**                                                                    **6**
Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼          **a**

_____

Material Added to This Work Give a brief general statement of the material that has been added to this work and in which copyright is claimed ▼    **b**

See instructions before completing this space

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office give name and number of Account    **7**
Name ▼                                          Account Number ▼                                    **a**
Finnegan Henderson Farabow Garrett & Dunner LLP                  60313

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/Zip ▼    **b**
Margaret A Esquenet, Esq    Finnegan Henderson Farabow Garrett & Dunner LLP
901 New York Ave NW Washington D C 20001

Area code and daytime telephone number ▶ 202 408 4007                Fax number ▶ 202 408 4400
Email ▶ margaret.esquenet@finnegan.com

**CERTIFICATION\*** I, the undersigned, hereby certify that I am the                                  **8**
Check only one { ☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of Games Workshop Limited
of the work identified in this application and that the statements made
by me in this application are correct to the best of my knowledge
Name of author or other copyright claimant or owner of exclusive right(s) ▲

Typed or printed name and date ▼ If this application gives a date of publication in space 3 do not sign and submit it before that date
Margaret A Esquenet                                              Date ▶ April 5, 2007

Handwritten signature ▼

_Margaret A Esquenet_

**9**
| Certificate will be mailed in window envelope to this address | Name ▼ Margaret A Esquenet Esq    Finnegan Henderson Farabow Garrett & Dunner LLP | Complete all necessary spaces Sign your application in space 8 |
| | Number/Street/Apt ▼ 901 New York Ave NW | 1 Application form 2 Nonrefundable filing fee in check or money order payable to Register of Copyrights 3 Deposit material |
| | City/State/Zip ▼ Washington D C 20001 | Library of Congress Copyright Office 101 Independence Avenue SE Washington, DC 20559-6222 |

17 USC §506(e)  Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2 500

Form TX  F 8  Rev 11/2006  Print 11/2006—30 000  Printed on recycled paper                  U S Government Printing Office 2006-xx-xxx/60 xxx

GW0003407

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-505-931**

**Effective date of
registration:**

March 7, 2012

---

## Title

**Title of Work:** Codex:  Space Marines

## Completion/Publication

**Year of Completion:** 2004

**Date of 1st Publication:** November 30, 2004     **Nation of 1st Publication:** United Kingdom

## Author

■     **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan  Moskin

**Email:** jmoskin@foley.com                          **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016  United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0011349

**Registration #:** TX0007505931
**Service Request #:** 1-731909052



Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0011350

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-538-588**

**Effective date of registration:**

March 5, 2012

## Title

**Title of Work:** Codex: Dark Angels

## Completion/Publication

**Year of Completion:** 2006

**Date of 1st Publication:** January 31, 2007 **Nation of 1st Publication:** United Kingdom

## Author

■ **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** February 28, 2012

**Applicant's Tracking Number:** 099251-0102

**Correspondence:** Yes

GW0011355

**Registration #:**  TX0007538588
**Service Request #:**  1-730829637



Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0011356

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-538-569**

**Effective date of
registration:**

March 5, 2012

## Title

Title of Work: Horus Heresy:  Collected Visions

## Completion/Publication

Year of Completion: 2007

Date of 1st Publication: April 30, 2007    Nation of 1st Publication: United Kingdom

## Author

■    Author: Games Workshop Limited

Author Created: new and updated text, photographs, artwork

Work made for hire: Yes

Domiciled in: United Kingdom

## Copyright claimant

Copyright Claimant: Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Limitation of copyright claim

Material excluded from this claim: previously published text, photographs, artwork

New material included in claim: new and updated text, photographs, artwork

## Rights and Permissions

Organization Name: Foley & Lardner LLP

Name: Jonathan  Moskin

Email: jmoskin@foley.com    Telephone: 212-682-7474

Address: 90 Park Avenue

New York, NY 10016  United States

## Certification

GW0011364

|                            |                   |
|----------------------------|-------------------|
| **Name:**                  | Jonathan Moskin   |
| **Date:**                  | February 28, 2012 |
| **Applicant's Tracking Number:** | 099251-0102 |

**Correspondence:** Yes



GW0011365

**Registration #:**  TX0007538569
**Service Request #:**  1-730830176



Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0011366

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-538-607**

**Effective date of registration:**

March 5, 2012

## Title ——————————————————————————————

**Title of Work:** How to Paint Space Marines

## Completion/Publication ——————————————————————

**Year of Completion:** 2005

**Date of 1st Publication:** January 31, 2005    **Nation of 1st Publication:** United Kingdom

## Author ——————————————————————————————

■    **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant ——————————————————————————

