# Exhibit

# 13

Int. Cls.: 9, 16 and 28

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38 and 50

Reg. No. 2,718,741

**United States Patent and Trademark Office**  Registered May 27, 2003

## TRADEMARK
### PRINCIPAL REGISTER

## WARHAMMER

GAMES WORKSHOP LIMITED (UNITED KING-
DOM CORPORATION)
WILLOW ROAD
LENTON, NOTTINGHAM NG7 2WS, UNITED
KINGDOM

FOR: (BASED ON REGISTRATION NO. 1355872)
COMPUTER GAME PROGRAMS; ~~VIDEO GAME
CARTRIDGES AND VIDEO GAME MACHINES
FOR USE WITH TELEVISIONS; VIDEO CASSETTES
FEATURING WAR GAMES,~~ ROLE PLAY GAMES,
SKIRMISH GAMES, FANTASY/SCIENCE FICTION
GAMES; AND COMPUTER SOFTWARE FOR PLAY-
ING GAMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND
38).

FOR: (BASED ON REGISTRATION NO. 1355873)
ROLE PLAYING GAME MAGAZINES, BOOKS AND
MANUALS; COMIC BOOKS; RULE BOOKS FOR
PLAYING GAMES; ~~STATIONERY ITEMS, NAME-
LY, BALL POINT AND INK PENS, PENCILS, WRIT-
ING AND DRAWING INKS, PAINT BRUSHES,
STATIONERY FOLDERS, NOTE PADS, SCORE
SHEETS AND WRITING PAPER;~~ PRINTED IN-
STRUCTIONAL MATERIALS IN THE AREA OF
HOBBY GAMES, SKIRMISH GAMES, WAR GAMES,
TABLE TOP GAMES AND ROLE PLAYING GAMES,
IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: (BASED ON REGISTRATION NO. 1355874)
EQUIPMENT SOLD AS A UNIT FOR PLAYING
TABLE TOP HOBBY BATTLE GAMES IN THE
NATURE OF WAR GAMES, SKIRMISH GAMES,
ROLE PLAYING GAMES AND SCIENCE FICTION
GAMES; MINIATURES AND MODELS FOR USE IN
HOBBY GAMES, WAR GAMES, SKIRMISH GAMES,
ROLE PLAYING GAMES AND SCIENCE FICTION
GAMES; AND KITS OF PARTS FOR CONSTRUCT-
ING TOY MODELS, NAMELY, LANDSCAPES,
SCENERY, AND ACTION FIGURES, IN CLASS 28
(U.S. CLS. 22, 23, 38 AND 50).

OWNER OF UNITED KINGDOM REG. NO.
1355874, DATED 7-27-1990, EXPIRES 8-25-2005.

OWNER OF UNITED KINGDOM REG. NO.
1355873, DATED 8-3-1990, EXPIRES 8-25-2005.

OWNER OF UNITED KINGDOM REG. NO.
1355872, DATED 10-12-1990, EXPIRES 8-25-2005.

OWNER OF U.S. REG. NOS. 1,650,103, 1,650,221,
AND 1,650,222.

SER. NO. 76-359,806, FILED 1-18-2002.

REBECCA GILBERT, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,707,457**
Registered Nov. 10, 2009

**Int. Cls.: 9, 16 and 28**

**TRADEMARK**
**PRINCIPAL REGISTER**

GAMES WORKSHOP LIMITED (UNITED KINGDOM CORPORATION)
WILLOW ROAD, LENTON
NOTTINGHAM, UNITED KINGDOM NG72WS

FOR: COMPUTER GAME DISCS; COMPUTER GAME SOFTWARE; INTERACTIVE MULTI-MEDIA COMPUTER GAME PROGRAM; INTERACTIVE VIDEO GAME PROGRAMS; VIDEO GAME DISCS; VIDEO GAME SOFTWARE; DOWNLOADABLE ELECTRONIC PUBLICA-TIONS IN THE NATURE OF COMPUTER GAME INSTRUCTION MANUALS, RULE BOOKS FOR PLAYING GAMES, AND MAGAZINES AND JOURNALS ON THE SUBJECT OF WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES, BATTLE GAMES, AND FANTASY/SCIENCE FICTION GAMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

FOR: COMPUTER GAME INSTRUCTION MANUALS; PUBLICATIONS, NAMELY, BOOKS, RULE BOOKS, MAGAZINES, AND JOURNALS IN THE FIELD OF WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES, BATTLE GAMES, AND FANTASY/SCIENCE FICTION GAMES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

FOR: CARD GAMES, TABLE TOP WAR GAMES, AND BOARD GAMES ALL FOR USE IN THE FIELDS OF WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES, BATTLE GAMES, AND FANTASY/SCIENCE FICTION GAMES; PLAYTHINGS, NAMELY, HOBBY CRAFT SETS, KITS, AND PARTS FOR CONSTRUCTING MODELS, NAMELY, LANDSCAPES, SCENERY, AND ACTION FIGURES FOR USE IN WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES, BATTLE GAMES, AND FANTASY/SCIENCE FICTION GAMES; MINI-ATURE ACTION FIGURES AND TOY MODEL HOBBY CRAFT KITS FOR USE IN GAMES, WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES, AND FANTASY GAMES COMPRISING OF MINIATURES, MODELS, LANDSCAPES AND SCENERY AND PARTS THEREOF, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

PRIORITY CLAIMED UNDER SEC. 44(D) ON ERPN CMNTY TM OFC APPLICATION NO. 006903926, FILED 4-28-2008, REG. NO. 006903926, DATED 1-21-2009, EXPIRES 4-28-2018.

Director of the United States Patent and Trademark Office

**Reg. No. 3,707,457**   OWNER OF U.S. REG. NO. 2,718,741.

THE MARK CONSISTS OF A DOUBLE-HEADED EAGLE WITH THE WORDS "WARHAMMER 40,000" WITHIN THE BODY OF THE EAGLE.

SER. NO. 77-460,691, FILED 4-29-2008.

KATHERINE STOIDES, EXAMINING ATTORNEY

Page: 2 / RN # 3,707,457

# United States of America

## United States Patent and Trademark Office

# 40,000

**Reg. No. 3,751,267** GAMES WORKSHOP LIMITED (UNITED KINGDOM CORPORATION)
Registered Feb. 23, 2010 WILLOW ROAD, LENTON
NOTTINGHAM, UNITED KINGDOM NG72WS

**Int. Cls.: 9, 16 and 28** FOR: COMPUTER GAME DISCS; COMPUTER GAME SOFTWARE; INTERACTIVE MULTI-
MEDIA COMPUTER GAME PROGRAM; INTERACTIVE VIDEO GAME PROGRAMS; VIDEO
GAME DISCS; VIDEO GAME SOFTWARE; DOWNLOADABLE ELECTRONIC PUBLICA-
**TRADEMARK** TIONS IN THE NATURE OF COMPUTER GAME INSTRUCTION MANUALS, RULE BOOKS
**PRINCIPAL REGISTER** FOR PLAYING GAMES, AND MAGAZINES AND JOURNALS ON THE SUBJECT OF WAR
GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES, BATTLE GAMES, AND
FANTASY/SCIENCE FICTION GAMES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

FOR: COMPUTER GAME INSTRUCTION MANUALS; PUBLICATIONS, NAMELY, BOOKS,
RULE BOOKS, MAGAZINES, AND JOURNALS IN THE FIELD OF WAR GAMES, SKIRMISH
GAMES, ROLE PLAYING GAMES, BATTLE GAMES, AND FANTASY/SCIENCE FICTION
GAMES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

FOR: CARD GAMES, TABLE TOP WAR GAMES, AND BOARD GAMES ALL FOR USE IN
THE FIELDS OF WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES, BATTLE
GAMES, AND FANTASY/SCIENCE FICTION GAMES; PLAYTHINGS, NAMELY, HOBBY
CRAFT SETS, KITS, AND PARTS FOR CONSTRUCTING MODELS, NAMELY, LANDSCAPES,
SCENERY, AND ACTION FIGURES FOR USE IN WAR GAMES, SKIRMISH GAMES, ROLE
PLAYING GAMES, BATTLE GAMES, AND FANTASY/SCIENCE FICTION GAMES; MINI-
ATURE ACTION FIGURES AND TOY MODEL HOBBY CRAFT KITS FOR USE IN GAMES,
WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES, AND FANTASY/SCIENCE
FICTION GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.



THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-647,340, FILED 1-12-2009.

LAURIE KAUFMAN, EXAMINING ATTORNEY

*David J. Kappos*

Director of the United States Patent and Trademark Office

Int. Cls.: 35 and 41

Prior U.S. Cls.: 100, 101, 102, and 107

**United States Patent and Trademark Office**

Reg. No. 3,612,759
Registered Apr. 28, 2009

### SERVICE MARK
**PRINCIPAL REGISTER**

### GAMES WORKSHOP

GAMES WORKSHOP LIMITED (UNITED KINGDOM CORPORATION)
WILLOW ROAD
LENTON, NOTTINGHAM NG7 2WS, ENGLAND

FOR: RETAIL STORE SERVICES FEATURING A VARIETY OF PUBLICATIONS, BOOKS, NOVELS, MAGAZINES, JOURNALS, PRINTED MATTER, PAINT BRUSHES, CARDS, ARTISTS MATERIALS, MODELING TOOLS, GAMES, PLAY THINGS, TOYS, ROLE PLAY GAMES, BOARD GAMES, MINIATURES AND MODELS, WAR GAMES, HOBBY GAMES, SKIRMISH GAMES, TABLE TOP GAMES, KITS AND PARTS FOR CONSTRUCTING MODELS; MAIL ORDER SERVICES FEATURING A VARIETY OF PUBLICATIONS, BOOKS, NOVELS, MAGAZINES, JOURNALS, PRINTED MATTER, PAINT BRUSHES, CARDS, ARTISTS MATERIALS, MODELING TOOLS, GAMES, PLAY THINGS, TOYS, ROLE PLAY GAMES, BOARD GAMES, MINIATURES AND MODELS, WAR GAMES, HOBBY GAMES, SKIRMISH GAMES, TABLE TOP GAMES, KITS AND PARTS FOR CONSTRUCTING MODELS; ONLINE RETAIL STORE SERVICES FEATURING A VARIETY OF PUBLICATIONS, BOOKS, NOVELS, MAGAZINES, JOURNALS, PRINTED MATTER, PAINT BRUSHES, CARDS, ARTISTS MATERIALS, MODELING TOOLS, GAMES, PLAY THINGS, TOYS, ROLE PLAY GAMES, BOARD GAMES, MINIATURES AND MODELS, WAR GAMES, HOBBY GAMES, SKIRMISH GAMES, TABLE TOP GAMES, KITS AND PARTS FOR CONSTRUCTING MODELS, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 0-0-1985; IN COMMERCE 0-0-1985.

FOR: ENTERTAINMENT IN THE NATURE OF TOURNAMENTS, PRODUCT EXHIBITIONS, AND COMPETITIONS IN THE FIELD OF ROLE-PLAYING GAMES, HOBBY GAMES, SKIRMISH GAMES, SCIENCE FICTION/FANTASY GAMES; PUBLICATION OF BOOKS, MAGAZINES AND JOURNALS; ENTERTAINMENT SERVICES, NAMELY, PROVIDING ON-LINE COMPUTER GAMING VIA THE INTERNET, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 9-0-1986; IN COMMERCE 9-0-1986.

OWNER OF U.S. REG. NOS. 1,697,771, 1,833,406, AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "GAMES", APART FROM THE MARK AS SHOWN.

SN 76-368,440, FILED 2-8-2002.

BARBARA GAYNOR, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office

# GW

**Reg. No. 3,878,431**
**Registered Nov. 23, 2010**

**Int. Cl.: 28**

**TRADEMARK**

**PRINCIPAL REGISTER**

GAMES WORKSHOP LIMITED (UNITED KINGDOM CORPORATION)
WILLOW ROAD, LENTON
NOTTINGHAM, UNITED KINGDOM NG72WS

FOR: MINIATURE ACTION FIGURES AND TOY MODEL HOBBYCRAFT KITS FOR USE IN HOBBY GAMES, WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES, AND FANTASY/SCIENCE FICTION GAMES, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1989; IN COMMERCE 0-0-1989.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-461,833, FILED 4-30-2008.

KATHERINE STOIDES, EXAMINING ATTORNEY



Director of the United States Patent and Trademark Office

Int. Cl.: 28

Prior U.S. Cl.: 22

**Reg. No. 1,922,180**

## United States Patent and Trademark Office    Registered Sep. 26, 1995

### TRADEMARK
#### PRINCIPAL REGISTER

### SPACE MARINE

GAMES WORKSHOP LIMITED (UNITED KINGDOM CORPORATION)
CHEWTON STREET
EASTWOOD
NOTTINGHAM NG16 3HY, ENGLAND

FOR: BOARD GAMES, PARLOR GAMES, WAR GAMES, HOBBY GAMES, TOY MODELS AND MINIATURES OF BUILDINGS, SCENERY, FIGURES, AUTOMOBILES, VEHICLES, PLANES, TRAINS AND CARD GAMES AND PAINT, SOLD THEREWITH, IN CLASS 28 (U.S. CL. 22).

FIRST USE 9-0-1987; IN COMMERCE 10-0-1987.

SER. NO. 74-186,534, FILED 7-19-1991.

ERIN FALK, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**

Reg. No. 1,944,847
Registered Jan. 2, 1996

### TRADEMARK
### PRINCIPAL REGISTER

### ELDAR

GAMES WORKSHOP LIMITED (UNITED KINGDOM CORPORATION)
CHEWTON STREET, HILL TOP, EASTWOOD NOTTINGHAM NG1 7DL, ENGLAND

FOR: EQUIPMENT SOLD AS A UNIT FOR PLAYING HOBBY GAMES, WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES AND SCIENCE FICTION GAMES, MINIATURES AND MODELS FOR USE IN HOBBY GAMES, WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES AND SCIENCE FICTION GAMES, AND KITS FOR PARTS FOR CONSTRUCTION OF SUCH MODELS, IN CLASS 28 (U.S. CL. 22).

FIRST USE 10-0-1987; IN COMMERCE 1-0-1988.

SER. NO. 74–358,132, FILED 2–12–1993.

