# Exhibit

# 23



Chapterhousestudios.com - MKI Shoulder pad, new conversion kits for Space Marines - Page 4     Page 1 of 5

http://www.heresy-online.net/forums/showthread.php?t=48667&page=4     10/04/2012



**» Wayland Games**

**» Recent Threads**

**Big bug list**
Today 02:27 PM
Tyranid Army Lists

**3K of Crimson Fists for...**
Today 02:26 PM
Space Marine Army Lists

**Shadow Games**
Today 01:43 PM
Original Works

**Tyranids vs CSM 1875pts**
Today 12:24 PM
40k Battle Reports

**High Elves (first WHFR...**
Today 12:12 PM
Warhammer Tactics

**space marine addiction (1 2)**
Today 11:59 AM
40k Fluff

**Ordo Xenos Army?**
Today 11:53 AM
General 40k

**supporters?**
Today 11:17 AM
Technical Help

**What Lore for Tzeentch...**
Today 11:01 AM
General Warhammer

**New loctite glue formula?**
Today 11:00 AM
Modelling and Painting

---

10-24-09, 04:25 AM - Chapterhousestudios.com - MKI Shoulder pad, new conversion kits for Space Marines            #33

**chapterhousestudios**
Member

Join Date: Jun 2009
Location: Texas
Posts: 76
Reputation: 117

Quote:
> Originally Posted by **Judas Masias**
> Any chance you will be makeing any Death Guard upgrade parts? BTW your products look awsome i will be refering your site to my gameing club friends.

Well Death guard have a pretty distcint icon, I would be afraid to use that on anything since GW owns it.

Quote:
> Originally Posted by **Usaal**
> Kewl, I was just sitting here putting together my Salamanders sturnguard thinking how I am going to do up the Landraider
> They look nice!

Thanks!

Quote:
> Originally Posted by **Concrete Hero**
> Pre Heresy bits in general would be met with open arms

Trying and doing it

---

10-24-09, 05:57 AM - Chapterhousestudios.com - MKI Shoulder pad, new conversion kits for Space Marines            #34

**Ferik**
Senior Member

Join Date: Nov 2008
Location: Nanaimo B.C. Canada
Posts: 409
Reputation: 32

Just an idea but Power Armour Lightning Claws would be something to do since I always wanted to do Shrikes Wing back in 4th but there was no real affordable way of doing so at the time.

Can do it now with the new SW box and convert by shaving off the wolf icons the claws in there which I have done for my Vanguard to represent my Shrikes Wing but would have been nice to have chapter specific claws.

Just my 2 bits though.

After a long campain behind enemy lines Brother Sergeant Telion was put under Chapter scrutiny to test the purity of mind and body.
During his final interview he was asked "do you feel anything when you kill a Heretic".
He simply shrugged and replied "A slight recoil".
The interview finished shortly after.

---

10-24-09, 02:42 PM - Chapterhousestudios.com - MKI Shoulder pad, new conversion kits for Space Marines            #35

**chapterhousestudios**
Member

Quote:
> Originally Posted by **Ferik**
> Just an idea but Power Armour Lightning Claws would be something to do since I always wanted to do Shrikes Wing back in 4th but there was no real affordble way of doing so at the





**Concrete Hero**
Senior Member

Don't the Iron Hands have their own upgrade pack anyway?

Join Date: Jun 2008
Location: Cardiff
Posts: 2,346
Reputation: 414

**Ferik**
Senior Member

Just another idea to throw your way (knew I had more)
Combi-Flamers! would save chopping up bits to do the conversion which is a problem if you also need Flamers as well speaking of which Heavy Flamers for Marines would be nice too.
Also on another note various cloak designs would be cool too (since I am pretty useless with putty at least) and this would be a great way to make models even more eye catching.

Anyways my 2 cents perhaps I will have more ideas later.

Join Date: Nov 2008
Location: Nanaimo B.C. Canada
Posts: 409
Reputation: 32

Heresy-Online - Warhammer 40k and Fantasy Forums for painting tips, news & tactics) > Heresy Online > News and Rumours

Quick Reply

# Exhibit

# 24.

Highly Confidential - Unredacted Version Filed Under Seal

**From:**    Sales - Chapterhousestudioss ███████████████████

**Sent:**    Friday, October 30, 2009 2:27 PM

**To:**    'Wyatt Traina' ████████████

**Subject:**    RE: Freelance scluptor

---

Gw pretty much has no legal say about what people make to use with their models as long as it isn't direct copies or recast of the models.

Still we have gone through a lot of resources to design our own stuff from scratch, while using the same measured dimensions, in 3d applications. Its just a legal safety thing, we have it done just in case. Did I ever email you that Nondisclosure agreement for you to sign and scan and email back (LOL)?

Nick

-----Original Message-----
**From:** Wyatt Traina ███████████
**Sent:** Friday, October 30, 2009 4:16 PM
**To:** Sales - Chapterhousestudioss
**Subject:** Re: Freelance scluptor

I will send some photos when I finish. I still have a lot of rivets to do.

Yes, pewter pads are fine. I was actually pretty curious about how the legal stuff works out. My address is:



-Wyatt

On Fri, Oct 30, 2009 at 4:58 PM, Sales - Chapterhousestudioss < ████████████████████ >
wrote:
Glad to hear it ☺

Send some photos of your Skullhamma, id be interested in seeing that.

If I sent you a couple of our standard plain pads, they are pewter, can you work on those? I just hate using anything GW as a model, even if it is a plain pad, stupid legal stuff :P

Nick

-----Original Message-----
**From:** Wyatt Traina ████████████
**Sent:** Friday, October 30, 2009 3:47 PM
**To:** Sales - Chapterhousestudioss
**Subject:** Re: Freelance scluptor

Nick,
Not at all scared off! Im very excited about the prospect in fact. I'm trying to finish off a friends Skullhamma for his ork army that he paid me for so I can devote my energies to this project.

The fleshtearer insignia is no problem at all. I think you are dead right about making a circle first and then notching in the blades after. It would be much easier.

WT00000030

# Exhibit

# 27.

Eldar Striking Scorpions | Games Workshop: Warhammer 40,000 Warhammer | Customer Service:    8/10/12 11:03 PM



Customer Service   1-800-394-4263   | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $50
OFFER DETAILS

0 item(s) @  $0.00

Community & Events    Virtual Gift Vouchers    Store Finder    White Dwarf    Find a Gift List    Warhammer 40,000 Guide

Product Search

Warhammer 40,000 › Warhammer 40,000 Armies › Eldar › Elites › Eldar Striking Scorpions

# Eldar Striking Scorpions

Tweet    Like 33    ADD TO CART



 

**Have you got?**



$41.25    add to cart

**Eldar Dark Reapers**



$44.50    add to cart

**Eldar Wave Serpent**



$17.00    add to cart

**Eldar Phoenix Lord Karandras, The Shadow Hunter**

**Related Articles**

- Preparing and Assembling Citadel Finecast Miniatures
- The Games Workshop Design Studio Podcast

