# Exhibit

# 60.

# TERVIGON

The Tervigon is a massive creature, with a towering spined carapace that shields a swollen abdomen. The Tervigon relies on all three pairs of limbs for support. However, should the need arise, the giant beast can shift a greater proportion of its weight onto its rear legs, allowing it to scythe its claws back and forth in crushing arcs. Nor should the Tervigon be underestimated at range – its carapace conceals banks of cluster spines that can be fired at a considerable distance.

Yet no matter how fearsome its weapony, the Tervigon's true threat lies within. Each Tervigon is a living incubator beneath whose lumpen carapace dozens upon dozens of Termagants slumber in a state of near-life. The Tervigon can spawn its dormant broods at will, jolting their razor minds into wakefulness. So it is that a foe engaging a Tervigon will find itself assailed by waves of skittering Termagants. The only way for a cool-headed enemy commander to end the horror is to have his troops concentrate all their firepower on the Tervigon – if the ponderous beast is slain, the resulting symbiotic backlash inevitably kills its young.

When a Hive Fleet travels through space, Tervigons do not slumber in a dormant state like other Tyranid creatures. Instead, they roam the ship's cavernous innards. Should a Tervigon detect intruders, it can spawn an army of frenzied Termagants to repulse the foe whilst using its potent synaptic link to awaken additional warriors.



|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Tervigon | 3 | 3 | 5 | 6 | 6 | 1 | 3 | 10 | 3+ |

**Unit Type:** Monstrous Creature.

**Weapons and Biomorphs:** Bonded Exoskeleton, Stinger Salvo, Claws and Teeth.

**Special Rules:** Synapse Creature, Psyker, Shadow in the Warp.

**Spawn Termagants:** A Tervigon can spawn Termagants in the Tyranid Movement phase before it has moved – even if is locked in assault. If it does so, roll 3D6. Place a new unit of Termagants such that no model is more than 6" from the Tervigon – the size of the unit is equal to the total rolled. Models in this new unit cannot be placed in impassable terrain, or within 1" of enemy models. If you cannot place some of the models due to enemy proximity, impassable terrain or simply because you have run out of models, the excess is destroyed. The spawned unit may then move, shoot and assault normally. A unit spawned by a Tervigon is identical in every way to a Termagant unit chosen from the Troops section of the force organisation chart, and is treated as such for all scenario special rules. Models in a spawned unit have no biomorphs and always carry fleshborers.

If any double is rolled when determining the size of a spawned unit, the Tervigon has temporarily exhausted its supply of larvae – the unit is created as normal, but the Tervigon may not attempt to spawn further units for the rest of the game.

**Brood Progenitor:** All units of Termagants, spawned or otherwise, within 6" of a Tervigon can use the Tervigon's Leadership for any tests they are required to make. They also gain the benefits of the Tervigon's toxin sacs and adrenal glands (if it has any). In addition, all Termagant units within 6" of the Tervigon have the Counter-attack special rule.

Should a Tervigon be slain, every Termagant brood, spawned or otherwise, within 6" immediately suffers 3D6 Strength 3, AP - hits.

**Psychic Powers:** Dominion.

> "To think that Tyranids are mindless beasts is a grave mistake. When you fight Tyranids you face not only those before you on the battlefield, but the untold thousands which seek to surround you, which attack your supporting units and destroy your supply lines in perfect synchronicity. These aliens have shown evidence of both tactics and strategy that speaks of a far worse threat than that posed by a mere beast."
>
> – Marneus Calgar

# TYRANNOFEX

There can be little doubt that the massive Tyrannofex exists purely for destruction – it is a monster created for the most gruelling of battlegrounds. Clad in a dozen layers of ablative chitinous armour and supported by three pairs of massive legs, it is as unyielding as any war engine constructed of steel or born of more conventional technology.

