# Exhibit

# 63

Second Sphere
Wargaming Community
Please login or register.
Forever
Login
Login with username, password and session length
Search
News:
The much loved Fantasy Contest (here) and the ever-popular Create-a-Character Contest (here) are in full swing. Make sure you check them out!
Donate to Second Sphere to keep her running!
Donate
WARGAMING 247.COM wargames & hobby supplies
sponsors secondsphere.org
Forum Search Calendar Wiki Help Login Register Chat
Second Sphere » Hobby Creations » Hobby » Modelling (Moderators: SILKiam, Thantos) » Tervigon Conversion Bitz Preview from Chapterhouse Studios
+1 0
Like
Tweet 0
« previous next »
Pages: [1] Go Down
PRINT
Author Topic: Tervigon Conversion Bitz Preview from Chapterhouse Studios (Read 1457 times)
0 Members and 1 Guest are viewing this topic.
Scythican
Shas'Vre
Posts: 1515
Karma: 13
Gender:
We got a Pulse!
Tervigon Conversion Bitz Preview from Chapterhouse Studios
« on: July 10, 2010, 08:13:10 PM »
Hey I figured you all might want to see some preview pics of the Tervigon Conversion kit from Chapterhouse Studios. The girl is in the mail and on her way to those who makes to molds. I have four Carnifex kits that need these bitz badly. As soon as I get them, I will put some Tervigon's together and post some pics. I am already liking these bitz way better than the Tervigon I made in January, (Pic of it at the bottom for reference).

Old Conversion:

Logged

"The man who knows he needs to eat better but when he sits down for dinner all he wants is a cheesesteak with fries. Is that so wrong? Why is everything delicious so bad for you?"

**Urdnot Seth**
Shepard.
Moderator
Posts: 6793
Karma: 36
Gender:
Wrex.
Armies Played:
Flesh Tearers
High Elves
Hive Fleet Mjolnir

**Re: Tervigon Conversion Bitz Preview from Chapterhouse Studios**
« **Reply #1 on:** July 10, 2010, 08:16:13 PM »

It's gorgeous. Great work, Scythican. I look forward to seeing the finished product available for purchase.

I'm sad I already ended up making my own conversions, but I really needed the models before a tournie coming up here... Had I not been on a timetable, I would have waited for these. Far more professional-looking than anything I've cooked up.

Logged

DroidsRule 360
21
Score: 6527370 Kills: 14590 Deaths: 6116 K/D Ratio:
Wins: 690 Losses: 323 Rounds played: 1013 W/L Ratio:

**Scythican**
Shas'Vre
Posts: 1515
Karma: 13
Gender:
We got a Pulse!

**Re: Tervigon Conversion Bitz Preview from Chapterhouse Studios**
« **Reply #2 on:** July 10, 2010, 11:12:07 PM »

**Quote from: Chapter Master Seth on July 10, 2010, 08:16:13 PM**

> It's gorgeous. Great work, Scythican. I look forward to seeing the finished product available for purchase.
>
> I'm sad I already ended up making my own conversions, but I really needed the models before a tournie coming up here... Had I not been on a timetable, I would have waited for these. Far more professional-looking than anything I've cooked up.

Thanks for the comments Seth. This was quite an undertaking. I put 20 times as much effort into this one. Well I hate that I took so long on it. I had to learn quite a bit along the way. If I knew what I know now, I could have had it finished months ago. Anyways I have a Tyrannofex in the works too, maybe you can get one of those.

Logged

"The man who knows he needs to eat better but when he sits down for dinner all he wants is a cheesesteak with fries. Is that so wrong? Why is everything delicious so bad for you?"

