# Exhibit

# 66.

Highly Confidential - Unredacted Version Filed Under Seal

# RE: Sam - regarding the Tyranofex on ebay

**From:** Nick - ███████████
**To:** Sam Terry ███████████████
**Date:** Wed, 24 Feb 2010 23:00:56 -0600

Yeah he did :)

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

> -----Original Message-----
> **From:** Sam Terry [mailto█████████████]
> **Sent:** Wednesday, February 24, 2010 9:36 PM
> **To:** ███████████
> **Subject:** Re: Sam - regarding the Tyranofex on ebay
>
> Nick,
>
> Damn, that walker looks nice. I just sold my Tau army a few weeks ago, but I think I still might have to get one of these just to have it. The sculpter did a fine job on it.
>
> Sam
>
> On Wed, Feb 24, 2010 at 10:17 PM, Nick ███████████████ > wrote:
> ███████████████████████████████████████
>
> Take a look at the walker :)
> http://s174.photobucket.com/albums/w108/mangozac/Tau/HAW/Overall/?action=view&current=overall_parts.jpg
>
> Sincerely,
>
> Nick - Sales and Design
>
> Chapterhouse Studios

1

HIGHLY CONFIDENTIAL

-----Original Message-----
**From:** Sam Terry [mailto: ███████████████]
**Sent:** Wednesday, February 24, 2010 7:07 PM
**To:** ███████████
**Subject:** Re: Sam - regarding the Tyranofex on ebay

Nick,

yeah you and me both. I could use the snow day! Also that Tau walker sounds nice! Did you guys have any WIP photos? ████████████████████

Sam

On Wed, Feb 24, 2010 at 7:32 PM, Nick ███████████████ wrote:

Sam,


Cool, Im sure you will do a great job,  Im praying for snow, lol.


We have some big things going on soon,  even a Super Heavy Tau Walker that the masters being sent to me soon and we will mold it and see how that sells.


You may have jumped on board at the perfect time.


Nick


-----Original Message-----
**From:** Sam Terry [mailto: ███████████████]
**Sent:** Wednesday, February 24, 2010 6:16 PM
**To:** ███████████████
**Subject:** Re: Sam - regarding the Tyranofex on ebay


Nick,

2

HIGHLY CONFIDENTIAL

CHS00004697

Yeah the oil works well. I tried Vasoline too, and it worked as well. don't worry about it fitting. I have a carnifex that I am going to use with blue tack to show it put together. I want these pieces to fit together like any other piece.


Sam

On Wed, Feb 24, 2010 at 7:02 PM, Nick ███████████████████ wrote:

The oil trick work well?  Its pretty important that they fit well with the GW parts!  Even a little off can make the kit bite the dust ☺


Im excited for you and us on this!


Nick


-----Original Message-----
**From:** Sam Terry [mailto ████████████████]

**Sent:** Wednesday, February 24, 2010 5:16 PM
**To:** ██████████████
**Subject:** Re: Sam - regarding the Tyranofex on ebay


Nick,


No we went back to work Monday through today. Thats why I haven't made too much progress on the bitz. I might have a snow day tommorow though. I have been working a little at a time on the bitz though, but nothing worth showing at the moment. I hope to have at least one near complete piece by this weekend. Right now I have pressed some sculpty against the sides of the Carnifex ribs. I am going to pull it off before it bounds though, that way I will have the side parts of my bit in a shape that matches the official parts so it fits together. It looks like it is working pretty good too. Also I have heard the wire works pretty good too. I had originally planned on sculpting a huge tyranid from scratch this summer, something like a Norn Queen or one of those other large Titans from the Epic game. I am thinking a wire frame and lots of apoxie sculpt would work well for this. Of course that project is still a few months away.


Sam

HIGHLY CONFIDENTIAL                                                              CHS00004698

On Wed, Feb 24, 2010 at 6:11 PM, Nick ▮▮▮▮▮▮▮▮▮▮▮▮ > wrote:

True, Ive never sculpted this much, but I hear wire helps as well.

You still out from school because of snow?

-----Original Message-----
**From:** Sam Terry [mailto ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Sent:** Wednesday, February 24, 2010 5:03 PM
**To:** ▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: Sam - regarding the Tyranofex on ebay

Nick,

thanks for the tips. I will keep that in mind. I figured epoxy sculpt would be good for bulk areas that could be covered in greenstuff later, like the Rupture Cannon.

Sam

On Wed, Feb 24, 2010 at 10:04 AM, Nick ▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

Good deal, Epoxy sculpt will probably work better for the larger items, I did read somewhere not to let the dust collect on the sculpt as if it gets wet it hardens again and makes you sculpt it more :P.

A toothbrush may come in handy.

Sincerely,

Nick - Sales and Design

4

HIGHLY CONFIDENTIAL
CHS00004699

Chapterhouse Studios

-----Original Message-----
**From:** Sam Terry [mailto ▮▮▮▮▮▮▮▮▮▮▮▮]

**Sent:** Wednesday, February 24, 2010 5:16 AM
**To** ▮▮▮▮▮▮▮▮▮▮
**Subject:** Re: Sam - regarding the Tyranofex on ebay

Nick,


That would probably be good. I should have some paypal cash later this week, so we cam do that. I did get my apoxiesculpt yesterday too. I have 8 pounds of it, and the stuff works better than greenstuff sometimes. You can file it and sand it. So I should have enough materials on hand to do the first few conversion bitz.


