# Exhibit

# 67.

## ☙ Our Store

**Infantry and Shoulder Pad Bits compatible with Space Marine® models**
**Heads compatible with Space Marines®**
**28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models**
**Vehicle Replacement Part Kits that fit on Games Workshop Models**
**Bits/Conversion kits compatible with Eldar armies**
**Bits/Conversion kits compatible with Tyranids**
**Bits/Conversions for 28mm for imperial guard**
**Super Heavy Vehicle Kits**

List All Products

Product Search

[                ] [ Search ]

Advanced Search

Username
[                ]
Password
[                ]
Remember me ☑
[ Login ]
Lost Password?
Forgot your username?
No account yet? Register

We accept Paypal!


# New Releases for November

Monday, 01 November 2010 16:42

We have been busy here at the shop.

We have our first cast in of our Mycetic Alien Spore Pod, available here, as you can see it could realistically transport a carnifex ora a brood of gaunts. This is a 4 piece model and will be selling for $30.00. We will have another set that will come with a base for $34.50 in the near future.



We also have our regular list of new shoulder pads for your favorite underappreciated Space Marine Chapters.

First up are the pre-heresy Thousand Sons shoulder pads, these are especially nice showing our first attempt at pre-heresy Terminator pads (click on the pictures for the product links). All pads are $1.00 each, but the Terminator pads will be selling in sets fo 2 for $2.00.



# Exhibit

# 68

# ▪FOLEY

**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW

90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
foley.com

WRITER'S DIRECT LINE
212.338.3572
jmoskin@foley.com EMAIL

CLIENT/MATTER NUMBER
099251-0101

May 29, 2012

<u>VIA E-MAIL</u>

Jennifer A. Golinveaux, Esq.
Winston & Strawn LLP
101 California Street
San Francisco, CA 94111-5802

Re:     <u>Games Workshop Limited v. Chapterhouse Studios LLC</u>

Dear Jennifer:

This is further to your letter of May 16 and my repeated emails and letters on the subject of Chapterhouse's almost complete failure to produce any documents from independent designers in response to the Court's March 6 order, as well as its refusal to produce its communications with those designers that might explain why only a handful of documents were produced. When the Court ordered Chapterhouse to assemble the materials from the designers, it was in part because Mr Villacci himself had testified that Chapterhouse's contracts with all of the designers gave him control over those documents – indeed, that that was the very purpose of the agreements. Yet his March 7 email that Winston & Strawn drafted nowhere even mentioned, much less sought to enforce, this contractual right. To the contrary, the March 7 email simply noted meekly that the court asked Mr. Villacci to make "an effort" to collect documents. Moreover, the thumbnail summaries you have provided in which most of the designers said they retained no documents is belied by the fact that most of the designers have posted documents to the web. We thus continue to believe Chapterhouse has a duty, minimally, to produce all of the correspondence with the designers so we can better understand its all-but complete failure to obtain any documents. You have never yet offered any rationale or justification for refusing to make production. To the contrary, when we discussed the matter on May 14, you simply refused to provide any further information.

Moreover, further to my May 16 email regarding Chapterhouse's systematic failure to produce any of the advertising or promotional materials for its infringing products (notwithstanding the Court's December 23 Order that it respond in full to Document Request 16[1]), Chapterhouse's own response to Interrogatory 10 and deposition testimony make clear where it conducts advertising and promotion, yet in discovery it produced not a single pages of such materials. Rather, it simply identified a meaningless banner from its own website.

---

[1] Request 16 sought "Any and all documents or things in Chapterhouse's possession, custody or control, showing any advertising or promotion of any or all of the Accused Works"

BOSTON
BRUSSELS
CHICAGO
DETROIT

JACKSONVILLE
LOS ANGELES
MADISON
MIAMI

MILWAUKEE
NEW YORK
ORLANDO
SACRAMENTO

SAN DIEGO
SAN DIEGO/DEL MAR
SAN FRANCISCO
SHANGHAI

SILICON VALLEY
TALLAHASSEE
TAMPA
TOKYO
WASHINGTON, D.C.

# ▪FOLEY

FOLEY & LARDNER LLP

Jennifer A. Golinveaux, Esq.
May 29, 2012
Page 2

We look forward to your prompt response to this letter.

Very truly yours,

Jonathan E. Moskin

JEM:se

cc.:   Thomas Kearney, Esq.
       Jason Keener, Esq.

