# Exhibit

# 76.

# INSIGNIUM ASTARTES

## THE UNIFORMS & REGALIA OF THE SPACE MARINES



Written by Alan Merrett
Illustrations by Neil Hodgson
Graphic Design by Darius Hinks

A Black Library Publication

Also featuring art by John Blanche, Alex Boyd, Dave Gallagher,
Clint Langley, Wayne England and Richard Wright.
Additional text by Richard Williams

Thanks to Jes Goodwin, Rick Priestley, Andy Chambers
Jervis Johnson and Nigel Collinson.

GW0011389

## ULTRAMARINES COMPANY BANNERS

### 2ND BATTLE COMPANY












This shows the classic division of the Battle Company into six Tactical, two Assault and two Devastator Squads. Traditionally the Tactical Squads are numbered one to six, the Assault Squads as seven and eight and the Devastators as nine and ten.

### 2ND COMPANY



This banner is very typical of a Space Marine Company banner. Its design includes the Chapter symbol and a number of very common imperial motifs including the double-headed eagle, laurel wreath, skull and name scroll. These elements occur time and again on Space Marine banners.

### 3RD BATTLE COMPANY












The Tactical Squad symbol is shown as a large white vertical arrow. This is but one of a number of different symbols noted in the Codex as being suitable to designate a Tactical Squad.

### 3RD COMPANY



This banner is the newest in the Chapter having been relatively recently awarded to the Company for heroic actions during the First Tyrannic War.