# Exhibit

# 77.

9/10/12 11:04 PM



FREE SHIPPING ON ALL ORDERS OVER $50 OFFER DETAILS

Customer Service    1-800-394-4263    Welcome!    Sign In    Why Register?

0 item(s) @  $0.00

Community & Events    Virtual Gift Vouchers    Store Finder    White Dwarf    Find a Gift List    Warhammer 40,000 Guide

Product Search

Warhammer 40,000    Shoulder Pads    Tactical Squad Shoulder Pads 2

### Have you got?



$37.25    add to cart

Space Marine Tactical Squad

# Tactical Squad Shoulder Pads 2

Tweet    Like  4    ADD TO CART







$25.00    add to cart

Space Marine Combat Squad

### Categories

Getting Started

Warhammer 40,000 Advance Orders

Warhammer 40,000 New Releases

Warhammer 40,000: Assault on Black Reach

Warhammer 40,000 Essentials

Warhammer 40,000 Armies

Warhammer 40,000 Expansions

Warhammer 40,000 Citadel Finecast

Warhammer 40,000 Scenery

Warhammer 40,000 Bitz

Warhammer 40,000 Collectors

Warhammer 40,000 Books

Warhammer 40,000 Articles

Follow us on Twitter

Follow us on Facebook

Bookmark & Share

Subscribe to What's New Today

Print

Email to a Friend



$6.60    add to cart

Super Glue - Thick

### Tactical Squad Shoulder Pads 2

This pack contains 10 Tactical Squad Shoulder Pads 2.

**Availability:**  Usually ships within 24 hours.
**Part Code:**  99060101374

**Price:  $8.25**

Quantity:  1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

Carry Our Products    Real Estate    Privacy Policy    Legal    About Us    Black Library    Forge World    Investor Relations    Careers    Site Map    Contact Us

Country Select

Copyright   © Games Workshop Limited 2000-2012   © New Line Productions Inc   © The Saul Zaentz Company d/b/a Middle-earth Enterprises   All rights reserved to their respective owners.

# Exhibit

# 78

000001

```
01            IN THE UNITED STATES DISTRICT COURT

02           FOR THE NORTHERN DISTRICT OF ILLINOIS

03                    EASTERN DIVISION

04     - - - - - - - - - - - - - - - - - - - - - -

05  GAMES WORKSHOP LIMITED,

06            Plaintiff,

07                    Civil Action No. 1:10-cv-8103

08         v.

09  CHAPTERHOUSE STUDIOS LLC and JON

10  PAULSON d/b/a PAULSON GAMES

11             Defendants.

12     - - - - - - - - - - - - - - - - - - - - - -

13

14                    Tuesday, 3 April, 2012

15                         8:30 am

16

17   Videotaped Deposition of Alan Merrett, Volume 2,

18  taken at the offices of Eversheds, 1 Royal Standard

19    Place, Nottingham, UK, before Ailsa Williams,

20           Accredited Court Reporter

21

22

23

24

25
```

000002

```
01
02                    A P P E A R A N C E S:
03   Attorneys for Plaintiff:
04           FOLEY & LARDENER LLP
05           90 Park Avenue
06           New York, NY 10016-1314
07           BY:  JONATHAN E. MOSKIN
08                (212) 682-7474
09                jmoskin@foley.com
10
11   Attorneys for Defendants:
12           WINSTON & STRAWN LLP
13           101 California Street
14           San Francisco CA 94111-5894
15           BY: K. JOON OH
16                (415) 591-1564
17                koh@winston.com.
18       Also Present:
19           GILLIAN STEVENSON: (Games Workshop)
20           COURT REPORTER:
21           AILSA WILLIAMS
22           VIDEOGRAPHER: LINDA FLEET
23
24
25
```

000046

01  "53" on it.  It contains one item.

02      (Exhibit 107 marked for identification).

03          For the record, I will represent this is the

04  Chapterhouse product referenced in entry 55 on Exhibit

05  22.

