# Exhibit

# 98.

Highly Confidential - Unredacted Version Filed Under Seal

## RE: Pewter cast needed to be shipped by Thursday

**From:** Nick ███████████████

**To:** Valiant Enterprises Ltd ███████████

**Date:** Wed, 13 Jan 2010 08:05:08 -0600

12 please

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----

**From:** Valiant Enterprises Ltd [███████████████]

**Sent:** Wednesday, January 13, 2010 7:15 AM

**To:** ███████████

**Subject:** Re: Pewter cast needed to be shipped by Thursday

Or, is it 7 spins of CH023?

----- Original Message -----

**From:** Nick

**To:** 'Valiant Enterprises Ltd'

**Sent:** Tuesday, January 12, 2010 7:10 PM

**Subject:** RE: Pewter cast needed to be shipped by Thursday

Tim/Jeff

Just sold out of those slabbed pads from mold CH023

If you can make the new mold in time for shipping this week I need about 4 cast from that mold, if not I need 12 from mold CH023 (would prefer the new molding over the increase of spins from ch023).

Nick

1

-----Original Message-----
**From:** Valiant Enterprises Ltd [█████████████]
**Sent:** Tuesday, January 12, 2010 11:06 AM
**To:** █████@███████
**Subject:** Re: Pewter cast needed to be shipped by Thursday

Hi Nick,

  I already made the molds for the Flesh Tearer and the Tactical pads. We are going to cast them with this in-house order. I could make another mold devoted exclusively to the Slabbed Pad from CH023.

Jeff

----- Original Message -----

**From:** Nick

**To:** 'Valiant Enterprises Ltd'

**Sent:** Tuesday, January 12, 2010 10:39 AM

**Subject:** RE: Pewter cast needed to be shipped by Thursday

Looks good as far as I can see, we are good to mold the shield and the hammer on the same mold. Also the **slabbed**

Pad from CH023 and the **blank arrow pad** with no number can share a pewter mold (20 slabbed 10 arrow pads).

The Sawblade pad with the drop needs its own mold like with say 20-25 pads and the same number of drops.

If possible and those molds are made soon enough include 4-5 cast of each of the new molds with the order.

2

CHS00003504

# Exhibit

# 99.

Highly Confidential - Unredacted Version Filed Under Seal

# RE: Pad done

**From:** Chapterhouse Studios - Sales -  ███████████████
**To:** Wyatt Traina ██████████████████
**Date:** Thu, 26 Nov 2009 09:37:21 -0600

Wyatt,

Happy "get fat" day :)

Just talked to another of our sculptors today ████████████████████
███████████████████████████████████████████████████████████████

Just giving you a heads up,  Ill send you some tubing and your pad back to work on monday.

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message ████████████
**From:** Wyatt Traina ████████████████████
**Sent:** Wednesday, November 25, 2009 3:08 PM
**To:** Chapterhouse Studios - Sales
**Subject:** Re: Pad done

Yeah, I mean that would work I think.  The drop on the saw blade is completely seperate, and is just glued on.  Also it is based on plasticard.  It should pop off pretty easily, and already be fitted to the curve of the pad.  If you don't feel comfortable popping it off, you can send it back to me and I would be happy to do it.

████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████

Thats the only real problem I see with the pad thing is that if you want to have the drop be transferable from Fleshtearers to Blood angels pads, the drop would need to basically sit on the same part of the pad since the curvature is pretty wacky on them.

1

HIGHLY CONFIDENTIAL

On Wed, Nov 25, 2009 at 3:46 PM, Chapterhouse Studios - Sales <span style="background:black"></span> wrote:

I just thought of something while I was in the shower, LOL.

I dont know how you put the blood drop on the pad you sculpted. Would it be possible for you to remove it in one piece?? We could cast the blood drop seperate from the saw blade and pad. This would make it totally not IP infringement and sell the blood drops for a very small amount to go with the pad so the customers can simply glue it on!



Thoughts?

I dont think the blade sticking out of the pad would go too well for most players, most players are very hard-core players who dont like deviating too much from the 40K norm, sorry!

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** Wyatt Traina
**Sent:** Wednesday, November 25, 2009 11:32 AM
**To:** Chapterhouse Studios - Sales
**Subject:** Re: Pad done

Sorry, I hit send to early. I meant to explain that a little. The Rediculous thing is the saw blade coming out from the shoulder pad. The little guy dead center is a blood drop. Maybe you could have one on the other side too.

