| | | |
|---|---|---|
| | shoulder pad. It has a mailed hand on it in a clawing motion. The shoulder pad itself is armored strips similiar to older MK shoulder pads. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad. Sized to fit regular terminator armor figures. | |
| 73 | Banded Armor Terminator Pad (3)  This is a shoulder pad that is about the same size as a GW shoulder pad. It consist of horizontal plates or "bands" of armor similiar to older MK 1 armor. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad. Sized to fit regular terminator armor figures. | Mk1 refers to a type of Space Marine armour. Games Workshop sells a Mk1 armoured Space Marine – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1140240&rootCatGameStyle=  **Miniature designed by Jes Goodwin** |



The Horus Heresy - Collected Visions 2007, page 139
**(3086 LemanRuss/ Franz Vohwinkel / Black Library / 2004)**



p20 Warhammer 40,000 Compilation 1991 **(John Blanche / 1991 )**

<table>
<tr>
<td></td>
<td></td>
<td>



p32 Codex Space Marines 2008. **(KK325 / Karl Kopinski / 2004 )**

Iron Hands are a Space Marine Chapter.

Terminator is a style of Space Marine armour.

</td>
</tr>
<tr>
<td>74</td>
<td>

Banded Power Armour Shoulder Pads (3)



This is a shoulder pad that is about the same size as a GW power armor shoulder pad. It consist of horizontal plates or "bands" of armor similiar to older MK 1 armor. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad. Sized to fit regular power armor figures.

</td>
<td>

Mk1 refers to a type of Space Marine armour. Games Workshop sells a Mk1 armoured Space Marine – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1140240&rootCatGameStyle=

</td>
</tr>
</table>



**Miniature designed by Jes Goodwin**

MARK 1

p20 Warhammer 40,000 Compilation 1991 **(John Blanche / 1991 )**



p32 Codex Space Marines 2008. **(KK325 / Karl Kopinski / 2004 )**

Power armour is the most common style of Space Marine armour.

Iron Hands are a Space Marine Chapter.

| 75 | Studded Rimmed Shoulder Pad MKV (3)  This is a shoulder pad with a raised crest on it. This shoulder pad works well with any loyalist or chaos space marine® army. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models. | Forge World sell Mark V Heresy Space Marines - they are available on our website http://www.forgeworld.co.uk/Warhammer-40000/Space_Marines/Space_Marine-Infantry-Accessories/MK-V-HERESY-ARMOUR.html |



**Models designed by Will Hayes and Phil Stutcinskas**,



Mk5 "Heresy" Pattern          Mk6 "Corvus" Pattern

p20 Codex Space Marines 2008 **(NH_SM_20  / Neil Hodgson / 2008 )**

Loyalist refers to the Space Marine Chapters that fight for the Imperium of Mankind – see product 15.

| | | Chaos Space Marines is a Warhammer 40,000 army – see product 2.<br><br>Tactical is a Space Marine squad designation – see product 56. |
|---|---|---|
| 76 | Five (5) Heresy Era Jump Packs for Space Marines (1)<br><br><br><br>This is a set of FIVE (5) Resin and Metal Jump Pack for Space Marines®. It is sculpted to fit in with the Heresy Style Jump Packs. The main Jump Pack is Resin and the control flaps are metal. Designed to fit on the standard Space Marines® back. Suitable for any other 28mm scale miniatures as well. | Space Marines use jump packs. Heresy refers to the type of jump pack used during the Horus Heresy.<br><br><br><br>The Horus Heresy – Collected Visions 2007, page 284<br>**(2121 assault squad/ James Brady / Black Library / 2005)** |





Back pack designed by Aly Morrison

| 77 | Masked Heresy Heads for Space Marines – 4 (2)  This is a resin sprue of 4 "Heresy" style heads for space marines® with rebreather mask. Each sprue comes with 4 heads. | Heresy refers to Mk V Heresy armour – see product 2. |
|---|---|---|
| 78 | MK I Heresy Era for Space Marine "Thunder Armor" Shoulder Pad (3)  This is a shoulder pad with armored plates on it, commonly known as "Thunder Armor" or Mk I space marine power armor. This shoulder pad works well with any loyalist or chaos space marine® army. Perfect for Heresy era armies. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models. | Thunder armour is the alternative name for Mk 1 Space Marine armour.  |

| | | |
|---|---|---|
| | | **Miniature designed by Jes Goodwin**  p20 Warhammer 40,000 Compilation 1991 **(John Blanche / 1991 )** See product 68.<br><br>Loyalist refers to the Space Marine Chapters that fight for the Imperium of Mankind.<br><br>Chaos Space Marines is a Warhammer 40,000 army.<br><br>Tactical is a Space Marine squad designation. |
| 79 | Spikey Heresy Heads for Space Marines (2) | Heresy refers to a style of Space Marine armour. |



This is a resin sprue of 4 "Heresy" style heads for space marines®.



p111 *Horus Heresy: Collected Visions* ©2007 **artwork by Justin Norman**



p197 *Horus Heresy: Collected Visions* ©2007 **artwork by Kenson Low**



p309 *Horus Heresy: Collected Visions* ©2007 **artwork by Kenson Low**

| 80 | Studded Power Armor Pad for MK 5 (3)<br><br><br><br>This is a studded power armor shoulder pad.  It works well as a MK V shoulder pad. Dimensions are equivalent to current GW plastic pads. | Mk V armour<br>Forge World sell Mark V Heresy Space Marines  - they are available on our website<br>http://www.forgeworld.co.uk/Warhammer-40000/Space_Marines/Space_Marine-Infantry-Accessories/MK-V-HERESY-ARMOUR.html |



**Models designed by Will Hayes and Phil Stutcinskas**,



Mk5 "Heresy" Pattern     Mk6 "Corvus" Pattern

p20 Codex Space Marines 2008
**(NH_SM_20  / Neil Hodgson / 2008 )**

Power armour is the most common style of Space Marine armour.

