# Exhibit

# 136



GW0002696

GW0002637



GW0002638



GW0002639



GW0002640



GW0002641



GW000542



GW0002643



GW0002544



GW0002645





GW0002647



GW0002648



GW0002649



GW002650



GW0002651



GW0002652



GW0002653



GW0002654



GW0002655



GW0002656



GW0002557



GW0002658



GW0002669



GW0002660



GW0002661



GW0002682



GW0002663



GW0002664



GW0002665



GW0002666



GW0002667



GW0002668



GW002669



GW0002670



GW0002671



GW0002872



GW0002673



GW0002674



GW0002675



GW0002676



GW0002677



GW0002878



GW0002679



GW0002680



GW0002681



GW0002682



GW0002683



GW0002684



GW0002685



GW0002686



GW0002687



GW0002688



GW0002689



GW0002690



GW0002691



GW0002692



GW0002693

GW0002694



GW0002695



GW0002696



GW0002697



GW002698



GW0002699



GW0002700



GW0002701



GW0002702



GW0002703



GW0002704



GW0002705



GW0002706

GW0002707





GW0002709



GW0002710



GW0002711



GW0002712



GW0002713



GW0002714



GW0002715



GW0002716



GW0002717



GW0002718



GW0002719



GW0002720



GW0002721



GW0002722



GW0002723



GW0002724



GW0002725



GW0002726



GW0002727



GW0002728



GW0002729



GW0002730



GW0002731

GW0002732

GW0002733



GW0002734