

GW0002735



GW0002736



GW0002737



GW0002738



GW0002739



GW0002740



GW0002741



GW0002742



GW0002743



GW0002744



GW0002745



GW0002746



GW0002747



GW0002748



GW0002749



GW0002750



GW0002751



GW0002752



GW0002753



GW0002754



GW0002755



GW0002756



GW0002757



GW0002758



GW0002759



GW0002760

GW0002781



GW0002762



GW0002763



GW0002764



GW0002765



GW0002766



GW0002767



GW0002768



GW0002769



GW0002770



GW0002771



GW0002772



GW0002773



GW0002774



GW0002775



GW0002776



GW0002777



GW0002778



GW0002779



GW0002780



GW0002781



GW0002782



GW0002783



GW0002784



GW0002785



GW0002786



GW0002787



GW0002788



GW0002789



GW0002790



GW0002791



GW0002792



GW0002793



GW0002794



GW0002795



GW0002796



GW0002797



GW0002798



GW0002799



GW0002800



GW0002801



GW0002802



GW0002803



GW0002804



GW0002805



GW0002806



GW0002807



GW0002808



GW0002609



GW0002810



GW0002811



GW0002812



GW0002813



GW0002814



GW0002815



GW0002816



GW0002817



GW0002818



GW0002819



GW0002820



GW0002821



GW0002822



GW0002823



GW0002824



GW0002825



GW0002826



GW0002827



GW0002828





GW0002830



GW0002831



GW0002832



GW0002833



GW0002834