

GW0002835



GW0002836



GW0002837



GW0002838



GW0002839



GW0002840



GW0002841



GW0002842



GW0002843



GW0002844



GW0002845



GW00028A6



GW0002847



GW0002848



GW00028049



GW00002850



GW0002851



GW0002852



GW0002853



GW00002854



GW0002855



GW0002856

GW0002857



GW00028658

GW00002859



GW00002860



GW0002861



GW0002862



GW0002863



GW00002864



GW0002865



GW0002866



GW0002867



GW00028668



GW0002869



GW0002870



GW0002871



GW0002872



GW0002873



GW00002874



GW00002875



GW0002876



GW0002877



GW0002878



GW0002879



GW0002860



GW0002881



GW0002882



GW0002883



GW0002864



GW00002885



GW0002886



GW0002887



GW0002868



GW0002889



GW00002890



GW0002891



GW0002892



GW000002893



GW0002894



GW0002895



GW0002896



GW0002897



GW0002898



GW00002899



GW0002900



GW0002901



GW0002902



GW0002903



GW00002904



GW0002905



GW0002906



GW0002907



GW0002908



GW0002909



GW0002910



GW0002911



GW0002912



GW0002913



GW0002914



GW0002915



GW000002916



GW0002917



GW000002918



GW0002919



GW00002920



GW00002921



GW0002922

FALSE GODS

WARRIORS OF ULTRAMAR

DEAD SKY BLACK SUN

DEUS ENCARMINE

DEUS SANGUINIUS

FAITH & FIRE

WARRIOR BROOD

WARRIOR COVEN

XENOS

MALLEUS

HORUS RISING

MECHANICUM

GW0002923



GW00002924



GW00002925



GW00002926



Wizards of the Coast
GW85080
ELLYRION REQUIRED (w/box)

$ 7.49 +TX

A GAMES WORKSHOP PRODUCT

Made in the U.S.A. Copyright © 1997 Games Workshop Ltd. All rights reserved

GW0000292Z



CITADEL MINIATURES
A GAMES WORKSHOP PRODUCT

BATCH CODE: 000000

9060210093

5 011921 958474

HOMEPLACE

$11.99

0 00000 08752 0

GW0002928

WARHAMMER 40,000

USA $10.49

CAN $14.00

0  83746 81039  3

070307

CITADEL MINIATURES
A GAMES WORKSHOP PRODUCT

CITADEL MINIATURES
A GAMES WORKSHOP PRODUCT

$ 7.49 +TX

GW0002929



GW0002930



GW0002931



GW0002932



GW0002933



GW0002934