

GW0003035



GW0003036



GW0003037



GW0003038



GW0003039



GW0003040



GW00003041



GW0003042



GW0003043



GW0003044



GW003045



GW0003046



GW0003047



GW0003048



GW0003049



GW0003050



GW0003051



GW0003052



GW000305



GW0003054



GW0003055



GW0003056



GW0003057



GW0003058



GW0003059



GW0003060



GW00003061



GW0003062



GW0003063



GW0003064



GW0003065



GW0003066



GW0003067



GW0003068



GW0003069



GW0003070



GW0003071



GW0003072



GW0003073



GW0003074



GW00003075



GW0003076



GW0003077



GW0003078



GW0003079



GW0003060



GW0003081



GW0003082



GW0003083



GW0003084



GW0003085



GW0003096



GW0003087



GW0003068



GW0003069



GW0003090



WWW.GAMES-WORKSHOP.COM
$20.00
Tau Crisis Battlesuit
TTG
GW

GW0003091

GW0003092



GW0003093



GW0003094



GW00030895



GW0003096



GW0003097



GW0003098



GW0003099



GW0003100



GW0003101



GW0003102



GW0003103



GW0003104



GW0003105



GW0003106



GW0003107



GW0003108



GW0003109



GW0003110



GW0003111



GW0003112



GW0003113



GW0003114



GW0003115



GW0003116



GW0003117



GW0003118



GW0003119



GW0003120

GW0003121



GW0003122



GW0003 123



GW0003124



GW0003125

GW0003126



GW0003127



GW0003128



GW0003129



GW0003130



GW0003131



GW0003132



GW0003133



GW0003134