

GW0003035



GW0003036



GW0003037



GW0003038



GW0003039



GW0003040



GW00003041



GW0003042



GW0003043



GW0003044



GW0003045



GW0003046



GW0003047



GW0003048



GW0003049



GW0003050



GW0003051



GW0003052



GW0003053



GW00003054



GW0003055



GW0003056



GW0003057



GW0003058



GW0003059



GW0003060



GW0003061



GW00003062



GW0003063



GW0003064



GW0003065



GW0003066



GW0003067



GW0003068



GW0003069



WWW.GAMES-WORKSHOP.COM

GW0003070

GW00030171



GW0003072



GW0003073



GW0003074



GW0003075



GW0003076



GW0003077



GW003078



GW0003079



GW0003060



GW00003081



GW0003082



GW0003083



GW00003064



GW0003085



GW0003096



GW0003087



GW0003068



GW0003089



GW0003090



WWW.GAMES-WORKSHOP.COM
$20.00
Tau Crisis Battlesuit
TTG
GW
ENG
FRA
ESP
DEU
ITA

GW0003091

GW00003092



GW0003093



GW0003094



GW0003095



GW0003096



GW0003097



GW0003098



GW0003099



GW0003100



GW0003101



GW0003102



GW0003103



GW0003104



GW0003105



GW0003106



GW0003107



GW0003108



GW0003109



GW0003110



GW0003111



GW0003112



GW0003113



GW0003114



GW0003115



GW0003116



GW0003117



GW0003118



GW0003119



GW0003120

GW0003121



GW0003122



GW0003123



GW0003 124



GW0003125

GW0003126



GW0003127



GW0003128



GW0003129



GW0003130



GW0003131



GW0003132



GW0003133



GW0003134



GW0003135



GW0003136



GW0003137



GW0003138



GW0003139



GW0003140