

GW0003141



GW0003142



GW0003143



GW0003144



GW0003145



GW0003146



GW0003147



GW0003148



GW0003149



GW0003150



GW0003151



GW0003152



GW0003153



GW0003154



GW0003155



GW0003156



GW0003157



GW0003158



GW0003159



GW0003160



GW0003161



GW0003162



GW0003163



GW0003164



GW0003165



GW0003166



GW0003167



GW0003168



GW0003169



GW0003170



GW0003171



GW0003172



GW0003173



GW0003174



GW0003175



GW0003176



GW0003177



GW0003178



GW0003179



GW003180



GW0003181



GW0003182



GW0003183



GW0003184



GW0003185



GW0003186



GW0003187



GW0003188



GW0003189



GW000319D



GW0003191



GW0003192



GW0003193



GW0003194



GW0003195



GW0003196



GW0003197



GW0003198



GW0003199



GW0003200



GW0003201

GW0003202



GW0003203



GW0003204



GW0003205



GW0003206



GW0003207



GW0003208



GW0003209



GW0003210



GW0003211



GW0003212



GW0003213



GW0003214



GW0003215



214
DA RECKIN' KREWE

GW0003217



David Light Blood Angel Army Alamo GT 2011 2000 pts

| | WS | BS | S | T | W | I | A | Ld | Sv | Pts |
|---|---|---|---|---|---|---|---|---|---|---|
| **HQ** | | | | | | | | | | |
| Librarian | 5 | 4 | 4 | 4 | 2 | 4 | 2 | 10 | 3+ | 100 |
| Unleashed Rage, Sanguine Sword | | | | | | | | | | |
| **Elites** | | | | | | | | | | |
| Sanguinary Priest (2) | 5 | 4 | 4 | 4 | 1 | 4 | 2 | 9 | 3+ | 130 |
| Power Weapon x 2 | | | | | | | | | | |
| **Troops** | | | | | | | | | | |
| Death Company (10) | 5 | 4 | 4 | 4 | 1(2) | 4(5) | 2 | 9(10) | 3+(4+) | 385 |
| Chaplain Lemartes, Power Weapon x 2, Power Fist | | | | | | | | | | |
| Death Company Dreadnought | 5 | 4 | 6 | F(12) S(12) R(10) | | | | | | 125 |
| Blood Talons, Melta Gun | | | | | | | | | | |
| Death Company Dreadnought | 5 | 4 | 6 | F(12) S(12) R(10) | | | | | | 125 |
| Blood Talons, Melta Gun | | | | | | | | | | |
| Assault Marines (10) | 4 | 4 | 4 | 4 | 1 | 4 | 1(2) | 8(9) | 3+ | 235 |
| Melta Gun x 2, Power Fist, Jump Packs | | | | | | | | | | |
| Assault Marines (10) | 4 | 4 | 4 | 4 | 1 | 4 | 1(2) | 8(9) | 3+ | 225 |
| Melta Gun x 2, Power Weapon, on foot | | | | | | | | | | |
| Razorback | | 4 | | F(11) S(11) R(10) | | | | | | 55 |
| Twin Linked Assault Cannon | | | | | | | | | | |
| Assault Marines (5) | 4 | 4 | 4 | 4 | 1 | 4 | 1(2) | 8(9) | 3+ | 135 |
| Melta gun, Power Fist, on foot | | | | | | | | | | |
| Razorback | | 4 | | F(11) S(11) R(10) | | | | | | 55 |
| Twin Linked Assault Cannon | | | | | | | | | | |
| **Heavy Support** | | | | | | | | | | |
| Storm Raven | | 4 | | F(12) S(12) R(12) | | | | | | 215 |
| Twin Linked Multimelta, Twin Linked Lascannon, Extra Armour | | | | | | | | | | |
| Storm Raven | | 4 | | F(12) S(12) R(12) | | | | | | 215 |
| Twin Linked Multimelta, Twin Linked Lascannon, Extra Armour | | | | | | | | | | |

GW0003219



GW0003220



GW0003221



GW00003222



GW0003223



GW0003224



GW0003225



GW0003226



GW00003227



GW0003228



GW0003229



GW00003230



GW0003231



GW0003232



GW0003233



GW0003234



GW0003235



GW00003236



GW00003237



GW0003238



GW00003239



GW0003240



GW0003241



GW0003242



GW0003243



GW00003244



GW0003245



GW00003246



GW0003247



GW0003248



GW0003249