



Broodlord of Hive Fleet Leviathan.



Genestealer with scything talons.



Genestealers of Hive Fleet Leviathan.





Genestealers of Hive Fleet Behemoth.



Broodlord.



Genestealer.



Genestealer of Hive Fleet Kraken.

The Tyranid Swarm

**69**

GW0001439

# YMGARL GENESTEALERS

The Genestealers of Ymgarl were one of the first of any Tyranid creatures to be encountered by the Imperium of Man. Since that time every attempt to eradicate them has been met with wholesale butchery and abysmal failure.

Genestealers are known to change over generations. The variations and adaptations between broods can be marked indeed, but Ymgarl Genestealers are unique in that they can alter their own alien flesh in a matter of moments. Their claw-tipped fingers can quickly elongate and fuse together to form curved blades and barbed hooks, or split apart as ropes of sinewy tendon to slash and ensnare victims attempting to escape. When the brood comes under attack their chitinous carapaces thicken and their leathery hides adapt to absorb the energy of the incoming attacks. There have even been reports that these creatures can change hue and colour, the better to go unseen in the darkness of night.

Ymgarl Genestealers' extreme adaptability comes at a price: they must feed, and feed often. Ymgarl Genestealers have a writhing mass of tentacles in place of a fanged maw with which they pierce their prey's flesh and gorge upon their life blood – the brood's sole source of nourishment. Those that cannot sate their bloodlust are forced to enter a state of dormancy or starve. There they wait until something disturbs their slumber.

The origins of the Ymgarl Genestealers are a curious mystery, for they do not seem to have been created by any known Hive Fleet. Perhaps they are the last survivors of a Hive Fleet lost for time immemorial? Stranger still, whilst the survival instinct of other Genestealer broods leads them to flee their parent Hive Fleets, the Ymgarl Genestealers actively seek them out, as if wishing to rejoin the Hive Mind. They spread across the galaxy searching for worlds in the path of an advancing Hive Fleet. There they lie dormant until they are embraced by the will of the Hive Mind and once more hunt with the rest of the swarm. However, the Hive Mind has no wish to reabsorb their biomatter, lest their uncontrollable instability spread amongst the Hive Fleet. After a world has been scoured of biomass, the Ymgarl brood is abandoned, forced again to enter a state of dormancy. Unfortunately for the galaxy, human nature has spared the brood a destiny of eternal hibernation, for many ships investigate worlds in the wake of a Tyranid attack. Some wish to learn more about the alien menace, others hope to find survivors, lost artefacts or other riches to fill their holds. Such fools leave the dead planet with an altogether more lethal cargo.



**Dormant:** Ymgarl Genestealers can elect to start the game in a dormant state provided there is at least one piece of area terrain large enough to accommodate the entire unit (be sure to discuss with your opponent what the boundaries of all such terrain features are before the game begins). If you choose to do this, the brood is not deployed with the rest of the army. Instead, after both sides have deployed, secretly write down which piece of terrain they are lying dormant in. When the brood becomes available from reserve, they must be deployed such that all models are within the selected terrain. If any models cannot be placed inside this terrain due to impassable terrain or enemy within 1", they are destroyed. The Ymgarl Genestealers can move and assault normally in the same turn they are revealed.

**Alter Form:** At the start of every Assault phase, the Ymgarl Genestealers must alter their form into one of those listed below. The benefits last until the end of the phase. Due to the instability of moulding their forms, they cannot choose the same alteration in two consecutive player turns.

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Ymgarl Genestealer | 6 | 0 | 4 | 4 | 1 | 6 | 2 | 10 | 4+ |

**Unit Type: Infantry.**

**Weapons and Biomorphs: Hardened Carapace, Rending Claws.**

**Special Rules: Brood Telepathy (see page 40), Fleet, Move Through Cover.**

| | |
|---|---|
| **Slashing Claws:** | The Ymgarl Genestealers receive +1 to their Strength. |
| **Tentacled Limbs:** | The Ymgarl Genestealers receive +1 to their Attacks. |
| **Protective Carapace:** | The Ymgarl Genestealers receive +1 to their Toughness. |

GW0001431

# Exhibit

# 139

Space Marine Chaplain with Jump Pack - Games Workshop                                    9/6/12 7:05 PM



Customer Service | 1-800-394-4263 | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $50   OFFER DETAILS

0 item(s) @  $0.00

Community & Events    Virtual Gift Vouchers    Store Finder    White Dwarf    Find a Gift List    Warhammer 40,000 Guide

Product Search

Warhammer 40,000  /  HQ  /  Space Marine Chaplain with Jump Pack

### Have you got?

## Space Marine Chaplain with Jump Pack

Tweet     Like  44    ADD TO CART



**Categories**

Getting Started

Warhammer 40,000 Advance Orders

Warhammer 40,000 New Releases

Warhammer 40,000 : Dark Vengeance

Warhammer 40,000 Essentials

Warhammer 40,000 Armies

Warhammer 40,000 Expansions

Warhammer 40,000 Citadel Finecast

Warhammer 40,000 Scenery

Warhammer 40,000 Blitz

Warhammer 40,000 Collectors

Warhammer 40,000 Books

Warhammer 40,000 Articles

Follow us on Twitter

Follow us on Facebook

Bookmark & Share

Subscribe to What's New Today

Print

Email to a Friend



$45.00                    add to cart

**Space Marine Vanguard Veteran Squad**



$33.00                    add to cart

**Space Marine Assault Squad**

  

### Space Marine Chaplain with Jump Pack

Chaplains are the spiritual leaders of the Chapter. Traditionally they will go to battle in jet black armour adorned with skulls and portents of death - there are few warriors more terrifying than a Chaplain in full battle gear. On occasion, these Chaplains will accompany an assault squad into battle wearing a jump pack. This way a Chaplain can deliver the Emperor's righteous zeal direct to the heart of the enemy.

