# Exhibit

# 143

Chapterhouse Studios May Release - TRU-Scale Empress' Tears Conversion Kit - Forums - Dakka Dakka: Warhammer, 40k, Warmachine and Flames of War Community.  9/6/12 7:12 PM

Case 1:10-CV-08103 Document #: 230-28 Filed 09/06/12 Page 2 of 37 PageID #:11797

**Forum   Gallery   Articles   Video   Army Profiles   Store Finder   INAT FAQ   Services   Login   Join Us!**

Dropdown Menus »    **Forum Tools    Thread Tools**    Switch Theme

**Dakka's Biggest Contest** - Amazing Wargaming Prizes That Anyone Can Win!

Like Dakka on facebook or follow us on twitter and you will be automatically entered into a draw to win a prize. Full Details. 11 prizes, 11 winners!

Follow @officialdakka    875 followers       Like   2.4k

Courtesy of Modest Magic: Castles and Keeps terrain kit ($130)
Courtesy of Warring Souls: $75 of painting
Courtesy of Warmill: A battlefield bundle (£45-58)
Courtesy of Mechanical Warhorse: $60+ of wreckage markers
Courtesy of BattleFoam: PACK 432 custom bag ($145)
Courtesy of On The Lamb Games: $100 gift voucher                    Hide this

**Chapterhouse Studios May Release - TRU-Scale Empress' Tears Conversion Kit**

Forum Index » News & Rumors

| Author | Message |
|---|---|
| **Subject:** Advert | |

**Advert**

Forum adverts like this one are shown to any user who is not logged in. Join us by filling out a tiny 3 field form and you will get your own, free, dakka user account which gives a good range of benefits to you:

- No adverts like this in the forums anymore.
- Times and dates in your local timezone.
- Full tracking of what you have read so you can skip to your first unread post, easily see what has changed since you last logged in, and easily see what is new at a glance.
- Email notifications for threads you want to watch closely.
- Being a part of the oldest wargaming community on the net.

If you are already a member then feel free to login now.

2012/05/29 18:59:59        **Subject:** Chapterhouse Studios May Release - TRU-Scale Empress' Tears Conversion Kit

**Chapterhouse**
Infiltrating Broodlord



10 Gallery Images
Gallery Votes: 0
Posts: 1046

Joined: 2008/12/04
20:53:26
Location: USA
Offline
Filter Thread

This week we expand upon our TRU-Scale product line with the Order of the Empress's Tears Knights Praetorius Conversion Kit.

The "Knights Praetorius" are the Empress' most loyal soldiers. Each order has a history as well as heraldry that is unique to its ranks. The Order of the Empress's Tears is named so because of the near annihilation the order faced when they were the sole defense for the Empress when her Flagship came under assault during the Battle of Permidian. Isolated and without support, the order was annihilated to almost the last soldier before reinforcements had arrived. Only 2 soldiers survived the Kin'rth attack against the Empress and her closest advisors. Because of this sacrifice, the Empress renamed the unit and the units heraldry includes the "red tears" of the empress as its main standard.

Each resin kit comes unassembled and unpainted. The 28 mm TRU-Scale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown. Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.

The kits are available here for $22.50 a set. Shown along side is a Knights Praetorius model assembled completely with Chapterhouse Studios kits and bits - painted by Jose Veiga and incorporates kits - Spiky Marine Head, Open Fist Power Claws, and Combi-Flamer Component

Chapterhouse Studios :: dakka forum :: dakkadakka.com forum :: Please read first... Updated at 7/04/2012
Case 1:10-cv-08103 Document #: 230-28 Filed: 09/06/12 Page 3 of 37 PageID #:11798
9/6/12 7:12 PM



Chapterhouse Studios Saturday 18 December Announcement #7 : 2nd Anniversary announcement about new products. 9/6/12 7:12 PM





I am also excited to announce that WorthyPainting.com will be the official studio painters for our line of products. You will notice their logo below the items they have painted for us and I look forward to seeing what they churn out!. Check them out at www.worthypainting.com.

Coming up in the following weeks will be some kits to expand our female imperial guard lines, our conversion kits for Tyranid models, as well as some dark space elf kits and further kits for Space Marine players out there.

Sincerely,

Nick Villacci - Chapterhouse Studios LLC

Chapterhouse Studios May Release - TRU-Scale Empress' Tears Conversion Kit - Forum - DakkaDakka | Roll the dice to see if I'm getting drunk.                    9/6/12 7:12 PM

Exalt This Post +1

2012/05/29 19:49:51          **Subject:** Chapterhouse Studios May Release - TRU-Scale Empress' Tears Conversion Kit

**Lysenis**



193 Gallery Images
Gallery Votes: 23
Posts: 882

Joined: 2010/02/03
15:26:57
Offline
Filter Thread

Ohhhhhh Now I see that your making your own line of models. Amazing! GL!!!

DQ:80+S++G++M-B+I+Pw40k08#++D+++++A++/sWD361R+++T(Pic)DM+

Blood Falcon's!!!
http://www.dakkadakka.com/dakkaforum/posts/list/0/445832.page#4205771 The blog is up! Check it out!!!

Exalt This Post +1

2012/05/29 19:55:52          **Subject:** Chapterhouse Studios May Release - TRU-Scale Empress' Tears Conversion Kit

**TheSecretSquig**
Smokin' Skorcha Driver

388 Gallery Images
Gallery Votes: 159
Posts: 588

Joined: 2007/01/26
03:49:43
Location: Saudi Arabia
Offline
Filter Thread

> **Chapterhouse wrote:**
> Order of the Empress's Tears Knights Praetorius Conversion Kit.
>
> The "Knights Praetorius" are the Empress' most loyal soldiers.

I see what you did there............. 'Empress'

A bit of everything really....... , mostly at the moment, can't wait for  to be redone !

