IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:10-cv-08103 |
| v. | ) |
| | ) |
| CHAPTERHOUSE STUDIOS LLC and | ) |
| JON PAULSON d/b/a PAULSON GAMES, | ) Judge Matthew F. Kennelly |
| | ) |
| Defendants. | ) |

**REQUEST FOR JUDICIAL NOTICE**

Defendant Chapterhouse Studios LLC ("Chapterhouse"), submits this Request for Judicial Notice in Support of its Opposition to Plaintiff's Motion for Summary Judgment. Pursuant to Rule 201 of the Federal Rules of Evidence, the Court may take judicial notice of facts that are "not subject to reasonable dispute" because they are "generally known within the trial court's territorial jurisdiction" or "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). Courts may "take[] judicial notice of information presented on reliable websites." *Incandela v. Great-West Life & Annuity Ins. Co.,* 2010 WL 438365. *See also American Safety Cas. Ins. Co. v. City of Waukegan,* 2009 WL 855795, at *8 (N.D. Ill March 30, 2009) ("The Court may take judicial notice of the contents of the [insurance broker's] website."); *Laborer's Pension Fund v. Blackmore Sewer Const., Inc.*, 298 F.3d 600, 607 (7th Cir. 2002) (taking judicial notice of information on the website of Harris Bank); *Trading Technologies Inter., Inc. v. BCG Partners, Inc.*, 2011 WL 1220013, at *2 n.1 (N.D. Ill. March 28, 2011) (taking judicial notice of defendants' publicly available website); *Klein v. Leis,* 06-cv-164, 2006 WL 1489686, at *1 n.3 (S.D. Ohio May 30, 2006) (taking judicial notice of content from imdb.com ("The Internet Movie Database")).

1

Chapterhouse respectfully requests that the Court take judicial notice of the following public domain image:

1. H.R. Giger's 1976 painting *Necronom IV*, a copy of which can be found on the Wikipedia website (http://en.wikipedia.org/wiki/File:H.R._Giger_-_Necronom_IV.jpg#filelinks). A true and correct copy of this webpage is attached hereto as Exhibit A (last visited September 6, 2012).

Dated: September 6, 2012

Respectfully submitted,

/s/ Bryce Cooper
Jennifer Golinveaux (CA Bar No. 203056)
Dean A. Morehous (CA Bar No. 111841)
K. Joon Oh (CA Bar No. 246142)
Thomas J. Kearney (CA Bar No. 267087)
  WINSTON & STRAWN LLP
  101 California Street
  San Francisco, CA 94111-5802
  Phone: (415) 591-1000
  Fax: (415) 591-1400
  jgolinveaux@winston.com
  dmorehous@winston.com
  koh@winston.com
  tkearney@winston.com

Bryce A. Cooper (IL Bar No. 6296129)
Jonathon Raffensperger (IL Bar No. 6302802)
  WINSTON & STRAWN LLP
  35 West Wacker Drive
  Chicago, IL 60601-1695
  Phone: (312) 558-5600
  Fax: (312) 558-5700
  bcooper@winston.com
  jraffensperger@winston.com

**CERTIFICATE OF SERVICE**

      I, Bryce A. Cooper, an attorney, hereby certify that on September 6, 2012, I caused to be filed electronically the foregoing REQUEST FOR JUDICIAL NOTICE with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

          /s/ Bryce A. Cooper