# Exhibit A






Create account   Log in

File   Talk    Read   Edit   View history

**WIKIPEDIA**
*The Free Encyclopedia*

Main page
Contents
Featured content
Current events
Random article
Donate to Wikipedia
Wikipedia Shop

▼ Interaction
  Help
  About Wikipedia
  Community portal
  Recent changes
  Contact Wikipedia

▶ Toolbox

Wiki Loves Monuments: Historic sites, photos, and prizes!

# File:H.R. Giger - Necronom IV.jpg

From Wikipedia, the free encyclopedia

File    File history    File usage



No higher resolution available.
H.R._Giger_-_Necronom_IV.jpg (300 × 194 pixels, file size: 15 KB, MIME type: image/jpeg)

## Summary [edit]

| Non-free media information and use rationale for Alien (creature in Alien franchise) ||
|---|---|
| Description | 1976 painting *Necronom IV* by H.R. Giger, which served as the inspiration and basis for his design of the Alien in the 1979 film *Alien*. |
| Source | [1] ⤢. Reduced-size version of a previous version on Wikipedia, which was improperly titled. Re-uploaded to provide proper title. |
| Article | Alien (creature in Alien franchise) |
| Portion used | Full |
| Low resolution? | Yes |
| Purpose of use | To illustrate the work in question, accompanying referenced text discussing its significance, aspects of its design, and its inspiration to the design of the film creature. |
| Replaceable? | No |

## Licensing [edit]

This image is of a **drawing**, **painting**, **print**, or other two-dimensional work of art, and the **copyright** for it is most likely owned



by either the **artist** who produced the image, the **person who commissioned the work**, or the **heirs thereof**. It is believed that the use of **low-resolution** images of works of art

- for **critical commentary** on
    - **the work in question**,
    - **the artistic genre or technique of the work of art** or
    - **the school to which the artist belongs**
- on the English-language Wikipedia, hosted on servers in the United States by the non-profit Wikimedia Foundation,

qualifies as **fair use** under United States copyright law. **Any other uses of this image, on Wikipedia or elsewhere, might be copyright infringement**. See Wikipedia:Non-free content for more information.

**To the uploader**: please add a detailed *fair use rationale* for each use, as described on Help:File page, as well as the **source** of the work and copyright information.

## File history

Click on a date/time to view the file as it appeared at that time.

| | Date/Time | Thumbnail | Dimensions | User | Comment |
|---|---|---|---|---|---|
| current | 23:57, 10 September 2008 | | 300 × 194 (15 KB) | IllaZilla (talk \| contribs) | == Summary == {{Non-free use rationale \|Article=Alien (film) \|Description=1976 painting "Necronom IV" by H.R. Giger, which served as the inspiration and basis for his design of the Alien in the 1979 film "[[Alien (film)\| |

- Edit this file using an external application See the setup instructions for more information.

## File usage

The following pages on the English Wikipedia link to this file (pages on other projects are not listed):

- Alien (creature in Alien franchise)

Categories: Fair use images of art

This page was last modified on 13 April 2011 at 11:36.

Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of use for details.
Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

File:H.R. Giger - Necronom IV.jpg - Wikipedia, the free encyclopedia
Case: 1:10-cv-08103 Document #: 235-1 Filed: 09/06/12 Page 4 of 4 PageID #:12333


