**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:10-cv-08103 |
| v. | ) |
| | ) |
| CHAPTERHOUSE STUDIOS LLC and | ) |
| JON PAULSON d/b/a PAULSON GAMES, | ) Judge Matthew F. Kennelly |
| | ) |
| Defendants. | ) |

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on the 11th of September, 2012 at 9:30 am, or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Matthew Kennelly, or any judge sitting in his stead, in Courtroom 2103 or the courtroom usually occupied by him in the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there shall present DEFENDANT'S REQUEST FOR JUDICIAL NOTICE. Copies of the motion and supporting documents have been served upon you.

Dated: September 6, 2012                     Respectfully submitted,

/s/ Bryce Cooper
Jennifer Golinveaux (CA Bar No. 203056)
Dean A. Morehous (CA Bar No. 111841)
K. Joon Oh (CA Bar No. 246142)
Thomas J. Kearney (CA Bar No. 267087)
    WINSTON & STRAWN LLP
    101 California Street
    San Francisco, CA 94111-5802
    Phone: (415) 591-1000
    Fax: (415) 591-1400
    jgolinveaux@winston.com
    dmorehous@winston.com
    koh@winston.com
    tkearney@winston.com

Bryce A. Cooper (IL Bar No. 6296129)
Jonathon Raffensperger (IL Bar No. 6302802)
    WINSTON & STRAWN LLP
    35 West Wacker Drive
    Chicago, IL 60601-1695
    Phone: (312) 558-5600
    Fax: (312) 558-5700
    bcooper@winston.com
    jraffensperger@winston.com

**CERTIFICATE OF SERVICE**

    I, Bryce Cooper, an attorney, hereby certify that on September 6, 2012, I caused to be filed electronically the foregoing NOTICE OF MOTION with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

                        /s/ Bryce A. Cooper