**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>                              Plaintiff,<br><br>     v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br><br>                              Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

## LIST OF EXHIBITS[1]

| Exhibit # | Description |
|---|---|
| 1. | Declaration of Alan Merrett dated August 14, 2012 |
| 2. | Declaration of Andrew Jones dated August 9, 2012 |
| 3. | Games Workshop Sales Summary – GW002583-86 |
| 4. | Declaration of Jonathan Moskin dated August 14, 2012 |
| 5. | Portions of the deposition transcript of William F. Brewster |
| 6. | Portions of the deposition transcript of Gary Wolfe |
| 7. | Portions of the deposition transcript of Jeremey "Jes" Goodwin |
| 8. | Games Workshop's Supplemental Response to Interrogatory 22 |
| 9. | Portions of the deposition transcript of Andrew Jones |
| 10. | Portions of the Expert Report of Michael Bloch |
| 11. | Games Workshop Copyright Registrations |
| 12. | Games Workshop Pending Copyright Registrations |
| 13. | Games Workshop Trademark Registrations |
| 14. | Ebay pages – GW002525-27, 002530-32, 002535-37, 002540-42 |
| 15. | Barterhouse pages – GW002512-24 |
| 16. | Portions of the deposition transcript of Nick Villacci, Vol. II – Filed Under Seal |

---

[1] Exhibits 1-128 were filed as exhibits to Games Workshop's Motion for Summary Judgment.
  Exhibits 129-149 were filed as additional exhibits to Games Workshop's Response to Chapterhouse's Motion for Summary Judgment.
  Exhibits 150-156 are additional exhibits attached to Games Workshop's Reply in Support of Its Motion for Summary Judgment.
  As a convenience to the Court, Games Workshop will be providing the Court with a USB drive with all of Games Workshop's Summary Judgment filings, including a complete electronic set of exhibits.

4810-9588-4558.1

| Exhibit # | Description |
|---|---|
| 17. | Chapterhouse's Supplemental Response to Interrogatories 3-13– Filed under seal |
| 18. | CHS00028-30 |
| 19. | Current Chapterhousestudios.com webpage |
| 20. | Declaration of Jason Keener |
| 21. | Portions of the deposition transcript of Nick Villacci, Vol. I |
| 22. | Portions of the deposition transcript of Wyatt Traina – Filed under seal |
| 23. | Portions of the online forum Heresy-Online |
| 24. | WT00030 – Filed under seal |
| 25. | JN001310 – Filed under seal |
| 26. | JN00087-88 – Filed under seal |
| 27. | Games Workshop webpage for a Striking Scorpion model |
| 28. | GW011328, 0011373, 0011375, 0011340 |
| 29. | Games Workshop webpage for a Howling Banshee model |
| 30. | GW002349 |
| 31. | Games Workshop webpage for a Eldar Warlock model |
| 32. | GW2350 |
| 33. | Chapterhouse webpage for Arama'Serq Warrior Priestess |
| 34. | MO00001-5 – Filed under seal |
| 35. | MO00022-29 – Filed under seal |
| 36. | CHS001192 |
| 37. | MO000294-95 – Filed under seal |
| 38. | CHS000381 |
| 39. | Portions from the online forum Frother's Unite |
| 40. | Chapterhouse webpage for Eldar Warlock and Farseer Jet Bike Conversion Kits |
| 41. | CHS003606 – Filed under seal |
| 42. | CHS003624 – Filed under seal |
| 43. | CHS003628 – Filed under seal |
| 44. | CHS003629 – Filed under seal |
| 45. | CHS005431-33 – Filed under seal |
| 46. | CHS006351-52 – Filed under seal |
| 47. | CHS006360 – Filed under seal |
| 48. | GW001893, GW002017, GW002030 |
| 49. | G001726-27 |
| 50. | GW002324 |
| 51. | Chapterhouse webpage for Banded Tech Pad |
| 52. | Chapterhouse webpage for Heresy Jump Packs |
| 53. | CHS003100 – Filed under seal |
| 54. | CHS003125-44 – Filed under seal |
| 55. | CHS003122-24 – Filed under seal |
| 56. | JN00067 – Filed under seal |
| 57. | CHS015682-93 – Filed under seal |
| 58. | CHS004679-95 – Filed under seal |

