# Exhibit

# 150

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES,<br><br>Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

## SECOND SUPPLEMENTAL DECLARATION OF ANDREW JONES

I, Andrew Meredith Jones, hereby declare:

1. I am Head of Legal, Licensing and Strategic Projects, Games Workshop, Willow Road, Lenton, Nottingham NG7 2WS United Kingdom. I have been employed by Games Workshop since 1986 and I base this declaration on my personal knowledge and my complete access to the books and records of the company.

2. In my previous declaration, I explained that Exhibit 146 contains two spreadsheets summarizing the vastly more detailed monthly sales data I helped assemble for products bearing the Games Workshop trademarks at issue in this case. To clarify, the sales data summarized in these spreadsheets concerns sales only in The United States at retail value through various channels as described in my original declaration. However, I have since determined that I need to qualify the statement in a modest respect to explain that a small quantity of these sales, while made in commerce *through* the United States, were made through the United States to end users in Canada. Specifically, for the period March 2004 to March 2008, the data in Exhibit 146 does include relatively modest Internet sales to Canada and an

1

insignificant quantity of direct sales to Canada by mail order, all of which were fulfilled through our business operations in the United States. Following the redesign of our website in 2008, it became easier to exclude such sales to Canada that are fulfilled through the United States. Although my understanding is that all shipments into the United States constitute use in commerce for purposes of trademark law, I do want to clarify that, as shown by the totals from 2007-to-2008, and the pattern over several years before and after 2007, there is virtually no drop-off in totals once all retail sales to Canada (even those fulfilled through the United States) are excluded. It is for this reason (and based on my general knowledge of the business) that I state that the Internet sales to Canada included in the spreadsheets do not significantly alter the U.S. sales picture. Thus, I continue to believe that the sales summaries still accurately represent sales in and to the United States since long prior to Chapterhouse's commencement of business. I also need to clarify that Games Workshop actually operates 73 stores in the United States and trades directly with 1,216 independent retail accounts in the United States. The numbers of Games Workshop operated stores in my original declaration included 14 Canadian retail establishments operated directly by Games Workshop and 180 independent retailers in Canada, because the relationships with these accounts are all managed through our US subsidiary and, in preparing my original declaration, I consulted these figures. However, as noted, sales to the Canadian retailers (even sales fulfilled through the United States) were not included in Exhibit 146 or the far more detailed underlying data provided to Chapterhouse. (The number of independent trade accounts in Illinois – 42 – and Games Workshop stores in the Chicago metro area – 12 – as stated in my original declaration are correct, as is the mention in paragraph 5 of total sales to the United States of $54 million for 2011.)

4823-1803-0609.1

3. I understand Chapterhouse has questioned whether the name "Soul Drinkers" is a trademark. I can clarify that "Soul Drinkers" (a renegade chapter of the Space Marines that were excommunicated yet remain loyal to the Emperor of Mankind, as first introduced in a 1988 Games Workshop publication) are the focus of a series of six novels: "Soul Drinker", "The Bleeding Chalice", "Crimson Tears", "Chapter War", "Hellforged", and "Phalanx" (the final four of which prominently state on their covers that they are part of the Soul Drinker series) as well as a seventh book, "The Soul Drinkers Omnibus" which is a collection of the first three novels in the series.

4. Finally, although I do not believe we are relying on a claim of copyright in any work of Adrian Smith in connection with the pending motions (and although we have made available a prior contemporaneous assignment of rights by Mr. Smith in one specific work at issue in the case), consistent with the statement by my colleague, Alan Merrett, that none of the individual authors we work with have ever challenged Games Workshop's ownership of copyright, I attach hereto as Exhibit 151 the recently received confirmatory assignment from Adrian Smith.

I hereby declare under penalty of perjury this 20TH day of September, 2012, under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Andrew Meredith Jones

4823-1803-0609.1