# Exhibit

# 151



**GAMES WORKSHOP LIMITED**

and

**ADRIAN SMITH**

**CONFIRMATORY ASSIGNMENT OF INTELLECTUAL PROPERTY RIGHTS**

DATE 18 SEPTEMBER 2012

THIS AGREEMENT is dated 18 SEPTEMBER 2012

**BETWEEN:**

1  **GAMES WORKSHOP LIMITED** incorporated and registered in England with company number 1467092 whose registered office is at Willow Road, Lenton, Nottingham, United Kingdom (**GW**); and

2  **ADRIAN SMITH** of 18 Douglas St, Kirkcaldy, Fife, KY2 1QG (**Assignor**).

Each being a **party** and together being the **parties**.

**BACKGROUND**

(A)  The Assignor created the Works (as defined below) on the instruction of GW.

(B)  It was the intention of the parties that, at the time the Works were created by the Assignor on the instruction of GW, all Intellectual Property Rights in the Works be assigned to GW.

(C)  This Agreement has been entered into to confirm such assignment of all Intellectual Property Rights in the Works.

**AGREED TERMS**

**1  Definitions**

1.1  The definitions and rules of interpretation in this clause apply in this Agreement:

| | |
|---|---|
| **Assigned Rights** | the Intellectual Property Rights in the Works |
| **Intellectual Property Rights** | all patents, rights to inventions, registered designs, design rights, copyright and related rights, database rights, trade marks, trade names and domain names, rights in trade dress or get-up, rights in goodwill or to sue for passing off, moral rights, rights in confidential information (including know how/trade secrets) and any other intellectual property rights of any nature whether registered or unregistered, including all applications (or rights to apply) for, and renewals or extensions of such rights and all similar or equivalent rights in any part of the world |
| **Works** | the works described in schedule 1 |

1.2   Clause and schedule headings shall not affect the interpretation of this Agreement. References to clauses and to the schedule are to clauses and to the schedule of this Agreement.

1.3   The schedule forms part of this Agreement and has effect as if set out in full in the body of this Agreement.

1.4   Words in the singular shall include the plural and vice versa. A reference to one gender shall include a reference to the other genders.

1.5   A reference to a statute, statutory provision or any subordinate legislation made under a statute is to such statute, provision or subordinate legislation as amended or re-enacted from time to time.

1.6   Any obligation in this Agreement on a person not to do something includes an obligation not to agree or allow that thing to be done.

**2   Assignment**

In consideration of the payment of one pound sterling (£1) by GW to the Assignor and in consideration of the monies paid to the Assignor by GW at the time the Works were created (receipt of which amounts the Assignor expressly acknowledges), to the extent that it is not already owned by GW, the Assignor hereby confirms the assignment to GW absolutely with full title guarantee of all its rights, title and interests in and to all the Assigned Rights, including the right to bring, make, oppose, defend, appeal proceedings, claims or actions and obtain relief (and to retain any damages recovered) in respect of any infringement, or any other cause of action arising from ownership of any of the Assigned Rights, whether occurring before, on, or after the date of this Agreement.

**3   Warranties**

3.1   The Assignor warrants that:

   3.1.1   it has not licensed or assigned any of the Assigned Rights;

   3.1.2   the Assigned Rights are free from any security interest, option, mortgage, charge or lien;

   3.1.3   exploitation of the Assigned Rights will not infringe the rights of any third party;

   3.1.4   so far as it is aware, all the Assigned Rights are valid and subsisting; and

   3.1.5   the Works are their original work and have not been copied wholly or substantially from any other source.

4 **Moral Rights**

The Assignor waives irrevocably and unconditionally all such moral rights as may exist in relation to the Works and which arise under the Copyright, Designs and Patents Act 1988, and so far as is legally possible, any broadly equivalent rights which may exist anywhere in the world.

5 **Further Assurance**

The Assignor shall, at the cost of GW, perform (or procure the performance of) all further acts and things, and execute and deliver (or procure the execution or delivery of) all further documents, required by law or which GW requests, to vest in GW the full benefit of the right, title and interest assigned to GW under this Agreement, including, but not limited to, assisting GW with any proceedings which may be brought by or against GW against or by any third party relating to the rights assigned by this Agreement.

6 **Severance**

If any clause or any part of any clause in this Agreement is declared illegal, invalid or unenforceable, by the judgment or decree by consent or otherwise of a court of competent jurisdiction from whose decision no appeal is or can be taken, such clause shall be deemed to be deleted and replaced with a provision which, as far as possible, achieves the same effect without being illegal. All other provisions contained in this Agreement shall remain in full force and effect and shall not be affected by such finding.

7 **No Waiver**

No relaxation, forbearance, delay or indulgence by either party in enforcing any term or condition of this Agreement, or the granting of time by either party to the other, shall prejudice, affect or restrict the rights and powers of that party, nor shall any waiver by either party of any breach of this Agreement operate as a waiver of, or in relation to, any subsequent or continuing breach of it.

8 **Variation**

This Agreement may only be amended by a document in writing signed by each party.

9 **Announcements**

Neither party shall make any press or other public announcement concerning, or discuss with any third party, the existence or terms of this Agreement, without the prior written consent of the other party.

**10 Entire Agreement**

This Agreement, together with the original agreement (in whatever form) entered into between GW and the Assignor for the commissioning of the Works, constitutes the entire agreement and understanding of the parties in respect of the Assigned Rights.

**11 Counterparts**

This Agreement may be executed in 2 or more counterparts, each of which shall constitute an original, but which, when taken together, shall constitute one Agreement.

**12 Rights of Third Parties**

No term of this Agreement shall be enforceable under the Contracts (Rights of Thirds Parties) Act 1999 by a person who is not a party to it.

**13 Governing Law and Jurisdiction**

15.1 This Agreement and any disputes or claims arising out of or in connection with it or its subject matter or formation (including non-contractual disputes or claims) are governed by and construed in accordance with the law of England.

15.2 The parties irrevocably agree that the courts of England have exclusive jurisdiction to settle any dispute or claim that arises out of or in connection with this Agreement or its subject matter or formation (including non-contractual disputes or claims).

**AS WITNESS** the hands of the parties on the date stated at the beginning of this Agreement.

Signed by

Name: Andy Jones

Title: Head of Legal, Licensing & Strategic Projects

For and on behalf of

**GAMES WORKSHOP LIMITED**

Signed by

**ADRIAN SMITH**

## SCHEDULE 1

**Works**

all works (including, but not limited to, all written material, artwork, miniature painting, sculptures, editing or proofreading work, or translations, and any other creative works) ever supplied by the Assignor to, and commissioned by, GW on any date prior to the date of this Agreement, but excluding any works:

(i) relating to Intellectual Property Rights which are licensed to GW by a third party licensor; or

(ii) supplied by the Assignor to GW as part of their employment with GW (if ever employed by GW).