# Exhibit

# 152

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>               Plaintiff,<br><br>     v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON<br>PAULSON d/b/a PAULSON GAMES,<br><br>             Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

## DECLARATION OF GILLIAN LIDDLE STEVENSON

I, Gillian Liddle Stevenson, hereby declare:

1.     I am Senior Legal Counsel of Games Workshop Limited, with offices at Willow Road, Lenton, Nottingham, England.  I base this declaration on my complete access to the books and records of Games Workshop and my personal knowledge of the matters set forth herein.

2.     In August 2010, after seeing an announcement by Chapterhouse Studios for release of a new product that it described as being made for use with Games Workshop's Tau race, I ordered a sample.  The August 18, 2010 notification of receipt from Chapterhouse for the "Tau Heavy walker" is attached as Exhibit 153.

1

I hereby declare under penalty of perjury this 17th day of September, 2012, under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Gillian Liddle Stevenson

4821-2267-0353.1

## CERTIFICATE OF SERVICE

I, Jason Keener, an attorney, hereby certify that on September 20, 2012, I caused to be filed electronically the foregoing DECLARATION OF GILLIAN LIDDLE STEVENSON with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

/s/ Jason Keener

4821-2267-0353.1