# Exhibit

# 153

G Stevenson <gillstevenson@sky.com>

# RE: Notification of payment received

3 messages

**Chapterhouse Studios <droppods@verizon.net>**  Wed, Aug 18, 2010 at 4:43 PM
Reply-To: droppods@verizon.net
To: gillstevenson@sky.com

Gill,

Thank you for your order, unfortunately the shipping for the Tau Heavy walker is not $12.00, this is explained on that products page: http://chapterhousestudios.com/webshop/component/virtuemart/?page=shop.product_details&product_id=81&category_id=37&flypage=flypage.tpl

If you still want the walker, the total shipping is $44.00, we ship this priority mail, as its too heavy to go any other way (72 ounces).

Let me know what you wish to do and I will be happy to help you.

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** sendmail@paypal.com [mailto:sendmail@paypal.com] **On Behalf Of** gillstevenson@sky.com
**Sent:** Wednesday, August 18, 2010 6:47 AM
**To:** Chapterhouse Studios LLC
**Subject:** Notification of payment received



Aug 18, 2010 04:46:46 PDT
Transaction ID: 682636473F431381W

Hello Chapterhouse Studios LLC,

**You received a payment of $316.50 USD from Gill Stevenson (gillstevenson@sky.com)**
Thanks for using PayPal. You can now ship any items. To see all the transaction details, log in to your PayPal account.

It may take a few moments for this transaction to appear in your account.

Seller Protection - Eligible

Buyer
Gill Stevenson
gillstevenson@sky.com

Shipping address - confirmed
Gill Stevenson

Instructions to merchant
The buyer hasn't entered any instructions.

Shipping details
You haven't added any shipping details.

http://mail.tools.sky.com/mail/?ui=2&ik=198192d20b&view=pt&search=inbox&th=1...   20/08/2010

Highly Confidential - AEO    GW0003360

22 Park Crescent
Wollaton
Nottingham, Nottinghamshire
NG8 2EQ
United Kingdom

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Order Number: 1526 | $304.50 USD | 1 | $304.50 USD |

| | | |
|---|---|---|
| | Subtotal | $304.50 USD |
| | Shipping and handling | $12.00 USD |
| | Total | $316.50 USD |
| Payment sent to sales@chapterhousestudios.com | Payment | $316.50 USD |

Invoice ID: 1372_d71d44e318390b46236a1472e02

(?) Questions? Go to the Help Center at: www.paypal.com/help.

Lift your withdrawal and receiving limits. Log in to your PayPal account and click View limits on your Account Overview page.

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For assistance, log in to your PayPal account and click **Help** in the top right corner of any PayPal page.

To receive email notifications in plain text instead of HTML, log in to your PayPal account, go to your Profile, and click **Notifications**.

PayPal Email ID PP341

---

**G Stevenson <gillstevenson@sky.com>**
To: droppods@verizon.net

Fri, Aug 20, 2010 at 10:45 AM

Hi Nick

Thanks for your email and sorry for the delay in getting back to you. Yes I do want the Heavy Walker. Can you arrange to take the payment from the card details I have already provided, or do I need to do someting else?

Thanks
Gill.

[Quoted text hidden]

---

**Chapterhouse Studios <droppods@verizon.net>**
Reply-To: droppods@verizon.net
To: G Stevenson <gillstevenson@sky.com>

Fri, Aug 20, 2010 at 2:37 PM

Gill,

I can send you a paypal invoice to the same account that paid for the order for the remaining shipping amount. Ill do that right now.

Nick

[Quoted text hidden]

http://mail.tools.sky.com/mail/?ui=2&ik=198192d20b&view=pt&search=inbox&th=1... 20/08/2010

Highly Confidential - AEO

GW0003361