# Exhibit

# 154



