# Exhibit 156



http://chapterhousestudios.com/webshop/    Go

10 captures
7 Jun 09 - 2 Feb 11

| **Home** | **News** | **About us** | **Contact** | **Shipping** | **Customer Comments** |

## Our Store

**Infantry Bits for Space Marines®
players**

**Vehicle Conversion Kits for Space
Marines® Players**

**Shoulder Pads compatible Space
Marines®**

**28mm Weapon Bits**

**Bits/Conversion kits for Tyranids™
players**

**Bits/Conversions for Imperial Guard
players**

**Bits/Conversion kits for Eldar®
Players**

**Super Heavy Vehicle Kits**

List All Products

---

Product Search

[                    ]  Search

---

Advanced Search

---

Username

[                    ]

Password

[                    ]

Remember me ☑

[Login]

Lost Password?

## Welcome to ChapterHouseStudios

Chapterhouse Studios is the work of two hobbyists who
40k and fantasy to a new level. What began as a journey
casting resin in our garage has culminated into the wond

**Categories**

Infantry Bits for Space
Marines® players

Vehicle Conversion Kits
for Space Marines®
Players

Bits/Conversion kits for            Bits/Conversions for            Bi
Tyranids™ players                   Imperial Guard players

## Latest Products

| SXV-141 Super-Heavy Assault | Warlock J |
| Walker SAW | Cour |
| SXV-141 Super-Heavy Assault Walker SAW | Warlock Jet |
| $285.00 | $1 |
| **Add to Cart** | **Add** |

INTERNET ARCHIVE  Got time?

WayBackMachine

Not register

http://chapterhousestudios.com/webshop/        Go

**10 captures**
7 Jun 09 - 2 Feb 11

We accept Paypal!

PayPal

# June 9th - Super Heavy Tau Updates

**No orders will ship from June 12th to June 20**
**answering emails and taking orders,  shipping wil**

**Except for PO# 1018 & 1052, all orders up to PO**
**after PO# 1104 have shipped except for a few wi**
**Armored Rhino Kits.  These will ship in 1-2 weeks**



INTERNET ARCHIVE
WayBackMachine
BETA

http://chapterhousestudios.com/webshop/          Go

10 captures
7 Jun 09 - 2 Feb 11

Hi folks, the Earth Caste has been busy!

Earlier this week we unvieled our first complete vehicle

I am proud to unviel the SXV-141 Super-Heavy Assault

Preliminary rules are available here and Assembly instru

Chapterhouse Studios LLC has no affiliation with the Games Workshop.  Space Marines,  Imperial Fist
Dark Angels,  Iron Snakes, Luna Wolves and all associated marks, names, races, race insignia, charact
images from the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop
and other countries around the world. Used without permission. No challenge to their status intended. A
Throughout our website and miniature catalog these terms are used for identification purposes only.

Webdesign and hosting by Mahonlap.com