# Exhibit 157



| Home | News | About us | Contact | Shipping | Customer Comments |

## Our Store

🖨  ❌ E-mail

Studded Power Armor Pad for MK 5Tactical Shoulder Pad

**Infantry Bits for Space Marines® players**

**Vehicle Conversion Kits for Space Marines® Players**

**Shoulder Pads compatible Space Marines®**

**28mm Weapon Bits**

**Bits/Conversions for Adeptus Mechanicus**

**Bits/Conversion kits for Eldar® Players**

**Bits/Conversion kits for Tyranids™ players**

**Bits/Conversions for Imperial Guard players**

*Super Heavy Vehicle Kits*

List All Products

Product Search

[        ]  Search

Advanced Search

Username
[        ]

Password
[        ]



View Full-Size Image

Remember me

Login

Lost Password?

Forgot your username?

No account yet? Register

We accept Paypal!

Availability

**Usually ships in:**

7d.gif



Chapterhouse Studios LLC has no affiliation with the Games Workshop, Space Marines, Imperial Fist, Dark Angels, Iron Snakes, Luna Wolves and all associated marks, names, races, race insignia, charact images from the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop and other countries around the world. Used without permission. No challenge to their status intended. A Throughout our website and miniature catalog these terms are used for identification purposes only.

Webdesign and hosting by Mahonlap.com