**EXHIBIT**

**The Work: Warhammer Horus Heresy Set 1**

Artist Name and Address:
Ralph Horsley 18 Brooklyn
Terrace

Leeds, Armley, W,
Yorkshire LS12 2BX
United Kingdom

Name to appear on
published work:
RALPH HORSLEY

| Description | Art number | | |
|---|---|---|---|
| Terminators | 2011 | Devastators 1 | 2107 |
| Bike Squad | 2030 | Veterans 3 | 2137 |
| Commander | 2076 | Attack Bike Squad | 2139 |
| Assault Squad 2 | 2086 | | |
| Seek and Destory | 2096 | | |

+ UM DREADNAUGHT

8 @ $200

**EXHIBIT B**

**The Works Schedule**

The Artist will produce the Work in accordance with the following timetable:

A      A sketch of the Work must be completed and delivered to Sabertooth by [June 20, 2003] ("Sketch Date")

B      The Work in final form must be completed and delivered to Sabertooth by [July 11th, 2003] ("Final Date")

C      Upon approval of the Work in final form, Sabertooth will notify the Artist in writing of same (Successful Completion )

The Artist shall receive payment in the following sums and in accordance with the following timetable:

[ ]      **PAYMENT METHOD ONE**

C      [$   800   ] "Initial Payment" to be paid within [30 days] of the Successful Completion

D      [$   800   ] "Final Payment" to be paid within [45 days] of the Product Release

Alternatively, the Artist shall receive payment in the following sums and in accordance with the following timetable:

+200    [✓]      **PAYMENT METHOD TWO**

E      [$   1440   ] "Final Payment" to be paid within [30 days] of Successful Completion

The Artist shall clearly mark which Payment Method he or she wishes to utilise.

For office use only
Initial Check #   2225
Initial Amount   1640
Date   5/8/0?

Final Check# _____
Final Amount _____
Date _____

Highly Confidential - AEO

# Ralph Horsley

**18 Brooklyn Terrace, Armley, Leeds. W.Yorks. LS12 2BX. UK.**
Email: email@ralphhorsley.co.uk
Tel: 0113 2798848

**Date: 22/9/03**
**Invoice No: SG.5**
**To:**
Sabertooth Games, 610 industry Drive, Tukwila, WA 98188. USA.

| Description | Subtotal | Total |
|---|---|---|
| Card artwork; Dogs of War<br><br>Horsley Fevered Strike 2169<br>Horsley Assassin w/Corsairs 2203<br>Horsley Corsairs 2204<br>Horsley Favorable Timing 2237<br>Horsley Renewal 2243<br>Horsley seeing the other way 2264<br>Horsley OP Hero 2303 | | $1260 |
| **Total Due** | | **$1260.00** |

Highly Confidential - AEO

**THIS AGREEMENT** is made on 06 November 2003

BETWEEN:

(1)     Sabertooth Games, Inc of 610 Industry Drive, Tukwila WA, 98188 USA ("Sabertooth")

        and

(2)     Ralph Horsley of 18 Brooklyn Terrace Leeds, Armley W. Yorkshire LS12 2BX ("Artist")

## 1.     DEFINITIONS

1.1     In this Agreement

**"Confidential Information"** means all secret or not generally known information, or all information not easily accessible by others or of a commercially sensitive nature concerning any aspect of the business of Sabertooth. By way of example but not by way of limitation, information should be treated as confidential if it includes any proprietary documentation, materials, flow charts, codes, software, computer instructions, techniques, models, information, diagrams, know-how, trade secrets, data, business records, or marketing information.

**"the Commencement Date"** means the date hereof,

**"Successful Completion"** means the date on which the Artist has completed the Works to the approval of Sabertooth, such approval to be in writing

**"the Work"** means the work to be produced in accordance with this agreement as detailed in Exhibit A hereto

**"the Works Schedule"** means the timetable that the Work is to be produced to in accordance with this agreement as detailed in Exhibit B hereto

## 2.     COMMISSIONED WORK

2.1     In consideration of the payment to the Artist of the sums set out below, the Artist agrees to produce the Work in accordance with the Works Schedule under the terms and conditions hereunder.

## 3.     DURATION

3.1     This Agreement shall commence on the Commencement Date and shall, unless terminated in any of the circumstances in clause 6 of this Agreement, continue in force until Successful Completion Date of the Stage Two Work as provided for in Annex B below.

Highly Confidential - AEO

**4.** **QUALITY OF PRODUCTS**

4.1 The Artist undertakes that the Work shall be carried out in a manner consistent with high standards of materials used, workmanship and design

**5.** **PAYMENT**

5.1 Sabertooth shall pay the Artist any sums due in accordance with the Works Schedule.

5.2 In the event that the Work is not completed in accordance with the Works Schedule, Sabertooth will pay the Artist as follows:

    5.2.1 For Work received 1-2 days after the Final Date: 90% of the Initial Payment
    5.2.2 For Work received 3-5 days after the Final Date:70% of the Initial Payment
    5.2.3 For Work received 6 or more days after the Final Date:0% of the Initial Payment

5.3 Notwithstanding clause 5.2, the Artist agrees that time is of the essence.

5.4 Sabertooth reserves the exclusive right, such right not however to be exercised unreasonably, to cancel in its sole discretion this Agreement in relation to any Work in progress, at which time the Artist shall deliver that part of the Work created at the time of said cancellation whereupon Sabertooth shall pay the Artist such monies as may, in Sabertooth's opinion, be reasonably proportionate to such of the Work as is completed.

**6.** **TERMINATION**

6.1 Sabertooth may terminate this Agreement without prejudice to its other remedies forthwith by notice in writing to the Artist if the Artist commits a breach of this Agreement, provided that if the breach is capable of remedy the notice shall only be given if the Artist shall not have remedied the same within 5 days of having been given notice in writing specifying the breach and requiring it to be remedied.

6.2 Either party may terminate this Agreement without prejudice to its other remedies giving by two months notice in writing to the other party. For the avoidance of doubt, the parties' obligations under this Agreement will continue during the notice period.

6.3 The clauses in this Agreement which expressly or impliedly have effect after termination shall continue to be enforceable notwithstanding termination.

**7.** **ASSIGNMENT OF COPYRIGHT**

7.1 The Artist hereby assigns and transfers to Sabertooth all rights, title and interest, throughout the world and in perpetuity, in all copyrights and goodwill and any other intellectual property rights vested or otherwise in the Work. For the avoidance of doubt this includes any moral rights or equivalent which the Artist may have in the Work.

7.2   The Artist agrees to execute any relevant documents at any future time at the behest of Sabertooth to fulfil the obligations contained in this clause 7.

7.3   Name credit shall be given to the Artist upon publication of the Work in the products in which it is used.  Notwithstanding any other provision of this Agreement, Sabertooth shall have no obligation to market, sell or otherwise distribute the Work, either alone or in any Sabertooth product.

7.4   Subject to this Clause 7, the Work will be returned to the Artist within a reasonable time following Successful Completion. The Artist shall not under any circumstance reproduce, copy, manufacture, alter or amend the Work following Successful Completion.

