### 13. SEVERABILITY

13.1. If any provision of this Agreement is held by a court of competent jurisdiction to be contrary to law, the remaining provisions of this Agreement will remain in full force and effect insofar as they are capable in light of the court's findings.

### 14. ASSIGNMENT

14.1 The Artist may not assign this Agreement or any of the Artist's rights or obligations under this Agreement without the prior written consent of Sabertooth.

### 15. JURISDICTION

15.1 This Agreement will be governed by the laws of the State of Washington and subject to the exclusive jurisdiction of the United States District Court for the Western District of Washington.

SIGNED FOR AND ON BEHALF  
OF SABERTOOTH INC.

SIGNED FOR AND ON BEHALF  
OF THE ARTIST

Name............................................

Name............................................

Date............................................

Date............................................

Highly Confidential - AEO

GW0006022

EXHIBIT A

**The Work:**
**Warhammer Fantasy, Harbingers of War/Death and Honour**

**Contract Number:**

Artist Name and Address:
Jim Brady
Tiernahinch Near
Roslea Road, Clones
County Monaghan, Eire
Great Britain

Social Security Number (if applicable):

Name to appear on published work:

**Description and Art number**
3281  3282  3303 3304 and Gotrek Piece
5@158 GBP

**EXHIBIT B: the Works Schedule**

The Artist will produce the Work in accordance with the following timetable:

A  A sketch of the Work must be completed and delivered to Sabertooth by [June 16th, 2004] ("Sketch Date")

B  The Work in final form must be completed and delivered to Sabertooth by [July 21st, 2004] ("Final Date")

C  Upon approval of the Work in final form, Sabertooth will notify the Artist in writing of same (Successful Completion)

The Artist shall receive payment in the following sums and in accordance with the following timetable:

☐  PAYMENT METHOD ONE

C  [$            ] "Initial Payment" to be paid within [30 days] of the Successful Completion

D  [$            ] "Final Payment" to be paid within [45 days] of the Product Release

Alternatively, the Artist shall receive payment in the following sums and in accordance with the following timetable:

☐  PAYMENT METHOD TWO

E  [$790.GBP] "Final Payment" to be paid within [30 days] of Successful Completion

The Artist shall clearly mark which Payment Method he or she wishes to utilise.

**For office use only**
Initial Check # _____     Final Check # _____
Initial Amount _____     Final Amount _____
Date _____              Date _____

Highly Confidential - AEO                                                    GW0006023

THIS AGREEMENT is made on 04 September 2002

# THIS AGREEMENT is made on 19 May 2004

BETWEEN:

    (1)    Sabertooth Games, Inc of 6211 East Holmes Rd Suite 102, Memphis TN USA ("Sabertooth")

and

    (2)    Jim Brady    ("Artist")    of
Tiernahinch Near
Roslea Road, Clones
County Monaghan,
Eire

## 1. DEFINITIONS

1.1    In this Agreement

**"Confidential Information"** means all secret or not generally known information, or all information not easily accessible by others or of a commercially sensitive nature concerning any aspect of the business of Sabertooth. By way of example but not by way of limitation, information should be treated as confidential if it includes any proprietary documentation, materials, flow charts, codes, software, computer instructions, techniques, models, information, diagrams, know-how, trade secrets, data, business records, or marketing information.

**"the Commencement Date"** means the date hereof,

    **"Successful Completion"** means the date on which the Artist has completed the Works to the approval of Sabertooth, such approval to be in writing

"the Work" means the work to be produced in accordance with this agreement as detailed in Exhibit A hereto

"the Works Schedule" means the timetable that the Work is to be produced to in accordance with this agreement as detailed in Exhibit B hereto

## 2. COMMISSIONED WORK

2.1 In consideration of the payment to the Artist of the sums set out below, the Artist agrees to produce the Work in accordance with the Works Schedule under the terms and conditions hereunder.

## 3. DURATION

3.1 This Agreement shall commence on the Commencement Date and shall, unless
terminated in any of the circumstances in clause 6 of this Agreement, continue in force until Successful Completion Date of the Stage Two Work as provided for in Annex B below.

