**EXHIBIT**

**The Work: Warhammer Fantasy, Set 4 (Dogs of War)**

Artist Name and Address:        Schillerstr. 30; Ottobrunn        Name to appear on
Franz Vohwinkel;                85521; Germany                   published work:

_____

**Description    Art number**                    Summon Storm          2268
Shaman on Giant Spider    2191        ~~Art~~         Armed to the teeth    2269        Set S
The Crowmaster    2228                              Warp Lightning Cannon  2308
Strategic Planning    2261                          6 @ $300

**EXHIBIT B**

**The Works Schedule**

The Artist will produce the Work in accordance with the following timetable:

A    A sketch of the Work must be completed and delivered to Sabertooth by
[August 15th, 2003] ("Sketch Date")

B    The Work in final form must be completed and delivered to Sabertooth by
[Sept 12th, 2003] ("Final Date")

C    Upon approval of the Work in final form, Sabertooth will notify the Artist in writing of
same (Successful Completion )

The Artist shall receive payment in the following sums and in accordance with the following
timetable:

[X]    PAYMENT METHOD ONE

C    [$    900    ] "Initial Payment" to be paid within [30 days] of the Successful Completion

D    [$    900    ] "Final Payment" to be paid within [45 days] of the Product Release

Alternatively, the Artist shall receive payment in the following sums and in accordance with the
following timetable:

[ ]    PAYMENT METHOD TWO

E    [$    1620    ] "Final Payment" to be paid within [30 days] of Successful Completion

The Artist shall clearly mark which Payment Method he or she wishes to utilise.

For office use only:
Initial Check #    2383                Final Check #    _____
Initial Amount    $900                 Final Amount    _____
Date    11/7/03                        Date    _____



Highly Confidential - AEO

**THIS AGREEMENT** is made on 19 December 2003

BETWEEN:

    (1)    Sabertooth Games, Inc of 610 Industry Drive, Tukwila WA, 98188 USA ("Sabertooth")

          and

    (2)    Franz Vohwinkel of Schillerstr. 30 Ottobrunn  85521  ("Artist")

## 1.     DEFINITIONS

1.1    In this Agreement

    **"Confidential Information"** means all secret or not generally known information, or all information not easily accessible by others or of a commercially sensitive nature concerning any aspect of the business of Sabertooth. By way of example but not by way of limitation, information should be treated as confidential if it includes any proprietary documentation, materials, flow charts, codes, software, computer instructions, techniques, models, information, diagrams, know-how, trade secrets, data, business records, or marketing information.

    **"the Commencement Date"** means the date hereof,

    **"Successful Completion"** means the date on which the Artist has completed the Works to the approval of Sabertooth, such approval to be in writing

    **"the Work"** means the work to be produced in accordance with this agreement as detailed in Exhibit A hereto

    **"the Works Schedule"** means the timetable that the Work is to be produced to in accordance with this agreement as detailed in Exhibit B hereto

## 2.     COMMISSIONED WORK

2.1    In consideration of the payment to the Artist of the sums set out below, the Artist agrees to produce the Work in accordance with the Works Schedule under the terms and conditions hereunder.

## 3.     DURATION

3.1    This Agreement shall commence on the Commencement Date and shall, unless terminated in any of the circumstances in clause 6 of this Agreement, continue in force until Successful Completion Date of the Stage Two Work as provided for in Annex B below.

4.      **QUALITY OF PRODUCTS**

4.1     The Artist undertakes that the Work shall be carried out in a manner consistent with high standards of materials used, workmanship and design

5.      **PAYMENT**

5.1     Sabertooth shall pay the Artist any sums due in accordance with the Works Schedule.

5.2     In the event that the Work is not completed in accordance with the Works Schedule, Sabertooth will pay the Artist as follows:

    5.2.1   For Work received 1-2 days after the Final Date: 90% of the Initial Payment
    5.2.2   For Work received 3-5 days after the Final Date: 70% of the Initial Payment
    5.2.3   For Work received 6 or more days after the Final Date: 0% of the Initial Payment

5.3     Notwithstanding clause 5.2, the Artist agrees that time is of the essence.

5.4     Sabertooth reserves the exclusive right, such right not however to be exercised unreasonably, to cancel in its sole discretion this Agreement in relation to any Work in progress, at which time the Artist shall deliver that part of the Work created at the time of said cancellation whereupon Sabertooth shall pay the Artist such monies as may, in Sabertooth's opinion, be reasonably proportionate to such of the Work as is completed.

6.      **TERMINATION**

6.1     Sabertooth may terminate this Agreement without prejudice to its other remedies forthwith by notice in writing to the Artist if the Artist commits a breach of this Agreement, provided that if the breach is capable of remedy the notice shall only be given if the Artist shall not have remedied the same within 5 days of having been given notice in writing specifying the breach and requiring it to be remedied.

