# Exhibit 1

**+You** **Search** **Images** **Maps** **Play** **YouTube** **News** **GMail** **Documents** **Calendar** **More**

Google

Sign in

### Search
About 1,620,000 results (0.37 seconds)

SafeSearch off

- Web
- Images
- Maps
- Videos
- News
- Shopping
- More

**San Francisco, CA**
Change location

Show search tools

Related searches:  **28mm miniatures modern**   **28mm miniatures female**

**eBob Miniatures: 28mm Mediveal horses, fantasy figures and ...**
www.ebobminiatures.com/
All **miniatures** are **28mm** size unless otherwise stated. **Miniatures** are cast in high quality white metal and supplied unpainted. Freelance Sculptor As a sculptor ...

**Warlord Games • Plastic and metal 28mm historical miniatures ...**
www.warlordgames.com/
Latest News. Stay up to date with the latest news from the Warlord Games team. Click on the titles below to read the full articles.

**Studio Miniatures - 28mm Miniatures for the Gamer and Collector**
www.studiominiatures.com/
Studio miniatures, **28mm miniatures** for the gamer and collector.

**Little Urban Achievers - 28mm Miniatures by Impact! Miniatures ...**
www.kickstarter.com/projects/.../little-urban-achievers-**28mm**-miniat...
Jul 19, 2012 – Impact! Miniatures is raising funds for Little Urban Achievers - **28mm Miniatures** on Kickstarter! Four miniatures to tie your collection together.

**Crusader Miniatures - Home Page**
www.crusaderminiatures.com/
We are a UK based company making **28mm** sized metal figures, all designed and sculpted by Mark Sims. The figures are designed for wargamers, **miniature** ...

**Perry Miniatures**
www.perry-miniatures.com/
Perry **Miniatures** is run by well known **28mm** sculptors Alan & Michael Perry. Former sculptors of Foundry the Perry brothers day job is with Games Workshop.

**Perry Miniatures- 28mm Figures - Michigan Toy Soldier and Figur...**
www.michtoy.com/vendors-Perry%20**Miniatures**-%20**28mm**%20Fig...
Perry **Miniatures** is run by well known **28mm** sculptors Alan & Michael Perry. Former sculptors of Foundry the Perry brothers day job is with Games Workshop.

**The Assault Group - Home Page**
www.theassaultgroup.com/
The Assault Group's range of **miniatures** are made primarily with the wargamer in mind. Our **miniatures** are in what is called "**28mm**" size. This size of **miniature** ...

**WELCOME TO WARGAMES FOUNDRY**
wargamesfoundry.com/
Foundry **Miniatures**. Currency: US dollars. Home |; About Us |; Site Map |; FAQ |; Terms & Conditions |; Coming Soon |; Downloads |; Contact Us |; Links · Login ...

**Wargames Factory LLC - Hard Plastic 28mm 1/56 Scale Model ...**
wargamesfactory.com/
Wargames Factory brings you full ranges of hard plastic (polystyrene) multi-part **28mm** (Wargames Standard 1/56 Scale) **miniatures** for wargaming, painting, ...

**Images for 28mm miniatures** - Report images

  

Searches related to **28mm miniatures**

**28mm miniatures sci-fi**     **28mm miniatures animals**

---

Ads 

**Dropzone Commander**
thewarstore.com/dropzonecommander.html
10mm SciFi Massed Battles
10% Off Everyday!

**Miniatures War Games**
www.frpgames.com/**Miniatures**+war+gam...
**Miniatures** and Accessories.
Save on **Miniatures** war games

**Reaper Minis 26-36% OFF**
www.**miniature**-giant.com/
We Stock All OOP & New = Super Fast
Free Shipping & Quantity Discounts!

**Victory Force Miniatures**
www.victoryforce.com/
Tabletop **miniatures** and supplies
WWII Sci Fi Anime Fantasy & More

**Gaming Models**
www.renderosity.com/
Large Selection of 2D & 3D Digital
Content. Shop Renderosity Now!

**Miniatures 28mm Discount**
www.toyssale.com/**Miniatures**+**28mm**
Great deals on **Miniatures 28mm**
Save now while stocks last !

**28Mm Miniatures Sale**
www.buycheapr.com/**28Mm-Miniatures**
All Must Go – Save Big On
**28Mm Miniatures** Bargains!

**MINI of San Francisco**
www.minisf.com/
Whether looking to lease or
own, we have the deal for you.

See your ad here »

Case: 1:10-cv-08103 Document #: 244-2 Filed: 09/20/12 Page 3 of 3 PageID #:13786

[28mm miniatures **modern**](#)    [28mm miniatures **female**](#)
[28mm **plastic** miniatures](#)    [28mm miniatures **scale**](#)
[**25mm** miniatures](#)    [28mm miniatures **terrain**](#)



**1**  [2](#)  [3](#)  [4](#)  [5](#)  [6](#)  [7](#)  [8](#)  [9](#)  [10](#)    [**Next**](#)

[Advanced search](#)    [Search Help](#)    [Give us feedback](#)

[Google Home](#)    [Advertising Programs](#)    [Business Solutions](#)    [Privacy & Terms](#)
[About Google](#)