# Exhibit 2

Home | About Us | Site Map | FAQ | Terms & Conditions | Coming Soon | Downloads | Contact Us |

Links

# FOUNDRY MINIATURES

Currency:  **US dollars**

Search Our Products  **GO**

Login

| NEW STUFF | Books | Condottiere | Fantasy Ranges | Greek Mythology | Historical Ranges | New Stuff | Other Ranges | Paint/Brushes | Tools/Modelling | *Weapons/shields* |

Select Language

Powered by Google **Translate**

## List by Categories...

Historical Miniature Ranges

New Stuff

Paint And Brushes

Fantasy Miniatures

Miniature Wargames Books

Other Miniature Ranges

Tools And Modelling

**Miniature Weapons And Shields**

Home » Weapons/shields

## Spartan Shields

« Weapons/shields (Shields)

« Previous    Next »



WP23 Spartan Shield (20)

Enlarge Image

### WP023 - Spartan Shields

**Model Size - 28mm**

Purchase 20 SHIELDS:
**$7.74  Qty** 1

**ADD**

#### Unit Deals

Save $2.32 when you buy 3 packs
**Purchase 3 x 20 SHIELDS:**
Save $0.77 on each pack!
**$20.90**

**3 ADD**

---

### PEOPLE WHO BOUGHT THIS PRODUCT ALSO BOUGHT...



**FP020**
Kevin Dallimore's Painting and Modelling Guide Master Class

**SB022**
Squire Edwards Swashbucklers (Elizabethan Miniatures : British Single Pack)

**COL127**
Expert Flesh Paint Pallette

**FB026**
25mm Miniature Square Plastic Bases

**BRCR005**
Caesarian Roman Allied Numidian Cavalry (Ancients Miniatures : Roman -

**COL035**
Armour 35 Paint Pallette

**COL011**
Rawhide Paint Pallette

**COL036**
Gold 36 Paint Pallette

**FP023**
Bull Run to Gettysburg

**COL021**
Sky Blue 21 Paint Pallette

**COL053**
Chestnut 53 Paint Pallette

**COL007**
Buff Leather 7 Paint Pallette

© Wargames Foundry 2008 | Latest update 19/09/2012 »  Samurai Lords (Samurai Miniatures : Single Pack)



| Home | Delivery | Payment | Contact | Offers | Latest | Guides |
| --- | --- | --- | --- | --- | --- | --- |

# MCF042 - Dismounted Teutonic Knights with Big Weapons

8 figures per pack.

Figures are 28mm sized, made of metal and supplied unpainted.

Figures need assembling with glue, some modelling is required.

### Checkout

**American Civil War**

American Civil War

Unit Deals

**Ancients**

Ancient Germans

Ancient Greeks

Ancient Oscans

Carthaginians

Gladiators

Numidians

Persians

Roman Empire

Romans

Single Figures

Spanish

Successors

Thracians

Unit Deals

**Crusader Collections**

Fantasy

Pirates

Wild West

**Dark Ages**

Byzantine

El Cid

Irish

Normans

Saxons



Our Price: **£9.60**

Return to [Medieval World Later Crusaders](#)

The entire Crusader Miniatures range is produced under licence. The exclusive copyright for all Crusader figures belongs to Mark Sims.

Site by Net Quality [Web Design Nottingham](#)    [Site Map](#)

- Scots
- Single Figures
- Unit Deals
- Vikings

**Medieval World**

- Hundred Years War
- Later Crusaders
- Wars of the Roses

**Napoleonics**

- French
- Unit Deals

**Rule Books**

- Ancients
- Horse and Musket
- WW2

**Seven Years War**

- Austrians
- British
- Prussians
- SYW French
- SYW Russian
- Unit Deals
- Woodland Indians

**World War II**

- British
- French
- German
- Rate of Fire Box Sets
- Russians
- United States

**Modelling Accessories**

- Plastic Accessories
- Seperate Shields
- Shield Transfers and Flags
- Wire Spears



| Home | Delivery | Payment | Contact | Offers | Latest | Guides |

Search

Checkout

**American Civil War**

American Civil War

Unit Deals

**Ancients**

Ancient Germans

Ancient Greeks

Ancient Oscans

Carthaginians

Gladiators

Numidians

Persians

Roman Empire

Romans

Single Figures

Spanish

Successors

Thracians

Unit Deals

**Crusader Collections**

Fantasy

Pirates

Wild West

**Dark Ages**

Byzantine

El Cid

Irish

Normans

Saxons

# Welcome to Crusader Miniatures

We are a UK based company making 28mm sized metal figures, all designed and sculpted by Mark Sims. The figures are designed for wargamers, miniature figure painters and collectors of model soldiers. Our ranges cover a huge expanse of history, from the armies of Alexander the Great to the British Tommies of World War Two. To explore further, click on the page links listed to the left.

### NEW! Keep up to date on all our product releases

  

Visit Kev Dallimore's free online North Star Magazine by clicking here.





## Special Offers



Teut1 - Teutonic Knight Release Deal



ACWU01 - ACW Regiment Deal.

| | |
|---|---|
| **Our Price was:£63.00**<br>**Special Offer Price:£51.00** | **Our Price was:£24.60**<br>**Special Offer Price:£22.00** |
| **Buy** | **Buy** |

Scots

Single Figures

Unit Deals

Vikings

**Medieval World**

Hundred Years War

Later Crusaders

Wars of the Roses

**Napoleonics**

French

Unit Deals

**Rule Books**

Ancients

Horse and Musket

WW2

**Seven Years War**

Austrians

British

Prussians

SYW French

SYW Russian

Unit Deals

Woodland Indians

**World War II**

British

French

German

Rate of Fire Box Sets

Russians

United States

**Modelling Accessories**

Plastic Accessories

Seperate Shields

Shield Transfers and Flags

Wire Spears

View All Special Offers

# Crusader Miniatures is brought to you by:



The entire Crusader Miniatures range is produced under licence. The exclusive copyright for all Crusader figures belongs to Mark Sims.

