# Exhibit 3

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br>Defendants. | Civil Action No. 1:10-cv-8103<br><br><br>Hon. Matthew F. Kennelly |

**PLAINTIFF GAMES WORKSHOP LIMITED RESPONSE TO CHAPTERHOUSE STUDIOS LLC'S REQUEST FOR PRODUCTION OF DOCUMENTS TO SET FIVE**

.

**REQUEST FOR PRODUCTION**

39. All documents concerning any submission to YOU by third parties of any of the works, or portions of the works, YOU claim in this action.

**RESPONSE:**

Games Workshop objects that this request is vague and ambiguous, overbroad and unduly burdensome and seeks documents that are irrelevant and not likely to lead to the discovery of admissible evidence.

Without prejudice to or waiver of the foregoing objections, Games Workshop will produce documents, if any, responsive to this request.

40. All documents concerning any policies, rules, procedures, or guidelines concerning submissions to YOU of any materials or works, including without limitation illustrations, artwork, sculptural works, sketches, preliminary drawings, photographs, works of fiction, articles, or written outlines or proposals for works of fiction or articles.

**RESPONSE:**

Games Workshop objects that this request is vague and ambiguous.

Without prejudice to or waiver of the foregoing objections, Games Workshop will produce documents, if any, responsive to this request.

41. All correspondence between YOU and any author, co-author, creator, or co-creator of any of the works YOU claim in this action concerning such works.

**RESPONSE:**

Games Workshop objects that this request is vague and ambiguous, overbroad and unduly burdensome and seeks documents that are irrelevant and not likely to lead to the discovery of admissible evidence.

Without prejudice to or waiver of the foregoing objections, Games Workshop will produce documents, if any, responsive to this request.

42. All documents concerning Paulson or any works or products created, marketed, or sold by Paulson.

**RESPONSE:**

Games Workshop objects that this request is vague and ambiguous, overbroad and unduly burdensome and seeks documents that are irrelevant and not likely to lead to the discovery of admissible evidence.

Without prejudice to or waiver of the foregoing objections, Games Workshop will produce documents, if any, concerning Paulson prior to this litigation.

43. All documents produced to YOU by Paulson.

**RESPONSE:**

Games Workshop objects that this request is vague and ambiguous, overbroad and unduly burdensome and seeks documents that are irrelevant and not likely to lead to the

discovery of admissible evidence.

Without prejudice to or waiver of the foregoing objections, Games Workshop is not aware of any documents responsive to this request.

44. All communications between YOU and Paulson.

**RESPONSE:**

Without prejudice to or waiver of the foregoing objections, Games Workshop is not aware of any documents responsive to this request.

Dated: November 7, 2011

        Respectfully submitted,

        By:  /s/ Scott R. Kaspar

         Scott R. Kaspar (Ill. Bar No. 6284921)
         Aaron J. Weinzierl (Ill. Bar No. 6294055)
         FOLEY & LARDNER LLP
         321 North Clark Street, Suite 2800
         Chicago, IL 60654
         Telephone: (312) 832-4500
         Facsimile: (312) 832-4700
         Email: skaspar@foley.com; aweinzierl@foley.com

         Jonathan E. Moskin
         FOLEY & LARDNER LLP
         90 Park Avenue
         New York, NY 10016
         Telephone: (212) 682-7474
         Facsimile: (212) 687-3229
         Email: jmoskin@foley.com

        *Attorneys for Plaintiff Games Workshop Limited*

## **CERTIFICATE OF SERVICE**

I, Scott R. Kaspar, an attorney, hereby certify that on November 7, 2011, I caused a copy of the foregoing PLAINTIFF GAMES WORKSHOP LIMITED'S RESPONSE TO CHAPTERHOUSE STUDIOS LLC'S REQUEST FOR PRODUCTION OF DOCUMENTS SET FIVE to be served on the interested parties by causing copies of this document to be served on the following *via* United States Mail in a sealed envelope with the postage prepaid and *via* electronic mail to the following:

>Jennifer A. Golinveaux, Esq.
>Thomas J. Kearney, Esq.
>J. Caleb Donaldson, Esq.
>WINSTON & STRAWN LLP
>101 California Street
>San Francisco, CA 94111
>jgolinveaux@winston.com
>tkearney@winston.com
>jcdonaldson@winston.com
>
>Catherine B. Diggins, Esq.
>Eric J. Mersmann, Esq.
>WINSTON & STRAWN LLP
>35 West Wacker Drive
>Chicago, IL 60601
>cdiggins@winston.com
>emersmann@winston.com

and

>Ronald H. Spuhler
>Ronald A. DiCerbo
>Thomas J. Campbell Jr.
>MCANDREWS, HELD & MALLOY LTD.
>500 W. Madison Street – 34th Floor
>Chicago, IL 60061

/s/ Scott R. Kaspar