# Exhibit 5

CERTIFIED COPY

# In The Matter Of:

*GAMES WORKSHOP LIMITED,*

*v.*

*CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES,*

---

*GILLIAN L. STEVENSON - Vol. 2 30(B)(6)*
*March 9, 2012*

---

# CONFIDENTIAL - ATTORNEYS' EYES ONLY

**MERRILL CORPORATION**
LegaLink, Inc.
135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**CERTIFIED COPY**

GAMES WORKSHOP LIMITED,        )
                               )
            Plaintiff,         )
                               )
      -vs-                     )   No. 1:10-CV-08103
                               )
CHAPTERHOUSE STUDIOS LLC and JON )
PAULSON d/b/a PAULSON GAMES,   )
                               )
            Defendants.        )

VOLUME II

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Continued videotaped Rule (30)(b)(6) deposition of GAMES WORKSHOP LIMITED corporate designee GILLIAN L. STEVENSON, taken before TRACY L. BLASZAK, CSR, CRR, and Notary Public, pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, at Suite 3500, 35 West Wacker Drive, in the City of Chicago, Cook County, Illinois at 9:29 a.m. on the 9th day of March, A.D., 2012.

(2005-441519)

CONFIDENTIAL - ATTORNEYS' EYES ONLY
GILLIAN L. STEVENSON - 3/9/2012

Page 74

```
 1          There were present at the taking of this
 2     deposition the following counsel:
 3
            FOLEY & LARDNER LLP by
 4          MR. JONATHAN E. MOSKIN
            90 Park Avenue
 5          New York, New York 10016-1314
            jmoskin@foley.com
 6          (212) 682-7474

 7              on behalf of the Plaintiff;

 8
            WINSTON & STRAWN LLP by
 9          MR. K. JOON OH
            101 California Street
10          San Francisco, California 94111-5802
            koh@winston.com
11          (415) 591-1000

12              on behalf of the Defendant
                Chapterhouse Studios LLC;
13

14          ALSO PRESENT:   Mr. Thomas Kearney
                            Winston & Strawn LLP;
15
                            Mr. Robert Zellner
16                          Legal Videographer.

17
                         - - - - -
18
19
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 1 | MR. MOSKIN: Same objection. | 14:51:17 |
| 2 | THE WITNESS: I didn't realize it was an issue in | 14:51:20 |
| 3 | the case, but if there are any documents, they will be | 14:51:21 |
| 4 | on the pallet that's currently in Memphis. | 14:51:25 |
| 5 | So now that it's been brought to my attention, | 14:51:28 |
| 6 | I can look for them. | 14:51:31 |
| 7 | As Mr. Merrett said to you yesterday, Games | 14:51:38 |
| 8 | Workshop is one organization. We have an ethos of being | 14:51:41 |
| 9 | one business. It's very important to us that we have | 14:51:46 |
| 10 | that togetherness. | 14:51:49 |
| 11 | And so while there might be distinctions | 14:51:49 |
| 12 | between -- legal distinctions between each of the | 14:51:52 |
| 13 | businesses, actually, we are all one organization in | 14:51:56 |
| 14 | practice. | 14:51:58 |
| 15 | MR. OH: Q  As you're sitting here today as Games | 14:52:38 |
| 16 | Workshop's designated witness for topic 38, again, for | 14:52:41 |
| 17 | the record -- | 14:52:48 |
| 18 | MR. MOSKIN: Are you suggesting that these questions | 14:53:03 |
| 19 | you've been asking have something to do with exhibit -- | 14:53:05 |
| 20 | with topic 38? That certainly is not my reading of | 14:53:07 |
| 21 | topic 38. | 14:53:15 |
| 22 | MR. OH: I'll strike that question and rephrase it. | 14:53:22 |
| 23 | Q  As of today, can Games Workshop confirm that it | 14:53:35 |
| 24 | has documents demonstrating that the contract you're | 14:53:39 |
| 25 | looking at, Exhibit 95, has been renewed? | 14:54:00 |

```
 1    STATE OF ILLINOIS    )
                           )   ss:
 2      COUNTY OF COOK     )

 3

 4

 5          The within and foregoing deposition of the
 6    aforementioned witness was taken before TRACY L.
 7    BLASZAK, CSR, CRR, and Notary Public, at the place, date
 8    and time aforementioned.
 9          There were present during the taking of the
10    deposition the previously named counsel.
11          The said witness was first duly sworn and was
12    then examined upon oral interrogatories; the questions
13    and answers were taken down in shorthand by the
14    undersigned, acting as stenographer and Notary Public;
15    and the within and foregoing is a true, accurate and
16    complete record of all of the questions asked of and
17    answers made by the aforementioned witness, at the time
18    and place hereinabove referred to.
19          The undersigned is not interested in the within
20    case, nor of kin or counsel to any of the parties.
21
22
23
24
25
```

1    Witness my official signature and seal as
2    Notary Public in and for Cook County, Illinois, on this
3    _22_ day of _____March_____, A.D. 2012.
4
5
6
7
8    _Tracy L. Blaszak_
     TRACY L. BLASZAK, CSR, CRR
     Illinois CSR No. 084-002978
9
         OFFICIAL SEAL
         TRACY L BLASZAK
10    NOTARY PUBLIC - STATE OF ILLINOIS
      MY COMMISSION EXPIRES:03/23/15
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25