# Exhibit 6

CERTIFIED COPY

# In The Matter Of:

*GAMES WORKSHOP LIMITED,*

*v.*

*CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES,*

---

## GILLIAN L. STEVENSON - Vol. 1 30(B)(6)
### March 5, 2012

---

## *CONFIDENTIAL - ATTORNEYS' EYES ONLY*

**MERRILL CORPORATION**
LegaLink, Inc.
135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

CONFIDENTIAL - ATTORNEYS' EYES ONLY
GILLIAN L. STEVENSON - 3/5/2012

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**CERTIFIED COPY**

GAMES WORKSHOP LIMITED,           )
                                  )
            Plaintiff,            )
                                  )
       -vs-                       )  No. 1:10-CV-08103
                                  )
CHAPTERHOUSE STUDIOS LLC and JON  )
PAULSON d/b/a PAULSON GAMES,      )
                                  )
            Defendants.           )

   Videotaped Rule (30)(b)(6) deposition of GAMES WORKSHOP LIMITED corporate designee GILLIAN L. STEVENSON, taken before TRACY L. BLASZAK, CSR, CRR, and Notary Public, pursuant to the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, at Suite 3500, 35 West Wacker Drive, in the City of Chicago, Cook County, Illinois at 4:31 p.m. on the 5th day of March, A.D., 2012.

(#441523)

CONFIDENTIAL - ATTORNEYS' EYES ONLY
GILLIAN L. STEVENSON - 3/5/2012

Page 2

```
 1          There were present at the taking of this
 2     deposition the following counsel:
 3
            FOLEY & LARDNER LLP by
 4          MR. JONATHAN E. MOSKIN
            90 Park Avenue
 5          New York, New York 10016-1314
            jmoskin@foley.com
 6          (212) 682-7474

 7               on behalf of the Plaintiff;

 8
            WINSTON & STRAWN LLP by
 9          MR. K. JOON OH
            101 California Street
10          San Francisco, California 94111-5802
            koh@winston.com
11          (415) 591-1000

12               on behalf of the Defendant
                 Chapterhouse Studios LLC;
13

14          ALSO PRESENT:  Mr. Robert Zellner
                           Legal Videographer.
15

16                       - - - - -

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | and following the different routes? | 17:51:45 |
| 2 | A   Yes, because you never know when somebody might | 17:51:46 |
| 3 | turn around like I spoke to Neil last week about this | 17:51:47 |
| 4 | Jetbike and he said, oh, I did that. | 17:51:51 |
| 5 | Q   And what else did you speak with Neil about? | 17:51:55 |
| 6 | A   Travel arrangements. | 17:51:58 |
| 7 | Q   Did Games Workshop look for contracts related to | 17:52:16 |
| 8 | Sabertooth Games? | 17:52:19 |
| 9 | A   Yes. | 17:52:21 |
| 10 | Q   And what type of contracts -- Strike that. | 17:52:22 |
| 11 | Did it find contracts related to Sabertooth | 17:52:30 |
| 12 | Games? | 17:52:33 |
| 13 | A   Yes, and we provided that to you. | 17:52:34 |
| 14 | Q   Are there any other contracts related to | 17:52:36 |
| 15 | Sabertooth Games that hasn't been provided? | 17:52:38 |
| 16 | A   There might be.  There is a pallet of documents | 17:52:40 |
| 17 | in our warehouse in Memphis, and I had a colleague look | 17:52:46 |
| 18 | through it two weeks ago, and they shipped a box of what | 17:52:51 |
| 19 | they thought was relevant paperwork to me. | 17:52:54 |
| 20 | But that wasn't the relevant paperwork, that | 17:52:57 |
| 21 | was the acquisition by Games Workshop of Sabertooth | 17:53:00 |
| 22 | Games paperwork. | 17:53:03 |
| 23 | Q   And who was this person in Memphis you're | 17:53:07 |
| 24 | referring to? | 17:53:11 |
| 25 | A   They were that day, yes. | 17:53:12 |

```
 1    STATE OF ILLINOIS  )
                         ) ss:
 2       COUNTY OF COOK  )

 3

 4

 5          The within and foregoing deposition of the
 6    aforementioned witness was taken before TRACY L.
 7    BLASZAK, CSR, CRR, and Notary Public, at the place, date
 8    and time aforementioned.
 9          There were present during the taking of the
10    deposition the previously named counsel.
11          The said witness was first duly sworn and was
12    then examined upon oral interrogatories; the questions
13    and answers were taken down in shorthand by the
14    undersigned, acting as stenographer and Notary Public;
15    and the within and foregoing is a true, accurate and
16    complete record of all of the questions asked of and
17    answers made by the aforementioned witness, at the time
18    and place hereinabove referred to.
19          The undersigned is not interested in the within
20    case, nor of kin or counsel to any of the parties.
21
22
23                        _____
24
25
```

CONFIDENTIAL - ATTORNEYS' EYES ONLY
GILLIAN L. STEVENSON - 3/5/2012

Page 72

1    Witness my official signature and seal as
2    Notary Public in and for Cook County, Illinois, on this
3    _19_ day of _March_, A.D. 2012
4
5
6
7
8    _Tracy L. Blaszak_
     TRACY L. BLASZAK, CSR, CRR
9    Illinois CSR No. 084-002978

     OFFICIAL SEAL
     TRACY L BLASZAK
10   NOTARY PUBLIC - STATE OF ILLINOIS
     MY COMMISSION EXPIRES:03/23/15
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25