# Exhibit 7

Case: 1:10-cv-08103 Document #: 244-8 Filed: 09/20/12 Page 2 of 3 PageID #:13854



GW0001875

# CREDITS

Written by ALAN MERRETT
The Battle for Prospero and The Kaban Project by GRAHAM MCNEILL
Concept art by JOHN BLANCHE
Cover art by SAM WOOD

Featuring art by STEVE BELLEDIN, JOHN BLANCHE, ALEX BOYD, JAMES BRADY, ADAM BRAY, PAUL CARRICK, CAMBRIA CHRISTENSEN, KARI CHRISTENSEN, ED COX, PAUL DAINTON, WAYNE ENGLAND, AL EREMIN, CARL FRANK, DAVID GALLAGHER, JOHN GRAVATO, DES HANLEY, ANDREW HEPWORTH, PAUL (PROF) HERBERT, JON HODGSON, NEIL HODGSON, RALPH HORSLEY, DAVID HUDNUT, PAUL JEACOCK, HUGH JAMIESON, KARL KOPINSKI, KENSON LOW, CHUCK LUKACS, THOMAS MANNING, TORSTEIN NORDSTRAND, JUSTIN NORMAN, JEN PAGE, BEN PECK, MICHAEL PHILLIPPI, ERIC POLAK, ERIC REN, KARL RICHARDSON, DAN SCOTT, ADRIAN SMITH, ANNE STOKES, CHRIS TREVAS, BLEU TURRELL, FRANZ VOHWINKEL, DAN WHEATON, JOHN WIGLEY AND SAM WOOD

A Black Library Publication
Compiled and edited by MATT RALPHS and NICK KYME
Graphic design and layout by ROSIE CHATT, DAN DRANE, DARIUS HINKS and ANDREW WALSH
Produced by MARC GASCOIGNE

Thanks to JOHN BLANCHE, CHRISTIAN DUNN, STEVE HORVATH, JERVIS JOHNSON, DAN KAUFMAN, CARL KWOH, LINDSEY PRIESTLEY, RICK PRIESTLEY, all at Sabertooth and Games Workshop, and of course all the wonderful artists whose work is featured in this book

ISBN 13: 978-1-84416-424-10 · ISBN 10: 1-84416-424-1
GW Product code: 60040181012
Collector's Edition ISBN 13: 978-1-84416-425-7
ISBN 10: 1-84416-425-X · GW Product code: 60040181013
A Black Library publication. This book was previously published in the UK in the following volumes: Horus Heresy Vol.1: Visions of War (2004); Horus Heresy Vol.2: Visions of Darkness (2004); Horus Heresy Vol.3: Visions of Treachery (2005) and Horus Heresy Vol.4: Visions of Death (2006) by BL Publishing, Games Workshop Ltd, Willow Road, Lenton, Nottingham NG7 2WS, UK.
© Games Workshop Limited 2007. All rights reserved.

Black Library, the Black Library logo, Black Flame, BL Publishing, Games Workshop, the Games Workshop logo and all associated marks, names, characters, illustrations and images from the Warhammer and Warhammer 40,000 universes are either ®, TM and/or © Games Workshop Ltd 2000-2007, variably registered in the UK and other countries around the world. All rights reserved.
Find out more about the Black Library at: www.blacklibrary.com.
Find out more about Games Workshop and the worlds of Warhammer at: www.games-workshop.com. Alternatively, call our mail order hotlines on 0115 - 916 40 000 (UK), 1-800-394-GAME (US), 1-888-GW TROLL (CAN) or (02) 9829 6111 AUS).

Printed in the EU.

GW0001882