# Exhibit 8

| Home | News | About us | Contact | Order Status and Shipping | Customer Comments | Gallery |

## Our Store

- **Infantry and Shoulder Pad Bits compatible with Space Marine® models**
- **Heads compatible with Space Marines®**
- **28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models**
- **Vehicle Replacement Part Kits that fit on Games Workshop Models**
  - Dragon or Salamander Vehicle Kits
  - Generic Vehicle Kits
  - *Non- Games Workshop Vehicle accesories for Space Wolf Players*
  - Non-Games Workshop Vehicle accesories for Fleshtearer Players
  - Non-Games Workshop Vehicle accesories for Iron Snake Players
- **Bits/Conversion kits compatible with Eldar armies**
- **Bits/Conversion kits compatible with Tyranids**
- **Bits/Conversions for 28mm for imperial guard**
- **Super Heavy Vehicle Kits**

List All Products

Product Search
[ Search ]

Advanced Search

Username
Password
Remember me ☑
[Login]

Lost Password?
Forgot your username?
No account yet? Register

We accept Paypal!


## Non- Games Workshop Vehicle accesories for Space Wolf Players

Order by: Product Name

**Wolf Rhino Conversion kit**  $15.00



Average customer rating:
★★★★★ Total votes: 0 Product Details...

Quantity: [1]  Add to Cart

**Wolf Rhino Conversion #2 kit**  $16.50



Average customer rating:
★★★★★ Total votes: 0 Product Details...

Quantity: [1]  Add to Cart

«« Start « Prev 1 Next » End »»
Results 1 - 2 of 2

### Recently Viewed Products

Generic Hammer 2 (Category: 28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models)

Dragon or Salamander Power Fist (Category: 28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models)

Skull or Chaplain Head Bit for Power Armor (Category: Heads compatible with Space Marines®)

Conversion Beamer Servo Harness Kit for Space Marine Model (Category: Infantry and Shoulder Pad Bits compatible with Space Marine® models)

Tactical Rhino Doors with Skulls Kit (Category: Generic Vehicle Kits)

Starburst Shoulder Pad for 28mm Marines - Power Armor (Category: Thousand Sons compatible Pre-Heresy Shoulder Pads)

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.

Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex

CHS00001258

logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, cityfight, the chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Webdesign and hosting by Mahonlap.com



SSL certificates

Archived by Cloud Preservation(TM) on Fri Aug 05, 2011 at 05:55:32 AM GMT
http://www.chapterhousestudios.com/webshop/component/virtuemart/?page=shop.browse&category_id=42

CHS00001259