# Exhibit 9

60

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION


GAMES WORKSHOP LIMITED,

                    Plaintiff,

     v.                    Civil Action No. 1:10-cv-08103

CHAPTERHOUSE STUDIOS LLC
and JON PAULSON
d/b/a PAULSON GAMES,

                    Defendants.

'''''''''''''''''''''''''''''''''



HIGHLY CONFIDENTIAL

30(b)(6) DEPOSITION OF

NICHOLAS R. VILLACCI

VOLUME II



April 11, 2012

9:47 a.m.



Foley & Lardner LLP

555 California Street, Suite 1700

San Francisco, California 94104



Reported by Mary Goff – CSR
California Certificate No. 13427



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

Nicholas R. Villacci - Volume II                    April 11, 2012
HIGHLY CONFIDENTIAL

87

1       A    Factions in the fiction.

2       Q    And is that -- is it from those chapters that

3   you derived the name Chapterhouse?

4       A    No.

5       Q    How did you derive the name Chapterhouse?

6       A    We came up with the name -- I guess I came up

7   with the name, submitted it to -- to Tomas as an idea

8   when I -- during the time I was reading the Dune novels.

9   And one of them was called Chapterhouse Dune.

10      Q    What Dune novels?

11      A    Well, there's only a series of Dune novels

12  that I think Herbert wrote.

13      Q    And can you tell me any respect in which the

14  business of Chapterhouse reflects the Dune novels?

15      A    It doesn't.  It was just a catchy name, and it

16  describes a -- a meeting place or a fraternity.

17      Q    Can you -- I don't think you -- can you name

18  specifically what Dune novel -- or novels you were

19  referring to?

20      A    It's called Dune Chapterhouse.  It's the title

21  of the novel.

22      Q    When you said that the -- the pads are

23  sculpted for chapters you never see, what do you mean

24  that you never see them?

25           MS. GOLINVEAUX:  Objection; asked and



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

Nicholas R. Villacci - Volume II                    April 11, 2012
HIGHLY CONFIDENTIAL

110

1          Q     I'm sorry.  Can I just see that for a second?

2          A     Sure.

3          Q     And what is celestial lions?

4          A     They are a fact -- a chapter from -- well, a

5     player told us about.

6          Q     A chapter of what?

7          A     Space Marines.

8          Q     And space Marines are part of Warhammer

9     40,000, correct?

10         A     The fiction, yes.

11         Q     And you say, This is a standard-sized space

12    Marine tactical shoulder pad.

13               What do you mean by standard size?

14               MS. GOLINVEAUX:  I'm sorry.  What page are you

15    on?

16         A     2.

17               MS. GOLINVEAUX:  Where were you reading from,

18    please?

19         Q     (BY MR. MOSKIN) Can I see the exhibit?  Okay.

20    It says, This is the standard 28-millimeter scale

21    shoulder pad.

22               MS. GOLINVEAUX:  Thank you.

23         Q     (BY MR. MOSKIN) What is the standard size

24    you're referring to?

25         A     I'm referring to a shoulder pad that fits on



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

Nicholas R. Villacci - Volume II                    April 11, 2012
                    HIGHLY CONFIDENTIAL

                                                                111

1   the -- the Games Workshop space Marine model's shoulder.

2        Q    And how do you know it's a standard size?

3        A    We took measurements to make sure the size was

4   similar, fit inside the concave component that would fit

5   on the model.

6        Q    And how did you take those measurements?

7        A    Well, I didn't take them.  The designers took

8   them.  I can't remember who did this pad, but I know

9   Tomas has a -- a digimeter that's precision.  That's how

10  he -- I assume that's how he takes his size, shapes, and

11  stuff.

12            MS. GOLINVEAUX:  I would caution the witness

13  not to speculate.

14       Q    (BY MR. MOSKIN) How did you pick the colors to

15  use on this shoulder pad for celestial lions?

16       A    I didn't pick the colors.

17       Q    Who did?

18            MS. GOLINVEAUX:  Objection; vague and

19  ambiguous.

20       A    I don't know specifically who picked the

21  colors.  I know the photo was provided by Tomas.

