# Exhibit 12

Customer Service | 1-800-394-4263 | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $50 OFFER DETAILS

| WARHAMMER | WARHAMMER 40,000 | THE LORD OF THE RINGS | GAMING | PAINTS & TOOLS | BOOKS | SPECIALIST GAMES | GIFT GUIDE |

Community & Events | Virtual Gift Vouchers | Store Finder | White Dwarf | Find a Gift List | Warhammer 40,000 Guide

Product Search

0 item(s) @ $0.00



### WARHAMMER 40,000

| Categories |
| --- |
| Getting Started |
| Warhammer 40,000 Advance Orders |
| Warhammer 40,000 New Releases |
| Warhammer 40,000 : Dark Vengeance |
| Warhammer 40,000 Essentials |
| Warhammer 40,000 Armies |
| Warhammer 40,000 Expansions |
| Warhammer 40,000 Citadel Finecast |
| Warhammer 40,000 Scenery |
| Warhammer 40,000 Bitz |
| Warhammer 40,000 Collectors |
| Warhammer 40,000 Books |
| Warhammer 40,000 Articles |

- Follow us on Twitter
- Follow us on Facebook
- Bookmark & Share
- Subscribe to What's New Today

Print
Email to a Friend

Warhammer 40,000 > Heavy Support > Tyranid Carnifex

# Tyranid Carnifex

Tweet  Like 135   ADD TO CART



### Have you got?



$35.00
**Tyranid Termagants and Hormagaunts**

### Related Articles

- Warhammer 40,000: Spearhead Expansion
- Spearhead: Spearheads in Action
- Spearhead: Getting Started
- Leviathan Gargoyle Datasheet: Your Tyranids
- Tyranid Warrior & Genestealer stage-by-stage: Tyranid conversions
- Tyranids: Psychic Powers Tactica: Converted Tyranids
- Advance Order: Winged Nazgûl & The Lord of The Rings miniatures: Converted Tyranids
- Tyranids: Tyranids in Cities of Death
- Getting Started with Tyranids
- Getting Started With Tyranids
- Tyranids Army Building

   

### Tyranid Carnifex

The Carnifex is a living engine of destruction evolved for use in shock assaults, spaceship boarding actions and massed battles where it can smash through almost any obstacle, whether it is a defensive line or enemy tank. A Brood of between one and three Carnifexes can be fielded as a single Heavy Support choice.

This massive multi-part kit makes a fearsome Tyranid Carnifex and includes pieces to make a variety of devastating weapons and biomorphs including scything talons, crushing claws, heavy venom cannon as well as many others.

**Price: $53.75**
Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

**Availability:** Usually ships within 24 hours.
**Part Code:** 99120106010

With this box set you can make the following:

#### Carnifex Brood

|  | WS | BS | S | T | W | I | A | Ld | Sv |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Carnifex | 3 | 3 | 9 | 6 | 4 | 1 | 4 | 7 | 3+ |

| Unit | 1-3 Carnifexes |
| --- | --- |

**Composition:**

| | |
|---|---|
| **Unit Type:** | Monstrous Creature |
| **War Gear:** | Bonded exoskeleton; Scything talons (two sets) |
| **Transport:** | If the brood consists of only a single Carnifex it may take a Mycetic Spore. |

Carry Our Products    Real Estate    Privacy Policy    Legal    About Us    Black Library    Forge World    Investor Relations    Careers    Site Map    Contact Us

Country Select

Copyright   © Games Workshop Limited 2000-2012    © New Line Productions Inc    © The Saul Zaentz Company d/b/a Middle-earth Enterprises    All rights reserved to their respective owners.

Customer Service  1-800-394-4263   Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $50 — OFFER DETAILS

0 item(s) @ $0.00

| WARHAMMER | WARHAMMER 40,000 | THE LORD OF THE RINGS | GAMING | PAINTS & TOOLS | BOOKS | SPECIALIST GAMES | GIFT GUIDE |

Community & Events | Virtual Gift Vouchers | Store Finder | White Dwarf | Find a Gift List | Warhammer 40,000 Guide

Product Search



### Categories
- Getting Started
- Warhammer 40,000 Advance Orders
- Warhammer 40,000 New Releases
- Warhammer 40,000 : Dark Vengeance
- Warhammer 40,000 Essentials
- Warhammer 40,000 Armies
- Warhammer 40,000 Expansions
- Warhammer 40,000 Citadel Finecast
- Warhammer 40,000 Scenery
- Warhammer 40,000 Bitz
- Warhammer 40,000 Collectors
- Warhammer 40,000 Books
- Warhammer 40,000 Articles

- Follow us on Twitter
- Follow us on Facebook
- Bookmark & Share
- Subscribe to What's New Today
- Print
- Email to a Friend

Warhammer 40,000 > Heavy Support > Tyranid Carnifex

# Tyranid Carnifex

 Tweet   Like 135   **ADD TO CART**



### Have you got?



$35.00
**Tyranid Termagants and Hormagaunts**

### Related Articles
- Warhammer 40,000: Spearhead Expansion
- Spearhead: Spearheads in Action
- Spearhead: Getting Started
- Leviathan Gargoyle Datasheet: Your Tyranids
- Tyranid Warrior & Genestealer stage-by-stage: Tyranid conversions
- Tyranids: Psychic Powers Tactica: Converted Tyranids
- Advance Order: Winged Nazgûl & The Lord of The Rings miniatures: Converted Tyranids
- Tyranids: Tyranids in Cities of Death
- Getting Started with Tyranids
- Getting Started With Tyranids
- Tyranids Army Building

   

### Tyranid Carnifex

The Carnifex is a living engine of destruction evolved for use in shock assaults, spaceship boarding actions and massed battles where it can smash through almost any obstacle, whether it is a defensive line or enemy tank. A Brood of between one and three Carnifexes can be fielded as a single Heavy Support choice.

This massive multi-part kit makes a fearsome Tyranid Carnifex and includes pieces to make a variety of devastating weapons and biomorphs including scything talons, crushing claws, heavy venom cannon as well as many others.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99120106010

**Price: $53.75**
Quantity: 1

**ADD TO CART**
**ADD TO GIFT LIST**
Bookmark & Share

### With this box set you can make the following:

#### Carnifex Brood

| | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Carnifex | 3 | 3 | 9 | 6 | 4 | 1 | 4 | 7 | 3+ |

| Unit | 1-3 Carnifexes |
|---|---|

**Composition:**

| | |
|---|---|
| **Unit Type:** | Monstrous Creature |
| **War Gear:** | Bonded exoskeleton; Scything talons (two sets) |
| **Transport:** | If the brood consists of only a single Carnifex it may take a Mycetic Spore. |

Carry Our Products    Real Estate    Privacy Policy    Legal    About Us    Black Library    Forge World    Investor Relations    Careers    Site Map    Contact Us

Country Select

Copyright   © Games Workshop Limited 2000-2012   © New Line Productions Inc   © The Saul Zaentz Company d/b/a Middle-earth Enterprises   All rights reserved to their respective owners.