# Exhibit 13

CERTIFIED COPY

# In The Matter Of:

*GAMES WORKSHOP LIMITED,*

*v.*

*CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES,*

---

*ALAN R. MERRETT - Vol. 1*

March 8, 2012

---

**MERRILL CORPORATION**
LegaLink, Inc.

135 Main Street
4th Floor
San Francisco, CA 94105
Phone: 415.357.4300
Fax: 415.357.4301

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**CERTIFIED COPY**

GAMES WORKSHOP LIMITED,        )
                               )
            Plaintiff,         )
                               )
    vs.                        ) No. 1:10-cv-08103
                               )
CHAPTERHOUSE STUDIOS, LLC      )
and JON PAULSON d/b/a PAULSON  )
GAMES,                         )
                               )
            Defendants.        )

The videotaped deposition of ALAN R. MERRETT, called by the Defendants for examination, taken pursuant to notice, agreement, and by the provisions of the Federal Rules of Civil Procedure for the United States District Courts pertaining to the taking of depositions, taken before Tina M. Alfaro, CSR No. 084-004220, a Notary Public within and for the County of Cook, State of Illinois, and a Certified Shorthand Reporter of said State, at the offices of Winston & Strawn, 35 West Wacker Drive, Chicago, Illinois, on the 8th day of March, A.D., 2012 at 9:43 a.m.

(2005-441484)

```
 1    APPEARANCES:

 2         FOLEY & LARDNER
           BY: JONATHAN MOSKIN, ESQ.
 3             90 Park Avenue
               New York, New York 10016
 4             (212) 682-7474
               jmoskin@foley.com
 5
                   On behalf of the Plaintiff;
 6
           WINSTON & STRAWN
 7         BY: K. JOON OH, ESQ.
               THOMAS KEARNEY, ESQ.
 8             101 California Street
               San Francisco, California 94111
 9             (415) 591-1564
               koh@winston.com
10             tkearney@winston.com

11                 On behalf of the Defendants.

12
       ALSO PRESENT:  Robert Zellner (videographer)
13                    Gillian Stevenson (Games Workshop)

14

15

16

17

18

19

20

21

22

23

24

25    REPORTED BY: Tina Alfaro, CSR No. 084-004220
```

Case: 1:10-cv-08103 Document #: 244-14 Filed: 09/20/12 Page 5 of 8 PageID #:13896

ALAN R. MERRETT - 3/8/2012

Page 180

| | | |
|---|---|---|
| 1 | more aiming just for Games Workshop on the record to | 17:19:36 |
| 2 | identify the Chapterhouse product -- the | 17:19:41 |
| 3 | Chapterhouse work, I should say, that it claims is | 17:19:46 |
| 4 | infringing for particular entries. | 17:19:48 |
| 5 |     A. Okay. | 17:19:59 |
| 6 |     Q. Okay. So for No. 7, what is the | 17:19:59 |
| 7 | Chapterhouse work that Games Workshop contends is | 17:20:01 |
| 8 | infringing? | 17:20:06 |
| 9 |     A. "Celestial Lion's shoulder pad" -- | 17:20:07 |
| 10 |     COURT REPORTER: I'm sorry. One more time. | 17:20:12 |
| 11 | BY THE WITNESS: | 17:20:12 |
| 12 |     A. "Celestial Lions shoulder pad bit tactical | 17:20:12 |
| 13 | (2)." | 17:20:12 |
| 14 |     Q. And anything else for that entry? | 17:20:13 |
| 15 |     A. Well, there's a trademark -- it's trademark | 17:20:15 |
| 16 | abuse. It's referencing -- again, referencing Games | 17:20:19 |
| 17 | Workshop trademarks and associated nomenclature | 17:20:23 |
| 18 | that's very specific to Games Workshop tactical, for | 17:20:27 |
| 19 | example. | 17:20:31 |
| 20 |     Q. And may I ask, do you see the -- right next | 17:20:32 |
| 21 | to kind of the heading of the product for Celestial | 17:20:40 |
| 22 | Lions, there's a 2 in parentheses. Do you know what | 17:20:46 |
| 23 | that refers to? | 17:20:48 |
| 24 |     A. It's two -- it's sold as a set of two. | 17:20:49 |
| 25 |     Q. Can I direct your attention to entry | 17:21:06 |

