**INDEX OF EXHIBITS**

Ex. A    White Dwarf Magazine illustration 1988

Ex. B    Signed letter from Alan Merrett

Ex. C    August 6, 2012 email from Gill Stevenson and attachments