# Exhibit A



72

Assault Squad  Reconnaissance Squad  Support S

**FIRE HAWKS**

**MANTIS WARRIORS**

**MANTIS WARRIORS**
(Tranquility Campaign - Sniper Unit)

**EXECUTIONERS**
(Tactical Squad)

**RED SCORPIONS**

**RED SCORPIONS**
(Angstrom Incident - Pursuit Squad)

**MINOTAURS**

**NOVAMARINES**

**EXORCISTS**

**FIRE ANGELS**

**FIRE ANGELS**
(Battle Of Sagan's Moon - Drop Troop Camouflage)

**SALAMANDERS**

GW0002431