# Exhibit B



Dear Gary

Hello, this letter is a request for help and cooperation to an old friend of Games Workshop.

At Games Workshop we are currently reviewing our records regarding the commissioning of work based on our Warhammer and Warhammer 40,000 universes over the last few decades.

We have an impressive product archive going back to the early 1980s, and since we first began the great endeavour of creating and expanding our Warhammer and Warhammer 40,000 worlds we have employed a great many talented people to work with and for us as we strove to fulfil our designs and ambitions for our intellectual properties.

Although most of the work of illuminating and illustrating our creations, whether in words, pictures or model sculpts has been through fully employed staff, from time to time over the years, as you know, we have employed the services of freelancers to work closely with us on our products. In each case we have commissioned such services on a 'work for hire' basis – that is to say that when we need specific areas of our worlds brought to life, illustrated or modelled, we have always made sure that Games Workshop closely directs and consequently owns those works.

This is where we need your help. We are currently assembling the next part of our archive, to complement the physical products, and this involves the collection, scanning and filing of all our creative documents and schedules down the years. A herculean task for sure but someone has to do it...

As we are assembling these records, it is clear that some commissioning documents for illustrators, writers or sculptors who we have worked with on a freelance basis have been misplaced over the intervening years. As you might imagine, your name crops up as someone whom we worked with in the past and for whom we do not have a comprehensive set of documents.

As such, for completeness sake, we are asking our legal department to send out a note to you which confirms that all the pieces of work which you undertook for Games Workshop were on the 'work for hire' basis outlined above.

Just for clarity, we are not asking for any new assignment of rights from you – as you would expect we are very clear that any work we commissioned based on a Games Workshop universe is owned by Games Workshop and was commissioned on that basis. What we are asking for is a confirmation of this status so that we can fill in the gaps and complete our records.

I am writing to you in advance so that if and when you receive a letter from our legal department, you will be expecting it and will know exactly what it is about.

I very much appreciate your help in this matter, and if you have any questions (or just want to reminisce over the good old days) – please do not hesitate to call me on 0115 900 4016.

Best Regards

Alan Merrett