## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 10 C 8103 | **DATE** | 9/22/2012 |
| **CASE TITLE** | Games Workshop Limited v. Chapterhouse Studios LLC | | |

**DOCKET ENTRY TEXT**

Motion to seal [204] is granted; Motion for leave to file [206] is granted.