NDIL (02/12) Notice of Correction

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

Date: 10/1/2012　　　　　　　　　　　　　Case No.: 10 C 8103

Case Title: Games v. Chapterhouse　　　　Judge: Matthew F. Kennelly

## NOTICE OF CORRECTION

**One of the following errors/deficiencies has been identified in document # :** 247

- [ ] The document is on the incorrect case.
  Note: If this is a motion, the docket clerk has termed the motion from the incorrect case.
- [ ] The document is on the correct case but the case number and title do not match.
- [ ] The incorrect document [pdf] was linked to the entry
- [ ] The incorrect file date was entered.
- [ ] The incorrect event was used. The title of the document does not match the text of the entry.
- [ ] The entry is a duplicate of entry [ ].
- [✓] Other: The Document (PDF) was not linked to the entry.

**Corrective action taken by the Clerk:**

- [ ] The text of the entry has been edited and the pdf replaced with a pdf that states "Entered in Error".
- [ ] The following notation has been added to the text of the entry (*Linked document has the incorrect case title or Linked document has the incorrect case number.*)
- [ ] The correct document [pdf] has been linked to the entry.
- [ ] The file date has been corrected.
- [ ] The text of the entry has been edited.
- [ ] The text of the entry has been edited to read "Duplicate filing of document number [ ].
- [✓] Other: The Document (PDF) has been linked to the entry.

**Corrective action required by the filer:**

- [ ] Counsel must re-file the document
- [ ] Other: Provide brief explanation.

Thomas G. Bruton, Clerk of Court

By: Diane Love
　　　Deputy Clerk