Exhibit 1: Games Workshop Deposition Designations

| Witness | Date | GW Designations [page:line] | CHS Objections to Designations | CHS Counter-Designations | GW Objections to Defendant's Counter-Designations |
|---|---|---|---|---|---|
| Fiertek, Thomas | 4/13/2012 | 6:6-8 | | | |
| Fiertek, Thomas | 4/13/2012 | 7:5-7 | | | |
| Fiertek, Thomas | 4/13/2012 | 13:15-20 | | | |
| Fiertek, Thomas | 4/13/2012 | 16:21-17:4 | | 15:12-19 | |
| Fiertek, Thomas | 4/13/2012 | 21:18-22 | | | |
| Fiertek, Thomas | 4/13/2012 | 27:6-8 | | | |
| Fiertek, Thomas | 4/13/2012 | 28:1-6 | | 27:14-18<br>27:20-22<br>[27:24] | |
| Fiertek, Thomas | 4/13/2012 | 28:8-20 | | | |
| Fiertek, Thomas | 4/13/2012 | 28:25-29:3 | Incomplete Designation | 28:21-24 | |
| Fiertek, Thomas | 4/13/2012 | 29:16-22 | | | |
| Fiertek, Thomas | 4/13/2012 | 30:25-31:8 | | | |
| Fiertek, Thomas | 4/13/2012 | 31:13-19 | FRE 402; FRE 403 | 31:23-24 | |
| Fiertek, Thomas | 4/13/2012 | 36:20-21 | | | |
| Fiertek, Thomas | 4/13/2012 | 37:15-16 | FRE 602; Lacks foundation; Assumes facts not in evidence | 37:2<br>37:5<br>37:12-14 | |
| Fiertek, Thomas | 4/13/2012 | 37:19-20 | FRE 602; Lacks foundation; Assumes facts not in evidence | | |
| Fiertek, Thomas | 4/13/2012 | 42:25-43:22 | | | |
| Fiertek, Thomas | 4/13/2012 | 49:7-14 | FRE 402; FRE 403; Mischaracterizes testimony; FRE 106; Incomplete Designation | 47:20 - 48:1<br>48:10-12<br>48:14-21<br>49:15-25<br>50:22 - 51:4 | |
| Fiertek, Thomas | 4/13/2012 | 52:3-4 | FRE 402; FRE 403; Incomplete Designation; Mischaracterizes testimony | 51:17-20<br>51:23 - 52:2 | |
| Fiertek, Thomas | 4/13/2012 | 52:6-7 | FRE 402; FRE 403 | | |

Exhibit 1: Games Workshop Deposition Designations

| | | | | | |
|---|---|---|---|---|---|
| Fiertek, Thomas | 4/13/2012 | 57:24-58:2 | FRE 602; FRE 402; FRE 403 | 57:13-15<br>57:19-21 | |
| Fiertek, Thomas | 4/13/2012 | 61:19-62:2 | Incomplete Designation | | |
| Fiertek, Thomas | 4/13/2012 | 62:25-63:9 | Incomplete Designation | 63:10-12<br>63:16-21 | |
| Fiertek, Thomas | 4/13/2012 | 63:22-64:1 | Incomplete Designation | 64:2-4<br>64:6-7 | |
| Fiertek, Thomas | 4/13/2012 | 64:9-11 | Incomplete Designation; Mischaracterizes testimony; FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | 64:14-15 | Mischaracterizes testimony; FRE 402; FRE 403 | 64:17-18<br>65:2-6 | |
| Fiertek, Thomas | 4/13/2012 | 76:18-21 | | 75:16 - 76:10<br>76:22 - 77:6 | |
| Fiertek, Thomas | 4/13/2012 | 77:7-16 | | | |
| Fiertek, Thomas | 4/13/2012 | [77:18] | | 77:20-22<br>77:24 - 78:2<br>78:4-6<br>78:9-12<br>78:18 - 79:2<br>80:19-22<br>80:24 - 81:21<br>81:24 - 82:5 | |
| Fiertek, Thomas | 4/13/2012 | 82:8-11 | | | |
| Fiertek, Thomas | 4/13/2012 | 83:4-11 | | 83:14-23<br>83:25-84:2<br>84:14-15<br>84:17-85:18 | |
| Fiertek, Thomas | 4/13/2012 | 85:19-21 | Mischaracterizes testimony; FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | 85:23-25 | Mischaracterizes testimony; FRE 402; FRE 403 | | |

