Exhibit 2: Chapterhouse Deposition Designations

All Objections are Subject to Games Workshop's Objections to the Underlying Deposition Notices

| Witness | Date | CHS Designations [page:line] | GW Objections to Designations | GW Counter-Designations | CHS Objections to Defendant's Counter-Designations |
|---|---|---|---|---|---|
| Blanche, John | 4/2/2012 | [5:9] - [5:12] | | | |
| Blanche, John | 4/2/2012 | [5:22] - [5:25] | | 7:12 - 21 | FRE 402; FRE 403 |
| Blanche, John | 4/2/2012 | [9:6] - [10:10] | | | |
| Blanche, John | 4/2/2012 | [11:7] - [11:14] | FRE 402/403 | | |
| Blanche, John | 4/2/2012 | [11:18] - [12:6] | | 12:7 - 13 | |
| Blanche, John | 4/2/2012 | [15:19] - [15:25] | FRE 402/403 | | |
| Blanche, John | 4/2/2012 | [16:6] - [16:17] | FRE 402/403 | | |
| Blanche, John | 4/2/2012 | [19:1] - [19:7] | | 18:23-25 | |
| Blanche, John | 4/2/2012 | [19:23] - [22:11] | FRE 402/403 | 19:15-22 | |
| Blanche, John | 4/2/2012 | [30:16] - [33:19] | FRE 402/403/602 | 33:20 - 34:8; 34:19-35:23; 35: 25 - 36:24 | Incomplete Designation (34:8-9), (35:23-24) |
| Blanche, John | 4/2/2012 | [44:5] - [45:6] | FRE 402/403/602 | 46:5-14 | FRE 402; FRE 403; FRE 602 |
| Blanche, John | 4/2/2012 | [48:9] - [48:22] | FRE 402/403/602 | | |
| Blanche, John | 4/2/2012 | [49:21] - [50:20] | FRE 402/403/602 | 50:21-51:1; 51:20; 52:24-53:23; 54:22-55:20; 56:17-57:20; 57:21-59:13 | Incomplete Designation (51:20); FRE 602 |
| Blanche, John | 4/2/2012 | [67:11] - [69:16] | FRE 402/403 | | |
| Blanche, John | 4/2/2012 | [69:19] - [77:7] | FRE 402/403/602 | 77:8-22 | |
| Blanche, John | 4/2/2012 | [78:7] - [84:12] | FRE 402/403/602 | 83:13-14; 84:22-24 | FRE 402; FRE 403 |
| Blanche, John | 4/2/2012 | [84:25] - [85:12] | FRE 402/403/602 | 85:13-21 | FRE 402; FRE 403 |
| Blanche, John | 4/2/2012 | [86:14] - [86:22] | FRE 402/403/602 | 86:23-876; 89:18-90:23; 95:6- 96:13; 97:3-18; 112:15-113:4 EXS 18 and 97 | FRE 402; FRE 403 |
| Blanche, John | 4/2/2012 | [119:11] - [119:22] | FRE 402/403/602 | 119:23-25 | |
| Blanche, John | 4/2/2012 | [120:7] - [124:7] | FRE 402/403 | 124: 8-23 | |
| Blanche, John | 4/2/2012 | [127:10] - [127:24] | FRE 402/403 | 126:13-127:9; 133:10-137:7 | FRE 402; FRE 403 |
| Casey, Sandra | 3/1/2012 | [6:2] - [6:4] | | | |
| Casey, Sandra | 3/1/2012 | [6:13] - [6:21] | | | |
| Casey, Sandra | 3/1/2012 | [12:22] - [13:1] | | | |
| Casey, Sandra | 3/1/2012 | [13:6] - [13:19] | | | |

