| Defendant Exhibit # | Document Description | Document Bates Range | Beginning Bates | End Bates | Games Workshop Objection |
|---|---|---|---|---|---|
| 1 | (Physical Exhibit) Entry 1 Eagle Thunder Hammer for Space Marine | | | | |
| 2 | (Physical Exhibit) Entry 2 Shoulder Pad w/ Shield & Studs for Space Marines | | | | |
| 3 | (Physical Exhibit) Entry 3 Skull or Chaplain Head Bit for Space Marines | | | | |
| 4 | (Physical Exhibit) Entry 4 Shoulder Pads for Blood Eagle - Tactical | | | | |
| 5 | (Physical Exhibit) Entry 5 Shoulder Pads for Blood Eagle - Terminator | | | | |
| 6 | (Physical Exhibit) Entry 6 Celestial Lions Left Arm Shoulder Pad Bit - Tactical | | | | |
| 7 | (Physical Exhibit) Entry 7 Celestial Lions Right Arm Shoulder Pad Bit – Tactical | | | | |
| 8 | (Physical Exhibit) Entry 8 Shoulder Pads for Deathwatch or Dark Angels - Tactical | | | | |
| 9 | (Physical Exhibit) Entry 9 Shoulder Pads for Deathwatch or Dark Angels - Terminator | | | | |
| 10 | (Physical Exhibit) Entry 10 Power Armour Pad for Exorcist | | | | |
| 11 | (Physical Exhibit) Entry 11 Terminator pad for Exorcist Space Marine | | | | |
| 12 | (Physical Exhibit) Entry 12 Sawblade Shoulder Pad & Jewel | | | | |
| 13 | (Physical Exhibit) Entry 13 Terminator Shoulder Pad for Flesh Tearers | | | | |
| 14 | (Physical Exhibit) Entry 14 Howling Griffon Shoulder Pads for Space Marines | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 15 | (Physical Exhibit) Entry 15 Shoulder Pads for Imperial Fist - Tactical Marines | | | | |
| 16 | (Physical Exhibit) Entry 16 Shoulder Pad for Imperial Fist - Terminator Marine | | | | |
| 17 | (Physical Exhibit) Entry 17 Shoulder Pads for Serpent or Iron Snakes - Tactical | | | | |
| 18 | (Physical Exhibit) Entry 18 Shoulder Pads for Serpent or Iron Snakes - Terminator | | | | |
| 19 | (Physical Exhibit) Entry 19 Shoulder Pad w/ Studs and Skull for Space Marine - Tactical | | | | |
| 20 | (Physical Exhibit) Entry 20 Shoulder Pad w/ Skull and Flames for Space Marines - Tactical | | | | |
| 21 | (Physical Exhibit) Entry 21 Shoulder Pad Star Fox / Luna Wolves Tactical | | | | |
| 22 | (Physical Exhibit) Entry 22 Shoulder Pad Star Fox / Luna Wolves Terminator | | | | |
| 23 | (Physical Exhibit) Entry 23 Shoulder Pads for Chalice or Soul Drinker - Tactical | | | | |
| 24 | (Physical Exhibit) Entry 24 Shoulder Pads for Chalice or Soul Drinker - Terminator | | | | |
| 25 | (Physical Exhibit) Entry 25 Dragon or Salamander Icon Shoulder Pad Bit - Tactical | | | | |
| 26 | (Physical Exhibit) Entry 26 Dragon or Salamander Icon Shoulder Pad - Terminator | | | | |
| 27 | (Physical Exhibit) Entry 27 Dragon or Salamander Power Fist | | | | |

Exhibit 4 - Chapterhouse Trial Exhibits

| | | | | |
|---|---|---|---|---|
| 28 | (Physical Exhibit) Entry 28 Dragon or Salamander Storm Shield Diamond Scales | | | | |
| 29 | (Physical Exhibit) Entry 29 Dragon or Salamander Storm Shield - Smooth no skull | | | | |
| 30 | (Physical Exhibit) Entry 30 Dragon or Salamander Storm Shield - Smooth w/ skull | | | | |
| 31 | (Physical Exhibit) Entry 31 Dragon or Salamander Thunder Hammer | | | | |
| 32 | (Physical Exhibit) Entry 32 Salamander, Alpha Legion or Dragon Conversion Kit for Land Raider | | | | |
| 33 | (Physical Exhibit) Entry 33 Vehicle Icons for Flesh Tearers | | | | |
| 34 | (Physical Exhibit) Entry 34 Combi Weapn Magnetic Kit | | | | |
| 35 | (Physical Exhibit) Entry 35 Farseer Jetbike Seer Council Kit | | | | |
| 36 | (Physical Exhibit) Entry 36 Warlock Jetbike Seer Council Kit | | | | |
| 37 | (Physical Exhibit) Entry 37 Conversion kit for Tyranid Tervigon | | | | |
| 38 | (Physical Exhibit) Entry 38 Lashwhips - Tyrant Size | | | | |
| 39 | (Physical Exhibit) Entry 39 Lashwhips - Warrior Size | | | | |
| 40 | (Physical Exhibit) Entry 40 Tyrant Bonesword Arms for Tyranids | | | | |
| 41 | (Physical Exhibit) Entry 41 Warrior Bonesword Arms for Tyranids | | | | |
