**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br>Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

**DECLARATION OF JASON J. KEENER IN SUPPORT OF
PLAINTIFF'S OMNIBUS MOTION IN *LIMINE*__**

I, Jason J. Keener, hereby declare:

1. I am attorney at law and member in good standing of the State Bar of Illinois and am admitted in this action. I am an associate at Foley & Lardner LLP, counsel of record for Plaintiff, Games Workshop Limited ("Games Workshop"). I have personal knowledge of the facts set forth herein and, if called to testify, I could and would testify competently thereto.

2. Exhibit 1 is a true and correct copy of portions of Games Workshop's Second Set of Requests for Production.

3. Exhibit 2 is a true and correct copy of portions of Chapterhouse's Supplemental Response to Games Workshop's Second Set of Interrogatories.

4. Exhibit 3 is a true and correct copy of portions of Chapterhouse's Response to Games Workshop's Second Set of Requests for Production.

5. Exhibit 4 is a true and correct copy the Expert Report of Michael Bloch.

1

4827-9209-4225.2

6. Exhibit 5 is a true and correct copy of portions of the transcript for the deposition of Defendant's Expert, Lionel Bently.

7. Exhibit 6 is a true and correct copy of portions of the Lionel Bently's article for the Creators' Rights Alliance entitled "Between a Rock and a Hard Place: The Problems Facing Freelance Creators in the UK Media Market-place" dated June 29, 2009.

8. Exhibit 7 is a true and correct copy of portions of the book Intellectual Property Law, Third Edition, from Lionel Bently.

9. Exhibit 8 is a true and correct copy of the Expert Report of William F.N. Brewster.

10. Exhibit 9 is a true and correct copy of portions of Chapterhouse's Second Supplemental Response to Games Workshop's First Set of Interrogatories.

I hereby declare under penalty of perjury this 6th day of November, 2012, under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

  /s/ Jason J. Keener
Jason J. Keener