# EXHIBIT

# 1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>                                  Plaintiff,<br><br>        v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br><br>                                  Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

**GAMES WORKSHOP LTD.'S SECOND SET OF DOCUMENT REQUESTS TO
CHAPTERHOUSE STUDIOS LLC (NOS. 3-28)**

Plaintiff Games Workshop Limited ("Games Workshop"), by and through its counsel Foley & Lardner LLP, submits the following Requests for Production to be answered by Chapterhouse Studios LLC ("Chapterhouse"). Chapterhouse shall serve upon Games Workshop at the Chicago office of Foley & Lardner LLP sworn answers to the Requests for Production within thirty (30) days after the service hereof. These Requests for Production and the terms used herein shall be construed to require the fullest and most complete disclosure permitted by the Federal Rules of Civil Procedure.

**DEFINITIONS AND INSTRUCTIONS**

The Definitions and Instructions from Games Workshop's First Set of Document Requests are incorporated by reference herein. However, Games Workshop wishes to clarify that the definition of Chapterhouse, including its employees and agents, includes independent contractors and any documents or information in the possession of such individuals or entities.

1

# REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 3:**

Any and all documents or things in Chapterhouse's possession, custody or control, referring to Games Workshop.

**REQUEST FOR PRODUCTION NO. 4:**

Any and all documents or things in Chapterhouse's possession, custody or control, referring to WARHAMMER or WARHAMMER 40,000.

**REQUEST FOR PRODUCTION NO. 5:**

Any and all documents or things in Chapterhouse's possession, custody or control, setting forth or referring to any communications, contracts, or other dealings between or among Chapterhouse and any natural or corporate persons who have worked with or for Chapterhouse in creating or designing any of the Accused Works.

**REQUEST FOR PRODUCTION NO. 6:**

Any and all documents or things in Chapterhouse's possession, custody or control, setting forth or referring to any communications, contracts, or other dealings between or among Chapterhouse and any natural or corporate persons who have worked with or for Chapterhouse in producing or manufacturing any of the Accused Works.

**REQUEST FOR PRODUCTION NO. 7:**

Any and all documents or things in Chapterhouse's possession, custody or control, setting forth or referring to any communications, contracts, or other dealings between Chapterhouse and defendant Jon Paulson.

**REQUEST FOR PRODUCTION NO. 8:**

Any and all documents or things in Chapterhouse's possession, custody or control, setting forth any quality control standards used or employed by Chapterhouse or any natural or corporate persons who have worked with or for Chapterhouse in producing or manufacturing any of the Accused Works.

**REQUEST FOR PRODUCTION NO. 9:**

Separately for each of the Accused Works, any and all documents or things in Chapterhouse's possession, custody or control, setting forth or referring to any sources consulted, used, reviewed or relied on by Chapterhouse *other than* works of Games Workshop in creating each of the said Accused Works.

**REQUEST FOR PRODUCTION NO. 10:**

Separately for each of the Accused Works, any and all documents or things in Chapterhouse's possession, custody or control, setting forth or reflecting any mock-ups, drafts, drawing briefs or the like concerning the conception, development or creation of each of the said Accused Works.

**REQUEST FOR PRODUCTION NO. 11:**

Any and all documents or things in Chapterhouse's possession, custody or control, setting forth or referring to the methods, processes or business plans employed in selecting new products for development or inclusion in its product lines.

**REQUEST FOR PRODUCTION NO. 12:**

Any and all documents or things in Chapterhouse's possession, custody or control, setting forth or referring to any communications, contracts, or other dealings between Chapterhouse and Zac Soden or any natural or corporate person affiliated with him.

4830-7053-0060.1

**REQUEST FOR PRODUCTION NO. 13:**

Documents sufficient to demonstrate all of Chapterhouse's sales of each of the Accused Works from the date of first sale to the present.

**REQUEST FOR PRODUCTION NO. 14:**

Documents sufficient to identify any and all websites or other businesses or venues where any of the Accused Works has ever been offered for sale or sold**.**

**REQUEST FOR PRODUCTION NO. 15:**

Any and all documents or things in Chapterhouse's possession, custody or control, concerning any sales of Chapterhouse's products on eBay or in any other secondary market.

**REQUEST FOR PRODUCTION NO. 16:**

Any and all documents or things in Chapterhouse's possession, custody or control, showing any advertising or promotion of any or all of the Accused Works.

**REQUEST FOR PRODUCTION NO. 17:**

Documents sufficient to identify any and all websites or other businesses or venues where any of the Accused Works has ever been advertised or promoted**.**

**REQUEST FOR PRODUCTION NO. 18:**

Any and all documents or things in Chapterhouse's possession, custody or control, concerning the creation of the disclaimer of affiliation with Games Workshop that now appears at the bottom of the web pages at www.chapterhousestudios.com, including without limitation any changes thereto since the creation of the website and including without limitation any opinions of counsel concerning the same.

