# EXHIBIT

# 9

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>  Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES,<br><br>  Defendants. | )<br>)<br>)<br>)<br>) Case No. 1:10-cv-08103<br>)<br>)<br>)<br>)<br>) Judge Matthew F. Kennelly<br>) |

**DEFENDANT CHAPTERHOUSE STUDIOS LLC'S SECOND SUPPLEMENTAL RESPONSE TO GAMES WORKSHOP LTD.'S FIRST SET OF INTERROGATORIES TO CHAPTERHOUSE STUDIOS LLC (NOS. 1-2)**

PROPOUNDING PARTY:    PLAINTIFF GAMES WORKSHOP LIMITED

RESPONDING PARTY:    DEFENDANT CHAPTERHOUSE STUDIOS LLC

SET:    ONE

Pursuant to Federal Rule of Civil Procedure 33, Defendant Chapterhouse Studios LLC ("Chapterhouse") hereby supplements its response to the first set of Interrogatories from Plaintiff Games Workshop Limited ("Games Workshop"), as follows:

## GENERAL OBJECTIONS:

Chapterhouse incorporates the following General Objections as if set forth fully in response to each interrogatory in Games Workshop's First Set of Interrogatories.

1.    These responses are made solely for the purposes of this litigation. Chapterhouse has not completed its investigation into the facts of this case. The responses are based solely on the documents and information presently available and specifically known to Chapterhouse. Chapterhouse therefore responds without prejudice to its right to supplement its responses.

burdensome, and seeking information outside the scope of permissible discovery. Chapterhouse further objects to this interrogatory insofar as it would purport to require Chapterhouse to determine what is a Games Workshop publication. Chapterhouse further objects to this interrogatory on the grounds and to the extent that it is duplicative of Games Workshop's Request for Production No. 1.

Notwithstanding and subject to its General and specific objections, Chapterhouse responds that it will make available for inspection documents and things responsive to Games Workshop's Request for Production No. 1.

**INTERROGATORY REQUEST NO. 2:**

Identify any and all sources consulted, used, reviewed or relied on by Chapterhouse in creating each of the Accused Works.

**RESPONSE TO INTERROGATORY NO. 2:**

In addition to its General Objections, Chapterhouse objects to this interrogatory as vague and ambiguous. Chapterhouse further objects to this interrogatory as unduly burdensome, oppressive, and seeking information outside the scope of discovery. Chapterhouse further objects specifically to the word "sources" as vague and ambiguous, and overbroad and unduly burdensome. Chapterhouse further objects to the string of participles "consulted, used, reviewed, or relied on" as vague and ambiguous, and overbroad and unduly burdensome.

**SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

In addition to its General Objections, Chapterhouse objects to this interrogatory as vague and ambiguous. Chapterhouse further objects to this interrogatory as unduly burdensome, oppressive, and seeking information outside the scope of discovery. Chapterhouse further objects specifically to the word "sources" as vague and ambiguous, and overbroad and unduly burdensome. Chapterhouse further objects to the string of participles "consulted, used, reviewed,

or relied on" as vague and ambiguous, and overbroad and unduly burdensome. This interrogatory appears to call for a comprehensive list of Chapterhouse's influences, but creative inspiration is not amenable to easy dissection.

Without waiving, and subject to, its General and specific objections, Chapterhouse responds that, regarding the works Chapterhouse creates, Chapterhouse draws inspiration in carrying degrees from many different disciplines and sources, including, but not limited to mythology, military history, fiction, film, videogames, physics, biology, gaming, and many other disciplines and areas of study and cultural expression. Chapterhouse notes that the Internet provides a wealth of informational and inspirational material for all creative endeavors, and that Chapterhouse performs Internet and other research when creating its products.

**SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 2:**

In addition to its General Objections, Chapterhouse objects to this interrogatory as vague and ambiguous. Chapterhouse further objects to this interrogatory as unduly burdensome, oppressive, and seeking information outside the scope of discovery. Chapterhouse further objects specifically to the word "sources" as vague and ambiguous, and overbroad and unduly burdensome. Chapterhouse further objects to the string of participles "consulted, used, reviewed, or relied on" as vague and ambiguous, and overbroad and unduly burdensome. This interrogatory appears to call for a comprehensive list of Chapterhouse's influences, but creative inspiration is not amenable to easy dissection.

