# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Games Workshop Limited
                             Plaintiff,

v.                                            Case No.: 1:10−cv−08103
                                                       Honorable Matthew F. Kennelly

Chapterhouse Studios LLC
                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 7, 2012:

      MINUTE entry before Honorable Matthew F. Kennelly: The Court anticipates ruling on the pending motions for summary judgment within the next 10–14 days. However, a recent development in the Court's trial schedule will necessitate a continuance of the trial date in this case to a date sometime after the first of the year. The case is set for a telephone status hearing on 11/15/2012 at 9:00 a.m. for the purpose of resetting the trial date. Plaintiff's counsel is to get defendant's counsel on the telephone and call chambers (312−435−5618) at that date and time. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.