**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:2010cv8103 |
|---|---|

GAMES WORKSHOP LIMITED
Plaintiff,
vs.
CHAPTERHOUSE STUDIOS LLC
Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

CHAPTERHOUSE STUDIOS LLC

| NAME (Type or print) |
|---|
| Sarah J. Kalemeris |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Sarah J. Kalemeris |
| FIRM |
| Marshall, Gerstein & Borun LLP |
| STREET ADDRESS |
| 233 South Wacker Drive |
| CITY/STATE/ZIP |
| Chicago, Illinois 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6303644 | 312-474-6300 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ☐ | ✔ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ☐ | ✔ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ☐ | ✔ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ☐ | ✔ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