# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Games Workshop Limited
                           Plaintiff,

v.                                                               Case No.: 1:10–cv–08103
                                                              Honorable Matthew F. Kennelly

Chapterhouse Studios LLC
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 12, 2012:

      MINUTE entry before Honorable Matthew F. Kennelly: Telephone status hearing held on 12/12/12. Written discovery requests regarding new claims / products are to be served by 12/12/12. Responses to written discovery requests are to be served 25 days from the date of service as agreed. Documents responsive to written discovery requests are to be produced by no later then 1/11/13. Third party subpoenas to persons or entities now known in connection with new claims / products are to be served by 12/12/12. Plaintiff's amended claim chart is to be served by 1/11/13. Deadline for supplementation of prior discovery responses is 1/31/13. Rule 26(a)(2) disclosures regarding new claims / products are due by 2/1/13, and rebuttal Rule 26(a)(2) disclosures are due by 2/18/13. Expert discovery is to be completed by 2/25/13. Summary judgment motions regarding new claims / products are due by 3/4/13, responses are due 3/11/13, and replies are due 3/25/13. Final pretrial order, encompassing both previous and new claims / products, is due 3/29/13. Final pretrial conference is set for 4/10/13 at 3:30 PM. Motions in limine and responses are due per Judge Kennelly's pretrial procedures as posted on his web page. Trial on all claims / products remains set for 4/15/13 at 9:45 a.m. Telephone status hearing, to be initiated by counsel, is set for 2/5/13 at 8:45 AM. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.