IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:10-cv-08103 |
| v. | ) |
| | ) |
| CHAPTERHOUSE STUDIOS LLC and | ) |
| JON PAULSON d/b/a PAULSON GAMES, | ) Judge Matthew F. Kennelly |
| | ) |
| Defendants. | ) |

**DECLARATION OF BRYCE A. COOPER
IN SUPPORT OF CHAPTERHOUSE STUDIOS LLC'S MOTION FOR
RECONSIDERATION OF SUMMARY JUDGMENT ORDER AND SANCTIONS**

I, Bryce A. Cooper, declare as follows:

1. I am an associate with the law firm of Winston & Strawn LLP. I am a member in good standing of the Bar of this Court. I have personal knowledge of the facts set forth herein and if called to testify could and would do so competently.

2. On November 2, 2012 via telephone conference, counsel for CHS, Jennifer A. Golinveaux and myself, met and conferred with counsel for GW, Jonathan Moskin and Jason Keener to address the parties' contemplated motions in limine, in which GW's failure to produce correspondence with the Copyright Office was discussed. Moskin asked CHS to stipulate that GW need not obtain certified copies of its copyright registrations for trial. Golinveaux responded that CHS was reluctant to so stipulate in light of the fact that CHS had yet to receive any of GW's correspondence with the Copyright Office, despite requesting all such documents in discovery. Moskin expressed confusion over why CHS was interested in the correspondence. He also stated that GW only had limited correspondence with the Copyright Office, and described it as "ministerial" and non-substantive. After Golinveaux pointed out that GW

1

2

previously agreed to produce such correspondence, Moskin agreed that GW would produce the correspondence if it was the subject of a properly-served Request for Production from CHS during discovery.

I declare under the penalty of perjury that the foregoing is true and accurate.

Dated:  December 27, 2012                                              By: /s Bryce A. Cooper

## **CERTIFICATE OF SERVICE**

  I, Bryce A. Cooper, an attorney, hereby certify that on December 27, 2012, I caused to be filed electronically the foregoing DECLARATION OF BRYCE A. COOPER IN SUPPORT OF CHAPTERHOUSE STUDIOS LLC'S MOTION FOR RECONSIDERATION OF SUMMARY JUDGMENT ORDER AND SANCTIONS with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

                  /s/ Bryce A. Cooper