# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Games Workshop Limited

                        Plaintiff,

v.                                              Case No.: 1:10–cv–08103
                                                        Honorable Matthew F. Kennelly

Chapterhouse Studios LLC

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 28, 2012:

      MINUTE entry before Honorable Matthew F. Kennelly: Plaintiff is directed to respond to defendant's motion for reconsideration by no later than 1/4/13. No reply brief. The motion hearing date of 1/3/13 is vacated and reset to 1/8/13 at 9:30 AM. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.