# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Games Workshop Limited
                    Plaintiff,

v.                                              Case No.: 1:10–cv–08103
                                              Honorable Matthew F. Kennelly

Chapterhouse Studios LLC
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 8, 2013:

      MINUTE entry before Honorable Matthew F. Kennelly: Ruling on motion for reconsideration, [267] is reset to 1/14/2013 at 9:30 AM. Reply to motion is to be filed by 1/10/2013. Lead counsel is ordered to appear in person at the ruling. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.