IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,           ) | |
| ) | |
| Plaintiff,           ) | |
| ) | Case No. 1:10-cv-08103 |
| v.           ) | |
| ) | |
| CHAPTERHOUSE STUDIOS LLC and           ) | |
| JON PAULSON d/b/a PAULSON GAMES,           ) | Judge Matthew F. Kennelly |
| ) | |
| Defendants.           ) | |

**DECLARATION OF JENNIFER A. GOLINVEAUX IN SUPPORT OF DEFENDANT CHAPTERHOUSE STUDIOS LLC'S MOTION TO WITHDRAW MOTION FOR RECONSIDERATION PENDING FINAL DETERMINATION ON <u>REGISTRATION OR ABANDONMENT</u>**

I, Jennifer A. Golinveaux, declare as follows:

1. I am a partner with the law firm of Winston & Strawn LLP. I am a member in good standing of the Bar of this Court. I have personal knowledge of the facts set forth herein and if called to testify could and would do so competently.

2. Attached hereto as **Exhibit A** is a true and correct copy of correspondence between Games Workshop Limited ("GW") and the U.S. Copyright Office that GW produced on January 4, 2013, Bates labeled GW0011391-438.

3. GW has been vague about whether it has now compiled and produced *all* of its correspondence with the Copyright Office related to works-in-suit. After the Court appearance on January 7, 2013 I asked counsel for GW, Jason Keener, to confirm whether all correspondence had been produced. Keener responded that he would have to confer with lead trial counsel, Jonathan Moskin. GW has not further responded to CHS's request to confirm it has now produced all correspondence with the Copyright Office regarding the works-in-suit.

1

2

4.	A true and correct certified copy of the "Assault Squad Shoulder Pads" file from the Copyright Office is attached hereto as **Exhibit B**. This file contains several E-mails between GW's lead trial counsel, Jonathan Moskin, and the Copyright Office regarding GW's copyright application for that product. The Copyright Office responded to GW's "Assault Squad Shoulder Pads" copyright application on June 7, 2012—two months before summary judgment motions were filed in this case.

5.	Attached hereto as **Exhibit C** is a true and correct copy of Games Workshop Limited's ("GW") Second Revised Copyright Chart ("Second Rev. Claim Chart"), which it served on Chapterhouse Studios LLC ("CHS") on August 3, 2012.

6.	Attached hereto as **Exhibit D** is a true and correct copy of Games Workshop Limited's ("GW") Copyright Chart for the New Allegedly Infringed Products that were added in GW's Third Amended Complaint ("New Products Claim Chart"), and which it served on CHS on December 12, 2012.

I declare under the penalty of perjury that the foregoing is true and accurate.

Dated: January 10, 2013				By: /s Jennifer A. Golinveaux

## **CERTIFICATE OF SERVICE**

      I, Bryce A. Cooper, an attorney, hereby certify that on January 10, 2013, I caused to be filed electronically the foregoing DECLARATION OF JENNIFER A. GOLINVEAUX IN SUPPORT OF DEFENDANT CHAPTERHOUSE STUDIOS LLC'S MOTION TO WITHDRAW MOTION FOR RECONSIDERATION PENDING FINAL DETERMINATION ON REGISTRATION OR ABANDONMENT with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

                                                /s/ Bryce A. Cooper