# Exhibit A

## Moskin, Jonathan

| | |
|---|---|
| **From:** | Copyright Office [cop-ad@loc.gov] |
| **Sent:** | Thursday, September 27, 2012 2:29 PM |
| **To:** | Moskin, Jonathan |
| **Cc:** | msvr@loc.gov |
| **Subject:** | Copyright registration for SR 1-805783824, Codex: Black Templars |

Dear Mr. Moskin:

I am writing because the application states that this work was first published in December 31, 2005, but the submitted books is a revised 2009 edition (the title page states "Revised March 2009." With your authorization, I may amend the registration record.

When a work has been been revised from a previously published edition, the copyright claim is limited to the author's revisions and additions; the material published in the original edition is considered "preexisting" and is therefore excluded from the claim. In general, it is not possible to register more than one version of a published work on a single application.

Therefore, if you wish to register the revised version that we have received, please provide the year of completion for that version, and the month, day and year of publication, and authorize me to amend the registration record. I will describe the "Material Excluded" as "previous edition" and the new material as "additional and revised text, additional photographs and artwork," if corrrect.

Or, if the intent is to register the first edition published in 2005, then we will need a copy of that version. In this case, let me know and I will send you a Reply Sheet (shipping slip) with the mailing address and instructions.

If the situation is other than as discussed above, or if you have any questions, please explain in your reply and I will advise you further. In any case, please be sure to respond within 45 days of the date of this message. I would appreciate a reply by close of business Thursday, Oct. 4th, if only to let me know that you'll reply at more length later

Thanks,
Mary Svrjcek
Copyright Registration Specialist
U.S. Copyright Office
msvr@loc.gov/202-707-8266 [NOTE: I am currently telecommuting three days a week; if you wish to reach me by phone, I recommend calling on my days in the office, which are usually Wednesday and Thursday.]

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-DPRZH5]

GW0011391

## Moskin, Jonathan

| | |
|---|---|
| **From:** | Copyright Office [cop-ad@loc.gov] |
| **Sent:** | Thursday, September 27, 2012 2:18 PM |
| **To:** | Moskin, Jonathan |
| **Cc:** | msvr@loc.gov |
| **Subject:** | Copyright registration for SR 1-805783886, Codex: Tau Empire (Your tracking no. 099251-0102) |

**Attachments:** EmailReplySheet_1-DBQQTQ.pdf



EmailReplySheet_1-
DBQQTQ.pdf (...

Dear Mr. Moskin:

I am writing because the submitted book is a 2008 reprint of a work first published in the United Kingdom in 2005. Therefore, this message will be similar to the message I sent yesterday for the novel Soul Drinker (SR 1-805783516).

For works which were first published outside of the United States, there are two deposit options:

(1) a copy of the first published edition of the work; or

(2) the "best edition." If a "best edition" published in the United States is submitted, two copies are needed.

A paperback reprint of the novel does not meet the deposit requirement.

If you are able to provide a copy (or copies) based on one of the options above, please submit it for registration. I have included a Reply Sheet (shipping slip) with the mailing address and instruction. Print this out and enclose it in the package so that the mailroom will route the deposit material to the correct case file.

However, if the submitted 2008 reprint is the only edition that you could obtain, and if the copyrightable material in the reprint is identical to the first edition published in 2005, you may request "special relief" to use the submitted edition for registration. This request must be made in writing, but you may make it in your reply to this message. In the request, briefly explain why you cannot provide either a copy of the first published edition, or two copies of the "best" edition (for instance, no other editions can be located). Also confirm that the copyrightable material in the submitted reprint is identical to the material published in the first edition on December 31, 2005. I will forward your request for consideration.

Also, if the reprint edition is not identical to the first edition, explain the differences and I will advise you further.

If the situation is other than as discussed above, or if you have any questions, please let me know. In any case, please be sure to respond within 45 days of the date of this message, or the case file may be closed without further notice. I would appreciate a reply by close of business Thursday, Oct. 4th, if only to let me know that you'll reply at more length later

Thanks,
Mary Svrjcek
Copyright Registration Specialist
U.S. Copyright Office
Telephone: 202-707-8266/msvr@loc.gov
[NOTE: I am currently telecommuting three days a week; if you wish to reach me by phone, I recommend calling on my days in the office, which are usually Wednesday and Thursday.]

GW0011392

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-DPR4JV]

GW0011393

## Moskin, Jonathan

| | |
|---|---|
| From: | Copyright Office [cop-ad@loc.gov] |
| Sent: | Wednesday, September 26, 2012 6:47 PM |
| To: | Moskin, Jonathan |
| Cc: | msvr@loc.gov |
| Subject: | Copyright registration for SR 1-805783494, Warhammer 40,000 Compilation (Your tracking no.: 099251-0102) |

Dear Mr. Moskin:

I am writing because the application makes an unlimited claim in the text, artwork and photographs in this book, but it is a compilation of articles published in White Dwarf magazine. With your authorization, I may amend the registration record.

The back cover text explains that the book "is a collection of the best Warhammer 40,000 articles from White Dwarf magazine." When a work contains previously published material, this material is "preexisting" and is therefore excluded from the claim. Note that this applies even if the White Dwarf articles have not been registered in the copyright claim.

Therefore, the claim must be limited to the new copyrightable authorship created for the book, for instance, the "compilation," or the selection and arrangement of articles. There is no frontmatter or introductory text, although there is some text on the back cover. Also, if the cover artwork was created for this book, it may be included.

Please authorize me to amend the registration record. I will describe the preexisting "Material Excluded" as "previously published articles, and I will describe the new authorship as "compilation, editing, some additional text, cover artwork," if correct.

Finally, if the situation is other than as discussed above, or if you have any questions, please let me know. In any case, please be sure to respond within 45 days of the date of this message, or the case file may be closed without further notice. I would appreciate a reply by close of business Wednesday, Oct. 3rd, if only to let me know that you'll reply at more length later

Thanks,
Mary Svrjcek
Copyright Registration Specialist
U.S. Copyright Office
Telephone: 202-707-8266/msvr@loc.gov
[NOTE: I am currently telecommuting three days a week; if you wish to reach me by phone, I recommend calling on my days in the office, which are usually Wednesday and Thursday.]

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-DPJ799]

GW0011394

## Moskin, Jonathan

| | |
|---|---|
| From: | Copyright Office [cop-ad@loc.gov] |
| Sent: | Wednesday, September 26, 2012 6:17 PM |
| To: | Moskin, Jonathan |
| Cc: | msvr@loc.gov |
| Subject: | Copyright registration for SR 1-805783516, Soul Drinker (Your tracking no.) |

Attachments:    EmailReplySheet_1-DBQQJG.pdf



EmailReplySheet_1-
DBQQJG.pdf (...
                Dear Mr. Moskin:

I am writing because we have received a 2005 reprint of a novel  originally published in
the United Kingdom in 2002. Additionally, the "Author Created" entry includes
"photograph(s)," but it is unclear whether original photographs are included in the book.
With your authorization, I may amend the registration record.

First, for works which were first published outside of the United States, there are two
deposit options:

(1) a copy of the first published edition of the work; or

(2) the "best edition." If a "best edition" published in the United States is submitted,
two copies are needed.

A paperback reprint of the novel does not meet the deposit requirement.

If you are able to provide a copy (or copies) based on one of the options above, please
submit it for registration. I have included a Reply Sheet (shipping slip) with the
mailing address and instruction. Print this out and enclose it in the package so that the
mailroom will route the deposit material to the correct case file.

However, if the submitted reprint is the only edition that you could obtain, and if the
copyrightable material in the reprint is identical to the first published edition, you may
request "special relief" to use the submitted edition for registration. This request must
be made in writing, but you may make it in your reply to this message. In the request,
briefly explain why you cannot provide either a copy of the first published edition, or
two copies of the "best" edition (for instance, no other editions can be located). Also
confirm that the copyrightable material in the submitted reprint is identical to the
material published in the first edition on December 31, 2002.

If for some reason, the reprint edition is not identical to the first edition, explain the
differences and I will advise you further.

Then, I am unsure what the term "photograph(s) refers to. There are some reproductions of
books covers for other publications, but these may be scanned or electronic reproduced
images, rather than "photographed" images. Ordinarily, a photograph must show some
original expression (for instance, choice of camera angle, light and shadow, or contrast,
etc.) in order to be copyrightable.

If there are some original photographs in this edition of the book, please authorize me to
amend the registration record.
One possibility is that the claim does not include the underlying computer program, only
the text, images, compilation and editing. If this is correct, please authorize me to
remove "computer program" from the "Author Created" entry.

However, if the claim includes the computer program, we will need a printout of portions
of the code. If the printout is 50 pages or less, you may send this to me as an email
attachment: note that it cannot be a read-only file because I must save it and move it to

1

GW0011395

the secure storage files.

Or if you prefer to mail the printout, please let me know and I will send you a Reply Sheet which includes the mailing address and instructions.

Finally, if the situation is other than as discussed above, or if you have any questions, please let me know.  In any case, please be sure to respond within 45 days of the date of this message, or the case file may be closed without further notice.  I would appreciate a reply by close of business Wednesday, Oct. 3rd, if only to let me know that you'll reply at more length later

Thanks,
Mary Svrjcek
Copyright Registration Specialist
U.S. Copyright Office
Telephone: 202-707-8266/msvr@loc.gov
[NOTE: I am currently telecommuting three days a week; if you wish to reach me by phone, I recommend calling on my days in the office, which are usually Wednesday and Thursday.]

