IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>                Plaintiff,<br><br>                v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br>                Defendants. | Civil Action No. 1:10-cv-08103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on January 31, 2013, Plaintiff Games Workshop Limited ("Games Workshop") filed with the U.S. Copyright Office the letter attached as Exhibit 1 to allow the Court to resolve any issues regarding Games Workshop's right to register its pending copyright application, Serial No. 1-732432166 relating to Games Workshop's Assault Squad Shoulder Pad.

Dated: January 31, 2013

Respectfully submitted,

By: /s/ Jason J. Keener

Jason J. Keener (Ill. Bar No. 6280337)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
Email: jkeener@foley.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
Email: jmoskin@foley.com

*Attorneys for Plaintiff Games Workshop Limited*

4832-3951-0290.1

3

**CERTIFICATE OF SERVICE**

      I, Jason J. Keener, an attorney, hereby certify that on January 31, 2013, I caused a copy of the foregoing **NOTICE OF FILING** to be served on the interested parties by causing copies of this document to be filed with the Court's ECF system causing an electronic notice to be served all counsel of record.

      /s/ Jason J. Keener\_\_
      Jason J. Keener

4832-3951-0290.1