# Exhibit B

# Cooper, Bryce A.

| | |
|---|---|
| **From:** | JMoskin@foley.com |
| **Sent:** | Wednesday, January 16, 2013 7:49 PM |
| **To:** | Cooper, Bryce A. |
| **Cc:** | JKeener@foley.com; Golinveaux, Jennifer A.; Sarah Kalemeris; Julianne M. Hartzell |
| **Subject:** | Re: GW / CHS Meet and Confer |
| **Attachments:** | image001.jpg |

We understand you want to discuss the issues raised in Sarah Kalemaris' January 14 letter (to which we are preparing a response now), Julianne Hartzell's January 14 email (which I think we already answered); scheduling depositions (of as yet unidentified witnesses) as well as the request to inspect premises.  We also want to discuss the deficiencies cited in our January 8 letter and scheduling dates for Villacci and Fiertek depositions.

However, we have also just begun reviewing CH's document production.  We may be wrong but, as best we can tell, it includes nothing from the individual designers and none of CH's advertising or promotion on the forums. We would like to be surprised to find there are no other issues regarding document production, but rather than do this piecemeal, we suggest identifying all issues regarding discovery (including document production) and having a single call later this week.

I also note (in view of your keen interest in the state of matters before the Copyright Office), that we have just received another piece of correspondence regarding the Assault Squad shoulder pad that, like the prior correspondence, is not final but invites a response; and (consistent with the email we previously produced) that studiously avoids an analysis of the facts. We will produce it after we have had a chance to review it with our client and decide on how to respond.

Jonathan

Sent from my iPhone

On Jan 16, 2013, at 4:28 PM, "Cooper, Bryce A." <BCooper@winston.com<mailto:BCooper@winston.com>> wrote:

Counsel,

We have not heard back about your availability for a meet and confer.  We will suggest tomorrow at 1:00 cst.  Let us know if that works for you and I will circulate a dial-in, or please propose several alternatives.

Bryce

Bryce A. Cooper

Associate

Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

1

D: +1 (312) 558-3737

F: +1 (312) 558-5700

Bio<http://www.winston.com/index.cfm?contentID=24&itemID=15451> | VCard<http://www.winston.com/sitefiles/wsvcard/15451.vcf> | Email<mailto:bcooper@winston.com> | www.winston.com<http://www.winston.com>

<image001.jpg>

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. ****************************************************************************** Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons.  If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message.  Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.