IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES,<br><br>　　　　　　　Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

## DECLARATION OF JASON J. KEENER

I, Jason J. Keener, hereby declare:

1.　　I am attorney at law and member in good standing of the State Bar of Illinois and this Court. I am a senior counsel at Foley & Lardner LP, counsel of record for Plaintiff Games Workshop, Limited ("Games Workshop"). I have personal knowledge of the facts set forth herein and, if called to testify, I could and would testify competently thereto.

**Games Workshop's Discovery Responses**

2.　　Attached as Exhibit 1 is a true and correct printout of Chapterhouse's Facebook Page located at www.facebook.com/pages/Chapterhouse-Studioes/159482580794 taken on February 11, 2013. Without logging in or "friending" Chapterhouse, it appears that Chapterhouse begin posting on September 15, 2009. These posts included various advertisements for the accused works at issue as well as numerous comments from others that include discussion of Games Workshop.

3.　　Attached as Exhibit 2 is a true and correct copy of Chapterhouse production documents CHS00023249 and CHS00023780-81. These documents are notices sent from the

1

forum Heresy-Online to Nicholas Villacci notifying him that someone has responded to one of his posts, including a link to the appropriate posts. Chapterhouse has not produced any other such notification from Heresy-Online or any of the other Internet based forums that Chapterhouse admittedly uses for advertising. As Chapterhouse has indicated these documents contain Highly Confidential Information, they have been filed under seal.

4. Attached as Exhibit 3 is a true and correct copy of Chapterhouse production documents CHS00023006 and CHS00024674. These documents are notices sent from Facebook.com to Nicholas Villacci. CHS00023006 is a notification informing Mr. Villacci that someone left him a message with a question about one of the products at issue in this case. CHS00024674 is a notification that someone has commented on one of Chapterhouse's posted pictures of one of the products at issue in this case. Chapterhouse has not produce any other such notifications from Facebook. As Chapterhouse has indicated these documents contain Highly Confidential Information, they have been filed under seal.

5. Attached as Exhibit 4 is a true and correct copy of an email received from counsel for Chapterhouse, Julianne M. Hartzell on February 7, 2013.

6. Attached as Exhibit 5 are true and correct printouts from eBay.com evidencing Chapterhouses' continued sales and marketing of the accused products through eBay auctions. Chapterhouse has not identified any of these listings in its interrogatory responses nor has Chapterhouse produced copies of these listings to Games Workshop.

7. Attached as Exhibit 6 is a true and correct copy of Chapterhouse production document CHS00026597-500. In the exhibit, Mr. Lippman, one of Chapterhouse's designers indicates that moderators of forum posts, in the past, have "pulled down" his posts for being to

4819-9512-7824.3

commercial in nature. As Chapterhouse has indicated these documents contain Highly Confidential Information, they have been filed under seal.

8. Attached as Exhibit 7 is a true and correct copy of portions of Chapterhouse's First Supplemental Response to Games Workshop's Second Set of Interrogatories, specifically responses to Interrogatories 9, 10, and 12. As Chapterhouse has indicated these documents contain Highly Confidential Information, they have been filed under seal.

9. Attached as Exhibit 8 is a true and correct copy of Chapterhouse's Response to Games Workshop's Second Set of Document Requests.

10. Attached as Exhibit 9 is a true and correct copy of Chapterhouse's Supplemental Responses to Games Workshop's Seventh Set of Interrogatories (nos. 18-23). As Chapterhouse has indicated these documents contain Highly Confidential Information, they have been filed under seal.

11. Attached as Exhibit 10 is a true and correct copy of Chapterhouse's Response to Games Workshop's Document Requests in the second phase of the case.

12. Attached as Exhibit 11 is a true and correct copy of Chapterhouse's Supplemental Response to Games Workshop's Interrogatory Nos 8-9 (24-25) in the second phase of the case.

13. Attached as Exhibit 12 is a true and correct copy of portions of the deposition transcript of Nicholas Villacci.

14. Attached as Exhibit 13 is a true and correct copy of a letter sent by counsel for Chapterhouse, Jennifer Golinveaux to counsel for Games Workshop, Jonathan Moskin, on May 16, 2012.

15. On February 1, 2013, Chapterhouse produced 563 documents from its designers. This production consisted of:

4819-9512-7824.3

- Jae Lee – 37 photographs, no emails were produced
- Tomas Fiertek – 72 photographs, no emails were produced
- Robert Cirillo – 12 photographs and 1 contract produced, no emails were produced
- Sean MacKirdy – 37 documents (photographs and computer files, no emails were produced
- Sean Bullough – 84 documents produced, containing emails and photographs
- Robert Lippman – 320 documents produced containing emails, photographs, contracts, and source materials.

Chapterhouse did not produce any documents from any of the other identified Chapterhouse designers.

16. Attached as Exhibit 14 is a true and correct copy of an email sent from Counsel for Chapterhouse, Sara Kalemeris, dated February 1, 2013.

17. Attached as Exhibit 15 is a true and correct copy of Chapterhouse production document SMITH_MGB000001-2. Counsel for Chapterhouse confirmed that despite the Smith bates number, this document came from Mr. Villacci's documents, not from Mr. Smith. The exhibit is an email sent by Nicholas Villacci to info@war-smith.co.uk. Emails sent to that email account are immediately returned as undeliverable. As Chapterhouse has indicated these documents contain Highly Confidential Information, they have been filed under seal.

18. Attached as Exhibit 16 are true and correct emails from counsel for Games Workshop to counsel for Chapterhouse regarding the inspection of Games Workshop materials in Chapterhouse's possession, dated January 28, February 4, and February 7.

19. Attached as Exhibit 17 is a true and correct copy of an email from counsel for Chapterhouse, Bryce Cooper, dated February 11, 2013 confirming that Mr. Villacci previously possessed but not longer possesses his copies of *Horus Heresy: Collected Visions*, *How to Paint Space Marines, Codex: Blood Angels*, and *Codex: Imperial Guard*.

4819-9512-7824.3

I hereby declare under penalty of perjury this 11th day of February, 2013, under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

                /s/Jason J. Keener
                Jason J. Keener