# Exhibit

# 1

Email or Phone

Log In

☐ Keep me logged in

**Chapterhouse Studios is on Facebook.**

To connect with Chapterhouse Studios, sign up for Facebook today.

Sign Up   Log In



### Chapterhouse Studios
278 likes · 12 talking about this

Like

Games/Toys
This is the official Facebook Page for Chapterhouse Studios, we are a webstore that is dedicated in arftermarket bits for the Warhammer 40k and Fantasy Hobby.

**278**

About · Photos · Likes

Highlights

**Chapterhouse Studios**
February 7

I have some new pads, as well as a nice Wyvern Model and RAilgun arms for Battlesuits coming up here soon..

Like · Comment · Share

  SilverSkull Gamer, Bob Lippman, Chad LaMontagne and 4 others like this.

  View 2 more comments

  **Justin Ingraham** Ouch. Too bad those railgun arms are coming too late, I already built all my broadsides with Paulson Games parts. I used you heads for my O'shovah bodyguard unit though. Wanted each team member to be unique looking.
  February 7 at 10:16am

  **SilverSkull Gamer** Thought you guys were dead! Looking forward to new stuff!
  7 hours ago

**Recent Posts by Others on Chapterhouse Studios**   See All

  **Vinny Bulloch**
  Is there any new products coming down the pipeline?
  January 20 at 7:12pm

  **Christopher Kevin Stott**
  hi is there any chance you would make chaos sisters …
  January 20 at 8:25am

  **Ross Thompson**
  Bell of Lost Souls has reported an update in the Ga…
  2  4 · November 28, 2012 at 12:28pm

  **David Millest**
  hi folks, do you guys have any pics of your Ammo Bel…
  November 23, 2012 at 12:59pm

  **Bob Lippman**
  New releases! http://chapterhousestudios.com/ind…
  1  2 · November 12, 2012 at 1:23pm

More Posts

**Activity**
February

**People Who Like This**

5

January



**Vinny Bulloch**  **Chapterhouse Studios**
January 20

Is there any new products coming down the pipeline?

Like · Comment · Share



**Christopher Kevin Stott**  **Chapterhouse Studios**
January 20

hi is there any chance you would make chaos sisters of battle would be nice :)

Like · Comment · Share

**Activity**
January

| People Who Like This | People Talking About This |
|---|---|
| 27 | 34 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| bile | Find Friends | Badges | People | Pages | Places | Apps | Games | Music |
| out | Create an Ad | Create a Page | Developers | Careers | Privacy | Cookies | Terms | Help |

cebook © 2013 · English (US)