# Exhibit 2

| | |
|---|---|
| **To:** | nvillacci@verizon.net[nvillacci@verizon.net] |
| **From:** | Heresy-Online - Warhammer 40k and Fantasy Forums for painting tips, news & tactics! |
| **Sent:** | Wed 4/25/2012 1:26:30 PM |
| **Importance:** | Normal |
| **Subject:** | Reply to thread 'Chapterhouse 'TRU-Scale Knight Praetorius Kit" |
| **Categories:** | [69.167.154.100] |



HIGHLY CONFIDENTIAL CHS00023249

| | |
|---|---|
| **To:** | nvillacci@verizon.net[nvillacci@verizon.net] |
| **From:** | Heresy-Online - Warhammer 40k and Fantasy Forums for painting tips, news & tactics! |
| **Sent:** | Thur 4/26/2012 12:49:36 PM |
| **Importance:** | Normal |
| **Subject:** | Reply to thread 'Chapterhouse 'TRU-Scale Knight Praetorius Kit" |
| **Categories:** | [69.167.154.100] |



HIGHLY CONFIDENTIAL
CHS00023780

███████████████████████

HIGHLY CONFIDENTIAL CHS00023781