# Exhibit

# 3

**From:** Nick <nvillacci@verizon.net>
**Sent:** Wednesday, May 2, 2012 3:15 PM
**To:** 'Message Email Reply' <m+84drypw0000219jt6wq003yt8i7mqb5220@reply.facebook.com>
**Subject:** RE: [Chapterhouse Studios] New message from 

anyone else has..

-----Original Message-----
**From:** Facebook [mailto:notification+kjdmuk53hh1d@facebookmail.com]
**Sent:** Wednesday, May 02, 2012 3:10 PM
**To:** Nick Villacci
**Subject:** [Chapterhouse Studios] New message from



HIGHLY CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CHS00023006

To: Nick Villacci[nvillacci@verizon.net]
From: Facebook
Sent: Mon 5/7/2012 4:29:35 PM
Importance: Normal
Subject: ▮▮▮▮▮▮▮▮ commented on Chapterhouse Studios's album "Alternative Heads for Tau Battlesuits..."
Categories: 0



HIGHLY CONFIDENTIAL
CHS00024674