# Exhibit

# 5





Hi, Tom_Nanson (Sign in)    Daily Deals    *FREE 1-DAY SHIPPING SHOP DEALS >*    My eBay    Sell    Community    Customer Support    Cart

Browse by category    All Categories    ▼    Search    Advanced

◄ Back to search results | Listed in category: Toys & Hobbies > Games > Miniatures, War Games > Warhammer > 40K > Tyranid

### Resin Mycetic Spore Pod for Tyranid Players



Item condition: New    |Add to Watch list

Quantity: 1    More than 10 available / 2 sold

Price: US $35.00    Buy It Now

Add to cart

Add to Watch List

Shipping: $17.75 USPS First Class Mail Intl / First Class Package Intl Service | See details
International items may be subject to customs processing and additional charges.
Item location: Colleyville, Texas, United States
Ships to: Worldwide

Delivery: Varies for items shipped from an international location
Seller ships within 5 days after receiving cleared payment -
Please allow additional time if international delivery is subject to customs processing.

Payments: *PayPal* See details

Returns: 14 days money back or item exchange, buyer pays return shipping | Read details

**Seller information**
customminis79(604 ☆ )
98.9% Positive feedback

Save this seller
See other items

THANK YOU
FOR SHOPPING AT
ebay

Have one to sell? Sell it yourself    Learn more

| Description | Shipping and payments |  | Print | Report item |
|---|---|---|---|---|

Item number: 271147101924

Seller assumes all responsibility for this listing

**Item specifics**

Condition:    New: A brand-new, unused, unopened, undamaged item (including handmade items).
See the seller's listing ... Read more

The models shown are next to the pod are owned by Games Workshop, they are shown for scale purposes only

This is a resin version of a Alien Mycetic Spore Pod, very useful for 40k Tyranid players  The spore is a highly detailed 4 piece resin model which includes an external weapon arm (that can have a  weapon glued on the end)  It is easily assembled (coming in 2 halves and a top piece)  Comes unassembled and unpainted.

Each spore is large enough to realistically hold a swarm of models or even a large monstrous creature like the Games Workshop model carnifex or Kronoscope monsters as seen in the photos

The Mycetic Spore is approximately 6 inches tall and 4 5 inches in diameter  Weighs approximately 15 25 ounces

We ship by US Post Office

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question



**See what other people are watching**

Feedback on our suggestions



warhammer 40k
tyranid army
**$80.00**

See suggestions



Warhammer 40k
Tyranid Zoanthrope
**$14.99**

See suggestions



Warhammer 40K
Tyranid Hive...
**$40.55**

See suggestions



Tyranid Codex
Warhammer 40k Ar...
**$26.39**

See suggestions



Warhammer 40k
Tyranid oop metal...
**$25.00**

See suggestions

Back to search results

Return to top

About eBay   | Community   | Announcements   | Security Center   | Policies   | Site Map   | eBay official time   | Preview new features   | Contact us   | Tell us what you think.

Copyright © 1995-2013 eBay Inc. All Rights Reserved  User Agreement and Privacy Policy

Hi, Tom_Nanson (Sign in) | Daily Deals | FREE 1-DAY SHIPPING SHOP DEALS >

My eBay    Sell    Community    Customer Support                Cart

Browse by category                                      All Categories    [ ▾ ]    Search    Advanced

Back to search results | Listed in category: Toys & Hobbies > Games > Miniatures, War Games > Warhammer > 40K > Tyranid



### Tervigon Conversion kit for Tyranid Carnifex model

| | | |
|---|---|---|
| Item condition: | **New** | | Add to Watch list |
| Quantity: | 1 | More than 10 available / 83 sold |
| Price | US $28.50 | Buy It Now |
| | | Add to cart |
| | | Add to Watch list |

**Seller information**
customminis79(604 ⭐ )
98.9% Positive feedback

Save this seller
See other items

Shipping    $14.20 USPS First Class Mail Intl / First Class Package
Intl Service | See details
Items location if items may be subject to customs processing and additional charges.
Item location: Colleyville, Texas, United States
Ships to:  Worldwide

Delivery    Varies for items shipped from an international location
Seller ships within 5 days after receiving cleared payment.
Please allow additional time if international delivery is subject to customs processing.

Payments    PayPal | See details

Returns    3 days item exchange only, buyer pays return
shipping | Read details

Have one to sell?  Sell it yourself

Learn more

THANK YOU
FOR SHOPPING AT
ebay

Terrain Conversion Kit for Tyranid Carnifex Model -ebay Page 5 of 2

| Description | Shipping and payments | | Print | Report item |
| --- | --- | --- | --- | --- |

Item number: 280713135763

Seller assumes all responsibility for this listing.

