# Exhibit 6

| | |
|---|---|
| From: | Robert A. Lippman </o=LG/ou=First Administrative Group/cn=Recipients/cn=RAL> |
| Sent: | Monday, November 12, 2012 2:50 PM |
| To: | 'Chapterhouse Verizon' <droppods@verizon.net> |
| Subject: | RE: Painted Crocs |

HIGHLY CONFIDENTIAL								CHS00026497



HIGHLY CONFIDENTIAL
CHS00026498



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL CHS00026500