# Exhibit

# 13

# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| BEIJING | 101 CALIFORNIA STREET | MOSCOW |
| CHARLOTTE | SAN FRANCISCO, CALIFORNIA 94111-5802 | NEW YORK |
| CHICAGO | | NEWARK |
| GENEVA | +1 (415) 591-1000 | PARIS |
| HONG KONG | | SAN FRANCISCO |
| | FACSIMILE +1 (415) 591-1400 | |
| LONDON | | SHANGHAI |
| LOS ANGELES | www.winston.com | WASHINGTON, D.C. |

May 16, 2012

**JENNIFER A. GOLINVEAUX**
+1 (415) 591-1506
jgolinveaux@winston.com

**VIA E-MAIL**

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
e-mail: jmoskin@foley.com

  Re: **Games Workshop v. Chapterhouse Studios**

Dear Jonathan:

I write to follow-up your email inquiries and our phone conversation on May 14, 2012 regarding Defendant's efforts to collect documents from third party designers whom Plaintiff did not subpoena, pursuant to the Court Order dated March 6, 2012. You have asked me to further explain Defendant's efforts to comply with the March 6 Order.

First, as you are aware, Defendant has identified twelve individuals in response to Plaintiff's Interrogatory No. 3, including Mr. Villacci and Mr. Fiertek. Of the remaining ten individuals, Plaintiff received documents from Messrs. Nagy, Okamura, and Traina pursuant to third party subpoenas.

On March 7, 2012, the day after the Court issued its order, Mr. Villacci sent a letter to the remaining seven individuals asking them to cooperate with Winston & Strawn to provide documents in response to a court order. For your reference, I have attached a copy of the text of the letter that Mr. Villacci attempted to email to each of the six individuals. I summarize here the results of the efforts as to each of the six individuals.

- **Mr. Sondered**, who resides in Sweden, responded saying that the only document he had relating to the Chapterhouse products was a copy of his NDA with Chapterhouse, which he promptly provided to us and we promptly produced to Plaintiff.

- **Mr. Soden**, who resides in Australia, responded declining to provide us with his documents.

WINSTON & STRAWN LLP

May 16, 2012
Page 2

- After follow-up **Mr. Terry** responded and provided us with several emails, which we promptly produced to Plaintiff.

- After repeated efforts to reach **Mr. Navarro**, he responded saying he has no relevant documents and that if he did have relevant documents he would not provide them to us.

- **Mr. Lee**, who resides in Malaysia, responded and provided us with several documents that we promptly produced to Plaintiff. We have followed up with Mr. Lee repeatedly regarding whether he had any additional documents and have not heard back.

- After follow-up **Mr. Summers** responded and provided documents which we promptly produced to Plaintiff.

- After multiple attempts to reach **Mr. Smith**, who resides in the UK, he responded and says he has no relevant documents. He has not responded to further follow-up.

I trust this addresses your concerns. Please let me know if you have other questions.

Sincerely,

Jennifer A. Golinveaux

JAG/cc

Enclosures

SF:333474.1

| | |
|---|---|
| **From:** | Nick [nvillacci@verizon.net] |
| **Sent:** | Wednesday, March 07, 2012 7:34 PM |
| **Cc:** | Witnov, Shane B.; Kearney, Tom J. |
| **Subject:** | Important Document collection for Games Workshop vs Chapterhouse Studios case |
| **Attachments:** | ChapterhouseProducts.pdf |
| **Importance:** | High |

Dear past and present Chapterhouse Studios contractors and employees,

As you probably know, Chapterhouse Studios is involved in a lawsuit with Games Workshop. As part of that lawsuit, Chapterhouse is required to produce to Games Workshop documents concerning 120 of the products that Chapterhouse sells (see the attached list). The Court has now required Chapterhouse to make an effort to promptly collect and produce to Games Workshops your documents concerning the 120 products. Such documents might include correspondence or other documents concerning the creation or design of the products; mock-ups, drafts, or drawing briefs related to the conception, development or creation of the products, and documents relating to any sources used for inspiration for any of the products; photographs of works in progress; a folder (on your computer or a physical one) with design drafts or documents you used for inspiration; and any sketches or drawings or sculptures of the products.

With your permission, my attorneys would like to contact you right away, to coordinate collection of these documents

**Please respond to this email as soon as you can to confirm that you received it and to let us know the best way for my attorneys to contact you to discuss logistics.** I am represented by Winston & Strawn LLP in the litigation. The best person there to contact is Shane Witnov. His phone number is: 415-591-1495. My attorneys are cced on this email.

Please keep this letter and any correspondence you have with my attorneys about this matter strictly confidential. Thank you for your attention to this important matter.

Sincerely,

**Nick Villacci**

Ph: +1 (214) 662-1697

www.chapterhousestudios.com

1

| Chapterhouse Products |
|---|
| Eagle Thunder Hammer for Space Marine |
| Shoulder Pad w/ Shield & Studs for Space Marine - Tactical |
| Skull or Chaplain Head Bit for Space Marines |
| Shoulder Pads for Blood Eagle - Tactical |
| Shoulder Pads for Blood Eagle - Terminator |
| Celestial Lions Left Arm Shoulder Pad Bit - Tactical |
| Celestial Lions Right Arm Shoulder Pad Bit - Tactical |
| Shoulder Pads for Deathwatch or Dark Angels - Tactical |
| Shoulder Pads for Deathwatch or Dark Angels - Terminator |
| Power Armour Pad for Exorcist |
| Terminator pad for Exorcist Space Marine |
| Sawblade Shoulder Pad & Jewel |
| Terminator Shoulder Pad for Flesh Tearers |
| Howling Griffon Shoulder Pads for Space Marines |
| Shoulder Pads for Imperial Fist - Tactical Marines |
| Shoulder Pad for Imperial Fist - Terminator Marine |
| Shoulder Pads for Serpent or Iron Snakes - Tactical |
| Shoulder Pads for Serpent or Iron Snakes - Terminator |
| Shoulder Pad w/ Studs and Skull for Space Marine - Tactical |
| Shoulder Pad w/ Skull and Flames for Space Marines - Tactical |
| Shoulder Pad Star Fox / Luna Wolves Tactical |
| Shoulder Pad Star Fox / Luna Wolves Terminator |
| Shoulder Pads for Chalice or Soul Drinker - Tactical |
| Shoulder Pads for Chalice or Soul Drinker - Terminator |
| Dragon or Salamander Icon Shoulder Pad Bit - Tactical |
| Dragon or Salamander Icon Shoulder Pad - Terminator |
| Dragon or Salamander Power Fist |
| Dragon or Salamander Storm Shield Diamond Scales |
| Dragon or Salamander Storm Shield - Smooth no skull |
| Dragon or Salamander Storm Shield - Smooth w/ skull |
| Dragon or Salamander Thunder Hammer |
| Salamander, Alpha Legion or Dragon Conversion Kit for Land Raider |
| Vehicle Icons for Flesh Tearers |
| Combi Weapon Magnetic Kit |
| Farseer Jetbike Seer Council Kit |
| Warlock Jetbike Seer Council Kit |
| Conversion kit for Tyranid Tervigon |
| Lashwhips - Tyrant Size |
| Lashwhips - Warrior Size |
| Tyrant Bonesword Arms for Tyranids |
| Warrior Bonesword Arms for Tyranids |
| Xenomorph 28mm Head bits for Tyranids |
| Ymgarl Heads for Tyranid Genestealers - Set |
| Female Heads - Imperial Guard 28mm |

SF:329618.2

| Chapterhouse Products |
|---|
| SXV-141 Super-Heavy Assault Walker SAW |
| Assault Shoulder Pad for Space Marine with number 7 |
| Assault Shoulder Pad for Space Marine with number 8 |
| Assault Squad Shoulder Pad for Space Marine - Plain |
| Crested Pad for Space Marine |
| Devastator Shoulder Pad for Space Marine - Plain |
| Devastator Shoulder Pad for Space Marine with number 9 |
| Devastator Shoulder Pad for Space Marine with number 10 |
| First Squad or I Shoulder Pads - tactical |
| Generic Power Armour Shoulder Pad for Space Marine - Plain |
| Smooth Shoulder Pad for Space Marine - no raised areas |
| Tactical Shoulder Pad for Space Marine |
| Tactical Shoulder Pad for Space Marine with number 1 |
| Tactical Shoulder Pad for Space Marine with number 2 |
| Tactical Shoulder Pad for Space Marine with Number 3 |
| Tactical Shoulder Pad for Space Marine with Number 4 |
| Tactical Shoulder Pad for Space Marine with number 5 |
| Tactical Shoulder Pad for Space Marine with number 6 |
| Salamanders or Dragon Drop Pod Armor or door panel |
| Salamander Dragon Skull Shoulder Pad Bit -Tactical |
| Salamander Dragon Skull Shoulder Pad - Terminator |
| Salamander Dragon Thunder Hammer - Smooth |
| Dragon Salamander Head Bit Space Marine |
| Banded Tech Power Armor Pad |
| Cog Shoulder Pad - Power Armor |
| Shield for Iron Hands |
| Shoulder Pad for Iron Hands Power Armor |
| Shoulder Pad for Iron Hands Terminator armor |
| Banded Armor Terminator Pad |
| Banded Power Armour Shoulder Pads |
| Studded Rimmed Shoulder Pad MKV |
| Five (5) Heresy Era Jump Packs for Space Marines |
| Masked Heresy Heads for Space Marines - 4 |
| MK I Heresy Era for Space Marine "Thunder Armor" Shoulder Pad |
| Spikey Heresy Heads for Space Marines |
| Studded Power Armor Pad for MK 5 |
| Celtic Wolf Shield for Space Wolves |
| Rhino Conversion Kit for Space Wolves |
| Storm Combat Space Tech Shield for Wolves |
| Celtic Storm or Combat Shield |
| Generic Hammer 2 |
| Imperial or Eagle Storm Shield |
| "Heresy" Armoured Drop Pod Door |
| Armoured Predator Armour Kit - side |

SF:329618.2

| Chapterhouse Products |
|---|
| Armoured Predator Kit - Centred |
| Armoured Rhino for Space Marine Tank Door & Armor Kit |
| Brazier - Dragon / Serpent - 2 pieces |
| Brazier - Eagle - 2 pieces |
| Mark I Rhino Conversion Kit |
| Rhino Tank Conversion Kit for Space Marine Dragon or Salamander |
| Mycetic Spore for Tyranids |
| Pre-Heresy Scarab Shoulder Pads for Thousand Sons Marines - Term |
| Scarab Shoulder Pad for Thousand Sons - Power Armor |
| Starburst Shoulder Pad for Thousand Sons Marines - Power Armor |
| Shoulder Pad for Mantis Warriors Marines - Power Armor |
| Shoulder Pad for Mantis Warriors Marines - Terminator |
| Shoulder Pad for Blood Ravens Marines - Terminator |
| Shoulder Pad for Blood Ravens Marines - Power Armor |
| Dragon or Salamander Variant Rhino Door Kit |
| Rhino Conversion #2 kit For Space Wolves |
| Tactical Rhino Doors with Skulls Kit |
| Rhino Tank Conversion Kit for Iron Snakes |
| 28mm Spartan Heads |
| Doomseer Iyanar Model Released |
| Rapid Response Wheeled Kit for Chimera |
| TRU-Scale Conversion Kit for Space Marine Storm Raven. |
| Gun-halberds |
| Conversion Beamer Servo Harness Kit for Space Marine Model |
| Death Angel Doors for Space Marine Land Raider kit |
| SCAR & Sniper Rifle 28mm Pack |
| SCAR Drum Magazine Autoguns Resin 28mm |
| SCAR Lasguns Resin 28mm |
| Javelin Class Jet Bike. |
| Death Angel Storm Shield |
| Armana'serq Warrior Priestess |
| Abbithan Banshees Guardswoman 28mm figures |

SF:329618.2