# Exhibit

# 15

**Sarah Kalemeris**

| | |
|---|---|
| **From:** | Nick Villacci [nvillacci@att.net] |
| **Sent:** | Wednesday, December 26, 2012 5:00 PM |
| **To:** | info@war-smith.co.uk |
| **Cc:** | Julianne M. Hartzell; Sarah Kalemeris |
| **Subject:** | Chapterhouse Studios LLC |

Dear <mark>Stephen Smith</mark>,



Sincerely,
Nick

1

**HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY**     SMITH_MGB000001

**Nick Villacci**

Ph: +1 (214) 662-1697

www.chapterhousestudios.com

2

**HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY** **SMITH_MGB000002**