# Exhibit

# 17

**Keener, Jason J.**

---

| | |
|---|---|
| **From:** | Cooper, Bryce A. [BCooper@winston.com] |
| **Sent:** | Monday, February 11, 2013 1:33 PM |
| **To:** | Keener, Jason J. |
| **Cc:** | Moskin, Jonathan; Golinveaux, Jennifer A.; Sarah Kalemeris; Julianne M. Hartzell |
| **Subject:** | RE: Games Workshop v. Chapterhouse Studios - Inspection of CHS Materials |

Jason,

I have confirmed that Mr. Villacci has been unable to locate the four books you listed.  I note that GW was given the opportunity to inspect each of these four books on a prior occasion and evidently chose not to make copies of them at that time.

Mr. Villacci has confirmed that he produced all of the items in his possession, custody, or control from the list you provided.

Bryce A. Cooper
D: +1 (312) 558-3737
F: +1 (312) 558-5700
http://www.winston.com


-----Original Message-----
From: JKeener@foley.com [mailto:JKeener@foley.com]
Sent: Monday, February 11, 2013 10:38 AM
To: Cooper, Bryce A.
Cc: JMoskin@foley.com; Golinveaux, Jennifer A.; Sarah Kalemeris; Julianne M. Hartzell
Subject: Re: Games Workshop v. Chapterhouse Studios - Inspection of CHS Materials

Bryce,

This email will summarize the inspection that occurred on Friday in Dallas.  The inspection was for GW to inspect Mr. Villacci's personal collection of the New Allegedly Infringed GW products identified in GW's claim chart.  As a courtesy, we emailed you a list of the items identified in the chart, which contained 16 books and 23 categories of miniatures. At the inspection, CHS brought 6 books and 11 individual miniatures.  You confirmed that this was everything in Mr. Villacci's possession that was on our list.  I indicated that we knew this was incorrect as the prior inspection (from the first phase of the case), made us aware that there were a number of additional books (at least 4) in his possession as well likely over 100 additional miniatures that were in his possession, all of which were Newly Alleged Infringed Products.  After speaking with Mr. Villacci, you confirmed that he did not produce everything that was requested and you obtained two additional large boxes containing hundreds of models that were responsive.  You additionally stated that Mr. Villacci acknowledged that he had the additional 4 books we suspected but could not now locate them.  This is especially troubling as one of those books, Horus Heresy, is  not only the alleged basis for a large percentage of the works at issue in this case, but we specifically reminded you of that fact in writing on two earlier occasions (January 30 and February 7 - even before we produced the full list of what we expected to see).  After the inspection ended, you stated that Mr. Villacci would continue looking for the missing books and Monday morning you would either produce them at my Chicago office or provide an explanation for why they are no longer in Mr. Villacci's possession.

Please confirm that Mr. Villacci has again reviewed the list of New Allegedly Infringed GW products and confirmed that (except for the 4 books), he has at no time during this litigation possessed any of the other entries on the list.  Moreover, for the 4 "missing" books, please confirm whether you are producing them to my office today for inspection. For your convenience, the 4 books are:

1. Horus Heresy  Collected Visions (or any other Horus Heresy books)
2. How to Paint Space Marines
3. Codex Blood Angels
4. Codex Imperial Guard

Regards,


Jason J. Keener
Foley & Lardner LLP
321 North Clark Street, Suite 2800, Chicago, IL 60610-4764
(312) 832-5109 (direct) / (312) 832-4700 (fax)


On 2/8/13 3:17 PM, "Cooper, Bryce A." <BCooper@winston.com> wrote:

>Jason,
>My flight was delayed and traffic is rather heavy. I estimate it will be
>15 more minutes.
>

>On Feb 8, 2013, at 2:59 PM, "JKeener@foley.com" <JKeener@foley.com> wrote:
>
>> Bryce,
>>
>> I understood you were endeavoring to arrive at Carrington Coleman at
>>2:30
>> today.  As it is now 3:00, please let me know if you expect to arrive
>> shortly or are having difficulty finding the location.
>>
>> Thanks,
>>
>> Jason J. Keener
>> Foley & Lardner LLP
>> 321 North Clark Street, Suite 2800, Chicago, IL 60610-4764
>> (312) 832-5109 (direct) / (312) 832-4700 (fax)

>>
>>
>>
>>
>>
>>
>> On 2/7/13 2:02 PM, "Cooper, Bryce A." <BCooper@winston.com> wrote:
>>
>>> Jason,
>>>
>>> Nick Villacci and I will attend the inspection tomorrow and will
>>>endeavor
>>> to arrive by 2:30.  There will be approximately 15-20 items produced.
>>>
>>> Bryce A. Cooper
>>> D: +1 (312) 558-3737
>>> F: +1 (312) 558-5700
>>> http://www.winston.com


The preceding email message may be confidential or protected by the attorney-client
privilege. It is not intended for transmission to, or receipt by, any unauthorized
persons.  If you have received this message in error, please (i) do not read it, (ii)
reply to the sender that you received the message in error, and (iii) erase or destroy the
message.  Legal advice contained in the preceding message is solely for the benefit of the
Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the
subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include

a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.


The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
*********************************************************************** Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.