**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br>Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

**DECLARATION OF STEPHEN SMITH**

I, Stephen Smith, hereby declare:

1. I reside at 36 Colneford Hill, White Colne Colchester Essex, UK. I am a fan of tabletop war games including Warhammer 40,000.

2. In 2011, I created a kit which could be used in conjunction with (but not exclusively) Games Workshop parts to create science fiction armoured miniatures. These could be used to represent "Art/True Scale" Spacemarines. A picture identifying a one off squad of miniatures assembled using the kit in conjunction with other manufacturers parts (including Games workshop) is attached to this statement as Exhibit 1. As far as my knowledge extends, the term "Art" or "Tru-scale" refers to the fact that the scale of the miniature is made to reflect more closely the proportions of the figures as they are described in Games Workshop's books rather than the miniatures that Games Workshop actually sells. However, there was no intention to create an exact copy.

3. I sold the original parts to Chapterhouse Studios in November 2011 with the intention of receiving copies for my own use. Soon after I purchased reproductions of my models from Chapterhouse I also created and sold to Chapterhouse a Storm Raven conversion kit, a gun-

halberd model and a weapon/mechanical arm harness shown in Exhibit B, of which i also received copies.

4. My communications with Chapterhouse in connection with all of these products was exclusively via email. After I received payment for the aforementioned original miniatures I sold to Chapterhouse, I do not recall any further communications between Chapterhouse and myself specific to the abovementioned originals.

5. As far as I can recall I was not asked by Chapterhouse to save any of my emails or other documents regarding the products I sold to Chapterhouse. Therefore, I have not retained any emails or documents concerning the aforementioned miniatures.

6. To the best of my knowledge only on one occasion was I contacted by Chapterhouse and asked to look for and provide any emails or other documents regarding the products I sold to Chapterhouse. At that time, as with now I was unable to locate any relevant communications or documentation. Although I have not retained a copy of this email and so cannot be sure of the exact date, I am however confident that it was more than nine months ago. Therefore prior to June 2012.

7. While I do recall being offered legal services in an email from Chapterhouse if required. As far as my memory serves I have not been directly contacted by or communicated with any lawyers for Chapterhouse, and I am not aware of having requested legal advice from any lawyers on behalf of Chapterhouse.

I hereby declare that to the best of my current knowledge this statement is true and correct.

Stephen Smith

Stephen Smith 09/02/2013

4853-0855-0162.1

EXHIBIT A

WAR SMITH MINIATURES

HOME | ABOUT US | CONTACT | TUTORIALS | STUDIO | BLOG | GALLERY | CASTING SERVICE | FRIENDS OF WARSMITH | PAINTING COMP | CONCEPTS |

CATEGORIES

NEW STUFF
INFANTRY WEAPONS
HEAD SWAPS
CONVERSION KITS & PARTS
PAINTED MINIATURES
SCENERY
SCENIC BASES
PAINTS
HOBBY MATERIALS
LITERATURE
BUSTS

ART SCALE SPACE MARINE SQUAD - SOLD

« BACK

Home · Painted Miniatures ·

SOLD

Art Scale Space Marine Squad:

- 1 Sargent with bolt pistol and powersword
- 1 Battle brother with Flamer
- 3 Battle brothers with Bolters

All painted in a variations white, with blood angles iconography. The miniatures are based in an urban style and all incorporate object source lighting and multi technique weathering.

Each mini stands aproximately 40mm tall from head to feet.

To see more pictures of these minis, including size comparisions, checkout our gallery.

These minis were painted in 2011 by Mik_the_Spot

NOW: £42.99

Share on Facebook

Email a friend

ADD TO CART

"NEW"

| | |
|---|---|
| POST HUMAN HEADS | £3.00 |
| SPACE CRUSADER LEGS | £5.25 |
| SPACE CRUSADER KIT | £16.00 |
| SNIPER RIFLE | £3.00 |
| 47MM DISPLAY PLINTH | £4.00 |

DELIVERY

FREE DELIVERY
On Orders Over £34.99

Customer Reviews
Write an online review and share your thoughts with other shoppers!

Reviewer: Rob from Manchester

I found the site very easy to navigate, well presented and easy to make my purchases. Which consisted of, 5 man true scale marine squad Blood Angels Chapter Master [illegible] scale dreadnought Of note the miniatures are painted to a very very high standard using advanced techniques and modelled with flawless conversions. I must however pay particular attention to the "glow effect" delivered well on the helmet lenses on the marines but is no less than spectacular on the blood angel lord and [illegible] dreadnought. The pictures are still on this website and I really must suggest you check them out, seeing is believing. I dealt with Steve Smith via email and found him to be an absolute gent who not only sent the items packaged well but with special next day delivery at no extra charge. I cannot wait for the product range to get up and running and would have no hesitation in using [illegible] again.

NEWSLETTER

Enter Email Address

SIGN UP

CUSTOMER LOGIN

Email Address

Password

LOGIN

FORGOTTEN YOUR PASSWORD? CLICK HERE

CONTACT DETAILS

36 [illegible]
[illegible]
Colchester
Essex
CO6 [illegible]

INFO@WAR-SMITH.CO.UK

SECURE SHOPPING

© copyright 2011 | WARSMITHMINIATURES.co.uk | sitemap | terms & conditions

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno,

EXHIBIT B



4853-0855-0162.1