**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CHAPTERHOUSE STUDIOS LLC, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 1:10-cv-08103 <br><br> Honorable Matthew F. Kennelly <br> Honorable Jeffrey T. Gilbert |

**DECLARATION OF JULIANNE M. HARTZELL**

I, Julianne M. Hartzell, hereby declare:

1. I am an attorney at Marshall, Gerstein & Borun LLP. I represent Chapterhouse Studios, LLC in this lawsuit.

2. Exhibit A is a true and accurate copy of the third party privilege logs served by Chaptershouse in this litigation.

3. Exhibit B is a true and accurate copy of Chapterhouse's privilege log served in this litigation.

4. Exhibit C is a true and accurate copy of the Declaration of Nicholas Villacci.

5. Exhibit D is a true and accurate copy of correspondence produced by Games Workshop as (filed under seal).

6. Exhibit E is a true and correct copy of portions of the Chapterhouse facebook page produced by Games Workshop as GW0011688.

7. Counsel for Chapterhouse contacted Mr. Smith in March, 2012, immediately following the Court's order regarding third party designers. Mr. Smith stated at that time that he did not possess any responsive documents.

1

I declare that the foregoing is true and accurate to the best of my current knowledge.

_____
Julianne M. Hartzell            2/13/13