# EXHIBIT A

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Third Party Sean MacKirdy

| Priv. Log No. | Participants | Date | Description | Privilege Asserted |
|---|---|---|---|---|
| 1 | Nick Villacci; Sean MacKirdy; Sarah Kalemeris; Julianne Hartzell | 12/26/2012 | Confidential communication in email reflecting legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to a common legal interest between individuals formerly engaged in a business relationship. | Attorney-Client Privilege |
| | | | Confidential communication in email reflecting mental impressions of attorneys from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to a common legal interest between individuals formerly engaged in a business relationship. | Work Product |
| 2 | Sean MacKirdy; Nick Villacci; Sarah Kalemeris; Julianne Hartzell | 1/6/20123 | Confidential communication in email reflecting request for legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney-Client Privilege |
| | | | Confidential communication in email prepared at the direction of attorneys from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Work Product |
| 3 | Sarah Kalemeris; Sean MacKirdy; Nick Villacci; Julianne Hartzell | 1/17/2013 | Confidential communication in email reflecting legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney-Client Privilege |
| | | | Confidential communication in email reflecting mental impressions of an attorney from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Work Product |

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Third Party Sean MacKirdy

| Priv. Log No. | Participants | Date | Description | Privilege Asserted |
|---|---|---|---|---|
| 4 | Sean MacKirdy; Sarah Kalemeris; Nick Villacci; Julianne Hartzell | 1/19/2013 | Confidential communication in email reflecting request for legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship.<br><br>Confidential communication in email prepared at the direction of attorneys from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney Client Privilege<br><br>Work Product |
| 5 | Sean MacKirdy; Sarah Kalemeris; Nick Villacci; Julianne Hartzell | 1/23/2012 | Confidential communication in email reflecting request for legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship.<br><br>Confidential communication in email prepared at the direction of attorneys from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney-Client Privilege<br><br>Work Product |
| 6 | Sarah Kalemeris; Sean MacKirdy; Nick Villacci; Julianne Hartzell | 1/23/2012 | Confidential communication in email reflecting legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship.<br><br>Confidential communication in email reflecting mental impressions of an attorney from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney-Client Privilege<br><br>Work Product |

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Third Party Sean MacKirdy

| Priv. Log No. | Participants | Date | Description | Privilege Asserted |
|---|---|---|---|---|
| 7 | Sean MacKirdy; Sarah Kalemeris; Nick Villacci; Julianne Hartzell | 1/23/2012 | Confidential communication in email reflecting request for legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney-Client Privilege |
| | | | Confidential communication in email prepared at the direction of attorneys from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Work Product |
| 8 | Sarah Kalemeris; Sean MacKirdy; Julianne Hartzell; Nick Villacci; Timothy Weber | 1/25/2013 | Confidential communication in email reflecting legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney-Client Privilege |
| | | | Confidential communication in email reflecting mental impressions of an attorney from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Work Product |
| 9 | Sean MacKirdy; Sarah Kalemeris; Julianne Hartzell; Nick Villacci; Timothy Weber | 1/28/2013 | Confidential communication in email reflecting request for legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney-Client Privilege |
| | | | Confidential communication in email prepared at the direction of attorneys from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Work Product |

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Third Party Sean MacKirdy

| Priv. Log No. | Participants | Date | Description | Privilege Asserted |
|---|---|---|---|---|
| 10 | Sean MacKirdy; Sarah Kalemeris; Julianne Hartzell; Timothy Weber | 1/28/2013 | Confidential communication in email reflecting request for legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney-Client Privilege |
| | | | Confidential communication in email prepared at the direction of attorneys from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Work Product |

**Individuals Listed on Privilege Log**

| Name | Affiliation |
|---|---|
| Sarah Kalemeris | Attorney, Marshall Gerstein & Borun LLP |
| Julianne Hartzell | Attorney, Marshall Gerstein & Borun LLP |
| Timothy Weber | Paralegal, Marshall Gerstein & Borun LLP |
| Nick Villacci | Owner, Chapterhouse Studios LLC |

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Third Party Robert Lippman

| Priv. Log No. | Participants | Date | Description | Privilege Asserted |
|---|---|---|---|---|
| 1 | Nick Villacci; Robert Lippman | 12/26/2012 | Confidential communication in email reflecting legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to a common legal interest between individuals formerly engaged in a business relationship. | Attorney-Client Privilege |
| | | | Confidential communication in email reflecting mental impressions of attorneys from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to a common legal interest between individuals formerly engaged in a business relationship. | Work Product |
| 2 | Robert Lippmann; Nick Villacci; Julianne Hartzell; Sarah Kalemeris | 12/28/2012 | Confidential communication in email reflecting request for legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to a common legal interest between individuals formerly engaged in a business relationship. | Attorney-Client Privilege |
| | | | Confidential communication in email prepared at the direction of attorneys from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to a common legal interest between individuals formerly engaged in a business relationship. | Work Product |
| 3 | Robert Lipmann; Julianne Hartzell | 12/28/2012 | Confidential communication in email reflecting legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney-Client Privilege |
| | | | Confidential communication in email reflecting mental impressions of an attorney from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | |

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Third Party Robert Lippman

| Priv. Log No. | Participants | Date | Description | Privilege Asserted |
|---|---|---|---|---|
| 4 | Robert Lipmann; Julianne Hartzell | 12/28/2012 | Confidential communication in email reflecting request for legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to a common legal interest between individuals formerly engaged in a business relationship. | Attorney-Client Privilege |
| | | | Confidential communication in email prepared at the direction of attorneys from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to a common legal interest between individuals formerly engaged in a business relationship. | Work Product |
| 5 | Robert Lippmann; Timothy Weber | 12/28/2012 | Confidential communication in email reflecting request for legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney-Client Privilege |
| | | | Confidential communication in email prepared at the direction of attorneys from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Work Product |
| 6 | Robert Lippman; Julianne Hartzell; Timothy Weber; Sarah Kalemeris; Nick Villacci | 12/28/2012 | Confidential communication in email reflecting request for legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney-Client Privilege |
| | | | Confidential communication in email prepared at the direction of attorneys from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Work Product |

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Third Party Robert Lippman

| Priv. Log No. | Participants | Date | Description | Privilege Asserted |
|---|---|---|---|---|
| 7 | Robert Lipmann; Julianne Hartzell" | 12/28/2012 | Confidential communication in email reflecting request for legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney-Client Privilege |
| | | | Confidential communication in email prepared at the direction of attorneys from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Work Product |
| 8 | Robert Lippman; Julianne Hartzell; Timothy Weber; Sarah Kalemeris; Nick Villacci | 1/2/2013 | Confidential communication in email reflecting request for legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney-Client Privilege |
| | | | Confidential communication in email prepared at the direction of attorneys from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Work Product |
| 9 | Robert Lippman; Julianne Hartzell | 1/28/2013 | Confidential communication in email reflecting request for legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney-Client Privilege |
| | | | Confidential communication in email prepared at the direction of attorneys from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Work Product |

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Third Party Robert Lippman

| Priv. Log No. | Participants | Date | Description | Privilege Asserted |
|---|---|---|---|---|
| 10 | Robert Lippman; Julianne Hartzell | 1/29/2013 | Confidential communication in email reflecting request for legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney-Client Privilege |
| | | | Confidential communication in email prepared at the direction of attorneys from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Work Product |
| 11 | Robert Lippman; Julianne Hartzell | 1/29/2013 | Confidential communication in email reflecting request for legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney-Client Privilege |
| | | | Confidential communication in email prepared at the direction of attorneys from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Work Product |
| 12 | Julianne Hartzell; Robert Lippman" | 2/5/2013 | Confidential communication in email reflecting request for legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney-Client Privilege |
| | | | Confidential communication in email prepared at the direction of attorneys from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Work Product |

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Third Party Robert Lippman

| Priv. Log No. | Participants | Date | Description | Privilege Asserted |
|---|---|---|---|---|
| 13 | Robert Lippmann; Julianne Hartzell | 2/5/2013 | Confidential communication in email reflecting legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney-Client Privilege |
| | | | Confidential communication in email reflecting mental impressions of an attorney from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Work Product |
| 14 | Julianne Hartzell; Robert Lippman | 2/5/2013 | Confidential communication in email reflecting request for legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney-Client Privilege |
| | | | Confidential communication in email prepared at the direction of counsel from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Work Product |

**Individuals Listed on Privilege Log**

| Name | Affiliation |
|---|---|
| Sarah Kalemeris | Attorney, Marshall Gerstein & Borun LLP |
| Julianne Hartzell | Attorney, Marshall Gerstein & Borun LLP |
| Timothy Weber | Paralegal, Marshall Gerstein & Borun LLP |
| Nick Villacci | Owner, Chapterhouse Studios LLC |

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Third Party Sean Bullough

| Priv. Log No. | Participants | Date | Description | Privilege Asserted |
|---|---|---|---|---|
| 1 | Sean Bullough; Nick Villacci; Julianne Hartzell; Sarah Kalemeris | 12/26/2012 | Confidential communication in email reflecting legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to a common legal interest between individuals formerly engaged in a business relationship. | Attorney-Client Privilege |
| | | | Confidential communication in email reflecting mental impressions of attorneys from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to a common legal interest between individuals formerly engaged in a business relationship. | Work Product |
| 2 | Sean Bullough; Nick Villacci | 12/27/2012 | Confidential communication in email reflecting request for legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to a common legal interest between individuals formerly engaged in a business relationship. | Attorney-Client Privilege |
| | | | Confidential communication in email prepared at the direction of attorneys from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to a common legal interest between individuals formerly engaged in a business relationship. | Work Product |
| 3 | Sarah Kalemeris; Sean Bullough; Nick Villacci; Julianne Hartzell; Timothy Weber | 1/3/2013 | Confidential communication in email reflecting legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney Client Privilege |
| | | | Confidential communication in email reflecting mental impressions of an attorney from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Work Product |

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Third Party Sean Bullough

| Priv. Log No. | Participants | Date | Description | Privilege Asserted |
|---|---|---|---|---|
| 4 | Sean Bullough; Sarah Kalemeris | 1/11/2013 | Confidential communication in email reflecting request for legal advice from an attorney from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney Client Privilege |
| | | | Confidential communication in email prepared at the direction of counsel from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Work Product |
| 5 | Sarah Kalemeris; Sean Bullough | 1/17/2013 | Confidential communication in email reflecting legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney Client Privilege |
| | | | Confidential communication in email reflecting mental impressions of an attorney from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Work Product |
| 6 | Sarah Kalemeris; Sean Bullough; Julianne Hartzell; | 1/18/2013 | Confidential communication in email reflecting legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney Client Privilege |
| | | | Confidential communication in email reflecting mental impressions of an attorney from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Work Product |

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Third Party Sean Bullough

| Priv. Log No. | Participants | Date | Description | Privilege Asserted |
|---|---|---|---|---|
| 7 | Sean Bullough; Sarah Kalemeris | 1/19/2013 | Confidential communication in email reflecting request for legal advice from an attorney from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney Client Privilege |
| | | | Confidential communication in email prepared at the direction of counsel from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Work Product |
| 8 | Sean Bullough; Sarah Kalemeris | 1/19/2013 | Confidential communication in email reflecting legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney Client Privilege |
| | | | Confidential communication in email reflecting mental impressions of an attorney from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Work Product |
| 9 | Sarah Kalemeris; Sean Bullough; Timothy Weber; | 1/20/2013 | Confidential communication in email reflecting legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney Client Privilege |
| | | | Confidential communication in email reflecting mental impressions of an attorney from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Work Product. |

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Third Party Sean Bullough

| Priv. Log No. | Participants | Date | Description | Privilege Asserted |
|---|---|---|---|---|
| 10 | Sean Bullough; Timothy Weber | 1/20/2013 | Confidential communication in email reflecting request for legal advice from an attorney from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney Client Privilege |
| | | | Confidential communication in email prepared at the direction of counsel from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Work Product |
| 11 | Sarah Kalemeris; Sean Bullough; Julianne Hartzell; Timothy Weber | 1/21/2013 | Confidential communication in email reflecting legal advice from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Attorney Client Privilege |
| | | | Confidential communication in email reflecting mental impressions of an attorney from Marshall, Gerstein & Borun LLP regarding actual litigation shared pursuant to attorney-client relationship. | Work Product |
| 12 | Sean Bullough; Sarah Kalemeris | 1/29/2013 | Confidential communication in email reflecting request for legal advice from an attorney from Marshall, Gerstein & Borun LLP regarding subpoena shared pursuant to attorney-client relationship. | Attorney Client Privilege |
| | | | Confidential communication in email prepared at the direction of counsel from Marshall, Gerstein & Borun LLP regarding subpoena shared pursuant to attorney-client relationship. | Work Product |

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Third Party Sean Bullough

| Priv. Log No. | Participants | Date | Description | Privilege Asserted |
|---|---|---|---|---|
| 13 | Julianne Hartzell; Sarah Kalemeris; Sean Bullough | 1/29/2013 | Confidential communication in email reflecting legal advice from Marshall, Gerstein & Borun LLP regarding subpoena shared pursuant to attorney-client relationship. | Attorney Client Privilege |
| | | | Confidential communication in email reflecting mental impressions of an attorney from Marshall, Gerstein & Borun LLP regarding subpoena shared pursuant to attorney-client relationship. | Work Product |
| 14 | Sean Bullough; Julianne Hartzell | 1/29/2013 | Confidential communication in email reflecting request for legal advice from an attorney from Marshall, Gerstein & Borun LLP regarding subpoena shared pursuant to attorney-client relationship. | Attorney Client Privilege |
| | | | Confidential communication in email prepared at the direction of counsel from Marshall, Gerstein & Borun LLP regarding subpoena shared pursuant to attorney-client relationship. | Work Product |
| 15 | Sarah Kalemeris; Sean Bullough; Julianne Hartzell | 1/29/2013 | Confidential communication in email reflecting legal advice from Marshall, Gerstein & Borun LLP regarding subpoena shared pursuant to attorney-client relationship. | Attorney Client Privilege |
| | | | Confidential communication in email reflecting mental impressions of an attorney from Marshall, Gerstein & Borun LLP regarding subpoena shared pursuant to attorney-client relationship. | Work Product |

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Third Party Sean Bullough

| Priv. Log No. | Participants | Date | Description | Privilege Asserted |
|---|---|---|---|---|
| 16 | Sean Bullough; Julianne Hartzell | 1/31/2013 | Confidential communication in email reflecting request for legal advice from an attorney from Marshall, Gerstein & Borun LLP regarding subpoena shared pursuant to attorney-client relationship. | Attorney Client Privilege |
| | | | Confidential communication in email prepared at the direction of counsel from Marshall, Gerstein & Borun LLP regarding subpoena shared pursuant to attorney-client relationship. | Work Product |

**Individuals Listed on Privilege Log**

| Name | Affiliation |
|---|---|
| Sarah Kalemeris | Attorney, Marshall Gerstein & Borun LLP |
| Julianne Hartzell | Attorney, Marshall Gerstein & Borun LLP |
| Timothy Weber | Paralegal, Marshall Gerstein & Borun LLP |
| Nick Villacci | Owner, Chapterhouse Studios LLC |