# EXHIBIT B

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC List of Entities on Privilege Log

| Name | Affiliation |
|------|-------------|
| Nick Villacci | Owner, Chapterhouse Studios LLC |
| Tomas Fiertek | Owner, Chapterhouse Studios LLC |
| Stephen Smith | Former Agent, Chapterhouse Studios LLC |
| Winston & Strawn | Counsel, Chapterhouse Studios LLC |

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Production dated January 11, 2013

| Priv. Log No. | Bates Range | Participants | Date | Description | Privilege Asserted |
|---|---|---|---|---|---|
| 1 | | Nick Villacci, Tomas Fiertek | 2/26/2012 | Confidential communication in chat log reflecting legal advice from Winston & Strawn regarding scope of copyright protection shared between co-owners of a company. | Attorney-Client Privilege |
| 2 | | Tomas Fiertek | undated | Confidential communication in sketch reflecting request for legal advice from Winston & Strawn regarding scope of copyright protection.<br><br>Redaction of confidential communication in email reflecting mental impressions of counsel (Winston & Strawn) regarding actual and potential litigation shared between co-owners of a company. | Attorney-Client Privilege<br><br>Work Product |
| 3 | CHS00021628, CHS00021642, CHS00021665 | Nick Villacci, Tomas Fiertek | 3/11/2012 | Redaction of confidential communication in email reflecting legal advice from Winston & Strawn regarding litigation shared between co-owners of a company.<br><br>Redaction of confidential communication in email reflecting mental impressions of counsel (Winston & Strawn) regarding actual and potential litigation shared between co-owners of a company. | Attorney-Client Privilege<br><br>Work Product |
| 4 | CHS00021629, CHS00021643, CHS00021666 | Nick Villacci, Tomas Fiertek | 3/9/2012 | Redaction of confidential communication in email reflecting legal advice from Winston & Strawn regarding litigation shared between co-owners of a company. | Attorney-Client Privilege |
| 5 | CHS00021629 – CHS00021630, CHS00021643 – CHS00021644, CHS00021666 – CHS00021667 | Nick Villacci, Tomas Fiertek | 3/8/2012 | Redaction of confidential communication in email reflecting legal advice from Winston & Strawn regarding litigation shared between co-owners of a company.<br><br>Redaction of confidential communication in email reflecting mental impressions of counsel (Winston & | Attorney-Client Privilege<br><br>Work Product |

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Production dated January 11, 2013

|  |  |  |  | Strawn) regarding actual and potential litigation shared between co-owners of a company. |  |
|---|---|---|---|---|---|
| 6 | CHS00021635, CHS00021658 | Nick Villacci, Tomas Fiertek | 3/16/2012 | Redaction of confidential communication in email reflecting request for legal advice from Winston & Strawn regarding litigation discussed between co-owners of a company. | Attorney-Client Privilege |
|  |  |  |  | Redaction of confidential communication in email reflecting mental impressions of counsel (Winston & Strawn) regarding actual and potential litigation shared between co-owners of a company. | Work Product |
| 7 | CHS00021657 | Nick Villacci, Tomas Fiertek | 3/17/2012 | Redaction of confidential communication in email reflecting discussion of legal advice from Winston & Strawn regarding litigation discussed between co-owners of a company. | Attorney-Client Privilege |
|  |  |  |  | Redaction of confidential communication in email reflecting mental impressions of counsel (Winston & Strawn) regarding actual and potential litigation shared between co-owners of a company. | Work Product |
| 8 | CHS00021657 | Nick Villacci, Tomas Fiertek | 3/17/2012 | Redaction of confidential communication in email reflecting discussion of legal advice from Winston & Strawn regarding litigation discussed between co-owners of a company. | Attorney-Client Privilege |
|  |  |  |  | Redaction of confidential communication in email reflecting mental impressions of counsel (Winston & Strawn) regarding actual and potential litigation shared between co-owners of a company. | Work Product |
| 9 | CHS00022101 | Nick Villacci, Stephen Smith | 3/15/2011 | Redaction of confidential communication in email reflecting legal advice from Winston & Strawn regarding scope of copyright protection and shared pursuant to a joint common legal interest between individuals entering into a business relationship | Attorney-Client Privilege |

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Production dated January 11, 2013

|  |  |  |  | regarding the same of products. | |
|---|---|---|---|---|---|
|  |  |  |  | Redaction of confidential communication in email reflecting mental impressions of counsel (Winston & Strawn) regarding actual and potential litigation shared pursuant to a common legal interest between individuals entering into a business relationship regarding the same of products. | Work Product |
| 10 | CHS00022103 | Nick Villacci, Stephen Smith | 3/10/2011 | Redaction of confidential communication in email reflecting legal advice from Winston & Strawn regarding scope of copyright protection and shared pursuant to a joint common legal interest between individuals entering into a business relationship regarding the same of products. | Attorney-Client Privilege |
|  |  |  |  | Redaction of confidential communication in email reflecting mental impressions of counsel (Winston & Strawn) regarding actual and potential litigation shared pursuant to a joint common legal interest between individuals entering into a business relationship regarding the same of products. | Work Product |
| 11 | CHS00022139, CHS00022155 – CHS00022156 | Nick Villacci, Tomas Fiertek | 9/1/2011 5:49pm | Redaction of confidential communication in email reflecting request for legal advice from Winston & Strawn regarding litigation shared between co-owners of a company. | Attorney-Client Privilege |
|  |  |  |  | Redaction of confidential communication in email reflecting mental impressions of counsel (Winston & Strawn) regarding actual and potential litigation shared between co-owners of a company. | Work Product |
| 12 | CHS00022155 | Nick Villacci, Tomas Fiertek | 9/1/2011 6:22pm | Redaction of confidential communication in email reflecting request for legal advice from Winston & Strawn regarding litigation shared between co-owners of a company. | Attorney-Client Privilege |

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Production dated January 11, 2013

| | | | | | |
|---|---|---|---|---|---|
| | | | | Redaction of confidential communication in email reflecting mental impressions of counsel (Winston & Strawn) regarding actual and potential litigation shared between co-owners of a company. | Work Product |
| 13 | CHS00022155 | Nick Villacci, Tomas Fiertek | 9/1/2011 4:55pm | Redaction of confidential communication in email reflecting legal advice from Winston & Strawn regarding litigation shared between co-owners of a company. | Attorney-Client Privilege |
| | | | | Redaction of confidential communication in email reflecting mental impressions of counsel (Winston & Strawn) regarding actual and potential litigation shared between co-owners of a company. | Work Product |
| 14 | CHS00022374, CH000125415, CH000125423 | Nick Villacci, Tomas Fiertek | 9/8/2011 5:01pm | Redaction of confidential communication in email reflecting legal advice from Winston & Strawn regarding litigation shared between co-owners of a company. | Attorney-Client Privilege |
| 15 | CH000125415, CH000125423 | Nick Villacci, Tomas Fiertek | 9/12/2011 6:55pm | Redaction of confidential communication in email reflecting legal advice from Winston & Strawn regarding scope of copyright protection between co-owners of a company. | Attorney-Client Privilege |
| 16 | CHS00022502, CHS00022586 – CHS00022587, CH000125415, CH000125423 | Nick Villacci, Tomas Fiertek | 9/12/2011 11:51am | Redaction of confidential communication in email reflecting request for legal advice from Winston & Strawn regarding scope of copyright protection shared between co-owners of a company. | Attorney-Client Privilege |
| 17 | CHS00022529 – CHS00022530, CHS00022587, CHS00022601, CHS00023255, CHS00023278 – CHS00023279, | Nick Villacci, Tomas Fiertek | 9/13/2012 9:12am | Redaction of confidential communication in email reflecting legal advice from Winston & Strawn regarding litigation shared between co-owners of a company. | Attorney-Client Privilege |

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Production dated January 11, 2013

| | | | | | |
|---|---|---|---|---|---|
| | CHS00024436, CH000131551, CH000138717, CH000138720, CH000138782, CH000138796, CH000138804, CH000138807, CH000138808, CH000138809, CH000138810, CH000138813, CH000138814, CH000138819, CH000138820, CH000138823, CH000138825, CH000138980, CH000138981, CH000138982, CH000139030, CH000139032, CH000139035 | | | | |
| 18 | CHS00022530, CHS00022587 – CHS00022588, CHS00022601, CHS00023255, CHS00023279, CHS00024436 – CHS00024437, CH000131551, CH000138717, CH000138720, | Nick Villacci, Tomas Fiertek | 9/13/2012 3:56pm | Redaction of confidential communication in email reflecting legal advice from Winston & Strawn regarding scope of copyright protection shared between co-owners of a company.<br><br>Redaction of confidential communication in email prepared at the direction of counsel (Winston & Strawn) regarding potential and actual litigation shared between co-owners of a company. | Attorney-Client Privilege<br><br>Work Product |

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Production dated January 11, 2013

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | CH000138782,<br>CH000138796,<br>CH000138804,<br>CH000138807,<br>CH000138808,<br>CH000138809,<br>CH000138810,<br>CH000138813,<br>CH000138814,<br>CH000138819,<br>CH000138820,<br>CH000138823,<br>CH000138825,<br>CH000138980,<br>CH000138981,<br>CH000138982,<br>CH000139030,<br>CH000139032,<br>CH000139035 |  |  |  |  |
| 19 | CHS00022530,<br>CHS00022587,<br>CHS00022602,<br>CHS00023256,<br>CHS00023279 –<br>CHS00023280,<br>CHS00024437,<br>CH000131551,<br>CH000138717,<br>CH000138720,<br>CH000138782,<br>CH000138796,<br>CH000138804,<br>CH000138807,<br>CH000138808, | Nick Villacci,<br>Tomas Fiertek | 9/13/2012<br><br>3:47pm | Redaction of confidential communication in email reflecting legal advice from Winston & Strawn regarding scope of copyright protection shared between co-owners of a company.<br><br>Redaction of confidential communication in email prepared at the direction of counsel (Winston & Strawn) regarding potential and actual litigation shared between co-owners of a company | Attorney-Client Privilege<br><br><br>Work Product |

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Production dated January 11, 2013

| | | | | | |
|---|---|---|---|---|---|
| | CH000138809, CH000138810, CH000138813, CH000138814, CH000138819, CH000138820, CH000138823, CH000138825, CH000138980, CH000138981, CH000138982, CH000139030, CH000139032, CH000139035 | | | | |
| 20 | CHS00022530, CHS00022602, CHS00023280, CHS00024437, CH000131551, CH000138980, CH000138981, CH000138982, CH000139030, CH000139032, CH000139035 | Nick Villacci, Tomas Fiertek | 9/13/2012 3:17pm | Redaction of confidential communication in email reflecting legal advice from Winston & Strawn regarding litigation and scope of copyright protection shared between co-owners of a company. | Attorney-Client Privilege |
| 21 | CHS00022531, CHS00022588 – CHS00022589, CHS00022603, CHS00023281, CHS00024438, CH000131551, CH000138980, CH000138981, | Nick Villacci, Tomas Fiertek | 9/12/2012 6:40pm | Redaction of confidential communication in email reflecting legal advice from Winston & Strawn regarding litigation shared between co-owners of a company. | Attorney-Client Privilege |

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Production dated January 11, 2013

| | CH000138982, CH000139030, CH000139032, CH000139035 | | | | |
|---|---|---|---|---|---|
| 22 | CHS00022531, CHS00022589, CHS00022603, CHS00023281, CHS00024438, CH000131551, CH000138980, CH000138981, CH000138982, CH000139030, CH000139032, CH000139035 | Nick Villacci, Tomas Fiertek | 9/12/2012 5:19pm | Redaction of confidential communication in email reflecting request for legal advice from Winston & Strawn regarding litigation shared between co-owners of a company. | Attorney-Client Privilege |
| 23 | CHS00022531, CHS00022589, CHS00022603, CHS00023281, CHS00024438 - CHS00024439, CH000131551, CH000138980, CH000138981, CH000138982, CH000139030, CH000139032, CH000139035 | Nick Villacci, Tomas Fiertek | 9/12/2012 none | Redaction of confidential communication in email reflecting request for legal advice from Winston & Strawn regarding litigation shared between co-owners of a company. | Attorney-Client Privilege |
| 24 | CHS00022532, CHS00022589, CHS00033603, CHS00023281, CHS00024439, | Nick Villacci, Tomas Fiertek | 9/11/2012 5:27am | Redaction of confidential communication in email reflecting request for legal advice from Winston & Strawn regarding litigation shared between co-owners of a company. | Attorney-Client Privilege |

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Production dated January 11, 2013

| | | | | | |
|---|---|---|---|---|---|
| | CH000138980, CH000138981, CH000138982, CH000139030, CH000139032, CH000139035 | | | | |
| 25 | CHS00022532, CHS00022589, CHS00022604, CHS00023282, CHS00024439 – CHS00024440, CH000131551, CH000138980, CH000138981, CH000138982, CH000139030, CH000139032, CH000139035 | Nick Villacci, Tomas Fiertek | 9/11/2012 after 12:11am | Redaction of confidential communication in email reflecting request for legal advice from Winston & Strawn regarding litigation shared between co-owners of a company.<br><br>Redaction of confidential communication in email prepared at the direction of counsel (Winston & Strawn) regarding potential and actual litigation shared between co-owners of a company. | Attorney-Client Privilege<br><br>Work Product |
| 26 | CHS00022535, CHS00022592 – CHS00022593, CHS00022607, CHS00023161, CHS00023285, CHS00024442, CH000131551, CH000138980, CH000138981, CH000138982, CH000139030, CH000139032, CH000139035 | Nick Villacci, Tomas Fiertek | 9/8/2012 6:21pm | Redaction of confidential communication in email reflecting legal advice from Winston & Strawn regarding litigation shared between co-owners of a company.<br><br>Redaction of confidential communication in email regarding mental impressions of counsel (Winston & Strawn) regarding potential and actual litigation shared between co-owners of a company. | Attorney-Client Privilege<br><br>Work Product |
| 27 | CHS00022536, | Nick Villacci, | 9/7/2012 | Redaction of confidential communication in email | Attorney-Client |

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Production dated January 11, 2013

| | CHS00022593, CHS00022608, CHS00023162, CHS00023286, CHS00024443, CH000131551, CH000138980, CH000138981, CH000138982, CH000139030, CH000139032, CH000139035 | Tomas Fiertek | 11:22pm | reflecting request for legal advice from Winston & Strawn regarding litigation shared between co-owners of a company. | Privilege |
|---|---|---|---|---|---|
| 28 | CHS00023750, CHS00023753 | Nick Villacci, Tomas Fiertek | 6/14/2011 12:38am | Redaction of confidential communication in email reflecting request for legal advice from Winston & Strawn regarding scope of copyright shared between co-owners of a company. | Attorney-Client Privilege |
| 29 | CH000127877 | Nick Villacci, Tomas Fiertek | 7/2/2012 | Redaction of confidential communication in email reflecting legal advice from Winston & Strawn regarding scope of copyright protection shared between co-owners of a company. | Attorney-Client Privilege |
| 30 | CH000127877 | Nick Villacci, Tomas Fiertek | 6/29/2012 | Redaction of confidential communication in email reflecting request for legal advice from Winston & Strawn regarding scope of copyright protection shared between co-owners of a company. | Attorney-Client Privilege |
| 31 | CH000127877 | Nick Villacci, Tomas Fiertek | 6/25/2012 | Redaction of confidential communication in email reflecting request for legal advice from Winston & Strawn regarding litigation shared between co-owners of a company. | Attorney-Client Privilege |
| 32 | CH000127877 | Nick Villacci, Tomas Fiertek | 6/13/2012 9:33pm | Redaction of confidential communication in email reflecting legal advice from Winston & Strawn regarding litigation shared between co-owners of a company. Redaction of confidential communication in email | Attorney-Client Privilege Work Product |

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Production dated January 11, 2013

| | | | | reflecting mental impression from Winston & Strawn regarding a litigation shared between co-owners of a company. | |
|---|---|---|---|---|---|
| 33 | CH000127877 | Nick Villacci, Tomas Fiertek | 6/13/2012 2:20pm | Redaction of confidential communication in email reflecting request for legal advice from Winston & Strawn regarding litigation shared between co-owners of a company. | Attorney-Client Privilege |
| 34 | CH000138717, CH000138720, CH000138782, CH000138796, CH000138804, CH000138807, CH000138813 | Nick Villacci, Tomas Fiertek | 9/24/2012 8:51pm | Redaction of confidential communication in email reflecting legal advice from Winston & Strawn regarding scope of copyright protection shared between co-owners of a company.\n\nRedaction of confidential communication in email prepared at the direction of counsel (Winston & Strawn) regarding potential and actual litigation shared between co-owners of a company. | Attorney-Client Privilege\n\nWork Product |
| 35 | CH000138717, CH000138720, CH000138782, CH000138796, CH000138804, CH000138807, CH000138809, CH000138810, CH000138813 | Nick Villacci, Tomas Fiertek | 9/24/2012 no time stamp | Redaction of confidential communication in email reflecting request for legal advice from Winston & Strawn regarding scope of copyright shared protection between co-owners of a company.\n\nRedaction of confidential communication in email prepared at the direction of counsel (Winston & Strawn) regarding potential and actual litigation shared between co-owners of a company. | Attorney-Client Privilege\n\nWork Product |
| 36 | CH000138717, CH000138720, CH000138782, CH000138796, CH000138804, CH000138807, CH000138808, CH000138809, CH000138810, | Nick Villacci, Tomas Fiertek | 9/24/2012 2:41pm | Redaction of confidential communication in email reflecting request for legal advice from Winston & Strawn regarding scope of copyright and trademark ownership shared between co-owners of a company.\n\nRedaction of confidential communication in email prepared at the direction of counsel (Winston & Strawn) regarding potential and actual litigation shared between co-owners of a company. | Attorney-Client Privilege\n\nWork Product |

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Production dated January 11, 2013

|  | CH000138813,<br>CH000138814,<br>CH000138823 |  |  |  |  |
|---|---|---|---|---|---|
| 37 | CH000138808 | Nick Villacci,<br>Tomas Fiertek | 9/24/2012<br><br>5:45pm | Redaction of confidential communication in email reflecting request for legal advice from Winston & Strawn regarding litigation shared between co-owners of a company.<br><br>Redaction of confidential communication in email prepared at the direction of counsel (Winston & Strawn) regarding potential and actual litigation shared between co-owners of a company. | Attorney-Client Privilege<br><br><br>Work Product |
| 38 | CH000142210 | Nick Villacci,<br>Tomas Fiertek | 5/7/2012 | Redaction of confidential communication in email reflecting legal advice from Winston & Strawn regarding scope of copyright protection shared between co-owners of a company.<br><br>Redaction of confidential communication in email reflecting mental impressions of counsel (Winston & Strawn) regarding potential and actual litigation shared between co-owners of a company. | Attorney-Client Privilege<br><br><br>Work Product |
| 39 | CH000142210 | Nick Villacci,<br>Tomas Fiertek | 5/8/2012<br><br>12:10am | Redaction of confidential communication in email reflecting legal advice from Winston & Strawn regarding scope of copyright protection shared between co-owners of a company.<br><br>Redaction of confidential communication in email reflecting mental impressions of counsel (Winston & Strawn) regarding potential and actual litigation shared between co-owners of a company. | Attorney-Client Privilege<br><br><br>Work Product |
| 40 | CH000142210 | Nick Villacci,<br>Tomas Fiertek | 5/8/2012<br><br>no time stamp | Redaction of confidential communication in email reflecting legal advice from Winston & Strawn regarding litigation shared between co-owners of a company. | Attorney-Client Privilege |

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Production dated January 11, 2013

| 41 | CH000142210 | Nick Villacci, Tomas Fiertek | 5/5/2012 | Redaction of confidential communication in email reflecting request for legal advice from Winston & Strawn regarding scope of copyright protection shared between co-owners of a company. | Attorney-Client Privilege |
| | | | | Redaction of confidential communication in email reflecting mental impressions of counsel (Winston & Strawn) regarding potential and actual litigation shared between co-owners of a company. | Work Product |
| 42 | CH000142210 | Nick Villacci, Tomas Fiertek | 5/4/2012 7:04pm | Redaction of confidential communication in email reflecting legal advice from Winston & Strawn regarding scope of copyright protection shared between co-owners of a company. | Attorney-Client Privilege |
| 43 | CH000142210 | Nick Villacci, Tomas Fiertek | 5/4/2012 10:42am | Redaction of confidential communication in email reflecting request for legal advice from Winston & Strawn regarding scope of copyright protection shared between co-owners of a company. | Attorney-Client Privilege |
| 44 | CH000147446 | Nick Villacci, Tomas Fiertek | 6/26/2011 | Redaction of confidential communication in email reflecting legal advice from Winston & Strawn regarding litigation shared between co-owners of a company. | Attorney-Client Privilege |
| | | | | Redaction of confidential communication in email reflecting mental impressions of counsel (Winston & Strawn) regarding actual and potential litigation shared between co-owners of a company. | Work Product |
| 45 | CH000147446 | Nick Villacci, Tomas Fiertek | 6/25/2011 7:37 pm | Redaction of confidential communication in email reflecting legal advice from Winston & Strawn regarding litigation shared between co-owners of a company. | Attorney-Client Privilege |
| | | | | Redaction of confidential communication in email reflecting mental impressions of counsel (Winston & Strawn) regarding actual and potential litigation shared | Work Product |

Games Workshop, Ltd. v. Chapterhouse Studios LLC et al.
Civ. Act. No. 10-cv-08103 (N.D. Ill.)

Chapterhouse Studios LLC Privilege Log for Production dated January 11, 2013

| | | | | between co-owners of a company. | |
|---|---|---|---|---|---|
| 46 | CH000147446 | Nick Villacci, Tomas Fiertek | 6/25/2011 5:56 am | Redaction of confidential communication in email reflecting legal advice from Winston & Strawn regarding scope of copyright and trademark protection shared between co-owners of a company. | Attorney-Client Privilege |
| | | | | Redaction of confidential communication in email reflecting mental impressions of counsel (Winston & Strawn) regarding actual and potential litigation shared between co-owners of a company. | Work Product |
| 47 | CH000147446 | Nick Villacci, Tomas Fiertek | 6/24/2011 10:24pm | Redaction of confidential communication in email reflecting request for legal advice from Winston & Strawn regarding litigation shared between co-owners of a company. | Attorney-Client Privilege |
| 48 | CH000147446 | Nick Villacci, Tomas Fiertek | 6/23/2011 | Redaction of confidential communication in email reflecting request for legal advice from Winston & Strawn regarding litigation shared between co-owners of a company. | Attorney-Client Privilege |
| | | | | Redaction of confidential communication in email reflecting mental impressions of counsel (Winston & Strawn) regarding actual and potential litigation shared between co-owners of a company. | Work Product |