# EXHIBIT E

Search for people, places and things

Heresy Style Pad A for Terminators - $2.00
http://chapterhousestudios.com/index.php?route=product&path=85_86_88&product_id=233

Tom Nanson  Home

Create Page

Now
December
2012
2011
2010
Joined Facebook



Like · Comment · Share    3   1



Like · Comment · Share    8

 **Chapterhouse Studios**
23 April 2012

Hello Chapterhouse Studios customers and fans,

Five new shoulder pad options have just been added to the store. The pads are tailored to fit on Space Marine Terminators and are modeled after the earlier style that was present during the Heresy Civil war.

Each set comes with 2 matching pads and they are available for $2.00 a set - components come as unpainted pewter. These have been specially designed to fit on the shoulders of terminator models with nothing but superglue, no modifications are necessary.
You can find these under Space Marine - Shoulder Pads - Heresy Era

We will continue to add a few more Heresy Era pad choices in the coming weeks as well as some new sculpts for our TRU-Scale Knights Praetorian line. My next newsletter will be showcasing the "Assault" version of our Javelin Imperial Jetbike and notify you all of its release.

Game On,

Nick Villacci

Chapterhouse Studios LLC

**Chapterhouse Studios** updated their cover photo
29 March 2012



Like · Comment · Share

**Chapterhouse Studios**
29 March 2012

Sent off a mess of items to be painted up for the website last week. Also some good news, we have production stock of the new battlesuit heads as well as some items that fans of the heresy fiction and lovers of terminator marines will enjoy.

Last but not least, a nice robotic spider just arrived from a new sculptor we are trying out.

Like · Comment · Share    3   4

**Chapterhouse Studios**
2 February 2012

A bunch of new kits went on sale tuesday (if you did not get the email). Some energy claws, hot shot laser packs, the magnetic turrest for the Storm Raven and the Razorback as well as the Iconoclast Conversion kit for the Land Raider. Oh yeah we have a nice 6-7 inch crater as well.

Like · Comment · Share    2



Like · Comment · Share    10  3

 **Chapterhouse Studios**
3 January 2012

Some Heads that will mesh well with Tau Crisis Suits

 **Chapterhouse Studios**
3 January 2012

Razorback/Storm Raven Magnetic Turret kit

Sponsored

Shop on eBay
ebay.co.uk



The best deals are just one click away...

Up to 50% Off Men's Shoes
reiss.com



Get Inspired with up to 50% off your favourite men's shoes collection at Reiss.

Get great value with Sky
sky.com



Exclusive TV, Sky+, broadband & calls, Sky Go & a £25 M&S voucher. Join Sky online today.

Chat (Off)