# EXHIBIT 1

**EXHIBIT A to Games Workshop Ltd.'s Answer to Interrogatory No. 1**

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| 1 | Eagle Thunder Hammer for Space Marine (12)<br><br>This is a hammer sculpted with a Eagle or Feather theme in mind. It can be used as a power weapon or a thunder hammer. It is well suited as a Imperial Thunder Hammer for 40k or even used in Imperial Fantasy Armies. Customers have also used this for high elf and empire fantasy armies. It is a pewter bit. | Games Workshop sells Thunder Hammers available on its website.<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1400033&rootCatGameStyle=<br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060025&rootCatGameStyle=<br><br>Miniatures designed by Jes Goodwin, Martin Footit and Dave Thomas.<br>The Thunder Hammer is a power weapon used by Space Marines. A power weapon is a close combat weapon such as a hammer or sword with a power generator built into it to produce an additional combat effect.<br><br>p10, Warhammer 40,000 Compilation, 1991<br>p101, Codex Space Marines 2008<br>p45, Index Astartes IV 2004<br><br>40K is the generally accepted abbreviation for Warhammer 40,000. It is registered as a CTM in classes 9, 16 and 28, and in the US in class 28.<br><br>Space Marines use eagles as part of their iconography.<br><br>Space Marine Collector's Guide 2003, page 14<br><br>High Elf and Empire are both Warhammer fantasy armies. |
| 2 | Shoulder Pad w/ Shield & Studs for Space Marine – Tactical (3)<br><br>This is a studded shoulder pad a shield on the side. This is similiar to the Heresy era shoulder pads that early space marines used. This shoulder pad works well with any loyalist or chaos Space Marine® armies, works especially well with black templars. This is a pewter model that fits on tactical Space Marine® models as well as other sci-fi models. | The Heresy era is a period of history in Warhammer 40,000 called the Horus Heresy. It is also a type of Space Marine armour – Mk V Heresy armour.<br><br>Forge World sell Mark V Heresy Space Marines available on its website http://www.forgeworld.co.uk/Warhammer-40000/Space_Marines/Space_Marine-Infantry-Accessories/MK-V-HERESY-ARMOUR.html<br><br>Models designed by Will Hayes and Phil Stutcinskas,<br>Chaos Space Marines are a Warhammer 40,000 army.<br><br>The Black Templars are a Space Marine Chapter. Their Chapter colours are black |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | and white. The Chapter's icon is a black cross with a skull at its centre.<br><br>Index Astartes II 2003, page 45<br>(NH663 / NH672 / Neil Hodgson / 2000)<br><br>Warhammer 40,000 Space Marine Land Speeder 1998, page 5<br>(NH002 / Neil Hodgson / 1998)<br><br>p20 Codex Space Marines 2008<br><br>Cover art, Codex Black Templars 2005<br>This shows a Space Marine shoulder pad with a shield chained across it.<br><br>Tactical refers to a type of Space Marine squad. |
| 3 | Skull or Chaplain Head Bit for Space Marines (23)<br><br>This is a unique sculpt of a skull power armor head for 28 mm scale. Tired of the same old chaplain Space Marine® head, we decided to do our own. Scaled for use with GW power armor figures. | Chaplains are a rank within the Space Marines army. Their iconography heavily features skulls.<br><br>Miniature designed by Juan Diaz Ramos<br><br>This is just one example of a Space Marine Chaplain with skull helmet available on the Games Workshop website:<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1050244&rootCatGameStyle=<br><br>p6 Codex Space Marines 2004<br>p58 Codex Space Marines 2008<br><br>Power armour refers to the type of armour Space Marines use. |
| 4 | Shoulder Pads for Blood Eagle – Tactical (2)<br><br>This is a shoulder pad with a Eagle or Blood raven on the face, the wings of the bird are surrounding an inverted blood drop or gem. This shoulder pad works well with Blood Raven or Blood Angel themed armies. This is the standard size Space Marine® Tactical Marine shoulder pad cast in pewter. | The Blood Ravens are a Space Marine Chapter for the Dawn of War computer game (produced under licence by THQ) -<br>http://www.dawnofwargame.com/us/game/index/gameId/1<br><br>The Art of Warhammer 40,000 2006, page 71<br>(NH Blood Raven / Neil Hodgson / 2005)<br><br>The Blood Raven's icon is a raven with outstretched wings (like the Aquila, double headed eagle) with a blood drop centred on its torso. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | Forge World sell a Blood Raven decal/transfer sheet on its website: http://www.forgeworld.co.uk/Warhammer-40000/BLOOD-RAVENS-TRANSFER-SHEET.html<br><br>Decals are used to decorate Space Marines, including shoulder pads.<br><br>(Blood Raven Transfer / Paul Rudge / 2010)<br>The Blood Angels are a Space Marine Chapter. Their iconography includes blood drops.<br><br>(NH Angels Graph Paper/ Neil Hodgson / 2001)<br>(WE322 Blood Angels Icon / Wayne England / 1995)<br><br>Index Astartes II 2002, page 31 |
| 5 | Shoulder Pads for Blood Eagle – Terminator (2)<br><br>This is a shoulder pad with a Eagle or Blood raven on the face, the wings of the bird are surrounding an inverted blood drop or gem. This shoulder pad works well with Blood Raven or Blood Angel themed armies. This is the standard size Space Marine® Terminator shoulder pad cast in pewter. | Blood Ravens – see product 4<br><br>Terminator refers to a type of Space Marine armour. Games Workshop sells Space Marines in Terminator armour: http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060028<br><br>Miniatures designed by Jes Goodwin, Martin Footit and Dave Thomas. |
| 6 | Celestial Lions Left Arm Shoulder Pad Bit - Tactical (2)<br><br>This is a Lion Shoulder pad for the left arm, can be used for Celestial Lions or Lions Rampant. This is the standard size Space Marine tactical shoulder pad cast in pewter. | The Celestial Lions is a Space Marine Chapter.<br><br>White Dwarf magazine issue 249, page 33<br>(NH672c celestial lions/ Neil Hodgson / 2000)<br><br>The Celestial Lions Chapter symbol is the head of a Lion on a blue or black background.<br><br>The Lions Rampant is a fan created Space Marine Chapter.<br><br>Tactical – see product 56<br><br>This product is designed to be used with other Games Workshop Products and to fit within the Warhammer 40,000 Universe. It is of a size and scale to fit with Games |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|-----|---------------------------------------------|---------------------|
| | | Workshop products. The product description uses Games Workshop terms: Celestial Lions & Tactical. |
| 7 | Celestial Lions Right Arm Shoulder Pad Bit - Tactical (2)<br><br>This is a Lion Shoulder pad for the Right arm, can be used for Celestial Lions or Lions Rampant. This is the standard size Space Marine® tactical shoulder pad cast in pewter. | Celestial Lions/Lions Rampant – See product 6<br><br>Tactical – see product 56<br><br>This product is designed to be used with other Games Workshop Products and to fit within the Warhammer 40,000 Universe. It is of a size and scale to fit with Games Workshop products. The product description uses Games Workshop marks: Celestial Lions & Tactical. |
| 8 | Shoulder Pads for Deathwatch or Dark Angels - Tactical (2)<br><br>This is shoulder pad is sculpted with a number of gothic style icons on the face of the shoulder pad. It would look good in any deathwatch, inquisition or dark angels themed army. This is the standard size space marine® tactical shoulder pad cast in pewter. | The product implicates trademark issues only, not copyright. |
| 9 | Shoulder Pads for Deathwatch or Dark Angels - Terminator (2)<br><br>This is shoulder pad is sculpted with a number of gothic style icons on the face of the shoulder pad. It would look good in any deathwatch, inquisition or dark angels themed army. This is the standard size space marine®terminator shoulder. | The product includes 3 arches: middle arch contains a Long Sword; right arch contains an angel wing - these are Dark Angel icons. The left arch may contain a storm bolter (a type of Space Marine gun).<br><br>The Dark Angels Chapter colours are bone white and green. Their iconography includes images of angel wings, broadswords and figures in hooded cassocks. Triptychs (three panelled artwork) also form a part of their iconography.<br><br>(DG1019_DA_OC / Dave Gallagher / 2006)<br>Triptychs are shown on the central character's belt and also the gun being fired at the bottom of the artwork.<br><br>Death Watch and Inquisition – see product 8 |
| 10 | Power Armour Pad for Exorcist (2)<br><br>This power armor sized shoulder pad has a demon skull sculpted on the front as well as a raised rim with the word "perdition" etched into it. Styled after the Exorcist Space Marine® chapter. Looks good as a pad for Librarians as well. | Games Workshop's Space Marine Chapter is called Exorcists in the plural. Their icon is a skull with horns curving downwards.<br><br>White Dwarf magazine issue 249, page 33<br>(NH672c Exorcists/ Neil Hodgson / 2000)<br><br>Librarian is a rank in the Space Marine army. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| 11 | Terminator pad for Exorcist Space Marine (2)<br><br>This terminator sized shoulder pad has a demon skull sculpted on a pentagram as well as a raised rim with the word "perdition" etched into it. Styled after the Exorcist space marine® chapter. Looks good as a pad for Librarians as well. | Exorcists & Librarians - see product 10 |
| 12 | Sawblade Shoulder Pad & Jewel (1)<br><br>This is a shoulder pad that fits is about the same size a GW shoulder pad. It has a sawblade on it and we also include a seperate jewel drop. This looks great as an evil sun or if you use the jewel drop, looks spectacular for "Fleshtearer" Space Marine® shoulder pads. Supplied in pewter. | The Flesh Tearers are a Space Marine Chapter. Their icon is a circular saw blade with a blood drop in the centre. The Chapter's colours are black and red.<br><br>Index Astartes II, page 49<br>(NH672c Flesh Tearers/ Neil Hodgson / 2000)<br><br>Games Workshop sells Flesh Tearers shoulder pads - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod550012a&rootCatGameStyle=<br><br>The Orks are a Warhammer 40,000 race. Evil Sun(z) is an Ork clan. Their icon is a circle with 'sun rays' extending outwards.<br><br>Codex Orks 1994, page 36<br>(WE258C Ork Evil Sunz Icon/ Wayne England / 1994) |
| 13 | Terminator Shoulder Pad for Flesh Tearers (2)<br><br>This is a shoulder pad that fits is about the same size a GW terminator shoulder pad. It has a stone sawblade on it adorned with a jeweled drop and 2 smaller drops in the corner. This pad looks spectacular on "Fleshtearer" Space Marines®. | Flesh Tearers - see product 12<br><br>Terminator – see product 5 |
| 14 | Howling Griffon Shoulder Pads for Space Marines (2)<br><br>If you are searching for Howling Griffon shoulder pads, you have come to the right website. These work perfectly for Howling Griffons space marines or any other chapters that use Griffons as their chapter symbol. This fits standard space marine® armored shoulders and should fit in with any standard space marine® model shoulder pads. | The Howling Griffons are a Space Marine Chapter. Their icon is a griffon and their Chapter colours are red and yellow.<br><br>The Art of Warhammer 40,000 2006, page 71<br>(NH Howling Griffon / Neil Hodgson / 2005) |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
|  | This is a single shoulder pad - quality cast in pewter. |  |
| 15 | Shoulder Pads for Imperial Fist – Tactical Marines (2)

This is a shoulder pad with mailed fist on it, the fist has a wreath of flame or leaves along the top.  This shoulder pad works well with any loyalist or Imperial Fist (Crimson Fist) or second founding space marine® chapter.  This shoulder pad would look especially good on Imperial Fist Space Marines®.  This is a pewter model that fits on tactical space marine® models as well as other sci-fi models. | The product implicates trademark issues only, not copyright. |
| 16 | Shoulder Pad for Imperial Fist – Terminator Marine (2)

This is a shoulder pad with mailed fist on it, the fist has a wreath of flame or leaves along the top.  This shoulder pad works well with any loyalist or Imperial Fist (Crimson Fist) or second founding space marine® chapter.  This shoulder pad would look especially good on Imperial Fist Space Marines®.  This is a pewter model that fits on terminator space marine® models as well as other sci-fi models. | The product implicates trademark issues only, not copyright. |
| 17 | Shoulder Pads for Serpent or Iron Snakes - Tactical  (2)

This is a Serpent or snake in a Greek style, the edges of the pads have chains on them. This is the standard size space marine® tactical shoulder pad cast in pewter. This shoulder pad fits well with any greek, serpent or iron snakes themed army. | The Iron Snakes are a Space Marine Chapter used in the Games Workshop Black Library novels. http://www.blacklibrary.com/

The Art of Warhammer 40,000 2006, page 70

(NH Iron Snakes / Neil Hodgson / 2005)

(CL Bro of Snake / Clint Langley / Black Library / 2007)

The Iron Snakes icon is a snake facing left with its mouth open and its body arched. |
| 18 | Shoulder Pads for Serpent or Iron Snakes - Terminator (2)

This is a Serpent or snake in a Greek style,  the edges of the pads have chains on them. This is the standard size space marine® terminator shoulder pad cast in pewter. This shoulder pad fits well with any greek, | Iron Snakes – see product 17

Terminator – see product 5 |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | serpent or iron snakes themed army. This pad is meant for the right arm.<br><br>There are two variants of this pad that ship out, on with a scroll and another with a tooth (not available for individual order). | |
| 19 | Shoulder Pad w/ Studs and Skull for Space Marine - Tactical (2)<br><br>This is a shoulder pad with a skull on it, the rest f the shoulder pad has armored studs. This shoulder pad works well with any loyalist or chaos space marine® army. Would work great for legion of the damned marines. This could also be a chapter icon for the left shoulder. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models. | The shoulder pad shown is based on Mk V Heresy armour – see product 2<br><br>Loyalist – see product 15<br><br>Chaos Space Marine – see product 2<br><br>The Legion of the Damned is a Space Marine Chapter.<br><br>How to paint Space Marines 2004, page 85<br>(NH Legion of the Damned/ Neil Hodgson / 2005)<br><br>Their armour colour is black. They use the skull emblem on their shoulderpads.<br><br>Games Workshop sells Legion of the Damned models on its website -<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod380007a&rootCatGameStyle=<br><br>Tactical – see product 56<br><br>Miniatures designed by Juan Diaz Ramos. |
| 20 | Shoulder Pad w/ Skull and Flames for Space Marines - Tactical (2)<br><br>This is a shoulder pad with Skull on it, the skull has flames coming out of the top. This shoulder pad works well with any loyalist or chaos space marine® army. This shoulder pad would look especially good on legion of the damned armies. This could also be a chapter icon for the left shoulder. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models. | Space Marines show their Chapter icon on their left shoulder.<br><br>Warhammer 40,000 Chaos Space Marines 2007, page 21<br>(NH CH_Sanct / Neil Hodgson / 2007)<br><br>The Sanctified is a Chaos Space Marine Legion. It has a flaming skull as its icon.<br><br>Loyalist – see product 15<br><br>Chaos Space Marine – see product 2 |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | Legion of the Damned -  see product 19<br><br>Tactical – see product 56 |
| 21 | Shoulder Pad Star Fox / Luna Wolves Tactical  (2) | There are no IP issues with this product other than the shape/design of the underlying shoulder pad. |
| 22 | Shoulder Pad Star Fox / Luna Wolves Terminator (2) | There are no IP issues with this product other than the shape/design of the underlying shoulder pad. |
| 23 | Shoulder Pads for Chalice or Soul Drinker - Tactical (2)<br><br>This is a shoulder pad with a grail or chalice sculpet on the face,  the upper ridge has a raised face with details sculpted along the edge.  This shoulder pad works well with Soul Drinker themed armies.  This is the standard size space marine® tactical shoulder pad cast in pewter. | The Soul Drinkers are a Space Marine Chapter used in the Games Workshop Black Library novels. http://www.blacklibrary.com.<br><br>Soul Drinkers 2002, front cover<br>(PAS030C Soul Drinker / Adrian Smith / Black Library / 2002)<br><br>The Soul Drinkers Chapter colour is purple and their icon is a gold chalice with spikes rising up from the bowl of the cup.<br><br>Tactical – see product 56 |
| 24 | Shoulder Pads for Chalice or Soul Drinker - Terminator (2)<br><br>This is a shoulder pad with a grail or chalice sculpet on the face,  the upper ridge has a raised face with details sculpted along the edge.  This shoulder pad works well with Soul Drinker themed armies.  This is the standard size space marine® terminator shoulder pad cast in pewter. | Soul Drinkers – see product 23<br><br>Terminator – see product 5 |
| 25 | Dragon or Salamander Icon Shoulder Pad Bit - Tactical  (2)<br><br>This is a Dragon or Salamander flat icon on a scaled background.  This is the standard size space marine® tactical shoulder pad cast in pewter. | The product implicates trademark issues only, not copyright. |
| 26 | Dragon or Salamander Icon Shoulder Pad - Terminator (2)<br><br>This is a Dragon or Salamander Skull on a scaled background. This is the standard size space marine® terminator shoulder pad cast in pewter. This sculpt to be used as a right arm pad. | The product implicates trademark issues only, not copyright. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| 27 | Dragon or Salamander Power Fist (2)<br><br>A left arm that can be used as a power fist or lightning claw on regular infantry size miniatures, works well on terminator or power armor. There are scales sculpted onto the forearm. | Salamanders – see product 25<br><br>A power fist is a Space Marine weapon. Forge World sells a power fist as part of this pack - http://www.forgeworld.co.uk/Warhammer-40000/SPACE-MARINE-CHARACTER-CONVERSION-SET.html<br><br>Model designed by Phil Stutcinskas,<br><br>A lightning claw is a Space Marine weapon. Games Workshop sells lightning claws on its website – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1400026&rootCatGameStyle=<br><br>Miniatures designed by Jes Goodwin.<br><br>Terminator – see product 5<br><br>Cover art, Warhammer 40,000 – Codex Imperialis 1993<br><br>Raised power fist<br><br>Power armour – see product 3 |
| 28 | Dragon or Salamander Storm Shield Diamond Scales (2)<br><br>A high detail shield based on dragon theme, useful on high elf or emperor fantasy models as well as dragon or salamanders space marine models.<br><br>The front of this shield has dragon skull on the top and diamond scales sculpted onto the front, the rear of the shield has a hand hold that enables power armor marines to hold the shield (not shown in photo). It is designed to be modeled on either power armor marines or terminators. This highly detailed bit is cast in PEWTER. | The product implicates trademark issues only, not copyright |
| 29 | Dragon or Salamander Storm Shield - Smooth no skull (2)<br><br>A high detail shield based on dragon theme, useful on high elf or emperor fantasy models as well as dragon or salamanders space | The product implicates trademark issues only, not copyright |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | marine® models.<br><br>The front of this shield has dragon head and scales sculpted onto it, the rear of the shield has a hand hold that enables power armor marines to hold the shield (not shown in photo).  It is designed to be modeled on either power armor marines or terminators.  This highly detailed bit is cast in PEWTER. | |
| 30 | Dragon or Salamander Storm Shield - Smooth w/ skull (2)<br><br>A high detail shield based on dragon theme, useful on high elf or emperor fantasy models as well as dragon or salamanders space marine® models.<br><br>The front of this shield has dragon head and scales sculpted onto it as well as as skulls, the rear of the shield has a hand hold that enables power armor marines to hold the shield (not shown in photo).  It is designed to be modeled on either power armor marines or terminators. This highly detailed bit is cast in white metal | The product implicates trademark issues only, not copyright |
| 31 | Dragon or Salamander Thunder Hammer (2)<br><br>This is a hammer sculpted with a dragon or salamander theme in mind. It can be used as a power weapon or a thunder hammer.  It can be used for dragon or salamander space marine® armies.  Customers have also used this for high elf and empire fantasy armies.  It is a pewter bit. | Thunder hammer – see product 1<br><br>Power weapon – see product 1<br><br>Salamanders – see product 25<br><br>High Elf and Empire – see product 1 |
| 32 | Salamander, Alpha Legion or Dragon Conversion Kit for Land Raider (1)<br><br>Our Flagship covnersion kit for landraider tanks, its composed of 9 resin components and 4 pewter components.  Included in this package are 2 Front side armor panels, 2 Rear side armor panels, 2 front track guards, 2 dragon head lascannon sponson covers, 1 dragon head Heavy Bolter/Assault Cannon cover and 2 Pewter Braziers. | The product implicates trademark issues only, not copyright. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| 33 | Vehicle Icons for Flesh Tearers (2)<br><br>This kit consist of 7 pairs of sawblade/drops cast in resin.<br><br>Large icons measure 31 mm diameter (good for Land Raiders or Rhino top hatches)<br><br>Two medium icons measure 23.5 mm diameter (good for Rhino fronts and Land Raider side doors)<br><br>Four small icons measure 16 mm diameter (droppods, dreadnoughts, landspeeders, etc). | Flesh Tearers – see product 12<br><br>Rhinos, Land Raiders, Drop pods and Land Speeders are Space Marine vehicles.<br><br>A Dreadnought is a type of Space Marine. Games Workshop sells Dreadnoughts - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1080088&rootCatGameStyle=<br><br>Miniature designed by Jes Goodwin. |
| 34 | Combi Weapon Magnetic Kit (1)<br><br>This kit consist of one bolter combi-weapon body, one combi flamer attachment, one grenade launcher attachment, one combi plasma gun attachment and one combi melta gun attachment. We also include 5 rare-earth magnets that fit in the pre-drilled holes on the main body and on each attachment.<br><br>This is a pewter kit that allows you to switch out your special weapon choices anytime you want. The magnet has the strength to keep the attachments from falling off with pretty heavy handling. Coupled with our unique fitting design, there is little chance of losing the attachments when on the mini.<br><br>This is a pewter kit, see our pictures for size detail<br><br>One of the first projects I had in mind were completely interchangeable combi-weapons. If you are anything like me, you magnetize your army to save money and headaches.<br><br>One of the best options out there for imperial armies is combi-weapons. Alas, combi-weapons are very rare in any plastic form, and the ones you do see go for thier weight in gold.<br><br>Enter the Chapterhouse Studios Combi-weapon Magnetic kit.<br><br>As you can see, it is a standard weapon stock and barrel (could be a bolter, could be a heavy MG), we designed some useful tracks and | Each of the weapons is a GW weapon by name and look.<br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1560135&rootCatGameStyle=<br><br>p87 Codex Space Marines 2008. Combi-melta<br>p49 Codex Dark Angels 2006. Combi-plasma<br>p90 'Imperial Armour 9: The Badab War Part 1' 2010 Combi-flamer<br><br>A combi weapon is a weapon such as a rifle or pistol which can have a second weapon mounted on to it.<br><br>A melta gun fires a wave of energy that heats up the target, causing it to explode. A plasma gun fires a ball of super heated energy.<br><br>In the Warhammer 40,000 background, Space Marines can use combi-weapons. In the game's rules this is represented by the Space Marine player having the optin of arming his models with one of three types of combi-weapon: melta, plasma or flamer. The rules also provide the option of attaching a grenade launcher to the Space Marine's combi-weapon. See Warhammer 40,000 Space Marines, page 97.<br><br>The Space Marine model shown is made from a combination of Games Workshop Space Marine components and Chapterhouse Studios Salamanders components. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | grips so the different combi-weapon parts will fit nice and smooth. To add to the ease of use, we also have holes pre-drilled and include the correct size rare-earth magnets with the kit (5 total).<br><br>So in essence we have:<br>1) base ranged weapon<br>2) flame thrower attachment<br>3) grenade launcher attachment<br>4) plasma gun attachment<br>5) melta gun attachment<br>6) 5 rare earth magnets to fit in predrilled holes. | |
| 35 | Farseer Jetbike Seer Council Kit (1)<br><br>Games Workshop Jetbike kit not included - necessary to assemble as seen<br><br>This is a 12 piece resin conversion kit that when added to a Games Workshop Eldar jetbike will form the model shown. It is perfect for converting a regular jetbike kit into a Farseer on Jetbike model.<br><br>Each Farseer Jetbike Rider kit comes with 2 weapon choices, 1 left arm, 2 upper torso choice (male or female), 1 lower torso,1 Farseer head, 1 control panel, 2 shield generators and 2 bike accessories. | A Farseer is a character from the Eldar army – see the 'Guide to the Warhammer 40,000 Universe' document. Games Workshop sells Eldar Farseers on its website - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060019&rootCatGameStyle=<br><br>Miniature designed by Jes Goodwin and Martin Footit<br><br>Oval shaped gems are frequently used on Eldar clothing, weapons and vehicles (see models above and below).<br><br>There is an icon on the component under the sword second from left – it may be one of the Eldar runes Games Workshop has created but we can't get a clear image of it.<br><br>A jetbike is an Eldar army vehicle. Games Workshop sells Eldar jetbikes on its website – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1090102&rootCatGameStyle=<br><br>Miniature designed by Jes Goodwin<br>The Seer Council are a unit in the Eldar army. Games Workshop sells the Seer Council on its website - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060064&rootCatGameStyle=<br><br>Miniatures designed by Jes Goodwin and Adam Clarke<br>p28 Codex Eldar 2006 |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | p37 Codex Eldar 2006<br>p40 Codex Eldar 2006<br><br>The Chapterhouse kit can make a complete rider model, plus additional components to decorate the Games Workshop Eldar Jetbike. |
| 36 | Warlock Jetbike Seer Council Kit (1)<br><br>Games Workshop Jetbike kit not included - necessary to assemble as seen<br><br>This is a 11 piece resin conversion kit that when added to a Games Workshop Eldar jetbike will form the model shown. It is perfect for converting a regular jetbike kit into a Warlock on Jetbike model.<br><br>Each Warlock Jetbike Rider kit comes with 2 weapon choices, 1 left arm, 1 top torso, 1 lower torso,1 Warlock head, 1 control panel, 2 shield generators and 2 bike accessories. | Jetbike – see product 35<br><br>Seer Council – see product 35<br><br>The Warlock is a character from the Eldar army – see the 'Guide to the Warhammer 40,000 Universe' document. Games Workshop sells Warlocks on its website – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060088&rootCatGameStyle=<br><br>Miniature designed by Jes Goodwin<br><br>The Chapterhouse kit can make a complete rider model, plus additional components to decorate the Games Workshop Eldar Jetbike. |
| 37 | Conversion kit for Tyranid Tervigon (1)<br><br>This resin set contains 5 high detail modular components that fit with the current Games Workshop Carnifex kit. Once assembled, it can be used as a Tyranid® Tervigon. Please note this set does NOT include a Games Workshop Tyranid Carnifex.<br><br>Each kit contains 5 pieces:<br><br>Top Center Torso Spine piece (fits in between the two side torsos of the carnifex)<br><br>Central Armor and Spine Bank (fits on top of the upper torso)<br><br>Head mount piece<br><br>Lower abdomen containing birth sacs and embryonic termagaunts<br><br>Standard Size Oval base (matches Trygon base diameter).<br><br>Please note while this kit is sculpted to fit a carnifex kit with no | Tyranids are a Warhammer 40,000 army. The Tervigon is a type of Tyranid creature.<br><br>Warhammer 40,000 Tyranids 2009, page 52<br>(AB930_Tervagon / Alex Boyd / 2009)<br><br>Chapterhouse's components are designed to fit on Games Workshop's Tyranid Carnifex model – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1050178&rootCatGameStyle=<br><br>Miniature designed by Jes Goodwin<br><br>Games Workshop has characters and details in its books.<br><br>Nick Villacci states on Warseer:<br><br>"RE: TERVIGON CONVERSION KIT FOR TYRANID CARNIFEX FROM CHAPTERHOUSE STUDIOS<br>nvillacci 19/09/2010 - 19:52 |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | modification to either kit, some modification may be necessary to the minute variations that are present in both GW and Chapterhouse Kits. | Hmm,, maybe tell me why you think it is lazy? My goal was to make a kit that is similiar to GWs single illustration of the Tervigon. The other part of that goal was not to charge alot for a kit and to let people use the unused carnifexes we all have stockpiled since the new codex. Another benefit of our kit is that it still conforms to GWs 50% rule for conversions in GW events." http://www.warseer.com/games_news/tervigon_conversion_kit_for_tyranid_carnifex _from_chapterhouse_studios The Termagants and Trygon are also creatures from the Tyranid army. |
| 38 | Lashwhips - Tyrant Size (1) This is a single pewter Lashwhip created by Chapterhouse Studios for Tyranid® monsters, it is sized to be used with Tyrants and other Large size models. Sculpted so it can be used on the right or left arm socket, it is also bendable due to the sculpting. These Lashwhips hold the foes still so a killing strike may be inflicted. | The product implicates trademark issues only, not copyright. |
| 39 | Lashwhips - Warrior Size (1) This is a single pewter Lashwhip created by Chapterhouse Studios for Tyranid® monsters, it is sized to be used with warriors and other medium size models. Sculpted so it can be used on the right or left arm socket, it is also bendable due to the sculpting. These Lashwhips hold the foes still so a killing strike may be inflicted. | The product implicates trademark issues only, not copyright. |
| 40 | Tyrant Bonesword Arms for Tyranids (1) This is a pair of Chapterhouse Studios resin Bonesword arms for Tyranid® Hive Tyrant or other monstrous creatures. Works great for converting a Swarmlord Each pair consist of 1 left and 1 right arm scaled for the larger tyranid® creatures. Sculpted with details showing the symbiotic weapons of the Tyranid® race, the swords have bio- | The product implicates trademark issues only, not copyright. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | organic crystaline growths that enable the weapons to inflict death on anyone they strike. | |
| 41 | Warrior Bonesword Arms for Tyranids  (1) | The product implicates trademark issues only, not copyright. |
| | This is a pair of Chapterhouse Studios resin Bonesword arms for Tyranid® Warriors.  Each pair consist of 1 left and 1 right arm scaled for Tyranid® warriors.  Sculpted with details showing the symbiotic weapons of the Tyranid® race, the swords have bio-organic crystaline growths that enable the weapons to inflict death on anyone they strike. | |
| 42 | Xenomorph 28mm Head bits for Tyranids (1) | The product implicates trademark issues only, not copyright. |
| | This is a six (6) piece set of 28mm resin heads.  You will receive three(3) of Head A and three(3) of Head B.  These heads are sculpted in the style of the classic "Aliens" xenomorphs.  They work great on many of the Tyranid® bodies, gaunts, genestealers and tyranid warriors. | |
| 43 | Ymgarl Heads for Tyranid Genestealers - Set (1)

This is a 6 piece set of pewter Alien Heads.  These are scaled for 28mm heroic miniatures.  You can use them as Cthulhu or Ymgarl heads on your models.  We have many customers that use these on their Tyranid® Genestealers® to represent Ymgarl Genestealers® .

Each set of 6 heads includes 3 different variants,  you will recieve 2 of each head in this set.  There are almost no mold lines on these heads, so minimal clean-up is required.  Superglue is recommended for assemblnig metal bits on plastic kits.

We developed these in 2009 as variant heads that would be useful on Tyranid® Genestealers® .  When GW released the new Tyranid® codex, the Ymgarl Genestealers® look incredibly like these heads! We have dated post and concept art to prove our idea came first.

Regardless, these heads will set your miniatures apart from the rest of the crowd! | Genestealers are creatures in the Tyranid army. The Ymgarl is a variant of a Genestealer.

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1050149

As part of the Tyranid Genestealer boxed set, Games Workshop included a head component which can convert a Genestealer model into a Genestealer Ymgarl. The components are © Games Workshop 2004.

Miniature designed by Jes Goodwin and Mark Harrison

Chapterhouse say in their description opposite that the Ymgarl Genestealers from Games Workshop's new Tyranid codex look like their heads. There have been no new Games Workshop Ymgarl Genestealer miniatures released since 2004. The only new visual material from the latest Warhammer 40,000 Tyranids book for the Ymgarl was the artwork below. This artwork was created in 2009 and was based on the 2004 Games Workshop model above. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | Warhammer 40,000 Tyranids 2010, page 61<br>(DG1192_Ymgarl_Stealer/ Dave Gallagher / 2009) |
| 44 | Female Heads - Imperial Guard 28mm (1)<br><br>This is a sprue of 6 unpainted resin female Imperial Guard heads. These are scaled for 28mm heroic miniatures. Perfect additions to any miniature line, and look great on imperial guard figures. | The product implicates trademark issues only, not copyright. |
| 45 | SXV-141 Super-Heavy Assault Walker SAW (1)<br><br>Our first vehicle kit, we decided to go crazy on Tau.<br><br>This is a resin model kit consisting of over 50 parts, weighing in at approximately 2kg and standing almost 30cm tall when complete. The kit components are supplied "as cast" and require cleanup, assembly and painting for the finished product.<br><br>Needless to say I think the Imperial Titans will have their hands/fist full.<br><br>http://chapterhousestudios.com/index.php?route=product/product&path=59&product_id=201 | The Tau refers to the Tau Empire, a Warhammer 40,000 army.<br><br>The Tau Empire use rail guns as weapons on their vehicles.<br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1090208<br><br>The rail gun is the long gun which is shown firing on the model above.<br><br>The Tau decorate their clothing, weapons and vehicles with the Tau Empire symbol.<br><br>Tau Empire decal sheet, 2001<br><br>p40 Codex Tau Empire 2005<br>p17 Codex Tau 2001<br>p. 158-59 Warhammer 40,000 Apocalypse 2007<br><br>Miniature designed by Jes Goodwin<br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1620020<br><br><ul><li>Geometric grooves on hull and weapons</li><li>Circular hatches</li><li>Geometric grooves on the hatches</li><li>Large oval vents on the hull</li><li>Long thin 'nose' section of the hull</li><li>Geometric Grooves on the nose</li><li>'X' marks on power/ammo packs</li></ul> |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|

**Chapterhouse Product and Website Description:**

### SXV-141 SUPERHEAVY ASSAULT WALKER

| SAW | BS | FRONT | SIDE | REAR |
|---|---|---|---|---|
| | 3(4) | 14 | 13 | 13 |

POINTS: 750
SUPER HEAVY WALKER
STRUCTURE POINTS: 2

WEAPONS AND EQUIPMENT
HEAVY RAIL CANNON X 2
HEAVY SMART MISSILE RACK (6 X PENETRATOR, 6 X CLUSTER)
LONG BARRELLED BURST CANNON
TARGETING ARRAY (INCLUDED), MULTI TRACKER, UPGRADED DISRUPTION POD,
NETWORKED MARKER LIGHTS X 5, BLACK SUN FILTER, POSITIONAL RELAY, TACHYON
MARKER, TARGET LOCKS

OPTIONS:
SENSOR SPINES 20 PTS
FLECHETTE DISCHARGERS 40PTS

| WEAPON | RANGE | STR | AP | SPECIAL |
|---|---|---|---|---|
| RAIL CANNON (SOLID) | 120" | 10 | 1 | DESTROYER, EACH CANNON MAY FIRE INDEPENDENTLY (SHELL TYPE AND TARGET NOMINATED BEFORE ROLLING) |
| RAIL CANNON (SUBMUNITION) | 120" | 7 | 3 | APOC BLAST TEMPLATE |
| HEAVY BURST CANNON | 36" | 5 | 5 | ASSAULT 6 |
| HEAVY MISSILE RACK (PENETRATOR) | 48" | 8 | 3 | NO LOS NEEDED- TREAT AS SMART MISSILE |
| HEAVY MISSILE RACK (CLUSTER) | 48" | 5 | 4 | ASSAULT 8, NO LOS NEEDED- TREAT AS SMART MISSILE |
| NETWORKED MARKER LIGHTS (NWML x5) | 36" | / | / | * |
| TACHYON MARKER x 1 (FORWARD FACING) | UNLIMITED | / | / | OPERATES IN THE SAME WAY AS A NETWORKED MARKER LIGHT AND IS USED IN CONJUNCTION WITH THE RAIL CANNONS (ONLY 1 MARKER LIGHT HIT CAN BE GENERATED BY THE TACHYON MARKER) |

**Games Workshop Works:**

- Rail gun weapon
- Burst Cannon weapon

The Chapterhouse Walker hull fits snugly underneath the Tau Hammerhead hull with the circle sections lining up to the rear.

Games Workshop's rail gun design.
- Rectangular shape.
- Two separate sections to the 'barrel'
- Barrel joined by a coupler mid-way down the length
- Square block nozzle with vents
- Short under-slung cylinder connecting the barrel to the power source

Cover Art, Codex: Tau ©2001
AS098 Tau Codex detail cropped from larger original)By Adrian Smith

At the end of the Tau guns there is a circle with diagonal line design.

p.9 Codex: Tau Empire ©2005
PD116 Tau Castes & Contact (detail cropped from larger original) By Paul Dainton
This Tau pilot wears the design on his chest and arm.

Games Workshop's Tau rules.

| | Points | | Armour | | BS |
|---|---|---|---|---|---|
| | | Front | Side | Rear | |
| Hammerhead | 90 | 13 | 12 | 10 | 3(4) |

Front, side and rear armour values are given as well as the Ballistic Skill (BS) of the vehicle.

'Structure points' are used for Super Heavy vehicles in the game of 'Warhammer 40,000 Apocalypse'

'Str' stands for 'Strength' of the weapon.
'AP' stands for 'Armour Penetration' of the weapon.
'Assault 3' means the weapon can be fired 3 times.

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|-----|---------------------------------------------|----------------------|
|     |                                             | The list of weapons and equipment for the Super Heavy Walker fits the lists of Tau weapons and equipment from pp.25-31 Codex: Tau Empire ©2005 corresponding text copied below.<br><br>Railgun: The Tau battlesuit railgun uses linear accelerator technology to project a solid projectile at hypervelocity. It is capable of punching through the thickest armour and of taking down the largest of enemies.<br>Range: 72" Str: 10 AP: 1<br><br>Smart missile system: The smart missile system fires self-guiding missiles with the intelligence of a drone, which first search for then hunt down the target, passing around any blocking terrain.<br>Range: 24" Str: 5 AP: 5<br><br>Burst cannon: The burst cannon finds use across the Tau military, primarily mounted on battlesuits and vehicles. Utilising the plasma induction technology found in the pulse rifle and other systems, the burst cannon is a multi-barrel weapon able to sustain high rates of fire.<br>Range: 18" Str: 5 AP: 5 Assault 3<br><br>Targeting array: Targeting arrays assist the vehicle gunner's aim by adjusting for the target's range and speed. Add 1 to the vehicle's BS<br><br>Multi-tracker: The vehicle-mounted multi-tracker is combined with advanced stabilisers enabling a vehicle to fire as if it were a fast vehicle.<br><br>Distribution pod: A distribution pod throws out distorting images in both visual and magnetic spectra, making it hard to target at range.<br><br>Networked markerlights: A networked markerlight is a specialised version of the standard system, but it is larger and less common.<br><br>Blacksun filter: This advanced optical filter enables the user to double the distance rolled for determining how far they can see when fighting at night.<br><br>Positional relay: This records detailed battlefield data and relays it in |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | a tight-band, encrypted burst to a single unit operating as a strategic reserve. <br><br> Target lock: The target lock identifies potential targets and plots fire plans to counter them, granting the vehicle gunner far more choice about the targets to be engaged. <br><br> Sensor spines: Sensor spines are used to feed data to an advanced ground-following flight control system. <br><br> Flechette discharger: Powerful clusters of reactive charges are attached to the hulls of many Tau vehicles. If the enemy approach, they fire off vicious clouds of high velocity flechettes. |
| 46 | Assault Shoulder Pad for Space Marine with number 7 (4) <br><br> This is a number 7 Assault Shoulder pad for regular power armor, it has raised crossed arrows on the pad with a roman numeral 7 above the arrows. This is the standard size space marine® tactical shoulder pad cast in pewter. | Assault is a type of Space Marine squad. An Assault squad will have an 'X' symbol and their squad number shown on their right shoulder pads. The squad number will be between 1-10. <br><br> Games Workshop sells assault squad shoulderpads – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110190&rootCatGameStyle= <br><br> Power armour – see product 10 <br><br> Tactical – see product 56 <br><br> Codex Ultramarines, 1995, p28 <br> Space Marine Transfer Sheet (from the Terminator Assault Squad) <br> Squad markings in top left corner, numerals in bottom right <br> Insignium Astartes 2002, page 13 |
| 47 | Assault Shoulder Pad for Space Marine with number 8 (4) <br><br> This is a number 8 Assault Shoulder pad for regular power armor, it has raised crossed arrows on the pad with a roman numeral 8 above the arrows. This is the standard size space marine® tactical shoulder pad cast in pewter. <br><br> See 46 above | Assault – see product 46 <br><br> Power armour – see product 10 <br><br> Tactical – see product 56 <br><br> Insignium Astartes 2002, page 13 |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | |
| 48 | Assault Squad Shoulder Pad for Space Marine - Plain (4)<br><br>See 46 above<br><br>This is a unmarked Assault shoulder pad for regular power armor, it has raised arrows on the pad. This is the standard size space marine® tactical shoulder pad cast in pewter. | Assault – see product 46<br><br>Power armour – see product 10<br><br>Tactical – see product 56<br><br>Insignium Astartes 2002, page 13 |
| 49 | Crested Pad for Space Marine (4)<br><br>This is a shoulder pad with a raised crest on it. This shoulder pad works well with any loyalist or chaos space marine® army. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models.<br><br>See 46 above | This Space Marine Captain has a crested shoulderpad with 'rivets' along the edge where the crest attaches to the pad - http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat440176a&prodId=prod1060070&rootCatGameStyle=<br><br>Miniature designed by Juan Diaz Ramos<br><br>Loyalist – see product 16<br><br>Chaos Space Marine – see product 2<br><br>Tactical – see product 56<br><br>p84 Codex Space Marines 2008  Shoulder pads with high rims. |
| 50 | Devastator Shoulder Pad for Space Marine - Plain (4)<br><br>This is a unmarked Devestator shoulder pad for regular power armor, it has a raised arrow on the pad. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Devastator is a type of Space Marine squad. A Devastator squad has an inverted 'V' symbol on their right shoulderpads.<br><br>Warhammer 40,000 Space Marines 2004, page 70<br>(NH SM Pads/ Neil Hodgson / 2004)<br><br>A Devastator squad member will have their squad number shown on their right shoulder pads. The squad number will be between 1-10. The 'X' on this pad indicates this is Devastator squad 10.<br><br>The colours on the shoulderpad refer to a Chapter colour, ie, blue and gold are the colours of the Ultramarines Space Marine Chapter.<br><br>Index Astartes III 2003, page 23<br>(NH Ultramarines Graph / Neil Hodgson / 2001) |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | Power armour – see product 3 |
| 51 | Devastator Shoulder Pad for Space Marine with number 9 (4)<br><br>This is a number 9 Devestator Shoulder pad for regular power armor, it has raised arrow on the pad with a roman numeral 9 embossed into the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Devastator – see product 50<br><br>Tactical – see product 56<br><br>Insignium Astartes 2002, page 13<br>Codex Ultramarines, 1995, p28 |
| 52 | Devastator Shoulder Pad for Space Marine with number 10 (4)<br><br>This is a number 10 Devestator Shoulder pad for regular power armor, it has raised arrow on the pad with a roman numeral 10 embossed into the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Devastator – see product 50<br><br>Tactical – see product 56<br><br>Insignium Astartes 2002, page 13<br>Codex Ultramarines, 1995, p28 |
| 53 | First Squad or I Shoulder Pads - tactical (4)<br><br>This is a shoulder pad with a roman numeral "1" or an I on the face, it is stylized and has more detail then the typical I shoulder pad. This shoulder pad works well with any loyalist space marine® armies. This could also be a chapter icon for the left shoulder. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models.<br><br>See 46 above | There are no IP issues with this product other than the shape/design of the underlying shoulder pad |
| 54 | Generic Power Armour Shoulder Pad for Space Marine - Plain (4)<br><br>Just a regular Space Marine® Power Armor pad, similiar to the standard one with raised edges.<br><br>See 46 above | This is Games Workshop's unique expression of a Sci-Fi Shoulderpad, including the following unique characteristics:<br><br>  o  Covering from start of shoulder to above the elbow<br>  o  Large border around outer edge<br>  o  Left shoulderpad – squad markings<br>  o  Right shoulderpad – Chapter symbol |
| 55 | Smooth Shoulder Pad for Space Marine - no raised areas (3) | See 54 above |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | Another regular Space Marine® shoulder pad, this one has no raised areas, perfectly smooth for something different.<br><br>Single pewter bit.<br>See 46 above | |
| 56 | Tactical Shoulder Pad for Space Marine (3)<br><br>This is a Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad. This is the standard size space marine® tactical shoulder pad cast in pewter.<br>See 46 above | Tactical is a type of Space Marine squad. A Tactical squad will have an upward pointing arrow symbol on their right shoulder pad.<br><br>Games Workshop sells Tactical shoulder pads - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110189&rootCatGameStyle=<br><br>A Tactical squad member will have their squad number shown on their right shoulder pads. The squad number will be between 1-10.<br><br>The colours on the shoulder pad refer to a Chapter colour, ie, red and gold are the colours of the Blood Angels Space Marine Chapter.<br><br>Insignium Astartes 2002, page 32<br>See product 4. |
| 57 | Tactical Shoulder Pad for Space Marine with number 1 (3)<br><br>This is a number 1 Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 1 inlaid in the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Tactical – see product 56<br><br>Insignium Astartes 2002, page 13<br>Codex Ultramarines, 1995, p42 |
| 58 | Tactical Shoulder Pad for Space Marine with number 2 (3)<br><br>This is a number 2 Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 2 inlaid in the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Tactical – see product 56<br><br>Insignium Astartes 2002, page 13<br>Codex Ultramarines, 1995, p 28 |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| 59 | Tactical Shoulder Pad for Space Marine with Number 3 (3)<br><br>This is a number 3 Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 3 inlaid in the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Tactical – see product 56<br><br>Insignium Astartes 2002, page 13<br>Codex Ultramarines, 1995, p 43 |
| 60 | Tactical Shoulder Pad for Space Marine with Number 4 (3)<br><br>This is a number 4 Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 4 inlaid in the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Tactical – see product 56<br><br>Insignium Astartes 2002, page 13<br>Codex Ultramarines, 1995, p43 |
| 61 | Tactical Shoulder Pad for Space Marine with number 5 (3)<br><br>This is a number 5 Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 5 inlaid in the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Tactical – see product 56<br><br>Insignium Astartes 2002, page 13<br>Codex Ultramarines, 1995, p43 |
| 62 | Tactical Shoulder Pad for Space Marine with number 6 (3)<br><br>This is a number 6 Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 6 inlaid in the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter.<br><br>See 46 above | Tactical – see product 56<br><br>Insignium Astartes 2002, page 13<br>Codex Ultramarines, 1995, p 28 |
| 63 | Salamanders or Dragon Drop Pod Armor or door panel (1)<br><br>This is a highly detailed resin armored panel that fits on the Drop Pod Kit door. It is a single piece that fits over the standard door, this is | A drop pod is a Space Marine vehicle. Games Workshop sells drop pods on its website – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1560026&rootCatGameStyle= |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | sculpted with a dragon or salamanders icon in the center, surrounded by scales.  This is a single door.  We recomend buying a set of 5 for the regular drop pod model kit. | Miniature designed by Tom Watton<br><br>The icon on the Chapterhouse door is based on the Salamanders Chapter icon – see product 25. |
| 64 | Salamander Dragon Skull Shoulder Pad Bit –Tactical (2)<br><br>This is a Dragon or Salamander Skull on a scaled background.  This is the standard size space marine® terminator shoulder pad cast in pewter.  This sculpter to be used as a right arm pad. | The icon on the Chapterhouse pad is based on the Salamanders Chapter icon – see product 25. |
| 65 | Salamander Dragon Skull Shoulder Pad - Terminator (2)<br><br>This is a Dragon or Salamander Skull on a scaled background.  This is the standard size space marine® tactical shoulder pad cast in pewter. | The icon on the Chapterhouse pad is based on the Salamanders Chapter icon – see product 25<br><br>Tactical – see product 56<br><br>Terminator – see product 5 |
| 66 | Salamander Dragon Thunder Hammer - Smooth  (2)<br><br>This is a hammer sculpted with a dragon or salamander theme in mind.  It can be used as a power weapon or a thunder hammer.  It can be used for dragon or salamander space marine® armies.  This is our new "smooth" salamander hammer.  Customers have also used this for high elf and empire fantasy armies.  It is a pewter bit. | The icon on the left side of the head on the far left hammer shown opposite is based on the Salamanders Chapter icon – see product 25<br><br>Power weapon and thunder hammer – see product 1<br><br>Terminator – see product 5<br><br>High Elf and Empire – see product 1 |
| 67 | Dragon Salamander Head Bit Space Marine (3)<br><br>This is a pewter bit of the Dragon Special Character resin kit head.  We have had many request for just the head so have made these available.  A single pewter space helmet in the dragon or salamander style. | Salamanders – see product 25<br><br>Chaplains are a rank within the Space Marines army.  Their iconography heavily features skulls.<br><br>Miniature designed by Jes Goodwin<br><br>This is just one example of a Space Marine Chaplain with skull helmet available on the Games Workshop website.<br>http://www.games- |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | workshop.com/gws/catalog/productDetail.jsp?prodId=prod1050244&rootCatGameStyle= <br><br> This is based on a Space Marine Mk 7 helmet. <br><br> Warhammer 40,000 Space Marines 2008, page 71 <br> (AB835_SM_Techmarine / Alex Boyd / 2008) <br><br> Note the following characteristics: <br> • Rectangular open vent on top of helmet <br> • Shape of eyes <br> • Two tubes entering the jawline on each side <br> • Box shape covering ear section |
| 68 | Banded Tech Power Armor Pad (4) <br><br> This is a shoulder pad that is about the same size as a GW power armor shoulder pad. It consist of horizontal plates or "bands" of armor similiar to older MK 1 armor. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad. Sized to fit regular power armor figures. | Mk1 refers to a type of Space Marine armour. Games Workshop sells a Mk1 armoured Space Marine – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1140240&rootCatGameStyle= <br><br> Miniature designed by Jes Goodwin <br><br> The Horus Heresy - Collected Visions 2007, page 139 <br> (3086 LemanRuss/ Franz Vohwinkel / Black Library / 2004) <br><br> Chapterhouse's shoulder pad looks most like the right hand pad on the grey armoured Space Marine above. <br><br> Iron Hands – see product 70 <br><br> Power armour – see product 3 |
| 69 | Cog Shoulder Pad - Power Armor (3) <br><br> This is a shoulder pad that is about the same size as a GW shoulder pad. It has a cog. The shoulder pad itself is armored strips similiar to older MK shoulder pads. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad or even as Adeptus Mechanicus or Techmarines. Sized to fit regular power armor figures. | Iron Hands – see product 70 <br><br> The Adeptus Mechanicus are an organisation in the Warhammer 40,000 background. Their icon is a skull within a cog. <br><br> The Art of Warhammer 40,000 2006, page 201 <br> (WE274C Titan Icon / Wayne England / 1995) <br><br> Techmarines are a rank within the Space Marines army. They are the mechanics of |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|-----|-----------------------------------------------|----------------------|
|  |  | the army and are strongly associated with the Adeptus Mechanicus and technology. <br><br> The Chapterhouse product is designed and of a size and scale to be used with Games Workshop products and to fit within the Warhammer 40,000 Universe. The product description uses Games Workshop Trademarks: Iron Hands, Adeptus Mechanicus and Techmarines. |
| 70 | Shield for Iron Hands (2) <br><br> A high detail shield based on the Iron Hands chapter theme, useful for fantasy models as well as Iron Hand or other hand based space marine® models. <br><br> The front of this shield has mailed hand and scales sculpted onto a round shield with power cables around the edges, the rear of the shield has a hand hold that enables power armor marines to hold the shield (not shown in photo). It is designed to be modeled on either power armor marines or terminators. This highly detailed bit is cast in white metal. | The product implicates trademark issues only, not copyright. |
| 71 | Shoulder Pad for Iron Hands Power Armor (2) <br><br> This is a shoulder pad that is about the same size as a GW shoulder pad. It has a mailed hand on it in a clawing motion. The shoulder pad itself is armored strips similiar to older MK shoulder pads. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad. Sized to fit regular power armor figures. | Iron Hands – see product 70 |
| 72 | Shoulder Pad for Iron Hands Terminator armor (2) <br><br> This is a shoulder pad that is about the same size as a GW shoulder pad. It has a mailed hand on it in a clawing motion. The shoulder pad itself is armored strips similiar to older MK shoulder pads. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad. Sized to fit regular terminator armor figures. | Power armour – see product 3 <br><br> Iron Hands – see product 70 <br><br> Terminator – see product 5 |
| 73 | Banded Armor Terminator Pad (3) | This is Mk1 Space Marine Armour – see 68 above |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
|  | This is a shoulder pad that is about the same size as a GW shoulder pad. It consist of horizontal plates or "bands" of armor similiar to older MK 1 armor. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad. Sized to fit regular terminator armor figures. | Iron Hands – see product 70 <br><br> Terminator – see product 5 <br><br> p20 Warhammer 40,000 Compilation 1991 |
| 74 | Banded Power Armour Shoulder Pads (3) <br><br> This is a shoulder pad that is about the same size as a GW power armor shoulder pad. It consist of horizontal plates or "bands" of armor similiar to older MK 1 armor. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad. Sized to fit regular power armor figures. | This is Mk1 Space Marine Armour – see 68 above <br><br> Power armour – see product 3 <br><br> Iron Hands – see product 70 <br><br> p32 Codex Space Marines 2008 |
| 75 | Studded Rimmed Shoulder Pad MKV (3) <br><br> This is a shoulder pad with a raised crest on it. This shoulder pad works well with any loyalist or chaos space marine® army. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models. | Mk V armour – see product 2 <br><br> Loyalist – see product 15 <br><br> Chaos Space Marines – see product 2 <br><br> Tactical – see product 56 |
| 76 | Five (5) Heresy Era Jump Packs for Space Marines (1) <br><br> This is a set of FIVE (5) Resin and Metal Jump Pack for Space Marines®. It is sculpted to fit in with the Heresy Style Jump Packs. The main Jump Pack is Resin and the control flaps are metal. Designed to fit on the standard Space Marines® back. Suitable for any other 28mm scale miniatures as well. | Space Marines use jump packs. Heresy refers to the type of jump pack used during the Horus Heresy. <br><br> The Horus Heresy – Collected Visions 2007, page 284 (2121 assault squad/ James Brady / Black Library / 2005) <br><br> Back pack designed by Aly Morrison |
| 77 | Masked Heresy Heads for Space Marines – 4 (2) <br><br> This is a resin sprue of 4 "Heresy" style heads for space marines® with rebreather mask. Each sprue comes with 4 heads. | Heresy refers to Mk V Heresy armour – see product 2. <br><br> p111 *Horus Heresy: Collected Visions* ©2007 artwork by Justin Norman <br><br> p197 *Horus Heresy: Collected Visions* ©2007 artwork by Kenson Low <br><br> p309 *Horus Heresy: Collected Visions* ©2007 artwork by Kenson Low |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| 78 | MK I Heresy Era for Space Marine "Thunder Armor" Shoulder Pad (3)

This is a shoulder pad with armored plates on it, commonly known as "Thunder Armor" or Mk I space marine power armor. This shoulder pad works well with any loyalist or chaos space marine® army. Perfect for Heresy era armies. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models. | Heresy refers to Mk V Heresy armour – see product 2.

Thunder armour is the alternative name for Mk 1 Space Marine armour. See product 68.

Loyalist – see product 15

Chaos Space Marines – see product 2

Tactical – see product 56

p20 Warhammer 40,000 Compilation 1991 |
| 79 | Spikey Heresy Heads for Space Marines (2)

This is a resin sprue of 4 "Heresy" style heads for space marines®. | Heresy refers to Mk V Heresy armour – see product 2.

p111 *Horus Heresy: Collected Visions* ©2007 artwork by Justin Norman

p197 *Horus Heresy: Collected Visions* ©2007 artwork by Kenson Low

p309 *Horus Heresy: Collected Visions* ©2007 artwork by Kenson Low |
| 80 | Studded Power Armor Pad for MK 5 (3)

This is a studded power armor shoulder pad. It works well as a MK V shoulder pad. Dimensions are equivalent to current GW plastic pads. | Mk V armour – see product 2

Power armour – see product 3 |
| 81 | Celtic Wolf Shield for Space Wolves (3)

This is a celtic style round Storm or Combat shield with a wolf on the front, it utilizes the same handles as our other shields (seperate component for the hand grip). It looks great for Space Wolf (Space Wolves) armies or any other Sons of Russ Space Marine® Chapter. | The product implicates trademark issues only, not copyright |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | Cast in pewter.<br>Diameter of shield is 22 mm. | |
| 82 | Rhino Conversion Kit for Space Wolves (2)<br><br>This is a resin conversion kit for the games workshop rhino kit. It consist of 2 side doors, 1 front panel, and 1 top hatch. The style incorporates wolf totems, furs, and viking like icons. Looks great when used for space wolf armies. | A Rhino is a Space Marine vehicle used by the Space Wolves Chapter.<br><br>Codex Space Wolves 2000, page 19<br>Miniature designed by Bob Naismith<br><br>The Space Wolves Chapter's iconography includes wolf skulls, wolf tails and fangs - http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat440177a&prodId=prod260002a&rootCatGameStyle=<br><br>Miniature designed by Jes Goodwin, Martin Footit and Juan Diaz Ramos<br><br>Space Marine Collector's Guide 2003, page 32<br>Miniature designed by Jes Goodwin<br><br>Forge World sells a Space Wolves conversion pack for the Rhino – http://www.forgeworld.co.uk/Warhammer-40000/SPACE-WOLVES-RHINO-DOORS-AND-FRONT-PLATE.html<br><br>Miniature designed by Simon Egan<br><br>p1, Codex Space Wolves 2009 |
| 83 | Storm Combat Space Tech Shield for Wolves (3)<br><br>This is a Storm or Combat shield with a Tech-Wolf on the front, it utilizes the same handles as our other shields (seperate component for the hand grip). It is a light weight white metal bit. It looks great for Space Wolf (Space Wolves) armies or any other Sons of Russ Space Marine® Chapter. Supplied unpainted. | See 81 & 82 above for information about Space Wolves, storm shields and Sons of Russ<br><br>p34 Codex Space Wolves 1994 |
| 84 | Celtic Storm or Combat Shield (3)<br><br>This is a white metal combat or storm shield for 28 mm figures. It works great on space marines® or any fantasy models. We have designed a circular celtic shield, this is more suitable for a power armor marine, vs a Terminator marine (it would look a bit small for the | The product implicates trademark issues only, not copyright. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | larger armor). It includes a seperate grip guard. Supplied unpainted. | |
| 85 | Generic Hammer 2 (2)<br><br>This is a Generic Thunder or Power hammer. Sold as a single white metal pewter bit. Works well with fantasy or sci-fi 28mm figures. Looks great on Empire models or on Space Marines®. | The product implicates trademark issues only, not copyright. |
| 86 | Imperial or Eagle Storm Shield (2)<br><br>A high detail shield based on an eagle theme, useful on high elf or emperor fantasy models as well as space marine® models.<br>The front of this shield has an eagle head and feathers sculpted, the rear of the shield has a hand hold that enables power armor marines to hold the shield. It is designed to be modeled on either power armor marines or terminators. This highly detailed bit is cast in PEWTER. | The product implicates trademark issues only, not copyright. |
| 87 | "Heresy" Armoured Drop Pod Door (1)<br><br>This is a highly detailed resin armored panel that fits on the Drop Pod Kit door. It is a single piece that fits over the standard door, this is sculpted to resemble an "heresy era" armored panel. This is a single door. We recomend buying a set of 5 for the regular drop pod model kit. | Drop pod – see product 63<br><br>Heresy is a reference to Mk V Space Marine armour – see product 2. The pattern more closely resembles Mk 1 Space Marine armour. |
| 88 | Armoured Predator Armour Kit – side (1)<br><br>This is a new Armored Predator kit for Space Marines®, it includes 3 strips of Reactive armor that can be cut to size as well as ONE heavily armored "off-centered cockpit" Fits the standard Games Workshop Space Marine® Predator kit.<br><br>This is our answer to the silly idea that a more heavily armored predator tank has the same front as a flimsy rhino tank. This is a Resin kit. | The product implicates trademark issues only, not copyright. |
| 89 | Armoured Predator Kit - Centred (1)<br><br>This is a new Armored Predator kit for Space Marines®, it includes 3 strips of Reactive armor that can be cut to size as well as a heavily | The product implicates trademark issues only, not copyright. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | armored "centered cockpit" Fits the standard Games Workshop Space Marine® Predator kit.<br><br>This is our answer to the silly idea that a more heavily armored predator tank has the same front as a flimsy rhino tank. This is a Resin kit. | |
| 90 | Armoured Rhino for Space Marine Tank Door & Armor Kit (1)<br><br>This is an new and original Armored Space Marine® Rhino kit, it includes 2 side doors, 2 rear armor panels, 2 front armor panels, 2 top hatch armored panels and a front armored cockpit panel. Fits the standard Games Workshop Space Marine® Rhino kit. This is very similiar to MK I Space Marine® armor and would fit well with an Heresy era army. | The pattern on these components is Mk 1 type Space Marine armour – see product 68.<br><br>Rhino – see product 82<br><br>Heresy – see product 2 |
| 91 | Brazier – Dragon / Serpent - 2 pieces (1)<br><br>This is a stylized dragon or snake brazier, it comes in 2 pieces (flat backing and the front) and is pewter. It is approximately .63 millimeters tall and .36 millimeters at its widest. This is perfectly designed to add to any vehicles, we include it with our Salamanders Landraider kit. Looks great on dreadnoughts and any other vehicles with flat areas. | The product implicates trademark issues only, not copyright. |
| 92 | Brazier – Eagle – 2 pieces (1)<br><br>This is a stylized eagle brazier, it comes in 2 pieces (flat backing and the front) and is pewter. It is approximately .62 millimeters tall and .33 millimeters at its widest. This is perfectly designed to add to vehicles, we include it with our Salamanders Landraider kit. Looks great on dreadnoughts and any other vehicles with flat areas. | The product implicates trademark issues only, not copyright. |
| 93 | Mark I Rhino Conversion Kit (1)<br><br>This is an new and original Mark I or Heresy Era Rhino conversion kit, it includes 2 side doors, 2 Left Side Engine Grates, 2 Right side Engine Grates, 2 choices for the front cockpit armor panel, and one old style bolter cuppola cover. Fits the standard CURRENT Games Workshop Space Marine® Rhino kit. | The product implicates trademark issues only, not copyright. |
| 94 | Rhino Tank Conversion Kit for Space Marine Dragon or Salamander (1) | Rhino – see product 82 |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | The rhino accessory kit is composed of doors, front panels and armor sections to accessorize the current space marine® rhino model kit. Themed in a dragon or salamander style also good for alpha legion. It currently includes - 1 front armor panel, 2 side door, 2 top hatch panels, and 4 scaled armor panels. This kit is composed completely of unpainted resin-plastic, sometimes parts must be cut down to fit due to the casting process. | Salamanders – see product 25<br><br>Index Astartes IV, 2004, page 19<br>(NH Salamander Graph/ Neil Hodgson / 2004) |
| 95 | Mycetic Spore for Tyranids (1)<br><br>We have our first cast in of our Mycetic Spore, available here, as you can see it could realistically transport a carnifex ora a brood of gaunts. This is a 4 piece model and will be selling for $30.00. We will have another set that will come with a base for $34.50 in the near future.<br>This is Chapterhouse Studios version of the Mycetic Spore. The spore is a highly detailed 4 piece resin model which includes an option weapon arm (that can have a tyranid weapon glued on the end). It is easily assembled (coming in 2 halves and a top piece).<br>Each spore is large enough to realistically hold a swarm of models or even a large monstrous creature like the carnifex.<br>The Mycetic Spore is approximately 6 inches tall and 4.5 inches in diameter.<br>We have this item in limited stock and will ship out as they are produced. | Tyranids and Carnifex – see product 37<br><br>A Mycetic spore is a Tyranid creature. It is used to transport other Tyranid creatures from vessels in orbit onto a planet.<br><br>Warhammer 40,000 Tyranids 2009, page 54<br>(AB929_Mycetic_Spore / Alex Boyd / 2009)<br><br>Games Workshop has not made a model of a Mycetic.<br><br>Gaunts are a type of Tyranid creature.<br><br>The two Tyranid miniatures in Chapterhouse's top right image are a Carnifex and a Games Workshop Termagaunt. |
| 96 | Pre-Heresy Scarab Shoulder Pads for Thousand Sons Marines – Term (1)<br><br>These shoulder pads are designed to replace the current era Space Marine® Terminator Shoulder Pads. Each pad is in the pre-heresy style and has a scarab sculpted onto the surface These pads works well with any egyption themed army, and is similiar to those worn by heresy era Thousand Sons Space Marines®. Sold in pairs or a rigth and left pad.<br>Two shoulder pads cast in pewter. | The product implicates trademark issues only, not copyright. |
| 97 | Scarab Shoulder Pad for Thousand Sons - Power Armor (1)<br><br>This is a shoulder pad that is about the same size as a GW power armor | The product implicates only trademark issues and the shape/design of the underlying shoulder pad. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | shoulder pad.  It consist of a Egyption Style Scarab on a shoulder pad. This pad works well with any egyption themed army, and is similiar to those worn by heresy era Thousand Sons Space Marines® shoulder pad.  Sized to fit regular power armor figures. Single Pad Cast in pewter. | |
| 98 | Starburst Shoulder Pad for Thousand Sons Marines - Power Armor  (1)

This is a shoulder pad that is about the same size as a GW power armor shoulder pad.  It consist of a Starburst on a shoulder pad.   This pad  is similiar to those worn by heresy era Thousand Sons Space Marines® shoulder pad.  Sized to fit regular power armor figures. Single Pad Cast in pewter. | The product implicates only trademark issues and the shape/design of the underlying shoulder pad. |
| 99 | Shoulder Pad for Mantis Warriors Marines - Power Armor  (1)

We also have a rather nice Mantis Warriors space marine pad set, these were done for a customer.  They turned out great and he allowed us to use his painted pads to showcase the new releases.  We were able to do a Power Armor and a Terminator piece. This is a shoulder pad with a Praying Mantis head on the surface, with added chains sculpted on the edges .  This shoulder pad works well with Mantis Warrior space marine armies®.  This is the standard size space marine® tactical shoulder pad cast in pewter. One pewter pad. | The product implicates only trademark issues and the shape/design of the underlying shoulder pad |
| 100 | Shoulder Pad for Mantis Warriors Marines – Terminator (1)

This is a shoulder pad with a Praying Mantis head on the surface, with added chains sculpted on the edges .  This shoulder pad works well with Mantis Warrior space marine armies®.  This is the standard size space marine® terminator armor shoulder pad cast in pewter. One pewter pad. | The product implicates only trademark issues and the shape/design of the underlying shoulder pad. |
| 101 | Shoulder Pad for Blood Ravens Marines - Terminator  (1)

Lastly for the pads, we resculpted the Blood Ravens shoulder pads to have a blood drop instead of an inverted drop.  The previous pads will be listed as Blood Eagle pads, while the updated sculpts will be listed | Blood Raven/Blood Angles – see product 4 |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | as Blood Ravens pads.<br><br>This is our NEW shoulder pad with a rave on the surface, the wings of the bird are surrounding a blood drop or gem. This shoulder pad works well with Blood Raven or Blood Angel themed armies. This is the standard size space marine® terminator armor shoulder pad cast in pewter.<br><br>Single Pewter Pad. | |
| 102 | Shoulder Pad for Blood Ravens Marines - Power Armor (1)<br><br>This is our NEW shoulder pad with a rave on the surface, the wings of the bird are surrounding a blood drop or gem. This shoulder pad works well with Blood Raven or Blood Angel themed armies. This is the standard size space marine® Tactical Marine shoulder pad cast in pewter.<br><br>Single Pewter Pad. | Blood Raven/Blood Angles – see product 4 |
| 103 | Dragon or Salamander Variant Rhino Door Kit (1)<br><br>We also have 3 new Rhino Conversion Kits for the Space Wolves, Dragon based Chapters, and a Tactical Door kit with skulls (click on photos for product page).<br><br>The rhino accessory kit is composed of 2 side doors and 1 front panel to accessorize the current space marine® rhino model kit. Themed in a dragon or salamander style also good for alpha legion.<br><br>This kit is composed completely of unpainted resin-plastic, sometimes parts must be cut down to fit due to the casting process. | Space Wolves – see product 82<br><br>Rhino – see product 82<br><br>Alpha Legion – see product 32<br><br>The components are decorated with Salamanders Chapter icons – see product 25 |
| 104 | Rhino Conversion #2 kit For Space Wolves (1)<br><br>This is a resin conversion kit for the games workshop rhino kit. It consist of 2 side doors, 1 front panel, and 1 top hatch and extra armor. | Space Wolves - see product 82.<br><br>The Space Wolves Chapter decorates its vehicles with wolf's heads shown face on. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | The style incorporates wolf totems, furs, and viking like icons. Looks great when used for space wolf armies.<br><br>8 piece resin kit. | Warhammer 40,000 Space Wolves 2009, page 78.<br><br>(NH821 SW Filler/ Neil Hodgson / 2009) |
| 105 | Tactical Rhino Doors with Skulls Kit (1)<br><br>The rhino accessory kit is composed of 2 side doors and 1 front panel to accessorize the current space marine® rhino model kit. Sculpted with the standard Tactical Arrow and integrating skulls..<br><br>This kit is composed completely of unpainted resin-plastic, sometimes parts must be cut down to fit due to the casting process. | Games Workshop sells products decorated with piles of skulls.<br><br>Basilica Administratum - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1095506&rootCatGameStyle=<br><br>Miniature designed by Dave Andrews<br>Realm of Battle board - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod730814&rootCatGameStyle=<br><br>Product designed by Dave Andrews |
| 106 | Rhino Tank Conversion Kit for Iron Snakes (1)<br><br>The rhino accessory kit is composed of 2 side doors, 1 top hatch, 1 front panel and 4 scaled armor sections to accessorize the current space marine® rhino model kit. Themed in a greek and snake style with shields and spears this kit makes a great Iron Snake Rhino. This kit is composed completely of unpainted resin-plastic, designed to fit on a standard Games Workshop Rhino kit. | The components have Iron Snakes icons on them. See product 17. |
| 107 | 28mm Spartan Heads released this week - Friday, 18 February 2011 05:58<br><br>Spartan Heads compatible with Space Marine® models<br><br>This is a single pewter sprue of 5 different spartan armored heads that are scaled to be compatible with Games Workshop Space Marine® models.<br><br>The "Spartan Heads compatible with Space Marines" consist of a sprue of 5 pewter heads. Each head is different and this set sells for $5.50. | The product implicates trademark issues only, not copyright. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | Original sculpt and painted by Tomas Fiertek. | |
| 108 | Doomseer Iyanar Model Released<br><br>Friday, 29 April 2011 19:22<br><br><br>Just added a new model to the website.  This model is special for us in a few ways.  Its our first full metal miniature, not just an accessory piece. We also have recently hired Angel Giraldez as a painter for many of our pieces.<br><br>If you have ever wanted a female HQ model for your army, this may be your lucky day. So with no more delays...<br><br><br>Doomseer Iyanar-Duanna<br><br><br>Doomseer Iyanar-Duanna is cursed with the ability to forsee the slow death of her race.  She shares the ability of all seers, to see  the path of her race, but is only able to see the deaths of her people and nothing else.  She was psychicaly scarred when she witnessed the death of an entire world-ship, she is now doomed to spend every moment of her life tracking down the creature responsible.<br><br>The "Doomseer" is only available from Chapterhouse Studios.  The unpainted 28mm scale pewter model consist of 5 pieces - body and 4 variant arms.  A 25mm slotted base is included. | http://www.dakkadakka.com/dakkaforum/posts/list/60/347567.page   See post by Nick Villacci at19.58.36 on 29/04/2011 referring to this model as "New Female Farseer Stand-in model from ChapterhouseStudios.com - Doomseer Iyanar"<br><br>http://www.dakkadakka.com/dakkaforum/posts/list/90/347567.page<br>See post by Nick Villacci at 21.30.26 referring to the product being an Eldar model.<br><br>http://www.dakkadakka.com/dakkaforum/posts/list/150/347567.page<br>See post by Nick Villacci at 14.23.09 on 30.04.11 comparing this model to GW Eldar models<br><br>http://www.dakkadakka.com/dakkaforum/posts/list/180/347567.page<br><br>See image from Dawn of War shown on a Relic wiki<br>http://wiki.reliccommunity.com/index.php?title=Farseer_Taldeer<br><br>http://www.dakkadakka.com/dakkaforum/posts/list/210/347567.page See post by Nick Villacci at 22.23.28 on 02/05/2011 confirming that he is trying to fill in the blanks in the GW range.<br><br>Similarities to Games Workshop's Eldar models include:<br><ul><li>Icons on the helmet and the back of robes</li><li>Shape of the sword</li><li>All Eldar models have spirit stone, usually on the chest.  She also has one on her back.</li><li>Clad in robes</li><li>Singing Spear</li><li>Shape of the helmet and cut out face</li></ul>http://www.games-workshop.com/gws/content/article.jsp?categoryId=&pIndex=1&aId=9000012a&start=2<br><br>Standard Eldar Helmet.<br>Miniature designed by Jes Goodwin<br>http://www.games- |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | workshop.com/gws/catalog/productDetail.jsp?catId=cat440239a&prodId=prod1060055<br><br>Miniature designed by Mike McVey<br>Eldar Farseer helmet which elaborates on the standard helmet design by adding:<br>• two side extensions topped with stones, and<br>a design on the forehead featuring a triangle with a lower triangular stem, a central eye-like circle and lines coming out of the sides of the triangle.<br><br>p26 Codex Eldar 2006<br>p7 Codex Eldar 1999<br>p23 Codex Eldar 2006.<br>Eldar helmets are tall and have a depressed section cut into the face area<br>p154 Warhammer 40,000 rulebook 2008 |
| 109 | June Releases out today!<br><br>Tuesday, 14 June 2011 00:15<br><br>A release that is due this month is our wheeled conversion kit for the Games Workshop Imperial Guard Chimera APC Kit. Call it a "rapid response" variant if you want. This resin kit is designed to replace the side hull and treads of the rugged Chimera APC with All Terrain Tires and a hazard-clearing front bumper. It consist of 9 resin parts and is in final stages of production.<br><br>This month we have a few items that are for sale starting today.<br><br>First off is this nice conversion kit for the Imperial Guard Chimera. Call it a rapid-response variant if you want, we just refer to is a the "Wheeled Chimera Conversion Kit". This kit is composed of 9 highly-detailed resin pieces and easily replaces the tracked side pieces on the Games Workshop Imperial Guard Chimera. MSRP will be $13.50.<br><br><br><br>Rapid Response Wheeled Kit for Chimera | The product implicates trademark issues only, not copyright. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | This highly detailed resin conversion kit will convert the normal Games Workshop Imperial Guard Chimera (or any other vehicle that shares that chassis) in a Rapid Response Wheeled vehicle.<br><br>Each kit consist of 9 highly detailed resin pieces, Games Workshop Chimera (or other vehicle that shares same hull) required to assemble as seen.<br><br>Shown assembled model uses Games Workshop Imperial Guard Chimera which is not a Chapterhouse Studios product.<br><br>Designed by Jeffrey Nagy. | |
| 110 | Some things in the work, we are continuing to expand our "space elf" line that many players may enjoy. If you have ever wondered what male Eldar Howling Banshees may look like in a warped universe, you may like what is in the works here. I think a little more work is due for the concept. The sculptor has dubbed them "Hell Hounds". | The Eldar army is an army of 'Space Elves'.<br><br>They are using our ELDAR trademark<br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1160111a<br><br>Miniature by sculpted by Juan Diaz Ramos from a Jes Goodwin design Eldar Howling Banshee model.<br><br>p51 Codex Eldar 1994.<br>p31 Codex Eldar 2006<br><br>Howling Banshee Warriors have:<br>• Eldar conical style helmet with hair coming out of the back<br>• Segmented armour plates over a bodysuit<br>• Grid-like mouth<br>Long loin cloths held up by circular stones |
| 111 | TRU-Scale Conversion Kit for Space Marine Storm Raven.<br><br>We are also releasing a much-needed (in this humble hobbyist opinion) TRU-Scale Conversion kit for the Games Workshop Space Marine Storm Raven. This resin kit expands the hull of the Storm-Raven making it much longer and actually makes it realistic to think the | The Chapter House product is a conversion kit for Games Workshop's 'Stormraven Gunship'.<br><br>Miniature by sculpted by Dale Stringer from a Jes Goodwin design<br><br>http://www.games- |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | Storm-Raven can carry the troops it is supposed to carry. We also included a grapple for carrying dreadnoughts (easily magnetized if you want to actually mount your walkers on the transport) as well as a hatch to cover the turret mount if you are inclined. MSRP $17.50 for the 9-piece resin kit. Availability in 2 weeks. | workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a<br><br>p37 Codex Grey Knights 2010 |
| 112 | Conversion Kits.<br><br>Next up are three smaller conversion kits. First is a set of five resin "gun-halberds" for 28mm scale models (or Heroic Scale). These weapons are composed of a power halberd that incorporates a bolter at the head. These may be a good match for "Grey Knight" players or for those custom made custodes models. Each 5 weapon set MSRP is $6.00. | Games Workshop sells Halberds<br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1570033<br><br>'Custodes' are the personal guard of the Emperor of Mankind. Games Workshop does not yet sell miniatures of Custodes but they are depicted in artwork in *Horus Heresy: Collected Visions* ©Games Workshop Limited 2007.<br>Custodes are armed with halberds with built in 'bolters' at the head.<br><br>*Horus Heresy: Collected Visions,* ©Games Workshop Limited 2007, p152. (Legio Custodes / Sam Wood / 2004)<br><br>Grey Knights are a Space Marine Chapter that fight using Halberds.<br><br>Miniature by sculpted by Martin Footit from a Jes Goodwin design<br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1160008a |
| 113 | Conversion Beamer Servo Harness Kit for Space Marine Model<br><br>This resin kit sculpted and designed by Stephen Smith consist of 5 resin components. The kit fits on a standard Games Workshop Space Marine model. The design of the servo-backpack and conversion beamer weapon allow the model to hold the weapon under-slung on either arm.<br><br>Next we have a conversion-beamer and servo arm backpack set that is sculpted to work seamlessly with Games Workshop Space Marine models. If you are an aspiring tech-marine and are tired of trying to put together your very own conversion-beamer, this kit may save you some headaches. Consisting of 4 resin pieces, this easily poseable and | A 'Conversion Beamer' is a Space Marine weapon of great power and can be used as a weapon option for a Space Marine Master of the Forge. The conversion beamer was included in *Codex Space Marines* ©Games Workshop Limited 2008, p70. Chapter House released their product after the Codex description was released.<br><br>*Codex Space Marines* ©Games Workshop Limited 2008, p70. ( DG551 Conversion Techmarine/ Dave Gallagher / 2002)<br><br>VALTHEX ASTRAL CLAWS MASTER OF THE FORGE<br><br>Miniature designed by Mark Bedford<br><br>http://www.forgeworld.co.uk/Home/Search- |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|-----|-----|-----|
| | magnetized kit MSRP's for $9.50. | Results.html?filter_type=6&filter_Action=0&filter_name=SearchTerm&submit=GO&filter_value=conversion+beamer |
| | | Contemptor Heavy Conversion Beamer |
| | | Miniature designed by Will Hayes |
| | | http://www.forgeworld.co.uk/Home/Search-Results.html?filter_type=6&filter_Action=0&filter_name=SearchTerm&filter_value=valthex |
| | | p71 Codex Space Marines 2008. Servo arms |
| | | p70 Codex Space Marines 2008 |
| 114 | Death Angel Doors for Space Marine Land Raider kit | This kit uses the trademarks Games Workshop, Space Marine, Land Raider and Dark Angel. |
| | The Death Angel Land Raider door kit was designed to replace the standard doors on the Games Workshop Space Marine Land Raider. Incorporating original art work, each piece allows you to add further detail to your model by adding images of the Grim Reaper or the Dark Angel. | The 'death angel' on the left carries a Heavy Flamer which is a Games Workshop weapon. http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod350007a |
| | Each piece was sculpted by and and designed by Tomas Fiertek. | Miniature designed by Juan Diaz Ramos |
| | Kit consist of 6 finely sculpted resin components. | The 'death angel' on the right carries a gun which looks like Games Workshop's Assault Cannon. This style of barrelled machine gun is not unique to Games Workshop but does fit with the Warhammer 40,000 range http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1400034 |
| | Lastly we have a new door kit for Games Workshop's Land Raider vehicle. This 6 piece resin kit consist of 4 doors, 1 set of wings (for side door) and one chain of ammo (for same door). The set features grim-reaper or death angels in various battle poses. Whether you are a Dark Angel fan or just like the gloominess of grim-reapers, this set adds a personal touch to the already awesome Games Workshop Land Raider plastic kit. This kit simply replaces the standard doors that come with the GW model. MSRP is $11.500. | p101 Codex Space Marines 2008. Heavy Flamer
p101 Codex Space Marines 2008. Assault cannon |
| | The Death Angel Land Raider door kit was designed to replace the standard doors on the Games Workshop Space Marine Land Raider. | |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | Incorporating original art work, each piece allows you to add further detail to your model by adding images of the Grim Reaper or the Dark Angel. | |
| | Each piece was sculpted by and and designed by Tomas Fiertek. | |
| | Kit consist of 6 finely sculpted resin components. | |
| 115 | SCAR & Sniper Rifle 28mm Pack - 8 | The product implicates trademark issues only, not copyright. |
| | A set of 8 Various SCAR and Sniper Rifles cast in resin. Each set includes 8 highly detailed 28mm weapons modeled after present day weapons. Scaled for use with 28mm wargame minis (GW Imperial Guard). | |
| | Set contains: 2 SCAR Autoguns, 2 SCAR Autoguns with Grenade Launchers, 2 SCAR Lasguns, 2 Sniper Rifles | |
| | This product is sold unpainted and some cleaning may be required. | |
| | Master sculpt by Jeff Nagy. | |
| 116 | SCAR Drum Magazine Autoguns Resin 28mm - 6 | The product implicates trademark issues only, not copyright. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | A set of 6 SCAR Drum Magazine Autoguns cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day SCAR rifles. Scaled for use with 28mm wargame minis (GW Imperial Guard).<br><br>This product is sold unpainted and some cleaning may be required.<br><br>Master sculpt by Jeff Nagy.<br><br>Painted by Jason Phillips | |
| 117 | SCAR Lasguns Resin 28mm - 6<br><br>A set of 6 SCAR Lasguns cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day SCAR rifles with laser modifications. Scaled for use with 28mm wargame minis (GW Imperial Guard).<br><br>This product is sold unpainted and some cleaning may be required.<br><br>Master sculpt by Jeff Nagy.<br><br>Painted by Jason Phillips | 'Lasguns' are the standard weapon of the Imperial Guard infantryman. A key feature of 'las' weapons is the angled end to the gun rifle.<br><br>Imperial Guard Cadian Shock Troops http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod2070014<br><br>Miniatures designed by Brian Nelson<br><br>p38 Codex Imperial Guard 2008.  Lasgun with attached scope. |
| 118 | **SCAR Drum Magazine with Grenade Launchers Resin 28mm - 6**<br><br>A set of 6 SCAR Autoguns Drum Magazines with underslung grenade launchers cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day SCAR rifles. Scaled for use with 28mm wargame minis (GW | The product implicates trademark issues only, not copyright. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | Imperial Guard).<br><br>This product is sold unpainted and some cleaning may be required.<br><br>Master sculpt by Jeff Nagy.<br><br>Painted by Jason Phillips | |
| 119 | **Sniper Rifles Resin 28mm - 6**<br><br><br><br>A set of 6 Sniper Rifles cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day sniper rifles. Scaled for use with 28mm wargame minis (GW Imperial Guard).<br><br>This product is sold unpainted and some cleaning may be required.<br><br>Master sculpt by Jeff Nagy.<br><br>Painted by Jason Phillips | The product implicates trademark issues only, not copyright. |
| 120 | Lava World Bases | There are no IP concerns with these bases. |
| 121 | It has been a little while since our last release.  We have been hard at work at Chapterhouse Studios,  looking for the next toy to release for the Heresy Era 40k players.  I am happy to show the Javelin Class Jet Bike. | Emperor's Children Space Marine Jet Bike Squad.<br>This shows a Space Marine Jet Bike from the Horus Heresy era.<br><br>p15, *Horus Heresy: Collected Visions* ©2007 |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | This multi-part customizable resin kit contains 8 resin components. We have included 2 engine options, this will allow you to make a regular and a scout version of the Javelin Jet Bike. We also included 2 different bolt gun mounts that will allow the addition of different special weapons (plasma, melta, grenade launchers etc)  These conveniently fit our combi-weapon conversion bits.<br><br>Also included in the kit are a set of legs and arms that will allow you to use other companies torsos and heads to model a rider. Flight stand will be included.<br><br>Our target price for the Javelin Jet Bike is $14.00 and the release will be on November 5th.<br><br>Kit is shown with Chapterhouse Studios helmets and torso (not included).<br><br><br><br>Concept sketches from designer posted on DakkaDakka http://www.dakkadakka.com/dakkaforum/posts/list/335180.page | **(2034_Jet Bike Squad  / Eric Ren / 2003)**<br>The bike is copied from the artwork in *Horus Heresy: Collected Visions* using elements from the current Space Marine Bike model sold by Games Workshop.<br><br>Artwork – Distinctive front grill in large straight vertical lines with the chassis protruding underneath out in front of the bike. Two boltguns on top of the front of the bike. Two exhaust pipes on the side of the bike.<br><br>Bike Model (See sprue comparison below) – the tank (section below handle bars) has been copied as the shape, trim and circle decoration are the same. Three tubes lead into engine below the tank. The Space Marine arms are identical in design.<br><br>The model riding the bike copies several key features of a Space Marine:<br>• Leg Armour<br>  o Flared with angled edges to match width of boots<br>  o Cut at bottom of leg around shape of boot<br>  o Joints at hips and back of knee are joined by grooved sections<br>• Shoulderpads<br>  o Covering from start of shoulder to above the elbow<br>  o Large border around outer edge<br>  o Large round studs on the shoulder pads are a feature of Mark V Space Marine armour worn during the Horus Heresy period.<br><br>The main element of the Games Workshop heresy jet bike design that is missing from the Chapter house model is the swooping eagle design on the front. The concept sketch shows the swooping eagle design being removed from the bike. |
| 122 | Death Angel Storm Shield | The product implicates trademark issues only, not copyright. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|-----|-----------------------------------------------|----------------------|
|  | This is a single pewter combat or storm shield for 28 mm figures.  This oval shaped shield has an image of a grim reaper or dark angel standing on a pile of skulls.<br><br>If to be used on Games Workshop models, this is more suitable for a terminator model as opposed to a space marine model (it would look a bit large for the smaller armor).<br><br>http://chapterhousestudios.com/webshop/component/virtuemart/?page=shop.product_details&category_id=15&flypage=flypage.tpl&product_id=127&vmcchk=1 |  |
| 123 | Monday, 29 August 2011 01:37<br><br>Today our second complete miniature figure is released for sale.<br><br>**Armana'serq Warrior Priestess**<br><br>*The gods have always demanded worship and sacrifice but in return they grant their most zealous followers with supernatural strength and skills.  Serqitet, goddess of the scorpion protects her followers through her warrior priestess.  Armed with sword and pistol, Armana'serq leads her fellow warrior-priest into combat through stealth and subterfuge.*<br><br>This unpainted 28mm scale pewter model consist of 6 components - body and 5 variant arms.  A 25mm slotted base is included. Armana'serq is available <u>here</u> for $13.50<br><br>Look for our exciting TRU-Scale Storm Raven Extension kit next week!<br><br>Nick- Chapterhousestudios.com | This model has been copied from Jes Goodwin's exarch sketches. Jes takes his old sketch books to Games Days and in the past has allowed people to take photographs from them.  This image has been available on the internet, albeit it is grainy.<br><br>Eldar Striking Scorpions<br><ul><li>Plate armour</li><li>Chainswords</li><li>Thick locks of hair coming from the top of the head</li><li>"The signature attack of the Striking Scorpion is made by the weapon pods housed on either side of the warrior's helmet, known as mandiblasters. These are short-ranged laser weapons used to deliver a deadly energy sting in close combat." P.33 *Codex Eldar* ©2006.<br>The Chapter House model has a similar device either side of the jaw.</li><li>Striking Scorpions are stealthy infiltrators. P.33 *Codex Eldar* ©2006.</li></ul>p69 Warhammer 40,000 Compilation 1991<br><br>p69 Warhammer 40,000 Compilation 1991<br>Wrist mounted weapon on left arm. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | | p59 Warhammer 40,000 Compilation 1991<br><br>A unit champion known as an 'Exarch' can be armed with special weapons. One is the 'Scorpion's claw', a pincer claw with a mounted gun attachment. The other is a 'Biting blade', which is a long two handed chainsword. Both these weapons are available with Chapter House's model. |
| 124 | Abbithan Banshees Guardswoman 28mm figures – 10<br><br>This resin conversion kit contains 12 torsos, 12 legs, 12 heads, 12 backpacks and enough bases to assemble a 12 woman unit of Abbithan Banshees Guardswoman.  Models are scaled for 28mm wargames.  Models do not come with arms and weapons.<br><br>Display models shown assembled with Games Workshop Cadian Imperial Guard arms and weapons for compatibility purposes.<br><br>(Chapterhouse Studios recommends Games Workshop Imperial Guard weapons and arms, in particular Cadian Imperial Guardsman arms)<br>http://chapterhousestudios.com/index.php?route=product/product&path=77&product_id=163 | p6 Codex Imperial Guard 1995.<br>Imperial Guard Cadian Shock Troops<br><br>Cover art, Codex Imperial Guard 2008. |
| 126 | **TRU-Scale Knight Praetorius Conversion Kit – 6**<br><br>http://chapterhousestudios.com/index.php?route=product/product&product_id=204<br><br><br><br>Product Code: TRU-Scale Knight Praetorius Conversion Kit – 6<br>**Please note we have had outstanding demand for this product and we are receiving new supply weekly any pre-orders placed will be priority before we stock any in the store.  These are available for "pre-order" or pre-payment and this will** | p28 Codex Space Marines 2008.<br>Space Marine.<br><br>Cover art, Codex Space Marines 2008.<br>Space Marines<br><br><br>p20 Codex Space Marine 2008<br>The Torso of MK8 armour is characterised by a high collar.<br><br>p34 Warhammer 40,000 Compendium |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | **guarantee you a kit before any order that comes after you. Expected delay in shipping when ordered while on pre-order is 1-2 weeks.**<br><br>The "Knights Praetorius" are the Empress' most loyal soldiers. Each is endowed with a touch of the Empress' psychic powers when admitted into the unit. While few in number, each is a match for 10 lesser men, the psychic unity with the Empress allows a measure of prescience as well as formidable endurance. Both men and woman are allowed to test to join the unit, but few survive this testing.<br><br>*In a future where knowledge and technology rule. Aliens and humans battle for resources over countless worlds in a race to the become the dominate power*<br><br>*Earth has been divided into two warring factions although each faction has claimed a whole system to rule over-, they continue to fight over who should rule over earth.*<br><br>*Queen Eva Kimlar is the leader of the Valnarian Empire, a powerful psyker that has merged psionics with technology. Kimlar is the manipulator of men and can influence their thoughts, it is almost impossible for a male to deceive her as she can see your innermost secrets in your eyes as if watching them play out on a screen. As a the strongest known psyker in existance she shares a link with her most loyal followers on a level a normal human could not comprehend.*<br><br>*Her influence on peoples actions are stronger over men than women, thus she has to use her strong political skills and natural charisma to win over the female population.*<br><br>Each resin kit comes **unassembled and unpainted**. The 28 mm TRU-Scale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, | MK6 armour, pointed helmet and shoulder studs. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.* Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.<br><br>**Examples of assembled and painted models by Stephen Smith and consist of numerous components from different manufactures for the weapons, arms, heads and weapon effects are available <u>here</u>.** | |
| | | |
| 128 | Hotshot Lasgun Pack<br><br>This is a 2 piece metal model of a heavy laser and a power pack. Designed to be compitable with 28mm wargaming miniatures and can be used to convert Imperial Guard Storm Trooper models.<br><br>This product is sold unpainted and some cleaning may be required. | Hot-shot lasguns/Hot-shot Laser Power pack<br><br>Hot-shot lasguns are lasguns (see 119) which are able to fire more powerful shots due to being attached to a power pack.<br><br>p21, 'Codex Imperial Guard' ©1995 |
| 129 | **Iconoclast Conversion kit for Space Marine Land Raider**<br><br>This resin kit consist of 12 components that when combined with the Games Workshop Space Marine® Land Raider will create a more heavily armored vehicle to transport your toy soldiers on the battlefield. The Iconoclast conversion kit consist of the following components - 2 side armored sponsons, 2 sponson upper components, 2 weapon mounts, 2 side hatches, 2 armored sensor units, 1 central hull and turret mount and 1 upper turret armor piece.<br><br>The Iconoclast conversion kit is designed to be fully compatible with all plastic versions of Games Workshop's Space Marine | The product implicates trademark issues only, not copyright. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
|  | Land Raider.  As this kit will require modification of the sponson weapons to attach to the drum weapon mounts, modeling experience is recommended.<br><br>Land Raider modell shown is not included and is displayed to illustrate use of the conversion kit and compatibility.<br><br>Components sold unpainted and unassembled. |  |
| 130 | **Magnetic Turret Kit for the Storm Raven**<br><br>The Chapterhouse Studios "Magnetic Turret Kit for the Storm Raven" is a resin model kit that modifies the Games Workshop Storm Raven vehicle.  It is composed of 13 pieces - 7 piece turret, 2 laser cannons, 2 plasma cannons, 2 assault cannons and 8 magnets.  Our turret design allows you to easily switch between the lascannon, plasma cannon or assault cannon options available to the Storm Raven game piece according to the rules published by Games Workshop.<br><br>Storm Raven model hull shown is not included and is displayed to illustrate use of the conversion kit.<br><br>Components sold unpainted and unassembled. | See 111 for Storm Raven.<br><br>p37 Codex Grey Knights 2010.<br><br>p101 Codex Space Marines 2008. Assault Cannon.<br><br>p101 Codex Space Marines 2008. Lascannon. |
| 131 | **Magnetic Turret Kit for the Razorback**<br><br>The Chapterhouse Studios "Magnetic Turret Kit for the Razorback" is a resin model kit that modifies the Games Workshop Space Marine Razorback vehicle.  It is composed of 17 pieces - 7 piece turret, 2 heavy bolt guns, 2 laser cannons, 2 heavy flamethrowers, 2 assault cannons, 2 plasma guns and 12 | See 130 for lascannon.<br><br>p5 Codex Space Marines 2004. Space Marine Razorback with twin-linked lascannon turret.<br><br>p35 Codex Space Marines 2004. Razorback with twin-linked heavy bolter. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|-----|----------------------------------------------|----------------------|
| | magnets. Our turret design allows you to easily switch between the lascannon, lascannon with twin-linked plasma guns, heavy bolter, heavy flamers or the assault cannon options available to the Razorback tank game piece according to the rules published by Games Workshop.<br><br>Razorback tank model shown is not included and is displayed to illustrate use of the conversion kit.<br><br>Components sold unpainted and unassembled | |
| 132 | **Open-Fisted Power Claws compatible with Games Workshop Space Marine model**<br><br>This is a pair of resin power claw arms for 28 mm figures. They are designed to be compatible with Games Workshop Space Marine models. Each set of claws come consist of 8 parts - 4 open-fisted power claws or blades, 2 armored arms and 2 power cables.<br><br>The shoulder armor pieces are approximately the same size as the shoulder armor on a Games Workshop Terminator model and will easily accept any of our "Terminator Shoulder Pads". The shoulder armor can be easily cut down in size to accomodate any of our "Power Armor Shoulder Pads". These can be used as ligntning claws or any sort of power blades.<br><br>Components sold unpainted and unassembled.<br><br>**Released March 2012.** | p101 Codex Space Marines 2008.<br>Lightning Claw.<br><br>p92 Codex Space Marines 2008.<br><br>p27 Codex Blood Angels 2009.<br><br>p10 Warhammer 40,000 Compilation 1991.<br><br>p53 Codex Ultramarines 1994. |
| 133 | **Close-Fisted Power Claws compatible with Games Workshop Space Marine model**<br><br>This is a pair of resin power claw arms for 28 mm figures. They | See 132.<br><br>p101 Codex Space Marines 2008. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | are designed to be compatible with Games Workshop Space Marine models. Each set of claws come consist of 8 parts - 4 close-fisted power claws or blades, 2 armored arms and 2 power cables.<br><br>The shoulder armor pieces are approximately the same size as the shoulder armor on a Games Workshop Terminator model and will easily accept any of our "Terminator Shoulder Pads".  The shoulder armor can be easily cut down in size to accomodate any of our "Power Armor Shoulder Pads".  These can be used as lightning claws or any sort of power blades.<br><br>Components sold unpainted and unassembled. | |
| 134 | **Pilum Imperial Attack Jet Bike**<br><br>        This multi-part customizable resin kit contains 21 resin components. This set includes our standard Javelin Jet Bike kit as well as 12 new components to upgrade it to an "attack" variant - the Pilum Jet Bike. Two side mounted weapon options are included - our Heavy Bolt Gun and a Heavy Melta Gun. **This kit is specifically designed to allow the two heavy weapon options to be magnetized and this kit includes 6 magnets as well.**<br><br>We also included 2 different bolt gun mounts that will allow the addition of different special weapons (plasma, melta, grenade launchers etc). These conveniently fit our combi-weapon conversion bits.<br><br>Also included in the kit are a set of legs and arms that will allow you to use other companies torsos and heads to model an armored rider. Flight stand will be included. Please note the peg hole is sized for Games Workshops flight bases, in order to use our bases you will have to widen the holes diameter slightly. | See 121 for jetbike comparison<br><br>p101 Codex Space Marines 2008.<br>The meltagun is identifiable by its unique muzzle, a long cylinder with heat vents marked into it. The multi-melta is the heavy weapon equivalent, incorporating two of these muzzles one above the other.<br><br>p101 Codex Space Marines 2008.<br>The heavy bolter is a heavy version of the Boltgun. It is recognisable by its large block body and round silver muzzle with a large hole in the side.<br><br>-The rules options for Space Marine attack bikes allow 2 weapon choices: Multi-melta or Heavy Bolter. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | (Riders Shoulder Pads, Torso and Head not included and sold seperately)<br><br>Models supplied unassembled and unpainted as always.<br><br>I have a limited number of these kits on hand, and we will be getting more in next week, if you place a pre-order they will ship the week they arrive in.<br><br>Till next time!<br><br>Nick Villacci - Chapterhouse Studios LLC | |
| 135 | **Alternative Heads for Tau Crisis Suits - Set #1**<br><br>A pewter set of 3 new alternative head sculpts designed to fit on the Games Workshop Tau Crisis or Broadside Battlesuits. Each set comes with 3 different robotic heads as well as a sprue of antenna to further modify the components.<br><br>Games Workshop Tau Crisis Suit model is shown for scale and examble of use only and not included.<br><br>Components sold unpainted and unassembled. | Cover art, Codex Tau Empire 2005.<br><br>p32 Codex Tau Empire 2005.<br><br>p34 Codex Tau Empire 2005.<br><br>p45 Codex Tau Empire 2005. |
| 136 | **Alternative Heads for Tau Crisis Suits - Set #2**<br><br>A pewter set of 3 new alternative head sculpts designed to fit on the Games Workshop Tau Crisis or Broadside Battlesuits. Each set comes with 3 different robotic heads as well as a sprue of antenna to further modify the components.<br><br>Games Workshop Tau Crisis Suit model is shown for scale and examble of use only and not included. | See 135 above |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | Components sold unpainted and unassembled. | |
| 137 | **Heresy-Era Shoulder Pads for Terminators Type E - 2 pads**<br><br>This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad itself has leather segments flowing down and 2 distinct armored sections on the upper armor.<br><br>This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only). | Pre-Heresy and Heresy Era Terminator shoulder pads<br><br>p274 Horus Heresy Collected Visions<br><br>These Heresy-era Terminator shoulder pads feature two layers of plate with metal ended hanging straps. The metal plates have a studded border and the top plate has a cut out section in the lower, outer corner. |
| 138 | **Heresy-Era Shoulder Pads for Terminators Type D - 2 pads**<br><br>This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has leather straps with metal rings on the ends flowing down and 2 distinct armored sections on the upper armor.<br><br>This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only). | Pre-Heresy and Heresy Era Terminator shoulder pads<br><br>p78, Horus Heresy Collected Visions<br><br>These Heresy-era Terminator shoulder pads protrude further out from the shoulders. The lower plate is mounted higher, level with the cut out section, rather than below it as seen in 137 above. |
| 139 | **Heresy-Era Shoulder Pads for Terminators Type B - 2 pads**<br><br>This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and | Pre-Heresy and Heresy Era Terminator shoulder pads<br><br>pp103 and 268 Horus Heresy Collected Visions<br><br>These Heresy-era Terminator shoulder pads feature the bold studs that characterise Heresy era armour. They represent bolts that have been used to |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| | the pad has armor studs on the 2 upper armor surface and on the leather straps.<br><br>This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only). | repair battle-damaged armour during the Heresy. See MKV power armour. |
| 140 | **Heresy-Era Shoulder Pads for Terminators Type C - 2 pads**<br><br>This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has leather straps flowing down and 2 distinct banded armored sections on the upper surface.<br><br>This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only). | See 137 above for Pre-Heresy and Heresy Era Terminator shoulder pads<br><br>See 68 for MK1 power armour banded shoulder pads. |
| 141 | **Heresy-Era Shoulder Pads for Terminators Type A - 2 pads**<br><br>This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the bad itself has draping armored segments flowing down and 3 distinct armored sections on the upper armor.<br><br>This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only). | See 137 above for Pre-Heresy and Heresy Era Terminator shoulder pads<br><br>See 68 for MK1 power armour banded shoulder pads. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|---|---|---|
| 142 | **TRU-Scale Knight Praetorius "Order of the Empress's Tears" Conversion Kit - 6**<br><br>The "Knights Praetorius" are the Empress' most loyal soldiers. Each order has a history as well as heraldry that is unique to its ranks. The Order of the Empress's Tears is named so because of the near annihilation the order faced when they were the sole defense for the Empress when her Flagship came under assault during the Battle of Permidian. Isolated and without support, the order was annihilated to almost the last soldier before reinforcements had arrived. Only 2 soldiers survived the Kin'rth attack against the Empress and her closest advisors. Because of this sacrifice, the Empress renamed the unit and the units heraldry includes the "red tears" of the empress as its main standard.<br><br>Each resin kit comes **unassembled and unpainted**. The 28 mm TRU-Scale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.* Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.<br><br>**Examples of assembled and painted models by Worthy Painting Artist Alistair Armes are available <u>here</u>.** | See 126 above.<br><br>Yellow armour with black and white checked patterns is the colour scheme of the Lamenters Space Marine Chapter.<br><br>They were created from the Blood Angels Chapter and so also use blood drop iconography.<br><br>p113 Imperial Armour Volume 9 The Badab War Part 1<br><br>p35 Warhammer 40,000 Compendium 1989. |
| 143 | **TRU-Scale Knight Praetorius Conversion Kit -6**<br><br>The "Knights Praetorius" are the Empress' most loyal soldiers. Each is endowed with a touch of the Empress' psychic powers when admitted into the unit. While few in number, each is a match for 10 lesser men, the psychic unity with the Empress | This kit comprises parts from other Chapter House products.<br><br>Although they primarily produce 'bits' and conversion kits they now have enough of their own separate products to construct full models. |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|-----|---------------------------------------------|----------------------|
| | allows a measure of prescience as well as formidable endurance. Both men and woman are allowed to test to join the unit, but few survive this testing.<br><br>*In a future where knowledge and technology rule. Aliens and humans battle for resources over countless worlds in a race to the become the dominate power*<br><br>*Earth has been divided into two warring factions although each faction has claimed a whole system to rule over-, they continue to fight over who should rule over earth.*<br><br>*Queen Eva Kimlar is the leader of the Valnarian Empire, a powerful psyker that has merged psionics with technology. Kimlar is the manipulator of men and can influence their thoughts, it is almost impossible for a male to deceive her as she can see your innermost secrets in your eyes as if watching them play out on a screen. As a the strongest known psyker in existance she shares a link with her most loyal followers on a level a normal human could not comprehend. Her influence on peoples actions are stronger over men than women, thus she has to use her strong political skills and natural charisma to win over the female population.*<br><br>Each resin kit comes **unassembled and unpainted**. The 28 mm TRU-Scale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.* Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.<br><br>Displayed model painted by Jose Veiga and incorporates kits from Chapterhouse Studios - **Spiky Marine Head**, **Open Fist Power Claws**, and **Combi-Flamer Component**<br><br>**Examples of assembled and painted models by Stephen Smith** | |

| No. | Chapterhouse Product and Website Description | Games Workshop Works |
|-----|---------------------------------------------|----------------------|
|     | **and consist of numerous components from different manufactures for the weapons, arms, heads and weapon effects are available <u>here</u>.** |                      |

# EXHIBIT 2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:10-cv-08103 |
| v. | ) |
| | ) |
| CHAPTERHOUSE STUDIOS LLC and JON | ) |
| PAULSON d/b/a PAULSON GAMES, | ) |
| | ) Judge Matthew F. Kennelly |
| Defendants. | ) |

## DEFENDANT CHAPTERHOUSE STUDIOS LLC'S REQUEST FOR
## PRODUCTION OF DOCUMENTS TO GAMES WORKSHOP LIMITED SET FOUR

PROPOUNDING PARTY:     DEFENDANT CHAPTERHOUSE STUDIOS LLC

RESPONDING PARTY:      PLAINTIFF GAMES WORKSHOP LIMITED

SET:                   FOUR

Pursuant to Federal Rules of Civil Procedure 26 and 34, Defendant Chapterhouse Studios

LLC requests that you produce for inspection and copying the documents and things listed below

thirty days from service of this request to the offices of Winston & Strawn LLP, 101 California

Street, Suite 3900, San Francisco, CA 94111-5894, or at another location mutually agreed upon

by both parties.

For the purpose of this request for production of documents and things, the following

instructions shall apply and the following terms will have the meaning indicated:

## INSTRUCTIONS

1.     If you contend that any information, document, or thing otherwise called for by

any request is excluded from production or discovery, answer so much of the discovery request

as is not subject to the claimed objection and, for each document or thing:

a.      State whether the item shall not be produced because:

    1)      It is claimed to be privileged; or

    2)      It once existed but can no longer be located; or

    3)      It has been lost; or

    4)      It has been destroyed; and

b.      For any information that is withheld on claim of privilege or other legal protection, state the basis for the claim, and without revealing information itself privileged or protected, describe the nature of the information sufficiently to enable Chapterhouse to assess the applicability of the claim. Include the identity of each person whom you believe has knowledge of such information.

2.      In producing these documents and things, identify and produce for inspection and copying not only those documents and things in your custody, but all documents and things in the custody of your attorneys, consultants, agents, other representatives, and other persons or entities subject to your control.

3.      Complete production is to be made on the date and at the time indicated above. The inspection and copying will begin at that time and will continue from day to day thereafter until completed.

4.      Produce the original and all copies of each requested document and thing, as well as the file in which they are kept, including all copies which bear any additional file stamps, marginal notes, or other additional markings or writings that do not appear on the original.

5.      Produce electronically stored information in TIFF format, with a load file indicating document breaks and document families such as emails and their attachments, and with metadata. Metadata here includes original filename, filetype, name of author, date created,

and date last modified, for all documents for which such data is available. In addition, for email files, metadata includes the date and time of sending and/or receiving, the subject line of the email, the names of the author and all recipients in the to, from, cc, and bcc fields, to the extent known, and indications of the filenames and file-sizes of any attachments. When TIFF format would not be reasonably usable to Chapterhouse, Chapterhouse may insist on production of native form.

6.      Affix a Bates number to each thing produced and to each document page produced, whether the page is in paper, TIFF, or other format.

7.      You have a duty to supplement your response from now until the time of hearing or trial, as provided by Rule 26(e) of the Federal Rules of Civil Procedure.

## DEFINITIONS

1.      The terms "You" or "Your" refer to Plaintiff Games Workshop Limited and include any persons controlled by or acting on behalf of that entity, including without limitation all past and present officers, directors, agents, employees, contractors, agents, licensees, attorneys, predecessors, subsidiaries, parent companies (including without limitation Games Workshop Group PLC), sister companies, or affiliated companies, persons or entities acting in joint venture or partnership relationships with You and any others acting on their behalf and/or pursuant to their authority or control.

2.      The term "Chapterhouse" refers to Defendant Chapterhouse Studios LLC as well as any officers, directors, employees, and authorized representatives.

3.      The term "copyright registration" means, without limitation, a U.S. copyright registration, foreign copyright registration, or other registration or proof of deposit with any private registry that purports to provide evidence of copyright status.

3

4.      The term "document" is synonymous in meaning and equal in scope to the usage of this term in Federal Rule of Civil Procedure 34 and its interpretation by the courts, including originals, copies, drafts or other productions of any written, graphic or otherwise recorded matter, however produced or reproduced, whether inscribed by hand, by computer or by mechanical, electronic, or photographic means.

5.      The term "concerning" means relating to, referring to, describing, reflecting, evidencing, constituting, or comprising.

6.      The terms "any," "all," and "each" shall be construed to include any, all, and each.

7.      The term "and" shall be construed to include "or" and vice versa and shall be the logical equivalent of "and/or."

8.      The use of the singular form of any word also includes the plural and vice versa.

9.      The term "First Amended Complaint" refers to the First Amended Complaint You filed in this action on March 21, 2011.

## REQUEST FOR PRODUCTION

35.      All documents concerning any sale, assignment, exclusive license, non-exclusive license, or other transfer of title of any of the copyrights YOU claim in this action, from any natural person who created or co-created any of the works subject to such copyrights to YOU.

36.      All documents concerning instructions, manuals, procedures, how-to guides, FAQs, style sheets, specifications, or other guidelines or advice given to any artist, designer, writer, model painter, sculptor, or other author or creator for use in creating works relating to Warhammer 40,000.

37.     For any work claimed by you in this action, all correspondence with any government agency or private copyright registration service concerning that work, including without limitation any deposit material provided to such government agency or private copyright registration service.  If the work claimed is a part of or contained within another work, produce all such correspondence for the other work.

38.     All correspondence with Chapterhouse's designers, manufacturers, contractors, employees, officers, or directors.

Dated: September 9, 2011                         Respectfully submitted,

                                                 CHAPTERHOUSE STUDIOS LLC


                                        By:      _____
                                                 Jennifer Golinveaux (CA Bar No. 203056)
                                                 J. Caleb Donaldson (CA Bar No. 257271)
                                                 Thomas J. Kearney (CA Bar No. 267087)
                                                 WINSTON & STRAWN LLP
                                                 101 California Street
                                                 San Francisco, CA  94111-5802
                                                 Phone: (415) 591-1000
                                                 Fax: (415) 591-1400
                                                 jgolinveaux@winston.com
                                                 jcdonaldson@winston.com
                                                 tkearney@winston.com

                                                 Eric Mersmann (IL Bar No. 6286859)
                                                 Catherine B. Diggins (IL Bar No. 6296237)
                                                 WINSTON & STRAWN LLP
                                                 35 West Wacker Drive
                                                 Chicago, IL 60601-1695
                                                 Phone: (312) 558-5600
                                                 Fax: (312) 558-5700
                                                 emersmann@winston.com
                                                 cdiggins@winston.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2011, I provided service of

- **DEFENDANT CHAPTERHOUSE STUDIOS LLC'S REQUEST FOR PRODUCTION OF DOCUMENTS TO GAMES WORKSHOP LIMITED SET FOUR**

to the person or persons listed below by the following means: FIRST CLASS MAIL

Scott R. Kaspar
Aaron J. Weinzierl
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312.832.4500
Facsimile: 312.832.4700
Email: skaspar@foley.com;
aweinzierl@foley.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
Email: jmoskin@foley.com

Signature: _____     Date: September 9, 2011

Name _____Lisa Schuh_____

6

# EXHIBIT 3

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>            Plaintiff,<br><br>      v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON<br>PAULSON d/b/a PAULSON GAMES<br><br>           Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

## GAMES WORKSHOP LTD.'S RESPONSE TO CHAPTERHOUSE STUDIOS LLC'S REQUEST FOR PRODUCTION OF DOCUMENTS SET FOUR

Pursuant to Fed.R.Civ.P. Rules 26 and 33, Games Workshop responds as follows to the Third Set of Interrogatories of Defendant Chapterhouse Studios LLC.

### GENERAL OBJECTIONS

1.     Games Workshop will produce electronically stored information in a format mutually agreed upon among counsel, or as otherwise appropriate.

### REQUEST FOR PRODUCTION

35.     All documents concerning any sale, assignment, exclusive license, non-exclusive license, or other transfer of title of any of the copyrights YOU claim in this action, from any natural person who created or co-created any of the works subject to such copyrights to YOU.

**RESPONSE:**

Games Workshop objects that this request is vague and ambiguous as to scope, and potentially overbroad and unduly burdensome. Games Workshop further objects that the request seeks information that is irrelevant and not likely to lead to the discovery of admissible evidence, among other reasons because of Chapterhouse's voluntary admission that Games Workshop

owns copyright in all of the works in issue.

Without prejudice to or waiver of the foregoing objections, Games Workshop will produce documents, if any, responsive to this request for specific works in issue.

36.     All documents concerning instructions, manuals, procedures, how-to guides, FAQs, style sheets, specifications, or other guidelines or advice given to any artist, designer, writer, model painter, sculptor, or other author or creator for use in creating works relating to Warhammer 40,000.

**RESPONSE:**

Games Workshop objects that this request is vague and ambiguous, overbroad and unduly burdensome given the needs of the case and seeks documents that are irrelevant and not likely to lead to discovery of admissible evidence.

37.     For any work claimed by you in this action, all correspondence with any government agency or private copyright registration service concerning that work, including without limitation any deposit material provided to such government agency or private copyright registration service. If the work claimed is a part of or contained within another work, produce all such correspondence for the other work.

**RESPONSE:**

Games Workshop has produced documents responsive to this request and although not aware of any further documents in its possession, will produce documents, if any, responsive to this request.

38.     All correspondence with Chapterhouse's designers, manufacturers, contractors, employees, officers, or directors.

**RESPONSE:**

Games Workshop objects that it is unable to answer this request insofar as Chapterhouse

has designated as "Confidential – Attorneys' Eyes Only" the information identifying its

designers, manufacturers, and contractors, and has not identified any employees, officers, or

directors or than the employee, Nick Villacci. As Games Workshop understands this request,

Chapterhouse is not seeking additional copies of correspondence with Chapterhouse itself.


Dated: October 19, 2011          Respectfully submitted,

                                 By: _____
                                         Jonathan E. Moskin

                                 Scott R. Kaspar (Ill. Bar No. 6284921)
                                 Aaron J. Weinzierl (Ill. Bar No. 6294055)
                                 FOLEY & LARDNER LLP
                                 321 North Clark Street, Suite 2800
                                 Chicago, IL 60654
                                 Telephone: (312) 832-4500
                                 Facsimile: (312) 832-4700
                                 Email: skaspar@foley.com; aweinzierl@foley.com

                                 Jonathan E. Moskin
                                 FOLEY & LARDNER LLP
                                 90 Park Avenue
                                 New York, NY 10016
                                 Telephone: (212) 682-7474
                                 Facsimile: (212) 687-3229
                                 Email: jmoskin@foley.com

                                 *Attorneys for Plaintiff Games Workshop Limited*

## CERTIFICATE OF SERVICE

I, Jonathan E. Moskin, an attorney, hereby certify that on October 19, 2011, I

caused a copy of the foregoing GAMES WORKSHOP LTD.'S RESPONSE TO

CHAPTERHOUSE STUDIOS LLC'S REQUEST FOR PRODUCTION OF DOCUMENTS

SET FOUR to be served on the interested parties by causing copies of this document to be served

on the following *via* United States Mail in a sealed envelope with the postage prepaid and *via*

electronic mail to the following:

>Jennifer A. Golinveaux, Esq.
>Thomas J. Kearney, Esq.
>J. Caleb Donaldson, Esq.
>WINSTON & STRAWN LLP
>101 California Street
>San Francisco, CA 94111
>jgolinveaux@winston.com
>tkearney@winston.com
>jcdonaldson@winston.com
>
>Catherine B. Diggins, Esq.
>Eric J. Mersmann, Esq.
>WINSTON & STRAWN LLP
>35 West Wacker Drive
>Chicago, IL 60601
>cdiggins@winston.com
>emersmann@winston.com
>
>     and
>
>Ronald H. Spuhler
>Ronald A. DiCerbo
>Thomas J. Campbell Jr.
>MCANDREWS, HELD & MALLOY LTD.
>500 W. Madison Street – 34th Floor
>Chicago, IL 60061

                                      Jonathan E. Moskin

# EXHIBIT 4

PeerlessPatents, Ltd.

**Invoice**

3131 Mount Vernon Avenue
Alexandria, VA 22305-2640
Phone: 703-271-0180 or 703-979-0420
Tax ID: 54-1899766

| Date | Invoice # |
|------|-----------|
| 10/29/2012 | 27255 |

PAID
11/13/2012

| Bill To |
|---------|
| Winston & Strawn<br>ATTN: Tom Kearney, Esq.<br>101 California Street<br>Suite 3900<br>San Francisco, California 94111 |

RECEIVED

DEC 1 2 2012

Winston & Strawn LLP

| | Terms | Reference No. |
|---|-------|---------------|
| | Net 30 | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Certified copy of a Copyright Application or Registration Correspondence File | 2 | 40.00 | 80.00 |
| Rush Processing Service Fee | | 50.00 | 50.00 |
| Transportation time to and from Copyright Office or other government agency or D.C. location | | 50.00 | 50.00 |
| Copyright disbursements or fees charged | | 784.00 | 784.00 |
| 1. retrieval of correspondence files: $165.00 | | | |
| 2. copying of correspondence files (2 x $12.00): $24.00 (this is a minimum charge) | | | |
| 3. certification of correspondence files (2 x $165.00): $330.00 | | | |
| 4. Expedited Processing charges: $265.00 | | | |
| Overnight Delivery - "fedex","UPS" or "express Mail" | | 35.00 | 35.00 |
| Administrative fee | | 40.00 | 40.00 |
| | | | |
| in re: | | | |
| Correspondence files for two pending copyright applications: | | | |
| 1. ASSAULT SQUAD SHOULDER PADS | | | |
| 2. TACTICAL SHOULDER PADS | | | |

| | |
|---|---|
| **Total** | $1,039.00 |
| **Payments/Credits** | $-1,039.00 |
| **Balance Due** | $0.00 |

# EXHIBIT 5



LIBRARY OF CONGRESS

*Copyright Office of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY** that the attached are photocopies of the following items which appear in the correspondence files of the Copyright Office for the work entitled **ASSAULT SQUAD SHOULDER PADS:**

　　1.　An automated email from the Copyright Office to jmoskin@foley.com sent 03/01/2012 06:36:13 PM, pertaining to the work identified as **ASSAULT SQUAD SHOULDER PADS**, service request number 1-732432166.

　　2.　An email to Jonathan Moskin (jmoskin@foley.com) from Robin Jones, Registration Specialist, Visual Arts Division (cop-ad@loc.gov) delivered 06/07/2012 11:18:36 AM, pertaining to the work assigned service request number 1-732432166.

　　3.　An email to Robin Jones, Registration Specialist, Visual Arts Division (cop-ad@loc.gov) from Jonathan Moskin (jmoskin@foley.com); received 06/26/2012 06:29:56 PM, pertaining to the work assigned service request number 1-732432166.

　　4.　An inbound call from Jonathan Moskin to Denise Garrett, Information Section Head, received 11/05/2012 03:35:57PM, pertaining to the work assigned service request number 1-732432166.

　　5.　An email to Jonathan Moskin (jmoskin@foley.com) from Robin Jones, Registration Specialist, Visual Arts Division (cop-ad@loc.gov) delivered 11/07/2012 12:39:49 PM, pertaining to the work assigned service request number 1-732432166.

　　6.　An email to Robin Jones, Registration Specialist, Visual Arts Division (cop-ad@loc.gov) from Jonathan Moskin (jmoskin@foley.com); received 06/26/2012 06:29:56 PM, pertaining to the work assigned service request number 1-732432166.

　　**IN WITNESS WHEREOF**, the seal of this office is affixed hereto on December 11, 2012.

　　　　　　　Maria A. Pallante
　　　　　　　Register of Copyrights

　　　　　　　*for* Jarletta Walls

　　　　By:　Jarletta Walls
　　　　　　　Acting Section Supervisor
　　　　　　　Records Research and Certification Section
　　　　　　　Information and Record Division

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

**Automatic email to remitter dated March 1, 2012 06:36:13PM**

THIS IS AN AUTOMATED EMAIL - DO NOT REPLY.

Thank you for submitting your registration claim using the electronic Copyright Office (eCO) System. This email confirms that your application and fee for the work Assault Squad Shoulder Pads was received on 03/01/2012. The following applies to registration claims only (not preregistrations):

The effective date of registration is established when the application, fee AND the material being registered have been received. If you have not yet sent the material to be registered, logon to eCO and click the blue case number associated with your claim in the Open Cases table, then do one of the following:

For digital uploads: Click the Upload Deposit button at the top of the Case Summary screen, then browse and select the file(s) you wish to upload. Note: only certain classes of works may be registered with digital deposits (See FAQs: http://www.copyright.gov/eco/faq.html#eCO_1.4).

For hardcopy submissions: Click the Create Shipping Slip button at the top of the Case Summary screen, then click the Shipping Slip link that appears in the Send By Mail table. Print out and attach the shipping slip to the copy(ies) of your work. For multiple works, be sure to attach shipping slips to the corresponding copies.

A printable copy of the application will be available within 24 hours of its receipt. To access the application, click the My Applications link in the left top most navigation menu of the Home screen.

You will be issued a paper certificate by mail after the registration has been completed. You may check the status of this claim via eCO using this number [1-732432166].

Email to Jonathan Moskin (jmoskin@foley.com) from Robin Jones, Registration Specialist, Visual Arts Division (cop-ad@loc.gov), sent June 7, 2012 11:18:36AM Subject: 1-732432166 Assault Squad Shoulder Pads

Dear Jonathan Moskin:

I am examining this text, photograph(s), 2-D artwork, sculpture claim for Games Workshop. The application gives the year of completion as 2000, and the pub date as 9/30/2000. The copyright notice has 2010 on the packaging. Please clarify what is being registered on the 9/30/2000 date. I see what looks like graphics of the pads which we could register. Please confirm they are artwork and not photos.

Also, we cannot register the sculpture portion as it is too minimal. The text on this package appears to be the same as Crimson fist shoulder pads and cannot be registered again. Please allow permission to remove sculpture and text from the application.

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

Sincerely,
Robin Jones
Registration Specialist
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JUR]

Email from Jonathan Moskin (jmoskin@foley.com) to Robin Jones, Registration
Specialist, Visual Arts Division (cop-ad@loc.gov), sent June 26, 2012 06:29:56PM
Subject: RE: 1-732432166 Assault Squad Shoulder Pads

My understanding is that the 2010 copyright notice simply refers to the date of printing of
this particular packaging, but that the artwork and sculpture were created and first
published in 2000 as specified. I hope this answers your question about the dates but
please let me know.

I would also propose speaking with you to discuss the questions you have regarding the
sculptural elements. I have included a telephone number below if you wish to call.
Obviously, I am mindful of the 20-day deadline you noted, which I believe expires
tomorrow. I hope that while we address any remaining questions we can extend the
deadline.

Thank you

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Thursday, June 07, 2012 11:30 AM
To: Moskin, Jonathan
Subject: 1-732432166 Assault Squad Shoulder Pads

Dear Jonathan Moskin:

I am examining this text, photograph(s), 2-D artwork, sculpture claim for Games
Workshop. The application gives the year of completion as 2000, and the pub date as
9/30/2000. The copyright notice has 2010 on the packaging. Please clarfiy what is being
registered on the 9/30/2000 date. I see what looks like graphics of the pads which we
could register. Please confirm they are artwork and not photos.

Also, we cannot register the sculpture portion as it is too minimal. The text on this
package appears to be the same as Crimson fist shoulder pads and cannot be registered
again. Please allow permission to remove sculpture and text from the application.

Please note that if we do not receive a response to this message within 20 days, we will
close this case without processing your registration or notifying you further, and forward
your deposit copy(ies) under the provisions of the current copyright law. The fee is not
refundable. If you re-apply for registration after the case is closed, you must send a new
application, copy and fee. The effective date of registration will be based on the new
submission.

Sincerely,
Robin Jones
Registration Specialist
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JUR]

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

**Call Inbound from Remitter to Denise Garrett, Information Section Head,
November 5, 2012 03:35:57PM**

From: Garrett, Denise
Sent: Monday, November 05, 2012 3:36 PM
To: Briganti, Bill; Ashley, John
Subject: March 2012 eCO submission pending under SR 1-732432166
Importance: High

Hi Bill and John,

Can you please review the following case? It went no reply, however, he did reply.

TITLE: Assault Squad Shoulder Pads
SR 1-732432166
Remitter: Jonathan Moskin

Cell # (He will be @ polling stations tomorrow) 914-557-6757

Thanks,
Denise

**Email to Jonathan Moskin (jmoskin@foley.com) from Robin Jones, Registration Specialist, Visual Arts Division (cop-ad@loc.gov), sent November 7, 2012 12:39:49PM**
**Subject: RE: RE: 1-732432166 Assault Squad Shoulder Pads**

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JUR]

This claim in "text, photos, 2d artwork, sculpture" was delayed as I had not received permission to remove certain aspects of authorship from the appl.

The email stated that the "sculpture" was to minimal (it is basically an "X") and could not be registered. Your email stated that the (c) notice on the package refers to the printing date.

The "text" appears to be same as the text on the Crimson fist should pads package. When was the text first published/registered? If already registered, the text cannot be registered again.

In regards to the "2d artwork", there was no clarification from my previous email: "I see what looks like graphics of the [shoulder] pads which we could register [as 2d artwork]". Please confirm they are artwork and not photos."

Robin Jones
-----Original Message-----

From: JMoskin@foley.com
Sent: 6/26/2012 06:29:09 PM
To: Copyright Office <cop-ad@loc.gov>
Subject: RE: 1-732432166 Assault Squad Shoulder Pads

My understanding is that the 2010 copyright notice simply refers to the date of printing of this particular packaging, but that the artwork and sculpture were created and first published in 2000 as specified. I hope this answers your question about the dates but please let me know.

I would also propose speaking with you to discuss the questions you have regarding the sculptural elements. I have included a telephone number below if you wish to call. Obviously, I am mindful of the 20-day deadline you noted, which I believe expires

tomorrow. I hope that while we address any remaining questions we can extend the deadline.

Thank you

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Thursday, June 07, 2012 11:30 AM
To: Moskin, Jonathan
Subject: 1-732432166 Assault Squad Shoulder Pads

Dear Jonathan Moskin:

I am examining this text, photograph(s), 2-D artwork, sculpture claim for Games Workshop. The application gives the year of completion as 2000, and the pub date as 9/30/2000. The copyright notice has 2010 on the packaging. Please clarfiy what is being registered on the 9/30/2000 date. I see what looks like graphics of the pads which we could register. Please confirm they are artwork and not photos.

Also, we cannot register the sculpture portion as it is too minimal. The text on this package appears to be the same as Crimson fist shoulder pads and cannot be registered again. Please allow permission to remove sculpture and text from the application.

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

Sincerely,
Robin Jones
Registration Specialist
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JUR]

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

**Email from Jonathan Moskin (jmoskin@foley.com), to Robin Jones, Registration Specialist, Visual Arts Division (cop-ad@loc.gov), sent December 7, 2012 04:35:26PM**
**RE: RE: 1-732432166 Assault Squad Shoulder Pads**

I left you a message to discuss this. I wanted to point out that in a recent decision, the US District Court for the Northern District of Illinois ruled that the basic shape of the Games Workshop shoulder pad is copyrightable (even without surface ornamentation). I would be happy to get you a copy of the decision.

Please also feel free to call me.

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Wednesday, November 07, 2012 2:19 PM
To: Moskin, Jonathan
Subject: RE: RE: 1-732432166 Assault Squad Shoulder Pads

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JUR]

This claim in "text, photos, 2d artwork, sculpture" was delayed as I had not received permission to remove certain aspects of authorship from the appl.

The email stated that the "sculpture" was to minimal (it is basically an "X") and could not be registered. Your email stated that the (c) notice on the package refers to the printing date.

The "text" appears to be same as the text on the Crimson fist should pads package. When was the text first published/registered? If already registered, the text cannot be registered again.

In regards to the "2d artwork", there was no clarification from my previous email: "I see what looks like graphics of the [shoulder] pads which we could register [as 2d artwork]". Please confirm they are artwork and not photos."

Robin Jones
-----Original Message-----

From: JMoskin@foley.com
Sent: 6/26/2012 06:29:09 PM
To: Copyright Office <cop-ad@loc.gov>
Subject: RE: 1-732432166 Assault Squad Shoulder Pads

My understanding is that the 2010 copyright notice simply refers to the date of printing of this particular packaging, but that the artwork and sculpture were created and first published in 2000 as specified. I hope this answers your question about the dates but please let me know.

I would also propose speaking with you to discuss the questions you have regarding the sculptural elements. I have included a telephone number below if you wish to call. Obviously, I am mindful of the 20-day deadline you noted, which I believe expires tomorrow. I hope that while we address any remaining questions we can extend the deadline.

Thank you

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Thursday, June 07, 2012 11:30 AM
To: Moskin, Jonathan
Subject: 1-732432166 Assault Squad Shoulder Pads

Dear Jonathan Moskin:

I am examining this text, photograph(s), 2-D artwork, sculpture claim for Games Workshop. The application gives the year of completion as 2000, and the pub date as 9/30/2000. The copyright notice has 2010 on the packaging. Please clarfiy what is being registered on the 9/30/2000 date. I see what looks like graphics of the pads which we could register. Please confirm they are artwork and not photos.

Also, we cannot register the sculpture portion as it is too minimal. The text on this package appears to be the same as Crimson fist shoulder pads and cannot be registered

again. Please allow permission to remove sculpture and text from the application.

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.

Sincerely,
Robin Jones
Registration Specialist
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JUR]

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

# EXHIBIT 6

**Keener, Jason J.**

| | |
|---|---|
| **From:** | Copyright Office [cop-ad@loc.gov] |
| **Sent:** | Thursday, December 27, 2012 10:25 AM |
| **To:** | Moskin, Jonathan |
| **Subject:** | RE: RE: RE: RE: 1-732432166 Assault Squad Shoulder Pads |

Mr. Moskin,

We did receive your message with information about the court decision.  I've taken over
both cases for the specialist who is on extended leave.  We look at each case on an
individual basis.  You should receive an email shortly with some questions that remain
about the Crimson Fists Shoulder Pads.  I will examine the materials submitted with this
claim (Assault Squad Shoulder Pads) and will make a determination shortly.

Carol Frenkel
Supervisory Registration Specialist
Visual Arts Division
U.S. Copyright Office


When replying to this email, please include the following thread id (entire line) within
the body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JUR]


-----Original Message-----

From:  JMoskin@foley.com
Sent:  12/11/2012 11:24:01 AM
To:  "'Copyright Office'" <cop-ad@loc.gov>
Subject:  RE: RE: RE: 1-732432166 Assault Squad Shoulder Pads

I do not understand your response, which did not acknowledge my message.  As I mentioned,
a Federal Court has already held, based on among other things on a review of expert
testimony submitted by the adverse party to the litigation that assessed prior designs of
shoulder pads in military and gaming contexts, that the shape of the shoulder pad itself
is original and copyrightable.  The case is Games Workshop Limited v. Chapterhouse Studios
LLC, 1:10-cv-08103 (N.D.Ill). The addition of further distinguishing material (which has
additional meaning in the context of the fictional Warhammer 40,000 universe) on the
protectable shoulder pad should not render it uncopyrightable.

Moreover, if you inspect the shoulder pad itself, you will see that it has a lip around
the edge and that what you call an "x" has more detail than that might suggest - including
triangular devices at each end and a hollowed indentation running the length of the "x"
shape.  The center of each triangular shape is also hollowed.

I hope this helps clarify the matter.  Please let me know if you would like a copy of the
decision or if you wish to discuss this further.

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Tuesday, December 11, 2012 9:39 AM
To: Moskin, Jonathan
Subject: RE: RE: RE: 1-732432166 Assault Squad Shoulder Pads

GW0011427

When replying to this email, please include the following thread id (entire line) within
the body of your response to expedite routing to the correct office.


When replying to this email, please include the following thread id (entire line) within
the body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JUR]

this particular shoulder pad submitted is not copyrightable.  it is simply circular, with
an x or plus sign on it.

-----Original Message-----

From:  JMoskin@foley.com
Sent:  12/7/2012 04:34:54 PM
To:  "'Copyright Office'" <cop-ad@loc.gov>
Subject:  RE: RE: 1-732432166 Assault Squad Shoulder Pads

I left you a message to discuss this.  I wanted to point out that in a recent decision,
the US District Court for the Northern District of Illinois ruled that the basic shape of
the Games Workshop shoulder pad is copyrightable (even without surface ornamentation).  I
would be happy to get you a copy of the decision.

Please also feel free to call me.

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Wednesday, November 07, 2012 2:19 PM
To: Moskin, Jonathan
Subject: RE: RE: 1-732432166 Assault Squad Shoulder Pads




When replying to this email, please include the following thread id (entire line) within
the body of your response to expedite routing to the correct office.


When replying to this email, please include the following thread id (entire line) within
the body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JUR]

This claim in "text, photos, 2d artwork, sculpture" was delayed as I had not received
permission to remove certain aspects of authorship from the appl.

The email stated that the "sculpture" was to minimal (it is basically an "X") and could
not be registered.  Your email stated that the (c) notice on the package refers to the
printing date.

The "text" appears to be same as the text on the Crimson fist should pads package.  When
was the text first published/registered?  If already registered, the text cannot be
registered again.

In regards to the "2d artwork", there was no clarification from my previous email: "I see

GW0011428

what looks like graphics of the [shoulder] pads which we could register [as 2d artwork]".
Please confirm they are artwork and not photos."

Robin Jones
-----Original Message-----

From:  JMoskin@foley.com
Sent:  6/26/2012 06:29:09 PM
To:  Copyright Office <cop-ad@loc.gov>
Subject:  RE: 1-732432166 Assault Squad Shoulder Pads

My understanding is that the 2010 copyright notice simply refers to the date of printing
of this particular packaging, but that the artwork and sculpture were created and first
published in 2000 as specified.  I hope this answers your question about the dates but
please let me know.

I would also propose speaking with you to discuss the questions you have regarding the
sculptural elements.  I have included a telephone number below if you wish to call.
Obviously, I am mindful of the 20-day deadline you noted, which I believe expires
tomorrow.  I hope that while we address any remaining questions we can extend the
deadline.

Thank you

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Thursday, June 07, 2012 11:30 AM
To: Moskin, Jonathan
Subject: 1-732432166 Assault Squad Shoulder Pads


Dear Jonathan Moskin:

I am examining this text, photograph(s), 2-D artwork, sculpture claim for Games Workshop.
The application gives the year of completion as 2000, and the pub date as 9/30/2000.  The
copyright notice has 2010 on the packaging.  Please clarfiy what is being registered on
the  9/30/2000 date.  I see what looks like graphics of the pads which we could register.
Please confirm they are artwork and not photos.

Also, we cannot register the sculpture portion as it is too minimal.  The text on this
package appears to be the same as Crimson fist shoulder pads and cannot be registered
again.  Please allow permission to remove sculpture and text from the application.

Please note that if we do not receive a response to this message within 20 days, we will
close this case without processing your registration or notifying you further, and forward
your deposit copy(ies) under the provisions of the current copyright law.  The fee is not
refundable.  If you re-apply for registration after the case is closed, you must send a
new application, copy and fee.  The effective date of registration will be based on the
new submission.




Sincerely,
Robin Jones
Registration Specialist
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within
the body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JUR]

GW0011429

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

GW0011430

# EXHIBIT 7

 **United States Copyright Office**

Library of Congress · 101 Independence Avenue SE · Washington DC 20559-6000 · www.copyright.gov

January 04, 2013

Foley & Lardner LLP
Attn: Jonathan Moskin
90 Park Avenue
New York, NY 10016
United States

Correspondence ID:   1-EFNBPX

RE:    Assault Squad Shoulder Pads

Dear Jonathan Moskin:

We cannot register this work because it lacks the authorship necessary to support a copyright claim.

Copyright protects original works of authorship that are fixed in some physical form. See 17 U.S.C. §102(a). As used in the copyright context, the term "original" means that the work was independently created by the author (as opposed to copied from other works), and that it possesses at least a minimal degree of creativity. See Feist Publications v. Rural Telephone Service Co., 499 U.S. 340 (1991).

To satisfy these requirements, a work of the visual arts must contain a minimum amount of pictorial, graphic or sculptural authorship. Copyright does not protect familiar symbols or designs; basic geometric shapes; words and short phrases such as names, titles, and slogans; or mere variations of typographic ornamentation, lettering or coloring. See 37 C.F.R. §202.1. Further, copyright does not extend to any idea, concept, system, or process which may be embodied in a work. 17 U.S.C. §102(b).

Neither the aesthetic appeal or commercial value of a work, nor the amount of time and effort expended to create a work are factors that are considered under the copyright law. See Bleistein v. Donaldson, 188 U.S. 239 (1903); Feist Publications v. Rural Telephone Service Co., 499 U.S. 340 (1991). The question is whether there is sufficient creative authorship within the meaning of the copyright statute and settled case law.

After careful consideration, we have determined that this particular work will not support a claim to copyright for 2-Dimensional artwork or sculpture under the standards described above. Additionally, the text appears to be identical to the standard warning text included in another claim sent by the same party and can only be registered once. The photographs submitted are of the deposit materials and serve as identifying matter rather than photographic content that is part of the published unit. Therefore we cannot issue the registration which you requested. The copyright law requires that we retain the deposit of this work. 17 U.S.C. §704(a). The nonrefundable filing fee has been applied to administrative costs.

GW0016843

Jonathan Moskin                           - 2 -                              1-EFNBPX


For more information on copyright, please visit our website at www.copyright.gov.


This letter is for your information only; no response is necessary.

Sincerely,

*Carol Frenkel*

Carol Frenkel
Supervisory Registration Specialist
Visual Arts Division
U.S. Copyright Office

Enclosures:
  Reply Sheet



**United States Copyright Office**

Library of Congress · 101 Independence Avenue SE · Washington DC 20559-6000 · www.copyright.gov

# *1-EFNBPX*

# Return this sheet <u>if</u> you request reconsideration.

## How to request reconsideration:

- Send your request in writing. (It must be received in the Copyright Office <u>not later than three months after the date on the Office's refusal letter</u>.)
- Explain why the claim should be registered or why it was improperly refused.
- Enclose the required fee – see below.
- Address your request to:

  **Copyright RAC Division**
  **P.O. Box 71380**
  **Washington, DC 20024-1380**

Note:   To expedite delivery, <u>write "Reconsideration" on the outside of the envelope</u>. Include the Correspondence ID Number (see above) on the first page. Indicate either "First Reconsideration" or "Second Reconsideration" as appropriate on the subject line.

**Notification of decision**: The Copyright Office will send a written notification of its decision, including an explanation of its reasoning.

**First Request for Reconsideration:** The Registration and Recordation Program Office considers the first request. If it upholds the refusal, you may submit a second request.

**Second Request for Reconsideration:** The Copyright Office Board of Review considers the second request. The Board consists of the Register of Copyrights and the General Counsel (or their respective designees), and a third member appointed by the Register. <u>The Board's decision constitutes final agency action</u>.

## FEES:

| | |
|---|---|
| **First Request** | $250 |
| Additional claim in related group | $25 |
| | |
| **Second Request** | $500 |
| Additional claim in related group | $25 |

GW0016845

# EXHIBIT 8

**Cooper, Bryce A.**

| | |
|---|---|
| **From:** | JMoskin@foley.com |
| **Sent:** | Wednesday, January 16, 2013 7:49 PM |
| **To:** | Cooper, Bryce A. |
| **Cc:** | JKeener@foley.com; Golinveaux, Jennifer A.; Sarah Kalemeris; Julianne M. Hartzell |
| **Subject:** | Re: GW / CHS Meet and Confer |
| **Attachments:** | image001.jpg |

We understand you want to discuss the issues raised in Sarah Kalemaris' January 14 letter (to which we are preparing a response now), Julianne Hartzell's January 14 email (which I think we already answered); scheduling depositions (of as yet unidentified witnesses) as well as the request to inspect premises.   We also want to discuss the deficiencies cited in our January 8 letter and scheduling dates for Villacci and Fiertek depositions.

However, we have also just begun reviewing CH's document production.  We may be wrong but, as best we can tell, it includes nothing from the individual designers and none of CH's advertising or promotion on the forums. We would like to be surprised to find there are no other issues regarding document production, but rather than do this piecemeal, we suggest identifying all issues regarding discovery (including document production) and having a single call later this week.

I also note (in view of your keen interest in the state of matters before the Copyright Office), that we have just received another piece of correspondence regarding the Assault Squad shoulder pad that, like the prior correspondence, is not final but invites a response; and (consistent with the email we previously produced) that studiously avoids an analysis of the facts. We will produce it after we have had a chance to review it with our client and decide on how to respond.

Jonathan

Sent from my iPhone

On Jan 16, 2013, at 4:28 PM, "Cooper, Bryce A."
<BCooper@winston.com<mailto:BCooper@winston.com>> wrote:

Counsel,

We have not heard back about your availability for a meet and confer.  We will suggest tomorrow at 1:00 cst.  Let us know if that works for you and I will circulate a dial-in, or please propose several alternatives.

Bryce

Bryce A. Cooper

Associate

Winston & Strawn LLP
35 W. Wacker Drive
Chicago, IL 60601-9703

D: +1 (312) 558-3737

F: +1 (312) 558-5700

Bio<http://www.winston.com/index.cfm?contentID=24&itemID=15451> |
VCard<http://www.winston.com/sitefiles/wsvcard/15451.vcf> | Email<mailto:bcooper@winston.com> |
www.winston.com<http://www.winston.com>

<image001.jpg>

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author. ******************************************************************************* Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.