**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GAMES WORKSHOP LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:10-cv-08103 |
| v. | ) | |
| | ) | |
| CHAPTERHOUSE STUDIOS LLC, | ) | |
| | ) | Judge Matthew F. Kennelly |
| Defendant. | ) | |

**DECLARATION OF BRYCE A. COOPER IN SUPPORT OF CHAPTERHOUSE
STUDIOS LLC'S MOTION FOR SUMMARY JUDGMENT**

I, Bryce A. Cooper, declare as follows:

1.      I am an associate with the law firm of Winston & Strawn LLP. I am a member in good standing of the Bar of this Court. I have personal knowledge of the facts set forth herein and if called to testify could and would do so competently.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of Games Workshop Limited's ("GW") Claim Chart for Newly Accused Products – January 11, 2013 (the "New Product Claim Chart"), which it served on Chapterhouse Studios LLC ("CHS") on January 14, 2012, notwithstanding the date on the claim chart's label.  The chart identifies, for each of CHS's accused products, the copyrights allegedly infringed.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of Games Workshop Limited's ("GW") Second Revised Copyright Chart ("Second Revised Claim Chart"), which it served on Chapterhouse Studios LLC ("CHS") on August 3, 2012.

**DR. GRINDLEY'S EXPERT TESTIMONY**

4.      Attached hereto as **Exhibit 3** is a true and correct copy of Dr. Carl Grindley's

Expert Report, including Exhibits A-C to that report, which was served by CHS on February 1, 2013.

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the deposition transcript of Dr. Carl Grindley, taken February 21, 2013.

6.      Attached hereto as **Exhibit 5** is a true and correct copy of a document Bates-stamped CHS_EXPERT00000013, relied upon by Dr. Grindley in preparing his expert report.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of a document Bates-stamped CHS_EXPERT00001597-1600, relied upon by Dr. Grindley in preparing his expert report.

8.      Attached hereto as **Exhibit 7** is a true and correct copy of a document Bates-stamped CHS_EXPERT00001611-12, relied upon by Dr. Grindley in preparing his expert report.

9.      Attached hereto as **Exhibit 8** is a true and correct copy of a document Bates-stamped CHS_EXPERT00000010-11, relied upon by Dr. Grindley in preparing his expert report.

10.     Attached hereto as **Exhibit 9** is a true and correct copy of a document Bates-stamped CHS_EXPERT00001749-50, relied upon by Dr. Grindley in preparing his expert report.

11.     Attached hereto as **Exhibit 10** is a true and correct copy of a document Bates-stamped CHS_EXPERT00001787-90, relied upon by Dr. Grindley in preparing his expert report.

12.     Attached hereto as **Exhibit 11** is a true and correct copy of a document Bates-stamped CHS_EXPERT00000029, relied upon by Dr. Grindley in preparing his expert report.

13.     Attached hereto as **Exhibit 12** is a true and correct copy of a document Bates-stamped CHS_EXPERT00001728-34, relied upon by Dr. Grindley in preparing his expert report.

14.     GW did not submit a rebuttal expert report to Dr. Grindley's report.

**COPYRIGHT CORRESPONDENCE**

15. CHS requested the Copyright Office correspondence file for the GW work "Assault Squad Shoulder Pads," which is a shoulder pad with the "arrow cross" or "X" design, identified by product entries 46, 47, and 48 in the Second Revised Claim Chart (*see* Exhibit 2). Although GW has still not produced the specimens that were submitted with this application, and the specimens are not available as part of the file received by GW, this is a depiction of the Assault Squad Shoulder Pads from entries 46, 47, and 48 in the Second Revised Claim Chart:



CHS received certified copies of the "Assault Squad Shoulder Pads" file on December 12, 2012, after the Court had entered its November 27, 2012 Order (Dkt. 258) on CHS's first Motion for Summary Judgment.

16. Attached hereto as **Exhibit 13** is a true and correct certified copy of the "Assault Squad Shoulder Pads" file CHS received from the Copyright Office. This file contains several E-mails between GW's lead trial counsel, Jonathan Moskin, and the Copyright Office regarding GW's copyright application for that product.

17. Attached hereto as **Exhibit 14** is a true and correct copy of correspondence between Games Workshop Limited ("GW") and the U.S. Copyright Office that GW produced on January 4, 2013, Bates labeled GW0011427-30.

18. Attached hereto as **Exhibit 15** is a true and correct copy of January 4, 2013 correspondence between the U.S. Copyright Office and GW that GW produced on January 31, 2013, Bates labeled GW0016843-45.

19.     At the January 14, 2013 hearing on CHS's First Motion for Reconsideration, GW's counsel Mr. Moskin represented that all correspondence with the Copyright Office had been produced.

20.     On January 31, 2013, GW submitted a "Notice of Filing" to inform the Court that it was responding to the January 4, 2013 Copyright Office rejection.

21.     Although Chapterhouse's counsel requested that it immediately be provided with the Copyright Office refusal letter once GW's attorney received it, GW's counsel refused to provide it until, as he put it, GW decided how to respond, and it was withheld from Chapterhouse's counsel until January 31, 2013, the same day GW submitted its Notice of Filing. Attached hereto as **Exhibit 16** is a true and correct copy email correspondence from Mr. Moskin dated January 16, 2013 stating that he would produce the refusal "after we have had a chance to review it with our client and decide on how to respond."


I declare under the penalty of perjury that the foregoing is true and accurate.


Dated:  March 4, 2013                                    By: /s Bryce A. Cooper

## CERTIFICATE OF SERVICE

I, Bryce A. Cooper, an attorney, hereby certify that on March 4, 2013, I caused to be filed electronically the foregoing DECLARATION OF BRYCE A. COOPER IN SUPPORT OF CHAPTERHOUSE STUDIOS LLC'S MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

/s/ Bryce A. Cooper_____