# EXHIBIT 1
# I

**GAMES WORKSHOP CLAIM CHART FOR NEWLY ACCUSED PRODUCTS – JANUARY 11, 2013-01-11**

| 124 | Abbithan Banshees Guardswoman 28mm figures – 10 | <span style="color:red">Whole set<br>Games Workshop product arms and weapons used in promotional images</span> |
|---|---|---|
| |  | <br>Imperial Guard Cadian Heavy Weapons Squad<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat440249a&prodId=prod1080043<br><span style="color:green">Sculpted by Brian Nelson and Tim Adcock</span><br>Released September 2003 |







Imperial Guard Cadian Shock Troops
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod2070014
Sculpted by Brian Nelson
Released July 2003
The arms and weapons from this kit have been used on the Chapter House 'Abbithan Banshees'

This resin conversion kit contains 12 torsos, 12 legs, 12 heads, 12 backpacks and enough bases to assemble a 12 woman unit of Abbithan Banshees Guardswoman. Models are scaled for 28mm wargames. Models do not come with arms and weapons.

Display models shown assembled with Games Workshop Cadian Imperial Guard arms and weapons for compatibility purposes.

(Chapterhouse Studios recommends Games Workshop Imperial Guard weapons and arms, in particular Cadian

<mark>Imperial Guardsman</mark> arms)
http://chapterhousestudios.com/index.php?route=product/product&path=77&product_id=163



Cadian Shock Troops assembled and painted by the hobby team using all Games Workshop parts, in the pose and colour scheme of Chapterhouse's models.



Cover art, Codex Imperial Guard 2008
(DG1180 / Dave Gallagher / 2008 )



p37 'Codex: Imperial Guard' 2008
PD459_Guardsman, Paul Dainton, 2008

| 125 | Large Oval Sandworm Base | None<br>There are no IP concerns with this base. |

| | | |
|---|---|---|
| |  This is a single large resin base that matches the same outside dimensions as the Games Workshop Monster Oval Base.<br><br>This base features rocky terrain and alien sand worms.<br><br>This product is sold unpainted and should be washed in cool, soapy water prior to painting.<br><br>http://chapterhousestudios.com/index.php?route=product/product&path=117_116&product_id=179 | |
| 126 | **TRU-Scale Knight Praetorius Conversion Kit – 6** | Whole set |



HEADS, ARMS, WEAPONS, BANNER AND BASES ARE NOT INCLUDED

MODELS PAINTED AND DESIGNED BY STEPHEN SMITH

http://chapterhousestudios.com/index.php?route=product/product&product_id=204



Space Marines
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060074
Sculpted by Jes Goodwin
Released October 1998





Model Painted and Designed by
Stephen Smith

Space Marine from the White Scars Chapter in MKVII power armour
p28 Codex Space Marines 2008
(NH Marine / Neil Hodgson / 2008 )



Space Marine legs taken from the following Squad sets:
Space Marine Tactical Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060074
(Jes Goodwin released 1998);



Space Marine Devastators Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060104
(**Jes Goodwin, Seb Perbert and Tim Adcock** released 2007);
Space Marine Sternguard Veteran Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1160097a
(**Juan Diaz** released 2008);



Space Marine Torsos from:
Space Marine Tactical Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060074
(**Jes Goodwin** released 1998);
Space Marine Devastator Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060104
(**Jes Goodwin, Seb Perbert and Tim Adcock** released 2007)



3 OF EACH TORSO PER SET
(6 TOTAL)

Space Marine Backpack from the Space Marine Tactical Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060074
(Jes Goodwin released 1998)

Space Marine shoulder pads from:



6 POWER PACKS PER SET

TWO OF EACH (12 TOTAL SHOULDER PADS)

Space Marine Tactical Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060074
(**Jes Goodwin** released 1998)
Grey Knights
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1160009a
(**Sculpted by Georgio Bassani, Matt Holland and Martin Footitt** Released April 2011)



Mk8 "Errant" Pattern

Games Workshop Space Marine in MK8 'Errant' pattern armour. The Torso of MK8 armour is characterised by a high collar. The MK8 variant torso is included in the Space Marine Tactical Squad set.
**NH Space Marine Iconography / Neil Hodgson / 2008**
Artwork from p20 Codex Space Marine 2008



Model Painted and Designed by
Stephen Smith



Games Workshop Space Marines assembled and painted by the hobby team using all Games Workshop parts, in the pose and colour scheme of Chapterhouse's models.



Forge World Phobos Boltgun
http://www.forgeworld.co.uk/Warhammer-40000/Space_Marines/Space_Marine-Infantry-and-Accessories/SPACE_MARINE_BOLTER_PHOBOS_PATTERN_X10.html
**Model designed by Phil Stutcinskas and Will Hayes**



MODEL PAINTED AND DESIGNED BY
STEPHEN SMITH





Games Workshop Space Marines assembled and painted by the hobby team using all Games Workshop parts, in the pose and colour scheme of Chapterhouse's models.



13





Artwork showing a Space Marine in Mark VII armour
Cover art, Codex Space Marines 2008
(AB838 / Alex Boyd / 2008 )



Product Code: TRU-Scale Knight Praetorius Conversion Kit – 6

**Please note we have had outstanding demand for this product and we are receiving new supply weekly any pre-orders placed will be priority before we stock any in the store. These are available for "pre-order" or pre-payment and this will guarantee you a kit before any order that comes after you. Expected delay in shipping when ordered while on pre-order is 1-2 weeks.**

The "Knights Praetorius" are the Empress' most loyal soldiers. Each is endowed with a touch of the Empress' psychic powers when admitted into the unit. While few in number, each is a match for 10 lesser men, the psychic unity with the Empress allows a measure of prescience as well as formidable endurance. Both men and woman are allowed to test to join the unit, but few survive this testing.

*In a future where knowledge and technology rule. Aliens and humans battle for resources over countless worlds in a race to the become the dominate power.*
*Earth has been divided into two warring factions although each faction has claimed a whole system to rule over-, they continue to fight over who should rule over earth.*

*Queen Eva Kimlar is the leader of the Valnarian Empire, a powerful psyker that has merged psionics with technology. Kimlar is the manipulator of men and can influence their thoughts, it is almost impossible for a male to deceive her as she can see your innermost secrets in your eyes as if watching them play out on a screen. As a the*

|  |  |  |
|---|---|---|
|  | *strongest known psyker in existance she shares a link with her most loyal followers on a level a normal human could not comprehend. Her influence on peoples actions are stronger over men than women, thus she has to use her strong political skills and natural charisma to win over the female population.*<br><br>Each resin kit comes **unassembled and unpainted**. The 28 mm TRU-Scale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.* Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.<br><br>**Examples of assembled and painted models by Stephen Smith and consist of numerous components from different manufactures for the weapons, arms, heads and weapon effects are available [here](#).** |  |
| 127 | Wheels - 4<br><br><br><br>This is a set of highly detailed resin wheels. The diameter is approximately 26 millimeters and the tread width is 12 mm.<br><br>This is a set of 4 single piece resin wheels. Suitable for kit customization and conversions. | None<br>These are just wheels; we have no issue with these. |

| 128 | Hotshot ==Lasgun== Pack | Gun muzzle |
|---|---|---|

**Hotshot ==Lasgun== Pack**



This is a 2 piece metal model of a heavy laser and a power pack. Designed to be compitable with 28mm wargaming miniatures and can be used to convert ==Imperial Guard Storm Trooper== models.

This product is sold unpainted and some cleaning may be required.

**Gun muzzle**

'Lasguns' are the standard weapon of the Imperial Guard infantryman. A key identifying feature of 'las' weapons is the angled end to the muzzle.



Imperial Guard Cadian Shock Troops
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod2070014
Miniatures designed by Brian Nelson



Lasgun with attached scope
p38 Codex Imperial Guard 2008
(DH051 / Des Hanley / 1995 )

Hot-shot lasguns/Hot-shot Laser Power pack

Hot-shot lasguns are lasguns which are able to fire more powerful shots due to being attached to a power pack.



p21, 'Codex Imperial Guard' ©1995
**DH064k Stormtrooper / Des Hanley / 1995**



Imperial Guard Storm Trooper Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod810031a
**Sculpted by Mark Bedford**
Released January 2000

Text from GW Website, emphasis added:

| | | |
|---|---|---|
| | | **Imperial Guard Storm Trooper Squad**<br><br>"The Imperial Guard has billions of soldiers at its disposal, from the disciplined regiments of Cadia to the rough and ready Catachan Jungle Fighters. Foremost amongst the soldiers of the Imperial Guard, however, are the elite Storm Trooper regiments - expert warriors raised to war in the unforgiving halls of the Schola Progenium. With the best training and mental discipline that the drill-masters of the Schola Progenium can provide, they are formidable soldiers. Clad in carapace armour and wielding fearsome <u>hot-shot lasguns</u> they are nigh unstoppable, a combat elite who are willing carry out their objectives whatever the cost.<br><br>This box set contains five metal Imperial Guard Storm Troopers, including: a Veteran Sergeant armed with a power sword and <u>hot-shot laspistol</u>, and four different Storm Troopers armed with hot-shot lasguns. Models supplied with 25mm round bases."<br><br><u>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod810031a</u> |
| 129 | <span style="color:goldenrod">**Iconoclast** Conversion kit for **Space Marine Land Raider**</span><br><br> | Whole set<br><br><br><br>MkIIb LAND RAIDER (Forge World)<br><u>http://www.forgeworld.co.uk/Warhammer-40000/Space_Marines/Red_Scorpions/MkIIb-LAND-RAIDER.html</u><br><span style="color:green">Sculpted by Jes Goodwin and Will Hayes</span><br>On Sale 2004 |



p39 Epic 40,000 Rule Book 1997
(PS013 / Paul Smith / 1996 )



This resin kit consist of 12 components that when combined with the Games Workshop Space Marine® Land Raider will create a more heavily armored vehicle to transport your toy soldiers on the battlefield.  The Iconoclast conversion kit consist of the following components - 2 side armored sponsons, 2 sponson upper components, 2 weapon mounts, 2 side hatches, 2 armored sensor units, 1 central hull and turret mount and 1 upper turret armor piece.

The Iconoclast conversion kit is designed to be fully compatible with all plastic versions of Games Workshop's Space Marine Land Raider.  As this kit will require modification of the sponson weapons to attach to the drum weapon mounts, modeling experience is recommended.

Land Raider modell shown is not included and is displayed to illustrate use of the conversion kit and compatibility.

Components sold unpainted and unassembled.

| 130 | Magnetic Turret Kit for the Storm Raven | Whole Set<br>The Stormraven Gunship is a Space Marine flying vehicle which comes with a selection of turret options. |
| --- | --- | --- |



MAGNETIC TURRET KIT FOR SPACE
MARINE STORM RAVEN

MAGNETIC TURRET KIT FOR SPACE
MARINE STORM RAVEN
GAMES WORKSHOP STORM RAVEN KIT SHOWN FOR COMPATIBILITY PURPOSES ONLY



http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a
Sculpted by Jes Goodwin and Dale Stringer
Released Feb 2011



Stormraven Turret Lascannon included in the 'Stormraven Gunship' product
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a
Sculpted by Jes Goodwin and Dale Stringer
Released Feb 2011
The key identifying feature of a Lascannon is the diagonal angled muzzle.



**MAGNETIC TURRET KIT FOR SPACE MARINE STORM RAVEN**

The Chapterhouse Studios "Magnetic Turret Kit for the Storm Raven" is a resin model kit that modifies the Games Workshop Storm Raven vehicle. It is composed of 13 pieces - 7 piece turret, 2 laser cannons, 2 plasma cannons, 2 assault cannons and 8 magnets. Our turret design allows you to easily switch between the lascannon, plasma cannon or assault cannon options available to the Storm Raven game piece according to the rules published by Games Workshop.

Storm Raven model hull shown is not included and is displayed to illustrate use of the conversion kit.

Components sold unpainted and unassembled.



Stormraven Turret Assault Cannon included in the 'Stormraven Gunship' product
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a
Sculpted by Jes Goodwin and Dale Stringer
Released Feb 2011



Storm Raven Turret Plasma Guns included in the 'Stormraven Gunship' product
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a
Sculpted by Jes Goodwin and Dale Stringer
Released Feb 2011

The Space Marine Razorback is a Space Marine tank vehicle which comes with a selection of turret options.



http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1140044a
Sculpted by Jes Goodwin and Tim Adcock
Released 2003



Space Marine Razorback - Turret
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1140044a
Sculpted by Jes Goodwin and Tim Adcock
Released 2003



LASCANNON RAZORBACK (CONVERSION KIT) (product code : IA-ISM-T-020)
http://www.forgeworld.co.uk/Warhammer-40000/Space_Marines/Space-Marine-Tanks/LASCANNON-RAZORBACK-CONVERSION-KIT.html
**Master model by Will Hayes**



p37 Codex Grey Knights 2010. (AB1003 / Alex Boyd / 2010 )

Assault Cannon

| | | |
|---|---|---|
| | | p101 Codex Space Marines 2008.<br>Assault Cannon.<br>**(NH Wargear / Neil Hodgson / 2006)**<br><br>Lascannon<br>+++MK VII: Alternate sighting array+++<br>As pure and wroth as justice itself.<br><br>p101 Codex Space Marines 2008. **(NH Wargear / Neil Hodgson / 2006)**<br>Lascannon. |
| 131 | **Magnetic Turret Kit for the** ==**Razorback**==<br><br>MAGNETIC TURRET KIT FOR SPACE MARINE RAZORBACK TANK | Whole Set<br><br>Space Marine Razorback<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1140044a<br>**Sculpted by Jes Goodwin and Tim Adcock**<br>Released 2003 |

27





MAGNETIC TURRET KIT FOR SPACE MARINE RAZORBACK TANK

GAMES WORKSHOP RAZORBACK TANK SHOWN FOR COMPATIBILITY PURPOSES ONLY

The Chapterhouse Studios "Magnetic Turret Kit for the Razorback" is a resin model kit that modifies the Games Workshop Space Marine Razorback vehicle. It is composed of 17 pieces - 7 piece turret, 2 heavy bolt guns, 2 laser cannons, 2 heavy flamethrowers, 2 assault cannons, 2



p101 Codex Space Marines 2008. (NH Wargear / Neil Hodgson / 2006)
Lascannon.



p101 Codex Space Marines 2008.
Assault Cannon.
(NH Wargear / Neil Hodgson / 2006)

Plasma guns on Games Workshop vehicles:



Leman Russ Demolisher

plasma guns and 12 magnets.  Our turret design allows you to easily switch between the lascannon, lascannon with twin-linked plasma guns, heavy bolter, heavy flamers or the assault cannon options available to the Razorback tank game piece according to the rules published by Games Workshop.

Razorback tank model shown is not included and is displayed to illustrate use of the conversion kit.

Components sold unpainted and unassembled

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod50019a
Sculpted by Tom Walton and Dale Stringer
Released 2009



Storm Raven Turret Plasma Guns
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a
Sculpted by Jes Goodwin and Dale Stringer
Released Feb 2011



p5 Codex Space Marines 2004.
Space Marine Razorback with twin-linked lascannon turret. (PD198 / Paul Dainton / 2002 )



| | | |
|---|---|---|
| | | p35 Codex Space Marines 2004.<br>Razorback with twin-linked heavy bolter. (NH Wargear / Neil Hodgson / 2006) |
| 132 | **Open-Fisted Power Claws compatible with Games Workshop Space Marine model**<br> | Whole set<br><br>Space Marine Terminator Powerfist<br>from the Space Wolves Wolf Guard Terminators set<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod260002a |

This is a pair of resin power claw arms for 28 mm figures. They are designed to be compatible with ==Games Workshop Space Marine== models. Each set of claws come consist of 8 parts - 4 open-fisted ==power claws== or blades, 2 armored arms and 2 power cables.

The shoulder armor pieces are approximately the same size as the shoulder armor on a ==Games Workshop Terminator== model and will easily accept any of our "==Terminator== Shoulder Pads". The shoulder armor can be easily cut down in size to accomodate any of our "Power Armor Shoulder Pads". These can be used as ==ligntning claws== or any sort of power blades.

Components sold unpainted and unassembled.

**Released March 2012.**

**Miniatures designed by Jes Goodwin, Matt Holland, Neil Langdown and Dave Thomas.**
Released 2009

Games Workshop produces lightning claws for Space Marines. These lightning claws differ to the Chapter House claws in number of claws (see below for GW claws). The armoured Space Marine arm is almost identical on both.





Space Marine Terminator Close Combat Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060025
**Miniatures designed by Jes Goodwin, Martin Footit and Dave Thomas.**

Forge World Lightning Claws from the 'Space Marine Terminator Weapon Set'
Claws are mounted from the top of the wrist.



http://www.forgeworld.co.uk/Warhammer-40000/Space_Marines/Space_Marine-Infantry-and-Accessories/SPACE_MARINE_TERMINATOR_WEAPON_SET.html
Sculpted by Will Hayes
**Pre-order 11th May, on sale 25th May.**

Based on designs of original GW Combat Terminators.



Lightning Claw
+++Angel's Talon type+++
The talons of vengeance, the
scythe to sweep away those
who would deny the
Emperor's dream.

p101 Codex Space Marines 2008. (NH Wargear / Neil Hodgson / 2006)
Lightning Claw.



p92 Codex Space Marines 2008. (DG1157 / Dave Gallagher / 2008 )



p27 Codex Blood Angels 2009. (PD543 / Paul Dainton / 2009 )

## Lightning Claw



This fierce slashing weapon is worn in pairs, one on each hand, doubling the ferocity of its attack. It is a difficult weapon to master and its devotees prefer an individual style of fighting. The weapon consists of long slashing blades very much like the long claws of a primeval cat. However, like other power weapons, these claws are sheathed in a deadly energy. As the razor sharp knive edges are drawn across armour they hook into it and tear it away, exposing the soft flesh and inner workings to further assault.

| | | p10 Warhammer 40,000 Compilation 1991. ( Nick Coleman ) |
|---|---|---|
| | | <br>p53 Codex Ultramarines 1995. (DH020 / Des Hanley / 1994 ) |
| 133 | Close-Fisted Power Claws compatible with Games Workshop Space Marine model | Whole set |



This is a pair of resin power claw arms for 28 mm figures.  They are designed to be compatible with Games Workshop Space Marine models. Each set of claws come consist of 8 parts - 4 close-fisted power claws or blades, 2 armored arms and 2 power cables.

The shoulder armor pieces are approximately the same size as the shoulder armor on a Games Workshop Terminator model and will easily accept any of our "Terminator Shoulder Pads".  The shoulder armor can

Space Marine Terminator Powerfist
from the Space Marine Terminators set

be easily cut down in size to accomodate any of our "Power Armor Shoulder Pads".  These can be used as <mark>ligntning claws</mark> or any sort of power blades.

Components sold unpainted and unassembled.



Space Marine Terminators
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060028
Miniatures designed by Jes Goodwin, Martin Footit and Dave Thomas.
Released 2005

## Lightning Claw



This fierce slashing weapon is worn in pairs, one on each hand, doubling the ferocity of its attack. It is a difficult weapon to master and its devotees prefer an individual style of fighting. The weapon consists of long slashing blades very much like the long claws of a primeval cat. However, like other power weapons, these claws are sheathed in a deadly energy. As the razor sharp knive edges are drawn across armour they hook into it and tear it away, exposing the soft flesh and inner workings to further assault.

| | | |
|---|---|---|
| | | p10 Warhammer 40,000 Compilation 1991. ( Nick Coleman )<br><br><br><br>p53 Codex Ultramarines 1995. (DH020 / Des Hanley / 1994 ) |
| 134 | Pilum Imperial Attack Jet Bike | Whole Set – see also 121 |



**CHAPTERHOUSE**
STUDIOS

PILUM ATTACK JET BIKE WITH SIDE MOUNTED
HEAVY MELTA GUNS



Emperor's Children Space Marine Jet Bike Squad.
This shows a Space Marine Jet Bike from the Horus Heresy era.
p15, *Horus Heresy: Collected Visions* © 2007
**(2034_Jet Bike Squad / Eric Ren / 2003)**

The Chapterhouse bike is copied from the artwork in *Horus Heresy: Collected Visions* using elements from the current Space Marine Bike model sold by Games Workshop.

<u>Artwork</u> – Distinctive front grill in large straight vertical lines with the chassis protruding underneath out in front of the bike. Two boltguns on top of the front of the bike. Two exhaust pipes on the side of the bike.

<u>Bike Model</u> (See sprue comparison below) – the tank (section below handle bars) has been copied as the shape, trim and circle decoration are the same. Three tubes lead into engine below the tank. The Space Marine arms are identical in design.

The model riding the bike copies several key features of a Space Marine:
- Leg Armour



PILUM ATTACK JET BIKE WITH SIDE MOUNTED BOLT GUNS

This multi-part customizable resin kit contains 21 resin components. This set includes our standard Javelin Jet Bike kit as well as 12 new components to upgrade it to an "attack" variant - the Pilum Jet Bike. Two side mounted weapon options are included - our Heavy Bolt Gun and a Heavy Melta Gun. **This kit is specifically designed to allow the two heavy weapon options to be magnetized and this kit includes 6 magnets as well.**

We also included 2 different bolt gun mounts that will allow the addition of different special weapons (plasma, melta, grenade launchers etc). These conveniently fit our combi-weapon conversion bits.

Also included in the kit are a set of legs and arms that will allow you to use other companies torsos and heads to model an armored rider. Flight stand will be included. Please note the peg hole is sized for Games Workshops flight bases, in order to use our bases you will have to widen the holes diameter slightly.

(Riders Shoulder Pads, Torso and Head not included and sold seperately)

Models supplied unassembled and unpainted as always.

- o Flared with angled edges to match width of boots
- o Cut at bottom of leg around shape of boot
- o Joints at hips and back of knee are joined by grooved sections
- Shoulderpads
  - o Covering from start of shoulder to above the elbow
  - o Large border around outer edge
  - o Large round studs on the shoulder pads are a feature of Mark V Space Marine armour worn during the Horus Heresy period.

Space Marine Bike Sprue



I have a limited number of these kits on hand, and we will be getting more in next week, if you place a pre-order they will ship the week they arrive in.

Till next time!

Nick Villacci - Chapterhouse Studios LLC



http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060092
**Miniature designed by Jes Goodwin**

The main element of the Games Workshop heresy jet bike design that is missing from the Chapter house model is the swooping eagle design on the front. The concept sketch shows the swooping eagle design being removed from the bike.

**Gun elements**
Multi-melta: as seen on Games Workshop vehicle models





Leman Russ Demolisher
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod50019a
Sculpted by Tom Walton and Dale Stringer
Released 2009

The meltagun is identifiable by its unique muzzle, a long cylinder with heat vents marked into it. The multi-melta is the heavy weapon equivalent, incorporating two of these muzzles one above the other.






Heavy Bolter: as seen on Games Workshop vehicle models



Space Marine Attack Bike
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060100
**Sculpted by Jes Goodwin and Norman Swales**
Released 1997
The heavy bolter is a heavy version of the Boltgun. It is recognisable by its large block body and round silver muzzle with a large hole in the side.



-The rules options for Space Marine attack bikes allow 2 weapon choices: Multi-melta or Heavy Bolter.



Multi-melta
+++Maxima pattern+++

p101 Codex Space Marines 2008. **(NH Wargear / Neil Hodgson / 2006)**
The meltagun is identifiable by its unique muzzle, a long cylinder with heat vents marked into it. The multi-melta is the heavy weapon equivalent, incorporating two of these muzzles one above the other.



Heavy Bolter
+++Astartes MK IV₃+++

p101 Codex Space Marines 2008. **(NH Wargear / Neil Hodgson / 2006)**
The heavy bolter is a heavy version of the Boltgun. It is recognisable by its large block body and round silver muzzle with a large hole in the side.

-The rules options for Space Marine attack bikes allow 2 weapon choices: Multi-melta or Heavy Bolter.

| | | -The model riding the bike is wearing Space Marine power armour. |
|---|---|---|
| 135 | **Alternative Heads for <mark>Tau</mark> Crisis Suits – Set #1**  | Head<br>Games Workshop product body used in promotional images<br><br>Tau XV8 Crisis Battlesuit<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060253<br>**Sculpted by Jes Goodwin**<br>Released 2001 |





Tau Battlesuit assembled and painted by the hobby team using all Games Workshop parts, in the pose and colour scheme of Chapterhouse's models.



Tau Crisis Battlesuit Commander (re-released in 2012 as 'Tau Battlesuit Commander Upgrade Pack')



A pewter set of 3 new alternative head sculpts designed to fit on the Games Workshop Tau Crisis or Broadside Battlesuits. Each set comes with 3 different robotic heads as well as a sprue of antenna to further modify the components.

Games Workshop Tau Crisis Suit model is shown for scale and example of use only and not included.

Components sold unpainted and unassembled.

http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat440287a&prodId=prod1620079a
Sculpted by Jes Goodwin and Mark Harrison
Released 2006



Forge World - TAU XV9-01 WITH FUSION CASCADES
http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-BATTLESUITS-AND-DRONES/TAU-XV9-01-WITH-FUSION-CASCADES.html
Sculpted by Daren Parrwood
On Sale 2005



Forge World - TAU BATTLESUIT COMMANDER SHAS'O R'ALAI WITH DRONES
http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-BATTLESUITS-AND-DRONES/TAU-BATTLESUIT-COMMANDER-SHAS-O-RALAI-WITH-DRONES.html
**Sculpted by Daren Parrwood**
On Sale 2005



p34 Codex Tau Empire 2005. (Neil Hodgson / 2005)