# EXHIBIT 3
# II

p10 Warhammer 40,000 Compilation 1991. ( Nick Coleman )



p53 Codex Ultramarines 1995. (DH020 / Des Hanley / 1994 )

| 134 | Pilum Imperial Attack Jet Bike | Whole Set – see also 121 |





Emperor's Children Space Marine Jet Bike Squad.
This shows a Space Marine Jet Bike from the Horus Heresy era.
p15, *Horus Heresy: Collected Visions* © 2007
**(2034_Jet Bike Squad / Eric Ren / 2003)**

The Chapterhouse bike is copied from the artwork in *Horus Heresy: Collected Visions* using elements from the current Space Marine Bike model sold by Games Workshop.

Artwork – Distinctive front grill in large straight vertical lines with the chassis protruding underneath out in front of the bike. Two boltguns on top of the front of the bike. Two exhaust pipes on the side of the bike.

Bike Model (See sprue comparison below) – the tank (section below handle bars) has been copied as the shape, trim and circle decoration are the same. Three tubes lead into engine below the tank. The Space Marine arms are identical in design.

The model riding the bike copies several key features of a Space Marine:
- Leg Armour



CHAPTERHOUSE
STUDIOS

PILUM ATTACK JET BIKE WITH SIDE MOUNTED
BOLT GUNS

This multi-part customizable resin kit contains 21 resin components. This set includes our standard Javelin Jet Bike kit as well as 12 new components to upgrade it to an "attack" variant - the Pilum Jet Bike. Two side mounted weapon options are included - our Heavy Bolt Gun and a Heavy Melta Gun. **This kit is specifically designed to allow the two heavy weapon options to be magnetized and this kit includes 6 magnets as well.**

We also included 2 different bolt gun mounts that will allow the addition of different special weapons (plasma, melta, grenade launchers etc). These conveniently fit our combi-weapon conversion bits.

Also included in the kit are a set of legs and arms that will allow you to use other companies torsos and heads to model an armored rider. Flight stand will be included. Please note the peg hole is sized for Games Workshops flight bases, in order to use our bases you will have to widen the holes diameter slightly.

(Riders Shoulder Pads, Torso and Head not included and sold seperately)

Models supplied unassembled and unpainted as always.

- o Flared with angled edges to match width of boots
- o Cut at bottom of leg around shape of boot
- o Joints at hips and back of knee are joined by grooved sections
- Shoulderpads
  - o Covering from start of shoulder to above the elbow
  - o Large border around outer edge
  - o Large round studs on the shoulder pads are a feature of Mark V Space Marine armour worn during the Horus Heresy period.

Space Marine Bike Sprue



I have a limited number of these kits on hand, and we will be getting more in next week, if you place a pre-order they will ship the week they arrive in.

Till next time!

Nick Villacci - Chapterhouse Studios LLC



http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060092
**Miniature designed by Jes Goodwin**

The main element of the Games Workshop heresy jet bike design that is missing from the Chapter house model is the swooping eagle design on the front. The concept sketch shows the swooping eagle design being removed from the bike.

## Gun elements

Multi-melta: as seen on Games Workshop vehicle models





Leman Russ Demolisher
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod50019a
Sculpted by Tom Walton and Dale Stringer
Released 2009

The meltagun is identifiable by its unique muzzle, a long cylinder with heat vents marked into it. The multi-melta is the heavy weapon equivalent, incorporating two of these muzzles one above the other.



**CHAPTERHOUSE**
STUDIOS

PILUM ATTACK JET BIKE WITH SIDE MOUNTED
BOLT GUNS




Heavy Bolter: as seen on Games Workshop vehicle models



Space Marine Attack Bike
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060100
Sculpted by Jes Goodwin and Norman Swales
Released 1997
The heavy bolter is a heavy version of the Boltgun. It is recognisable by its large
block body and round silver muzzle with a large hole in the side.



-The rules options for Space Marine attack bikes allow 2 weapon choices: Multi-melta or Heavy Bolter.



Multi-melta
+++Maxima pattern+++

p101 Codex Space Marines 2008. **(NH Wargear / Neil Hodgson / 2006)**
The meltagun is identifiable by its unique muzzle, a long cylinder with heat vents marked into it. The multi-melta is the heavy weapon equivalent, incorporating two of these muzzles one above the other.



Heavy Bolter
+++Astartes MK IVa+++

p101 Codex Space Marines 2008. **(NH Wargear / Neil Hodgson / 2006)**
The heavy bolter is a heavy version of the Boltgun. It is recognisable by its large block body and round silver muzzle with a large hole in the side.

-The rules options for Space Marine attack bikes allow 2 weapon choices: Multi-melta or Heavy Bolter.

| | | |
|---|---|---|
| | | -The model riding the bike is wearing Space Marine power armour. |
| 135 | **Alternative Heads for Tau Crisis Suits - Set #1**  | Head<br>Games Workshop product body used in promotional images<br><br>Tau XV8 Crisis Battlesuit<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060253<br>Sculpted by Jes Goodwin<br>Released 2001 |





Tau Battlesuit assembled and painted by the hobby team using all Games Workshop parts, in the pose and colour scheme of Chapterhouse's models.



Tau Crisis Battlesuit Commander (re-released in 2012 as 'Tau Battlesuit Commander Upgrade Pack')



A pewter set of 3 new alternative head sculpts designed to fit on the Games Workshop Tau Crisis or Broadside Battlesuits. Each set comes with 3 different robotic heads as well as a sprue of antenna to further modify the components.

Games Workshop Tau Crisis Suit model is shown for scale and example of use only and not included.

Components sold unpainted and unassembled.

http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat440287a&prodId=prod1620079a
Sculpted by Jes Goodwin and Mark Harrison
Released 2006



Forge World - TAU XV9-01 WITH FUSION CASCADES
http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-BATTLESUITS-AND-DRONES/TAU-XV9-01-WITH-FUSION-CASCADES.html
Sculpted by Daren Parrwood
On Sale 2005



Forge World - TAU BATTLESUIT COMMANDER SHAS'O R'ALAI WITH DRONES
http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-BATTLESUITS-AND-DRONES/TAU-BATTLESUIT-COMMANDER-SHAS-O-RALAI-WITH-DRONES.html
**Sculpted by Daren Parrwood**
On Sale 2005



p34 Codex Tau Empire 2005. (Neil Hodgson / 2005)



p45 Codex Tau Empire 2005. (MG228 / Mark Gibbons / 2005 )

| 136 | **Alternative Heads for Tau Crisis Suits - Set #2** | Head<br>Games Workshop product used in promotional images |



Tau XV8 Crisis Battlesuit
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060253
**Sculpted by Jes Goodwin**
Released 2001



Tau Crisis Battlesuit Commander
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1620079a
**Sculpted by Jes Goodwin and Mark Harrison**
Released 2006





Tau Battlesuit assembled and painted by the hobby team using all Games Workshop parts, in the pose and colour scheme of Chapterhouse's models.





A pewter set of 3 new alternative head sculpts designed to fit on the ==Games Workshop Tau Crisis== or ==Broadside Battlesuits==. Each set comes with 3 different robotic heads as well as a sprue of antenna to further modify the components.

==Games Workshop Tau== Crisis Suit model is shown for scale and example of use only and not included.

Components sold unpainted and unassembled.

Forge World - TAU XV9-01 WITH FUSION CASCADES
http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-BATTLESUITS-AND-DRONES/TAU-XV9-01-WITH-FUSION-CASCADES.html
**Sculpted by Daren Parrwood**
On Sale 2005



Forge World - TAU BATTLESUIT COMMANDER SHAS'O R'ALAI WITH DRONES
http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-BATTLESUITS-AND-DRONES/TAU-BATTLESUIT-COMMANDER-SHAS-O-RALAI-WITH-DRONES.html
**Sculpted by Daren Parrwood**
On Sale 2005



p34 Codex Tau Empire 2005. (Neil Hodgson / 2005)



p45 Codex Tau Empire 2005. **(MG228 / Mark Gibbons / 2005 )**

| 137 | **Heresy-Era Shoulder Pads for <mark>Terminators</mark> Type E - 2 pads** | Whole set<br>Games Workshop product used in promotional images<br>Pre-Heresy and Heresy Era Terminator shoulder pads |
|---|---|---|
| |  | |



This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad itself has leather segments flowing down and 2 distinct armored sections on the upper armor.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).



'Cataphractii' Space Marine Terminator concept sketch p189 'Horus Heresy: Collected Visions'
John Blanche



p274 Horus Heresy Collected Visions
**Andrea Uderzo**

These Heresy-era Terminator shoulder pads feature two layers of plate with metal ended hanging straps. The metal plates have a studded border and the top plate has a cut out section in the lower, outer corner.

| 138 | Heresy-Era Shoulder Pads for Terminators Type D - 2 pads | Whole set |
|-----|-----------------------------------------------------------|-----------|
| | | Games Workshop product used in promotional images |
| | | Pre-Heresy and Heresy Era Terminator shoulder pads |





This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has leather straps with metal rings on the ends flowing down and 2 distinct armored sections on the upper armor.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).



p78, Horus Heresy Collected Visions
Franz Vohwinkel

These Heresy-era Terminator shoulder pads protrude further out from the shoulders. The lower plate is mounted higher, level with the cut out section, rather than below it as seen in 137 above.

| 139 | Heresy-Era Shoulder Pads for Terminators Type B - 2 pads | Whole set |
|---|---|---|
| | | Games Workshop product used in promotional images |
| | | Pre-Heresy and Heresy Era Terminator shoulder pads |





This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has armor studs on the 2 upper armor surface and on the leather straps.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).



pp103 and 268 Horus Heresy Collected Visions
Ralph Horsley (left) and Kari Christensen (right)

These Heresy-era Terminator shoulder pads feature the bold studs that characterise Heresy era armour. They represent bolts that have been used to repair battle-damaged armour during the Heresy. See MKV power armour.

| 140 | Heresy-Era Shoulder Pads for Terminators Type C - 2 pads | Whole set<br>Games Workshop product used in promotional images |





This is a set of 2 pewter shoulder pads designed to fit on <mark>Games Workshops Space Marine</mark>® <mark>Terminator</mark> figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has leather straps flowing down and 2 distinct banded armored sections on the upper surface.

This component comes unpainted and is designed to fit on <mark>Games Workshop Space Marine</mark>® <mark>Terminator</mark> figures (figure shown for scale and one example of use only).



p274 Horus Heresy Collected Visions
Andrea Uderzo



MK1 'Thunder Armour' from
Armour Through the Ages



Armour Through the Ages
http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat520002a&prodId=prod1710010a
Miniature designed by Jes Goodwin

| 141 | **Heresy-Era Shoulder Pads for Terminators Type A - 2 pads** | Whole set<br>Games Workshop product used in promotional images |
| --- | --- | --- |



This is a set of 2 pewter shoulder pads designed to fit on <mark>Games Workshops Space Marine</mark>® <mark>Terminator</mark> figures. Each pad is designed in a style that will fit in with Heresy Era collections and the bad itself has draping armored segments flowing down and 3 distinct armored sections on the upper armor.

This component comes unpainted and is designed to fit on <mark>Games Workshop Space Marine</mark>® <mark>Terminator</mark> figures (figure shown for scale and one example of use only).



p274 Horus Heresy Collected Visions
Andrea Uderzo



MK1 'Thunder Armour' from
Armour Through the Ages

|  |  |  CITADEL FINECAST<br>Armour Through the Ages<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat520002a&prodId=prod1710010a<br>Miniature designed by Jes Goodwin |
|---|---|---|
| 142 | TRU-Scale Knight Praetorius "Order of the Empress's Tears" Conversion Kit - 6 | Whole set<br>Games Workshop product used in promotional images<br>Yellow armour with black and white checked patterns is the colour scheme of the Lamenters Space Marine Chapter.<br><br>They were created from the Blood Angels Chapter and so also use blood drop iconography. |







Lamenters.

(left) p80 Codex Blood Angels 2009
Model from Space Marine Tactical Squad
Model by Jes Goodwin
(right) p113 Imperial Armour Volume 9 The Badab War Part 1
Kenton Mills and Sam Lamont





Games Workshop Space Marines assembled and painted by the hobby team using all Games Workshop parts, in the pose and colour scheme of Chapterhouse's models.

The "Knights Praetorius" are the Empress' most loyal soldiers. Each order has a history as well as heraldry that is unique to its ranks. The Order of the Empress's Tears is named so because of the near annihilation the order faced when they were the sole defense for the Empress when her Flagship came under assault during the Battle of Permidian. Isolated and without support, the order was annihilated to almost the last soldier before reinforcements had arrived. Only 2 soldiers survived the Kin'rth attack against the Empress and her closest advisors. Because of this sacrifice, the Empress renamed the unit and the units heraldry includes the "red tears" of the empress as its main standard.

Each resin kit comes **unassembled and unpainted**. The 28 mm TRU-Scale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown*. Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.

| | | |
|---|---|---|
| | **Examples of assembled and painted models by Worthy Painting Artist Alistair Armes are available [here](#).** | |
| 143 | **TRU-Scale Knight Praetorius Conversion Kit -6**<br><br><br><br>The "Knights Praetorius" are the Empress' most loyal soldiers. Each is endowed with a touch of the Empress' psychic powers when admitted into the unit. While few in number, each is a match for 10 lesser men, the psychic unity with the Empress allows a measure of prescience as well as formidable endurance. Both men and woman are allowed to test to join the unit, but few survive this testing.<br><br>*In a future where knowledge and technology rule. Aliens and humans battle for resources over countless worlds in a race to the become the dominate power.* | See product 126<br>The model in the image comprises parts from:<br>• 'TRU-Scale Knight Praetorius Conversion Kit -6' (126),<br>• 'Open Fisted Power Claws Compatible with Games Workshop Space Marine Model' (321)<br>• 'Spikey Marine Heads' (79)<br>• 'Combi Weapon Magnetic Kit' (34)<br><br>Although they primarily produce 'bits' and conversion kits Chapterhouse now has enough of its own separate products to construct full models. |

| | | |
|---|---|---|
| | *Earth has been divided into two warring factions although each faction has claimed a whole system to rule over-, they continue to fight over who should rule over earth.*<br><br>*Queen Eva Kimlar is the leader of the Valnarian Empire, a powerful psyker that has merged psionics with technology. Kimlar is the manipulator of men and can influence their thoughts, it is almost impossible for a male to deceive her as she can see your innermost secrets in your eyes as if watching them play out on a screen. As a the strongest known psyker in existance she shares a link with her most loyal followers on a level a normal human could not comprehend. Her influence on peoples actions are stronger over men than women, thus she has to use her strong political skills and natural charisma to win over the female population.*<br><br>Each resin kit comes **unassembled and unpainted**. The 28 mm TRU-Scale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown*. Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.<br><br>Displayed model painted by Jose Veiga and incorporates kits from Chapterhouse Studios - **Spiky Marine Head**, **Open Fist Power Claws**, and **Combi-Flamer Component**<br><br>**Examples of assembled and painted models by Stephen Smith and consist of numerous components from different manufactures for the weapons, arms, heads and weapon effects are available here.** | |
| 144 | Werecroc 1 | Whole set |



"our first entry into the fantasy world line for Chapterhouse Studios."

CHAPTERHOUSE
STUDIOS

LIZARD-OGRE WITH
AX

SCULPTED BY
ROBERT
LIPPMAN



CITADEL FINECAST

Lizardmen Kroxigor
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1610066a
Sculpted by Martin Footitt
Released February 2009

A Kroxigor is a large Lizardmen creature, standing twice the height of normal Lizardmen warriors. The Lizardmen race has strong influences from several Mesoamerican civilisations. This unique combination of a lizard/man race and Mesoamerican culture is only found in Games Workshop's Warhammer Fantasy universe.



KK258_Lizardmen Weapons, Karl Kopinski - 2002
p70 'Warhammer Armies: Lizardmen' 2003

| 145 | Werecroc 2 | Whole set |



LIZARD-OGRE WITH CLUB

SCULPTED BY ROBERT LIPPMAN



Lizardmen Kroxigor
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1610066a
**Sculpted by Martin Footitt**
Released February 2009

A Kroxigor is a large Lizardmen creature, standing twice the height of normal Lizardmen warriors. The Lizardmen race has strong influences from several Mesoamerican civilisations. This unique combination of a lizard/man race and Mesoamerican culture is only found in Games Workshop's Warhammer Fantasy universe.



KK258_Lizardmen Weapons, Karl Kopinski - 2002
p70 'Warhammer Armies: Lizardmen' 2003



Lizardmen Saurus Warrior from 'Lizardmen Saurus Warrior Regiment'
p77 'Warhammer Armies: Lizardmen' 2008

Lizardmen Saurus Warrior Regiment
http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat440067a&prodId=prod820854
**Sculpted by Colin Grayson**
Released May 2003

| 146 | Iron Hand Nut Power Armor Pad | Size and shape of pad. Not surface decoration<br>Shoulder pad designed to fit on Games Workshop's Space Marine figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. |



This is a single pewter shoulder pad with a mechanical nut and cog teeth on the edge of the pad

Designed to fit on ==Games Workshop== ==Space Marine==® figures.

| 147 | Iron Hand Nut Terminator Pad | Size and shape of pad. Not surface decoration<br>Shoulder pad designed to fit on Games Workshop's Space Marine Terminator figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. It also uses the small central tab at the bottom of the pad which features on Games Workshop's Terminator shoulder pads. |
|---|---|---|



This is a single pewter shoulder pad with a mechanical nut and cog teeth on the edge of the pad

Designed to fit on Games Workshop Space Marine Terminator® figures.

| | | |
|---|---|---|
| 148 | **Winged Skull Power Armor Pad** | Size and shape of pad. Not surface decoration<br>Shoulder pad designed to fit on Games Workshop's Space Marine figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. |



This is a single pewter shoulder pad with fanged skull with wings on the surface.

Designed to fit on Games Workshop Space Marine® figures.

| 149 | | Whole set |





IMPERIAL FISTS CHAPTER

Shoulder pad rims show Company colour

Imperial Fists Space Marine Chapter
Neil Hodgson and Darius Hinks
p53 Insignium Astartes 2002



Hammers of Dorn Space Marine Chapter
The Chapter logo is a fist holding a hammer in front of a wreath.
Artwork from p57 The Art of Clint Langley

| 150 | Hammer of Dorn Terminator Pad | Whole set |
| --- | --- | --- |
| | | Imperial Fists Space Marine Chapter |



This is a single pewter shoulder pad with a fist holding a hammer on the surface.

Designed to fit on Games Workshop Space Marine Terminator® figures.



**Neil Hodgson and Darius Hinks**
p53 Insignium Astartes 2002



Hammers of Dorn Space Marine Chapter
The Chapter logo is a fist holding a hammer in front of a wreath.
Artwork from p57 The Art of Clint Langley

| | | |
|---|---|---|
| 151 | **V Power Armor Pad**<br><br>This is a single pewter shoulder pad with an V or roman numeral 5 on the shoulder and laurels.<br><br>Designed to fit on <mark>Games Workshop Space Marine</mark>® figures. | <span style="color:red">Size and shape of pad. Not surface decoration</span><br>Shoulder pad designed to fit on Games Workshop's Space Marine figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. |
| 152 | **V <mark>Terminator</mark> Pad** | <span style="color:red">Size and shape of pad. Not surface decoration</span><br>Shoulder pad designed to fit on Games Workshop's Space Marine Terminator figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. It also uses the small central tab at the bottom of the pad which features on Games Workshop's Terminator shoulder pads. |



This is a single pewter shoulder pad with an V or roman numeral 5 on the shoulder and laurels.

Designed to fit on ==Games Workshop== ==Space Marine== ==Terminator==® figures.

| 153 | **Power Armor Shoulder Pad for Scythes of the Emperor** | Whole set<br>The Scythes of the Emperor are Space Marine Chapter.<br>Their badge is two crossed yellow/gold scythes on a black background. |
|---|---|---|



This is a single pewter shoulder pad with a a pair of crossed biological scythes on the surface.

Designed to fit on Games Workshop Space Marine® figures.

| 154 | Scythes of the Emperor Terminator Shoulder Pad | Whole set<br>The Scythes of the Emperor are Space Marine Chapter.<br>Their badge is two crossed yellow/gold scythes on a black background. |
|---|---|---|



This is a single pewter shoulder pad with a a pair of crossed biological scythes on the surface.

Designed to fit on <mark>Games Workshop</mark> <mark>Space Marine</mark>® <mark>Terminator</mark> figures.

**Neil Hodgson**
p88 'How to Paint Space Marines' 2004

Note the backwards hook at the base of the scythes, and cut out section where the underside of the blade meets the haft.

| 155 | **Scaled Rimless Power Armor Pad** | Size and shape of pad. Not surface decoration |
| --- | --- | --- |
|  |  | Shoulder pad designed to fit on Games Workshop's Space Marine figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. |



This is a single pewter shoulder pad with scale patern and no rim.

Designed to fit on ==Games Workshop Space Marine==® figures.

| 156 | **Scaled ==Tactical== Power Armor Pad** | Shape of pad and use of arrow and trim. Not scales pattern<br>Tactical is a type of Space Marine squad. A Tactical squad will have an upward pointing arrow symbol on their right shoulder pad.<br><br>Games Workshop sells Tactical shoulder pads<br><br>http://www.games- |
|---|---|---|



This is a single pewter shoulder pad with scale patern and a Tactical Arrow on the surface with a rim on the edge.

Designed to fit on Games Workshop Space Marine® figures.

workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110189&rootCatGameStyle=

A Tactical squad member will have their squad number shown on their right shoulder pads. The squad number will be between 1-10.

The colours on the shoulder pad refer to a Chapter colour, ie, red and gold are the colours of the Blood Angels Space Marine Chapter. See product 4.

Neil Hodgson and Darius Hinks
Insignium Astartes 2002, page 32

| 157 | **Scaled with Rim Power Armor Shoulder Pad** | Size and shape of pad. Not surface decoration |
|-----|----------------------------------------------|------------------------------------------------|

This is Games Workshop's unique expression of a Sci-Fi Shoulderpad. Only GW's shoulderpads have the unique characteristics of

- o Covering from start of shoulder to above the elbow
- o Large border around outer edge
- o Left shoulderpad – squad markings
- o Right shoulderpad – Chapter symbol



Index Astartes III 2003, page 23
**(NH Ultramarines Graph / Neil Hodgson / 2001)**

This is a single pewter shoulder pad with scale patern and a rim.

Designed to fit on Games Workshop Space Marine® figures.

| 158 | **Hot Shot Lasgun Pack** | Gun muzzle<br>'Lasguns' are the standard weapon of the Imperial Guard infantryman. A key identifying feature of 'las' weapons is the angled end to the muzzle. |
| --- | --- | --- |



PAINTED BY JOSE VEIGA

This is a 2 piece metal model of a heavy laser and a power pack. Designed to be compitable with 28mm wargaming miniatures and can be used to convert Imperial Guard Storm Trooper models.



Imperial Guard Cadian Shock Troops
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod2070014
**Miniatures designed by Brian Nelson**



Lasgun with attached scope
p38 Codex Imperial Guard 2008
**(DH051 / Des Hanley / 1995 )**

Hot-shot lasguns/Hot-shot Laser Power pack

Hot-shot lasguns are lasguns which are able to fire more powerful shots due to being attached to a power pack.



p21, 'Codex Imperial Guard' ©1995
**DH064k Stormtrooper / Des Hanley / 1995**



Imperial Guard Storm Trooper Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod810031a
**Sculpted by Mark Bedford**
Released January 2000

Text from GW Website, emphasis added:

**Imperial Guard Storm Trooper Squad**

"The Imperial Guard has billions of soldiers at its disposal, from the disciplined regiments of Cadia to the rough and ready Catachan Jungle Fighters. Foremost amongst the soldiers of the Imperial Guard, however, are the elite Storm Trooper regiments - expert warriors raised to war in the unforgiving halls of the Schola Progenium. With the best training and mental discipline that the drill-masters of the Schola Progenium can provide, they are formidable soldiers. Clad in carapace armour and wielding fearsome <u>hot-shot lasguns</u> they are nigh unstoppable, a combat elite who are willing carry out their objectives whatever the cost.

This box set contains five metal Imperial Guard Storm Troopers, including: a Veteran Sergeant armed with a power sword and <u>hot-shot laspistol</u>, and four different Storm Troopers armed with hot-shot lasguns. Models supplied with 25mm round bases."

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod810031a

| 159 | **Shrike Conversion Kit for <mark>Tyranid Warrior Models</mark>** | Whole set<br>Games Workshop product used in promotional images |
|---|---|---|









This Chapterhouse Studios resin set contains 6 high detail modular components that fit with the current Games Workshop Tyranid Warriors kit that can be used to model a single flying monster. Please note this set does NOT include a Games Workshop Tyranid Warrior and is not a Games Workshop model.

Each kit contains 6 pieces:

Left and Right Wings that fit on the upper appendage slots

Left and Right replacement taloned legs

Upper and lower Head components

Please note while this kit is sculpted to fit an **unassembled** Tyranid Warrior kit, some modification may be necessary to the minute variations that are present in both the Games Workshop and



Tyranid Warrior Wings Conversion Kit
http://www.forgeworld.co.uk/Warhammer-40000/Tyranids/TYRANID-WARRIOR-WINGS-CONVERSION-KIT.html
Sculpted by Mark Bedford
On sale in 2006

| | | |
|---|---|---|
| | Chapterhouse models.<br><br>Model supplied unassembled and unpainted, <mark>Games Workshop Tyranid Warrior</mark> Model is necessary to assemble as shown.<br><br>Sculpted by Jae Lee & Tomas Fiertek, Painted by Jose Viega | |
| 160 | **Dark Elf Arch Torturess**<br> | Whole set<br><br>Urien Rakarth (This character is a Dark Eldar Haemonculous).<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1160052a<br>Sculpted by Juan Diaz<br>Released November 2010 |



DARK ELF
ARCH-TORTURESS

SCULPTED BY JAE
LEE AND TOMAS
FIERTEK

PAINTED BY JOSE VIEGA

Once a prisoner is taken by the Dark Elf forces, their destination is the dungeons of the dark lords and the hands of their master torturers. Skilled in all forms of pain, esoteric and physical, these "artist" are able to keep the vicitms alive so each possible moment of pain can be endured and captured for their masters.

Masters of dark surgeries, it is common for them to experiment on themselves. This path to "perfection" means that on the battlefield they are armed with all sort of pain-dealing weaponry as well as grotesque limbs.

Model is a two-part unpainted metal miniature. Comes with plastic base.

Sculpted by Jae Lee & Tomas Fiertek, Painted by Jose Viega



DG1222_Urien_Rakarth
Dave Gallagher - 2010
p54 Codex: Dark Eldar 2010

Dark Eldar are the Warhammer 40,000 equivalent of Dark Elves. Haemonculi are masters of torture and skilled in all kinds of pain. They capture the pain of their victims as it gives life to the Dark Eldar race. They experiment on alien captives and themselves often giving themselves extra limbs. On the battlefield they have access to unique pain inflicting weapons.

Note:
- The odd stance of the Haemonculi, feet together with the cloak curving round behind, hovering just off the floor.
- Butcher apron, green syringe, extra multi-jointed limbs limbs, clawed hand details.



SCULPTED BY JAE LEE AND TOMAS FIERTEK

PAINTED BY JOSE VEIGA

DARK ELF ARCH-TORTURESS



http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1190038a
Sculpted by Jes Goodwin
Released June 2011





AB977_Haemonculus, Alex Boyd - 2009
p37 Codex: Dark Eldar 2010

| 161 | Thunderstike Missile Rack | Games Workshop product used in promotional images |





Cyclone missile launcher – From the Space Marine Terminators Set





This kit consist on 1 missile rack with seperate targeter that is scaled for use on 28 mm figures.

This kit is designed to fit on the upper carapace of Games Workshop's Space Marine Terminator Models.

Components come unassembled and unpainted.

Sculpted by Tomas Fiertek, painted by Jose Veiga.

- Posted by 'Pyriel' Tomas Fiertek on Dakka Dakka advertising them with using Games Workshop Grey Knight Miniatures:

"Here is a WIP of how the green looked while I was working on it:





Space Marine Terminators
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060028
Miniatures designed by Jes Goodwin, Martin Footit and Dave Thomas.
Released 2005



| 162 |  Large Ammo Belts for Heavy Weapons - 3 | Designed to fit Grey Knights kit<br>Games Workshop product used in promotional images |
| --- | --- | --- |



This pewter set of 3 ammo belts is designed to fit on heavy bolter and psybolter components from Games Workshops Space Marine and Grey Knight products. The ammo bands are made of resin to allow flexibility with a lower chance of the peices breaking.

Sculpted by Tomas Fiertek and painted by Jose Veiga.

Models supplied unpainted and unassembled.

- Posted by 'Pyriel' Tomas Fiertek on Dakka Dakka advertising them with using Games Workshop Grey Knight Miniatures:

"As for the ammo bands I also use them on my GK minis:



Grey Knights
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1160009a
Sculpted by Georgio Bassani, Matt Holland and Martin Footitt
Released April 2011





| 163 | **Heraldric Knight Shoulder Pads - 5** | Whole set<br>Not surface decoration just shape of pad<br>This is Games Workshop's unique expression of a Sci-Fi Shoulderpad.  Only GW's shoulderpads have the unique characteristics of<br><br>o   Covering from start of shoulder to above the elbow<br>o   Large border around outer edge<br>o   Left shoulderpad – squad markings<br>o   Right shoulderpad – Chapter symbol |



Index Astartes III 2003, page 23
**(NH Ultramarines Graph / Neil Hodgson / 2001)**



# Exhibit B

| | Chapterhouse Accused Products | Games Workshop New Allegedly Infringed Works | Pre-Existing Reference Materials |
|---|---|---|---|
| 124 | Abbithan Banshees Guardswoman 28mm figures – 10  | Whole set<br>Games Workshop product arms and weapons used in promotional images<br><br>Imperial Guard Cadian Heavy Weapons Squad<br>http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?catId=cat440249a&prodId=prod1080043<br>Sculpted by Brian Nelson and Tim Adcock<br>Released September 2003 | The basic figure created by GW is a common representation of near future infantry soldiers from pre-existing works.<br><br>Kill Zone, Grenadier Models (1993) |





This resin conversion kit contains 12 torsos, 12 legs, 12 heads, 12 backpacks and enough bases to assemble a 12 woman unit of Abbithan Banshees Guardswoman. Models are scaled for 28mm wargames. Models do not come with arms and weapons.

Display models shown assembled with Games Workshop Cadian Imperial Guard arms and weapons for compatibility purposes.

(Chapterhouse Studios recommends Games Workshop Imperial Guard weapons and arms, in particular Cadian Imperial Guardsman arms)

Imperial Guard Cadian Shock Troops





**Figure 1 - Sculpted by Brian Nelson**
http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?prodId=prod2070014
**Released July 2003.**

The arms and weapons from this kit have been used on the Chapter House 'Abbithan Banshees'



**Science Fiction Analog (1977)**

http://chapterhousestudios.com/index.php?route=product/product&path=77&product_id=163



**Figure 2 - Cadian Shock Troops painted by the hobby team.**

Cadian Shock Troops assembled and painted by the hobby team using all Games Workshop parts, in the pose and colour scheme of Chapterhouse's models.



**Figure 3 - Cover art, Codex Imperial Guard 2008. (DG1180 / Dave Gallagher / 2008 )**



**Science Fiction Analog (1973)**



Figure 4 - p37 'Codex: Imperial Guard' 2008
PD459_Guardsman, Paul Dainton, 2008

Science Fiction Analog (1976)

| | |  |
| --- | --- | --- |
| | | Robert Heinlein (1979)    Robert Heinlein (1986) |

Robert Heinlein (1994)    Robert Heinlein (1979)



Robert Heinlein (1980)

| | | |  |
|---|---|---|---|
| | | | Robert Heinlein (1987) |
| 125 | Large Oval Sandworm Base | There are no IP concerns with this base. | |

This is a single large resin base that matches the same outside dimensions as the Games Workshop Monster Oval Base.

This base features rocky terrain and alien sand worms.

This product is sold unpainted and should be washed in cool, soapy water prior to painting.

http://chapterhousestudios.com/index.php?route=product/product&path=117_116&product_id=179

| 126 | **TRU-Scale Knight Praetorius Conversion Kit – 6** | Space Marines http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?prodId=prod1060074 | The Space Marine characters identified by GW in this entry are derived from a plethora of prior sources, including: |



http://chapterhousestudios.com/index.php?route=product/product&product_id=204



Figure 5 - Sculpted by Jes Goodwin
Released October 1998.



Figure 6 - p28 Codex Space Marines 2008.
(NH Marine / Neil Hodgson / 2008 )

Space Marine in MKVII power armour.



Science Fiction Analog (1974)



Robert Heinlein (1986)



Space Marine from the White Scars Chapter in MKVII power armour
p28 Codex Space Marines 2008
**(NH Marine / Neil Hodgson / 2008 )**



Space Marine legs taken from the following Squad sets:
Space Marine Tactical Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060074
(**Jes Goodwin** released 1998);

Space Marine Devastators Squad



Robert Heinlein (1994)



Robert Heinlein (1987)



http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060104 (**Jes Goodwin, Seb Perbert and Tim Adcock** released 2007);
Space Marine Sternguard Veteran Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1160097a
(**Juan Diaz** released 2008);



Space Marine Torsos from:
Space Marine Tactical Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060074
(**Jes Goodwin** released 1998);
Space Marine Devastator Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060104
(**Jes Goodwin, Seb Perbert and Tim Adcock** released 2007)



Science Fiction Analog (1978)