**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED, ) <br> ) <br> Plaintiff, ) <br> ) Case No. 1:10-cv-08103 <br> v. ) <br> ) <br> CHAPTERHOUSE STUDIOS LLC, ) <br> ) Honorable Matthew F. Kennelly <br> Defendant. ) | |

**LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS NOT IN DISPUTE IN
SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56(c) and LR56.1, Defendant Chapterhouse Studios LLC ("CHS"), by and through its counsel, sets forth the undisputed facts supporting CHS's Motion for Summary Judgment as follows:

**PARTIES**

1. **Plaintiff Games Workshop Limited ("GW") is a United Kingdom corporation and a subsidiary of Games Workshop Group PLC.**

   Dkt. No. 261 at ¶ 1 (Second Amended Complaint).

2. **Defendant CHS is a Texas limited liability company whose address is 3930 Glade Road, Suite 108 # 174, Colleyville, Texas, 76034.**

   Dkt. 261 at ¶ 2.

**JURISDICTION**

3. **This Court has subject matter jurisdiction over the claims pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338, and supplemental jurisdiction over claims arising under the statutory and common law of the State of Illinois pursuant to 28 U.S.C. § 1367 (a) because the state law claims are so related to the federal claims that they form part of the same case or controversy.**

1

Dkt. No. 261 at ¶ 5.

4. **Pursuant to Federal Rule of Civil Procedure 12(h), CHS waived its objections to personal jurisdiction and venue by responding to GW's complaint.**

Dkt. No. 266 (CHS's Answer to GW's Amended Complaint).

## GW'S COPYRIGHT CLAIMS

5. **GW amended its complaint on December 10, 2012 to add a number of new claims. On January 14, 2011, GW served a chart entitled Games Workshop Claim Chart for Newly Accused Products – January 11, 2013 (the "New Product Claim Chart") identifying, for each of CHS's newly accused products, the copyrights allegedly infringed.**

Dkt. 261

Cooper Decl. at:

- **¶ 2, Ex. 1**: GW New Product Claim Chart

6. **Product entries 146, 147, 148, 151, 152, 155, 157, and 163 in GW's New Product Claim Chart are for alleged infringement of GW shoulder pad works. GW claims that these CHS products infringe because they "us[e] the oversized dimensions of Games Workshop's iconic shoulder pad design." The purportedly copyrightable element of these shoulder pads is limited to the "[s]ize and shape of [the] pad" and "[n]ot [the] surface decoration."**

Cooper Decl. at:

- **¶ 2, Ex. 1**: GW New Product Claim Chart, at product entries 146, 147, 148, 151, 152, 155, 157, and 163

7. **The CHS shoulder pad at product entry 156 in the New Product Claim Chart also allegedly infringes the "use of arrow and trim" in addition to the "shape of pad."**

Cooper Decl. at:

- **¶ 2, Ex. 1**: GW New Product Claim Chart, at product entry 156

## DR. GRINDLEY'S EXPERT TESTIMONY

8. **CHS engaged Dr. Carl Grindley to examine GW's new claims and offer his expert opinion on whether there were substantial similarities between the GW and CHS**

2

   **products and whether—to the extent any similarities existed—any shared design elements originated in pre-existing historical, medieval, cinematic, and/or science fiction sources.**

   Cooper Decl. at:

   - **¶ 4, Ex. 3**: C. Grindley Expert Report at ¶ 1
   - **¶ 5, Ex. 4**: C. Grindley Dep. Tr. at 30:13-19

9. **In collecting works that "pre-existed" the GW New Allegedly Infringed Works at issue, Dr. Grindley used the release date of each product given by GW in its New Product Claim Chart. In many cases, the reference materials he collected predated *any* GW product for the Warhammer 40k universe.**

   Cooper Decl. at:

   - **¶ 4, Ex. 3**: C. Grindley Expert Report at ¶ 1, n.1
   - **¶ 2, Ex. 1**: GW New Product Claim Chart

10. **Dr. Grindley is a tenured associate professor of English at Eugenio Maria de Hostos Community College and consortial professor at The City University of New York. His academic training has included extensive research and publication on popular culture's appropriation of Medieval tropes and he regularly teaches classes on science fiction literature and film.**

    Cooper Decl. at:

    - **¶ 4, Ex. 3**: C. Grindley Expert Report at ¶¶ 4-12, Ex. C
    - **¶ 5, Ex. 4**: C. Grindley Dep. Tr. at 12:12-13:4

11. **The general shape of the GW Space Marine shoulder pad has been around for hundreds of years. Armorers long ago identified what is roughly a quarter of a sphere as being one of the best ways to protect and cover the shoulders, and this shape can be seen in pauldrons dating back to the 15th century.**

    Cooper Decl. at:

    - **¶ 4, Ex. 3**: C. Grindley Expert Report at ¶ 34

12. **An example of a disproportionately large and oversized medieval shoulder pad can be seen in Dr. Grindley's expert report:**



Cooper Decl. at:

- **¶ 4, Ex. 3**: C. Grindley Expert Report at ¶ 34
- **¶ 6, Ex. 5**: CHS_EXPERT00000013.
- **¶ 5, Ex. 4**: C. Grindley Dep. Tr. 225:24-226:21

13. **The use of disproportionately large shoulder pads predates both the Games Workshop products listed as New Allegedly Infringed Works as well as *any* Games Workshop Space Marine product with shoulder pads.**

    Cooper Decl. at:

    - **¶ 4, Ex. 3**: C. Grindley Expert Report at ¶ 35

14. **In the 1979 movie *Alien*, characters wore armored space suits with shoulder pads nearly the size of the actors' heads:**



Nostromo Environmental Armor, Alien (1979)

4

Cooper Decl. at:

- **¶ 4, Ex. 3**: C. Grindley Expert Report at ¶ 35
- **¶ 7, Ex. 6**: CHS_EXPERT00001597-1600 at 1599

15. **Various comic book characters published in the 1980s, before the creation of Games Workshop's New Allegedly Infringed Work shoulder pad products, were often styled after medieval knights with large shoulder pads.**

    Cooper Decl. at:

    - **¶ 4, Ex. 3**: C. Grindley Expert Report at ¶ 37

16. **The Marvel Comic book character Michael Devlin wore large pauldrons as part of his costume, which is very similar to the shape and proportions of the shoulder pad on Games Workshop's Space Marine figures:**

     

    Michael Devlin, Marvel Comics (1988)    Games Workshop Space Marine, Product Entry #126

    Cooper Decl. at:

    - **¶ 4, Ex. 3**: C. Grindley Expert Report at ¶ 35
    - **¶ 8, Ex. 7**: CHS_EXPERT00001611-12

17. **Robert Heinlein provided a source of pre-existing references for the GW Space Marine, including with respect to oversized and disproportionately large shoulder pads:**

5



Robert Heinlein (1980)



Robert Heinlein (1987)

Cooper Decl. at:

- **¶ 4, Ex. 3**: C. Grindley Expert Report at ¶ 38
- **¶ 9, Ex. 8**: CHS_EXPERT00000010-11

18. **Dr. Grindley provided several examples of non-GW futuristic miniature soldiers that were designed with oversized, disproportionately large shoulder pads, one of which (the Asgard miniature) was created in 1983, before *any* GW Space Marine:**



**SM5 Shock Trooper with Force Axe, Asgard Miniatures (1983)**

**Attila III Cuirassier, Mutant Chronicle Heartbreaker Miniatures (1994)**

Cooper Decl. at:

6

- **¶ 4, Ex. 3**: C. Grindley Expert Report at Ex. B, p. 19-20
- **¶ 10, Ex. 9**: CHS_EXPERT00001749-50
- **¶ 11, Ex. 10**: CHS_EXPERT00001787-90

19. **The design element of unusually large proportional size is not new for shoulder pads and was not conceived or originally expressed by GW.**

    Cooper Decl. at:

    - **¶ 9, Ex. 8**: CHS_EXPERT00000010-11; **¶ 5, Ex. 4**: C. Grindley Dep. Tr. at 193:18-23 (Q: So other than the existence of a shoulder pad -- A: Of an oversized shoulder pad. Q: You believe that's an oversized shoulder pad [referring to the Starship Troopers images above]? A: Yes.)
    - **¶ 12, Ex. 11**: CHS_EXPERT00000029; **¶ 5, Ex. 4**: C. Grindley Dep. Tr. at 197:197:3-12 (Q: This is another depiction of a person inside a powered suit of armor? A: Yes. Q: That's different than Games Workshop's? A: Except for this one, also you get a more massive scale for the shoulder armor. Q: A different design than Games Workshop's shoulder pad, correct? A: They are different in design but not in degree.)
    - **¶ 13, Ex. 12**: CHS_EXPERT00001728-34 at 31; **¶ 5, Ex. 4**: C. Grindley Dep. Tr. at 203:14-16 ("It is, however, hemispherical, oversized, and as far as I could tell would be nonfunctional.").

20. **The presence of oversized, disproportionately large shoulder pads is common to science fiction tropes.**

    Cooper Decl. at:

    - **¶ 5, Ex. 4**: C. Grindley Dep. Tr at 51:5-11
    - **¶ 4, Ex. 3**: C. Grindley Expert Report at ¶¶ 34-42

21. **GW did not submit a rebuttal expert to Dr. Grindley's report.**

    Cooper Decl. at:

    - **¶ 14**
    - **¶ 5, Ex. 4**: C. Grindley Dep. Tr. 357:6-9

### PRODUCT 156, SCALED TACTICAL POWER ARMOR PAD

22. **GW alleges it is additionally entitled to copyright protection for its shoulder pad product at entry 156 for its "use of arrow and trim."**

    Cooper Decl. at:

7

- **¶ 2, Ex. 1**: GW New Product Claim Chart, at product entry 156

23. **The width of the arrow base on CHS's product is wider than the picture of GW's product and narrower than the drawing done by Neil Hodgson and Darius Hinks. Likewise, the width of the top arrow section is larger on CHS's product.**

    Cooper Decl. at:

    - **¶ 2, Ex. 1**: GW New Product Claim Chart, at product entry 156

## COPYRIGHT OFFICE CORRESPONDENCE

24. **GW filed a copyright application with the United States Copyright Office for the GW work "Assault Squad Shoulder Pads," which is a shoulder pad with the "arrow cross" or "X" design.**

    Dkt. 261, Ex. A

    Cooper Decl. at:

    - **¶ 3, Ex. 2**: Second Revised Claim Chart, product entries 46, 47, and 48
    - **¶ 15**
    - **¶ 16, Ex. 13**: Certified copy of GW Correspondence with Copyright Office
    - **¶ 17, Ex. 14:** GW0011427-28
    - **¶ 18, Ex. 15**: GW0016843-45

25. **The Copyright Office Registration Specialist refused GW's application for the size and shape of the "Assault Squad Shoulder Pads" work.**

    Cooper Decl. at:

    - **¶ 16, Ex. 13**: Certified copy of GW Correspondence with Copyright Office at 3 (June 7, 2012 email from Copyright Office to Moskin) ("we cannot register the sculpture portion as it is too minimal.")
    - **¶ 16, Ex. 13**: Certified copy of GW Correspondence with Copyright Office at 4 (June 26, 2012 email from Moskin to Copyright Office) (GW "propose[d] speaking with" the Specialist about the "sculptural elements")
    - **¶ 16, Ex. 13**: Certified copy of GW Correspondence with Copyright Office at 7 (November 7, 2012 email from Copyright Office to Moskin) ("The email stated that the 'sculpture' was to [sic] minimal (it is basically an "X") and could not be registered")
    - **¶ 16, Ex. 13**: Certified copy of GW Correspondence with Copyright Office at 10 (December 7, 2012 email from Moskin to Copyright Office) ("I wanted to point out that in a recent decision, the US District Court for the Northern District of Illinois ruled that the basic shape of the Games Workshop shoulder pad is

copyrightable (even without surface ornamentation). I would be happy to get you a copy of the decision.")

- **¶ 17, Ex. 14:** GW0011427-28 (December 11, 2012 email from Copyright Office to Moskin) ("this particular shoulder pad submitted is not copyrightable. it [sic] is simply circular, with an x or plus sign on it.")

26. **The Copyright Office Supervisory Registration Specialist affirmed the Registration Specialist's refusal to register GW's "Assault Squad Shoulder Pads" work and issued a formal rejection letter.**

    Cooper Decl. at:

    - **¶ 17, Ex. 14:** GW0011427 (December 27, 2012 email from Copyright Office to Moskin) ("We did receive your message with information about the court decision . . . I've taken over both cases for the specialist who is on extended leave . . . I will examine the materials submitted with this claim . . . and will make a determination shortly.")
    - **¶ 18, Ex. 15**: GW0016843-45 (January 4, 2013 letter from Copyright Office to Moskin) (Copyright Office could not register the Assault Squad Shoulder Pads because it "lack[ed] the authorship necessary to support a copyright claim.")

27. **In denying GW's application, the Copyright Office noted that a copyrightable work "must possess[] at least a minimal degree of creativity." (citing** *Feist Publications v. Rural Telephone Service Co.***, 499 U.S. 340 (1991)). The Copyright Office wrote, "After careful consideration, we have determined that this particular work will not support a claim to copyright for 2-Dimensional artwork or sculpture under the standards described above."** *Id.* **This determination appears to have included "deposit materials." The Copyright Office concluded, "no response is necessary."**

    Cooper Decl. at:

    - **¶ 18, Ex. 15**: GW0016843-45 (January 4, 2013 letter from Copyright Office to Moskin)

28. **At the January 14, 2013 hearing on CHS's First Motion for Reconsideration, GW's counsel Mr. Moskin represented that all correspondence with the Copyright Office had been produced. Ten days earlier, however, the Refusal Letter was sent, and CHS had not been provided the letter.**

    Cooper Decl. at:

    - **¶ 19**
    - **¶ 18, Ex. 15**: GW0016843-45 (January 4, 2013 letter from Copyright Office to Moskin)

29. **Although CHS's counsel requested that it immediately be provided with the refusal

9

**letter once GW's attorney received it, GW's counsel refused to provide it until, as he put it, GW "decide[d] on how to respond." Ultimately, CHS counsel did not receive the letter until January 31, 2013, the same day GW submitted its Notice of Filing.**

Cooper Decl. at:

- **¶ 21, Ex. 16**:

30. **On January 31, 2013, GW submitted a "Notice of Filing" to inform the Court that it was responding to the January 4, 2013 Copyright Office rejection.**

Dkt. 275

Cooper Decl. at:

- **¶ 20**

31. **GW's January 31, 2013 Letter to the Copyright Office stated that, although aware of its administrative remedies to appeal the refusal by the Copyright Office Supervisory Registration Specialist, it had decided not to pursue the matter further with the Copyright Office, believing it "more efficient to simply allow the Court to decide the matter."**

Dkt. 275, Ex. 1 at GW0016847.

32. **Having foregone its administrative right to appeal the refusal with the Copyright Office, the Copyright Office's Refusal Letter should be deemed final.**

37 C.F.R. § 202.5.

Dated: March 4, 2013

Respectfully submitted,

/s/ Bryce A. Cooper

Jennifer A. Golinveaux (CA Bar No. 203056)
Dean A. Morehous (CA Bar No. 111841)
K. Joon Oh (CA Bar No. 246142)
Thomas J. Kearney (CA Bar No. 267087)
    WINSTON & STRAWN LLP
    101 California Street
    San Francisco, CA 94111-5802
    Phone: (415) 591-1000
    Fax: (415) 591-1400

>jgolinveaux@winston.com
>dmorehous@winston.com
>koh@winston.com
>tkearney@winston.com

Imron T. Aly (IL Bar No. 6269322)
Bryce A. Cooper (IL Bar No. 6296129)
>WINSTON & STRAWN LLP
>35 West Wacker Drive
>Chicago, IL 60601-1695
>Phone: (312) 558-5600
>Fax: (312) 558-5700
>bcooper@winston.com

Julianne M. Hartzell (IL Bar No. 6275093)
Sarah J. Kalemeris (IL Bar No. 6303644)
>MARSHALL, GERSTEIN & BORUN LLP
>233 S. Wacker Drive
>Willis Tower Suite 6300
>Chicago, IL 60606
>Phone: (312) 474-6300
>Fax: (312) 474-0448
>jhartzell@marshallip.com
>skalemeris@marshallip.com

**CERTIFICATE OF SERVICE**

      I, Bryce A. Cooper, an attorney, hereby certify that on March 4, 2013, I caused to be filed electronically the foregoing LOCAL RULE 56.1 STATEMENT OF MATERIAL FACTS NOT IN DISPUTE IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

                                                              /s/ Bryce A. Cooper