# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br>　　　　　　　　　　　Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

**PLAINTIFF GAMES WORKSHOP'S MOTION FOR SUMMARY JUDGMENT IN PART**

Games Workshop Limited hereby moves for summary judgment in part under Fed.R.Civ.P. Rule 56 (i) finding that Chapterhouse is without standing to challenge Games Workshop's ownership of copyright in all of the works at issue herein; (ii) confirming that Games Workshop has made prior use in commerce of its trademarks; (iii) dismissing defendant's affirmative defenses of fraud on the Copyright Office and the Trademark Office; (iv) dismissing defendant's defense of copyright fair use; (v) dismissing defendant's affirmative defense of preemption; and (vi) dismissing defendant's remaining affirmative defenses. This motion is supported by the accompanying declaration of Jonathan E. Moskin, Plaintiff's Statement of Undisputed Fact and the accompanying Memorandum of Law.

Dated: March 4, 2013                    Respectfully submitted,

                                                   /s/ Jonathan E. Moskin

                                                   Jason J. Keener (Ill. Bar No. 6280337)
                                                   FOLEY & LARDNER LLP
                                                   321 North Clark Street, Suite 2800
                                                   Chicago, IL 60654-5313
                                                   Telephone: 312.832.4500
                                                   Facsimile: 312.832.4700
                                                   Email: jkeener@foley.com;

                                                   Jonathan E. Moskin
                                                   FOLEY & LARDNER LLP
                                                   90 Park Avenue
                                                   New York, New York 10016
                                                   Telephone: (212) 682-7474
                                                   Facsimile: (212) 687-3229
                                                   Email: jmoskin@foley.com

                                           *Attorneys for Plaintiff*
                                           *Games Workshop Limited*

4845-1197-7747.1

## **CERTIFICATE OF SERVICE**

       I, Jonathan E. Moskin, an attorney, hereby certify that on March 4, 2013, I caused to be filed electronically the foregoing MOTION FOR SUMMARY JUDGMENT IN PART with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

      /s/ Jonathan E. Moskin
      Jonathan E. Moskin