IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>                Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br>                Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

**GAMES WORKSHOP'S STATEMENT OF UNDISPUTED MATERIAL FACT**

      1.      Chapterhouse has produced in discovery no evidence that it has acquired any rights from any of the Games Workshop authors in question and has asserted no claim in this action concerning any such possible rights. (Moskin Dec. ¶ 2.)

      2.      One of the former employees for whom Games Workshop was unable to obtain a confirmatory assignment, Robert Naismith, who sculpted the first Space Marine figure in 1985 as well as the earliest Games Workshop Rhino and Landraider vehicles, confirms that he did so as an employee with all rights belonging to Games Workshop. (Naismith Tr. P. 54 l. 3 – 55 l. 22; Moskin Decl. Ex. A.)

      3.      Chapterhouse admits that 87 of the 107 trademarks and logos identified in Games Workshop's Third Supplemental Response to Chapterhouse Studio's Interrogatory 18 were used in commerce by Games Workshop before Chapterhouse began using the subject names in reference to its own products. (2/20/013 Villacci Tr. 167 l. 5 – 170 l. 6; Moskin Decl. Exs. B and C.)

4823-4450-4083.1

4. Chapterhouse admits that of the remaining 20 trademarks and logos identified in Games Workshop's Third Supplemental Response to Chapterhouse Studio's Interrogatory 18, all were used (even if not in commerce) by Games Workshop before Chapterhouse began using the subject names in reference to its own products. (2/20/013 Villacci Tr. 170 l. 17 – 173 l. 4; Moskin Decl Ex. B.)

5. As set forth in Chapterhouse's Supplemental Response to Games Workshop's Interrogatory 8 in the second phase of the litigation (alternate number 24), attached hereto as Exhibit D, Chapterhouse has not set forth facts to support any of its affirmative defenses. (Moskin Decl. Ex. D.)

6. As set forth in Chapterhouse's Second Supplemental Response to Games Workshop's Interrogatory 13 in the first phase of the litigation attached hereto as Exhibit E Chapterhouse has not set forth facts to support any of its affirmative defenses. (Moskin Decl. Ex. E).

7. Attached hereto as Exhibit(s) F is a true copy of Games Workshop's Copyright Registration No. VA1-824-668 for the Flesh Tearer shoulder pad (dated March 8, 2012). (Moskin Decl. Ex. F).

8. As set forth in the January 4, 2013 declaration of Jonathan Moskin opposing Chapterhouse's motion for reconsideration (Dkt No. 270-1) attached hereto as Exhibit G, Games Workshop made no false or misleading statements to the Copyright Office in the course of applying to register its Assault Squad Shoulder Pad design and in declining to register the work, the Copyright Office did not, at any rate, rely on any statements made by Games Worskhop.

4823-4450-4083.1

9. As set forth in paragraph 20 of Games Workshop's August 14, 2012 Statement of Undisputed Material Facts (Dkt No. 213-2), in a July 18, 2011 webcast (posted well after commencement of this action), Mr. Villacci explained that his method of generating new product ideas is to derive them directly from Games Workshop's publications – particularly where Games Workshop has not yet launched a product to fill the perceived demand among players. (Sometimes these are also in response to customer requests.) In his own words, and in response to a question from the interviewer as to how he decides to launch new products, Mr. Villacci admits:

> We put ourselves in the position of the player out there who doesn't have a lot of options. He's read the book and says, hey cool, you know. You really fall in love with Soul Drinkers or you play a ton of war games and you fall in love with Blood Ravens[1] and you want to do something to use them on the table but there's no option.

See http://www.tangtwo.com/11thcompany/episodes.cfm, Episode 78 at 2:15:09 - 2:16:11.

10. As set forth in paragraph 22 of Games Workshop's August 14, 2012 Statement of Undisputed Material Facts (Dkt No. 213-2), the Chapterhouse website includes a disclaimer of association with Games Workshop (but with no other entity) and also the following admission (which was expanded to its current format during the pendency of this litigation):

> Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk,

---

[1] The Blood Ravens is an established chapter of the Space Marines. (Dkt 213-4 Ex. 1, Merrett Decl. 1 at ¶ 15)

3

>Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.
>(Ex. 18 at 3)

11. As set forth in paragraph 24 of Games Workshop's August 14, 2012 Statement of Undisputed Material Facts (Dkt No. 213-2), Mr. Villacci claims  (Ex. 21 at 51: 8-11), but instead ▬▬▬▬▬ (Id. at 49:22–51: 18). One of the designers succinctly explained the process:

>A: He [Villacci] wants the icon to be recognizable but still interesting.
>

4823-4450-4083.1

███████████████

(Ex. 22, Traina Dep. at 66:17-67:14, 94:16-23, 103:24-105:8)

12. As set forth in paragraph 25 of Games Workshop's August 14, 2012 Statement of Undisputed Material Facts (Dkt No. 213-2), Mr. Villacci himself explained the process in one of the on-line forums where Chapterhouse advertises and promotes its goods. In response to a request from a potential customer to make products for the Iron Hands Space Marines,[2] Mr. Villacci wrote: "We have been considering that chapter for a while, we just need to be able to create an icon similar enough to the real GW icon while being acceptable to players as well, but we can't copy the GW one straight on …it's a tricky thing." (Ex. 23, Heresy-Online.net 10/24/09 at 3)

13. As set forth in paragraph 28 of Games Workshop's August 14, 2012 Statement of Undisputed Material Facts (Dkt No. 213-2), and as Mr. Villacci explained to one designer (Jeff Nagy, who created various shoulder pads; doors for vehicle kits, the javelin class jet bike and other items) (Ex. 17, Supp Resp to Interrog 3): ███████████████ (Ex. 25, JN001310)

14. As set forth in paragraph 29 of Games Workshop's August 14, 2012 Statement of Undisputed Material Facts (Dkt No. 213-2), Mr. Villacci likewise explained to Mr. Nagy on June 17, 2009: ███████████

---

[2] Iron Hands is another Games Workshop created Space Marine Chapter. (Dkt 213-4 Ex. 1, Merrett Decl. at ¶ 15)

███████████████████████████████████████████████████████████████

███████████████████████████ (Ex. 26, JN00087-88)

Dated: March 4, 2013               Respectfully submitted,
                                   /s/ Jonathan E. Moskin

                                       Jason J. Keener (Ill. Bar No. 6280337)
                                       FOLEY & LARDNER LLP
                                       321 North Clark Street, Suite 2800
                                       Chicago, IL 60654-5313
                                       Telephone: 312.832.4500
                                       Facsimile: 312.832.4700
                                       Email: jkeener@foley.com

                                       Jonathan E. Moskin
                                       FOLEY & LARDNER LLP
                                       90 Park Avenue
                                       New York, New York 10016
                                       Telephone: (212) 682-7474
                                       Facsimile: (212) 687-3229
                                       Email: jmoskin@foley.com

                                   *Attorneys for Plaintiff*
                                   *Games Workshop Limited*

## **CERTIFICATE OF SERVICE**

    I, Jonathan E. Moskin, an attorney, hereby certify that on March 4, 2013, I caused to be filed electronically the foregoing GAMES WORKSHOP'S STATEMENT OF UNDISPUTED MATERIAL FACTS with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

                                                                    /s/ Jonathan E. Moskin
                                                                      Jonathan E. Moskin