**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br>　　　　　　　　　　　　Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

**DECLARATION OF JONATHAN MOSKIN IN SUPPORT
OF MOTION FOR SUMMARY JUDGMENT IN PART**

I, Jonathan Moskin, hereby declare:

1. I am a partner with the firm, Foley & Lardner LLP, attorneys for Plaintiff Games Workshop Limited, and am admitted *pro hac vice* in this matter. I have personal knowledge of the matters set forth below.

2. Chapterhouse has produced in discovery no evidence that it has acquired any rights from any of the Games Workshop authors in question and has asserted no claim in this action concerning any such possible rights.

3. Attached hereto as Exhibit A are excerpts from the deposition of Robert Naismith, conducted February 25, 2013 in Nottingham, England.

4. Attached hereto as Exhibit B and C are excerpts from the deposition of Nicholas Villacci, conducted February 20, 2013 in Dallas, Texas and Plaintiff's Exhibit 188 marked at the deposition.

1

4827-1157-2499.1

5. Attached hereto as Exhibit D is a true copy of Chapterhouse's Supplemental Response to Games Workshop's Interrogatory 8 in the second phase of the litigation (alternate number 24).

6. Attached hereto as Exhibit E is a true copy of Chapterhouse's Second Supplemental Response to Games Workshop's Interrogatory 13 in the first phase of the litigation (Moskin Decl. Ex. E).

7. Attached hereto as Exhibit(s) F is a true copy of Games Worskhop's Copyright Registration No. VA1-824-668 for the Flesh Tearer shoulder pad (dated March 8, 2012). Games Workshop unintentionally omitted reference to this registration either in the course of briefing the parties' prior cross-motions for summary judgment or in opposing Chapterhouse's motion for reconsideration.

8. Attached hereto as Exhibit G is my January 4, 2013 declaration opposing Chapterhouse's motion for reconsideration (Dkt No. 270-1).

I hereby declare under penalty of perjury this 4th day of March, 2013 that the foregoing is true and correct.

/s/ Jonathan E. Moskin
Jonathan E. Moskin

## **CERTIFICATE OF SERVICE**

      I, Jonathan E. Moskin, an attorney, hereby certify that on March 4, 2013, I caused to be filed electronically the foregoing DECLARATION OF JONATHAN MOSKIN with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

                                          /s/ Jonathan E. Moskin
                                              Jonathan E. Moskin