# EXHIBIT C

## Keener, Jason J.

| | |
|---|---|
| **From:** | Moskin, Jonathan |
| **Sent:** | Wednesday, January 16, 2013 7:48 PM |
| **To:** | Cooper, Bryce A. |
| **Cc:** | Keener, Jason J.; Golinveaux, Jennifer A.; Sarah Kalemeris; Julianne M. Hartzell |
| **Subject:** | Re: GW / CHS Meet and Confer |

**Attachments:** image001.jpg

We understand you want to discuss the issues raised in Sarah Kalemaris' January 14 letter (to which we are preparing a response now), Julianne Hartzell's January 14 email (which I think we already answered); scheduling depositions (of as yet unidentified witnesses) as well as the request to inspect premises.  We also want to discuss the deficiencies cited in our January 8 letter and scheduling dates for Villacci and Fiertek depositions.

However, we have also just begun reviewing CH's document production.  We may be wrong but, as best we can tell, it includes nothing from the individual designers and none of CH's advertising or promotion on the forums. We would like to be surprised to find there are no other issues regarding document production, but rather than do this piecemeal, we suggest identifying all issues regarding discovery (including document production) and having a single call later this week.

I also note (in view of your keen interest in the state of matters before the Copyright Office), that we have just received another piece of correspondence regarding the Assault Squad shoulder pad that, like the prior correspondence, is not final but invites a response; and (consistent with the email we previously produced) that studiously avoids an analysis of the facts. We will produce it after we have had a chance to review it with our client and decide on how to respond.

Jonathan

Sent from my iPhone

On Jan 16, 2013, at 4:28 PM, "Cooper, Bryce A." <BCooper@winston.com> wrote:

> Counsel,
>
> We have not heard back about your availability for a meet and confer.  We will suggest tomorrow at 1:00 cst.  Let us know if that works for you and I will circulate a dial-in, or please propose several alternatives.
>
> Bryce
>
> **Bryce A. Cooper**
> **Associate**
> Winston & Strawn LLP
> 35 W. Wacker Drive
> Chicago, IL 60601-9703
> D: +1 (312) 558-3737
> F: +1 (312) 558-5700
> Bio | VCard | Email | www.winston.com
> <image001.jpg>
>
> The contents of this message may be privileged and confidential. Therefore, if this message has

been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
****************************************************************************
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.