# EXHIBIT

# E

**Keener, Jason J.**

| | |
|---|---|
| **From:** | Copyright Office [cop-ad@loc.gov] |
| **Sent:** | Tuesday, March 12, 2013 3:38 PM |
| **To:** | Moskin, Jonathan |
| **Subject:** | RE: RE: 1-732432188 Crimson Fists Shoulder Pads |

```
I got both emails & will see what I can find anything about the status of the other claims
(won't be today).

The only information I need to finish up the Crimson Shoulder Pads claim is whether the
text was previously registered.



When replying to this email, please include the following thread id (entire line) within
the body of your response to expedite routing to the correct office.

[THREAD ID:1-EDSHBX]



-----Original Message-----

From:   JMoskin@foley.com
Sent:   3/12/2013 03:51:21 PM
To:     "'Copyright Office'" <cop-ad@loc.gov>
Subject:   RE: 1-732432188 Crimson Fists Shoulder Pads

I am not certain if I have responded to this inquiry, but would be grateful if you can
confirm.  If not, I will be happy to answer any remaining questions promptly.  I agree
there were no photographs included with this claim, but we did include the attached
images.  I would need to confirm if the text was previously registered, but if it is not
essential to the application, that is fine.

Thank you

Jonathan Moskin

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Thursday, December 27, 2012 11:12 AM
To: Moskin, Jonathan
Subject: 1-732432188 Crimson Fists Shoulder Pads


Dear Jonathan Moskin:

We did receive your email regarding a recent District Court Decision.  All decisions we
make on potential registrations are based on the individual claims as presented to us.
I'm sending a new email with some of the information/questions from my previous one, which
perhaps you did not receive since you didn't answer all the questions relating to this
claim for the Crimson Fists Shoulder Pads.  I am the supervisor of the original
specialist who is on extended leave.  I'll be glad to quickly complete the processing of
this claim as soon as you respond to the following:

I believe you confirmed the publication date of this work as given: 5/31/1999.

As to the text, it appears to consist of a standard warning that has probably appeared on
all similar packaging produced for these types of items.  Has this text been previously
registered with another claim?  If so, it can't be registered again and would need to be
removed from the claim.
```

Since there don't appear to be any photographs on the packaging, it seems that your reference to photographs refers to the photos that serve as identifying material for the deposit. Since they were not part of the work as published, they cannot be an element of this registration. Reference to photographs must be removed from the claim.

2-D artwork and sculpture can remain as the artwork on the shoulder pads is sculptural in nature.

Let us know if the text was previously registered so we'll know if it can be included in this claim. If you allow the changes to be made, limiting the claim to the 2-D artwork, sculpture on the shoulder pads (and text, if not previously registered), I can complete this registration.

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.


Sincerely,

Carol Frenkel
Supervisory Registration Specialist
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-EDSHBX]

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.