# EXHIBIT

# F

**Keener, Jason J.**

| | |
|---|---|
| **From:** | Moskin, Jonathan |
| **Sent:** | Tuesday, March 12, 2013 3:22 PM |
| **To:** | 'Copyright Office' |
| **Subject:** | RE: 1-732432188 Crimson Fists Shoulder Pads etc |

Following up on our call, I will confirm if the text of the packaging was previously claimed.  Here is a list of the VA applications dated from March and August for which we have received no correspondence.  I would be grateful if you could check on the status or let me know how I can check:

Filed March 1 2012
1. Imperial Guard Chimera 1-732432264
2. Space Marines in Terminator Armour 1-732505308
3. Space Marine Dreadnought  1-732505370
4  Tyranid Warriors 1-732505402
5. Tactical Shoulder Pads  1-732505716
6. Eldar Howling Banshee  1-732506092

Filed August 1/August 8
7   Damned Legionnaire with Heavy Flamer 1-732824270
8.  Tornado Assault Cannons 1-805784225
9.  Thunder Hammer Conversion Pack  1-805784151
10. Halberds 1-805784129
11. Black Library Website Content from 1998 to 2010

Thank you

Jonathan

-----Original Message-----
From: Moskin, Jonathan
Sent: Tuesday, March 12, 2013 3:51 PM
To: 'Copyright Office'
Subject: RE: 1-732432188 Crimson Fists Shoulder Pads

I am not certain if I have responded to this inquiry, but would be grateful if you can confirm.  If not, I will be happy to answer any remaining questions promptly.  I agree there were no photographs included with this claim, but we did include the attached images.  I would need to confirm if the text was previously registered, but if it is not essential to the application, that is fine.

Thank you

Jonathan Moskin

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Thursday, December 27, 2012 11:12 AM
To: Moskin, Jonathan
Subject: 1-732432188 Crimson Fists Shoulder Pads


Dear Jonathan Moskin:

We did receive your email regarding a recent District Court Decision.  All decisions we make on potential registrations are based on the individual claims as presented to us.  I'm sending a new email with some of the information/questions from my previous one, which perhaps you did not receive since you didn't answer all the questions relating to this claim for the Crimson Fists Shoulder Pads.  I am the supervisor of the original specialist who is on extended leave.  I'll be glad to quickly complete the processing of this claim as soon as you respond to the following:

I believe you confirmed the publication date of this work as given: 5/31/1999.

As to the text, it appears to consist of a standard warning that has probably appeared on all similar packaging produced for these types of items. Has this text been previously registered with another claim? If so, it can't be registered again and would need to be removed from the claim.

Since there don't appear to be any photographs on the packaging, it seems that your reference to photographs refers to the photos that serve as identifying material for the deposit. Since they were not part of the work as published, they cannot be an element of this registration. Reference to photographs must be removed from the claim.

2-D artwork and sculpture can remain as the artwork on the shoulder pads is sculptural in nature.

Let us know if the text was previously registered so we'll know if it can be included in this claim. If you allow the changes to be made, limiting the claim to the 2-D artwork, sculpture on the shoulder pads (and text, if not previously registered), I can complete this registration.

Please note that if we do not receive a response to this message within 20 days, we will close this case without processing your registration or notifying you further, and forward your deposit copy(ies) under the provisions of the current copyright law. The fee is not refundable. If you re-apply for registration after the case is closed, you must send a new application, copy and fee. The effective date of registration will be based on the new submission.


Sincerely,

Carol Frenkel
Supervisory Registration Specialist
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-EDSHBX]