# EXHIBIT H

```
 1           IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF ILLINOIS
 3                     EASTERN DIVISION
 4
 5   - - - - - - - - - - - - - - - - - - - - - - -
 6   GAMES WORKSHOP LIMITED,
 7              Plaintiff,
 8                       Civil Action No. 1:10-cv-08103
 9         v.
10   CHAPTERHOUSE STUDIOS LLC,
11              Defendants.
12   - - - - - - - - - - - - - - - - - - - - - - -
13
14
15
16
17     Videotaped Deposition of ROBERT NAISMITH,
18    taken at the Crowne Plaza Hotel, Nottingham,
19    UK, Monday, 25 February, 2013, 12:07 pm,
20    before  Ailsa Williams, Accredited Court Reporter
21
22
23
24
25   PAGES 1 - 69
```

Page 1

```
 1  A P P E A R A N C E S:
 2
 3  Attorneys for Plaintiff:
 4           FOLEY & LARDENER LLP
 5           90 Park Avenue
 6           New York, NY 10016-1314
 7           BY:  JONATHAN E. MOSKIN
 8                (212) 682-7474
 9                jmoskin@foley.com
10
11  Attorneys for Defendants:
12           WINSTON & STRAWN LLP
13           35 West Wacker Drive
14           Chicago, IL 60601-9703
15           BY: BRYCE A. COOPER
16                (415) 591-1564
17                bcooper@winston.com
18
19  Also Present:
20      GILLIAN STEVENSON: (Games Workshop)
21      COURT REPORTER: AILSA WILLIAMS
22      VIDEOGRAPHER: LUIS GUISBERT
23
24
25
```

Page 2

| | | |
|---|---|---|
| 1 | fiction milieu, the appreciation that people had. | 12:42:22 |
| 2 | We were just as much fans as the buyers, as | 12:42:29 |
| 3 | the punters out there, so we were trying to make stuff | 12:42:32 |
| 4 | that we would like and we knew therefore that they | 12:42:35 |
| 5 | would like.  So we would draw on these little | 12:42:37 |
| 6 | snippets, you know, from all of these different | 12:42:43 |
| 7 | places, from comics, from film, from books.  Books are | 12:42:48 |
| 8 | difficult because of course there is different images | 12:42:54 |
| 9 | in different people's minds, but it is certainly the | 12:42:57 |
| 10 | case that the idea of like science fiction and science | 12:43:02 |
| 11 | fiction battles and stuff like that had already been | 12:43:06 |
| 12 | invested in, you know, Doc Smith's Linesman series of | 12:43:12 |
| 13 | books, the Heinlein books, they all show or not show | 12:43:17 |
| 14 | but they describe battles between men in armor and | 12:43:23 |
| 15 | aliens of various shapes. | 12:43:30 |
| 16 | Q   You mentioned the word "logical | 12:43:32 |
| 17 | progression" earlier? | 12:43:34 |
| 18 | A   Yes. | 12:43:35 |
| 19 | Q   What do you mean by that? | 12:43:36 |
| 20 | A   What I mean is that when we are making a | 12:43:39 |
| 21 | model, especially a science fiction model, the logic | 12:43:41 |
| 22 | of it is that it is nonsense.  It doesn't exist.  So | 12:43:47 |
| 23 | you have to give it a sense of reality, and therefore | 12:43:50 |
| 24 | you imbue that, you get that reality into the model by | 12:43:56 |
| 25 | taking elements of things which you already know work, | |

Veritext National Deposition & Litigation Services
866 299-5127

| | | |
|---|---|---|
| 1 | like the way a set of webbing might work on an | 12:44:05 |
| 2 | infantry man or where his pouches might be located on | 12:44:08 |
| 3 | his body, so that he can access them easily.  And you | 12:44:13 |
| 4 | take that information and you apply it to your science | 12:44:17 |
| 5 | fiction figure so that it still looks believable.  You | 12:44:19 |
| 6 | know, when you are making a gun, you make sure that it | 12:44:23 |
| 7 | is clear, you can see where the ammunition is held, | 12:44:27 |
| 8 | you can see where the projectile or the energy, | 12:44:30 |
| 9 | whatever it is that comes out of the weapon comes out, | 12:44:33 |
| 10 | you know.  So you try to use what you have got in your | 12:44:36 |
| 11 | historical image archive, if you like, and apply it to | 12:44:41 |
| 12 | the models to make them convincing. | 12:44:45 |
| 13 |     Q  I would like to talk about some of the | 12:44:56 |
| 14 | first models you made at Games Workshop.  What are | 12:44:58 |
| 15 | some of the first models you made at Games Workshop? | 12:45:03 |
| 16 |     A  As I said already, I remember making | 12:45:06 |
| 17 | those early Car Wars models, the plastic stuff.  In | 12:45:10 |
| 18 | terms of whole figures, I remember making Chaos | 12:45:14 |
| 19 | Warriors, I think, which were frankly not very good, | 12:45:18 |
| 20 | but again because the brief was so loose we had no | 12:45:24 |
| 21 | artistic direction as such. | 12:45:31 |
| 22 |     Q  Could you tell me about what -- strike | 12:45:33 |
| 23 | that.  What are the names of the first Warhammer 40K | 12:45:37 |
| 24 | models you made? | 12:45:49 |
| 25 |     A  The names, oh, gee.  There was a code, | |

| | | |
|---|---|---|
| 1 | what were they called, I think they were just called | 12:45:54 |
| 2 | Adventurers or something.  Again there was about 20 | 12:45:56 |
| 3 | figures in there, and I remember there was the first | 12:46:00 |
| 4 | attempt at making a space elf, which had not been | 12:46:03 |
| 5 | called Eldar at that point, carrying a thing called a | 12:46:07 |
| 6 | Shurican, which was written at that point by Rick into | 12:46:12 |
| 7 | the rules.  I remember there being a dwarf in there | 12:46:17 |
| 8 | that we had converted from a fantasy dwarf, maybe a | 12:46:23 |
| 9 | couple.  There were some models that I had made which | 12:46:28 |
| 10 | really were almost fantasy models, were like a Chaos | 12:46:30 |
| 11 | Warriors with a gun in his hand.  It was that simple. | 12:46:34 |
| 12 | And those were the figures that I made going back to | 12:46:37 |
| 13 | it when we were talking about play testing.  Those | 12:46:41 |
| 14 | were the first kind of figures we put on the table so | 12:46:43 |
| 15 | that people could start testing the game system. | 12:46:47 |
| 16 |     Q   Have you heard of the product "Space | 12:46:53 |
| 17 | Marine"? | 12:46:55 |
| 18 |     A   There was a product Space Marine, which | 12:46:58 |
| 19 | was a box of epic stuff, but that was the whole | 12:46:59 |
| 20 | product.  The idea of the term "Space Marine" was -- | 12:47:04 |
| 21 | we didn't generate it, we, the sculptors.  It was a | 12:47:07 |
| 22 | Games Workshop/Citadel thing at that point. | 12:47:15 |
| 23 |     I now know that the term "Space Marine" kind | 12:47:22 |
| 24 | of predates that, but at that point my first knowledge | 12:47:25 |
| 25 | of the word "Space Marine" was as given to me by Games | |

1  Workshop, and that was the descriptor for what our  12:47:33
2  kind of core military figure was going to be, and it  12:47:38
3  was going to be the main protagonist in the game.  12:47:43
4      Q   What do you mean, you now know Space  12:47:47
5  Marine predated that?  12:47:48
6      A   Because with all this hoo-ha that we are  12:47:51
7  sitting here talking about, you can see that the term  12:47:55
8  "Space Marine" predates Games Workshop's use of it.  12:47:58
9  It is mentioned -- I think it is mentioned in Heinlein  12:48:05
10  or it is mentioned in Doc Smith in his Linesman  12:48:08
11  series, as a passing reference, not as a core thing.  12:48:13
12  It is not all about the Space Marines, but it did  12:48:18
13  mention "Space Marines". Of course the term "marine"  12:48:21
14  is common military parlance.  12:48:23
15      Q   Did you design the first Space Marine?  12:48:27
16      A   Yes.  12:48:31
17      Q   Is it fair to call a Space Marine --  12:48:50
18  strike that. Is it fair to call a Space Marine a type  12:48:52
19  of futuristic soldier?  12:49:01
20      A   Yes, a marine in military terms is kind  12:49:06
21  of like the shock troops. They are people who are put  12:49:12
22  into threatening positions, tend to be the first wave  12:49:15
23  of an attack. So these are -- the term "marine"  12:49:21
24  describes people who are there to get into trouble, as  12:49:26
25  it were, you know, to fight.

Page 29

```
 1              Q    Was the concept of a futuristic soldier        12:49:32
 2   original in the 1980s?                                         12:49:34
 3              A    No, it is not, no.  It was predated,           12:49:38
 4   like by the books and so on.                                   12:49:41
 5              Q    Could you generally describe the               12:49:46
 6   development process of your first Space Marine                 12:49:49
 7   product?                                                       12:49:52
 8              A    Again it was pretty much along the same        12:49:55
 9   lines as everything else, in the sense that we didn't          12:49:57
10   have any art direction as such.  I had a conversation          12:49:59
11   with Rick Priestley, and Rick described what a Space           12:50:02
12   Marine was.  He was like an augmented human being.  He         12:50:08
13   was wearing a fully enclosed suit of powered armor             12:50:13
14   which would give him superhuman strength and enable            12:50:16
15   him to work in a hostile environment and take damage           12:50:21
16   that a normal human being couldn't do.  We talked              12:50:26
17   about the gun that he would use, and that was pretty           12:50:31
18   much it I think.                                               12:50:42
19              Then I just went off and started making this        12:50:44
20   model in the same way that I had made all the other            12:50:47
21   models.  I didn't realize it was going to be the core          12:50:50
22   piece.  It was a single -- just a model, like any              12:50:53
23   other.                                                         12:50:57
24              Q    How did you go about determining what          12:50:58
25   artistic design elements went into the Space Marine?
```

| | | |
|---|---|---|
| 1 | A  I already had Rick's brief. I already | 12:51:04 |
| 2 | knew that what we wanted was this model which would | 12:51:08 |
| 3 | have presence on the table. It had to have an aspect | 12:51:12 |
| 4 | to it which was obviously human but more than human. | 12:51:17 |
| 5 | It was going to be big and strong and tough and | 12:51:20 |
| 6 | intimidating, and one of the things that we were aware | 12:51:23 |
| 7 | of as war gamers is that when you put a model on the | 12:51:28 |
| 8 | table and you stand 3 feet away from it, any signals | 12:51:33 |
| 9 | that it has have to be strong signals. You have to be | 12:51:36 |
| 10 | able to instantly understand that this is a powerful | 12:51:41 |
| 11 | figure or a weak figure or an active figure or slow or | 12:51:45 |
| 12 | fast. So you have to make sure that those design | 12:51:47 |
| 13 | elements are in there. So the idea of making that | 12:51:50 |
| 14 | figure imposing was important. | 12:51:54 |
| 15 | The all enclosing armor was really a | 12:52:03 |
| 16 | development of again my historical information, you | 12:52:07 |
| 17 | know, the idea of like Medieval armor with knee armor | 12:52:12 |
| 18 | that had to articulate, you know that the feet would | 12:52:18 |
| 19 | have to articulate but still be armored. These are | 12:52:21 |
| 20 | common elements in Medieval play armor, full play | 12:52:26 |
| 21 | armor. The helmet, again, we knew it was fully | 12:52:31 |
| 22 | enclosed. We knew that these guys were going to be I | 12:52:39 |
| 23 | suppose kind of like Roman soldiers. So they were | 12:52:45 |
| 24 | like legions. There were going to be loads of these | 12:52:48 |
| 25 | guys, loads of them. So the helmet was loosely based | |

| | | |
|---|---|---|
| 1 | on I suppose like a Roman legionary's helmet with | 12:52:55 |
| 2 | neck, neck protector, ear protectors that roll-over | 12:53:01 |
| 3 | the ear, and sometimes you would have a heavy | 12:53:04 |
| 4 | browband. | 12:53:06 |
| 5 |     The fact that it was enclosed meant that it | 12:53:09 |
| 6 | then needed to have goggles, and because it had to | 12:53:10 |
| 7 | survive in a hostile environment he had to have a | 12:53:15 |
| 8 | breathing mask, which was loosely based on like a jet | 12:53:19 |
| 9 | pilot's breathing mask, so that would sit on his face | 12:53:25 |
| 10 | and that would enclose the whole face, and that really | 12:53:28 |
| 11 | describes the helmet design.  We did have a sighting | 12:53:31 |
| 12 | mechanism which we put on the helmet which would tie | 12:53:36 |
| 13 | in with the weaponry and would help augment the look | 12:53:39 |
| 14 | of the model, but it was placed asymmetrically, it was | 12:53:45 |
| 15 | off to the side, as I remember. | 12:53:49 |
| 16 |     The equipment around him, again the design | 12:53:51 |
| 17 | called for this breathing apparatus so that he could | 12:53:55 |
| 18 | survive in hostile environment, so we had hosing which | 12:53:59 |
| 19 | went round to his backpack.  Now, the backpack was | 12:54:02 |
| 20 | kind of, in design terms, again it was almost kind of | 12:54:08 |
| 21 | like it had a historical root in my mind, in the sense | 12:54:14 |
| 22 | that it is a cylindrical form at the top which was -- | 12:54:19 |
| 23 | you could say it was like based on a rolled blanket | 12:54:23 |
| 24 | from historical periods, like the Napoleonics.  There | 12:54:30 |
| 25 | was a backpack type shape in the center, which if | |

| | | |
|---|---|---|
| 1 | anything probably resembles like a Second World War | 12:54:39 |
| 2 | American GI's backpack.  Then the nozzles at the | 12:54:44 |
| 3 | bottom were surrogates for some of the equipment packs | 12:54:49 |
| 4 | that I referred to earlier on.  So that the guy looked | 12:54:54 |
| 5 | like he always had equipment with him. | 12:54:57 |
| 6 | At that point we -- and by "we" I mean | 12:54:59 |
| 7 | Citadel designers and Rick, we decided that the Space | 12:55:07 |
| 8 | Marines would always have these backpacks on.  They | 12:55:10 |
| 9 | would always have them, part of the look, and it added | 12:55:14 |
| 10 | to their bulk, their presence on the table.  The | 12:55:16 |
| 11 | shoulder pads again also were there to add presence | 12:55:23 |
| 12 | and give the model charisma on the table. | 12:55:27 |
| 13 | Q    Thank you.  What about the shoulder pads | 12:55:34 |
| 14 | do you believe added presence on the table? | 12:56:14 |
| 15 | A    Very much so, yes.  I suppose the | 12:56:16 |
| 16 | simplest thing to imagine is a Space Marine without | 12:56:20 |
| 17 | shoulder pads.  It then goes back to being just a man. | 12:56:26 |
| 18 | So it is part of the signal.  If you look at American | 12:56:29 |
| 19 | football jocks with their shoulder protectors, they | 12:56:35 |
| 20 | look really imposing, you know, by the time they have | 12:56:41 |
| 21 | got their helmet on and they are all 6-foot something | 12:56:43 |
| 22 | tall, so they are big men with big shoulders, and in | 12:56:47 |
| 23 | the real world they are intimidating.  So the tie with | 12:56:51 |
| 24 | the Space Marines was to use shoulder pads to give | 12:56:57 |
| 25 | some of that feeling to the design, so that any normal | |

Veritext National Deposition & Litigation Services
866 299-5127

| | | |
|---|---|---|
| 1 | human being standing next to a Space Marine looked | 12:57:05 |
| 2 | like a lesser being. | 12:57:09 |
| 3 | Q  So is the size and shape of the shoulder | 12:57:10 |
| 4 | pad related to that desire to add strength and | 12:57:13 |
| 5 | presence? | 12:57:17 |
| 6 | A  The size certainly is.  The shape is a | 12:57:18 |
| 7 | function of the area that they are covering was the | 12:57:22 |
| 8 | upper arm, so it is really an extension of the upper | 12:57:28 |
| 9 | arm.  It is like taking the section of the arm and | 12:57:31 |
| 10 | just expanding it. | 12:57:34 |
| 11 | Q  I want to ask you about a couple of | 12:57:52 |
| 12 | other things you mentioned in your previous answer, | 12:57:53 |
| 13 | breaking them up a little bit.  You mentioned that one | 12:57:56 |
| 14 | design element of the Space Marine was that the knee | 12:58:14 |
| 15 | armor and the foot armor had to articulate.  Is that | 12:58:19 |
| 16 | right? | 12:58:22 |
| 17 | A  Yes. | 12:58:23 |
| 18 | Q  And that was because they needed to be | 12:58:26 |
| 19 | able to move? | 12:58:29 |
| 20 | A  Yes.  Again, it takes you back to the | 12:58:31 |
| 21 | idea of the model being convincing, by having some | 12:58:33 |
| 22 | elements of reality or basic laws applied to it. | 12:58:37 |
| 23 | Q  Was the idea of articulating the knee | 12:58:43 |
| 24 | armor or foot armor original at that time? | 12:58:47 |
| 25 | A  No, because it is present in all play | |

```
 1   armor.  It is a mimic of the human form that is inside     12:58:55
 2   it.                                                         12:59:00
 3            Q    Did you mention that the Space Marine         12:59:18
 4   helmet was loosely based on the Roman legionary             12:59:20
 5   helmet.                                                     12:59:25
 6            A    Um hum.                                       12:59:28
 7        (Exhibit 19 marked for identification)
 8            Q    The court reporter has handed you what        12:59:58
 9   has been marked as Exhibit 19.  Do you see that there       13:00:00
10   are a number of images in that exhibit?                     13:00:04
11            A    Yes.                                          13:00:08
12            Q    Do you recognize what those images are        13:00:09
13   of?                                                         13:00:11
14            A    Yes, they are what looks like a Roman         13:00:11
15   legionary's helmet.  Oh, different helmets.                 13:00:13
16            Q    Can you describe what design elements         13:00:41
17   are in the Space Marine helmet that are also found in       13:00:43
18   the Roman Legionary helmet?                                 13:00:47
19            A    The Roman Legionary is again a                13:00:50
20   functional object.  So its first function is to             13:00:52
21   protect the skull.  So you have a helmet bowl, which        13:00:55
22   is common to all helmets, and a Space Marine has that       13:00:58
23   too.  It has a neckguard to protect any attacks that        13:01:02
24   the soldier or Space Marine might receive.  Our Space       13:01:09
25   Marine had such a thing.  The cheek guards are the
```

| | | |
|---|---|---|
| 1 | front of you when you made the Space Marine model? | 13:53:09 |
| 2 | A   No, none. | 13:53:12 |
| 3 | Q   You say there was a function to a | 13:53:22 |
| 4 | helmet.  In the Space Marine, does the helmet have any | 13:53:24 |
| 5 | actual function? | 13:53:29 |
| 6 | MR. COOPER:  Objection to form. | 13:53:31 |
| 7 | A   Well, it has to protect the head.  It | 13:53:32 |
| 8 | has to make sure that the individual inside can | 13:53:34 |
| 9 | survive in hazardous environments.  So it has to be | 13:53:38 |
| 10 | sealed, it has to be all one, you know.  I think that | 13:53:41 |
| 11 | is probably where that idea of the Space Marine helmet | 13:53:49 |
| 12 | is kind of unique, I suppose, because we borrowed from | 13:53:53 |
| 13 | the Roman soldier to make the bowled helmet and we | 13:53:58 |
| 14 | took the goggles and we took the mask but we made it | 13:54:03 |
| 15 | all into one piece, so it was a kind of consistent | 13:54:06 |
| 16 | whole.  I don't recall a design which was like that. | 13:54:11 |
| 17 | There are other designs of all enclosing helmets, like | 13:54:16 |
| 18 | a Star Wars Storm Trooper helmet, but it is not a | 13:54:20 |
| 19 | Space Marine helmet. | 13:54:24 |
| 20 | Q   My question was a little different. | 13:54:25 |
| 21 | Maybe it was not clear.  There is nothing inside the | 13:54:27 |
| 22 | head of a Space Marine figure that actually needs to | 13:54:31 |
| 23 | be protected, is there? | 13:54:33 |
| 24 | A   Yes, there will be a human man's head. | 13:54:35 |
| 25 | Q   In the models that actually get made, | |

| | | |
|---|---|---|
| 1 | the figures, they are made out of plastic.  People are | 13:54:43 |
| 2 | not firing projectiles, there are not actually brains | 13:54:47 |
| 3 | inside the figures, the model heads.  They are toys, | 13:54:50 |
| 4 | effectively? | 13:54:53 |
| 5 |     MR. COOPER:  Objection to form. | 13:54:54 |
| 6 |       A    Yes, the model that sits on the table, | 13:54:56 |
| 7 | there is no model of a head inside, but the premise is | 13:54:57 |
| 8 | that. | 13:55:02 |
| 9 |       Q    So it is a fictional premise? | 13:55:02 |
| 10 |       A    Yes. | 13:55:04 |
| 11 |       Q    So in that sense does the Space Marine | 13:55:04 |
| 12 | helmet on a fictional character have any real | 13:55:06 |
| 13 | function? | 13:55:10 |
| 14 |     MR. COOPER:  Objection, leading. | 13:55:12 |
| 15 |       A    I am still not sure I understand your | 13:55:14 |
| 16 | question. | 13:55:16 |
| 17 |       Q    Were the dimensions of the helmet for | 13:55:18 |
| 18 | the Space Marine or features made to serve any actual | 13:55:20 |
| 19 | protective function for a real human? | 13:55:26 |
| 20 |       A    Well, this is about us convincing people | 13:55:31 |
| 21 | that we are in a kind of semi-real world, you know, | 13:55:35 |
| 22 | that they were in it, so from that point of view the | 13:55:38 |
| 23 | dimensions are real.  We do allude to the fact that | 13:55:43 |
| 24 | you could have a human being inside, even although in | 13:55:48 |
| 25 | fact there is not. | |

Page 60

| | | |
|---|---|---|
| 1 | Q   So it is a fictitious function, not a | 13:55:53 |
| 2 | real function. | 13:55:58 |
| 3 | A   Yes, it is part of the story we are | 13:55:58 |
| 4 | trying to tell to convince people that this is a real | 13:56:04 |
| 5 | thing, you know, which is why we will have like the | 13:56:06 |
| 6 | knee armor articulating and so on. | 13:56:11 |
| 7 | Q   You testified to some awareness that the | 13:58:07 |
| 8 | word or phrase "Space Marines" had been used in | 13:58:08 |
| 9 | fiction before Games Workshop used it for its | 13:58:12 |
| 10 | character. | 13:58:16 |
| 11 | A   Yes. | 13:58:17 |
| 12 | Q   When did you learn that? | 13:58:17 |
| 13 | A   Recently, I mean only in the last month. | 13:58:20 |
| 14 | Q   How did you come to be aware of that? | 13:58:23 |
| 15 | A   Because of this case, to be perfectly | 13:58:26 |
| 16 | honest.  There was a sort of interest in all things to | 13:58:30 |
| 17 | do with Games Workshop, and actually if you Google | 13:58:35 |
| 18 | "Space Marine" it takes you to like the Wikipedia page | 13:58:39 |
| 19 | and there is a section in there that describes about | 13:58:44 |
| 20 | the history of it.  So that is as far as my knowledge | 13:58:46 |
| 21 | extends.  I can't corroborate it like that, but it | 13:58:50 |
| 22 | gave in the Wikipedia page several examples that | 13:58:54 |
| 23 | predates things.  I do remember reading EE Doc's | 13:58:58 |
| 24 | Linesmans series, as a kid, and I do remember reading | 13:59:01 |
| 25 | about Space Marines, although it was only a passing | |

Veritext National Deposition & Litigation Services
866 299-5127

| | | |
|---|---|---|
| 1 | reference. | 13:59:11 |
| 2 | Q  You may have said this, I just want to | 13:59:24 |
| 3 | clarify.  At what point in time did you create your | 13:59:28 |
| 4 | first model of a Space Marine? | 13:59:31 |
| 5 | A  If I joined them in 83/84, we started, I | 13:59:36 |
| 6 | moved down to Nottingham, because originally I was | 13:59:40 |
| 7 | still staying in Edinburgh when I started employment | 13:59:43 |
| 8 | with them.  We moved down in May 85 and I made it I | 13:59:46 |
| 9 | think when I was down in Nottingham, so it would have | 13:59:54 |
| 10 | been in the early summer, summer 85, I believe. | 14:00:00 |
| 11 | Q  In the same way I asked you the question | 14:00:14 |
| 12 | about the function of the helmet, does the shoulder | 14:00:15 |
| 13 | pad on a Space Marine have any actual function? | 14:00:21 |
| 14 | A  Its main function is this idea of | 14:00:29 |
| 15 | communicating the presence and power of the Space | 14:00:31 |
| 16 | Marine in his armor.  That is the story that we are | 14:00:37 |
| 17 | trying to tell. | 14:00:41 |
| 18 | Q  Does that have anything to do with the | 14:00:42 |
| 19 | size of the shoulder pad in relation to the figure | 14:00:44 |
| 20 | itself? | 14:00:48 |
| 21 | A  Only insofar as because it is larger | 14:00:49 |
| 22 | than is if you like required, it adds a presence to | 14:00:52 |
| 23 | the model. | 14:00:58 |
| 24 | MR. MOSKIN:  I have no further questions. | 14:01:07 |
| 25 | RE-DIRECT EXAMINATION BY MR. COOPER: | |

Veritext National Deposition & Litigation Services
866 299-5127