IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES,<br><br>Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

**DECLARATION OF ALAN MERRETT IN OPPOSITION TO CHAPTERHOUSE'S
SECOND MOTION FOR SUMMARY JUDGMENT**

I, Alan Roy Merrett, hereby declare:

1. I am Head of Intellectual Property, Games Workshop, Willow Road, Lenton, Nottingham NG7 2WS United Kingdom. I have been employed by Games Workshop since 1981 and was one of the original creators of Warhammer 40,000 in about 1987. I base this declaration on my personal knowledge and my complete access to the books and records of Games Workshop.

2. I have reviewed portions of Chapterhouse's motion for summary judgment challenging the level of originality of the design of the shoulder pad used as part of the Space Marine armour. As noted in the deposition testimony of the designer who sculpted the original Space Marine figures, Bob Naismith, the size of the shoulder pad was created to give the figure presence on the gaming table, rather than for any functional reasons. Not only is Mr. Naismith correct in this respect, but the actual design of the shoulder pad is so large (covering the entire

4849-9531-2147.1

upper arm and shoulder of the Space Marine) that it would be impractical for a real-life figure to use armour of this specific shape and size.

3. Moreover, as I previously noted in my 6 September, 2012 Supplemental Declaration (¶ 4) (and as confirmed by Mr. Naismith) back in the mid-to-late 1980's, most wargaming miniatures companies made their models to a 25mm scale. The decision by Games Workshop to use a 28mm scale was motivated simply by a desire to distinguish our miniatures and give them all somewhat greater presence on the gaming table. There never was (and still is not) any requirement to use any particular size. So too, the size and scaling of the shoulder pad was simply developed by Games Workshop as part of its overall desire to find imaginative ways to make the admittedly small (miniature) figures appear to have greater stature.

I hereby declare under penalty of perjury this 13h day of March, 2013, under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

_____
Alan Roy Merrett

## CERTIFICATE OF SERVICE

I, Jason J. Keener, an attorney, hereby certify that on March 14, 2013, I caused to be filed electronically the foregoing DECLARATION OF ALAN ROY MERRETT with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

/s/ Jason J. Keener
Jason J. Keener