# EXHIBIT

# 1

| | **Chapterhouse Accused Products** | **Games Workshop New Allegedly Infringed Works** | **Pre-Existing Reference Materials** |
|---|---|---|---|
| 124 | Abbithan Banshees Guardswoman 28mm figures – 10 | Whole set<br>Games Workshop product arms and weapons used in promotional images<br><br>Imperial Guard Cadian Heavy Weapons Squad<br>http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?catId=cat440249a&prodId=prod1080043<br>**Sculpted by Brian Nelson and Tim Adcock**<br>Released September 2003 | The basic figure created by GW is a common representation of near future infantry soldiers from pre-existing works.<br><br>**Kill Zone, Grenadier Models (1993)** |



| | | | |
|---|---|---|---|
| | | p35 Codex Space Marines 2004.<br>Razorback with twin-linked heavy bolter. **(NH Wargear / Neil Hodgson / 2006)** | |
| 132 | **Open-Fisted Power Claws compatible with Games Workshop Space Marine model** | Whole set | The CHS product and GW claws are significantly dissimilar on their face. The GW product uses 4 claws, mounted over the knuckle of the hand, while CHS uses 2 claws, mounted further back near the wrist.<br><br>GW's product is also recognizable as derivative of the following: |

| | | |
|---|---|---|
| <br><br>This is a pair of resin power claw arms for 28 mm figures. They are designed to be compatible with Games Workshop Space Marine models.  Each set of claws come consist of 8 parts - 4 open-fisted power claws or blades, 2 armored arms and 2 power cables.<br><br>The shoulder armor pieces are approximately the same size as the shoulder armor on a Games Workshop Terminator model and will easily accept any of our "Terminator Shoulder Pads". The shoulder armor can be easily cut down in size to accommodate any of our "Power Armor Shoulder Pads". These can be used as ligntning claws or any sort of power blades.<br><br>Components sold unpainted and unassembled.<br><br>**Released March 2012.** | <br><br>Space Marine Terminator Chainfist from the Space Wolves Wolf Guard Terminators set<br>http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?prodId=prod260002a<br><br>**Miniatures designed by Jes Goodwin, Matt Holland, Neil Langdown and Dave Thomas.**<br>Released 2009<br><br>Games Workshop produces lightning claws for Space Marines. These lightning claws differ to the Chapter House claws in number and placing of the claws (see below for GW claw) but the armoured Space Marine arm is almost identical on both. | <br><br>**Incredible Hulk vol. 2, 181 (1974)**<br><br><br><br>**Predator Hero Gauntlet, Predator (1987)** |



Space Marine Terminator Close Combat Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060025
**Miniatures designed by Jes Goodwin, Martin Footit and Dave Thomas.**

Forge World Lightning Claws from the "Space Marine Terminator Weapon Set"

44

| | | Claws are mounted from the top of the wrist.

Sculpted by Will Hayes
http://www.forgeworld.co.uk/New_Stuff/SPACE_MARINE_TERMINATOR_WEAPON_SET.html

**Pre-order 11th May, on sale 25th May.**

Based on designs of original GW Combat Terminators.

p101 Codex Space Marines 2008. **(NH Wargear / Neil Hodgson / 2006)**

Lightning Claw. | |



p92 Codex Space Marines 2008. (**DG1157 / Dave Gallagher / 2008**)



p27 Codex Blood Angels 2009. **(PD543 / Paul Dainton / 2009 )**

## Lightning Claw



This fierce slashing weapon is worn in pairs, one on each hand, doubling the ferocity of its attack. It is a difficult weapon to master and its devotees prefer an individual style of fighting. The weapon consists of long slashing blades very much like the long claws of a primeval cat. However, like other power weapons, these claws are sheathed in a deadly energy. As the razor sharp knive edges are drawn across armour they hook into it and tear it away, exposing the soft flesh and inner workings to further assault.

p10 Warhammer 40,000 Compilation 1991. **Simon Smith**

| | | | |
|---|---|---|---|
| | | p53 Codex Ultramarines 1995. **(DH020 / Des Hanley / 1994)** | |
| 133 | **Close-Fisted Power Claws compatible with Games Workshop Space Marine model** | Whole set | See Product Entry #132 |

| | | | |
|---|---|---|---|
| | | p57 The Art of Clint Langley | |
| 151 | **V Power Armor Pad**<br><br>This is a single pewter shoulder pad with an V or roman numeral 5 on the shoulder and laurels.<br><br>Designed to fit on Games Workshop Space Marine® figures. | Shoulder pad designed to fit on Games Workshop's Space Marine figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. | See analysis of Space Marine Shoulder pads in report. |
| 152 | **V Terminator Pad** | Shoulder pad designed to fit on Games Workshop's Space Marine Terminator figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. It also uses the small central tab at the bottom of the pad which features on Games Workshop's Terminator shoulder pads. | See analysis of Space Marine Shoulder pads in report. |

| | | | |
|---|---|---|---|
| | This is a single pewter shoulder pad with an V or roman numeral 5 on the shoulder and laurels.<br><br>Designed to fit on Games Workshop Space Marine Terminator® figures. | | |
| 153 | **Power Armor Shoulder Pad for Scythes of the Emperor** | The Scythes of the Emperor are Space Marine Chapter.<br><br>Their badge is two crossed yellow/gold scythes on a black background. | See analysis of Space Marine Shoulder pads in report.<br><br>Regarding the emblem itself, the CHS product design and GW product design are significantly dissimilar on their face. The GW art indicates a common wooden haft—the hook at the base of the scythe—or what is known as a knob. This same shape can be found on axes, hammers and other hand tools. By contrast, the CHS design shows a distinct bone-like design. In particular, the clawed ends are dramatically |



| | | | |
|---|---|---|---|
| | ![Chapterhouse shoulder pad] This is a single pewter shoulder pad with a pair of crossed biological scythes on the surface. Designed to fit on Games Workshop Space Marine® figures. | ![Scythes of the Emperor] Neil Hodgson p88 'How to Paint Space Marines' 2004 Note the backwards hook at the base of the scythes, and cut out section where the blade meets the haft. | different than those which are shown on the simplistic GW design. The general arrangement is derivative of the following: ![Thirteen Club Logo] Thirteen Club Logo |
| 154 | **Scythes of the Emperor Terminator Shoulder Pad** | The Scythes of the Emperor are Space Marine Chapter. Their badge is two crossed yellow/gold scythes on a black background. Neil Hodgson p88 'How to Paint Space Marines' 2004 Note the backwards hook at the base of the scythes, and cut | See Product Entry #153. |