# EXHIBIT

# 3

1              IN THE UNITED STATES DISTRICT COURT

2            FOR THE NORTHERN DISTRICT OF ILLINOIS

3                      EASTERN DIVISION

4

5    - - - - - - - - - - - - - - - - - - - - - -

6    GAMES WORKSHOP LIMITED,

7                   Plaintiff,

8                          Civil Action No. 1:10-cv-08103

9                   v.

10   CHAPTERHOUSE STUDIOS LLC,

11                    Defendants.

12    - - - - - - - - - - - - - - - - - - - - - - - -

13

14

15

16

17    Videotaped Deposition of ROBERT NAISMITH,

18    taken at the Crowne Plaza Hotel, Nottingham,

19    UK, Monday, 25 February, 2013, 12:07 pm,

20    before  Ailsa Williams, Accredited Court Reporter

21

22

23

24

25    PAGES 1 - 69

Page 1

| | | |
|---|---|---|
| 1 | started just using surrogates.  In other words, you | 12:30:27 |
| 2 | would take any old mold and put it on the table and | 12:30:30 |
| 3 | use that.  But it became apparent pretty soon that | 12:30:32 |
| 4 | Bryan, who was in charge of the whole thing, wanted us | 12:30:36 |
| 5 | to have models.  So we started making science fiction | 12:30:39 |
| 6 | models without any real brief or design, you know.  We | 12:30:43 |
| 7 | knew that broadly speaking we were going to be | 12:30:50 |
| 8 | mimicking the races that were in Warhammer Fantasy, so | 12:30:52 |
| 9 | we knew we would have humans, we would have orks, we | 12:30:55 |
| 10 | would have dwarves and we would have elves.  So, you | 12:30:59 |
| 11 | know, we naturally went to the guys who had been | 12:31:03 |
| 12 | making the dwarves, which was the Perrys and said: | 12:31:06 |
| 13 | "Can you make some science fiction dwarves", and went | 12:31:08 |
| 14 | to the guys who made the orks and so on and ditto, and | 12:31:13 |
| 15 | the guys who made the men at that point, myself, the | 12:31:15 |
| 16 | twins and Ali and Jes were all involved making | 12:31:21 |
| 17 | humanoids, if you like, so we ended up making them.  I | 12:31:24 |
| 18 | made most of them at that point because I was so | 12:31:28 |
| 19 | facile, I was so iterative, I could make figures quite | 12:31:36 |
| 20 | quickly.  So I was able to make quite a lot of figures | 12:31:39 |
| 21 | that would just help us get going with play testing. | 12:31:42 |
| 22 |         Q    You mentioned something about the level | 12:31:48 |
| 23 | of briefing that was done.  Could you describe what | 12:31:50 |
| 24 | you mean by that? | 12:31:54 |
| 25 |         A    The amount of brief that we got at that | |

| | | |
|---|---|---|
| 1 | point was very minimal.  We would just have a brief, | 12:32:01 |
| 2 | they would say:  "Lets have a code of fighters or | 12:32:07 |
| 3 | Paladins",  and for fantasy that is pretty easy, | 12:32:10 |
| 4 | because you would know generally speaking what a | 12:32:13 |
| 5 | Paladin was.   A Paladin was like a noble fully armed | 12:32:18 |
| 6 | potent warrior, you know, whereas a normal fighter | 12:32:24 |
| 7 | might just be an average guy, so he would be less well | 12:32:28 |
| 8 | armed, less well-equipped, less skilled.  So you would | 12:32:31 |
| 9 | make models that would reflect that.  That is | 12:32:35 |
| 10 | really -- that came from us having our background in | 12:32:37 |
| 11 | making historical models, because the historical | 12:32:42 |
| 12 | war-gaming market and sculpting for that meant that we | 12:32:48 |
| 13 | had a depth of knowledge on military costume across | 12:32:50 |
| 14 | all these different periods that I referred to | 12:32:57 |
| 15 | earlier, and we were able to draw on that resource of | 12:32:59 |
| 16 | knowledge of military history and apply it to the | 12:33:04 |
| 17 | models.  But because it was fantasy you could apply it | 12:33:07 |
| 18 | in an ad hoc manner, so you didn't have to -- you had | 12:33:10 |
| 19 | no rules.  You know, if you wanted to combine a | 12:33:14 |
| 20 | Samurai armor with a GI's equipment you could do so | 12:33:18 |
| 21 | because that was allowed. | 12:33:22 |
| 22 |         So we had very little in the way of brief | 12:33:26 |
| 23 | beyond those basic descriptors:  Fighter, Paladin | 12:33:29 |
| 24 | cleric, chaos thug, you know.  All of these things | 12:33:33 |
| 25 | were all like sub-groups that we readily understood | |

| | | |
|---|---|---|
| 1 | and we could just then go away and make models, and as | 12:33:44 |
| 2 | long as they were of the right size and were good | 12:33:48 |
| 3 | models, you know, they were viable for production and | 12:33:50 |
| 4 | then they would go ahead. | 12:33:54 |
| 5 | Q   When you sat down to do a model, what | 12:33:57 |
| 6 | thought process generally did you undertake? | 12:34:01 |
| 7 | A   You would like to know -- I would | 12:34:04 |
| 8 | certainly like to know what the purpose of the model | 12:34:06 |
| 9 | was on the table.  You know, was it an aggressive | 12:34:09 |
| 10 | model, was it a slow model, did it represent someone | 12:34:15 |
| 11 | who could run fast or was heavily armored.  Try to get | 12:34:18 |
| 12 | that information if you can and then carry that | 12:34:22 |
| 13 | forward into the design. | 12:34:24 |
| 14 | Q   Are there any references you took | 12:34:26 |
| 15 | inspiration from in designing your models? | 12:34:28 |
| 16 | A   For which group, for the Fantasy or -- | 12:34:31 |
| 17 | Q   For the Warhammer 40K? | 12:34:36 |
| 18 | A   For Warhammer 40K, not really, no. | 12:34:38 |
| 19 | Warhammer 40K, again it was because guys had been | 12:34:41 |
| 20 | doing historical stuff who then started doing fantasy | 12:34:46 |
| 21 | stuff who were then asked to do science fiction stuff. | 12:34:49 |
| 22 | It was like a kind of logical extension of all the | 12:34:53 |
| 23 | things that we knew and understood about the logic of | 12:34:55 |
| 24 | military equipment and how it would go together, you | 12:35:01 |
| 25 | know.  That is what we carried forward.  There would | |

Page 21

| | | |
|---|---|---|
| 1 | be extra information.  You like -- we would all like | 12:35:07 |
| 2 | to read comics, we would all like to read books, we | 12:35:15 |
| 3 | would all like to watch movies, and we might bring | 12:35:19 |
| 4 | some small part of that into it, you know, more to do | 12:35:23 |
| 5 | with the feel, you know, because we knew that our | 12:35:27 |
| 6 | customers were out there reading the same books, | 12:35:30 |
| 7 | reading the same comics and watching the same films. | 12:35:32 |
| 8 | So we wanted to make sure that people understood what | 12:35:36 |
| 9 | the model was about. | 12:35:39 |
| 10 | Q   Correct me if I am wrong, did you say | 12:35:42 |
| 11 | that you took an overall feel from the references -- | 12:35:44 |
| 12 | A   Yes.  Sometimes yes, but not -- we | 12:35:48 |
| 13 | didn't lift an entire look from a movie or a book or | 12:35:51 |
| 14 | anything.  We would glean, as we had done with the | 12:35:59 |
| 15 | historical stuff, we would say:  "That's a nice touch, | 12:36:01 |
| 16 | I like that.  The way that descriptor of that -- the | 12:36:04 |
| 17 | way that helmet works in that comic, the way that | 12:36:09 |
| 18 | glove looks or that particular gun, that's got a nice | 12:36:13 |
| 19 | mechanic to it."  And you would visually take that in, | 12:36:16 |
| 20 | if you like.  You wouldn't say:  "I am going to | 12:36:20 |
| 21 | photocopy that and file it."  It didn't work like | 12:36:23 |
| 22 | that.  It was just a case of you having an ambient | 12:36:26 |
| 23 | appreciation of what was going on outside. | 12:36:31 |
| 24 | Q   You referred to themes and overall | 12:36:33 |
| 25 | flavors? | |

Page 22

| 1 | like the way a set of webbing might work on an | 12:44:05 |
| 2 | infantry man or where his pouches might be located on | 12:44:08 |
| 3 | his body, so that he can access them easily. And you | 12:44:13 |
| 4 | take that information and you apply it to your science | 12:44:17 |
| 5 | fiction figure so that it still looks believable. You | 12:44:19 |
| 6 | know, when you are making a gun, you make sure that it | 12:44:23 |
| 7 | is clear, you can see where the ammunition is held, | 12:44:27 |
| 8 | you can see where the projectile or the energy, | 12:44:30 |
| 9 | whatever it is that comes out of the weapon comes out, | 12:44:33 |
| 10 | you know. So you try to use what you have got in your | 12:44:36 |
| 11 | historical image archive, if you like, and apply it to | 12:44:41 |
| 12 | the models to make them convincing. | 12:44:45 |
| 13 | Q   I would like to talk about some of the | 12:44:56 |
| 14 | first models you made at Games Workshop. What are | 12:44:58 |
| 15 | some of the first models you made at Games Workshop? | 12:45:03 |
| 16 | A   As I said already, I remember making | 12:45:06 |
| 17 | those early Car Wars models, the plastic stuff. In | 12:45:10 |
| 18 | terms of whole figures, I remember making Chaos | 12:45:14 |
| 19 | Warriors, I think, which were frankly not very good, | 12:45:18 |
| 20 | but again because the brief was so loose we had no | 12:45:24 |
| 21 | artistic direction as such. | 12:45:31 |
| 22 | Q   Could you tell me about what -- strike | 12:45:33 |
| 23 | that. What are the names of the first Warhammer 40K | 12:45:37 |
| 24 | models you made? | 12:45:49 |
| 25 | A   The names, oh, gee. There was a code, | |

Page 27

| | | |
|---|---|---|
| 1 | what were they called, I think they were just called | 12:45:54 |
| 2 | Adventurers or something.  Again there was about 20 | 12:45:56 |
| 3 | figures in there, and I remember there was the first | 12:46:00 |
| 4 | attempt at making a space elf, which had not been | 12:46:03 |
| 5 | called Eldar at that point, carrying a thing called a | 12:46:07 |
| 6 | Shurican, which was written at that point by Rick into | 12:46:12 |
| 7 | the rules.  I remember there being a dwarf in there | 12:46:17 |
| 8 | that we had converted from a fantasy dwarf, maybe a | 12:46:23 |
| 9 | couple.  There were some models that I had made which | 12:46:28 |
| 10 | really were almost fantasy models, were like a Chaos | 12:46:30 |
| 11 | Warriors with a gun in his hand.  It was that simple. | 12:46:34 |
| 12 | And those were the figures that I made going back to | 12:46:37 |
| 13 | it when we were talking about play testing.  Those | 12:46:41 |
| 14 | were the first kind of figures we put on the table so | 12:46:43 |
| 15 | that people could start testing the game system. | 12:46:47 |
| 16 | Q   Have you heard of the product "Space | 12:46:53 |
| 17 | Marine"? | 12:46:55 |
| 18 | A   There was a product Space Marine, which | 12:46:58 |
| 19 | was a box of epic stuff, but that was the whole | 12:46:59 |
| 20 | product.  The idea of the term "Space Marine" was -- | 12:47:04 |
| 21 | we didn't generate it, we, the sculptors.  It was a | 12:47:07 |
| 22 | Games Workshop/Citadel thing at that point. | 12:47:15 |
| 23 | I now know that the term "Space Marine" kind | 12:47:22 |
| 24 | of predates that, but at that point my first knowledge | 12:47:25 |
| 25 | of the word "Space Marine" was as given to me by Games | |

Page 28

| | | |
|---|---|---|
| 1 | Workshop, and that was the descriptor for what our | 12:47:33 |
| 2 | kind of core military figure was going to be, and it | 12:47:38 |
| 3 | was going to be the main protagonist in the game. | 12:47:43 |
| 4 | Q    What do you mean, you now know Space | 12:47:47 |
| 5 | Marine predated that? | 12:47:48 |
| 6 | A    Because with all this hoo-ha that we are | 12:47:51 |
| 7 | sitting here talking about, you can see that the term | 12:47:55 |
| 8 | "Space Marine" predates Games Workshop's use of it. | 12:47:58 |
| 9 | It is mentioned -- I think it is mentioned in Heinlein | 12:48:05 |
| 10 | or it is mentioned in Doc Smith in his Linesman | 12:48:08 |
| 11 | series, as a passing reference, not as a core thing. | 12:48:13 |
| 12 | It is not all about the Space Marines, but it did | 12:48:18 |
| 13 | mention "Space Marines".  Of course the term "marine" | 12:48:21 |
| 14 | is common military parlance. | 12:48:23 |
| 15 | Q    Did you design the first Space Marine? | 12:48:27 |
| 16 | A    Yes. | 12:48:31 |
| 17 | Q    Is it fair to call a Space Marine -- | 12:48:50 |
| 18 | strike that.  Is it fair to call a Space Marine a type | 12:48:52 |
| 19 | of futuristic soldier? | 12:49:01 |
| 20 | A    Yes, a marine in military terms is kind | 12:49:06 |
| 21 | of like the shock troops.  They are people who are put | 12:49:12 |
| 22 | into threatening positions, tend to be the first wave | 12:49:15 |
| 23 | of an attack.  So these are -- the term "marine" | 12:49:21 |
| 24 | describes people who are there to get into trouble, as | 12:49:26 |
| 25 | it were, you know, to fight. | |

Veritext National Deposition & Litigation Services
866 299-5127

```
 1              Q    Was the concept of a futuristic soldier   12:49:32

 2     original in the 1980s?                                  12:49:34

 3              A    No, it is not, no.  It was predated,       12:49:38

 4     like by the books and so on.                            12:49:41

 5              Q    Could you generally describe the           12:49:46

 6     development process of your first Space Marine          12:49:49

 7     product?                                                12:49:52

 8              A    Again it was pretty much along the same   12:49:55

 9     lines as everything else, in the sense that we didn't   12:49:57

10     have any art direction as such.  I had a conversation   12:49:59

11     with Rick Priestley, and Rick described what a Space    12:50:02

12     Marine was.  He was like an augmented human being.  He  12:50:08

13     was wearing a fully enclosed suit of powered armor      12:50:13

14     which would give him superhuman strength and enable     12:50:16

15     him to work in a hostile environment and take damage    12:50:21

16     that a normal human being couldn't do.  We talked       12:50:26

17     about the gun that he would use, and that was pretty    12:50:31

18     much it I think.                                        12:50:42

19              Then I just went off and started making this   12:50:44

20     model in the same way that I had made all the other     12:50:47

21     models.  I didn't realize it was going to be the core   12:50:50

22     piece.  It was a single -- just a model, like any       12:50:53

23     other.                                                  12:50:57

24              Q    How did you go about determining what     12:50:58

25     artistic design elements went into the Space Marine?
```

Page 30

| | | |
|---|---|---|
| 1 | A    I already had Rick's brief.  I already | 12:51:04 |
| 2 | knew that what we wanted was this model which would | 12:51:08 |
| 3 | have presence on the table.  It had to have an aspect | 12:51:12 |
| 4 | to it which was obviously human but more than human. | 12:51:17 |
| 5 | It was going to be big and strong and tough and | 12:51:20 |
| 6 | intimidating, and one of the things that we were aware | 12:51:23 |
| 7 | of as war gamers is that when you put a model on the | 12:51:28 |
| 8 | table and you stand 3 feet away from it, any signals | 12:51:33 |
| 9 | that it has have to be strong signals.  You have to be | 12:51:36 |
| 10 | able to instantly understand that this is a powerful | 12:51:41 |
| 11 | figure or a weak figure or an active figure or slow or | 12:51:45 |
| 12 | fast.  So you have to make sure that those design | 12:51:47 |
| 13 | elements are in there.  So the idea of making that | 12:51:50 |
| 14 | figure imposing was important. | 12:51:54 |
| 15 | The all enclosing armor was really a | 12:52:03 |
| 16 | development of again my historical information, you | 12:52:07 |
| 17 | know, the idea of like Medieval armor with knee armor | 12:52:12 |
| 18 | that had to articulate, you know that the feet would | 12:52:18 |
| 19 | have to articulate but still be armored.  These are | 12:52:21 |
| 20 | common elements in Medieval play armor, full play | 12:52:26 |
| 21 | armor.  The helmet, again, we knew it was fully | 12:52:31 |
| 22 | enclosed.  We knew that these guys were going to be I | 12:52:39 |
| 23 | suppose kind of like Roman soldiers.  So they were | 12:52:45 |
| 24 | like legions.  There were going to be loads of these | 12:52:48 |
| 25 | guys, loads of them.  So the helmet was loosely based | |

Page 31

```
 1    on I suppose like a Roman legionary's helmet with        12:52:55

 2    neck, neck protector, ear protectors that roll-over      12:53:01

 3    the ear, and sometimes you would have a heavy            12:53:04

 4    browband.                                                12:53:06

 5            The fact that it was enclosed meant that it      12:53:09

 6    then needed to have goggles, and because it had to       12:53:10

 7    survive in a hostile environment he had to have a        12:53:15

 8    breathing mask, which was loosely based on like a jet    12:53:19

 9    pilot's breathing mask, so that would sit on his face    12:53:25

10    and that would enclose the whole face, and that really   12:53:28

11    describes the helmet design.  We did have a sighting     12:53:31

12    mechanism which we put on the helmet which would tie     12:53:36

13    in with the weaponry and would help augment the look     12:53:39

14    of the model, but it was placed asymmetrically, it was   12:53:45

15    off to the side, as I remember.                          12:53:49

16            The equipment around him, again the design       12:53:51

17    called for this breathing apparatus so that he could     12:53:55

18    survive in hostile environment, so we had hosing which   12:53:59

19    went round to his backpack.  Now, the backpack was       12:54:02

20    kind of, in design terms, again it was almost kind of    12:54:08

21    like it had a historical root in my mind, in the sense   12:54:14

22    that it is a cylindrical form at the top which was --    12:54:19

23    you could say it was like based on a rolled blanket      12:54:23

24    from historical periods, like the Napoleonics.  There    12:54:30

25    was a backpack type shape in the center, which if
```

Page 32

| | | |
|---|---|---|
| 1 | anything probably resembles like a Second World War | 12:54:39 |
| 2 | American GI's backpack.  Then the nozzles at the | 12:54:44 |
| 3 | bottom were surrogates for some of the equipment packs | 12:54:49 |
| 4 | that I referred to earlier on.  So that the guy looked | 12:54:54 |
| 5 | like he always had equipment with him. | 12:54:57 |
| 6 | At that point we -- and by "we" I mean | 12:54:59 |
| 7 | Citadel designers and Rick, we decided that the Space | 12:55:07 |
| 8 | Marines would always have these backpacks on.  They | 12:55:10 |
| 9 | would always have them, part of the look, and it added | 12:55:14 |
| 10 | to their bulk, their presence on the table.  The | 12:55:16 |
| 11 | shoulder pads again also were there to add presence | 12:55:23 |
| 12 | and give the model charisma on the table. | 12:55:27 |
| 13 | Q    Thank you.  What about the shoulder pads | 12:55:34 |
| 14 | do you believe added presence on the table? | 12:56:14 |
| 15 | A    Very much so, yes.  I suppose the | 12:56:16 |
| 16 | simplest thing to imagine is a Space Marine without | 12:56:20 |
| 17 | shoulder pads.  It then goes back to being just a man. | 12:56:26 |
| 18 | So it is part of the signal.  If you look at American | 12:56:29 |
| 19 | football jocks with their shoulder protectors, they | 12:56:35 |
| 20 | look really imposing, you know, by the time they have | 12:56:41 |
| 21 | got their helmet on and they are all 6-foot something | 12:56:43 |
| 22 | tall, so they are big men with big shoulders, and in | 12:56:47 |
| 23 | the real world they are intimidating.  So the tie with | 12:56:51 |
| 24 | the Space Marines was to use shoulder pads to give | 12:56:57 |
| 25 | some of that feeling to the design, so that any normal | |

Page 33

| | | |
|---|---|---|
| 1 | human being standing next to a Space Marine looked | 12:57:05 |
| 2 | like a lesser being. | 12:57:09 |
| 3 | Q   So is the size and shape of the shoulder | 12:57:10 |
| 4 | pad related to that desire to add strength and | 12:57:13 |
| 5 | presence? | 12:57:17 |
| 6 | A   The size certainly is.  The shape is a | 12:57:18 |
| 7 | function of the area that they are covering was the | 12:57:22 |
| 8 | upper arm, so it is really an extension of the upper | 12:57:28 |
| 9 | arm.  It is like taking the section of the arm and | 12:57:31 |
| 10 | just expanding it. | 12:57:34 |
| 11 | Q   I want to ask you about a couple of | 12:57:52 |
| 12 | other things you mentioned in your previous answer, | 12:57:53 |
| 13 | breaking them up a little bit.  You mentioned that one | 12:57:56 |
| 14 | design element of the Space Marine was that the knee | 12:58:14 |
| 15 | armor and the foot armor had to articulate.  Is that | 12:58:19 |
| 16 | right? | 12:58:22 |
| 17 | A   Yes. | 12:58:23 |
| 18 | Q   And that was because they needed to be | 12:58:26 |
| 19 | able to move? | 12:58:29 |
| 20 | A   Yes.  Again, it takes you back to the | 12:58:31 |
| 21 | idea of the model being convincing, by having some | 12:58:33 |
| 22 | elements of reality or basic laws applied to it. | 12:58:37 |
| 23 | Q   Was the idea of articulating the knee | 12:58:43 |
| 24 | armor or foot armor original at that time? | 12:58:47 |
| 25 | A   No, because it is present in all play | |

Page 34

| | | |
|---|---|---|
| 1 | armor.  It is a mimic of the human form that is inside | 12:58:55 |
| 2 | it. | 12:59:00 |
| 3 | Q    Did you mention that the Space Marine | 12:59:18 |
| 4 | helmet was loosely based on the Roman legionary | 12:59:20 |
| 5 | helmet. | 12:59:25 |
| 6 | A    Um hum. | 12:59:28 |
| 7 | (Exhibit 19 marked for identification) | |
| 8 | Q    The court reporter has handed you what | 12:59:58 |
| 9 | has been marked as Exhibit 19.  Do you see that there | 13:00:00 |
| 10 | are a number of images in that exhibit? | 13:00:04 |
| 11 | A    Yes. | 13:00:08 |
| 12 | Q    Do you recognize what those images are | 13:00:09 |
| 13 | of? | 13:00:11 |
| 14 | A    Yes, they are what looks like a Roman | 13:00:11 |
| 15 | legionary's helmet.  Oh, different helmets. | 13:00:13 |
| 16 | Q    Can you describe what design elements | 13:00:41 |
| 17 | are in the Space Marine helmet that are also found in | 13:00:43 |
| 18 | the Roman Legionary helmet? | 13:00:47 |
| 19 | A    The Roman Legionary is again a | 13:00:50 |
| 20 | functional object.  So its first function is to | 13:00:52 |
| 21 | protect the skull.  So you have a helmet bowl, which | 13:00:55 |
| 22 | is common to all helmets, and a Space Marine has that | 13:00:58 |
| 23 | too.  It has a neckguard to protect any attacks that | 13:01:02 |
| 24 | the soldier or Space Marine might receive.  Our Space | 13:01:09 |
| 25 | Marine had such a thing.  The cheek guards are the | |

Page 35

| | | |
|---|---|---|
| 1 | the figures, they are made out of plastic.  People are | 13:54:43 |
| 2 | not firing projectiles, there are not actually brains | 13:54:47 |
| 3 | inside the figures, the model heads.  They are toys, | 13:54:50 |
| 4 | effectively? | 13:54:53 |
| 5 | MR. COOPER:  Objection to form. | 13:54:54 |
| 6 | A   Yes, the model that sits on the table, | 13:54:56 |
| 7 | there is no model of a head inside, but the premise is | 13:54:57 |
| 8 | that. | 13:55:02 |
| 9 | Q   So it is a fictional premise? | 13:55:02 |
| 10 | A   Yes. | 13:55:04 |
| 11 | Q   So in that sense does the Space Marine | 13:55:04 |
| 12 | helmet on a fictional character have any real | 13:55:06 |
| 13 | function? | 13:55:10 |
| 14 | MR. COOPER:  Objection, leading. | 13:55:12 |
| 15 | A   I am still not sure I understand your | 13:55:14 |
| 16 | question. | 13:55:16 |
| 17 | Q   Were the dimensions of the helmet for | 13:55:18 |
| 18 | the Space Marine or features made to serve any actual | 13:55:20 |
| 19 | protective function for a real human? | 13:55:26 |
| 20 | A   Well, this is about us convincing people | 13:55:31 |
| 21 | that we are in a kind of semi-real world, you know, | 13:55:35 |
| 22 | that they were in it, so from that point of view the | 13:55:38 |
| 23 | dimensions are real.  We do allude to the fact that | 13:55:43 |
| 24 | you could have a human being inside, even although in | 13:55:48 |
| 25 | fact there is not. | |

Page 60

```
 1              Q    So it is a fictitious function, not a      13:55:53

 2     real function.                                           13:55:58

 3              A    Yes, it is part of the story we are        13:55:58

 4     trying to tell to convince people that this is a real    13:56:04

 5     thing, you know, which is why we will have like the      13:56:06

 6     knee armor articulating and so on.                       13:56:11

 7              Q    You testified to some awareness that the   13:58:07

 8     word or phrase "Space Marines" had been used in          13:58:08

 9     fiction before Games Workshop used it for its            13:58:12

10     character.                                               13:58:16

11              A    Yes.                                       13:58:17

12              Q    When did you learn that?                   13:58:17

13              A    Recently, I mean only in the last month.   13:58:20

14              Q    How did you come to be aware of that?      13:58:23

15              A    Because of this case, to be perfectly      13:58:26

16     honest.  There was a sort of interest in all things to   13:58:30

17     do with Games Workshop, and actually if you Google       13:58:35

18     "Space Marine" it takes you to like the Wikipedia page   13:58:39

19     and there is a section in there that describes about     13:58:44

20     the history of it.  So that is as far as my knowledge    13:58:46

21     extends.  I can't corroborate it like that, but it      13:58:50

22     gave in the Wikipedia page several examples that         13:58:54

23     predates things.  I do remember reading EE Doc's         13:58:58

24     Linesmans series, as a kid, and I do remember reading    13:59:01

25     about Space Marines, although it was only a passing
```

Page 61

| | | |
|---|---|---|
| 1 | reference. | 13:59:11 |
| 2 | Q   You may have said this, I just want to | 13:59:24 |
| 3 | clarify.  At what point in time did you create your | 13:59:28 |
| 4 | first model of a Space Marine? | 13:59:31 |
| 5 | A   If I joined them in 83/84, we started, I | 13:59:36 |
| 6 | moved down to Nottingham, because originally I was | 13:59:40 |
| 7 | still staying in Edinburgh when I started employment | 13:59:43 |
| 8 | with them.  We moved down in May 85 and I made it I | 13:59:46 |
| 9 | think when I was down in Nottingham, so it would have | 13:59:54 |
| 10 | been in the early summer, summer 85, I believe. | 14:00:00 |
| 11 | Q   In the same way I asked you the question | 14:00:14 |
| 12 | about the function of the helmet, does the shoulder | 14:00:15 |
| 13 | pad on a Space Marine have any actual function? | 14:00:21 |
| 14 | A   Its main function is this idea of | 14:00:29 |
| 15 | communicating the presence and power of the Space | 14:00:31 |
| 16 | Marine in his armor.  That is the story that we are | 14:00:37 |
| 17 | trying to tell. | 14:00:41 |
| 18 | Q   Does that have anything to do with the | 14:00:42 |
| 19 | size of the shoulder pad in relation to the figure | 14:00:44 |
| 20 | itself? | 14:00:48 |
| 21 | A   Only insofar as because it is larger | 14:00:49 |
| 22 | than is if you like required, it adds a presence to | 14:00:52 |
| 23 | the model. | 14:00:58 |
| 24 | MR. MOSKIN:  I have no further questions. | 14:01:07 |
| 25 | RE-DIRECT EXAMINATION BY MR. COOPER: | |

Page 62

| | | |
|---|---|---|
| 1 | Q   Just two follow-ups, if you will.  Are | 14:01:09 |
| 2 | there any other functional -- strike that.  Are there | 14:01:19 |
| 3 | any other elements to the Space Marine that you | 14:01:28 |
| 4 | intended to appear functional in order to convince | 14:01:33 |
| 5 | people that it was or could be a real person? | 14:01:37 |
| 6 | A   Well, because it was a suit that had to | 14:01:45 |
| 7 | be worn, the individual inside, the theoretical | 14:01:48 |
| 8 | individual would have to move and do things that we | 14:01:55 |
| 9 | anticipate, then you had to have articulation at those | 14:02:00 |
| 10 | points, where the human being, were he to be inside, | 14:02:04 |
| 11 | would have to articulate.  So you would have to have a | 14:02:07 |
| 12 | way for his chest to move into a different | 14:02:10 |
| 13 | relationship from his hips.  You would have to have a | 14:02:15 |
| 14 | way for his thighs to move in a different relationship | 14:02:19 |
| 15 | to his hips, his calves to his thighs and his foot and | 14:02:22 |
| 16 | so on.  Again, if you extend this premise of telling | 14:02:26 |
| 17 | the story of a suit of powered armor, it has to be | 14:02:32 |
| 18 | divided logically at points.  There is no point | 14:02:38 |
| 19 | dividing it halfway up the upper arm because there is | 14:02:43 |
| 20 | no joint there.  You would have to divide it at the | 14:02:48 |
| 21 | elbow where the arm articulates.  That is the sort of | 14:02:51 |
| 22 | thing we do. | 14:02:55 |
| 23 | In the original one we had hosing and -- I | 14:02:55 |
| 24 | am not sure in later iterations of the Space Marine | 14:02:58 |
| 25 | how much of the hosing appeared, but in the early days | |

Page 63

| | | |
|---|---|---|
| 1 | it physically extended from the helmet, came down to | 14:03:06 |
| 2 | the chest to a chest box, and then two supplementary | 14:03:11 |
| 3 | hoses went round under the arms.  Again, it was all | 14:03:16 |
| 4 | about trying to create this kind of pseudo-reality to | 14:03:19 |
| 5 | the thing so that you could believe that there was | 14:03:25 |
| 6 | breathing going on, even if in reality there was not. | 14:03:28 |
| 7 | Q    You also mentioned that there is a | 14:03:32 |
| 8 | scaling and sizing properties to the miniatures and | 14:03:35 |
| 9 | you described it as a gaming one.  Do you recall that? | 14:03:38 |
| 10 | A    Yes.  It is important on the table, yes. | 14:03:41 |
| 11 | Q    Could you describe what you mean by the | 14:03:43 |
| 12 | scale and size of the Games Workshop miniatures being | 14:03:47 |
| 13 | a gaming one? | 14:03:50 |
| 14 | A    Okay.  When we were in the very infancy | 14:03:51 |
| 15 | of Citadel the accepted war game scale was 25 mm.  25 | 14:03:56 |
| 16 | mm could either mean from the base of your heel to the | 14:04:04 |
| 17 | top of your head or from the base of the heel to your | 14:04:07 |
| 18 | eye level, as a standing individual, and that was the | 14:04:10 |
| 19 | scale, with the idea that we were going to be doing, | 14:04:13 |
| 20 | in the case of Warhammer, which was our first foray, | 14:04:19 |
| 21 | that it was to be a heroic game, a fantasy game, a | 14:04:22 |
| 22 | game of excitement and charisma.  We wanted to make | 14:04:26 |
| 23 | sure that our figures reflected that.  So the | 14:04:30 |
| 24 | instruction, if you like, that came from Bryan and | 14:04:33 |
| 25 | people in charge of Citadel was to make the figures | |

Page 64

| | | |
|---|---|---|
| 1 | bigger so that they would have presence on the table | 14:04:40 |
| 2 | and just be more appealing. | 14:04:45 |
| 3 | The other point about the scaling is that it | 14:04:48 |
| 4 | is important on the table that the models function in | 14:04:51 |
| 5 | terms that you understand what they are, what they are | 14:04:55 |
| 6 | equipped with, what weapons they are holding and what | 14:04:59 |
| 7 | they are doing, if that is important.  So, you know, | 14:05:02 |
| 8 | the Space Marine in particular was an amalgam of all | 14:05:04 |
| 9 | those things.  We had to have strong design elements. | 14:05:09 |
| 10 | You know, it is plainly clear with the backpack which | 14:05:13 |
| 11 | way he is facing.  I know these are stupid things but | 14:05:17 |
| 12 | when you are standing looking at 100 models across the | 14:05:20 |
| 13 | table, three or four feet away, it starts to get | 14:05:22 |
| 14 | important, if you are going to play the game properly | 14:05:26 |
| 15 | to understand who is doing what and which way they are | 14:05:29 |
| 16 | facing. | 14:05:31 |
| 17 | Q   So do some of the elements have to be | 14:05:32 |
| 18 | larger so that the players can see them on the game | 14:05:34 |
| 19 | board? | 14:05:37 |
| 20 | A   Yes. | 14:05:38 |
| 21 | Q   So are the Games Workshop figurines -- | 14:05:39 |
| 22 | you might have said this -- are they 28 mm scale? | 14:05:41 |
| 23 | A   I think nominally they are 28, they may | 14:05:45 |
| 24 | be larger than that now.  There is a term in the hobby | 14:05:47 |
| 25 | which is called scale creep, which there is kind of | |

Page 65