# EXHIBIT

# 4

# Keener, Jason J.

| | |
|---|---|
| **From:** | Copyright Office [cop-ad@loc.gov] |
| **Sent:** | Thursday, January 10, 2013 12:29 PM |
| **To:** | Moskin, Jonathan |
| **Subject:** | 1-732432166 Assault Squad Shoulder Pads |

Dear Mr. Moskin:

I received both of your phone messages today.  Thank you for the information.  As I said in my previous email, you will soon be receiving (or should have received) a letter from us.  At this point, there is nothing more I can do regarding this case.

Sincerely,

Carol Frenkel

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-EHB6NZ]

GW0011662

# Keener, Jason J.

| | |
|---|---|
| **From:** | Moskin, Jonathan |
| **Sent:** | Friday, January 11, 2013 11:04 AM |
| **To:** | 'Copyright Office' |
| **Subject:** | RE: 1-732432166 Assault Squad Shoulder Pads |

Thank you for your response.  Although I take it you reassigned this matter to another examiner, unfortunately, I still have heard nothing further but will look forward to receiving that communication.  I had called simply to try to talk with you to explain the situation and directly answer any questions you might have - something I have done on many occasions in the past with the Copyright Office.  If you do wish to speak with me, you are welcome to call at any time.

Best regards,

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Thursday, January 10, 2013 1:29 PM
To: Moskin, Jonathan
Subject: 1-732432166 Assault Squad Shoulder Pads


Dear Mr. Moskin:

I received both of your phone messages today.  Thank you for the information.  As I said in my previous email, you will soon be receiving (or should have received) a letter from us.  At this point, there is nothing more I can do regarding this case.

Sincerely,

Carol Frenkel

When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-EHB6NZ]