# EXHIBIT

# 8

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES,<br><br>　　　　　Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

## DECLARATION OF ALAN MERRETT

I, Alan Roy Merrett, hereby declare:

1.　　I am Head of Intellectual Property, Games Workshop, Willow Road, Lenton, Nottingham NG7 2WS United Kingdom. I have been employed by Games Workshop since 1981 and was one of the original creators of Warhammer 40,000 in about 1987. I base this declaration on my personal knowledge and my complete access to the books and records of Games Workshop.

### Warhammer 40,000 Background

2.　　Warhammer 40,000 (or Warhammer 40K) was first launched in 1987, in a book entitled Rogue Trader. The fictional universe and basic game were created by a small group of key employees, John Blanche, Jeremy "Jes" Goodwin, Rick Priestley, and myself.

3.　　Warhammer 40,000 quickly achieved great commercial success and currently represents a body of hundreds of books and magazines portraying the fictional world and setting forth information and rules about the related table-top wargame of the same name, a movie,

4836-0565-2752.3

computer games, and thousands of collectible figurines sculpted and produced by Games Workshop; collected, painted and displayed by fans and used in the tabletop wargame. As many as seven of the Black Library novels about Warhammer 40,000 have been New York Times bestsellers. Warhammer 40,000 is also the hub of a wide social network, some of which can be experienced at the many on-line forums devoted exclusively or primarily to Warhammer 40,000 and its fans (including Bolterandchainsword.com, Dakkadakka.com, Warseer.com, belloflostsouls.net, heresy-online.net, and others). Fans also gather at Games Day events (including the July 28, 2012 Games Day in Chicago, Illinois that was attended by over 2500 people, and the independently organized Adepticon, also in Chicago, which occurred on April 19-21 and was similarly attended by thousands). There are many YouTube videos that people have posted online that help introduce a person who is unfamiliar with Warhammer 40K to some of the elements of the overall creative universe, such as (i) http://www.youtube.com/watch?v=VGByey3BSjY showing a trailer from the recent Warhammer 40,000 motion picture[1]; (ii) http://www.youtube.com/watch?v=A-E1RcRvny8 showing a trailer from a Dawn of War Warhammer 40,000 video game; and (iii) http://www.youtube.com/watch?v=Tee9XodZou8&list=UUy0TN9NKJhyYGCavN-06c7Q&index=3&feature=plcp an interview with the designers of a new line of "Dark Eldar" figures (including one of the original creators of Warhammer 40,000, Jes Goodwin, revealing some of the creative process and the interplay between the design and the underlying story and rules. Additionally, attached as Exhibit 104 is a short Games Workshop video that provides some context for the hobby, showing fans at a Games Day event where they are able to view

---

[1] A second trailer is at http://www.youtube.com/watch?v=6vF_VLZotWc

4836-0565-2752.3

painted miniatures on display, paint their own miniatures, view artwork and play Warhammer 40,000.

4.     The Warhammer 40,000 universe is depicted throughout Games Workshop's books, articles, and other materials and is not easily summarized.   However a brief overview follows.  The Warhammer 40K universe is set in a savage 41st Millennium where Mankind must battle for survival in a galaxy riven by bloodshed and destruction.  Humanity teeters on the brink of extinction, assailed on all sides by aliens, traitors, and Daemons.  Humanity is protected by elite genetically engineered super-soldiers (called Space Marines) and innumerable "Imperial Guard" (which is the largest fighting force defending humanity).   The various races warring against Mankind include, but are not limited to:

- Eldar – An ancient alien race possessed with incredible skill, cutting edge technology, and preternatural swiftness;

- Tau – A fledgling race that is rapidly expanding its empire through the use of advanced technology to compensate for its members' meager physiques;

- Tyranids – A horrific alien bio-engineered race from beyond the galactic void that devours all in their path and incorporates the genetic materials of all they consume; and

- Chaos – Once loyal warriors who fought for Mankind who have forsaken their oaths of loyalty and turned against humanity, loyal only to the Dark Gods of Chaos.[2]

5.     For each specific race, Games Workshop's books, magazines, and other products flesh out the specific history, legends, characters, weapons, vehicles, culture, and other details of that race.  By way of example, during the 30th millennium, the Emperor of Mankind created twenty Primarchs, genetically engineered superhumans possessing immense physical and psychic power.  Each Primarch's genome was used to serve as a template for a different legion of

---

[2] The Warhammer 40K universe includes a number of other races as well, such as Necrons, Orks, Daemons, Dark Eldar, etc.

Space Marines. During the 30th Millennium, the Emperor used the Space Marines to conquer human-inhabited worlds to create the Imperium of Man. Near the end of this campaign, nine of the twenty legions converted to worship Chaos Gods and rebelled against the Emperor (the "Horus Heresy", named after one of the Primarchs who rebelled). The rebels were defeated and banished, but continue fighting on behalf of the Chaos Gods. The remaining legions were restructured into smaller units called "Chapters" to make future mass rebellion unlikely. Much of the Warhammer 40K universe focuses on Mankind's continued struggle for survival with the assistance of these Space Marine Chapters. Since 1993, the strapline for each new edition of Warhammer 40,000 is "In the grim darkness of the far future there is only war."

6. In additional to the numerous books and vast body of artwork depicting the Warhammer 40K universe, there is also an associated tabletop miniature war game played with 28 millimeter (approximately 1 inch/6 feet) scale miniatures that represent the futuristic soldiers, creatures, weapons and other tools of war Games Workshop has created. The background and playing rules of each army are specified in the rule books and supplemental army "codexes" published by Games Workshop, along with articles in Games Workshop's monthly magazine, *White Dwarf*. The rules attempt to account for the various unique characteristics present for each race, character, or weapon that exists in the Warhammer 40K universe.

7. The miniatures and vehicles sold by Games Workshop require assembly and painting. Hobbyists (whether or not they play the game) assemble and paint the miniatures. These miniatures are displayed in private collections, at local hobby groups, at local hobby stores (including Games Workshop stores), at conventions (including conventions hosted by Games Workshop), online, and in Games Workshop's various publications.

8.     These miniatures can also be assembled into armies that can be pitted against those of other players.  Unlike other battle-themed games such as Risk or Stratego, there is no board for play.  Each player brings a roughly equal "value" of units to a tabletop "battlefield", typically 4 ft by 6-8 ft, decorated with various terrain features (hills, trees, ruined buildings, etc.). The players then decide upon a scenario, ranging from simple skirmishes to complex campaigns surrounding "historical" events in the Warhammer 40K universe involving obtaining and defending various objectives.  Subject to the game rules, players develop strategies and take turns advancing the model armies and firing their weapons on the tabletop battlefield, rolling dice to determine the results of various types of combat.  It is Games Workshop's understanding that the collection and painting of miniatures represents a larger portion of the use of the sculptural figurines than does game play.

The Origin and Ownership of Games Workshop's Works

9.     Games Workshop itself originated in London in 1975, and in 1983 developed Warhammer, set in a medieval fantasy time.  By the time it developed the futuristic Warhammer 40K in 1987, Games Workshop had moved to Nottingham where the creative core of the company (Messrs Blanche, Goodwin, Priestley and myself) were devoted full-time as employees of the company.  The creative core of the company remains here today.

10.     Among the four original creators of Warhammer 40,000, Mr. Goodwin is a sculptor and artist and Mr. Blanche a painter, and they created most of the original artwork. None of the designs for the characters, races and armies has any known antecedents.  To be sure, Warhammer 40K incorporates some symbols and graphic elements drawn from heraldry and other historical sources (e.g., wolves and Roman numerals and crosses) but as used in Warhammer 40K, those individual elements have been modified and thoroughly integrated with

other elements (graphic and sculptural) to form something unlike any known prior works. For instance, although something as simple as a Roman numeral is used as one of the identifying features of squads of Space Marines, it has a specific meaning within the underlying story such that only certain characters would wear the numeral on a specific location for a specific purpose and only in combination with other specific symbols (such as an arrow, a crossed X, or a chevron).

11.     Although many of the miniatures Games Workshop produces are small, the plastic models are originally sculpted in three times the size of the final commercially sold versions  The creative process often takes several months whereby concept art is first sketched and/or painted in two dimensions and then sculpted in clay, also known as Green Stuff (a product Games Workshop produces and sells), and/or with other sculpting materials.  Only then are the sculptural works readied for production.  Additionally, some of the larger models are sold through Forge World, a part of Games Workshop.  In almost all instances, the sculptor(s) are given credit for the product by having their name appear on the box of the mass produced versions or in the monthly *White Dwarf* magazine announcing the product release.

12.     Games Workshop has identified numerous works on which it believes Chapterhouse Studios has relied in creating the accused products at issue in this litigation.  In the ordinary course, Games Workshop relies solely on its own employees to create these and other works.  Indeed, the works are all created based on the basic storylines and artwork I helped create together with John Blanche, Jes Goodwin and Rick Priestley in 1987 and earlier, and as the Warhammer 40,000 universe has grown more complex and detailed, the contours within which designers work is increasingly defined by what has come before.  We also never engage freelance artists without providing extensive oversight and creative direction.  However, we do

rarely employ the services of independent artists – many of whom have also at times been employees of Games Workshop. When we do, it is our customary practice to obtain confirmatory assignments from these individuals. Over the years, some of these have been misplaced; however, none of the individual authors has ever challenged Games Workshop's ownership of the subject works and, during the course of this litigation, we have obtained replacement assignments from those of the individuals we have been able to locate.

13. Despite our efforts to locate all of the authors whose works are at issue in this litigation, there are six individuals who contributed to some of the works that we have not been able to contact. However, I am able to confirm that each of these seven authors was an employee at the relevant time.

a. Karl Kopinski. Mr. Kopinski was involved in creating the Crimson Fist Shoulder Pads depicted in the Index Astartes IV 2004, page 39. Mr Kopinski was an employee from 1 June 1999 to 8 February 2006

b. Adam Clarke. Together with Jes Goodwin, Mr Clarke helped design the sculptural works we refer to as "The Seer Council", which is a unit in the Eldar army. The works were created in 2002 and Mr. Clarke was an employee from 11 May 2001 to 13 December 2003.

c. Tim Adcock. Together with Jes Goodwin, Mr. Adcock helped design the sculptural work we refer to as a "Predator Space Marine Rhino tank." The work was created in 2001 and Mr. Adcock was an employee from 2 February 1994 to 20 July 2007. This was the second version of a Rhino. A prior Space Marine Rhino was created and sold in Games Workshop's 1989 catalogue.

d. Bob Naismith. Mr. Naismith helped design the sculptural work we refer to as a "Rhino", which is a vehicle used by the Space Marines. The work, as later decorated further

4836-0565-2752.3

with Games Workshop's Space Wolf iconography (designed by Jes Goodwin and Mike McVey as noted below), was shown in the "Space Wolves Codex" published in 2000, and Mr. Naismith was an employee from May 1984 to December 1989.

e. Wayne England  Mr. England helped develop the iconography for a chapter of the Space Marines know as the Blood Angels.  The work was created in 1995, and Mr. England was an employee from the end of 1988 to early 2001.

f. Mike McVey.  Mr. McVey helped design an Eldar miniature figure during the course of his employment with us from April 1987 through November 1999 and also worked with Jes Goodwin to create an icon for the Space Wolves Space Marines in 1989.

14.     As noted, no Games Workshop employee or freelance artist has ever challenged Games Workshop's ownership of the subject works.

### Space Marine Chapters

15.     According to the Warhammer 40K universe, after the Horus Heresy Rebellion, the Space Marine Legions were broken up into a thousand smaller Space Marine Chapters. These Chapters include, but are not limited to Iron Snakes, Salamanders, Soul Drinkers, Blood Ravens, Iron Hands, Space Wolves, Blood Angels, Dark Angels, Flesh Tearers, Celestial Lions, and Exorcists.  The Standard hand weapon of a Space Marine is a "bolter."  More details about the Space Marines Chapters and imagery associated with those chapters are are provided and shown below (¶¶ 30 et seq.)

### Eldar Figures

16.     One of the armies in the Warhammer 40K universe is the Eldar, which, as noted, is an ancient alien race having mythic skills, cutting edge technology, and preternatural swiftness.  In the Warhammer 40,000 universe concerning the Eldar race, they are described and

4836-0565-2752.3

defined as a type of elf. In Games Workshop's literature concerning the Eldar race, they are described and defined as a type of elf. In the Warhammer 40K mythology, "Spirit Stones" are used by Eldar as receptacles for spirits of their ancestors. Four of the many types of individuals in Games Workshop's Eldar society are the Striking Scorpions, the Howling Banshees, the Eldar Farseer, and the Eldar Warlock. An Exarch is a type of Eldar Warrior. Additionally, a common vehicle used by the Eldar is an Eldar Jetbike. Examples of each of these are depicted below:



Eldar Striking Scorpion
(Ex. 27 at 2)

Eldar Howling Banshee
(Ex. 28 at 31, GW011375; Ex. 29)

Eldar Farseer
(Ex. 28 at 26, GW011373; Ex. 30, GW002349)

4836-0565-2752.3





Eldar Warlock
(Ex. 28 at 28, GW011374; Ex. 31)

Eldar Jet Bike
(Ex. 28 at 40, GW011377; Ex. 32)

17.     These pictures are representative of numerous similar pictures that exist throughout Games Workshop's literature and related materials:

- The "Eldar Striking Scorpion" pictures are representative of the Eldar Striking Scorpions models created and sold by Games Workshop, a true and correct copy of which attached as Ex. 27;

- The "Eldar Howling Banshee" picture is representative of the Eldar Howling Banshees and can be found on page 31 of Codex:Eldar attached as Ex. 28. The model is a representative Eldar Howling Banshee model created and sold by Games Workshop, a true and correct copy of which attached as Ex. 29;

- The "Eldar Farseer" picture is representative of the Eldar Farseer and can be found on page 26 of Codex:Eldar attached as Ex. 28. The model is a representative Eldar Farseer model created and sold by Games Workshop, a true and correct copy of which attached as Ex. 30;

- The "Eldar Warlock" picture is representative of the Eldar Warlock and can be found on page 28 of Codex:Eldar attached as Ex. 28. The model is a representative Eldar Warlock model created and sold by Games Workshop, a true and correct copy of which attached as Ex. 31; and

- The "Eldar Jet Bike" picture is representative of the Eldar Jet Bike and can be found on page 40 of Codex:Eldar attached as Ex. 28. The model is a representative Eldar Jet Bike model created and sold by Games Workshop, a true and correct copy of which attached as Ex. 32.

18.     Each Eldar class of individuals has their own unique characteristics:

- The Striking Scorpions class of Eldar known for being skilled in close combat. Games Workshop's models of Striking Scorpions are typically male. Their unique features include a Scorpion Chainsword (a vicious blade with diamond-toothed edges and a gemstone on the hilt), a Shuriken Pistol (which can be attached to its wrist), and Mandiblasters (two small guns attached to the side of the their helmet that fire needle-

11

4836-0565-2752.3

thin shards that act as a conductor for a highly charged laser blast). They wear plate armour and have a thick lock of hair protruding from the back of their helmet;

• The Howling Banshees are a class of Eldar also known for deadly hand-to-hand combat. Games Workshop's models of Howling Banshees are usually female. Their unique features include a conical style helmet with hair flowing out of the back, segmented armour plates over a bodysuit, a grid-like mouth, and a long loin cloth held up by circular stones.;

• The Eldar Farseer is a class of Eldar who have the ability to predict the future. Their weapons include a Spear or Sword. However, Games Workshop does not sell a Farseer miniature with a sword. Instead of armour, they wear a set of robes. While they also have the iconic Eldar style conical helmet, they also have a one or two curved protrusions extending upward;

• The Eldar Warlock is a class of Eldar with psychic abilities. Their unique weapons either include a Witch Blade or a Singing Spear. Instead of armour, they wear a set of robes, but still maintain an iconic Eldar style conical helmet; and

• The Eldar Jet Bike has a similar function to the Space Marine Jet Bike discussed below but is stylized in the Eldar style, including an elongated, smooth, tapering shape.

**Pre-Heresy Accessories**

19.     Games Workshop has produced numerous books, articles, and other products that detail the *Horus Heresy* rebellion against the Emperor in the 30th millennium (something of a prequel to the main body of the Warhammer 40,000 universe) by the nine Space Marine Legions that were corrupted by the Chaos Gods. A principal such book is "Horus Heresy: The Collected Visions" a true and correct copy of which attached as Exhibit 26.

20.     As the events of the *Horus Heresy*, occurred about 10,000 years prior to the main body of events in the Warhammer 40K universe, much of the Games Workshop artwork details "pre-heresy" armour and weapons that look different from the "post-heresy" armour and weapons that are the subject of the bulk of Games Workshop's miniatures. Examples of pre-heresy and post-heresy Space Marine armor are below:

4836-0565-2752.3



Pre-Heresy Armor (Mk 1 Thunder Armor)
(Ex. 48 at 139)



Pre-Heresy Jump Pack
(Ex. 48 at 284)



Post-Heresy Armor
(Ex. 49 at 71, GW001727)



Post-Heresy Jump Pack
(Ex. 50, GW002324)

21.     These pictures are representative of numerous similar pictures that exist throughout Games Workshop's literature and related materials:

- The "Pre-Heresy Armor" picture is a representative picture of a Space Marine wearing an early version of power armour (called Mark I or "Thunder Armour") and can be found on page 139 of The Horus Heresy: Collected Visions book, a true and correct copy of which attached as Exhibit 48;

- The "Pre-Heresy Jump Pack" picture is a representative picture of a Space Marine wearing an early version of a jump pack and can be found on page 284 of Horus Heresy: The Collected Visions book attached as Exhibit 48;

- The "Post Heresy Armour" picture is a representative picture of a Space Marine wearing current power armour (called Mark VIII) and can be found on page 71 of The Art of Warhammer 40,000 book, a true and correct copy of which attached as Ex. 49; and

- The "Post-Heresy Jump Pack" picture is a representative picture of a model created and sold by Games Workshop of a Space Marine wearing a current jump pack, a true and correct copy of which attached as Exhibit 50.

22.     These pre-heresy artwork contain unique elements:

• The pre-heresy armour has unique shoulder pads consisting of overlapping plates with a series of rivets or studs.  Additionally, the pre-heresy shoulder pad shown above has a unique shape to the various plates.  Moreover, the overall shape of the shoulder pad (rounded top, flat bottom, beginning at top of shoulder and ending at elbow) is based off of Games Workshop's iconic shoulder pad design; and

• The pre-heresy jump packs have a unique design consisting of two large turbo-fan type barrel jets with fins protruding out the bottom.

**Tyranid Products**

23.     In the Warhammer 40K universe, the Tyranids are a hive race of aliens whose weapons, technology, and vehicles are all organic in nature.  While Games Workshop has made numerous miniatures representing various Tyranid creatures, Games Workshop's literature and other materials describe and provide artwork for additional Tyranid creatures.  Until recently, two such Tyranid creatures without a Games Workshop miniature were a Tervigon monster and a Mycetic Spore (or "Drop Pod") shown below:




Games Workshop's Tervigon          Games Workshop's Mycetic Spore
(Ex. 60 at 52, GW001422)                (Ex. 60 at 54, GW001424)

24.     These pictures are representative of numerous similar pictures that exist throughout Games Workshop's literature and related materials:

4836-0565-2752.3

- The "Tervigon" picture is a representative picture of a large Tyranid monster called a Tervigon and can be found on page 52 of Codex:Tyranids, a true and correct copy of which attached as Exhibit 60; and

- The "Mycetic Spore" picture is a representative picture of an organic transport and landing vehicle for Tyranids from "Hive" ships (Tyranid transport ships) and can be found on page 54 of Codex:Tyranids attached as Exhibit 60.

25.    These Tyranid Products contain many unique elements:

- The Tervigon has numerous unique characteristics that are more easily appreciated from its picture than they are described.  However, notable characteristics include, two small hind legs, four large pointed legs that each have a small horn extending off the "elbow" of the leg, several bony protrusions that extend off the back of the creature, and the overall stance of the creature; and

- The Mycetic Spore is a large pod-like shape with various tendrils or protrusions extending from the top that allow the pod to fall from space while transporting inside various other Tyranid creatures.

26.    Another large Tyranid creature created and sold by Games Workshop is a Carnifex.  A representative picture of a Carnifex is below.  A true and correct copy of Games Worksho's webpage for the Carnifex is attached as Exhibit 61:



Games Workshop's Carnifex
(Ex. 61, GW002335)

**Javelin Class Jet Bike**

27.    One of the vehicles in the Warhammer 40K universe that may be used by Space Marines is a Jet Bike.  The *Horus Heresy: The Collected Visions* book shows a picture of what

this Jet Bike looked like in the pre-heresy days. Additionally, Games Workshop produces and sells a Space Marine Bike, also shown below:



Games Workshop's Space Marine Jet Bike
(Ex. 48 at 15, GW001893)



Games Workshop's Space Marine Bike
(Ex. 71)

28.     These pictures are representative of numerous similar pictures that exist throughout Games Workshop's literature and related materials:

- The "Space Marine Jet Bike" picture is a representative picture of a Jet Bike used by Space Marines during the Horus Heresy and can be found in The Horus Heresy: Collected Visions at page 15, attached as Exhibit 48; and

- The "Space Marine Bike" is a picture of an assembled and painted Space Marine Bike created and sold by Games Workshop and is representative of the Space Marine Bikes as depicted in Games Workshop's literature and related materials, a true and correct copy of which and can be found at Exhibit 71.

29.     Both Games Workshop's depiction of a Space Marine Jet Bike and its Space Marine Bike contain unique characteristics, including the overall shape, a grilled front, and two large exhaust pipes on each side of the rear of the bike.

**Space Marine Shoulder Pads**

30.     Most Space Marines wear Power Armour, an advanced suit of strength enhancing combat armor consisting of thick ceramite containing a full suite of life-support functions to operate in hostile environments. Over the history of the Warhammer 40 universe there have

been various advancements to the Power Armour, starting with Mark I through to the current Mark VIII version. An example of the Mark VIII Power Armour is below:






Post-Heresy Armor
(Ex. 49 at 71)

Space Marine Shoulder Pad
(Ex. 76 at 13; Ex. 77)

Back of Space Marine Shoulder Pad
(Ex. 125, GW002698)

The representative example of Post-Heresy Armour is from *The Art of Warhammer*, attached as Exhibit 49. The representative examples of a Space Marine Shoulder Pad are from *Insignium Astartes*, a true and correct copy of which is attached as Exhibit 76, and from Games Workshop's website, a true and correct copy of which is attached as Exhibit 77. A true and correct copy of the back of a Space Marine Shoulder Pad is attached as Exhibit 125.

31.     One of the numerous iconic aspects of Games Workshop's Power Armour is the shoulder pad. The shoulder pad is a convex shape with a curve at the top and a straight edge at the bottom. There is often a large band extending along the entire outer edge of the shoulder pad. As part of the Power Armour, the shoulder pad begins above the shoulder and ends right above the elbow. The pads are curved in a manner that it does not cover a large portion of either the chest or the back of the Space Marine. On the reverse side of the shoulder pad, there are typically a series of spaced indentations that serve no functional purpose but are used by Games Workshop to create a technical appearance.

32.     According to the Warhammer 40K universe, the right shoulder pad of a Space Marine contains a symbol and a roman numeral identifying the squad number and squad type to

4836-0565-2752.3

which that Space Marine belongs. Each Space Marine Chapter consists of roughly 1000 Space Marines, with 100 Space Marines in 10 Companies. Each company is in turn divided into 10 "squads" of 10 Space Marines. In general, a company has six Tactical Squads (equipped to fight in a broad range of conditions), two Assault Squads (equipped to fight at close quarters), and two Devastator Squads (equipped to provide heavy weapons support).

- Tactical Space Marines are represented by an upward pointing arrow and given roman numerals I through VI on their shoulder pads;

     

Shoulder Pads for Tactical Space Marines
(Ex. 76 at 13)

- Assault Space Marines are represented by a crossed X and given roman numerals VII and VIII on their shoulder pads; and

  

Shoulder Pads for Assault Marines
(Ex. 76 at 13; Ex. 80, GW002323)

The representative example on the right of a shoulder pad for Assault Space Marines is from Games Workshop's website, a true and correct copy of which is attached as Exhibit 80.

- Devastator Space Marines are represented by a chevron (inverted V) and given roman numerals IX and X on their shoulder pads.

 

Shoulder Pads for Devastator Space Marines
(Ex. 76 at 13, Ex. 81 at 70, GW1288)

The representative example on the right of a shoulder pad for Devastator Space Marines is from Codex: Space Marines, a true and correct copy of which is attached as Exhibit 81.

4836-0565-2752.3

33.     According to the Warhammer 40K universe, the left shoulder pad of a Space Marine contains an icon indicating the specific Space Marine Chapter to which the Space Marine belongs.   While there were originally only 20 Space Marine Legions, after the Horus Heresy rebellion, the legions were broken down into a much larger number of smaller Space Marine Chapters.   Each Space Marine Legion and Chapter has in turn, its own detailed history, legends, characters, weapons, vehicles, culture, and their own unit icon.   Some of the relevant unit icons created by Games Workshop are below:



Excorcist Chapter
(Ex. 86 at 33,
GW001503)



Flesh Tearer Chapter
(Ex. 49 at 71,
GW001727)



Iron Snakes Chapter
(Ex. 49 at 70,
GW001726)



Soul Drinkers
Chapter
(Ex. 87, GW002391)



Blood Raven Chapter
(Ex. 49)



Celestial Lions
Chapter
(Ex. 86 at 33,
GW001503)



Legion of the
Damned
(Ex. 88 at 21,
GW00803)

34.     Each chapter icon has a unique design:

- Exorcist Chapter – Primary colors are black and red with an icon of a skull (missing the bottom jaw) with downturned curved horns, the representative example above is from issue 249 of *White Dwarf*, a true and correct copy of which is attached as Exhibit 86;

- Flesh Tearer Chapter – Primary colors are black and red with an icon of a flat, toothed saw-blade with a drop of blood in the center of the blade, the

4836-0565-2752.3

representative example above is from *The Art of Warhammer 40,000*, attached as Ex. 49;

- Iron Snakes Chapter – Primary colors are blue and red with an icon of the profile view of a snake with several tight undulations, the representative example above is from *The Art of Warhammer 40,000*, attached as Ex. 49;

- Soul Drinkers Chapter – Primary colors are gold and purple with an icon of a chalice with light rays extending out of the top of the chalice, the representative example from above is from the cover of the book *Soul Drinkers*, a true and correct copy of which is attached as Ex. 87;

- Blood Raven Chapter – Primary colors are black and red with an icon of a set of wings with a drop of blood in the center, the representative example above is from *The Art of Warhammer 40,000*, attached as Ex. 49;

- Celestial Lions Chapter – Primary colors are blue and yellow with an icon of a lion, the representative example above is from issue 249 of *White Dwarf*, attached as Exhibit 86; and

- Legion of the Damned – Primary colors are red and black with an icon of a partial skull (missing the bottom jaw), a horizontal line across the forehead, and flames coming from the top of the skull the representative example above is from Codex: Chaos Space Marines, a true and correct copy of which is attached as Ex. 88.

**Weapons**

35.    Games Workshop has created a wide range of fictional weapons for the

Warhammer 40K universe.  Some of those weapons are depicted below:







Bolter Halberds
(Ex. 48 at 152, GW002030)

Servo Arms
(Ex. 108 at 70, GW11383)

Conversion Beamer
(Ex. 109)







Combi-Weapon
Bolter/Melta
(Ex. 108 at 87, GW11386)

Combi-Weapon
Bolter/Plasma
(Ex. 110 at 49, GW00939)

Combi-Weapon
Bolter/Flamer
(Ex. 111)

36.    These pictures are representative of numerous similar pictures that exist throughout Games Workshop's literature and related materials:

- The "Bolter Halberds" picture is representative of the Bolter Halberd and can be found on page 152 of the Horus Heresy: The Collected Visions book, attached as Ex. 48;

- The "Servo Arms" picture is representative of the Servo Arms and can be found on page 70 of Codex: Space Marines, a true and correct copy of which is attached as Ex. 108;

4836-0565-2752.3

- The "Conversion Beamer" picture is representative of the a Space Marine "Valthex Astral Claws Master of the Forge" equipped with a Conversion Beamer created and sold by ForgeWorld, a part of Games Workshop, a true and correct copy of which is attached as Ex. 109; and

- The "Combi-Weapon" picture are representative of various Combi-Weapons described in the Warhammer 40K universe and can be found on page 87 of Codex: Space Marines, a true and correct copy of which is attached as Ex. 108; page 49 of Codex: Dark Angels, a true and correct copy of which is attached as Ex. 110; and on a model created and sold by Games Workshop, a true and correct copy of which is attached as Ex. 111

37.     Each weapon created by Games Workshop has unique characteristics:

- Bolter Halberds – Games Workshop's twist on a medieval halberd consisting of a curved blade at the end of a staff, with a Space Marine bolter gun incorporated into the head of the staff, and a pointed protrusion at the end of the staff sticking out the opposite edge of the blade.

- Servo Arms – One or more extra arms mounted to the Space Marine's back pack. The arms are mechanical in nature and terminate in a two pronged "hand".

- Conversion Beamer – A Space Marine weapon with great power, with ribbed rifling and ending in a pointed barrel.

- Combi-Weapons -  A compact combination of two Space Marine weapons, one of which is typically the Bolter and the other one of a Melta gun, a Plasma gun, or a flamer.

**Space Wolves Vehicle Conversion Kit**

38.     In addition to decorating the right shoulder pad with a Space Marine Chapter's icon, Games Workshop often creates depictions of the Chapter's vehicles that are likewise decorated with the Chapter's icons.  One example of this is with the Space Wolves Chapter. Below are two Space Wolves models created and sold by Games Workshop:

4836-0565-2752.3



Space Wolves Rhino
(Ex. 116 at 19, GW002493)



Space Wolves Space Marine Terminator
(Ex. 117)

39.     The Rhino is a troop transport vehicle for the Space Marines.  The one shown above, a true and correct copy of which is attached as Exhibit 116, is decorated with the icons of the Space Wolf Chapter.

40.     A Space Marine Terminator is a Space Marine wearing heavier terminator armour instead of the standard issued power armour.  The above picture is a Space Marine Terminator decorated with the icons of the Space Wolf Chapter, a true and correct copy of which is attached as Exhibit 117.

4836-0565-2752.3

41.    Games Workshop's Space Wolves icons have unique characteristics.  The Space Wolf icon is an unusually elongated and unique wolf skull with wide eye sockets, often set within a diamond.

I hereby declare under penalty of perjury this 14th day of August, 2012, under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Alan Roy Merrett

24

4836-0565-2752.3

## CERTIFICATE OF SERVICE

I, Jason J. Keener, an attorney, hereby certify that on August 14, 2012, I caused to be filed electronically the foregoing DECLARATION OF ALAN ROY MERRETT with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

/s/  Jason J. Keener

Jason J. Keener

4836-0565-2752.3