# EXHIBIT

# 9

# Exhibit

# 78

000001

01          IN THE UNITED STATES DISTRICT COURT

02          FOR THE NORTHERN DISTRICT OF ILLINOIS

03                    EASTERN DIVISION

04     - - - - - - - - - - - - - - - - - - - - - -

05  GAMES WORKSHOP LIMITED,

06               Plaintiff,

07                         Civil Action No. 1:10-cv-8103

08          v.

09  CHAPTERHOUSE STUDIOS LLC and JON

10  PAULSON d/b/a PAULSON GAMES

11                Defendants.

12     - - - - - - - - - - - - - - - - - - - - - -

13

14                         Tuesday, 3 April, 2012

15                              8:30 am

16

17   Videotaped Deposition of Alan Merrett, Volume 2,

18  taken at the offices of Eversheds, 1 Royal Standard

19    Place, Nottingham, UK, before Ailsa Williams,

20               Accredited Court Reporter

21

22

23

24

25

000002

01

02                    A P P E A R A N C E S:

03   Attorneys for Plaintiff:

04             FOLEY & LARDENER LLP

05             90 Park Avenue

06             New York, NY 10016-1314

07             BY:  JONATHAN E. MOSKIN

08                  (212) 682-7474

09                  jmoskin@foley.com

10

11   Attorneys for Defendants:

12             WINSTON & STRAWN LLP

13             101 California Street

14             San Francisco CA 94111-5894

15             BY: K. JOON OH

16                  (415) 591-1564

17                  koh@winston.com.

18        Also Present:

19             GILLIAN STEVENSON: (Games Workshop)

20             COURT REPORTER:

21             AILSA WILLIAMS

22             VIDEOGRAPHER: LINDA FLEET

23

24

25

000046

01  "53" on it.  It contains one item.

02      (Exhibit 107 marked for identification).

03          For the record, I will represent this is the

04  Chapterhouse product referenced in entry 55 on Exhibit

05  22.

06          A   Yes.

07          Q   For the product, the Chapterhouse

08  product you are examining right now, does it have a

09  Chapter symbol on it?

10          A   No, this is a perfectly smooth Space

11  Marine shareholder pad design.

12          Q   Does it have squad markings on it?

13          A   No, it doesn't have squad markings on

14  it.  It is a perfectly smooth Space Marine shoulder

15  pad design.

16          Q   Does it have a large border around the

17  outer edge?

18          A   It has no large border around the edge

19  but it has a dreadful split line, which you could

20  almost imagine was a border but it is actually a piece

21  of poor casting.

22          Q   Please turn your attention to entry

23  number 98.

24          A   Can I just point out that the smooth

25  shoulder pad has two other interesting bits of detail

000047

01  on it.  On the back side of the shoulder pad, the

02  inner surface, it has a lower edge, it has a small

03  rectangular indentation, which is actually an almost

04  specific copy of a Games Workshop component.  It is a

05  piece of detail that serves no useful function in

06  terms of assembling the miniatures.  It is an artistic

07  construct.  This was remarkably -- that this simple

08  little shape, simple little characterful shape of a

09  Space Marine should have such a mark on it, because it

10  serves no assembly purpose, so it is a piece of

11  artistic -- and on the flat surface of the shoulder

12  pad, the inner surface, it has little square

13  indentations indicating that the thing is potentially

14  of a complex -- again, serving no useful functional

15  purpose, but almost literally copied from the simple,

16  plain Space Marine shareholder pad that Games Workshop

17  produces.

18          Q   Move to strike as non-responsive,

19  comment starting with "Can I just".  There was no

20  question pending.

21          Please turn your attention to entry 98 on

22  Exhibit 22.  Under the Games Workshop column there is

23  one work that is identified:  "The Horus Heresy -

24  Collected Visions 2007, page 48".  Do you see that?

25          A   I see that.