# EXHIBIT

# 10



p6 Codex Space Marines 2004 **(PD269 / Paul Dainton / 2004 )**



p58 Codex Space Marines 2008 **(PD414 / Paul Dainton / 2008 )**

| 4 | Shoulder Pads for Blood Eagle – Tactical (2) | The Blood Ravens are a Space Marine Chapter for the Dawn of War computer game |



This is a shoulder pad with a Eagle or Blood raven on the face, the wings of the bird are surrounding an inverted blood drop or gem. This shoulder pad works well with Blood Raven or Blood Angel themed armies. This is the standard size space marine® Tactical Marine shoulder pad cast in pewter.

(produced under licence by THQ) - http://www.dawnofwargame.com/us/game/index/gameId/1

 The Art of Warhammer 40,000 2006, page 71

**(NH Blood Raven / Neil Hodgson / 2005)**

The Blood Raven's icon is a raven with outstretched wings (like the Aquila, double headed eagle) with a blood drop centred on its torso.

Forge World sell a Blood Raven decal/transfer sheet on their website - http://www.forgeworld.co.uk/Warhammer-40000/BLOOD-RAVENS-TRANSFER-SHEET.html

Decals are used to decorate Space Marines, including shoulder pads.



**(Blood Raven Transfer / Paul Rudge / 2010)**
The Blood Angels are a Space Marine Chapter. Their iconography includes blood drops.



**(NH Angels Graph Paper/ Neil Hodgson / 2001)**
**(WE322 Blood Angels Icon / Wayne England / 1995)**

| | | Index Astartes II 2002, page 31 |
|---|---|---|
| 5 | Shoulder Pads for Blood Eagle – Terminator (2)<br><br><br><br>This is a shoulder pad with a Eagle or Blood raven on the face, the wings of the bird are surrounding an inverted blood drop or gem.  This shoulder pad works well with Blood Raven or Blood Angel themed armies.  This is the standard size space marine® Terminator shoulder pad cast in pewter. | The Blood Ravens are a Space Marine Chapter for the Dawn of War computer game (produced under licence by THQ) - http://www.dawnofwargame.com/us/game/index/gameId/1<br><br> The Art of Warhammer 40,000 2006, page 71<br><br>**(NH Blood Raven / Neil Hodgson / 2005)**<br><br>The Blood Raven's icon is a raven with outstretched wings (like the Aquila, double headed eagle) with a blood drop centred on its torso.<br><br>Forge World sell a Blood Raven decal/transfer sheet on their website - http://www.forgeworld.co.uk/Warhammer-40000/BLOOD-RAVENS-TRANSFER-SHEET.html<br><br>Decals are used to decorate Space Marines, including shoulder pads. |



**(Blood Raven Transfer / Paul Rudge / 2010)**
The Blood Angels are a Space Marine Chapter. Their iconography includes blood drops.



**(NH Angels Graph Paper/ Neil Hodgson / 2001)**
**(WE322 Blood Angels Icon / Wayne England / 1995)**

| | | Index Astartes II 2002, page 31 |
|---|---|---|
| | | Terminator refers to a type of Space Marine armour. Games Workshop sells Space Marines in Terminator armour - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060028  **Miniatures designed by Jes Goodwin, Martin Footit and Dave Thomas.** |
| 6 | Celestial Lions Left Arm Shoulder Pad Bit - Tactical  (2)  This is a Lion Shoulder pad for the left arm, can be used for Celestial Lions or Lions Rampant. This is the standard size space marine tactical shoulder pad cast in pewter. | The Celestial Lions is a Space Marine Chapter. |



White Dwarf magazine issue 249, page 33
**(NH672c celestial lions/ Neil Hodgson / 2000)**

The Celestial Lions Chapter symbol is the head of a Lion on a blue or black background.

The Lions Rampant is a fan created Space Marine Chapter.

Tactical is a Space Marine squad designation. – see product 56

This product does not use Games Workshop's iconography.  It is however, designed to be used with other Games Workshop Products and to fit within the Warhammer 40,000 Universe.  It is of a size and scale to fit with Games Workshop products.  The product description uses Games Workshop terms: Celestial Lions & Tactical.

| 7 | Celestial Lions Right Arm Shoulder Pad Bit - Tactical  (2) | Celestial Lions/Lions Rampant |



This is a Lion Shoulder pad for the Right arm, can be used for Celestial Lions or Lions Rampant.  This is the standard size space marine® tactical shoulder pad cast in pewter.



White Dwarf magazine issue 249, page 33
**(NH672c celestial lions/ Neil Hodgson / 2000)**

Tactical is a Space Marine squad designation. – see product 56

This product does not use Games Workshop's iconography.  It is however, designed to be used with other Games Workshop Products and to fit within the Warhammer 40,000 Universe.  It is of a size and scale to fit with Games Workshop products.  The product description uses Games Workshop terms: Celestial Lions & Tactical.

| 8 | Shoulder Pads for Deathwatch or Dark Angels - Tactical (2)<br>This is shoulder pad is sculpted with a number of gothic icons on the face of the shoulder pad.  It would look good in any deathwatch, inquisition or dark angels themed army. This is the standard size space marine® tactical shoulder pad cast in pewter. | The product implicates trademark issues only, not copyright. |
|---|---|---|

<table>
<tr><td></td><td></td><td>



White Dwarf magazine issue 249, page 33
**(NH672c Exorcists/ Neil Hodgson / 2000)**

Librarian is a rank in the Space Marine army.
</td></tr>
<tr><td>11</td><td>

Terminator pad for Exorcist Space Marine (2)



This terminator sized shoulder pad has a demon skull sculpted on a pentagram as well as a raised rim with the word "perdition" etched into it. Styled after the Exorcist space marine® chapter. Looks good as a pad for Librarians as well.
</td><td>

Exorcists & Librarians - see product 10
</td></tr>
<tr><td>12</td><td>Sawblade Shoulder Pad & Jewel (1)</td><td>The Flesh Tearers are a Space Marine Chapter. Their icon is a circular saw blade with a blood drop in the centre. The Chapter's colours are black and red.</td></tr>
</table>



This is a shoulder pad that fits is about the same size a GW shoulder pad.  It has a sawblade on it and we also include a seperate jewel drop.  This looks great as an evil sun or if you use the jewel drop, looks spectacular for "Fleshtearer" space marine® shoulder pads.  Supplied in pewter.

Index Astartes II, page 49

**(NH672c Flesh Tearers/ Neil Hodgson / 2000)**

Games Workshop sells Flesh Tearers shoulder pads - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod550012a&rootCatGameStyle=



The Orks are a Warhammer 40,000 race. Evil Sun(z) is an Ork clan. Their icon is a circle with 'sun rays' extending outwards.



Codex Orks 1994, page 36

**(WE258C Ork Evil Sunz Icon/ Wayne England / 1994)**

| 13 | Terminator Shoulder Pad for Flesh Tearers (2)  This is a shoulder pad that fits is about the same size a GW terminator shoulder pad.  It has a stone sawblade on it adorned with a jeweled drop and 2 smaller drops in the corner.  This pad looks spectacular on "Fleshtearer" space marines®. | The Flesh Tearers are a Space Marine Chapter. Their icon is a circular saw blade with a blood drop in the centre. The Chapter's colours are black and red.  Index Astartes II, page 49 **(NH672c Flesh Tearers/ Neil Hodgson / 2000)** Games Workshop sells Flesh Tearers shoulder pads - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod550012a&rootCatGameStyle=  Terminator is a style of Space Marine armour. |
| --- | --- | --- |
| 14 | Howling Griffon Shoulder Pads for Space Marines (2)  | The Howling Griffons are a Space Marine Chapter. Their icon is a griffon and their Chapter colours are red and yellow. |

<table>
<tr><td colspan="2">



This is a Serpent or snake in a Greek style, the edges of the pads have chains on them. This is the standard size space marine® terminator shoulder pad cast in pewter. This shoulder pad fits well with any greek, serpent or iron snakes themed army. This pad is meant for the right arm.

There are two variants of this pad that ship out, on with a scroll and another with a tooth (not available for individual order).

</td><td>



The Art of Warhammer 40,000 2006, page 70
**(NH Iron Snakes / Neil Hodgson / 2005)**



**(CL Bro of Snake / Clint Langley / Black Library / 2007)**

The Iron Snakes icon is a snake facing left with its mouth open and its body arched.

Terminator is a style of Space Marine armour.

</td></tr>
<tr><td>19</td><td>Shoulder Pad w/ Studs and Skull for Space Marine - Tactical (2)</td><td>

The shoulder pad shown is based on Mk V Heresy Armour.

Forge World sell Mark V Heresy Space Marines - they are available on our website
http://www.forgeworld.co.uk/Warhammer-40000/Space_Marines/Space_Marine-

</td></tr>
</table>

 

This is a shoulder pad with a skull on it, the rest f the shoulder pad has armored studs. This shoulder pad works well with any loyalist or chaos space marine® army. Would work great for legion of the damned marines. This could also be a chapter icon for the left shoulder. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models.

Infantry-Accessories/MK-V-HERESY-ARMOUR.html



**Models designed by Will Hayes and Phil Stutcinskas**,
Chaos Space Marines are a Warhammer 40,000 army.



Mk5 "Heresy" Pattern          Mk6 "Corvus" Pattern

p20 Codex Space Marines 2008 **(NH_SM_20 / Neil Hodgson / 2008 )**

Loyalist refers to the Space Marine Chapters that fight for the Imperium of Mankind.

Chaos Space Marines are a Warhammer 40,000 army.

The Legion of the Damned is a Space Marine Chapter.



How to paint Space Marines 2004, page 85
**(NH Legion of the Damned/ Neil Hodgson / 2005)**

Their armour colour is black. They use the skull emblem on their shoulderpads.

Games Workshop sells Legion of the Damned models on its website - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod380007a&rootCatGameStyle=

| | | |
|---|---|---|
| | | **Miniatures designed by Juan Diaz Ramos.**<br><br>Tactical is a Space Marine squad designation – see product 56 |
| 20 | Shoulder Pad w/ Skull and Flames for Space Marines - Tactical (2)<br><br>This is a shoulder pad with Skull on it, the skull has flames coming out of the top. This shoulder pad works well with any loyalist or chaos space marine® army. This shoulder pad would look especially good on legion of the damned armies. This could also be a chapter icon for the left shoulder. This is a | Space Marines show their Chapter icon on their left shoulder. |

| | | |
|---|---|---|
| | pewter model that fits on tactical space marine® models as well as other sci-fi models. | <br><br>Warhammer 40,000 Chaos Space Marines 2007, page 21<br>**(NH CH_Sanct / Neil Hodgson / 2007)**<br><br>The Sanctified is a Chaos Space Marine Legion. It has a flaming skull as its icon. Chaos Space Marines is a Warhammer 40,000 army.<br><br>Loyalist refers to the Space Marine Chapters that fight for the Imperium of Mankind.<br><br>Legion of the Damned is a Space Marine Chapter.<br><br>Tactical is a Space Marine squad designation – see product 56. |
| 21 | Shoulder Pad Star Fox / Luna Wolves Tactical  (2)<br>This is a stylized fox or wolf head shoulder pad. This is the standard size tactical space marine® shoulder pad cast in pewter. This pad works well with fox, or luna wolves style armies. | There are no IP issues with this product other than the shape/design of the underlying shoulder pad. |
| 22 | Shoulder Pad Star Fox / Luna Wolves Terminator (2)<br>This is a stylized fox or wolf head shoulder pad. This pad works | There are no IP issues with this product other than the shape/design of the underlying shoulder pad. |

| 46 | Assault Shoulder Pad for Space Marine with number 7 (4)  This is a number 7 Assault Shoulder pad for regular power armor, it has raised crossed arrows on the pad with a roman numeral 7 above the arrows. This is the standard size space marine® tactical shoulder pad cast in pewter. | Assault is a type of Space Marine squad. An Assault squad will have an 'X' symbol and their squad number shown on their right shoulder pads. The squad number will be between 1-10.<br><br>Games Workshop sells assault squad shoulderpads – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110190&rootCatGameStyle=<br><br><br><br>Power armour – see product 10<br><br>Tactical is a Space Marine squad designation.<br><br>• A Space Marine Chapter Consists of 1000 Space Marines.<br>• This is split into 10 Companies of 100 Space Marines.<br>• Each Company is divided into squads of 10 Space Marines.<br><br>The table below shows the Squad markings for a standard Space Marine Company. These are displayed on the right shoulder pad.<br><br>• Squads 1-6 are Tactical Squads (Arrow and numerals 1-6)<br>• Squads 7-8 are Assault Squads (Cross arrows and numerals 7-8)<br>• Squads 9-10 are Devastator Squads (Chevron and numerals 9-10) |



Codex Ultramarines, 1995, p28.



Space Marine Transfer Sheet (from the Terminator Assault Squad) Squad markings in top left corner, numerals in bottom right.



| | | Insignium Astartes 2002, page 13 |
|---|---|---|
| 47 | Assault Shoulder Pad for Space Marine with number 8 (4)<br><br>This is a number 8 Assault Shoulder pad for regular power armor, it has raised crossed arrows on the pad with a roman numeral 8 above the arrows. This is the standard size space marine® tactical shoulder pad cast in pewter. | Assault is a Space Marine squad designation.<br><br>Power armour is the most common style of Space Marine armour.<br><br>Tactical is a Space Marine squad designation.<br><br><br><br>Insignium Astartes 2002, page 13 |
| 48 | Assault Squad Shoulder Pad for Space Marine - Plain (4)<br><br>This is a unmarked Assault shoulder pad for regular power armor, it has raised arrows on the pad. This is the standard size | Assault is a Space Marine squad designation.<br><br>Power armour is the most common style of Space Marine armour.<br><br>Tactical is a Space Marine squad designation. |

| | | |
|---|---|---|
| | space marine® tactical shoulder pad cast in pewter. | <br><br>Insignium Astartes 2002, page 32 |
| 49 | Crested Pad for Space Marine (4)<br><br><br><br>This is a shoulder pad with a raised crest on it. This shoulder pad works well with any loyalist or chaos space marine® army. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models. | This Space Marine Captain has a crested shoulderpad with 'rivets' along the edge where the crest attaches to the pad - http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat440176a&prodId=prod1060070&rootCatGameStyle=<br><br><br><br>**Miniature designed by Juan Diaz Ramos** |



p84 Codex Space Marines 2008
Shoulder pads with high rims. **(DG810 / Dave Gallagher / 2004 )**

Loyalist refers to the Space Marine Chapters that fight for the Imperium of Mankind. – see product 16.

Chaos Space Marines are a Warhammer 40,000 army – see product 2.

Tactical is a Space Marine squad designation – see 56.

| 50 | Devastator Shoulder Pad for Space Marine - Plain (4)<br><br>This is a unmarked Devestator shoulder pad for regular power armor, it has a raised arrow on the pad. This is the standard | Devastator is a type of Space Marine squad. A Devastator squad has an inverted 'V' symbol on their right shoulderpads. |
| --- | --- | --- |

| | | |
|---|---|---|
| | size space marine® tactical shoulder pad cast in pewter. | <br><br>Warhammer 40,000 Space Marines 2004, page 70<br>**(NH SM Pads/ Neil Hodgson / 2004)**<br><br>A Devastator squad member will have their squad number shown on their right shoulder pads. The squad number will be between 1-10. The 'X' on this pad indicates this is Devastator squad 10.<br><br>The colours on the shoulderpad refer to a Chapter colour, ie, blue and gold are the colours of the Ultramarines Space Marine Chapter.<br><br><br><br>Index Astartes III 2003, page 23<br>**(NH Ultramarines Graph / Neil Hodgson / 2001)**<br><br>Power armour is the most common style of Space Marine armour. |
| 51 | Devastator Shoulder Pad for Space Marine with number 9 (4) | Devastator is a Space Marine squad designation. |



This is a number 9 Devastator Shoulder pad for regular power armor, it has raised arrow on the pad with a roman numeral 9 embossed into the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter.

Tactical is a Space Marine squad designation.



Insignium Astartes 2002, page 13



Codex Ultramarines, 1995, p28.

| 52 | Devastator Shoulder Pad for Space Marine with number 10 (4) |



This is a number 10 Devestator Shoulder pad for regular power armor, it has raised arrow on the pad with a roman numeral 10 embossed into the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter.

Devastator is a Space Marine squad designation.

Tactical is a Space Marine squad designation.



Insignium Astartes 2002, page 13

| | | |
|---|---|---|
| | | <br>Devastator Squads<br>Codex Ultramarines, 1995, p28. |
| 53 | First Squad or I Shoulder Pads - tactical (4)<br>This is a shoulder pad with a roman numeral "1" or an I on the face, it is stylized and has more detail then the typical I shoulder pad.  This shoulder pad works well with any loyalist space marine® armies.  This could also be a chapter icon for the left shoulder.  This is a pewter model that fits on tactical space marine® models as well as other sci-fi models. | There are no IP issues with this product other than the shape/design of the underlying shoulder pad. |
| 54 | Generic Power Armour Shoulder Pad for Space Marine - Plain (4)<br><br>Just a regular Space Marine® Power Armor pad, similiar to the standard one with raised edges. | This is Games Workshop's unique expression of a Sci-Fi Shoulderpad.  Only GW's shoulderpads have the unique characteristics of<br><br> o Covering from start of shoulder to above the elbow<br> o Large border around outer edge<br> o Left shoulderpad – squad markings<br> o Right shoulderpad – Chapter symbol |

| | | |
|---|---|---|
| | | \n\nIndex Astartes III 2003, page 23\n**(NH Ultramarines Graph / Neil Hodgson / 2001)** |
| 55 | Smooth Shoulder Pad for Space Marine - no raised areas (3)\n\n\n\nAnother regular Space Marine® shoulder pad, this one has no raised areas, perfectly smooth for something different.\n\nSingle pewter bit. | Space Marine shoulder pad. – see product 54. |
| 56 | Tactical Shoulder Pad for Space Marine (3)\n\n\n\nThis is a Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad. This is the standard size space | Tactical is a type of Space Marine squad. A Tactical squad will have an upward pointing arrow symbol on their right shoulder pad.\n\nGames Workshop sells Tactical shoulder pads - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110189&rootCatGameStyle= |

| | |
|---|---|
| marine® tactical shoulder pad cast in pewter. | <br><br>A Tactical squad member will have their squad number shown on their right shoulder pads. The squad number will be between 1-10.<br><br>The colours on the shoulder pad refer to a Chapter colour, ie, red and gold are the colours of the Blood Angels Space Marine Chapter. See product 4.<br><br><br><br>Insignium Astartes 2002, page 32 |

| 57 | Tactical Shoulder Pad for Space Marine with number 1 (3)  <br><br> This is a number 1 Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 1 inlaid in the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter. | Tactical is a Space Marine squad designation.  <br> Insignium Astartes 2002, page 13  <br> Codex Ultramarines, 1995, p42 |
|---|---|---|
| 58 | Tactical Shoulder Pad for Space Marine with number 2 (3)  <br><br> This is a number 2 Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 2 inlaid in the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter. | Tactical is a Space Marine squad designation.  <br> Insignium Astartes 2002, page 13 |

| | | <br>Codex Ultramarines, 1995, p28 |
|---|---|---|
| 59 | Tactical Shoulder Pad for Space Marine with Number 3 (3)<br><br><br><br>This is a number 3 Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 3 inlaid in the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter. | Tactical is a Space Marine squad designation.<br><br><br><br>Insignium Astartes 2002, page 13<br><br><br><br>Codex Ultramarines, 1995, p43 |
| 60 | Tactical Shoulder Pad for Space Marine with Number 4 (3)<br><br><br><br>This is a number 4 Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 4 inlaid in the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter. | Tactical is a Space Marine squad designation. |

| | | |
|---|---|---|
| | | 

Insignium Astartes 2002, page 13



Codex Ultramarines, 1995, p43 |
| 61 | Tactical Shoulder Pad for Space Marine with number 5 (3)



This is a number 5 Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 5 inlaid in the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter. | Tactical is a Space Marine squad designation.



Insignium Astartes 2002, page 13



Codex Ultramarines, 1995, p43 |

| 62 | Tactical Shoulder Pad for Space Marine with number 6 (3)<br><br><br><br>This is a number 6 Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 6 inlaid in the arrow. This is the standard size space marine® tactical shoulder pad cast in pewter. | Tactical is a Space Marine squad designation.<br><br><br><br>Insignium Astartes 2002, page 13<br><br><br><br>Codex Ultramarines, 1995, p28 |
| --- | --- | --- |
| 63 | Salamanders or Dragon Drop Pod Armor or door panel (1)<br><br><br><br>This is a highly detailed resin armored panel that fits on the Drop Pod Kit door. It is a single piece that fits over the standard door, this is sculpted with a dragon or salamanders icon in the center, surrounded by scales. This is a single door. We recomend buying a set of 5 for the regular drop pod model | A drop pod is a Space Marine vehicle. Games Workshop sells drop pods on its website – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1560026&rootCatGameStyle=<br><br> |

| | | |
|---|---|---|
| | kit. | **Miniature designed by Tom Walton**<br><br>The icon on the Chapterhouse door is based on the Salamanders Chapter icon.<br><br><br><br>Index Astartes 2004, page 19<br>**(NH Salamander Graph / Neil Hodgson / 2004)** |
| 64 | Salamander Dragon Skull Shoulder Pad Bit –Tactical (2)<br><br><br><br>This is a Dragon or Salamander Skull on a scaled background. This is the standard size space marine® terminator shoulder pad cast in pewter.  This sculpter to be used as a right arm pad. | The icon on the Chapterhouse pad is based on the Salamanders Chapter icon.<br><br><br><br>Index Astartes 2004, page 19<br>**(NH Salamander Graph / Neil Hodgson / 2004)** |
| 65 | Salamander Dragon Skull Shoulder Pad - Terminator (2)<br><br><br><br>This is a Dragon or Salamander Skull on a scaled background. This is the standard size space marine® tactical shoulder pad cast in pewter. | The icon on the Chapterhouse pad is based on the Salamanders Chapter icon.<br><br><br><br>Index Astartes 2004, page 19<br>**(NH Salamander Graph / Neil Hodgson / 2004)**<br><br>Tactical is a Space Marine squad designation.<br><br>Terminator is a style of Space Marine armour. |
| 66 | Salamander Dragon Thunder Hammer - Smooth  (2) | The icon on the left side of the head on the far left hammer shown opposite is based on the Salamanders Chapter icon. |

| | | |
|---|---|---|
| | One pewter pad. | |
| 100 | Shoulder Pad for Mantis Warriors Marines – Terminator (1)<br><br>This is a shoulder pad with a Praying Mantis head on the surface, with added chains sculpted on the edges . This shoulder pad works well with Mantis Warrior space marine armies®. This is the standard size space marine® terminator armor shoulder pad cast in pewter.<br><br>One pewter pad. | The product implicates only trademark issues and the shape/design of the underlying shoulder pad. |
| 101 | Shoulder Pad for Blood Ravens Marines - Terminator (1)<br><br><br><br>Lastly for the pads, we resculpted the Blood Ravens shoulder pads to have a blood drop instead of an inverted drop. The previous pads will be listed as Blood Eagle pads, while the updated sculpts will be listed as Blood Ravens pads.<br><br>This is our NEW shoulder pad with a rave on the surface, the wings of the bird are surrounding a blood drop or gem. This shoulder pad works well with Blood Raven or Blood Angel themed armies. This is the standard size space marine® terminator armor shoulder pad cast in pewter.<br><br>Single Pewter Pad. | Blood Raven/Blood Angels<br>The Blood Ravens are a Space Marine Chapter for the Dawn of War computer game (produced under licence by THQ) -<br>http://www.dawnofwargame.com/us/game/index/gameId/1<br><br><br><br>The Art of Warhammer 40,000 2006, page 71<br>**(NH Blood Raven / Neil Hodgson / 2005)**<br><br>The Blood Raven's icon is a raven with outstretched wings (like the Aquila, double |

headed eagle) with a blood drop centred on its torso.

Forge World sell a Blood Raven decal/transfer sheet on their website -
http://www.forgeworld.co.uk/Warhammer-40000/BLOOD-RAVENS-TRANSFER-SHEET.html

Decals are used to decorate Space Marines, including shoulder pads.



**(Blood Raven Transfer / Paul Rudge / 2010)**

The Blood Angels are a Space Marine Chapter. Their iconography includes blood drops.

|   |   |   |
|---|---|---|
|   |   | <br><br>**(NH Angels Graph Paper/ Neil Hodgson / 2001)**<br>**(WE322 Blood Angels Icon / Wayne England / 1995)** |
| 102 | Shoulder Pad for Blood Ravens Marines - Power Armor (1)<br><br>This is our NEW shoulder pad with a rave on the surface, the wings of the bird are surrounding a blood drop or gem. This shoulder pad works well with Blood Raven or Blood Angel themed armies. This is the standard size space marine® Tactical Marine shoulder pad cast in pewter.<br><br>Single Pewter Pad. | Blood Raven/Blood Angels<br>The Blood Ravens are a Space Marine Chapter for the Dawn of War computer game (produced under licence by THQ) -<br>http://www.dawnofwargame.com/us/game/index/gameId/1<br><br>The Art of Warhammer 40,000 2006, page 71<br>**(NH Blood Raven / Neil Hodgson / 2005)**<br><br>The Blood Raven's icon is a raven with outstretched wings (like the Aquila, double headed eagle) with a blood drop centred on its torso.<br><br>Forge World sell a Blood Raven decal/transfer sheet on their website - |