# EXHIBIT

# 11

**GAMES WORKSHOP CLAIM CHART FOR NEWLY ACCUSED PRODUCTS – JANUARY 11, 2013-01-11**

| 124 | Abbithan Banshees Guardswoman 28mm figures – 10 | <span style="color:red">Whole set<br>Games Workshop product arms and weapons used in promotional images</span> |
|---|---|---|
| |  | <br>Imperial Guard Cadian Heavy Weapons Squad<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat440249a&prodId=prod1080043<br><span style="color:green">Sculpted by Brian Nelson and Tim Adcock</span><br>Released September 2003 |







This resin conversion kit contains 12 torsos, 12 legs, 12 heads, 12 backpacks and enough bases to assemble a 12 woman unit of Abbithan Banshees Guardswoman. Models are scaled for 28mm wargames. Models do not come with arms and weapons.

Display models shown assembled with Games Workshop Cadian Imperial Guard arms and weapons for compatibility purposes.

(Chapterhouse Studios recommends Games Workshop Imperial Guard weapons and arms, in particular Cadian

Imperial Guard Cadian Shock Troops
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod2070014
Sculpted by Brian Nelson
Released July 2003
The arms and weapons from this kit have been used on the Chapter House 'Abbithan Banshees'

<span style="background-color: yellow">Imperial Guardsman</span> arms)
http://chapterhousestudios.com/index.php?route=product/product&path=77&product_id=163



Cadian Shock Troops assembled and painted by the hobby team using all Games Workshop parts, in the pose and colour scheme of Chapterhouse's models.



Cover art, Codex Imperial Guard 2008
(DG1180 / Dave Gallagher / 2008 )



p37 'Codex: Imperial Guard' 2008
PD459_Guardsman, Paul Dainton, 2008

| 125 | Large Oval Sandworm Base | None<br>There are no IP concerns with this base. |



This is a single large resin base that matches the same outside dimensions as the Games Workshop Monster Oval Base.

This base features rocky terrain and alien sand worms.

This product is sold unpainted and should be washed in cool, soapy water prior to painting.

http://chapterhousestudios.com/index.php?route=product/product&path=117_116&product_id=179

| | | |
|---|---|---|
| 126 | TRU-Scale Knight Praetorius Conversion Kit – 6 | Whole set |



HEADS, ARMS, WEAPONS, BANNER AND BASES ARE NOT INCLUDED

MODELS PAINTED AND DESIGNED BY STEPHEN SMITH

http://chapterhousestudios.com/index.php?route=product/product&product_id=204



Space Marines
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060074
Sculpted by Jes Goodwin
Released October 1998





Model Painted and Designed by
Stephen Smith

Space Marine from the White Scars Chapter in MKVII power armour
p28 Codex Space Marines 2008
**(NH Marine / Neil Hodgson / 2008 )**



Space Marine legs taken from the following Squad sets:
Space Marine Tactical Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060074
(**Jes Goodwin** released 1998);



Space Marine Devastators Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060104
(**Jes Goodwin, Seb Perbert and Tim Adcock** released 2007);
Space Marine Sternguard Veteran Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1160097a
(**Juan Diaz** released 2008);



Space Marine Torsos from:
Space Marine Tactical Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060074
(**Jes Goodwin** released 1998);
Space Marine Devastator Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060104
(**Jes Goodwin, Seb Perbert and Tim Adcock** released 2007)



3 OF EACH TORSO PER SET
(6 TOTAL)



Space Marine Backpack from the Space Marine Tactical Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060074
(**Jes Goodwin** released 1998)





Space Marine shoulder pads from:



6 POWER PACKS PER SET

TWO OF EACH (12 TOTAL SHOULDER PADS)

Space Marine Tactical Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060074
(**Jes Goodwin** released 1998)
Grey Knights
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1160009a
(**Sculpted by Georgio Bassani, Matt Holland and Martin Footitt** Released April 2011)



Mk8 "Errant" Pattern

Games Workshop Space Marine in MK8 'Errant' pattern armour. The Torso of MK8 armour is characterised by a high collar. The MK8 variant torso is included in the Space Marine Tactical Squad set.
**NH Space Marine Iconography / Neil Hodgson / 2008**
Artwork from p20 Codex Space Marine 2008



MODEL PAINTED AND DESIGNED BY
STEPHEN SMITH



Games Workshop Space Marines assembled and painted by the hobby team using all Games Workshop parts, in the pose and colour scheme of Chapterhouse's models.



Forge World Phobos Boltgun
http://www.forgeworld.co.uk/Warhammer-40000/Space_Marines/Space_Marine-Infantry-and-Accessories/SPACE_MARINE_BOLTER_PHOBOS_PATTERN_X10.html
**Model designed by Phil Stutcinskas and Will Hayes**







Games Workshop Space Marines assembled and painted by the hobby team using all Games Workshop parts, in the pose and colour scheme of Chapterhouse's models.







Artwork showing a Space Marine in Mark VII armour
Cover art, Codex Space Marines 2008
(AB838 / Alex Boyd / 2008 )



Product Code: TRU-Scale Knight Praetorius Conversion Kit – 6

**Please note we have had outstanding demand for this product and we are receiving new supply weekly any pre-orders placed will be priority before we stock any in the store. These are available for "pre-order" or pre-payment and this will guarantee you a kit before any order that comes after you. Expected delay in shipping when ordered while on pre-order is 1-2 weeks.**

The "Knights Praetorius" are the Empress' most loyal soldiers. Each is endowed with a touch of the Empress' psychic powers when admitted into the unit. While few in number, each is a match for 10 lesser men, the psychic unity with the Empress allows a measure of prescience as well as formidable endurance. Both men and woman are allowed to test to join the unit, but few survive this testing.

*In a future where knowledge and technology rule. Aliens and humans battle for resources over countless worlds in a race to the become the dominate power.*
*Earth has been divided into two warring factions although each faction has claimed a whole system to rule over-, they continue to fight over who should rule over earth.*

*Queen Eva Kimlar is the leader of the Valnarian Empire, a powerful psyker that has merged psionics with technology. Kimlar is the manipulator of men and can influence their thoughts, it is almost impossible for a male to deceive her as she can see your innermost secrets in your eyes as if watching them play out on a screen. As a the*

*strongest known psyker in existance she shares a link with her most loyal followers on a level a normal human could not comprehend. Her influence on peoples actions are stronger over men than women, thus she has to use her strong political skills and natural charisma to win over the female population.*

Each resin kit comes **unassembled and unpainted**. The 28 mm TRU-Scale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.* Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.

**Examples of assembled and painted models by Stephen Smith and consist of numerous components from different manufactures for the weapons, arms, heads and weapon effects are available [here](#).**

| 127 | Wheels - 4 | None<br>These are just wheels; we have no issue with these. |



This is a set of highly detailed resin wheels. The diameter is approximately 26 millimeters and the tread width is 12 mm.

This is a set of 4 single piece resin wheels. Suitable for kit customization and conversions.

Armour Through the Ages
http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat520002a&prodId=prod1710010a
Miniature designed by Jes Goodwin

| 142 | TRU-Scale Knight Praetorius "Order of the Empress's Tears" Conversion Kit - 6 | Whole set<br>Games Workshop product used in promotional images<br>Yellow armour with black and white checked patterns is the colour scheme of the Lamenters Space Marine Chapter.<br><br>They were created from the Blood Angels Chapter and so also use blood drop iconography. |







(left) p80 Codex Blood Angels 2009
Model from Space Marine Tactical Squad
**Model by Jes Goodwin**
(right) p113 Imperial Armour Volume 9 The Badab War Part 1
**Kenton Mills and Sam Lamont**





Games Workshop Space Marines assembled and painted by the hobby team using all Games Workshop parts, in the pose and colour scheme of Chapterhouse's models.

The "Knights Praetorius" are the Empress' most loyal soldiers. Each order has a history as well as heraldry that is unique to its ranks. The Order of the Empress's Tears is named so because of the near annihilation the order faced when they were the sole defense for the Empress when her Flagship came under assault during the Battle of Permidian. Isolated and without support, the order was annihilated to almost the last soldier before reinforcements had arrived. Only 2 soldiers survived the Kin'rth attack against the Empress and her closest advisors. Because of this sacrifice, the Empress renamed the unit and the units heraldry includes the "red tears" of the empress as its main standard.

Each resin kit comes **unassembled and unpainted**. The 28 mm TRU-Scale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.* Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.

|   |   |   |
|---|---|---|
|   |   | <br><br>Lizardmen Saurus Warrior Regiment<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat440067a&prodId=prod820854<br>**Sculpted by Colin Grayson**<br>Released May 2003 |
| 146 | **Iron Hand Nut Power Armor Pad** | Size and shape of pad. Not surface decoration<br>Shoulder pad designed to fit on Games Workshop's Space Marine figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. |



This is a single pewter shoulder pad with a mechanical nut and cog teeth on the edge of the pad

Designed to fit on Games Workshop Space Marine® figures.

| 147 | Iron Hand Nut Terminator Pad | Size and shape of pad. Not surface decoration |
| --- | --- | --- |
| | | Shoulder pad designed to fit on Games Workshop's Space Marine Terminator figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. It also uses the small central tab at the bottom of the pad which features on Games Workshop's Terminator shoulder pads. |



This is a single pewter shoulder pad with a mechanical nut and cog teeth on the edge of the pad

Designed to fit on Games Workshop Space Marine Terminator® figures.

| 148 | **Winged Skull Power Armor Pad** | Size and shape of pad. Not surface decoration<br>Shoulder pad designed to fit on Games Workshop's Space Marine figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. |



This is a single pewter shoulder pad with fanged skull with wings on the surface.

Designed to fit on Games Workshop Space Marine® figures.

| 149 | | Whole set |





Imperial Fists Space Marine Chapter
**Neil Hodgson and Darius Hinks**
p53 Insignium Astartes 2002



Hammers of Dorn Space Marine Chapter
The Chapter logo is a fist holding a hammer in front of a wreath.
Artwork from p57 The Art of Clint Langley

| 150 | Hammer of Dorn Terminator Pad | Whole set |
| | | Imperial Fists Space Marine Chapter |



This is a single pewter shoulder pad with a fist holding a hammer on the surface.

Designed to fit on Games Workshop Space Marine Terminator® figures.



**Neil Hodgson and Darius Hinks**
p53 Insignium Astartes 2002



Hammers of Dorn Space Marine Chapter
The Chapter logo is a fist holding a hammer in front of a wreath.
Artwork from p57 The Art of Clint Langley

| | | |
|---|---|---|
| 151 | **V Power Armor Pad**<br><br>This is a single pewter shoulder pad with an V or roman numeral 5 on the shoulder and laurels.<br><br>Designed to fit on <mark>Games Workshop</mark> <mark>Space Marine</mark>® figures. | <span style="color:red">Size and shape of pad. Not surface decoration</span><br>Shoulder pad designed to fit on Games Workshop's Space Marine figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. |
| 152 | **V <mark>Terminator</mark> Pad** | <span style="color:red">Size and shape of pad. Not surface decoration</span><br>Shoulder pad designed to fit on Games Workshop's Space Marine Terminator figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. It also uses the small central tab at the bottom of the pad which features on Games Workshop's Terminator shoulder pads. |

| | | |
|---|---|---|
| | This is a single pewter shoulder pad with an V or roman numeral 5 on the shoulder and laurels.<br><br>Designed to fit on Games Workshop Space Marine Terminator® figures. | |
| 153 | **Power Armor Shoulder Pad for Scythes of the Emperor** | Whole set<br>The Scythes of the Emperor are Space Marine Chapter.<br>Their badge is two crossed yellow/gold scythes on a black background. |



This is a single pewter shoulder pad with a a pair of crossed biological scythes on the surface.

Designed to fit on Games Workshop Space Marine® figures.

**Neil Hodgson**
p88 'How to Paint Space Marines' 2004

Note the backwards hook at the base of the scythes, and cut out section where the underside of the blade meets the haft.

| 154 | Scythes of the Emperor Terminator Shoulder Pad | Whole set<br>The Scythes of the Emperor are Space Marine Chapter.<br>Their badge is two crossed yellow/gold scythes on a black background. |
| --- | --- | --- |



This is a single pewter shoulder pad with a a pair of crossed biological scythes on the surface.

Designed to fit on Games Workshop Space Marine® Terminator figures.

**Scythes of the Emperor**

**Neil Hodgson**
p88 'How to Paint Space Marines' 2004

Note the backwards hook at the base of the scythes, and cut out section where the underside of the blade meets the haft.

| 155 | **Scaled Rimless Power Armor Pad** | Size and shape of pad. Not surface decoration<br>Shoulder pad designed to fit on Games Workshop's Space Marine figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. |
|-----|-----|-----|



This is a single pewter shoulder pad with scale patern and no rim.

Designed to fit on Games Workshop Space Marine® figures.

| 156 | **Scaled Tactical Power Armor Pad** | Shape of pad and use of arrow and trim. Not scales pattern |

Tactical is a type of Space Marine squad. A Tactical squad will have an upward pointing arrow symbol on their right shoulder pad.

Games Workshop sells Tactical shoulder pads

http://www.games-



workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110189&rootCatGameStyle=

A Tactical squad member will have their squad number shown on their right shoulder pads. The squad number will be between 1-10.

The colours on the shoulder pad refer to a Chapter colour, ie, red and gold are the colours of the Blood Angels Space Marine Chapter. See product 4.

**Neil Hodgson and Darius Hinks**
Insignium Astartes 2002, page 32

This is a single pewter shoulder pad with scale patern and a Tactical Arrow on the surface with a rim on the edge.

Designed to fit on Games Workshop Space Marine® figures.

---

| 157 | **Scaled with Rim Power Armor Shoulder Pad** | Size and shape of pad. Not surface decoration<br>This is Games Workshop's unique expression of a Sci-Fi Shoulderpad. Only GW's shoulderpads have the unique characteristics of<br><br> o  Covering from start of shoulder to above the elbow<br> o  Large border around outer edge<br> o  Left shoulderpad – squad markings<br> o  Right shoulderpad – Chapter symbol |



This is a single pewter shoulder pad with scale patern and a rim.

Designed to fit on ==Games Workshop== ==Space Marine==® figures.

Index Astartes III 2003, page 23
(NH Ultramarines Graph / Neil Hodgson / 2001)

| 158 | **Hot Shot ==Lasgun== Pack** | Gun muzzle<br>'Lasguns' are the standard weapon of the Imperial Guard infantryman. A key identifying feature of 'las' weapons is the angled end to the muzzle. |
| --- | --- | --- |





| 163 | **Heraldric Knight Shoulder Pads - 5** | Whole set<br>Not surface decoration just shape of pad<br>This is Games Workshop's unique expression of a Sci-Fi Shoulderpad. Only GW's shoulderpads have the unique characteristics of<br><br> o Covering from start of shoulder to above the elbow<br> o Large border around outer edge<br> o Left shoulderpad – squad markings<br> o Right shoulderpad – Chapter symbol |



Index Astartes III 2003, page 23
(NH Ultramarines Graph / Neil Hodgson / 2001)

