# EXHIBIT

# 12

Page 1

1            IN THE UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF ILLINOIS

3                     EASTERN DIVISION

4  GAMES WORKSHOP LIMITED,      )

5              Plaintiff,       )

6       vs.                     ) Civil Action

7  CHAPTERHOUSE STUDIES LLC     ) No. 1:10-cv-08103

8  and JON PAULSON d/b/a        )

9  PAULSON GAMES,               )

10             Defendants.      )

11

12         The deposition of WILLIAM F. BREWSTER,

13 taken pursuant to the Federal Rules of Civil

14 Procedure of the United States District Courts

15 pertaining to the taking of depositions, taken

16 before PAULINE M. VARGO, a Certified Shorthand

17 Reporter within and for the State of Illinois,

18 C.S.R. No. 84-1573, at Suite 2800, 321 North Clark

19 Street, Chicago, Illinois, on June 29, 2012, at

20 9:05 a.m.

21

22

23

24

Page 133

1  BY THE WITNESS:
2      A.   It doesn't specifically -- none of the
3  examples that I show specifically function the same
4  way, but they function in that they protect the
5  shoulder with the various pieces of material.
6  BY MR. KEENER:
7      Q.   I agree they function to protect the
8  shoulder.  My question is, did you find any designs
9  of shoulder pads in the prior military history that
10 is the same or a very similar design to the Games
11 Workshop shoulder pad?
12     MR. OH:  Objection, compound.
13 BY THE WITNESS:
14     A.   I believe that the function is very
15 similar.
16 BY MR. KEENER:
17     Q.   I'm not asking about the function.  I'm
18 asking about the design.  Design and function are
19 different, right?
20     A.   Yes.
21     Q.   So my question is only about the design.
22 The design Games Workshop made for their shoulder
23 pad, did you find any design of that shoulder pad
24 that's the same or similar to it in the prior

Page 134

1  military history?
2      MR. OH:  Objection, compound.
3  BY THE WITNESS:
4      A.   I can't say that they did, no.
5  BY MR. KEENER:
6      Q.   You are not expressing any opinion that
7  the design of Games Workshop shoulder pad is the
8  same or similar to any prior existing shoulder pads
9  in military history?
10     A.   That is very consistent with those
11 designs.
12     Q.   That's not my question.  You are not
13 expressing any expert opinion that the design of
14 Games Workshop shoulder pads is the same or very
15 similar to any design you found in prior military
16 history?
17     MR. OH:  Objection, compound; objection,
18 misstating prior testimony.
19 BY THE WITNESS:
20     A.   None of the illustrations appear to, no.
21 BY MR. KEENER:
22     Q.   And beyond the illustrations, there is
23 nothing else you can point to as you are sitting
24 here?

Page 135

1      A.   No.
2           Break?
3      Q.   You want to take a break now before the
4  next one?
5      A.   Yes.
6      MR. KEENER:   Great.
7              (WHEREUPON, a recess was had at
8              12:00 noon until 1:05 p.m.)
9  BY MR. KEENER:
10     Q.   Welcome back, Mr. Brewster.
11          Did you discuss any of your testimony
12 with counsel during the lunch break?
13     A.   No, I did not.
14     Q.   I want to turn back to Tab 1 of
15 Plaintiff's Exhibit 103 that we've looked at a
16 couple times now picturing some space marine
17 models.  Are you there?
18     A.   Yes.
19     Q.   And do you recall when I asked you
20 earlier to point out the various elements of that
21 first model on the far left you had commented that
22 you didn't think the shoulder pad was a separate
23 element at least in this figure.  You would
24 consider it only in the context of the entire suit

Page 136

1   of armor?
2       A.   Yes.
3       Q.   I want you to now turn to Tab 12 in
4   Exhibit 103 again.
5       A.   Okay.
6       Q.   And here you see the shoulder pad
7   itself, right?
8       A.   Yes.
9       Q.   And this shoulder pad also is called a
10  flesh tearer shoulder pad.  Do you see that?
11      A.   Yes.
12      Q.   And it's got a particular design on the
13  shoulder pad?
14      A.   Yes.
15      Q.   And would you likewise agree that in
16  considering this shoulder pad you would have to
17  consider the element as a whole, the design with
18  the shoulder pad?
19      MR. OH:  Objection, vague and ambiguous.
20  BY THE WITNESS:
21      A.   I would consider the design an
22  application to the shoulder pad in my --
23  BY MR. KEENER:
24      Q.   Okay.  I'm trying to understand, the

Page 137

1  prior one you said when looking at elements to see
2  if I could find them in the prior military history,
3  I would have to look at the shoulder pad as part of
4  the armor and the whole suit of armor and not
5  separately as just the shoulder pad?
6      A.   As an assemblage, yes.
7      Q.   Right.  And here would it likewise be
8  the point of your analysis was to determine whether
9  this entire shoulder pad, including the design on
10 it, was in the prior art versus separating this out
11 into different pieces and looking for each
12 individual one in the prior art?
13     MR. OH:  Objection, compound.
14 BY THE WITNESS:
15     A.   In this illustration I would look at it
16 similarly to the view of the shield in the previous
17 Tab 1 where there are elements that I can see and
18 then I would consider them separately.
19 BY MR. KEENER:
20     Q.   So you would break it apart?
21     A.   Yes.
22     Q.   And all of the shoulder pads we looked
23 at that you identified from prior history, did you
24 see any of those shoulder pads with any insignia or

Page 138

1  design on them?
2      A.    Not to my recollection, no.
3      Q.    Anywhere in your expert report do you
4  point to anywhere in military history where there
5  are emblems or designs on a shoulder pad?
6      A.    No.
7      Q.    So you are not expressing any expert
8  opinion whether it was known or used in prior
9  military history to put emblems or designs on
10 shoulder pads?
11     MR. OH:  Objection, compound.
12 BY THE WITNESS:
13     A.    To the best of my knowledge, there is no
14 evidence in history of application of design
15 insignia on shoulder pads.
16 BY MR. KEENER:
17     Q.    Let's turn back to your expert report,
18 Exhibit 107, and look at your second example, which
19 I believe is shield on Page 5.  What's your expert
20 opinion expressed in your report as to shields?
21     A.    That there is a -- the design and
22 function of a shield is a protective device that
23 started with early military history and formation
24 of armies and that those designs of shields

Page 164

1     A.    Correct.
2     Q.    Let's turn to your fifth example in your
3 report on Page 6 labeled "Decorative Elements."
4 Are you there?
5     A.    Yes.
6     Q.    Have you reached an opinion regarding
7 decorative elements?
8     A.    That the application of various elements
9 of design are common within military heraldry and
10 symbol insignia design, and the combination of
11 different types of developments is a common
12 practice and has become more common in the 20th
13 century with the expansion of military forces and
14 insignias associated with military forces.
15     Q.    Is that the extent of your opinion
16 regarding decorative elements?
17     A.    Yes.
18     Q.    So it's my understanding it's your
19 expert opinion that the use of decorative elements
20 in military history is common --
21     A.    Yes.
22     Q.    -- and the combination of decorative
23 elements is common?
24     A.    Yes.

Page 165

1     Q. Are you expressing any opinion on a very
2 specific decorative element being common?
3     A. Beyond the range of elements that I
4 cite, no.
5     Q. Which decorative elements do you cite?
6     A. Birds of prey, eagles, griffins, lions,
7 crowns and wreaths and hands and arrows, spears,
8 scales, serpents. They are all cited in the first
9 section, and it goes on to geometric forms. Do you
10 want me to continue?
11     Q. I want you to identify which design
12 elements you believe are common in military
13 history.
14     A. Arrows, yes. Arrows and chevrons,
15 skulls and cruciform designs, various forms of
16 crosses, the use of gears and Roman numerals.
17     Q. And is that the extent of your opinion
18 on what design elements are common in military
19 history?
20     A. That's the extent of those elements that
21 I encountered while viewing the Workshop binder.
22     Q. So those are the only design elements
23 you are commenting on in your expert report?
24     A. Correct.

Page 166

1  Q. Are you expressing -- strike that.
2      One of the examples you identified was a
3  hand.
4  A. Yes.
5  Q. Would you agree that there are various
6  ways you could depict the hand in a design?
7  A. Certainly.
8  Q. Are you expressing anywhere in your
9  expert report that certain designs of a hand are
10 common in military history?
11 A. No.
12 Q. And would the same be true for all the
13 design elements you listed that while that concept
14 might be common, you are not commenting on whether
15 any particular design or expression of that concept
16 is common in military history?
17 A. Correct.
18 Q. I think you testified to this already,
19 so I apologize if I'm asking it again. It is your
20 belief that various applications of these designs
21 to certain things like shoulder pads is not common
22 in military history?
23 A. In my experience, no.
24 Q. Are you expressing any opinion anywhere

1   in your report on where it would be common to place
2   any decorative elements?
3       A.   Do I define where they are placed?  No.
4       Q.   So you are not expressing any opinion
5   anywhere in your report that it is common to put a
6   decorative element in any particular place?
7       A.   No.
8       Q.   You also comment on the fact that it may
9   be common to combine various decorative elements in
10  military history, is that right?
11      A.   Yes.
12      Q.   Are you expressing any expert opinion on
13  whether any certain combinations are common in
14  military history?
15      A.   No.
16      Q.   And you agree there could be lots of
17  different combinations --
18      A.   Yes.
19      Q.   -- almost an infinite amount?
20      A.   An infinite amount.
21      Q.   And so you are not expressing any
22  opinion that any certain ones of that infinite
23  amount are common in military history?
24      A.   No.