# EXHIBIT 13

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-824-668**

Effective date of registration:

March 8, 2012

## Title
- **Title of Work:** Flesh Tearers Shoulder Pads

## Completion/Publication
- **Year of Completion:** 2000
- **Date of 1st Publication:** September 30, 2000
- **Nation of 1st Publication:** United Kingdom

## Author
- **Author:** Games Workshop Limited
- **Author Created:** text, photograph(s), 2-D artwork, sculpture
- **Work made for hire:** Yes
- **Citizen of:** United Kingdom
- **Domiciled in:** United Kingdom

## Copyright claimant
- **Copyright Claimant:** Games Workshop Limited
  Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions
- **Organization Name:** Foley & Lardner LLP
- **Name:** Jonathan Moskin
- **Email:** jmoskin@foley.com
- **Telephone:** 212-682-7474
- **Address:** 90 Park Avenue
  New York, NY 10016 United States

## Certification
- **Name:** Jonathan Moskin
- **Date:** March 1, 2012
- **Applicant's Tracking Number:** 099251-0102

Page 1 of 1

Registration #: VA0001824668
Service Request #: 1-732506048



Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-824-496**

Effective date of registration:

March 7, 2012

## Title
**Title of Work:** Salamanders Terminator Shoulder Pads

## Completion/Publication
**Year of Completion:** 2007
**Date of 1st Publication:** May 25, 2007  **Nation of 1st Publication:** United Kingdom

## Author
- **Author:** Games Workshop Limited
  **Author Created:** sculpture/3-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United Kingdom  **Domiciled in:** United Kingdom

## Copyright claimant
**Copyright Claimant:** Games Workshop Limited
Willow Road, Lenton, Nottingham, NG7 2WS, United Kingdom

## Rights and Permissions
**Organization Name:** Foley & Lardner LLP
**Name:** Jonathan Moskin
**Email:** jmoskin@foley.com  **Telephone:** 212-682-7474
**Address:** 90 Park Avenue
New York, NY 10016 United States

## Certification
**Name:** Jonathan Moskin
**Date:** February 29, 2012
**Applicant's Tracking Number:** 099251-0102

---

**Correspondence:** Yes

Page 1 of 1

Registration #: VA0001824496
Service Request #: 1-731312688



Foley & Lardner LLP
Jonathan Moskin
90 Park Avenue
New York, NY 10016  United States