# EXHIBIT

# 16


| Home | News | About us | Contact | Order Status and Shipping | Customer Comments | Gallery |

## ❦ Our Store

**Infantry and Shoulder Pad Bits compatible with Space Marine® models**

Black Templars compatible Shoulder Pads

*Blank shoulder pads*

Blood Raven compatible Shoulder Pads

Celestial Lions compatible Shoulder Pads

Dark Angel, Death Watch or Inquisition compatible Shoulder Pads

Exorcist compatible Shoulder Pads

Fleshtearers compatible Shoulder Pads

Generic bits and Shoulder Pads for 28mm models

Heresy Era Player Components

Howling Griffons compatible Shoulder Pads

Imperial Fist compatible Shoulder Pads

Iron Hands compatible Shoulder Pads

Iron Snakes compatible Shoulder Pads

Legion of the Damned compatible Shoulder Pads

Luna Wolves or Star Fox compatible Shoulder Pads

Mantis Warriors compatible Shoulder Pads

Numbered and Squad Symbols

Salamanders or Dragons compatible Shoulder Pads

Soul Drinkers compatible Shoulder Pads

Space Wolf compatible Shoulder Pads

Storm or Combat Shields

Studded Shoulder Pads

Thousand Sons compatible Pre-Heresy Shoulder Pads

**Heads compatible with Space Marines®**

**28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models**

**Vehicle Replacement Part Kits that fit on Games Workshop Models**

**Bits/Conversion kits compatible with Eldar armies**

**Bits/Conversion kits compatible with Tyranids**

**Bits/Conversions for 28mm for imperial guard**

**Super Heavy Vehicle Kits**

List All Products

Product Search

### Blank shoulder pads 🔊

These pads created by Chapterhouse Studios are great for those who want to sculpt thier own Icon or even paint.

Order by: Product Name ▾ ⬚

**Assault Shoulder Pad with number 7**  ·  $1.00

Average customer rating:
✰✰✰✰✰ Total votes: 0

Product Details...

Quantity: 1  ⊟⊞  🛒Add to Cart

**Assault Shoulder Pad with number 8**  ·  $1.00

Average customer rating:
✰✰✰✰✰ Total votes: 0

Product Details...

Quantity: 1  ⊟⊞  🛒Add to Cart

**Assault Squad Shoulder Pad - Plain**  ·  $1.00

Average customer rating:
✰✰✰✰✰ Total votes: 0

Product Details...

Quantity: 1  ⊟⊞  🛒Add to Cart

**Crested Marine Shoulder Pad**  ·  $1.00

Average customer rating:
★★★★✰ Total votes: 1

Product Details...

Quantity: 1  ⊟⊞  🛒Add to Cart

**Devestator Shoulder Pad**  ·  $1.00

Average customer rating:
✰✰✰✰✰ Total votes: 0

Product Details...

Quantity: 1  ⊟⊞  🛒Add to Cart

**First Squad or 1 Shoulder**  ·  $1.00

Average customer rating:

CHS00000177

**Pads - Tactical**

★★★★★ Total votes: 0

Username

Password

Remember me ☑

Login

Lost Password?

Forgot your username?

No account yet? Register

We accept Paypal!

**PayPal**

Advanced Search

Product Details...

Quantity: 1  ▲ ▼   Add to Cart

**Generic Power Armor Shoulder Pad 28mm**    $0.65

Average customer rating:
★★★★★ Total votes: 0

Product Details...

Quantity: 1  ▲ ▼   Add to Cart

**IX Devestator Marine Shoulder Pad 28mm**    $1.00

Average customer rating:
★★★★★ Total votes: 0

Product Details...

Quantity: 1  ▲ ▼   Add to Cart

**Smooth Shoulder Pad for 28mm tactical marine**    $0.80

Average customer rating:
★★★★★ Total votes: 1

Product Details...

Quantity: 1  ▲ ▼   Add to Cart

**Studded Power Armor Pad for MK 5**    $1.00

Average customer rating:
★★★★★ Total votes: 0

Product Details...

Quantity: 1  ▲ ▼   Add to Cart

**Tactical Shoulder Pad 28mm Marines**    $1.00

Average customer rating:
★★★★★ Total votes: 0

Product Details...

Quantity: 1  ▲ ▼   Add to Cart

**Tactical Shoulder Pad for 28mm marine with Number 2**    $1.00

Average customer rating:
★★★★★ Total votes: 0

Product Details...

CHS00000178

Quantity: 1

**Tactical Shoulder Pad for 28mm marine with Number 3**   **$1.00**

Average customer rating:
★★★★★ Total votes: 0

Product Details...

Quantity: 1   Add to Cart

**Tactical Shoulder Pad for 28mm marine with Number 4**   **$1.00**

Average customer rating:
★★★★★ Total votes: 0

Product Details...

Quantity: 1   Add to Cart

**Tactical Shoulder Pad for 28mm marine with number 5**   **$1.00**

Average customer rating:
★★★★★ Total votes: 0

Product Details...

Quantity: 1   Add to Cart

**Tactical Shoulder Pad for 28mm marine with number 6**   **$1.00**

Average customer rating:
★★★★★ Total votes: 0

Product Details...

Quantity: 1   Add to Cart

**Tactical Shoulder Pad for 28mm marine with Number 1**   **$1.00**

Average customer rating:
★★★★★ Total votes: 0

Product Details...

Quantity: 1   Add to Cart

**X Devestator Shoulder Pad for 28mm marine Players**   **$1.00**

Average customer rating:
★★★★★ Total votes: 0

Product Details...

Quantity: 1   Add to Cart

«« Start « Prev 1 Next » End »»

Display #   20

Display # [ 20 ]

Results 1 - 18 of 18

## Recently Viewed Products

Dragon Door Kit (fits on Space Marine® Rhino) (Category: Dragon or Salamander Vehicle Kits)

Mycetic Spore (Category: Bits/Conversion kits compatible with Tyranids)

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.

Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Webdesign and hosting by Mahonlap.com



SSL certificates

Archived by Cloud Preservation(TM) on Fri Aug 05, 2011 at 05:53:11 AM GMT
http://www.chapterhousestudios.com/webshop/component/virtuemart/?page=shop.browse&category_id=30

CHS00000180