**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:10-cv-08103 |
| v. | ) |
| | ) Honorable Matthew F. Kennelly |
| CHAPTERHOUSE STUDIOS LLC, | ) Honorable Jeffrey T. Gilbert |
| | ) |
| Defendant. | ) |

**DECLARATION OF JULIANNE M. HARTZELL**

I, Julianne M. Hartzell, hereby declare:

1. I am an attorney at Marshall, Gerstein & Borun LLP. I represent Chapterhouse Studios, LLC in this lawsuit.

2. Exhibit A is a true and accurate copy of excerpts of the Second Supplemental Response to Plaintiff's Seventh Set of Interrogatories served by Chapterhouse in this litigation. (FILED UNDER SEAL)

3. Exhibit B is a true and accurate copy of confidential portions of the 2/20/2013 Deposition of Nicholas Villacci. (FILED UNDER SEAL)

4. Exhibit C is a true and accurate copy of non-confidential portions of the 2/20/2013 Deposition of Nicholas Villacci.

5. Exhibit D is a true and accurate copy of the claim chart prepared by Games Workshop relating to the second phase of the litigation.

6. Exhibit E is a true and correct copy of an excerpt of Games Workshop's Response to Defendant Chapterhouse Studio LLC's Interrogatories to Games Sorkshop Limited Set Six No. 37.

1

7. Exhibit F is a true and correct copy of the claim chart prepared by Games Workshop relating to the first phase of the litigation.

8. On March 8, 2013, Games Workshop produced for the first time documents relating to the ownership of works created by Andrea Uderzo and Kari Christensen. Games Workshop has never produced any document (employment agreement, written assignment or belated confirmatory assignment) for Mr. Coleman.

9. Games Workshop has never identified the symbols that it contends constitute the asserted icons.

10. Exhibit G is a true and correct copy of a document produced by Games Workshop identified by production number GW0011427-GW0011430.

10. Exhibit H is a true and correct copy of excerpts of the deposition of Robert Lippman taken on February 15, 2013.

11. Exhibit I is a true and correct copy of excerpts of the deposition of Alan Merrett taken on February 24, 2013.

12. Exhibit J is a true and correct copy of excerpts of the deposition of Thomas Walton taken on February 15, 2013.

13. Exhibit K is a true and correct copy of internet website pages reflecting uses of certain words in a manner that is not as a source identifier for Games Workshop printed on March 14, 2013.

14. Exhibit L is a true and correct copy of excerpts of the deposition of Andrew Jones taken on February 24, 2013. (FILED UNDER SEAL)

15. Exhibit M is a true and correct copy of documents products by Chapterhouse as Exhibits CHS00023900, CHS00022628, CHS0023058, and CHS0023168. (FILED UNDER SEAL)

16. Exhibit N is a true and correct copy of a document produced by Games Workshop identified by production number GW0016843.

17. Exhibit O is a true and correct copy of excerpts of the deposition of Dr. Carl Grindley taken on February 21, 2013.

18. Exhibit P is a true and correct copy of excerpts of the deposition of Martin Footit taken on February 14, 2013.

19. Exhibit Q is a true and correct copy of documents produced by Chapterhouse bearing production numbers CHS00023929-30, CHS0024157-58, CHS00024193, CHS00022709. (FILED UNDER SEAL)

20. Exhibit R is a true and correct copy of documents produced by Games Workshop bearing production number GW0011786-GW0011789.

21. Exhibit S is a true and correct copy of the website http://www.games-workshop.com/gws/content/article.jsp?pIndex=3&aId=3900002&start=4&amp;_requestid=1436400 printed on March 12, 2013.

22. Exhibit T is a true and correct copy of the Supplemental Expert Report of Dr. Carl Grindley and Exhibit B to the Supplemental Expert Report of Dr. Carl Grindley.

23. Exhibit U is a true and correct copy of the Chapterhouse Website Advertisement for the TRU-Scale Knight Praetorius Conversion Kit, bearing production number CHS00028768-69.

24.  Exhibit V is a true and correct copy of Chapterhouse's Facts in support of its Affirmative Defense of Fair Use.

I declare that the foregoing is true and accurate to the best of my current knowledge.

_____
Julianne M. Hartzell          3/14/13

4