# EXHIBIT C

Case: 1:10-cv-08103 Document #: 303-3 Filed: 03/15/13 Page 2 of 8 PageID #:16977

NICHOLAS RAY VILLACCI Volume I Non-Confidential Portions    February 20, 2013
GAMES WORKSHOP vs. CHAPTERHOUSE                                            1

```
 1                    CAUSE NO. 1:10-cv-08103

 2    GAMES WORKSHOP LIMITED,     ) IN THE UNITED STATES
                                  ) DISTRICT COURT
 3                                )
                 PLAINTIFF,       )
 4                                )
      VS.                         )
 5                                ) FOR THE NORTHERN
      CHAPTERHOUSE STUDIOS,       ) DISTRICT OF ILLINOIS
 6    LLC, and JON PAULSON        )
      d/b/a PAULSON GAMES,        )
 7                                )
                                  )
 8                                ) EASTERN DIVISION
                 DEFENDANTS.      )
 9

10
      **********************************************************
11
                     ORAL DEPOSITION OF
12                  NICHOLAS RAY VILLACCI
                  NON-CONFIDENTIAL PORTIONS
13                   FEBRUARY 20, 2013
                      VOLUME 1 OF 1
14
      **********************************************************
15
16          ORAL DEPOSITION OF NICHOLAS RAY VILLACCI,

17   produced as a witness at the instance of the PLAINTIFF

18   GAMES WORKSHOP LIMITED, and duly sworn, was taken in the

19   above-styled and -numbered cause on February 20, 2013,

20   from 9:06 a.m. to 5:22 p.m., before KRISTEN KOPP, RPR,

21   CSR in and for the State of Texas, reported by machine

22   shorthand, at Carrington, Coleman, Sloman & Blumenthal,

23   LLP, 901 Main Street, Suite 5500, Dallas, Texas 75201,

24   pursuant to the Texas Rules of Civil Procedure (and the

25   provisions stated on the record or attached therein).
```



Case: 1:10-cv-08103 Document #: 303-3 Filed: 03/15/13 Page 3 of 8 PageID #:16978

NICHOLAS RAY VILLACCI Volume I Non-Confidential Portions    February 20, 2013
GAMES WORKSHOP vs. CHAPTERHOUSE                                          44

1      A.  That would be correct.

2      Q.  On page -- on the first page of Exhibit 146,

3  the product announcement says that the Knights

4  Praetorius are the Empress' most loyal soldiers.

5              Do you see that?

6      A.  Yes.

7      Q.  Who is the Empress referred to here?

8      A.  The Empress is the Empress of the fictional, I

9  guess, faction that we created so that players can have

10  fiction associated with our models.

11      Q.  Is the Empress depicted somewhere so that users

12  can identify who she is?

13      A.  Like by name or visually?

14      Q.  Either way.

15      A.  By name, yes.

16      Q.  Where?

17      A.  On the Knights Praetorius Conversion Kit

18  product description.

19      Q.  Is there some other place where the Empress'

20  characteristics or powers or features are described?

21      A.  Just in a fiction that we wrote for the

22  products that are on the product pages.

23      Q.  Such as Exhibit 146?

24      A.  147 and 146.  146 gives more of a history of a

25  battle that we wrote up that she was in.



Case: 1:10-cv-08103 Document #: 303-3 Filed: 03/15/13 Page 4 of 8 PageID #:16979

NICHOLAS RAY VILLACCI Volume I Non-Confidential Portions    February 20, 2013
GAMES WORKSHOP vs. CHAPTERHOUSE                                              45

1           147 actually gives more description of her
2  personal aspects and characteristics.  We call her Queen
3  in that one.  I guess we need to be a little more
4  careful in our proofreading.
5        Q.  Other than as shown on Exhibit 147, is there
6  someplace where your customers can learn the story of
7  Queen Eva Kimlar, the leader of the Valnarian Empire?
8        A.  No.  It's something we're starting to flesh out
9  and work on as we develop fiction for our line of models
10 that are more stand-alone-ish.
11       Q.  Is there anyplace where your consumers can
12 learn anything further about the Valnarian Empire other
13 than as indicated on Exhibit 147?
14       A.  No.
15       Q.  What are you doing in respect of creating a
16 background story for the Queen or Empress at this
17 moment?
18                MS. HARTZELL:  Objection.  Form.
19                THE WITNESS:  Besides just creating new
20 characters and models and trying to write them into the
21 fiction, give each character its own piece of fiction,
22 and that way we can slowly build up a world of fiction
23 around those characters and flesh it out; not much.
24 That's something in a small business that we're not able
25 to put a lot of capital behind, especially in the



Case: 1:10-cv-08103 Document #: 303-3 Filed: 03/15/13 Page 5 of 8 PageID #:16980

NICHOLAS RAY VILLACCI Volume I Non-Confidential Portions    February 20, 2013
GAMES WORKSHOP vs. CHAPTERHOUSE                                              93

1  myself and Sean MacKirdy.  And there's also on the last

2  page correspondence between myself and Roberto Cirillo.

3      Q.  And what product is -- what bike product is

4  being discussed here?

5      A.  Jetbike -- the Javelin Jetbike.

6      Q.  Is it the Javelin Jetbike or the Pilum Attack

7  Jetbike?

8      A.  Actually, it's both because the Pilum is the

9  add-on kit that we add onto the Javelin Jetbike.

10     Q.  And what is added on?

11     A.  The fin on the back, the -- added the engine

12 thruster on the back end, the covers that go over the

13 exhaust on each side, the side struts that hold the

14 weapons and -- as well as magnets.

15     Q.  And what are -- how about the weapons

16 themselves?

17     A.  And the weapons themselves, the side-mounted

18 weapons.

19     Q.  Can you describe the respective roles of

20 Mr. Cirillo and Mr. MacKirdy in creating the Pilum

21 Attack Jetbike?

22     A.  Mr. Cirillo took the original concept -- the 3D

23 concept art of Javelin and added onto it with a -- I

24 guess his artistic talent to make a heavier, more armed

25 model, which is the Pilum.  He created concept art --



Case: 1:10-cv-08103 Document #: 303-3 Filed: 03/15/13 Page 6 of 8 PageID #:16981

NICHOLAS RAY VILLACCI Volume I Non-Confidential Portions    February 20, 2013
GAMES WORKSHOP vs. CHAPTERHOUSE                                                      94

1  the final concept art that Mr. MacKirdy based his 3D

2  computer-aided design on.

3      Q.  When you refer to the computer-aided design, I

4  want to direct your attention to the second page of this

5  document, CHS18238, and an e-mail from Mr. MacKirdy to

6  you of September 5, 2011, where it says, (reading) Quick

7  question, do you mean from your statement below that you

8  have the 3D print of the bike on hand?

9          Do you see that?

10     A.  Yes.

11     Q.  What does he mean by 3D print.

12     A.  A 3D print of the Javelin.

13     Q.  And was the model for the Javelin Jetbike, as

14  shown in Exhibit 156 that I'm showing you now, generated

15  from a 3D printer?

16     A.  Yes.

17     Q.  How many of Chapterhouse's products are

18  created, or the models created using a 3D printer?

19     A.  I couldn't give you a definite number, but at

20  least three products, maybe more.

21     Q.  And where does the 3D printer reside?

22     A.  We've used a company out of China.  We've also

23  used a company called Shapeways.  I don't know where

24  they reside.  It's an online company.  Then we have

25  another individual that we've used, and I don't know



Case: 1:10-cv-08103 Document #: 303-3 Filed: 03/15/13 Page 7 of 8 PageID #:16982

NICHOLAS RAY VILLACCI Volume I Non-Confidential Portions    February 20, 2013
GAMES WORKSHOP vs. CHAPTERHOUSE                                           95

1  where he resides, either.

2      Q.  Who is the individual?

3      A.  I don't remember his name, but his company's

4  name is Ninja Magic.

5      Q.  Okay.  And I'm just curious how that works.  Do

6  you send them a computer file or CAD file from which

7  they can generate a physical model using a 3D printer?

8      A.  Yes.

9      Q.  On the Chapterhouse side, who does the computer

10 coding or create -- who creates that computer file, the

11 CAD file?

12     A.  Usually a 3D designer, you know, contractor

13 that specializes in sculpting online -- not online, but

14 through a computer; they do that.

15     Q.  And whom do you use or have you used for that

16 purpose?

17     A.  Sean MacKirdy is one for sure.  Edward Fisher

18 is another one.  Jeffrey Nagy.  I'm not certain if there

19 is more.  There might be.

20     Q.  Do you have to first send them a physical model

21 or do they create this entirely on the computer?

22             MS. HARTZELL:  Objection.  Form.

23             THE WITNESS:  We don't send them a physical

24 model.  We usually -- they do this completely from the

25 computer.



Case: 1:10-cv-08103 Document #: 303-3 Filed: 03/15/13 Page 8 of 8 PageID #:16983

NICHOLAS RAY VILLACCI Volume I Non-Confidential Portions    February 20, 2013
GAMES WORKSHOP vs. CHAPTERHOUSE                                        100

1  Pilum was just -- you had to put add-ons to his

2  original -- to Okumura's original design?

3              MS. HARTZELL:  Objection.  Form.

4              THE WITNESS:  Okumura only had a hand in

5  designing the writer components.

6      Q.  (BY MR. MOSKIN)  I see.

7      A.  None of the actual vehicle itself.

8      Q.  Okay.  Who designed the actual vehicle?

9      A.  I believe Jeffrey Nagy actually did the 3D

10  design aspect of it.  I had input on how it looked and

11  so did Tomas.

12      Q.  Got it.

13              MR. MOSKIN:  162.

14              (Plaintiff's Exhibit Number 162 marked.)

15      Q.  (BY MR. MOSKIN)  Can you identify what's been

16  marked as Exhibit 162?

17      A.  It's an e-mail correspondence between myself

18  and Roberto Cirillo.

19      Q.  If you go to the earliest of -- among these

20  e-mails at the last page of the exhibit, it looks like

21  it begins on August 9, 2011?

22      A.  Yes.

23      Q.  You -- as I read it, you say there, (reading)

24  I've come across some artwork that you've done, paren,

25  online, close paren, that look like Tau concepts, but I

