# EXHIBIT D

**GAMES WORKSHOP CLAIM CHART FOR NEWLY ACCUSED PRODUCTS – JANUARY 11, 2013-01-11**

| 124 | Abbithan Banshees Guardswoman 28mm figures – 10 | <span style="color:red">Whole set<br>Games Workshop product arms and weapons used in promotional images</span> |
|---|---|---|
| |  | <br><br>Imperial Guard Cadian Heavy Weapons Squad<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat440249a&prodId=prod1080043<br><span style="color:green">Sculpted by Brian Nelson and Tim Adcock</span><br>Released September 2003 |







Imperial Guard Cadian Shock Troops
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod2070014
Sculpted by Brian Nelson
Released July 2003
The arms and weapons from this kit have been used on the Chapter House 'Abbithan Banshees'

This resin conversion kit contains 12 torsos, 12 legs, 12 heads, 12 backpacks and enough bases to assemble a 12 woman unit of Abbithan Banshees Guardswoman. Models are scaled for 28mm wargames. Models do not come with arms and weapons.

Display models shown assembled with Games Workshop Cadian Imperial Guard arms and weapons for compatibility purposes.

(Chapterhouse Studios recommends Games Workshop Imperial Guard weapons and arms, in particular Cadian

<mark>Imperial Guardsman</mark> arms)
http://chapterhousestudios.com/index.php?route=product/product&path=77&product_id=163



Cadian Shock Troops assembled and painted by the hobby team using all Games Workshop parts, in the pose and colour scheme of Chapterhouse's models.



Cover art, Codex Imperial Guard 2008
(DG1180 / Dave Gallagher / 2008 )



p37 'Codex: Imperial Guard' 2008
**PD459_Guardsman, Paul Dainton, 2008**

| 125 | Large Oval Sandworm Base | None<br>There are no IP concerns with this base. |



This is a single large resin base that matches the same outside dimensions as the Games Workshop Monster Oval Base.

This base features rocky terrain and alien sand worms.

This product is sold unpainted and should be washed in cool, soapy water prior to painting.

http://chapterhousestudios.com/index.php?route=product/product&path=117_116&product_id=179

| 126 | TRU-Scale Knight Praetorius Conversion Kit – 6 | Whole set |



HEADS, ARMS, WEAPONS, BANNER AND BASES ARE NOT INCLUDED

MODELS PAINTED AND DESIGNED BY STEPHEN SMITH

http://chapterhousestudios.com/index.php?route=product/product&product_id=204



Space Marines
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060074
Sculpted by Jes Goodwin
Released October 1998





Model Painted and Designed by Stephen Smith

Space Marine from the White Scars Chapter in MKVII power armour
p28 Codex Space Marines 2008
**(NH Marine / Neil Hodgson / 2008 )**



Space Marine legs taken from the following Squad sets:
Space Marine Tactical Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060074
(**Jes Goodwin** released 1998);



Space Marine Devastators Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060104
(**Jes Goodwin, Seb Perbert and Tim Adcock** released 2007);
Space Marine Sternguard Veteran Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1160097a
(**Juan Diaz** released 2008);



Space Marine Torsos from:
Space Marine Tactical Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060074
(**Jes Goodwin** released 1998);
Space Marine Devastator Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060104
(**Jes Goodwin, Seb Perbert and Tim Adcock** released 2007)



3 OF EACH TORSO PER SET
(6 TOTAL)



Space Marine Backpack from the Space Marine Tactical Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060074
(**Jes Goodwin** released 1998)





Space Marine shoulder pads from:



6 POWER PACKS PER SET

TWO OF EACH (12 TOTAL SHOULDER PADS)

Space Marine Tactical Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060074
(Jes Goodwin released 1998)
Grey Knights
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1160009a
(Sculpted by Georgio Bassani, Matt Holland and Martin Footitt Released April 2011)



Mk8 "Errant" Pattern

Games Workshop Space Marine in MK8 'Errant' pattern armour. The Torso of MK8 armour is characterised by a high collar. The MK8 variant torso is included in the Space Marine Tactical Squad set.
NH Space Marine Iconography / Neil Hodgson / 2008
Artwork from p20 Codex Space Marine 2008



MODEL PAINTED AND DESIGNED BY
STEPHEN SMITH



Games Workshop Space Marines assembled and painted by the hobby team using all Games Workshop parts, in the pose and colour scheme of Chapterhouse's models.



Forge World Phobos Boltgun
http://www.forgeworld.co.uk/Warhammer-40000/Space_Marines/Space_Marine-Infantry-and-Accessories/SPACE_MARINE_BOLTER_PHOBOS_PATTERN_X10.html
**Model designed by Phil Stutcinskas and Will Hayes**







Games Workshop Space Marines assembled and painted by the hobby team using all Games Workshop parts, in the pose and colour scheme of Chapterhouse's models.







Artwork showing a Space Marine in Mark VII armour
Cover art, Codex Space Marines 2008
(AB838 / Alex Boyd / 2008 )



Product Code: TRU-Scale Knight Praetorius Conversion Kit – 6

**Please note we have had outstanding demand for this product and we are receiving new supply weekly any pre-orders placed will be priority before we stock any in the store. These are available for "pre-order" or pre-payment and this will guarantee you a kit before any order that comes after you. Expected delay in shipping when ordered while on pre-order is 1-2 weeks.**

The "Knights Praetorius" are the Empress' most loyal soldiers. Each is endowed with a touch of the Empress' psychic powers when admitted into the unit. While few in number, each is a match for 10 lesser men, the psychic unity with the Empress allows a measure of prescience as well as formidable endurance. Both men and woman are allowed to test to join the unit, but few survive this testing.

*In a future where knowledge and technology rule. Aliens and humans battle for resources over countless worlds in a race to the become the dominate power.*
*Earth has been divided into two warring factions although each faction has claimed a whole system to rule over-, they continue to fight over who should rule over earth.*

*Queen Eva Kimlar is the leader of the Valnarian Empire, a powerful psyker that has merged psionics with technology. Kimlar is the manipulator of men and can influence their thoughts, it is almost impossible for a male to deceive her as she can see your innermost secrets in your eyes as if watching them play out on a screen. As a the*

| | | |
|---|---|---|
| | *strongest known psyker in existance she shares a link with her most loyal followers on a level a normal human could not comprehend. Her influence on peoples actions are stronger over men than women, thus she has to use her strong political skills and natural charisma to win over the female population.*<br><br>Each resin kit comes **unassembled and unpainted**. The 28 mm TRU-Scale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.* Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.<br><br>**Examples of assembled and painted models by Stephen Smith and consist of numerous components from different manufactures for the weapons, arms, heads and weapon effects are available [here](#).** | |
| 127 | Wheels - 4<br><br><br><br>This is a set of highly detailed resin wheels. The diameter is approximately 26 millimeters and the tread width is 12 mm.<br><br>This is a set of 4 single piece resin wheels. Suitable for kit customization and conversions. | <span style="color:red">None</span><br>These are just wheels; we have no issue with these. |

| 128 | Hotshot ==Lasgun== Pack | |
|---|---|---|

**Hotshot ==Lasgun== Pack**



This is a 2 piece metal model of a heavy laser and a power pack. Designed to be compitable with 28mm wargaming miniatures and can be used to convert ==Imperial Guard Storm Trooper== models.

This product is sold unpainted and some cleaning may be required.

**Gun muzzle**

'Lasguns' are the standard weapon of the Imperial Guard infantryman. A key identifying feature of 'las' weapons is the angled end to the muzzle.



Imperial Guard Cadian Shock Troops
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod2070014
Miniatures designed by Brian Nelson



Lasgun with attached scope
p38 Codex Imperial Guard 2008
(DH051 / Des Hanley / 1995 )

Hot-shot lasguns/Hot-shot Laser Power pack

Hot-shot lasguns are lasguns which are able to fire more powerful shots due to being attached to a power pack.



p21, 'Codex Imperial Guard' ©1995
**DH064k Stormtrooper / Des Hanley / 1995**



Imperial Guard Storm Trooper Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod810031a
**Sculpted by Mark Bedford**
Released January 2000

Text from GW Website, emphasis added:

| | | |
|---|---|---|
| | | **Imperial Guard Storm Trooper Squad**<br><br>"The Imperial Guard has billions of soldiers at its disposal, from the disciplined regiments of Cadia to the rough and ready Catachan Jungle Fighters. Foremost amongst the soldiers of the Imperial Guard, however, are the elite Storm Trooper regiments - expert warriors raised to war in the unforgiving halls of the Schola Progenium. With the best training and mental discipline that the drill-masters of the Schola Progenium can provide, they are formidable soldiers. Clad in carapace armour and wielding fearsome <u>hot-shot lasguns</u> they are nigh unstoppable, a combat elite who are willing carry out their objectives whatever the cost.<br><br>This box set contains five metal Imperial Guard Storm Troopers, including: a Veteran Sergeant armed with a power sword and <u>hot-shot laspistol</u>, and four different Storm Troopers armed with hot-shot lasguns. Models supplied with 25mm round bases."<br><br><u>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod810031a</u> |
| 129 | **Iconoclast** Conversion kit for **Space Marine Land Raider**<br><br> | Whole set<br><br><br><br>MkIIb LAND RAIDER (Forge World)<br><u>http://www.forgeworld.co.uk/Warhammer-40000/Space_Marines/Red_Scorpions/MkIIb-LAND-RAIDER.html</u><br>Sculpted by Jes Goodwin and Will Hayes<br>On Sale 2004 |





p39 Epic 40,000 Rule Book 1997
(PS013 / Paul Smith / 1996 )