

This resin kit consist of 12 components that when combined with the Games Workshop Space Marine® Land Raider will create a more heavily armored vehicle to transport your toy soldiers on the battlefield. The Iconoclast conversion kit consist of the following components - 2 side armored sponsons, 2 sponson upper components, 2 weapon mounts, 2 side hatches, 2 armored sensor units, 1 central hull and turret mount and 1 upper turret armor piece.

The Iconoclast conversion kit is designed to be fully compatible with all plastic versions of Games Workshop's Space Marine Land Raider. As this kit will require modification of the sponson weapons to attach to the drum weapon mounts, modeling experience is recommended.

Land Raider modell shown is not included and is displayed to illustrate use of the conversion kit and compatibility.

Components sold unpainted and unassembled.

| 130 | Magnetic Turret Kit for the Storm Raven | Whole Set<br>The Stormraven Gunship is a Space Marine flying vehicle which comes with a selection of turret options. |
|---|---|---|



MAGNETIC TURRET KIT FOR SPACE
MARINE STORM RAVEN

MAGNETIC TURRET KIT FOR SPACE
MARINE STORM RAVEN
Games Workshop Storm Raven Kit Shown for Compatibility Purposes Only



http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a
**Sculpted by Jes Goodwin and Dale Stringer**
Released Feb 2011



Stormraven Turret Lascannon included in the 'Stormraven Gunship' product
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a
**Sculpted by Jes Goodwin and Dale Stringer**
Released Feb 2011
The key identifying feature of a Lascannon is the diagonal angled muzzle.



## MAGNETIC TURRET KIT FOR SPACE MARINE STORM RAVEN

The Chapterhouse Studios "Magnetic Turret Kit for the Storm Raven" is a resin model kit that modifies the Games Workshop Storm Raven vehicle. It is composed of 13 pieces - 7 piece turret, 2 laser cannons, 2 plasma cannons, 2 assault cannons and 8 magnets. Our turret design allows you to easily switch between the lascannon, plasma cannon or assault cannon options available to the Storm Raven game piece according to the rules published by Games Workshop.

Storm Raven model hull shown is not included and is displayed to illustrate use of the conversion kit.

Components sold unpainted and unassembled.



Stormraven Turret Assault Cannon included in the 'Stormraven Gunship' product
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a
Sculpted by Jes Goodwin and Dale Stringer
Released Feb 2011



Storm Raven Turret Plasma Guns included in the 'Stormraven Gunship' product
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a
Sculpted by Jes Goodwin and Dale Stringer
Released Feb 2011

The Space Marine Razorback is a Space Marine tank vehicle which comes with a selection of turret options.



http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1140044a
**Sculpted by Jes Goodwin and Tim Adcock**
Released 2003



Space Marine Razorback - Turret
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1140044a
**Sculpted by Jes Goodwin and Tim Adcock**
Released 2003



LASCANNON RAZORBACK (CONVERSION KIT) (product code : IA-ISM-T-020)
http://www.forgeworld.co.uk/Warhammer-40000/Space_Marines/Space-Marine-Tanks/LASCANNON-RAZORBACK-CONVERSION-KIT.html
**Master model by Will Hayes**



p37 Codex Grey Knights 2010. **(AB1003 / Alex Boyd / 2010 )**

Assault Cannon

| | | |
|---|---|---|
| | | p101 Codex Space Marines 2008.<br>Assault Cannon.<br>**(NH Wargear / Neil Hodgson / 2006)**<br><br><br><br>p101 Codex Space Marines 2008. **(NH Wargear / Neil Hodgson / 2006)**<br>Lascannon. |
| 131 | **Magnetic Turret Kit for the Razorback**<br><br>MAGNETIC TURRET KIT FOR SPACE<br>MARINE RAZORBACK TANK | Whole Set<br><br><br><br>Space Marine Razorback<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1140044a<br>**Sculpted by Jes Goodwin and Tim Adcock**<br>Released 2003 |





MAGNETIC TURRET KIT FOR SPACE
MARINE RAZORBACK TANK

GAMES WORKSHOP RAZORBACK TANK SHOWN FOR COMPATIBILITY PURPOSES ONLY

The Chapterhouse Studios "Magnetic Turret Kit for the Razorback" is a resin model kit that modifies the Games Workshop Space Marine Razorback vehicle. It is composed of 17 pieces - 7 piece turret, 2 heavy bolt guns, 2 laser cannons, 2 heavy flamethrowers, 2 assault cannons, 2



p101 Codex Space Marines 2008. (NH Wargear / Neil Hodgson / 2006)
Lascannon.



p101 Codex Space Marines 2008.
Assault Cannon.
(NH Wargear / Neil Hodgson / 2006)

Plasma guns on Games Workshop vehicles:



Leman Russ Demolisher

==plasma guns== and 12 magnets.  Our turret design allows you to easily switch between the ==lascannon==, ==lascannon== with twin-linked ==plasma guns==, ==heavy bolter==, ==heavy flamers== or the ==assault cannon== options available to the ==Razorback== tank game piece according to the rules published by ==Games Workshop==.

==Razorback== tank model shown is not included and is displayed to illustrate use of the conversion kit.

Components sold unpainted and unassembled

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod50019a
**Sculpted by Tom Walton and Dale Stringer**
Released 2009



Storm Raven Turret Plasma Guns
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a
**Sculpted by Jes Goodwin and Dale Stringer**
Released Feb 2011



p5 Codex Space Marines 2004.
Space Marine Razorback with twin-linked lascannon turret. **(PD198 / Paul Dainton / 2002 )**



| | | |
|---|---|---|
| | | p35 Codex Space Marines 2004.<br>Razorback with twin-linked heavy bolter. **(NH Wargear / Neil Hodgson / 2006)** |
| 132 | **Open-Fisted Power Claws compatible with Games Workshop Space Marine model**<br><br> | Whole set<br><br>Space Marine Terminator Powerfist<br>from the Space Wolves Wolf Guard Terminators set<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod260002a |

This is a pair of resin power claw arms for 28 mm figures. They are designed to be compatible with ==Games Workshop Space Marine== models. Each set of claws come consist of 8 parts - 4 open-fisted ==power claws== or blades, 2 armored arms and 2 power cables.

The shoulder armor pieces are approximately the same size as the shoulder armor on a ==Games Workshop Terminator== model and will easily accept any of our "==Terminator== Shoulder Pads". The shoulder armor can be easily cut down in size to accomodate any of our "Power Armor Shoulder Pads". These can be used as ==ligntning claws== or any sort of power blades.

Components sold unpainted and unassembled.

**Released March 2012.**

**Miniatures designed by Jes Goodwin, Matt Holland, Neil Langdown and Dave Thomas.**
Released 2009

Games Workshop produces lightning claws for Space Marines. These lightning claws differ to the Chapter House claws in number of claws (see below for GW claws). The armoured Space Marine arm is almost identical on both.





Space Marine Terminator Close Combat Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060025
**Miniatures designed by Jes Goodwin, Martin Footit and Dave Thomas.**

Forge World Lightning Claws from the 'Space Marine Terminator Weapon Set'
Claws are mounted from the top of the wrist.



http://www.forgeworld.co.uk/Warhammer-40000/Space_Marines/Space_Marine-Infantry-and-Accessories/SPACE_MARINE_TERMINATOR_WEAPON_SET.html
Sculpted by Will Hayes
**Pre-order 11th May, on sale 25th May.**
Based on designs of original GW Combat Terminators.



Lightning Claw
+++Angel's Talon type+++
The talons of vengeance, the
scythe to sweep away those
who would deny the
Emperor's dream.

p101 Codex Space Marines 2008. (NH Wargear / Neil Hodgson / 2006)
Lightning Claw.



p92 Codex Space Marines 2008. **(DG1157 / Dave Gallagher / 2008 )**



p27 Codex Blood Angels 2009. **(PD543 / Paul Dainton / 2009 )**

## Lightning Claw



This fierce slashing weapon is worn in pairs, one on each hand, doubling the ferocity of its attack. It is a difficult weapon to master and its devotees prefer an individual style of fighting. The weapon consists of long slashing blades very much like the long claws of a primeval cat. However, like other power weapons, these claws are sheathed in a deadly energy. As the razor sharp knive edges are drawn across armour they hook into it and tear it away, exposing the soft flesh and inner workings to further assault.

p10 Warhammer 40,000 Compilation 1991. ( Nick Coleman )



p53 Codex Ultramarines 1995. (DH020 / Des Hanley / 1994 )

| 133 | Close-Fisted Power Claws compatible with Games Workshop Space Marine model | Whole set |



This is a pair of resin power claw arms for 28 mm figures. They are designed to be compatible with Games Workshop Space Marine models. Each set of claws come consist of 8 parts - 4 close-fisted power claws or blades, 2 armored arms and 2 power cables.

The shoulder armor pieces are approximately the same size as the shoulder armor on a Games Workshop Terminator model and will easily accept any of our "Terminator Shoulder Pads". The shoulder armor can



Space Marine Terminator Powerfist
from the Space Marine Terminators set

be easily cut down in size to accomodate any of our "Power Armor Shoulder Pads". These can be used as ==ligntning claws== or any sort of power blades.

Components sold unpainted and unassembled.



Space Marine Terminators
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060028
**Miniatures designed by Jes Goodwin, Martin Footit and Dave Thomas.**
Released 2005

## Lightning Claw



This fierce slashing weapon is worn in pairs, one on each hand, doubling the ferocity of its attack. It is a difficult weapon to master and its devotees prefer an individual style of fighting. The weapon consists of long slashing blades very much like the long claws of a primeval cat. However, like other power weapons, these claws are sheathed in a deadly energy. As the razor sharp knive edges are drawn across armour they hook into it and tear it away, exposing the soft flesh and inner workings to further assault.

| | | p10 Warhammer 40,000 Compilation 1991. ( Nick Coleman ) |
|---|---|---|
| | |  p53 Codex Ultramarines 1995. (DH020 / Des Hanley / 1994 ) |
| 134 | Pilum Imperial Attack Jet Bike | Whole Set – see also 121 |



PILUM ATTACK JET BIKE WITH SIDE MOUNTED HEAVY MELTA GUNS



Emperor's Children Space Marine Jet Bike Squad.
This shows a Space Marine Jet Bike from the Horus Heresy era.
p15, *Horus Heresy: Collected Visions* ©2007
(2034_Jet Bike Squad / Eric Ren / 2003)

The Chapterhouse bike is copied from the artwork in *Horus Heresy: Collected Visions* using elements from the current Space Marine Bike model sold by Games Workshop.

<u>Artwork</u> – Distinctive front grill in large straight vertical lines with the chassis protruding underneath out in front of the bike. Two boltguns on top of the front of the bike. Two exhaust pipes on the side of the bike.

<u>Bike Model</u> (See sprue comparison below) – the tank (section below handle bars) has been copied as the shape, trim and circle decoration are the same. Three tubes lead into engine below the tank. The Space Marine arms are identical in design.

The model riding the bike copies several key features of a Space Marine:
  • Leg Armour



This multi-part customizable resin kit contains 21 resin components. This set includes our standard Javelin Jet Bike kit as well as 12 new components to upgrade it to an "attack" variant - the Pilum Jet Bike. Two side mounted weapon options are included - our Heavy Bolt Gun and a Heavy Melta Gun. **This kit is specifically designed to allow the two heavy weapon options to be magnetized and this kit includes 6 magnets as well.**

We also included 2 different bolt gun mounts that will allow the addition of different special weapons (plasma, melta, grenade launchers etc). These conveniently fit our combi-weapon conversion bits.

Also included in the kit are a set of legs and arms that will allow you to use other companies torsos and heads to model an armored rider. Flight stand will be included. Please note the peg hole is sized for Games Workshops flight bases, in order to use our bases you will have to widen the holes diameter slightly.

(Riders Shoulder Pads, Torso and Head not included and sold seperately)

Models supplied unassembled and unpainted as always.

- o Flared with angled edges to match width of boots
- o Cut at bottom of leg around shape of boot
- o Joints at hips and back of knee are joined by grooved sections
- Shoulderpads
  - o Covering from start of shoulder to above the elbow
  - o Large border around outer edge
  - o Large round studs on the shoulder pads are a feature of Mark V Space Marine armour worn during the Horus Heresy period.

Space Marine Bike Sprue

