I have a limited number of these kits on hand, and we will be getting more in next week, if you place a pre-order they will ship the week they arrive in.

Till next time!

Nick Villacci - Chapterhouse Studios LLC



http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060092
**Miniature designed by Jes Goodwin**

The main element of the Games Workshop heresy jet bike design that is missing from the Chapter house model is the swooping eagle design on the front. The concept sketch shows the swooping eagle design being removed from the bike.

**Gun elements**
Multi-melta: as seen on Games Workshop vehicle models





Leman Russ Demolisher
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod50019a
**Sculpted by Tom Walton and Dale Stringer**
Released 2009

The meltagun is identifiable by its unique muzzle, a long cylinder with heat vents marked into it. The multi-melta is the heavy weapon equivalent, incorporating two of these muzzles one above the other.



PILUM ATTACK JET BIKE WITH SIDE MOUNTED BOLT GUNS




Heavy Bolter: as seen on Games Workshop vehicle models



Space Marine Attack Bike
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060100
Sculpted by Jes Goodwin and Norman Swales
Released 1997
The heavy bolter is a heavy version of the Boltgun. It is recognisable by its large block body and round silver muzzle with a large hole in the side.



-The rules options for Space Marine attack bikes allow 2 weapon choices: Multi-melta or Heavy Bolter.



Multi-melta
+++Maxima pattern+++

p101 Codex Space Marines 2008. **(NH Wargear / Neil Hodgson / 2006)**
The meltagun is identifiable by its unique muzzle, a long cylinder with heat vents marked into it. The multi-melta is the heavy weapon equivalent, incorporating two of these muzzles one above the other.



Heavy Bolter
+++Astartes MK IVa+++

p101 Codex Space Marines 2008. **(NH Wargear / Neil Hodgson / 2006)**
The heavy bolter is a heavy version of the Boltgun. It is recognisable by its large block body and round silver muzzle with a large hole in the side.

-The rules options for Space Marine attack bikes allow 2 weapon choices: Multi-melta or Heavy Bolter.

| | | -The model riding the bike is wearing Space Marine power armour. |
|---|---|---|
| 135 | **Alternative Heads for <mark>Tau</mark> Crisis Suits – Set #1**<br> | Head<br>Games Workshop product body used in promotional images<br><br>Tau XV8 Crisis Battlesuit<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060253<br>Sculpted by Jes Goodwin<br>Released 2001 |





Tau Battlesuit assembled and painted by the hobby team using all Games Workshop parts, in the pose and colour scheme of Chapterhouse's models.



Tau Crisis Battlesuit Commander (re-released in 2012 as 'Tau Battlesuit Commander Upgrade Pack')



Games Workshop crisis Model
Not included, shown as
example of use only

A pewter set of 3 new alternative head sculpts designed to fit on the Games Workshop Tau Crisis or Broadside Battlesuits. Each set comes with 3 different robotic heads as well as a sprue of antenna to further modify the components.

Games Workshop Tau Crisis Suit model is shown for scale and example of use only and not included.

Components sold unpainted and unassembled.

http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat440287a&prodId=prod1620079a
Sculpted by Jes Goodwin and Mark Harrison
Released 2006



Forge World - TAU XV9-01 WITH FUSION CASCADES
http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-BATTLESUITS-AND-DRONES/TAU-XV9-01-WITH-FUSION-CASCADES.html
Sculpted by Daren Parrwood
On Sale 2005



Forge World - TAU BATTLESUIT COMMANDER SHAS'O R'ALAI WITH DRONES
http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-BATTLESUITS-AND-DRONES/TAU-BATTLESUIT-COMMANDER-SHAS-O-RALAI-WITH-DRONES.html
**Sculpted by Daren Parrwood**
On Sale 2005



p34 Codex Tau Empire 2005. (Neil Hodgson / 2005)



p45 Codex Tau Empire 2005. **(MG228 / Mark Gibbons / 2005 )**

| 136 | **Alternative Heads for <mark>Tau</mark> Crisis Suits - Set #2** | Head<br>Games Workshop product used in promotional images |



Tau XV8 Crisis Battlesuit
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060253
**Sculpted by Jes Goodwin**
Released 2001



Tau Crisis Battlesuit Commander
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1620079a
**Sculpted by Jes Goodwin and Mark Harrison**
Released 2006





Tau Battlesuit assembled and painted by the hobby team using all Games Workshop parts, in the pose and colour scheme of Chapterhouse's models.





A pewter set of 3 new alternative head sculpts designed to fit on the ==Games Workshop Tau Crisis== or ==Broadside Battlesuits==. Each set comes with 3 different robotic heads as well as a sprue of antenna to further modify the components.

==Games Workshop Tau== Crisis Suit model is shown for scale and example of use only and not included.

Components sold unpainted and unassembled.

Forge World - TAU XV9-01 WITH FUSION CASCADES
http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-BATTLESUITS-AND-DRONES/TAU-XV9-01-WITH-FUSION-CASCADES.html
**Sculpted by Daren Parrwood**
On Sale 2005



Forge World - TAU BATTLESUIT COMMANDER SHAS'O R'ALAI WITH DRONES
http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-BATTLESUITS-AND-DRONES/TAU-BATTLESUIT-COMMANDER-SHAS-O-RALAI-WITH-DRONES.html
**Sculpted by Daren Parrwood**
On Sale 2005



p34 Codex Tau Empire 2005. **(Neil Hodgson / 2005)**



p45 Codex Tau Empire 2005. **(MG228 / Mark Gibbons / 2005 )**

| 137 | **Heresy-Era Shoulder Pads for <mark>Terminators</mark> Type E - 2 pads**  | Whole set<br>Games Workshop product used in promotional images<br>Pre-Heresy and Heresy Era Terminator shoulder pads |
|---|---|---|



This is a set of 2 pewter shoulder pads designed to fit on ==Games Workshops== ==Space Marine==® ==Terminator== figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad itself has leather segments flowing down and 2 distinct armored sections on the upper armor.

This component comes unpainted and is designed to fit on ==Games Workshop== ==Space Marine==® ==Terminator== figures (figure shown for scale and one example of use only).



'Cataphractii' Space Marine Terminator concept sketch p189 'Horus Heresy: Collected Visions'
**John Blanche**

p274 Horus Heresy Collected Visions
Andrea Uderzo

These Heresy-era Terminator shoulder pads feature two layers of plate with metal ended hanging straps. The metal plates have a studded border and the top plate has a cut out section in the lower, outer corner.

| 138 | Heresy-Era Shoulder Pads for Terminators Type D - 2 pads | Whole set |
| --- | --- | --- |
| | | Games Workshop product used in promotional images |
| | | Pre-Heresy and Heresy Era Terminator shoulder pads |







p78, Horus Heresy Collected Visions
Franz Vohwinkel

These Heresy-era Terminator shoulder pads protrude further out from the shoulders. The lower plate is mounted higher, level with the cut out section, rather than below it as seen in 137 above.

This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has leather straps with metal rings on the ends flowing down and 2 distinct armored sections on the upper armor.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).

| 139 | Heresy-Era Shoulder Pads for Terminators Type B - 2 pads | Whole set<br>Games Workshop product used in promotional images<br>Pre-Heresy and Heresy Era Terminator shoulder pads |







pp103 and 268 Horus Heresy Collected Visions
Ralph Horsley (left) and Kari Christensen (right)

This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has armor studs on the 2 upper armor surface and on the leather straps.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).

These Heresy-era Terminator shoulder pads feature the bold studs that characterise Heresy era armour. They represent bolts that have been used to repair battle-damaged armour during the Heresy. See MKV power armour.

| 140 | Heresy-Era Shoulder Pads for Terminators Type C - 2 pads | Whole set<br>Games Workshop product used in promotional images |







p274 Horus Heresy Collected Visions
Andrea Uderzo

This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has leather straps flowing down and 2 distinct banded armored sections on the upper surface.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).



MK1 'Thunder Armour' from
Armour Through the Ages

| | | |
|---|---|---|
| | |  Armour Through the Ages <br> http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat520002a&prodId=prod1710010a <br> Miniature designed by Jes Goodwin |
| 141 | **Heresy-Era Shoulder Pads for Terminators Type A - 2 pads** | Whole set <br> Games Workshop product used in promotional images |