

This is a set of 2 pewter shoulder pads designed to fit on ==Games Workshops== ==Space Marine==® ==Terminator== figures. Each pad is designed in a style that will fit in with Heresy Era collections and the bad itself has draping armored segments flowing down and 3 distinct armored sections on the upper armor.

This component comes unpainted and is designed to fit on ==Games Workshop== ==Space Marine==® ==Terminator== figures (figure shown for scale and one example of use only).



p274 Horus Heresy Collected Visions
Andrea Uderzo



MK1 'Thunder Armour' from
Armour Through the Ages

Armour Through the Ages
http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat520002a&prodId=prod1710010a
Miniature designed by Jes Goodwin

| 142 | TRU-Scale Knight Praetorius "Order of the Empress's Tears" Conversion Kit - 6 | Whole set<br>Games Workshop product used in promotional images<br>Yellow armour with black and white checked patterns is the colour scheme of the Lamenters Space Marine Chapter.<br><br>They were created from the Blood Angels Chapter and so also use blood drop iconography. |
|---|---|---|







Lamenters.

(left) p80 Codex Blood Angels 2009
Model from Space Marine Tactical Squad
Model by Jes Goodwin
(right) p113 Imperial Armour Volume 9 The Badab War Part 1
Kenton Mills and Sam Lamont





Games Workshop Space Marines assembled and painted by the hobby team using all Games Workshop parts, in the pose and colour scheme of Chapterhouse's models.

The "Knights Praetorius" are the Empress' most loyal soldiers. Each order has a history as well as heraldry that is unique to its ranks. The Order of the Empress's Tears is named so because of the near annihilation the order faced when they were the sole defense for the Empress when her Flagship came under assault during the Battle of Permidian. Isolated and without support, the order was annihilated to almost the last soldier before reinforcements had arrived. Only 2 soldiers survived the Kin'rth attack against the Empress and her closest advisors. Because of this sacrifice, the Empress renamed the unit and the units heraldry includes the "red tears" of the empress as its main standard.

Each resin kit comes **unassembled and unpainted**. The 28 mm TRU-Scale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown*. Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.

| | | |
|---|---|---|
| | **Examples of assembled and painted models by Worthy Painting Artist Alistair Armes are available [here](#).** | |
| 143 | **TRU-Scale Knight Praetorius Conversion Kit -6**<br><br><br><br>The "Knights Praetorius" are the Empress' most loyal soldiers. Each is endowed with a touch of the Empress' psychic powers when admitted into the unit. While few in number, each is a match for 10 lesser men, the psychic unity with the Empress allows a measure of prescience as well as formidable endurance. Both men and woman are allowed to test to join the unit, but few survive this testing.<br><br>*In a future where knowledge and technology rule. Aliens and humans battle for resources over countless worlds in a race to the become the dominate power.* | See product 126<br>The model in the image comprises parts from:<br>• 'TRU-Scale Knight Praetorius Conversion Kit -6' (126),<br>• 'Open Fisted Power Claws Compatible with Games Workshop Space Marine Model' (321)<br>• 'Spikey Marine Heads' (79)<br>• 'Combi Weapon Magnetic Kit' (34)<br><br>Although they primarily produce 'bits' and conversion kits Chapterhouse now has enough of its own separate products to construct full models. |

| | | |
|---|---|---|
| | *Earth has been divided into two warring factions although each faction has claimed a whole system to rule over-, they continue to fight over who should rule over earth.*<br><br>*Queen Eva Kimlar is the leader of the Valnarian Empire, a powerful psyker that has merged psionics with technology. Kimlar is the manipulator of men and can influence their thoughts, it is almost impossible for a male to deceive her as she can see your innermost secrets in your eyes as if watching them play out on a screen. As a the strongest known psyker in existance she shares a link with her most loyal followers on a level a normal human could not comprehend. Her influence on peoples actions are stronger over men than women, thus she has to use her strong political skills and natural charisma to win over the female population.*<br><br>Each resin kit comes **unassembled and unpainted**. The 28 mm TRU-Scale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.* Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.<br><br>Displayed model painted by Jose Veiga and incorporates kits from Chapterhouse Studios - **Spiky Marine Head**, **Open Fist Power Claws**, and Combi-Flamer Component<br><br>**Examples of assembled and painted models by Stephen Smith and consist of numerous components from different manufactures for the weapons, arms, heads and weapon effects are available here.** | |
| 144 | Werecroc 1 | Whole set |



"our first entry into the fantasy world line for Chapterhouse Studios."

CHAPTERHOUSE
STUDIOS

LIZARD-OGRE WITH
AX

SCULPTED BY
ROBERT
LIPPMAN



CITADEL FINECAST

Lizardmen Kroxigor
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1610066a
**Sculpted by Martin Footitt**
Released February 2009

A Kroxigor is a large Lizardmen creature, standing twice the height of normal Lizardmen warriors. The Lizardmen race has strong influences from several Mesoamerican civilisations. This unique combination of a lizard/man race and Mesoamerican culture is only found in Games Workshop's Warhammer Fantasy universe.





KK258_Lizardmen Weapons, Karl Kopinski - 2002
p70 'Warhammer Armies: Lizardmen' 2003

| 145 | Werecroc 2 | Whole set |
|---|---|---|







Lizardmen Kroxigor
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1610066a
Sculpted by Martin Footitt
Released February 2009

A Kroxigor is a large Lizardmen creature, standing twice the height of normal Lizardmen warriors. The Lizardmen race has strong influences from several Mesoamerican civilisations. This unique combination of a lizard/man race and Mesoamerican culture is only found in Games Workshop's Warhammer Fantasy universe.



KK258_Lizardmen Weapons, Karl Kopinski - 2002
p70 'Warhammer Armies: Lizardmen' 2003



Lizardmen Saurus Warrior from 'Lizardmen Saurus Warrior Regiment'
p77 'Warhammer Armies: Lizardmen' 2008

| | | |
|---|---|---|
| | | <br>Lizardmen Saurus Warrior Regiment<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat440067a&prodId=prod820854<br>**Sculpted by Colin Grayson**<br>Released May 2003 |
| 146 | **Iron Hand Nut Power Armor Pad** | Size and shape of pad. Not surface decoration<br>Shoulder pad designed to fit on Games Workshop's Space Marine figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. |



This is a single pewter shoulder pad with a mechanical nut and cog teeth on the edge of the pad

Designed to fit on Games Workshop Space Marine® figures.

| 147 | Iron Hand Nut Terminator Pad | Size and shape of pad. Not surface decoration<br>Shoulder pad designed to fit on Games Workshop's Space Marine Terminator figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. It also uses the small central tab at the bottom of the pad which features on Games Workshop's Terminator shoulder pads. |



This is a single pewter shoulder pad with a mechanical nut and cog teeth on the edge of the pad

Designed to fit on Games Workshop Space Marine Terminator® figures.

| 148 | **Winged Skull Power Armor Pad** | Size and shape of pad. Not surface decoration<br>Shoulder pad designed to fit on Games Workshop's Space Marine figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. |
| --- | --- | --- |



This is a single pewter shoulder pad with fanged skull with wings on the surface.

Designed to fit on Games Workshop Space Marine® figures.

| 149 | | Whole set |





Imperial Fists Space Marine Chapter
Neil Hodgson and Darius Hinks
p53 Insignium Astartes 2002



Hammers of Dorn Space Marine Chapter
The Chapter logo is a fist holding a hammer in front of a wreath.
Artwork from p57 The Art of Clint Langley

| 150 | Hammer of Dorn Terminator Pad | Whole set |
|-----|-------------------------------|-----------|
|     |                               | Imperial Fists Space Marine Chapter |



This is a single pewter shoulder pad with a fist holding a hammer on the surface.

Designed to fit on Games Workshop Space Marine Terminator® figures.



**Neil Hodgson and Darius Hinks**
p53 Insignium Astartes 2002



Hammers of Dorn Space Marine Chapter
The Chapter logo is a fist holding a hammer in front of a wreath.
Artwork from p57 The Art of Clint Langley

| 151 | **V Power Armor Pad**  This is a single pewter shoulder pad with an V or roman numeral 5 on the shoulder and laurels. Designed to fit on <mark>Games Workshop Space Marine</mark>® figures. | <span style="color:red">Size and shape of pad. Not surface decoration</span><br>Shoulder pad designed to fit on Games Workshop's Space Marine figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. |
|---|---|---|
| 152 | **V <mark>Terminator</mark> Pad** | <span style="color:red">Size and shape of pad. Not surface decoration</span><br>Shoulder pad designed to fit on Games Workshop's Space Marine Terminator figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. It also uses the small central tab at the bottom of the pad which features on Games Workshop's Terminator shoulder pads. |



This is a single pewter shoulder pad with an V or roman numeral 5 on the shoulder and laurels.

Designed to fit on ==Games Workshop== ==Space Marine== ==Terminator==® figures.

| 153 | **Power Armor Shoulder Pad for Scythes of the Emperor** | Whole set<br>The Scythes of the Emperor are Space Marine Chapter.<br>Their badge is two crossed yellow/gold scythes on a black background. |
|-----|------------------|------------------|



This is a single pewter shoulder pad with a a pair of crossed biological scythes on the surface.

Designed to fit on <mark>Games Workshop</mark> <mark>Space Marine</mark>® figures.

**Neil Hodgson**
p88 'How to Paint Space Marines' 2004

Note the backwards hook at the base of the scythes, and cut out section where the underside of the blade meets the haft.

| 154 | Scythes of the Emperor **Terminator** Shoulder Pad | Whole set<br>The Scythes of the Emperor are Space Marine Chapter.<br>Their badge is two crossed yellow/gold scythes on a black background. |
| --- | --- | --- |