

This is a single pewter shoulder pad with a a pair of crossed biological scythes on the surface.

Designed to fit on Games Workshop Space Marine® Terminator figures.

**Scythes of the Emperor**

Neil Hodgson

p88 'How to Paint Space Marines' 2004

Note the backwards hook at the base of the scythes, and cut out section where the underside of the blade meets the haft.

| 155 | Scaled Rimless Power Armor Pad | Size and shape of pad. Not surface decoration<br>Shoulder pad designed to fit on Games Workshop's Space Marine figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. |



| | | |
|---|---|---|
| | This is a single pewter shoulder pad with scale patern and no rim.<br><br>Designed to fit on <mark>Games Workshop</mark> <mark>Space Marine</mark>® figures. | |
| 156 | **Scaled <mark>Tactical</mark> Power Armor Pad** | Shape of pad and use of arrow and trim. Not scales pattern<br>Tactical is a type of Space Marine squad. A Tactical squad will have an upward pointing arrow symbol on their right shoulder pad.<br><br>Games Workshop sells Tactical shoulder pads<br><br>http://www.games- |



This is a single pewter shoulder pad with scale patern and a Tactical Arrow on the surface with a rim on the edge.

Designed to fit on Games Workshop Space Marine® figures.

workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110189&rootCatGameStyle=

A Tactical squad member will have their squad number shown on their right shoulder pads. The squad number will be between 1-10.

The colours on the shoulder pad refer to a Chapter colour, ie, red and gold are the colours of the Blood Angels Space Marine Chapter. See product 4.

Neil Hodgson and Darius Hinks
Insignium Astartes 2002, page 32

| 157 | Scaled with Rim Power Armor Shoulder Pad | Size and shape of pad. Not surface decoration |
| --- | --- | --- |
| | | This is Games Workshop's unique expression of a Sci-Fi Shoulderpad. Only GW's shoulderpads have the unique characteristics of<br><br>o Covering from start of shoulder to above the elbow<br>o Large border around outer edge<br>o Left shoulderpad – squad markings<br>o Right shoulderpad – Chapter symbol |



Index Astartes III 2003, page 23
**(NH Ultramarines Graph / Neil Hodgson / 2001)**

This is a single pewter shoulder pad with scale patern and a rim.

Designed to fit on ==Games Workshop Space Marine==® figures.

| 158 | **Hot Shot** ==**Lasgun**== **Pack** | Gun muzzle<br>'Lasguns' are the standard weapon of the Imperial Guard infantryman. A key identifying feature of 'las' weapons is the angled end to the muzzle. |
|---|---|---|



This is a 2 piece metal model of a heavy laser and a power pack. Designed to be compitable with 28mm wargaming miniatures and can be used to convert Imperial Guard Storm Trooper models.



Imperial Guard Cadian Shock Troops
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod2070014
**Miniatures designed by Brian Nelson**



Lasgun with attached scope
p38 Codex Imperial Guard 2008
**(DH051 / Des Hanley / 1995 )**

Hot-shot lasguns/Hot-shot Laser Power pack

Hot-shot lasguns are lasguns which are able to fire more powerful shots due to being attached to a power pack.



p21, 'Codex Imperial Guard' ©1995
**DH064k Stormtrooper / Des Hanley / 1995**



Imperial Guard Storm Trooper Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod810031a
**Sculpted by Mark Bedford**
Released January 2000

Text from GW Website, emphasis added:

**Imperial Guard Storm Trooper Squad**

"The Imperial Guard has billions of soldiers at its disposal, from the disciplined regiments of Cadia to the rough and ready Catachan Jungle Fighters. Foremost amongst the soldiers of the Imperial Guard, however, are the elite Storm Trooper regiments - expert warriors raised to war in the unforgiving halls of the Schola Progenium. With the best training and mental discipline that the drill-masters of the Schola Progenium can provide, they are formidable soldiers. Clad in carapace armour and wielding fearsome <u>hot-shot lasguns</u> they are nigh unstoppable, a combat elite who are willing carry out their objectives whatever the cost.

This box set contains five metal Imperial Guard Storm Troopers, including: a Veteran Sergeant armed with a power sword and <u>hot-shot laspistol</u>, and four different Storm Troopers armed with hot-shot lasguns. Models supplied with 25mm round bases."

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod810031a

---

159

**Shrike Conversion Kit for <mark>Tyranid Warrior</mark> Models**



Whole set
Games Workshop product used in promotional images







This Chapterhouse Studios resin set contains 6 high detail modular components that fit with the current Games Workshop Tyranid Warriors kit that can be used to model a single flying monster. Please note this set does NOT include a Games Workshop Tyranid Warrior and is not a Games Workshop model.

Each kit contains 6 pieces:

Left and Right Wings that fit on the upper appendage slots

Left and Right replacement taloned legs

Upper and lower Head components

Please note while this kit is sculpted to fit an **unassembled Tyranid Warrior** kit, some modification may be necessary to the minute variations that are present in both the Games Workshop and



Tyranid Warrior Wings Conversion Kit
http://www.forgeworld.co.uk/Warhammer-40000/Tyranids/TYRANID-WARRIOR-WINGS-CONVERSION-KIT.html
**Sculpted by Mark Bedford**
On sale in 2006

| | | |
|---|---|---|
| | Chapterhouse models.<br><br>Model supplied unassembled and unpainted, ==Games Workshop Tyranid Warrior== Model is necessary to assemble as shown.<br><br>Sculpted by Jae Lee & Tomas Fiertek, Painted by Jose Viega | |
| 160 | **Dark Elf Arch Torturess**<br> | Whole set<br><br><br><br>Urien Rakarth (This character is a Dark Eldar Haemonculous).<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1160052a<br>Sculpted by Juan Diaz<br>Released November 2010 |



DARK ELF
ARCH-TORTURESS

SCULPTED BY JAE
LEE AND TOMAS
FIERTEK

PAINTED BY JOSE VIEGA

Once a prisoner is taken by the Dark Elf forces, their destination is the dungeons of the dark lords and the hands of their master torturers. Skilled in all forms of pain, esoteric and physical, these "artist" are able to keep the vicitms alive so each possible moment of pain can be endured and captured for their masters.

Masters of dark surgeries, it is common for them to experiment on themselves. This path to "perfection" means that on the battlefield they are armed with all sort of pain-dealing weaponry as well as grotesque limbs.

Model is a two-part unpainted metal miniature. Comes with plastic base.

Sculpted by Jae Lee & Tomas Fiertek, Painted by Jose Viega



**DG1222_Urien_Rakarth**
**Dave Gallagher - 2010**
p54 Codex: Dark Eldar 2010

Dark Eldar are the Warhammer 40,000 equivalent of Dark Elves. Haemonculi are masters of torture and skilled in all kinds of pain. They capture the pain of their victims as it gives life to the Dark Eldar race. They experiment on alien captives and themselves often giving themselves extra limbs. On the battlefield they have access to unique pain inflicting weapons.

Note:
- The odd stance of the Haemonculi, feet together with the cloak curving round behind, hovering just off the floor.
- Butcher apron, green syringe, extra multi-jointed limbs limbs, clawed hand details.



SCULPTED BY JAE
LEE AND TOMAS
FIERTEK

PAINTED BY JOSE
VEIGA

DARK ELF
ARCH-TORTURESS



http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1190038a
Sculpted by Jes Goodwin
Released June 2011





**AB977_Haemonculus, Alex Boyd - 2009**
p37 Codex: Dark Eldar 2010

| 161 | **Thunderstike Missile Rack** | Games Workshop product used in promotional images |





Cyclone missile launcher – From the Space Marine Terminators Set





This kit consist on 1 missile rack with seperate targeter that is scaled for use on 28 mm figures.

This kit is designed to fit on the upper carapace of Games Workshop's Space Marine Terminator Models.

Components come unassembled and unpainted.

Sculpted by Tomas Fiertek, painted by Jose Veiga.

- Posted by 'Pyriel' Tomas Fiertek on Dakka Dakka advertising them with using Games Workshop Grey Knight Miniatures:

"Here is a WIP of how the green looked while I was working on it:





Space Marine Terminators
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060028
**Miniatures designed by Jes Goodwin, Martin Footit and Dave Thomas.**
Released 2005



| 162 |  **Large Ammo Belts for** ==**Heavy Weapons**== **- 3** | Designed to fit Grey Knights kit<br>Games Workshop product used in promotional images |



This pewter set of 3 ammo belts is designed to fit on heavy bolter and psybolter components from ==Games Workshops Space Marine== and ==Grey Knight== products. The ammo bands are made of resin to allow flexibility with a lower chance of the peices breaking.

Sculpted by Tomas Fiertek and painted by Jose Veiga.

Models supplied unpainted and unassembled.

- Posted by 'Pyriel' Tomas Fiertek on Dakka Dakka advertising them with using Games Workshop Grey Knight Miniatures:

"As for the ammo bands I also use them on my GK minis:



Grey Knights
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1160009a
Sculpted by Georgio Bassani, Matt Holland and Martin Footitt
Released April 2011





"

| 163 | **Heraldric Knight Shoulder Pads - 5** | Whole set |
| --- | --- | --- |

Not surface decoration just shape of pad
This is Games Workshop's unique expression of a Sci-Fi Shoulderpad.  Only GW's shoulderpads have the unique characteristics of

- o  Covering from start of shoulder to above the elbow
- o  Large border around outer edge
- o  Left shoulderpad – squad markings
- o  Right shoulderpad – Chapter symbol



Index Astartes III 2003, page 23
**(NH Ultramarines Graph / Neil Hodgson / 2001)**