# EXHIBIT E

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES,<br><br>Defendants. | )<br>)<br>)<br>)  Civil Action No. 1:10-cv-8103<br>)<br>)  Hon. Matthew F. Kennelly<br>)  Hon. Jeffrey T. Gilbert<br>)<br>)<br>)<br>) |

**PLAINTIFF GAMES WORKSHOP LIMITED'S RESPONSE TO
DEFENDANT CHAPTERHOUSE STUDIOS LLC'S
INTERROGATORIES TO GAMES WORKSHOP LIMITED SET SIX**

Pursuant to Fed.R.Civ.P. Rules 26 and 33 and the December 12, 2012 Order of the Court herein, Games Workshop Limited responds as follows to the interrogatories of Chapterhouse Studios LLC requests that Plaintiff.

**GENERAL OBJECTIONS**

1. Games Workshop objects that this set of requests includes 50 or more separate requests, including subparts.

2. Games Workshop objects that the definitions and instructions in Chapterhouse's interrogatories further render the requests overbroad and unduly burdensome, including without limitation by defining "plaintiff" in a manner that purports to include entities that are not parties to this litigation and defining the word "identify" so as to further multiply the number of interrogatories well beyond the number permitted under the Federal Rules.

current exclusive licensee; (g) any copyright registrations or application numbers; (h) in the case of multi-page works, the specific page and textual passage or passages, if any, of the work that are alleged to be infringed; and (i) if the work is a character, the specific textual passages, pictorial illustrations, and sculptural works that define the character.

**RESPONSE:**

Games Workshop objects that this multipart interrogatory is overbroad and unduly burdensome and is vague and ambiguous as it appears to be based on a misunderstanding of the nature of infringement.

Without prejudice to or waiver of the foregoing objections, Games Workshop has already produced documents responsive to this request in the form of a detailed claim chart identifying the works that it alleges have been copied. Games Workshop will further amend the claim chart as need be to identify any other examples of copying. Games Workshop has produced and will produce additional documents responsive to this request.

**INTERROGATORY NO. 37:**

For each person who authored any portion of the copyrighted material YOU claim Chapterhouse has infringed, provide that person's (a) dates of employment by Plaintiff; (b) job title or titles during any time YOU employed the person; and (c) most recent contact information if the person is no longer employed by Plaintiff.

**RESPONSE:**

Plaintiff objects that this request is needlessly cumulative and duplicative of Request 28 above. Plaintiff incorporates by reference herein its objections and response thereto. Subject to and without waiving its objections, Plaintiff incorporates by reference its previous response (including supplements) to Interrogatory Number 22. Plaintiff further states the following:

| Name | Date of Employment | Job Title | Ex Employee only - last contact details |
|---|---|---|---|
| Seb Perbet | 1/7/02 – present | Established Miniatures Designer | N/A |
| Alex Hedstrom | 6/4/99 – present | Established Miniatures Designer | N/A |
| Matt Holland | 10/28/97 – preent | Established Miniatures Designer | N/A |
| Neil Langdown | 3/12/03 – present | Established Miniatures Designer | N/A |
| Darren Parrwood | 2/24/97 – present | Model Designer Supervisor | N/A |
| Kenton Mills | 10/12/98 – present | Graphic Illustrator | N/A |
| Sam Lamont | 01/09/09 - 31/08/12 | Graphic Illustrator | 8 Gregory Court, Gregory Street, Lenton, Nottingham. NG7 2LH. |
| Colin Grayson | 11/20/89 – present | Established Miniatures Designer | N/A |
| Darius Hinks | 12/20/99 – present | Head of Product - BL | N/A |
| Georgio Bassani | 05/01/09 - 03/08/12 | Assistant Miniatures Designer | 24 Hamilton Drive, The Park, Nottingham. NG7 1DF. |
| Simon Smith | 02/09/91 - 13/05/10 | Product Safety Manager | 16 George Road, West Bridgford, Nottingham. NG7 2PU. |
| Warwick Kinrade | 19/08/98 - 19/08/11 | Frogeworld Writer/Editor | 42 Sawley Road, Draycott,Derbyshire. DE72 3QE. |
| Tony Cottrell | 9/21/85 - present | Head of Specialist Sales | N/A |
| Kev Walker | N/A | | |
| Chris Bristow | N/A | | |
| Paul Bonner | N/A | | |
| Michael Phillipi | N/A | | |

**INTERROGATORY NO. 38:**

Describe the nature of each employment agreement with the individual/s who created any part of each of the New Allegedly Infringed Works, including without limitation, the identities of all parties to the agreement; the terms and conditions of the agreement; execution date; effective date and duration; allocation of any intellectual property rights; payment terms, including without limitation commissions, royalties, and payment schedules; payment of taxes; obligations, duties,

Dated:  January 7, 2013                     Respectfully submitted,

    s/ Jonathan E. Moskin
Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone:  (212) 682-7474
Facsimile:  (212) 687-3229
Email:  jmoskin@foley.com


Jason J. Keener (Ill. Bar No. 6280337)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone:  312.832.4500
Facsimile:  312.832.4700
Email:  jkeener@foley.com

*Attorneys for Plaintiff*
*Games Workshop Limited*

## CERTIFICATE OF SERVICE

I, Jason J. Keener, an attorney, hereby certify that on January 7, 2013, I caused to be filed electronically the foregoing **PLAINTIFF GAMES WORKSHOP LIMITED'S RESPONSE TO DEFENDANT CHAPTERHOUSE STUDIOS LLC'S INTERROGATORIES TO GAMES WORKSHOP LIMITED SET SIX** via email on all counsel of record.

                                                  s/ Jason J. Keener
                                                  Jason J. Keener