## Keener, Jason J.

| | |
|---|---|
| **From:** | Copyright Office [cop-ad@loc.gov] |
| **Sent:** | Thursday, December 27, 2012 10:25 AM |
| **To:** | Moskin, Jonathan |
| **Subject:** | RE: RE: RE: RE: 1-732432166 Assault Squad Shoulder Pads |

Mr. Moskin,

We did receive your message with information about the court decision.  I've taken over both cases for the specialist who is on extended leave.  We look at each case on an individual basis.  You should receive an email shortly with some questions that remain about the Crimson Fists Shoulder Pads.   I will examine the materials submitted with this claim (Assault Squad Shoulder Pads) and will make a determination shortly.

Carol Frenkel
Supervisory Registration Specialist
Visual Arts Division
U.S. Copyright Office


When replying to this email, please include the following thread id (entire line) within the body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JUR]


-----Original Message-----

From:  JMoskin@foley.com
Sent:  12/11/2012 11:24:01 AM
To:  "'Copyright Office'" <cop-ad@loc.gov>
Subject:  RE: RE: RE: 1-732432166 Assault Squad Shoulder Pads

I do not understand your response, which did not acknowledge my message.  As I mentioned, a Federal Court has already held, based on among other things a review of expert testimony submitted by the adverse party to the litigation that assessed prior designs of shoulder pads in military and gaming contexts, that the shape of the shoulder pad itself is original and copyrightable.  The case is Games Workshop Limited v. Chapterhouse Studios LLC, 1:10-cv-08103 (N.D.Ill). The addition of further distinguishing material (which has additional meaning in the context of the fictional Warhammer 40,000 universe) on the protectable shoulder pad should not render it uncopyrightable.

Moreover, if you inspect the shoulder pad itself, you will see that it has a lip around the edge and that what you call an "x" has more detail than that might suggest - including triangular devices at each end and a hollowed indentation running the length of the "x" shape.  The center of each triangular shape is also hollowed.

I hope this helps clarify the matter.  Please let me know if you would like a copy of the decision or if you wish to discuss this further.

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Tuesday, December 11, 2012 9:39 AM
To: Moskin, Jonathan
Subject: RE: RE: RE: 1-732432166 Assault Squad Shoulder Pads

GW0011427

When replying to this email, please include the following thread id (entire line) within
the body of your response to expedite routing to the correct office.


When replying to this email, please include the following thread id (entire line) within
the body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JUR]

this particular shoulder pad submitted is not copyrightable.  it is simply circular, with
an x or plus sign on it.

-----Original Message-----

From:  JMoskin@foley.com
Sent:  12/7/2012 04:34:54 PM
To:  "'Copyright Office'" <cop-ad@loc.gov>
Subject:  RE: RE: 1-732432166 Assault Squad Shoulder Pads

I left you a message to discuss this.  I wanted to point out that in a recent decision,
the US District Court for the Northern District of Illinois ruled that the basic shape of
the Games Workshop shoulder pad is copyrightable (even without surface ornamentation).  I
would be happy to get you a copy of the decision.

Please also feel free to call me.

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Wednesday, November 07, 2012 2:19 PM
To: Moskin, Jonathan
Subject: RE: RE: 1-732432166 Assault Squad Shoulder Pads




When replying to this email, please include the following thread id (entire line) within
the body of your response to expedite routing to the correct office.


When replying to this email, please include the following thread id (entire line) within
the body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JUR]

This claim in "text, photos, 2d artwork, sculpture" was delayed as I had not received
permission to remove certain aspects of authorship from the appl.

The email stated that the "sculpture" was to minimal (it is basically an "X") and could
not be registered.  Your email stated that the (c) notice on the package refers to the
printing date.

The "text" appears to be same as the text on the Crimson fist should pads package.  When
was the text first published/registered?  If already registered, the text cannot be
registered again.

In regards to the "2d artwork", there was no clarification from my previous email: "I see

GW0011428

what looks like graphics of the [shoulder] pads which we could register [as 2d artwork]".
Please confirm they are artwork and not photos."

Robin Jones
-----Original Message-----

From:  JMoskin@foley.com
Sent:  6/26/2012 06:29:09 PM
To:  Copyright Office <cop-ad@loc.gov>
Subject:  RE: 1-732432166 Assault Squad Shoulder Pads

My understanding is that the 2010 copyright notice simply refers to the date of printing
of this particular packaging, but that the artwork and sculpture were created and first
published in 2000 as specified.  I hope this answers your question about the dates but
please let me know.

I would also propose speaking with you to discuss the questions you have regarding the
sculptural elements.  I have included a telephone number below if you wish to call.
Obviously, I am mindful of the 20-day deadline you noted, which I believe expires
tomorrow.  I hope that while we address any remaining questions we can extend the
deadline.

Thank you

Jonathan Moskin
212-338-3572

-----Original Message-----
From: Copyright Office [mailto:cop-ad@loc.gov]
Sent: Thursday, June 07, 2012 11:30 AM
To: Moskin, Jonathan
Subject: 1-732432166 Assault Squad Shoulder Pads


Dear Jonathan Moskin:

I am examining this text, photograph(s), 2-D artwork, sculpture claim for Games Workshop.
The application gives the year of completion as 2000, and the pub date as 9/30/2000.  The
copyright notice has 2010 on the packaging.  Please clarfiy what is being registered on
the  9/30/2000 date.  I see what looks like graphics of the pads which we could register.
Please confirm they are artwork and not photos.

Also, we cannot register the sculpture portion as it is too minimal.  The text on this
package appears to be the same as Crimson fist shoulder pads and cannot be registered
again.  Please allow permission to remove sculpture and text from the application.

Please note that if we do not receive a response to this message within 20 days, we will
close this case without processing your registration or notifying you further, and forward
your deposit copy(ies) under the provisions of the current copyright law.  The fee is not
refundable.  If you re-apply for registration after the case is closed, you must send a
new application, copy and fee.  The effective date of registration will be based on the
new submission.




Sincerely,
Robin Jones
Registration Specialist
Visual Arts Division
U.S. Copyright Office

When replying to this email, please include the following thread id (entire line) within
the body of your response to expedite routing to the correct office.

[THREAD ID:1-CV2JUR]

3

GW0011429

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons.  If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message.  Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons.  If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message.  Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons.  If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message.  Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons.  If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message.  Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

GW0011430