# EXHIBIT H

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

---

GAMES WORKSHOP LIMITED,

                Plaintiff,

- Against -

                Index No: 1:10-cv-8103

CHAPTERHOUSE STUDIOS LLC AND JON PAULSON D/B/A PAULSON GAMES,

                Defendants.

---

The following **EXAMINATION BEFORE TRIAL** of **Robert A. Lippman** (non-party witness), in the above-entitled matter, was held pursuant to Subpoena at **Heslin Rothenberg Farley & Mesiti, PC,** 5 Columbia Circle, Albany, New York 12203 on Friday, February 15, 2013, commencing at 11 a.m. before **Tara M. Drake**, Court Reporter and Notary Public.

---

**TARA M. DRAKE**
**MARTIN DEPOSITION SERVICES, INC.**
**(518) 587 - 6832**

<u>*Robert A. Lippman*</u>

1
2  sort of a generic thing and that there are other
3  ways to interpret that and that they, you know,
4  understood the limits of intellectual property,
5  protection of that concept.
6      And as far as I know, they have not gone
7  after or issued any cease and desist letter to
8  the Avatars of War in connection with this
9  figure, so that was part of my thinking process.
10     Q   So we can put that to the side.
11     We've talked about --
12         **MR. MOSKIN:**  Also, then, I want to
13  move to strike that testimony.  There's no
14  foundation for the admission of this into
15  evidence.
16     Go ahead.
17  **BY MS. KALEMERIS:**
18     Q   We've talked about some of your
19  different areas of inspiration.
20     Were there any others that you would
21  like to mention?
22     A   Yeah.  I -- I broadly researched Mezzo
23  American design and weaponry in order to
24  determine what I felt was part of the public
25  domain that I could draw inspiration from and

*Robert A. Lippman*

1
2  could use as a template for concepts that I was
3  ultimately going to sculpt.
4    Q    Is there anything else?
5    A    Oh, well, I did sketches, some of which
6  are based on photographs from books I have on
7  reptiles and dinosaurs.
8         Looked at crocodiles certainly.  I
9  looked at Tyrannosaurus rex, Velociraptor.  I
10 looked at snakes a lot.  And -- and I also
11 looked at anatomy books.  And I did some
12 photography, both of my -- myself in a mirror in
13 order to get the musculature right and my son,
14 who I mentioned was working with me on -- used
15 him as a model for the posing of the figure that
16 he was working on to teach him proportion and
17 anatomy and to try to figure out how would a
18 creature with a snout that long hold a
19 two-handed weapon and, you know, not bang into
20 his own face in the process of using it.  I was
21 concerned about a level of realism.
22   Q    So why did you look at these pictures?
23   A    Well, in part, I was trying to avoid
24 Games Workshop's intellectual property.  Quite
25 honestly, as a practicing intellectual property

|   | *Robert A. Lippman* |
|---|---|
| 1 | |
| 2 | lawyer and knowing Games Workshop's, you know -- |
| 3 | you know, sort of the zealous nature with regard |
| 4 | to protecting their IP, I wanted to make sure I |
| 5 | wasn't going to be stepping on their toes, and I |
| 6 | wanted to reassure myself that what I was |
| 7 | sculpting was drawn from historical reference |
| 8 | and had a foundation in something that was in |
| 9 | the public domain, namely, the historical |
| 10 | weaponry and art of the Inca, the Aztec, the |
| 11 | Maya.  And I tried to utilize that in my design. |
| 12 | (Lippman Exhibit 26 was marked for |
| 13 | identification.) |
| 14 | **BY MS. KALEMERIS:** |
| 15 | **Q** So you have in front of you Exhibit 26. |
| 16 | Can you tell me what these documents -- Bate |
| 17 | range 27229 through 27232 -- are? |
| 18 | **A** These are photos or JPEGs from the |
| 19 | Internet that I found using Google during the |
| 20 | course of making some conceptual decisions about |
| 21 | the sculpt, the sculptures that I was working |
| 22 | on.  And I specifically was looking for examples |
| 23 | of Aztec and Inca weaponry to make sure that the |
| 24 | weapon designs that I was working on were based |
| 25 | on historical sources and drawn from something |

*Robert A. Lippman*

1
2  that I felt was -- had to be in the public
3  domain.
4  **Q** Can you tell me in particular what the
5  first picture is?
6  **A** The first picture is a -- I believe an
7  Aztec macuahuitl. It's an Aztec club slash
8  sword. It's really neither. It's sort of a
9  hybrid of a club and a sword. It's made out of
10 wood. And it has --
11       **MR. MOSKIN:** Excuse me. Can I
12 interrupt.
13       I want to note an objection to
14 relevance and foundation.
15       You can proceed.
16 **A** Okay. It's made out of wood. And it's
17 roughly in the size and shape of a baseball bat.
18 Although, it has flat sides; it's not rounded.
19 And it has sort of these pyramidal-shaped
20 triangular protrusions on two sides which are, I
21 believe, obsidian because they didn't have a lot
22 of metal or iron in South America or they hadn't
23 learned how to forge it yet.
24       So they used obsidian for the cutting
25 edge. And this was the photo that I used

| | *Robert A. Lippman* |
|---|---|
| 1 | |
| 2 | primarily when I sculpted the weapon that the |
| 3 | club bearing Croc-Ogre is holding. |
| 4 | And the second photo, which is Bates |
| 5 | stamped 27230, is, I believe, the same -- came |
| 6 | from the same Web site.  And I think the name of |
| 7 | the Web site -- it's not a Web site.  It's a Web |
| 8 | forum devoted to swords, which is one of the |
| 9 | places that sculptures, like myself who do this |
| 10 | kind of work, look for reference material. |
| 11 | And I can't tell you whether this is a |
| 12 | historical or a reproduction of something that's |
| 13 | historical, but this is certainly something that |
| 14 | was an Aztec design.  And I think is very close |
| 15 | to what I ultimately sculpted.  The difference |
| 16 | being that there's a sort of brickwork |
| 17 | pattern -- diagonal brickwork pattern on this |
| 18 | weapon, which I omitted. |
| 19 | And the next page, 27231, is -- I think |
| 20 | this comes from a Wikipedia search that I did on |
| 21 | the ax-type weapon.  And you can see two figures |
| 22 | at the top of the image there, and this is -- |
| 23 | this is a piece of historical artwork.  I |
| 24 | believe is also Aztec, but it might be Mayan. |
| 25 | And on either side of what looks like a |

|    | *Robert A. Lippman* |
|---:|:---|

1
2  small hut, there are two figures wielding these
3  sort of ax-like objects that are in the same
4  rough shape as what I ultimately sculpted.
5  They're also the same rough shape as what was
6  sculpted by Avatars of War in their Lizardmen
7  hero kit, which I also looked at.
8            And I think this is a shape that Games
9  Workshop has also drawn inspiration from with
10 respect to what they've armed their Kroxigor
11 models with.  And I wanted to make sure we were
12 both drawing for historical sources and making
13 our own interpretation of something that was
14 historical and freely available, certainly not
15 covered by any copyright.  This is thousands --
16 at least hundreds of years old.
17           Last is a 27232 Bate stamp, and I don't
18 know this guy.  But he -- he was on that same, I
19 believe, swords forum.  And you can see that
20 he's made himself sort of an ax-like weapon,
21 which is similar to the ax weapon; although, he
22 has flat-sided obsidian and he's put it on both
23 edges of weapon.  I ended up using the
24 triangular shape from the earlier photo and
25 putting it only on one side.  But I thought the

*Robert A. Lippman*

1 
2  interesting thing here was the shape, which is
3  sort of a very -- a very sort of characteristic
4  Aztec ax-shape similar to what appears on 27231.
5      And I was reassuring myself these were
6  designs that came from history and that I was as
7  free as any other artist to interpret them and
8  be inspired by them and create a unique and
9  original expression based on them.
10         **MR. MOSKIN:** Move -- again, move to
11  strike the entire testimony for lack of
12  foundation and relevance.
13         You can go ahead.
14  **BY MS. KALEMERIS:**
15      **Q**   So you referred to these pictures during
16  your -- during your sculpting for inspiration?
17      **A**   Yes.  I had these tacked up on a cork
18  bulletin board behind my sculpting table in my
19  basement to look up at and -- and ponder as I
20  worked, and, yeah, made reference to them.
21      **Q**   You also mentioned that you referred to
22  photos of your son?
23      **A**   Yes.
24         (Lippman Exhibit 27 was marked for
25  identification.)

| | |
|---|---|
| 1 | *Robert A. Lippman* |
| 2 | **BY MS. KALEMERIS:** |
| 3 | Q Are these the pictures to which you were |
| 4 | referring, the first -- |
| 5 | A The first -- |
| 6 | Q -- the first four pages? |
| 7 | A -- four pages. |
| 8 | The first four pages Bate stamp 28806 |
| 9 | through 28809 are photographs taken in my |
| 10 | basement sculpting slash painting slash gaming |
| 11 | area of my son in his pajamas holding a toy |
| 12 | lightsaber grimacing like an angry Lizardman and |
| 13 | posing for one of the models that we sculpted |
| 14 | together. |
| 15 | Q Why did you take these pictures? |
| 16 | A I was teaching him how to sculpt, and I |
| 17 | wanted him to gain an appreciation for anatomy, |
| 18 | and we were trying to suss out together an |
| 19 | interesting pose and have reference material to |
| 20 | work from to create that sculpture. And I think |
| 21 | we captured it pretty well. |
| 22 | Q And then the last page in this exhibit, |
| 23 | 28810, have you seen this document before? |
| 24 | A Oh, sure. |
| 25 | Q What is this? |

*Robert A. Lippman*

1  
2    **A**   This is a sketch -- a series of
3  sketches. The upper left-hand corner you can
4  see the conceptual art form that eventually
5  became the face of the model itself. That sort
6  of amalgam that we came up with of a crocodile
7  and a snake and a Velociraptor and, you know,
8  some of the other things we had looked at.
9       And I did it in different colors so that
10 he could have an understanding of the relative
11 dimension. That's probably not the right word.
12 But the sort of -- the volume of what we were
13 doing.
14      The happy face below that is something
15 that he drew. There's another sort of lizard-y
16 kind of face just to the right of that. That
17 was, you know, something that he drew that we
18 were kind of working from.
19      You can see on this page there's also
20 some drawings that I did of the leg showing the
21 masses of putty that would be added over a wire
22 armature. You can see the wire armature, and
23 you can see the sort of boxes and masses of
24 putty and sort of explain to him how one goes
25 about filling out the proportions of the

*Robert A. Lippman*

1
2  character.  And down at the bottom there --
3  well, I mean these were -- these were drawings
4  that were done sequentially, one over the other,
5  over the other, using different colors to
6  explain the different steps of sculpting before
7  I gave him the tool and put -- put the putty and
8  tool in his hand so he could do it.
9         And I was explaining there how you go
10 from basically a -- a, you know, rectangular
11 polygon-ish kind of shape to being a foot with
12 three toes -- three pointed toes.  And I was
13 just -- you know, I was just kind of explaining
14 to him and teaching him how to go from one stage
15 of a sculpture to the next to the next.
16     **Q**   Did you reference this drawing when you
17 were sculpting your model?
18     **A**   Oh, yeah.  Absolutely.
19         **MR. MOSKIN:**  I'm going to strike
20 that all for lack of foundation and relevance as
21 well.
22     **A**   Yeah.  As a matter of fact, if I could
23 just add one little thing, 28810, that sketch
24 appears on the easel in photo 28807.  And what
25 you see on that easel is a book about lizards.