# EXHIBIT I

1         IN THE UNITED STATES DISTRICT COURT

2        FOR THE NORTHERN DISTRICT OF ILLINOIS

3                EASTERN DIVISION

4

5    - - - - - - - - - - - - - - - - - - - - - -

6    GAMES WORKSHOP LIMITED,

7              Plaintiff,

8                     Civil Action No. 1:10-cv-08103

9              v.

10   CHAPTERHOUSE STUDIOS LLC,

11             Defendants.

12   - - - - - - - - - - - - - - - - - - - - - - -

13

14

15

16

17      Deposition of ALAN MERRETT, taken at the

18   offices of Winston & Strawn, Ropemaker Street

19   London, UK, Sunday, 24 February, 2013, at

20   10:40 am, before Ailsa Williams, Accredited

21   Court Reporter

22

23

24

25   PAGES 1 - 178

                                        Page 1

```
 1    factor in?  What do you mean by factoring in?        12:01:38

 2            Q   Are you considering it?                   12:01:42

 3            A   At which point?                            12:01:44

 4            Q   That is what I am asking you.              12:01:45

 5            A   No, I would say it is not a                12:01:56

 6    consideration when we are looking at whether or not   12:01:58

 7    we think a product is infringing.                     12:02:02

 8            Q   So when I am asking you to compare the     12:02:04

 9    design elements between Games Workshop and            12:02:09

10    Chapterhouse, I am trying to get at only a            12:02:11

11    comparison between the design elements and not your   12:02:15

12    understanding of some of the back story.              12:02:18

13            A   Okay.  I have given you that              12:02:20

14    comparison, and I have explained that.                12:02:21

15            Q   Take a look at product 134, please.        12:02:39

16    It starts on page 39.  It is entitled Pilum Imperial  12:02:55

17    Attack Jet Bike."  Do you see that?                    12:03:00

18            A   Yes.                                       12:03:04

19            Q   You would agree Games Workshop doesn't     12:03:12

20    own every expression of a jet bike, correct?          12:03:14

21            A   That is correct.                           12:03:18

22            Q   A jet bike is widespread in science        12:03:20

23    fiction movies fantasy, right?                        12:03:23

24            A   So I am led to believe.                    12:03:26

25            Q   What copyrightable elements do you         12:03:34
```

Page 56