# EXHIBIT J

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF ILLINOIS
 3                       EASTERN DIVISION
 4
 5   GAMES WORKSHOP LIMITED,      )
 6                 Plaintiff,     )
 7        vs.                     ) Civil Action
 8   CHAPTERHOUSE STUDIES LLC     ) No. 1:10-cv-08103
 9   and JON PAULSON d/b/a        )
10   PAULSON GAMES,               )
11                 Defendants.    )
12
13        The deposition of THOMAS OLIVER WALTON,
14   taken pursuant to the Federal Rules of Civil
15   Procedure of the United States District Courts
16   pertaining to the taking of depositions, taken
17   before PAULINE M. VARGO, a Certified Shorthand
18   Reporter within and for the State of Illinois,
19   C.S.R. No. 84-1573, at Suite 2800, 321 North Clark
20   Street, Chicago, Illinois, on February 15, 2013, at
21   9:00 a.m.
22
23
24
25   PAGES 1 - 163
```

Page 1

```
 1   decision was based on manufacturing ability.
 2   BY MS. HARTZELL:
 3       Q.    What changes did you make to the design?
 4       A.    I had to make the parts correspond to
 5   manufacturing criteria.
 6       Q.    So those decisions would have been
 7   governed by the manufacturing process?
 8       A.    Those decisions would have been, yes.
 9       Q.    What other updates to the design did you
10   make?
11       A.    I made it compatible with more weapons
12   than the original.
13       Q.    What weapons did you make it compatible
14   with?
15       A.    To the best of my knowledge, it was
16   compatible with a twin-linked Lascannon, a heavy
17   bolter -- no, not a heavy bolter -- a assault
18   cannon and a Plasma Cannon.
19       Q.    What's an assault cannon?
20       A.    An assault cannon is a rapid-firing
21   ballistic weapon in the Games Workshop universe.
22       Q.    Are you aware of any assault canons
23   outside of the Games Workshop universe?
24       A.    I'm aware that it could -- yes and no.
25   It's something that I could say if something was an
```

```
 1   assault cannon, but I wouldn't know that that would
 2   be the generally used term for it or not.
 3        Q.    So you could say if a weapon fell within
 4   the general category of an assault cannon?
 5        A.    Not a general category.  Just my own
 6   category, yeah.
 7        Q.    Okay.  What's a Plasma Cannon?
 8        A.    A Plasma Cannon is a plasma-based ranged
 9   weapon in the Games Workshop universe.
10        Q.    And what does "plasma based" mean?
11        A.    Plasma means it shoots an energy-based
12   projectile.
13        Q.    And are you aware of the use of
14   plasma-based weapons outside of the Games Workshop
15   universe?
16        A.    To an extent, yes.
17        Q.    Like where?
18        A.    For example, computer games and/or
19   films.
20        Q.    Any particular computer game you can
21   think of that you are aware used plasma-based
22   weaponry?
23        A.    Possibly in a game called Doom.
24        Q.    Doom, D-o-o-m?
25        A.    Yes.
```