# EXHIBIT K

Case: 1:10-cv-08103 Document #: 303-16 Filed: 03/15/13 Page 2 of 16 PageID #:17178

# High elves

From Wikipedia, the free encyclopedia
 (Redirected from High elf)

Many fantasy settings contain elves, often, particularly in western fantasy elves are divided into multiple different kinds. **High elves** are one of the most common sub-types of elf appearing in many different fantasy settings.

**High elves** are distinguished from other fantasy elves by their place of living, as they usually dwell in stone cities, instead of woods, like wood-elves. High elves and dark elves *can* be used to contrast respectively the good elves and the evil elves, as done in Warhammer. Typically high elves consider themselves the most purely good race of all, and haughtily view all other races beneath them, especially other elven races, and they are usually the most magically developed of all elves.

Many fantasy worlds have High Elf races:

- Calaquendi are the High Elves in J. R. R. Tolkien's *The Lord of the Rings*
- The High Elves are a race in the Warhammer Fantasy setting.
- Eldar of Warhammer 40,000 present a science-fictional aspect to the High Elf concept.
- High Elves (http://www.wowwiki.com/High_elf) in the Warcraft Universe, or "Quel'Dorei" in their native tongue, are the pale-skinned descendants of Night Elves, that were exiled from the continent of Kalimdor for their dangerous addiction and obsession over Arcane Magic. They should not be confused with their 'corrupted' counterparts, *Blood Elves* (a playable race in World of Warcraft: The Burning Crusade).
- In The Elder Scrolls universe, High Elves - or Altmer - the golden-skinned elves from Summerset Isles, are noted for their pride and arrogance as well as their potent magic.
- In Everquest, they are very proud and arrogant, developed for magic instead of combat.
- In the DOS game, Master of Magic, they are powerful long-range fighters, but inferior in magic to the dark elves.
- One exception to the rule where High Elves could be considered 'bad' (by anti-napoleonists) is in the Flintloque world of Varlon. Here they march under the banner of the Emperor Mordred, who dreams of world domination. (They are an almost exact parallel of the French Napoleonic forces).
- In *Record of Lodoss War*, Deedlit is a High Elf shaman (spirit magic user in some versions).
- In Dungeons and Dragons, High Elves is one of the terms for Gold Elves or Sun Elves.
- In the Dragonlance Campaign Setting for the Dungeons and Dragons game, the Qualinesti, including Laurana, are High Elves.
- In D&D 4th edition, the Eladrin (aka high elves) are a core player race.
- In *Rift*, High Elves are a playable race. Their counterparts, the Kelari, are a sect of High Elves who renounced their racial pact with the gods and left to become denizens of the far-off Fire Islands.

Retrieved from "http://en.wikipedia.org/w/index.php?title=High_elves&oldid=542519174"
Categories:  Fictional elves

- This page was last modified on 7 March 2013 at 05:07.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. See Terms of Use for details.
Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

Home » Games and Puzzles » Miniature Games » Dystopian Wars » Prussian Empire

**Prussian Empire**

Prussian Empire Dystopian Wars Miniature Game

Dominion

The Prussian Empire is probably the strongest nation currently in Europe, controlling much of the mainland, as well as the territories of Sweden and Norway. This Empire shares borders with France in the west, the Polish-Lithuanian Commonwealth in the east, and the Free Italian States in the south. The Emperor also owns minor tracts of land in Greenland, but that is the extent of Prussian holdings beyond Europe, since the proximity of the Kingdom of Britannia and its powerful navy have always limited the activity of the Prussian maritime forces. As it is, the Prussian Empire has existed since the beginning of the century, secure and stable. But with SturgeonG? new technology sweeping across the world, that stability is now challenged.

Ruler

Currently the Prussian Empire is under the command of Frederick Grunder, the Sixth Emperor. Unlike his predecessor, Emperor Otto, Frederick is a much more reasonable man, permitting the Teutonic Knights to return to their lands, once taken by Otto in a mad fear of rebellion. A firm believer that one can get more with a kind word than with a threat, Emperor FrederickG? philosophy has already paid great dividends G?the return of the Teutonic Knights and their willing support has provided a great boon to the Prussian military and research efforts. There has also been a significant improvement in relations with the Republic of France and Italian Free States under his leadership. Emperor Grunder came to power in 1819 and is now the ripe old age of 79.

**View as:** List  **Sort by:** Name



**SPGDWPE01 PrussianBattle Group Starter Box by Spartan Games**
CODE: SPGDWPE01

~~$58.99~~  **$44.24**   -25%

\*\*\* Available \*\*\* / Usually Ships In 3-5 Days
SPGDWPE01 Battle Group Starter Box Prussian Empire Dystopian Wars Miniature Game by Spartan Games - Battle Group comprises - - 1x Battleship -- 10 x resin flying tokens -- 3x Cruiser -- 2x acrylic flight stands -- 9x Frigate -- 3x A5 token sheets -- 2x Bo

**Quantity:** 1

**Wonderpoints:** 44 Wonderp



**SPGDWPE02 Emperor Class Battleship (1) by Spartan Games**
CODE: SPGDWPE02

$14.49  **$10.87**    -25%

*** Available *** / Usually Ships In 1-3 Days
SPGDWPE02 Emperor Class Battleship (1) Prussian Empire Dystopian Wars Miniature Game by Spartan Games - This class of Battleship is the latest to come from the Prussian dockyards and the first design to bring Tesla weaponry to the naval fleets of this emp

Quantity: 1

Wonderpoints:    11 Wonderp



**SPGDWPE03 Reiver Class Cruiser (3) - Dystopian Wars by Spartan**
CODE: SPGDWPE03

$17.99  **$13.49**    -25%

*** Available *** / Usually Ships In 1-3 Days
SPGDWPE03 Reiver Class Cruiser (3) Prussian Empire Dystopian Wars Miniature Game by Spartan Games - They say that imitation is the sincerest form of flattery, and if this is truly the case then the shipbuilders who came up with the Prussian Cruiser certai

Quantity: 1

Wonderpoints:    13 Wonderp



**SPGDWPE04 Arminius Class Frigate (6) - Dystopian Wars by Spartan**
CODE: SPGDWPE04

$9.99  **$7.49**    -25%

*** Available *** / Usually Ships In 3-5 Days
SPGDWPE04 Arminius Class Frigate (6) Prussian Empire Dystopian Wars Miniature Game by Spartan Games - The Prussian Frigate is a simple ship with a single turret and aft Tesla weapons. Squadrons of Frigates are often used to screen larger ships, combine th

**Quantity:** 1

**Wonderpoints:** 7 Wonderpo



### SPGDWPE05 Imperium Class Carrier (1) - Dystopian Wars by Spartan
CODE: SPGDWPE05

~~$23.99~~ **$17.99**    -25%

**\*\*\* Available \*\*\* / Usually Ships In 1-3 Days**
SPGDWPE05 Imperium Class Carrier (1) Prussian Empire Dystopian Wars Miniature Game by Spartan Games - The Prussian Carrier - or Sky Fortress - is a terror to behold, especially when searchlights catch it floating above a town or city, ready to launch its

**Quantity:** 1

**Wonderpoints:** 18 Wonderp



### SPGDWPE06 Prussian Geier Class Bomber by Spartan Games
CODE: SPGDWPE06

~~$19.99~~ **$14.99**    -25%

**\*\*\* Available \*\*\* / Usually Ships In 1-3 Days**
SPGDWPE06 Prussian Geier Class Bomber by Spartan Games - The Geier Bomber is presently the most heavily armed bomber in its class, and has a slightly larger compliment of rocket marines than other bombers. It is fitted with fore and aft Tesla weaponry, wi

**Quantity:** 1

**Wonderpoints:** 15 Wonderp



### SPGDWPE07 Prussian Fighter Tokens by Spartan Games
CODE: SPGDWPE07

~~$11.49~~ **$8.62**    -25%

**\*\*\* Available \*\*\* / Usually Ships In 1-3 Days**
SPGDWPE07 Prussian Fighter Tokens by Spartan Games - The Dystopian Wars game makes extensive use of Fighter Tokens, which players can deploy as Fighters, Dive Bombers or Torpedo Bombers. You can never

have too many fighters in the game. So lock and load,

**Quantity:** 1

**Wonderpoints:** 9 Wonderpo



### SPGDWPE08 Prussian Pflicht Class Scoutship by Spartan Games
CODE: SPGDWPE08

~~$16.49~~  **$12.37**   -25%

\*\*\* Available \*\*\* / Usually Ships In 1-3 Days
SPGDWPE08 Prussian Pflicht Class Scoutship by Spartan Games - Prussian Empire engineers love the classic zeppelin shape and have made extensive use of the gas powered blimp shape throughout the military. So what does this machine of war bring to the gamin

**Quantity:** 1

**Wonderpoints:** 12 Wonderp



### SPGDWPE09 Wachter Class Escort (6) - Dystopian Wars by Spartan
CODE: SPGDWPE09

~~$9.99~~  **$7.49**   -25%

\*\*\* Available \*\*\* / Usually Ships In 1-3 Days
SPGDWPE09 Wachter Class Escort (6) Prussian Empire by Spartan Games - While most escorts are intended to provide anti-aircraft protection or concussion charge protection, the Wachter is actually designed to protect vessels in one simple way - hurt the en

**Quantity:** 1

**Wonderpoints:** 7 Wonderpo



### SPGDWPE10 Stolz class Destroyer (3) - Dystopian Wars by Spartan
CODE: SPGDWPE10

~~$11.49~~  **$8.62**   -25%

\*\*\* Available \*\*\* / Usually Ships In 1-3 Days
SPGDWPE10 Stolz class Destroyer (3) Prussian Empire by Spartan Games - Although its fore guns

are a fixed channel, they are a Primary weapon and at Range Band 1 kick out 6AD of hurt to an enemy. Like other Destroyers these vessels have the Pack Hunters M

**Quantity:** 1

**Wonderpoints:** 9 Wonderpo



### SPGDWPE11 Blucher Class Dreadnought (1) by Spartan Games
CODE: SPGDWPE11

~~$23.49~~  **$17.62**    -25%

*** Available *** / Usually Ships In 1-3 Days
SPGDWPE11 Blucher Class Dreadnought (1) Prussian Empire by Spartan Games - Gebhard Leberecht von Blucher was a famous Prussian Generalfeldmarschall (Field Marshall) who was known for his rather direct military tactics. On it like Blucher is a term synony

**Quantity:** 1

**Wonderpoints:** 18 Wonderp



### SPGDWPE12 Metzger Class Robot (1) - Dystopian Wars by Spartan
CODE: SPGDWPE12

~~$24.99~~  **$18.74**    -25%

*** Available *** / Usually Ships In 1-3 Days
One of the largest models in the Dystopian Wars game, Metzger is a killing machine that can prowl the battlefield looking for targets to destroy. The main body of the model is made from high quality resin and its arms are made of pewter. The joints are ci

**Quantity:** 1

**Wonderpoints:** 19 Wonderp



### SPGDWPE13 Metzger Class Robot Base (2) by Spartan Games
CODE: SPGDWPE13

~~$16.99~~  **$12.74**    -25%

**\*\*\* Available \*\*\* / Usually Ships In 1-3 Days**
One of the largest models in the Dystopian Wars game, Metzger is a killing machine that can prowl the battlefield looking for targets to destroy. The main body of the model is made from high quality resin and its arms are made of pewter. The joints are ci

**Quantity:** 1

**Wonderpoints:** 13 Wonderp



**SPGDWPE14 Gewitterwolke Class Airship (1) by Spartan Games**
CODE: SPGDWPE14

$21.49   **$16.12**   -25%

**\*\*\* Out of Stock \*\*\* / Unknown Restock Time.**
SPGDWPE14 Prussian Empire: Gewitterwolke Class Airship (1) by Spartan Games - The dull pulsing engines of the Gewitterwolke Class Airship are often heard, but rarely do you see this airship emerge from the stormy skies until it is too late. With a crackli

**Quantity:** 1

**Wonderpoints:** 16 Wonderp



**SPGDWPE15 Saxony Class Corvette (6) by Spartan Games**
CODE: SPGDWPE15

$10.99   **$8.24**   -25%

**\*\*\* Available \*\*\* / Usually Ships In 1-3 Days**
SPGDWPE15 Prussian Empire: Saxony Class Corvette (6) by Spartan Games - The Prussian Corvette was designed from the very beginning to be an effective small fighter. Additional armour was later added to the bow, but other than that its profile is identical

**Quantity:** 1

**Wonderpoints:** 8 Wonderpo

Pages: **1** 2

Home / Collectible Miniatures / Star Wars / **Alliance & Empire**



Order now: 877.326.4429





## Alliance & Empire


Alliance and Empire Nikto Soldier (Promo)
$7.50


Alliance & Empire #60 Yomin Carr (R)
$4.00


Alliance & Empire #59 Advance Scout (C)
$0.50


Alliance & Empire #58 Advance Agent Officer (U)
$0.75


Alliance & Empire #57 Wicket (R)
$5.50


Alliance & Empire #56 Tusken Raider (C)
$0.75


Alliance & Empire #55 Trandoshan Mercenary (U)
$1.50


Alliance & Empire #54 Talz Spy (U)
$1.50


Alliance & Empire #53 Snivvian Fringer (C)
$0.45


Alliance & Empire #52 Rodian Scoundrel (U)
$1.00


Alliance & Empire #51 Rampaging Wampa (VR)
$16.50


Alliance & Empire #50 Nikto Soldier (C)
$0.50








Alliance & Empire #49 Lando Calrissian Dashing (R)

$2.25



Alliance & Empire #48 Jawa trader (U)

$2.00



Alliance & Empire #47 Jawa on Ronto (VR)

$15.00



Alliance & Empire #46 Jabba Crime Lord (VR)

$28.00



Alliance & Empire #45 Human Force Adept (C)

$0.75



Alliance & Empire #44 Gamorrean Guard (C)

$0.75



Alliance & Empire #43 Ewok Warrior (C)

$1.50



Alliance & Empire #42 Ewok Hang Gliider (R)

$7.00

Alliance & Empire #41 Ephant Mon (VR)

$8.00

Alliance & Empire #40 Duros Explorer (C)

$0.50

Alliance & Empire #39 Chadra-Fan Pickpocket (U)

$1.00

Alliance & Empire #38 Boba Fett Enforcer (VR)

$24.00

# Assault cannon 

*Looking for the closely related Covenant vehicle weapon, the Fuel Rod Cannon, or for the Fuel Rod Gun?*

The **Assault Cannon**[1][2] is a variant of the standard Fuel Rod Gun utilized only by the Mgalekgolo. It has two variants, one of which is all but identical to the normal weapon, the other of which is closer to the vehicle variant and fires a continuous beam.

**Contents**

## Design Details

The weapon is incredibly heavy, making it suitable only for the Hunters, as no other races could carry such a massive load, showing the immense strength of the Hunter. The only known instances of it are fused directly to the Hunter's armor, located on the right "arm" of the colony, built into the Lekgolo that make up that limb. This makes the weapon impossible to be used by the player in any game. It is unknown how the weapon is fired.

## Ammunition

The weapon uses tubes of radioactive incendiary gel, very similar to those fired by the standard fuel rod gun, as ammunition.[1] The gel can be fired in globs, as seen in *Halo: Combat Evolved*, *Halo Wars*, *Halo: Reach*, and occasionally in *Halo 3: ODST*, which detonate on impact and have an arcing trajectory. The weapon can also fire the gel in a "beam", as seen in *Halo 2*, *Halo 3*, *Halo Wars*, and *Halo 3: ODST*. It is presumed that the weapon itself can switch between these two modes by the Mgalekgolo using it. However, before firing, the weapon must be charged up. This "charge" makes it very obvious that the Hunter is attempting to shoot an enemy, and it also makes it fairly easy for players to dodge the cannon's blast.

## Variations Between the Games

In terms of gameplay, the assault cannon has changed with each installment, in terms of operation and aesthetics, mostly to balance gameplay.

In *Halo: Combat Evolved*, it was only able to fire single shots that were similar to fuel rod gun shots, and appeared to contain its gel supply in a "drum" mounted underneath the arm.

In *Halo 2*, there were minor changes to its appearance but the weapon fired a continuous stream rather than individual blasts while the "drum" reloaded and fired. Because it is a continuous beam this makes it possible to survive a hit from it on Legendary difficulty by only being hit by the beam for a small amount of time.

In *Halo 3*, the assault cannon is aesthetically very different, but operates much the same as it does in *Halo 2*. The cannon in *Halo 3* can be cut off instantaneously if the target has gone to cover, which stops it from wasting ammunition. Also, the "claws" seem to have hinges, although they are never seen moving in gameplay. Plus, the beam is a bit faster, a lot more damaging, and can blow away movable cover, such as supply crates. They are also still extremely easy to avoid.

In *Halo 3: ODST*, the Hunters appeared in two different forms in two different colors. This first is the traditional blue-armored Hunter, armed with an assault cannon that fires a continuous stream of radioactive incendiary gel. The other wears gold-colored armor and is armed with an assault cannon that fires a single bolt of radioactive incendiary gel which is similar to the weapon model featured in *Halo: Combat Evolved*.



| Assault Cannon | |
|---|---|
| **Production information** | |
| Type | Anti-Matériel/Personnel weapon |
| **Technical specifications** | |
| Size | It takes up half the right arm of the Mgalekgolo. |
| Damage Per Hit | Very high (depending on difficulty and proximity of target) |
| Fire Mode | Individual bolts or continuous stream |
| Ammunition Type | Incendiary Gel |
| Rate of Fire | Continuous fire or single bolts |
| Accuracy | High |
| Range | Long |
| **Usage** | |
| Era(s) | 23rd Age of Doubt - 9th Age of Reclamation |
| Counterpart | Rocket Launcher, Brute Shot, Gravity Cannon |
| Counterweapon(s) | ■ Explosives<br>■ Single Shot Bullet based Weapons |
| Affiliation | Covenant Empire, Covenant Separatist |
| [Source] | |

In *Halo Wars*, the Hunters start with the mortar version of the assault cannon. Later in the game, the Hunters can be equipped with the beam version for extra damage.[3]

In *Halo: Reach* features a full return to the Halo: CE -era assault cannon, which fires single blobs of bright green gel much like a fuel rod gun.

In Halo 4, It no longer fires a stream and instead, fires a single shot identical to the fuel rod gun.

## Trivia

- When using the Bump Possession cheat in *Halo: Combat Evolved* to control a Hunter, holding left click down and repeatedly right clicking allows the controlled Hunter to rapidly fire its Assault Cannon without overheating. Whether this accelerated manner of attack is actually utilized at all in AI controlled opponents' behavioral patterns is unknown.
- In *Halo: Combat Evolved*, Hunters will not continue to track you once the cannon has started to charge, making the Hunters inaccurate with moving targets. Strangely, Hunters will never hit a stationary target, meaning that the original assault cannon's recoil severely lowers the accuracy of said cannon. The player can use this to his/her advantage to avoid being injured by standing completely still and firing from that position.
- In *Halo 3*, green electricity protrudes from the three parts jutting out of the weapon and they form together to make the beam of energy when the weapon is charging. It is also possible this would create a type of small plasma mortar, and that something in the back of the weapon produces a type of gas to project it, similar to how a flamethrower works where a small flame is projected by gas.
- Some of the novels refer to the assault cannon as a fuel rod gun/cannon, while it is officially named in *Halo: Contact Harvest*.

Video Games   Entertainment

- The same book also references the idea that the Assault Cannon's firing types are settings, both to be used from the same cannon. This means that the difference between Cannons might just be superficial.

## Gallery



A close up of the *Combat Evolved* design.

A *Halo 3*-era assault cannon.

A *Halo Reach* assault cannon.

Mgalekgolo firing the Assault Cannon in *Halo: Combat Evolved*.

An Mgalekgolo using its assault cannon in *Halo 3*.

The *Halo: Combat Evolved*-era assault cannon.

A *Halo 2*-era Assault Cannon.

Add a photo to this gallery

## Appearances

- *Halo Wars*
- *Halo Legends*
- *Halo: The Fall of Reach*
- *Halo: Evolutions - Essential Tales of the Halo Universe*
- *Halo: Reach*
- *Halo: Combat Evolved*
- *Halo: The Flood*
- *Halo: First Strike*
- *Halo 2*
- *Halo 3: ODST*
- *Halo 3*
- *Halo: Ghosts of Onyx*
- *Halo: Reach*
- *Halo: Combat Evolved Anniversary*
- *Halo 4*

## Sources

1. ↑ [1.0] [1.1] **Halo: Contact Harvest**, page 267
2. ↑ **Halo Wars** In-game Upgrade
3. ↑ **Halo Wars** Instruction Manual

## Related Pages

- Mgalekgolo
- Fuel Rod Gun
- Fuel Rod Cannon
- Gravity Cannon

| | List of Covenant Weapons | [hide] |
|---|---|---|
| Pistols | **Directed energy weapons** (Plasma pistol) • **Directed Kinetic/Radiation Weapons** (Mauler • Needle Pistol) | |
| Rifles and Carbines | **Directed energy weapons** (Plasma rifle (Brute variant) • Plasma repeater • Storm rifle • "Type-27" Particle beam rifle • "Type-50" Particle beam rifle • Focus rifle) • **Directed Kinetic/Radiation Weapons** (Spiker • Needle rifle • Needler • Covenant carbine) | |
| Melee weapons | Energy sword • Gravity hammer • Energy stave • Energy garrote • Energy cutlass • Jiralhanae combat knife • Curveblade • Energy dagger | |
| Grenades and explosives | Antimatter charge • Covenant charge • Plasma charge • Plasma grenade • Spike grenade • Firebomb grenade • Unidentified explosive • **Directed Explosive Weapons** (Brute Shot • Fuel rod gun • Concussion rifle • Plasma launcher) | |
| Support weapon | Type-42 Plasma Cannon • Type-52 Plasma Cannon • **Assault cannon** | |
| Vehicle mounted weapons | Twin plasma cannon • Light plasma mortar • Shade (Type-26 • Type-27 • Type-29 • Type-55) • Gravity cannon • Plasma mortar • Fuel rod Cannon • 35mm Autocannon • Plasma beam • Heavy Needler • Stasis cannon | |

Video Games    Entertainment

| Starship weapons | Energy projector • Plasma turret (Plasma Torpedo) • Pulse laser turret |
|---|---|

**Discussions about Assault cannon**  Start a Discussion

Categories: Articles Needing Fact Cleanup | Covenant Weapons | Halo: Combat Evolved | Add category

**Languages:** Español

Video Games | Entertainment

# Assault cannon ☐

"*…you shoulda' seen the results of our tests on Fest—my weapons are gonna put a lot of holes in a lot of Rebel scum—.*"
―Moff Rebus



A Dark Trooper with an Assault cannon

The **assault cannon** was a fully-automatic weapon used by the Phase II Dark troopers. It was a modified Imperial Repeater Rifle weapon. 1.2 meters long, the wide body had two barrels with two triggers. The first trigger fired a deadly blue-white plasma shot (maximum capacity 400) at an approximate rate of 540 RPM, the second firing compact, dumb-fire missiles (20). Blasts from this weapon were extremely lethal, capable of punching through body armor and killing soldiers in a single shot. Only soldiers equipped with a Personal energy shield could hope to stand a chance against a trooper equipped with this deadly weapon.

The Phase III Trooper carried a similar weapon. It was essentially a standard assault cannon with five plasma barrels, which allowed the user to fire at a much faster rate, and had an increased ammunition capacitor to compensate. This version lacked the missile launcher used by the Phase IIs and was much too heavy for a human soldier to wield effectively.

Though the weapon was exclusively designed for the Dark Trooper battle droid, an ordinary soldier could grip, aim, and fire it. Kyle Katarn was able to acquire such a weapon during the campaign to eliminate the Dark Trooper Project, using it to great effect in keeping Phase II Dark Troopers at bay.

## Appearances

- *Star Wars: The Old Republic: Fatal Alliance*
- *Star Wars: The Old Republic*
- *Star Wars: Dark Forces* (First appearance)
- "*Sand Blasted*"—*Star Wars Tales 4*
- *Star Wars: Empire at War: Forces of Corruption* (Possible appearance)
- *Star Wars: Galactic Battlegrounds*
- *Star Wars: Galactic Battlegrounds: Clone Campaigns*

## Sources

- *Star Wars: Expanded Universe* toy line

| In other languages |
|---|
| Deutsch \| Русский |

Entertainment   Video Games

Vote on the Ultimate GI. Joe Strike Force!