Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF ILLINOIS
 3                     EASTERN DIVISION
 4   GAMES WORKSHOP LIMITED,    )
                 Plaintiff,     )
 5                              )
             vs.                )
 6                              ) Civil Action
     CHAPTERHOUSE STUDIOS LLC   ) No. 1:1--cv-08103
 7   and JON PAULSON d/b/a      )
     PAULSON GAMES,             )
 8              Defendant.      )
     _____
 9
10
11
12          DEPOSITION OF DR. CARL GRINDLEY
13                 New York, New York
14             Thursday, February 21, 2013
15
16
17
18
19
20   Reported By:
21   CATHI IRISH, RPR, CLVS, CCR
22
23
24
```

# **EXHIBIT O**

1  any other work that you believe Games Workshop
2  must have seen?
3      A.   Yeah, sorry, yes.  In paragraph 34, it
4  does appear that some of the Games Workshop
5  shoulder pads originated in the Star Wars films.
6      Q.   Okay.  So it's your expert opinion that
7  the Games Workshop artist who created that
8  shoulder pad must have copied it from Star Wars,
9  consciously or unconsciously?
10     A.   Consciously or unconsciously.  I would
11 suppose unconsciously.
12     Q.   Beyond the shoulder pad in Star Wars
13 and the flamer in Starship Troopers, is there
14 anything else in your expert opinion Games
15 Workshop must have copied, consciously or
16 unconsciously?
17     A.   I realize that, or at least I think I
18 realize.  Perhaps you can clarify matters for me.
19          My expert report and Exhibit B form the
20 background of or the basis for my testimony should
21 this matter ever come to trial; is that correct?
22     Q.   Yes.  Not background.  It's supposed to
23 contain all your opinions and the basis thereof.
24     A.   Would anybody during the court process

1  have access --
2           MR. COOPER:  He's going to ask you
3      questions.
4           THE WITNESS:  I know.  I do not believe
5      that I specifically say it in this report and
6      I believe that in Exhibit B, it is listed as a
7      similarity.  No, I do list it as recognizable
8      as a derivative of the following.  Yeah, I
9      believe that the lightning claws from the
10     space marine terminator set and from I guess
11     other products that use those lightning claws
12     are indeed a derivative of Wolverine.
13 BY MR. KEENER:
14     Q.    So it's your expert opinion that the
15 person who created Games Workshop lightening claw
16 must have copied consciously or unconsciously
17 Wolverine?
18     A.    Yes.
19     Q.    Anything else?
20     A.    We could do go through that item by
21 item.
22     Q.    For those we discussed, Starship
23 Trooper, anywhere in your report do you state I
24 believe this is a product they copied consciously

1  I guess page 56 or so, I have found instances
2  where I have actually said something is derived
3  from a thing, and I have found instances where
4  it's supposed to go to a general trope.
5        Had I known that there was a special
6  legal meaning to the term "derived," I would have
7  been more careful in my wording, but I think that
8  a person who is examining this from a lay
9  perspective would have the same problem that I
10 have with the lack of knowledge of that legal
11 term, or if someone was going through this as an
12 expert, they would probably be able to tell the
13 difference between the two.
14    Q.   Okay.
15    A.   Now, more specifically, there are
16 examples, for example item 129, where the Games
17 Workshop Land Raider vehicle, that's on page 28 of
18 the exhibit, clearly as far as I'm concerned in my
19 opinion clearly derives from a Mark V tank.
20    Q.   Let me rephrase my question here.
21        Is there any way for me, looking at
22 your report and your exhibits, to figure out for
23 which pictures in your expert opinion Games
24 Workshop must have seen and copied consciously or

Page 98

1  unconsciously and which pictures are just
2  representative of tropes in a genre?
3       A.   That's also an impossible question to
4  answer because there are many, many pictures of
5  Mark V tanks and if I were in the United Kingdom I
6  would go to the Imperial War Museum and see one.
7       Q.   Okay.  But you could --
8       A.   So it's impossible to say whether or
9  not a person saw a specific photograph of this
10 particular tank or merely saw a photograph or the
11 actual tank itself, but I would definitely say in
12 this specific situation of item 129 that Games
13 Workshop's designers must have definitely seen a
14 Mark V tank.  There can be no other explanation
15 for that level of similarity.
16      Q.   So you could have said that in your
17 report, right, Games Workshop must have seen a
18 Mark V tank, here are representative pictures of a
19 Mark V tank?
20      A.   Indeed, I say in particular, a Games
21 Workshop Land Raider, there's a striking
22 resemblance to a British Mark V tank, and then I
23 produced a picture of the British Mark V tank.  So
24 I believe the level of explicitness that is

1 required from a technical legal perspective is not
2 required for a reasonable person to make that
3 inference.
4     Q.   I'm not talking about legal
5 technicalities. I just want to know when we go to
6 trial, for which picture are you going to say
7 Games Workshop must have seen that and copied that
8 versus this is just an example of a trope?
9     A.   Then again, you've just used that same
10 wording.
11     Q.   Okay. For example, you could say well,
12 for the Land Raider, it's my expert opinion they
13 must have seen a Mark V.
14     A.   Or an image thereof.
15     Q.   Or an image thereof.
16     For another product, you could say I
17 don't know that they necessarily saw any of these
18 images or products but here are examples of that
19 genre.
20     A.   Yes, I believe.
21     Q.   Those are very different opinions.
22     A.   Are they?
23     Q.   I want to know is there any way for me
24 to figure out which set of pictures fall into one

Page 278

```
 1       A.    I'm refusing to answer the question.
 2       Q.    Do you believe that Games Workshop
 3  space marine shoulder pad is similar to other
 4  shoulder pads in history?
 5       A.    Yes, I do.
 6       Q.    The court continues, "Brewster admitted
 7  that he could locate no same or similar
 8  representation of Games Workshop's shoulder pad
 9  design in previous military history."
10             Do you see that?
11       A.    Yes, I do.
12       Q.    Now, do you agree that you were also
13  unable to locate any shoulder pad the same or
14  similar to Games Workshop's space marine shoulder
15  pad in prior military history?
16       A.    I disagree.
17       Q.    Which shoulder pad did you locate that
18  was the same or similar as Games Workshop's
19  shoulder pad?
20       A.    All of them were similar, none were the
21  same.
22       Q.    The court continues, "Upon independent
23  examination, the court finds that Games Workshop's
24  shoulder pads involve enough originality to afford
```