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions ——————————————————————

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com    **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification ——————————————————————————

**Name:** Jonathan Moskin

**Date:** February 28, 2012

**Applicant's Tracking Number:** 099251-0102

**Correspondence:** Yes

GW0011357

**Registration #:** TX0007538607

**Service Request #:** 1-730829831



Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0011358

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TX 7-505-945

**Effective date of
registration:**

March 7, 2012

## Title

**Title of Work:** Index Astartes

## Completion/Publication

**Year of Completion:** 2001

**Date of 1st Publication:** December 31, 2001   **Nation of 1st Publication:** United Kingdom

## Author

▪   **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com   **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

GW0011353

**Registration #:**  TX0007505945
**Service Request #:**  1-732431812



Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0011354

## Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-505-940**

**Effective date of
registration:**

March 7, 2012

## Title

**Title of Work:** Index Astartes III

## Completion/Publication

**Year of Completion:** 2003

**Date of 1st Publication:** December 31, 2003      **Nation of 1st Publication:** United Kingdom

## Author

■      **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com      **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** March 1, 2012

**Applicant's Tracking Number:** 099251-0102

Page 1 of 1

GW0011351

**Registration #:** TX0007505940
**Service Request #:** 1-732431834



Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0011352

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-536-772**

**Effective date of registration:**

March 9, 2012

## Title

**Title of Work:** Necromunda - Battle for Survival in the Nightmare Undercity

## Completion/Publication

**Year of Completion:** 1997

**Date of 1st Publication:** May 31, 1998     **Nation of 1st Publication:** United Kingdom

## Author

- **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Limitation of copyright claim

**Material excluded from this claim:** some previously published text and artwork

**New material included in claim:** text, photograph(s), artwork

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

GW0011359

**Name:** Jonathan Moskin

**Date:** March 2, 2012

**Applicant's Tracking Number:** 099251-0102

---

**Correspondence:** Yes



GW0011360

**Registration #:**  TX0007536772
**Service Request #:**  1-732431522



Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0011361

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**TX 7-538-598**

**Effective date of
registration:**

March 5, 2012

## Title

**Title of Work:** Codex: Tyranids

## Completion/Publication

**Year of Completion:** 2009

**Date of 1st Publication:** November 30, 2009     **Nation of 1st Publication:** United Kingdom

## Author

■     **Author:** Games Workshop Limited

**Author Created:** text, photograph(s), artwork

**Work made for hire:** Yes

**Domiciled in:** United Kingdom

## Copyright claimant

**Copyright Claimant:** Games Workshop Limited

Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions

**Organization Name:** Foley & Lardner LLP

**Name:** Jonathan Moskin

**Email:** jmoskin@foley.com     **Telephone:** 212-682-7474

**Address:** 90 Park Avenue

New York, NY 10016 United States

## Certification

**Name:** Jonathan Moskin

**Date:** February 28, 2012

**Applicant's Tracking Number:** 099251-0102

**Correspondence:** Yes

GW0011362

**Registration #:** TX0007538598
**Service Request #:** 1-730830020



Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

GW0011363

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

## TXu 1-788-290

**Effective date of registration:**

December 28, 2011

## Title

| | |
|---|---|
| Title of Work: | Website Content From 2000 to 2011 |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2011 |

## Author

| | |
|---|---|
| ■ Author: | Games Workshop Limited |
| Author Created: | text, photograph(s), artwork |
| Work made for hire: | Yes |
| Domiciled in: | United Kingdom |

## Copyright claimant

| | |
|---|---|
| Copyright Claimant: | Games Workshop Limited |
| | Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom |

## Rights and Permissions

| | |
|---|---|
| Organization Name: | Foley & Lardner LLP |
| Name: | Jonathan Moskin |
| Email: | jmoskin@foley.com |
| Telephone: | 212-682-7474 |
| Address: | 90 Park Avenue |
| | New York, NY 10016 United States |

## Certification

| | |
|---|---|
| Name: | Jonathan Moskin |
| Date: | December 28, 2011 |
| Applicant's Tracking Number: | 099251-0102 |

| | |
|---|---|
| Correspondence: | Yes |

GW0005608