SCOTT GOODPASTER, EXAMINING ATTORNEY

Int. Cl.: 28

Prior U.S. Cl.: 22

**United States Patent and Trademark Office**

Reg. No. 1,913,474
Registered Aug. 22, 1995

TRADEMARK
PRINCIPAL REGISTER

DARK ANGELS

GAMES WORKSHOP LTD. (UNITED KINGDOM CORPORATION)
CHEWTON ST., HILLTOP, EASTWOOD
NOTTINGHAM, NG16 3HY, UNITED KINGDOM

FOR: EQUIPMENT SOLD AS A UNIT FOR PLAYING HOBBY GAMES, PARLOR GAMES, WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES AND SCIENCE FICTION GAMES; MINIATURES AND MODELS, NAMELY MINIATURE AND MODEL SOLDIERS, WARRIORS, ACTION FIGURES AND THE LIKE FOR USE IN HOBBY GAMES, PALOR GAMES, WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES AND SCIENCE FICTION GAMES; KITS CONSISTING PRIMARILY OF PEWTER AND/OR STYRENE MOLDED PARTS SOLD AS A UNIT FOR USE IN CONSTRUCTING MODELS AND MINIATURES, NAMELY MINIATURE AND MODEL SOLDIERS, WARRIORS, ACTION FIGURES AND THE LIKE FOR USE IN HOBBY GAMES, PARLOR GAMES, WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES AND SCIENCE FICTION GAMES, IN CLASS 28 (U.S. CL. 22).

FIRST USE 0-0-1989; IN COMMERCE 0-0-1989.

SER. NO. 74-411,280, FILED 7-12-1993.

DOMINICK J. SALEMI, EXAMINING ATTORNEY

Int. Cls.: 16 and 28

Prior U.S. Cls.: 2, 5, 22, 23, 29, 37, 38 and 50

**United States Patent and Trademark Office**

Reg. No. 2,820,748

Registered Mar. 9, 2004

## TRADEMARK
### PRINCIPAL REGISTER

## TAU

GAMES WORKSHOP LIMITED (UNITED KING-
    DOM CORPORATION)
WILLOW ROAD
LENTON
NOTTINGHAM NG7 2WS, UNITED KINGDOM

FOR: PUBLICATIONS, NAMELY, BOOKS AND
MAGAZINES FEATURING WAR GAMES, ROLE
PLAY GAMES, SKIRMISH GAMES, AND FANTA-
SY/SCIENCE FICTION GAMES; CARTOON STRIPS
AND COMIC BOOKS; JOURNALS RELATING TO
WAR GAMES, ROLE PLAY GAMES, SKIRMISH
GAMES, AND FANTASY/SCIENCE FICTION
GAMES; STATIONERY; POSTERS; PENS; PENCILS;
DRAWING RULERS; GREETING CARDS; PAINT
BRUSHES; ADHESIVES FOR STATIONERY OR
HOUSEHOLD PURPOSES; PARTS AND FITTINGS
FOR ALL THE AFORESAID GOODS, IN CLASS 16
(U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 8-0-2001; IN COMMERCE 8-0-2001.

FOR: GAMES AND PLAYTHINGS AND PARTS
AND FITTINGS THEREFORE, NAMELY BOARD
GAMES, PARLOR GAMES AND CARD GAMES;
PLASTIC AND METAL FIGURINES AND FIGURE
GAMING PIECES FOR USE WITH HOBBY GAMES,
SKIRMISH GAMES, WAR GAMES AND ROLE
PLAYING GAMES; TOY MODEL HOBBY CRAFT
KITS; TOY MINIATURE ACTION FIGURES AND
TOY MODEL ACTION FIGURES; PLAYING
CARDS, IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 10-0-2001; IN COMMERCE 10-0-2001.

SER. NO. 76-443,092, FILED 8-22-2002.

SOPHIA S. KIM, EXAMINING ATTORNEY

Int. Cls.: 9, 16 and 28

Prior U.S. Cls.: 2, 5, 21, 22, 23, 26, 29, 36, 37, 38 and 50

Reg. No. 3,646,312

## United States Patent and Trademark Office

Registered June 30, 2009

## TRADEMARK
### PRINCIPAL REGISTER



GAMES WORKSHOP LIMITED (UNITED KING-DOM CORPORATION)
WILLOW ROAD, LENTON
NOTTINGHAM, UNITED KINGDOM NG72WS

FOR: COMPUTER GAME SOFTWARE; INTER-ACTIVE MULTIMEDIA COMPUTER GAME PRO-GRAM; INTERACTIVE COMPUTER GAME PROGRAMS; VIDEO GAME SOFTWARE, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 0-0-1998; IN COMMERCE 0-0-1998.

FOR: COMPUTER GAME INSTRUCTION MAN-UALS; PUBLICATIONS, NAMELY, BOOKS, RULE BOOKS, MAGAZINES, AND JOURNALS IN THE FIELD OF WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES, BATTLE GAMES, AND FANTA-SY/SCIENCE FICTION GAMES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

FOR: TABLE TOP GAMES, AND BOARD GAMES ALL FOR USE IN THE FIELDS OF WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES, BAT-TLE GAMES, AND FANTASY/SCIENCE FICTION GAMES; PLAYTHINGS, NAMELY, HOBBY CRAFT SETS, KITS, AND PARTS FOR CONSTRUCTING MODELS, NAMELY, LANDSCAPES, SCENERY, AND ACTION FIGURES FOR USE IN WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES, BAT-TLE GAMES, AND FANTASY/SCIENCE FICTION GAMES; MINIATURE ACTION FIGURES AND TOY MODELS FOR USE IN HOBBY GAMES, WAR GAMES, SKIRMISH GAMES, ROLE PLAYING GAMES, AND FANTASY/SCIENCE FICTION GAMES; CASES FOR ACTION FIGURES , IN CLASS 28 (U.S. CLS. 22, 23, 38 AND 50).

FIRST USE 0-0-1987; IN COMMERCE 0-0-1987.

THE MARK CONSISTS OF A STYLIZED DOUBLE HEADED EAGLE.

SER. NO. 77-575,293, FILED 9-22-2008.

WENDY GOODMAN, EXAMINING ATTORNEY

# Exhibit

# 14.

eb⟨Y⟩    Sign in!

| Search | Advanced Search |   | Buy | Sell | My eBay | Community | Help |

Site Map

eBay Security &
Resolution Center

Categories ▼    Motors    Express    Stores

⇐ Back to My eBay    Listed in category: Toys & Hobbies > Games > Miniatures, War Games > Warhammer > 40K > Space Marines

## Space Marine 40k 10 squad bit kit Salamanders Dragon
Custom Salamanders Dragon Weapon & Shoulder Pads 10

Item number: 280240772142

**The listing has been reported.**

Thank you for your report to eBay. We will review it as soon as possible and inform you of our actions.

| | | |
|---|---|---|
| | Current bid | US $3.75 |
| | Your maximum bid | US $ [        ]    Place Bid > |
| | | (Enter US $4.00 or more) |
| | End time | Jul-04-08 19:56:20 PDT (4 days 11 hours) |
| | Shipping costs | To United Kingdom -- Check item description and payment instructions or contact seller for details |
| | Ships to | N. and S. America, Europe, Asia, Australia |
| | Item location | Grand Prairie, TX, United States |
| | History | 5 bids |
| View larger picture | High bidder | g***a ( 126 ☆ ) |
| | You can also: | Watch This Item |
| | | Get SMS or IM alerts | Email to a friend |

**Meet the seller**

Seller    custom-minis79 ( 16 ☆ )
Feedback: 94.4 % Positive
Member:  since Apr-18-08 in United States

- See detailed feedback
- Ask seller a question
- Add to Favorite Seller
- View seller's other items

**Buy safely**

1. **Check the seller's reputation**
   Score: 16 | 94.4% Positive
   See detailed feedback

2. **Check how you're protected**
   PayPal  Up to $200 in buyer protection.  See eligibility

Listing and payment details: Hide

| | | |
|---|---|---|
| Starting time | Jun-27-08 19:56:20 PDT | |
| Starting bid | US $0.99 | Payment methods: **PayPal** (preferred) |
| Duration | 7-day listing | See details |

## Description (revised)

Item Specifics - Item Condition
Condition      New

Game           Warhammer+40k

You are bidding on a custom kit for a 10 man squad of marines for warhammer 40k.  I use these for Salamanders Chapter marines, but you can use them for any dragon based chapter or second founding chapter.  We  dont have any Blood Angels, Dark Angels, Ultra Marines, Space Wolves or Black Templars. Sorry.

These are all provided unpainted.

This kit includes

10 left arm shoulder pads with a dragon or salamander head sculpted on it.

10 Salamander - Dragon specific backpacks, scales and flames are sculpted on the back

1 Power Hammer or Power Claw  your choice

Enough bits to create a whole 10 man squad of Salamander marines and 1 seargeant with a power weapon.

I may also choose to send freebies from my personal casting collection.  I only SELL original sculpting, no GW or FW recast.

PLEASE NOTE  I am not a foundry.

My castings do have some flash and moldlines to clean as well as little casting nodules that are easily removed with an exacto blade, to remove these myself would drastically cut down on casting and sculpting time.  bid knowing these are not from a factory (some person left me a negative for having mold lines and flash without even communicating with me about the issue!) and will need cleaning that requires some modeling experience (how not to slice your hand with a blade ;) ).

See the pictures below for detailed photos.

GW0002525



We also can provide custom sculpted rhino armor for Salamanders.  We can be hired on to sculpt any chapter icons if we are provided sketches.  Please realize these are all original sculpts and GW owns any icons or trademarks they have created.

Shipping will be by US Postal Service.

Thanks and hope you enjoy.



## Shipping and handling

Ships to
N. and S  America, Europe, Asia  Australia

Country:  [ Show all available ▼ ]     Update

| Shipping and Handling | To | Service | Insurance |
|---|---|---|---|
| US $5 50 | United States | US Postal Service First Class Mail®<br>Estimated delivery 2-5 days* | None |

Contact the seller for shipping costs and services to N. and S. America, Europe, Asia, Australia

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

## Return policy

Return policy not specified
Read item description for any reference to return policy.

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
| PayPal<br>[AMEX] VISA [cards] [DISCVR] [BANK] | Seller Preferred | PayPal Up to $200 in buyer protection  See eligibility |

Learn about payment methods

GW0002526

## Helpful information

### eBay recommended services

This seller prefers to be paid with PayPal, the safe and easy way to pay online. Sign up for PayPal it is free!

### VeRO Reporting Tool

Before reporting a listing, please review it carefully and be prepared to enter a specific reason why it infringes your rights

Report Listing

## Take action on this item                                                                    Help

Item title: Space Marine 40k 10 squad bit kit Salamanders Dragon

### Place a bid

Current bid         US $3.75

Your maximum bid   US $ [          ]        (Enter US $4.00 or more)

Place Bid >     You will confirm in the next step.

eBay automatically bids on your behalf up to your maximum bid. Learn about bidding

## Other options

↩ Back to My eBay  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help
Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the
eBay User Agreement and Privacy Policy.
eBay official time

GW0002527

ebY

Sign out

Search | Advanced Search          Buy   Sell   My eBay   Community   Help

Site Map

Categories ▼   Motors   Express   Stores

eBay Security & Resolution Center

Back to list of items   Listed in category: Toys & Hobbies > Games > Miniatures, War Games > Warhammer > 40k > Space Marines

## Space Marine 40k Terminator Squad Bits for Salamanders

Custom Salamanders Dragon 10 Shoulder Pads and Weapons

Item number: 280240771849

**The listing has been reported.**

Thank you for your report to eBay. We will review it as soon as possible and inform you of our actions.

| | | | | |
|---|---|---|---|---|
| Current bid | US $0.99 | | **Meet the seller** | |
| Your maximum bid | US $ [____] | Place Bid > | Seller: customminis79 ( 16 ☆ ) | |
| | (Enter US $1.04 or more) | | Feedback 94.4 % Positive | |
| End time | Jul-04-08 19:54:24 PDT (4 days 11 hours) | | Member: since Apr-18-08 in United States | |

End time        Jul-04-08 19:54:24 PDT (4 days 11 hours)

Shipping costs   To United Kingdom -- Check item description and payment instructions or contact seller for details

Ships to        N. and S. America, Europe, Asia, Australia

Item location   Grand Prairie, TX, United States

History         1 bid

High bidder     b****p ( 0 ) ☆

You can also     Watch This Item

Get SMS or IM alerts | Email to a friend

View larger picture

**Meet the seller**

Seller:   customminis79 ( 16 ☆ )

Feedback 94.4 % Positive

Member:  since Apr-18-08 in United States

• See detailed feedback
• Ask seller a question
• Add to Favorite Sellers
• View seller's other items

**Buy safely**

1. Check the seller's reputation
   Score: 16 | 94.4% Positive
   See detailed feedback

2. Check how you're protected

   PayPal  Up to $200 in buyer protection.  See eligibility

Listing and payment details:  Hide

Starting time  Jun-27-08 19:54:24 PDT

Starting bid   US $0.99

Duration       7-day listing

Payment methods:  PayPal (preferred)
                  See details

## Description

Item Specifics - Item Condition

Condition     New

Game          Warhammer+40k

You are bidding on a custom kit for a 10 man squad of Terminator Space marines for warhammer 40k. I use these for Salamanders Chapter marines, but you can use them for any dragon based chapter or second founding chapter. We dont have any Blood Angels, Dark Angels, Ultra Marines, Space Wolves or Black Templars. Sorry

These are all provided unpainted

This kit includes:

9 Right arm shoulder pads with a dragon or salamander head sculpted on it specifically for Terminators (displayed as main photo)

1 Right arm shoulder pad for a Captain or Terminator Sergeant

1 Power Hammer or Power Claw (power claw will have to be modeled for terminator arms by bidder), your choice

Enough bits to create a whole 10 man squad of Salamander Terminators and 1 seargent with a power weapon or thunderhammer.

I may also choose to send freebies from my personal casting collection. I only SELL original sculpting, no GW or FW recast

PLEASE NOTE: I am not a foundry

My castings do have some flash and moldlines to clean as well as little casting nodules that are easily removed with an exacto blade, to remove these myself would drastically cut down on casting and sculpting time. bid knowing these are not from a factory (some person left me a negative for having mold lines and flash without even communicating with me about the issue!) and will need cleaning that requires some modeling experience (how not to slice your hand with a blade :) )

See the pictures below for detailed photos.

GW0002530



We also can provide custom sculpted rhino armor for Salamanders. We can be hired on to sculpt any chapter icons if we are provided sketches. Please realize these are all original sculpts and GW owns any icons or trademarks they have created.

Shipping will be by US Postal Service.

Thanks and hope you enjoy.



## Shipping and handling

Ships to
N. and S. America, Europe, Asia, Australia

Country  Show all available ▼   Update

| Shipping and Handling | To | Service | Insurance |
|---|---|---|---|
| US $5.50 | United States | US Postal Service First Class Mail® Estimated delivery 2-5 days* | None |

Contact the seller for shipping costs and services to N. and S. America, Europe, Asia, Australia.

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

## Return policy

Return policy not specified
Read item description for any reference to return policy.

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
| **PayPal** VISA [MC VI] BANK | Seller Preferred | **PayPal** Up to $200 in buyer protection. See eligibility. |

Learn about payment methods

## Helpful information

GW0002531

eBay recommended services

This seller prefers to be paid with PayPal, the safe and easy way to pay online. Sign up for PayPal it is free!

VeRO Reporting Tool

Before reporting a listing, please review it carefully and be prepared to enter a specific reason why it infringes your rights

Report Listing

## Take action on this item                                                              Help

Item title: Space Marine 40k Terminator Squad Bits for Salamanders

Place a bid

Current bid:        US $0.99

Your maximum bid: US $ [        ]        (Enter US $1.04 or more)

Place Bid >        You will confirm in the next step

eBay automatically bids on your behalf up to your maximum bid. Learn about bidding.

## Other options

⇦ Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

GW0002532

eb

Sign out

Search | Advanced Search    Buy  Sell  My eBay  Community  Help

Site Map

Categories ▾  Motors  Express  Stores

eBay Security & Resolution Center

Back to list of items    Listed in category:  Toys & Hobbies > Games > Miniatures, War Games > Warhammer > 40K > Space Marines

## Rhino Armor Kit Salamanders Warhammer 40K Space Marines

Item number: 280239798454

The listing has been reported:

Thank you for your report to eBay. We will review it as soon as possible and inform you of our actions.

| | | | |
|---|---|---|---|
| Current bid: | US $1.90 | | |
| | PayPal account required | | |
| Your maximum bid: | US $ | Place Bid > | |
| | (Enter US $2.15 or more) | | |
| End time: | Jul-01-08 17:55:46 PDT (1 day 9 hours) | | |
| Shipping costs: | To United Kingdom -- US $13.50 | | |
| | USPS First Class Mail International™ | | |
| | Service to United Kingdom | | |
| | (more services) | | |
| Ships to: | Worldwide | | |
| Item location: | Grand Prairie, TX, United States | | |
| History: | 3 bids | | |
| High bidder: | o***a ( 126 ☆ ) | | |

◁  ▷  ▷|    1 of 2

View larger picture

You can also:    Watch This Item

Get SMS or IM alerts | Email to a friend

### Meet the seller

Seller:  customminis79 ( 16 ☆ )
Feedback: 94.4 % Positive
Member:  since Apr-18-08 in United States

See detailed feedback
Ask seller a question
Add to Favorite Sellers
View seller's other items

### Buy safely

1. **Check the seller's reputation**
   Score: 16 | 94.4% Positive
   See detailed feedback

2. **Check how you're protected**
   *PayPal* Up to $200 in buyer protection. See eligibility

Listing and payment details:  Hide

| | | | |
|---|---|---|---|
| Starting time: | Jun-24-08 17:55:46 PDT | | |
| Starting bid: | US $0.99 | | |
| Duration: | 7-day listing | | |

Payment methods:  **PayPal** (preferred),
Money order/Cashiers check
See details

## Description

*Item Specifics - Item Condition*

| | | | |
|---|---|---|---|
| Condition: | New | | |
| Game: | Warhammer 40k | Chapter : | **Salamanders** |

OK folks: due to overwhelming demand I have made some custom Salamander Rhino parts!  This kit is composed of extra or ablative armor for the rhino.  It also has a custom sculpted front hatch, side door and back hatches for the Salamanders with icons on each piece.  These can easily be used for any Space Marine chapter out there.  I personally believe these are superior to any other items as my plastic is much better and these are sculpted by me  of course!

Salamanders are so under-represented in the warhammer 40000 40k world I had to take matters into my own hands and sculpt parts for my space marines.  These are perfect for people who like to make a cursed founding chapter such as the black dragons or who play salamanders OR who have their own DIY chapter with a dragon in their iconography.

The parts fit right on where the regular rhino parts would fit, easy to do!

I am also available to make custom shoulder pads and other rhino parts for other chapters.

Kit is composed of 12 parts -2 rear hatch doors, 1 side door, 1 front panel, and 8 extra armor pieces that are scaled like dragon scales.

Make your own    View all images    Rhino not included!

I may also choose to send freebies from my personal casting collection.  I only SELL original sculpting, no GW or FW recast.

PLEASE NOTE  I am not a foundry.  My castings do have some flash and moldlines to clean.  bid knowing these are not from a factory (some person left me a negative for having mold

1 of 3    30/6/08 4:34 pm

GW0002535

Rhino Armor Kit Salamanders Warhammer 40K Space Marines - eBay (item 280230798454 end time Jul-01-08 17...

Case: 1:10-cv-08103 Document #: 230-7 Filed: 09/06/12 Page 21 of 56 PageID #:10654

http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&item280230798454

lines and flash without even communicating with me, jeesh!).

Larger pictures are viewable from: http://s251.photobucket.com/albums/gg288/myillacci/Salamanders/Rhino%20Armor/

Feel free to email me with any questions at droppods@verizon.net

Games Workshop, the Games Workshop logo, Warhammer and the Warhammer 40,000, Space Marines are either ®, TM and/or © Games Workshop Ltd 199x-2008, variably registered in the EU and other countries around the world  All Rights Reserved

Select a picture





00071

Powerful identity theft protection. Guaranteed recovery. Only from Experian.

## Shipping and handling

Ships to
Worldwide

Country: United Kingdom    Update

| Shipping and Handling | To | Service | Insurance |
| --- | --- | --- | --- |
| US $13.50 | United Kingdom | USPS First Class Mail International™ | None |

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

## Return policy

Return policy not specified
Read item description for any reference to return policy.

## Payment details

| Payment method | | Preferred/Accepted | Buyer protection on eBay |
| --- | --- | --- | --- |
| PayPal VISA [ ] [ ] BANK | | Seller Preferred | PayPal Up to $200 in buyer protection.  See eligibility |
| Money order/Cashiers check | | Accepted | Not Available |

Learn about payment methods

## Helpful information

eBay recommended services

This seller prefers to be paid with PayPal, the safe way to pay with your credit card on eBay. Sign up for PayPal it is free!

## VeRO Reporting Tool

Before reporting a listing, please review it carefully and be prepared to enter a specific reason why it infringes your rights.

Report Listing

Take action on this item                                                                                    Help

GW0002536

Case: 1:10-cv-08103 Document #: 230-7 Filed: 09/06/12 Page 22 of 56 PageID #:10655

Item title: Rhino Armor Kit Salamanders Warhammer 40K Space Marines

Place a bid
_____

Current bid     US $1.90

Your maximum bid US $ [_____]    (Enter US $2.15 or more)

         Place Bid >    You will confirm in the next step
         (PayPal account required)


eBay automatically bids on your behalf up to your maximum bid. Learn about bidding


Other options

↩ Back to list of items | Report this item | Printer Version | Sell one like this

Seller assumes all responsibility for listing this item

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the
eBay User Agreement and Privacy Policy.

eBay official time

GW0002537

Resin Drop Pod for 40K Warhammer 40000 Space Marines - eBay item 280239798068 end time Jul-01-08 17:53:...

http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&item=280239798068

Case: 1:10-cv-08103 Document #: 230-7 Filed: 09/06/12 Page 23 of 56 PageID #:10656

eb

Sign out

Search | Advanced Search    Buy   Sell   My eBay   Community   Help

Site Map

Categories ▼    Motors    Express    Stores

eBay Security & Resolution Center

← Back to list of items    Listed in category: Toys & Hobbies > Games > Miniatures, War Games > Warhammer > 40K > Space Marines

## Resin Drop Pod for 40K Warhammer 40000 Space Marines

Item number: 280239798068

The listing has been reported.

Thank you for your report to eBay. We will review it as soon as possible and inform you of our actions.

| | | |
|---|---|---|
| Current bid: | **US $30.00** | |
| | PayPal account required | |
| Your maximum bid: | US $ [          ] | Place Bid > |
| | (Enter US $31.00 or more) | |
| End time: | **Jul-01-08 17:53:37 PDT** (1 day 9 hours) | |
| Shipping costs: | To United Kingdom -- **US $13.50** | |
| | USPS First Class Mail International™ | |
| | Service to United Kingdom | |
| | (more services) | |
| Ships to | Worldwide | |
| Item location: | Grand Prairie, TX, United States | |
| History | 6 bids | |
| High bidder: | t***6 ( 204 ☆ ) | |

◁  ▷ ▷|    1 of 2

View larger picture

You can also    Watch This Item |

Get SMS or IM alerts | Email to a friend

### Meet the seller

Seller:  custommminis79 ( 16 ☆ )
Feedback: 94.4 % Positive
Member:  since Apr-18-08 in United States

- See detailed feedback
- Ask seller a question
- Add to Favorite Sellers
- View seller's other items

### Buy safely

1. **Check the seller's reputation**
   Score: 16 | 94.4% Positive
   See detailed feedback

2. **Check how you're protected**
   *PayPal* Up to $200 in buyer protection. See eligibility

**Listing and payment details:**  Hide

| | | |
|---|---|---|
| Starting time: | Jun-24-08 17:52:37 PDT | |
| Starting bid: | US $0.99 | Payment methods: **PayPal** (preferred), |
| Duration | 7-day listing | Money order/Cashiers check |
| | | See details |

Get 0% APR until Jan 2009 on all your purchases made through July 31 with a new eBay MasterCard! U.S. Residents Only. See Details | Apply Now

## Description

| Item Specifics | |
|---|---|
| Game | Warhammer 40k |

This is a custom sculpted drop pod. This is hand sculpted and completely original. It can be used in any science fiction game. I use them for my 40K Space Marine army. The kit is composed of 5 wings, 5 panels, 1 base, one top, and one jet vent. This model comes unassembled and unpainted. It is to scale for most 25 mm table top games. The one shown is a Salamanders Chapter pod, but you can use these for Blood Angels, Dark Angels, Space Wolves, Ultra Marines, Black Templars and any other chapter of your choosing or creation

I can also have custom parts (rhino armor, shoulder pads, dreadnoughts) for any chapter done, even Do-It-yourself chapters

This auction is for a single pod kit.

This pod for sale is composed of 5 identical wings, 5 identical side panels, 1 bottom base, 1 top section and 1 jet nozzle. So 13 parts in total.

This is not a Forge World Drop Pod or a recast of one (that would be copyright infringement). This is a original sculpt.

Feel free to email me with any questions at droppods@verizon.net

I may include freebies as a thank you for your purchase, these are not sold to you and are just that, free. I dont make money off them, they may be miscast that i cant sell etc.

Please know I dont own or run a professional foundry, there is mold lines and flash you need to remove for display purchases. This is an UNFINISHED model. Small bubbles and defects are normal in resin casting and you are bidding with the knowledge your item may contain small imperfections that are easily fixed with modeling putty. There may be defects on a part of the model that isnt on display (bottom of pod that the model sits on and is not shown when used in game).

Thanks for you bidding!

Select a picture

 

GW0002540

Resin Drop Pod for 40K Warhammer 40000 Space Marines - eBay item 280239798068 end time Jul-01-08 17:53:...          http://cgi.ebay.com/ws/eBayISAPI.dll?ViewItem&item=280239798068



00188

Powerful identity theft protection. Guaranteed recovery. Only from Experian.

## Shipping and handling

Ships to
Worldwide

Country  | United Kingdom                    ▼ |   Update

| Shipping and Handling | To | Service | Insurance |
|---|---|---|---|
| US $13.50 | United Kingdom | USPS First Class Mail International™ | None |

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

## Return policy

Return policy not specified
Read item description for any reference to return policy.

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
| **PayPal** VISA BANK | Seller Preferred | *PayPal* Up to $200 in buyer protection. See eligibility |
| Money order/Cashiers check | Accepted | Not Available |

Learn about payment methods

## Helpful information

eBay recommended services

This seller prefers to be paid with PayPal. Pay fast and get your item faster! Sign up for PayPal

## VeRO Reporting Tool

Before reporting a listing, please review it carefully and be prepared to enter a specific reason why it infringes your rights.

Report Listing

## Take action on this item                                                    Help

Item title: Resin Drop Pod for 40K Warhammer 40000 Space Marines

GW0002541

**Place a bid**

Current bid          US $30.00

Your maximum bid US $ [          ]   (Enter US $31.00 or more)

**Place Bid >**   You will confirm in the next step
(PayPal account required)

eBay automatically bids on your behalf up to your maximum bid. Learn about bidding.

**Other options**

↩ Back to list of items | Report this item | Printer Version | Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

GW0002542

# Exhibit

# 15.



# Bartertown.com Trading Board

Warhammer 40,000, Warmachine, 40k, WHFB for Sale



- Board Index
- Check References
- FAQ
- Warhammer40k.com

- Board Index » Futuristic Gaming » Warhammer 40k For Sale / Wanted
- Change font size
- Print view

- FAQ
- Register
- Login

## FS:Custom Iron Snake, Salamander, Soul Drinker Shoulder Pads

Moderator: Moderators

Post a reply
3 posts • Page 1 of 1

### FS:Custom Iron Snake, Salamander, Soul Drinker Shoulder Pads

By willkost on Mon Nov 24, 2008 12:09 pm

Hello guys,

Warning! Lots of awesome photos!

Myself and a friend have started a small enterprise. He sculpts shoulder pads for chapters that you never see, making shoulder pads for [as well as many custom designs] and we have them cast in pewter!
We have done our research and spoken to lawyers and stayed away from direct copies of GW Intellectual Property. That is why you wont see GW Salamander knees or direct reproductions on our work. So we are legit and plan to stay that way!
These are pewter and the resin parts are nice.
These are not identical to any published stand out there, a bit generic, but similar that you should be able to use them with little problem.

Prices:
$1.00 for any pads [if you buy 50 or more of a type you get them for .87 each]
$17.50 for rhino kits
1.50 for the salamander thermos or Powerclaw...

Notice we have Terminator and Power Armor pads for each type

We have a Salamander head [or dragon head], its very 3D and sells well!



Exhibit

30



Smooth Scale Mount Salamander Pads

GW0002513







GW0002514

Salamander Hammer and Power Claw:



We also have a rhino armor and door kit:

GW0002515



Next up is our newer stuio at Iron Snakes shoulder pad line, weve taken the greek idea and added chains on the edges of the pads

GW0002516



GW0002517









Last but not least is our Chalice pad that can be used as soul drinkers or even blood angels second founding chapter

GW0002518



Steffen or Space Wolf founding:



GW0002520



We also have a flaming fist and a "I" and that can be used as the Squad I or "I" for imperial or inquisition.



GW0002521



We can do custom designs, but there is a cost for the time to sculpt and mold creation.
Anyone serious about custom chapter pads, you can expect to spend about $100 for the sculpting, the mold making and then you have to pay for the pads themselves.

If this becomes a business, I am already talking with Liz about sponsoring (we dont even have a website yet though). Brown is the best...

Please feel free to email me with any questions and order request- dropzoid@netzero.net

Thanks!

Nick
check my bartertown reference**HERE!**



millmai (T.R.)
Journeyman Trader

Posts: 103
Joined: Thu Sep 11, 2003 8:49 am
Location: Dallas, TX, USA
  • YIM

Top

---

### Re: FS:Custom Iron Snake, Salamander, Soul Drinker Shoulder Pads

☐by **sbela** on Mon Nov 24, 2008 1:25 pm

Just posting to say that the pictures don't do justice as to the quality and awesomeness of these. Nick is a great guy as well and terrific to deal with.

sbela (T.R.)
New Trader

Posts: 19
Joined: Mon Apr 07, 2008 3:17 am

GW0002522

Top

---

### Re: FS:Custom Iron Snake, Salamander, Soul Drinker Shoulder Pads

By HarveyOost on Mon Nov 24, 2008 1:55 pm

is each shoulderpad a single piece of plastic/resin/whatever? I'm seriously thinking of picking up some of these for a project.

HarveyOost (264.)
Journeyman Trader

Posts: 170
Joined: Tue Jan 17, 2006 8:00 pm
Location: Norfolk, VA.

Top

---

### Re: FS:Custom Iron Snake, Salamander, Soul Drinker Shoulder Pads

By milltard on Mon Nov 24, 2008 2:18 pm

*HarveyOost wrote:is each shoulderpad a single piece of plastic/resin/whatever? I'm seriously thinking of picking up some of these for a project.*

Each pad is a single pewter piece, there is very little flash or mold lines. I would almost say you can use these straight from us without any filing or other modifications, just paint up.

We can just about sculpt anything that isnt done by another company already.
check my bartertown references HERE!

milltard (176.)
Journeyman Trader

Posts: 105
Joined: Thu Sep 11, 2003 8:48 am
Location: Dallas, TX, USA
  • YIM

Top

---

### Re: FS:Custom Iron Snake, Salamander, Soul Drinker Shoulder Pads

By SoneMindson on Mon Nov 24, 2008 3:12 pm

Sent you guys an email.

thanks,
kohl
My Refs: http://www.bartertown.com/ref/index.php ... ooflie.com

SoneMindson (24.)
ST own Regular

Posts: 35
Joined: Wed Jul 06, 2005 10:09 am
Location: Tennessee, USA

Top

---

Display posts from previous: All posts  Sort by  Post time  Ascending  Go

Post a reply
5 posts • Page 1 of 1

Return to Warhammer 40k For Sale / Wanted

Jump to:  Warhammer 40k For Sale / Wanted    Go

---

http://www.bartertown.com/trading/viewtopic.php?f=8&t=75950                25/11/2008

GW0002523

Who is online

Users browsing this forum: Fab_A_chips, Maaaurven, Rd411, rddmeme, Solar426, WindVlung and 2 guests

- Board index
- The team • Delete all board cookies • All times are UTC - 4 hours

Powered by phpBB © 2000, 2002, 2005, 2007 phpBB Group

GW0002524

# Exhibit

# 16

60

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GAMES WORKSHOP LIMITED,
        Plaintiff,
        v.        Civil Action No. 1:10-cv-08103
CHAPTERHOUSE STUDIOS LLC
and JON PAULSON
d/b/a PAULSON GAMES,
        Defendants.
..............................................

HIGHLY CONFIDENTIAL
30(b)(6) DEPOSITION OF
NICHOLAS R. VILLACCI
VOLUME II

April 11, 2012
9:47 a.m.

Foley & Lardner LLP
555 California Street, Suite 1700
San Francisco, California 94104

Reported by Mary Goff - CSR
California Certificate No. 13427

---

61

APPEARANCES OF COUNSEL

1
2
3  For Plaintiff:
4      FOLEY & LARDNER LLP
        JONATHAN E. MOSKIN, ESQ.
5      90 Park Avenue
        New York, New York 10016
6      212-6827474
        jmoskin@foley.com
7
8  For Defendants:

9      WINSTON & STRAWN LLP
        JENNIFER A. GOLINVEAUX, ESQ.
10     THOMAS KEARNEY, ESQ.
        101 California Street
11     San Francisco, California 94111
        415-591-1506
        lgolinveaux@winston.com
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

62

1                    I N D E X
2   WITNESS:  NICHOLAS R. VILLACCI, VOLUME II
3
4   EXAMINATION                        PAGE
5   By Mr. Moskin                      65
6
7
8
9
10      WITNESS INSTRUCTED NOT TO ANSWER
11          (None.)
12
13      REQUESTED INFORMATION
14          (None.)
15
16
17
18
19
20
21
22
23
24
25

---

63

1                INDEX TO EXHIBITS
2   Exhibit      Description          Page
3     28  2nd Amended Notice of Depo        65
4     29  2nd Amended Notice of Depo        65
5     30  Bartertown.com Trading Board, 11/24/08    84
6     31  Chapterhouse, About Us          102
7     32  Left Arm Shoulder Pad Bit Tactical  109
8     33  Power Armor Pad for Exorcist Players  113
9     34  Sawblade SHoulder Pad & separate Jewel  117
10    35  Shoulder Pads for Chalice or Soul Drinker 120
11    36  Warlock Conversion Kit for Eldar Jet Bike 123
12    37  28MM Celtic, Tech Wolf Shields  123
13    38  May 24th Update          123
14    39  Farseer Conversion Kit for Eldar Jet Bike 123
15    40  Tervigon Kit to Upgrade Carnifex    129
16    41  Tyranids              132
17    42  IX Devestator Marine Shoulder Pad 28MM  135
18    43  Salamanders or Dragon Drop Pod Armor  141
19    44  Mycetic Spore Pad          145
20    45  New Releases for November        146
21    46  Spore Pod for Tyranid Concept Art    149
22    47  Doomseer Iyanar-Duanna        155
23    48  May Teasers            157
24    49  Javelin Class Imperial Jet Bike Delayed  160
25    50  Armana'serq Scorpion Warrior Priestess  164



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

Nicholas R. Villacci - Volume II                         April 11, 2012
HIGHLY CONFIDENTIAL

64

1   EXHIBITS CONTINUED:
2     51 Plastic Bag Holding Piece          170
3     51A Pic of Plastic Piece              171
4     52 6/20/09 E-mail, RE:  More          173
5     53 Warseers Trading Forum, 25-8-2010   174
6     54 Warseer 15-6-2009                  189
7     55 MKI Shoulder pad, New Conversion Kits   192
8     56 2/15/2011 E-mail to Okamura        197
9     57 3/8/2011 E-mail to Okamura         202
10    58 3/28/2011 E-mail to Okamura        205
11    59 8/30/2011 E-mail to Corsair        206
12    60 7/22/2010 E-mail to Sam Terry      207
13    61 11/26/2009 E-mail to Tomas         209
14    62 2/20/2010 E-mail to Chapterhouse Studios  213
15    63 12/10/2009 E-mail Sales Chapterhouse   215
16    64 11/9/2009 E-mail to Tomas          220
17    65 6/19/2009 E-mail to Jeffrey Nagy   222
18    66 List                              224
19    67 4/24/2010 to nvillacci@verizon.net  227
20    68 12/6/2008 to Tomas                 242
21    69 Sales by Item Summary             246
22    70 Group of Photos                    253
23    70A Group of Photos From Exhibit 70    263
24  PREVIOUSLY MARKED EXHIBITS 2, 16, 17, 21
25    (Exhibits retained by Mr. Moskin.)

65

1    30(b)(6) DEPOSITION OF NICHOLAS R. VILLACCI
2              April 11, 2012
3        Deposition Exhibits 28 and 29 were marked.)
4           NICHOLAS R. VILLACCI,
5    having been first duly sworn, testified as follows:
6              EXAMINATION
7   BY MR. MOSKIN:
8      Q   Can you please state your full name for the
9   record?
10     A   Nicholas Ray Villacci.
11     Q   And I would like to show you what's been
12  marked as Exhibits 28 -- Plaintiff's Exhibit 28 and 29.
13  Excuse me.  Can I see that back for a second?
14         And is it your understanding that you are
15  appearing here today pursuant to these two deposition
16  notices?
17     A   Yes.
18     Q   Can you tell me -- well, first of all, are you
19  taking any medication today?  Are you under the
20  influence of any narcotic or other substance that would
21  impair your ability to give truthful and complete
22  testimony in response to my questions?
23     A   Not that I am aware of, no.
24     Q   Okay.  Can you tell me briefly what you did to
25  prepare for this deposition, if anything?

66

1      A   Met with my attorneys and just went over
2   preparation --
3      Q   Okay.
4      A   -- for the deposition.
5      Q   What -- what attorneys did you meet with -- or
6   which attorneys?
7      A   Jennifer and Tom.
8      Q   Okay.  And how long did you meet with them?
9      A   I couldn't tell you exactly.  I met with them
10  at their office at -- before noon yesterday, and we
11  left -- I left at 5:00 or 6:00-ish.
12     Q   Okay.  Did you review any documents in
13  preparation for your deposition?
14     A   Yes.
15     Q   Can you tell me what documents you reviewed?
16     A   I -- I don't remember exactly what they were,
17  but they looked similar to these court documents like
18  these.
19     Q   You don't recall any of the documents you
20  looked at?
21     A   Not by name, no.
22     Q   Can you describe for me your educational
23  background following high school?
24     A   I went to college, got a degree, went to the
25  military, did some time there -- some training there,

67

1   continued college after that and currently working on an
2   accounting degree.
3      Q   And where did you go to college?
4      A   I went to Baylor.  And I also went to the
5   University of Texas.  And the accounting classes I'm
6   taking online at Kaplan.
7      Q   Did you graduate from Baylor or -- or UT?
8      A   I graduated from UT.
9      Q   And -- and that was a -- a continuation of the
10  work you had begun at --
11     A   Baylor --
12     Q   -- Baylor?
13     A   -- yes.
14         MS. GOLINVEAUX:  I'll just ask Mr. Villacci to
15  let Mr. Moskin totally finish his question so she can
16  get the question and answer.
17         THE DEPONENT:  Okay.
18     Q   (BY MR. MOSKIN) And what did you study at
19  Baylor and the University of Texas?
20     A   Baylor, I studied computer science.  And at UT
21  I studied business management, specifically information
22  systems management.
23     Q   And you -- you graduated with a major in --
24     A   From --
25     Q   -- from University of Texas in information



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

Nicholas R. Villacci - Volume II                          April 11, 2012
HIGHLY CONFIDENTIAL

68

1    systems management?
2    A    Yes.
3    Q    And when did you graduate?
4    A    2003.
5    Q    Okay.  And when were you in the military?
6    A    From 2000 to 2008.
7    Q    In the Reserves?
8    A    Yes.
9    Q    Do you have any background or training as
10   an -- as an artist?
11   A    No.
12   Q    This may be included with that, but as a
13   sculptor?
14        MS. GOLINVEAUX:  I'm going to object as vague
15   and ambiguous as to background.
16   A    No.
17   Q    (BY MR. MOSKIN)  Well, let me be a little more
18   clear.  Have you taken any courses at college or
19   otherwise in sculpting or art?
20   A    I took some computer graphic art -- I took a
21   computer graphic art course during my -- well, actually,
22   after I graduated just as -- to learn the software.  But
23   other than that, no.
24   Q    And where did you take that course?
25   A    It was at North Lake College.

69

1    Q    Have you ever studied medieval history?
2    A    Could you define "study"?  Like, do you mean
3    professionally study at school or just --
4    Q    Well, either one.  Did you take -- start with
5    school.
6    A    No.
7    Q    Anything else -- any other way you have
8    studied medieval history?
9    A    Just reading about it occasionally as -- just
10   interest -- personal interest.
11   Q    What sort of things do you read about it or
12   have you read about it?
13   A    Nothing specifically.  Just articles and
14   magazines or, you know, books when I was in high school
15   to pass the time.
16   Q    Have you ever studied military history?
17   Again, either informally or formally.
18   A    Never formally, besides what we learned in the
19   military that they tell everyone about our military's
20   history and things -- reading in high school just for
21   recreation.
22   Q    Have you ever studied heraldry, again,
23   formally or informally?
24   A    Nothing formally.  Again, the same.  You know,
25   stuff that you are exposed to.  Someone who is

70

1    interested in a hobby or who has read fiction, as well
2    as stuff -- reading in elementary school and high
3    school.
4    Q    Can you describe any -- when you say "for a
5    hobby or for fiction," can you describe any reading you
6    have done in that regard, regarding heraldry?
7    A    Just popular fiction, just Tolkien novels,
8    playing with Legos when I was younger.  And they had a
9    medieval style to them, the art, the armor, playing
10   games that had similar stuff in it.
11   Q    Have you ever studied classical history,
12   again -- Greek or Roman classical history, again,
13   formally or informally?
14   A    Again, high school courses, we studied the
15   Odyssey, Greek history, Roman history.  Nothing formally
16   for, like, college or anything like that.
17   Q    Any -- anything informal?
18   A    Just whatever I have been exposed to.  You
19   know, popular fiction and what you see in movies.
20   Q    Any particular pop -- works of popular fiction
21   you can think of?
22   A    Gladiator, the movie Spartacus.  You know,
23   just stuff like that.
24   Q    I take it you're -- you're familiar with the
25   game Warhammer 40,000?

71

1    A    Yes.
2    Q    When did you first learn about the game?
3    A    I would say the early '90s.
4    Q    And how were you first exposed to it?
5    A    I was interested in another game at the time,
6    and I believe I saw it in the store.
7    Q    What -- what game had you been interested in
8    at the time?
9    A    FASA's BattleTech.
10   Q    And when you say you saw Warhammer 40,000 in
11   the store, what store are you referring to?
12   A    A local store in the area called Lone Start
13   Comics.
14   Q    And what area are you referring to?
15   A    Where I grew up, Irving, Texas.
16   Q    And the does Lone Start Comics sell materials
17   for the Warhammer 40,000 game?
18   A    Yes.
19   Q    Okay.  Can you describe generally what they
20   sold?  Back up.
21        How old were you at the time?
22   A    11 or 10.
23   Q    And can you tell me what sort of things for
24   Warhammer 40,000, Lone Star Comics sold?
25   A    The only thing I remember initially seeing



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

Nicholas R. Villacci - Volume II                    April 11, 2012
HIGHLY CONFIDENTIAL

72

1    there was a -- just a box set of their miniatures.
2        Q    When you say "miniatures," can you describe
3    what you mean?
4        A    I believe it was -- they were called
5    terminators.
6        Q    And terminators are an army within the
7    Warhammer 40,000 game?
8        A    They're a specific model they make, a product.
9        Q    Anything else you recall that this store sold?
10       A    No. I just remembered that was my initial
11   exposure to it.
12       Q    Okay. And did you -- had -- can you just
13   describe how your interest -- assuming your interest in
14   Warhammer 40,000 did grow, can you describe briefly how
15   that interest did grow?
16       A    I guess my interest grew once I -- when I got
17   older, I actually sought a job over there at that store.
18   And the manager at the time, he introduced me to it
19   further. He was -- he was into that hobby. And being a
20   manager and an employee, I believe he sought to expose
21   me to it so we could sell -- sell it to other customers
22   and inform them on it.
23       Q    And did you get a job at the store?
24       A    Yes.
25       Q    And that's, again, the store, the Lone Star

73

1    Comics?
2        A    Yes.
3        Q    And -- and how old were you when you got that
4    job, roughly?
5        A    15 or 16.
6        Q    And what -- so this would have been about the
7    mid-1990s?
8        A    I was born in '79, so yeah, about there.
9        Q    Can you describe generally what sort of
10   Warhammer 40,000 products the store sold?
11       A    Model kits, books. That's pretty much the
12   extent of the products.
13       Q    Do you know how Lone Star Comics acquired its
14   stock of Warhammer 40,000 -- 40,000 products?
15       A    I don't know. I wasn't part of that.
16       Q    You weren't involved in purchasing?
17       A    No. I was --
18       Q    Just sales?
19       A    -- a low-level peon, yeah.
20       Q    Okay. At this time -- at -- from this time
21   were you collecting Warhammer 40,000 products?
22       A    I did buy some products. I did gain interest
23   into it, yes.
24       Q    Okay. And when did you start collecting
25   products?

74

1        A    During the same timespan I was employed there
2    when I was 15 or 16.
3        Q    Are there any other similar games in which you
4    have had an interest over -- over, you know, the course
5    of your life?
6        A    Yes.
7        Q    And what are those?
8        A    The FASA BattleTech line. Also, Mech warrior.
9    That's M E C H warrior. War Machine. Flames of War.
10   That's all I can remember for -- off the top of my head.
11       Q    Did these -- those four games and Warhammer
12   40,000 have anything in common, in your mind?
13       A    They're all fantasy based or science fiction
14   based. And they all use small models or represent
15   playing pieces in the game.
16       Q    Are you a reader of science fiction or fantasy
17   novels?
18       A    Yes.
19       Q    Any particular ones?
20            MS. GOLINVEAUX: Objection; vague and
21   ambiguous.
22       A    There's such a number of them. I just got
23   done reading a Star Wars novel. Also, a Binicio Del
24   Toro novel. The science fiction -- I tried to read a
25   Tolkien novel. I couldn't do that. It's long winded.

75

1    So yes, there's many I read. It's just whatever I
2    happen to be interested in at the time and pick up.
3        Q    Any fantasy or science fiction novelists that
4    you particularly -- that you -- that you read
5    particularly regularly?
6        A    David Weber, I'm currently reading him. I
7    already gave you Binicio Del Toro. I'm trying to think
8    of who else. I can't remember his first name. His last
9    name is L U C E N O. He's an author for George Lucas'
10   Star Wars series. Dan Abnett, I like some of his books.
11   There -- there are -- I'm sure there's more. I just
12   can't think of them off the top of my head.
13       Q    When did you decide -- when did you begin to
14   create the business now called Chapterhouse Studios?
15       A    I can't remember when. It was -- it had to be
16   at least six years ago. Maybe more.
17       Q    Is it between the time -- in 19 -- the
18   mid-1990s, when you took the job at Lone Star Comics --
19       A    Um-hum.
20       Q    -- and when you created Chapterhouse Studios,
21   can you describe for me your -- generally your
22   involvement in playing or acquiring -- playing the
23   Warhammer 40,000 game or acquiring Warhammer 40,000
24   books or products?
25       A    Just I was a general hobbyist. I liked the --



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

76

1  the models.  I liked the aspect of assembling stuff and
2  applying, you know, paint to make stuff -- customize it
3  to what you want it to look like.
4          To me, it was like an upgraded version of
5  chess.  You're, you know, putting your mind against
6  someone else's and trying to outthink them and outmove
7  them.  And just off and on during that timespan I would
8  get into it and take a break and come back to it and --
9  but just -- that's about it, yeah.
10      Q   And can you -- estimate -- estimate how much
11  time in it you spent?  Well, let me back up.  Did you --
12  do you go to events that War -- that Games Workshop
13  sponsors?
14      A   I have in the past, yes.
15      Q   What -- can you describe those?
16      A   They used to -- they stopped doing this
17  recently.  But they used to have a competition that --
18  you know, you played matches against people for prizes
19  they would submit for the top winners.
20      Q   And where did they held those matches?
21      A   I don't think they held them anywhere.  It
22  was a -- you know, the stores held them, and Games
23  Workshop just provided support for them.
24      Q   Are those called Games Day?
25      A   No, I have never been to Games Day.

77

1      Q   Okay.  Have you ever been to the AdeptiCon?
2      A   I have never been to AdeptiCon.
3      Q   Are there any other similar events that you
4  are aware of for Warhammer 40,000?
5      A   That Games Workshop organized?
6      Q   Or third parties organized.
7      A   Yeah, there's other conventions that I am
8  aware of.
9      Q   Have you been to any of those conventions?
10      A   I think I have been to two different ones.
11      Q   Which are those?
12      A   One was called Wasteland Wars and -- actually
13  I have been to three different ones.  One was called the
14  Alamo GT.
15      Q   Um-hum.
16      A   And I think the other one was called Bell of
17  Lost SoulsCon.
18      Q   And when were these?
19      A   I don't remember.  It was somewhere between
20  2009 and now.
21      Q   But never before then had you been to a
22  similar event?
23      A   Not a convention or anything like that.
24      Q   Okay.  How long did you continue working at
25  Lone Star Comics?

78

1      A   I don't remember.  If I guessed -- roughly
2  guess maybe a year when I was younger --
3      Q   Okay.
4      A   -- a year and a half.  And I also worked later
5  on while I was going to school at college for -- if I
6  had to guess -- six months to a year.
7      Q   Also, at Lone Star Comics?
8      A   Yes.
9      Q   Have you had any other jobs related to
10  Warhammer 40,000 before you formed Chapterhouse?
11      A   No.
12      Q   As part of your interest in Warhammer 40,000,
13  do you spend time building models?
14      A   Yes.
15      Q   Okay.  And playing the game itself?
16      A   Yes.
17      Q   Where do you go to play the game?  How do you
18  go to play the game?
19      A   Occasionally I have friends come over to the
20  house.  Also, occasionally I'll go to retail shops in
21  the area.
22      Q   Do you have particular favorite armies?
23      A   Yeah.
24      Q   What are those?
25      A   Salamanders; tyranids, T Y R A N I D S;

79

1  necrons; N E C R O N S.  And that's pretty much it.
2      Q   After you graduated from college, what did you
3  do?
4      A   I took a contracting position at Verizon
5  Telecommunications.
6      Q   And what were you doing there?
7      A   General administrative work.
8      Q   And how long were you there?  What period of
9  time?
10      A   I don't remember exactly.  If -- to guess,
11  four years.
12      Q   From what period to what period?
13      A   2003 -- after I graduated, which was 2003.
14      Q   To 2007, roughly?
15      A   Yes.
16      Q   And what did you do -- did you -- well, did
17  you have a job after Verizon?
18      A   I took a permanent position at Verizon.
19      Q   Okay.  And for what period?
20      A   I'm trying to think.  I want to say from 2007
21  to 2010, if I had to guess.
22      Q   And in that period can you -- you said earlier
23  you weren't quite sure when you decided to create
24  Chapterhouse.  Can you be at all -- can you be at all
25  precise about when -- when that happened or describe the



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

80
1    evolution of Chapterhouse as a business?
2        MS. GOLINVEAUX:  Objection; vague and
3    ambiguous.
4        A    Yeah, it had to be after 2007.
5        Q    (BY MR. MOSKIN) And how do you know that?
6        A    Just -- I'm trying to remember when I bought
7    our first house.  And we were in our first house after
8    2007.  What -- can you repeat the second part of your
9    question?
10       Q    Just - if you can describe the evolution of
11   how you created Chapterhouse as a business.
12       A    It's just something I did on the side as a
13   hobby to further expand, you know, my own collection.
14       Q    Um-hum.
15       A    And other players would show interest in it,
16   and they would ask me for components that they saw in my
17   collection.  And it gradually grew into what it is.
18       Q    So were you creating your own pieces for your
19   armies that you said players showed interest in?
20       A    I wouldn't create them, because I don't sculpt
21   much or do anything beyond that.  But when they -- yes,
22   when they saw the pieces that were on my army, they
23   would show interest in -- from there.
24       Q    Were they -- were those pieces custom made?
25       A    Yes.

81
1        Q    By whom?
2        A    I believe when it started, by Tomas Fiertek.
3        Q    How did you meet Mr. Fiertek?
4        A    I believe I introduced myself or just met him
5    on a -- through an online community bulletin board.
6        Q    A forum?
7        A    Yes.
8        Q    A forum devoted to Warhammer 40,000?
9        A    An aspect of the Warhammer 40,000.  The
10   Salamander is a faction.
11       Q    Okay.  Do you remember what forum it was?
12       A    No, I don't remember.
13       Q    So -- now, where -- where do you buy your
14   Warhammer 40,000 pieces or -- or books?
15       A    I get them through an online store.
16   Occasionally I'll buy them at local stores.  I bought
17   stuff used from other hobbyists.
18       Q    What online store are you referring to?
19       A    I can't remember what the name of the store
20   is.  I guess you could count eBay as an online store.  I
21   have bought stuff off eBay.
22       Q    Not the Games Workshop -- do -- do they have
23   an online store from which you buy?
24       A    I don't think I have ever ordered anything
25   from Games Workshop's online store.  I have bought stuff

82
1    from their retail store.
2        Q    Okay.  First of all, can you identify any
3    other online store from which you purchased before,
4    other than eBay?
5        A    No online stores.  I can't think of any online
6    stores.
7        Q    Okay.  And what local stores?
8        A    Area 51.
9        Q    Where is that?
10       A    Grapevine.  The Comic Asylum.  And these are
11   all in the general area -- Dallas area.  Generation X.
12   And I'm sure I have bought stuff from Lone Star Comics.
13       Q    Is Lone Star Comics still in business?
14       A    As -- they have shut down locations, but
15   they're still in business, as far as I know.
16       Q    And how do you purchase products from other
17   hobbyists?
18       MS. GOLINVEAUX:  Objection; assumes facts not
19   in evidence.
20       A    Usually through stores like eBay or
21   community-based forums.
22       Q    (BY MR. MOSKIN) Anything else?
23       A    That's pretty much it.  Or had to purchase
24   them from other people.
25       Q    You mentioned that you -- one of the writers

83
1    that -- novels you read is Dan Abnett.  Is that -- did
2    he write about Warhammer 40,000?
3        A    I have read novels that he has written based
4    on that fiction, yes.
5        Q    Do you read other Warhammer 40,000-based
6    fiction?
7        A    Yes.
8        Q    And for -- can you identify what you read?
9        A    Basically any of the books that they release.
10       Q    Any of the books they release?
11       A    For the -- that -- that fictional universe,
12   novels.
13       Q    The Black Library novels?
14       A    Yes.
15       Q    And do you collect the -- any other books that
16   Warhammer 40,000 -- that -- that Games Workshop
17   publishes for Warhammer 40,000?
18       A    I want to say I pretty much -- I sought to
19   collect the -- the first ones that were ever written.
20   I'm not sure if Games Workshop published those or not.
21   I know they were based off that universe.
22       Q    Which books are you talking about?
23       A    They're so old.  They're 20 years old.  I
24   can't remember what they're called.  I just know they're
25   rare and hard to find.



84

1    (Deposition Exhibit 30 was marked.)
2    Q   (BY MR. MOSKIN) I'm showing you what's been
3  marked as Plaintiff's Exhibit 30.  Can you identify this
4  for me?
5    A   Reading what you gave me, it appears to be a
6  bartertown.com post.
7    Q   Do you recognize this posting?
8    A   It looks like something I probably posted a
9  long time ago.
10   Q   It looks like -- I'm referring you to the
11 first page under where it says, Custom iron snake,
12 salamander, soul drinker, shoulder pads.
13     Do you see the date, November 24, 2008?
14   A   Yes, I see that.
15   Q   And did you post -- make this posting?
16   MS. GOLINVEAUX:  And for the record, it's a
17 13-page exhibit, so the witness may want to take a
18 moment to flip through it.
19   A   I do remember posting on bartertown.com.  I
20 can't remember exactly if this is something that I
21 posted.  It's been four years of so.  But it's got my
22 user name on there.  So if it's straight from
23 bartertown.com, it should be legitimate.
24   Q   (BY MR. MOSKIN) If you turn to page 11 --
25   A   Okay.

85

1    Q   -- and you'll see under -- there's a picture
2  there.  It says, If this becomes a business.
3      Do you see that?
4    A   Yes.
5    Q   Does this help you fix in your memory when you
6  created Chapterhouse as a business?
7    MS. GOLINVEAUX:  Objection; vague and
8  ambiguous.
9    A   I -- can you define what you mean by
10 "business"?
11   Q   (BY MR. MOSKIN) Well, what was the state of
12 what you were doing at the time of this posting in 2008?
13   A   Trying to make a little money to supplement
14 our hobby.
15   Q   And the hobby, you mean Warhammer 40,000?
16   A   That or anything else we wanted to do
17 recreationally.  You know, spending money.
18   Q   Who was Lin that's referenced here?
19   A   I believe Lin was either the administrator or
20 the owner of this website.
21   Q   And why were you talking with him about
22 sponsoring the business?
23   A   Sponsoring referring to having a banner on
24 board or -- you know, you don't want to post on someone
25 else's, I guess, business site that they paid for

86

1  without paying them, you know, to be able to do it.
2    Q   You mean the -- the business site here being
3  bartertown?
4    A   Yes.
5    Q   If you go back to the first page, it says that
6  you and a friend have, quote, started a small
7  enterprise.  He sculpts pads for chapters that you never
8  see.
9      Do you see that?
10   A   Yes.
11   Q   Is that friend Mr. Fiertek?
12   A   I would say yes.
13   Q   Okay.  And what chapters are you referring to
14 there?
15   A   I'm guessing that's a general term.  I'm
16 referring to chapters that there's no products available
17 for it or chapters that customers come to us of their
18 own making.
19   Q   Chapters of the space Marines?
20   A   Yes.
21   Q   Are there other chapters that you would be
22 referring to?
23   A   I'm guessing from the title -- it says iron,
24 snakes, salamanders, and soul drinkers.
25   Q   And what are those chapters of?

87

1    A   Factions in the fiction.
2    Q   And is that -- is it from those chapters that
3  you derived the name Chapterhouse?
4    A   No.
5    Q   How did you derive the name Chapterhouse?
6    A   We came up with the name -- I guess I came up
7  with the name, submitted it to -- to Tomas as an idea
8  when I -- during the time I was reading the Dune novels.
9  And one of them was called Chapterhouse Dune.
10   Q   What Dune novels?
11   A   Well, there's only a series of Dune novels
12 that I think Herbert wrote.
13   Q   And can you tell me any respect in which the
14 business of Chapterhouse reflects the Dune novels?
15   A   It doesn't.  It was just a catchy name, and it
16 describes a -- a meeting place or a fraternity.
17   Q   Can you -- I don't think you -- can you name
18 specifically what Dune novel -- or novels you were
19 referring to?
20   A   It's called Dune Chapterhouse.  It's the title
21 of the novel.
22   Q   When you said that the -- the pads are
23 sculpted for chapters you never see, what do you mean
24 that you never see them?
25   MS. GOLINVEAUX:  Objection; asked and



Nicholas R. Villacci - Volume II                    April 11, 2012
HIGHLY CONFIDENTIAL

156

1    universe, and we never referred to it as such in the
2    fiction we wrote.
3        Q   Excuse me. Is it meant to be part of the
4    Eldar race?
5        A   We never depicted it as such in the product
6    description.
7        Q   And it was not intended to you at all to have
8    anything to do with the Eldar race?
9        A   We did not want to refer --
10           MS. GOLINVEAUX: Objection; vague and
11   ambiguous.
12       A   -- we did not want to refer to that word in
13   our fiction.
14       Q   (BY MR. MOSKIN) All right. I understand you
15   didn't want to refer to the word, but as it was intended
16   to be used and as you created it, was it intended to be
17   part of the Eldar race?
18           MS. GOLINVEAUX: Objection; assumes facts not
19   in evidence; vague and ambiguous.
20       A   No. I mean, people could use it for whatever
21   they wanted to.
22       Q   (BY MR. MOSKIN) I'm only asking what you had
23   in mind when you created the product and launched it.
24           MS. GOLINVEAUX: Objection; assumes facts not
25   in evidence.

157

1        A   When we created a product, we wanted to do a
2    female wizard-looking character.
3        Q   (BY MR. MOSKIN) And it was not meant to refer
4    directly to any Games Workshop character -- a male
5    version of any Games Workshop character; is that
6    correct?
7            MS. GOLINVEAUX: Objection; vague and
8    ambiguous.
9        A   We weren't creating it to refer to any
10   specific Games Workshop character.
11           (Deposition Exhibit 48 was marked.)
12       Q   (BY MR. MOSKIN) Can you identify what's been
13   marked as Exhibit 48?
14       A   It's a news release screen shot. It looks
15   like it came from the May 16, 2011 posting on the old
16   Chapterhouse Studios website.
17       Q   Is this a product that Chapterhouse is
18   selling?
19       A   There's a number of products.
20       Q   Excuse me. The --
21           MS. GOLINVEAUX: Objection; vague and
22   ambiguous.
23       Q   (BY MR. MOSKIN) I'm just referring to -- thank
24   you -- the -- on the first page it refers to Eldar
25   howling banshees. Do you see that?

158

1        A   I refer to male that are howling banshees.
2        Q   Okay. And what is an -- an Eldar howling
3    banshees?
4        A   Eldar howling banshees are a product that
5    Games Workshop makes, a model.
6        Q   And are they female?
7        A   Yes.
8        Q   And is this a male version of the female
9    howling banshees that Games Workshop makes?
10           MS. GOLINVEAUX: Objection; vague and
11   ambiguous as to what you mean by "this."
12       Q   (BY MR. MOSKIN) This, I'm, again, referring to
13   the howl -- Eldar howling banshee depicted on pages 1
14   and 2 of this exhibit.
15       A   I don't think I depict that anywhere as an
16   Eldar howling banshee.
17       Q   All right. It's described here as a male
18   Eldar howling banshee, isn't it?
19       A   No. If anything, it's described -- it's
20   called the sculpt has dubbed them "Hell Hounds."
21       Q   All right. Do you see the statement, If you
22   have ever wondered what male Eldar howling banshees may
23   look like in a warped universe, you may like what is in
24   the works here.
25           And what is -- is -- what -- is what is shown

159

1    here the Chapterhouse version of an Eldar howling
2    banshee, but a male -- in a male version?
3            MS. GOLINVEAUX: Objection; vague and
4    ambiguous.
5        A   No. We were trying to create a totally new
6    idea and model.
7        Q   (BY MR. MOSKIN) When you say "entirely new,"
8    you were not meaning to refer in any way to the Games
9    Workshop male Eldar howling banshee?
10           MS. GOLINVEAUX: Objection; vague and
11   ambiguous; and assumes facts not in evidence.
12       A   No. If we wanted to do that, we would just
13   take the female parts off an Eldar howling banshee and
14   sculpt them male -- as a male, which would mean the
15   breast and the hips.
16       Q   (BY MR. MOSKIN) Is this a product that's now
17   being sold by Chapterhouse?
18       A   No.
19       Q   Has this product actually been sculpted and
20   designed?
21       A   It is being worked on right now.
22       Q   And who is working on it -- on it?
23       A   I believe Michio.
24       Q   Who is Michio?
25       A   I don't know his last name for sure how to

Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

160

1  pronounce it. I want to say it's Okamura.
2      Q   And is that spelled O K A M U R A?
3      A   It might be. I don't know.
4      Q   Is that who you refer to, Mr. Okamura?
5      A   It's -- he's one of our concept -- he's the
6  only concept designer with the name Michio that we work
7  with, so...
8          (Deposition Exhibit 49 was marked.)
9      Q   (BY MR. MOSKIN) Can you identify what is --
10  what's been marked as Exhibit 49?
11     A   It appears to be a screen shot from
12  October 17, 2011 of the old Chapterhouse Studios news
13  section of our website.
14     Q   And can you tell me what is depicted on these
15  pages?
16     A   The first page shows the title "Javelin Class
17  Imperial Jet Bike Delayed 2 Weeks." The following page
18  is going to the blub, me talking about the new product
19  and showing initial photo shots of that product. And I
20  talk about delays for the product and apologizing for
21  it, the last -- page 8.
22     Q   Do you see on the -- I think it's the second
23  page -- or the first description, Fellow gamers. It
24  says, We have been hard at work at Chapterhouse Studios
25  looking for the next toy release for the Heresy era 40K

161

1  players.
2          What is a Heresy era -- what are Heresy era --
3  era 40K players?
4      A   My thoughts are when I am saying it there,
5  players that model and convert their collection towards
6  the era of the -- early era of the 40K universe.
7      Q   What is -- when you say "collection,"
8  collection of what?
9      A   Miniatures.
10     Q   Of what miniatures?
11     A   Whatever miniatures they use to depict -- you
12  know, whatever armies they are using for that game.
13     Q   For what game?
14     A   40K.
15     Q   Okay. And what is Heresy era?
16     A   Heresy era is my way of describing stuff that
17  happened in the -- the Horus Heresy timeline for the 40K
18  fiction.
19     Q   Okay. And how does the javelin class imperial
20  jet bike fit within the Horus Heresy era fiction?
21     A   My understanding is that the -- the space
22  Marines during that timeline had access to jet bikes
23  instead of ground bikes with wheels.
24     Q   Have you seen any depiction by Games Workshop
25  of what such jet bikes look like?

162

1          MS. GOLINVEAUX: Objection; vague and
2  ambiguous.
3      A   I have seen photos of old models they used to
4  depict jet bikes. And I have also seen the
5  illustrations.
6      Q   (BY MR. MOSKIN) Illustrations where?
7      A   From a card game.
8      Q   What card game?
9      A   I'm not sure what the name is. I just know it
10  was based off of that area, the Heresy era.
11     Q   And do you know who sold that card game?
12     A   I believe Sabertooth Games.
13     Q   Okay. Do you know if a jet bike -- a space
14  Marine jet bike is depicted in the book "Horus Heresy
15  collected Visions"?
16         MS. GOLINVEAUX: Could you read that back,
17  please?
18         (The pending question was read back.)
19         MS. GOLINVEAUX: Objection; vague and
20  ambiguous.
21     A   I believe that book is a collection of the
22  artwork from the card game, so yes.
23     Q   (BY MR. MOSKIN) Who designed the --
24  Chapterhouse's javelin class imperial jet bike?
25     A   It was conceptualized by myself, and I think

163

1  Jeffrey Nagy and Tomas had input as well.
2      Q   And did you in particular make reference to
3  the depiction of a jet bike in the "Horus Heresy
4  Collected Visions" work?
5          MS. GOLINVEAUX: Objection; vague and
6  ambiguous.
7      A   Did I make reference?
8      Q   (BY MR. MOSKIN) In -- in conceptualizing the
9  javelin class imperial jet bike.
10         MS. GOLINVEAUX: Same objection.
11     A   I don't know. I may have. I may have not. I
12  don't remember specifics.
13     Q   (BY MR. MOSKIN) Do you have in your possession
14  a copy of -- of the "Horus Heresy Collected Visions"?
15     A   Yes.
16     Q   Do you know what either Mr. Nagy or
17  Mr. Fiertek looked at or referred to in creating the
18  javelin class imperial jet bike sold by Chapterhouse?
19     A   I don't know what materials they had at their
20  disposal, no.
21     Q   Do you know if they referred to the image of a
22  jet bike in the "Horus Heresy Collected Visions"?
23     A   I know myself and Tomas talked about certain
24  images. I don't know what Jeffrey used.
25     Q   What certain images did you and Tomas talk



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

Nicholas R. Villacci - Volume II                        April 11, 2012
HIGHLY CONFIDENTIAL

164

1   about?
2       A   The illustrations from the Horus Heresy book
3   that you described.
4          (Deposition Exhibit 50 was marked.)
5       Q   (BY MR. MOSKIN) Can you identify what's been
6   marked as Exhibit 50?
7       A   It looks like a screen capture from the old
8   website on our scorpion warrior priestess product.
9       Q   What is a scorpion warrior?
10      A   Well, according to our fiction that I wrote,
11  she's a priestess -- a war priestess that worships the
12  goddess -- I don't know; I'm going to try to pronounce
13  her name -- but it's the goddess of the scorpion.
14      Q   And is she intended to be a part of the Eldar
15  race?
16      A   I didn't release her to fulfill any, you know,
17  racial, you know, parameters, any specifics.
18      Q   And what are striking scorpions?
19      A   Striking scorpions are warriors in the 40K
20  fiction.
21      Q   And they're part of the Eldar race, correct?
22      A   Yes.
23      Q   Can you describe the weapons that the
24  Armana-serq scorpion warrior is holding?
25      A   In the photo she has weapons -- guns on her

165

1   wrist.  And she also has bladed swords on -- in her
2   hands, two of them.
3       Q   And it looks like a green gem at the end of
4   the -- the bladed sword.  Do you see that?
5       A   Yes.
6       Q   And what is that?
7       A   A green gem.
8       Q   Are -- do you know if Games Workshop's Eldar
9   striking scorpions have gems on the end of their swords?
10      A   I don't know.
11      Q   Who designed this?
12      A   Michio is the person who sculpted and designed
13  it.
14      Q   Do you know what -- what references, if any,
15  he used in creating the sword?
16      A   I supplied him with requests for different
17  weapons, different swords and arms.  But I don't know
18  what he referred to for the -- you know, for the
19  details.
20      Q   What weapons did you provide him?
21      A   I asked him to do a two-handed great sword, a
22  claw hand, and the two weapons you see that she has in
23  her arms right there.
24      Q   And does she have a claw hand?
25      A   She does come with a claw hand, but they're

166

1   not shown in this listing you gave me.
2       Q   What is an exarch?
3       A   An exarch is, I want to say, like a squad
4   leader term that applies to the Eldar in the fiction
5   40K.
6       Q   In the 40K fiction?
7       A   Yes.
8       Q   Are you aware that in the 40K fiction, exarch
9   special weapons include a scorpion claw?
10      A   Yes.
11      Q   And is that why you included a -- a scorpion
12  claw for the Armana'serq warrior priestess?
13      A   We included a clawed hand.  I don't think we
14  ever referred to it as a scorpion claw or even implied
15  that it is one.
16      Q   And what was the -- why did you provide a claw
17  hand to the designer?
18      A   Are you asking --
19         MS. GOLINVEAUX:  Objection; vague and
20  ambiguous; this assumes facts not in evidence.
21      A   -- I never provided a clawed hand to the
22  designer.
23      Q   (BY MR. MOSKIN) You said you -- you provided
24  different weapons, a two-handed great sword and a clawed
25  hand?

167

1       A   Ideas of different ones.
2       Q   Why did you suggest using a clawed hand for
3   the Armana'serq character?
4       A   If players wanted to use a small -- to depict
5   an Eldar model in their army, I felt it was a good idea
6   to give them options they could use legally and
7   according to the rule books.
8       Q   And what do you -- what do you mean by
9   "legally and according to the rule books"?
10      A   Legally means -- in the rule books there are
11  certain rules that allow you different options.  And
12  lots of times players are stuck having to sculpt or
13  somehow find that option since it's not available with
14  the models they buy from other companies.  And I wanted
15  to give them that option without limiting them to a
16  static model.
17      Q   Whose rule books are you referring to?
18      A   Games Workshop's Eldar rule book.
19      Q   Their Eldar rule book?
20      A   Yes.
21      Q   Any other features from the Games Workshop
22  Eldar rule book that you referred to in designing
23  the Armana'serq scorpion warrior?
24      A   Just --
25         MS. GOLINVEAUX:  Objection; vague and



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

Nicholas R. Villacci - Volume II                           April 11, 2012
HIGHLY CONFIDENTIAL

168

1   ambiguous.
2       A   -- they don't really -- they give very vague
3   reference to different options for her, so I told the
4   artist, Well, let's try to create something that could
5   be depicted as this option.
6       Q   (BY MR. MOSKIN) As which option?
7       A   Like the long-bladed sword or the weapon she
8   has in her -- in the photo.  She has got two swords and
9   guns on her wrist.
10      Q   And the sword specified in the Games Workshop
11  rule book, is that what's called -- sometimes called a
12  biting blade?
13      A   I don't think we ever referred to it as a
14  biding blade.  In the fiction it's referred to as a
15  long-bladed sword with teeth on it.
16      Q   And your Armana'serq has a long-bladed sword
17  with teeth on it, correct?
18      A   Yes.
19      Q   Any other features you're aware of that are
20  similar to the Games Workshop Eldar striking scorpions?
21      MS. GOLINVEAUX:  Objection; misstates prior
22  testimony; vague and ambiguous.
23      A   I haven't bought Games Workshop's striking
24  scorpion models.  I have only noticed them in passing,
25  so I'm not really sure.

169

1       Q   (BY MR. MOSKIN) Where have you noticed them in
2   passing?
3       A   Other -- I might have seen them -- you know,
4   players actually using them at games and stuff like
5   that.  And I have seen small photos as well from the
6   website.  I have never studied them though.
7       Q   Photos from what website?
8       A   Games Workshop's website or other online
9   stores.
10      THE DEPONENT:  Is it okay if I go to the
11  restroom?
12      MR. MOSKIN:  Yeah, that's fine.
13      (Recess was taken from 2:29 p.m. to 2:35 p.m.)
14      Q   (BY MR. MOSKIN) Do you still have Exhibit 50
15  in front of you, the Armana'serq?
16      A   Sure.
17      Q   What are the two -- I don't know how to
18  describe them -- the -- there are two conical devices
19  beneath her ears.
20      A   I don't know.  They look almost like earrings
21  at this picture.
22      Q   You don't know if they're supposed to serve
23  some purpose as part of the design?
24      A   I don't know, yeah, how the sculptor
25  originated the idea for those.

170

1       Q   Are those supposed to be weapons?
2       A   It's a science fiction universe, so I guess
3   they could be weapons.
4       Q   But you don't know?
5       A   No.  I didn't -- I didn't have that aspect of
6   the model.  I didn't conceptualize that design.
7       Q   And again, you don't know what the designer
8   did look at in creating the design?
9       A   Yeah, I don't know what he referred to.
10      (Deposition Exhibit 51 was marked.)
11      Q   (BY MR. MOSKIN) Can you identify what's been
12  marked as Exhibit 51?
13      A   It appears to be a --
14      MS. GOLINVEAUX:  Do you have one for me?
15      MR. MOSKIN:  No.  You guys produced one to us,
16  so --
17      MS. GOLINVEAUX:  Well, I don't know what you
18  just handed him, so --
19      A   -- it appears to be one of our shoulder pad
20  products.
21      Q   (BY MR. MOSKIN) And do you know which shoulder
22  pad product it is?
23      A   Looking at it, I would guess it's the No. 6
24  arrow pad.
25      Q   And earlier you testified that the -- your --

171

1   that Chapterhouse's shoulder pads are scaled to fit a
2   standard size of Games Workshop's shoulder pads; is that
3   correct?
4       MS. GOLINVEAUX:  Objection to the extent it
5   misstates prior testimony.
6       A   We designed them to fit on the shoulder of the
7   Games Workshop space Marine plastic model.
8       Q   (BY MR. MOSKIN) Okay.  And you said there was
9   a -- a device you used to take measurements; is that
10  correct?
11      MS. GOLINVEAUX:  Objection; misstates prior
12  testimony.
13      A   Yes.
14      Q   (BY MR. MOSKIN) Okay.  Do you see the markings
15  on the back of the shoulder pad?  And if you would like,
16  I can -- let's mark this as Exhibit 51A.
17      (Deposition Exhibit 51A was marked.)
18      Q   (BY MR. MOSKIN) And what are those markings on
19  the back?
20      A   Indentations on the back edges.
21      Q   And --
22      MS. GOLINVEAUX:  Can you tell us what 51A is?
23      Q   (BY MR. MOSKIN) Well, I'm -- it's just a --
24  I'll represent to you it's just simply a blow-up of the
25  rear side of Exhibit 50.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

172

1    MS. GOLINVEAUX: So it's a photograph you took
2 of Exhibit 51?
3    MR. MOSKIN: Of 51, yes.
4    MS. GOLINVEAUX: Okay.
5    Q   (BY MR. MOSKIN) And you can compare it, if you
6 would like, to see if the same markings are on the back
7 of Exhibit 51, Mr. Villacci.
8    A   Yes, they're indentations on the back edge.
9    Q   Okay. And do you know where those
10 indentations are there?
11   A   We designed them to be -- they're similar
12 for -- if players are that picky about details on their
13 models, we wanted to put them on there so that they
14 would be similar to the ones that Games Workshop has.
15   Q   Do they serve any function?
16   A   I'm sure there's some sort of in the fiction,
17 like, strengthening function.
18   Q   I'm saying just function in how the shoulder
19 pads just -- you know, work on an actual model?
20   A   Esthetics.
21   Q   Okay.
22   A   Is this ours to keep?
23   Q   No. She gets them.
24   MS. GOLINVEAUX: Put them in this stack right
25 here.

173

1    Q   (BY MR. MOSKIN) Let's mark this as Exhibit 52.
2    (Deposition Exhibit 52 was marked.)
3    Q   (BY MR. MOSKIN) And can you identify what's
4 been marked as Exhibit 52?
5    A   It appears to be an E-mail thread from Jeff
6 Nagy, myself. And Tomas is included as well.
7    Q   And if you look at the bottom of the second
8 page where it Mr. -- it looks like it's Mr. Nagy
9 writing, I don't mind either way. I only want you to
10 realize what making those notches involved. If you
11 really want them with the cut-out notches instead of the
12 curved rectilinear openings, I can do it, but it will
13 push back the Land Raiders doors when they're completed.
14   What notches is he referring to?
15   A   The notches on -- I can't specifically point
16 to that one. But when we were designing our templates
17 for our shoulder pads, the back details.
18   Q   Mr. Villacci, how does Chapterhouse advertise
19 or promote its products?
20   A   I actively advertise on a full -- a few of the
21 discussion boards we have banners that are on the top,
22 and sometimes I post on the forums as well talking about
23 new releases.
24   Q   Okay. What forums?
25   A   We have advertised on daka -- daka.com,

174

1 warseer.com, bartertown.com. There's a few others I
2 can't remember offhand.
3    Q   Mark this as Exhibit 53.
4    (Deposition Exhibit 53 was marked.)
5    Q   (BY MR. MOSKIN) Can you identify Exhibit 53?
6    A   Let's see.
7    MS. GOLINVEAUX: For the record, Exhibit 53
8 appears to be about 50 pages of different web printouts.
9    MR. MOSKIN: Yes. All from warseer.
10   MS. GOLINVEAUX: According to Mr. Moskin, all
11 from warseer.
12   A   It appears to be they're printouts from a --
13 the forum warseer.
14   MS. GOLINVEAUX: Let the record reflect the
15 witness has not looked at each page individually. He
16 has just quickly flipped through about 50 pages.
17   A   Yeah. I mean, I could -- I could look through
18 each of these and try to verify your --
19   Q   (BY MR. MOSKIN) Well, I'll go through and ask
20 you questions about specific ones --
21   A   Okay.
22   A   -- but I don't think you need to do that.
23   A   Okay.
24   Q   Do you see the first posting here looks to be
25 dated -- I think this is the British convention --

175

1 August 25, 2010?
2    A   Yes.
3    Q   Okay. Do you see where you describe -- you're
4 describing here the Tervigon conversion kit; is that
5 right -- Tyranid conversion kit?
6    MS. GOLINVEAUX: Take your time and look at
7 the whole post, because it's multi pages.
8    A   Yeah, that first page I don't think I referred
9 to that at any time as an actual Tervigon conversion
10 kit. We talked about it can be used as a proxy kit for
11 the Tervigon.
12   Q   (BY MR. MOSKIN) Is that the product that we
13 showed in Exhibit 40?
14   A   Yes.
15   Q   Which you eventually called the Tervigon kit
16 upgrade to Carnifex?
17   A   I'm not sure what it's the called now. But
18 when we were talking about it on that page, that's -- is
19 that what that page says?
20   Q   Yeah. I just read it off the page, yes.
21   A   Okay.
22   Q   You can look at it if you want, Exhibit 40.
23   A   Tervigon kits upgrade to Carnifex, yes.
24   Q   It says here that, It's a nice design -- and
25 this is you writing, correct, your post; and it says, N.



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

Nicholas R. Villacci - Volume II                        April 11, 2012
HIGHLY CONFIDENTIAL

                                                                    196
1    what the post you're referring to actually says.
2        A    It's really subjective.  I mean, every player
3    is different.  I can make my best guess at what players
4    would be happy to use, and it may completely miss, you
5    know, what same players would use and other players
6    might be happy about it.  It's -- I guess it's a
7    personal decision on how to market and produce an idea.
8        Q    (BY MR. MOSKIN) I'm not asking -- I'm only
9    asking you:  What, in your mind --
10       A    Um-hum.
11       Q    -- when you release new products, what -- how
12   similar do you feel they have to be to Games Workshop
13   products to be acceptable to the 40K players?
14            MS. GOLINVEAUX:  Objection; calls for
15   speculation; asked and answered; vague and ambiguous.
16       A    I'm going to have to say I can't give you a
17   definite answer on that.  Like I said, it's really
18   pertaining to -- if you ask me about specific icons, I
19   could probably give you my definition.  But it's such a
20   vague notion.  It's -- I can't give you a broad term
21   answer over everything.  Each thing we look at
22   differently and make different decisions on.
23            MR. MOSKIN:  I would like to just take a
24   two-minute break, if I can.
25            (Recess was taken from 3:36 p.m. to 3:39 p.m.

                                                                    197
1            (Deposition Exhibit 56 was marked.)
2        Q    (BY MR. MOSKIN) Can you identify what's been
3    marked as Exhibit 56?
4        A    It appears to be an E-mail between myself and
5    Michio Okamura -- or a string of E-mails.
6        Q    And what is the -- can you describe generally
7    the subject of what -- what products you're discussing
8    here?
9            MS. GOLINVEAUX:  So this is maybe a dozen
10   E-mails.  Are you asking him to go through all of them
11   or are you focusing on one E-mail?
12       Q    (BY MR. MOSKIN) I think they primarily focus
13   on female products -- female versions of Games Workshop
14   models.  But you can tell me otherwise.
15            MS. GOLINVEAUX:  So to be clear, he's asking
16   about the whole E-mail chain that's five pages.
17       A    It's missing the initial E-mails though.  I
18   can't speculate -- I can't speculate what we were
19   talking about before.  Something about femalizing
20   anatomy.
21       Q    (BY MR. MOSKIN) Well, you see in the second
22   E-mail on page 1, a reference to striking scorpions?
23       A    Okay.
24       Q    Does that help you identify what product
25   you're discussing?

                                                                    198
1        A    I don't want to speculate without seeing the
2    whole E-mail chain.  It looks like we're missing I don't
3    know how many pages --
4        Q    Well, what --
5        A    -- besides our idea of a female exarch.
6    That's it.
7        Q    What are your ideas of a female exarch?
8            MS. GOLINVEAUX:  Objection; vague and
9    ambiguous.
10       Q    (BY MR. MOSKIN) What products did Mr. Okamura
11   sculpt for you?
12       A    He sculpted a scorpion priestess.  And he also
13   worked on the -- the rider components for the jet bike
14   --
15       Q    Okay.
16       A    -- the -- the javelin jet bike.
17       Q    Okay.  Now, he's talking here about striking
18   scorpions, and you just said he sculpted the -- the
19   scorpion priestess.  Does that help you confirm what
20   product you're talking about?
21            MS. GOLINVEAUX:  Objection; vague and
22   ambiguous.  In that particular E-mail or in this entire
23   chai?
24       Q    (BY MR. MOSKIN) I believe this entire chain
25   deals with the same issue.  But you --

                                                                    199
1            MS. GOLINVEAUX:  And the witness has already
2    indicated that the chain is incomplete, what he is
3    looking at.
4        Q    (BY MR. MOSKIN) I understand the chain is
5    incomplete, but he can still understand what they're
6    talking about in the E-mails.
7            MS. GOLINVEAUX:  Objection; vague and
8    ambiguous.  I would say he was talking about the
9    female -- the scorpion priestess.
10       Q    (BY MR. MOSKIN) Okay.  And is that
11   the Armana'serq scorpion warrior shown in Exhibit 50?
12       A    Yes.
13       Q    Okay.  When I -- he says -- oh.  I guess
14   you -- you say to him you would -- As for the head, can
15   you do an open face and have the mandi blasters some --
16   I think that should be -- how attached around the back
17   of the head.
18       Do you see that?
19       A    Yes, I see that.
20       Q    What are mandi blasters?
21       A    Mandi blasters are the little laser guns in
22   the GW fiction.
23       Q    Okay.  And where are they on the
24   Chapterhouse Armana'serq scorpion warrior?
25       A    The earring looking pieces could be



200

1    interpreted as those.
2        Q    So the -- the items that I referred to earlier
3    that you said you didn't know what they were, they could
4    be -- the -- the earrings, those, you think, are mandi
5    blasters?
6        A    They could be.
7        Q    Well, what did you understand when you wrote
8    this E-mail?
9        MS. GOLINVEAUX:  Objection; vague and
10   ambiguous.
11       A    If we did have little laser weapons, mandi
12   blasters, to attach them on the back of the head.
13       Q    (BY MR. MOSKIN) And what GW model were you
14   referring to there that you were trying to differentiate
15   it from?
16       A    The striking scorpions model.
17       Q    And when you say you would femalize the
18   anatomy but keep the basic armor structure, what do you
19   mean by that?
20       A    Make her an obvious female humanoid -- human
21   character.
22       Q    What basic armor structure were you planning
23   to keep?
24       A    The basic style of the armor.
25       Q    Of what, of the Games Workshop product?

201

1        A    The striking scorpion product.
2        Q    Yes.
3        A    Yes.
4        Q    Okay.  But simply femalize the anatomy of the
5    Games Workshop striking scorpion product; is that what
6    you were referring to there?
7        A    No.  I gave him free reign to, like I said,
8    make a female model and keep the basic ideas of the
9    armor, but go beyond that and --
10       Q    Okay.
11       A    -- that's why I said basic.
12       Q    Okay.  Now, if you turn the page, on
13   February 14 you wrote, Thanks, Michio, for that.  I
14   would like for you to explore alternate sculpts for
15   exarch warriors.  If GW makes a male version, let's do a
16   female nicer version and vice versa.
17       Do you see that?
18       A    Yes.
19       Q    So is it -- was it your understanding that
20   the Armana'serq scorpion warrior was supposed to be a
21   female version of the Games Workshop striking scorpion?
22       MS. GOLINVEAUX:  Objection; vague and
23   ambiguous.
24       A    I told Michio to sculpt a new design, a new
25   model, give it female attributes.  But create something

202

1    new, again, in pose and in looks, but keep the basic
2    armor structure from the striking scorpion model that GW
3    already had.
4        Q    (BY MR. MOSKIN) Let's mark Exhibit 57.
5        (Deposition Exhibit 57 was marked.)
6        Q    (BY MR. MOSKIN) And if you look at the -- at
7    page Bates -- first of all, can you identify this?
8        A    It's an E-mail correspondence between
9    Chapterhouse and Michio Okamura, Chapterhouse.
10       Q    Okay.  If you look at the page Bates numbered
11   M00028 --
12       A    Okay.
13       Q    -- the -- the E-mail in that chain that begins
14   on Saturday, February 19, Chapterhouse wrote, do you see
15   that?
16       A    Yes.
17       Q    Do you see -- you say to him, I would rather
18   have the weapon options included with the mini.  We did
19   this with the female warseer.  Do you see that?
20       A    Yes.
21       Q    What's the female warseer?
22       A    That is at the time what I was referring to
23   as -- that's how I referred to the Doomseer model.
24       Q    And what's a warseer?
25       A    I'm guessing I called it that based off of the

203

1    warseer forum.  I hadn't decided on the name yet for it.
2    Or I might have just called it as -- a simple way of
3    calling it that.  I'm not sure if that product was
4    released before then or not.
5        Q    When you say below, Let's not copy GW's weapon
6    sculpts.  Can you do something similar, but not
7    identical.
8        Again, do you have some sense of how similar
9    is similar enough?
10       MS. GOLINVEAUX:  Objection; vague and
11   ambiguous; calls for speculation.
12       A    Let us not copy GW's weapon sculpts.  Can you
13   do something similar to the idea, but not identical?
14       I mean, an idea is a sword.  GW has their idea
15   of what a sword looks like.  We were creating a sword.
16   We added our own flair it to, and that's our idea of a
17   sword.  I think it's very important to say similar to
18   the idea, but not similar.
19       Q    (BY MR. MOSKIN) Well -- but again, how similar
20   is similar enough?  Must it be recognizable to your
21   customers?
22       A    Like I said --
23       MS. GOLINVEAUX:  Objection; misstates the
24   document; vague and ambiguous.  Mr. Moskin, you
25   specifically left out the phrase "to the idea" when you



232

1   question?  Do you want him to compare the two lists.
2       Q   (BY MR. MOSKIN) Yeah.  How do they differ?
3   For example, No. 6 -- the sixth identified individual in
4   response to Interrogatory 6 is Edward --
5       MS. GOLINVEAUX:  Okay.  Stop for a second.
6   This is designated as highly confidential.
7       MR. MOSKIN:  I don't need to mention his name.
8       Q   (BY MR. MOSKIN) He's just identified as a CAD
9   designer, slash, contractor.  Do you see that?
10      A   Yes.
11      Q   How -- why is he on this list, but not on the
12  list of designers in response to Interrogatory 3?
13      MS. GOLINVEAUX:  It might be helpful for you
14  to know what he is talking about to actually read
15  Interrogatory 3 and --
16      A   Yeah.
17      MS. GOLINVEAUX:  -- and Interrogatory 6.
18      A   That's what I am -- where is Interrogatory 3?
19      Q   (BY MR. MOSKIN) On page 3.
20      A   Page 3.  Okay.  Interrogatory 3.
21      Q   Identify anyone involved in the -- in creating
22  or designing any of the accused works.
23      A   Okay.  Let's see what No. 6 says.  Where is
24  No. 6?
25      MS. GOLINVEAUX:  Page 13.

233

1       A   Page 13.  I believe -- and correct me if I'm
2   wrong -- 3 asked for anyone who is working on -- who
3   created or designed products related to the case.  And
4   No. 6 is much more broad.  And it says, Anyone who has
5   ever worked for us in any capacity whatsoever.
6           Is that correct?
7       Q   (BY MR. MOSKIN) Correct.  No.  It's anybody --
8   well, anybody who -- 3 is referring to anyone involved
9   in creating or designing any of the accused works at
10  issue in the case.
11      A   Okay.
12      Q   And 6, any independent contractors who worked
13  for Chapterhouse.  And I -- just to clarify.  The people
14  who were on -- listed in response to 6, but not 3, do
15  those people -- they were not involved in --
16      A   Designing or sculpting or conceptualizing the
17  products, that would be correct, as far as I know.
18      Q   What product, for example, did the individual
19  identified as No. 6 -- the CAD designer/contractor -- I
20  won't mention his name -- what did he work on?
21      A   He worked on a product that I --
22      MS. GOLINVEAUX:  I'm going to object.  It has
23  nothing to do with the case.  What's the relevance?
24      MR. MOSKIN:  Well, I just -- I want -- you can
25  object.

234

1       Q   (BY MR. MOSKIN) You can still answer.
2       MS. GOLINVEAUX:  Well, no.  If there's no
3   relevance whatsoever, he's not going to talk about it.
4   What's the relevance of your question?
5       MR. MOSKIN:  I don't have to explain the
6   relevance now.
7       Q   (BY MR. MOSKIN) You can answer.
8       MS. GOLINVEAUX:  Is there any relevance?
9       MR. MOSKIN:  Yes.
10      Q   (BY MR. MOSKIN) You can answer.
11      MS. GOLINVEAUX:  So what is the relevance?
12      MR. MOSKIN:  Please stop arguing with me.  The
13  witness -- relevance is not a proper objection to a
14  deposition.
15      MS. GOLINVEAUX:  If you're going to go probing
16  way outside the bounds of permissible discovery, it is.
17      MR. MOSKIN:  That's not what I am dong.
18      Q   (BY MR. MOSKIN) Go ahead.
19      A   He worked on a product that wasn't in
20  development at the time the lawsuit occurred or GW
21  didn't bring up later on.
22      Q   What product was that?
23      A   Do I have to answer that?  He is working on --
24  what is he working on?  Some bladed fist.
25      Q   That you just simply haven't started selling

235

1   yet?
2       A   At that time they weren't a product that --
3   yeah, they hadn't been to the point where we were
4   selling them yet.
5       Q   Can you identify any products that you sell
6   that were not influenced in any way by Games Workshop's
7   products or its descriptions in -- in its books?
8       MS. GOLINVEAUX:  Objection; argumentative;
9   assumes facts not in evidence; vague and ambiguous.
10      A   A number -- I mean, our shields that's
11  definitely not a GW originated -- did it have a shield,
12  hammers?
13      Q   (BY MR. MOSKIN) That -- let me clarify the
14  question.  I'm not asking if GW was the only company
15  that -- that's ever conceived of shields or hammers.  I
16  asked you a different question.  Can you identify any of
17  the products that you sell that were not influenced in
18  some way by Games Workshop's products or the
19  descriptions of materials in its books?
20      MS. GOLINVEAUX:  Same objections.
21      A   Honestly, since I have been so involved in
22  scifi and miniatures and the hobby and -- I mean, when
23  you -- you have played with something and have been
24  involved with something for so long, that's bound to
25  have an effect on any ideas you come across or create.



Nicholas R. Villacci - Volume II                    April 11, 2012
HIGHLY CONFIDENTIAL

236

1    So that's like saying -- no. I mean, everything has
2    been influenced by -- everything that we have created
3    has been influenced by what I have been exposed to. Be
4    it, Star Wars movies, Games Workshop products. I can't
5    exclude anything from my personal experience.
6        Q    (BY MR. MOSKIN) Again, that's not the question
7    I'm asking. Are there any products of yours that you
8    can identify that have not been influenced by Games
9    Workshop's products or descriptions of materials in its
10   books?
11       MS. GOLINVEAUX: And he just answered that
12   question.
13       MR. MOSKIN: No, he didn't.
14       MS. GOLINVEAUX: Yes, he did.
15       MR. MOSKIN: No, he didn't.
16       Q    (BY MR. MOSKIN) You can answer it again.
17       MS. GOLINVEAUX: Objection; asked and
18   answered. If you want to change your answer in some
19   way, you can feel free to do so.
20       Q    (BY MR. MOSKIN) He answered by reference to
21   Star Wars and things. I wasn't asking him about Star
22   Wars. I'm asking him simply about Games Workshop.
23       MS. GOLINVEAUX: I'm sorry. Could you read
24   the question back, please?
25       (The question was read back.)

238

1        MS. GOLINVEAUX: This is badgering the
2    witness. If -- you don't have to keep answering it just
3    because he is saying --
4        Q    (BY MR. MOSKIN) I take it you cannot identify
5    any products of yours that have not been influenced by
6    Games Workshop or its -- Games Workshop's products or
7    descriptions of materials in its books --
8        MS. GOLINVEAUX: Objection; argumentative --
9        Q    (BY MR. MOSKIN) -- is that correct?
10       MS. GOLINVEAUX: -- objection; argumentative;
11   misstates prior testimony.
12       MR. MOSKIN: Then he can correct me if I'm
13   wrong.
14       Q    (BY MR. MOSKIN) Is that correct?
15       A    Can you tell me what I said?
16       (The answer was read back.)
17       A    I would ask to go on the record. I stick to
18   my answer, and I believe I pretty much, you know, have
19   given a straight answer on that. I even mentioned Games
20   Workshop products, and then I said --
21       Q    (BY MR. MOSKIN) That's -- that's fine. But
22   can you read back my last question?
23       (The last question was read back.)
24       MS. GOLINVEAUX: Same objection.
25       A    I honestly don't know what else you want me to

237

1        A    And I believe I said --
2        MS. GOLINVEAUX: Objection; asked and
3    answered. You can move on.
4        A    -- okay. Let's -- yeah.
5        Q    (BY MR. MOSKIN) No. I want an answer.
6        MS. GOLINVEAUX: You got an answer.
7        MR. MOSKIN: No, I didn't.
8        MS. GOLINVEAUX: Yes, you did.
9        A    I even mentioned the Games Workshop fiction in
10   my answer.
11       Q    (BY MR. MOSKIN) You did. But you also
12   mentioned other third parties. I wasn't asking about
13   third parties.
14       A    Okay.
15       Q    I was only asking you about Games Workshop.
16       A    Okay.
17       Q    Are there any of your products that are not
18   influenced by Games Workshop's products or descriptions
19   of materials in its books?
20       MS. GOLINVEAUX: Objection; asked and
21   answered.
22       Q    (BY MR. MOSKIN) It's a very simple question.
23       MS. GOLINVEAUX: And he answered it.
24       A    I believe I answered it. I don't -- I'm
25   trying to think of another way to phrase it.

239

1    say. I believe I have given you an answer.
2        Q    (BY MR. MOSKIN) Name a product of yours that
3    has not been influenced by Games Workshop's products or
4    materials in its books.
5        MS. GOLINVEAUX: Objection; argumentative.
6        A    I gave you an answer. I said all of our
7    products have been influenced by a number of things,
8    including Games Workshop's products and books.
9        I'm not going to limit myself and say our
10   products have only been influenced, inspired by -- by
11   Games Workshop stuff. They have been inspired by a
12   number of items, a number of cultural -- pop culture
13   stuff put together to, you know, come out to that sort
14   of expression of our products.
15       Q    (BY MR. MOSKIN) And do you still have in front
16   of you Exhibit 2?
17       A    Yes.
18       Q    Oh, no. I'm sorry. It's not Exhibit 2. And
19   I will show you what was previously marked Exhibit 16.
20       MS. GOLINVEAUX: Have you introduced this
21   earlier today?
22       MR. MOSKIN: Earlier at some point. I don't
23   know when.
24       MS. GOLINVEAUX: Well, if you haven't done it
25   today, if you have a copy for me, I would appreciate it.



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com