## Categories

Getting Started
Warhammer 40,000 Advance Orders
Warhammer 40,000 New Releases
Warhammer 40,000: Assault on Black Reach
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Blood Angels
Chaos Daemons
Chaos Space Marines
Dark Eldar
Eldar
Getting Started
Army Essentials
HQ
Elites
Troops
Fast Attack
Heavy Support
Bitz
Novels
Eldar Articles
Grey Knights
Imperial Guard
Necrons
Orks
Sisters of Battle
Space Marines
Space Wolves
Tau Empire
Tyranids
Warhammer 40,000 Expansions
Warhammer 40,000 Citadel Finecast
Warhammer 40,000 Scenery
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Books
Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

### Eldar Striking Scorpions

The Warrior Aspect of the Striking Scorpion epitomises the deadly attributes of their namesake, and they are the most potent of all the close assault aspects. They are merciless killers without exception, revelling in the hunt and the kill. When they launch their attack, they use shuriken pistols and scorpion chainswords; vicious blades with diamond-toothed edges that mangle and tear flesh. The signature attack of the Striking Scorpions is made by the weapon pods housed on either side of the warrior's helmet, known as mandiblasters. Activated by a psychic pick-up, they fire a hail of needle-thin shards that act as a conductor for a highly charged laser. A mandiblaster volley and the blistering storm of attacks from the Scorpions that follow it is enough to tear the heart out of an enemy force.

This boxed set contains six Eldar Striking Scorpions. These models are finely detailed resin cast miniatures. They are supplied as 14 separate components and come with six 25mm Round Bases. These miniatures are supplied unpainted and require assembly - we recommend using Citadel Super Glue and Citadel Paints.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99810104007

**Price: $41.25**

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

With this box set you can make the following:

## Striking Scorpions

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Striking Scorpion | 4 | 4 | 3 | 3 | 1 | 5 | 1 | 9 | 3+ |
| Exarch | 5 | 5 | 3 | 3 | 1 | 6 | 2 | 9 | 3+ |

| | |
|---|---|
| **Unit Composition:** | 5 - 10 Striking Scorpions. |
| **Unit Type:** | Infantry. |
| **War Gear:** | Shuriken pistol, scorpion chainsword, mandiblaster, plasma grenades. |
| **Transport:** | The Striking Scorpions may be mounted in a Wave Serpent. |

Carry Our Products   Real Estate   Privacy Policy   Legal   About Us   Black Library   Forge World   Investor Relations   Careers   Site Map   Contact Us

Country Select

Copyright   © Games Workshop Limited 2000-2012   © New Line Productions Inc   © The Saul Zaentz Company d/b/a Middle-earth Enterprises   All rights reserved to their respective owners.

# Exhibit

# 33



Shopping Cart | Checkout

Search | Search

**PRODUCTS**

**Eldar Compatible Bits**

- 28mm Figures
- Jetbike Conversion Kits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

Space Marine Compatible Bits

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

## Armana'serq Scorpion Warrior Priestess



Product Code: Armana'serq Scorpion Warrior Priestess

Reward Points: 0

Availability: 17

### Price: $13.50

Qty: 1

Add to Cart

★★★★★ 5 reviews | Write a review

Share

 

| Description | Reviews (5) |
|---|---|

The gods have always demanded worship and sacrifice but in return they grant their most zealous followers with supernatural strength and skills. Serqitet, goddess of the scorpion protects her followers through her warrior priestess.

Armed with sword and pistol, Armana'serq leads her fellow warrior-priest into close-combat through stealth and subterfuge.

This unpainted 28mm scale pewter model consist of 6 components - body and 5 variant arms. A 25mm slotted base is included.

Armana'serq Scorpard 1010-c 8V9                                                                                                                                                                                                                                                    3/14/12 1:42 AM

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept 

About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy        2011 ChapterHouse Studios®

# Exhibit

# 34.

Highly Confidential - Unredacted Version Filed Under Seal

**From:** "Chapterhouse Verizon" <span style="background:black">      </span>
**To:** "'Michio Okamura'"
**Subject:** RE: Disclosure: current projects
**Received(Date):** Tue, 15 Feb 2011 15:49:37 -0600

I would femalize the anatomy, but keep the basic armor structure.

As for the head, can you do a open face and have the mandiblasters somehome attached around the back of the head? That should make it plenty different from the GW model.

Awesomely dynamic poze would be great.

Im not sure what weapons she can legally have. If there are options can you do seperate arms for those options?

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** Michio Okamura
**Sent:** Tuesday, February 15, 2011 11:38 AM
**To:** Chapterhouse Verizon
**Subject:** Re: Disclosure: current projects

You mentioned Striking Scorpions, so I was going to start with that.

What's the guideline on the amount of changes that needs to be made on the design to keep it legal as a product for you guys?

Cheers,

Michio
On Mon, Feb 14, 2011 at 7:49 PM, Chapterhouse Verizon
<span style="background:black">    </span> wrote:

Eh Jetbikes are really up in the air....

What exarch do you want to do first?

HIGHLY CONFIDENTIAL

Sincerely,


Nick - Sales and Design

Chapterhouse Studios


    -----Original Message-----
**From:** Michio Okamura
    ███████████████████████████
**Sent:** Monday, February 14, 2011 9:37 PM
**To:** Chapterhouse Verizon
**Subject:** Re: Disclosure: current projects

I'll start working on the female exarch idea while I wait for the rough cast IG heads to arrive.

If the attorneys ok the female marines, I suppose so; as long as there's no legal consequences to me for selling them to you.

I thought you already had someone working on the jetbikes?

Cheers,

Michio

On Mon, Feb 14, 2011 at 4:05 PM, Chapterhouse Verizon ████████████████ wrote:

    Thanks Michio for that,

    I would like for you to explore alternate sculpts for the exarch warriors (if gw makes a male version lets do a female nicer version and vice versa).

    If our attorneys ok the female marines will you do them for us?  How about a Jetbike?

HIGHLY CONFIDENTIAL

Sincerely,


Nick - Sales and Design

Chapterhouse Studios


-----Original Message-----
**From:** Michio Okamura

**Sent:** Monday,
February 14, 2011 2:46
PM
**To:** Chapterhouse
Verizon
**Subject:** Disclosure:
current projects

Hi Nick,

Just letting you know
for disclosure
purposes, to avoid
any dispute in case
you guys decide to do
them as well in the
near future.

Aside from the female
Space Marines, Jain
Zar resculpt and the
alternate Necron
designs I told you
about, I'm currently
working on alternate
designs for the Tau
battlesuit as my own
project. I'm currently
3d modeling them in
Maya to have them
3D printed and sold
through Shapeways.

I have further plans to do a range of customizable battle suits miniatures for my own game in the future.

My version of Jain Zar probably wouldn't be enough of a departure from the GW design to be a viable product for Chapterhouse. I also think my female space marines might be too close to GW designs as well. I might try selling them on eBay if I manage to get them cast myself.

I haven't gotten beyond some very rough concepts for for the Necron project so far. My friend who plays Necrons wants a new head design, shoulder or torso redesign to make them buffer and a redo on their rifles.

I'm going to stop working on my jetbike and my female IG commisar to avoid any potential conflict. And I will not pursue your idea for female versions of the Eldar Aspect Warrior and Exarch, unless of

MO00000004

course I'm working on
them specifically for
you.

Best regards,

Michio

HIGHLY CONFIDENTIAL

# Exhibit

# 35.

Highly Confidential - Unredacted Version Filed Under Seal

| | |
|---|---|
| **From:** | Chapterhouse Verizon ██████████ |
| **Sent:** | Tuesday, March 8, 2011 1:34 PM |
| **To:** | 'Michio Okamura' ████████████ |
| **Subject:** | RE: Start of female space elf |

Michio,

No worries, your efforts and time table are fine by me.  I hope you do find a full time job to supplement your sculpting ;)


Sincerely,


Nick - Sales and Design

Chapterhouse Studios


-----Original Message-----
**From:** Michio Okamura ████████████
**Sent:** Tuesday, March 08, 2011 12:49 PM
**To:** Chapterhouse Verizon
**Subject:** Re: Start of female space elf

Well the chainblades are quickly becoming a painful thorn in my side. It takes me more effort for me to sculpt the saw blades than sculpting heads :(

Ah well, good practice I suppose. Builds character and all that ;)

With GDC (Game Developer's Conference) in town last week, I didn't make the progress I was planning on.

I'm going to get them done by the end of this week come what may so I can move on to other projects.

Wish me luck,

Michio
On Fri, Mar 4, 2011 at 1:50 PM, Chapterhouse Verizon ████████████ wrote:
> Well,  Im all about building the Catalouge and having more different players come our way :)  So it cant hurt :)


> Sincerely,


> Nick - Sales and Design

> Chapterhouse Studios

HIGHLY CONFIDENTIAL

-----Original Message-----
**From:** Michio Okamura [mailto:█████████]
**Sent:** Friday, March 04, 2011 12:17 PM
**To:** Chapterhouse Verizon
**Subject:** Re: Start of female space elf

████████████████████████████████████ Though a player could just modify a Sorscha figure from Warmachine.

I didn't know IG were so much in demand. Are the Imperial Guards really that popular now days?

I just hope your not over doing the need like the female IG heads ;)

Anyways, it's your call; just let me know what you want worked on.

████████████████████████████████████████████

Cheers,

Michio

On Wed, Mar 2, 2011 at 9:23 PM, Chapterhouse Verizon ████████████████ wrote:

███████████████████████████████████

Sincerely,


Nick - Sales and Design

Chapterhouse Studios


-----Original Message-----
**From:** Michio Okamura [mailto:████████████]
**Sent:** Wednesday, March 02, 2011 8:01 PM
**To:** Chapterhouse Verizon
**Subject:** Re: Start of female space elf

I'll hold off on doing the heads then :)

I'll just keep working on the Eldar line. ████████████████████████
███████████████████████

Not sure about the male Banshee; the name Banshee implies female. Though the Dark Eldar has Wyches that are males, so maybe that's not so far fetched. I could give it a shot.

███████████████████████████████████████████████████

Cheers,

Michio

On Wed, Mar 2, 2011 at 4:07 PM, Chapterhouse Verizon ████████████████ wrote:

Honestly I wouldnt mind having you flesh out the female Eldar line. That is if your up for it. I know it may not sound like a real high selling item, but Im looking for more of a "never before done" deal at the moment.

Hehe... ████████████████████████████████████████████████
████████████████████

I was thinking about the female IG heads, and I am currently looking at 6 from one sculptor and 10 from another (in my hands at the moment). I think I may have overdone the need for female heads.

Granted these all look like Cadian heads... ███████████████████████████
████████████████████████████

████████████████████████████████████████████████

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** Michio Okamura [mailto:████████████████]
**Sent:** Wednesday, March 02, 2011 5:58 PM
**To:** Chapterhouse Verizon
**Subject:** Re: Start of female space elf

Actually, what you described fits the GW chain blade on the Eldar Striking Scorpions; more slender and angled down like a shark tooth as opposed to the Space Marines' triangle on a blade teeth.

My method results in the goofy triangle blades. Ah well back to the drawing board...lol

I was planning on doing the optional female IG heads next.

Is there something specific you need done or want to do next?

Cheers,

MO00000024

Michio

On Wed, Mar 2, 2011 at 11:07 AM, Chapterhouse Verizon
██████████████████████ wrote:

LOL OK on the chainblade. If you could (and its not too late) make them more angled
and sharp teeth as opposed to GWs goofy Triangle on a blade teeth? I guess more
slender and angled down, like pointy needle shark teeth?

Any ideas on what you want to do next?

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** Michio Okamura [mailto:██████████████████]
**Sent:** Wednesday, March 02, 2011 11:09 AM
**To:** Chapterhouse Verizon
**Subject:** Re: Start of female space elf

Thanks Nick,

Working for you gives me a defined goal to work towards. I'm learning a
lot as I go along.

Since no one is offering me a salaried position in my normal position, I'll
try to get as much done as possible while I can. And I'll try to stay on
board as long as I can even after I get a 'day job' ;)

I'll get the chainblade done. It wouldn't be fair to sculpt all the 'fun'
parts and not do the 'work' part. I figured out a way to make them fairly
painlessly by using a metal cutting saw :)

Cheers,

Michio

On Wed, Mar 2, 2011 at 7:49 AM, Chapterhouse Verizon
██████████████████████ wrote:

Michio,

Its still ok legally, you and me are using ideas not copying GW sculpts (thank
to god I have some good IP attorney and case law that seems to prove that).

If you want to do the sword, I think Tom will be happy to do the teeth. IF you

MO00000025

can leave a trench on the edge of the sword so tom can imbed the GS, that should work.  I dont think it would work so well if he just had a flat surface to keep them on..

Good Work Michio, I think Ill "keep" you on board for as long as you want to do work. ;)

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** Michio Okamura [mailto: ██████████████
**Sent:** Wednesday, March 02, 2011 1:40 AM
**To:** Chapterhouse Verizon
**Subject:** Re: Start of female space elf

Hi Nick,

I don't know, with the mandiblaster and the dreadlocks sensors, she looks much more recognizable as a Striking Scorpion:

http://battlesuits.blogspot.com/2011/03/wip-female-eldar-exarch.html

I'll do the weapons since you insist. I'm just whining about them because saw toothed weapons are annoying to make; it wouldn't be an issue if it was power weapons instead.

Cheers,

Michio

On Tue, Mar 1, 2011 at 10:46 AM, Chapterhouse Verizon ████████████████████████ wrote:

Michio,

From what I see that is plenty nice and original enough.  Imagine if you had no idea its supposed to be a female scorpion, would you think that by looking at it, so in my minds eye its not a copy at all.

I would REALLY prefer to have you at lease sculpt up the weapons options if not the seperate arms for each weapon.  I think the idea of doing the chanisabres as the default arms is good.

Will this idea work instead of seperate arms for each weapon.

Have the hands holding the weapons seperate from the set of arms you are doing, and just sculpt the weapons/hands seperately to be

MO00000026

glued on or pinned by the players?

That way you really would only do 1 set of arms, and then a left hand/right hand for the sabres, a left hand for the pistol, a right hand for the chainsword, and then the biting blade with both hands?

I cant see GWs biting blade arms working on your model as it is a two handed weapon.

I know you sound like you dont want to do that work, but we will pay for it :P

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** Michio Okamura [mailto█████████████████████]
**Sent:** Monday, February 28, 2011 11:21 PM
**To:** Chapterhouse Verizon
**Subject:** Re: Start of female space elf

Hey Nick,

Hope you had a nice weekend :)

Work in progress pics of the Eldar on my blog:

http://battlesuits.blogspot.com/2011/02/wip-female-eldar-exarch.html

I don't mind doing one set of arms, but I rather not do a second set of arms. The weapons are a pain to sculpt.

The torso is designed to be able to use arms that come with the Striking Scorpion box. I thought you guys were selling optional bits usable with GW stuff?

I'll probably be sculpting a set of arms with he chainsabre since GW hasn't released a model of them as far as I know. I did find their concept pics of the chainsabre and it's just a shuriken pistol attached to each wrist with the hands wielding the chain blades. I don't think the wolverine claws idea works considering the size of the shuriken pistols and the chain blades.

The Biting Blade is a 2 handed chainsword; as you said, a chain blade is a chain blade, so I'm not sure how

MO00000027

different I can make it look from the original design.

How different do the designs have to be from GW stuff? Is the Eldar model I'm working on different enough or have I wasted my time on the model?

Let me know if I should scrap the model and start over : (

Otherwise, I'll try to have the model done by the end of this week, hopefully along with the optional female guard heads if it gets delivered soon.

Cheers,

Michio

On Sat, Feb 19, 2011 at 8:28 AM, Chapterhouse Verizon █████████████ wrote:
Very nice start.

Personally I would rather have the weapon options included with the mini. We did this with the female warseer, here left and right arms are seperate pieces and she has 2 options on each arm.

Would you be ok with doing that?

Let us not copy GWs weapon sculpts, can you do something similiar to the idea but not identical?

Granted a chain blade is a chain blade, but the other weapons can look unique.

What the heck is a chainsabre :P.

Sounds like a gauntlet that has both a chainblade and shuriken launchers built in..

Im thinking a short bladed chainsword (ala wolverine claws) with shuriken pistols built into and shooting out beside the blade..

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** Michio Okamura

MO00000028

[mailto:█████████████]
**Sent:** Saturday, February 19, 2011 1:16 AM
**To:** Chapterhouse Verizon
**Subject:** Start of female space elf

Hey Nick,

You can check out the early wip pics of the Eldar on my blog:

http://battlesuits.blogspot.com/2011/02/greens-in-works-part-1-eldar-ninja.html

Let me know if the pose works for you.

They have the option of using Scorpion's Claw and chainsword or a Biting blade (2 handed sword shown in the pic) or a chainsabre (not sure what this looks like). The pose should work for either option.

I was planning on making the model so it can use the weapon options included in the GW box set for the Striking Scorpions. Is it necessary for me to do the arms and the weapons as well?

I might want to try designing and sculpting a set of arms for the chainsabre since they are not in the boxed set.

Cheers,

-Michio

HIGHLY CONFIDENTIAL

# Exhibit

# 38.

**Home** | **News** | **About us** | **Contact** | **Order Status and Shipping** | **Customer Comments** | **Gallery**

## 🌿 Our Store

**Infantry and Shoulder Pad Bits compatible with Space Marine® models**

**Heads compatible with Space Marines®**

**28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models**

**Vehicle Replacement Part Kits that fit on Games Workshop Models**

**Bits/Conversion kits compatible with Eldar armies**

**Bits/Conversion kits compatible with Tyranids**

**Bits/Conversions for 28mm for imperial guard**

**Super Heavy Vehicle Kits**

List All Products

---

Product Search

[ ] [Search]

Advanced Search

---

Username

[ ]

Password

[ ]

Remember me ☑

[Login]

Lost Password?

Forgot your username?

No account yet? Register

---

We accept Paypal



## Doomseer Iyanar Model Released

Friday, 29 April 2011 19:22

Just added a new model to the website. This model is special for us in a few ways. Its our first full metal miniature, not just an accessory piece. We also have recently hired Angel Giraldez as a painter for many of our pieces.

If you have ever wanted a female HQ model for your army, this may be your lucky day. So with no more delays...





SCULPTED BY JAE CHI LEE & TOMAS FIERTEK    PAINTED BY ANGEL GIRALDEZ

This piece will be sold for $13.50 and it is 28mm scale and comes with a 25mm base. Each model will come with a sword arm, spear arm, spell casting arm and pointing arm.

The product can be found here.

Next month I hope to have another piece that players can integrate into their armies.

# Exhibit

# 39





Quicklinks to Frothzones

  
  

| Forum Index | FU!UK Main Page | FU!UK Shop | Site News | Frother Links |
|---|---|---|---|---|

**Log in**          **Register**          **Memberlist**          **Usergroups**          **FAQ**          **Search**

# Doomseer_Iyanar from chapterhouse

**Goto page** **Previous** , **1**, 2, **3**, **4**, **5**, **6**, **7**  **Next**

**Frothers Unite! UK Forum Index** -> **Colonel Marbles' Miniatures Frothzone**

 

**View previous topic :: View next topic**

| Author | Message |
|---|---|

**Dunk**



Joined: 20 Feb 2009
Posts: 1151

▯ Posted: Fri Apr 29, 2011 9:54 pm   Post subject:          

Not much resemblence?



No, the faceplate and frontal structure is almost identical to the second one, and indeed any of the original Warlocks, or the first Dire Avengers.

I've always remained pretty ambivalent towards people encroaching on GW's IP, mainly because of my general dislike towards GW and the way they treat people who don't really encroach upon their IP.

But at least look like you're trying to make something they wouldn't?

**Back to top**

  

**Chapterhousestudios**



▯ Posted: Fri Apr 29, 2011 9:59 pm   Post subject:          

Frothers Unite! UK • View topic - Chapterhouse Studios 8/14/12 1:48 AM

Rather to die on my feet than to live on my knees.





**Back to top**

**Chapterhousestudios**

Joined: 01 Jun 2009
Posts: 111
Location: US

Posted: Fri Apr 29, 2011 10:17 pm    Post subject:



**mcfonz wrote:**

> http://www.solegends.com/citcat94/cat1994123-03.htm
>
> Warlocks, not farseer.
>
> And I am not fucking sorry to say that 'it's obviously not a rip off because we have stuck some extra bits on the head that's only similarity is the overal shape and look . . . .'
>
> Do you seriously think anyone with an ounce of intelligence really buys that utter shit?
>
> That's what offends me, its the blagging and bulshitting and patronising way you just palm off these sort of suggestions.
>
> It is to all intense and purpose and Eldar warlock/farseer/seer council member with a name that belongs to an old epic eldar craft lastime I looked.

Its obviously supposed to be a female sculpt for Eldar players, noone ever denied that.

Also the name has NOTHING from the GW universe. I pulled her name from some ancient priestess names and changed a few letters up.

If you dont like the sculpt, dont like the sculpt. I dont mind critiques, but when you are making a shit storm over GW comparisons and then you have sculptors asking for video game characters, movie characters etc etc it gets hypocritical.

_____

Case 1:10-cv-08103 Document #: 230-9 Filed: 09/06/12 Page 35 of 65 PageID #:10734



**Back to top**

**blackfly**

Joined: 24 Feb 2005
Posts: 5392
Location: 206

> **Gailbraithe wrote:**
>
> I actually do know better than the dictionary.



☐ Posted: Sun May 01, 2011 6:50 pm    Post subject:

> **Chapterhousestudios wrote:**
>
> Nu-uh, these are the old Eldar Farseers, theres not much resemblence to the head besides a general shape.

You know what, you're right, there is absolutely no resemblance between your and theirs. Its completey coincidence and there is no way that you're actually trying to knock off an eldar farseer. **Doomseer**. Farseer/Warlock, whatever.

      

It is also absolutely crazy of all of us to think that the fact that you had it painted with an Eldar rune on its head is anything other than happenstance. Given the myriad ways lines can be arranged into glyphs, it should give no more suprise when they randomly come together in a form that is completely in line stylisticly with an idiom that your sculpting also coincidentally lines up with, than it should suprise us when it doesn't. Thats how random chance works after all.

> **Chapterhousestudios wrote:**
>
> Also the name has NOTHING from the GW universe. I pulled her name from some ancient priestess names and changed a few letters up.

Its really childish of us to think that Iyanar has any similarity to the craftworld of Iyanden. It is so obviously a randomization of 'some thing I found on google and rearranged' that to note the congruence with the established IP that it sails so close to would be just plain fatuous. Shame on us.

> **Chapterhousestudios wrote:**
>
> I dont mind critiques, but when you are making a shit storm over GW comparisons and then you have sculptors asking for video game characters, movie characters etc etc it gets hypocritical.

How can you expect us to not compare it when that is so clearly, with out any doubt, 100% what you are doing? You know, you might catch a lot less flack if you didn't try to masquerade as this innocent pariah who is just getting picked on due to coincidence. Stop trying to defend your sculpt on grounds that are so clearly false!

Case 1:10-cv-08103-Document #: 230-9 Filed: 09/06/12 Page 36 of 65 PageID #:10735

Saying that it doesn't look like an eldar character, doesn't sound like an eldar character, isn't painted like an eldar character, wasn't specifically sculpted to be as close to an eldar character as you can get away with when that is so clearly the case has a lot to do with WHY you get treated the way you do around here. There are plenty of people who will say that treading on someone elses IP is bad, no matter who they are. You have to accept that plenty of the people in the world actually believe in absolutes of right and wrong. You will never win them over, but you shouldn't be suprised. If that weren't the case, the world wouldn't function.

However, there are plenty of people who see grey areas, and say- well, if you want to do derivative work and ride on the coat tails of established idioms and IP and fill niches, or offer competing cheaper products for those that are comfortable using alternative figures, thats fine! Thats the free market, or thats the price of success, or whatever. Lots of people feel that way too.

You might come off as less of joke if you were straight forward and honest about it. It has been said around here before that the not-characters that folks like Crooked Dice, Heresy, HF, etc do are filling voids where no competing product by the IP holder exists. Do you not see how that is different? I'm not saying you have to agree philosophically, or that you can't say that you think what you're doing is just as legal/acceptable/moral, whatever. Your opinion is yours to have, but FACTUALLY, you're playing different games then they are.

Putting aside the above factual difference of filling a void, vs producing a knock off- Another big difference is that most of the above mentioned ranges make NO DENIALs about what they're doing. The similar names, the never-even-thinly-veiled allusions to the original source material. "MALCOLM ECCLESCAKE A time-bothering vagrant do-gooder. " , "Femdroid" vs Fembot, "Cobra" vs "Snake Plisken". Its all really clear whats going on.

On the contrary, you come in and say that you're NOT at all knocking off anything, and that any similarities between your blue dude up there and an eldar warlock or farseer are completely coincidental. You basically implicitly tell everyone that you think they are an ignorant asshole if they think they see a similarity. How stupid do you really think people are?

I suppose you have to keep up the charade since you ARE in a different boat than the above people who are filling voids where no competeing product exists. Since you DO produce knock offs of your competitors products, I suppose it would be silly of you to openly say, "Yeah, I'm totally selling this not-farseer and cashing in on GW, check out how awesome I am!'.

Here's a suggestion: If you really don't think we're all as dumb as you seem to suggest we are, and you haven't drunk the kool-aid so much to actually believe your 'official line' about how original this all is, and you're really just having this on with a wink and nod to those in the know, how about rather than trotting out these pathetic tired old lines about 'random googling' and not having ANYTHING to do with GW source material, you just don't say anything at all, rather than insult our intelligence.

"Here's my new release. Hope you like it"

That's all you need to say. That'd suffice.

As it is, you just look like a fucking idiot.

_____

And you will know him by the trail of lead
I see small people
"the goatfucking jokes are of exceptionally high quality"

**Back to top**

  

**anevilgiraffe**
Associate Member

⬚ Posted: Sun May 01, 2011 7:00 pm   Post subject:                    



**blackfly wrote:**

  Frothers Unite! UK

Forum Index    FU!UK Main Page    FU!UK Shop    Site News    Frother Links

Log in    Register    Memberlist    Usergroups    FAQ    Search

# Chapterhouse Javelin Class Imperial Jetbike

Goto page Previous 1, 2, 3 ... 6, 7, 8 ... 11, 12, 13 Next

 

**Frothers Unite! UK Forum Index -> Colonel Marbles' Miniatures Frothzone**

View previous topic :: View next topic

| Author | Message |
|---|---|

**frotherPest**

Joined: 19 Feb 2010
Posts: 97

Posted: Wed Oct 19, 2011 5:01 pm  Post subject: 

> Quote:
> why oh why would we use recast or shaved off parts?

Suddenly, you don't use GW models for your "parts".
Guy used to brag about spitting in the face of GW, now he won't acknowledge that he uses their models.

I suppose your "sculptor" made his own Land Raider, here:
http://liveweb.archive.org/http://chapterhousestudios.com//webshop/components/com_virtuemart/show_image_in_imgtag.php?filename=Salamander_Alph_4b5258adaa1b2.jpg&newxsize=90&newysize=90&fileout

And of course he "sculpted" this Tyranid body:


Back to top    

**mcfonz**

Joined: 01 Jun 2009
Posts: 5514

Posted: Wed Oct 19, 2011 5:10 pm  Post subject:

I never questioned anyone's intelligence.

Thanks for the insult though.

As for the torsoe. Anyone who knows an ounce about GW will know that SM torsoes come in two halves. Some with high colars. The reverse half wouldnt be too difficult to alter to the one you have either esp if using the one from the vehicle crew which doesnt require a backpack.

If the bodywork is totally original whats with the mud guards?

I am simply stating that parts look very mich the same. If creating something so original why even copy it? Why not do something totally your own?

http://mcfonz.blogspot.co.uk/



Rather to die on my feet than to live on my knees.



Back to top    

**frotherPest**

Joined:

Posted: Wed Oct 19, 2011 5:13 pm  Post subject: 

> Quote:

Joined: 19 Feb 2010
Posts: 97

| If you look at this photo you will see it has its own design on the back |

It's so obvious that you took a SM torso, did a poor job of filing off the crest on the front (it's so obvious, it's funny) and then sculpted on your own back design and made castings of that.

It's not merely your methods, you have been such a cocky ass about the whole thing, bragging about your non-existent legal fund and lawyers, flaunting your IP theft, then crying for "the community" to donate money to help you fight GW.

**Back to top**    

**Omega**

Joined: 31 Mar 2008
Posts: 7716
Location: the Fortress of Solitude

Posted: Wed Oct 19, 2011 5:41 pm    Post subject:    

> **frotherPest wrote:**
>
> > **Quote:**
> >
> > | why oh why would we use recast or shaved off parts? |
> >
> > Suddenly, you don't use GW models for your "parts".
> > Guy used to brag about spitting in the face of GW, now he won't acknowledge that he uses their models.
> >
> > I suppose your "sculptor" made his own Land Raider, here:
> > http://liveweb.archive.org/http://chapterhousestudios.com//webshop/components/com_virtuemart/show_image_in_imgtag.php?filename=Salamander__Alph_4b5258adaa1b2.jpg&newxsize=90&newysize=90&fileout
> >
> > And of course he "sculpted" this Tyranid body:
> > 

I don't think anyone ever thought these were anything else than add-on parts, nor did CH claim otherwise. 🙂 The Alien heads were sculpted by NAVARRO who posts on these boards, so you could ask him directly if it bugs you.

-/-

**Back to top**    

**Chapterhousestudios**

Joined: 01 Jun 2009
Posts: 111
Location: US

Posted: Wed Oct 19, 2011 6:30 pm    Post subject:    

> **frotherPest wrote:**
>
> > **Quote:**
> >
> > | why oh why would we use recast or shaved off parts? |
> >
> > Suddenly, you don't use GW models for your "parts".
> > Guy used to brag about spitting in the face of GW, now he won't acknowledge that he uses their models.
> >
> > I suppose your "sculptor" made his own Land Raider, here:
> > http://liveweb.archive.org/http://chapterhousestudios.com//webshop/components/com_virtuemart/show_image_in_imgtag.php?filename=Salamander__Alph_4b5258adaa1b2.jpg&newxsize=90&newysize=90&fileout
> >
> > And of course he "sculpted" this Tyranid body:
> > 

Um.. are you dense? I never said that we didnt use GW models and put our items ON them.

But we are not recasting, modifying, shaving off parts, etc etc and then selling those parts as our own.

Quit the witch hunt already. We are releasing parts and items for customers to use ON whatever kits they want. Much of our stuff is designed to be compatible with other companies models.

As far as McFonz trying to say we are reusing GW pieces and modifying them.

You are wrong, we are not, if you don't believe me, ah shucks.

One angry-sculptor (do you sculpt?) who does not like our items or our company. I guess you can file a suit along with GW and present your argument in court to prove your case.

Till then, go sulk in your corner.

# Exhibit

# 49.



CHAPTER

ADE

ASTA

BLOOD ANGELS · WHITE SCARS · BLOOD DRINKERS · GOLDEN GRYPHONS · BROTHERHOOD OF A THOUSAND

EAGLE WARRIORS · WHITE CONSULS · EXORCISTS · MENTOR LEGION · WHITE MINOTAURS

OMEGA MARINES · DEATH EAGLES · FLAME EAGLES · AURORA · RAMPAGERS · SONS OF GUILLIMAN · IRON SNAKES · SKULL BEARERS

CRIMSON FISTS · DEATHWATCH · INVADERS · SONS OF ORAR · WHITE TEMPLARS · ANGELS OF VENGEANCE · REVILERS · STAR DRAGONS

SILVER SKULLS · IMPERIAL TALONS · STORM WARRIORS · EMPEROR'S HANDS · PRAETORS OF ORPHEUS · HAWK LORDS · SONS OF MEDUSA · CRIMSON GUARD

IMPERIAL PALADINS · IRON LORDS · ANGELS ENCARMINE · DEATH SPECTRES · STORM WINGS · GENESIS · MASTERS OF PROTELUS · KNIGHTS OF THE RAVEN

LAMENTERS · IRON HANDS · SCYTHES OF THE EMPEROR · BLACK TEMPLARS · IMPERIAL FISTS · ANGELS PORPHYR · SUBJUGATORS · MARINES EXEMPLAR

GW0001726

Chapters of the Adeptus Astartes | Neil Hodgson | Poster | 2005

# S OF THE
# PTUS
# RTES



IRON KNIGHTS · FLESH TEARERS · BLOOD SWORDS · DARK ANGELS · ANGELS OF REDEMPTION

IRON FISTS · ANGELS SANGUINE · MARAUDERS · LEGION OF THE DAMNED · HOWLING GRYPHONS

DOOM EAGLES · SALAMANDERS · BRAZEN CLAWS · STORM LORDS · IMPERIAL HARBINGERS · RELICTORS · LION WARRIORS · RAVEN GUARD

RED WOLVES · SABLE SWORDS · SPACE WOLVES · NOVAMARINES · DEATHSTRIKE · RED TEMPLARS · BRAZEN MINOTAURS · ANGELS VERMILLION

-ERASED- · DOOM WARRIORS · STORM GIANTS · EMPERORS SPEARS · BLOOD RAVENS · MARINES ERRANT · STORM HAWKS · ANGELS OF ABSOLOUTION

KNIGHTS OF GRYPHONNE · DARK HUNTERS · RAPTORS · TIGERS ARGENT · DARK HANDS · FIRE LORDS · BLACK DRAGONS · RED LEGION

ULTRAMARINES · MORTIFACTORS · GREY KNIGHTS · WHITE PANTHERS · BLACK CONSULS · DARK SONS · TAURANS · RED TALONS

GW0001727

# Exhibit

# 52.



Shopping Cart | Checkout

Search [Search]

**PRODUCTS**

Eldar Compatible Bits

Knight Praetorius TRU-Scale Figure Kits

Imperial Guard Compatible Bits

**Space Marine Compatible Bits**

- Heads
- Jump packs
- Kits for Space Marine Vehicles
- Shields
- Shoulder Pads
- Weapons

Tau Compatible Bits

Tyranid Compatible Bits and Kits

Super Heavy Kits

Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

# 5 Heresy Marine Jump Packs

Product Code: 5 Heresy Jump Packs

Reward Points: 0

Availability: 25

## Price: $10.00

Qty: [1]

[Add to Cart]

★★★★☆  5 reviews  |  Write a review

Share

| Description | Reviews (5) |

This is a set of FIVE (5) Resin Assault Jump Pack for 28mm models.  It is sculpted to fit in with the the older Heresy Era.

Capatible with the Games Workshop Assault Space Marines® and suitable for any other 28mm scale miniatures as well.

Display model shown assembled with Games Workshop Space Marines® model for compatibility purposes.

Models supplied unpainted and unassembled.

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood
Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel
Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device,
'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World,
Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo,
Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri,
Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo,
Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space
Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet
Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device,
Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia,
characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world,
and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the
UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their
respective owners.

We accept           About us   Contact   Forum   Gallery   Commisions   Careers   Newsletter   Shipping Policy      2011 ChapterHouse Studios®

# Exhibit

# 54.

Highly Confidential - Unredacted Version Filed Under Seal

## RE: FW: More: Mk1 Thunder Armor Shoulder Pad

**From:** Chapterhouse Studios - Nick █████████████████████████
**To:** Jeffrey Nagy - █████████████
**Date:** Wed, 17 Jun 2009 20:16:47 -0500

Jeff,

I think we can see about having 5-6 done into a mold, we just need to determine which would sell the best and if any last details need to be added. Id say put a hold on more pad designs until we decide what to do with what you have, finish them up.

██████████████████████████████████████████████████████████

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----

From: Jeffrey Nagy [mailto █████████████

Sent: Wednesday, June 17, 2009 7:56 PM

To: Nick - Chapterhouse Studios

1

HIGHLY CONFIDENTIAL

CHS00003125

Subject: Re: FW: More: Mk1 Thunder Armor Shoulder Pad

Nick,

Between my shoulder pads and the one Tomas has drawn up, how many of them do you think you will actually want to use? Do you think you only want some of them or do you think its a matter of time and that you'd eventually get around to using all of them? Or will you just go all out and make all of them immediately?

I think I'm putting alot of effort into a good number of variants and I just want to make sure my efforts not being wasted. -Jeff

On Wed, Jun 17, 2009 at 3:07 PM, Nick - Chapterhouse Studios< ██████████████ > wrote:

> Lead times.  Ive never used your prototyper before, the one in china

> took a week to do our project and then it took about 1-2 weeks for

> production.

>

> So figure 3-4 weeks max to have it from paper to being in our hands.

>

> I need to talk to the website owner you pointed me at and see what

> sort of numbers I can get from him.

>

> Nick

>

> -----Original Message-----

> From: Jeffrey Nagy [mailto: ██████████████ ]

> Sent: Wednesday, June 17, 2009 2:27 PM

> To: Nick - Chapterhouse Studios

HIGHLY CONFIDENTIAL

CHS00003126

> Subject: Re: FW: More: Mk1 Thunder Armor Shoulder Pad

>



>

: That if we come up with a

> good idea and good designs we shouldn't limit ourselves too much. But

> no they aren't playable, just count-as.

>

>

>

> I think that'd be cool. Of course the more organic cloth lends itself

> better to sculpting rather than digital work. Tanks and things will be

> easier.

>

> Between Space Wolves and the demand for preheresy bits. I think it'd

> be good to roll out these new shoulder pads, bolters, and the various

HIGHLY CONFIDENTIAL CHS00003127

> tank bits by the time Space Wolves comes out.

>

> Out of curiosity, what sort of lead time is there from when I provide

> a completed .stl file to when we can fill orders? I just want to know

> when the cut off for designing is to make the Space Wolves release at

> the end of October. -Jeff

>

> On Wed, Jun 17, 2009 at 12:13 PM, Nick - Chapterhouse Studios

> ███████████████████████ wrote:

>>



>>

>>

>>

>>

>>

>>

>> One thing Tomas asked about was heads,  how is 3d good for that?  I

4

CHS00003128

>> would

> think faces would be difficult, but I could be wrong.

>>

>>

>>

>> Lets plan ahead for the bolters.  I think your spot on on that.

>> Another

> thing people ask for which may be more of Tomas GS sculpting is Dragon

> weapon bits or weapons with a dragon or flame theme incorporated into

> them.

>>

>>

>>

>> Heres my managerial side coming out.  Lets nail down what you have on

>> the

> 3d planning table and get them done as far as the 3d files go.  Once

> those are complete we can pick out some and have them produced.

>>

>>

>>

>> Lets not forget the Space Wolf stuff that will be super hot in a few

> months with the codex?

>>

>>

>>

>> Nick

5

CHS00003129

>>

>>

>>

>> From: Jeffrey Nagy [mailto: █████████████]

>> Sent: Wednesday, June 17, 2009 12:02 PM

>> To: Nick - Chapterhouse Studios

>>

>> Subject: Re: FW: More: Mk1 Thunder Armor Shoulder Pad

>>

>>

>>

>> Two things...

>>

>>

>>

>> First, on the combi-bolter, I'd like to do two "kits" both would

>> include

> the same bits as far as flamer/melta/plasma guns go, but where the

> distinction is the bolter. I'd like one kit to have a bolter that is

> based on my concept art for an "advanced prototype" bolter and the

> other to be based on one of the older bolters I did concept art for.

> That way we have one thats kinda techy and one thats archaic, one

> being for space marines the other for chaos space marine and

> pre-heresy converters. I will begin this after I've completed the

> initial two sets of shoulder pads.

>>

6

HIGHLY CONFIDENTIAL

CHS00003130

>>

>>

>> As a project further out on our time table, I would eventually like

>> to do

> some Imperial guard bit sets. I'd like to do a couple very basic sets

> with alternate helmets and lasguns. Phase two would be a more involved

> set, where we do some vehicle bits and troop conversion bits in a more

> developed approache.



>>

>>

>>

>>  I think as long as we keep the "rule of cool" in mind we can't fail;

> people will buy anything if its cool enough looking. So what are your

> guys thoughts? Any particular IG derivative, flavor, or concept that

> you think would be worth conceptualizing?

>>

7

                                    CHS00003131

>>

>>

>> -Jeff

>>

>>

>>

>> On Wed, Jun 17, 2009 at 10:11 AM, Nick - Chapterhouse Studios

> ██████████████████  wrote:

>>

>> Jeff,

>>

>>

>>

>> I agree with you on the bolter idea.  I always thought they were the

>> same

> size, but I guess not.

>>

>>

>>

>> I think we should design a bolter that the customer will get when

>> they buy

> the kit.  The kit would consist of all the combi-variant bits and the

> bolter that they will fit on.

>>

>>

>>

8

CHS00003132

>> Lets get er done J

>>

>>

>>

>> NIck

>>

>>

>>

>> From: Jeffrey Nagy [mailto: ███████████]

>> Sent: Wednesday, June 17, 2009 7:17 AM

>> To: Chapterhouse Studios - Nick

>>

>> Subject: Re: FW: More: Mk1 Thunder Armor Shoulder Pad

>>

>>

>>

>> Nick,

>>

>> I think reducing the trim height shouldn't be too hard. It may

>> actually be

> a matter of raising the area behind where the symbol sits. The way you

> drew up the shoulder pad below looks more appropriate for the shoulder

> pad without trim. I will draw up the trimless shoulder pads in that

> way when I get to them. I will try to enlarge the symbols; its a bit

> of a challenge applying a symbol like that to the curved surface. When

> I tried wrapping the symbol across the pad it became distorted and

9

CHS00003133

> looked stretched, the smaller symbol was the only way (in the time I

> had) to get the symbol on. I will play around some more.

>>

>>

>>

>> I like the Mk1 pads, do you think the studs would look good with a

>> bit

> increase in size?

>>



>>

>>

>>

>> If we can do an "old school" rhino front and side doors I think they

>> would

> sell well, the side doors just fit over the square holes ont eh side

> of the new rhino.  People also ask for old school mesh sides.

>>

>> All possable. I think we should also include a pair of the single

>> piece

> cupola hatch with this as well.

>>

10

CHS00003134

>>

>>

>> Also a regular Studded pad would look good, and maybe have it so

>> there is

> space enough in the center of the pad for a decal or squad marking.

>>

>> I might be able to play with the spacing to leave a space for a

>> decal, it

> just won't be all that big of a space.

>>

>>

>>

>>

>>

>> I had a thought for combi-weapon bits (one of the most sought after

> parts), see my crappy paint photo :)

>>

>> Basically, i think all bolter barrels, and bolt pistol barrels are

>> the

> same outside diameter,  would it be possible to design a combi-bit

> that would simply slide over the existing bolter barrel?  It would be

> highly interchangeable, and could be glued as well as hot-swapped with

> just friction holding the bit in place!

>>

>>

>>

11

HIGHLY CONFIDENTIAL

>> I understand your idea. It wouldn't possible the way you describe.

>> First

> the sizes of the barrels do vary, by design. Second the barrels vary

> by virtue of plastics cooling. Between different bolter weapons there

> are differences in size (enough to make a difference). Between the

> barrels of two similar bolters, there will be some variation. These

> really small differences are only an issue because of the type "slip

> fit" you're talking about. This becomes exasterbated by the varying

> thickness of paint people put on.

>>

>>

>>

>> While I think a swappable barrel system is a great idea I think its a

>> bit

> too fidgety to implement with GW's bolters, and might run into some

> practical issues of size as well. Trying to keep track of a number of

> 1/4" x 1/8" barrels might become combersome. If we decide to make this

> type of swappable system, I reccomend providing the buyer with a

> container for carrying the little pieces.

>>

>>

>>

>> I think its more preferable to design from the ground up a new

>> bolters. If

> I design a new bolter I could design plugs and sockets onto the parts.

> So that our bolters could achieve something similar to what your

12

CHS00003136

> saying. In the fewest words, its easier to design the back of a "melta

> barrel" to have a plug that fits into a hole designed onto a surface

> than having it fit over a number of varying diameter barrels.

>>

>>

>>

>> I'll do some concept art to show some design for how we can fit them

> together.

>>

>>

>>

>> -Jeff

>>

>>

>>

>> On Tue, Jun 16, 2009 at 10:41 PM, Chapterhouse Studios - Nick

> ███████████████████ > wrote:

>>

>> Jeff, Tom,

>>

>>

>>

>> The only thing I can see doing different is reducing the trim height

>> on

> the shoulder pads, it seems larger then the GW dimensions, as well as

> increasing the size of the squad type markings,  I like how GW paints

13

CHS00003137

> the ones they show in the codexes, they seem to start at the bottom of

> the pad and extend pretty far up (see photo).

>>

>>

>>

>> I like the Mk1 pads, do you think the studs would look good with a

>> bit

> increase in size?

>>

>>

>>

>> If we can do an "old school" rhino front and side doors I think they

>> would

> sell well, the side doors just fit over the square holes ont eh side

> of the new rhino.  People also ask for old school mesh sides.

>>

>>

>>

>> Also a regular Studded pad would look good, and maybe have it so

>> there is

> space enough in the center of the pad for a decal or squad marking.

>>

>>

>>

>> I had a thought for combi-weapon bits (one of the most sought after

> parts), see my crappy paint photo :)

14

HIGHLY CONFIDENTIAL

CHS00003138

>>

>>

>>

>> Basically, i think all bolter barrels, and bolt pistol barrels are

>> the

> same outside diameter,  would it be possible to design a combi-bit

> that would simply slide over the existing bolter barrel?  It would be

> highly interchangeable, and could be glued as well as hot-swapped with

> just friction holding the bit in place!

>>

>>

>>

>> Most people use combi weapons on characters and seargents,  most have

>> bolt

> pistols.  This would fit over the bolt pistol barrel and change it to

> a combi weapon, while keep ing the same pistol on the model for later

> use.

>>

>>

>>

>> We could also closely copy the GW combi-weapons as we would only be

>> using

> the very end of the weapons in our designs, this would keep the

> WYSIWYG very easily for the customers.  These would sell like hotcakes

> if ti works!

>>

15

HIGHLY CONFIDENTIAL

CHS00003139

\>>

\>>

\>>

\>>

\>> Sincerely,

\>>

\>>

\>>

\>> Nick - Sales and Design

\>>

\>> Chapterhouse Studios

\>>

\>>

\>>

\>> -----Original Message-----

\>> From: Jeffrey Nagy [mailto: █████████████]

\>>

\>> Sent: Tuesday, June 16, 2009 7:46 PM

\>> To: Nick - Chapterhouse Studios

\>> Cc: Tomas F

\>>

\>> Subject: Re: FW: More: Mk1 Thunder Armor Shoulder Pad

\>>

\>> Nick and Tomas,

\>> Seriously, any input from you guys would be appreciated. I really

\>> want

16

CHS00003140

> this to be an open and cooperatively creative relationship. I will

> probably slowing down  on my pace the rest of this week, but will

> complete the rest of what you (Nick) asked me to do by next week.   If

> you guys don't have any feedback, I will assume these are what you

> want and I will finalize the models and create the .stl files.

>>

>> The redeemer armor plates are deceptive in that they are not

> interchangable, since the locating feature is offset vertically on

> each. I'm working on determining if I can add the extra .08 inches of

> materal to the middle with out causing and interference issues to the

> redeemer cannon's rotation. If I can, that 5 minutes of effort on my

> part, it will save you guys from having to prototype a nearly

> identical piece.

>>

>> I plan on creating more shoulder pads but the ones I've shown you are

> pretty much done. In case you have forgotten I have created:



17

HIGHLY CONFIDENTIAL

CHS00003141

>>



>>

>>

>> In the same vein I'd like to do an "old" heresy era style backpack at

>> the

> same time I do the turbo fan jump pack. I think we could eventually do

> some terminator shoulder pads.

>> I also want to do bolters that coincide with each pattern of marine

>> armor

> and combi-bolters. I also think it'd be nice to do some helmets to

> also cover those armor variants. While I think this might be the

> highest area of concern from a legal stand point, I think we can make

> them distanced enough from the most common style head to avoid any

> real concern.

>>

18

HIGHLY CONFIDENTIAL

CHS00003142

████████████████████████

████████████  I'd also like to hit up the idea of

> some new school made old, rhino set (maybe followed by a predator).

>>

>> Tomas, I am here to support you so if you have an idea and you think

>> it

> needs some digital work, let me know. I can work off concept art or

> just attempt to digitze something you think needs that work.

>> I've spoke a lot about the projects I want to work on, but I would

>> like to

> hear what you guys would like to see done. █████████████

██████████████████████████

> Knowing what you guys want will help me support you guys better.

>>

>> Have a good day,

>> -Jeff

>>

>> On Tue, Jun 16, 2009 at 4:13 PM, Nick - Chapterhouse Studios

> ████████████████ wrote:

>>

>> Nice!, Tom any input?

>>

>>

>>

HIGHLY CONFIDENTIAL

CHS00003143

>> From: Jeffrey Nagy [mailto: ███████████]

>> Sent: Tuesday, June 16, 2009 2:38 PM

>> To: Chapterhouse Studios - Nick

>> Subject: More: Mk1 Thunder Armor Shoulder Pad

>>

>>

>>

>> Enjoy,

>>

>> -Jeff

>>

>>

>>

>>

>>

>>

>>

>>

>>

>>

> 

> 

> 

HIGHLY CONFIDENTIAL

CHS00003144