The Tyrannofex has the armour and fortitude of a living battle fortress and its weaponry eclipses that of its foes' most powerful battle tanks in both quantity and devastative potential. Cluster spine launchers nestling between thick chitinous plates provide the Tyrannofex with a formidable anti-infantry weapon. Worse, its body houses several breeding chambers. Here, the Tyrannofex nurtures all manner of ferocious organisms that it can unleash onto any enemy foolish enough to come too close. The Tyrannofex's main weapon, however, is a massive cannon fused with its torso, the largest and most destructive of any Tyranid weapons to be carried by anything smaller than a bio-titan. The precise nature of this weapon is different from creature to creature. Each represents a particular pinnacle of Tyranid bio-weaponry and is as efficient as it is unearthly in its design.

Given its massive bulk, the Tyrannofex is a ponderous beast and is prone to being overwhelmed if engaged in a protracted melee, should the enemy wish to brave its formidable short-range weaponry. However, such an obvious weakness has not gone unnoticed by the Hive Mind. Should the Tyrannofex find itself under threat, it emits a stress pheromone. This attracts other Tyranid bioforms, ensuring that the Tyrannofex will not have to combat a foe in close quarters without the aid of creatures more suited to doing so. Once the upstart attackers have been stomped flat by the Tyrannofex, diced by a flurry of Hormagaunt claws or shredded by Termagants' fleshborer fire, the Tyrannofex can return to its primary goal – blasting the enemy asunder with its fearsome bio-weaponry.



|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Tyrannofex | 3 | 3 | 6 | 6 | 6 | 1 | 3 | 8 | 2+ |

**Unit Type:** Monstrous Creature.

**Weapons and Biomorphs:** Armoured Shell, Stinger Salvo, Thorax Swarm (with electroshock grubs), Claws and Teeth.

**Rupture Cannon:** Each time the rupture cannon fires, two different cannonball-sized projectiles are launched in quick succession. The first is a bloated tick that bursts upon impact, showering the target in a thick oily substance. The second is a seedpod with a virtually impenetrable shell. As the seed smashes into the target, it is coated in the viscous remains of the tick. The seemingly inert fluids dissolve the toughened shell in a fraction of a second resulting in a massive implosion powerful enough to wrench armoured vehicles inside out.

| Range | Strength | AP | Type |
|---|---|---|---|
| 48" | 10 | 4 | Assault 2 |

**Acid Spray:** This weapon stores huge reservoirs of caustic digestive fluids used to break down organic matter at a horrifying rate. This acrid concoction is sprayed over the Tyranids' victims, melting through body-armour with shocking ease and reducing its victims to shapeless gobbets of liquefied flesh.

| Range | Strength | AP | Type |
|---|---|---|---|
| Template* | 6 | 4 | Assault 1 |

*To fire the acid spray place the template so that the narrow end is within 12" of the weapon and the large end is no closer to the weapon than the narrow end. The acid spray is then treated like any other template weapon.

**Fleshborer Hive:** The fleshborer hive is a seething colony for the very same borer beetles found in a Termagant's fleshborer. The fanged creatures stored in the bloated sacs of the hive lay thousands of eggs that hatch and mature at an astonishing rate within the cavernous chambers of the brood nest. Indeed, the fleshborer hive must eject the beetles at regular intervals to prevent the Tyrannofex from bursting apart from the creatures birthed within it.

| Range | Strength | AP | Type |
|---|---|---|---|
| 12" | 4 | 5 | Assault 20 |

**Special Rules:** Instinctive Behaviour – Lurk, Fearless.

# MYCETIC SPORES

The initial stage of a Tyranid assault often comprises several waves of Mycetic Spores. These ablative bio-constructed shells are launched by their thousands into the world's atmosphere by orbiting Hive Ships. The fleshy pods are specifically designed to endure the stresses of orbital insertion and protect their lethal payload from planetary impact. Mycetic Spores are often inaccurately reported as meteor showers by civilian observers, but experienced troops soon learn to spot the distinctive clutch of fiery streaks as the spores breach the upper atmosphere. Once through, the Mycetic Spore alters shape to slow its descent. They are sacrificial organisms, and perish soon after impact with the planet's surface, but each one houses a brood of assault beasts, most commonly Hormagaunts or Genestealers, who burst from the wreckage and begin the search for prey.

As the Tyranids push deeper into the galaxy, the Hive Mind is becoming more adept at its use of Mycetic Spores. Recent strains have a shield of ablative chitin over sensory nodes. This burns away during orbital insertion, allowing the Mycetic Spore to draw in on Lictor pheromone trails during the final stages of descent, enabling its cargo to be delivered with greater accuracy. Other iterations are composed of two layered bioforms. When the Mycetic Spore impacts a planet's surface and the outer shell dies, its sides peel apart to reveal a symbiotic organism that draws sustenance from the slain parent to fuel a powerful bio-weapon.

These augmentations allow the Mycetic Spores a crucial role in the main assault of a prey world. The Hive Mind is now able to reinforce key areas with astonishing swiftness, and shield crucial elements of its assault force from incoming fire until the very last moment. Few bulwarks, no matter how well prepared, can hope to withstand such an assault. Many a heavily defended bastion has been destroyed as Mycetic Spores impact on a planet's surface, smashed apart as a Carnifex emerges from its pod's fleshy remains to launch a point-blank assault.

|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Mycetic Spore | 2 | 2 | 6 | 4 | 3 | 1 | 3 | 5 | 4+ |

**Unit Type:** Monstrous Creature.

**Weapons and Biomorphs:** Hardened Carapace, Lash Whip.

**Ripper Tentacles:** Ripper tentacles are thick ropes of tendon and corded muscle that reach out from a Mycetic Spore in search of prey. Drawn to movement, ripper tentacles can smash apart several foes in a single swipe, coil around a single victim and crush it to a bloody pulp or clutch around its quarry and drag it into the spore's fanged maw.

| Range | Strength | AP | Type |
|---|---|---|---|
| 6" | 6 | - | Assault 6 |

**Special Rules:** Deep Strike, Fearless.

**Limited Sentience:** Mycetic Spores have only a rudimentary intelligence and simply lash out at everything nearby.

A Mycetic Spore is not subject to Instinctive Behaviour. The Mycetic Spore automatically shoots the closest enemy unit in each Shooting phase unless it is engaged in close combat.

**Transport Spore:** A Mycetic Spore always enters play using the Deep Strike rules, even in missions that do not use these rules. If, when a Mycetic Spore Deep Strikes, it scatters on top of impassable terrain or another model (friend or foe!), reduce the scatter distance by the minimum required to avoid the obstacle.

A Mycetic Spore can carry a single unit of up to 20 infantry models or a single monstrous creature within its armoured shell. Once the Mycetic Spore has landed, all creatures within must immediately deploy – place the unit such that every model is within 2" of the Mycetic Spore. If any models cannot be deployed because of impassable terrain or enemy models within 1", those models are destroyed. A unit that Deep Strikes via a Mycetic Spore cannot move or assault in the same turn it arrives but may shoot (or run) as normal.

**Immobile Pod:** A Mycetic Spore cannot move for any reason once it has entered the battle. It may never go to ground, voluntarily or otherwise – and may not consolidate or make a sweeping advance following a close combat.



# Exhibit

# 61.

Tyranid Carnifex - Tyranids | Warhammer 40,000 Armies | Warhammer 40,000 | Games ...

Case: 1:10-cv-08103 Document #: 230-10 Filed: 09/06/12 Page 6 of 9 PageID #:10770 Page 1 of 2



Customer Service  1-800-394-4263  Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $30
OFFER DETAILS

0 Item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

Warhammer 40,000   Warhammer 40,000 Armies   Tyranids   Tyranid Carnifex

### Have you got?

**Categories**
- Getting Started
- Warhammer 40,000 Advance Orders
- Warhammer 40,000 New Releases
- Warhammer 40,000: Assault on Black Reach
- Warhammer 40,000 Essentials
- Warhammer 40,000 Armies
- Blood Angels
- Chaos Daemons
- Chaos Space Marines
- Dark Eldar
- Eldar
- Grey Knights
- Imperial Guard
- Necrons
- Orks
- Space Marines
- Space Wolves
- Tau Empire
- Tyranids
- Getting Started
- Army Essentials
- HQ
- Elites
- Troops
- Fast Attack
- Heavy Support
- Bitz
- Novels
- Tyranid Articles
- Witch Hunters
- Warhammer 40,000 Expansions
- Warhammer 40,000 Citadel Finecast
- Warhammer 40,000 Scenery
- Warhammer 40,000 Books
- Warhammer 40,000 Bitz
- Warhammer 40,000 Collectors
- Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

# Tyranid Carnifex

Like 67   ADD TO CART



   

**Tyranid Carnifex**

The Carnifex is a living engine of destruction evolved for use in shock assaults, spaceship boarding actions and massed battles where it can smash through almost any obstacle, whether it is a defensive line or enemy tank. A Brood of between one and three Carnifexes can be fielded as a single Heavy Support choice.

This massive multi-part kit makes a fearsome Tyranid Carnifex and includes pieces to make a variety of devastating weapons and biomorphs including scything talons, crushing claws, heavy venom cannon as well as many others.

Availability: Usually ships within 24 hours.
Part Code: 99120106010

**Price: $49.50**

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share



$35.00

**Tyranid Termagants and Hormagaunts**



$57.75   add to cart

**Tyranid Hive Tyrant**

### Related Articles

- Warhammer 40,000: Spearhead Expansion
- Warhammer 40,000: Monstrous Creatures Tactica
- Spearhead: Spearheads in Action
- Spearhead: Getting Started
- Warhammer 40,000: Tactica Walkers
- Leviathan Gargoyle Datasheet: Your Tyranids
- Tyranid Warrior & Genestealer stage-by-stage: Tyranid conversions
- Tyranids: Psychic Powers Tactica: Converted Tyranids
- Advance Order: Winged Nazgûl & The Lord of The Rings miniatures: Converted Tyranids
- Tyranids: Tyranids in Cities of Death
- Getting Started with Tyranids
- Getting Started With Tyranids
- Tyranids Army Building

With this box set you can make the following:

**Carnifex Brood**

|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Carnifex | 3 | 3 | 9 | 6 | 4 | 1 | 4 | 7 | 3+ |

GW0002335

# Exhibit

# 62.

## Our Store

- Infantry and Shoulder Pad Bits compatible with Space Marine® models
- Heads compatible with Space Marines®
- 28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models
- Vehicle Replacement Part Kits that fit on Games Workshop Models
- Bits/Conversion kits compatible with Eldar armies
- Bits/Conversion kits compatible with Tyranids
- Bits/Conversions for 28mm for imperial guard
- Super Heavy Vehicle Kits

List All Products

Product Search
[ Search ]

Advanced Search

Username
Password
Remember me ✓
[Login]

Lost Password?
Forgot your username?
No account yet? Register

We accept Paypal!




View Full-Size Image

# Tervigon Kit to upgrade Carnifex

**Price:** $25.00

Ask a question about this product

This Chapterhouse Studios resin set contains 5 high detail components that fit with the current Games Workshop Carnifex. Once assembled, it adds much girth and armor. Please note does NOT include a Games Workshop Tyranid Carnifex or any Games Workshop model.

Each kit contains 5 pieces:

Top Center Torso Spine piece (fits in between the two sides of the carnifex)

Central Armor and Spine Bank (fits on top of the upper torso)

Head mount piece

Lower abdomen containing birth sacs and embryonic terms

Standard Size Oval base (matches Trygon base diameter)

Please note while this kit is sculpted to fit an unassembled carnifex kit with no modification to either kit, some modification may be necessary to the minute variations that are present in the Games Workshop and Chapterhouse models.

**Availability**

**Usually ships in:**

**2-3 Days**
★★★★☆

Quantity: [1] [Add to Cart]

**Customer Reviews:**

There are yet no reviews for this product.
Please log in to write a review.

## You may also be interested in this/these product(s)

| 28mm Ymgarl model Heads 6 heads | Warrior Bonesword Arms | Xenomorph 28mm Head bits | Tyrant Bonesword Arms |
|---|---|---|---|
|  |  |  $5.85 |  |