**Narric**
Shas'El

**Re: Tervigon Conversion Bitz Preview from Chapterhouse Studios**

« Reply #3 on: July 10, 2010, 11:13:41 PM »
That Nid has Bewbs
Cool conversion. I may not collect Nids, but I'm interested to see who you envision this model
Logged
Posts: 2890
Karma: 9
Gender:
Come on out little Space Wolves
Armies Played:
Warriors of Skybla...
Scythican
Shas'Vre
Re: Tervigon Conversion Bitz Preview from Chapterhouse Studios
« Reply #4 on: July 10, 2010, 11:16:24 PM »
Quote from: Eldritch Tau on July 10, 2010, 11:13:41 PM
That Nid has Bewbs
Cool conversion. I may not collect Nids, but I'm interested to see who you envision this model
Have you seen the Tervigon Codex entry art? I tried my best to make these parts match up. The good thing is, they can be added to a carnifex kit. In fact, I believe these parts will keep with the GW 50% rule, since you need the two rib sections, extra plate armour, legs, tail, head, and arms from the carnifex kit.
Logged
Posts: 1515
Karma: 13
Gender:
We got a Pulse!
"The man who knows he needs to eat better but when he sits down for dinner all he wants is a cheesesteak with fries. Is that so wrong? Why is everything delicious so bad for you?"

# Exhibit

# 64.

Highly Confidential - Unredacted Version Filed Under Seal

# RE: Just noticed something

**From:** Nick [redacted]
**To:** Sam Terry [redacted]
**Date:** Thu, 22 Jul 2010 22:12:33 -0500

Yeah, its slow work, I know what you went through now (ive touched something I had done already before dry and groaned many a time).

[redacted] as soon as we get this cast up ill send you a copy or 2 so you can do the bottom armor.

Just remember, perfect symetry, no matter how much time it takes :)

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** Sam Terry [mailto[redacted]
**Sent:** Thursday, July 22, 2010 5:19 PM
**To:** [redacted]
**Subject:** Re: Just noticed something

Nick,

Well I hope it wasn't too much trouble to fix the pieces. I tried my best, though if I had a CAD software to design and make pieces like GW, I am sure mine would have looked better. Well keep me posted on them. I hope you get the pieces in working order soon.

Sam

On Sun, Jul 18, 2010 at 1:39 PM, Nick [redacted]> wrote:
Sam,
Yeah, I am spending time making the model symmetric, there is a lot of inconsistencies from the right to the left side. I cant release a model like that as we would be killed with critic. The mechanics and style are sound, you just need to work on making your models the same symmetrically.

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** Sam Terry [mailto
**Sent:** Wednesday, July 14, 2010 6:13 AM
**To:**
**Subject:** Re: Just noticed something

Nick,

Though I do hate that you need to do a lot of cleanup.

Sam

On Tue, Jul 13, 2010 at 11:13 PM, Nick wrote:

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** Sam Terry [mailto
**Sent:** Sunday, July 11, 2010 5:59 PM
**To:**
**Subject:** Re: Just noticed something

Nick,

Here is the link. I put a makeshift logo on there. Let me know if you want me to take these pics down. Its not a problem.

http://secondsphere.org/index.php/topic,545.0.html

Sam

On Sun, Jul 11, 2010 at 1:43 PM, Nick [REDACTED] wrote:
Whats the link?

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** Sam Terry [mailto [REDACTED]
**Sent:** Saturday, July 10, 2010 11:37 PM
**To:** [REDACTED]
**Subject:** Re: Just noticed something

Nick,

I put up a few pictures of the pieces earlier today on secondsphere. I used adobe photoshop to cover up the gw plastic that was showing. If you need me to take the pics down I can. They haven't been up very long.

Sam

On Sat, Jul 10, 2010 at 11:56 PM, Nick [REDACTED] wrote:
Sam heres the logos for your pictures, if possible lets wait till its in molding so we dont let our competition beat us out.

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** Sam Terry [mailto [REDACTED]
**Sent:** Saturday, July 10, 2010 11:33 AM

**To:** [redacted]
**Subject:** Just noticed something

Nick,

When you get the parts in, check the belly piece for a spot of unmixed bluestuff. I could see a dab of it on the pics that I sent you. It might interfere with the mold since it is tacky in that form.

Sam

HIGHLY CONFIDENTIAL

# Exhibit

# 65

WarSeer
Home
Forum
Gallery
What's New?
Advanced Search
New Posts
Private Messages
FAQ
Calendar
Community
Forum Actions
Quick Links
MODEL BITS
40K, Fantasy, Forgeworld and more all available from stock, no waiting lists.
Neodymium magnets and Resin Bases too!
Forum
The WarSeer Trading Forum
Trading Forum
Services and Stores
Chapterhouse Studios
Hello bikerbabe,
Our records indicate that you have never posted to our site before! Why not make your first post today by saying hello to our community in our Introductions forum.
Why not start with your first post today and become an active part of Warseer now!
+ Reply to Thread
Results 1 to 20 of 129
Page 1 of 7 1 2 3 ... Last
Thread: Chapterhouse Studios
View First Unread
Thread Tools
Search Thread
Display
25-08-2010, 02:07
nvillacci
Veteran Sergeant
CHAPTERHOUSE
Join Date: Mar 2006
Posts: 102
Feedback Score: 2 (100%)
Chapterhouse Studios
Hello Gamers,
We have been busy here at Chapterhouse Studios. I know many of you have been chomping at the bit for an affordable yet legally usable in GW tournaments Tervigon proxy kit. I have the molds being made right now for a conversion kit that will utilize your Carnifex kits.
It is a nice design that builds upon the Carnifex kit, yet fits true to what most tyranid players envision the Tervigon to be like on the table.
So here are the shots I took of an assembled kit before the masters went into resin molding. I am hoping to keep the kit in the $20-30 price range. It is 5 pieces that include an oval base.

Exhibit
53
ESQUIRE

#1



**sgtspiff**
Chaplain
Join Date: Nov 2007
Location: Norrköping, Sweden
Posts: 193
Feedback Score: 0

**Re: Chapterhouse Studios New Releases - Tervigon Kit, 1K Heresy Sons, Mantis Warriors**

Strangely I saw your little shop for the first time today.
Really nice stuff.
I'm interested in the farseer jetbike (which means warlock jetbikes later on) and as I sit at my desk in Sweden I wonder if you have experiance sending your goods here? And if so do you have a farseer in stock?

Reply | Reply With Quote |

25-08-2010, 15:39 #8

**nvillacci**
Veteran Sergeant
Join Date: Mar 2006
Posts: 102
Feedback Score: 2 (100%)

**Re: Chapterhouse Studios New Releases - Tervigon Kit, 1K Heresy Sons, Mantis Warriors**

> Originally Posted by **Erwos**
> *I'm shocked that GW hasn't shut him down if that's the case... seems like a pretty clear case of trademark infringement. That's not to cast aspersions on the quality of his work, of course.*

Do some basic US IP Law research (definition of research is not reading GWs IP page) and you will see there is room for conversion kits.

Wintermute and I have had a 1 year long discussion about the legalities of my business, and after seeing our products first hand as well as legal documents he feels safe letting us advertise and talk about our products here.

A star, a scarab, a mantis head, Arrow, skulls are not owned by any company out there.

Our Tervigon conversion kit has the parts necessary to turn your GW Carnifex kit into something that resembles one of their pictures. Alone our kit is just some body parts. Even the word Tervigon is not trademarked for model kits.

(I have had this discussion many times, yes GW knows about my company, we have been around for almost 2 years now.)

Nick
www.Chapterhousestudios.com

Owner - **Chapterhousestudios.com** nick@chapterhousestudios.com

Reply | Reply With Quote |

25-08-2010, 15:40

**nvillacci**
Veteran Sergeant
Join Date: Mar 2006
Posts: 102
Feedback Score: 2 (100%)

**Re: Chapterhouse Studios New Releases - Tervigon Kit, 1K Heresy Sons, Mantis Warriors** #9

> Originally Posted by **sgtspiff**
> *Strangely I saw your little shop for the first time today.*
> *Really nice stuff.*
> *I'm interested in the farseer jetbike (which means warlock jetbikes later on) and as I sit at my desk in Sweden I wonder if you have experiance sending your goods here? And if so do you have a farseer in stock?*

One of my sculptors is in Sweden, I just send him some products and they arrived a week later.

We ship worldwide and most international shipments cost $6.00 or $8.50 to ship.

Oh, we do have that product on hand, if we are short of stock it will be noted on that particular products page.

Owner - Chapterhousestudios.com nick@chapterhousestudios.com

Reply | Reply With Quote |

08-02-2011, 10:43 #54

**sgtspiff**
Chaplain
Join Date: Nov 2007
Location: Norrköping, Sweden
Posts: 193
Feedback Score: 0

**Re: Chapterhouse Studios**

Hi Nick is it wise to buy from you now or should I wait until the legal stuff is sorted??

Reply | Reply With Quote |

08-02-2011, 15:17 #55

**nvillacci**
Veteran Sergeant
Join Date: Mar 2006
Posts: 102
Feedback Score: 2 (100%)

**Re: Chapterhouse Studios**

This is my thoughts on the matter.

The simple fact that these claims can last months and even years before anything occurs means nothing is going to happen anytime soon. There is no court order for us to stop production on anything at the moment.

In a nutshell - everything is the way it was before the legal issue.

Hope that answers it for you

Owner - Chapterhousestudios.com nick@chapterhousestudios.com

Reply | Reply With Quote |

08-02-2011, 23:06 #56

**sgtspiff**
Chaplain
Join Date: Nov 2007
Location: Norrköping, Sweden
Posts: 193
Feedback Score: 0

**Re: Chapterhouse Studios**

Yes it does. I'll place an order in a few days probably.

Reply | Reply With Quote |

18-02-2011, 05:56 #57

**nvillacci**
Veteran Sergeant
Join Date: Mar 2006
Posts: 102
Feedback Score: 2 (100%)

**New Release - Spartan Heads compatible with Space Marines**

Being involved in a major court case seemed to sideline our new releases recently. I won't go into detail, but much of the stress has definitely been lessened lately.

We had numerous projects in the works, and we have quite a few kits done and waiting for release. I have made a rule to not show products until I have painted pictures of them. This is the first one for the year (one of many).

The "Spartan Heads compatible with Space Marines" consist of a sprue of 5 pewter heads. Each head is different and this set sells for $5.50.

I have a few more products I will be showing next week as soon as the paint jobs are done. Some parts compatible with Space Marine troop and vehicle models, Imperial Guard weapons and conversion kits as well a stand alone proxy for an Eldar unit.

**I also wanted to throw a job opening out there, I am looking for a**

**professional level commission painter that can work with a deadline and has great references. For some reason it has been near impossible for me to find a painter that is highly skilled as well as dependable and responsible. Having unpainted products is one of my biggest delays to releasing new bits and models. Please email nick@chapterhousestudios.com if interested in the position, preference for U.S.A. applicants.**

Attached Thumbnails

Owner - **Chapterhousestudios.com** nick@chapterhousestudios.com

Reply | Reply With Quote

20-03-2011, 11:40 #58

**AvatarForm**
Banned
Join Date: Oct 2010
Location: Australia
Posts: 620
Feedback Score: 5 (100%)

**Re: Chapterhouse Studios**

PM sent to CHS.

Reply | Reply With Quote

20-03-2011, 15:12 #59

**nvillacci**
Veteran Sergeant
CHAPTERHOUSE
Join Date: Mar 2006
Posts: 102
Feedback Score: 2 (100%)

**Re: Chapterhouse Studios**

No PM in our mail box

Owner - **Chapterhousestudios.com** nick@chapterhousestudios.com

Reply | Reply With Quote

03-05-2011, 00:42 #60

**nvillacci**
Veteran Sergeant
CHAPTERHOUSE
Join Date: Mar 2006
Posts: 102
Feedback Score: 2 (100%)

**Re: Chapterhouse Studios**

Just added a new model to the website. This model is special for us in a few ways. Its our first full metal miniature, not just an accessory piece. We also have recently hired Angel Giraldez as a painter for many of our pieces.

If you have ever wanted a female mage model for your Elfish or Space Elf collections, this may be your lucky day

This piece will be sold for $13.50, it is 28mm scale and comes with a 25mm base. Each model will come with a sword arm, spear arm, spell casting arm and pointing arm.

The product can be found here.

Next month I hope to have another piece that "Space Elf" players can integrate into their armies.

10-10-2011, 11:18

trigger
Commander

Join Date: Mar 2007
Location: bracknell
Posts: 861
Feedback Score: 13 (100%)

> Originally Posted by **nvillacci**
> *I tend to try to stay away from anything that would have to be made by using GWs original ideas and Icons, I think Space Wolfs are safe but I cant just throw GWs version of wolf icons on pads and who would want something different?*

Me and most wolf players I think
Any thing with runes and such , got the first one of your rhino kits , and scibors stuff.

I think you would sell a bucket load of BA type stuff a no one does it. I do see the problem in making it different but to fit though.
Perhaps a rhino or LR kit with a angel on it. The one you do is to DA.

Lastchancers.co.uk

> Originally Posted by **Son_Of_A_Horus**
> *Ah yes, but you see, we call it stupid, but when ur as hard as a viagra overdose, u tend to think ur invincible...throw in some gribbly warp support and u got urself a regular jocks vs geeks battle of tiddly winks*

Reply | Reply With Quote |

16-10-2011, 09:07 #99

bildo
Librarian

Join Date: Jun 2011
Location: grimsby, uk
Posts: 329
Feedback Score: 1 (100%)

**Re: Chapterhouse Studios**

runic pads could be safe.

scibor do a ba rhino set. and as for the rest of the ba stuff, gw produce loads of ba stuff now.

Reply | Reply With Quote |

17-10-2011, 20:28 #100

nvillacci
Veteran Sergeant

Join Date: Mar 2006
Posts: 102
Feedback Score: 2 (100%)

**Javelin Class Imperial Jet Bike**

Fellow Gamers,

It has been a little while since our last release. We have been hard at work at Chapterhouse Studios, looking for the next toy to release for the Heresy Era 40k players. I am happy to show the Javelin Class Jet Bike.

This multi-part customizable resin kit contains 8 resin components. We have included 2 engine options, this will allow you to make a regular and a scout version of the Javelin Jet Bike. We also included 2 different bolt gun mounts that will allow the addition of different special weapons (plasma, melta, grenade launchers etc). These conveniently fit our combi-weapon conversion bits.

Also included in the kit are a set of legs and arms that will allow you to use other companies torsos and heads to model a rider. Flight stand will be included.

Our target price for the Javelin Jet Bike is $14.00 and the release will be on November 5th.

Kit is shown with Chapterhouse Studios helmets and torso (not included).

I am also excited to announce designs are already complete for an "attack bike" add-on module.

Sincerely,
Nick - Chapterhouse Studios LLC

Owner - **Chapterhousestudios.com** nick@chapterhousestudios.com

+ Reply to Thread

Page 5 of 7 « First ‹ ... 3 4 5 6 7 › Last »

Quick Navigation **Services and Stores** **Top**

Forum  The WarSeer Trading Forum  Trading Forum  Services and Stores  **Chapterhouse Studios**

**Quick Reply**

**Post Quick Reply** **Go Advanced** **Cancel**

« Previous Thread | Next Thread »

**Thread Information**

There are currently 1 users browsing this thread. (1 members and 0 guests)
bikerbabe

**Posting Permissions**

You may not post new threads
You may post replies
You may post attachments
You may edit your posts

**BB code** is On
**Smilies** are On
**[IMG]** code is On
**[VIDEO]** code is On
HTML code is Off

**Forum Rules**

-- Warseer Blue

Contact Us WarSeer Archive Top

All times are GMT. The time now is 18:38.

Powered by vBulletin® Version 4.1.10
Copyright © 2012 vBulletin Solutions, Inc. All rights reserved.

© Copyright 2005-2012 WarSeer. All rights reserved. Unauthorised reproduction strictly prohibited.