Sam

On Tue, Feb 23, 2010 at 10:05 PM, Nick ▮ ▮▮▮▮▮▮▮▮▮▮▮
wrote:

Not really any limit.


I ordered 4 tubes last week and have one on hand,  let me know if you need them.



Sincerely,



Nick - Sales and Design

5

CHS00004700

Chapterhouse Studios

-----Original Message-----
**From:** Sam Terry [mailto ███████████████████]

**Sent:** Tuesday, February 23, 2010 5:26 PM
**To:** ████████████████
**Subject:** Re: Sam - regarding the Tyranofex on ebay

Nick,

Sure thing about the pics. I haven't got anything yet, though I just not got my apoxie putty in the mail today, so I am going to start on a rough sculpt tommorow. I was out of greenstuff pretty quick. I guess I used too much on that Tyrannofex. Those GW strips don't last long. ████████

████████████████████████████████████

Sam

On Sun, Feb 21, 2010 at 9:33 PM, Nick
████████████████ wrote:

Hey Sam,

████████████████████████████

-----Original Message-----
**From:** Sam Terry [mailto: ████████████]

**Sent:** Sunday, February 21, 2010 3:31 PM
**To** ████████████
**Subject:** Re: Sam - regarding the Tyranofex on ebay

How much can you get it for? I can always use GS. I should have something soon. right now I just have

6

HIGHLY CONFIDENTIAL

CHS00004701

pieces of greenstuff that will be put together. I am taking it slow so it looks better than my last stuff.

Sam

On Sun, Feb 21, 2010 at 12:25 PM, Nick
██████████████████ wrote:

Hey Sam, any progress on your project? Im ordering some GS if you need it.

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** Sam Terry
[mailto█████████████████

**Sent:** Thursday, February 18, 2010 5:05 PM
**To**███████████████
**Subject:** Re: Sam - regarding the Tyranofex on ebay

Nick,

Now the question is, do we want her wider or not? I can make a piece that takes the place of the center carnifex back and widens her at the same time. Ideally you would just glue them together and then add the stomach part on. However we can leave the Tervigon's torso the same size as the normal fex if you want too. Also take a look at the attached photos of the Tyrannofex's art. I am still unsure if his head is part of the rupture cannon or not. Sometimes when I look at the

7

CHS00004702

art, his jaw looks like it is the Rupture Cannon. I went into adobe photoshop and used an paintbrush tool to enchance the lines on the Tyrannofex. Open these two photos up in windows photo gallery and compare them back and forth and see what you think.

I can go either way on anything you want. If you want the cannon as part of his head I can do that. I can make it beneath his jaw just the same. Also what was the technique you mentioned that let you  put the greenstuff on something and then let it peal off easy? Was it vegetable oil?

Sam

On Thu, Feb 18, 2010 at 5:49 PM, Nick
▇▇▇▇▇▇▇▇▇▇▇▇▇▇ wrote:

Nice work, you have great greenstuff ability. Lets see if you can do Greenstuff designed to come off the model once dried ☺.

If you think you can do a bottom chest piece that will be used in between the standard carnifex piece, go for it.

-----Original Message-----
**From:** Sam Terry
[mailto▇▇▇▇▇▇▇▇▇▇▇▇
**Sent:** Thursday, February 18, 2010 3:29 PM
**To:**▇▇▇▇▇▇▇▇▇▇
**Subject:** Re: Sam - regarding the Tyranofex on ebay

Nick,

8

HIGHLY CONFIDENTIAL

CHS00004703

http://forums.tauonline.org/index.ph
p/topic,92479.msg1333993.html#ms
g1333993

Sam

On Thu, Feb 18, 2010 at 4:16 PM,
Nick ███████████ wrote:

Hi Sam,

It was good to talk with you, I was
ordering lunch so sorry if I was a bit
short ☺.





That would leave for each creature-
specific sculpts:



9

CHS00004704



Tervigon (5 pieces total max)-

Head

And belly piece with baby termagaunts



I am a bit concerned with time frame, if you think you can do a tervigon kit first and rather quickly in good quality, you can use that as a starting point.

Feel free to call to discuss, and I use MSN windows chat a lot, if you have an account to realtime discuss.

Nick

214.662.1697

-----Original Message-----
**From:** Sam Terry
[mailto ███████████████]

**Sent:** Thursday, February 18, 2010 2:55 PM
**To:** ███████████
**Subject:** Re: Sam - regarding the Tyranofex on ebay

10

HIGHLY CONFIDENTIAL

CHS00004705

Nick,

I am glad we can work this project out. I know we will have to talk payment etc. later, but I am sure we can figure out something that is reasonable for the both of us. The discounts already sound reasonable, and if you have any supplies to contribute, that would be very awesome.

I have a fresh carnifex that I am going to "sample" from, but for the most part, the carnifex is going to be used for experimentation. I agree the the model needs to be a series of bitz that anyone can add to an existing carnifex model for a nice conversion.

For the required bitz, I agree that these are needed the most:

2 Arms

1 Rupture Cannon (which may or may not include the head built in)

1 Front Torso Plate

1 Top Torso Plate with Extra Spines

The Rupture Cannon could possibly be made to fit into a Carnifex head, along the lines

11

of a tongue bit that slides back into the mount and covers the chin. If that is possible, it sure would help some towards the 50% GW part requirement for a Tournament Legal Model.

Other Considerations for possible bitz:

New set of Large Claws

New set of Large Legs.



I should also mention, that I have made a Tervigon as well. She is smaller, but still larger than a Carnifex. It may be possible to use some of these commissioned bitz for a Tervigon Conversion as well. For now I am going to go to the "drawing board" as see about reworking my original design. I look forward to working with you, and I will be sure to spread news about Chapterhouse Studios.

12

CHS00004707

Samuel Terry



2 arm gun, a head and a front torso plate and a top torso plate with extra spines in the middle

On Thu, Feb 18, 2010 at 10:18 AM, Nick

wrote:

Hi Sam,

Sounds like we can work with you. Part of the appeal of Chapterhouse is that we aren't slave drivers (or I try not to be), pretty much everyone involved has a full time job and use this to supplement our addictions. There is nothing like having your sculpting being seen and complemented on other players minis by everyone. I have an awesome Nid sculptor (the pods, and heads and weapons you have noticed), but I don't want to overwork him either.

13

HIGHLY CONFIDENTIAL

CHS00004708

Saying that I do think there is lately, a ton of competition out there, I think we started an evolution in the business and other companies are starting to notice. So the faster we can get stuff released the better.

You are 100% correct that we don't use GW bits. Well that is a little true, you can use them as a base and sculpt on top of them, sort of like a skeleton, but if someone took our bits and compared them to GWs, you shouldn't be able to pick out GWs components in ours.

My goal is to have a kit that will just fit over the Carnifex body, maybe even being able to have magnets if the user does that themselves.

I thought that kit could involve a 2 arm gun, a head and a front torso plate and a top torso plate with extra spines in the middle.



Looking forward to hearing from you.

Sincerely,

14

CHS00004709

Nick - Sales and Design -

Chapterhouse Studios

-----Original Message-----

**From:** Sam Terry

**Sent:** Thursday, February 18, 2010 6:23 AM

**To:**

**Subject:** Re: Sam - regarding the Tyranofex on ebay

Nick,

Thanks for the message and the encouragement. I have seen a lot of your upgrades for sell. I had plans to purchase a Tyranid Drop pod that one of your other sculptors is working on. Those genestealer heads are pretty nice too.

I really like what you have going on with your upgrade kits and I am really interested in sculpting part time. I have made perhaps 300 custom miniatures for the Star Wars Miniature Game over the last few years and I wanted to start making custom

15

HIGHLY CONFIDENTIAL

CHS00004710

warhammer miniatures and sell them on ebay. I remember a few years ago that Brass Scorpions were going for $300.00+ so I decided to list my Tyrannofex and see what happened. Even if mine doesn't sell, I am glad I got your attention.

I will give you a call later today and get some more information from you. For now I do have one concern, if I made these upgrade parts, they would need to be sculpted by me completely right? No adding bitz from other Warhammer parts right? I used a few Trygon Parts on my Tyrannofex's legs, but I am sure I could sculpt something by hand if needed.

With my tyrannofex, it was an experiment. I kit bashed bitz together and filled in the holes with greenstuff. However it has provided a lot of experience with the model and I have learned a few things in the process. I know I can recreate the experiment but in a bit by bit way.

I should also mention, that I work full time as a special needs teacher. I have

16

HIGHLY CONFIDENTIAL

CHS00004711

summer's off, so later on this year I can start a few more large projects if this Tyrannofex upgrade kit works out for the both of us. I look forward to talking to you on the phone. Thanks again for this opportunity!

Samuel Terry

On Wed, Feb 17, 2010 at 11:10 PM, Nick

████ wrote:

Hi Sam,

I have a company that we make conversion kits for miniature games.  I do have plans to do a Tyranofex kit, pretty much like yours, but I thought I would extend the offer to you since you already have the concept down.  We work alot with freelance sculptors.

What I had in mind was having you make bits that we can cast up in resin so that all one has to do is have a carnifex kit and add these to it.

17

HIGHLY CONFIDENTIAL

CHS00004712

If you think you are up to the task and want to work with me, let me know. Feel free to call me if you want tommorow. We excel at providing high quality kits for our customers. have you ever thought of sculpting part-time?

Your sculpting looks good, but I have to admit I would need to see it up close with a example.

Sincerely,

Nick - Sales and Design -

Chapterhouse Studios

www.chapterhousestudios.com

18

HIGHLY CONFIDENTIAL

CHS00004713

HIGHLY CONFIDENTIAL

CHS00004714