# Exhibit

# 69.

Highly Confidential - Unredacted Version Filed Under Seal

# RE: Spore Pod for Tyranid concept art...

**From:** Nick ▮▮▮▮▮▮▮▮▮▮▮
**To:** Castro Navarro Design ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Date:** Thu, 07 Jan 2010 21:58:05 -0600

Saw the codex at the store today (they wouldnt let me buy it)

The Tyranofex and Tervigon (sp?):

same size for the most part as the Carnifex.

Have 6 limbs, regular back legs and two of the larger Scything Talons for the front 4 legs
Each appears to have the Spine Launcher(frag Grenade) Carapace of the Carnifex for the front torso (the one with the little holes and points in them).

I think the Carnifex head is too big for the head.

I dont think the Extra Carapace that comes with the Carnifex will work for the front part (the main body and legs will work fine)

I think we would need to extend the Spine Bank carapace piece a bit foward to cover the front torso (these are true 6 legged beast, no standing on back legs), then have a smaller head as well (about the size as a Tyrant guard head will work, same look too).

Both have the same head (the Tyrannofex has a full head, its just tiny)

If you sculpt the carapace correctly, it can incorporate EITHER the brood nest of the Tervigon or the massive gun of the Tyrannofex.

Both have the Spine Bank Carapace launchers on the upper front carapace.

Not much detail at all on the Birthing area of the Tervigon, it just shows Termagants spilling out of the bottom middle of the Tervigon.

Ill try to get pictures ASAP.

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

1

CHS00003522

-----Original Message-----
**From:** Castro Navarro Design ███████████████
**Sent:** Friday, December 11, 2009 2:46 PM
**To:** ████████████
**Subject:** Re: Spore Pod for Tyranid concept art...

Here is my take on the sperm tails.

They look great if the spore is in movement but would look awfull with the spore landed... would they fall down like some freaky hair or just stay erect and look even more strange.

Cast wise you would have to use metal for it because resin and thin long tails is a big no no, also it would be a huge mess to make them all able to fit the resin body... I have the kraken from armorcast and its a nightmare to just assemble it.

As for nid concept... I imagined these and think they would manouvre like a nautilus but in this case smal bursts of gases.
I see hive ships eject lots of spores towards planets and little to no manouvre would be required ( besides sperms is also rather clumbsy hehe)

If you are to stuck with the tails ideas nothing tells you they didnt just recoiled inside the "chimneys" I did.

I dont know but the inverted sporemines idea would kill the dropspore concept for me a bit.

----- Original Message -----
**From:** Nick
**To:** 'Castro Navarro Design'
**Sent:** Thursday, January 07, 2010 4:59 PM
**Subject:** FW: Spore Pod for Tyranid concept art...

Comments from one of our sculptors

He seemed to think of the same thing I did, the fins..

-----Original Message█████████████████████
**From:** Wyatt Traina ████████████████████
**Sent:** Thursday, January 07, 2010 9:34 AM
**To:** ████████████
**Subject:** Re: Spore Pod for Tyranid concept art...

really cool. I wish I could draw like that. The only comment I have is that it seems that the propulsion system is one of biological rockets. We haven't seen any examples in nature of a propulsion system based on rockets, mostly because its ineffecient for a body to produce and store the amount of propellent needed. Spores generally rely on their light weight bodies to carry them to where they need to be on winds, but that certainly wouldn't work for mycetic spores. The most common form of locomotion for something like this would be Flagella, but my worry is that people would think the addition of the flagella would make the spore look like sperm (even though thats kinda what spores are). I think the best idea is multiple flagella as seen in the Dawn of War picture :
http://www.counterfeitculture.com/wp-content/uploads/2009/01/tyr8.jpg.

HIGHLY CONFIDENTIAL                                                                                     CHS00003523

Sorry about the long windedness.  This is what my college degree is on.

On Thu, Jan 7, 2010 at 7:07 AM, Nick ███████████████ wrote:

comments and preferences?


Sincerely,


Nick - Sales and Design

Chapterhouse Studios

3

HIGHLY CONFIDENTIAL

CHS00003524

# Exhibit

# 70.

Highly Confidential - Unredacted Version Filed Under Seal

**Attachments:** ATT00014.dat; ATT00017.dat

# RE: My revisions on the spore pod, thoughts?

**From:** Nick - ███████████
**To:** Jeffrey Nagy ███████████
**Date:** Thu, 07 Jan 2010 21:24:42 -0600

Our Tyranid sculptor Castro.

Hes going with hsi original concept.

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** Jeffrey Nagy ███████████
**Sent:** Thursday, January 07, 2010 7:39 PM
**To:** ███████████
**Subject:** Re: My revisions on the spore pod, thoughts?

I'm going to point out a true tear drop shape is the most possible aerodynamic shape. I also think there is something appropriate about it looking like it was "pooped" out by a ship.

Who is sculpting this?

On Thu, Jan 7, 2010 at 3:06 PM, Nick███████████ wrote:

I think it needs some fins for aerodynamic purposes, and the top could be concave with some jets or gas ports?

1

CHS00003525



top view

Navarros original..

2

HIGHLY CONFIDENTIAL

CHS00003526



Nick

3

HIGHLY CONFIDENTIAL

CHS00003527

# Exhibit

# 72.

Javelin Class Imperial Jet Bike Delayed 2 weeks - November 19th

# Chapterhouse Studios

### Specializing in Custom Sculpts and Bits for Warhammer 40,000 and Fantasy

Show cart...
Your cart is empty.



HomeNewsAbout usContactOrder Status and
**Our Store**

ShippingCustomer CommentsGallery

Decorative Resin Bases

**Infantry and Shoulder Pad Bits**

**compatible with Space Marine®**

**models**

**Heads compatible with Space**

**Marine® models**

**28mm Weapons, Jump Packs and**

**Shields compatible with Games**

**Workshop Models**

**Vehicle Replacement Part Kits that**

**fit on Games Workshop Models**

**Bits/Conversion kits compatible with**

**Eldar models**

**Bits/Conversion kits compatible with**

**Tyranid Models**

**Bits/Conversion kits compatible with**

## Class Imperial Jet Bike Delayed 2 weeks – November 19th

Monday, 17 October 2011 19:27

Exhibit
47
ESQUIRE

## Imperial Guard Models
## Super Heavy Vehicle Kits

List All Products

Product Search

Advanced Search

[              ]   Search

Username
[              ]

Password
[              ]

Remember me ☑

Login

Forgot your username?

Lost Password?

No account yet? Register

We accept Paypal!

PayPal

Fellow Gamers,

It has been a little while since our last release. We have been hard at work at Chapterhouse Studios, looking for the next toy to release for the Heresy Era 40k players.

I am happy to show the Javelin Class Jet Bike.



CHAPTERHOUSE
STUDIOS

Javelin Class Imperial Jet Bike

This multi-part customizable resin kit contains 8 resin components. We have included 2 engine options, this will allow you to make a regular and a scout version of the Javelin Jet Bike. We also included 2 different bolt gun mounts that will allow the addition of different special weapons (plasma, melta, grenade launchers etc). These conveniently fit our combi-weapon conversion bits.

Also included in the kit are a set of legs and arms that will allow you to use other companies torsos and heads to model a rider. Flight stand will be included.

Our target price for the Javelin Jet Bike is $14.00 and the release will be on November 5th.

Kit is shown with Chapterhouse Studios helmets and torso (not included).



Javelin Class Imperial Jet Bike Delayed 2 weeks - November 19th

http://www.chapterhousestudios.com/webshop/news/44-upcoming-javelin-class-imperial-jet-bike (4 of 9) [11/21/2011 8:35:31 AM]



http://www.chapterhousestudios.com/webshop/news/44-upcoming-javelin-class-imperial-jet-bike (5 of 9) [11/21/2011 8:35:31 AM]

Javelin Class Imperial Jet Bike Delayed 2 weeks - November 19th



# CHAPTERHOUSE
### STUDIOS

## Javelin class Imperial Jet Bike

http://www.chapterhousestudios.com/webshop/news/44-upcoming-javelin-class-imperial-jet-bike (6 of 9) [11/21/2011 8:35:31 AM]



CHAPTERHOUSE
STUDIOS

Javelin Class Imperial Jet Bike

Javelin Class Imperial Jet Bike Delayed 2 weeks - November 19th

http://www.chapterhousestudios.com/webshop/news/44-upcoming-javelin-class-imperial-jet-bike (7 of 9) [11/21/2011 8:35:31 AM]



I am also excited to announce designs are already complete for an "attack bike" add-on module.

**Due to current legal situations we have to delay the release of the Jetbike till November 19th. I apologize to all of our fans and hope this does not cause any serious disruptions for you.**

Sincerely,

Nick - Chapterhouse Studios LLC

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.

Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device,

Javelin Class Imperial Jet Bike Delayed 2 weeks - November 19th

the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork

skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine,

Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio

of Warriors, Twin Tailed Comet Logo, Tyranid, Tyranid, Tzeentch, Ultramarines, Warhammer, Warhammer

Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the

White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations,

units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and

the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010,

variably registered in the UK and other countries around the world. Used without permission. No challenge to

their status intended. All Rights Reserved to their respective owners.

Webdesign and hosting by Mahonlap.com

SSL certificates