06      A   Yes.

07      Q   For the product, the Chapterhouse

08  product you are examining right now, does it have a

09  Chapter symbol on it?

10      A   No, this is a perfectly smooth Space

11  Marine shareholder pad design.

12      Q   Does it have squad markings on it?

13      A   No, it doesn't have squad markings on

14  it.  It is a perfectly smooth Space Marine shoulder

15  pad design.

16      Q   Does it have a large border around the

17  outer edge?

18      A   It has no large border around the edge

19  but it has a dreadful split line, which you could

20  almost imagine was a border but it is actually a piece

21  of poor casting.

22      Q   Please turn your attention to entry

23  number 98.

24      A   Can I just point out that the smooth

25  shoulder pad has two other interesting bits of detail

000047

01  on it.  On the back side of the shoulder pad, the

02  inner surface, it has a lower edge, it has a small

03  rectangular indentation, which is actually an almost

04  specific copy of a Games Workshop component.  It is a

05  piece of detail that serves no useful function in

06  terms of assembling the miniatures.  It is an artistic

07  construct.  This was remarkably -- that this simple

08  little shape, simple little characterful shape of a

09  Space Marine should have such a mark on it, because it

10  serves no assembly purpose, so it is a piece of

11  artistic -- and on the flat surface of the shoulder

12  pad, the inner surface, it has little square

13  indentations indicating that the thing is potentially

14  of a complex -- again, serving no useful functional

15  purpose, but almost literally copied from the simple,

16  plain Space Marine shareholder pad that Games Workshop

17  produces.

18          Q   Move to strike as non-responsive,

19  comment starting with "Can I just".  There was no

20  question pending.

21          Please turn your attention to entry 98 on

22  Exhibit 22.  Under the Games Workshop column there is

23  one work that is identified:  "The Horus Heresy -

24  Collected Visions 2007, page 48".  Do you see that?

25          A   I see that.

# Exhibit

# 79.


| Home | News | About us | Contact | Order Status and Shipping | Customer Comments | Gallery |

## Our Store

**Infantry and Shoulder Pad Bits compatible with Space Marine® models**

Black Templars compatible Shoulder Pads
*Blank shoulder pads*
Blood Raven compatible Shoulder Pads
Celestial Lions compatible Shoulder Pads
Dark Angel, Death Watch or Inquisition compatible Shoulder Pads
Exorcist compatible Shoulder Pads
Fleshtearers compatible Shoulder Pads
Generic bits and Shoulder Pads for 28mm models
Heresy Era Player Components
Howling Griffons compatible Shoulder Pads
Imperial Fist compatible Shoulder Pads
Iron Hands compatible Shoulder Pads
Iron Snakes compatible Shoulder Pads
Legion of the Damned compatible Shoulder Pads
Luna Wolves or Star Fox compatible Shoulder Pads
Mantis Warriors compatible Shoulder Pads
Numbered and Squad Symbols
Salamanders or Dragons compatible Shoulder Pads
Soul Drinkers compatible Shoulder Pads
Space Wolf compatible Shoulder Pads
Storm or Combat Shields
Studded Shoulder Pads
Thousand Sons compatible Pre-Heresy Shoulder Pads

**Heads compatible with Space Marines®**
**28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models**
**Vehicle Replacement Part Kits that fit on Games Workshop Models**
**Bits/Conversion kits compatible with Eldar armies**
**Bits/Conversion kits compatible with Tyranids**
**Bits/Conversions for 28mm for imperial guard**
**Super Heavy Vehicle Kits**

List All Products

Product Search

### Blank shoulder pads 🔊

These pads created by Chapterhouse Studios are great for those who want to sculpt thier own Icon or even paint.

Order by: Product Name

**Assault Shoulder Pad with number 7**          **$1.00**

Average customer rating:
★★★★★ Total votes: 0

Product Details...

Quantity: 1  ▲▼  🛒 Add to Cart

**Assault Shoulder Pad with number 8**          **$1.00**

Average customer rating:
★★★★★ Total votes: 0

Product Details...

Quantity: 1  ▲▼  🛒 Add to Cart

**Assault Squad Shoulder Pad - Plain**          **$1.00**

Average customer rating:
★★★★★ Total votes: 0

Product Details...

Quantity: 1  ▲▼  🛒 Add to Cart

**Crested Marine Shoulder Pad**          **$1.00**

Average customer rating:
★★★★☆ Total votes: 1

Product Details...

Quantity: 1  ▲▼  🛒 Add to Cart

**Devestator Shoulder Pad**          **$1.00**

Average customer rating:
★★★★★ Total votes: 0

Product Details...

Quantity: 1  ▲▼  🛒 Add to Cart

**First Squad or 1 Shoulder**          **$1.00**

Average customer rating:

CHS00000177

Search

Pads - Tactical

★★★★★ Total votes: 0

Advanced Search

Username

Password

Remember me ☑

Login

Lost Password?

Forgot your username?

No account yet? Register

We accept Paypal!

PayPal

Product Details...

Quantity: 1 ▣▣  Add to Cart

**Generic Power Armor Shoulder Pad 28mm**   $0.65

Average customer rating:
★★★★★ Total votes: 0

Product Details...

Quantity: 1 ▣▣  Add to Cart

**IX Devestator Marine Shoulder Pad 28mm**   $1.00

Average customer rating:
★★★★★ Total votes: 0

Product Details...

Quantity: 1 ▣▣  Add to Cart

**Smooth Shoulder Pad for 28mm tactical marine**   $0.80

Average customer rating:
★★★★★ Total votes: 1

Product Details...

Quantity: 1 ▣▣  Add to Cart

**Studded Power Armor Pad for MK 5**   $1.00

Average customer rating:
★★★★★ Total votes: 0

Product Details...

Quantity: 1 ▣▣  Add to Cart

**Tactical Shoulder Pad 28mm Marines**   $1.00

Average customer rating:
★★★★★ Total votes: 0

Product Details...

Quantity: 1 ▣▣  Add to Cart

**Tactical Shoulder Pad for 28mm marine with Number 2**   $1.00

Average customer rating:
★★★★★ Total votes: 0

Product Details...

**Tactical Shoulder Pad for 28mm marine with Number 3**  $1.00

Average customer rating:
★★★★★ Total votes: 0

Product Details...

Quantity: 1  Add to Cart

**Tactical Shoulder Pad for 28mm marine with Number 4**  $1.00

Average customer rating:
★★★★★ Total votes: 0

Product Details...

Quantity: 1  Add to Cart

**Tactical Shoulder Pad for 28mm marine with number 5**  $1.00

Average customer rating:
★★★★★ Total votes: 0

Product Details...

Quantity: 1  Add to Cart

**Tactical Shoulder Pad for 28mm marine with number 6**  $1.00

Average customer rating:
★★★★★ Total votes: 0

Product Details...

Quantity: 1  Add to Cart

**Tactical Shoulder Pad for 28mm marine with Number 1**  $1.00

Average customer rating:
★★★★★ Total votes: 0

Product Details...

Quantity: 1  Add to Cart

**X Devestator Shoulder Pad for 28mm marine Players**  $1.00

Average customer rating:
★★★★★ Total votes: 0

Product Details...

Quantity: 1  Add to Cart

«« Start « Prev 1 Next » End »»

Display # 20

CHS00000179

Display #   | 20

Results 1 - 18 of 18

## Recently Viewed Products

Dragon Door Kit (fits on Space Marine® Rhino) (Category: Dragon or Salamander Vehicle Kits)

Mycetic Spore (Category: Bits/Conversion kits compatible with Tyranids)

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.

Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Webdesign and hosting by Mahonlap.com



SSL certificates.

Archived by Cloud Preservation(TM) on Fri Aug 05, 2011 at 05:53:11 AM GMT
http://www.chapterhousestudios.com/webshop/component/virtuemart/?page=shop.browse&category_id=30

CHS00000180

# Exhibit

# 80.



Customer Service   1-800-394-4263   | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $30   OFFER DETAILS

0 Item(s) @ $0.00

Community & Events    Virtual Gift Vouchers    Store Finder    White Dwarf    Citadel Finecast    Find a Gift List

Search

Warhammer 40,000    Shoulder Pads    Assault Squad Shoulder Pads

# Assault Squad Shoulder Pads

Like | 1        ADD TO CART

**Categories**

Getting Started

Warhammer 40,000 Advance Orders

Warhammer 40,000 New Releases

Warhammer 40,000: Assault on Black Reach

Warhammer 40,000 Essentials

Warhammer 40,000 Armies

Warhammer 40,000 Expansions

Warhammer 40,000 Citadel Finecast

Warhammer 40,000 Scenery

Warhammer 40,000 Books

Warhammer 40,000 Bitz

Warhammer 40,000 Collectors

Warhammer 40,000 Articles

Follow us on Twitter

Follow us on Facebook

Bookmark & Share

Subscribe to What's New Today

Print

Email to a Friend

## Assault Squad Shoulder Pads

This pack contains 10 Assault Squad Shoulder Pads.

Availability: Usually ships within 24 hours.
Part Code: 99060101375

**Price:  $8.25**

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

Carry Our Products    Real Estate    Privacy Policy    Legal    Careers    About Us    Investor Relations    Black Library    Forge World    Site Map    Contact Us

Country Select

Copyright © Games Workshop Limited 2000-2011 © New Line Productions Inc  © The Saul Zaentz Company d/b/a Middle-earth Enterprises  All rights reserved to their respective owners.

# Exhibit

# 81

# SHOULDER GUARD VARIANTS

*T*he Codex Astartes describes how Space Marines' insignia should be represented on their armour, but even in the hallowed pages of this holy tome there exists scope for variation. The style of marking chosen for each squad type can vary between Companies and even within a Company itself, but all are equally valid Codex insignia. Squad markings such as these are displayed on the right shoulder guard.

## COMMAND

*Command squad insignia often incorporates elements of its Captain's personal heraldry, campaign badges or kill markings.*



## ELITES

*Veteran and Terminator squads are the elite warriors of a Chapter and, as such, have greater freedom in choosing their insignia.*

 

 

 

## TACTICAL

*Tactical squads can also vary their insignia, incorporating squad numbers, campaign badges or devotional litanies.*

  

  

## DEVASTATOR

*Devastator squads can incorporate variant markings, or even vary the background colour of the shoulder guards.*

 

 

 



## ASSAULT

*Assault squads have a number of variant shoulder guard designs, many of which incorporate skulls and other tokens of death.*

  

  

70

GW0001288

# Exhibit

# 82.

Highly Confidential - Unredacted Version Filed Under Seal

# FW: Gryphon Pad and Tacital Pad Update

**From:** Chapterhouse Studios - Nick █████████████████
**To:** Tomas F ███████████████
**Date:** Wed, 24 Jun 2009 20:30:53 -0500

██████████████

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----

From: Jeffrey Nagy [mailto:█████████████]

Sent: Wednesday, June 24, 2009 4:42 PM

To: Nick - Chapterhouse Studios

Subject: Re: Gryphon Pad and Tacital Pad Update

With that ok, I will finish the other Tactical Badge shoulder pads. By this time tomorrow I can e-mail to you all the .stl files for the

following:

Assault Symbol (without number)

1

CHS00003109

Devastator Symbol (without number)

Tactical Symbol (without number)

Blank (Mk6 Armor)

Gryphon (Howling Griffon) Shoulder Pad

Mk1 Armor Shoulder Pad

T1 (Tactical Sqd. 1)

T2 (Tactical Sqd. 2)

T3 (Tactical Sqd. 3)

T4 (Tactical Sqd. 4)

T5 (Tactical Sqd. 5)

T6 (Tactical Sqd. 6)

Standard Shoulder Pad

Land Raider Door

Land Raider Ramp

Land Raider Side Door

███████████████

Cupola Hatch

████████████████████████████████████████

███████████████████████████

██████████████

██████████████████████

2

HIGHLY CONFIDENTIAL

CHS00003110

I will email the .stl files, tomorrow, when you're ready to make payment.


Thanks,

Jeff



On Wed, Jun 24, 2009 at 4:18 PM, Nick - Chapterhouse Studios █████████████████████ wrote:

> Stuff looks good from my end.

>

> -----Original Message-----

> From: Jeffrey Nagy [mailto █████████████]

> Sent: Wednesday, June 24, 2009 2:51 PM

> To: Chapterhouse Studios - Nick; Tomas F

> Subject: Gryphon Pad and Tacital Pad Update

>

> Nick,

> I have updated the Gryphon and Tactical badges per your request. I

> wanted to verify that these changes I made were what you wanted.

>

> I also included early pictures of my very rough Mk-5 B-gun. Tomas, if

> you have input now might be the best time to give it. I'm not going to

> do any more work till I hear feedback from the two of you. I realized

> that some of the hang ups I've been having are because I haven't been

> giving you guys enough time to give me feed back. I've been thinking

> that one way I could dress it up if it needs to be made to look less

3

> "bolter" like would be to mount on it some scopes and sensor and maybe

> an ammo drum rather than a magazine. The critical thing is if we make

> anything a marine holds it needs to fit the standard arms. The front

> end cowling I plant on doing up in a similar way as a M60 machingun,

> with a corrugated look. The rear half I want to have a look that is a

> combination of a shotgun with a MG42. So thats the direction I am

> heading. My general thought on creating these generations of bolters

> is that we have a progression of taking a weapon that probably started

> off as machine gun sized (to a normal human), but only needed to be

> made a bit compact for a marine to use. An 8ft, tall guy could almost

> carry a machinegun as personal weapon, you would only need to compact

> it a bit. Another evolutionary progression for the weapon will mirror

> modern development, the move from full sized rifles down to carbine

> sized weapons. If you look at my concept for the Mk1 in my photobucket

> you can kinda see how the length of the weapon would need to be a bit

> bigger than the current bolter's, thus I would treat it as such and

> extend the length of it a bit, but I'm getting ahead of myself.

>

> -Jeff

>

>

>

HIGHLY CONFIDENTIAL

CHS00003112

# Exhibit

# 83.

Highly Confidential - Unredacted Version Filed Under Seal

# Re: LR Side

**From:** Tomas F ███████████ ██ ►
**To:** Jeffrey Nagy ████████████
**Cc:** Nick Villacci ████████████
**Date:** Wed, 24 Jun 2009 10:22:56 -0500

On Wed, Jun 24, 2009 at 1:46 AM, Jeffrey Nagy ████████████ wrote:

> Ok so the number needs to be recessed, instead of a raised surface. Is

> that the only issue on those? I will attempt to reduce the thickness

> of the symbol if its possible.


Yes, that and a slightly reduced thickness as you say, otherwise they are fine.

I´ll let you decide what rim to use, the standard one or your own

creation the curved rim.

Any word from Nick on the legality of the number, devastator, assault

and arrow pads?

They are direct copies of GW art, at least with the normal rim and I

know our attorney should have his say on them but I havent heard

anything yet, I take it you and Nick have okeayed them.


> I will complete the Griffon shoulder pad by making those

> modifications, per the other email. A terminator pad will be easy once

> we have a template for the terminator shoulder pad. Transferring the

> symbol to other surfaces is easy.

HIGHLY CONFIDENTIAL

CHS00009903

Transfering the symbol will not be a problem for me from one pad to

another with greenstuff. All I need is a pad with the shape in

question, the shape being large enough to go well with whatever other

pad will have it and plain template pads.


> The land raider parts are done. I will finalize and render the .stl

> files. I will not make any further modifications to those models

> unless its as a whole new project. (This is called finality).


Ok sounds good, then I take it you and Nick finally decided on making

both the upper and lower front ramp doors for the land raider?

Having 3-way discussions on email can sometimes make things vague so it seems.

Is there a possibility for us three to have a msn chat or a skype talk?

2

HIGHLY CONFIDENTIAL

CHS00009904

# Exhibit

# 84.

Highly Confidential - Unredacted Version Filed Under Seal

# Re: LR Side

**From:** Tomas F <span style="background:black">████████████</span>

**To:** Jeffrey Nagy <span style="background:black">████████████</span>

**Cc:** Nick Villacci <span style="background:black">████████████</span>

**Date:** Tue, 23 Jun 2009 13:54:36 -0500

**Attachments:** Picture 441.jpg (2.34 MB); Picture 442.jpg (2.31 MB)

Here are some termie pad pictures, LR frontal things (I´m still

against us doing both front plates, its well enough with the top front

plate/door)

and powerfist/claws that I definately need templated up.


The powerfist pieces should be sized after the commander-box powerfist

and made BOTH in right and left versions.

The elbow guard can be thick, it doesnt matter as long as there is

room to sculpt the actual joint in but the outside of the guard should

be soft curved and if possible resemble a wing in profile.


THe claws pieces are definately a MUST. Thse things are simply to

small and exact for me to sculpt. I indicated the track marks on the

claw pieces so that I can cut or breake them apart to reposition them

when I scupt.

HIGHLY CONFIDENTIAL

CHS00009924

On Tue, Jun 23, 2009 at 7:30 PM, Tomas F< ██████████████ > wrote:

> Hi.

> As for priority goes:

> -Landraider doors and front plates. But we still need to come up with

> a front door design. I´ll email you some more pics in a little while.

> -Griffon PA pad.

> -Raised rim PA pad.

> -Raised rim termie pad.

>

> Now I guess the griffon shape on the PA pad is big enough to look good

> on a termie pad but is it small enough to fit on a raised rim PA pad?

> If its slightly to big thats ok as I can elongate the raised rim PA

> pad but we´d need:

> -Griffon PA pad where the griffon is no bigger then it can fit onto

> the raised rim PA pad (slightly bigger is acceptable).

> -Termie raised rim pad.

>

>

>

> On Tue, Jun 23, 2009 at 4:20 PM, Jeffrey Nagy ████████████ wrote:

>> Nick,

>> You had asked me to put roman numerals on the shoulder pads with the

>> tactical/assault/devastator markings. How many different numbers did

>> you want and on which pads?

>>

>> I have also attached an update on the side door. I made changes to

2

CHS00009925

>> make it more like your Rhino stuff. Adding the keypad, the heavy duty

>> circular lock (from the top hatch), the cut aways for the grated area

>> (though I changed it up to keep it armored looking.

>>

>> I'm working on a bunch of different stuff right now, a lot of it

>> nearing completion. I would like to know which parts you want as a

>> priority by the end of the week? The Land Raider parts and which

>> shoulder pads? Anything else?

>>

>> I'm looking on finality on these, because it seems we could hold them

>> in limbo indeffinitely while we change ideas on the deisgns.

>>

>> -Jeff

>>

>> On Tue, Jun 23, 2009 at 10:07 AM, Jeffrey Nagy  wrote:

>>>

>>

>

HIGHLY CONFIDENTIAL

CHS00009926

# Exhibit

# 85

Highly Confidential - Unredacted Version Filed Under Seal

278 Pyriel      Nick *hsus 9/13/2009 finally

278 Pyriel      Nick *hsus 9/13/2009 have pics for you and caster

278 Nick *hsus Pyriel      9/13/2009 you send the package?

278 Nick *hsus Pyriel      9/13/2009 i was saying about the space wolf shoulder pads, because GW looks like they made alot of them already on the new sprue

278 Pyriel      Nick *hsus 9/13/2009 sec...

278 Pyriel      Nick *hsus 9/13/2009 back

278 Nick *hsus Pyriel      9/13/2009 ok

278 Pyriel      Nick *hsus 9/13/2009 emailing pics for approval

278 Pyriel      Nick *hsus 9/13/2009 check!

278 Nick *hsus Pyriel      9/13/2009 k

278 Pyriel      Nick *hsus 9/13/2009 been slaving my ass of since I didnt get work this weekend.

278 Nick *hsus Pyriel      9/13/2009 um werent you supposed to mail off sunday?

278 Nick *hsus Pyriel      9/13/2009 nothing in email

278 Pyriel      Nick *hsus 9/13/2009 did ALL arrow pads, both 7+8 assault pads and both 9+10 dev pads

278 Pyriel      Nick *hsus 9/13/2009 did ALL LR parts

278 Pyriel      Nick *hsus 9/13/2009 did hammer with shaft, eagle themed

278 Pyriel      Nick *hsus 9/13/2009 did template pad

278 Pyriel      Nick *hsus 9/13/2009 did all sallie and SW rhinos

278 Nick *hsus Pyriel      9/13/2009 wow you have been busy

278 Nick *hsus Pyriel      9/13/2009 you see what i was referring to regarding the wolves

278 Pyriel      Nick *hsus 9/13/2009 they get 2 odd pads on the sprue, butt ugly and to few

278 Nick *hsus Pyriel      9/13/2009 still no email

278 Nick *hsus Pyriel      9/13/2009 they get ALOT on the sprue

██████████ ████████████████ ████████████████

██████████ ████████████████

278 Nick *hsus Pyriel      9/13/2009 thats not necessary

278 Pyriel      Nick *hsus 9/13/2009 and one "fucgly" shield

278 Nick *hsus Pyriel      9/13/2009 the name

278 Nick *hsus Pyriel      9/13/2009 yeah i think go full ahead with the shield and the

278 Pyriel      Nick *hsus 9/13/2009 well the name is important since I aint using canis helix on the runes but "lupus helix"

278 Pyriel      Nick *hsus 9/13/2009 I try to keep the supports on the LR thin

278 Pyriel      Nick *hsus 9/13/2009 and no holes in rings nor chains but still thin enough to be easely cut away by customer

278 Pyriel      Nick *hsus 9/13/2009 still no email?

278 Pyriel      Nick *hsus 9/13/2009 the transparent LR plate is to show the thinner sections of the hammer

plate by ha since
caster didnt complain about the thin sections they ought to be ok. And
I thickened them a TINY bit to be sure."

278 Nick *hsus Pyriel      9/13/2009 nothing

278 Nick *hsus Pyriel      9/13/2009 maybe pbucket them

# Exhibit

# 86.



IA. ref. x24a/Chapter honour marking.

Ref. 45.4a.56/ Chapter icon.

Ref. 456/Eternal Vigilance crucible (cross ref. Death watch)

IA ref 1296/ Chapter badge

Arm. ref. M4f. Fire Wastes Army Group North

Skull icon (ref unknown)

Sons of Guilliman M.33

Celestial Lions M.38

Angels of Vigilance M.40

Angels Porphyr M.31

Ref. Inf.

Index Astartes file. 7og nfl Chastiser Incinerator unit

M36 Backpack (closed core)

IA ref. Exorcist Chapter badge (7th Co.)

Inq. file four seven. Phoenix Redemption marking

Exorcists M.40

IA ref. 676/tlp/feral power weapon (damaged)

Ref. 457/b

998 Godwyn pattern Bolter with assault attachment

Imp ref. 39.55d Khan homage mark (cross ref. Heretic Cults)

Ref. 456z Attack bike markings

Ref. 56767 Armageddon campaign markings

IA ref. 45/t Ritual duelling Tulwar

White Scars Progenitor Legion M.31
Ravager with Torandor pelt honour gift

Ref. 326.mrh/Ritual Power Sword

Imp. ref. 459.pft/Ritual flaying knife (cross ref. Heretic Cults)

IA ref. 543/t 5th Co.

Imp. ref. 795.rr/Chanate

Imp. ref. 354.siaf/ Delta Nine army badge

Flesh Tearers M.31
(cross ref. IA Blood Angels)

Mk VII Helmet (Devastator modification)

IA ref. 543/I Iron Champions Balur crusade Honourific

Iron Champions. Founding unrecorded

Chapter Unidentified