-Wyatt

On Wed, Nov 25, 2009 at 12:29 PM, Wyatt Traina <span style="background:black"></span> wrote:
I agree on the vehicle Icon. I talked to a friend and he came up with a pretty cool idea for a pad design. I did a REALLY quick paint sketch of it.
-Wyatt

2

CHS00003640

On Tue, Nov 24, 2009 at 9:13 PM, Chapterhouse Studios - Sales
████████████████ wrote:

████████████████████████████████████████████████

http://www.dakkadakka.com/dakkaforum/posts/list/266980.page#1137363

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** Wyatt Traina ███████████████████
**Sent:** Tuesday, November 24, 2009 3:37 PM
**To:** Sales - Chapterhousestudioss
**Subject:** Re: Pad done

Thats unfortunate. I just saw the dakka dakka thread and was getting pretty excited.

Ill look at a rhino I have at home when I get there and try coming up with some ideas.
I do think we should give another look at the saw blades on the ridges like my drawing
since that wouldnt make issue with IP
On Tue, Nov 24, 2009 at 5:04 PM, Sales - Chapterhousestudioss
████████████████████████ wrote:

Just talked to our IP attorney.

They recommend we not do a Flesh Tearers pad that copies the GW design that is in illustration
(IE an Icon). My bad for having you do that (still a good piece and youll get paid for it). Now if we
can do icons for vehicles that are similar but much more involved, we can do that.. we will have to
get an idea down before you progress though.

████████████████████████████

I don?t know its up to your imagination.

3

CHS00003641

Nick

-----Original Message-----
**From:** Wyatt Traina ███████████
**Sent:** Monday, November 23, 2009 9:55 PM
**To:** Chapterhouse Studios - Sales
**Subject:** Re: Pad done

Nick,

This is good news. I am really looking forward to seeing someone at a tournament with this stuff and being able to tell them I sculpted it. I will work on the cuts.

██████████████████████████████████

I am certainly interested in doing some more stuff. Please let me know what you need done. Ideally I would get more than one project going at the same time. This helps me because I can work on other things while the green stuff hardens.

Pleasure working with you,
-Wyatt

On Mon, Nov 23, 2009 at 7:11 PM, Chapterhouse Studios - Sales
██████████████████████████ wrote:

Wyatt,

It looks pretty good! I am impressed, many times we get stuff in and there is no cleanliness to the final product. Only thing I could notice was that you may want to practice on your cuts, clean and sharp scalpels help alot to keep edges clean (just on the saw blade sides).

Ill send this in when we get our next molds made in a couple of weeks.

That being said, you want another pad to do? What is your paypal?

Sincerely,

HIGHLY CONFIDENTIAL                                                    CHS00003642

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** Wyatt Traina █████████████████
**Sent:** Monday, November 16, 2009 7:05 PM
**To:** Sales - Chapterhousestudioss
**Subject:** Pad done

Hello Nick,
I attached pics of the pad pretty much done. I still need to pop the blood drop off and sand the area where it makes contact with the pad so that it fits snugly on the curved pad, but other than that its good to go. Let me know if you want anything else changed, and If you think that this is a successful "Audition" piece.

-Wyatt

5

HIGHLY CONFIDENTIAL

CHS00003643

# Exhibit

# 100.

Highly Confidential – Unredacted Version Filed Under Seal

# RE: Angels VEX icons

**From:** Chapterhouse Studios - Sales ▮
**To:** Wyatt Traina ▮
**Date:** Mon, 15 Mar 2010 23:45:00 -0500

Wyatt,

Best to send them in a small box, the post office may not have liked the box in an envelope?

For now on, its probably best to just pack them up in a box of bubble envelope.


Sincerely,


Nick - Sales and Design

Chapterhouse Studios


-----Original Message-----
**From:** Wyatt Traina ▮
**Sent:** Monday, March 15, 2010 10:57 PM
**To:** Chapterhouse Studios - Sales
**Subject:** Re: Angels VEX icons

damn that's bad news. There was a slim metal box inside that envelope with the stuff I sent. The metal box also had your address and my return address. Hopefully it finds its way back. Very upsetting. Ill let you know if it shows up here.

On Mon, Mar 15, 2010 at 10:22 PM, Chapterhouse Studios - Sales ▮ wrote:
Wyatt,

Called and left you a message, received an EMPTY envelope in the mail today. Was weird, especially since I was expecting a small box or something, there was a opening on the bottom corner as well.


Sincerely,

1

HIGHLY CONFIDENTIAL
CHS00005420

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** Wyatt Traina [▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮]
**Sent:** Friday, March 12, 2010 11:16 AM
**To:** Sales - Chapterhousestudioss
**Subject:** Re: Angels VEX icons

Oh and if you have extra business cards kickin around, you should send me some. I am going to Adepticon this year and I would be happy to give them to my opponents as free advertising. I will be going with an army that has a lot of greenstuff work that I have done, and Ill say that if you like what I have done, you should check out CHS.

-Wyatt

On Fri, Mar 12, 2010 at 9:11 AM, Wyatt Traina ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
Sent it all out today. Keep your eyes peeled.

On Wed, Mar 10, 2010 at 7:37 AM, Sales - Chapterhousestudioss
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

That will work.



-----Original Message-----
**From:** Wyatt Traina ▮▮▮▮▮▮▮▮▮▮▮▮
**Sent:** Wednesday, March 10, 2010 9:34 AM
**To:** Sales - Chapterhousestudioss
**Subject:** Re: Angels VEX icons

So you want me to send it in with the wire then? Ill mail everything out tomorrow if so.

I can work on the terminator pads now since the icons are ready for the release.

2

CHS00005421

On Wed, Mar 10, 2010 at 11:54 AM, Sales - Chapterhousestudioss
█████████████████████ > wrote:

OK, if anything we can modify the master cast before its production cast (regarding the wire).

I think we have sold something like 200-300 FT pads so far. Any word on the Terminator ones :P ?

Nick

-----Original Message-----
**From:** Wyatt Traina [█████████████████]

**Sent:** Wednesday, March 10, 2010 8:31 AM
**To:** Chapterhouse Studios - Sales
**Subject:** Re: Angels VEX icons

I left the wire in intentionally. It has been filed on the points to make them soft. I think it provides a nice boundry between the feathers and the environment, but if you want, I can certainly cut it off before I send it.

On another note, when these are ready to go, ill send them along with the FT stuff. ███████████████████████████████████ The important thing is to get these out before the BA codex.

I think Flesh Tearers will be a popluar army on account of the special character thats coming out for them, so you stand to make some pretty good money. I would love to know how much FT stuff you sell.

-Wyatt

On Wed, Mar 10, 2010 at 12:33 AM, Chapterhouse Studios - Sales
█████████████████████ > wrote:

Only critique I have at the time is the larger ones wires will be showing unless you cut them or cover them with GS and sculpt on them.

3

    CHS00005422

Good job :)


Sincerely,


Nick - Sales and Design

Chapterhouse Studios


-----Original Message-----
**From:** Wyatt Traina [█
**Sent:** Tuesday, March 09, 2010 9:09 PM
**To:** Sales - Chapterhousestudioss
**Subject:** Angels VEX icons

Hey Nick

████████████████████████████████████████ Let me know if
you have any comments, and Ill sort it out and send em in time for the BA
release.


-Wyatt

4

CHS00005423

# Exhibit

# 101.

Highly Confidential - Unredacted Version Filed Under Seal

**From:**      Nick ███████████████

**Sent:**      Thursday, November 26, 2009 7:36 AM

**To:**      'Tomas F' ██████████████████

**Subject:**      RE: two things

███████████████████████████████
███████████████████████████████
███████████████████████████████

Sincerely,

Nick - Sales and Design
Chapterhouse Studios

-----Original Message-----
From: Tomas F ████████████████████
Sent: Thursday, November 26, 2009 9:31 AM
To:████████████████
Subject: Re: two things

Good idea.

███████████████████████████████
███████████████████████████████
███████████████████████████████

On Wed, Nov 25, 2009 at 9:48 PM, Nick <nvillacci@verizon.net> wrote:
> I think we will have him remove his blood drop and sell the drops
> separate
> :)
>
> So the pad will have a sawblade on it and that's it.  We would sell
> the blood drops seperately for a small price. ████████████████
████████████████████████████████
████████████████████████████████
>
> Viola, non-IP infringement!
████████████████████████████████
████████████████████████████████
>
> Sincerely,
>
> Nick - Sales and Design
> Chapterhouse Studios
>
>
>
> -----Original Message-----
> From: Tomas F █████████████████████
> Sent: Wednesday, November 25, 2009 11:34 AM
> To:████████████████
> Subject: Re: two things

HIGHLY CONFIDENTIAL

>
>

[redacted]

> I have a techmarine, must show you pic first though or if you send me
> 2 apotechary minis I can paint both up and give you one of them.
> (plastic, new apot kit though) They cost like two bucks per apot kit
> on ebay or btown.
>
> Dont forget the NEW hammers though and 1-2 eagle shields.

[redacted]

>
>
> On Wed, Nov 25, 2009 at 5:43 PM, Nick [redacted] wrote:
>> Vulkan was awesome... if you want to do something for a xmas present
>> for me, I would always take nicely painted model(s) as a gift, and
>> cheap for you too :P
>>
>> I could use a good techmarine and apothecary :) Shoot Id even pay
>> for the model.
>>

[redacted]

>>
>> Can you work with the pad that's already done (would be good, as I
>> would hate to waste the time and effort) unless its less work to
>> start anew.
>>
>> Nick
>>
>> -----Original Message
>> From: Tomas F [redacted]
>> Sent: Tuesday, November 24, 2009 10:19 PM
>> To: [redacted]
>> Subject: Re: two things

[redacted]

>>
>> Send me 1 or 2 resin eagle shields IF you have some loose lying
>> around, if not send 1-2 pewter eagle shields, flawless with handles
>> thanks. Need 15 "generic" hammers too for personal use. you know, the
>> ones just casted.
>>
>> Also need the segmented pod panels to add icons to. 3 will be enough.
>>
>> Was vulkan ok?
>>
>>
>> On Wed, Nov 25, 2009 at 4:08 AM, Nick [redacted] wrote:
>>> Well lets make some bases then!
>>>

[redacted]

HIGHLY CONFIDENTIAL

>>>

███████████████████████████████████

>> Can
>>> you do that (add to the pad) without scraping the pad? If I send it
>>> to
>> you?
>>>
>>> Sincerely,
>>>
>>> Nick - Sales and Design
>>> Chapterhouse Studios
>>>
>>>
>>>
>>> -----Original Message-----
>>> From: Tomas F ███████████████████
>>> Sent: Tuesday, November 24, 2009 8:09 PM
>>> To: Nick Villacci
>>> Subject: two things
>>>
>>>
>>> Hey dude, was thinking about the FT pads being illegal since they do
>>> 2D to 3D.
>>>

███████████████████████████████████

>>> Feels a bit cheesy to just do a plain circle on a pad. Idiot simple.
>>>
>>>
>>>

███████████████████████████████████

>>> Oh and enjoy the pics, was a fun mini to paint but a pain in the ass
>>> to

HIGHLY CONFIDENTIAL

>> get
>>> on a base. Oh the first home made lava and chrystal base is done.
>>> Now I
>> know
>>> how to make the suckers.
>>>
>>>
>>
>>
>>
>
>

HIGHLY CONFIDENTIAL

# Exhibit

# 102.

Highly Confidential - Unredacted Version Filed Under Seal

# Re: FT pics

**From:** Wyatt Traina ███████████
**To:** Chapterhouse Studios - Sales ███████████
**Date:** Sat, 20 Feb 2010 18:14:27 -0600

I cant see the attachment...

On Sat, Feb 20, 2010 at 7:06 PM, Chapterhouse Studios - Sales ███████████ wrote:
Hey Wyatt,

Hope you had a good trip.  See the attached photo,  I think it needs some more breaks in it, and if you look the angles are alot more random with less long straight edges, looks good though.

Make sure the plasticard underneath and the greens are seamless and identical in shape.

Its been a crazy crazy week,  sales are nuts for the new tyranid heads we just released.  I think if you time your sculpting well, we can release your stuff in time for the Blood Angels codex coming up.

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

        -----Original Message-█████
        **From:** Wyatt Traina [███████████
        **Sent:** Saturday, February 20, 2010 4:24 PM
        **To:** Sales - Chapterhousestudioss
        **Subject:** FT pics

        Nick,
        I just got back from a vacation and took pics of the smallest vehicle icon.  I added the stone texturing, and made it thicker.  Let me know what you think and Ill do it to the other icons.

        -Wyatt

1

CHS00012596