| 81 | Celtic Wolf Shield for Space Wolves (3)<br>This is a celtic style round Storm or Combat shield with a wolf on the front, it utilizes the same handles as our other shields (seperate component for the hand grip). It looks great for Space Wolf (Space Wolves) armies or any other Sons of Russ Space Marine® Chapter.<br><br>Cast in pewter.<br><br>Diameter of shield is 22 mm. | The product implicates trademark issues only, not copyright. |
| --- | --- | --- |
| 82 | Rhino Conversion Kit for Space Wolves (2)<br><br>This is a resin conversion kit for the games workshop rhino kit. It consist of 2 side doors, 1 front panel, and 1 top hatch. The style incorporates wolf totems, furs, and viking like icons. Looks great when used for space wolf armies. | A Rhino is a Space Marine vehicle used by the Space Wolves Chapter.<br><br>Codex Space Wolves 2000, page 19<br>**Miniature designed by Bob Naismith** |



Codex Space Wolves 2009, page 77

The Space Wolves Chapter's iconography includes wolf skulls (often shown over a diamond), wolf tails and fangs –

# SPACE WOLVES



p1, Codex Space Wolves 2009 **(AB893 / Alex Boyd / 2009 )**

http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat440177a&prodId=prod260002a&rootCatGameStyle=



**Miniature designed by Jes Goodwin, Martin Footit and Juan Diaz Ramos**



Space Marine Collector's Guide 2003, page 32
**Miniature designed by Jes Goodwin**
Forge World sells a Space Wolves conversion pack for the Rhino –
http://www.forgeworld.co.uk/Warhammer-40000/SPACE-WOLVES-RHINO-DOORS-AND-FRONT-PLATE.html



**Miniature designed by Simon Egan**

| 83 | Storm Combat Space Tech Shield for Wolves (3) | Space Wolves are a Space Marine Chapter. |
| --- | --- | --- |
|  |  | Storm shields and combat shields are used by Space Marines. |

This is a Storm or Combat shield with a Tech-Wolf on the front, it utilizes the same handles as our other shields (seperate component for the hand grip). It is a light weight white metal bit. It looks great for Space Wolf (Space Wolves) armies or any other Sons of Russ Space Marine® Chapter. Supplied unpainted.



p34 Codex Space Wolves 1994
**(WE139 / Wayne England/ 1993 )**

| | | |
|---|---|---|
| 84 | Celtic Storm or Combat Shield (3)<br>This is a white metal combat or storm shield for 28 mm figures. It works great on space marines® or any fantasy models. We have designed a circular celtic shield, this is more suitable for a power armor marine, vs a Terminator marine (it would look a bit small for the larger armor). It includes a seperate grip guard. Supplied unpainted. | The product implicates trademark issues only, not copyright. |
| 85 | Generic Hammer 2 (2)<br><br>This is a Generic Thunder or Power hammer. Sold as a single white metal pewter bit. Works well with fantasy or sci-fi 28mm figures. Looks great on Empire models or on Space Marines®. | The product implicates trademark issues only, not copyright. |
| 86 | Imperial or Eagle Storm Shield (2) | The product implicates trademark issues only, not copyright. |

| | | |
|---|---|---|
| | A high detail shield based on an eagle theme, useful on high elf or emperor fantasy models as well as space marine® models.<br><br>The front of this shield has an eagle head and feathers sculpted, the rear of the shield has a hand hold that enables power armor marines to hold the shield. It is designed to be modeled on either power armor marines or terminators. This highly detailed bit is cast in PEWTER. | |
| 87 | "Heresy" Armoured Drop Pod Door (1)<br><br><br><br>This is a highly detailed resin armored panel that fits on the Drop Pod Kit door. It is a single piece that fits over the standard door, this is sculpted to resemble an "heresy era" armored panel. This is a single door. We recomend buying a set of 5 for the regular drop pod model kit. | A drop pod is a Space Marine vehicle. Games Workshop sells drop pods on its website – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1560026&rootCatGameStyle=<br><br><br><br>**Miniature designed by Tom Walton**<br><br>Heresy is a reference to Mk V Space Marine armour. |



Mk5 "Heresy" Pattern     Mk6 "Corvus" Pattern

p20 Codex Space Marines 2008 **(NH_SM_20 / Neil Hodgson / 2008 )**

The pattern more closely resembles Mk 1 Space Marine armour.



**Miniature designed by Jes Goodwin**

The Horus Heresy - Collected Visions 2007, page 139
**(3086 LemanRuss/ Franz Vohwinkel / Black Library / 2004)**

| 88 | Armoured Predator Armour Kit – side  (1) | The product implicates trademark issues only, not copyright. |
| --- | --- | --- |
|  | This is a new Armored Predator kit for Space Marines®, it includes 3 strips of Reactive armor that can be cut to size as well as ONE heavily armored "off-centered cockpit"  Fits the standard Games Workshop Space Marine® Predator kit. |  |
|  | This is our answer to the silly idea that a more heavily armored predator tank has the same front as a flimsy rhino tank.  This is a Resin kit. |  |
| 89 | Armoured Predator Kit - Centred (1) | The product implicates trademark issues only, not copyright. |
|  | This is a new Armored Predator kit for Space Marines®, it includes 3 strips of Reactive armor that can be cut to size as well as a heavily armored "centered cockpit"  Fits the standard Games Workshop Space Marine® Predator kit. |  |
|  | This is our answer to the silly idea that a more heavily armored predator tank has the same front as a flimsy rhino tank.  This is a Resin kit. |  |

| 90 | Armoured Rhino for Space Marine Tank Door & Armor Kit (1) | The pattern on these components is Mk 1 type Space Marine armour |
|---|---|---|
| | <br><br>This is an new and original Armored Space Marine® Rhino kit, it includes 2 side doors, 2 rear armor panels, 2 front armor panels, 2 top hatch armored panels and a front armored cockpit panel. Fits the standard Games Workshop Space Marine® Rhino kit. This is very similiar to MK I Space Marine® armor and would fit well with an Heresy era army. | <br><br>**Miniature designed by Jes Goodwin**<br><br><br>The Horus Heresy - Collected Visions 2007, page 139<br>**(3086 LemanRuss/ Franz Vohwinkel / Black Library / 2004)**<br><br>Rhino is a Space Marine tank.<br><br>Heresy is a reference to Mk V Space Marine armour. |

| | |  p20 Codex Space Marines 2008 **(NH_SM_20 / Neil Hodgson / 2008 )** |
|---|---|---|
| 91 | Brazier – Dragon / Serpent - 2 pieces (1)<br>This is a stylized dragon or snake brazier, it comes in 2 pieces (flat backing and the front) and is pewter. It is approximately .63 millimeters tall and .36 millimeters at its widest. This is perfectly designed to add to any vehicles, we include it with our Salamanders Landraider kit. Looks great on dreadnoughts and any other vehicles with flat areas. | The product implicates trademark issues only, not copyright. |
| 92 | Brazier – Eagle – 2 pieces (1)<br>This is a stylized eagle brazier, it comes in 2 pieces (flat backing and the front) and is pewter. It is approximately .62 millimeters tall and .33 millimeters at its widest. This is perfectly designed to add to vehicles, we include it with our Salamanders Landraider kit. Looks great on dreadnoughts and any other vehicles with flat areas. | The product implicates trademark issues only, not copyright. |

| | | |
|---|---|---|
| 93 | Mark I Rhino Conversion Kit (1)<br>This is an new and original Mark I or Heresy Era Rhino conversion kit, it includes 2 side doors, 2 Left Side Engine Grates, 2 Right side Engine Grates, 2 choices for the front cockpit armor panel, and one old style bolter cuppola cover. Fits the standard CURRENT Games Workshop Space Marine® Rhino kit. | The product implicates trademark issues only, not copyright. |
| 94 | Rhino Tank Conversion Kit for Space Marine Dragon or Salamander (1)<br><br>The rhino accessory kit is composed of doors, front panels and armor sections to accessorize the current space marine® rhino model kit. Themed in a dragon or salamander style also good for alpha legion. It currently includes - 1 front armor panel, 2 side door, 2 top hatch panels, and 4 scaled armor panels. This kit is composed completely of unpainted resin-plastic, sometimes parts must be cut down to fit due to the casting process. | Rhino is a Space Marine tank.<br><br>Codex Space Wolves 2009, page 77<br><br>Salamanders are a Space Marine Chapter<br><br>The two pieces on the far left in the top row have the Salamanders Space Marine Chapter icon on them. The two pieces on the far right on the top row join up to make a Salamanders icon.<br><br> |

|  |  | Index Astartes IV, 2004, page 19<br>**(NH Salamander Graph/ Neil Hodgson / 2004)** |
|---|---|---|
| 95 | Mycetic Spore for Tyranids  (1)<br><br>We have our first cast in of our Mycetic Spore, available here, as you can see it could realistically transport a carnifex ora  brood of gaunts.  This is a 4 piece model and will be selling for $30.00.  We will have another set that will come with a base for $34.50 in the near future.<br><br>This is Chapterhouse Studios version of the Mycetic Spore.  The spore is a highly detailed 4 piece resin model which includes an option weapon arm (that can have a tyranid weapon glued on the end).  It is easily assembled (coming in 2 halves and a top piece).<br><br>Each spore is large enough to realistically hold a swarm of | Tyranids are a Warhammer 40,000 army.<br><br>A Carnifex is a Tyranid creature.<br><br>A Mycetic spore is a Tyranid creature. It is used to transport other Tyranid creatures from vessels in orbit onto a planet.<br><br><br>Warhammer 40,000  Tyranids 2009, page 54<br>**(AB929_Mycetic_Spore / Alex Boyd / 2009)**<br><br>Games Workshop has not made a model of a Mycetic spore (and may not do so).<br><br>Gaunts are a type of Tyranid creature.<br><br>The two Tyranid miniatures in Chapterhouse's top right image are a Carnifex (left – with Chapterhouse's Tervigon components attached) and a Games Workshop Termagaunt (right).<br><br>Termagaunt |

models or even a large monstrous creature like the carnifex.

The Mycetic Spore is approximately 6 inches tall and 4.5 inches in diameter.

We have this item in limited stock and will ship out as they are produced.



p39 Codex Tyranids 2009.
**(AB927 / Alex Boyd / 2009 )**

Carnifex



p32 Codex Tyranids 2009. **(AB681 / Alex Boyd / 2004 )**

| 96 | Pre-Heresy Scarab Shoulder Pads for Thousand Sons Marines – Term  (1)<br><br>These shoulder pads are designed to replace the current era Space Marine® Terminator Shoulder Pads. Each pad is in the pre-heresy style and has a scarab sculpted onto the surface These pads works well with any egyption themed army, and is similiar to those worn by heresy era Thousand Sons Space Marines®.  Sold in pairs or a rigth and left pad.<br><br>Two shoulder pads cast in pewter. | The product implicates trademark issues only, not copyright. |

| | | |
|---|---|---|
| 97 | Scarab Shoulder Pad for Thousand Sons - Power Armor (1)<br>This is a shoulder pad that is about the same size as a GW power armor shoulder pad.  It consist of a Egyption Style Scarab on a shoulder pad.   This pad works well with any egyption themed army, and is similiar to those worn by heresy era Thousand Sons Space Marines® shoulder pad.  Sized to fit regular power armor figures.<br>Single Pad Cast in pewter. | The product implicates only trademark issues and the shape/design of the underlying shoulder pad. |
| 98 | Starburst Shoulder Pad for Thousand Sons Marines - Power Armor (1)<br>This is a shoulder pad that is about the same size as a GW power armor shoulder pad.  It consist of a Starburst on a shoulder pad.   This pad  is similiar to those worn by heresy era Thousand Sons Space Marines® shoulder pad.  Sized to fit regular power armor figures.<br>Single Pad Cast in pewter. | The product implicates only trademark issues and the shape/design of the underlying shoulder pad. |
| 99 | Shoulder Pad for Mantis Warriors Marines - Power Armor (1)<br>We also have a rather nice Mantis Warriors space marine pad set, these were done for a customer.  They turned out great and he allowed us to use his painted pads to showcase the new releases.  We were able to do a Power Armor and a Terminator piece.<br>This is a shoulder pad with a Praying Mantis head on the surface, with added chains sculpted on the edges .  This shoulder pad works well with Mantis Warrior space marine armies®.  This is the standard size space marine® tactical shoulder pad cast in pewter. | The product implicates only trademark issues and the shape/design of the underlying shoulder pad. |

| | | |
|---|---|---|
| | One pewter pad. | |
| 100 | Shoulder Pad for Mantis Warriors Marines – Terminator (1)<br><br>This is a shoulder pad with a Praying Mantis head on the surface, with added chains sculpted on the edges . This shoulder pad works well with Mantis Warrior space marine armies®.  This is the standard size space marine® terminator armor shoulder pad cast in pewter.<br><br>One pewter pad. | The product implicates only trademark issues and the shape/design of the underlying shoulder pad. |
| 101 | Shoulder Pad for Blood Ravens Marines - Terminator  (1)<br><br><br><br>Lastly for the pads, we resculpted the Blood Ravens shoulder pads to have a blood drop instead of an inverted drop.  The previous pads will be listed as Blood Eagle pads, while the updated sculpts will be listed as Blood Ravens pads.<br><br>This is our NEW shoulder pad with a rave on the surface,  the wings of the bird are surrounding a blood drop or gem.  This shoulder pad works well with Blood Raven or Blood Angel themed armies.  This is the standard size space marine® terminator armor  shoulder pad cast in pewter.<br><br>Single Pewter Pad. | Blood Raven/Blood Angels<br>The Blood Ravens are a Space Marine Chapter for the Dawn of War computer game (produced under licence by THQ) -<br>http://www.dawnofwargame.com/us/game/index/gameId/1<br><br><br><br>The Art of Warhammer 40,000 2006, page 71<br>**(NH Blood Raven / Neil Hodgson / 2005)**<br><br>The Blood Raven's icon is a raven with outstretched wings (like the Aquila, double |

headed eagle) with a blood drop centred on its torso.

Forge World sell a Blood Raven decal/transfer sheet on their website -
http://www.forgeworld.co.uk/Warhammer-40000/BLOOD-RAVENS-TRANSFER-SHEET.html

Decals are used to decorate Space Marines, including shoulder pads.



**(Blood Raven Transfer / Paul Rudge / 2010)**

The Blood Angels are a Space Marine Chapter. Their iconography includes blood drops.

|   |   |   |
|---|---|---|
|   |   |  **(NH Angels Graph Paper/ Neil Hodgson / 2001)** **(WE322 Blood Angels Icon / Wayne England / 1995)** |
| 102 | Shoulder Pad for Blood Ravens Marines - Power Armor (1)  This is our NEW shoulder pad with a rave on the surface, the wings of the bird are surrounding a blood drop or gem. This shoulder pad works well with Blood Raven or Blood Angel themed armies. This is the standard size space marine® Tactical Marine shoulder pad cast in pewter. Single Pewter Pad. | Blood Raven/Blood Angels The Blood Ravens are a Space Marine Chapter for the Dawn of War computer game (produced under licence by THQ) - http://www.dawnofwargame.com/us/game/index/gameId/1 The Art of Warhammer 40,000 2006, page 71 **(NH Blood Raven / Neil Hodgson / 2005)** The Blood Raven's icon is a raven with outstretched wings (like the Aquila, double headed eagle) with a blood drop centred on its torso. Forge World sell a Blood Raven decal/transfer sheet on their website - |

http://www.forgeworld.co.uk/Warhammer-40000/BLOOD-RAVENS-TRANSFER-SHEET.html

Decals are used to decorate Space Marines, including shoulder pads.



**(Blood Raven Transfer / Paul Rudge / 2010)**
The Blood Angels are a Space Marine Chapter. Their iconography includes blood drops.



(NH Angels Graph Paper/ Neil Hodgson / 2001)
(WE322 Blood Angels Icon / Wayne England / 1995)

| 103 | Dragon or Salamander Variant Rhino Door Kit (1) | Space Wolves are a Space Marine Chapter. |
|---|---|---|

Dragon or Salamander Variant Rhino Door Kit (1)



We also have 3 new Rhino Conversion Kits for the Space Wolves, Dragon based Chapters, and a Tactical Door kit with skulls (click on photos for product page).

The rhino accessory kit is composed of 2 side doors and 1 front panel to accessorize the current space marine® rhino model kit. Themed in a dragon or salamander style also good for alpha legion.

This kit is composed completely of unpainted resin-plastic, sometimes parts must be cut down to fit due to the casting process.

Space Wolves are a Space Marine Chapter.

Rhino is a Space Marine tank.

Alpha Legion is a Space Marine Legion.



Index Astartes IV 2004, page 31

(NH Alpha Legion / Neil Hodgson / 2004)

Its icon is a creature that has the body of a snake and three horned dragon heads. The colour of the icon is bright green.



Index Astartes IV, 2004, page 31

Forge World sells an Alpha Legion Land Raider conversion kit on its website - http://www.forgeworld.co.uk/Warhammer-40000/ALPHA-LEGION-LAND-RAIDER-DOORS.html



**Models designed by Simon Egan**

The left and right components are decorated with Salamanders Chapter icons

| | | |
|---|---|---|
| | |  Index Astartes IV, 2004, page 19<br>**(NH Salamander Graph/ Neil Hodgson / 2004)** |
| 104 | Rhino Conversion #2 kit For Space Wolves (1)<br><br><br><br>This is a resin conversion kit for the games workshop rhino kit. It consist of 2 side doors, 1 front panel, and 1 top hatch and extra armor. The style incorporates wolf totems, furs, and viking like icons. Looks great when used for space wolf armies.<br><br>8 piece resin kit. | Space Wolves are a Space Marine Chapter.<br><br>The Space Wolves Chapter decorates its vehicles with wolf's heads shown face on.<br><br><br><br>Warhammer 40,000 Space Wolves 2009, page 78.<br>**(NH821 SW Filler/ Neil Hodgson / 2009)** |
| 105 | Tactical Rhino Doors with Skulls Kit (1)<br><br><br><br>The rhino accessory kit is composed of 2 side doors and 1 front | Games Workshop sells products decorated with piles of skulls.<br><br>Basilica Administratum - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1095506&rootCatGameStyle= |

panel to accessorize the current space marine® rhino model kit. Sculpted with the standard Tactical Arrow and integrating skulls..

This kit is composed completely of unpainted resin-plastic, sometimes parts must be cut down to fit due to the casting process.



**Miniature designed by Dave Andrews**
Realm of Battle board - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod730814&rootCatGameStyle=



**Product designed by Dave Andrews**

| 106 | Rhino Tank Conversion Kit for Iron Snakes (1) | The three components on the top row have Iron Snakes icons on them. |
| | | The Iron Snakes are a Space Marine Chapter used in the Games Workshop Black |



The rhino accessory kit is composed of 2 side doors, 1 top hatch, 1 front panel and 4 scaled armor sections to accessorize the current space marine® rhino model kit. Themed in a greek and snake style with shields and spears this kit makes a great Iron Snake Rhino. This kit is composed completely of unpainted resin-plastic, designed to fit on a standard Games Workshop Rhino kit.

Library novels. http://www.blacklibrary.com/



The Art of Warhammer 40,000 2006, page 70
(NH Iron Snakes / Neil Hodgson / 2005)



(CL Bro of Snake / Clint Langley / Black Library / 2007)

The Iron Snakes icon is a snake facing left with its mouth open and its body arched.

| 107 | **28mm Spartan Heads** | The product implicates trademark issues only, not copyright. |

| | | |
|---|---|---|
| | **released this week -** Friday, 18 February 2011 05:58<br><br>**Spartan Heads compatible with Space Marine® models**<br><br>**Price:** $5.50<br><br>This is a single pewter sprue of 5 different spartan armored heads that are scaled to be compatible with Games Workshop Space Marine® models.<br><br>The "Spartan Heads compatible with Space Marines" consist of a sprue of 5 pewter heads. Each head is different and this set sells for $5.50.<br><br>Original sculpt and painted by Tomas Fiertek. | |
| 108 | **Doomseer Iyanar Model Released**<br><br>Friday, 29 April 2011 19:22<br><br><br>Just added a new model to the website. This model is special for us in a few ways. Its our first full metal miniature, not just an accessory piece. We also have recently hired Angel Giraldez as a painter for many of our pieces.<br><br>If you have ever wanted a female HQ model for your army, this may be your lucky day. So with no more delays... | http://www.dakkadakka.com/dakkaforum/posts/list/60/347567.page   See post by Nick Villacci at19.58.36 on 29/04/2011 referring to this model as "New Female Farseer Stand-in model from ChapterhouseStudios.com - Doomseer Iyanar"<br><br>http://www.dakkadakka.com/dakkaforum/posts/list/90/347567.page<br>See post by Nick Villacci at 21.30.26 referring to the product being an Eldar model.<br><br>http://www.dakkadakka.com/dakkaforum/posts/list/150/347567.page<br>See post by Nick Villacci at 14.23.09 on 30.04.11 comparing this model to GW Eldar models<br><br>http://www.dakkadakka.com/dakkaforum/posts/list/180/347567.page |





Image from Dawn of War shown on a Relic wiki
http://wiki.reliccommunity.com/index.php?title=Farseer_Taldeer



### Doomseer Iyanar-Duanna
**Price: $13.50**



p26 Codex Eldar 2006.
**(DG352 / Dave Gallagher / 1999 )**





p7 Codex Eldar 1999. **(DG346 / Dave Gallagher / 1999 )**

Doomseer Iyanar-Duanna is cursed with the ability to forsee the slow death of her race. She shares the ability of all seers, to see the path of her race, but is only able to see the deaths of her people and nothing else. She was psychically scarred when she witnessed the death of an entire world-ship, she is now doomed to spend every moment of her life tracking down the creature responsible.

The "Doomseer" is only available from Chapterhouse Studios. The unpainted 28mm scale pewter model consist of 5 pieces - body

and 4 variant arms.  A 25mm slotted base is included.



**Miniature designed by Mike McVey**
Painted by the hobby team.



p23 Codex Eldar 2006. **(JG / Jes Goodwin / 2004 )**
Eldar helmets are tall and have a depressed section cut into the face area.



p154 Warhammer 40,000 rulebook 2008. **(DG1118  / Dave Gallagher / 2007 )**

http://www.dakkadakka.com/dakkaforum/posts/list/210/347567.page See post by Nick Villacci at 22.23.28 on 02/05/2011 confirming that he is trying to fill in the blanks in the GW range.

Similarities to our Eldar models include:
- Icons on the helmet and the back of robes
- Shape of the sword
- All Eldar models have spirit stone, usually on the chest.  She also has one on her back.
- Clad in robes
- Singing Spear
- Shape of the helmet and cut out face

http://www.games-

workshop.com/gws/content/article.jsp?categoryId=&pIndex=1&aId=9000012a&start=2



Standard Eldar Helmet.

**Miniature designed by Jes Goodwin**

http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat440239a&prodId=prod1060055



**Miniature designed by Mike McVey**

Eldar Farseer helmet which elaborates on the standard helmet design by adding:

- two side extensions topped with stones, and

| | | a design on the forehead featuring a triangle with a lower triangular stem, a central eye-like circle and lines coming out of the sides of the triangle. |
|---|---|---|
| 109 | # June Releases out today!<br><br>Tuesday, 14 June 2011 00:15<br><br>A release that is due this month is our wheeled conversion kit for the Games Workshop Imperial Guard Chimera APC Kit. Call it a "rapid response" variant if you want. This resin kit is designed to replace the side hull and treads of the rugged Chimera APC with All Terrain Tires and a hazard-clearing front bumper. It consist of 9 resin parts and is in final stages of production.<br><br>This month we have a few items that are for sale starting today.<br><br>First off is this nice conversion kit for the Imperial Guard Chimera. Call it a rapid-response variant if you want, we just refer to is a the "Wheeled Chimera Conversion Kit". This kit is composed of 9 highly-detailed resin pieces and easily replaces the tracked side pieces on the Games Workshop Imperial Guard Chimera. MSRP will be $13.50.<br><br>## Rapid Response Wheeled Kit for Chimera<br>**Price: $15.50**<br><br>This highly detailed resin conversion kit will convert the normal Games Workshop Imperial Guard Chimera (or any other vehicle that shares that chassis) into a Rapid Response Wheeled vehicle.<br><br>Each kit consist of 9 highly detailed resin pieces, Games Workshop Chimera (or other vehicle that shares same hull) required to assemble as seen.<br><br>Shown assembled model uses Games Workshop Imperial Guard Chimera which is not a Chapterhouse Studios product.<br><br>Designed by Jeffrey Nagy. | The product implicates trademark issues only, not copyright. |

| 110 | Some things in the work, we are continuing to expand our "space elf" line that many players may enjoy. If you have ever wondered what male Eldar Howling Banshees may look like in a warped universe, you may like what is in the works here. I think a little more work is due for the concept. The sculptor has dubbed them "Hell Hounds".<br><br> | The Eldar army is an army of 'Space Elves'.<br><br>A howling Banshee is a type of Eldar warrior.<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1160111a<br><br><br><br>**Miniature by sculpted by Juan Diaz Ramos from a Jes Goodwin design**<br>Eldar Howling Banshee model.<br><br>Howling Banshee Warriors have:<br>• Eldar conical style helmet with hair coming out of the back<br>• Segmented armour plates over a bodysuit<br>• Grid-like mouth<br>Long loin cloths held up by circular stones |



p51 Codex Eldar 1994. (MG062 / Mark Gibbons / 1994 )



p31 Codex Eldar 2006. **(AB738 / Alex Boyd / 2006 )**

111

We are also releasing a much-needed (in this humble hobbyist opinion) TRU-Scale Conversion kit for the Games Workshop Space Marine Storm Raven. This resin kit expands the hull of the Storm-Raven making it much longer and actually makes it realistic to think the Storm-Raven can carry the troops it is supposed to carry. We also included a grapple for carrying dreadnoughts (easily magnetized if you want to actually mount your walkers on the transport) as well as a hatch to cover the turret mount if you are inclined. MSRP $17.50 for the 9-piece resin kit. Availability in 2 weeks.



**Miniature by sculpted by Dale Stringer from a Jes Goodwin design**

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a







p37 Codex Grey Knights 2010 **(AB1003 / Alex Boyd / 2010 )**

| 112 | Next up are three smaller conversion kits.  First is a set of five resin "gun-halberds" for 28mm scale models (or Heroic Scale).  These weapons are composed of a power halberd that incorporates a bolter at the head.  These may be a good match for "Grey Knight" players or for those custom made custodes models.  Each 5 weapon set MSRP is $6.00. | Games Workshop sells Halberds<br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1570033 |



'Custodes' are the personal guard of the Emperor of Mankind. Games Workshop does not yet sell miniatures of Custodes but they are depicted in artwork in *Horus Heresy: Collected Visions* ©Games Workshop Limited 2007.
Custodes are armed with halberds with built in 'bolters' at the head.



*Horus Heresy: Collected Visions,* ©Games Workshop Limited 2007, p152.
**(Legio Custodes / Sam Wood / 2004)**

Grey Knights are a Space Marine Chapter that fight using Halberds.



**Miniature by sculpted by Martin Footit from a Jes Goodwin design**

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1160008a

| 113 | **Conversion Beamer Servo Harness Kit for Space Marine Model**<br>**Price: $10.00**<br>Ask a question about this product<br>This resin kit sculpted and designed by Stephen Smith consist of 5 resin components.  The kit fits on a standard Games Workshop Space Marine model.  The design of the servo-backpack and conversion beamer weapon allow the model to hold the weapon under-slung on either arm.<br><br>Next we have a conversion-beamer and servo arm backpack set that is sculpted to work seamlessly with Games Workshop Space Marine models. If you are an aspiring tech-marine and are tired of trying to put together your very own conversion-beamer, this kit may save you some headaches.  Consisting of 4 resin pieces, this easily poseable and magnetized kit MSRP's for $9.50. | A 'Conversion Beamer' is a Space Marine weapon of great power and can be used as a weapon option for a Space Marine Master of the Forge. The conversion beamer was included in *Codex Space Marines* ©Games Workshop Limited 2008, p70. Chapter House released their product after the Codex description but before Games Workshop's Conversion beamer models were released. |



Sculpted by Jes Goodwin



p71 Codex Space Marines 2008.
Servo arms. **(AB835  / Alex Boyd / 2008 )**



p70 Codex Space Marines 2008. **(DG551 / Dave Gallagher / 2002)**



*Codex Space Marines* ©Games Workshop Limited 2008, p70.
**( DG551 Conversion Techmarine/ Dave Gallagher / 2002)**

VALTHEX ASTRAL CLAWS MASTER OF THE FORGE



**Miniature designed by Mark Bedford**

http://www.forgeworld.co.uk/Home/Search-Results.html?filter_type=6&filter_Action=0&filter_name=SearchTerm&submit=GO&filter_value=conversion+beamer

Contemptor Heavy Conversion Beamer



**Miniature designed by Will Hayes**

http://www.forgeworld.co.uk/Home/Search-Results.html?filter_type=6&filter_Action=0&filter_name=SearchTerm&filter_value=

| | | |
|---|---|---|
| | | valthex |
| 114 | ## Death Angel Doors for Space Marine Land Raider kit<br><br>**Price: $11.50**<br><br>The Death Angel Land Raider door kit was designed to replace the standard doors on the Games Workshop Space Marine Land Raider. Incorporating original art work, each piece allows you to add further detail to your model by adding images of the Grim Reaper or the Dark Angel.<br><br>Each piece was sculpted by and and designed by Tomas Fiertek.<br><br>Kit consist of 6 finely sculpted resin components.<br><br>Lastly we have a new door kit for Games Workshop's Land Raider vehicle. This 6 piece resin kit consist of 4 doors, 1 set of wings (for side door) and one chain of ammo (for same door). The set features grim-reaper or death angels in various battle poses. Whether you are a Dark Angel fan or just like the gloominess of grim-reapers, this set adds a personal touch to the already awesome Games Workshop Land Raider plastic kit. This kit simply replaces the standard doors that come with the GW model. MSRP is $11.500. | This kit uses the trademarks Games Workshop, Space Marine, Land Raider and Dark Angel.<br><br>The 'death angel' on the left carries a Heavy Flamer which is a Games Workshop weapon. http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod350007a<br><br><br><br>**Miniature designed by Juan Diaz Ramos**<br><br><br><br>Heavy Flamer<br>p101 Codex Space Marines 2008. **(NH Wargear / Neil Hodgson / 2006)**<br><br>The 'death angel' on the right carries a gun which looks like Games Workshop's Assault Cannon. This style of barrelled machine gun is not unique to Games |



The Death Angel Land Raider door kit was designed to replace the standard doors on the Games Workshop Space Marine Land Raider. Incorporating original art work, each piece allows you to add further detail to your model by adding images of the Grim Reaper or the Dark Angel.

Each piece was sculpted by and and designed by Tomas Fiertek.

Kit consist of 6 finely sculpted resin components.

Workshop but does fit with the Warhammer 40,000 range http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1400034



Sculpted by Jes Goodwin and Norman Swales



p101 Codex Space Marines 2008. **(NH Wargear / Neil Hodgson / 2006)**

---

**115** | **SCAR & Sniper Rifle 28mm Pack - 8 Price: $5.00**

A set of 8 Various SCAR and Sniper Rifles cast in resin. Each set includes 8 highly detailed 28mm weapons modeled after present day weapons. Scaled for use with 28mm wargame minis (GW Imperial Guard).

Set contains: 2 SCAR Autoguns, 2 SCAR Autoguns with Grenade Launchers, 2 SCAR Lasguns, 2 Sniper Rifles

The product implicates trademark issues only, not copyright.

| | | |
|---|---|---|
| | This product is sold unpainted and some cleaning may be required.<br><br>Master sculpt by Jeff Nagy. | |
| 116 | ## SCAR Drum Magazine Autoguns Resin 28mm - 6<br>**Price: $4.00**<br><br>A set of 6 SCAR Drum Magazine Autoguns cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day SCAR rifles. Scaled for use with 28mm wargame minis (GW Imperial Guard).<br><br>This product is sold unpainted and some cleaning may be required.<br><br>Master sculpt by Jeff Nagy.<br><br>Painted by Jason Phillips | The product implicates trademark issues only, not copyright. |

117



# SCAR Lasguns Resin 28mm - 6

**Price: $4.00**



A set of 6 SCAR Lasguns cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day SCAR rifles with laser modifications. Scaled for use with 28mm wargame minis (GW Imperial Guard).

This product is sold unpainted and some cleaning may be required.

'Lasguns' are the standard weapon of the Imperial Guard infantryman. A key feature of 'las' weapons is the angled end to the muzzle.

Imperial Guard Cadian Shock Troops http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod2070014



**Miniatures designed by Brian Nelson**



p38 Codex Imperial Guard 2008.
Lasgun with attached scope. **(DH051 / Des Hanley / 1995 )**

| | | |
|---|---|---|
| | Master sculpt by Jeff Nagy.<br><br>Painted by Jason Phillips | |
| 118 | **SCAR Drum Magazine with Grenade Launchers Resin 28mm - 6**<br><br>**Price: $4.00**<br><br>A set of 6 SCAR Autoguns Drum Magazines with underslung grenade launchers cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day SCAR rifles. Scaled for use with 28mm wargame minis (GW Imperial Guard).<br><br>This product is sold unpainted and some cleaning may be required.<br><br>Master sculpt by Jeff Nagy.<br><br>Painted by Jason Phillips | The product implicates trademark issues only, not copyright. |
| 119 | **Sniper Rifles Resin 28mm - 6**<br><br>A set of 6 Sniper Rifles cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day sniper rifles. Scaled for use with 28mm wargame minis (GW Imperial Guard).<br><br>This product is sold unpainted and some cleaning may be required.<br><br>Master sculpt by Jeff Nagy.<br><br>Painted by Jason Phillips | The product implicates trademark issues only, not copyright. |
| 120 | Lava bases | There are no IP concerns with these bases. |

| 121 | It has been a little while since our last release.  We have been hard at work at Chapterhouse Studios,  looking for the next toy to release for the Heresy Era 40k players.  I am happy to show the Javelin Class Jet Bike.  | Emperor's Children Space Marine Jet Bike Squad.<br>p15, *Horus Heresy: Collected Visions* ©2007<br>This shows a Space Marine Jet Bike from the Horus Heresy era.<br><br>Space Marine Bike Sprue<br>**(2034_Jet Bike Squad  / Eric Ren / 2003)**<br>The bike is copied from the artwork in *Horus Heresy: Collected Visions* using elements from the current Space Marine Bike model sold by Games Workshop. |

This multi-part customizable resin kit contains 8 resin components. We have included 2 engine options, this will allow you to make a regular and a scout version of the Javelin Jet Bike. We also included 2 different bolt gun mounts that will allow the addition of different special weapons (plasma, melta, grenade launchers etc). These conveniently fit our combi-weapon conversion bits.

Also included in the kit are a set of legs and arms that will allow you to use other companies torsos and heads to model a rider. Flight stand will be included.

Our target price for the Javelin Jet Bike is $14.00 and the release will be on November 5th.

Kit is shown with Chapterhouse Studios helmets and torso (not included).



Artwork – Distinctive front grill in large straight vertical lines with the chassis protruding underneath out in front of the bike. Two boltguns on top of the front of the bike. Two exhaust pipes on the side of the bike.

Bike Model (See sprue comparison below) – the tank (section below handle bars) has been copied as the shape, trim and circle decoration are the same. Three tubes lead into engine below the tank. The Space Marine arms are identical in design.

The model riding the bike copies several key features of a Space Marine:
- Leg Armour
    - o Flared with angled edges to match width of boots
    - o Cut at bottom of leg around shape of boot
    - o Joints at hips and back of knee are joined by grooved sections
- Shoulderpads
    - o Covering from start of shoulder to above the elbow
    - o Large border around outer edge
    - o Large round studs on the shoulder pads are a feature of Mark V Space Marine armour worn during the Horus Heresy period.

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060092







**Miniature designed by Jes Goodwin**

The main element of the Games Workshop heresy jet bike design that is missing from the Chapter house model is the swooping eagle design on the front. The concept sketch shows the swooping eagle design being removed from the bike.



Concept    sketches    from    designer    posted    on    DakkaDakka
http://www.dakkadakka.com/dakkaforum/posts/list/335180.page

| 122 | Death Angel Storm Shield<br><br>This is a single pewter combat or storm shield for 28 mm figures. This oval shaped shield has an image of a grim reaper or dark angel standing on a pile of skulls.<br><br>If to be used on Games Workshop models, this is more suitable for a terminator model as opposed to a space marine model (it would look a bit large for the smaller armor).<br><br>http://chapterhousestudios.com/webshop/component/virtuemart/?page=shop.product_details&category_id=15&flypage=flypage.tpl&product_id=127&vmcchk=1 | The product implicates trademark issues only, not copyright. |
| --- | --- | --- |
| 123 | Monday, 29 August 2011 01:37 | This model has been copied from Jes Goodwin's exarch sketches. Jes takes his old sketch books to Games Days and in the past has allowed people to take |

Today our second complete miniature figure is released for sale.

# Armana'serq Warrior Priestess



*The gods have always demanded worship and sacrifice but in return they grant their most zealous followers with supernatural strength and skills. Serqitet, goddess of the scorpion protects her followers through her warrior priestess. Armed with sword and pistol, Armana'serq leads her fellow warrior-priest into combat through stealth and subterfuge.*

photographs from them. This image has been available on the internet, albeit it is grainy.

http://eldar.arhicks.co.uk/miniatures/craftworld/craftworld_striking_scorpions_squad_1.php

Better images on pdf attached

http://www.dakkadakka.com/dakkaforum/posts/list/240/347567.page

There is discussion that these are Eldar on this thread confirming confusion.

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1160108a



Sculpted by Juan Diaz

This unpainted 28mm scale pewter model consist of 6 components - body and 5 variant arms.  A 25mm slotted base is included. Armana'serq is available here for $13.50

Look for our exciting TRU-Scale Storm Raven Extension kit next week!

Nick- Chapterhousestudios.com



Painted by the hobby team.



Sculpted by Juan Diaz
Eldar Striking Scorpions
- Plate armour



- Chainswords
- Thick locks of hair coming from the top of the head
- "The signature attack of the Striking Scorpion is made by the weapon pods housed on either side of the warrior's helmet, known as mandiblasters. These are short-ranged laser weapons used to deliver a deadly energy sting in close combat." P.33 *Codex Eldar* ©2006.
  The Chapter House model has a similar device either side of the jaw.
- Striking Scorpions are stealthy infiltrators. P.33 *Codex Eldar* ©2006

P.81 *Codex Eldar* ©2006



Scorpion's claw

Striking Scorpion Exarch
with biting blade

Sculpted by Juan Diaz



p69 Warhammer 40,000 Compilation 1991 **(JG / Jes Goodwin / 1990 )**



p69 Warhammer 40,000 Compilation 1991 **(JG  / Jes Goodwin / 1990 )**
Wrist mounted weapon on left arm.

Maniblasters



p59 Warhammer 40,000 Compilation 1991 **(KW  / Kev Walker / 1991 )**

|     |     |     |
|-----|-----|-----|
|     |     | A unit champion known as an 'Exarch' can be armed with special weapons. One is the 'Scorpion's claw', a pincer claw with a mounted gun attachment. The other is a 'Biting blade', which is a long two handed chainsword. Both these weapons are available with Chapter House's model. |
| 124 | Abbithan Banshees Guardswoman 28mm figures – 10  | Imperial Guard Cadian Shock Troops  Sculpted by Brian Nelson http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod2070014 The arms and weapons from this kit have been used on the Chapter House 'Abbithan Banshees' |





Cadian Shock Troops painted by the hobby team.



This resin conversion kit contains 12 torsos, 12 legs, 12 heads, 12 backpacks and enough bases to assemble a 12 woman unit of Abbithan Banshees Guardswoman.  Models are scaled for 28mm wargames.  Models do not come with arms and weapons.

Display models shown assembled with Games Workshop Cadian Imperial Guard arms and weapons for compatibility purposes.

(Chapterhouse Studios recommends Games Workshop Imperial Guard weapons and arms, in particular Cadian

Imperial Guardsman arms)
http://chapterhousestudios.com/index.php?route=product/product&path=77&product_id=163



p6 Codex Imperial Guard 1995.
Imperial Guard Cadian Shock Troops **(DH010 / Des Hanley / 1994 )**



Cover art, Codex Imperial Guard 2008. **(DG1180 / Dave Gallagher / 2008 )**

| 125 | Large Oval Sandworm Base<br><br>This is a single large resin base that matches the same outside dimensions as the Games Workshop Monster Oval Base.<br><br>This base features rocky terrain and alien sand worms.<br><br>This product is sold unpainted and should be washed in cool, soapy water prior to painting.<br><br>http://chapterhousestudios.com/index.php?route=product/product&path=117_116&product_id=179 | There are no IP concerns with this base. |