This pack contains a Space Marine Chaplain with Jump Pack - a finely detailed resin cast kit that comes in three components and is supplied with a 25mm round base. This miniature is supplied unpainted and requires assembly - we recommend using Citadel Super Glue and Citadel Paints.

**Availability:**  Usually ships within 24 hours.
**Part Code:**  99800101004

**With this box set you can make the following:**

**CITADEL FINECAST**

**Price:  $19.25**

Quantity:  1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share



$16.00                    add to cart

**Space Marine Chaplain with Skull Helmet**

### Related Articles

○ Preparing and Assembling Citadel Finecast Miniatures

## Space Marine Chaplain

|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Chaplain | 5 | 4 | 4 | 4 | 2 | 4 | 2 | 10 | 3+ |

| | |
|---|---|
| **Unit Composition:** | 1 Chaplain |
| **Unit Type:** | Infantry |
| **War Gear:** | Power armour; Boltgun or bolt pistol; Frag and krak grenades; Rosarius; Crozius Arcanum |

Carry Our Products    Real Estate    Privacy Policy    Legal    About Us    Black Library    Forge World    Investor Relations    Careers    Site Map    Contact Us

Country Select

Copyright    © Games Workshop Limited 2000-2012    © New Line Productions Inc    © The Saul Zaentz Company d/b/a Middle-earth Enterprises    All rights reserved to their respective owners.

Model not shown at actual size.
Figure montrée plus petite que sa taille réelle.
Miniature no mostrada a tamaño real.
Model nicht in Originalgröße abgebildet.
Il modello non è mostrato nelle sue dimensioni reali.

Product Code: 99 12 01 99 005

**64-31**

**CITADEL**

Paints • Peintures • Pinturas
Farben • Colori • 塗料カラー剤

Scorched Brown
Bleached Bone
Burnished Gold
Boltgun Metal
Chaos Black
Dwarf Bronze

**ENG** This box contains a Basilica Administratum. The model can be assembled in a variety of ways. The model is supplied unpainted and requires assembly. We recommend using Citadel Plastic Glue and Citadel paints.

**FRA** Cette boîte contient 1 Basilica Administratum. Cette maquette peut être assemblée en une variété de manières. Cette maquette nécessite assemblage et peinture. Utilisez de préférence la colle plastique et les peintures Citadel.

**ESP** Esta caja contiene una Basilica Administratum. La miniatura puede montarse de diferentes maneras. Esta se suministra sin montar ni pintar. Aconsejamos el uso del Pegamento para plástico Citadel y las pinturas Citadel.

**GER** Diese Box enthält eine Basilica Administratum. Das Modell kann auf unterschiedliche Weise zusammengebaut werden. Das Modell ist unbemalt und muss zusammengebaut werden. Wir empfehlen Citadel Kunststoffkleber und Citadel-Farben.

**ITA** Questa scatola contiene una Basilica dell'Administratum. Il modello può essere assemblato in modi diversi. Questo kit deve essere assemblato e dipinto. Raccomandiamo l'uso della colla per plastica e dei colori Citadel.

**JAP** このボックスには、プラモデル「福音伝道」が1つセットされています。背景モデルは様々な組み方ができます。組み立ててペイントが必要です。タブレッププラモデントとシタデルカラーの使用をおすすめします。

**WWW.GAMES-WORKSHOP.COM**

992701900417    R01

**GW38_TRAY**

**L: 294mm**
**W: 221mm**
**H: 35mm**

Highly Confidential - AEO

GW0004488

# Exhibit

# 141



Customer Service  1-800-394-4263  | Welcome! | Sign In | Why Register? |

FREE SHIPPING ON ALL ORDERS OVER $50  OFFER DETAILS

0 item(s) @  $0.00

Community & Events    Virtual Gift Vouchers    Store Finder    White Dwarf    Find a Gift List    Warhammer 40,000 Guide

Product Search

## Categories

Getting Started
Warhammer Advance Orders
Warhammer New Releases
The Island of Blood
Storm of Magic
Warhammer Essentials
Warhammer Armies
Warhammer Citadel Finecast
Warhammer Scenery
Warhammer Collectors
Warhammer Bitz
Warhammer Books
Warhammer Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

Warhammer    Warhammer Scenery    Citadel Realm of Battle Gameboard Extension

# Citadel Realm of Battle Gameboard Extension

Tweet     Like 45        ADD TO CART



      

### Citadel Realm of Battle Gameboard Extension

The Realm of Battle Gameboard is Citadel's high quality, plastic, modular gaming surface. Made from the same plastic as your Citadel miniatures, each sections are finely-detailed, robust and can be painted in exactly the same way as the rest of your miniature collection. This first expansion pack for the Gameboard allows you to create more variations of a 6' by 4' gaming area or extended your Gameboard to 8' by 4'.

This set contains two flat 2' by 2' rigid-plastic Gameboard tiles, enabling you to extend your Citadel Realm of Battle Gameboard to 8' by 4'. These board sections will fit inside the zip-up bag supplied with the Citadel Realm of Battle Gameboard.

**Please Note:** You will need a Citadel Realm of Battle Gameboard to use this set.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99229999107

**Price:  $99.00**

Quantity:  1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

## Have you got?



$290.00                    add to cart

Citadel Realm of Battle Gameboard



$41.25                    add to cart

Citadel Scenery Painting Pack

## Related Articles

○  Armies on Parade
○  Getting Started with Citadel Terrain
○  Your Terrain
○  New White Dwarf; Spanish Gameboard Marathon
○  White Dwarf: Battlefields
○  Ork Scenery: Painting brick; The Lord of The Rings Gameboard
○  Winter War - Environment Rules
○  Winter War - Scenarios
○  Winter War - Realm of Battle

Carry Our Products    Real Estate    Privacy Policy    Legal    About Us    Black Library    Forge World    Investor Relations    Careers    Site Map    Contact Us

Country Select

Copyright   © Games Workshop Limited 2000-2012   © New Line Productions Inc   © The Saul Zaentz Company d/b/a Middle-earth Enterprises   All rights reserved to their respective owners.

# Exhibit

# 142



www.blacklibrary.com • www.blackflame.com • www.warhammer-historical.com
www.warpartefacts.com • www.blackindustries.com

# BLACK LIBRARY COMMISSIONING FORM

**To**  Clint Langley

**Of**  20 Paddock Road

Lewes

East Sussex

BN7 1UU

**Date**  19 June 2006

**Work Ref**  PCX057

Signature ..............................................................................................................

This form confirms the commissioning of the following Work:

**Title**  **Tactica Imperialis**

**World**  Warhammer ○  Warhammer 40,000 ●  Other ○

**Subject**  Iron Snakes Vignette

**Item**  Script ○  Short story ○  Feature ○  Other Text ○
  Cover ○  Illustration ○  Diagram ○  Vignette ●

**Format**  N/A  **Length**  N/A

**Work Schedule**

Synopsis/Pencils 14 July 2006
Completion Date 28 July 2006

**Payment Terms**

Rate £N/A/page

Total £450 on Successful Completion, as full and final payment for the work

In the event that the Work is not completed in accordance with the Works Schedule, BLP reserves the right to pay the Writer as follows:
*For each full week late on delivery of the final Work there will be a reduction of 10% of the total payment.*

BLP reserves the exclusive right, such right not however to be exercised unreasonably, to cancel in its sole discretion this Commissioning Form in relation to any Work in progress, at which time the Writer shall deliver that part of the Work created at the time of said cancellation whereupon BLP shall pay the Writer such monies as may, in BLP's opinion, be reasonably proportionate to such of the Work as is completed.

This commissioning form is subject to the terms and conditions of the Agreement made between BLP and Writer dated 17 July 2001.

Please make all invoices out to *Games Workshop Ltd: BL Publishing.*

*Best wishes,*

*Marc Gascoigne, Publisher*

| Office Use Only | | | |
|---|---|---|---|
| Passed Final | | Informed | |

Registered Office
A division of Games Workshop Ltd., Willow Road, Nottingham NG7 2WS, UK
Tel (0115) 900 4100 • Fax (0115) 900 4111
Company Number 1467092

Highly Confidential - AEO

GW0010027

# COPYRIGHT AGREEMENT WITH GAMES WORKSHOP

This Agreement is between Games Workshop Ltd. of Willow Road, Lenton, Nottingham, NG7 2WS and **Clint Langley, 8 Crown Terrace, Cricklewood Lane, London, NW2 1EY** who shall be referred to in the Agreement as Games Workshop and the Contributor respectively.

**Introductory Note to Contributors**

The terms contained in this Agreement mean that all copyright and other rights in work submitted by the Contributor shall by the very act of its submission and acceptance become the property of Games Workshop. Due to the nature of its business and the images integral in it, this is the only basis upon which Games Workshop can ever accept or consider any submission of artwork, models, photographs, literary works (including game rules) and translations.

**If Contributors are not happy with this arrangement they should not sign this document.**

1.  **Definitions**

    The following words and expressions normally have the meanings shown below when used in this document.

    "The Act" means the Copyright Designs and Patents Act 1988 and any statutory re-enactment thereof or replacement or substitution therefore.

    "Work" means any artistic, literary, graphic work or sculpture (in each case as defined for the purposes of the Act) and/or any other model, sculpture, drawing, painting or other material (including any translation or adaptation of any Games Workshop product) submitted to Games Workshop or a Games Workshop Company for consideration during the term of this agreement.

    "Games Workshop Company" means any direct and indirect subsidiaries or holding companies of Games Workshop.

    "Imagery" means the drawings, diagrams, characters (and/or their roles, powers and characteristics),

representations of miniatures, illustrations, physical or metaphysical environments, and all historical, political, geographical, and other facts, matters and circumstances and further, any images and imagery created and owned by any Games Workshop company.

"Games Workshop Rights" means all rights, privileges and interests which any Games Workshop Company has at the date of this Agreement's signature, or at any time in the future, and which are either protected by copyright, trade mark (registered or not), get up design right, registered design, patent or other intellectual property or other right, recognised or recognisable by English law and (so far as is relevant) any other country, state or territory, or are capable of being so protected.

"Work Rights" means all rights and privileges in or relating to any Work which are, or are capable of protection by, copyright, trade mark (registered or not), get up design right, registered design, patent or other intellectual property or other right, recognisable by English law and (so far as is relevant) any other country, state or territory.

2.  **Submission of Work**

2.1  Games Workshop will ensure that the relevant Games Workshop Company will consider all Work submitted by the Contributor during the term of this agreement but does not promise that the Work will be accepted.

2.2  All commissioned and non-commissioned work submitted by the Contributor to Games Workshop during the term of this Agreement shall be subject to these terms unless special written arrangements have been made in advance.

2.3  The Contributor will properly look after anything provided by any Games Workshop Company to the Contributor to enable him to supply any work and will return it in good condition when requested.

Highly Confidential - AEO

3.    **Work Rights**

3.1   In consideration of Games Workshop entering into this Agreement and undertaking the obligations described in it, the Contributor agrees that all Work Rights will belong to Games Workshop. He further agrees that he will sign or otherwise authorise all documents and do any other acts as may reasonably be required by Games Workshop to ensure that such Work Rights are vested in Games Workshop and that Games Workshop has the full benefit of them.

3.2   The Contributor warrants that, on submission of any Work, the Work Rights in it will be vested in him absolutely and will not be subject to any licence, charge or other right in favour of anyone else.

3.3   These Work Rights stay with Games Workshop even if the Work is rejected and the Contributor may not use or exploit them elsewhere.

3.4   Games Workshop promises that it will not publish or exploit any Work that is rejected.

3.5   The Contributor understands that a Games Workshop Company may already have certain rights in the Work.

3.6   If the Work is accepted then Games Workshop or any Games Workshop company can exploit it in any way it sees fit.

3.7   Games Workshop does not promise to publish accepted Work.

3.8   The Contributor may only exploit rejected Work with Games Workshop's written authorisation.

3.9   The Contributor hereby waives all his moral rights contained in the Act (and all analogous rights he may enjoy under the laws of other countries) in relation to any Work and the Contributor does not assert those rights.

3.10  The Contributor warrants that any Work submitted is original, that it does not infringe anybody's intellectual property rights and that it does not contain anything libellous, defamatory or indecent. Further the Contributor

shall be liable for and will indemnify GW (together with its officers servants and agents) against any and all liability, loss, damages, costs, legal costs, professional and other expenses of any nature whatsoever incurred or suffered by GW, whether direct or consequential, arising out of a breach of this provision.

3.11  The physical materials comprising the Work, which will include, but are not limited to, drawings, transparencies, paintings, computer files, sculptures, or whatever will become the property of Games Workshop once they are accepted for publication.

3.12  Games Workshop may make any amendments or adaptations it likes to the Work.

4     **Independent Contractor**

4.1   Games Workshop and the Contributor acknowledge that they are entering into this agreement on the understanding that the Contributor is an independent contractor and not an employee or agent of Games Workshop and accordingly the Contributor shall be responsible for all Income Tax, Value Added Tax and National Insurance Contributions payable in respect of money paid to him.

5     **Procedure for Submissions**

5.1   All commissioned and non-commissioned Work is covered by this Agreement.

5.2   Each individual piece of Work must be submitted with a Voucher which will look largely like the one below and which contains an assignment of Work Rights as required by clause 3.1 above. The Contributor must complete the Voucher with a short identifying description of the Work, sign it where indicated and attach it to the Contributor's own invoice. Work will not be accepted without a Voucher signed by both parties and fees payable must be agreed before Games Workshop will sign the Voucher.

Highly Confidential - AEO

## 6    General

**6.1** Nothing contained in this Agreement gives the Contributor any rights in any Imagery or Games Workshop Rights but the Contributor is licensed to use the Imagery for the sole purpose of preparing work for submission under the terms of this Agreement.

**6.2** This Agreement continues until terminated by one month's written notice from either side. The Contributor is reminded that even after termination of this Agreement he may not exploit or publish anything containing Imagery or Games Workshop Rights.

**6.3** This Agreement represents the entire understanding between the parties and may only be varied by written mutual Agreement and shall be governed in all respects by English Law. The parties agree that the English Courts shall have exclusive jurisdiction over any dispute arising out of or in connection with this Agreement.

AS WITNESS the hands of the parties dated  17 · 7 · 07

Signed by

Print Name

**For and on behalf of
Games Workshop Limited**

Signed by

CLINT LANGLEY

Print Name

**The Contributor**

in the presence of

Signed by

Print Name

in the presence of

Signed by

Print Name

Highly Confidential - AEO

EXAMPLE VOUCHER - Do not complete

All Work submitted is covered by the agreement dated ("the Agreement").

Contributor's name & address: _____

_____

_____        Complete one Voucher for each piece of
work submitted. Keep one copy for your
_____        files and send the others with the Work
and your own invoice to us. All Work sent
_____        with this Voucher is submitted under the
terms of your Agreement with Games
_____        Workshop. Do not use this Voucher
unless you have signed an Agreement.

| Reference Code | Title of Article |
|---|---|
|  |  |

Pursuant to clause 3 of the Agreement, I hereby assign with full title guarantee all Work Rights
(as defined in the Agreement) in the Work that accompanies this Voucher (or is described
above) to Games Workshop Ltd.

Signed:                                    Date:

Highly Confidential - AEO

## CONTRACT OF EMPLOYMENT

This statement dated 13 May 2004 sets out certain particulars of the terms and conditions which, in conjunction with the Rules and Disciplinary Procedures and any other procedures contained within the Employee Handbook, form part of the Contract of Employment on which Games Workshop Limited employs Simon Egan.

| | | |
|---|---|---|
| 1. | **COMMENCEMENT OF EMPLOYMENT** | Your employment began 1 June 2004 and employment with any previous employer does not count as part of your continuous period of employment. |
| 2. | **APPOINTMENT** | You are employed as: Sculpter |
| | | You are based at: Off site |
| | | The Company may request you to work at other Company locations on a temporary or permanent basis. It is a condition of your employment that when made, such a request is complied with. |
| | | The Company reserves the right to require you to perform other duties from time to time. It is a condition of your employment that you are prepared to undertake duties other than those for which you have been specifically engaged. |
| 3. | **PAY** | Your salary will be paid at monthly intervals by bank transfer on the last working day of the month. Details of your salary level have been notified to you. Any changes or amendments to this will be confirmed in writing. Any outstanding debts to the Company at the date of termination will be deducted from any final monies due. |
| 4. | **HOURS OF WORK** | Your normal working week is 37.5 hours and your Line Manager will advise you of your start times, finish times and breaks. The Company reserve the right to vary the start and/or finish times and overall hours either on a temporary or permanent basis if necessary. If your usual terms are to be varied in this way the Company will give reasonable notice of the change. |
| | | As a condition of employment you may be required to work overtime to suit the needs of the business. In particular you may be required to work on certain days at weekends, for example Games Day and stocktakes. In the case of Games Day a standard one off payment will be made. If you are entitled to overtime payments these will be discussed with you by your Manager. |
| 5. | **HOLIDAYS** | Under this contract the Company offers twenty-five days of paid annual holiday (excluding Statutory and Public holidays), pro-rata for each completed month of service. Paid annual holiday is on a pro-rata basis for part-time employees. Details of the conditions attached to the taking of holidays are in the Employee Handbook. |

| | | |
|---|---|---|
| 6. | **SICK PAY** | Subject to following the absence procedures, all full time employees are entitled to the following Company sick pay:<br>Less than 6 months service: No company sick pay (SSP payments on production of an authorised medical certificate).<br>Less than 2 years service:  2 weeks company sick pay in a rolling 12 month period<br>2 years service or more: 6 weeks company sick pay in a rolling 12 month period<br>Part time employees will receive pro rata payments |
| 7. | **PENSION SCHEME** | The Company offers a Personal Pension Plan under this contract of which all employees after two months continuous service are eligible to join. In addition the Company provides an in service life insurance scheme for employees who are members of this Company Pension Plan.  This provides a payment of four times the current annual salary in the event of the employee's death in service to the chosen beneficiary. |
| 8. | **LIFE INSURANCE** | Under this contract all employees who do not participate in the Company Personal Pension Plan are entitled to free Life Assurance cover.  A payment of one times the current annual salary will be paid to the chosen beneficiary in the event of the employees death in service. |
| 9. | **NOTICE** | During your review period you are required to give the Company one week's notice to terminate your employment.<br><br>Upon completion of your review period you are required to give the Company one months' notice to terminate your employment.<br><br>You are entitled to receive the following periods of notice from the Company:<br>During your review period - one week.<br>Upon completion of your review period to four years service – one month.<br>Thereafter, one additional week for each year of service to a maximum of twelve weeks. |
| 10. | **COMPANY RULES** | The Company Rules which form part of your conditions of employment are shown in the Employee Handbook.  It is your responsibility to familiarise yourself with these and to observe them at all times. |
| 11. | **DISCIPLINARY & GRIEVANCE PROCEDURES** | If you are dissatisfied with any disciplinary action taken against you, you should raise this in accordance with the Appeals Procedure shown in the Employee Handbook.<br><br>If you wish to raise any grievance relating to your employment, you should do so in accordance with the Grievance Procedure shown in the Employee Handbook. |

Highly Confidential - AEO

## RESTRICTIVE COVENANTS

1.   **Introduction**

Our success as a business is dependent on a number of things including our ability to produce exciting and original miniatures and war games systems, good relationships with our customers and suppliers and the way in which we work as a business. Each employee plays a part in this process and we very much rely on your enthusiasm and commitment to achieve our market lead.

At any time you as an employee have a body of knowledge about (amongst other things) new products and how they are being developed, our customers and suppliers and information about our business affairs. If this information got into the hands of a competitor we run the risk that they might use this information to their own advantage. This threatens our reputation, the business's finances and ultimately all our jobs.

For this reason we require you to sign this agreement which will keep information confidential about our products and the business of Games Workshop within Games Workshop. Our competitors can think up their own ideas! This is further highlighted in the enclosed confidentiality agreement.

The agreement becomes part of your Contract of Employment and you are asked to sign your acceptance at the foot of the final page.

2.   **Confidentiality**

While you are employed by Games Workshop Limited (unless you are required as part of your job) and after your contract with us terminates you will not divulge to any person, firm or company any confidential information of Games Workshop Ltd which you learn while you are employed by us including but not limited to:

i)      The working of any manufacturing process or invention or any other methods, formulae, technical data and know-how used by or which relates to the Business of Games Workshop;

ii)      Lists of Games Workshop customers and potential customers or suppliers and potential suppliers and any of the information we keep in relation to those customers or suppliers;

iii)     Information about new Games Workshop products or services;

iv)     Our pricing policy or any private terms of business we have with our customers or suppliers;

v)      Any other business affairs relating to our finances or our management accounts.

This restriction will not apply to any information or knowledge which has become available to the public, unless you have disclosed it first other than by breach of this agreement.

If there is information which you think is confidential and you wish to divulge we would ask you to write to us to ask for our permission.

We reserve the right to sue for damages and apply for a necessary injunction to suppress release of such information which you agree will not be restricted.

3.   **Intellectual Property**

3.1.   Because of the nature of your job and the work you are likely to do with Games Workshop, you are likely to make inventions, designs, artistic and literary works in the course of your duties. This means that you have a special obligation to further the interests of Games Workshop.

3.2.   You have certain rights in respect of any inventions, designs, drawings, literary and artistic works under various Acts of Parliament – for example The Patents Act 1977 and the Copyright Designs and Patents Act 1988. If you make an invention, design, drawing, artistic or literary work which is capable of being used by Games Workshop, you should disclose to and deliver full details to your Manager or Supervisor at the earliest opportunity.

The invention, design, drawing, literary or artistic work shall then belong to Games Workshop without additional payment to you. You waive all moral rights arising from any works in favour of and all rights deriving there from of Games Workshop and its licensees and successors. Games Workshop may need more information from you in order to get the most from your invention, drawing etc. and you will have to provide any information you are asked for. If this involves you in extra work or expense, this will be paid for by Games Workshop.

3.3.   Sometimes, formal documents have to be completed in order to obtain the benefit of an invention, design, drawing etc. For example, if you make an invention, it is often useful to register it as a "Patent" to prevent other people or companies from using the same idea. If Games Workshop decides that it wishes to seek further protection for any invention, design, drawing etc whether in this country or elsewhere in the world, it is part of your duties to co-operate fully to enable Games Workshop to achieve this, and in particular to sign all necessary documents to do this and to maintain any registration. You will do nothing to affect the validity of any intellectual property rights obtained or applied for by Games Workshop. In particular you will not disclose the subject matter of any inventions before Games Workshop have had the opportunity to apply for a patent.

3.4.   You agree that Games Workshop may act in your name and on your behalf as your Attorney to sign any document or do anything else to achieve the results set out in paragraph 3.3. above.

3.5.   If for any reason an invention, design, drawing, literary, artistic work or any other work which you have made or created in the course of your duties does not belong to Games Workshop, you agree that Games Workshop can purchase the invention, drawing etc. within 3 months after it is disclosed to Games Workshop and, if we cannot agree a purchase price, terms for the purchase will be decided by an Independent Arbitrator whose decision will be final.

3.6.   You agree that Clause 3.5 above shall continue even after your employment with Games Workshop terminates and that it shall be binding on your representative.

3.7.   Nothing in this Agreement shall oblige Games Workshop to seek patent or other protection for any invention or to exploit any invention.

4.     **Delivery of Documents and Property**

We may ask you at any time and in any event when you leave our employment, to return all Games Workshop property. This will include items such as plans, keys, security passes, credit card, statistics, documents, records, papers, magnetic discs, tapes or other software storage media and any property which you have or control which relates to the Business of Games Workshop. Unless we give you permission you are not to keep any copies of this information.

5.     **Acknowledgements**

Each of the clauses in this agreement represents a separate restriction on you.

If any of these restrictions are later considered to be ineffective or void for any reason but would be valid or effective if some of the wording was deleted then the clauses shall apply with such changes as are necessary to make them valid and effective.

This is to confirm that I have received a copy of this document and a copy of the Employee Handbook and agree to be bound by their clauses and sub-clauses.

Signed ....Catherine McGlish............        Signed ...................................

(For and on behalf of Games Workshop Limited)        (Employee)

Dated...14 June 2004........        Dated ............15 June 2004



**GAMES WORKSHOP LIMITED**

and

**STEFAN KOPINSKI**

**CONFIRMATORY ASSIGNMENT OF INTELLECTUAL PROPERTY RIGHTS**

**DATE**     6 SEPTEMBER                     **2012**

**THIS AGREEMENT** is dated  2012

**BETWEEN:**

1    **GAMES WORKSHOP LIMITED** incorporated and registered in England with company number 1467092 whose registered office is at Willow Road, Lenton, Nottingham, United Kingdom (**GW**); and

2    **STEFAN KOPINSKI** of ███████████████████████ (**Assignor**).

Each being a **party** and together being the **parties**.

**BACKGROUND**

(A)    The Assignor created the Works (as defined below) on the instruction of GW.

(B)    It was the intention of the parties that, at the time the Works were created by the Assignor on the instruction of GW, all Intellectual Property Rights in the Works be assigned to GW.

(C)    This Agreement has been entered into to confirm such assignment of all Intellectual Property Rights in the Works.

**AGREED TERMS**

1    **Definitions**

1.1    The definitions and rules of interpretation in this clause apply in this Agreement:

| | |
|---|---|
| **Assigned Rights** | the Intellectual Property Rights in the Works |
| **Intellectual Property Rights** | all patents, rights to inventions, registered designs, design rights, copyright and related rights, database rights, trade marks, trade names and domain names, rights in trade dress or get-up, rights in goodwill or to sue for passing off, moral rights, rights in confidential information (including know how/trade secrets) and any other intellectual property rights of any nature whether registered or unregistered, including all applications (or rights to apply) for, and renewals or extensions of such rights and all similar or equivalent rights in any part of the world |
| **Works** | the works described in schedule 1 |

1.2     Clause and schedule headings shall not affect the interpretation of this Agreement. References to clauses and to the schedule are to clauses and to the schedule of this Agreement.

1.3     The schedule forms part of this Agreement and has effect as if set out in full in the body of this Agreement.

1.4     Words in the singular shall include the plural and vice versa. A reference to one gender shall include a reference to the other genders.

1.5     A reference to a statute, statutory provision or any subordinate legislation made under a statute is to such statute, provision or subordinate legislation as amended or re-enacted from time to time.

1.6     Any obligation in this Agreement on a person not to do something includes an obligation not to agree or allow that thing to be done.

**2**     **Assignment**

In consideration of the payment of one pound sterling (£1) by GW to the Assignor and in consideration of the monies paid to the Assignor by GW at the time the Works were created (receipt of which amounts the Assignor expressly acknowledges), to the extent that it is not already owned by GW, the Assignor hereby confirms the assignment to GW absolutely with full title guarantee of all its rights, title and interests in and to all the Assigned Rights, including the right to bring, make, oppose, defend, appeal proceedings, claims or actions and obtain relief (and to retain any damages recovered) in respect of any infringement, or any other cause of action arising from ownership of any of the Assigned Rights, whether occurring before, on, or after the date of this Agreement.

**3**     **Warranties**

3.1     The Assignor warrants that:

        3.1.1     it has not licensed or assigned any of the Assigned Rights;

        3.1.2     the Assigned Rights are free from any security interest, option, mortgage, charge or lien;

        3.1.3     exploitation of the Assigned Rights will not infringe the rights of any third party;

        3.1.4     so far as it is aware, all the Assigned Rights are valid and subsisting; and

        3.1.5     the Works are their original work and have not been copied wholly or substantially from any other source.

**4       Moral Rights**

The Assignor waives irrevocably and unconditionally all such moral rights as may exist in relation to the Works and which arise under the Copyright, Designs and Patents Act 1988, and so far as is legally possible, any broadly equivalent rights which may exist anywhere in the world.

**5       Further Assurance**

The Assignor shall, at the cost of GW, perform (or procure the performance of) all further acts and things, and execute and deliver (or procure the execution or delivery of) all further documents, required by law or which GW requests, to vest in GW the full benefit of the right, title and interest assigned to GW under this Agreement, including, but not limited to, assisting GW with any proceedings which may be brought by or against GW against or by any third party relating to the rights assigned by this Agreement.

**6       Severance**

If any clause or any part of any clause in this Agreement is declared illegal, invalid or unenforceable, by the judgment or decree by consent or otherwise of a court of competent jurisdiction from whose decision no appeal is or can be taken, such clause shall be deemed to be deleted and replaced with a provision which, as far as possible, achieves the same effect without being illegal. All other provisions contained in this Agreement shall remain in full force and effect and shall not be affected by such finding.

**7       No Waiver**

No relaxation, forbearance, delay or indulgence by either party in enforcing any term or condition of this Agreement, or the granting of time by either party to the other, shall prejudice, affect or restrict the rights and powers of that party, nor shall any waiver by either party of any breach of this Agreement operate as a waiver of, or in relation to, any subsequent or continuing breach of it.

**8       Variation**

This Agreement may only be amended by a document in writing signed by each party.

**9       Announcements**

Neither party shall make any press or other public announcement concerning, or discuss with any third party, the existence or terms of this Agreement, without the prior written consent of the other party.

**10    Entire Agreement**

This Agreement, together with the original agreement (in whatever form) entered into between GW and the Assignor for the commissioning of the Works, constitutes the entire agreement and understanding of the parties in respect of the Assigned Rights.

**11    Counterparts**

This Agreement may be executed in 2 or more counterparts, each of which shall constitute an original, but which, when taken together, shall constitute one Agreement.

**12    Rights of Third Parties**

No term of this Agreement shall be enforceable under the Contracts (Rights of Thirds Parties) Act 1999 by a person who is not a party to it.

**13    Governing Law and Jurisdiction**

15.1    This Agreement and any disputes or claims arising out of or in connection with it or its subject matter or formation (including non-contractual disputes or claims) are governed by and construed in accordance with the law of England.

15.2    The parties irrevocably agree that the courts of England have exclusive jurisdiction to settle any dispute or claim that arises out of or in connection with this Agreement or its subject matter or formation (including non-contractual disputes or claims).

**AS WITNESS** the hands of the parties on the date stated at the beginning of this Agreement.

Signed by

Name:                                    Andy Jones

Title:                                   Head of Legal, Licensing & Strategic Projects

For and on behalf of

**GAMES WORKSHOP LIMITED**

Signed by

**STEFAN KOPINSKI**

**SCHEDULE 1**

**Works**

all works (including, but not limited to, all written material, artwork, miniature painting, sculptures, editing or proofreading work, or translations, and any other creative works) ever supplied by the Assignor to, and commissioned by, GW on any date prior to the date of this Agreement, but excluding any works:

(i)     relating to Intellectual Property Rights which are licensed to GW by a third party licensor; or

(ii)    supplied by the Assignor to GW as part of their employment with GW (if ever employed by GW).



**GAMES WORKSHOP LIMITED**

and

**WAYNE ENGLAND**

**CONFIRMATORY ASSIGNMENT OF INTELLECTUAL PROPERTY RIGHTS**

**DATE**                           29 AUGUST                    **2012**

**THIS AGREEMENT** is dated    29 AUGUST                                  **2012**

**BETWEEN:**

1      **GAMES WORKSHOP LIMITED** incorporated and registered in England with
       company number 1467092 whose registered office is at Willow Road, Lenton,
       Nottingham, United Kingdom (**GW**); and

2      **WAYNE ENGLAND** of 37 BELGRAVE ROAD BARNSLEY S.YORKS S71 1EH (**Assignor**).

Each being a **party** and together being the **parties**.


**BACKGROUND**


(A)    The Assignor created the Works (as defined below) on the instruction of GW.

(B)    It was the intention of the parties that, at the time the Works were created by the
       Assignor on the instruction of GW, all Intellectual Property Rights in the Works be
       assigned to GW.

(C)    This Agreement has been entered into to confirm such assignment of all
       Intellectual Property Rights in the Works.


**AGREED TERMS**

1      **Definitions**

1.1    The definitions and rules of interpretation in this clause apply in this Agreement:

| | |
|---|---|
| **Assigned Rights** | the Intellectual Property Rights in the Works |
| **Intellectual Property Rights** | all patents, rights to inventions, registered designs, design rights, copyright and related rights, database rights, trade marks, trade names and domain names, rights in trade dress or get-up, rights in goodwill or to sue for passing off, moral rights, rights in confidential information (including know how/trade secrets) and any other intellectual property rights of any nature whether registered or unregistered, including all applications (or rights to apply) for, and renewals or extensions of such rights and all similar or equivalent rights in any part of the world |
| **Works** | the works described in schedule 1 |

1.2    Clause and schedule headings shall not affect the interpretation of this Agreement.
       References to clauses and to the schedule are to clauses and to the schedule of
       this Agreement.

1.2     Clause and schedule headings shall not affect the interpretation of this Agreement. References to clauses and to the schedule are to clauses and to the schedule of this Agreement.

1.3     The schedule forms part of this Agreement and has effect as if set out in full in the body of this Agreement.

1.4     Words in the singular shall include the plural and vice versa. A reference to one gender shall include a reference to the other genders.

1.5     A reference to a statute, statutory provision or any subordinate legislation made under a statute is to such statute, provision or subordinate legislation as amended or re-enacted from time to time.

1.6     Any obligation in this Agreement on a person not to do something includes an obligation not to agree or allow that thing to be done.

**2      Assignment**

In consideration of the payment of one pound sterling (£1) by GW to the Assignor and in consideration of the monies paid to the Assignor by GW at the time the Works were created (receipt of which amounts the Assignor expressly acknowledges), to the extent that it is not already owned by GW, the Assignor hereby confirms the assignment to GW absolutely with full title guarantee of all its rights, title and interests in and to all the Assigned Rights, including the right to bring, make, oppose, defend, appeal proceedings, claims or actions and obtain relief (and to retain any damages recovered) in respect of any infringement, or any other cause of action arising from ownership of any of the Assigned Rights, whether occurring before, on, or after the date of this Agreement.

**3      Warranties**

3.1     The Assignor warrants that:

        3.1.1    it has not licensed or assigned any of the Assigned Rights;

        3.1.2    the Assigned Rights are free from any security interest, option, mortgage, charge or lien;

        3.1.3    exploitation of the Assigned Rights will not infringe the rights of any third party;

        3.1.4    so far as it is aware, all the Assigned Rights are valid and subsisting; and

        3.1.5    the Works are their original work and have not been copied wholly or substantially from any other source.

**4    Moral Rights**

The Assignor waives irrevocably and unconditionally all such moral rights as may exist in relation to the Works and which arise under the Copyright, Designs and Patents Act 1988, and so far as is legally possible, any broadly equivalent rights which may exist anywhere in the world.

**5    Further Assurance**

The Assignor shall, at the cost of GW, perform (or procure the performance of) all further acts and things, and execute and deliver (or procure the execution or delivery of) all further documents, required by law or which GW requests, to vest in GW the full benefit of the right, title and interest assigned to GW under this Agreement, including, but not limited to, assisting GW with any proceedings which may be brought by or against GW against or by any third party relating to the rights assigned by this Agreement.

**6    Severance**

If any clause or any part of any clause in this Agreement is declared illegal, invalid or unenforceable, by the judgment or decree by consent or otherwise of a court of competent jurisdiction from whose decision no appeal is or can be taken, such clause shall be deemed to be deleted and replaced with a provision which, as far as possible, achieves the same effect without being illegal. All other provisions contained in this Agreement shall remain in full force and effect and shall not be affected by such finding.

**7    No Waiver**

No relaxation, forbearance, delay or indulgence by either party in enforcing any term or condition of this Agreement, or the granting of time by either party to the other, shall prejudice, affect or restrict the rights and powers of that party, nor shall any waiver by either party of any breach of this Agreement operate as a waiver of, or in relation to, any subsequent or continuing breach of it.

**8    Variation**

This Agreement may only be amended by a document in writing signed by each party.

**9    Announcements**

Neither party shall make any press or other public announcement concerning, or discuss with any third party, the existence or terms of this Agreement, without the prior written consent of the other party.

**10      Entire Agreement**

This Agreement, together with the original agreement (in whatever form) entered into between GW and the Assignor for the commissioning of the Works, constitutes the entire agreement and understanding of the parties in respect of the Assigned Rights.

**11      Counterparts**

This Agreement may be executed in 2 or more counterparts, each of which shall constitute an original, but which, when taken together, shall constitute one Agreement.

**12      Rights of Third Parties**

No term of this Agreement shall be enforceable under the Contracts (Rights of Thirds Parties) Act 1999 by a person who is not a party to it.

**13      Governing Law and Jurisdiction**

15.1    This Agreement and any disputes or claims arising out of or in connection with it or its subject matter or formation (including non-contractual disputes or claims) are governed by and construed in accordance with the law of England.

15.2    The parties irrevocably agree that the courts of England have exclusive jurisdiction to settle any dispute or claim that arises out of or in connection with this Agreement or its subject matter or formation (including non-contractual disputes or claims).

**AS WITNESS** the hands of the parties on the date stated at the beginning of this Agreement.

Signed by

Name:

Title:

Andy Jones

Head of Legal, Licensing &
Strategic Projects

For and on behalf of

**GAMES WORKSHOP LIMITED**

Signed by

**WAYNE ENGLAND**

**SCHEDULE 1**

**Works**

all works (including, but not limited to, all written material, artwork, miniature painting, sculptures, editing or proofreading work, or translations, and any other creative works) ever supplied by the Assignor to, and commissioned by, GW on any date prior to the date of this Agreement, but excluding any works:

(i)     relating to Intellectual Property Rights which are licensed to GW by a third party licensor; or

(ii)    supplied by the Assignor to GW as part of their employment with GW (if ever employed by GW).