Exalt This Post +1

2012/05/29 20:09:32          **Subject:** Chapterhouse Studios May Release - TRU-Scale Empress' Tears Conversion Kit

**Bolognesus**
Jealous that Horus is
Warmaster

5 Gallery Images
Gallery Votes: 26
Posts: 406

Joined: 2010/07/12
22:00:18
Location: Delft,
Netherlands
Offline
Filter Thread

heh, shame I don't have a use for tru-scale models atm - I love the greaves on that painted model. nice&slender - this looks nicely lethal GL
on these

Exalt This Post +1

2012/05/29 20:42:27          **Subject:** Re:Chapterhouse Studios May Release - TRU-Scale Empress' Tears Conversion Kit

**Empchild**
**[DCM]**
Painlord Titan Princeps of
Slaanesh

Hrmm not bad actually, personally i dont do the trueschale but overall not bad. I looked at the painters site and their alright. A littke flst for my
tastes but then again paintings subjective. It could just be me but i have always found.trueschale shoulders to be odd looking. Not just yours just
ever copy i see.



120 Gallery Images
Gallery Votes: 381
Posts: 3586

Joined: 2009/10/06
17:25:41
Location: Boston, Ma
United States
Online
Filter Thread

 visit my blog at http://akersminis.blogspot.com/ and check out what I have going on. Also don't forget to follow the Boston Brawl Indy GT at bostonbrawl.com/

Listen, my children, as I pass onto you the truth behind Willy Wonka and his factory. For every wonka bar ever created in existance, Mr. Wonka sacraficed a single Oompa Loompa to the god of chocolate, Hearshys. Then, he drank the blood of the fallen orange men because he fed them a constant supply of sugary chocolate so they all became diabetic and had creamy, sweet-tasting blood that willy could put into each and every Wonka bar. That is the REAL story behind willy wonka's Slaughter House!

Exalt This Post +1

2012/05/29 20:51:22     **Subject:** Re:Chapterhouse Studios May Release - TRU-Scale Empress' Tears Conversion Kit

**MajorWesJanson**
Regular Dakkanaut

Gallery Votes: 1
Posts: 102

Joined: 2011/10/06
02:55:13
Offline
Filter Thread

Idea is good, but the execution resembles 90s era GW models. Not a fan.

Exalt This Post +1

2012/05/29 20:58:08     **Subject:** Chapterhouse Studios May Release - TRU-Scale Empress' Tears Conversion Kit

**Newabortion**
Cultist of Nurgle with Open
Sores



1 Gallery Image
Gallery Votes: 0
Posts: 185

Joined: 2010/05/24
15:39:12
Location: Collinsville IL
Offline
Filter Thread

I think they're just to friggn' cool.



56th Tactical Special Operations Group IG blog (Watch special forces wrestle with green stuff)

Exalt This Post +1

2012/05/29 21:04:09     **Subject:** Re:Chapterhouse Studios May Release - TRU-Scale Empress' Tears Conversion Kit

**Lucarikx**
Blood Angel Neophyte
Undergoing Surgeries



28 Gallery Images
Gallery Votes: 10
Posts: 69

Joined: 2012/03/13
14:33:24

They're finally here! i might order some very very soon...........

2000 points

Visit my P&M blog: http://www.dakkadakka.com/dakkaforum/posts/list/455620.page

Chapterhouse Studios... Dakka Dakka - CV-08103 Emperor... #: 230-28 Filed: Chapterhouse Studios... Gallery Forum bottom of... 9/6/12 7:12 PM

Location: A suit of Power
Armour
Offline
Filter Thread

Exalt This Post +1

2012/05/29 22:50:22          Subject: Chapterhouse Studios May Release - TRU-Scale Empress' Tears Conversion Kit

**Claimh_Solais**
Perturbed Blood Angel
Tactical Marine

Do the pads fit regular GW terminators ?

32 Gallery Images
Gallery Votes: 339
Posts: 119

Joined: 2010/03/02
19:30:30
Location: Sweden
Online
Filter Thread

Exalt This Post +1

2012/05/29 23:11:02          Subject: Chapterhouse Studios May Release - TRU-Scale Empress' Tears Conversion Kit

**derek**
Battlefield Professional

> Chapterhouse wrote:
>
> Coming up in the following weeks will be some kits to expand our female imperial guard lines

Gallery Votes: 0
Posts: 761

Intrigued, I just hope they're better than the last female IG offering. Either way, patiently waiting to see them.

Joined: 2006/11/10
11:07:53
Offline
Filter Thread

www.frostreaver.net for Kansas City area gaming.

Exalt This Post +1

2012/07/10 09:53:13          Subject: Chapterhouse Studios May Release - TRU-Scale Empress' Tears Conversion Kit

**Sgt.Roadkill**
Dakka Veteran

Any news on these fem guard stuff?

The Imperium of Man is able to traverse the Warp with difficulty when their Emperor concentrates from his golden life support machine and lights the way. Unfortunately, because the Emperor has the attention span of the average 5-year-old Pokemon fanboy, this means that many an unfortunate Imperial ship has had the WTF WHERE'D THE LIGHTS GO experience, which in the Warp is invariably fatal.

1 Article Edit
Gallery Votes: 0
Posts: 710

Joined: 2005/11/02
10:26:48
Offline
Filter Thread

Exalt This Post +1

2012/07/10 09:59:03          Subject: Chapterhouse Studios May Release - TRU-Scale Empress' Tears Conversion Kit

**calgar 2.5**
Hardened Veteran
Guardsman

> Lysenis wrote:
> Ohhhhhh Now I see that your making your own line of models. Amazing! GL!!!



**2 Gallery Images**
**Gallery Votes:** 36
Posts: 186

Joined: 2009/06/22
06:15:19
Location: Danbury, CT
Offline
Filter Thread

HA! You fool.

⚜ ⚜ 1500 pts ⚜ ⚜

⚜ 700 pts Merican IG ⚜

======Begin Dakka Geek Code======
DS:90-SG++M--B++I+Pw40k06#+D+A++/areWD300R+T(M)DM+
======End Dakka Geek Code======

Exalt This Post +1

---

2012/07/10 13:01:51     **Subject:** Chapterhouse Studios May Release - TRU-Scale Empress' Tears Conversion Kit

**scipio.au**
Humorless Arbite



**Gallery Votes:** 23
Posts: 1628

Joined: 2005/10/30
13:13:15
Location: Melbourne .au
Offline
Filter Thread

Hm, I could see getting a couple of sets of these. Probably mix them in as character models.

http://azazelx.wordpress.com/
My gaming, modelling & miniatures painting blog.

Exalt This Post +1

---

2012/07/10 14:15:23     **Subject:** Chapterhouse Studios May Release - TRU-Scale Empress' Tears Conversion Kit

**Mad4Minis**
Buttons Should Be Brass,
Not Gold!

**67 Gallery Images**
**Gallery Votes:** 313
Posts: 2564

Joined: 2010/09/07
18:04:12
Location: Florida, USA
Online
Filter Thread

Ive got a set of the regular knights tru-scale minis and they are great. I did mine up with CSM bits.

They may seem a bit plain at first, but once you get them and them fitting bits and playing around with them, they are great.

*This message was edited 1 time. Last update was at 2012/07/10 14:15:45*



Exalt This Post +1

---

Forum Index » News & Rumors

Go to: [ Select a forum ] ⬍ [Go]





Forum    News    Contests    Gallery    Articles    Wiki    Portal    Store

Today's Posts    Ladder    FAQ    Calendar    Community    Forum Actions    Quick Links    Supporters

# sign up now

FAQ

**SIGN UP NOW**    Come on sign up, you know you want to. It's free and easy and you get to be even more awesome!

User Name    Password    ☐ Remember Me?    login    Search    

🏠 Forum    Hobby    Miniature News    Chapterhouse Studios don't release TRU-Scale Space Marines ;)

Results 1 to 10 of 28    Page 1 of 3    **1** 2 3 ▶ Last ▶▶

**Thread: Chapterhouse Studios don't release TRU-Scale Space Marines ;)**

Like    0    Tweet    0

Thread Tools    Display

22-02-2012, 11:45 AM    #1

**Vern** ◦

Supporter
**Wamp Guru**
🟢🟢🟢🟢🟢🟢🟢🟢



| | |
|---|---|
| **Join Date:** | Nov 2008 |
| **Location:** | Durham |
| **Posts:** | 5,789 |

**Chapterhouse Studios don't release TRU-Scale Space Marines ;)**

It's coz they're actually a TRU-Scale Knight Praetorius kit ...



MODEL PAINTED AND DESIGNED BY
STEPHEN SMITH

## Latest Posts

**Should we change the news?**
Last Post By megazord_man
Today, 06:12 PM

**New Moderator**
Last Post By megazord_man
Today, 05:52 PM

**Privateer Press 2012 - The Results**
Last Post By Blighted Panda
Today, 04:12 PM

**Proportions in large scale sculpts**
Last Post By Mako
Today, 04:12 PM

**Crimean War Diorama - final post!**
Last Post By NeatPete
Today, 04:09 PM

## Latest News

**New Releases: Scale 75**
Posted By shanerozzell
04-09-2012, 08:17 PM

**Stormfiregames**
Posted By War Griffon
01-09-2012, 10:05 PM

**New from Andrea Miniatures**
Posted By shanerozzell
31-08-2012, 11:01 PM

**BOLT ACTION RELEASED EARLY!**
Posted By shanerozzell



31-08-2012, 10:29 PM

**Urban War New Releases Now...**
Posted By shanerozzell
31-08-2012, 11:40 AM

**Latest Articles**

**Sodapop Miniatures Painting Contest 2012**
Posted By Darklord
20-08-2012, 04:36 PM

**Privateer Press 2012 - Results**
Posted By Darklord
16-08-2012, 04:28 PM

📰 **Latest Blogs**

**Hobby Chat : 40k**
I haven't really posted anything related to the...
Posted By piratemama (1 Comments)
29-07-2012, 04:42 AM in
Mama's Painting Madness

Everywhere sidebar 1.5.1



6 POWER PACKS PER SET

HEADS, ARMS, WEAPONS,
BANNER AND BASES ARE NOT
INCLUDED

MODELS PAINTED AND DESIGNED BY
STEPHEN SMITH

*Please note we have a very limited number of
these kits currently onhand, we are expecting a
main release date of March 5th, 2012 and any
orders placed before then will be filled on a
first-come first serve basis once stock arrives.*

*The "Knights Praetorius" are the Empress' most
loyal soldiers. Each is endowed with a touch of
the Empress' psychic powers when admitted
into the unit. While few in number, each is a
match for 10 lesser men, the psychic unity with
the Empress allows a measure of prescience as
well as formidable endurance. Both men and
woman are allowed to test to join the unit, but
few survive this testing.*

*Each resin kit comes unassembled and
unpainted. The 28 mm TRU-Scale kit comes with
enough components to assemble a squad of 6
"Knight Praetorius" - 12 assorted armored
pauldrons, 6 torsos, 6 sets of legs and 6
equipment backpacks. Please note it is
necessary to purchase heads, arms, weapons
and bases to assemble as shown. Chapterhouse
Studios Marine Heads and weapons are scaled
appropriately for use with this kit. We
recommend 28mm scale model kits for
assembly with this kit.*

*Shown examples were modeled and painted by
Stephen Smith and consist of numerous
components from different manufactures for
the weapons, arms, heads and weapon effects.*

http://chapterhousestudios.com/index...product_id=2
04

Oooh. That's a BINGO!
This is grapeshot. This is what it does.

Quote

---

22-02-2012, 12:02 PM                                                                                    #2

Joek ○

**Wamp Member**

Join Date: Nov 2009
Posts:      629

Now, y'see *this* release is why if it was me, I'd go over to them and melt all their metal and resin
down to a stinky puddle on the floor. I'm actually staggered to see them release them after what
they've been going through with GW.

Hey-ho.

JOEK MINIS
CMON GALLERY

Quote

---

22-02-2012, 12:06 PM                                                                                    #3

Cubster ○

**Supporter**

**Super Wamp**



Join Date: Jun 2011
Location:  Cardiff
Posts:      1,981

Oh dear Lord, that one's not even slightly subtle.

"You're a big man, but you're in bad shape. With me, it's a full time job."
– Lt. Bromhead to Prince Dabulamanzi before the Battle of Rorke's Drift.

Quote

---

22-02-2012, 12:17 PM                                                                                    #4

thetang22 ○

**Chief Cabana**



Join Date: Oct 2010
Location:  Grand
Island, NE
Posts:      259

It does feel like they are saying "Eff you GW....we are going to do whatever the heck we want,
regardless of your stupid lawsuit."

"Models designed and painted by Stephen Smith" - is Stephen Smith the GW employee who *actually*
designed these? *(j/k)*

Quote

---

22-02-2012, 12:21 PM                                                                                    #5

Darkmessiah ○

**Chief Cabana**



and to think i didnt release my true scale kit for fear of it breaking gw ip :(

But at night, I live a life of exhilaration, of missed heartbeats and adrenalin. And, if the truth be known, a life of
dubious virtue...

| | |
|---|---|
| **Join Date:** Mar 2009<br>**Location:** Liverpool<br>**Posts:** 458 | |
| | Quote |

| 22-02-2012, 12:23 PM | #6 |
|---|---|

**Cubster** ○

Supporter

**Super Wamp**



**Join Date:** Jun 2011
**Location:** Cardiff
**Posts:** 1,981

Took me a while to realise that the odd floral attachment is meant to be muzzle flash!

FAIL!

---

"You're a big man, but you're in bad shape. With me, it's a full time job."
– Lt. Bromhead to Prince Dabulamanzi before the Battle of Rorke's Drift.

Quote

| 22-02-2012, 12:27 PM | #7 |
|---|---|

**Orki** ○

Supporter

**Super Wamp**



**Join Date:** Sep 2010
**Location:** Da Mekshop
**Posts:** 2,486

Really lame sculpts too, but that's a given really with CH. If this is the culmination of what I think it is, then it was one of the chaps on Dakka who true-scaled up his Marines and just got CH to cast them iirc. Adding a couple of mm of greenstuff to the thighs doesn't constitute an even remotely original sculpt imo.

CH have gone from an 'interesting aftermarkets spares' company, to totally moronic and arrogant lamo's, to simply just common thieves. I really, really wanna see them burn in court for being the talentless ****witted criminals that they are.

---



Available for private and studio commissions

My CMON gallery

Quote

| 22-02-2012, 12:37 PM | #8 |
|---|---|

**Mako** ○

Cabana Boy



**Join Date:** Oct 2010
**Location:** Leeds
**Posts:** 158

Sigh...

They really have no concept of IP, do they. This kind of thing really annoys me (I've spent a few years in science research, your IP is about all you have 😊). They clearly think they have a right to steal from GW, especially with a lawsuit already going on! They deserve to be put out of business and have every cent of profit they've made confiscated, all their stock and moulds destroyed, and then possibly kicked in the shins for god measure!

Ok, so GW aren't exactly an angel of a company. I'm not a huge fan of theirs at the moment, they aren't impressing me with their decisions and releases. But noone has any excuse to try and get away with this kind of farcical pretense of having their own line of bits and models. Similar/inspired by and so on are a fuzzy area, and I don't know enough about the legal details to know how close is too close in those cases, but this is just blatant poor quality copying! They may as well start recasting and announcing that on their website.
Let's hope the legal system decides they've gone way too far as well (not because I love GW but simply because IP theft is a lazy, scummy thing to do. By anyone.)

Even in their press release photos they look like they're not great sculpts too...

---

A model what I painted: My WIP thread

Chapterhouse Studios vs. Games Workshop - Page 6 - Wamp Forum    6/6/12 7:15 PM

Case: 1:10-cv-08103 Document #: 230-28 Filed: 09/06/12 Page 14 of 37 PageID #:11809

Quote

| | |
|---|---|
| 22-02-2012, 12:52 PM | #9 |

**Darklord** ○

Founder

Wamp Incarnate



Join Date: Nov 2008
Location: Durham , England
Posts: 18,893

> **Originally Posted by Mako** ⊙
>
> *Ok, so GW aren't exactly an angel of a company. I'm not a huge fan of theirs at the moment, they aren't impressing me with their decisions and releases. But noone has any excuse to try and get away with this kind of farcical pretense of having their own line of bits and models. Similar/inspired by and so on are a fuzzy area, and I don't know enough about the legal details to know how close is too close in those cases, but this is just blatant poor quality copying! They may as well start recasting and announcing that on their website.*
> *Let's hope the legal system decides they've gone way too far as well (not because I love GW but simply because IP theft is a lazy, scummy thing to do. By anyone.)*

^^^^^This^^^^^

Wamp Corporate

Quote

| | |
|---|---|
| 22-02-2012, 01:54 PM | #10 |

**Undave** ○

Flockwit

Supporter

Wamp Guru



Join Date: Feb 2009
Location: Northampton, home of the shoe... apparently
Posts: 7,236

More "TRU-Scale" rope to hang themselves with...

Awards: 🌐

"We can categorically state that we have not released man-eating badgers into the area" - UK military spokesman Major Mike Shearer
"I think they should all be topless, they're just more fun that way" - Vegascat
"I once hit a guy in the face with a crap" - NeatPete
"The doctor put me on a course of placebos," said the lady in the straw hat. "But I don't take them. I'm saving them all up for a mock suicide attempt."
"Beasts of War sucks." - Me
"I used to be Sheogorath but I took an arrow to the knee."

Quote

Page 1 of 3  **1**  2  3  ▶  Last ▶▶

« Previous Thread | Next Thread »

**Tags for this Thread**

2012, 28mm, 28mm scale, armored, arms, bases, chapterhouse, converting, empress, hand, kit, kits, knight, knights, marine, marines, men, model, painted, release, resin, scale, show, soldiers, space, squad, studios, woman
View Tag Cloud

---

**Wamp Affiliates**

     



All times are GMT +1. The time now is 06:14 PM.

Powered by vBulletin® Version 4.1.12
Copyright © 2012 vBulletin Solutions, Inc. All rights reserved.
Skin By: www.purevb.com

# Exhibit

# 144

Forum   Gallery   Articles   Video   Army Profiles   Store Finder   INAT FAQ   Services   Login   Join Us!
Dropdown Menus »   Forum Tools   Thread Tools   Switch Theme

**Dakka's Biggest Contest** - Amazing Wargaming Prizes That Anyone Can Win!

Like Dakka on facebook or follow us on twitter and you will be automatically entered into a draw to win a prize. Full Details. 11 prizes, 11 winners!

Follow @officialdakka   875 followers      Like   2.4k

Courtesy of Mechanical Warhorse: $60+ of wreckage markers
Courtesy of Warmill: A battlefield bundle (£45-58)
Courtesy of MiniWargaming: Any GW battleforce or battalion (~$115)
Courtesy of Modest Magic: Castles and Keeps terrain kit ($130)
Courtesy of Blue Table Painting: $50 of painting
Courtesy of Warring Souls: $75 of painting                    Hide this

Chapterhouse Studios August Releases - Pads and Were-Crocs

Forum Index » News & Rumors

| Author | Message |
|---|---|
| **Subject:** Advert | |

**Advert**

Forum adverts like this one are shown to any user who is not logged in. Join us by filling out a tiny 3 field form and you will get your own, free, dakka user account which gives a good range of benefits to you:

- No adverts like this in the forums anymore.
- Times and dates in your local timezone.
- Full tracking of what you have read so you can skip to your first unread post, easily see what has changed since you last logged in, and easily see what is new at a glance.
- Email notifications for threads you want to watch closely.
- Being a part of the oldest wargaming community on the net.

If you are already a member then feel free to login now.

| 2012/08/15 20:50:31 | **Subject:** Chapterhouse Studios August Releases - Pads and Were-Crocs |

**Chapterhouse**
Infiltrating Broodlord



10 Gallery Images
Gallery Votes: 0
Posts: 1046

Joined: 2008/12/04
20:53:26
Location: USA
Offline
Filter Thread

🇺🇸 Linky for those who want to read it on the site.

Thanks to some talented sculptors out there (who we will reveal when the product is ready for sale) we have our first entry into the fantasy world line for Chapterhouse Studios.

These models are approximately 60mm in height and will be done in resin, they will sell for approximately $14 each. There are different types of shapechangers, each able to assume the form of a different animal species, these were-types take the form of a lizard.







Also released this month are a multitude of shoulder pads and a set of laser backpacks, clicking on the photo will take you to the products page.





Chapterhouse Studios LLC - Heavy Gothic Shoulder Pads... Forum... - Dakka Dakka... 9/6/12 7:17 PM









Chapterhouse Studios LLC - General Discussion and Rumors - Forum - DakkaDakka | Wargaming, painting and modeling. 9/6/12 7:17 PM



Chapterhouse Studios LLC et al v. Games Workshop Limited Fourth Amended Complaint Exhibits 9/6/12 7:17 PM









PAINTED BY JOSE VEIGA

Chapterhouse Studios LLC - Home Studio - Custom miniatures and bits for games - Dakka's list of Dakka's ... 9/6/12 7:17 PM



Chapterhouse Studios LLC - Heavy Infantry Shoulder Pads - Miniature Wargaming Discussion Forums









Chapterhouse Studios Chaos - Here comes the conversions! - Forum - DAKKA DAKKA - Warhammer, 40k, Warmachine...    9/6/12 7:17 PM

Case 1:10-cv-08103 Document #: 230-28 Filed: 09/06/12 Page 28 of 37 PageID #:11823



PAINTED BY JOSE VEIGA

I should have some exciting new conversion kits and models in the next couple of weeks as well.
Nick
Chapterhouse Studios LLC

Exalt This Post +1

---

2012/08/15 20:57:12        **Subject:** Chapterhouse Studios August Releases - Pads and Were-Crocs

**Absolutionis** 
Infiltrating Naga                        Mechanical Shoulderpads?
                                         Yes sir, I like it!

                      

16 Gallery Images
Gallery Votes: 132
Posts: 1988

Joined: 2010/02/09
03:48:50
Location: Cary, NC
Offline
Filter Thread

Exalt This Post +1

---

2012/08/15 21:54:20        **Subject:** Chapterhouse Studios August Releases - Pads and Were-Crocs

**Platuan4th**                           I like the "not-Classic Kroxigor". They'll let me keep the 4th/5th edition vibe of my Lizards without the arduous task of trying to find enough actual
                                         period Krox.

                                         You know you're really doing something when you can make strangers hate you over the Internet. - Mauleed
                                         Just for Alpharius: **KNIGHTS AREN'T TITANS.**
                                         ⚔ Hallowed is the All Pie ⚔
                                         DR:80S++G++M+B+I+Papoc96#+D+++A(WTF)/mWD230R+++T(S)DM+++

442 Gallery Images
Gallery Votes: 0
Posts: 9134

Joined: 2005/11/10
06:10:13
Location: Colorado
Springs, CO
Online
Filter Thread

Exalt This Post +1

---

2012/08/15 21:59:14        **Subject:** Re:Chapterhouse Studios August Releases - Pads and Were-Crocs

**DarkTraveler777** 
**[DCM]**                                 Hotshot Lasguns, yes!

Chapterhouse Studios' Studio's month? Thread - Forum DakkaDakka: Roll the dice to see if I'm getting trolled.

Case 1:10-cv-08103 Document #230-28 Filed: 09/06/12 Page 29 of 37 PageID #:11824 9/6/12 7:17 PM

Melta Gunner #00317



I like the were-croc. Seems like it would work well in a Wargods of Aegyptus Sebeki warband.



Praetorian 77th Regiment: 3800 points
Aurora Chapter 1500 points
Cult of Oppressive Desire 6013 points (updated 5/2012)
Blood Axes 1000 Points



37 Gallery Images
3 Article Edits
Gallery Votes: 6
Posts: 932

Joined: 2009/09/18
23:15:49
Offline
Filter Thread

Exalt This Post +1

2012/08/15 22:28:34     Subject: Chapterhouse Studios August Releases - Pads and Were-Crocs

**Charax**
Nurgle Predator Driver with
an Infestation

16 Gallery Images
Gallery Votes: 0
Posts: 421

Joined: 2009/07/26
16:48:32
Online
Filter Thread

shoulderpads are a bit Meh, to be honest. even the otherwise great-looking Mechanical ones have that ugly great nut in the middle, plain banding would have been better. Were-Croc's a nice idea, but the Hotshot Lasgun's not nearly detailed or unique enough for me to buy it.

Still, glad CHS is still pumping out the goods!

Exalt This Post +1

2012/08/15 23:06:32     Subject: Chapterhouse Studios August Releases - Pads and Were-Crocs

**RiTides**
[SWAP SHOP MOD]
Multispectral Charontid

Doesn't something seem just plain... off about this image?



441 Gallery Images
Gallery Votes: 45
Posts: 14579

Joined: 2008/10/21
05:38:56
Location: Tussock,
Pasture, Knoll...
Online
Filter Thread



Case 1:10-cv-08103 Document #: 230-28 Filed: 09/06/12 Page 30 of 37 PageID #:11825

Chapterhouse Studios August Releases - Pads and Were-Crocs - Forums - DakkaDakka - Dakka roll.

9/6/12 7:17 PM



PAINTED BY JOSE VEIGA

Not too impressed with these offerings... by comparison, the Puppets War shoulder pads look really, Really clean and crisp. The detail on this looks soft to me...

Also feel like there a lot better crocs out there from a variety of ranges...



Remember to follow the Swap Shop rules and guidelines!
Team filbert

Exalt This Post +1

---

2012/08/15 23:22:14     **Subject:** Chapterhouse Studios August Releases - Pads and Were-Crocs

**Mad4Minis** 
Buttons Should Be Brass,
Not Gold!

67 Gallery Images
**Gallery Votes:** 313
Posts: 2564

Joined: 2010/09/07
18:04:12
Location: Florida, USA
Online
Filter Thread

Love the crocs.

Great to see you guys getting into fantasy, since thats the kick Ive been on lately and will likely stay with.

*This message was edited 1 time. Last update was at 2012/08/15 23:24:53*

 

Exalt This Post +1

---

2012/08/15 23:58:11     **Subject:** Re:Chapterhouse Studios August Releases - Pads and Were-Crocs

**Gorlack**
Water-Caste Negotiator



1 Gallery Image
**Gallery Votes:** 115
Posts: 205

Joined: 2009/09/01
14:10:05

Those Crocs have a very 80s *DnD* minis feel, and not in a good way 😀 they really look like a home sculpt to be honest.

And RiTides, you are right. A lot of the shoulderpads seems to have soft detail. I like the salamander shoulders though. Very clean, yet clearly salamanders. Might pick those up, just in case they become un available in 6 months time 😀

Looking forward to the Khador expansion set: "My Little Pwnage"

---

Location: Denmark
Online
Filter Thread

Exalt This Post +1

   2012/08/16 00:20:57     **Subject:** Chapterhouse Studios August Releases - Pads and Were-Crocs

**daveNYC**  What chapter are you from?
Regular Dakkanaut     The nutters.

Gallery Votes: 0
Posts: 489

Joined: 2011/07/13
17:44:00
Offline
Filter Thread

Exalt This Post +1

   2012/08/16 00:39:57     **Subject:** Chapterhouse Studios August Releases - Pads and Were-Crocs

**plastictrees** 
**[DCM]**
HelsVakt



45 Gallery Images
Gallery Votes: 6
Posts: 988

Joined: 2008/06/18
12:34:13
Location: Calgary, Alberta,
Canada
Offline
Filter Thread

      **RiTides wrote:**
      Doesn't something seem just plain... off about this image?



      Not too impressed with these offerings... by comparison, the Puppets War shoulder pads look really, Really clean and crisp. The detail on this looks soft
      to me...

      Also feel like there a lot better crocs out there from a variety of ranges...

Just a little off. The painter probably refills his water cup with his own tears at having to paint this stuff.
The third party shoulder pad market has exploded in the last few years, there's some incredible stuff out there...this isn't it.

DA:70+S+G+M(GD)B++I+Pw40k90#+D+++A+/sWD131R+T(S)DM++++

Exalt This Post +1

Chapterhouse Studios and 40k Conversions Bitz and Figures - Page 32 - Forum DakkaDakka - Roll the dice to see if I'm getting drunk.

Case 1:10-cv-08103 Document #: 230-28 Filed: 09/06/12 Page 32 of 37 PageID #:11827

9/6/12 7:17 PM

2012/08/16 01:07:28     **Subject:** Chapterhouse Studios August Releases - Pads and Were-Crocs

**nkelsch**
Longtime Dakkanaut

51 Gallery Images
Gallery Votes: 0
Posts: 2279

Joined: 2008/07/24
15:31:00
Offline
Filter Thread

The crocs are terrible. The PP Hordes crocs are so friggin good, these are unreasonable. I was hoping for some 3rd party croc-men to pop up but these won't do.

RULE OF COOL: When converting models, there is only one rule: "The better your model looks, the less people will complain about it."

GW defines WYSIWYG: An important principle of our events is "what you see is what you get" or WYSIWYG (pronounced "wizzywig") for short. All this means is unless you are using the 'counts as' rule (see below), then miniatures are assumed to have their equipment actually shown on the model. It would be grossly unfair to show the model being equipped with one thing, but claiming it to be armed with another; wars have been started for less.

GW defines COUNTS AS: The 'Counts As' rule allows you to apply the rules for existing units to older or scratch built models that do not have rules of their own. This is to allow you to make full use of your collection or the army choices within our rule books; it's not an excuse to change your army as a way of fine tuning your force.

                                                                  Exalt This Post +1

2012/08/16 01:26:17     **Subject:** Chapterhouse Studios August Releases - Pads and Were-Crocs

**sennacherib**
Pestilent Plague Marine
with Blight Grenade



184 Gallery Images
Gallery Votes: 198
Posts: 1424

Joined: 2007/11/12
23:06:40
Location: Robin
Cruddycrap sucks.
Offline
Filter Thread

The not-mechanicum shoulder pads are bomb. I might have to pick some of those up ...

 DEATHGaurd blog. Now with Superheavy. http://www.dakkadakka.com/dakkaforum/posts/list/350093.page

                                                                   Exalt This Post +1

2012/08/16 01:28:44     **Subject:** Chapterhouse Studios August Releases - Pads and Were-Crocs

**Grundz**
Quick-fingered Warlord
Moderatus



119 Gallery Images
Gallery Votes: 35
Posts: 2702

Joined: 2009/08/24
21:31:33
Offline
Filter Thread

More gearpads!

Resin Titans for sale $100 !
The age of humanity has long past, the endless conflict continues to march into the vast darkness of space. Battles rage across the cold void, annihilating planets, moons and asteroids, cosmic obliteration for a purpose long forgotten. Kickstart Planetary Annihilation

I'm making resin bases now, and need YOUR ideas! used concepts get free bases! click for details

Adeptus mechanicus Codex Version 3 released!
Admech/Red knights of Mars/misc Blog of awesome. Last update: Knight Titan!
If you are going to play Tribes: Ascend use this link to sign up so I can get some gold please

                                                                   Exalt This Post +1

2012/08/16 01:56:04     **Subject:** Chapterhouse Studios August Releases - Pads and Were-Crocs

**NoseGoblin**
Regular Dakkanaut

Lovin the Crock! I adored the lizard men back in the old RPG days ;P




DREAMFORGE-GAMES
Leviathan Crusader plastic model kit

Chapterhouse Studios August Releases - Pads and Were-Crocs - Forum - DakkaDakka | Roll the dice to see if I'm getting drunk.

Case 1:10-cv-08103 Document #: 230-28 Filed: 09/06/12 Page 33 of 37 PageID #:11828

9/6/12 7:17 PM





83 Gallery Images
Gallery Votes: 198
Posts: 372

Joined: 2009/09/12
17:56:02
Online
Filter Thread

Exalt This Post +1

2012/08/16 01:59:25    **Subject:** Chapterhouse Studios August Releases - Pads and Were-Crocs

**davethepak**
Fire Warrior

Gallery Votes: 32
Posts: 376

Joined: 2010/03/02
04:05:13
Location: DFW area Texas
- Usually
Offline
Filter Thread

love the crocs and the diversity of the shoulder pads.

Not every style is for everyone....thanks for posting.

---

DavePak
Actor, Gamer, Comic, Corporate Nerd
davethegamer.wordpress.com <- gaming blog
www.MotleyPlayersIII.com <- comedy site

Exalt This Post +1

2012/08/16 02:58:00    **Subject:** Chapterhouse Studios August Releases - Pads and Were-Crocs

**boyd**
Sure Space Wolves Land
Raider Pilot

Gallery Votes: 17
Posts: 371

Joined: 2006/05/21
05:09:21
Location: Orlando, FL
Offline
Filter Thread

These are so awesome! Finally some not blindwater gatormen! Is there anyway you can show us how big they are compared to one of the PP gatormen?
*This message was edited 1 time. Last update was at 2012/08/16 02:59:24*

---

[/sarcasm]

Exalt This Post +1

2012/08/16 13:35:25    **Subject:** Chapterhouse Studios August Releases - Pads and Were-Crocs

**SickSix**
Dakka Veteran



47 Gallery Images
Gallery Votes: 64
Posts: 891

Joined: 2011/04/20
15:36:17
Offline
Filter Thread

I have a feeling that painting and photography have a lot to do with why some of their pads look so bad.

---

SickSix's Silver Skull WIP thread
My Youtube Channel

Exalt This Post +1

2012/08/16 14:28:00    **Subject:** Re:Chapterhouse Studios August Releases - Pads and Were-Crocs

**JustPlainJim**
Stalwart Dark Angels
Space Marine

I really do hate being negative and pointing out what I think are 'flaws', but I only want to see your products improve...

I don't dig the gator men. They have a lot of potential, but the poses kill it for me. Gator #1 doesn't look like he's attacking, so much as he's creeping down a hallway like a Scooby Doo villain... who just happens to weild a huge friggin axe. Maybe if he were leaning forward more?

Chapterhouse Studios: Like Games Workshop, but with more lawyers! - Forum DakkaDakka | Warhammer, 40k...

Case 1:10-cv-08103 Document #: 230-28 Filed: 09/06/12 Page 34 of 37 PageID #:11829

9/6/12 7:17 PM



2 Gallery Images
Gallery Votes: 0
Posts: 102

Joined: 2011/04/21
04:00:05
Location: Peoria, IL
Offline
Filter Thread

Gator #2 looks like he's waiting for a baseball. Again, maybe if he were in more of an attacking pose. Still, I know that you're limitged on what you can do with poses if you still want to fit into the rank-and-file formation.
The sculpts themselves are looking pretty darn good, though!

Someone's already made the "Nutters" joke, so I'll skip that. I rather like the techie shoulder pads, though I think the classic gear is better over the nut. But, then, it's also likely to anger some people (like lawyers).

Wing/Skull shoulder pad looks good, and if I had an army that was wingy-skulls, I'd probably buy some. I may anyway because my homebrew chapter is close (more wingy-sword than wingy-skull)

The fist/hammer looks a bit awkward to me. If it's made to look like a fist grasping the hammer, it looks like the hammer is grabbing it about where the thumb would meet the hand. Raise it up a bit, maybe? And the index finger looks a little too spread out compared to the other fingers. I think if the index finger was brought a lot closer to the others (and the others brought a hair closer to the index), it'd look a lot better.

The V/wreath looks pretty darn cool, but the lines don't look as crisp on the terminator-scale shoulderpad. The lines on the left side of the "V" look rather wobbly. I've noticed the wobbly lines on other shoulder pads your company has sold in the past (e.g. the ornate shoulder pad sold under the "Dark Angels" portion of your store. I've seen worse and I certainly couldn't make one better, but as others are pointing out, there are a lot of people making shoulders now, and the general public is becomming less tolerant of flaws/blemishes

Scythe pads look pretty sweet. Could have used them on my old Space Marine army.

I really like the scale/shell shoulder pad. It makes me want to make a Marine army themed after the Koopas in Super Mario Brothers... And that's not a bad thing.

I would love to see the lasgun unpainted. If it was made with the same attention to detail with which you made the servo-arm backpack, then the painting is actually doing it a disservice in this shot ('cause I friggin loved the servo-arm).

Again, I hate being negative, but I want to see your company thrive. I've seen some really great things from Chapterhouse and I think you want to give your customers a truly awesome experience with a truly awesome product.

My P&M Blog! Deathwing

Exalt This Post +1

2012/08/16 14:43:27          Subject: Chapterhouse Studios August Releases - Pads and Were-Crocs

pixelpusher
[DCM]
R.I.P. Devlan Miracle




11 Gallery Images
2 Article Edits
Gallery Votes: 276
Posts: 424

Joined: 2009/05/16
06:03:50
Location: Stockholm,
Sweden
Online
Filter Thread

Chapterhouse wrote:



Srsly, thats one of the worst photoshop jobs you've done.

Spend some money on a couple of Lynda.com courses on Photoshop & masking. Perhaps a slightly better screen too so you wont have all those white "nothing to see here!" blobs in the middle of the picture.

PX40K, my "blog"
DA:70S+GM++B+I++++Pw40k91/f-D++A-/hWD120R+T(B)DM+

Exalt This Post +1

2012/08/16 14:49:33    **Subject:** Re:Chapterhouse Studios August Releases - Pads and Were-Crocs

**Thunderjaw** 
**[DCM]**
Network Enginseer



> Spend some money on a couple of Lynda.com courses on Photoshop & masking

Or you know... they could just make miniatures... I'd of never noticed the photoshop blurring if it wasn't pointed out... I only really care about their



97 Gallery Images
Gallery Votes: 264
Posts: 114

Joined: 2005/10/31
03:38:50
Location: Boston MA
Online
Filter Thread

figure quality, not their digital image making quality. Perhaps it's better they suck at photoshop so they can't make things look BETTER than they are.

---

Thunderjaw
NATO - Dorkamorka - Boston

DT:70+S+++G+++MB+I+++Pw40k89+D++A+++/fR+DM++

Exalt This Post +1

---

2012/08/16 15:21:14     Subject: Chapterhouse Studios August Releases - Pads and Were-Crocs

**pixelpusher**
**[DCM]**
R.I.P. Devlan Miracle

 Or, they could actually present their awesome sculpts and paintjobs in a flattering manner instead of botching them with the wand in photoshop?

It's hard caring about figure quality when you cannot really see whats a shadow and whats part of the figure.

---

PX40K, my "blog"
DA:70S+GM++B+I++++Pw40k91/f-D++A-/hWD120R+T(B)DM+

11 Gallery Images
2 Article Edits
Gallery Votes: 276
Posts: 424

Joined: 2009/05/16
06:03:50

Location: Stockholm,
Sweden
Online
Filter Thread

Exalt This Post +1

---

2012/08/16 16:53:15     Subject: Re:Chapterhouse Studios August Releases - Pads and Were-Crocs

**Empchild**
**[DCM]**
Painlord Titan Princeps of
Slaanesh

So I will start with some good then bad, the crocs are by in large some of the best sculpts your company has ever done, that said I think a little more angular on the face would convey the crocodile concept as atm they look more like snake heads. The poses are a little off putting and unnatural but like I said overall quality these are the best products I think you guys have produced to date so stick with the sculptor on these ones as they could take you places.

Now for the negative, the shoulder pads are just aweful honestly. You may have a solid product in them but it's hard to tell with the poor paint job. I know you guys have had Angel paint for you in the past and though it may slow production down a bit I would say only let him paint for you because when you post a product up for sale you want people to see what it "could" look like in their army and showcase it in the best possible light. As these stand they look oddly similar to when you guys first started out and I know you most likely wanted them up for sale quick sometimes not having a painted one up for pictures is better then having a painted version up; food for thought.

 visit my blog at http://akersminis.blogspot.com/ and check out what I have going on. Also don't forget to follow the Boston Brawl Indy GT at bostonbrawl.com/

120 Gallery Images
Gallery Votes: 381
Posts: 3586

Joined: 2009/10/06
17:25:41
Location: Boston, Ma
United States
Offline
Filter Thread

Listen, my children, as I pass onto you the truth behind Willy Wonka and his factory. For every wonka bar ever created in existance, Mr. Wonka sacrafaced a single Oompa Loompa to the god of chocolate, Hearshys. Then, he drank the blood of the fallen orange men because he fed them a constant supply of sugary chocolate so they all became diabetic and had creamy, sweet-tasting blood that willy could put into each and every Wonka bar. That is the REAL story behind willy wonka's Slaughter House!

Exalt This Post +1

---

2012/08/16 17:34:27     Subject: Chapterhouse Studios August Releases - Pads and Were-Crocs

**RiTides**
**[SWAP SHOP MOD]**
Multispectral Charontid

I do not think it's the paintjob... It is the sculpt.







441 Gallery Images
Gallery Votes: 45
Posts: 14579

Joined: 2008/10/21
05:38:56
Location: Tussock,
Pasture, Knoll...
Online
Filter Thread

Remember to follow the Swap Shop rules and guidelines!
Team filbert

Exalt This Post +1

2012/08/16 17:50:29      **Subject:** Chapterhouse Studios August Releases - Pads and Were-Crocs

**Red Corsair** 
Savage Khorne Berserker
Biker

> **RiTides wrote:**
> I do not think it's the paintjob... It is the sculpt.

7 Gallery Images
Gallery Votes: 8
Posts: 1027

Joined: 2010/04/21
02:34:47
Online
Filter Thread

Or the casting process. I see tell tail signs of premature pulling and worse sloppy molding here. If you aren't super clean you can obscure lines during the mold making step really easily. The warped nature of the pad looks like it was pulled too soon, but may be a culprit of sculpting like you said. I sculpt and cast so I know all to well how easily a great sculpt can be altered.

I think the paint jobs are nice actually, and the concept designs are awesome as well.

> **Gitsplitta wrote:**
> Yes, please note that the arrival of the cat coincided with my complete failure militarily. Cats not only suck the breath out of little babies, they sucked the life out of my counter attack!

Exalt This Post +1

Forum Index » News & Rumors

Go to:   [Select a forum ▾]   [Go]

Dakka 5.37 - Privacy Policy - Legal Stuff - Forum Rules