| Exhibit # | Description |
|---|---|
| 59. | CHS005431-32 – Filed under seal |
| 60. | GW001422-24 |
| 61. | Games Workshop webpage for Carnifex |
| 62. | Chapterhouse webpage for Tervigon |
| 63. | Portions from the online forum Secondsphere |
| 64. | CHS005978-81 – Filed under seal |
| 65. | Portions from the online forum Warseer |
| 66. | CHS004696-714 – Filed under seal |
| 67. | CHS001250 |
| 68. | Moskin letter dated May 29, 2012 |
| 69. | CHS003522-24 – Filed under seal |
| 70. | CHS003525-27 – Filed under seal |
| 71. | Games Workshop webpage for Space Marine Bike |
| 72. | Chapterhouse webpage for Imperial Jet Bike |
| 73. | JN001698-99 – Filed under seal |
| 74. | MO00402-05 – Filed under seal |
| 75. | MO00409-11 – Filed under seal |
| 76. | GW011389-90 |
| 77. | Games Workshop webpage for Space Marine Tactical Shoulder Pad |
| 78. | Portions of the deposition transcript of Alan Merrett |
| 79. | Chapterhouse webpage for shoulder pads |
| 80. | GW002323 |
| 81. | GW001288 |
| 82. | CHS003109-12 – Filed under seal |
| 83. | CHS009903-04 – Filed under seal |
| 84. | CHS009924-26 – Filed under seal |
| 85. | CHS017286 – Filed under seal |
| 86. | GW001503 |
| 87. | GW002391 |
| 88. | GW000803 |
| 89. | CHS001266 |
| 90. | CHS001097 |
| 91. | CHS001559 |
| 92. | CHS001541 |
| 93. | CHS001153 |
| 94. | CHS001159 |
| 95. | Chapterhouse Response to Interrogatory 2 |
| 96. | CHS004636-42 – Filed under seal |
| 97. | CHS012719-20 – Filed under seal |
| 98. | CHS003503-04 – Filed under seal |
| 99. | CHS003639-43 – Filed under seal |
| 100. | CHS005420-23 – Filed under seal |
| 101. | TF000958-61 – Filed under seal |
| 102. | CHS012596 – Filed under seal |

| Exhibit # | | Description |
|---|---|---|
| 103. | | CHS010429-30 |
| 104. | | CHS002413 – Filed under seal |
| 105. | | CHS006098-700 – Filed under seal |
| 106. | | CHS017255 – Filed under seal |
| 107. | | CHS017307 – Filed under seal |
| 108. | | GW011378-88 |
| 109. | | Games Workshop webpage for Space Marine with Conversion Beamer |
| 110. | | GW0000939 |
| 111. | | Games Workshop webpage for Space Marine with combi-weapon |
| 112. | | CHS001027 |
| 113. | | CHS000295 |
| 114. | | CHS000289 |
| 115. | | CHS003244-45 – Filed under seal |
| 116. | | GW002493 |
| 117. | | Games Workshop webpage for Space Wolves Space Marine Terminator |
| 118. | | CHS001258 |
| 119. | | CHS004464 – Filed under seal |
| 120. | | JN000231 – Filed under seal |
| 121. | | TF001823 – Filed under seal |
| 122. | | Customer confusion emails |
| 123. | | GamesDay 2012 Video – Filed on CD |
| 124. | | GamesDay Activities Video – Filed on CD |
| 125. | | Picture of back of Games Workshop Space Marine Shoulder Pad |
| 126. | | Picture of back of Chapterhouse Generic Shoulder Pad for Power Armour Space Marine |
| 127. | P | Portions of Bently Report |
| 128. | | Portions of Bently deposition transcript |
| 129. | | Chapterhouse webpage for Tau Super Heavy Walker |
| 130. | | Chapterhouse webpage for Pilum Imperial Attack Jet Bike |
| 131. | | Chapterhouse webpage for TRU-Scale Knight Praetorius |
| 132. | | Supplemental Declaration of Alan Merrett dated September 6, 2012 |
| 133. | | Supplemental Declaration of Jonathan Moskin dated September 6, 2012 |
| 134. | | Portions of the deposition of Andrew Jones |
| 135. | | Games Workshop Copyright Comparison Chart |
| 136. | | GW002636-3249, Photos of Villacci collection of Games Workshop Products |
| 137. | | GW001439, picture of Games Workshop's Tyranid Genestealer |
| 138. | | GW001431, Games Workshop drawing of a Genestealer Ymgarl |
| 139. | C | Games Workshop webpage for a Space Marine Chaplain |
| 140. | | GW004488, Games Workshop's Administratum |
| 141. | | Games Workshop webpage for the Citadel Realm of Battle Gameboard Extension |
| 142. | | Assignments for England, Kopinski, Langley, and Egan |
| 143. | | Compilation of online forum posts regarding Chapterhouse "TRU-scale Knight Praetorious" |

4810-9588-4558.1

| Exhibit # | | Description |
|---|---|---|
| 144. | | Online forum post regarding Chapterhouse fantasy line of products |
| 145. | | Games Workshop Sales Summaries – Filed under seal |
| 146. | | Supplemental Declaration of Andrew Jones dated September 6, 2012 |
| 147. | | Portions of Games Workshop's responses to Chapterhouse's Second and Seventh Set of Document Requests |
| 148. | | J. Moskin email dated 2/27/12 regarding deposition of Chapterhouse's document custodian |
| 149. | P | Portions of the deposition transcript of Professor Bently |
| 150. | | Second Supplemental Declaration of Andrew Jones |
| 151. | | Confirmatory Assignment for Adrian Smith |
| 152. | | Declaration of Gill Stevenson |
| 153. | | Receipt for Chapterhouse's "Tau Heavy Walker" |
| 154. | | Villicci Deposition Exhibits 51 and 51A |
| 155. | | Second Supplemental Declaration of Jonathan Moskin |
| 156. | | Chapterhouse announcement for Super Heavy Tau Walker |
| 157. | | Chapterhouse webpage for Super Heavy Tau Walker |
| 158. | | Assignments for Horsley |
| 159. | | Assignments for Brady |
| 160. | | Assignments for Low |
| 161. | | Assignments for Norman |
| 162. | | Assignments for Ren |
| 163. | | Assignments for Vohwinkel |
| 164. | | Assignments for Wood |
| 165. | | Assignments for Trevas |

Dated: September 20, 2012         Respectfully submitted,

                                                          /s/ Jason J. Keener

                                                          Jason J. Keener (Ill. Bar No. 6280337)
                                                         Aaron J. Weinzierl (Ill. Bar No. 6294055)
                                                         FOLEY & LARDNER LLP
                                                         321 North Clark Street, Suite 2800
                                                         Chicago, IL 60654-5313
                                                         Telephone: 312.832.4500
                                                         Facsimile: 312.832.4700
                                                         Email: jkeener@foley.com;
                                                         aweinzierl@foley.com

                                                         Jonathan E. Moskin
                                                         FOLEY & LARDNER LLP
                                                         90 Park Avenue
                                                         New York, New York 10016
                                                         Telephone: (212) 682-7474
                                                         Facsimile: (212) 687-3229
                                                         Email: jmoskin@foley.com

                                     *Attorneys for Plaintiff*
                                     *Games Workshop Limited*

4810-9588-4558.1

## **CERTIFICATE OF SERVICE**

I, Jason J. Keener, an attorney, hereby certify that on September 20, 2012, I caused to be filed electronically the foregoing LIST OF EXHIBITS with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

    /s/ Jason J. Keener
    Jason J. Keener

4810-9588-4558.1