7.4   Without prejudice to the generality of the foregoing, the Artist shall have the right, upon the receipt of written approval from Sabertooth, such permission not to be unreasonably withheld, to use the Work (s) in connection with his/her portfolio, personal website and all or any non-commercial instruments of personal publicity that the Artist characteristically and reasonably uses to promote his/her artwork.  Each instrument shall identify Sabertooth or its designee as the owner of all trademarks and copyrights associated with said Work(s).  The Artist shall comply with all reasonable requirements that Sabertooth may communicate from time to time in relation to this Clause 7.5.

## 8.   CONFIDENTIALITY

8.1   The Artist agrees to keep confidential and use solely for the purposes of this Agreement all Confidential Information.

8.2   The obligation contained in clause 8.1 does not include information that has ceased to be secret without default on the recipient's part.

## 9.   INDEPENDENT CONTRACTOR

9.1   Artist shall be an independent contractor and not an employee of Sabertooth.  Artist shall not be entitled to worker's compensation, retirement, insurance, or other benefits provided to employees of Sabertooth.  Artist shall be responsible for the payment of all personal taxes, fees and other assessments arising from providing the services set forth herein and shall otherwise comply with applicable laws, ordinances, regulations and other governmental requirements related to said services.  Artist has no power or authority to act for, represent, or bind Sabertooth or any company affiliated with Sabertooth in any manner, except as so authorized in writing by Sabertooth.

## 10.  ENTIRE AGREEMENT

10.1  This Agreement is the entire agreement between the parties with respect to the subject matter and supersedes any previous statements or agreements whether oral or written.

## 11. VARIATION

11.1 No amendment or modification of this Agreement will be effective unless it is in writing and signed by both parties.

## 12. WAIVER

12.1 The failure of either party to demand strict performance by the other party of any of this Agreement will not be a waiver or relinquishment of any rights under this Agreement.

## 13. SEVERABILITY

13.1. If any provision of this Agreement is held by a court of competent jurisdiction to be contrary to law, the remaining provisions of this Agreement will remain in full force and effect insofar as they are capable in light of the court's findings.

## 14. ASSIGNMENT

14.1 The Artist may not assign this Agreement or any of the Artist's rights or obligations under this Agreement without the prior written consent of Sabertooth.

## 15. JURISDICTION

15.1 This Agreement will be governed by the laws of the State of Washington and subject to the exclusive jurisdiction of the United States District Court for the Western District of Washington.

SIGNED FOR AND ON BEHALF
OF SABERTOOTH INC.

Name....................................

Date........1/6/03................

SIGNED FOR AND ON BEHALF
OF THE ARTIST

Name....................................

Date........17th December 03................

Highly Confidential - AEO

**EXHIBIT**

**The Work: Warhammer Fantasy, Set 4 (Dogs of War)**

Artist Name and Address:
Ralph Horsley 18 Brooklyn
Terrace

Leeds, Armley, W.
Yorkshire LS12 2BX
United Kingdom

Name to appear on
published work:
RALPH HORSLEY

| Description | Art number |
|---|---|
| Fevered Strike | 2169 |
| Assassin with Corsairs | 2203 |
| Corsairs | 2204 |
| Favorable Timing | 2237 |

Renewal 2243
Seeing the other way 2264
OP Hero 2303

7 @ $200

**EXHIBIT B**

### The Works Schedule

The Artist will produce the Work in accordance with the following timetable:

A   A sketch of the Work must be completed and delivered to Sabertooth by
[August 15th, 2003] ("Sketch Date")

B   The Work in final form must be completed and delivered to Sabertooth by
[Sept 12th, 2003] ("Final Date")

C   Upon approval of the Work in final form, Sabertooth will notify the Artist in writing of
same (Successful Completion )

The Artist shall receive payment in the following sums and in accordance with the following
timetable:

☐   PAYMENT METHOD ONE

C   [$   700   ] "Initial Payment" to be paid within [30 days] of the Successful Completion

D   [$   700   ] "Final Payment" to be paid within [45 days] of the Product Release

Alternatively, the Artist shall receive payment in the following sums and in accordance with the
following timetable:

☑   PAYMENT METHOD TWO

E   [$   1260   ] "Final Payment" to be paid within [30 days] of Successful Completion

The Artist shall clearly mark which Payment Method he or she wishes to utilise.

| For office use only | | |
|---|---|---|
| Initial Check # 2367 | Final Check # |
| Initial Amount WC SET4 - 1080 | Final Amount |
| Date WC SET5 - 180 | Date |
| DATE 11/7/03 | |

Highly Confidential - AEO                                                   GW0006086

# Ralph Horsley

**18 Brooklyn Terrace, Armley, Leeds. W.Yorks. LS12 2BX. UK.**
**Email: email@ralphhorsley.co.uk**
**Tel: 0113 2798848**

**Date: 17/12/03**
**Invoice No: SG.6**
**To:**
Sabertooth Games, 610 industry Drive, Tukwila, WA 98188. USA.

| Description | Subtotal | Total |
|---|---|---|
| Card artwork; War Cry (Path of Glory & Chivalry And deceit)<br>Horsley 2462 Empower Weapon<br>Horsley 2499 Spectral Divination<br>Horsley 2556 Orc Boar Boyz<br>Horsley 2565 Knights of the Realm<br>Horsley 2566 Longbeards<br>Horsley 2584 White Lions<br>Horsley OP Hero 2303<br><br>Tax ID: (UK) 22578 77095<br>Bank name: HSBC Bank PLC<br>Bank Address:<br>Leeds City Branch,<br>PO Box 105,<br>33 Park Row,<br>Leeds.<br>W. Yorkshire.<br>LS1 1LD<br>UK.<br>Account Number: 62405083<br>Bank sort code: 402715<br>Name on Account: Ralph Horsley<br>International Bank Account Number:<br>GB32 MIDL40271562405083<br>Bank swift code: MIDLGB22<br>Branch Identifier Code: MIDLGB2105B | | $1080 |
| **Total Due** | | **$1080.00** |

GW0006087

## EXHIBIT A: Contract Number RHWC5

### The Work: Warhammer War Cry (Path of Glory and Chivalry and Deceit)
Artist Name / Address: Ralph Horsley 18 Brooklyn Terrace Leeds, Armley W. Yorkshire LS12 2BX

| Art num | Description | | Art num | Description |
|---------|-------------|--|---------|-------------|
| 2462 | Empower Weapon | Chiv/Deceit | 2565 | Knights of the Realm Path |
| 2499 | Spectral Divination Path | | 2566 | Longbeards Path of Glory |
| 2556 | Orc Boar Boyz | Path of Glory | 2584 | White Lions - EY Path of Glory |

**6 @ $200**

### EXHIBIT B
### The Works Schedule

The Artist will produce the Work in accordance with the following timetable:

A    A sketch of the Work must be completed and delivered to Sabertooth by Nov 21st ("Sketch Date")

B    The Work in final form must be completed and delivered to Sabertooth by
[ Dec 12th] ("Final Date")

C    Upon approval of the Work in final form, Sabertooth will notify the Artist in writing of same (Successful Completion )

The Artist shall receive payment in the following sums and in accordance with the following timetable:

☐    PAYMENT METHOD ONE

C    [ $     600     ] "Initial Payment" to be paid within [30 days] of the Successful Completion
D    [ $     600     ] "Final Payment" to be paid within [45 days] of the Product Release

Alternatively, the Artist shall receive payment in the following sums and in accordance with the following timetable:

☑    PAYMENT METHOD TWO

E    [ $     1080     ] "Final Payment" to be paid within [30 days] of Successful Completion

The Artist shall clearly mark which Payment Method he or she wishes to utilise.

| For office use only | | | |
|---|---|---|---|
| Initial Check # | 2575 | Final Check # | |
| Path Initial Amount | 900 | Path Final Amount | |
| Chivalry Initial Amount | 180 | Chivalry Final Amount | |
| Date | 1080.00 | Date | |

Highly Confidential - AEO

**THIS AGREEMENT** is made on 19 December 2003

BETWEEN:

(1)     Sabertooth Games, Inc of 610 Industry Drive, Tukwila WA, 98188 USA ("Sabertooth")

and

(2)     Ralph Horsley of 18 Brooklyn Terrace Leeds, Armley W. Yorkshire LS12 2BX ("Artist")

## 1.      DEFINITIONS

1.1     In this Agreement

**"Confidential Information"** means all secret or not generally known information, or all information not easily accessible by others or of a commercially sensitive nature concerning any aspect of the business of Sabertooth. By way of example but not by way of limitation, information should be treated as confidential if it includes any proprietary documentation, materials, flow charts, codes, software, computer instructions, techniques, models, information, diagrams, know-how, trade secrets, data, business records, or marketing information.

**"the Commencement Date"** means the date hereof,

**"Successful Completion"** means the date on which the Artist has completed the Works to the approval of Sabertooth, such approval to be in writing

**"the Work"** means the work to be produced in accordance with this agreement as detailed in Exhibit A hereto

**"the Works Schedule"** means the timetable that the Work is to be produced to in accordance with this agreement as detailed in Exhibit B hereto

## 2.      COMMISSIONED WORK

2.1     In consideration of the payment to the Artist of the sums set out below, the Artist agrees to produce the Work in accordance with the Works Schedule under the terms and conditions hereunder.

## 3.      DURATION

3.1     This Agreement shall commence on the Commencement Date and shall, unless terminated in any of the circumstances in clause 6 of this Agreement, continue in force until Successful Completion Date of the Stage Two Work as provided for in Annex B below.

Highly Confidential - AEO

## 4. QUALITY OF PRODUCTS

4.1     The Artist undertakes that the Work shall be carried out in a manner consistent with high standards of materials used, workmanship and design

## 5. PAYMENT

5.1     Sabertooth shall pay the Artist any sums due in accordance with the Works Schedule.

5.2     In the event that the Work is not completed in accordance with the Works Schedule, Sabertooth will pay the Artist as follows:

    5.2.1   For Work received 1-2 days after the Final Date: 90% of the Initial Payment
    5.2.2   For Work received 3-5 days after the Final Date: 70% of the Initial Payment
    5.2.3   For Work received 6 or more days after the Final Date: 0% of the Initial Payment

5.3     Notwithstanding clause 5.2, the Artist agrees that time is of the essence.

5.4     Sabertooth reserves the exclusive right, such right not however to be exercised unreasonably, to cancel in its sole discretion this Agreement in relation to any Work in progress, at which time the Artist shall deliver that part of the Work created at the time of said cancellation whereupon Sabertooth shall pay the Artist such monies as may, in Sabertooth's opinion, be reasonably proportionate to such of the Work as is completed.

## 6. TERMINATION

6.1     Sabertooth may terminate this Agreement without prejudice to its other remedies forthwith by notice in writing to the Artist if the Artist commits a breach of this Agreement, provided that if the breach is capable of remedy the notice shall only be given if the Artist shall not have remedied the same within 5 days of having been given notice in writing specifying the breach and requiring it to be remedied.

6.2     Either party may terminate this Agreement without prejudice to its other remedies giving by two months notice in writing to the other party. For the avoidance of doubt, the parties' obligations under this Agreement will continue during the notice period.

6.3     The clauses in this Agreement which expressly or impliedly have effect after termination shall continue to be enforceable notwithstanding termination.

## 7. ASSIGNMENT OF COPYRIGHT

7.1     The Artist hereby assigns and transfers to Sabertooth all rights, title and interest, throughout the world and in perpetuity, in all copyrights and goodwill and any other intellectual property rights vested or otherwise in the Work. For the avoidance of doubt this includes any moral rights or equivalent which the Artist may have in the Work.

Highly Confidential - AEO                                                                                         GW0006090

7.2 The Artist agrees to execute any relevant documents at any future time at the behest of Sabertooth to fulfil the obligations contained in this clause 7.

7.3 Name credit shall be given to the Artist upon publication of the Work in the products in which it is used. Notwithstanding any other provision of this Agreement, Sabertooth shall have no obligation to market, sell or otherwise distribute the Work, either alone or in any Sabertooth product.

7.4 Subject to this Clause 7, the Work will be returned to the Artist within a reasonable time following Successful Completion. The Artist shall not under any circumstance reproduce, copy, manufacture, alter or amend the Work following Successful Completion.

7.4 Without prejudice to the generality of the foregoing, the Artist shall have the right, upon the receipt of written approval from Sabertooth, such permission not to be unreasonably withheld, to use the Work (s) in connection with his/her portfolio, personal website and all or any non-commercial instruments of personal publicity that the Artist characteristically and reasonably uses to promote his/her artwork. Each instrument shall identify Sabertooth or its designee as the owner of all trademarks and copyrights associated with said Work(s). The Artist shall comply with all reasonable requirements that Sabertooth may communicate from time to time in relation to this Clause 7.5.

## 8. CONFIDENTIALITY

8.1 The Artist agrees to keep confidential and use solely for the purposes of this Agreement all Confidential Information.

8.2 The obligation contained in clause 8.1 does not include information that has ceased to be secret without default on the recipient's part.

## 9. INDEPENDENT CONTRACTOR

9.1 Artist shall be an independent contractor and not an employee of Sabertooth. Artist shall not be entitled to worker's compensation, retirement, insurance, or other benefits provided to employees of Sabertooth. Artist shall be responsible for the payment of all personal taxes, fees and other assessments arising from providing the services set forth herein and shall otherwise comply with applicable laws, ordinances, regulations and other governmental requirements related to said services. Artist has no power or authority to act for, represent, or bind Sabertooth or any company affiliated with Sabertooth in any manner, except as so authorized in writing by Sabertooth.

## 10. ENTIRE AGREEMENT

10.1 This Agreement is the entire agreement between the parties with respect to the subject matter and supersedes any previous statements or agreements whether oral or written.

## 11.   VARIATION

11.1   No amendment or modification of this Agreement will be effective unless it is in writing and signed by both parties.

## 12.   WAIVER

12.1   The failure of either party to demand strict performance by the other party of any of this Agreement will not be a waiver or relinquishment of any rights under this Agreement.

## 13.   SEVERABILITY

13.1.   If any provision of this Agreement is held by a court of competent jurisdiction to be contrary to law, the remaining provisions of this Agreement will remain in full force and effect insofar as they are capable in light of the court's findings.

## 14.   ASSIGNMENT

14.1   The Artist may not assign this Agreement or any of the Artist's rights or obligations under this Agreement without the prior written consent of Sabertooth.

## 15.   JURISDICTION

15.1   This Agreement will be governed by the laws of the State of Washington and subject to the exclusive jurisdiction of the United States District Court for the Western District of Washington.

SIGNED FOR AND ON BEHALF                    SIGNED FOR AND ON BEHALF
OF SABERTOOTH INC.                           OF THE ARTIST

Name..................................         Name..................................

Date....12/19/03.....................         Date..2/2/04.......................

                                    GW0006092

# Ralph Horsley

**18 Brooklyn Terrace, Armley, Leeds. W.Yorks. LS12 2BX. UK.**
**Email: email@ralphhorsley.co.uk**
**Tel: 0113 2798848**

**Date: 2/2/04**
**Invoice No:  SG.7**
**To:**
Sabertooth Games, 610 industry Drive, Tukwila, WA 98188. USA.

| Description | Subtotal | Total |
|---|---|---|
| Card artwork Horus Heresy3<br>Horsley 2634 Fanatical defenders<br>Horsley 2694 SoS Maiden Hvy Spprt<br>Horsley 2699 Vet Tac Sqd | | $540 |
| **Total Due** | | **$540.00** |

Highly Confidential - AEO

GW0006093

**THIS AGREEMENT** is made on 13 February 2004

BETWEEN:

    (1)    Sabertooth Games, Inc of 610 Industry Drive, Tukwila WA, 98188 USA ("Sabertooth")

            and

    (2)    Ralph Horsley of 18 Brooklyn Terrace Leeds, Armley W. Yorkshire LS12 2BX ("Artist")

## 1.     DEFINITIONS

1.1    In this Agreement

**"Confidential Information"** means all secret or not generally known information, or all information not easily accessible by others or of a commercially sensitive nature concerning any aspect of the business of Sabertooth. By way of example but not by way of limitation, information should be treated as confidential if it includes any proprietary documentation, materials, flow charts, codes, software, computer instructions, techniques, models, information, diagrams, know-how, trade secrets, data, business records, or marketing information.

**"the Commencement Date"** means the date hereof,

**"Successful Completion"** means the date on which the Artist has completed the Works to the approval of Sabertooth, such approval to be in writing

**"the Work"** means the work to be produced in accordance with this agreement as detailed in Exhibit A hereto

**"the Works Schedule"** means the timetable that the Work is to be produced to in accordance with this agreement as detailed in Exhibit B hereto

## 2.     COMMISSIONED WORK

2.1    In consideration of the payment to the Artist of the sums set out below, the Artist agrees to produce the Work in accordance with the Works Schedule under the terms and conditions hereunder.

## 3.     DURATION

3.1    This Agreement shall commence on the Commencement Date and shall, unless terminated in any of the circumstances in clause 6 of this Agreement, continue in force until Successful Completion Date of the Stage Two Work as provided for in Annex B below.

Highly Confidential - AEO

## 4. QUALITY OF PRODUCTS

4.1    The Artist undertakes that the Work shall be carried out in a manner consistent with high standards of materials used, workmanship and design

## 5. PAYMENT

5.1    Sabertooth shall pay the Artist any sums due in accordance with the Works Schedule.

5.2    In the event that the Work is not completed in accordance with the Works Schedule, Sabertooth will pay the Artist as follows:

5.2.1    For Work received 1-2 days after the Final Date: 90% of the Initial Payment
5.2.2    For Work received 3-5 days after the Final Date: 70% of the Initial Payment
5.2.3    For Work received 6 or more days after the Final Date: 0% of the Initial Payment

5.3    Notwithstanding clause 5.2, the Artist agrees that time is of the essence.

5.4    Sabertooth reserves the exclusive right, such right not however to be exercised unreasonably, to cancel in its sole discretion this Agreement in relation to any Work in progress, at which time the Artist shall deliver that part of the Work created at the time of said cancellation whereupon Sabertooth shall pay the Artist such monies as may, in Sabertooth's opinion, be reasonably proportionate to such of the Work as is completed.

## 6. TERMINATION

6.1    Sabertooth may terminate this Agreement without prejudice to its other remedies forthwith by notice in writing to the Artist if the Artist commits a breach of this Agreement, provided that if the breach is capable of remedy the notice shall only be given if the Artist shall not have remedied the same within 5 days of having been given notice in writing specifying the breach and requiring it to be remedied.

6.2    Either party may terminate this Agreement without prejudice to its other remedies giving by two months notice in writing to the other party. For the avoidance of doubt, the parties' obligations under this Agreement will continue during the notice period.

6.3    The clauses in this Agreement which expressly or impliedly have effect after termination shall continue to be enforceable notwithstanding termination.

## 7. ASSIGNMENT OF COPYRIGHT

7.1    The Artist hereby assigns and transfers to Sabertooth all rights, title and interest, throughout the world and in perpetuity, in all copyrights and goodwill and any other intellectual property rights vested or otherwise in the Work. For the avoidance of doubt this includes any moral rights or equivalent which the Artist may have in the Work.

7.2    The Artist agrees to execute any relevant documents at any future time at the behest of Sabertooth to fulfil the obligations contained in this clause 7.

7.3    Name credit shall be given to the Artist upon publication of the Work in the products in which it is used.  Notwithstanding any other provision of this Agreement, Sabertooth shall have no obligation to market, sell or otherwise distribute the Work, either alone or in any Sabertooth product.

7.4    Subject to this Clause 7, the Work will be returned to the Artist within a reasonable time following Successful Completion. The Artist shall not under any circumstance reproduce, copy, manufacture, alter or amend the Work following Successful Completion.

7.4    Without prejudice to the generality of the foregoing, the Artist shall have the right, upon the receipt of written approval from Sabertooth, such permission not to be unreasonably withheld, to use the Work (s) in connection with his/her portfolio, personal website and all or any non-commercial instruments of personal publicity that the Artist characteristically and reasonably uses to promote his/her artwork. Each instrument shall identify Sabertooth or its designee as the owner of all trademarks and copyrights associated with said Work(s).  The Artist shall comply with all reasonable requirements that Sabertooth may communicate from time to time in relation to this Clause 7.5.

## 8.    CONFIDENTIALITY

8.1    The Artist agrees to keep confidential and use solely for the purposes of this Agreement all Confidential Information.

8.2    The obligation contained in clause 8.1 does not include information that has ceased to be secret without default on the recipient's part.

## 9.    INDEPENDENT CONTRACTOR

9.1    Artist shall be an independent contractor and not an employee of Sabertooth.  Artist shall not be entitled to worker's compensation, retirement, insurance, or other benefits provided to employees of Sabertooth.  Artist shall be responsible for the payment of all personal taxes, fees and other assessments arising from providing the services set forth herein and shall otherwise comply with applicable laws, ordinances, regulations and other governmental requirements related to said services.  Artist has no power or authority to act for, represent, or bind Sabertooth or any company affiliated with Sabertooth in any manner, except as so authorized in writing by Sabertooth.

## 10.    ENTIRE AGREEMENT

10.1    This Agreement is the entire agreement between the parties with respect to the subject matter and supersedes any previous statements or agreements whether oral or written.

Highly Confidential - AEO

## 11.    VARIATION

11.1    No amendment or modification of this Agreement will be effective unless it is in writing and signed by both parties.

## 12.    WAIVER

12.1    The failure of either party to demand strict performance by the other party of any of this Agreement will not be a waiver or relinquishment of any rights under this Agreement.

## 13.    SEVERABILITY

13.1.    If any provision of this Agreement is held by a court of competent jurisdiction to be contrary to law, the remaining provisions of this Agreement will remain in full force and effect insofar as they are capable in light of the court's findings.

## 14.    ASSIGNMENT

14.1    The Artist may not assign this Agreement or any of the Artist's rights or obligations under this Agreement without the prior written consent of Sabertooth.

## 15.    JURISDICTION

15.1    This Agreement will be governed by the laws of the State of Washington and subject to the exclusive jurisdiction of the United States District Court for the Western District of Washington.


SIGNED FOR AND ON BEHALF
OF SABERTOOTH INC.

Name......

Date    2/13/2004


SIGNED FOR AND ON BEHALF
OF THE ARTIST

Name......

Date...... 1st March '04

Highly Confidential - AEO

## EXHIBIT A: Contract Number RHHH3

**The Work: Warhammer Horus Heresy (Traitor's Gambit)**

Artist Name and Address: Ralph Horsley 18 Brooklyn Terrace Leeds, Armley W. Yorkshire LS12 2BX

```
Art num    Description
2634  Fanatical Defenders
2694  SoS Maiden Hvy Spprt
2699  BA Vet Tac Sqd
3 @ $200
```

## EXHIBIT B
### The Works Schedule

The Artist will produce the Work in accordance with the following timetable:

A   A sketch of the Work must be completed and delivered to Sabertooth by [Dec 19th] ("Sketch Date")

B   The Work in final form must be completed and delivered to Sabertooth by [Jan 30th] ("Final Date")

C   Upon approval of the Work in final form, Sabertooth will notify the Artist in writing of same (Successful Completion )

The Artist shall receive payment in the following sums and in accordance with the following timetable:

☐   PAYMENT METHOD ONE

C   [ $300   ] "Initial Payment" to be paid within [30 days] of the Successful Completion
D   [ $300   ] "Final Payment" to be paid within [45 days] of the Product Release

Alternatively, the Artist shall receive payment in the following sums and in accordance with the following timetable:

☑   PAYMENT METHOD TWO

E   [ $540   ] "Final Payment" to be paid within [30 days] of Successful Completion

The Artist shall clearly mark which Payment Method he or she wishes to utilise.

| For office use only | |
|---|---|
| Initial Check # _10092_ | Final Check # _____ |
| Gambit Initial Amount _540_ | Gambit Final Amount _____ |
| Date _2/26/04_ | Date _____ |

Highly Confidential - AEO

# Ralph Horsley

**18 Brooklyn Terrace, Armley, Leeds. W.Yorks. LS12 2BX. UK.**
**Email: email@ralphhorsley.co.uk**
**Tel: 0113 2798848**

**Date: 1st March '04**
**Invoice No: SG.8**
**To:**
Sabertooth Games, 610 industry Drive, Tukwila, WA 98188. USA.

| Description | Subtotal | Total |
|---|---|---|
| Card artwork War Cry Storm of Chaos<br>Horsley 2741 Prophetess of the lady<br>Horsley 2751 Kouran, Cpt. of the Black Guard<br>Horsley 2763 Knights Panther Bremen<br>Horsley 2798 Gluttonfist | | $720.00 |
| **Total Due** | | **$720.00** |

Highly Confidential - AEO

## EXHIBIT A: Contract Number RHWC6

### The Work: Warhammer War Cry (Storm of Chaos)

Artist Name and Address: Ralph Horsley 18 Brooklyn Terrace Leeds, Armley W. Yorkshire LS12 2BX

| Art num | Description |
|---------|-------------|
| 2741 | Prophetess of the Lady |
| 2751 | Kouran, Captain of the Black Guard (Dark Elf) |
| 2763 | Knights Panther Bremen |
| 2798 | Gluttonfist |

**4 @ $200**

## EXHIBIT B
### The Works Schedule

The Artist will produce the Work in accordance with the following timetable:

A    A sketch of the Work must be completed and delivered to Sabertooth by [Dec 19th] ("Sketch Date")

B    The Work in final form must be completed and delivered to Sabertooth by [Jan 30th] ("Final Date")

C    Upon approval of the Work in final form, Sabertooth will notify the Artist in writing of same (Successful Completion )

The Artist shall receive payment in the following sums and in accordance with the following timetable:

☐    PAYMENT METHOD ONE

C    [ $    400    ] "Initial Payment" to be paid within [30 days] of the Successful Completion

D    [ $    400    ] "Final Payment" to be paid within [45 days] of the Product Release

Alternatively, the Artist shall receive payment in the following sums and in accordance with the following timetable:

☑    PAYMENT METHOD TWO

E    [ $    720    ] "Final Payment" to be paid within [30 days] of Successful Completion

The Artist shall clearly mark which Payment Method he or she wishes to utilise.

**For office use only**

| | | |
|---|---|---|
| Initial Check # | _10163_ | Final Check # _____ |
| Storm Initial Amount | ₱720 | Storm Final Amount _____ |
| Date | 3/31/04 | Date _____ |

Highly Confidential - AEO

**THIS AGREEMENT** is made on 16 April 2004

BETWEEN:

(1)     Sabertooth Games, Inc of 610 Industry Drive, Tukwila WA, 98188 USA ("Sabertooth")

and

(2)     Ralph Horsley of 18 Brooklyn Terrace Leeds, Armley W. Yorkshire LS12 2BX ("Artist")

## 1.     DEFINITIONS

1.1     In this Agreement

**"Confidential Information"** means all secret or not generally known information, or all information not easily accessible by others or of a commercially sensitive nature concerning any aspect of the business of Sabertooth. By way of example but not by way of limitation, information should be treated as confidential if it includes any proprietary documentation, materials, flow charts, codes, software, computer instructions, techniques, models, information, diagrams, know-how, trade secrets, data, business records, or marketing information.

**"the Commencement Date"** means the date hereof,

**"Successful Completion"** means the date on which the Artist has completed the Works to the approval of Sabertooth, such approval to be in writing

**"the Work"** means the work to be produced in accordance with this agreement as detailed in Exhibit A hereto

**"the Works Schedule"** means the timetable that the Work is to be produced to in accordance with this agreement as detailed in Exhibit B hereto

## 2.     COMMISSIONED WORK

2.1     In consideration of the payment to the Artist of the sums set out below, the Artist agrees to produce the Work in accordance with the Works Schedule under the terms and conditions hereunder.

## 3.     DURATION

3.1     This Agreement shall commence on the Commencement Date and shall, unless terminated in any of the circumstances in clause 6 of this Agreement, continue in force until Successful Completion Date of the Stage Two Work as provided for in Annex B below.

**4.**     **QUALITY OF PRODUCTS**

4.1     The Artist undertakes that the Work shall be carried out in a manner consistent with high standards of materials used, workmanship and design .

**5.**     **PAYMENT**

5.1     Sabertooth shall pay the Artist any sums due in accordance with the Works Schedule.

5.2     In the event that the Work is not completed in accordance with the Works Schedule, Sabertooth will pay the Artist as follows:

    5.2.1     For Work received 1-2 days after the Final Date: 90% of the Initial Payment
    5.2.2     For Work received 3-5 days after the Final Date:70% of the Initial Payment
    5.2.3     For Work received 6 or more days after the Final Date:0% of the Initial Payment

5.3     Notwithstanding clause 5.2, the Artist agrees that time is of the essence.

5.4     Sabertooth reserves the exclusive right, such right not however to be exercised unreasonably, to cancel in its sole discretion this Agreement in relation to any Work in progress, at which time the Artist shall deliver that part of the Work created at the time of said cancellation whereupon Sabertooth shall pay the Artist such monies as may, in Sabertooth's opinion, be reasonably proportionate to such of the Work as is completed.

**6.**     **TERMINATION**

6.1     Sabertooth may terminate this Agreement without prejudice to its other remedies forthwith by notice in writing to the Artist if the Artist commits a breach of this Agreement, provided that if the breach is capable of remedy the notice shall only be given if the Artist shall not have remedied the same within 5 days of having been given notice in writing specifying the breach and requiring it to be remedied.

6.2     Either party may terminate this Agreement without prejudice to its other remedies giving by two months notice in writing to the other party. For the avoidance of doubt, the parties' obligations under this Agreement will continue during the notice period.

6.3     The clauses in this Agreement which expressly or impliedly have effect after termination shall continue to be enforceable notwithstanding termination.

**7.**     **ASSIGNMENT OF COPYRIGHT**

7.1     The Artist hereby assigns and transfers to Sabertooth all rights, title and interest, throughout the world and in perpetuity, in all copyrights and goodwill and any other intellectual property rights vested or otherwise in the Work. For the avoidance of doubt this includes any moral rights or equivalent which the Artist may have in the Work.

Highly Confidential - AEO

7.2    The Artist agrees to execute any relevant documents at any future time at the behest of Sabertooth to fulfil the obligations contained in this clause 7.

7.3    Name credit shall be given to the Artist upon publication of the Work in the products in which it is used. Notwithstanding any other provision of this Agreement, Sabertooth shall have no obligation to market, sell or otherwise distribute the Work, either alone or in any Sabertooth product.

7.4    Subject to this Clause 7, the Work will be returned to the Artist within a reasonable time following Successful Completion. The Artist shall not under any circumstance reproduce, copy, manufacture, alter or amend the Work following Successful Completion.

7.4    Without prejudice to the generality of the foregoing, the Artist shall have the right, upon the receipt of written approval from Sabertooth, such permission not to be unreasonably withheld, to use the Work (s) in connection with his/her portfolio, personal website and all or any non-commercial instruments of personal publicity that the Artist characteristically and reasonably uses to promote his/her artwork. Each instrument shall identify Sabertooth or its designee as the owner of all trademarks and copyrights associated with said Work(s). The Artist shall comply with all reasonable requirements that Sabertooth may communicate from time to time in relation to this Clause 7.5.

## 8.    CONFIDENTIALITY

8.1    The Artist agrees to keep confidential and use solely for the purposes of this Agreement all Confidential Information.

8.2    The obligation contained in clause 8.1 does not include information that has ceased to be secret without default on the recipient's part.

## 9.    INDEPENDENT CONTRACTOR

9.1    Artist shall be an independent contractor and not an employee of Sabertooth. Artist shall not be entitled to worker's compensation, retirement, insurance, or other benefits provided to employees of Sabertooth. Artist shall be responsible for the payment of all personal taxes, fees and other assessments arising from providing the services set forth herein and shall otherwise comply with applicable laws, ordinances, regulations and other governmental requirements related to said services. Artist has no power or authority to act for, represent, or bind Sabertooth or any company affiliated with Sabertooth in any manner, except as so authorized in writing by Sabertooth.

## 10.    ENTIRE AGREEMENT

10.1    This Agreement is the entire agreement between the parties with respect to the subject matter and supersedes any previous statements or agreements whether oral or written.

## 11.    VARIATION

11.1    No amendment or modification of this Agreement will be effective unless it is in writing and signed by both parties.

## 12.    WAIVER

12.1    The failure of either party to demand strict performance by the other party of any of this Agreement will not be a waiver or relinquishment of any rights under this Agreement.

## 13.    SEVERABILITY

13.1.   If any provision of this Agreement is held by a court of competent jurisdiction to be contrary to law, the remaining provisions of this Agreement will remain in full force and effect insofar as they are capable in light of the court's findings.

## 14.    ASSIGNMENT

14.1    The Artist may not assign this Agreement or any of the Artist's rights or obligations under this Agreement without the prior written consent of Sabertooth.

## 15.    JURISDICTION

15.1    This Agreement will be governed by the laws of the State of Washington and subject to the exclusive jurisdiction of the United States District Court for the Western District of Washington.


SIGNED FOR AND ON BEHALF            SIGNED FOR AND ON BEHALF
OF SABERTOOTH INC.                  OF THE ARTIST

Name............................   Name............................    tenth of May '04

Date    4/16/2004                   Date................10/5/04

Highly Confidential - AEO                                                      GW0006104

**EXHIBIT A: Contract Number RHMEM**
**The Work: Warhammer Fantasy (Siege of Middenheim)**
Artist Name and Address: Ralph Horsley 18 Brooklyn Terrace Leeds, Armley W. Yorkshire LS122BX

**Art num    Description**
3005   Kordel Shogaar
3032   Vorn Thugenheim

**2 @ $200**

**EXHIBIT B**
**The Works Schedule**
The Artist will produce the Work in accordance with the following timetable:

A      A sketch of the Work must be completed and delivered to Sabertooth by [April 16th] ("Sketch
       Date")

B      The Work in final form must be completed and delivered to Sabertooth by  [May 3rd] ("Final
       Date")

C      Upon approval of the Work in final form, Sabertooth will notify the Artist in writing of same
       (Successful Completion )

The Artist shall receive payment in the following sums and in accordance with the following timetable:

☐      PAYMENT METHOD ONE

C    [ $     200    ] "Initial Payment" to be paid within [30 days] of the Successful Completion
D    [ $     200    ] "Final Payment" to be paid within [45 days] of the Product Release

Alternatively, the Artist shall receive payment in the following sums and in accordance with the
following timetable:

☑      PAYMENT METHOD TWO

E    [ $     360    ] "Final Payment" to be paid within [30 days] of Successful Completion

The Artist shall clearly mark which Payment Method he or she wishes to utilise.

| For office use only | | |
|---|---|---|
| Initial Check #   *10289* | Final Check # | |
| Middenheim Amount   *360* | Middenheim Amount | |
| Date   *7/7/04* | Date | |

# Ralph Horsley

**18 Brooklyn Terrace, Armley, Leeds. W.Yorks. LS12 2BX. UK.**
**Email: email@ralphhorsley.co.uk**
**Tel: 0113 2798848**

**Date: 10th may '04**
**Invoice No: SG.9**
**To:**
Sabertooth Games, 610 industry Drive, Tukwila, WA 98188. USA.

| Description | Subtotal | Total |
|---|---|---|
| Card artwork War Cry Siege of Middenheim<br>Contract Number RHMEM<br>Horsley 3005 Kordel Shogaar<br>Horsley 3032 Vorn Thugenheim | | $360.00 |
| **Total Due** | | **$360.00** |

Highly Confidential - AEO

GW0006106

# Ralph Horsley

**18 Brooklyn Terrace, Armley, Leeds. W.Yorks. LS12 2BX. UK.**
**Email: email@ralphhorsley.co.uk**
**Tel: 0113 2798848**

**Date: 30th July '04**
**Invoice No:  SG.10**
**To:**
Sabertooth Games, Inc. 6211 East Holmes Rd Suite 102, Memphis, TN 38141.

| Description | Subtotal | Total |
|---|---|---|
| Card artwork for War Cry; Death & Honour<br><br>Art numbers;<br>3344 3346 3377 3380 | | £460.00 |
| **Total Due** | | **£460.00**GBP |

Highly Confidential - AEO

GW0006107

**THIS AGREEMENT** is made on 8-23-04

BETWEEN:

    (1)    Sabertooth Games, Inc of 6211 East Holmes Rd Suite 102, Memphis TN USA ("Sabertooth")

           and

    (2)    Ralph Horsley ("Artist") of 18 Brooklyn Terrace Leeds, Armley W. Yorkshire LS12 2BX United Kingdom

## 1. DEFINITIONS

1.1    In this Agreement

**"Confidential Information"** means all secret or not generally known information or all information not easily accessible by others or of a commercially sensitive nature concerning any aspect of the business of Sabertooth. By way of example but not by way of limitation, information should be treated as confidential if it includes any proprietary documentation, materials, flow charts, codes, software, computer instructions, techniques, models, information, diagrams, know-how, trade secrets, data, business records, or marketing information.

**"the Commencement Date"** means the date hereof,

**"Successful Completion"** means the date on which the Artist has completed the Works to the approval of Sabertooth, such approval to be in writing

**"the Work"** means the work to be produced in accordance with this agreement as detailed in Exhibit A hereto

**"the Works Schedule"** means the timetable that the Work is to be produced to in accordance with this agreement as detailed in Exhibit B hereto

## 2. COMMISSIONED WORK

2.1    In consideration of the payment to the Artist of the sums set out below, the Artist agrees to produce the Work in accordance with the Works Schedule under the terms and conditions hereunder.

## 3. DURATION

3.1    This Agreement shall commence on the Commencement Date and shall, unless terminated in any of the circumstances in clause 6 of this Agreement, continue in force until Successful Completion Date of the Stage Two Work as provided for in Annex B below.

## 4. QUALITY OF PRODUCTS

4.1    The Artist undertakes that the Work shall be carried out in a manner consistent with high standards of materials used, workmanship and design

Highly Confidential - AEO

**5.      PAYMENT**

5.1      Sabertooth shall pay the Artist any sums due in accordance with the Works Schedule.

5.2      In the event that the Work is not completed in accordance with the Works Schedule, Sabertooth will pay the Artist as follows:

5.2.1    For Work received 1-2 days after the Final Date: 90% of the Initial Payment
5.2.2    For Work received 3-5 days after the Final Date: 70% of the Initial Payment
5.2.3    For Work received 6 or more days after the Final Date: 0% of the Initial Payment

5.3      Notwithstanding clause 5.2, the Artist agrees that time is of the essence.

5.4      Sabertooth reserves the exclusive right, such right not however to be exercised unreasonably, to cancel in its sole discretion this Agreement in relation to any Work in progress, at which time the Artist shall deliver that part of the Work created at the time of said cancellation whereupon Sabertooth shall pay the Artist such monies as may, in Sabertooth's opinion, be reasonably proportionate to such of the Work as is completed.

**6.      TERMINATION**

6.1      Sabertooth may terminate this Agreement without prejudice to its other remedies forthwith by notice in writing to the Artist if the Artist commits a breach of this Agreement, provided that if the breach is capable of remedy the notice shall only be given if the Artist shall not have remedied the same within 5 days of having been given notice in writing specifying the breach and requiring it to be remedied.

6.2      Either party may terminate this Agreement without prejudice to its other remedies giving by two months notice in writing to the other party. For the avoidance of doubt, the parties' obligations under this Agreement will continue during the notice period.

6.3      The clauses in this Agreement which expressly or impliedly have effect after termination shall continue to be enforceable notwithstanding termination.

**7.      ASSIGNMENT OF COPYRIGHT**

7.1      The Artist hereby assigns and transfers to Sabertooth all rights, title and interest, throughout the world and in perpetuity, in all copyrights and goodwill and any other intellectual property rights vested or otherwise in the Work. For the avoidance of doubt this includes any moral rights or equivalent which the Artist may have in the Work.

7.2      The Artist agrees to execute any relevant documents at any future time at the behest of Sabertooth to fulfil the obligations contained in this clause 7.

7.3      Name credit shall be given to the Artist upon publication of the Work in the products in which it is used.  Notwithstanding any other provision of this Agreement, Sabertooth shall have no obligation to market, sell or otherwise distribute the Work, either alone or in any Sabertooth product.

7.4      Subject to this Clause 7, the Work will be returned to the Artist within a reasonable time following Successful Completion. The Artist shall not under any circumstance reproduce, copy, manufacture, alter or amend the Work following Successful Completion.

Highly Confidential - AEO

7.4     Without prejudice to the generality of the foregoing, the Artist shall have the right, upon the receipt of written approval from Sabertooth, such permission not to be unreasonably withheld, to use the Work (s) in connection with his/her portfolio, personal website and all or any non-commercial instruments of personal publicity that the Artist characteristically and reasonably uses to promote his/her artwork. Each instrument shall identify Sabertooth or its designee as the owner of all trademarks and copyrights associated with said Work(s). The Artist shall comply with all reasonable requirements that Sabertooth may communicate from time to time in relation to this Clause 7.5.

**8.     CONFIDENTIALITY**

8.1     The Artist agrees to keep confidential and use solely for the purposes of this Agreement all Confidential Information.

8.2     The obligation contained in clause 8.1 does not include information that has ceased to be secret without default on the recipient's part.

**9.     INDEPENDENT CONTRACTOR**

9.1     Artist shall be an independent contractor and not an employee of Sabertooth. Artist shall not be entitled to worker's compensation, retirement, insurance, or other benefits provided to employees of Sabertooth. Artist shall be responsible for the payment of all personal taxes, fees and other assessments arising from providing the services set forth herein and shall otherwise comply with applicable laws, ordinances, regulations and other governmental requirements related to said services. Artist has no power or authority to act for, represent, or bind Sabertooth or any company affiliated with Sabertooth in any manner, except as so authorized in writing by Sabertooth.

**10.     ENTIRE AGREEMENT**

10.1    This Agreement is the entire agreement between the parties with respect to the subject matter and supersedes any previous statements or agreements whether oral or written.

**11.     VARIATION**

11.1    No amendment or modification of this Agreement will be effective unless it is in writing and signed by both parties.

**12.     WAIVER**

12.1    The failure of either party to demand strict performance by the other party of any of this Agreement will not be a waiver or relinquishment of any rights under this Agreement.

## 13.    SEVERABILITY

13.1.   If any provision of this Agreement is held by a court of competent jurisdiction to be contrary to law, the remaining provisions of this Agreement will remain in full force and effect insofar as they are capable in light of the court's findings.

## 14.    ASSIGNMENT

14.1    The Artist may not assign this Agreement or any of the Artist's rights or obligations under this Agreement without the prior written consent of Sabertooth.

## 15.    JURISDICTION

15.1    This Agreement will be governed by the laws of the State of Washington and subject to the exclusive jurisdiction of the United States District Court for the Western District of Washington.

SIGNED FOR AND ON BEHALF
OF SABERTOOTH INC.

Name...........................................

Date............................................

SIGNED FOR AND ON BEHALF
OF THE ARTIST

Name.......................................

Date.... 4th Octber '04.....

Highly Confidential - AEO

**EXHIBIT**

**The Work: Warhammer Fantasy, Bringers of Darkness**

Artist Name and Address:        Social Security Number (if        Name to appear on
Ralph Horsley: UK                      applicable):                              published work:

_____      RALPH HORSLEY

**Description      Art number**
**3478, 3479**              **All @ $ 143 GBP**

**EXHIBIT B: The Works Schedule**

The Artist will produce the Work in accordance with the following timetable:

A        A sketch of the Work must be completed and delivered to Sabertooth by
         [9-3-04] ("Sketch Date")

B        The Work in final form must be completed and delivered to Sabertooth by
         [9-30-04] ("Final Date")

C        Upon approval of the Work in final form, Sabertooth will notify the Artist in writing of
same (Successful Completion)

The Artist shall receive payment in the following sums and in accordance with the following
timetable:

[ ]        PAYMENT METHOD ONE

C        [$          ] "Initial Payment" to be paid within [30 days] of the Successful Completion

D        [$          ] "Final Payment" to be paid within [45 days] of the Product Release

Alternatively, the Artist shall receive payment in the following sums and in accordance with the
following timetable:

[X]        PAYMENT METHOD TWO

E        [$ 286 GBP UK Direct          ] "Final Payment" to be paid within [30 days] of Successful
         Completion .
The Artist shall clearly mark which Payment Method he or she wishes to utilise.

| **For office use only** | |
|---|---|
| Initial Check # | _____ |
| Initial Amount | _____ |
| Date | _____ |
| Final Check # | _____ |
| Final Amount | _____ |
| Date | _____ |

Highly Confidential - AEO

# Sabertooth Games
## Art Commission Form

**Commission Number**

RHBOD1

| | |
|---|---|
| **Artist Name:** | Ralph Horsley |
| **Address:** | 18 Brooklyn Terrace |
| | Leeds, Armley |
| | W. Yorkshire |
| | LS12 2BX |
| | United Kingdom |
| **Commission Date** | 9-3-04 |
| **Requested Payment Method** | UK Direct |

| Piece: | Description | Set | Amount | Receipt Date |
|---|---|---|---|---|
| 1 | 3478 Free Company | BOD | | 143 GBP |
| 2 | 3479 Great Cannon | BOD | | 143 GBP |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

**Commission Approval**

Steve Horvath _____ Date _____

**Receipt Approval**

Steve Horvath _____ Date _____

Jim Callahan _____ Date _____

| Receipt by Accounting | |
|---|---|
| **Payment Method** | |
| **Payment Date** | |
| **Payment No.** | |
| **Payment Amount** | |

Highly Confidential - AEO

# Ralph Horsley

**18 Brooklyn Terrace, Armley, Leeds. W.Yorks. LS12 2BX. UK.**
**Email: email@ralphhorsley.co.uk**
**Tel: 0113 2798848**

**Date: 4th Oct '04**
**Invoice No: SG.11**
**To:**
Sabertooth Games Inc, 6211 east Holmes Rd, Suite 102, Memphis, TN. USA.

| Description | Subtotal | Total |
|---|---|---|
| Card artwork<br>War Cry; Bringers of Darkness<br><br>Art Numbers; 3478, 3479 | | GB£286 |
| **Total Due** | | **GB£286.00** |

GW0006114

## Sabertooth Games
### Art Commission Form

**Commission Number**

BoR1

**Artist Name:** Ralph Horsley
**Address:** 18 Brooklyn Terrace
Leeds, Armley
W. Yorkshire
LS12 2BX
United Kingdom
**Commission Date** 10/25/2004
**Requested Payment Method** UK Direct

| Piece: | Description | Set | Amount | Receipt Date |
|---|---|---|---|---|
| 1 | Skaven Slayers | Bearers of Redemption | 143 GBP | 12-10-04 |
| 2 | T2 Chaos Warriors | " " | 143 GBP | 12-10-04 |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

286 GBP

**Commission Approval**

Steve Horvath _____ 11/23
Date

**Receipt Approval**

Steve Horvath _____ Date

Jim Callahan _____ 12-10-04
Date

**Receipt by Accounting**

Payment Method
Payment Date
Payment No.
Payment Amount

Highly Confidential - AEO

## EXHIBIT

### The Work: Warhammer Fantasy, Harbingers of War/Death and Honour

| Artist Name and Address: | Social Security Number (if applicable): | Name to appear on published work: |
|---|---|---|
| Ralph Horsley<br>18 Brooklyn Terrace<br>Leeds, Armley, W.<br>Yorkshire LS12 2BX | UK _NM12 46 73D_ | _RALPH HORSLEY_ |

**Description    Art number**
3344  3346  3377  3380                    **All @ 115 GBP**

## EXHIBIT B

### The Works Schedule

The Artist will produce the Work in accordance with the following timetable:

A    A sketch of the Work must be completed and delivered to Sabertooth by [June 16th, 2004] ("Sketch Date")

B    The Work in final form must be completed and delivered to Sabertooth by [July 21st, 2004] ("Final Date")

C    Upon approval of the Work in final form, Sabertooth will notify the Artist in writing of same (Successful Completion)

The Artist shall receive payment in the following sums and in accordance with the following timetable:

☐    PAYMENT METHOD ONE

C    [$        ] "Initial Payment" to be paid within [30 days] of the Successful Completion

D    [$        ] "Final Payment" to be paid within [45 days] of the Product Release

Alternatively, the Artist shall receive payment in the following sums and in accordance with the following timetable:

☑    PAYMENT METHOD TWO

E    [$    460.GBP] "Final Payment" to be paid within [30 days] of Successful Completion

The Artist shall clearly mark which Payment Method he or she wishes to utilise.

| For office use only | |
|---|---|
| Initial Check # | Final Check # |
| Initial Amount  _460 GBP_ | Final Amount |
| Date | Date |

_Paid By U.K.  Request out to ak w/Laem 9/23_

Highly Confidential - AEO