## 4. QUALITY OF PRODUCTS

4.1 The Artist undertakes that the Work shall be carried out in a manner consistent with high standards of materials used, workmanship and design

## 5. PAYMENT

5.1 Sabertooth shall pay the Artist any sums due in accordance with the Works Schedule.

5.2  In the event that the Work is not completed in accordance with the Works Schedule, Sabertooth will pay the Artist as follows:

   5.2.1  For Work received 1-2 days after the Final Date: 90% of the Initial Payment
   5.2.2  For Work received 3-5 days after the Final Date: 70% of the Initial Payment
   5.2.3  For Work received 6 or more days after the Final Date: 0% of the Initial Payment

5.3  Notwithstanding clause 5.2, the Artist agrees that time is of the essence.

5.4  Sabertooth reserves the exclusive right, such right not however to be exercised unreasonably, to cancel in its sole discretion this Agreement in relation to any Work in progress, at which time the Artist shall deliver that part of the Work created at the time of said cancellation whereupon Sabertooth shall pay the Artist such monies as may, in Sabertooth's opinion, be reasonably proportionate to such of the Work as is completed.

## 6.  TERMINATION

6.1  Sabertooth may terminate this Agreement without prejudice to its other remedies forthwith by notice in writing to the Artist if the Artist commits a breach of this Agreement, provided that if the breach is capable of remedy the notice shall only be given if the Artist shall not have remedied the same within 5 days of having been given notice in writing specifying the breach and requiring it to be remedied.

6.2  Either party may terminate this Agreement without prejudice to its other remedies giving by two months notice in writing to the other party. For the avoidance of doubt, the parties' obligations under this Agreement will continue during the notice period.

6.3     The clauses in this Agreement which expressly or impliedly have effect after termination shall continue to be enforceable notwithstanding termination.

## 7.     ASSIGNMENT OF COPYRIGHT

7.1     The Artist hereby assigns and transfers to Sabertooth all rights, title and interest, throughout the world and in perpetuity, in all copyrights and goodwill and any other intellectual property rights vested or otherwise in the Work. For the avoidance of doubt this includes any moral rights or equivalent which the Artist may have in the Work.

7.2     The Artist agrees to execute any relevant documents at any future time at the behest of Sabertooth to fulfil the obligations contained in this clause 7.

7.3     Name credit shall be given to the Artist upon publication of the Work in the products in which it is used. Notwithstanding any other provision of this Agreement, Sabertooth shall have no obligation to market, sell or otherwise distribute the Work, either alone or in any Sabertooth product.

7.4     Subject to this Clause 7, the Work will be returned to the Artist within a reasonable time following Successful Completion. The Artist shall not under any circumstance reproduce, copy, manufacture, alter or amend the Work following Successful Completion.

7.4     Without prejudice to the generality of the foregoing, the Artist shall have the right, upon the receipt of written approval from Sabertooth, such permission not to be unreasonably withheld, to use the Work (s) in connection with his/her portfolio, personal website and all or any non-commercial instruments of personal publicity that the Artist characteristically and reasonably uses to promote his/her artwork. Each

Highly Confidential - AEO             GW0006027

instrument shall identify Sabertooth or its designee as the owner of all trademarks and copyrights associated with said Work(s). The Artist shall comply with all reasonable requirements that Sabertooth may communicate from time to time in relation to this Clause 7.5.

## 8.     CONFIDENTIALITY

8.1     The Artist agrees to keep confidential and use solely for the purposes of this Agreement all Confidential Information.

8.2     The obligation contained in clause 8.1 does not include information that has ceased to be secret without default on the recipient's part.

## 9.     INDEPENDENT CONTRACTOR

9.1     Artist shall be an independent contractor and not an employee of Sabertooth. Artist shall not be entitled to worker's compensation, retirement, insurance, or other benefits provided to employees of Sabertooth. Artist shall be responsible for the payment of all personal taxes, fees and other assessments arising from providing the services set forth herein and shall otherwise comply with applicable laws, ordinances, regulations and other governmental requirements related to said services. Artist has no power or authority to act for, represent, or bind Sabertooth or any company affiliated with Sabertooth in any manner, except as so authorized in writing by Sabertooth.

## 10.    ENTIRE AGREEMENT

10.1    This Agreement is the entire agreement between the parties with respect to the subject matter and supersedes any previous statements or agreements whether oral or written.

## 11.    VARIATION

Highly Confidential - AEO

GW0006028

11.1    No amendment or modification of this Agreement will be effective unless it is in writing and signed by both parties.

## 12.    WAIVER

12.1    The failure of either party to demand strict performance by the other party of any of this Agreement will not be a waiver or relinquishment of any rights under this Agreement.

## 13.    SEVERABILITY

13.1.   If any provision of this Agreement is held by a court of competent jurisdiction to be contrary to law, the remaining provisions of this Agreement will remain in full force and effect insofar as they are capable in light of the court's findings.

## 14.    ASSIGNMENT

14.1    The Artist may not assign this Agreement or any of the Artist's rights or obligations under this Agreement without the prior written consent of Sabertooth.

## 15.    JURISDICTION

15.1    This Agreement will be governed by the laws of the State of Washington and subject to the exclusive jurisdiction of the United States District Court for the Western District of Washington.

_[signature]_   SIGNED FOR AND ON BEHALF
                SIGNED FOR AND ON BEHALF
OF SABERTOOTH INC.              OF THE ARTIST

Highly Confidential - AEO                                                                 GW0006029

THIS AGREEMENT is made on 04 September 2002

Name..........................................
Name...*[signature]*........................

Date....28/07/04..........
Date.............................................

## EXHIBIT B
### The Work: Warhammer Fantasy, Set 1 *Harbingers*

Artist Name and Address: Jim Brady
Tiernahinch Near
Roslea Road, Clones
County Monaghan, Eire

Social Security Number (if applicable): _____

Name to appear on published work: ___James Brady___

Description   Art number
3303  3304  3281  3282  1 Gortek piece

5@ $158.00 GBP

## EXHIBIT B
### The Works Schedule

The Artist will produce the Work in accordance with the following timetable:

A    A sketch of the Work must be completed and delivered to Sabertooth by
[June 16 2004] ("Sketch Date")

AGREEMENT is made on 04 September 2002

B    The Work in final form must be completed and delivered to Sabertooth by [July 21 2004] ("Final Date")

C    Upon approval of the Work in final form, Sabertooth will notify the Artist in writing of same (Successful Completion)

The Artist shall receive payment in the following sums and in accordance with the following timetable:



### PAYMENT METHOD ONE

C    [$    ] "Initial Payment" to be paid within [30 days] of the Successful Completion

D    [$    ] "Final Payment" to be paid within [45 days] of the Product Release

Alternatively, the Artist shall receive payment in the following sums and in accordance with the following timetable:



### PAYMENT METHOD TWO

E    [$790.00 GBP ] "Final Payment" to be paid within [30 days] of Successful Completion

The Artist shall clearly mark which Payment Method he or she wishes to utilise.

**EXHIBIT A**

The Work:
**Warhammer Fantasy, Harbingers of War/Death and Honour**

**Contract Number:**

Artist Name and Address:
Jim Brady
Tiernahinch Near
Roslea Road, Clones
County Monaghan, Eire
Great Britain

Social Security Number (if applicable):

Name to appear on published work: JAMES BRADY

**Description and Art number**
3281  3282  3303 3304 and Gotrek Piece
5@158 GBP

**EXHIBIT B: the Works Schedule**

>C458

The Artist will produce the Work in accordance with the following timetable:

A    A sketch of the Work must be completed and delivered to Sabertooth by [June 16th, 2004] ("Sketch Date")

B    The Work in final form must be completed and delivered to Sabertooth by [July 21st, 2004] ("Final Date")

C    Upon approval of the Work in final form, Sabertooth will notify the Artist in writing of same (Successful Completion)

The Artist shall receive payment in the following sums and in accordance with the following timetable:

[ ]    PAYMENT METHOD ONE

C    [$    ] "Initial Payment" to be paid within [30 days] of the Successful Completion

D    [$    ] "Final Payment" to be paid within [45 days] of the Product Release

Alternatively, the Artist shall receive payment in the following sums and in accordance with the following timetable:

[✓]    PAYMENT METHOD TWO

E    [$790.GBP] "Final Payment" to be paid within [30 days] of Successful Completion

The Artist shall clearly mark which Payment Method he or she wishes to utilise.

**For office use only**

| | |
|---|---|
| Initial Check # | Final Check # |
| Initial Amount  790 GBP | Final Amount |
| Date | Date |

Request out back
w/ Karen 9/23

Highly Confidential - AEO

GW0006032

## Sabertooth Games
### Art Commission Form

**Commission Number** _____

| | |
|---|---|
| **Artist Name:** | James Brady |
| **Address:** | Tiernahinch Near |
| | Roslea Road, Clones |
| | County Monaghan |
| | Eire |
| | Great Britain |
| **Commission Date** | 11/5/2004 |
| **Requested Payment Method** | UK Direct |

| Piece: | Description | Set | Amount | Receipt Date |
|---|---|---|---|---|
| 1 | Tac Sqd 3 | Drop Site Massacre | 157 GBP | 12-9-04 |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

**Commission Approval**

_[signature]_

Steve Horvath                            Date

**Receipt Approval**

_[signature]_

Steve Horvath                            Date

_[signature]_

Jim Callahan                             Date  12-9-04

**Receipt by Accounting**
**Payment Method** _____
**Payment Date** _____
**Payment No.** _____
**Payment Amount** _____

Highly Confidential - AEO                              GW0006033

# Sabertooth Games
## Art Commission Form

**Commission Number**
JB BOR

**Artist Name:** Jim Brady
**Address:** Tiernahinch Near
Roslea Road, Clones
County Monaghan
Eire
Great Britain
**Commission Date** 10/25/2004
**Requested Payment Method** uk Direct

| Piece: | Description | Set | Amount | Receipt Date |
|---|---|---|---|---|
| 1 | TZ Exhaulted Champ | Bearers of Redemption | 157 GBP | 12-13-04 |
| 2 | TZ Marauders | Bearers of Redemption | 157 GBP | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

314 GBP

**Commission Approval**
Steve Horvath     Date 11/23

**Receipt Approval**
Steve Horvath     Date
Jim Callahan      Date 12-13-04

**Receipt by Accounting**
Payment Method
Payment Date
Payment No.
Payment Amount

Highly Confidential - AEO

## Sabertooth Games — Art Commission Form

**Commission Number:** JB SoT 1

**Artist Name:** Jim Brady
**Address:** Tiernahinch Near
Roslea Road, Clones
County Monaghan
Eire
Great Britain
United Kingdom
**Requested Payment Method:** UK Check

| Piece | Description | Set | Amount | Receipt Date |
|---|---|---|---|---|
| 1 | 4073 Tzeentch Warlord Titan | Siege of Terra | 157 GBP | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

**Payment Authorization** _(signed)_  Date: 5/10/05

**Commission Approval** _(signed)_
Erik Yaple  Date: 4/11/05

**Receipt Approval** _(signed)_
Erik Yaple  Date: 5/5/5

_(signed)_
Jim Callahan  Date: 5/5/5

### Receipt by Accounting
Payment Method
Payment Date
Payment No.
Payment Amount

# Sabertooth Games    Art Commission Form

**Commission Number:** JB Un1

**Artist Name:** Jim Brady
**Address:**

**Commission Date:** UK check
**Requested Payment Method:**

| Piece | Description | Set | Amount | Receipt Date |
|---|---|---|---|---|
| 1 | Sisters of Battle unit | Unassigned | 157 GBP | |
| 2 | Chaos Slaneesh unit | Unassigned | 157 GBP | |
| 3 | orc Warriors (death skullz) | Unassigned | 157 GBP | |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | 40k slush art | | | 9/14/2005 |

**Payment Authorization** _____ Date

**Commission Approval**
Erik Yaple    Date

**Receipt Approval**
Erik Yaple    Date 9/15/05

Jim Callahan    Date 9-15-05

**Receipt by Accounting**
Payment Method
Payment Date
Payment No.
Payment Amount

FedEx | Tools | Commercial Invoice        9/23/03 4:45 am

## Commercial Invoice

| Date of Export: 22-09-03 | Export References (i.e. order no., invoice no., etc): ORK# 13 |
|---|---|
| Shipper/Exporter (complete name and address): JAMES BRADY, TIERNAHINCH NEAR ROSLEA RD, CLONES, CO. MONAGHAN, EIRE | Recipient (complete name and address): SABRETOOTH INC, 610 INDUSTRY DRIVE, TUKWILA, WA 98188, USA |
| Country of export: IRELAND | Importer - if other than recipient (complete name and address): |
| Country of manufacture: IRELAND | |
| Country of ultimate destination: USA | |
| Federal Express International Air Waybill Number: 2601-8589-6 | Currency: |

| Marks/Nos | No. of pkgs | Type of packaging | Full Description of goods | Qty | Units of measure | Weight | Unit value | Total Value |
|---|---|---|---|---|---|---|---|---|
| | 1 | CD BOX WITH CD DISC | CD | 1 | 1 Kilo | | N/A | N/A |
| | Total No. of Pkgs | | | | | Total Weight | | Total Invoice Value |

I declare all the information contained in this invoice to be true and correct

Signature of shipper/exporter (type name and title and sign) Date:

*James Brady*    James Brady   22-09-03

Check One
☐ FOB
☐ C&F
☐ CIF

http://www.fedex.com/be/tools/invoiceblank.html?link=4      Page 1 of 1

Highly Confidential - AEO      GW0006037

FedEx | Tools | Commercial Invoice 9/23/03 4:45 am

## Commercial Invoice

| Date of Export: 22-09-05 | Export References (i.e. order no., invoice no., etc): ORKN, 13 |
|---|---|
| Shipper/Exporter (complete name and address): JAMES BRADY TIERNAHINCH NEAR ROSLEA RD CLONES CO. MONAGHAN, EIRE | Recipient (complete name and address): SABRETOOTH INC 610 INDUSTRY DRIVE TUKWILA WA 98188 USA |
| Country of export: IRELAND | Importer - if other than recipient (complete name and address): |
| Country of manufacture: IRELAND | |
| Country of ultimate destination: USA | |
| Federal Express International Air Waybill Number: 2601-8589-6 | Currency: |

| Marks/Nos | No. of pkgs | Type of packaging | Full Description of goods | Qty | Units of measure | Weight | Unit value | Total Value |
|---|---|---|---|---|---|---|---|---|
| | 1 | CD BOX WITH CD DISC | CD | 1 | 1 Kilo | | N/A | N/A |
| | Total No. of Pkgs | | | | | Total Weight | | Total Invoice Value |

I declare all the information contained in this invoice to be true and correct
Signature of shipper/exporter (type name and title and sign) Date:
*[signature]* James Brady 22-09-05

Check One
☐ FOB
☐ C&F
☐ CIF

http://www.fedex.com/be/tools/invoiceblank.html?link=4 Page 1 of 1

Highly Confidential - AEO GW0006038

FedEx | Tools | Commercial Invoice                                           9/23/03 4:45 am

## Commercial Invoice

| Date of Export: 22-09-05 | Export References (i.e. order no., invoice no., etc): ORK 13 |
|---|---|
| Shipper/Exporter (complete name and address):<br>JAMES BRADY<br>TIERNAHINCH NEAR<br>ROSLEA RD<br>CLONES<br>CO. MONAGHAN, EIRE | Recipient (complete name and address):<br>SABRETOOTH INC<br>610 INDUSTRY DRIVE<br>TUKWILA<br>WA 98188<br>USA |
| Country of export: IRELAND | Importer - if other than recipient (complete name and address): |
| Country of manufacture: IRELAND | |
| Country of ultimate destination: USA | |
| Federal Express International Air Waybill Number: 2601-8589-6 | Currency: |

| Marks/Nos | No. of pkgs | Type of packaging | Full Description of goods | Qty | Units of measure | Weight | Unit value | Total Value |
|---|---|---|---|---|---|---|---|---|
| | 1 | CD BOX WITH CD DISC | CD | 1 | 1 Kilo | N/A | N/A | N/A |
| | Total No. of Pkgs | | | | | Total Weight | | Total Invoice Value |

I declare all the information contained in this invoice to be true and correct
Signature of shipper/exporter (type name and title and sign)   Date:
*[signature]* James Brady 22-09-05

Check One:
☐ FOB
☐ C&F
☐ CF

http://www.fedex.com/be/tools/invoiceblank.html?link=4                          Page 1 of 1

Highly Confidential - AEO                                           GW0006039

FedEx | Tools | Commercial Invoice  9/23/03 4:45 am

## Commercial Invoice

| Date of Export: 22-09-05 | Export References (i.e. order no., invoice no., etc): ORKA 13 |
|---|---|
| Shipper/Exporter (complete name and address): JAMES BRADY, TIERNAHINCH NEAR ROSLEA RD, CLONES, CO. MONAGHAN, EIRE | Recipient (complete name and address): SABRETOOTH INC, 610 INDUSTRY DRIVE, TUKWILA, WA 98188, USA |
| Country of export: IRELAND | Importer - if other than recipient (complete name and address): |
| Country of manufacture: IRELAND | |
| Country of ultimate destination: USA | |
| Federal Express International Air Waybill Number: 2601-8589-6 | Currency: |

| Marks/Nos | No. of pkgs | Type of packaging | Full Description of goods | Qty | Units of measure | Weight | Unit value | Total Value |
|---|---|---|---|---|---|---|---|---|
| | 1 | CD BOX WITH CD DISC | CD | 1 | 1 Kilo | N/A | N/A | N/A |
| Total No. of Pkgs | | | | | | Total Weight | | Total Invoice Value |

I declare all the information contained in this invoice to be true and correct
Signature of shipper/exporter (type name and title and sign)  Date:
[signature] James Brady 22-09-05

Check One:
☐ FOB
☐ C&F
☐ CIF

http://www.fedex.com/be/tools/invoiceblank.html?link=4   Page 1 of 1

Highly Confidential - AEO    GW0006040

FedEx | Tools | Commercial Invoice 9/23/03 4:45 am

## Commercial Invoice

| Date of Export: 22-09-05 | Export References (i.e. order no., invoice no., etc): ORRA 13 |
|---|---|
| Shipper/Exporter (complete name and address): JAMES BRADY TIERNAHINCH NEAR ROSLEA RD CLONES CO. MONAGHAN, EIRE | Recipient (complete name and address): SABRETOOTH INC 610 INDUSTRY DRIVE TUKWILA WA 98188 USA |
| Country of export: IRELAND | Importer - if other than recipient (complete name and address): |
| Country of manufacture: IRELAND | |
| Country of ultimate destination: USA | |
| Federal Express International Air Waybill Number: 2601-8589-6 | Currency: |

| Marks/Nos | No. of pkgs | Type of packaging | Full Description of goods | Qty | Units of measure | Weight | Unit value | Total Value |
|---|---|---|---|---|---|---|---|---|
| | 1 | CD BOX WITH CD DISC | CD | 1 | 1 Kilo | | N/A | N/A |
| | Total No. of Pkgs | | | | | Total Weight | | Total Invoice Value |

I declare all the information contained in this invoice to be true and correct
Signature of shipper/exporter (type name and title and sign)   Date:
*[signature]*  JAMES Brady  22-09-05

Check One
☐ FOB
☐ C&F
☐ CIF

http://www.fedex.com/be/tools/invoiceblank.html?link=4   Page 1 of 1

Highly Confidential - AEO   GW0006041