6.2     Either party may terminate this Agreement without prejudice to its other remedies giving by two months notice in writing to the other party. For the avoidance of doubt, the parties' obligations under this Agreement will continue during the notice period.

6.3     The clauses in this Agreement which expressly or impliedly have effect after termination shall continue to be enforceable notwithstanding termination.

7.      **ASSIGNMENT OF COPYRIGHT**

7.1     The Artist hereby assigns and transfers to Sabertooth all rights, title and interest, throughout the world and in perpetuity, in all copyrights and goodwill and any other intellectual property rights vested or otherwise in the Work. For the avoidance of doubt this includes any moral rights or equivalent which the Artist may have in the Work.

Highly Confidential - AEO

7.2   The Artist agrees to execute any relevant documents at any future time at the behest of Sabertooth to fulfil the obligations contained in this clause 7.

7.3   Name credit shall be given to the Artist upon publication of the Work in the products in which it is used. Notwithstanding any other provision of this Agreement, Sabertooth shall have no obligation to market, sell or otherwise distribute the Work, either alone or in any Sabertooth product.

7.4   Subject to this Clause 7, the Work will be returned to the Artist within a reasonable time following Successful Completion. The Artist shall not under any circumstance reproduce, copy, manufacture, alter or amend the Work following Successful Completion.

7.4   Without prejudice to the generality of the foregoing, the Artist shall have the right, upon the receipt of written approval from Sabertooth, such permission not to be unreasonably withheld, to use the Work (s) in connection with his/her portfolio, personal website and all or any non-commercial instruments of personal publicity that the Artist characteristically and reasonably uses to promote his/her artwork. Each instrument shall identify Sabertooth or its designee as the owner of all trademarks and copyrights associated with said Work(s). The Artist shall comply with all reasonable requirements that Sabertooth may communicate from time to time in relation to this Clause 7.5.

## 8.   CONFIDENTIALITY

8.1   The Artist agrees to keep confidential and use solely for the purposes of this Agreement all Confidential Information.

8.2   The obligation contained in clause 8.1 does not include information that has ceased to be secret without default on the recipient's part.

## 9.   INDEPENDENT CONTRACTOR

9.1   Artist shall be an independent contractor and not an employee of Sabertooth. Artist shall not be entitled to worker's compensation, retirement, insurance, or other benefits provided to employees of Sabertooth. Artist shall be responsible for the payment of all personal taxes, fees and other assessments arising from providing the services set forth herein and shall otherwise comply with applicable laws, ordinances, regulations and other governmental requirements related to said services. Artist has no power or authority to act for, represent, or bind Sabertooth or any company affiliated with Sabertooth in any manner, except as so authorized in writing by Sabertooth.

## 10.   ENTIRE AGREEMENT

10.1  This Agreement is the entire agreement between the parties with respect to the subject matter and supersedes any previous statements or agreements whether oral or written.

## 11. VARIATION

11.1    No amendment or modification of this Agreement will be effective unless it is in writing and signed by both parties.

## 12. WAIVER

12.1    The failure of either party to demand strict performance by the other party of any of this Agreement will not be a waiver or relinquishment of any rights under this Agreement.

## 13. SEVERABILITY

13.1.    If any provision of this Agreement is held by a court of competent jurisdiction to be contrary to law, the remaining provisions of this Agreement will remain in full force and effect insofar as they are capable in light of the court's findings.

## 14. ASSIGNMENT

14.1    The Artist may not assign this Agreement or any of the Artist's rights or obligations under this Agreement without the prior written consent of Sabertooth.

## 15. JURISDICTION

15.1    This Agreement will be governed by the laws of the State of Washington and subject to the exclusive jurisdiction of the United States District Court for the Western District of Washington.


SIGNED FOR AND ON BEHALF          SIGNED FOR AND ON BEHALF
OF SABERTOOTH INC.                OF THE ARTIST

Name.........................     Name.........................

Date.....12/9/03.............     Date....01/01/2004...........

Highly Confidential - AEO                                      GW0006470

**THIS AGREEMENT** is made on 13 February 2004

BETWEEN:

(1) Sabertooth Games, Inc of 610 Industry Drive, Tukwila WA, 98188 USA ("Sabertooth")

and

(2) Franz Vohwinkel of Schillerstr. 30 Ottobrunn 85521 ("Artist")

## 1. DEFINITIONS

1.1 In this Agreement

"**Confidential Information**" means all secret or not generally known information, or all information not easily accessible by others or of a commercially sensitive nature concerning any aspect of the business of Sabertooth. By way of example but not by way of limitation, information should be treated as confidential if it includes any proprietary documentation, materials, flow charts, codes, software, computer instructions, techniques, models, information, diagrams, know-how, trade secrets, data, business records, or marketing information.

"**the Commencement Date**" means the date hereof,

"**Successful Completion**" means the date on which the Artist has completed the Works to the approval of Sabertooth, such approval to be in writing

"**the Work**" means the work to be produced in accordance with this agreement as detailed in Exhibit A hereto

"**the Works Schedule**" means the timetable that the Work is to be produced to in accordance with this agreement as detailed in Exhibit B hereto

## 2. COMMISSIONED WORK

2.1 In consideration of the payment to the Artist of the sums set out below, the Artist agrees to produce the Work in accordance with the Works Schedule under the terms and conditions hereunder.

## 3. DURATION

3.1 This Agreement shall commence on the Commencement Date and shall, unless terminated in any of the circumstances in clause 6 of this Agreement, continue in force until Successful Completion Date of the Stage Two Work as provided for in Annex B below.

Highly Confidential - AEO GW0006471

**4. QUALITY OF PRODUCTS**

4.1     The Artist undertakes that the Work shall be carried out in a manner consistent with high standards of materials used, workmanship and design

**5. PAYMENT**

5.1     Sabertooth shall pay the Artist any sums due in accordance with the Works Schedule.

5.2     In the event that the Work is not completed in accordance with the Works Schedule, Sabertooth will pay the Artist as follows:

        5.2.1   For Work received 1-2 days after the Final Date: 90% of the Initial Payment
        5.2.2   For Work received 3-5 days after the Final Date: 70% of the Initial Payment
        5.2.3   For Work received 6 or more days after the Final Date: 0% of the Initial Payment

5.3     Notwithstanding clause 5.2, the Artist agrees that time is of the essence.

5.4     Sabertooth reserves the exclusive right, such right not however to be exercised unreasonably, to cancel in its sole discretion this Agreement in relation to any Work in progress, at which time the Artist shall deliver that part of the Work created at the time of said cancellation whereupon Sabertooth shall pay the Artist such monies as may, in Sabertooth's opinion, be reasonably proportionate to such of the Work as is completed.

**6. TERMINATION**

6.1     Sabertooth may terminate this Agreement without prejudice to its other remedies forthwith by notice in writing to the Artist if the Artist commits a breach of this Agreement, provided that if the breach is capable of remedy the notice shall only be given if the Artist shall not have remedied the same within 5 days of having been given notice in writing specifying the breach and requiring it to be remedied.

6.2     Either party may terminate this Agreement without prejudice to its other remedies giving by two months notice in writing to the other party. For the avoidance of doubt, the parties' obligations under this Agreement will continue during the notice period.

6.3     The clauses in this Agreement which expressly or impliedly have effect after termination shall continue to be enforceable notwithstanding termination.

**7. ASSIGNMENT OF COPYRIGHT**

7.1     The Artist hereby assigns and transfers to Sabertooth all rights, title and interest, throughout the world and in perpetuity, in all copyrights and goodwill and any other intellectual property rights vested or otherwise in the Work. For the avoidance of doubt this includes any moral rights or equivalent which the Artist may have in the Work.

GW0006472

7.2    The Artist agrees to execute any relevant documents at any future time at the behest of Sabertooth to fulfil the obligations contained in this clause 7.

7.3    Name credit shall be given to the Artist upon publication of the Work in the products in which it is used. Notwithstanding any other provision of this Agreement, Sabertooth shall have no obligation to market, sell or otherwise distribute the Work, either alone or in any Sabertooth product.

7.4    Subject to this Clause 7, the Work will be returned to the Artist within a reasonable time following Successful Completion. The Artist shall not under any circumstance reproduce, copy, manufacture, alter or amend the Work following Successful Completion.

7.4    Without prejudice to the generality of the foregoing, the Artist shall have the right, upon the receipt of written approval from Sabertooth, such permission not to be unreasonably withheld, to use the Work (s) in connection with his/her portfolio, personal website and all or any non-commercial instruments of personal publicity that the Artist characteristically and reasonably uses to promote his/her artwork. Each instrument shall identify Sabertooth or its designee as the owner of all trademarks and copyrights associated with said Work(s). The Artist shall comply with all reasonable requirements that Sabertooth may communicate from time to time in relation to this Clause 7.5.

## 8.    CONFIDENTIALITY

8.1    The Artist agrees to keep confidential and use solely for the purposes of this Agreement all Confidential Information.

8.2    The obligation contained in clause 8.1 does not include information that has ceased to be secret without default on the recipient's part.

## 9.    INDEPENDENT CONTRACTOR

9.1    Artist shall be an independent contractor and not an employee of Sabertooth. Artist shall not be entitled to worker's compensation, retirement, insurance, or other benefits provided to employees of Sabertooth. Artist shall be responsible for the payment of all personal taxes, fees and other assessments arising from providing the services set forth herein and shall otherwise comply with applicable laws, ordinances, regulations and other governmental requirements related to said services. Artist has no power or authority to act for, represent, or bind Sabertooth or any company affiliated with Sabertooth in any manner, except as so authorized in writing by Sabertooth.

## 10.    ENTIRE AGREEMENT

10.1    This Agreement is the entire agreement between the parties with respect to the subject matter and supersedes any previous statements or agreements whether oral or written.

## 11. VARIATION

11.1  No amendment or modification of this Agreement will be effective unless it is in writing and signed by both parties.

## 12. WAIVER

12.1  The failure of either party to demand strict performance by the other party of any of this Agreement will not be a waiver or relinquishment of any rights under this Agreement.

## 13. SEVERABILITY

13.1.  If any provision of this Agreement is held by a court of competent jurisdiction to be contrary to law, the remaining provisions of this Agreement will remain in full force and effect insofar as they are capable in light of the court's findings.

## 14. ASSIGNMENT

14.1  The Artist may not assign this Agreement or any of the Artist's rights or obligations under this Agreement without the prior written consent of Sabertooth.

## 15. JURISDICTION

15.1  This Agreement will be governed by the laws of the State of Washington and subject to the exclusive jurisdiction of the United States District Court for the Western District of Washington.

SIGNED FOR AND ON BEHALF
OF SABERTOOTH INC.

Name

Date    2/13/2004

SIGNED FOR AND ON BEHALF
OF THE ARTIST

Name

Date  2/23/04

Highly Confidential - AEO

## EXHIBIT A: Contract Number FVHH3

### The Work: Warhammer Horus Heresy (Traitor's Gambit)
Artist Name and Address: Franz Vohwinkel Schillerstr. 30 Ottobrunn 85521

| Art num | Description |
|---|---|
| 2607 | UM Cyclone Terminators |
| 2609 | UM Guilliman Companions |
| 2662 | Seduction of Chaos (Horus) |
| 2679 | EC Land Raider Formation |
| 2689 | Engineer Squad |
| 2703 | WB Logar's Companions |

**6 @ $300**

## EXHIBIT B
### The Works Schedule
The Artist will produce the Work in accordance with the following timetable:

A      A sketch of the Work must be completed and delivered to Sabertooth by [Dec 19th] ("Sketch Date")

B      The Work in final form must be completed and delivered to Sabertooth by [Jan 30th] ("Final Date")

C      Upon approval of the Work in final form, Sabertooth will notify the Artist in writing of same (Successful Completion )

The Artist shall receive payment in the following sums and in accordance with the following timetable:

☒ PAYMENT METHOD ONE

C      [ $900      ] "Initial Payment" to be paid within [30 days] of the Successful Completion
D      [ $900      ] "Final Payment" to be paid within [45 days] of the Product Release

Alternatively, the Artist shall receive payment in the following sums and in accordance with the following timetable:

☐ PAYMENT METHOD TWO

E      [ $1620      ] "Final Payment" to be paid within [30 days] of Successful Completion

The Artist shall clearly mark which Payment Method he or she wishes to utilise.

| For office use only | |
|---|---|
| Initial Check # _10052_ | Final Check # _____ |
| Gambit Initial Amount _900_ | Gambit Final Amount _____ |
| Date _2/26/04_ | Date _____ |

## EXHIBIT A: Contract Number FVWC6

### The Work: Warhammer War Cry (Storm of Chaos)

Artist Name and Address: Franz Vohwinkel Schillerstr. 30 Ottobrunn  85521

**Art num    Description**
2743  War Altar
2788  Gork and Mork

2 @ $300

## EXHIBIT B
### The Works Schedule

The Artist will produce the Work in accordance with the following timetable:

A    A sketch of the Work must be completed and delivered to Sabertooth by [Dec 19th] ("Sketch Date")

B    The Work in final form must be completed and delivered to Sabertooth by  [Jan 30th] ("Final Date")

C    Upon approval of the Work in final form, Sabertooth will notify the Artist in writing of same (Successful Completion )

The Artist shall receive payment in the following sums and in accordance with the following timetable:

☒    PAYMENT METHOD ONE

C    [ $    300    ] "Initial Payment" to be paid within [30 days] of the Successful Completion
D    [ $    300    ] "Final Payment" to be paid within [45 days] of the Product Release

Alternatively, the Artist shall receive payment in the following sums and in accordance with the following timetable:

☐    PAYMENT METHOD TWO

E    [ $    540    ] "Final Payment" to be paid within [30 days] of Successful Completion

The Artist shall clearly mark which Payment Method he or she wishes to utilise.

| For office use only | | |
|---|---|---|
| Initial Check # _10156_ | Final Check # _____ | |
| Storm Initial Amount $300 | Storm Final Amount _____ | |
| Date  3/31/04 | Date _____ | |

Highly Confidential - AEO

**THIS AGREEMENT** is made on 16 April 2004

BETWEEN:

(1)     Sabertooth Games, Inc of 610 Industry Drive, Tukwila WA, 98188 USA ("Sabertooth")

        and

(2)     Franz Vohwinkel of Schillerstr. 30 Ottobrunn  85521  ("Artist")

## 1.      DEFINITIONS

1.1     In this Agreement

**"Confidential Information"** means all secret or not generally known information, or all information not easily accessible by others or of a commercially sensitive nature concerning any aspect of the business of Sabertooth. By way of example but not by way of limitation, information should be treated as confidential if it includes any proprietary documentation, materials, flow charts, codes, software, computer instructions, techniques, models, information, diagrams, know-how, trade secrets, data, business records, or marketing information.

**"the Commencement Date"** means the date hereof,

**"Successful Completion"** means the date on which the Artist has completed the Works to the approval of Sabertooth, such approval to be in writing

**"the Work"** means the work to be produced in accordance with this agreement as detailed in Exhibit A hereto

**"the Works Schedule"** means the timetable that the Work is to be produced to in accordance with this agreement as detailed in Exhibit B hereto

## 2.      COMMISSIONED WORK

2.1     In consideration of the payment to the Artist of the sums set out below, the Artist agrees to produce the Work in accordance with the Works Schedule under the terms and conditions hereunder.

## 3.      DURATION

3.1     This Agreement shall commence on the Commencement Date and shall, unless terminated in any of the circumstances in clause 6 of this Agreement, continue in force until Successful Completion Date of the Stage Two Work as provided for in Annex B below.

Highly Confidential - AEO

**4.     QUALITY OF PRODUCTS**

4.1     The Artist undertakes that the Work shall be carried out in a manner consistent with high standards of materials used, workmanship and design

**5.     PAYMENT**

5.1     Sabertooth shall pay the Artist any sums due in accordance with the Works Schedule.

5.2     In the event that the Work is not completed in accordance with the Works Schedule, Sabertooth will pay the Artist as follows:

     5.2.1   For Work received 1-2 days after the Final Date: 90% of the Initial Payment
     5.2.2   For Work received 3-5 days after the Final Date:70% of the Initial Payment
     5.2.3   For Work received 6 or more days after the Final Date:0% of the Initial Payment

5.3     Notwithstanding clause 5.2, the Artist agrees that time is of the essence.

5.4     Sabertooth reserves the exclusive right, such right not however to be exercised unreasonably, to cancel in its sole discretion this Agreement in relation to any Work in progress, at which time the Artist shall deliver that part of the Work created at the time of said cancellation whereupon Sabertooth shall pay the Artist such monies as may, in Sabertooth's opinion, be reasonably proportionate to such of the Work as is completed.

**6.     TERMINATION**

6.1     Sabertooth may terminate this Agreement without prejudice to its other remedies forthwith by notice in writing to the Artist if the Artist commits a breach of this Agreement, provided that if the breach is capable of remedy the notice shall only be given if the Artist shall not have remedied the same within 5 days of having been given notice in writing specifying the breach and requiring it to be remedied.

6.2     Either party may terminate this Agreement without prejudice to its other remedies giving by two months notice in writing to the other party. For the avoidance of doubt, the parties' obligations under this Agreement will continue during the notice period.

6.3     The clauses in this Agreement which expressly or impliedly have effect after termination shall continue to be enforceable notwithstanding termination.

**7.     ASSIGNMENT OF COPYRIGHT**

7.1     The Artist hereby assigns and transfers to Sabertooth all rights, title and interest, throughout the world and in perpetuity, in all copyrights and goodwill and any other intellectual property rights vested or otherwise in the Work. For the avoidance of doubt this includes any moral rights or equivalent which the Artist may have in the Work.

7.2     The Artist agrees to execute any relevant documents at any future time at the behest of Sabertooth to fulfil the obligations contained in this clause 7.

7.3     Name credit shall be given to the Artist upon publication of the Work in the products in which it is used.  Notwithstanding any other provision of this Agreement, Sabertooth shall have no obligation to market, sell or otherwise distribute the Work, either alone or in any Sabertooth product.

7.4     Subject to this Clause 7, the Work will be returned to the Artist within a reasonable time following Successful Completion. The Artist shall not under any circumstance reproduce, copy, manufacture, alter or amend the Work following Successful Completion.

7.4     Without prejudice to the generality of the foregoing, the Artist shall have the right, upon the receipt of written approval from Sabertooth, such permission not to be unreasonably withheld, to use the Work (s) in connection with his/her portfolio, personal website and all or any non-commercial instruments of personal publicity that the Artist characteristically and reasonably uses to promote his/her artwork.  Each instrument shall identify Sabertooth or its designee as the owner of all trademarks and copyrights associated with said Work(s).  The Artist shall comply with all reasonable requirements that Sabertooth may communicate from time to time in relation to this Clause 7.5.

## 8.     CONFIDENTIALITY

8.1     The Artist agrees to keep confidential and use solely for the purposes of this Agreement all Confidential Information.

8.2     The obligation contained in clause 8.1 does not include information that has ceased to be secret without default on the recipient's part.

## 9.     INDEPENDENT CONTRACTOR

9.1     Artist shall be an independent contractor and not an employee of Sabertooth.  Artist shall not be entitled to worker's compensation, retirement, insurance, or other benefits provided to employees of Sabertooth.  Artist shall be responsible for the payment of all personal taxes, fees and other assessments arising from providing the services set forth herein and shall otherwise comply with applicable laws, ordinances, regulations and other governmental requirements related to said services.  Artist has no power or authority to act for, represent, or bind Sabertooth or any company affiliated with Sabertooth in any manner, except as so authorized in writing by Sabertooth.

## 10.    ENTIRE AGREEMENT

10.1    This Agreement is the entire agreement between the parties with respect to the subject matter and supersedes any previous statements or agreements whether oral or written.

Highly Confidential - AEO

## 11.    VARIATION

11.1    No amendment or modification of this Agreement will be effective unless it is in writing and signed by both parties.

## 12.    WAIVER

12.1    The failure of either party to demand strict performance by the other party of any of this Agreement will not be a waiver or relinquishment of any rights under this Agreement.

## 13.    SEVERABILITY

13.1.    If any provision of this Agreement is held by a court of competent jurisdiction to be contrary to law, the remaining provisions of this Agreement will remain in full force and effect insofar as they are capable in light of the court's findings.

## 14.    ASSIGNMENT

14.1    The Artist may not assign this Agreement or any of the Artist's rights or obligations under this Agreement without the prior written consent of Sabertooth.

## 15.    JURISDICTION

15.1    This Agreement will be governed by the laws of the State of Washington and subject to the exclusive jurisdiction of the United States District Court for the Western District of Washington.


SIGNED FOR AND ON BEHALF
OF SABERTOOTH INC.

Name...................................

Date    4/16/2004

SIGNED FOR AND ON BEHALF
OF THE ARTIST

Name.....................................

Date....4/27/04.....................

Highly Confidential - AEO

## EXHIBIT A: Contract Number FVWC5

**The Work: Warhammer War Cry (Path of Glory and Chivalry and Deceit)**

Artist Name and Address: Franz Vohwinkel Schillerstr. 30 Ottobrunn  85521

| Art num | Description | | | | | |
|---------|-------------|--|--|--|--|--|
| 2490 | Options 3 | Path of Glory | | 2563 | Paladin | Path of Glory |
| 2540 | Librarian | Path of Glory | | 2564 | Trebuchet | Path of Glory |
| 2544 | Sorceror of Nurgle | Path of Glory | | | | |

**5 @ $300**

### EXHIBIT B
### The Works Schedule

The Artist will produce the Work in accordance with the following timetable:

A      A sketch of the Work must be completed and delivered to Sabertooth by Nov 21st ("Sketch Date")

B      The Work in final form must be completed and delivered to Sabertooth by [ Dec 12th] ("Final Date")

C      Upon approval of the Work in final form, Sabertooth will notify the Artist in writing of same (Successful Completion )

The Artist shall receive payment in the following sums and in accordance with the following timetable:

[X]    PAYMENT METHOD ONE

C    [ $   750   ] "Initial Payment" to be paid within [30 days] of the Successful Completion

D    [ $   750   ] "Final Payment" to be paid within [45 days] of the Product Release

Alternatively, the Artist shall receive payment in the following sums and in accordance with the following timetable:

[ ]    PAYMENT METHOD TWO

E    [ $   1350   ] "Final Payment" to be paid within [30 days] of Successful Completion

The Artist shall clearly mark which Payment Method he or she wishes to utilise.

| For office use only | | |
|---------------------|--|--|
| Initial Check #    2564 | Final Check #    10217 |
| Path Initial Amount    750 | Path Final Amount    750 |
| Date    1/16/04 | Date    5/27/04 |



Highly Confidential - AEO

### EXHIBIT A: Contract Number FVMEM
**The Work: Warhammer Horus Heresy (Prospero Boxed) and/or Warhammer Fantasy (Siege of Middenheim)**

Artist Name and Address: Franz Vohwinkel Schillerstr. 30 Ottobrunn 85521

**Art num      Description**

| Siege: | | Prospero: | |
|--------|--|-----------|--|
| 3022 | Hammerers | 3067 | Magnus |
| 3030 | Priest of Ulric | 3082 | Cool Sorcerer |
| 3047 | Squig Hoppers | 3077 | Magnus' Veteran |
| | | 3083 | Wolfguard Champion Unit |
| | | 3086 | Leman Russ |

**8 @ $300**

### EXHIBIT B
#### The Works Schedule

The Artist will produce the Work in accordance with the following timetable:

A      A sketch of the Work must be completed and delivered to Sabertooth by [April 16th] ("Sketch Date")

B      The Work in final form must be completed and delivered to Sabertooth by [May 3rd] ("Final Date")

C      Upon approval of the Work in final form, Sabertooth will notify the Artist in writing of same (Successful Completion )

The Artist shall receive payment in the following sums and in accordance with the following timetable:

☒      PAYMENT METHOD ONE

C      [ $      1200      ] "Initial Payment" to be paid within [30 days] of the Successful Completion
D      [ $      1200      ] "Final Payment" to be paid within [45 days] of the Product Release

Alternatively, the Artist shall receive payment in the following sums and in accordance with the following timetable:

☐      PAYMENT METHOD TWO

E      [ $      2160      ] "Final Payment" to be paid within [30 days] of Successful Completion

The Artist shall clearly mark which Payment Method he or she wishes to utilise.

For office use only

Initial Check #          10295
Prospero Initial Amount          750
Middenheim Amount          450  /1200 ⁵⁰
Date          7/7/04

Final Check # _____
Prospero Final Amount _____
Middenheim Amount _____
Date _____

**Sabertooth Games, Inc.**
6211 East Holmes Rd.
Suite 102
Memphis, TN 38141
United States

*#10480*
*10/1/04*
*$3380.80*

**Payment Authorization**

| Date | PO Number |
|------|-----------|
| 30-Sep-2004 | Franz01 |

| Vendor: | Payment To: |
|---------|-------------|
| Franz Vohwinkel | Check by post |

Terms: Net 30

| Item | Description | Amount USD |
|------|-------------|------------|
| | Outstanding Art Payments | |
| | Siege of Malogrim Hive | 900.00 |
| | Traitor's Gambit | 900.00 |
| | Legions of Chaos | 300.00 |
| | Battle for Prospero | 750.00 |
| | Siege of Middenheim | 450.00 |
| | **Total** | **3,300.00** |

Payment Authorized by:

Stephen Horvath
Vice-President

Date

Payment Authorized by:

Jim Callahan
Art Director

Date  9-30-04

| Phone # | Fax # | E-mail | Website |
|---------|-------|--------|---------|
| (901) 368-7302 | (901) 368-7399 | bill@sabertoothgames.com | www.sabertoothgames.com |

Highly Confidential - AEO

**EXHIBIT A**          GUARDIAN SQUAD  1198   $ 60
                       SKETCH KILL FEE

**The Work**

| BA Terminator Assault Squad | 1115 | Wych Squad 6 | 1182 |
| Ghazghkull Thraka/Bodyguard | 1130 | Baal Predator | 1190 |
| Erebus Lt. and Bodyguard | 1149 | Word Bearer Terminators | 1317 |
| Erebus Lt. | 1150 | BLOOD ANGELS LAND RAIDER | 1191 |
| Emperor's Children Squad 3 | 1167 | 10 @ $300 each | |
| Wych Cult Reaver Jetbikes 3 | 1174 | | |

**EXHIBIT B**

· **The Works Schedule**

The Artist will produce the Work in accordance with the following timetable:

A      A sketch of the Work must be completed and delivered to Sabertooth by      [      ]
("Sketch Date")

B      The Work in final form must be completed and delivered to Sabertooth by
[              ] ("Final Date")

C      Upon approval of the Work in final form, Sabertooth will notify the Artist in writing of
same (Successful Completion )

The Artist shall receive payment in the following sums and in accordance with the following
timetable:

[X]      **PAYMENT METHOD ONE**
                $1530
C      [   ~~$1530~~   ] "Initial Payment" to be paid within [30 days] of the Successful Completion

       $1530
D      [   ~~$1530~~   ] "Final Payment" to be paid within [45 days] of the Product Release

Alternatively, the Artist shall receive payment in the following sums and in accordance with the
following timetable:

[  ]      **PAYMENT METHOD TWO**

E      [   $2250   ] "Final Payment" to be paid within [30 days] of Successful Completion

The Artist shall clearly mark which Payment Method he or she wishes to utilise.

For office use only
Initial Check #                          Final Check #
Initial Amount                           Final Amount
Date                                     Date

Highly Confidential - AEO                                                  GW0006484

9/09 '04 NI 21:15 FAX +49 89 6012046     FRANZ VOHWINKEL                    ☒001

**EXHIBIT**

**The Work: Warhammer WarCry, Set 2 (Winds of Magic)**
Artist Name and Address: Franz Vohwinkel Schillerstr. 30 Ottobrunn 85521 Germany

| Description | Art number |
|---|---|
| | 1791   Rune of Adamant |
| 1739   Slayers | 4 @ $300 |
| 1776   Nygel's Fog of War | |
| 1784   The Crow's Feast | |

**EXHIBIT B**

**The Works Schedule**

The Artist will produce the Work in accordance with the following timetable:

A   A sketch of the Work must be completed and delivered to Sabertooth by          [End of Jan]
("Sketch Date")

B   The Work in final form must be completed and delivered to Sabertooth by
[ Feb 19th] ("Final Date")

C   Upon approval of the Work in final form, Sabertooth will notify the Artist in writing of
same (Successful Completion )

The Artist shall receive payment in the following sums and in accordance with the following
timetable:

☒   **PAYMENT METHOD ONE**

C   [     $600   ] "Initial Payment" to be paid within [30 days] of the Successful Completion

D   [     $600   ] "Final Payment" to be paid within [45 days] of the Product Release

Alternatively, the Artist shall receive payment in the following sums and in accordance with the
following timetable:

☐   **PAYMENT METHOD TWO**

E   [     $1080   ] "Final Payment" to be paid within [30 days] of Successful Completion

The Artist shall clearly mark which Payment Method he or she wishes to utilise.

For office use only
Initial Check #                                Final Check #
Initial Amount                                 Final Amount
Date                                           Date

SEP-29-2004 WED 03:50 PM +49 89 6012046                                    P. 01

Highly Confidential - AEO                                                    GW0006485

## Sabertooth Games
### Art Commission Form

Commission Number _____

Artist Name: Franz ~~Vohwinkle~~ *Vohwinkel*
Address: Schillerstr. 30
D-85521 Ottobrunn
Germany

Commission Date  11/5/2004
Requested Payment Method  check

| Piece: | Description | Set | Amount | Receipt Date |
|---|---|---|---|---|
| 1 | WB Support Sqd | Drop Site Massacre | 300 | 12-10-04 |
| 2 | DG Heavy Support | Drop Site Massacre | 300 | |
| 3 | Tac Sqd | Drop Site Massacre | 300 | |
| 4 | DG Land Raider | Drop Site Massacre | 300 | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

## Commission Approval

Steve Horvath                                    Date

## Receipt Approval

Steve Horvath                                    Date

Jim Callahan                                     Date  12-10-04

| Receipt by Accounting | |
|---|---|
| Payment Method | |
| Payment Date | |
| Payment No. | |
| Payment Amount | |

Highly Confidential - AEO

**EXHIBIT**

**The Work: Warhammer Fantasy, Harbingers of War/Death and Honour**

Artist Name and Address:

Franz Vohwinkel
Schillerstr. 30
Ottobrunn 85521
Germany

Social Security Number (if applicable):

_____

Name to appear on published work:

_FRANZ VOHWINKEL_

**Description   Art number**
**3305  3307  3329**

**All @ 300.00**

→ C458

**EXHIBIT B**

**The Works Schedule**

The Artist will produce the Work in accordance with the following timetable:

A       A sketch of the Work must be completed and delivered to Sabertooth by [June 16th, 2004] ("Sketch Date")

B       The Work in final form must be completed and delivered to Sabertooth by [July 21st, 2004] ("Final Date")

C       Upon approval of the Work in final form, Sabertooth will notify the Artist in writing of same (Successful Completion)

The Artist shall receive payment in the following sums and in accordance with the following timetable:

☐       PAYMENT METHOD ONE

C       [$          ] "Initial Payment" to be paid within [30 days] of the Successful Completion

D       [$          ] "Final Payment" to be paid within [45 days] of the Product Release

Alternatively, the Artist shall receive payment in the following sums and in accordance with the following timetable:

☒       PAYMENT METHOD TWO

E       [$   900.00 ] "Final Payment" to be paid within [30 days] of Successful Completion

The Artist shall clearly mark which Payment Method he or she wishes to utilise.

For office use only
Initial Check #                          Final Check # _____
Initial Amount   $900.00            Final Amount _____
Date                                       Date _____

## Sabertooth Games    Art Commission Form

Commission Number
FV DM 01

Artist Name: Franz Vohwinkel
Address: Schillerstr. 30
D-85521 Ottobrunn
Germany

Commission Date    amount shown is in US dollars
Requested Payment Method    UK check

| Piece: | Description | Set | Amount | Receipt Date |
|---|---|---|---|---|
| 1 | 3728: The Rock | Dark Millennium | 300 | |
| 2 | 4369 Ere we go! | Dark Millennium | 300 | |
| 3 | 4377: Shock and Waaagh | Dark Millennium | 300 | |
| 4 | 4378 Mad Doc | Dark Millennium | 300 | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |
| 10 | | | | |
| 11 | | | | |
| 12 | | | | |
| 13 | | | | |
| 14 | | | | |
| 15 | | | | |
| 16 | | | | |
| 17 | | | | |
| 18 | | | | |
| 19 | | | | |
| 20 | | | | |

Payment Authorization _____ Date _____

Commission Approval _____ Date 6/28/05
Erik Yaple

Receipt Approval _____ Date 6/28/05
Erik Yaple

_____ Date 6-27-05
Jim Callahan

Receipt by Accounting

Payment Method _____
Payment Date _____
Payment No. _____
Payment Amount _____

Highly Confidential - AEO