Site by Net Quality  Web Design Nottingham    Site Map



Home | About Us | Site Map | FAQ | Terms & Conditions | Coming Soon | Downloads | Contact Us |

Links

Currency: **US dollars**

Search Our Products | GO

Login

**NEW STUFF** | Books | Condottiere | Fantasy Ranges | Greek Mythology | Historical Ranges | New Stuff | Other Ranges | Paint/Brushes | Tools/Modelling | Weapons/shields

Home

## About Us

Select Language

Powered by Google **Translate**

## List by Categories...

Historical Miniature Ranges

New Stuff

Paint And Brushes

Fantasy Miniatures

Miniature Wargames Books

Other Miniature Ranges

Tools And Modelling

Miniature Weapons And Shields



Foundry Miniatures Ltd began making miniatures in 1979 and since then has grown to become the market leader in the quality of its 28mm Historical, Fantasy and Science Fiction models.

There are over 25,000 different models to choose from covering nearly all of the recognised historical periods which, as well as the Fantasy and Science Fiction ranges we produce, are being continually added to.



To go with the models, Foundry Miniatures, together with the world famous miniature painter Kevin Dallimore, has developed its own painting system and sells over 350 different colours and shades of paint.

The very popular book Kevin Dallimore's Painting Guide, which explains and describes the Foundry Paint System in simple, clear and concise terms, was devised, written and edited solely by Foundry Staff.



Over the last ten years Foundry has also published thirteen of its own military history books either written or edited by the well known military historian and author Ian Heath; these books deal with the lesser known wars in different geographical areas in different time periods in history. These books are recognised as being the definitive texts of their subject matter.



Foundry also sells ancillary products which complement the models; from modelling putty for those that want to sculpt, to pin vices and drills for those that want to do conversions.

Foundry Miniatures Ltd has dedicated, experienced and knowledgeable staff who are only too pleased to promote the hobby and to help others get as much pleasure and enjoyment as possible from the many Foundry products currently available.



Foundry rules! Over the last ten years Foundry has also published five of its own rule books by the likes of Rick Priestly and Bryan Ansell, all of which have proved popular.

THE EXCLUSIVE COPYRIGHT ON THE MINIATURE DESIGNS AND COMPONENTS ON THIS WEBSITE ARE THE PROPERTY OF FOUNDRY MINIATURES LTD. "FOUNDRY" IS A REGISTERED TRADEMARK.© FOUNDRY MINIATURES  2009. ALL RIGHTS RESERVED.  THE IMAGES ON THIS WEBSITE MUST NOT BE REPRODUCED OR USED IN ANY WAY WITHOUT PERMISSION.



## Visit the Foundry Shop

We've been in St Marks Street, Nottingham for over a decade! We're very happy to have visitors as long as you don't mind the leaky roof.

### Foundry Models

In the Shop you will find the full range of Foundry 28mm Models available in Collections, Blisters, Regiments and Hordes, with everything from Ancient Egyptians to Goblin Chariots. You might be surprised to see how really massive our range is, and you may need more time than you think to browse through all of the packs of models that we manufacture. You could even discover models that you never even knew we made!





### Foundry Paints, Brushes, Books and Bases

Our complete range of paints are on display, so you can easily browse through the huge selection of colours and buy them either in excellent value sets and palettes, or stock up on individual pots. Also available are our brilliant MDF Bases and all sorts of superb modelling tools (including high quality brushes) plus the famous range of Foundry Books and Rules on all sorts of subjects from Aztecs to Napoleon

### Foundry Staff

Finally you get a chance to meet the people who work at Foundry. It's always nice to put faces to the names we see on your orders!



© Wargames Foundry 2008 | Latest update 19/09/2012 » Samurai Lords (Samurai Miniatures : Single Pack)



Home | About Us | Site Map | FAQ | Terms & Conditions | Coming Soon | Downloads | Contact Us |

Links

Currency: **US dollars**

Search Our Products    GO

Login

| NEW STUFF | Books | Condottiere | Fantasy Ranges | Greek Mythology | *Historical Ranges* | New Stuff | Other Ranges | Paint/Brushes | Tools/Modelling | Weapons/shields |

American Civil War

American War of Independence

Ancients

Animals

Colonial

Crimean War

Darkest Africa

Elizabethan

English Civil War

Franco Prussian

Marlburian

Maximillian

Medieval

Napoleonic

Old West

Pirates and Swashbucklers

Renaissance

**Samurai**

Seven Years War

Victoriana

WW1 Great War

WW2 Second World War


Powered by Google **Translate**

**List by Categories...**

*Historical Miniature Ranges*

New Stuff

Paint And Brushes

Fantasy Miniatures

Miniature Wargames Books

Other Miniature Ranges

Tools And Modelling

Miniature Weapons And Shields

Home » Historical Ranges » Samurai

## Samurai Lords (Samurai Miniatures : Single Pack)

 

« Previous    Next »

« Historical Ranges - Samurai (Single Packs)



Enlarge Image

### SAM001 - Samurai Lords (Samurai Miniatures : Single Pack)

**Model Size - 28mm**

**Purchase 6 MODELS:**
**$18.58    Qty** [1]    ADD

**Unit Deals**

**Save $5.59 when you buy 3 packs**
**Purchase 3 x 6 MODELS:**
Save $1.86 on each pack!
**$50.15**    3 ADD

---

**PEOPLE WHO BOUGHT THIS PRODUCT ALSO BOUGHT...**


**SAM002**
Samurai (Samurai Miniatures : Single Pack)


**SAM003**
Ashigaru Attacking (Samurai Miniatures : Single Pack)


**SAM004**
Ashigaru (Samurai Miniatures : Single Pack)

**SAM005**
Samurai Heroes (Samurai Miniatures : Single Pack)

© Wargames Foundry 2008 | Latest update 19/09/2012 » Samurai Lords (Samurai Miniatures : Single Pack)



| Home | Guides | Gallery | Delivery | Payment | Contact | Offers | Latest |

Search

**Checkout**

**Army Builder**
- Dark Age
- French Foreign Legion
- Landsknechts
- Swiss
- World War Two

**Dark Ages**
- Arthurian
- Carolingians
- The Moors
- The Vikings
- Wargame Rules

**First World War**

**Kiss Kiss Bang Bang**

**March or Die**
- French Foreign Legion
- Morrocans

**Modelling Accessories**
- Flags and Shield Transfers
- Renedra Plastic Accessories
- Wire Spears

**Pirates**

**Renaissance**
- Artillery
- Landsknechts
- Swiss
- Wargame Rules

**Second World War**
- American Forces
- British and Commonwealth Forces
- French Forces

# Welcome to Artizan Designs

Here at Artizan Designs we specialise in producing 28mm high metal figures, designed and produced to the highest possible standards.

The figures are of Historical subjects, our ranges include:-
World War Two
World War One
The Renaissance
The Vikings
The Carolingians
The Moors
The American West
Arthurian Dark Ages
French Foreign Legion
Pirates.

We also produce a line of character figurines based on the adventure stories of the 20th Century, Thrilling Tales from the 1930s and 40s, and Kiss Kiss Bang Bang from the 1960s.

Our miniatures have been designed for collectors and figurine painters. The miniatures are also for use in table-top wargames, and we offer army deals with those customers in mind.

All the figures come from the talented hand of sculptor Mike Owen.
Artizan Design figures are 28mm sized, made of metal and supplied unpainted. They are not suitable for children under the age of 14.



## NEW! Keep up to date on all our product releases



Visit Kev Dallimore's free online North Star Magazine by clicking here.



## Special Offers

**German Forces**

**Italian Forces**

**Resistance & Partizans**

**Soviet Union Forces**

**Wargame Rules**

**Thrilling Tales**

**Single Figures**

**Packs**

**Wild West**

**7th Cavalry**

**Apaches**

**Buffalo Soldiers**

**Cowboys**

**Plains Infantry**

**The Alamo**



SS001 - Waffen SS Panzergrenadier Platoon

Our Price was: £35.10
**Special Offer Price: £30.00**



USP001 - US Airborne Platoon

Our Price was: £40.50
**Special Offer Price: £35.00**



AD-01 - Arthurian Armoured Warband.

Our Price was: £24.90
**Special Offer Price: £19.99**

View All Special Offers

### Artizan Designs is brought to you by:



Site by Net Quality   Web Design Nottingham   Site Map



| Home | Guides | Gallery | Delivery | Payment | Contact | Offers | Latest |

**Checkout**

**Army Builder**
- Dark Age
- French Foreign Legion
- Landsknechts
- Swiss
- World War Two

**Dark Ages**
- Arthurian
- Carolingians
- The Moors
- The Vikings
- Wargame Rules

**First World War**

**Kiss Kiss Bang Bang**

**March or Die**
- French Foreign Legion
- Morrocans

**Modelling Accessories**
- Flags and Shield Transfers
- Renedra Plastic Accessories
- Wire Spears

**Pirates**

**Renaissance**
- Artillery
- Landsknechts
- Swiss
- Wargame Rules

**Second World War**
- American Forces
- British and Commonwealth Forces
- French Forces

## PAX001 - Arthurian Command

Three Command figures, designed for use as 'Arthurian', Sub- Roman/ Romano British armies. Can be used for most Dark Age armies.

Figures are supplied unpainted, are 28mm sized.

Spears not supplied, please look to spear pack NSS102 for the most suitable.

Figures painted by Jim Bowen.



Our Price: **£4.50**

Return to: <u>Dark Ages - Arthurian</u>

Case: 1:10-cv-08103 Document #: 244-3 Filed: 09/20/12 Page 13 of 37 PageID #:13799

German Forces

Italian Forces

Resistance & Partizans

Soviet Union Forces

Wargame Rules

**Thrilling Tales**

Single Figures

Packs

**Wild West**

7th Cavalry

Apaches

Buffalo Soldiers

Cowboys

Plains Infantry

The Alamo

Home | Greenroom | Sculpting | Products | Free Downloads | Gallery | Forum | Contact
Hauptseite | Modellraum | Modellieren | Produkte | Gratis Produkte | Galerie | Kontakt | Forum



**Welcome to eBob Miniatures.**
All miniatures are 28mm size unless otherwise stated. Miniatures are cast in high quality white metal and supplied unpainted.
*Freelance Sculptor*
As a sculptor eBob is available for hire, contact me for a chat or quote.

Select product range [ GO ]

*New cavalry horse, now available with* <u>commercial licence</u>



available with commercial licence to reproduce

**FULL COLOUR PRINTED RULE BOOK NOW AVAILABLE!**
The Rebellion rule book is now available as a full colour hard or soft cover rule book, printed on demand from Lulu.com. 108 full colour pages including army lists, hero and warrior profiles and battle scenarios.

Tools & Putty
Armatures
Animals
Commercial Licence
Trade Discount
Rules & Downloads
Components & Spares
Contact Me

**28mm Ranges**
Rebellion Medieval
The Great Escape
Fantasy
Western
Mongols
Paintball
Buildings



*Series of novels telling the story of Robert de Brus*







Sculpting Competition Winner



*Printed Rule Book*
*108 pages, full colour*

hardback or paperback available
printed on demand.

*eBlog*



*Limited Edition 1/48 scale*
This is a limited edition miniature, 1/48 scale or 36mm. Available for a limited run only.



*The Normans are coming!*
On the workbench at the moment, these new Norman miniatures will suit for either dark ages, battle of Hastings or serve as Welsh knights in the period of the Anglo-Welsh wars.



*New green posted*

*Forum*





















Home |Greenroom | Sculpting | Products | Free Downloads | Gallery | Forum | Contact

All Ebob Miniatures are true 28mm, cast in white metal and are supplied **unpainted** with plastic slotted bases. Some figures may require assembly.
Ebob miniatures contain small parts and traces of lead, and are therefore not suitable for children.






**Secure online payment with Paypal.**
**Paypal now accepts most major bank/debit and credit cards**
Payment by cash, cheque or UK Postal order is also acceptable.
If you wish to discuss payment options please contact me.

**Standard Postal Charges: (shown in £GBP) - Postage may vary for large or overseas orders \***
Post is charged as follows: orders up to £6= 1.50p, orders up to £12 = £2.50, orders up to £23 = £3.50, orders up to £40 = £4.50, Orders over £40 = £8.50.
*Please note that very large or very heavy orders, especially overseas may require additional postage costs to be added, in this event I will contact you with the postage costs before completing the order.

# Products List

Choose your area of interest from the drop down menu below

products.htm    GO


VIEW BASKET



XE.COM currency converter

*Rebellion*

Rebellion is a range of 28mm figures and rules for gaming the Anglo-Scottish wars,
set in the late 13th and early 14th Century.

Edward I of England dominated Scotland in the late 13th century and almost succeeded taking
Scotland by force, but was repelled by the uprising led by William Wallace and Sir Andrew Moray,
and later by the newly crowned King Robert the Bruce of Scotland.

Find out more about this facinating period of history and download the rules from the *Forum.*


Click the thumbnails to view larger images.








**Heroes set #1**
**includes 6 miniatures**
**(3 cavalry and 3 foot)**

Price: **£21.00**
**Special deal price,**
**saving £4.00!**


Add To My Order


*Scottish heroes*










**William Wallace**

**Rebellion Rule book now available.**

### Wallace of Ellerslie

**Special Price:£3.00**

Wallace is credited with starting the first organised rebellion against the English occupation in 1297. His early years mirror the story of Robin Hood - and it is highly likely that he is the original inspiration for the tale of his fictional counterpart.



### Brigand Leader

**'Shadow Warrior'**
Mounted version of Wallace as Brigand Leader

Price: **£6.00**

William Wallace earned the respect of his countrymen and got the attention Longshanks with his successful hit and run tactics.



### William Wallace Brigand Leader

foot version of Wallace as Brigand Leader

Price: **£3.50**

William Wallace led numerous assaults on English Garrisons and even mounted raids across the border into England itself.



108 page hardback or paperback full colour printed book. Click here.

---



### Sir William Wallace Guardian of Scotland

**2 miniatures**
Mounted and dismounted includes 30mm and 40mm bases

Price: **£8.00**

William Wallace was knighted by Robert the Bruce and proclaimed Guardian of Scotland and leader of it's armies.





### Robert the Bruce King of Scots

**2 miniatures**
Mounted and dismounted includes 30mm and 50mm bases

Price: **£8.00**

Robert the Bruce led the Scots onto the field at Bannockburn where the Scots finally won their freedom.





### Scottish Knight
Price: **£2.00**

1 miniature with chainmail and padded armour and shield





Rebellion Rule book now available. 108 page full colour PDF ideal for ipod/ipad. Click here.

---



**Scots Clansmen**
Price: **£12.00**

3 x broad sword
3 x axe
3 x two-handed sword

(9 miniatures total)



Blister includes 6 stakes and a weapon sprue.



**Scottish Pike**
Price:**£21.00**

16 miniatures with integral metal bases and supplied with 100mm hard wire pikes.

Set includes 15 pikemen and 1 sergeant at arms.
5 miniatures have shields.

**Scottish Pike**

Wire pikes supplied are 100mm in length, however the Scottish pikemen employed a 6ft long pike, so for 13th Century Scottish pike the pikes should be cut down to 60mm.

**Plastic bases are not supplied - these miniatures**

have integral metal bases.

 

## English heroes 







**King Edward I (Longshanks) the Hammer of the Scots**

**2 miniatures**
Mounted and dismounted includes 30mm and 50mm bases

Price: **£9.00**

Edward I, King of England known as 'the Hammer of the Scots' because of his obsession with defeating the Scots.

**Henry de Bohun English knight**

**1 miniature**
includes 30mm base

Price: **£3.00**

Henry de Bohun was killed at Bannockburn by Robert the Bruce.

**Henry de Bohun English knight (mounted)**

**1 miniature**
includes 40mm base

Miniature requires assembly

Price: **£6.00**

Henry de Bohun was killed at Bannockburn by Robert the Bruce.

  

## English forces 





**English Knight**

Price: **£2.00**

sword, axe and shield options.

**English foot**
Price: **£12.00**



5 x sword
1 x two-handed axe
3 x Halberd
1 flag pole supplied as option

(9 miniatures total)

Pack includes 5 shields

 

 

**5 x English (Welsh) Longbowmen unit**
Price:**£5.00**
**FIVE** assorted miniatures from the same range of poses as the integral based versions.

**English (Welsh) Longbowmen**
Price:~~£24.00~~

PRICE REDUCED: **£18.00**

16 miniatures
with longbows

These figures have integral bases

**Plastic bases not supplied**

out of stock





**English Heavy Cavalry**
Price:**£12.00**
4 cavalry miniatures
with lance and shield



**English Knights**
Price:**£12.00**
3 cavalry miniatures
with helmet sprue,
weapon options
lance and shield options



**Princess of Wales**
(Isabell of France)
Price: **£3.00**

Isabell was married to Edward Prince of Wales (Edward II of England)

out of stock







**'Lady Greensleves'**
Price:**£3.00**



*28mm Medieval Buildings available*

handmaid to the Princess



**Excess Postal Charge for Overseas**
Please be aware that while the standard postal charge will apply in most cases including overseas post - very large or heavy post may be subject to an excess postal charge. If the cost of posting your order greatly exceeds the standard charge you will be informed before your order is dispatched and you will be asked if you wish to pay the excess post and proceed with your order.

Copyright©2006 Ebob Miniatures ✉ **ebob@ebobminiatures.com**



EUREKA HOME | BROWSE | 100 / 300 CLUBS | SHOPPING CART | CONTACT US | IDEAS | EVENTS | FAQ | GALLERY | DISCOUNT SCHEME | LOGIN |

Browse by range ▼ | Browse by scale ▼ | Browse by period ▼ | Quicksearch [ ] Go



28mm Dark Ages Characters

Due to the popularity of our Beowulf sets we have taken a stab even further into the Dark Ages. Alan Marsh has created a collection of Dark Age heroes and characters to complement a wide variety of armies and peoples of that uncertain time. Whether you are looking for a General or a champion this broad selection should please.

Click here for pictures and more information

## NEWS & EVENTS

**August 31, 2012 -**
**MOAB 2012**
Eureka Miniatures are happy to confirm that they will be attendin... more

**August 30, 2012 -**
**Fanticide and Eureka**
Many of you will have seen our name crop up recently in conjuncti... more

**August 29, 2012 -**
**Eureka Garage Sale**
We have started our Spring Cleaning early at Eureka Miniatures an... more

**July 17, 2012 -**
**Dark Ages Sampler figures**
As previously announced, Alan Marsh has made "Sampler" 28mm Dark ... more

**July 16, 2012 -**
**Bush Wars pictures**
As we received so many requests for photos of our forthcoming Rho... more

**July 14, 2012 -**
**Jurassic Reich German Infantry**
The first German infantry for Jurassic Reich will be available at... more

**July 10, 2012 -**
**Shop Hours for July**
As Nic will be away in the USA at HISTORICON our retail shop will... more

**July 04, 2012 -**
**Historicon 2012**
We would like to remind all our American customers, and those who... more

## NEW RELEASES

**September 15, 2012 -**
**28mm Dark Age Characters**
Realising that we had entirely neglected missile armed figures and cavalry in our original Beowulf sets, we now present eight stout bowman and eight w... more

**July 14, 2012 -**
**28mm French Dragoons 1792-c.1799**
Our latest releases for the Wars of the French Revolution are the French Dragoons as they appeared between 1792 and 1799... more

**April 15, 2012 -**
**28mm Samurai Rabbits**
A few years ago at Historicon (the big USA gaming convention), a visitor to the Eureka Miniatures trade stand saw our Warrior Frogs and suggested we h... more
2 comments

**March 09, 2012 -**
**28mm French Light Infantry 1792-1800**
As a component of the regular army the French light infantry battalions were a relatively new innovation in 1792. Until almost the eve of the Revoluti... more

**February 09, 2012 -**
**18mm Seven Years War – French**
Of the member states of the alliance against Frederick the Great of Prussia during the Seven Years War, (1756-63) it is perhaps France who came off th... more

List all new products

## OUR RANGES





**Irregular Miniatures**
**Kriegspiel Miniatures**
**Ground Zero Games**
**Grumpy Miniatures**
**Laughing Monk**
**Museum Miniatures**
**Shadowforge**
**SHQ Buildings**
**Vallejo Paints**
**Rules/Books/Magazines**



Thursday 20 September, 2012 | Copyright © Eureka Miniatures | Shipping Information | Site Map | Privacy Policy

Eureka Miniatures : News



Home »» Browse »» News »» 28mm Dark Age Characters

## News

September 15, 2012

## 28mm Dark Age Characters

Realising that we had entirely neglected missile armed figures and cavalry in our original Beowulf sets, we now present eight stout bowman and eight warlords.



The reason we have cast our net widely is so as to gauge where the true interest lays in this period. We will sit back and watch with interest as sales unfold.

Once our customers have spoken we will select the most popular nations to expand upon.

If you are coming fresh to our dark age figures, may we also direct your attention to our **popular Beowulf range**. These fearsome foot warriors are a great compliment to the new figures.

And, for something a little different (nudge, nudge) we present for your delectation **Shadowforge's dark age warriors with a feminine touch**.



We have several deals for these figures, in case you cannot decide which you prefer, why not try one of each?

**Set 1. A shot in the Dark**

All eight archers for AUD$20.00. Normally AUD$23.60 (plus GST in Australia)

**Set 2. Have you seen my horse?**

All eight dismounted character figures for AUD$20.00. Normally AUD$23.60 (plus GST in Australia)

**Set 3. Riding High**

All eight mounted characters for AUD$44.00. Normally AUD$48.00 (plus GST in Australia)

**Set 4. A Horde of Heroes**

All 24 new figures for AUD$75.00. Normally AUD$95.20 (plus GST in Australia)

**Set 5. The Sexy Saga Warband**

Comprising a Hearthguard- 4 of 1FHV103 (All armoured), Warriors- 8 of 1FHV100, Levy- 12 of IFHV102 and a Warlord- 1 of commander from FHV106. 25 figures for AUD$90.00. Normally AUD$100.00 (plus GST in Australia)

**Set 6. The Super Sexy Army**

One each of the 39 figures that Shadowforge make for the Dark Ages, only AUD$125.00. Normally AUD$156.00 (plus GST in Australia)

**28mm Dark Age Characters and archers**
*Sculpted by Alan Marsh*

100DAK22 Anglo Saxon horseman mounted
100DAK22a Anglo Saxon horseman dismounted
100DAK23 Arab horseman mounted
100DAK23a Arab horseman dismounted
100DAK24 Byzantine horseman mounted
100DAK24a Byzantine horseman dismounted
100DAK25 Carolingian horseman mounted
100DAK25a Carolingian horseman dismounted
100DAK26 Merovingian horseman mounted
100DAK26a Merovingian horseman dismounted
100DAK27 Sassanid horseman mounted
100DAK27a Sassanid horseman dismounted
100DAK28 Saxon horseman mounted
100DAK28a Saxon horseman dismounted
100DAK29 Visigoth horseman mounted
100DAK29a Visigoth horseman dismounted
100DAK30 Viking archer armoured
100DAK40 Viking archer unarmoured
100DAK41 Lombard archer
100DAK42 Norman archer
100DAK43 Saxon archer
100DAK44 Byzantine archer armoured
100DAK45 Byzantine archer unarmoured
100DAK46 Carolingian archer

**Click here to see detailed images of this range and to place an order**.

**Click here to see more colour pictures of this and the other Dark Ages figures**.

All these figures can also be ordered from our agents, in the USA **Eureka Miniatures USA** and in the UK, **Fighting15s**.



## Comments

**There are no comments for this item.**

**You must be logged in to comment**.



Cart Contents | Checkout | My Account

Home » Metal ranges » American Civil War

### Categories

Plastic ranges [+]
Metal ranges [+]
- Napoleonic [+]
- American War of Independence
- American Civil War
- Crusades [+]
- War of the Roses
- European Armies
- Sudan [+]
- Agincourt
- Carlist War [+]
- Samurai
- Korean
- English Civil War [+]
- Mafeking
- 40mm Ranges [+]
Army deals [+]
Books
Prints
Pikes / Spears
Transfers

### Latest workbench





### Information

Terms and Conditions
Resins workbench
Metals workbench
Articles
Plastics workbench
Shipping & Returns
Conditions of Use

## American Civil War

28mm figures designed by Alan and Michael Perry

Displaying 1 to 20 (of 70 products)

Result Pages: 1  **2**  **3**  **4**  **[Next >>]**



| Product Name | | Price | |
|---|---|---|---|
| | ACW1 Plastic American Civil War Infantry ( box of 36 figures) | £18.00 | Buy Now |
| | ACW2 Plastic American Civil War Cavalry ( box of 12 figures) | £18.00 | Buy Now |
| | ACW3 Union Generals mounted | £8.00 | Buy Now |
| No image available at present | ACW4 Confederate Generals mounted | £8.00 | Buy Now |
| | ACW5 Union artillery firing piece (3" Parrott Rifle and 3" Ordnance Rifle barrel) | £8.50 | Buy Now |
| | ACW6 Union six horse limber at full gallop plus gun (3" Parrott Rifle and 3" Ordnance Rifle barrel) | £16.50 | Buy Now |
| | ACW7 Dismounted Union cavalry skirmishing, forage caps and Sharps carbines | £6.50 | Buy Now |
| | ACW8 Dismounted Confederate cavalry skirmishing, slouch hats, various firearms | £6.50 | Buy Now |
| | ACW9 Union horse holder, plus 4 horses | £8.00 | Buy Now |
| | ACW10 Confederate horse holder, plus 4 horses | £8.00 | Buy Now |
| | ACW11 Six mule wagon standing with driver | £16.50 | Buy Now |
| | ACW12 Confederate Artillery loading piece (12 pdr Napoleon,6 pdr and 12pdr Howitzer barrels) | £8.50 | Buy Now |

### Shopping Cart

0 items

### Quick Find

Use keywords to find the product you are looking for.
Advanced Search

### Bestsellers

1. ACW7 Dismounted Union cavalry skirmishing, forage caps and Sharps carbines
2. ACW38 Confederate Infantry in 'shell jackets' running, right shoulder shift
3. ACW1 Plastic American Civil War Infantry ( box of 36 figures)
4. ACW9 Union horse holder, plus 4 horses
5. ACW28 Confederate Infantry in 'shell 'Jackets skirmishing
6. ACW8 Dismounted Confederate cavalry skirmishing, slouch hats, various firearms
7. ACW12 Confederate Artillery loading piece (12 pdr Napoleon,6 pdr and 12pdr Howitzer barrels)
8. ACW5 Union artillery firing piece (3" Parrott Rifle and 3" Ordnance Rifle barrel)
9. ACW19 Union

**Contact Us**

| | | | |
|---|---|---|---|
| No image available at present | ACW13 Confederate Artillery loading piece (3" Parrott and 3" Ordnance barrels) | £8.50 | Buy Now |
| | ACW14 Confederate six horse limber at full gallop plus gun(12 pdr Napoleon,6 pdr and 12pdr Howitzer barrels) | £16.50 | Buy Now |
| | ACW15 Union Artillery running up piece (3" Parrott and 3" Ordnance barrels) | £8.50 | Buy Now |
| No image available at present | ACW16 Union Artillery running up piece (12 pdr Napoleon,6 pdr and 12pdr Howitzer barrels) | £8.50 | Buy Now |
| No image available at present | ACW17 Union Artillery firing piece (12 pdr Napoleon,6 pdr and 12pdr Howitzer barrels) | £8.50 | Buy Now |
| No image available at present | ACW18 Union six horse limber at full gallop plus gun (12 pdr Napoleon,6 pdr and 12pdr Howitzer barrels) | £16.50 | Buy Now |
| | ACW19 Union Infantry command advancing in sack coats and forage caps (1 officer, 1 drummer, 2 standard bearers and 2 sergeants) | £6.50 | Buy Now |
| | ACW20 Confederate Infantry command advancing in 'shell' jackets, half slouch hats and half in kepis (2 drummers, 2standard bearers and 2 drummers) | £6.50 | Buy Now |

Infantry command advancing in sack coats and forage caps (1 officer, 1 drummer, 2 standard bearers and 2 sergeants)
10. ACW23 Casualties

**Displaying** 1 **to** 20 **(of** 70 **products)**        **Result Pages:**  1  **2**  **3**  **4**  [Next >>]

**Copyright © 2012 Perry Miniatures**

tengu models 28mm horror wargaming miniatures - Home



Welcome to the Tengu Models. We specialize in 28mm horror miniatures for gamers and collectors.

Home

Online Shop

Ordering

Our Models

Basing Tengu models

Contact

Coming soon...

**Social networks**

 Share on Facebook

 Share on Bebo

Share on Twitter

 Share on Digg

Share on Stumbleupon

Share on del.icio.us

Share on Reddit



14/08/2012 Close down of the website has been put back a little bit while I prepare some things that will be part of the update. In the meantime I've added a pack of 28mm Kappa to the online shop. This is the first pack in what will become a range of Kappa figures which will contain ruffians and fighters as well as character figures. This is a limited release of 20 packs.

 Cheers

 Iain

01/08/2012 Sometime around the 12th of this month the webstie will be closed down for a short period while some adjustments are made to the layout of the site.  When the site re-opens there will be a period of time before all the products currently available are back online. However we will be releasing new figures all of the ranges during this time. Unfortunately when the site is back there will be some price increases to a number of  figures and a small increase in the cost of postage in line with a recent increase by the post office. We will still operative a flat rate postage cost however.

27/07/2012 Recieved a package of figures from the casters today so am able to update the online shop with a re-stock of The Great Zedsby,  Bubo the Clown and Agent Grey.

20/03/2011 Added a Giant Toad model  to the online shop. This is a one piece resin model approx 36mm long and 17mm tall.



tengu models 28mm horror wargaming miniatures - Home

13/01/2012 The sale prices have been removed from the online shop and new price codes added. A few of the packs have a continuing small reduction in price. The Boss Zombies pack BH06 has been split into 3 individual figures so each can now be purchased separately. This is a little experiment in selling the figures as singles rather than in a pack. If it proves to be popular I'll split more packs into singles and see how that works out.

22/12/2011 December sale has been extented until January 1st. Please note the discounts have already been factored into the price show for the items in the sale, and are not applied afterwards.

14/12/2011 Boss Zombies back in stock!

07/12/2011 DECEMBER SALE! Today is the start of a sale period with up to a massive 50% off on selected packs. Sale will run from today up until 21/12/2011. Check the online store for full details of our the savings.

cheers

Iain

06/12/2011 It's been a while since we've released any new models but there is some new stuff on the way. I currently have 4 new greens completed  which I'll be previewing shortly.  Also I'm working toward a change in how we produce and sell our figures.  More about that later...

Thanks to everyone who has supported this little company over the past couple of years.  I'm really looking forward to releasing the next batches of figures.

cheers

Iain













© Tengu Models

Wargames Factory LLC - Hard Plastic 28mm 1/56 Scale Model Figures for Wargaming

# wargames FACTORY

**Home**   **Store**   **Forums**   **FAQ**   **News**   **About Us**   **Contact Us**   **Liberty and Union**





**2012 Labor Day Weekend Sale** 31-Aug-2012

Gen Con was a fun and successful blast. We debuted our Zombie Vixens, which in their first 2 wee..

**Mashup Contest Winners!** 20-Jun-2012

Wargames Factory would like to thank everyone who participated in our Mashup contest. Our contes..

**Samurai Cavalry Released!** 15-Jun-2012

Order 28mm Samurai Cavalry Today! During the 16th century, known in Japanese history as the S..

**Memorial Day Sale Additions!** 28-May-2012

Hurry quick! This sale will last until midnight Monday the 28th (US Mountain Standard Time). We'..

**Memorial Day Weekend Sale!** 26-May-2012

Hurry quick! This sale will last until midnight Monday the 28th (US Mountain Standard Time). Sta..

**Matt Leahy paints Samurai!** 22-May-2012

Matthew Leahy, a first place winner in our 2011 painting contest (/announcements/the-contest-win..

**Beasts of War reviews 28mm Germans!** 30-Apr-2012

"These are the best, not even gonna say probably, the best little 28mm plastic figures I have seen i..

**28mm WW2 American Infantry Available for Order** 17-Apr-2012

Order 28mm WW2 American Infantry! Regular American Army Soldiers in late WWII Summer Uniforms..





Wargames Factory brings you full ranges of hard plastic (polystyrene) multi-part 28mm (Wargames Standard 1/56 Scale) miniatures for wargaming, painting, modeling, and collecting!

http://www.wargamesfactory.com/webstore/dark-futures/zombie-vixens

Quick Links: Home | Contact Us | Factory Polls | Wholesale Trade Enquiries | Where to Buy | The Dispatch Newsletter Archive | Privacy Policy | Shipping Policies

Copyright © Wargames Factory LLC 2007-2010. All Rights Reserved.



NEWSLETTER SIGN-UP

Full Name

Email Address

Enter Word Verification in box below

f q x u g n

# wargames FACTORY

Search

**Home**    **Store**    **Forums**    **FAQ**    **News**    **About Us**    **Contact Us**    **Liberty and Union**

You are here: Wargames Factory Store : World War 2

Shopping cart is empty.

## Don't forget our 3x and 7x deals
**Buy 3 or more of an item and get 10% off on that item. Buy 7 or more of an item and get 15% off on that item.**

*(Please not e that our 3x and 7x deals do not apply to items currently on sale)*

### 28mm WWII German Infantry Platoon

Retail Price: $19.95

Sale Price: **$19.95**

| 1 | Add to Cart |

Despite the massive stress of fighting a war on three fronts, deteriorating supply lines, shortages of manpower and equipment, and Allied control of the skies, Germany's depleted divisions battled on with impressive expertise and resolve.  Uniforms and equipment changed radically from just five years before but the new weapons developed never reached the frontline troops in sufficient quantities to stop the allied advance.

This set is 28mm 1/56th scale and contains 30 figures as well as 30 25mm round bases!



   

 

## Review this product:

★★★★

Bryan <Morgan commented on 12-Mar-2012 08:47 PM  ★★★★★

YES, AWESOME. I WILL BE BUYING SOME. WHEN DO YOU COME OUT WITH RUSSIANS?!!!!

Joseph59667 commented on 13-Mar-2012 08:26 AM  ★★★★★

World War 2

These plus shocktroops equals The Germanic Imperial Guard Auxilerys!

Shaun Higton commented on 13-Mar-2012 12:34 PM ★★★★★

Sehr Gut!! As the above comment states, these will make an awesome combo with the shock troops. And the shock troop bodies will be ideal for the Ostfront and Stalingrad scenarios. Congratulations to the sculptors, and bring on the next sets in this range.

Cliff Etters commented on 14-Mar-2012 12:44 PM ★★★★★

Just got these in my hands and man, I can't believe the detail! These are better than the ones put out by Stallard's company in the UK. When am I gonna see Brits and Soviets? And I'd love to do early war North Africa so get to work on some Italians and tanks! Great job!

Momo commented on 14-Mar-2012 03:02 PM ★★★★★

I want Plastics for Britains,Russians and Gis!! Will there be Mortars and Heavy MGs?

jeffrey nolan commented on 14-Mar-2012 06:09 PM ★★★★★

top class awesome these are fantastic cannot wait to see american infantry great move into the world war ii keep up the good work like to see japs,russians,brits,Italians etc

mike rea commented on 15-Mar-2012 12:37 PM ★★★★★

No feedback was left by this visitor.

bobafett commented on 16-Mar-2012 04:11 AM ★★★★★

Frikkin awesome is all I can say.

Commissar Red commented on 18-Mar-2012 08:35 AM ★★★

If you release Russian/Soviet like guys like this I seriously will buy hundereds! With that I could finanly finish my all plastic IG Valhallan army. Keep up the good work WGF!

Jeff commented on 19-Mar-2012 02:37 PM ★★★★

I am really pleased with these!

**call me Dolph** commented on 20-Mar-2012 05:28 PM ★★★★★

Really nice figs!!! would´t be awesome if WF could make some ww1 models too in the same quality? THAT my friends, would make my day!

**OMFG-Z!** commented on 22-Mar-2012 06:49 AM ★★★★★

Awesome, I will be picking some of these up too.

**Anonymous** commented on 30-Mar-2012 08:55 AM ★★★★★

Wow, really impressive set. Almost enough to get me into WW2 gaming. If an American set comes in I'll be in for sure!

**Daniel** commented on 10-Apr-2012 10:35 AM ★★★★★

Looks great. Do you have a list of weapons supplied?

**LieutenantDonut** commented on 13-Apr-2012 12:20 PM ★★★

Well too bad they don't sell glue too. You see I'm trying to order everything in one order to save shipping money but whatever.

**Sean H** commented on 14-Apr-2012 12:30 PM ★★★★

Mein Gott! These are really good castings and as stated above, will be ideal for any IG player to make an alternative force to those made by GW. I will be looking forward to your upcoming releases for WWII. Keep up the good work.

**Anonymous** commented on 19-Apr-2012 01:24 AM ★★★★★

Havnt tried these yet but will be soon now that you have brought out a set of Americans to fight them. All the best with future WW2 releases, Darren Matthews.

**Dude** commented on 20-Apr-2012 08:11 AM ★★★

Fantastic... any plans for some Tigers and panzers to go with these?

**ODA** commented on 21-Apr-2012 12:47 PM ★★★

Great figures! shocking artwork!!

TANKS commented on 30-Apr-2012 10:29 PM ★★★★★

TANKS TANKS TANKS TANKS PLEASE PLEASE PLEASE!

jimmy commented on 01-May-2012 10:39 PM ★★★★★

No feedback was left by this visitor.

Big Nick R commented on 01-May-2012 11:23 PM ★★★★

In the process of building now. Bought mine art RECON 2012. Some of the torsos make it necessary to limit what arms you can connect due to one arm or the other being higher or lower than the other. (The two worst offenders being Bodies 1 and 6) This means
that functionally you will encounter some arms that JUST WON'T go with one torso or another. Annoying, but not unexpected. The weapons mix is fantastic, those of you who are upset at so many scoped rifles don't realize that it's WAY easier to "de-scope" a
rifle (with a hobby knife, nail file, etc) than it is to add one (with a piece of wire and putty?) at this scale. Love the inclusion of bases, especially "branded" ones with "Wargames Factory" on 'em The sculpts are great and I can't wait to paint them! Now
go do some MODERNS!

geoff commented on 10-May-2012 10:12 AM ★★★★★

hi, guyz! someone wrote it's possible to mix them with shock troopers for having new figz and i'm verry interrested about it.. but i'm not sure about shoulders and can't find any pics of such combo... is it really possible and where can i find pics. thanks

Alan Garvey commented on 14-May-2012 04:13 AM ★★★★★

Just took delivery of a box of these guys and I'm blown away by them - the variety of different torsos and poses, the massive number of options for arms, and most of all the attention to detail; down to the way the sprues stack together - it's particularly
in the little things like that where it really shows how much thought and attention has been given to this product. Will be coming back for more!

That guy. You know, from that party last Friday. commented on 20-May-2012 08:49 PM ★★★★★

Super nice. Gonna use them in Warmachine for Khador Winterguard.

CAPTAIN BIRDBUM commented on 07-Jun-2012 02:06 PM ★★★★★

totally great but agree with TANKS. WE NEED TIGERS.

WalkerBulldog commented on 08-Jun-2012 03:20 AM ★★★★★

Some one asked about what weapons are on these. I do not have this set in my hands, but from the photos, this is what I can 'see' that are on the

sprues: Model 24 Stielhandgranate (Grenade) Cluster Grenade (Made of several grenade heads wrapped together
into one) Panzerfaust (Anti-Tank Weapon) Mp-40 (Submachine Gun) MG-42 (Machine-gun) Kar-98 (Bolt-Action Rifle) Gewr-43 (Self-Loading Rifle)
Kar-98 with Schießbecher (grenade launcher) P-08 Luger (Pistol) As stated before, all the 'rifles' that have 'scopes'
on them can merely have those trimmed off with a hobby knife to make them into 'normal' rifles. Heck, you can even trim the Schießbecher (grenade
launcher) off to make that a 'normal' rifle as well. What seems to be conspicuously missing from a 'Late War'
German infantry set is the StGr-44 (Assault rifle) ...odd that it is missing. The Panzerschreck (anti-tank rocket launcher) and Satchel Charges,
Molotov Cocktails, Teller Mines, Pole Charge and maybe a Flamethrower might be nice, maybe these would be in a
Pioneer set in the future? A Medic and a Radio team .... in addition to a MG-42 Heavy Machine Gun, and 81mm Mortar teams would also be very
nice. Maybe these will be in another set at a later date? One can only hope. :-)

**Ratsputin** commented on 18-Jun-2012 10:01 AM ★★★★★

I'm certainly with the rest here, if you created a WW2 Russian set [lookin' at you sexy Winter Great Coats] I would be lining up to give you my money
as fast as you could take it. Thanks for all the great work thus far, and I know that I won't be disappointed
in the future.

**Matt** commented on 22-Jun-2012 12:40 PM ★★★★

I agree , they look good, (have ordered but not yet received mine) love the profusion of GW 43's (would like some SGW 44's if you're planning a
pioneer box). I realise tanks would be a considerable departure as a figure company, would it be feasible for
you to produce late war vehicles to go with them? It's possible to get most of the vehicles you'd want in resin, (JTFM, Warlord etc) so could you
produce a few of the more popular ones (late Pz IV's & Panthers for example) on a competitive basis? It's been
done for 15mm by The Plastic Soldier Company, could you do it for 28mm?

**Superman** commented on 02-Jul-2012 09:23 PM ★★★★★

Very nice looking kit. I'm looking forward to getting it in the mail. Matt has a great idea. If you made an all plastic panzer division possible, you'd have
my eternal gratitude.

**anonimo** commented on 09-Jul-2012 01:22 PM ★★★★★

IMPRESIONANTE pero si sacan alemanes de la primera guerra mundial , seria lo mas

**Dylan** commented on 25-Jul-2012 05:54 PM ★★★

They look so cool

**The One** commented on 09-Aug-2012 09:03 AM ★★★★★

Tanks please.

**Russell Grima** commented on 09-Sep-2012 03:48 PM ★★★

Just received 2 boxes of these great miniatures. I assembled the whole 30 of them in a couple of hours. Now I started to paint them. I will be looking

forward for H.Q./special/support regiments to further enhance the range! Impressive kit!

Rating

Not for me                                    Awesome Product!

Name

Please fill in the text in the image in the box below

A U 2 G 6 U

Your Comment

Copyright © Wargames Factory LLC  2007-2010. All Rights Reserved.