22       Q    (BY MR. MOSKIN) Other than the Games Workshop

23  celestial lions, are you aware of any products using a

24  design of this standard shape that you have described

25  and the colors gold and blue?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

Nicholas R. Villacci - Volume II                    April 11, 2012
                    HIGHLY CONFIDENTIAL

                                                              217

1            MR. MOSKIN:  Oh.  Did I not give you a copy?

2    I'm sorry.

3        Q    (BY MR. MOSKIN) And can you identify

4    exhibit -- what was previously marked at the deposition

5    of Mr. Traina as Exhibit 21?

6        A    It looks like an E-mail between myself and

7    Wyatt Traina, a chain of E-mails.

8        Q    In the second paragraph you say, We have gone

9    through a lot of resources, design our own stuff from

10   scratch while using the same measured dimensions in 3D

11   applications.

12           Do you see that?

13       A    Yes.

14       Q    What are you referring to here?

15       A    We had gone through great pains to make sure

16   our products were not -- copy GW products, but they

17   still shared dimensions so they could fit with stuff for

18   a GW line.

19       Q    And what do you do to ensure that your

20   products have the same measured dimensions as Games

21   Workshop products?

22           MS. GOLINVEAUX:  Objection; asked and answered

23   multiple times.

24       A    Use the digimeter to measure, like, the inside

25   diameter of the shoulder pad so it -- it would fit on



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

Nicholas R. Villacci - Volume II                    April 11, 2012
HIGHLY CONFIDENTIAL

235

1   yet?

2        A     At that time they weren't a product that --

3   yeah, they hadn't been to the point where we were

4   selling them yet.

5        Q     Can you identify any products that you sell

6   that were not influenced in any way by Games Workshop's

7   products or its descriptions in -- in its books?

8              MS. GOLINVEAUX:  Objection; argumentative;

9   assumes facts not in evidence; vague and ambiguous.

10       A     A number -- I mean, our shields that's

11  definitely not a GW originated -- did it have a shield,

12  hammers?

13       Q     (BY MR. MOSKIN) That -- let me clarify the

14  question.  I'm not asking if GW was the only company

15  that -- that's ever conceived of shields or hammers.  I

16  asked you a different question.  Can you identify any of

17  the products that you sell that were not influenced in

18  some way by Games Workshop's products or the

19  descriptions of materials in its books?

20             MS. GOLINVEAUX:  Same objections.

21       A     Honestly, since I have been so involved in

22  scifi and miniatures and the hobby and -- I mean, when

23  you -- you have played with something and have been

24  involved with something for so long, that's bound to

25  have an effect on any ideas you come across or create.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

Nicholas R. Villacci - Volume II                    April 11, 2012
                        HIGHLY CONFIDENTIAL

                                                                    236

1    So that's like saying -- no.  I mean, everything has

2    been influenced by -- everything that we have created

3    has been influenced by what I have been exposed to.  Be

4    it, Star Wars movies, Games Workshop products.  I can't

5    exclude anything from my personal experience.

6        Q    (BY MR. MOSKIN) Again, that's not the question

7    I'm asking.  Are there any products of yours that you

8    can identify that have not been influenced by Games

9    Workshop's products or descriptions of materials in its

10   books?

11            MS. GOLINVEAUX:  And he just answered that

12   question.

13            MR. MOSKIN:  No, he didn't.

14            MS. GOLINVEAUX:  Yes, he did.

15            MR. MOSKIN:  No, he didn't.

16       Q    (BY MR. MOSKIN) You can answer it again.

17            MS. GOLINVEAUX:  Objection; asked and

18   answered.  If you want to change your answer in some

19   way, you can feel free to do so.

20       Q    (BY MR. MOSKIN) He answered by reference to

21   Star Wars and things.  I wasn't asking him about Star

22   Wars.  I'm asking him simply about Games Workshop.

23            MS. GOLINVEAUX:  I'm sorry.  Could you read

24   the question back, please?

25            (The question was read back.)



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

Nicholas R. Villacci - Volume II                    April 11, 2012
                        HIGHLY CONFIDENTIAL

                                                                239

1    say.  I believe I have given you an answer.

2         Q    (BY MR. MOSKIN) Name a product of yours that

3    has not been influenced by Games Workshop's products or

4    materials in its books.

5              MS. GOLINVEAUX:  Objection; argumentative.

6         A    I gave you an answer.  I said all of our

7    products have been influenced by a number of things,

8    including Games Workshop's products and books.

9              I'm not going to limit myself and say our

10   products have only been influenced, inspired by -- by

11   Games Workshop stuff.  They have been inspired by a

12   number of items, a number of cultural -- pop culture

13   stuff put together to, you know, come out to that sort

14   of expression of our products.

15        Q    (BY MR. MOSKIN) And do you still have in front

16   of you Exhibit 2?

17        A    Yes.

18        Q    Oh, no.  I'm sorry.  It's not Exhibit 2.  And

19   I will show you what was previously marked Exhibit 16.

20             MS. GOLINVEAUX:  Have you introduced this

21   earlier today?

22             MR. MOSKIN:  Earlier at some point.  I don't

23   know when.

24             MS. GOLINVEAUX:  Well, if you haven't done it

25   today, if you have a copy for me, I would appreciate it.



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

Nicholas R. Villacci - Volume II                  April 11, 2012
HIGHLY CONFIDENTIAL

264

1                    REPORTER'S CERTIFICATION

2

3      I, Mary J. Goff, Certified Shorthand Reporter in and

4    for the State of California, do hereby certify:

5

6      That the foregoing witness was by me duly sworn;

7    that the deposition was then taken before me at the time

8    and place herein set forth; that the testimony and

9    proceedings were reported stenographically by me and

10   later transcribed into typewriting under my direction;

11   that the foregoing is a true record of the testimony and

12   proceedings taken at that time.

13

14     IN WITNESS WHEREOF, I have subscribed my name

15   this_____day of_____,_____.

16

17

18

19

20         _____

21         Mary J. Goff, CSR No. 13427

22

23

24

25



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

Nicholas R. Villacci - Volume II                    April 11, 2012
                    HIGHLY CONFIDENTIAL

                                                              265

 1              DEPOSITION ERRATA SHEET

 2

 3    Assignment No. 449448

 4    Games Workshop

 5    vs.

 6    Chapterhouse

 7

 8          DECLARATION UNDER PENALTY OF PERJURY

 9

10       I declare under penalty of perjury that I have read

11    the entire transcript of my deposition taken in the

12    above-captioned matter or the same has been read to me,

13    and the same is true and accurate, save and except for

14    changes and/or corrections, if any, as indicated by me

15    on the DEPOSITION ERRATA SHEET hereof, with the

16    understanding that I offer these changes as if still

17    under oath.

18       Signed on the ___6___ day of

19    ___May_____, 20_12_ .

20

21

22       

23       NICHOLAS R. VILLACCI, VOLUME II

24

25

ESQUIRE

Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

Nicholas R. Villacci - Volume II                    April 11, 2012
                    HIGHLY CONFIDENTIAL

266

1                  DEPOSITION ERRATA SHEET

2    Page No._____Line No._____Change to: _____

3    _No Changes_____

4    Reason for change:_____

5    Page No._____Line No._____Change to: _____

6    _____

7    Reason for change:_____

8    Page No._____Line No._____Change to: _____

9    _____

10   Reason for change:_____

11   Page No._____Line No._____Change to: _____

12   _____

13   Reason for change:_____

14   Page No._____Line No._____Change to: _____

15   _____

16   Reason for change:_____

17   Page No._____Line No._____Change to: _____

18   _____

19   Reason for change:_____

20   Page No._____Line No._____Change to: _____

21   _____

22   Reason for change:_____

23

24   SIGNATURE:_____DATE: 5/7/12_____

25       NICHOLAS R. VILLACCI, VOLUME II



ESQUIRE

Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

Nicholas R. Villacci - Volume II                    April 11, 2012
                    HIGHLY CONFIDENTIAL

267

1                    DEPOSITION ERRATA SHEET

2    Page No.____Line No.____Change to: _____

3    _No Changes_____

4    Reason for change:_____

5    Page No.____Line No.____Change to: _____

6    _____

7    Reason for change:_____

8    Page No.____Line No.____Change to: _____

9    _____

10   Reason for change:_____

11   Page No.____Line No.____Change to: _____

12   _____

13   Reason for change:_____

14   Page No.____Line No.____Change to: _____

15   _____

16   Reason for change:_____

17   Page No.____Line No.____Change to: _____

18   _____

19   Reason for change:_____

20   Page No.____Line No.____Change to: _____

21   _____

22   Reason for change:_____

23

24   SIGNATURE:_____DATE:_5/7/12____

25        NICHOLAS R. VILLACCI, VOLUME II



# ESQUIRE

Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com