Merrill Corporation - San Francisco
800-869-9132                               www.merrillcorp.com/law

| | | |
|---|---|---|
| 1 | No. 14. Can you identify which Chapterhouse | 17:21:08 |
| 2 | products that Games Workshop contends is | 17:21:10 |
| 3 | infringing? | 17:21:12 |
| 4 |     A. Again, it's the same thing. It's shoulder | 17:21:13 |
| 5 | pads with Games Workshop iconography on them. The | 17:21:15 |
| 6 | shoulder pads are the specific size. It's called | 17:21:17 |
| 7 | Howling Griffon shoulder pads. | 17:21:22 |
| 8 |     COURT REPORTER: Sir, you've got to slow down. | 17:21:22 |
| 9 | BY THE WITNESS: | 17:21:26 |
| 10 |     A. "Howling Griffon shoulder pads for Space | 17:21:26 |
| 11 | Marine (2)." | 17:21:30 |
| 12 |     Q. Anything else with respect to this entry, | 17:21:32 |
| 13 | any other Chapterhouse works that Games Workshop | 17:21:40 |
| 14 | contends is infringing with respect to entry | 17:21:42 |
| 15 | No. 14? | 17:21:44 |
| 16 |     A. The trademark abuse. | 17:21:48 |
| 17 |     Q. Anything else? | 17:21:49 |
| 18 |     A. No. | 17:21:55 |
| 19 |     Q. Can I direct your attention to entry | 17:21:56 |
| 20 | No. 38, and, again, this will be the same question. | 17:21:59 |
| 21 | What Chapterhouse works does Games Workshop contend | 17:22:12 |
| 22 | is infringing? | 17:22:18 |
| 23 |     A. It's labeled as "Lashwhips Tyrant size 1." | 17:22:22 |
| 24 | I don't know exactly how the sold -- the quantity, | 17:22:26 |
| 25 | but I think this is a single design. Lashwhip is a | 17:22:30 |

```
1    STATE OF ILLINOIS    )
                          )    SS:
2    COUNTY OF C O O K    )

3

4           The within and foregoing deposition of the
5    aforementioned witness was taken before Tina M.
6    Alfaro, C.S.R. and Notary Public, at the place,
7    date, and time aforementioned.
8           There were present during the taking of the
9    deposition the previously named counsel.
10          The said witness was first duly sworn and
11   was then examined upon oral interrogatories; the
12   questions and answers were taken down in shorthand
13   by the undersigned, acting as stenographer and
14   Notary Public; and the within and foregoing is a
15   true, accurate, and complete record of all the
16   questions asked of and answers made by the
17   aforementioned witness at the time and place
18   hereinabove referred to.
19          The signature of the witness was not
20   waived, and the deposition was submitted, pursuant
21   to Rules 30(e) and 32(d) of the Rules of Civil
22   Procedure for the United States District Court, to
23   the deponent per copy of the attached letter.
24          The undersigned is not interested in the
25   within case, nor of kin our counsel to any of the
```

```
1    parties.
2              Witness my official signature and seal as
3    Notary Public, in and for Cook County, Illinois on
4    this 20th day of March, A.D., 2012.
5
6
7
8              _____
               Tina M. Alfaro, CSR, CRR, CLR
9              C.S.R. No. 084-004220
10             311 South Wacker Drive
11             Suite 300
12             Chicago, Illinois 60606
13             (312) 386-2000
14
15
16
17
18
19
20
21
22
23
24
25
```