Exhibit 1: Games Workshop Deposition Designations

| | | | | | |
|---|---|---|---|---|---|
| Fiertek, Thomas | 4/13/2012 | 86:2-3 | FRE 402; FRE 403; FRE 602 | | |
| Fiertek, Thomas | 4/13/2012 | 86:13-15 | FRE 402; FRE 403; FRE 602 | 86:16-18<br>86:20-87:2<br>87:4-11<br>87:14-88:3<br>88:6-9<br>88:12-14 | |
| Fiertek, Thomas | 4/13/2012 | 88:16-17 | FRE 402; FRE 403; FRE 602; Mischaracterizes testimony | | |
| Fiertek, Thomas | 4/13/2012 | 88:21-22 | FRE 402; FRE 403; FRE 602; Mischaracterizes testimony | | |
| Fiertek, Thomas | 4/13/2012 | 89:17-18 | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | [89:21] | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | 90:1-3 | FRE 402; FRE 403; Mischaracterizes testimony; assumes facts not in evidence; lacks foundation | | |
| Fiertek, Thomas | 4/13/2012 | [90:7] | FRE 402; FRE 403; Mischaracterizes testimony; assumes facts not in evidence; lacks foundation | | |
| Fiertek, Thomas | 4/13/2012 | 93:14-16 | | | |
| Fiertek, Thomas | 4/13/2012 | 93:25-94:6 | | | |
| Fiertek, Thomas | 4/13/2012 | 94:10-15 | | | |
| Fiertek, Thomas | 4/13/2012 | 95:23-25 | | | |
| Fiertek, Thomas | 4/13/2012 | 96:3-8 | | 96:10-13<br>96:17-19 | |

| | | | | | |
|---|---|---|---|---|---|
| Fiertek, Thomas | 4/13/2012 | 96:21-23 | Mischaracterizes testimony; assumes facts not in evidence; lacks foundation | | |
| Fiertek, Thomas | 4/13/2012 | 97:2-12 | Mischaracterizes testimony; assumes facts not in evidence; lacks foundation | | |
| Fiertek, Thomas | 4/13/2012 | [97:15] | | | |
| Fiertek, Thomas | 4/13/2012 | {97:18} | | | |
| Fiertek, Thomas | 4/13/2012 | 98:6-9 | | 98:10-20 | |
| Fiertek, Thomas | 4/13/2012 | 98:21-22 | | | |
| Fiertek, Thomas | 4/13/2012 | 98:24-25 | | | |
| Fiertek, Thomas | 4/13/2012 | 99:2-4 | | 99:5-6<br>99:9 - 100:2<br>100:17 - 101:3 | |
| Fiertek, Thomas | 4/13/2012 | 101:25-102:16 | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | 102:8-20 | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | 103:6-9 | FRE 402; FRE 403; FRE 602 | | |
| Fiertek, Thomas | 4/13/2012 | [103:11] | FRE 402; FRE 403; FRE 602 | 103:13-21 | |
| Fiertek, Thomas | 4/13/2012 | 103:22-23 | FRE 402; FRE 403; FRE 602 | | |
| Fiertek, Thomas | 4/13/2012 | [103:25] | FRE 402; FRE 403; FRE 602 | | |
| Fiertek, Thomas | 4/13/2012 | [104:2] | FRE 402; FRE 403; FRE 602 | | |
| Fiertek, Thomas | 4/13/2012 | [104:5] | FRE 402; FRE 403; FRE 602 | | |
| Fiertek, Thomas | 4/13/2012 | 104:7-14 | FRE 402; FRE 403 | 105:5-9<br>105:15 - 106:7 | |
| Fiertek, Thomas | 4/13/2012 | 107:12-14 | | | |
| Fiertek, Thomas | 4/13/2012 | 107:22-108:2 | | | |
| Fiertek, Thomas | 4/13/2012 | 108:10-16 | | 108:21-22<br>108:24 - 109:7 | |

| | | | | | |
|---|---|---|---|---|---|
| Fiertek, Thomas | 4/13/2012 | 109:9-23 | | | |
| Fiertek, Thomas | 4/13/2012 | 110:18-24 | | | |
| Fiertek, Thomas | 4/13/2012 | [112:2] | | | |
| Fiertek, Thomas | 4/13/2012 | [112:4] | | | |
| Fiertek, Thomas | 4/13/2012 | 112:6-14 | | | |
| Fiertek, Thomas | 4/13/2012 | [112:16] | | | |
| Fiertek, Thomas | 4/13/2012 | 112:18-20 | | | |
| Fiertek, Thomas | 4/13/2012 | 112:23-24 | | | |
| Fiertek, Thomas | 4/13/2012 | 113:12-19 | | | |
| Fiertek, Thomas | 4/13/2012 | [113:21] | | | |
| Fiertek, Thomas | 4/13/2012 | 113:23-114:2 | | 114:3-15 | |
| Fiertek, Thomas | 4/13/2012 | 115: 9-12 | | | |
| Fiertek, Thomas | 4/13/2012 | 116:23-117:5 | | | |
| Fiertek, Thomas | 4/13/2012 | 117: 21-22 | | | |
| Fiertek, Thomas | 4/13/2012 | 118:1-2 | | | |
| Fiertek, Thomas | 4/13/2012 | 118:4-7 | | 118:24-25 119:2-16 | |
| Fiertek, Thomas | 4/13/2012 | 120:10-12 | | | |
| Fiertek, Thomas | 4/13/2012 | 121:6-8 | | | |
| Fiertek, Thomas | 4/13/2012 | 121:10-23 | | 121:24 - 122:6 | |
| Fiertek, Thomas | 4/13/2012 | 123:2-6 | FRE 402; FRE 403 | [123:13] 123:16-21 | |
| Fiertek, Thomas | 4/13/2012 | 123:22-124:6 | FRE 402; FRE 403; Mischaracerizes testimony; mischaracterizes documet; assumes facts not in evidence | | |
| Fiertek, Thomas | 4/13/2012 | 124:13-24 | FRE 402; FRE 403; Mischaracerizes testimony; mischaracterizes documet; assumes facts not in evidence | | |
| Fiertek, Thomas | 4/13/2012 | 125:1-5 | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | 125:16-18 | FRE 402; FRE 403 | | |

Exhibit 1: Games Workshop Deposition Designations

| | | | | | |
|---|---|---|---|---|---|
| Fiertek, Thomas | 4/13/2012 | 126:4-8 | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | 126:17-127:6 | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | 127:9-11 | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | 127:14-15 | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | 127:20-22 | FRE 402; FRE 403 | 127:24 - 128:1 | |
| Fiertek, Thomas | 4/13/2012 | 128:8-15 | FRE 402; FRE 403 | 128:16-18<br>128:19-21<br>129:1-2<br>129:4-13<br>129:16 | |
| Fiertek, Thomas | 4/13/2012 | 132:15-17 | | | |
| Fiertek, Thomas | 4/13/2012 | 133:9-21 | | | |
| Fiertek, Thomas | 4/13/2012 | 134:19-20 | Lacks foundation | | |
| Fiertek, Thomas | 4/13/2012 | 134:22-23 | Lacks foundation | | |
| Fiertek, Thomas | 4/13/2012 | 134:25-135:5 | | | |
| Fiertek, Thomas | 4/13/2012 | 138:17-19 | | | |
| Fiertek, Thomas | 4/13/2012 | 139:7-11 | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | [139:13] | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | 139:15-18 | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | 140:2-8 | FRE 402; FRE 403 | 140:9-17<br>141:1-2<br>141:4-17 | |
| Fiertek, Thomas | 4/13/2012 | 142:4-9 | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | 142:12-20 | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | 146:4-5 | FRE 402; FRE 403; Vague and ambiguous; Incomplete Designation | 144:25 - 145:2<br>145:5<br>145:7<br>145:9-11<br>145:14 - 146:3 | |
| Fiertek, Thomas | 4/13/2012 | 146:7-8 | FRE 402; FRE 403; Vague and ambiguous; Incomplete Designation | | |
| Fiertek, Thomas | 4/13/2012 | 146:10-12 | | | |
| Fiertek, Thomas | 4/13/2012 | 147:8-12 | | | |
| Fiertek, Thomas | 4/13/2012 | 147:21-148:9 | | | |
| Fiertek, Thomas | 4/13/2012 | 148:13-18 | | | |

Exhibit 1: Games Workshop Deposition Designations

| | | | | | |
|---|---|---|---|---|---|
| Fiertek, Thomas | 4/13/2012 | 149:6-9 | FRE 402; FRE 403; Mischaracerizes testimony; mischaracterizes document | | |
| Fiertek, Thomas | 4/13/2012 | 149:12-20 | FRE 402; FRE 403; Mischaracerizes testimony; mischaracterizes document | | |
| Fiertek, Thomas | 4/13/2012 | 151:18-21 | FRE 402; FRE 403; FRE 602; Calls for speculation; Assumes facts not in evidence | 151:6-8 151:10-16 | |
| Fiertek, Thomas | 4/13/2012 | 151:24-152:10 | FRE 402; FRE 403; FRE 602; Calls for speculation; Assumes facts not in evidence | | |
| Fiertek, Thomas | 4/13/2012 | 152:22-153:3 | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | [153:5] | FRE 402; FRE 403 | 153:7-16 | |
| Fiertek, Thomas | 4/13/2012 | 153:21-22 | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | 153:24-154:5 | FRE 402; FRE 403 | 154:6-11 | |
| Fiertek, Thomas | 4/13/2012 | 154:18-20 | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | 154:22-24 | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | 155:6-7 | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | 155:12-24 | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | [156:1] | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | 156:3-6 | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | 156:15-16 | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | 156:18-20 | FRE 402; FRE 403 | 157:5-9 157:11-14 | |
| Fiertek, Thomas | 4/13/2012 | 158:4-6 | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | 158:19-22 | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | 158:25-159:2 | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | 159:4-5 | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | 159:7-10 | FRE 402; FRE 403 | | |

Exhibit 1: Games Workshop Deposition Designations

| | | | | | |
|---|---|---|---|---|---|
| Fiertek, Thomas | 4/13/2012 | 159:13-15 | FRE 402; FRE 403 | 160:19 - 161:3 | |
| Fiertek, Thomas | 4/13/2012 | 161:4-8 | FRE 402; FRE 403 | 161:9-10<br>161:12-14 | |
| Fiertek, Thomas | 4/13/2012 | 162:25-163:2 | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | 163:11-17 | FRE 402; FRE 403; FRE 602; Lacks foundation | | |
| Fiertek, Thomas | 4/13/2012 | 163:25-164:1 | FRE 402; FRE 403; FRE 602; Lacks foundation | 164:3-8<br>165:1-19 | |
| Fiertek, Thomas | 4/13/2012 | 165:20-24 | FRE 402; FRE 403 | | |
| Fiertek, Thomas | 4/13/2012 | 167:25-168:4 | FRE 402; FRE 403; FRE 602; FRE 701; FRE 702; Calls for speculation | 167:11-24 | |
| Fiertek, Thomas | 4/13/2012 | 168:7-17 | FRE 402; FRE 403; FRE 602; FRE 701; FRE 702; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | 5:9-12 | | 7:8-13 | |
| Traina, Wyatt | 3/15/2012 | 25:2-6 | | 25:10-13 | |
| Traina, Wyatt | 3/15/2012 | 25:17-24 | | | |
| Traina, Wyatt | 3/15/2012 | 26:12-13 | FRE 402; FRE 403; FRE 602 | | |
| Traina, Wyatt | 3/15/2012 | 26:16-17 | FRE 402; FRE 403; FRE 602 | | |
| Traina, Wyatt | 3/15/2012 | 26:24-27:5 | FRE 402; FRE 403; FRE 602; Mischaracterizes testimony | | |
| Traina, Wyatt | 3/15/2012 | 27:8-10 | FRE 402; FRE 403; FRE 602 | | |
| Traina, Wyatt | 3/15/2012 | 27:13-16 | FRE 402; FRE 403; FRE 602 | | |
| Traina, Wyatt | 3/15/2012 | 28:21-22 | | | |
| Traina, Wyatt | 3/15/2012 | 29:1-15 | | | |

| Traina, Wyatt | 3/15/2012 | 29:21-30:3 | | 30:7-16 | |
|---|---|---|---|---|---|
| Traina, Wyatt | 3/15/2012 | 37:10-17 | Incomplete Designation | 37:18-19 | |
| Traina, Wyatt | 3/15/2012 | 37:23-38:7 | | | |
| Traina, Wyatt | 3/15/2012 | 40:13-15 | FRE 402 | | |
| Traina, Wyatt | 3/15/2012 | 40:18-24 | FRE 402; FRE 403 | | |
| Traina, Wyatt | 3/15/2012 | 41:2-6 | FRE 402; FRE 403 | | |
| Traina, Wyatt | 3/15/2012 | 41:8-23 | FRE 402 | | |
| Traina, Wyatt | 3/15/2012 | 42:1-16 | FRE 402; Incomplete Designation | | |
| Traina, Wyatt | 3/15/2012 | 43:2-7 | FRE 402 | | |
| Traina, Wyatt | 3/15/2012 | 43:16-22 | FRE 402 | | |
| Traina, Wyatt | 3/15/2012 | 49:5-6 | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | 49:9-11 | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | 49:14-15 | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | 50:5-7 | | | |
| Traina, Wyatt | 3/15/2012 | 54:1-6 | | | |
| Traina, Wyatt | 3/15/2012 | 54:9-17 | | | |
| Traina, Wyatt | 3/15/2012 | 54:19-21 | FRE 402; FRE 403; FRE 602; FRE 701; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | [54:24] | FRE 402; FRE 403; FRE 602; FRE 701; Calls for speculation | 55:8-10 | |
| Traina, Wyatt | 3/15/2012 | 56:8-21 | | | |
| Traina, Wyatt | 3/15/2012 | 57:3-13 | | | |
| Traina, Wyatt | 3/15/2012 | 58:7-18 | | 58:4-6 | |
| Traina, Wyatt | 3/15/2012 | 58:20-23 | FRE 402; FRE 403; Assumes facts not in evidence; Lacks foundation | | |

| | | | | | |
|---|---|---|---|---|---|
| Traina, Wyatt | 3/15/2012 | [59:1] | FRE 402; FRE 403; Assumes facts not in evidence; Lacks foundation | 59:2-3<br>59:6-8<br>59:10-16<br>[59:19] | |
| Traina, Wyatt | 3/15/2012 | 59:20-23 | | 59:24 - 60:2 | |
| Traina, Wyatt | 3/15/2012 | 60:3-23 | | | |
| Traina, Wyatt | 3/15/2012 | 61:1-7 | | | |
| Traina, Wyatt | 3/15/2012 | 61:10-12 | | | |
| Traina, Wyatt | 3/15/2012 | 61:15-17 | | | |
| Traina, Wyatt | 3/15/2012 | 61:20-21 | | | |
| Traina, Wyatt | 3/15/2012 | 62:15-22 | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | 63:1-5 | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | 63:8-10 | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | 63:13-17 | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | [63:20] | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | 64:6-10 | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | 65:10-66:3 | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | 66:13-21 | FRE 402; FRE 403; FRE 602; Calls for speculation | | |

Exhibit 1: Games Workshop Deposition Designations

| | | | | | |
|---|---|---|---|---|---|
| Traina, Wyatt | 3/15/2012 | 66:24-67:6 | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | 67:8-10 | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | 67:13-14 | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | 70:5-7 | | | |
| Traina, Wyatt | 3/15/2012 | 70:10-15 | | | |
| Traina, Wyatt | 3/15/2012 | 70:19-24 | | | |
| Traina, Wyatt | 3/15/2012 | 72:7-73:2 | FRE 402; FRE 403 | | |
| Traina, Wyatt | 3/15/2012 | 73:10-17 | FRE 402; FRE 403 | | |
| Traina, Wyatt | 3/15/2012 | 73:22-23 | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | 74:1-3 | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | 74:10-22 | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | 76:13-77:3 | FRE 402; FRE 403 | | |
| Traina, Wyatt | 3/15/2012 | 77:6-17 | FRE 402; FRE 403 | | |
| Traina, Wyatt | 3/15/2012 | 77:20-24 | FRE 402; FRE 403 | | |
| Traina, Wyatt | 3/15/2012 | 78:3-7 | FRE 402; FRE 403 | | |
| Traina, Wyatt | 3/15/2012 | 78:22-24 | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | 79:3-6 | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | 87:7-15 | | | |
| Traina, Wyatt | 3/15/2012 | 87:18-21 | Incomplete Designation | 87:22 - 88:9 | |
| Traina, Wyatt | 3/15/2012 | 88:23-89:1 | | | |

Exhibit 1: Games Workshop Deposition Designations

| | | | | | |
|---|---|---|---|---|---|
| Traina, Wyatt | 3/15/2012 | 89:4-6 | | | |
| Traina, Wyatt | 3/15/2012 | 89:13-18 | FRE 402; FRE 403; Assumes facts not in evidence | | |
| Traina, Wyatt | 3/15/2012 | 89:22-90:6 | FRE 402; FRE 403; Assumes facts not in evidence | | |
| Traina, Wyatt | 3/15/2012 | 90:15-17 | FRE 402; FRE 403; Calls for speculation; calls for legal conclusion | | |
| Traina, Wyatt | 3/15/2012 | 90:20-24 | FRE 402; FRE 403; Calls for speculation; calls for legal conclusion | | |
| Traina, Wyatt | 3/15/2012 | 91:12-14 | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | 91:17-92:10 | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | [92:13] | FRE 402; FRE 403; FRE 602; Calls for speculation; Calls for legal conclusion | 92:14-20 | |
| Traina, Wyatt | 3/15/2012 | 93:12-17 | FRE 402; FRE 403; FRE 602; Calls for speculation; Calls for legal conclusion | 93:3-5 93:10-11 | |
| Traina, Wyatt | 3/15/2012 | 93:22-94:1 | FRE 402; FRE 403; FRE 602; Calls for speculation; Calls for legal conclusion | | |
| Traina, Wyatt | 3/15/2012 | 94:4-7 | FRE 402; FRE 403; FRE 602; Calls for speculation; Calls for legal conclusion | | |

Exhibit 1: Games Workshop Deposition Designations

| | | | | | |
|---|---|---|---|---|---|
| Traina, Wyatt | 3/15/2012 | 94:10-11 | FRE 402; FRE 403; FRE 602; Calls for speculation; Calls for legal conclusion | 94:12-15 | |
| Traina, Wyatt | 3/15/2012 | 94:16-20 | FRE 402; FRE 403; FRE 602; Calls for speculation; Calls for legal conclusion | | |
| Traina, Wyatt | 3/15/2012 | [94:23] | FRE 402; FRE 403; FRE 602; Calls for speculation; Calls for legal conclusion | | |
| Traina, Wyatt | 3/15/2012 | 98:5-8 | | | |
| Traina, Wyatt | 3/15/2012 | 98:15-100:2 | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | [100:5] | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | 101:17-20 | FRE 402; FRE 403 | | |
| Traina, Wyatt | 3/15/2012 | 101:23-24 | FRE 402; FRE 403 | | |
| Traina, Wyatt | 3/15/2012 | [102:14] | FRE 402; FRE 403 | | |
| Traina, Wyatt | 3/15/2012 | 102:17-20 | FRE 402; FRE 403 | | |
| Traina, Wyatt | 3/15/2012 | 102:23-103:11 | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | 103:14-16 | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | [103:24] | FRE 402; FRE 403 | | |
| Traina, Wyatt | 3/15/2012 | 104:1-2 | FRE 402; FRE 403 | | |
| Traina, Wyatt | 3/15/2012 | 104:5-7 | FRE 402; FRE 403 | | |
| Traina, Wyatt | 3/15/2012 | 104:10-14 | FRE 402; FRE 403; FRE 602; Calls for speculation | | |

Exhibit 1: Games Workshop Deposition Designations

| | | | | | |
|---|---|---|---|---|---|
| Traina, Wyatt | 3/15/2012 | 104:17-105:5 | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | [105:8] | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | 105:22-23 | | | |
| Traina, Wyatt | 3/15/2012 | 112:16-23 | | | |
| Traina, Wyatt | 3/15/2012 | 113:2-12 | | | |
| Traina, Wyatt | 3/15/2012 | 113:15-21 | | | |
| Traina, Wyatt | 3/15/2012 | 113:24-114:9 | | | |
| Traina, Wyatt | 3/15/2012 | [114:11] | | | |
| Traina, Wyatt | 3/15/2012 | 114:2-115:2 | | | |
| Traina, Wyatt | 3/15/2012 | 115:4-5 | | | |
| Traina, Wyatt | 3/15/2012 | 116:11-18 | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | 116:21-117:16 | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | 117:19-22 | FRE 402; FRE 403; FRE 602; Calls for speculation | | |
| Traina, Wyatt | 3/15/2012 | 126:4-127:4 | FRE 402; FRE 403 | | |
| Traina, Wyatt | 3/15/2012 | 130:5-7 | FRE 402; FRE 403; FRE 501 | | |
| Traina, Wyatt | 3/15/2012 | [130:14] | FRE 402; FRE 403; FRE 501 | | |
| Traina, Wyatt | 3/15/2012 | 131:11-13 | FRE 402; FRE 403; FRE 501 | | |

To the extent Chapterhouse has counter-designated testimony designated by Games Workshop that the Court rules is inadmissible, those counter-designations may be moot and may be withdrawn.