Exhibit 2: Chapterhouse Deposition Designations

All Objections are Subject to Games Workshop's Objections to the Underlying Deposition Notices

| Witness | Date | CHS Designations [page:line] | GW Objections to Designations | GW Counter-Designations | CHS Objections to Defendant's Counter-Designations |
|---|---|---|---|---|---|
| Casey, Sandra | 3/1/2012 | [13:23] - [14:8] | | | |
| Casey, Sandra | 3/1/2012 | [18:2] - [18:4] | | | |
| Casey, Sandra | 3/1/2012 | [18:21] - [20:19] | | 23:5-24:9 | |
| Casey, Sandra | 3/1/2012 | [24:10] - [25:5] | | | |
| Casey, Sandra | 3/1/2012 | [25:6] - [25:10] | | 27:6-18; 33:3-18 | |
| Casey, Sandra | 3/1/2012 | [37:18] - [38:4] | FRE 402/403 | 38:5-22; 40:4-41:25 | |
| Casey, Sandra | 3/1/2012 | [42:10] - [42:12] | FRE 402/403 | | |
| Casey, Sandra | 3/1/2012 | [42:13] - [43:3] | | | |
| Casey, Sandra | 3/1/2012 | [43:9] - [43:15] | FRE 402/403 | 43:24-44:8 | |
| Casey, Sandra | 3/1/2012 | [45:19] - [46:12] | FRE 402/403/602 | | |
| Casey, Sandra | 3/1/2012 | [46:20] - [47:12] | FRE 402/403 | | |
| Casey, Sandra | 3/1/2012 | [47:16] - [47:25] | FRE 402/403/602 | | |
| Casey, Sandra | 3/1/2012 | [48:6] - [48:7] | FRE 402/403/602 | | |
| Casey, Sandra | 3/1/2012 | [48:12] - [50:6] | FRE 402/403/602 | | |
| Casey, Sandra | 3/1/2012 | [50:7] - [50:10] | FRE 402/403 | | |
| Casey, Sandra | 3/1/2012 | [50:14] - [50:18] | FRE 402/403/602 | 50:19-25 | |
| Casey, Sandra | 3/1/2012 | [51:1] - [51:3] | FRE 402/403/602 | | |
| Casey, Sandra | 3/1/2012 | [51:7] - [51:12] | FRE 402/403/602 | | |
| Casey, Sandra | 3/1/2012 | [51:13] - [51:15] | FRE 402/403/602 | | |
| Casey, Sandra | 3/1/2012 | [52:4] - [52:13] | FRE 402/403 | | |
| Casey, Sandra | 3/1/2012 | [55:19] - [55:21] | FRE 402/403 | | |
| Casey, Sandra | 3/1/2012 | [56:2] - [56:3] | FRE 402/403 | | |
| Casey, Sandra | 3/1/2012 | [58:4] - [58:19] | FRE 402/403 | | |
| Casey, Sandra | 3/1/2012 | [58:23] - [59:16] | FRE 402/403/602 | | |
| Casey, Sandra | 3/1/2012 | [59:17] - [59:20] | FRE 402/403 | | |
| Casey, Sandra | 3/1/2012 | [64:11] - [64:16] | | | |
| Casey, Sandra | 3/1/2012 | [64:18] - [65:1] | FRE 402/403/602 | | |
| Casey, Sandra | 3/1/2012 | [93:3] - [93:7] | FRE 402/403 | 93:8-13 | |
| Casey, Sandra | 3/1/2012 | [93:14] - [93:17] | FRE 402/403 | | |
| Casey, Sandra | 3/1/2012 | [113:21] - [114:10] | FRE 402/403 | 114:14-115:6 | |
| Casey, Sandra | 3/1/2012 | [115:7] - [115:16] | FRE 402/403 | | |
| Goodwin, Jeremy | 3/7/2012 | [6:17] - [6:19] | | | |
| Goodwin, Jeremy | 3/7/2012 | [7:1] - [7:4] | | | |

Exhibit 2: Chapterhouse Deposition Designations

All Objections are Subject to Games Workshop's Objections to the Underlying Deposition Notices

| Witness | Date | CHS Designations [page:line] | GW Objections to Designations | GW Counter-Designations | CHS Objections to Defendant's Counter-Designations |
|---|---|---|---|---|---|
| Goodwin, Jeremy | 3/7/2012 | [10:24] - [11:21] | | | |
| Goodwin, Jeremy | 3/7/2012 | [56:19] - [57:1] | FRE 402/403 | | |
| Goodwin, Jeremy | 3/7/2012 | [57:2] - [57:21] | FRE 402/403 | | |
| Goodwin, Jeremy | 3/7/2012 | [72:18] - [73:10] | FRE 402/403 | | |
| Goodwin, Jeremy | 3/7/2012 | [75:2] - [75:9] | FRE 402/403 | | |
| Goodwin, Jeremy | 3/7/2012 | [75:19] - [76:10] | FRE 402/403/602 | 76:11-16 | FRE 602; FRE 802 |
| Goodwin, Jeremy | 3/7/2012 | [80:15] - [80:24] | | | |
| Goodwin, Jeremy | 3/7/2012 | [81:13] - [81:25] | | 82:1-7 | |
| Goodwin, Jeremy | 3/7/2012 | [83:4] - [83:20] | FRE 402/403 | | |
| Goodwin, Jeremy | 3/7/2012 | [90:16] - [90:23] | FRE 402/403/802 | | |
| Goodwin, Jeremy | 3/7/2012 | [91:12] - [91:14] | FRE 402/403/802 | | |
| Goodwin, Jeremy | 3/7/2012 | [92:3] - [93:10] | FRE 402/403 | | |
| Goodwin, Jeremy | 3/7/2012 | [93:17] - [94:14] | FRE 402/403 | 94:15-22 | |
| Goodwin, Jeremy | 3/7/2012 | [97:12] - [99:3] | FRE 402/403/802 | | |
| Goodwin, Jeremy | 3/7/2012 | [99:11] - [99:19] | FRE 402/403 | 99:20-24 | |
| Goodwin, Jeremy | 3/7/2012 | [100:6] - [100:7] | | 100:12 - 17 | |
| Goodwin, Jeremy | 3/7/2012 | [100:18] - [101:4] | | | |
| Goodwin, Jeremy | 3/7/2012 | [101:5] - [101:16] | FRE 402/403 | | |
| Goodwin, Jeremy | 3/7/2012 | [102:2] - [102:9] | FRE 402/403 | 102:10-15 | |
| Goodwin, Jeremy | 3/7/2012 | [124:5] - [124:14] | | | |
| Goodwin, Jeremy | 3/7/2012 | [124:23] - [125:10] | FRE 402/403 | 125:11-12; 126:2-7; 128:9-13 | |
| Goodwin, Jeremy | 3/7/2012 | [128:19] - [129:2] | | | |
| Goodwin, Jeremy | 3/7/2012 | [129:3] - [129:20] | | | |
| Goodwin, Jeremy | 3/7/2012 | [130:1] - [130:13] | FRE 402/403 | | |
| Goodwin, Jeremy | 3/7/2012 | [130:14] - [130:22] | FRE 402/403 | 131:4-11 | |
| Goodwin, Jeremy | 3/7/2012 | [131:25] - [132:4] | FRE 402/403 | | |
| Goodwin, Jeremy | 3/7/2012 | [153:20] - [154:1] | FRE 402/403 | | |
| Hodgson, Neil | 3/5/2012 | [6:14] - [6:17] | | | |
| Hodgson, Neil | 3/5/2012 | [6:21] - [6:23] | | | |
| Hodgson, Neil | 3/5/2012 | [7:2] - [7:3] | | | |
| Hodgson, Neil | 3/5/2012 | [18:23] - [19:2] | FRE 402/403/602 | | |
| Hodgson, Neil | 3/5/2012 | [19:7] - [19:10] | FRE 402/403/602 | | |

Exhibit 2: Chapterhouse Deposition Designations

All Objections are Subject to Games Workshop's Objections to the Underlying Deposition Notices

| Witness | Date | CHS Designations [page:line] | GW Objections to Designations | GW Counter-Designations | CHS Objections to Defendant's Counter-Designations |
|---|---|---|---|---|---|
| Hodgson, Neil | 3/5/2012 | [19:15] - [19:24] | FRE 402/403/602 | | |
| Hodgson, Neil | 3/5/2012 | [23:18] - [24:2] | | | |
| Hodgson, Neil | 3/5/2012 | [29:9] - [29:20] | FRE 402/403 | | |
| Hodgson, Neil | 3/5/2012 | [29:24] - [29:25] | FRE 402/403 | | |
| Hodgson, Neil | 3/5/2012 | [30:2] - [30:7] | FRE 402/403 | | |
| Hodgson, Neil | 3/5/2012 | [30:12] - [30:17] | FRE 402/403 | | |
| Hodgson, Neil | 3/5/2012 | [30:18] - [31:2] | FRE 402/403 | | |
| Hodgson, Neil | 3/5/2012 | [38:15] - [39:25] | FRE 402/403 | 39:9-20 | |
| Hodgson, Neil | 3/5/2012 | [40:1] - [40:6] | FRE 402/403 | | |
| Hodgson, Neil | 3/5/2012 | [40:16] - [41:18] | FRE 402/403/602 | 41:19-43:13; 52:12-53:1; 56:13-25 | |
| Hodgson, Neil | 3/5/2012 | [67:8] - [67:21] | FRE 402/403 | | |
| Hodgson, Neil | 3/5/2012 | [67:23] - [69:4] | FRE 402/403 | | |
| Hodgson, Neil | 3/5/2012 | [69:11] - [70:13] | FRE 402/403 | | |
| Hodgson, Neil | 3/5/2012 | [70:15] - [70:24] | | | |
| Hodgson, Neil | 3/5/2012 | [70:25] - [71:4] | FRE 402/403 | | |
| Hodgson, Neil | 3/5/2012 | [71:5] - [71:9] | FRE 402/403 | | |
| Hodgson, Neil | 3/5/2012 | [71:12] - [71:19] | | | |
| Hodgson, Neil | 3/5/2012 | [73:6] - [73:15] | | | |
| Hodgson, Neil | 3/5/2012 | [73:18] - [73:24] | | 73:25-74:6 | |
| Hodgson, Neil | 3/5/2012 | [74:22] - [75:21] | FRE 402/403/602 | | |
| Hodgson, Neil | 3/5/2012 | [75:22] - [76:9] | FRE 402/403/602 | | |
| Hodgson, Neil | 3/5/2012 | [76:10] - [76:11] | FRE 402/403 | | |
| Hodgson, Neil | 3/5/2012 | [76:17] - [78:15] | FRE 402/403/602 | | |
| Hodgson, Neil | 3/5/2012 | [78:16] - [79:12] | FRE 402/403 | | |
| Hodgson, Neil | 3/5/2012 | [80:12] - [81:22] | FRE 402/403 | 82:2-14 | |
| Hodgson, Neil | 3/5/2012 | [83:23] - [84:6] | FRE 402/403 | | |
| Hodgson, Neil | 3/5/2012 | [84:15] - [85:10] | FRE 402/403 | 85:11-16 | |
| Hodgson, Neil | 3/5/2012 | [86:1] - [86:17] | FRE 402/403 | 86:18-21 | |
| Hodgson, Neil | 3/5/2012 | [86:22] - [86:24] | FRE 402/403/602 | 86:25-87:3 | |
| Hodgson, Neil | 3/5/2012 | [87:13] - [87:22] | FRE 402/403/602 | | |
| Hodgson, Neil | 3/5/2012 | [88:1] - [88:25] | FRE 402/403/602 | | |
| Hodgson, Neil | 3/5/2012 | [89:1] - [89:16] | FRE 402/403 | | |

Exhibit 2: Chapterhouse Deposition Designations

All Objections are Subject to Games Workshop's Objections to the Underlying Deposition Notices

| Witness | Date | CHS Designations [page:line] | GW Objections to Designations | GW Counter-Designations | CHS Objections to Defendant's Counter-Designations |
|---|---|---|---|---|---|
| Hodgson, Neil | 3/5/2012 | [90:9] - [90:24] | FRE 402/403 | | |
| Hodgson, Neil | 3/5/2012 | [91:10] - [91:12] | FRE 402/403 | 91:13-16 | |
| Hodgson, Neil | 3/5/2012 | [95:12] - [96:5] | FRE 402/403 | 96:6-9 | |
| Hodgson, Neil | 3/5/2012 | [97:6] - [97:11] | FRE 402/403 | | |
| Hodgson, Neil | 3/5/2012 | [98:20] - [98:25] | FRE 402/403 | 99:1-6 | |
| Hodgson, Neil | 3/5/2012 | [99:14] - [100:3] | FRE 402/403 | 100:4-16 | |
| Hodgson, Neil | 3/5/2012 | [110:5] - [111:18] | FRE 402/403 | | |
| Hodgson, Neil | 3/5/2012 | [111:19] - [112:24] | FRE 402/403 | 112:25-113:3 | |
| Hodgson, Neil | 3/5/2012 | [117:7] - [117:25] | FRE 402/403/602 | 116:24-117:6 | |
| Hodgson, Neil | 3/5/2012 | [118:8] - [118:19] | FRE 402/403/602 | 118:20-21 | |
| Hodgson, Neil | 3/5/2012 | [118:22] - [119:6] | FRE 402/403/602 | | |
| Hodgson, Neil | 3/5/2012 | [119:19] - [120:14] | FRE 402/403 | | |
| Hodgson, Neil | 3/5/2012 | [121:9] - [121:20] | FRE 402/403 | | |
| Hodgson, Neil | 3/5/2012 | [122:17] - [123:4] | FRE 402/403 | | |
| Hodgson, Neil | 3/5/2012 | [123:8] - [123:10] | FRE 402/403/602 | | |
| Jones, Andrew | 4/3/2012 | [7:5] - [7:8] | | | |
| Jones, Andrew | 4/3/2012 | [7:13] - [7:18] | | | |
| Jones, Andrew | 4/3/2012 | [11:14] - [11:20] | | | |
| Jones, Andrew | 4/3/2012 | [11:21] - [12:10] | | | |
| Jones, Andrew | 4/3/2012 | [12:21] - [13:6] | | | |
| Jones, Andrew | 4/3/2012 | [13:13] - [13:17] | | | |
| Jones, Andrew | 4/3/2012 | [13:18] - [13:21] | | | |
| Jones, Andrew | 4/3/2012 | [17:22] - [18:4] | | | |
| Jones, Andrew | 4/3/2012 | [20:8] - [20:24] | | | |
| Jones, Andrew | 4/3/2012 | [20:25] - [21:6] | FRE 402/403 | 21:7-24 | FRE 602 |
| Jones, Andrew | 4/3/2012 | [22:9] - [22:17] | FRE 402/403 | | |
| Jones, Andrew | 4/3/2012 | [23:1] - [23:17] | FRE 402/403 | | |
| Jones, Andrew | 4/3/2012 | [23:24] - [24:11] | FRE 402/403 | | |
| Jones, Andrew | 4/3/2012 | [24:12] - [25:25] | FRE 402/403 | | |
| Jones, Andrew | 4/3/2012 | [26:7] - [26:9] | FRE 402/403 | | |
| Jones, Andrew | 4/3/2012 | [26:13] - [26:18] | FRE 402/403 | | |
| Jones, Andrew | 4/3/2012 | [31:10] - [31:14] | FRE 402/403 | | |
| Jones, Andrew | 4/3/2012 | [31:17] - [31:20] | FRE 402/403 | | FRE 402; FRE 403 |

Exhibit 2: Chapterhouse Deposition Designations

All Objections are Subject to Games Workshop's Objections to the Underlying Deposition Notices

| Witness | Date | CHS Designations [page:line] | GW Objections to Designations | GW Counter-Designations | CHS Objections to Defendant's Counter-Designations |
|---|---|---|---|---|---|
| Jones, Andrew | 4/3/2012 | [35:14] - [35:20] | FRE 402/403 | | |
| Jones, Andrew | 4/3/2012 | [38:22] - [38:24] | | | |
| Jones, Andrew | 4/3/2012 | [39:6] - [40:6] | | | |
| Jones, Andrew | 4/3/2012 | [40:9] - [40:16] | | | |
| Jones, Andrew | 4/3/2012 | [40:20] - [41:4] | FRE 402/403 | | |
| Jones, Andrew | 4/3/2012 | [41:5] - [41:13] | FRE 402/403 | | |
| Jones, Andrew | 4/3/2012 | [60:20] - [61:10] | FRE 402/403 | | |
| Jones, Andrew | 4/3/2012 | [62:12] - [62:18] | FRE 402/403 | | |
| Jones, Andrew | 4/3/2012 | [63:3] - [63:16] | FRE 402/403 | 64:5 - 65:19 | FRE 602; FRE 701 |
| Merrett, Alan | 3/8/2012 | [6:14] - [6:17] | | | |
| Merrett, Alan | 3/8/2012 | [6:24] - [7:7] | | | |
| Merrett, Alan | 3/8/2012 | [14:11] - [14:15] | | | |
| Merrett, Alan | 3/8/2012 | [14:22] - [15:3] | | | |
| Merrett, Alan | 3/8/2012 | [15:12] - [15:15] | | | |
| Merrett, Alan | 3/8/2012 | [15:16] - [15:22] | | | |
| Merrett, Alan | 3/8/2012 | [17:17] - [17:23] | FRE 402/403 | | |
| Merrett, Alan | 3/8/2012 | [24:6] - [25:15] | | | |
| Merrett, Alan | 3/8/2012 | [51:17] - [51:19] | FRE 402/403 | 51:20-24; 52:19-53:14 | |
| Merrett, Alan | 3/8/2012 | [54:24] - [55:7] | FRE 402/403 | | |
| Merrett, Alan | 3/8/2012 | [55:10] - [55:14] | FRE 402/403 | | |
| Merrett, Alan | 3/8/2012 | [55:17] - [55:19] | FRE 402/403 | 57:16-19; 57: 21-23; 58:1-11 | FRE 402; FRE 403; FRE 602 |
| Merrett, Alan | 3/8/2012 | [59:11] - [60:1] | FRE 402/403 | 60:15-25 | |
| Merrett, Alan | 3/8/2012 | [61:1] - [61:13] | FRE 402/403 | | |
| Merrett, Alan | 3/8/2012 | [61:15] - [62:16] | FRE 402/403 | | |
| Merrett, Alan | 3/8/2012 | [62:24] - [63:15] | FRE 402/403 | | |
| Merrett, Alan | 3/8/2012 | [63:18] - [63:19] | FRE 402/403 | | |
| Merrett, Alan | 3/8/2012 | [63:23] - [65:15] | FRE 402/403/602 | | |
| Merrett, Alan | 3/8/2012 | [72:23] - [73:3] | FRE 402/403 | | |
| Merrett, Alan | 3/8/2012 | [199:10] - [199:19] | | | |
| Merrett, Alan | 3/8/2012 | [199:25] - [200:18] | | | |
| Merrett, Alan (update) | 4/3/2012 | [11:25] - [12:5] | | 12:6-11 | FRE 402; FRE 403; |
| Merrett, Alan (update) | 4/3/2012 | [13:10] - [13:25] | FRE 402/403 | | |

Exhibit 2: Chapterhouse Deposition Designations

All Objections are Subject to Games Workshop's Objections to the Underlying Deposition Notices

| Witness | Date | CHS Designations [page:line] | GW Objections to Designations | GW Counter-Designations | CHS Objections to Defendant's Counter-Designations |
|---|---|---|---|---|---|
| Merrett, Alan (update) | 4/3/2012 | [14:20] - [14:22] | FRE 402/403 | | |
| Merrett, Alan (update) | 4/3/2012 | [19:2] - [19:8] | | | |
| Merrett, Alan (update) | 4/3/2012 | [19:11] - [19:16] | | | |
| Merrett, Alan (update) | 4/3/2012 | [21:7] - [21:15] | | 21:16-24 | FRE 402; FRE 403; FRE 602; FRE 701; FRE 702 |
| Merrett, Alan (update) | 4/3/2012 | [21:25] - [22:5] | | | |
| Merrett, Alan (update) | 4/3/2012 | [24:13] - [24:25] | | | |
| Merrett, Alan (update) | 4/3/2012 | [25:8] - [25:11] | FRE 402/403 | | |
| Merrett, Alan (update) | 4/3/2012 | [25:12] - [25:17] | | | |
| Merrett, Alan (update) | 4/3/2012 | [25:18] - [26:16] | FRE 402/403 | 26:17-27:23 | FRE 701; FRE 702 |
| Merrett, Alan (update) | 4/3/2012 | [27:24] - [32:15] | | | |
| Merrett, Alan (update) | 4/3/2012 | [43:6] - [44:22] | FRE 402/403 | | |
| Stevenson, Gillian | 3/5/2012 | [12:7] - [12:10] | | | |
| Stevenson, Gillian | 3/5/2012 | [12:15] - [12:19] | | | |
| Stevenson, Gillian | 3/5/2012 | [17:11] - [18:6] | | | |
| Stevenson, Gillian | 3/5/2012 | [18:22] - [19:13] | | | |
| Stevenson, Gillian | 3/5/2012 | [19:14] - [19:25] | | | |
| Stevenson, Gillian | 3/5/2012 | [25:13] - [25:14] | | | |
| Stevenson, Gillian | 3/5/2012 | [25:15] - [26:16] | | | |
| Stevenson, Gillian | 3/5/2012 | [36:17] - [36:23] | FRE 402/403 | 36:24-37:1; 37:18-19 | |
| Stevenson, Gillian | 3/5/2012 | [37:18] - [38:3] | FRE 402/403 | 38:4-11; 38:22-39:12 | |
| Stevenson, Gillian | 3/5/2012 | [47:6] - [48:4] | FRE 402/403 | 49:18-21; 51:6-15; 52:4-16 | |
| Stevenson, Gillian | 3/5/2012 | [49:22] - [50:11] | FRE 402/403 | | |
| Stevenson, Gillian | 3/5/2012 | [66:14] - [67:18] | FRE 402/403 | | |
| Stevenson, Gillian | 3/9/2012 | [103:4] - [103:6] | | | |
| Stevenson, Gillian | 3/9/2012 | [103:9] - [103:21] | | | |
| Stevenson, Gillian | 3/9/2012 | [122:14] - [122:21] | | | |
| Stevenson, Gillian | 3/9/2012 | [123:3] - [123:10] | FRE 402/403 | | |
| Stevenson, Gillian | 3/9/2012 | [141:24] - [142:6] | | | |
| Stevenson, Gillian | 3/9/2012 | [142:7] - [142:14] | | 142:14-17 | FRE 402; FRE 403; FRE 602; FRE 701 |

Exhibit 2: Chapterhouse Deposition Designations

All Objections are Subject to Games Workshop's Objections to the Underlying Deposition Notices

| Witness | Date | CHS Designations [page:line] | GW Objections to Designations | GW Counter-Designations | CHS Objections to Defendant's Counter-Designations |
|---|---|---|---|---|---|
| Stevenson, Gillian | 3/9/2012 | [142:20] - [143:1] | | 143:14-144:18 | FRE 402; FRE 403; FRE 602; FRE 701; FRE 802 |
| Stevenson, Gillian | 3/9/2012 | [145:10] - [145:16] | | | |
| Stevenson, Gillian | 3/9/2012 | [145:19] - [145:21] | | | |
| Stevenson, Gillian | 3/9/2012 | [145:25] - [146:4] | | 146:5-12 | FRE 402; FRE 403; FRE 602; FRE 701; FRE 702; FRE 802 |
| Stevenson, Gillian | 3/9/2012 | [146:15] - [146:19] | | | |
| Stevenson, Gillian | 3/9/2012 | [146:21] - [147:3] | | 147:4-10 | FRE 402; FRE 403; FRE 602; FRE 701; FRE 702; FRE 802 |
| Stevenson, Gillian | 3/9/2012 | [147:15] - [147:18] | | | |
| Stevenson, Gillian | 3/9/2012 | [147:19] - [148:8] | | | |
| Stevenson, Gillian | 3/9/2012 | [148:10] - [148:13] | | | |
| Stevenson, Gillian | 3/9/2012 | [148:17] - [149:2] | | | |
| Stevenson, Gillian | 3/9/2012 | [149:5] - [149:8] | | 149:9-24 | FRE 402; FRE 403; FRE 602; FRE 701; FRE 702; FRE 802 |
| Stevenson, Gillian | 3/9/2012 | [150:2] - [150:14] | | | |
| Stevenson, Gillian | 3/9/2012 | [150:17] - [150:25] | | | |
| Stevenson, Gillian | 3/9/2012 | [151:1] - [151:8] | | | |
| Stevenson, Gillian | 3/9/2012 | [151:9] - [151:13] | | | |
| Stevenson, Gillian | 3/9/2012 | [151:16] - [152:1] | | | |
| Stevenson, Gillian | 3/9/2012 | [162:12] - [163:4] | FRE 402/403 | | |
| Stevenson, Gillian | 3/9/2012 | [172:20] - [174:12] | FRE 402/403/602 | | |
| Stevenson, Gillian | 3/9/2012 | [174:20] - [175:7] | FRE 402/403/602 | | |
| Stevenson, Gillian | 3/9/2012 | [175:9] - [175:16] | FRE 402/403/602 | | |
| Stevenson, Gillian | 3/9/2012 | [175:18] - [175:21] | FRE 402/403/602 | | |
| Stevenson, Gillian | 3/9/2012 | [175:25] | FRE 402/403/602 | | |
| Stevenson, Gillian | 3/9/2012 | [176:3] - [176:6] | FRE 402/403/602 | | |
| Stevenson, Gillian | 3/9/2012 | [178:16] - [178:19] | FRE 402/403/602 | | |
| Stevenson, Gillian | 3/9/2012 | [179:1] - [179:2] | FRE 402/403/602 | | |
| Stevenson, Gillian | 3/9/2012 | [179:5] - [179:9] | FRE 402/403/602 | | |
| Stevenson, Gillian | 3/9/2012 | [180:12] - [180:14] | FRE 402/403/602 | | |
| Stevenson, Gillian | 3/9/2012 | [180:19] | FRE 402/403/602 | | |
| Stevenson, Gillian | 3/9/2012 | [180:22] - [181:21] | FRE 402/403/602 | 181:24-182:14 | |

Exhibit 2: Chapterhouse Deposition Designations

All Objections are Subject to Games Workshop's Objections to the Underlying Deposition Notices

| Witness | Date | CHS Designations [page:line] | GW Objections to Designations | GW Counter-Designations | CHS Objections to Defendant's Counter-Designations |
|---|---|---|---|---|---|
| Stevenson, Gillian | 3/9/2012 | [182:15] - [182:25] | FRE 402/403/602 | 184:10-14 | FRE 402; FRE 403 |
| Stevenson, Gillian | 3/9/2012 | [184:16] - [184:22] | FRE 402/403/406 | | |
| Stevenson, Gillian | 3/9/2012 | [185:5] - [185:6] | FRE 402/403/406 | | |
| Stevenson, Gillian | 3/9/2012 | [189:23] - [189:25] | FRE 402/403/406 | | |
| Stevenson, Gillian | 3/9/2012 | [190:2] - [190:14] | FRE 402/403/406 | | |
| Stevenson, Gillian | 3/9/2012 | [198:21] - [198:23] | FRE 402/403/406 | | |
| Stevenson, Gillian | 3/9/2012 | [199:1] - [199:3] | FRE 402/403/406 | | |
| Stevenson, Gillian | 3/9/2012 | [199:6] - [199:11] | FRE 402/403/406 | | |
| Stevenson, Gillian | 3/9/2012 | [200:11] - [200:20] | FRE 402/403/406 | | |
| Stevenson, Gillian | 3/9/2012 | [200:23] - [201:6] | FRE 402/403/406 | | |
| Stevenson, Gillian | 3/9/2012 | [201:7] - [201:9] | FRE 402/403/406 | 201.11 | |
| Stevenson, Gillian | 3/9/2012 | [201:12] - [201:22] | FRE 402/403/406 | | |
| Stevenson, Gillian | 3/9/2012 | [203:19] - [204:5] | | | |