| 42 | (Physical Exhibit) Entry 42 Xenomorph 28mm Head bits for Tyranids | | | | |
| 43 | (Physical Exhibit) Entry 43 Ymgarl Heads for Tyranid Genestealers - Set | | | | |

| | | | | |
|---|---|---|---|---|
| 44 | (Physical Exhibit) Entry 44 Female Heads - Imperial Guard 28mm | | | |
| 45 | (Physical Exhibit) Entry 45 SXV-141 Super-Heavy Assault Walker SAW | | | |
| 46 | (Physical Exhibit) Entry 46 Assault Shoulder Pad for Space Marine with number 7 | | | |
| 47 | (Physical Exhibit) Entry 47 Assault Shoulder Pad for Space Marine with number 8 | | | |
| 48 | (Physical Exhibit) Entry 48 Assault Squad Shoulder Pad for Space Marine - Plain | | | |
| 49 | (Physical Exhibit) Entry 49 Crested Pad for Space Marine | | | |
| 50 | (Physical Exhibit) Entry 50 Devastator Shoulder Pad for Space Marine - Plain | | | |
| 51 | (Physical Exhibit) Entry 51 Devastator Shoulder Pad for Space Marine with number 9 | | | |
| 52 | (Physical Exhibit) Entry 52 Devastator Shoulder Pad for Space Marine with number 10 | | | |
| 53 | (Physical Exhibit) Entry 53 First Squad or I Shoulder Pads - tactical | | | |
| 54 | (Physical Exhibit) Entry 54 Generic Power Armour Shoulder Pad for Space Marine - Plain | | | |
| 55 | (Physical Exhibit) Entry 55 Smooth Shoulder Pad for Space Marine - no raised areas | | | |
| 56 | (Physical Exhibit) Entry 56 Tactical Shoulder Pad for Space Marine | | | |
| 57 | (Physical Exhibit) Entry 57 Tactical Shoulder Pad for Space Marine with number 1 | | | |

| | | | | | |
|---|---|---|---|---|---|
| 58 | (Physical Exhibit) Entry 58 Tactical Shoulder Pad for Space Marine with number 2 | | | | |
| 59 | (Physical Exhibit) Entry 59 Tactical Shoulder Pad for Space Marine with Number 3 | | | | |
| 60 | (Physical Exhibit) Entry 60 Tactical Shoulder Pad for Space Marine with Number 4 | | | | |
| 61 | (Physical Exhibit) Entry 61 Tactical Shoulder Pad for Space Marine with number 5 | | | | |
| 62 | (Physical Exhibit) Entry 62 Tactical Shoulder Pad for Space Marine with number 6 | | | | |
| 63 | (Physical Exhibit) Entry 63 Salamanders or Dragon Drop Pod Armor or door panel | | | | |
| 64 | (Physical Exhibit) Entry 64 Salamander Dragon Skull Shoulder Pad Bit -Tactical | | | | |
| 65 | (Physical Exhibit) Entry 65 Salamander Dragon Skull Shoulder Pad - Terminator | | | | |
| 66 | (Physical Exhibit) Entry 66 Salamander Dragon Thunder Hammer - Smooth | | | | |
| 67 | (Physical Exhibit) Entry 67 Dragon Salamander Head Bit Space Marine | | | | |
| 68 | (Physical Exhibit) Entry 68 Banded Tech Power Armor Pad | | | | |
| 69 | (Physical Exhibit) Entry 69 Cog Shoulder Pad - Power Armor | | | | |
| 70 | (Physical Exhibit) Entry 70 Shield for Iron Hands | | | | |
| 71 | (Physical Exhibit) Entry 71 Shoulder Pad for Iron Hands Power Armor | | | | |
| 72 | (Physical Exhibit) Entry 72 Shoulder Pad for Iron Hands Terminator armor | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 73 | (Physical Exhibit) Entry 73 Banded Armor Terminator Pad | | | | |
| 74 | (Physical Exhibit) Entry 74 Banded Power Armour Shoulder Pads | | | | |
| 75 | (Physical Exhibit) Entry 75 Studded Rimmed Shoulder Pad MKV | | | | |
| 76 | (Physical Exhibit) Entry 76 Five (5) Heresy Era Jump Packs for Space Marines | | | | |
| 77 | (Physical Exhibit) Entry 77 Masked Heresy Heads for Space Marines | | | | |
| 78 | (Physical Exhibit) Entry 78 MK I Heresy Era for Space Marine "Thunder Armor" Shoulder Pad | | | | |
| 79 | (Physical Exhibit) Entry 79 Spikey Heresy Heads for Space Marines | | | | |
| 80 | (Physical Exhibit) Entry 80 Studded Power Armor Pad for MK 5 | | | | |
| 81 | (Physical Exhibit) Entry 81 Celtic Wolf Shield for Space Wolves | | | | |
| 82 | (Physical Exhibit) Entry 82 Rhino Conversion Kit for Space Wolves | | | | |
| 83 | (Physical Exhibit) Entry 83 Storm Combat Space Tech Shield for Wolves | | | | |
| 84 | (Physical Exhibit) Entry 84 Celtic Storm or Combat Shield | | | | |
| 85 | (Physical Exhibit) Entry 85 Generic Hammer 2 | | | | |
| 86 | (Physical Exhibit) Entry 86 Imperial or Eagle Storm Shield | | | | |
| 87 | (Physical Exhibit) Entry 87 "Heresy" Armoured Drop Pod Door | | | | |
| 88 | (Physical Exhibit) Entry 88Armoured Predator Armour Kit - side | | | | |
| 89 | (Physical Exhibit) Entry 89 Armoured Predator Kit - Centered | | | | |

| | | | | |
|---|---|---|---|---|
| 90 | (Physical Exhibit) Entry 90 Armoured Rhino for Space Marine Tank Door & Armor Kit | | | | |
| 91 | (Physical Exhibit) Entry 91 Brazier - Dragon / Serpent - 2 pieces | | | | |
| 92 | (Physical Exhibit) Entry 92 Brazier - Eagle - 2 pieces | | | | |
| 93 | (Physical Exhibit) Entry 93 Mark I Rhino Conversion Kit | | | | |
| 94 | (Physical Exhibit) Entry 94 Rhino Tank Conversion Kit for Space Marine Dragon or Salamander | | | | |
| 95 | (Physical Exhibit) Entry 95 Mycetic Spore for Tyranids | | | | |
| 96 | (Physical Exhibit) Entry 96 Pre-Heresy Scarab Shoulder Pads for Thousand Sons Marines - Term | | | | |
| 97 | (Physical Exhibit) Entry 97 Scarab Shoulder Pad for Thousand Sons - Power Armor | | | | |
| 98 | (Physical Exhibit) Entry 98 Starburst Shoulder Pad for Thousand Sons Marines - Power Armor | | | | |
| 99 | (Physical Exhibit) Entry 99 Shoulder Pad for Mantis Warriors Marines - Power Armor | | | | |
| 100 | (Physical Exhibit) Entry 100 Shoulder Pad for Mantis Warriors Marines - Terminator | | | | |
| 101 | (Physical Exhibit) Entry 101 Shoulder Pad for Blood Ravens Marines - Terminator | | | | |
| 102 | (Physical Exhibit) Entry 102 Shoulder Pad for Blood Ravens Marines - Power Armor | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 103 | (Physical Exhibit) Entry 103 Dragon or Salamander Variant Rhino Door Kit | | | | |
| 104 | (Physical Exhibit) Entry 104 Rhino Conversion #2 kit For Space Wolves | | | | |
| 105 | (Physical Exhibit) Entry 105 Rhino Conversion #2 kit For Space Wolves | | | | |
| 106 | (Physical Exhibit) Entry 106 Rhino Tank Conversion Kit for Iron Snakes | | | | |
| 107 | (Physical Exhibit) Entry 107 28mm Spartan Heads | | | | |
| 108 | (Physical Exhibit) Entry 108 Doomseer Iyanar Model | | | | |
| 109 | (Physical Exhibit) Entry 109 Rapid Response Wheeled Kit for Chimera | | | | |
| 110 | (Physical Exhibit) Entry 110 Hell Hounds | | | | |
| 111 | (Physical Exhibit) Entry 111 TRU-Scale Conversion Kit for Space Marine Storm Raven | | | | |
| 112 | (Physical Exhibit) Entry 112 Conversion Kits | | | | |
| 113 | (Physical Exhibit) Entry 113 Conversion Beamer Servo Harness Kit for Space Marine Model | | | | |
| 114 | (Physical Exhibit) Entry 114 Death Angel Doors for Space Marine Land Raider kit | | | | |
| 115 | (Physical Exhibit) Entry 115 SCAR & Sniper Rifle 28mm Pack  - 8 | | | | |
| 116 | (Physical Exhibit) Entry 116 SCAR Drum Magazine Autoguns Resin 28mm  6 | | | | |
| 117 | (Physical Exhibit) Entry 117 SCAR Lasguns Resin 28mm  - 6 | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 118 | (Physical Exhibit) Entry 118 SCAR Drum Magazine with Grenade Launchers Resin 28mm - 6 | | | | |
| 119 | (Physical Exhibit) Entry 119 Sniper Rifles Resin 28mm - 6 | | | | |
| 120 | (Physical Exhibit) Entry 120 Lava World Bases | | | | |
| 121 | (Physical Exhibit) Entry 121 Javelin Class Jet Bike | | | | |
| 122 | (Physical Exhibit) Entry 122 Death Angel Storm Shield | | | | |
| 123 | (Physical Exhibit) Entry 123 Armana'serq Warrior Priestes | | | | |
| 124 | (Physical Exhibit) Entry 124 Abbithan Banshees Guardswoman 28mm figures – 10 | | | | |
| 125 | n/a | | | | |
| 126 | (Physical Exhibit) Entry 126 TRU-Scale Knight Praetorius Concersion Kit - 6 | | | | |
| 127 | n/a | | | | |
| 128 | (Physical Exhibit) Entry 128 Hotshot Lasgun Pack | | | | |
| 129 | (Physical Exhibit) Entry 129 Iconoclast Conversion kit for Space Marine Land Raider | | | | |
| 130 | (Physical Exhibit) Entry 130 Magnetic Turret Kit for the Storm Raven | | | | |
| 131 | (Physical Exhibit) Entry 131 Magnetic Turret Kit for the Razorback | | | | |
| 132 | (Physical Exhibit) Entry 132 Open-Fisted Power Claws compatible with Games Workshop Space Marine model | | | | |
| 133 | (Physical Exhibit) Entry 133 Close-Fisted Power Claws compatible with Games Workshop Space Marine model | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 134 | (Physical Exhibit) Entry 134 Pilum Imperial Attack Jet Bike | | | | |
| 135 | (Physical Exhibit) Entry 135 Alternative Heads for Tau Crisis Suits - Set #1 | | | | |
| 136 | (Physical Exhibit) Entry 136 Alternative Heads for Tau Crisis Suits - Set #2 | | | | |
| 137 | (Physical Exhibit) Entry 137 Heresy-Era Shoulder Pads for Terminators Type E | | | | |
| 138 | (Physical Exhibit) Entry 138 Heresy-Era Shoulder Pads for Terminators Type D - 2 pads | | | | |
| 139 | (Physical Exhibit) Entry 139 Heresy-Era Shoulder Pads for Terminators Type B - 2 pads | | | | |
| 140 | (Physical Exhibit) Entry 140 Heresy-Era Shoulder Pads for Terminators Type C - 2 pads | | | | |
| 141 | (Physical Exhibit) Entry 141 Heresy-Era Shoulder Pads for Terminators Type A - 2 pads | | | | |
| 142 | (Physical Exhibit) Entry 142 TRU-Scale Knight Praetorius "Order of the Empress's Tears" Concersion Kit - 6 | | | | |
| 143 | (Physical Exhibit) Entry 143 TRU-Scale Knight Praetorius Conversion Kit - 6 | | | | |
| 144 | Group Exhibit - Product Binder (Pictures of Entries 1-143, Exhibit A Chart) (Amended Ex. 6 to Kearney Declaration in support of CHS MSJ) | | | | |
| 145 | Plaintiff's Responses to CHS's First Set of Interrogatories | | | | |
| 146 | Plaintiff's Amended Responses to Chapterhouse Studios' First Set of Interrogatories | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 147 | First Rev. Copyright Claim Chart (EXHIBIT A to Games Workshop Lld.'s Answer to Interrogatory No. I) | | | | |
| 148 | Second Rev. Copyright Claim Chart (EXHIBIT A to Games Workshop Lld.'s Answer to Interrogatory No. I) | | | | FRE402 for non-accused products |
| 149 | Plaintiff Games Workshop Studios LLC's Response to Interrogatories to Games Workshop Limited Set Two | | | | |
| 150 | Games Workshop Ltd.'s Supplemental Response to Chapterhouse Studios LLC's Interrogatories Set Three | | | | |
| 151 | Plaintiff Games Workshop Limited's Supplemental Response to Defendant Chapterhouse Studios LLC's Interrogatories Set Four | | | | |
| 152 | Plaintiff Games Workshop Limited's Second Supplemental Response to Defendant Chapterhouse Studios LLC's Interrogatories Set Four (Supplemental Response to Interrogatory 18) | | | | |
| 153 | Plaintiff Games Workshop Limited's Further Supplemental Response to Defendant Chapterhouse Studios LLC's Interrogatory 22 | | | | |
| 154 | Plaintiff Games Workshop Limited's Response to Defendant Chapterhouse Studios LLC's Interrogatories Sets Five and Six | | | | |
| 155 | Games Workshop Ltd.'s Response to Chapterhouse Studios LLC's First Set of Requests for Admissions | | | | |
| 156 | Games Workshop Ltd.'s Response to Chapterhouse Studios LLC's Second Set of Requests for Admission | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 157 | Plaintiff Games Workshop Limited's Response to Defendant Chapterhouse Studios LLC's Third Set of Requests for Admission | | | | |
| 158 | Games Workshop Ltd.'s Response to Chapterhouse Studios LLC's Fourth Set of Requests for Admissions | | | | |
| 159 | GW Topics for Deposition (Depo. Ex. 39) | | | | FRE 402/403 |
| 160 | Trademark/Service Mark Statement of Use (Depo. Ex.142) | | | | |
| 161 | Screenshot from www.miniatures-wargames.com (Exhibit 51 to Kearney Declaration in support of CHS MSJ) | | | | Exhibit not produced during discovery; FRE 402, 802, 901 |
| 162 | Home page of the Chapterhouse Studios website as it appeared on June 7, 2009 (Exhibit 52 to Kearney Declaration in support of CHS MSJ) | | | | |
| 163 | Home page of the Chapterhouse Studios website as it appeared on Aug. 5, 2011 (Exhibit 53 to Kearney Declaration in support of CHS MSJ) | | | | |
| 164 | Chapterhouse Financials Summary | CHS000017207-18 | CHS000017207 | CHS000017218 | |
| 165 | Email from talima.fox@games-workshop.co.uk, dated June 30, 2008 | GW0002528-29 | GW0002528 | GW0002529 | |
| 166 | Email from Legal (UK) to G. Stevenson re FW: Chapterhouse Tervigon Kit dated 9/27/10 | GW0005548 | GW0005548 | GW0005548 | |
| 167 | File Note re Email from Alan Richmond to GW Legal Dept | GW0005546 | GW0005546 | GW0005546 | |
| 168 | File Note re Email from Andreas Bergman to GW Legal Dept | GW0005547 | GW0005547 | GW0005547 | |
| 169 | File Note re Email from Vicky GW Legal Dept | GW0005550-51 | GW0005550 | GW0005551 | |
| 170 | File Note re Email from Iain Hicken to GW Legal Dept | GW0005554-55 | GW0005554 | GW0005555 | |

| | | | | | |
|---|---|---|---|---|---|
| 171 | File Note re Email from Iain Hicken to GW Legal Dept | GW0005559-60 | GW0005559 | GW0005560 | |
| 172 | File Note re Email re Chapterhouse Products to GW Legal Dept | GW0005556-58 | GW0005556 | GW0005558 | |
| 173 | File Note re Email from Iain Hicken to GW Legal Dept | GW0005561-62 | GW0005561 | GW0005562 | |
| 174 | Letter from Games Workshop to N. Villacci, Chapterhouse Studios re Infringement of Games Workshop Limited's Intellectual Property | GW0002572-75 | GW0002572 | GW0002575 | |
| 175 | Letter from J. Moskin to N. Villacci re Games Workshop Group PLC | GW0003339-90 | GW0003339 | GW0003390 | |
| 176 | Games Workshop - Legal - "What you can and can't do with Games Workshop's intellectual property" Screenshot (Stevenson Deposition Ex. 79) | | | | FRE 402/403 |
| 177 | Games Workshop - Legal - "Disclaimers and Trademark Lists" Screenshot (Stevenson Deposition Ex. 80) | | | | |
| 178 | Image depicting the back of Chapterhouse's actual "Power Armor Shoulder Pad for Space Marine" (Ex 1 to Kearney Declaration in support of CHS Opposition to GW MSJ) | | | | |
| 179 | Eldar Warlock with Witchblade | GW0004947 - GW0004948 | GW0004947 | GW0004948 | |
| 180 | Photo - Terminator Lightning Claws packaging | GW0005462 – GW0005463 | GW0005462 | GW0005463 | |
| 181 | Excerpts from "Collins Eyewitness Guides: Arms & Armour," | GW0006779-844 | GW0006779 | GW0006844 | FRE 402/403 |
| 182 | Pages from GW's website - GW Carnifex with Scything Talons (Ex. 28 to the Kearney Declaration in support of CHS Opposition to GW MSJ) | | | | |

| | | | | |
|---|---|---|---|---|
| 183 | Screenshot from the Oxford English Dictionary - "mycetic" (Ex. 30 to the Kearney Declaration in support of CHS Opposition to GW MSJ) | | | | Exhibit not produced during discovery; FRE 402/403, 901 |
| 184 | Cover and credits page from "Horus Heresy: The Collected Visions," | GW0001875 & GW0001882 | GW0001875 and GW0001882 | GW0001875 and GW0001882 | FRE 106 |
| 185 | Screenshot re Google Search Results re "22mm miniatures" on 9/19/12 (Exhibit 1 to the Kearney Declaration in support of CHS Reply re MSJ) | | | | Exhibit not produced during discovery; FRE 402/403, 901 |
| 186 | Screenshots from Various Websites of companies that sell war gaming miniature figures at 22mm scale (Exhibit 2 to the Kearney Declaration in support of CHS Reply re MSJ) | | | | Exhibit not produced during discovery; FRE 402/403, 901 |
| 187 | Chapterhouse Studios Webpage re "Non-Games Workshop Vehicle accessories for Space Wolf Players" | CHS00001258-59 | CHS00001258 | CHS00001259 | |
| 188 | Image of Chapterhouse "Power Armor Shoulder Pad for Space Marine" (Exhibit 11 to the Kearney Declaration in support of CHS Reply re MSJ) | | | | |
| 189 | Pages from GW's website re "Tyranid Carnifex" model (Exhibit 12 to the Kearney Declaration in support of CHS Reply re MSJ) | | | | |
| 190 | Games Workshop "Contact Us" Screenshot | GW0001875-84 | GW0001875 | GW0001884 | Incorrect Description/Bates Number; FRE 402/403 |
| 191 | Pages from "The Horus Heresy: Collection Visions" (Casey Deposition Ex. 3) | | | | FRE 106 |

| | | | | | |
|---|---|---|---|---|---|
| 192 | Games Workshop "Become an Independent Stockist" Screenshot (Casey Deposition Ex. 4) | | | | FRE 402/403 |
| 193 | Games Workshop Account Application (Casey Deposition Ex. 5) | | | | FRE 402/403 |
| 194 | "Games Workshop: An Untapped Resource for your Store" (Casey Deposition Ex. 6) | | | | FRE 402/403 |
| 195 | Games Workshop Home Page Screenshot (Casey Deposition Ex. 7) | | | | |
| 196 | Games Workshop Tyranid Tyrannofex/Tervigon Screenshot (Casey Deposition Ex. 8) | | | | |
| 197 | Tyranid Tyrannofex/Tervigon Delivery/Launch Screenshot (Casey Deposition Ex. 9) | | | | |
| 198 | Games Workshop Monthly Gaming Supplement & Citadel Miniatures Catalogue WD249 September | GW0001469-71; GW0001580-82 | GW0001469; GW0001580 | GW0001471; GW0001582 | |
| 199 | Games Workshop Monthly Hobby Magazine - July 2003 Isue (Casey Deposition Ex. 11) | | | | |
| 200 | Games Workshop "Ordering Direct " (Casey Deposition Ex. 12) | | | | |
| 201 | GW0005938 | GW0005938 | GW0005938 | GW0005938 | |
| 202 | Games Workshop - Citadel Hall of Fame - "Eldar Harlequin Shadowseer" Screenshot (Hodgson Deposition Ex. 21) | | | | FRE 402/403 |
| 203 | GW0001726-27 | GW0001726-27 | GW0001726 | GW0001727 | |
| 204 | GW0001618 | GW0001618 | GW0001618 | GW0001618 | |
| 205 | GW0001632 | GW0001632 | GW0001632 | GW0001632 | |
| 206 | "Warhammer 40,000: Read Me First!" | GW0002495-502 | GW0002495 | GW0002502 | |
| 207 | GW0001503 | GW0001503 | GW0001503 | GW0001503 | |
| 208 | GW0002415 | GW0002415 | GW0002415 | GW0002415 | |
| 209 | GW0001629 | GW0001629 | GW0001629 | GW0001629 | |

| | | | | | |
|---|---|---|---|---|---|
| *210* | GW0001600 | GW0001600 | GW0001600 | GW0001600 | |
| *211* | GW0001067 | GW0001067 | GW0001067 | GW0001067 | |
| *212* | GW0001153 | GW0001153 | GW0001153 | GW0001153 | |
| *213* | GW0002425 | GW0002425 | GW0002425 | GW0002425 | |
| *214* | GW0001169 | GW0001169 | GW0001169 | GW0001169 | |
| *215* | GW0001181 | GW0001181 | GW0001181 | GW0001181 | |
| *216* | GW0001288 | GW0001288 | GW0001288 | GW0001288 | |
| *217* | GW0001085 | GW0001085 | GW0001085 | GW0001085 | |
| *218* | The Tyranid Swarm | GW0001436 | GW0001436 | GW0001436 | |
| *219* | Games Workshop - "Tyranid Genestealer Brood" Screenshot | GW0002485 | GW0002485 | GW0002485 | |
| *220* | Games Workshop - "Sp-ace Marine Predator" Screenshot | GW0002386 | GW0002386 | GW0002386 | |
| *221* | Space Wolves Venerable Dreadnought and Classic Wolf Scouts Pictures | GW0002420 | GW0002420 | GW0002420 | |
| *222* | Games Workshop - "Eldar Farseer with Spear" Screenshot | GW0002447 | GW0002447 | GW0002447 | |
| *223* | Games Workshop - "Eldar Jetbike" Screenshot | GW0002448 | GW0002448 | GW0002448 | |
| *224* | Games Workshop - "Eldar Warlock with Witch Blade" Screenshot | GW0002451 | GW0002451 | GW0002451 | |
| *225* | Games Workshop - "Space Marine Terminator Squad" Screenshot | GW0002473-74 | GW0002473 | GW0002474 | |
| *226* | Games Workshop - "Terminator Lightning Claws" Screenshot | GW0002480-81 | GW0002480 | GW0002481 | |
| *227* | Games Workshop - "Thunder Hammer Conversion Pack" Screenshot | GW0002482 | GW0002482 | GW0002482 | |
| *228* | GW0004454-65 | GW0004454-65 | GW0004454 | GW0004465 | |
| *229* | Black Library - Authors - "Alan Merrett" Screenshot (Merrett Deposition Ex. 62) | | | | |
| *230* | Forge World - "Forge World Freelance/Design Studio Vacancies" (Merrett Deposition Ex. 63) | | | | FRE 402/403 |
| *231* | Games Workshop - Legal - "Submissions Policy" Screenshot (Merrett Deposition Ex. 64) | | | | FRE 402/403 |

| | | | | |
|---|---|---|---|---|
| 232 | Shop On-Line: www.games-workshop.com | GW0001581 | GW0001581 | GW0001581 | |
| 233 | Games Workshop Group Infastructure Charts | GW0000769-77 | GW0000769 | GW0000777 | |
| 234 | www.dawnofwargame.com Screenshots (Merrett Deposition Ex. 67) | | | | |
| 235 | Forge World - "Blood Ravens Transfer Sheet (Product Code: DE-ISM-A-012" | GW0002441 | GW0002441 | GW0002441 | |
| 236 | Ku Klux Klan Symbol and Screenshot (Exhibit 2 to 8/14/12 CHS Mot for Judicial Notice) | | | | Exhibit not produced during discovery; FRE 402, 802, 901 |
| 237 | Games Workshop - "Tactical Squad Shoulder Pads 2" Screenshot | GW0002478 | GW0002478 | GW0002478 | |
| 238 | Games Workshop - "Tyranid Carnifex" Screenshot | GW0002335-36 | GW0002335 | GW0002336 | |
| 239 | Games Workshop - "Tyranid Carnifex" Screenshot | GW0002483-84 | GW0002483 | GW0002484 | |
| 240 | Games Workshop - "Tyranid Hive Tyrant" Screenshot | GW0002486 | GW0002486 | GW0002486 | |
| 241 | Forces of the Tyranids - Tervigon | GW0001422 | GW0001422 | GW0001422 | |
| 242 | Merrett Deposition Exhibit 78 | | | | FRE 402/403 |
| 243 | Article, "Evolution of the Space Marine" from www.games-workshop.com (Blanche Deposition Ex. 48) | | | | FRE 802 |
| 244 | Dark Angels sketches | GW0003401-05 | GW0003401 | GW0003405 | |
| 245 | Article, "The Art of Warhammer 40,000" (Introduction by Blanche) | GW0001654; GW0001661-1662 | GW0001654; GW0001661 | GW0001654; GW0001662 | |
| 246 | Article, "The Illustrated Man" (Blanche Deposition Ex. 99) | | | | FRE 802 |
| 247 | Tears of Envy Blog Post re "John Blanche's desk!!!" (Blanche Deposition Ex. 100) | | | | FRE 402/403 |
| 248 | Games Workshop Group Infastructure Charts (Jones Deposition Ex. 66) | GW000769-77 | GW000769 | GW000777 | |

| | | | | | |
|---|---|---|---|---|---|
| 249 | Games Workshop Limited and Sabertooth Games Inc (2) Trademark and Copyright License | GW0005797-827 | GW0005797 | GW0005827 | |
| 250 | Games Workshop - "Battlefleet Gothic: Adeptus Mechanicus Battleship" Screenshot | GW0002322 | GW0002322 | GW0002322 | FRE 402/403 |
| 251 | Games Workshop - "Alpha Legion Shoulder Pads" Screenshot | GW0002326 | GW0002326 | GW0002326 | |
| 252 | Alpha Legion Land Raider Doors Spreadsheet | GW0004441 | GW0004441 | GW0004441 | |
| 253 | Photo - Alpha Legion Land Raider Doors | GW0004448 | GW0004448 | GW0004448 | |
| 254 | Photo - Blood Ravens Space Marine Transfer Sheet | GW0004506 | GW0004506 | GW0004506 | |
| 255 | Photo - Blood Ravens Space Marine Transfer Sheet (Color) | GW0004507 | GW0004507 | GW0004507 | |
| 256 | Photo - Warhammer 40,000 Space Marine Chaplain with Jump Pack | GW0005178-79 | GW0005178 | GW0005179 | |
| 257 | Stormraven Gunship packaging, assembly directions | GW0004829; GW0004839; GW0005248; GW0005258 | GW0004829; GW0004839; GW0005248; GW0005258 | GW0004829; GW0004839; GW0005248; GW0005258 | |
| 258 | Games Workshop - "Space Marine Devastator Squad" Screenshot | GW0002346 | GW0002346 | GW0002346 | |
| 259 | Wargear section of Codex | GW0002437 | GW0002437 | GW0002437 | |
| 260 | Photo - Tautransfer Sheet | GW0004878 | GW0004878 | GW0004878 | |
| 261 | Forge World - "MK V Heresy Armour" - Screenshot | GW0002358; GW0002384 | GW0002358; GW0002384 | GW0002358; GW0002384 | |
| 262 | GW2_30_Small_RTE; Games Workshop - "Eldar Jetbike" Screenshot; Games Workshop - "Elder Jetbike" Color Screenshot | GW0004580; GW0002350; GW0002448 | GW0004580; GW0002350; GW0002448 | GW0004580; GW0002350; GW0002448 | |
| 263 | Games Workshop - "Space Marine Chaplain with Jump Pack" Screenshot | GW0002340 | GW0002340 | GW0002340 | |
| 264 | Games Workshop - "Space Marine Jump Packs" Screenshot | GW0002371 | GW0002371 | GW0002371 | |

| | | | | |
|---|---|---|---|---|
| 265 | Games Workshop - "Space Marine Veteran with Lightning Claws" Screenshot | GW0002381 | GW0002381 | GW0002381 | |
| 266 | Forge World - "MK II Crusade Armour" - Screenshot | GW0002383 | GW0002383 | GW0002383 | |
| 267 | Games Workshop - "Space Marine Rhino" Screenshot | GW0002387 | GW0002387 | GW0002387 | |
| 268 | Forge World - "Black Templars Terminator Storm Shields" - Screenshot | GW0002396 | GW0002396 | GW0002396 | |
| 269 | A Black Library Publication - 2002 Copyright page | GW0000004 | GW0000004 | GW0000004 | |
| 270 | Games Workshop - "Codex: Black Templars" Screenshot | GW0002327 | GW0002327 | GW0002327 | |
| 271 | Games Workshop - "Black Templars Sword Brethren Squad" Screenshot | GW0002328 | GW0002328 | GW0002328 | |
| 272 | Games Workshop - "Blood Angels Battleforce" Screenshot | GW0002330 | GW0002330 | GW0002330 | |
| 273 | U.S. Patent and Trademark Office Patent No 3,751,267 "40,000" | GW0004389 | GW0004389 | GW0004389 | |
| 274 | U.S. Patent and Trademark Office Patent No 3,768,909 "40K" | GW0004395-96 | GW0004395 | GW0004396 | |
| 275 | Trademark/Service Mark Statement of Use No 77647332 | | | | Incomplete Description; Exhibit not produced in discovery |
| 276 | H.R. Giger - Necronom Image and Screenshot (Exhibit A to 9/6/12 CHS Mot for Judicial Notice) | | | | Exhibit not produced during discovery; FRE 402, 802, 901 |
| 277 | Games Workshop Design Studio Web | GW0004384 | GW0004384 | GW0004384 | |
| 278 | Cover - Warhammer 40,000 Dark Angel Codex | GW0000889 | GW0000889 | GW0000889 | |
| 279 | Article - "Ymgarl Genestealers" | GW0001431 | GW0001431 | GW0001431 | |
| 280 | Article - "Techmarine | GW0002434 | GW0002434 | GW0002434 | |
| 281 | GW0001949 | GW0001949 | GW0001949 | GW0001949 | |

| | | | | | |
|---|---|---|---|---|---|
| 282 | Games Workshop - Legal - "Games Workshop's IP Policy" Screenshot | GW0000778-80 | GW0000778 | GW0000780 | FRE 402403 |
| 283 | Games Workshop - Memphis Factory Store Finder Screenshot | | | | Incomplete Description; Exhibit not produced in discovery; FRE 402/403 |
| 284 | Games Workshop - "New High Elves out today; High Elves & Skaven minatures" Screenshot | | | | FRE 402/403 |
| 285 | References to William F. N. Brewster Expert Report | CHS00017724-910 | CHS00017724 | CHS00017910 | |
| 286 | References to William F. N. Brewster Supplemental Expert Report | CHS00017911-29 | CHS00017911 | CHS00017929 | |
| 287 | Decision of the UK Court of Appeal in *Lucasfilm Ltd. v. Ainsworth* (2010) (Ex. 10 to the Kearney Declaration in support of CHS MSJ) | | | | |
| 288 | White Dwarf Magazine Illustration 1988 (Exhibit A to Declaration of G. Chalk) | | | | FRE 402/403 |
| 289 | Signed letter from Alan Merrett to Gary Chalk (Exhibit B to Declaration of G. Chalk) | | | | FRE 402/403 |
| 290 | August 6, 2012 email from Gill Stevenson to Gary Chalk and attachments (Exhibit C to Declaration of G. Chalk) | | | | FRE 402/403 |
| 291 | Email from M. Earley to N. Villacci dated 12/5/08 Re: pads (with attachment) | CHS00002020-23 | CHS00002020 | CHS00002023 | FRE 802 |
| 292 | Email from M. Earley to N. Villacci dated 12/5/08 Re: pads (with attachment) | CHS00002028-30 | CHS00002028 | CHS00002030 | FRE 802 |
| 293 | Email from N. Villacci to T. Fiertek dated 2/10/09 FW: Shoulder Pads Mold (with attachment) | CHS00002065-70 | CHS00002065 | CHS00002070 | FRE 802 |

| | | | | |
|---|---|---|---|---|
| 294 | Email from N. Villacci to T. Fiertek dated 2/10/09 FW: Shoulder Pads Mold (with attachment) | CHS00002095-101 | CHS00002095 | CHS00002101 | FRE 802 |
| 295 | Email from N. Villacci to T. Fiertek dated 8/17/09 RE: FW: Pyriel, sent me to you to get some sketches done for some miniaccessories for 40k (with attachment) | CHS00002128-30 | CHS00002128 | CHS00002130 | FRE 802 |
| 296 | Email from rustynail456@aol.com to N. Villacci dated 6/23/09 Re: ChapterHouseStudios: shoulder pads (with attachment) | CHS00002147-49 | CHS00002147 | CHS00002149 | FRE 802 |
| 297 | Email from rustynail456@aol.com to N. Villacci dated 6/20/09 Re: ChapterHouseStudios: shoulder pads (with attachment) | CHS00002152-56 | CHS00002152 | CHS00002156 | FRE 802 |
| 298 | Nationalist Movement Symbol and Screenshot (Exhibit 1 to 8/14/12 CHS Mot for Judicial Notice) | | | | Exhibit not produced during discovery; FRE 402, 802, 901 |