**REQUEST FOR PRODUCTION NO. 19:**

Any and all documents or things in Chapterhouse's possession, custody or control, concerning the creation of the banner that now appears at the top of the web pages at www.chapterhousestudios.com (reading "Chapterhouse Studios – Specializing in Custom Sculpts and Bits for Warhammer 40,000 and Fantasy"), including without limitation any earlier versions or drafts thereof or changes thereto since the creation of the website and including without limitation any opinions of counsel concerning the same.

**REQUEST FOR PRODUCTION NO. 20:**

Any and all documents or things in Chapterhouse's possession, custody or control, concerning any changes to defendant's website appearing at www.chapterhousestudios.com on or after December 22, 2010, including without limitations documents sufficient to show the changes, any draft versions thereof, instructions or considerations regarding the same and any opinions of counsel concerning the same..

**REQUEST FOR PRODUCTION NO. 21:**

Any and all documents concerning metrics for defendant's website www.chapterhousestudios.com, including but not limited to numbers of visits to the pages, numbers of unique visitors to the pages, referring URL's from the date of first use of the website to the present.

**REQUEST FOR PRODUCTION NO. 22:**

Any and all documents or things in Chapterhouse's possession, custody or control, concerning the selection of the product names, designations or identifying information for each of the Accused Works offered for sale by defendant.

**REQUEST FOR PRODUCTION NO. 23:**

Any and all documents or things in Chapterhouse's possession, custody or control, concerning the selection of the name Chapterhouse.

**REQUEST FOR PRODUCTION NO. 24:**

Any and all documents or things in Chapterhouse's possession, custody or control, concerning the nature of defendants customer base, including without limitation, age, income, sex, geographic distribution and the like).

**REQUEST FOR PRODUCTION NO. 25:**

Any and all documents or things in Chapterhouse's possession, custody or control, concerning consumer perceptions of Chapterhouse or any of its products.

**REQUEST FOR PRODUCTION NO. 26:**

Any and all documents or things in Chapterhouse's possession, custody or control, concerning any instances in which any consumer or potential consumer of any of Chapterhouse's products has mentioned or referred to Games Workshop, WARHAMMER or WARHAMMER 40,000 or expressed any confusion or question as to the association or affiliation between Chapterhouse or its products and Games Workshop and its products.

**REQUEST FOR PRODUCTION NO. 27:**

Any and all documents or things on which Chapterhouse consulted or relied in alleging each of the affirmative defenses asserted in its Answer to the Amended Complaint herein.

**REQUEST FOR PRODUCTION NO. 28:**

Any and all documents or things setting forth any Chapterhouse document retention policy.

Dated: May 27, 2011 Respectfully submitted,

By: _____
    Jonathan E. Moskin

    Scott R. Kaspar (Ill. Bar No. 6284921)
    Aaron J. Weinzierl (Ill. Bar No. 6294055)
    FOLEY & LARDNER LLP
    321 North Clark Street, Suite 2800
    Chicago, IL 60654-5313
    Telephone: 312.832.4500
    Facsimile: 312.832.4700
    Email: skaspar@foley.com; aweinzierl@foley.com

    Jonathan E. Moskin
    FOLEY & LARDNER LLP
    90 Park Avenue
    New York, New York 10016
    Telephone: (212) 682-7474
    Facsimile: (212) 687-3229
    Email: jmoskin@foley.com

*Attorneys for Plaintiff Games Workshop Limited*

## **CERTIFICATE OF SERVICE**

I, Jonathan E. Moskin, an attorney, hereby certify that on May 27, 2011, I caused a copy of the foregoing **GAMES WORKSHOP LTD.'S SECOND SET OF DOCUMENT REQUESTS TO CHAPTERHOUSE STUDIOS LLC (NOS. 3-28)** to be served on the interested parties by causing copies of this document to be served on the following *via* United States Mail in a sealed envelope with the postage prepaid and *via* electronic mail to the following:

> Jennifer A. Golinveaux, Esq.
> Thomas J. Kearney, Esq.
> J. Caleb Donaldson, Esq.
> Winston & Strawn LLP
> 101 California Street
> San Francisco, CA 94111
> jgolinveaux@winston.com
> tkearney@winston.com
> jcdonaldson@winston.com
>
> Catherine B. Diggins, Esq.
> Eric J. Mersmann, Esq.
> Winston & Strawn LLP
> 35 West Wacker Drive
> Chicago, IL 60601
> cdiggins@winston.com
> emersmann@winston.com
>
> and
>
> Ronald H. Spuhler
> Ronald A. DiCerbo
> Thomas J. Campbell Jr.
> MCANDREWS, HELD & MALLOY LTD.
> 500 W. Madison Street – 34th Floor
> Chicago, IL 60061

_____
Jonathan E. Moskin