Without waiving, and subject to, its General and specific objections, Chapterhouse responds that, regarding the works Chapterhouse creates, Chapterhouse draws inspiration in carrying degrees from many different disciplines and sources, including, but not limited to mythology, military history, fiction, film, videogames, physics, biology, gaming, and many other

disciplines and areas of study and cultural expression. Chapterhouse notes that the Internet provides a wealth of informational and inspirational material for all creative endeavors, and that Chapterhouse performs Internet and other research when creating its products.

Specifically, Chapterhouse responds that the Dungeons and Dragons hammer weapons provided inspiration for Chapterhouse's war hammers. The designs for the Celestial Lions were inspired by photographs submitted by a customer, one of a public sculpture with the head of a lion and the body of a fish, and the other of a lion in silhouette. Chapterhouse's products that look like circular-saw blades were based on actual circular saw blades. The snake on some of the Chapterhouse products was based on an image of classical Greek art. The Star Fox logo on some of Chapterhouse's products is based on a fan-created design. The lashwhips, boneswords, and the mycetic spore took inspiration from the art of HR Giger, in particular the art direction for the Alien movies. Chapterhouse consulted the tyranid codex for the Tervigon Conversion Kit. Chapterhouse's sculptor on the project also consulted Games Workshop's Carnifex model while developing the Tervigon conversion kit, to ensure proper fit and alignment of the kit with the Carnifex model. The dragon/salamander images Chapterhouse used came from Google Images searches on words like "dragon." Chapterhouse asked a concept artist to draw sketches of its wolf's head icon, and to adorn the icon with Nordic-style runes. The designs for the scarab and starburst shoulder pads were inspired by Egyptian art. Chapterhouse's mantis products began as a commission from a customer – the customer provided a photograph of a particular species of mantis, along with line drawings based on tracings from the photograph. Defendant reserves the right to further supplement this response as additional sources are recollected.

Dated: July 29, 2011                    Respectfully submitted,

                                        CHAPTERHOUSE STUDIOS LLC

                                        By: /s/ Thomas J. Kearney
                                        Jennifer Golinveaux (CA Bar No. 203056)
                                        J. Caleb Donaldson (CA Bar No. 257271)
                                        Thomas J. Kearney (CA Bar No. 267087)
                                        WINSTON & STRAWN LLP
                                        101 California Street
                                        San Francisco, CA 94111-5802
                                        Phone: (415) 591-1000
                                        Fax: (415) 591-1400
                                        jgolinveaux@winston.com
                                        jcdonaldson@winston.com
                                        tkearney@winston.com

                                        Eric Mersmann (IL Bar No. 6286859)
                                        Catherine B. Diggins (IL Bar No. 6296237)
                                        WINSTON & STRAWN LLP
                                        35 West Wacker Drive
                                        Chicago, IL 60601-1695
                                        Phone: (312) 558-5600
                                        Fax: (312) 558-5700
                                        emersmann@winston.com
                                        cdiggins@winston.com

## VERIFICATION

I, Nicholas Villacci, declare:

I am authorized to make this verification for and on behalf of Defendant Chapterhouse Studio LLC, and I make this verification for that reason. I have read the foregoing DEFENDANT CHAPTERHOUSE STUDIOS LLC'S FIRST SUPPLEMENTAL RESPONSE TO GAMES WORKSHOP LTD.'S FIRST SET OF INTERROGATORIES TO CHAPTERHOUSE STUDIOS LLC (NOS. 1-2) and know the contents thereof. On information and belief, the matters herein are true.

I declare under penalty of perjury that the foregoing is true and correct.

July 29, 2011

_____
Nicholas Villacci

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2011, I provided service to the person or persons listed below by the following means: First Class Mail.

Scott R. Kaspar
Aaron J. Weinzierl
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312.832.4500
Facsimile: 312.832.4700
Email: skaspar@foley.com
aweinzierl@foley.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
Email: jmoskin@foley.com

Signature: _____   Date: July 29, 2011
Name        Lisa Schuh

9

SF:315227.3