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-DPIS8X]

GW0011396

## Moskin, Jonathan

| | |
|---|---|
| **From:** | Moskin, Jonathan |
| **Sent:** | Friday, September 28, 2012 4:45 PM |
| **To:** | 'Sansom, Jacqueline'; cop-ad@loc.gov |
| **Subject:** | RE: 1-730829916 Codex: Chaos Space Marines |

Thank you for your patience. I have just returned to work and have in my hands a copy of the work Codex: Chaos Space Marines. I hope I can explain the date. The date of publication should be 2007. The deposit specimen itself states (on a credits page at the rear of the work, page 104) that it is a 2010 edition. That simply indicates it was reprinted in 2010. The work also states on the table of contents page (page 2) "© Games Workshop Lt 20) 0-2007." I have encountered this several times in connection with the numerous works we have registered in the last several months. The reason for this notation was the understanding of prior IP counsel at Games Workshop that it somehow broadened the scope of protection. Hence, every work during his tenure has the copyright notice covering the years 2000 to the date of actual first publication.

If you would like additional information concerning these dates or if you have any other questions, please let me know. I would be happy to comply

Sincerely

Jonathan Moskin
Partner
Foley & Lardner LLP
212-338-3572

---

**From:** Moskin, Jonathan
**Sent:** Monday, September 10, 2012 10:06 PM
**To:** 'Sansom, Jacqueline'
**Subject:** RE: 1-730829916 Codex: Chaos Space Marines

I had thought I had resolved with the Copyright Office all issues regarding the many applications we filed. Evidently I overlooked this matter. However, to answer your question, I need to consult the copy of the work, Codex Chaos Space Marines, which is in my office.

Unfortunately, I had surgery 12 days ago and am unable to travel to my office. If you can bear with me, I hope to be able to get to my office sometime next week. However, can you clarify if you also have questions regarding the separate work Codex: Space Marines?

In the meantime, I appreciate your forebearance and patience.

Thank you,

Jonathan Moskin

---

**From:** Sansom, Jacqueline [mailto:jsan@loc.gov]
**Sent:** Wednesday, September 05, 2012 7:33 AM
**To:** Moskin, Jonathan
**Subject:** 1-730829916 Codex: Chaos Space Marines

Mr. Moskin:

This is a duplicate email of a message sent through our new automated registration system because we are corresponding by email only and want to be sure you received our

GW0011397

11/5/2012

correspondence. If you received two emails, please respond to the first email containing the ID thread. If you did not receive an earlier email, please reply to this email.

We last spoke on June 8, 2012 and you requested more time to resolve the issue with this work and Codex: Space Marines.

The work has now gone into a no reply status and I am resending portions of the original email in hopes that we can proceed with registration.

The submitted copies appear to be revised versions of the works described on the applications. It is not clear which version of the works you wish to register. The copies we received contain various revision dates as well as multiple dates in the copyright notice.

Where a new work has been revised from a previously published version, the copyright claim is limited to the new copyrightable authorship that has been created for the revised version.

If you wish to register the revised versions submitted, please provide a brief descriptions of the author's contributions. Some appropriate descriptions of new authorship include "new text," "revised text," "some new illustrations," "additional photographs" or "compilation." ("Compilation," as used here, refers to an original selection or arrangement of terms, data or preexisting material.) Also provide the year in which the revised versions were completed and provide the month, day and year of publication. With your authorization, we will amend the registration record. We will describe the preexisting material as "previous version of work," and we will use your reply to describe the new authorship and to give the correct dates for the revised version.

If you wish to register the versions described on the original applications, please let us know and we will advise you on sending copies. We will still need a description of the new material.

If the facts are other than as discussed above, please explain in your reply and we will advise you accordingly.

Sincerely,
Jacqueline S. Sansom
Registration Specialist
Literary Division
U.S. Copyright Office
tel: (202) 707-6145

11/5/2012

GW0011398

## Moskin, Jonathan

| | |
|---|---|
| From: | Moskin, Jonathan |
| Sent: | Monday, September 03, 2012 3:54 PM |
| To: | Copyright Office |
| Subject: | RE: 1-732431780 Index Astartes II |

I must have overlooked this, as I answered a number of similar inquiries regarding other works of my client for which there were publication dates subsequent to the original date of publication. Here too, the 2003 date is simply a reprinting date.

Please let me know if you have any additional questions. Thank you for your patience

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Tuesday, August 21, 2012 2:11 PM
To: Moskin, Jonathan
Subject: 1-732431780 Index Astartes II

Dear Jonathan Moskin:

Dear Jonathan Moskin:

On May 22, 2012 we wrote to you to ask if the correct date of publication was given on your application. The date of publication listed on your application is November 30, 2002. A disclaimer statement on the masthead page of the copy gives a date of 2003.

We stated that if the date of publication is correctly stated on the application, please confirm. Otherwise tell us of the correct publication date and we will amend the registration record.

On June 8, 2012 you replied:

I believe that the 2003 date was simply a republication of the work; however, I am confirming the details with my client. Because of the Diamond Jubilee in England, the in-house counsel at the client is not in this week. I hope to have confirmation next week and hope we can have a little added time to complete the application process. Please feel free to call me if you have any questions in the interim.

Since we have not heard anything further from you, we are sending this email as a follow-up. Please let us know if you have received confirmation.

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

Sincerely,
Donna Clark
Supevisory Registration Specialist
Literary Division
202-707-8282

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

1

GW0011399

[THREAD ID:1-DFJ3QS]

GW0011400

# Moskin, Jonathan

| | |
|---|---|
| **From:** | Moskin, Jonathan |
| **Sent:** | Tuesday, June 26, 2012 6:20 PM |
| **To:** | Copyright Office |
| **Subject:** | RE: 1-732432188 Crimson Fists Shoulder Pads |

My understanding is that the 2010 copyright notice simply refers to the date of printing of this particular packaging, but that the artwork and sculpture were created in 1998 and first published in 1999 as specified. I hope this answers your question but please let me know. I have included a telephone number below if you wish to call. Obviously, I am mindful of the 20-day deadline you noted, which I believe expires tomorrow. I hope that if there any remaining questions we will extend the deadline.

Thank you

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Thursday, June 07, 2012 11:04 AM
To: Moskin, Jonathan
Subject: 1-732432188 Crimson Fists Shoulder Pads

Dear Jonathan Moskin:

I am examining this text, photograph(s), 2-D artwork, sculpture claim for Games Workshop. The application gives the year of completion as 1998, and the pub date as 5/31/1999. The copyright notice has 2010 on the packaging. Please clarfiy what is being registered on the 5/31/1999 date. Also, please describe the 2d artwork being registered.

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

Sincerely,
Robin Jones
Registration Specialist
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JK1]

1

GW0011401

## Moskin, Jonathan

| | |
|---|---|
| **From:** | Moskin, Jonathan |
| **Sent:** | Tuesday, June 26, 2012 6:20 PM |
| **To:** | Copyright Office |
| **Subject:** | RE: 1-732432188 Crimson Fists Shoulder Pads |

My understanding is that the 2010 copyright notice simply refers to the date of printing of this particular packaging, but that the artwork and sculpture were created in 1998 and first published in 1999 as specified. I hope this answers your question but please let me know. I have included a telephone number below if you wish to call. Obviously, I am mindful of the 20-day deadline you noted, which I believe expires tomorrow. I hope that if there any remaining questions we will extend the deadline.

Thank you

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Thursday, June 07, 2012 11:04 AM
To: Moskin, Jonathan
Subject: 1-732432188 Crimson Fists Shoulder Pads


Dear Jonathan Moskin:

I am examining this text, photograph(s), 2-D artwork, sculpture claim for Games Workshop. The application gives the year of completion as 1998, and the pub date as 5/31/1999. The copyright notice has 2010 on the packaging. Please clarfiy what is being registered on the 5/31/1999 date. Also, please describe the 2d artwork being registered.

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.




Sincerely,
Robin Jones
Registration Specialist
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JK1]

GW0011402

## Moskin, Jonathan

| | |
|---|---|
| **From:** | Moskin, Jonathan |
| **Sent:** | Tuesday, June 26, 2012 6:29 PM |
| **To:** | Copyright Office |
| **Subject:** | RE: 1-732432166 Assault Squad Shoulder Pads |

My understanding is that the 2010 copyright notice simply refers to the date of printing of this particular packaging, but that the artwork and sculpture were created and first published in 2000 as specified. I hope this answers your question about the dates but please let me know.

I would also propose speaking with you to discuss the questions you have regarding the sculptural elements. I have included a telephone number below if you wish to call. Obviously, I am mindful of the 20-day deadline you noted, which I believe expires tomorrow. I hope that while we address any remaining questions we can extend the deadline.

Thank you

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Thursday, June 07, 2012 11:30 AM
To: Moskin, Jonathan
Subject: 1-732432166 Assault Squad Shoulder Pads

Dear Jonathan Moskin:

I am examining this text, photograph(s), 2-D artwork, sculpture claim for Games Workshop. The application gives the year of completion as 2000, and the pub date as 9/30/2000. The copyright notice has 2010 on the packaging. Please clarfiy what is being registered on the 9/30/2000 date. I see what looks like graphics of the pads which we could register. Please confirm they are artwork and not photos.

Also, we cannot register the sculpture portion as it is too minimal. The text on this package appears to be the same as Crimson fist shoulder pads and cannot be registered again. Please allow permission to remove sculpture and text from the application.

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

Sincerely,
Robin Jones
Registration Specialist
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JUR]

1

GW0011403

## Moskin, Jonathan

| | |
|---|---|
| From: | Moskin, Jonathan |
| Sent: | Monday, June 25, 2012 5:51 PM |
| To: | Copyright Office |
| Subject: | RE: 1-731312616 Salamanders Land Raider Doors |

Following upon my prior email, this will confirm that should have been claimed is simply
sculptural/3-D artwork. Please let me know if you have any further questions.

Jonathan Moskin

-----Original Message-----
From: Moskin, Jonathan
Sent: Tuesday, June 12, 2012 3:29 PM
To: Copyright Office
Subject: RE: 1-731312616 Salamanders Land Raider Doors

I think you are correct that what should have been claimed is simply sculptural/3-D
artwork. I am just getting a copy of the specimen to confirm. In the meantime, I hope I
can have a few days to complete the response. If there is a number at which I can call
you, I would be grateful. Or please feel free to call me.

Thank you,

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Thursday, May 24, 2012 12:39 PM
To: Moskin, Jonathan
Subject: 1-731312616 Salamanders Land Raider Doors

Dear Jonathan Moskin:

I am contacting you concerning the above listed application to correct the authorship
statement. The application states the authorship as "text, photographs, 2-D artwork,
sculpture/3-D artwork" which is a problem for 2 reasons. There is not sufficient literary
content to allow the claim to copyright for "text." Copyright protection does not extend
to names, titles or short phrases; see also our circular 34 for details. Also, it is not
clear what authorship is claimed by listing "2-D artwork" since the copy consits of
photographs of the sculptural pieces. We can delete these elements if you authorize these
changes in your response to this email.

We can complete the processing of this application on the basis of original 3-artwork and
photographs of them, provided you authorize deleting reference to "text" and "2-D
artwork" when you respond to this email.

Please note that if we do not receive a response to this message within 20 days, we will
close this case without processing your registration or notifying you further, and forward
your deposit copy(ies) under the provisions of the current copyright law. The fee is not
refundable. If you re-apply for registration after the case is closed, you must send a
new application, copy and fee. The effective date of registration will be based on the
new submission.

Sincerely,
Larisa Pastuchiv
Senior Copyright Specialist
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within
the body of your response to expedite routing to the correct office.

GW0011404

[THREAD ID:1-CRD5NK]

GW0011405

**Moskin, Jonathan**

| | |
|---|---|
| From: | Moskin, Jonathan |
| Sent: | Monday, June 25, 2012 5:51 PM |
| To: | Copyright Office |
| Subject: | RE: 1-731312594 Space Marine Character Conversion Kit |

Following upon my prior email, this will confirm that should have been claimed is simply
sculptural/3-D artwork. Please let me know if you have any further questions.

Jonathan Moskin

-----Original Message-----
From: Moskin, Jonathan
Sent: Tuesday, June 12, 2012 3:28 PM
To: Copyright Office
Subject: RE: 1-731312594 Space Marine Character Conversion Kit

I think you are correct that what should have been claimed is simply sculptural/3-D
artwork. I am just getting a copy of the specimen to confirm. In the meantime, I hope I
can have a few days to complete the response. If there is a number at which I can call
you, I would be grateful. Or please feel free to call me.

Thank you,

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Thursday, May 24, 2012 2:28 PM
To: Moskin, Jonathan
Subject: 1-731312594 Space Marine Character Conversion Kit

Dear Jonathan Moskin:

I am contacting you concerning the above listed application to correct the authorship
statement. The application states the authorship as "text, photographs, 2-D artwork,
sculpture/3-D artwork" which is a problem for 2 reasons. There is not sufficient literary
content to allow the claim to copyright for "text." Copyright protection does not extend
to names, titles or short phrases; see also our circular 34 for details. Also, it is not
clear what authorship is claimed by listing "2-D artwork" since the copy consits of
photographs of the sculptural pieces. We can delete these elements if you authorize these
changes in your response to this email.

We can complete the processing of this application on the basis of original 3-artwork and
photographs of them, provided you authorize deleting reference to "text" and "2-D
artwork" when you respond to this email.

Please note that if we do not receive a response to this message within 20 days, we will
close this case without processing your registration or notifying you further, and forward
your deposit copy(ies) under the provisions of the current copyright law. The fee is not
refundable. If you re-apply for registration after the case is closed, you must send a
new application, copy and fee. The effective date of registration will be based on the
new submission.

Sincerely,
Larisa Pastuchiv
Senior Copyright Specialist
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within
the body of your response to expedite routing to the correct office.

1

GW0011406

[THREAD ID:1-CRE1B3]

GW0011407

**Moskin, Jonathan**

| | |
|---|---|
| **From:** | Moskin, Jonathan |
| **Sent:** | Monday, June 25, 2012 5:51 PM |
| **To:** | Copyright Office |
| **Subject:** | RE: 1-731312780 Space Wolves Door Set for Rhino |

Following upon my prior email, this will confirm that should have been claimed is simply sculptural/3-D artwork. Please let me know if you have any further questions.

Jonathan Moskin

-----Original Message-----
From: Moskin, Jonathan
Sent: Tuesday, June 12, 2012 3:28 PM
To: Copyright Office
Subject: RE: 1-731312780 Space Wolves Door Set for Rhino

I think you are correct that what should have been claimed is simply sculptural/3-D artwork. I am just getting a copy of the specimen to confirm. In the meantime, I hope I can have a few days to complete the response. If there is a number at which I can call you, I would be grateful. Or please feel free to call me.

Thank you,

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Thursday, May 24, 2012 2:30 PM
To: Moskin, Jonathan
Subject: 1-731312780 Space Wolves Door Set for Rhino


Dear Jonathan Moskin:

I am contacting you concerning the above listed application to correct the authorship statement. The application states the authorship as "text, photographs, 2-D artwork, sculpture/3-D artwork" which is a problem for 2 reasons. There is not sufficient literary content to allow the claim to copyright for "text." Copyright protection does not extend to names, titles or short phrases; see also our circular 34 for details. Also, it is not clear what authorship is claimed by listing "2-D artwork" since the copy consits of photographs of the sculptural pieces. We can delete these elements if you authorize these changes in your response to this email.

We can complete the processing of this application on the basis of original 3-artwork and photographs of them, provided you authorize deleting reference to "text" and "2-D artwork" when you respond to this email.

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

Sincerely,
Larisa Pastuchiv
Senior Copyright Specialist
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

1

[THREAD ID:1-CRE1B9]

GW0011409

**Moskin, Jonathan**

| | |
|---|---|
| From: | Moskin, Jonathan |
| Sent: | Monday, June 25, 2012 5:50 PM |
| To: | Copyright Office |
| Subject: | RE: 1-731312340 Contemptor Heavy Conversion Beamer |

Following upon my prior email, this will confirm that should have been claimed is simply sculptural/3-D artwork. Please let me know if you have any further questions.

Jonathan Moskin

-----Original Message-----
From: Moskin, Jonathan
Sent: Tuesday, June 12, 2012 3:29 PM
To: Copyright Office
Subject: RE: 1-731312340 Contemptor Heavy Conversion Beamer

I think you are correct that what should have been claimed is simply sculptural/3-D artwork. I am just getting a copy of the specimen to confirm. In the meantime, I hope I can have a few days to complete the response. If there is a number at which I can call you, I would be grateful. Or please feel free to call me.

Thank you,

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Thursday, May 24, 2012 12:36 PM
To: Moskin, Jonathan
Subject: 1-731312340 Contemptor Heavy Conversion Beamer

Dear Jonathan Moskin:

I am contacting you concerning the above listed application to correct the authorship statement. The application states the authorship as "text, photographs, 2-D artwork, sculpture/3-D artwork" which is a problem for 2 reasons. There is not sufficient literary content to allow the claim to copyright for "text." Copyright protection does not extend to names, titles or short phrases; see also our circular 34 for details. Also, it is not clear what authorship is claimed by listing "2-D artwork" since the copy consits of photographs of the sculptural pieces. We can delete these elements if you authorize these changes in your response to this email.

We can complete the processing of this application on the basis of original 3-artwork and photographs of them, provided you authorize deleting reference to "text" and "2-D artwork" when you respond to this email.

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

Sincerely,
Larisa Pastuchiv
Senior Copyright Specialist
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

1

GW0011410

[THREAD ID:1-CRD5NE]

GW0011411

## Moskin, Jonathan

| | |
|---|---|
| From: | Moskin, Jonathan |
| Sent: | Tuesday, June 12, 2012 3:30 PM |
| To: | Copyright Office |
| Subject: | RE: 1-731312572 Mark V Heresy Armour |

I think you are correct that what should have been claimed is simply sculptural/3-D
artwork. I am just getting a copy of the specimen to confirm. In the meantime, I hope I
can have a few days to complete the response. If there is a number at which I can call
you, I would be grateful. Or please feel free to call me.

Thank you,

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Thursday, May 24, 2012 12:33 PM
To: Moskin, Jonathan
Subject: 1-731312572 Mark V Heresy Armour


Dear Jonathan Moskin:

I am contacting you concerning the above listed application to correct the authorship
statement. The application states the authorship as "text, photographs, 2-D artwork,
sculpture/3-D artwork" which is a problem for 2 reasons. There is not sufficient literary
content to allow the claim to copyright for "text." Copyright protection does not extend
to names, titles or short phrases; see also our circular 34 for details. Also, it is not
clear what authorship is claimed by listing "2-D artwork" since the copy consits of
photographs of the sculptural pieces. We can delete these elements if you authorize these
changes in your response to this email.

We can complete the processing of this application on the basis of original 3-artwork and
photographs of them, provided you authorize deleting reference to "text" and "2-D
artwork" when you respond to this email.

Please note that if we do not receive a response to this message within 20 days, we will
close this case without processing your registration or notifying you further, and forward
your deposit copy(ies) under the provisions of the current copyright law. The fee is not
refundable. If you re-apply for registration after the case is closed, you must send a
new application, copy and fee. The effective date of registration will be based on the
new submission.

Sincerely,
Larisa Pastuchiv
Senior Copyright Specialist
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within
the body of your response to expedite routing to the correct office.

[THREAD ID:1-CRCOXK]

GW0011412

## Moskin, Jonathan

| | |
|---|---|
| **From:** | Moskin, Jonathan |
| **Sent:** | Tuesday, June 12, 2012 3:29 PM |
| **To:** | Copyright Office |
| **Subject:** | RE: 1-731312340 Contemptor Heavy Conversion Beamer |

I think you are correct that what should have been claimed is simply sculptural/3-D artwork.  I am just getting a copy of the specimen to confirm.  In the meantime, I hope I can have a few days to complete the response.  If there is a number at which I can call you, I would be grateful.  Or please feel free to call me.

Thank you,

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Thursday, May 24, 2012 12:36 PM
To: Moskin, Jonathan
Subject: 1-731312340 Contemptor Heavy Conversion Beamer

Dear Jonathan Moskin:

I am contacting you concerning the above listed application to correct the authorship statement.  The application states the authorship as "text, photographs, 2-D artwork, sculpture/3-D artwork" which is a problem for 2 reasons. There is not sufficient literary content to allow the claim to copyright for "text."  Copyright protection does not extend to names, titles or short phrases; see also our circular 34 for details. Also, it is not clear what authorship is claimed by listing "2-D artwork" since the copy consits of photographs of the sculptural pieces.  We can delete these elements if you authorize these changes in your response to this email.

We can complete the processing of this application on the basis of original 3-artwork and photographs of them, provided you authorize deleting reference to "text" and "2-D artwork" when you respond to this email.

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law.  The fee is not refundable.  If you re-apply for registration after the case is closed, you must send a new application, copy and fee.  The effective date of registration will be based on the new submission.

Sincerely,
Larisa Pastuchiv
Senior Copyright Specialist
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-CRD5NE]

1

GW0011413

**Moskin, Jonathan**

| | |
|---|---|
| **From:** | Moskin, Jonathan |
| **Sent:** | Tuesday, June 12, 2012 3:29 PM |
| **To:** | Copyright Office |
| **Subject:** | RE: 1-731312616 Salamanders Land Raider Doors |

I think you are correct that what should have been claimed is simply sculptural/3-D artwork. I am just getting a copy of the specimen to confirm. In the meantime, I hope I can have a few days to complete the response. If there is a number at which I can call you, I would be grateful. Or please feel free to call me.

Thank you,

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Thursday, May 24, 2012 12:39 PM
To: Moskin, Jonathan
Subject: 1-731312616 Salamanders Land Raider Doors

Dear Jonathan Moskin:

I am contacting you concerning the above listed application to correct the authorship statement. The application states the authorship as "text, photographs, 2-D artwork, sculpture/3-D artwork" which is a problem for 2 reasons. There is not sufficient literary content to allow the claim to copyright for "text." Copyright protection does not extend to names, titles or short phrases; see also our circular 34 for details. Also, it is not clear what authorship is claimed by listing "2-D artwork" since the copy consits of photographs of the sculptural pieces. We can delete these elements if you authorize these changes in your response to this email.

We can complete the processing of this application on the basis of original 3-artwork and photographs of them, provided you authorize deleting reference to "text" and "2-D artwork" when you respond to this email.

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

Sincerely,
Larisa Pastuchiv
Senior Copyright Specialist
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-CRD5NK]

1

GW0011414

## Moskin, Jonathan

| | |
|---|---|
| From: | Moskin, Jonathan |
| Sent: | Tuesday, June 12, 2012 3:28 PM |
| To: | Copyright Office |
| Subject: | RE: 1-731312594 Space Marine Character Conversion Kit |

I think you are correct that what should have been claimed is simply sculptural/3-D
artwork. I am just getting a copy of the specimen to confirm. In the meantime, I hope I
can have a few days to complete the response. If there is a number at which I can call
you, I would be grateful. Or please feel free to call me.

Thank you,

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Thursday, May 24, 2012 2:28 PM
To: Moskin, Jonathan
Subject: 1-731312594 Space Marine Character Conversion Kit

Dear Jonathan Moskin:

I am contacting you concerning the above listed application to correct the authorship
statement. The application states the authorship as "text, photographs, 2-D artwork,
sculpture/3-D artwork" which is a problem for 2 reasons. There is not sufficient literary
content to allow the claim to copyright for "text." Copyright protection does not extend
to names, titles or short phrases; see also our circular 34 for details. Also, it is not
clear what authorship is claimed by listing "2-D artwork" since the copy consits of
photographs of the sculptural pieces. We can delete these elements if you authorize these
changes in your response to this email.

We can complete the processing of this application on the basis of original 3-artwork and
photographs of them, provided you authorize deleting reference to "text" and "2-D
artwork" when you respond to this email.

Please note that if we do not receive a response to this message within 20 days, we will
close this case without processing your registration or notifying you further, and forward
your deposit copy(ies) under the provisions of the current copyright law. The fee is not
refundable. If you re-apply for registration after the case is closed, you must send a
new application, copy and fee. The effective date of registration will be based on the
new submission.

Sincerely,
Larisa Pastuchiv
Senior Copyright Specialist
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within
the body of your response to expedite routing to the correct office.

[THREAD ID:1-CRE1B3]

1

GW0011415

**Moskin, Jonathan**

| | |
|---|---|
| **From:** | Moskin, Jonathan |
| **Sent:** | Tuesday, June 12, 2012 3:28 PM |
| **To:** | Copyright Office |
| **Subject:** | RE: 1-731312780 Space Wolves Door Set for Rhino |

I think you are correct that what should have been claimed is simply sculptural/3-D artwork. I am just getting a copy of the specimen to confirm. In the meantime, I hope I can have a few days to complete the response. If there is a number at which I can call you, I would be grateful. Or please feel free to call me.

Thank you,

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Thursday, May 24, 2012 2:30 PM
To: Moskin, Jonathan
Subject: 1-731312780 Space Wolves Door Set for Rhino

Dear Jonathan Moskin:

I am contacting you concerning the above listed application to correct the authorship statement. The application states the authorship as "text, photographs, 2-D artwork, sculpture/3-D artwork" which is a problem for 2 reasons. There is not sufficient literary content to allow the claim to copyright for "text." Copyright protection does not extend to names, titles or short phrases; see also our circular 34 for details. Also, it is not clear what authorship is claimed by listing "2-D artwork" since the copy consits of photographs of the sculptural pieces. We can delete these elements if you authorize these changes in your response to this email.

We can complete the processing of this application on the basis of original 3-artwork and photographs of them, provided you authorize deleting reference to "text" and "2-D artwork" when you respond to this email.

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

Sincerely,
Larisa Pastuchiv
Senior Copyright Specialist
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-CRE1B9]

1

GW0011416

## Moskin, Jonathan

**From:** Moskin, Jonathan
**Sent:** Tuesday, June 12, 2012 3:27 PM
**To:** Copyright Office
**Subject:** RE: 1-731312688 Salamanders Terminator Shoulder Pads

I think you are correct that what should have been claimed is simply sculptural/3-D artwork. I am just getting a copy of the specimen to confirm. In the meantime, I hope I can have a few days to complete the response. If there is a number at which I can call you, I would be grateful. Or please feel free to call me.

Thank you,

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Thursday, May 24, 2012 2:31 PM
To: Moskin, Jonathan
Subject: 1-731312688 Salamanders Terminator Shoulder Pads


Dear Jonathan Moskin:

I am contacting you concerning the above listed application to correct the authorship statement. The application states the authorship as "text, photographs, 2-D artwork, sculpture/3-D artwork" which is a problem for 2 reasons. There is not sufficient literary content to allow the claim to copyright for "text." Copyright protection does not extend to names, titles or short phrases; see also our circular 34 for details. Also, it is not clear what authorship is claimed by listing "2-D artwork" since the copy consits of photographs of the sculptural pieces. We can delete these elements if you authorize these changes in your response to this email.

We can complete the processing of this application on the basis of original 3-artwork and photographs of them, provided you authorize deleting reference to "text" and "2-D artwork" when you respond to this email.

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

Sincerely,
Larisa Pastuchiv
Senior Copyright Specialist
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-CRE1M9]

1

GW0011417

## Moskin, Jonathan

| | |
|---|---|
| From: | Moskin, Jonathan |
| Sent: | Tuesday, June 12, 2012 3:26 PM |
| To: | Copyright Office |
| Subject: | RE: 1-731312902 Valthex Astral Claws of the Master Forge |

I think you are correct that what should have been claimed is simply sculptural/3-D
artwork. I am just getting a copy of the specimen to confirm. In the meantime, I hope I
can have a few days to complete the response. If there is a number at which I can call
you, I would be grateful. Or please feel free to call me.

Thank you,

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Thursday, May 24, 2012 2:34 PM
To: Moskin, Jonathan
Subject: 1-731312902 Valthex Astral Claws of the Master Forge

Dear Jonathan Moskin:

I am contacting you concerning the above listed application to correct the authorship
statement. The application states the authorship as "text, photographs, 2-D artwork,
sculpture/3-D artwork" which is a problem for 2 reasons. There is not sufficient literary
content to allow the claim to copyright for "text." Copyright protection does not extend
to names, titles or short phrases; see also our circular 34 for details. Also, it is not
clear what authorship is claimed by listing "2-D artwork" since the copy consits of
photographs of the sculptural pieces. We can delete these elements if you authorize these
changes in your response to this email.

We can complete the processing of this application on the basis of original 3-artwork and
photographs of them, provided you authorize deleting reference to "text" and "2-D
artwork" when you respond to this email.

Please note that if we do not receive a response to this message within 20 days, we will
close this case without processing your registration or notifying you further, and forward
your deposit copy(ies) under the provisions of the current copyright law. The fee is not
refundable. If you re-apply for registration after the case is closed, you must send a
new application, copy and fee. The effective date of registration will be based on the
new submission.

Sincerely,
Larisa Pastuchiv
Senior Copyright Specialist
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within
the body of your response to expedite routing to the correct office.

[THREAD ID:1-CRE1PH]

1

GW0011418

## Moskin, Jonathan

| | |
|---|---|
| **From:** | Moskin, Jonathan |
| **Sent:** | Friday, June 08, 2012 2:19 PM |
| **To:** | Copyright Office |
| **Subject:** | RE: U.S. COPYRIGHT OFFICE CORRESPONDENCE FOR CASE # 1-731178232; Alpha Region Land Raider Doors Set |

I believe you are likely correct and that it is simply the visual/sculptural artwork that should be claimed.  Perhaps you can call me (or if you can share with me your number I can call you) to confirm how the application should be corrected.  Thank you

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Tuesday, May 22, 2012 4:18 PM
To: Moskin, Jonathan
Subject: U.S. COPYRIGHT OFFICE CORRESPONDENCE FOR CASE # 1-731178232; Alpha Region Land Raider Doors Set

Dear Jonathan Moskin:

     This application includes a claim in text.  The copyright law protects "original works of authorship."  "Original" means only that the work is recognizable as the author's and not merely copied from another.  Courts have indicated, however, that some works, even though original, are too short to be copyrightable.  For example, words and short phrases such as names, titles, and slogans are not copyrightable.

     The work you deposited does not contain enough original literary authorship to support a claim to copyright based on text.  Therefore, the reference to "text" must be removed from your application.  Please confirm that we have the authorization to remove the reference to "text" from your application and the registration record.


Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law.  The fee is not refundable.  If you re-apply for registration after the case is closed, you must send a new application, copy and fee.  The effective date of registration will be based on the new submission.

Sincerely,
Guy Messier
Registration Specialist
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-CQRHOC]

1

GW0011419

## Moskin, Jonathan

| | |
|---|---|
| **From:** | Moskin, Jonathan |
| **Sent:** | Friday, June 08, 2012 2:17 PM |
| **To:** | Copyright Office |
| **Subject:** | RE: U.S. COPYRIGHT OFFICE CORRESPONDENCE FOR CASE # 1-731178288; Blood Raven Transfer Sheet |

I believe you are correct and that it is simply the visual two-dimensional artwork that should be claimed. Perhaps you can call me (or if you can share with me your number I can call you) to confirm how the application should be corrected. Thank you

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Tuesday, May 22, 2012 2:38 PM
To: Moskin, Jonathan
Subject: U.S. COPYRIGHT OFFICE CORRESPONDENCE FOR CASE # 1-731178288; Blood Raven Transfer Sheet

Dear Jonathan Moskin:

We are currently examining your application for copyright registration of the above work; however we are delaying registration because you gave "text, photograph(s), 2-D artwork, sculpture" in the author created portion of your application.

This application includes a claim in text. The copyright law protects "original works of authorship." "Original" means only that the work is recognizable as the author's and not merely copied from another. Courts have indicated, however, that some works, even though original, are too short to be copyrightable. For example, words and short phrases such as names, titles, and slogans are not copyrightable.

The work you deposited does not contain enough original literary authorship to support a claim to copyright based on text. Therefore, the reference to "text" must be removed from your application.

There is no evidence of copyrightable "sculpture" authorship in the material accompanying your application. Therefore we need to delete the reference to "sculpture" from you application.

Please reply to this email authorizing us to delete the reference to "text, sculpture" from you application.

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

Sincerely,
Guy Messier
Registration Specialist
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within

1

GW0011420

the body of your response to expedite routing to the correct office.

[THREAD ID:1-CQQE0O]

GW0011421

## Moskin, Jonathan

| | |
|---|---|
| **From:** | Moskin, Jonathan |
| **Sent:** | Friday, June 08, 2012 2:09 PM |
| **To:** | Copyright Office |
| **Cc:** | bthom@loc.gov |
| **Subject:** | RE: 1-732431780 Index Astartes II |

I believe that the 2003 date was simply a republication of the work; however, I am confirming the details with my client. Because of the Diamond Jubilee in England, the in-house counsel at the client is not in this week. I hope to have confirmation next week and hope we can have a little added time to complete the application process. Please feel free to call me if you have any questions in the interim.

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Tuesday, May 22, 2012 12:16 PM
To: Moskin, Jonathan
Cc: bthom@loc.gov
Subject: 1-732431780 Index Astartes II

Dear Jonathan Moskin:

We are delaying registration of this work to confirm the date of publication listed on your application as November 30, 2002. A disclaimer statement on the masthead page of the copy gives a date of 2003.

If the date of publication is correctly stated on the application, please confirm. Otherwise tell us of the correct publication date and we will amend the registration record.

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

Sincerely,


Barbara A. Thompson
Registration Specialist
Literary Division
U.S. Copyright Office
bthom@loc.gov


When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-CQNC8U]

GW0011422

## Moskin, Jonathan

| | |
|---|---|
| **From:** | Copyright Office [cop-ad@loc.gov] |
| **Sent:** | Thursday, June 07, 2012 11:30 AM |
| **To:** | Moskin, Jonathan |
| **Subject:** | 1-732432166 Assault Squad Shoulder Pads |

Dear Jonathan Moskin:

I am examining this text, photograph(s), 2-D artwork, sculpture claim for Games Workshop. The application gives the year of completion as 2000, and the pub date as 9/30/2000. The copyright notice has 2010 on the packaging. Please clarfiy what is being registered on the 9/30/2000 date. I see what looks like graphics of the pads which we could register. Please confirm they are artwork and not photos.

Also, we cannot register the sculpture portion as it is too minimal. The text on this package appears to be the same as Crimson fist shoulder pads and cannot be registered again. Please allow permission to remove sculpture and text from the application.

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

Sincerely,
Robin Jones
Registration Specialist
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JUR]

1

GW0011423

## Moskin, Jonathan

| | |
|---|---|
| **From:** | Copyright Office [cop-ad@loc.gov] |
| **Sent:** | Thursday, June 07, 2012 11:04 AM |
| **To:** | Moskin, Jonathan |
| **Subject:** | 1-732432188 Crimson Fists Shoulder Pads |

Dear Jonathan Moskin:

I am examining this text, photograph(s), 2-D artwork, sculpture claim for Games Workshop. The application gives the year of completion as 1998, and the pub date as 5/31/1999. The copyright notice has 2010 on the packaging. Please clarfiy what is being registered on the 5/31/1999 date. Also, please describe the 2d artwork being registered.

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.


Sincerely,
Robin Jones
Registration Specialist
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JK1]

1

GW0011424

## Moskin, Jonathan

| | |
|---|---|
| **From:** | Copyright Office [cop-ad@loc.gov] |
| **Sent:** | Thursday, May 24, 2012 2:34 PM |
| **To:** | Moskin, Jonathan |
| **Subject:** | 1-731312902 Valthex Astral Claws of the Master Forge |

Dear Jonathan Moskin:

I am contacting you concerning the above listed application to correct the authorship statement. The application states the authorship as "text, photographs, 2-D artwork, sculpture/3-D artwork" which is a problem for 2 reasons. There is not sufficient literary content to allow the claim to copyright for "text." Copyright protection does not extend to names, titles or short phrases; see also our circular 34 for details. Also, it is not clear what authorship is claimed by listing "2-D artwork" since the copy consits of photographs of the sculptural pieces. We can delete these elements if you authorize these changes in your response to this email.

We can complete the processing of this application on the basis of original 3-artwork and photographs of them, provided you authorize deleting reference to "text" and "2-D artwork" when you respond to this email.

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

Sincerely,
Larisa Pastuchiv
Senior Copyright Specialist
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-CRE1PH]

GW0011425

## Moskin, Jonathan

| | |
|---|---|
| **From:** | Copyright Office [cop-ad@loc.gov] |
| **Sent:** | Thursday, May 24, 2012 2:31 PM |
| **To:** | Moskin, Jonathan |
| **Subject:** | 1-731312688 Salamanders Terminator Shoulder Pads |

Dear Jonathan Moskin:

I am contacting you concerning the above listed application to correct the authorship statement. The application states the authorship as "text, photographs, 2-D artwork, sculpture/3-D artwork" which is a problem for 2 reasons. There is not sufficient literary content to allow the claim to copyright for "text." Copyright protection does not extend to names, titles or short phrases; see also our circular 34 for details. Also, it is not clear what authorship is claimed by listing "2-D artwork" since the copy consits of photographs of the sculptural pieces. We can delete these elements if you authorize these changes in your response to this email.

We can complete the processing of this application on the basis of original 3-artwork and photographs of them, provided you authorize deleting reference to "text" and "2-D artwork" when you respond to this email.

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

Sincerely,
Larisa Pastuchiv
Senior Copyright Specialist
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-CRE1M9]

GW0011426

**Keener, Jason J.**

| | |
|---|---|
| **From:** | Copyright Office [cop-ad@loc.gov] |
| **Sent:** | Thursday, December 27, 2012 10:25 AM |
| **To:** | Moskin, Jonathan |
| **Subject:** | RE: RE: RE: RE: 1-732432166 Assault Squad Shoulder Pads |

Mr. Moskin,

We did receive your message with information about the court decision.  I've taken over
both cases for the specialist who is on extended leave.  We look at each case on an
individual basis.  You should receive an email shortly with some questions that remain
about the Crimson Fists Shoulder Pads.  I will examine the materials submitted with this
claim (Assault Squad Shoulder Pads) and will make a determination shortly.

Carol Frenkel
Supervisory Registration Specialist
Visual Arts Division
U.S. Copyright Office


When replying to this email, please include the following thread id (entire line) within
the body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JUR]


-----Original Message-----

From:  JMoskin@foley.com
Sent:  12/11/2012 11:24:01 AM
To:  "'Copyright Office'" <cop-ad@loc.gov>
Subject:  RE: RE: RE: 1-732432166 Assault Squad Shoulder Pads

I do not understand your response, which did not acknowledge my message.  As I mentioned,
a Federal Court has already held, based on among other things a review of expert
testimony submitted by the adverse party to the litigation that assessed prior designs of
shoulder pads in military and gaming contexts, that the shape of the shoulder pad itself
is original and copyrightable.  The case is Games Workshop Limited v. Chapterhouse Studios
LLC, 1:10-cv-08103 (N.D.Ill). The addition of further distinguishing material (which has
additional meaning in the context of the fictional Warhammer 40,000 universe) on the
protectable shoulder pad should not render it uncopyrightable.

Moreover, if you inspect the shoulder pad itself, you will see that it has a lip around
the edge and that what you call an "x" has more detail than that might suggest - including
triangular devices at each end and a hollowed indentation running the length of the "x"
shape.  The center of each triangular shape is also hollowed.

I hope this helps clarify the matter.  Please let me know if you would like a copy of the
decision or if you wish to discuss this further.

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Tuesday, December 11, 2012 9:39 AM
To: Moskin, Jonathan
Subject: RE: RE: RE: 1-732432166 Assault Squad Shoulder Pads

1

GW0011427

When replying to this email, please include the following thread id (entire line) within
the body of your response to expedite routing to the correct office.

When replying to this email, please include the following thread id (entire line) within
the body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JUR]

this particular shoulder pad submitted is not copyrightable.  it is simply circular, with
an x or plus sign on it.

-----Original Message-----

From:  JMoskin@foley.com
Sent:  12/7/2012 04:34:54 PM
To:  "'Copyright Office'" <cop-ad@loc.gov>
Subject:  RE: RE: 1-732432166 Assault Squad Shoulder Pads

I left you a message to discuss this.  I wanted to point out that in a recent decision,
the US District Court for the Northern District of Illinois ruled that the basic shape of
the Games Workshop shoulder pad is copyrightable (even without surface ornamentation).  I
would be happy to get you a copy of the decision.

Please also feel free to call me.

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Wednesday, November 07, 2012 2:19 PM
To: Moskin, Jonathan
Subject: RE: RE: 1-732432166 Assault Squad Shoulder Pads

When replying to this email, please include the following thread id (entire line) within
the body of your response to expedite routing to the correct office.

When replying to this email, please include the following thread id (entire line) within
the body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JUR]

This claim in "text, photos, 2d artwork, sculpture" was delayed as I had not received
permission to remove certain aspects of authorship from the appl.

The email stated that the "sculpture" was to minimal (it is basically an "X") and could
not be registered.  Your email stated that the (c) notice on the package refers to the
printing date.

The "text" appears to be same as the text on the Crimson fist should pads package.  When
was the text first published/registered?  If already registered, the text cannot be
registered again.

In regards to the "2d artwork", there was no clarification from my previous email: "I see

2

what looks like graphics of the [shoulder] pads which we could register [as 2d artwork]".
Please confirm they are artwork and not photos."

Robin Jones
-----Original Message-----

From:  JMoskin@foley.com
Sent:  6/26/2012 06:29:09 PM
To:  Copyright Office <cop-ad@loc.gov>
Subject:  RE: 1-732432166 Assault Squad Shoulder Pads

My understanding is that the 2010 copyright notice simply refers to the date of printing
of this particular packaging, but that the artwork and sculpture were created and first
published in 2000 as specified.  I hope this answers your question about the dates but
please let me know.

I would also propose speaking with you to discuss the questions you have regarding the
sculptural elements.  I have included a telephone number below if you wish to call.
Obviously, I am mindful of the 20-day deadline you noted, which I believe expires
tomorrow.  I hope that while we address any remaining questions we can extend the
deadline.

Thank you

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Thursday, June 07, 2012 11:30 AM
To: Moskin, Jonathan
Subject: 1-732432166 Assault Squad Shoulder Pads


Dear Jonathan Moskin:

I am examining this text, photograph(s), 2-D artwork, sculpture claim for Games Workshop.
The application gives the year of completion as 2000, and the pub date as 9/30/2000.  The
copyright notice has 2010 on the packaging.  Please clarfiy what is being registered on
the  9/30/2000 date.  I see what looks like graphics of the pads which we could register.
Please confirm they are artwork and not photos.

Also, we cannot register the sculpture portion as it is too minimal.  The text on this
package appears to be the same as Crimson fist shoulder pads and cannot be registered
again.  Please allow permission to remove sculpture and text from the application.

Please note that if we do not receive a response to this message within 20 days, we will
close this case without processing your registration or notifying you further, and forward
your deposit copy(ies) under the provisions of the current copyright law.  The fee is not
refundable.  If you re-apply for registration after the case is closed, you must send a
new application, copy and fee.  The effective date of registration will be based on the
new submission.



Sincerely,
Robin Jones
Registration Specialist
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within
the body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JUR]

GW0011429

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons.  If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message.  Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons.  If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message.  Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons.  If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message.  Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons.  If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message.  Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

GW0011430

**Keener, Jason J.**

---

| | |
|---|---|
| **From:** | Copyright Office [cop-ad@loc.gov] |
| **Sent:** | Thursday, December 13, 2012 3:36 PM |
| **To:** | Moskin, Jonathan |
| **Cc:** | msvr@loc.gov |
| **Subject:** | Copyright registration for SR 1-805784074, Insignium Astartes  (Your tracking no. 099251-0102) |

**Attachments:**       EmailReplySheet_1-DBQQYY.pdf


EmailReplySheet_1-
DBQQYY.pdf (...

                        Dear Mr. Moskin:

I am writing because the submitted book is a 2010 reprint of a work first published in the
United Kingdom in 2002.

For works which were first published outside of the United States, there are two deposit
options:

(1) a copy of the first published edition of the work; or

(2) the "best edition."  If a "best edition" published in the United States is submitted,
two copies are needed.

A paperback reprint of the novel does not meet the deposit requirement.

If you are able to provide a copy (or copies) based on one of the options above, please
submit it for registration.  I have included a Reply Sheet (shipping slip) with the
mailing address and instruction.  Print this out and enclose it in the package so that the
mailroom will route the deposit material to the correct case file.

However, if the submitted 2010 reprint is the only edition that you could obtain, and if
the copyrightable material in the reprint is identical to the first edition published in
2002, you may request "special relief" to use the submitted edition for registration.
This request must be made in writing, but you may make it in your reply to this message.
In the request, briefly explain why you cannot provide either a copy of the first
published edition, or two copies of the "best" edition (for instance, no other editions
can be located).  Also confirm that the copyrightable material in the submitted reprint is
identical to the material published in the first edition on August 31, 2002.  I will
forward your request for consideration.

Also, if the reprint edition is not identical to the first edition, explain the
differences and I will advise you further.

If the situation is other than as discussed above, or if you have any questions, please
let me know.  In any case, please be sure to respond within 45 days of the date of this
message, or the case file may be closed without further notice.  I would appreciate a
reply by close of business Thursday, December 20th, if only to let me know that you'll
reply at more length later

Thanks,
Mary Svrjcek
Copyright Registration Specialist
U.S. Copyright Office
Telephone: 202-707-8266/msvr@loc.gov
[NOTE: I am currently telecommuting three days a week; if you wish to reach me by phone, I
recommend calling on my days in the office, which are usually Wednesday and Thursday.]

When replying to this email, please include the following thread id (entire line) within

GW0011431

the body of your response to expedite routing to the correct office.

[THREAD ID:1-EALEIA]

GW0011432



Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000



# Reply to U.S. Copyright Office
# Correspondence - TX

Case / SR#:              1-805784074
Case Date:               08/08/2012
Title:                   Insignium Astartes
Volume:
Number:
Issue Date:

## Return this sheet with your reply within 45 days to:

**US Postal Service mail only** (and <u>only</u> for packages <u>no larger than</u> 12 x 18 x 4 inches) - use this address:

COP/TX. Division Reply
PO Box 71680
Washington, DC 20024-1680

**Private carriers (FedEx, UPS, etc.)**, and for any package larger than 12 x18 x 4 inches whether USPS or private carrier - use this address:

Library of Congress
Copyright Office –TX
101 Independence Avenue SE
Washington, DC 20559-6222

**Packaging:** If you send an audiotape, videotape, CD, CD-ROM, DVD, or photograph, use a box rather than a soft container – to avoid damage in the mail screening process.

**If you do not reply within 45 days, we will:** close this case without processing your registration or notifying you further, and forward your deposit copy under the provisions of the current copyright law. The fee is not refundable.

**If you re-apply for registration after the case file is closed**, you must send a new application, copy, and fee. The effective date of registration will be based on the new submission.

**Keener, Jason J.**

---

| | |
|---|---|
| **From:** | Copyright Office [cop-ad@loc.gov] |
| **Sent:** | Thursday, December 13, 2012 3:42 PM |
| **To:** | Moskin, Jonathan |
| **Cc:** | msvr@loc.gov |
| **Subject:** | Copyright registration for SR 1-806412711, Codex: Imperial Guard  (Your tracking no. 099251-0102) |

**Attachments:**     EmailReplySheet_1-DC4813.pdf



EmailReplySheet_1-
DC4813.pdf (...

             Der Mr. Moskin:

I am writing because the submitted book is a July 2009 edition of a work first published
in the United Kingdom in 2008.

For works which were first published outside of the United States, there are two deposit
options:

(1) a copy of the first published edition of the work; or

(2) the "best edition."  If a "best edition" published in the United States is submitted,
two copies are needed.

A paperback reprint of the novel does not meet the deposit requirement.

If you are able to provide a copy (or copies) based on one of the options above, please
submit it for registration.  I have included a Reply Sheet (shipping slip) with the
mailing address and instruction.  Print this out and enclose it in the package so that the
mailroom will route the deposit material to the correct case file.

However, if the submitted 2009 reprint is the only edition that you could obtain, and if
the copyrightable material in the reprint is identical to the first edition published in
2008, you may request "special relief" to use the submitted edition for registration.
This request must be made in writing, but you may make it in your reply to this message.
In the request, briefly explain why you cannot provide either a copy of the first
published edition, or two copies of the "best" edition (for instance, no other editions
can be located).  Also confirm that the copyrightable material in the submitted reprint is
identical to the material published in the first edition on December 31, 2008.  I will
forward your request for consideration.

Also, if the reprint edition is not identical to the first edition, explain the
differences and I will advise you further.

If the situation is other than as discussed above, or if you have any questions, please
let me know.  In any case, please be sure to respond within 45 days of the date of this
message, or the case file may be closed without further notice.  I would appreciate a
reply by close of business Thursday, December 20th, if only to let me know that you'll
reply at more length later

Thanks,
Mary Svrjcek
Copyright Registration Specialist
U.S. Copyright Office
Telephone: 202-707-8266/msvr@loc.gov
[NOTE: I am currently telecommuting three days a week; if you wish to reach me by phone, I
recommend calling on my days in the office, which are usually Wednesday and Thursday.]

When replying to this email, please include the following thread id (entire line) within

GW0011434

the body of your response to expedite routing to the correct office.

[THREAD ID:1-EALX6S]

GW0011435



Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000



# Reply to U.S. Copyright Office
## Correspondence - TX

| | |
|---|---|
| Case / SR#: | 1-806412711 |
| Case Date: | 08/08/2012 |
| Title: | Codex:  Imperial Guard |
| Volume: | |
| Number: | |
| Issue Date: | |

## Return this sheet with your reply within 45 days to:

**US Postal Service mail only** (and <u>only</u> for packages <u>no larger than</u> 12 x 18 x 4 inches) - use this address:

COP/TX. Division Reply
PO Box 71680
Washington, DC 20024-1680

**Private carriers (FedEx, UPS, etc.)**, and for any package larger than 12 x18 x 4 inches whether USPS or private carrier - use this address:

Library of Congress
Copyright Office –TX
101 Independence Avenue SE
Washington, DC 20559-6222

**Packaging:** If you send an audiotape, videotape, CD, CD-ROM, DVD, or photograph, use a box rather than a soft container – to avoid damage in the mail screening process.

**If you do not reply within 45 days, we will:** close this case without processing your registration or notifying you further, and forward your deposit copy under the provisions of the current copyright law. The fee is not refundable.

**If you re-apply for registration after the case file is closed**, you must send a new application, copy, and fee. The effective date of registration will be based on the new submission.

**Keener, Jason J.**

| | |
|---|---|
| **From:** | Copyright Office [cop-ad@loc.gov] |
| **Sent:** | Thursday, December 13, 2012 3:48 PM |
| **To:** | Moskin, Jonathan |
| **Cc:** | msvr@loc.gov |
| **Subject:** | Copyright registration for SR 1-805783420, Codex: Eldar |

**Attachments:**      EmailReplySheet_1-DBQQGS.pdf



EmailReplySheet_1-
DBQQGS.pdf (...

Dear Mr. Moskin:

I am writing because the submitted book appears to be a used copy, and a Library of Congress selection officer has requested the "best edition" of the work.

If a better edition of the book is available, please submit it for registration. I have included a Reply Sheet (shipping slip) with the mailing address and instruction. Print this out and enclose it in the package so that the mailroom will route the deposit material to the correct case file.

However, if the used copy edition that you could obtain, you may request "special relief" to use the submitted edition for registration. This request must be made in writing, but you may make it in your reply to this message. In the request, briefly explain why you cannot provide a better edition (for instance, this is the only copy that could be located). I will forward your request for consideration.

If the situation is other than as discussed above, or if you have any questions, please let me know. In any case, please be sure to respond within 45 days of the date of this message, or the case file may be closed without further notice. I would appreciate a reply by close of business Thursday, December 20th, if only to let me know that you'll reply at more length later

Thanks,
Mary Svrjcek
Copyright Registration Specialist
U.S. Copyright Office
Telephone: 202-707-8266/msvr@loc.gov
[NOTE: I am currently telecommuting three days a week; if you wish to reach me by phone, I recommend calling on my days in the office, which are usually Wednesday and Thursday.]

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-EALXDG]

GW0011437



Library of Congress
101 Independence Avenue SE
Washington, DC 20559-6000



## Reply to U.S. Copyright Office
# Correspondence - TX

Case / SR#:          1-805783420
Case Date:           08/08/2012
Title:               Codex:  Eldar
Volume:
Number:
Issue Date:


## Return this sheet with your reply within 45 days to:

**US Postal Service mail only** (and <u>only</u> for packages <u>no larger than</u> 12 x
18 x 4 inches) - use this address:

COP/TX. Division Reply
PO Box 71680
Washington, DC 20024-1680

**Private carriers (FedEx, UPS, etc.)**, and for any package larger than 12
x18 x 4 inches whether USPS or private carrier - use this address:

Library of Congress
Copyright Office –TX
101 Independence Avenue SE
Washington, DC 20559-6222

**Packaging:** If you send an audiotape, videotape, CD, CD-ROM, DVD, or photograph,
use a box rather than a soft container – to avoid damage in the mail screening process.

**If you do not reply within 45 days, we will:** close this case without processing your
registration or notifying you further, and forward your deposit copy under the provisions
of the current copyright law. The fee is not refundable.

**If you re-apply for registration after the case file is closed**, you must send a new
application, copy, and fee. The effective date of registration will be based on the new
submission.

GW0011438

# Exhibit B



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached are photocopies of the following items which appear in the correspondence files of the Copyright Office for the work entitled **ASSAULT SQUAD SHOULDER PADS:**

1.  An automated email from the Copyright Office to jmoskin@foley.com sent 03/01/2012 06:36:13 PM, pertaining to the work identified as **ASSAULT SQUAD SHOULDER PADS**, service request number 1-732432166.

2.  An email to Jonathan Moskin (jmoskin@foley.com) from Robin Jones, Registration Specialist, Visual Arts Division (cop-ad@loc.gov) delivered 06/07/2012 11:18:36 AM, pertaining to the work assigned service request number 1-732432166.

3.  An email to Robin Jones, Registration Specialist, Visual Arts Division (cop-ad@loc.gov) from Jonathan Moskin (jmoskin@foley.com); received 06/26/2012 06:29:56 PM, pertaining to the work assigned service request number 1-732432166.

4.  An inbound call from Jonathan Moskin to Denise Garrett, Information Section Head, received 11/05/2012 03:35:57PM, pertaining to the work assigned service request number 1-732432166.

5.  An email to Jonathan Moskin (jmoskin@foley.com) from Robin Jones, Registration Specialist, Visual Arts Division (cop-ad@loc.gov) delivered 11/07/2012 12:39:49 PM, pertaining to the work assigned service request number 1-732432166.

6.  An email to Robin Jones, Registration Specialist, Visual Arts Division (cop-ad@loc.gov) from Jonathan Moskin (jmoskin@foley.com); received 06/26/2012 06:29:56 PM, pertaining to the work assigned service request number 1-732432166.

**IN WITNESS WHEREOF**, the seal of this office is affixed hereto on December 11, 2012.

Maria A. Pallante
Register of Copyrights

By:  Jarietta Walls
Acting Section Supervisor
Records Research and Certification Section
Information and Record Division

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

**Automatic email to remitter dated March 1, 2012 06:36:13PM**

THIS IS AN AUTOMATED EMAIL - DO NOT REPLY.

Thank you for submitting your registration claim using the electronic Copyright Office (eCO) System. This email confirms that your application and fee for the work Assault Squad Shoulder Pads was received on 03/01/2012. The following applies to registration claims only (not preregistrations):

The effective date of registration is established when the application, fee AND the material being registered have been received. If you have not yet sent the material to be registered, logon to eCO and click the blue case number associated with your claim in the Open Cases table, then do one of the following:

For digital uploads: Click the Upload Deposit button at the top of the Case Summary screen, then browse and select the file(s) you wish to upload. Note: only certain classes of works may be registered with digital deposits (See FAQs: http://www.copyright.gov/eco/faq.html#eCO_1.4).

For hardcopy submissions: Click the Create Shipping Slip button at the top of the Case Summary screen, then click the Shipping Slip link that appears in the Send By Mail table. Print out and attach the shipping slip to the copy(ies) of your work. For multiple works, be sure to attach shipping slips to the corresponding copies.

A printable copy of the application will be available within 24 hours of its receipt. To access the application, click the My Applications link in the left top most navigation menu of the Home screen.

You will be issued a paper certificate by mail after the registration has been completed. You may check the status of this claim via eCO using this number [1-732432166].

**Email to Jonathan Moskin (jmoskin@foley.com) from Robin Jones, Registration Specialist, Visual Arts Division (cop-ad@loc.gov), sent June 7, 2012 11:18:36AM Subject: 1-732432166 Assault Squad Shoulder Pads**

Dear Jonathan Moskin:

I am examining this text, photograph(s), 2-D artwork, sculpture claim for Games Workshop. The application gives the year of completion as 2000, and the pub date as 9/30/2000. The copyright notice has 2010 on the packaging. Please clarify what is being registered on the 9/30/2000 date. I see what looks like graphics of the pads which we could register. Please confirm they are artwork and not photos.

Also, we cannot register the sculpture portion as it is too minimal. The text on this package appears to be the same as Crimson fist shoulder pads and cannot be registered again. Please allow permission to remove sculpture and text from the application.

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

Sincerely,
Robin Jones
Registration Specialist
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JUR]

Email from Jonathan Moskin (jmoskin@foley.com) to Robin Jones, Registration Specialist, Visual Arts Division (cop-ad@loc.gov), sent June 26, 2012 06:29:56PM Subject: RE: 1-732432166 Assault Squad Shoulder Pads

My understanding is that the 2010 copyright notice simply refers to the date of printing of this particular packaging, but that the artwork and sculpture were created and first published in 2000 as specified. I hope this answers your question about the dates but please let me know.

I would also propose speaking with you to discuss the questions you have regarding the sculptural elements. I have included a telephone number below if you wish to call. Obviously, I am mindful of the 20-day deadline you noted, which I believe expires tomorrow. I hope that while we address any remaining questions we can extend the deadline.

Thank you

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Thursday, June 07, 2012 11:30 AM
To: Moskin, Jonathan
Subject: 1-732432166 Assault Squad Shoulder Pads


Dear Jonathan Moskin:

I am examining this text, photograph(s), 2-D artwork, sculpture claim for Games Workshop. The application gives the year of completion as 2000, and the pub date as 9/30/2000. The copyright notice has 2010 on the packaging. Please clarfiy what is being registered on the 9/30/2000 date. I see what looks like graphics of the pads which we could register. Please confirm they are artwork and not photos.

Also, we cannot register the sculpture portion as it is too minimal. The text on this package appears to be the same as Crimson fist shoulder pads and cannot be registered again. Please allow permission to remove sculpture and text from the application.

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

Sincerely,
Robin Jones
Registration Specialist
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JUR]

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

**Call Inbound from Remitter to Denise Garrett, Information Section Head,**
**November 5, 2012 03:35:57PM**

From: Garrett, Denise
Sent: Monday, November 05, 2012 3:36 PM
To: Briganti, Bill; Ashley, John
Subject: March 2012 eCO submission pending under SR 1-732432166
Importance: High

Hi Bill and John,

Can you please review the following case? It went no reply, however, he did reply.

TITLE: Assault Squad Shoulder Pads
SR 1-732432166
Remitter: Jonathan Moskin

Cell # (He will be @ polling stations tomorrow) 914-557-6757

Thanks,
Denise

Email to Jonathan Moskin (jmoskin@foley.com) from Robin Jones, Registration
Specialist, Visual Arts Division (cop-ad@loc.gov), sent November 7, 2012
12:39:49PM
Subject: RE: RE: 1-732432166 Assault Squad Shoulder Pads

When replying to this email, please include the following thread id (entire line) within the
body of your response to expedite routing to the correct office.


When replying to this email, please include the following thread id (entire line) within the
body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JUR]

This claim in "text, photos, 2d artwork, sculpture" was delayed as I had not received
permission to remove certain aspects of authorship from the appl.

The email stated that the "sculpture" was to minimal (it is basically an "X") and could not
be registered. Your email stated that the (c) notice on the package refers to the printing
date.

The "text" appears to be same as the text on the Crimson fist should pads package. When
was the text first published/registered? If already registered, the text cannot be registered
again.

In regards to the "2d artwork", there was no clarification from my previous email: "I see
what looks like graphics of the [shoulder] pads which we could register [as 2d artwork]".
Please confirm they are artwork and not photos."

Robin Jones
-----Original Message-----

From: JMoskin@foley.com
Sent: 6/26/2012 06:29:09 PM
To: Copyright Office <cop-ad@loc.gov>
Subject: RE: 1-732432166 Assault Squad Shoulder Pads

My understanding is that the 2010 copyright notice simply refers to the date of printing of
this particular packaging, but that the artwork and sculpture were created and first
published in 2000 as specified. I hope this answers your question about the dates but
please let me know.

I would also propose speaking with you to discuss the questions you have regarding the
sculptural elements. I have included a telephone number below if you wish to call.
Obviously, I am mindful of the 20-day deadline you noted, which I believe expires

tomorrow. I hope that while we address any remaining questions we can extend the deadline.

Thank you

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Thursday, June 07, 2012 11:30 AM
To: Moskin, Jonathan
Subject: 1-732432166 Assault Squad Shoulder Pads

Dear Jonathan Moskin:

I am examining this text, photograph(s), 2-D artwork, sculpture claim for Games Workshop. The application gives the year of completion as 2000, and the pub date as 9/30/2000. The copyright notice has 2010 on the packaging. Please clarfiy what is being registered on the 9/30/2000 date. I see what looks like graphics of the pads which we could register. Please confirm they are artwork and not photos.

Also, we cannot register the sculpture portion as it is too minimal. The text on this package appears to be the same as Crimson fist shoulder pads and cannot be registered again. Please allow permission to remove sculpture and text from the application.

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

Sincerely,
Robin Jones
Registration Specialist
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JUR]

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

**Email from Jonathan Moskin (jmoskin@foley.com), to Robin Jones, Registration Specialist, Visual Arts Division (cop-ad@loc.gov), sent December 7, 2012 04:35:26PM**
**RE: RE: 1-732432166 Assault Squad Shoulder Pads**

I left you a message to discuss this. I wanted to point out that in a recent decision, the US District Court for the Northern District of Illinois ruled that the basic shape of the Games Workshop shoulder pad is copyrightable (even without surface ornamentation). I would be happy to get you a copy of the decision.

Please also feel free to call me.

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Wednesday, November 07, 2012 2:19 PM
To: Moskin, Jonathan
Subject: RE: RE: 1-732432166 Assault Squad Shoulder Pads

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JUR]

This claim in "text, photos, 2d artwork, sculpture" was delayed as I had not received permission to remove certain aspects of authorship from the appl.

The email stated that the "sculpture" was to minimal (it is basically an "X") and could not be registered. Your email stated that the (c) notice on the package refers to the printing date.

The "text" appears to be same as the text on the Crimson fist should pads package. When was the text first published/registered? If already registered, the text cannot be registered again.

In regards to the "2d artwork", there was no clarification from my previous email: "I see what looks like graphics of the [shoulder] pads which we could register [as 2d artwork]". Please confirm they are artwork and not photos."

Robin Jones
-----Original Message-----

From: JMoskin@foley.com
Sent: 6/26/2012 06:29:09 PM
To: Copyright Office <cop-ad@loc.gov>
Subject: RE: 1-732432166 Assault Squad Shoulder Pads

My understanding is that the 2010 copyright notice simply refers to the date of printing of this particular packaging, but that the artwork and sculpture were created and first published in 2000 as specified. I hope this answers your question about the dates but please let me know.

I would also propose speaking with you to discuss the questions you have regarding the sculptural elements. I have included a telephone number below if you wish to call. Obviously, I am mindful of the 20-day deadline you noted, which I believe expires tomorrow. I hope that while we address any remaining questions we can extend the deadline.

Thank you

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Thursday, June 07, 2012 11:30 AM
To: Moskin, Jonathan
Subject: 1-732432166 Assault Squad Shoulder Pads

Dear Jonathan Moskin:

I am examining this text, photograph(s), 2-D artwork, sculpture claim for Games Workshop. The application gives the year of completion as 2000, and the pub date as 9/30/2000. The copyright notice has 2010 on the packaging. Please clarfiy what is being registered on the 9/30/2000 date. I see what looks like graphics of the pads which we could register. Please confirm they are artwork and not photos.

Also, we cannot register the sculpture portion as it is too minimal. The text on this package appears to be the same as Crimson fist shoulder pads and cannot be registered

again. Please allow permission to remove sculpture and text from the application.

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

Sincerely,
Robin Jones
Registration Specialist
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JUR]

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.