Last updated on  Oct 10, 2011 18:21:44 PDT  View all revisions

### Item specifics

| Condition: | New: A brand-new, unused, unopened, undamaged item (including handmade items). See the seller's listing .. Read more |
| --- | --- |

This  resin kit contains 5 high detail modular components that fit with the current Games Workshop Carnifex kit   Once assembled, it adds much girth and armor and birthing sacs
Please note this set does NOT include a Games Workshop Tyranid Carnifex and is not a Games Workshop model

Each kit contains 5 pieces

Top Center Torso Spine piece (fits in between the two side torsos of the carnifex)

Central Armor and Spine Bank (fits on top of the upper torso)

Head mount piece

Lower abdomen containing birth sacs and embryonic termagaunts

Standard Size Oval base (matches Trygon base diameter)

Please note while this kit is sculpted to fit a carnifex kit with no modification to either kit,  some modification may be necessary to the minute variations that are present in both the
Games Workshop and this resin kit

### Questions and answers about this item

No questions or answers have been posted about this item

Ask a question

86985

### See what other people are watching

Feedback on our suggestions











| Tyranid Carnifex (3 Pack) | Tyranid Tyrannofex Tervigon | Warhammer 40K Tyranid Hive .. | Warhammer 40k painted metal | Tyranid Codex Warhammer 40k Ar. . |
| --- | --- | --- | --- | --- |
| $41.00 | $46.19 | $40.55 | $16.00 | $26.39 |
| Free shipping | | | | |
| See suggestions | See suggestions | See suggestions | See suggest ons | See suggestions |

Back to search results

Return to top

About eBay   | Community   | Announcements   | Security Center   | Policies   | Site Map   | eBay official time   | Preview new features   | Contact us   | Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved  User Agreement and Privacy Policy.

Set of 6 Metal Ymgarl Heads Fit Tyranid Genestealers | eBay                     Page 1 of 1



Set of 6 metal Ymgarl heads - fit Tyranid Genestealers

Item condition: New

Quantity: 1    More than 10 available / 142 sold

Price  US $6.50    Buy It Now

Add to cart

Add to Watch list

| Add to Watch list

**Seller information**
custommimis79(604 ☆ )
98 9% Positive feedback

Save this seller
See other items

Shipping  $8.05 USPS First Class Mail Intl / First Class Package Intl Service | See details
See details about International shipping here...
Item location: Colleyville, Texas, United States
Ships to: Worldwide

Delivery  Varies for items shipped from an international location
Seller ships within 1 days after receiving cleared payment

Payments  *PayPal* See details

Returns  3 days item exchange only, buyer pays return shipping | Read details

Learn more

Printed by Anthony Nolan
http://web.mac.com/antnol/nga

THANK YOU
FOR SHOPPING AT
ebay

$Have one to sell? Sell it yourself

| Description | Shipping and payments |

Print | Report item

Item number  280643732106

Seller assumes all responsibility for this listing.

**Item specifics**

Condition:   New: A brand-new, unused, unopened, undamaged item (including handmade items)
See the seller's listing ... Read more

This is a 6 piece set of pewter alien heads   These are scaled for 28mm heroic miniatures   You can use them as Cthulhu or Ymgarl heads on your models

Each set of 6 heads includes 3 different variants,  you will recieve 2 of each head in this set.  There are almost no mold lines on these heads, so minimal clean-up is required.  Superglue is recommended for assemblnig metal bits on plastic kits

We developed these in 2009 as variant heads that would be useful on Tyranid® Genestealers®   When Games Workshop released the new Tyranid® codex, the Ymgarl Genestealers® look incredibly like these heads!  We have dated post and concept art to prove our idea came first

Regardless, these heads will set your miniatures apart from the rest of the crowd!

**Questions and answers about this item**

No questions or answers have been posted about this item

Ask a question

Back to search results

Return to top

About eBay  | Community  | Announcements  | Security Center  | Policies  | Site Map  | eBay official time  | Preview new features  | Contact us  | Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy



This is a 6 piece set of pewter alien heads  These are scaled for 28mm heroic miniatures  You can use them as Cthulhu or Ymgarl heads on your models

Each set of 6 heads includes 3 different variants,  you will recieve 2 of each head in this set  There are almost no mold lines on these heads, so minimal clean-up is required  Superglue is recommended for assemblnig metal bits on plastic kits

We developed these in 2009 as variant heads that would be useful on Tyranid® Genestealers®   When Games Workshop released the new Tyranid® codex, the Ymgarl Genestealers® look incredibly like these heads!  We have dated post and concept art to prove our idea came first

Regardless, these heads will set your miniatures apart from the rest of the crowd!

#### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

About eBay  | Community  | Announcements  | Security Center  | Policies  | Site Map  | eBay official time  | Preview new features  | Contact us  | Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy