# EXHIBIT P

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF ILLINOIS

3      EASTERN DIVISION

4

5 GAMES WORKSHOP LIMITED, )

6     Plaintiff,  )

7     -vs-    ) Case No. 1:10-cv-08103

8 CHAPTERHOUSE STUDIOS  )

9 LLC,       )

10     Defendant.  )

11 _____)

12

13    Videotaped Deposition of MARTIN FOOTITT,

14 taken on February 14, 2013, at the hour of 9:06

15 a.m. at 233 South Wacker Drive, Suite 6300,

16 Chicago, Illinois, taken before Kathleen J.

17 Hendrix, Certified Shorthand Reporter, C.S.R.

18 Licence No. 84-004180

19

20

21

22

23

24

25  PAGES 1 - 148

               Page 1

| | | |
|---|---|---|
| 1 | produced to counsel and that they produced them to | 12:15:15 |
| 2 | us.  Is that your understanding? | 12:15:17 |
| 3 | A.    Yes. | 12:15:19 |
| 4 | (Whereupon, Footitt Deposition | 12:15:19 |
| 5 | Exhibit No. 3 was marked for | 12:15:19 |
| 6 | identification.) | 12:15:35 |
| 7 | BY MS. KALEMERIS: | 12:15:35 |
| 8 | Q.    You have in front of you what's marked | 12:15:43 |
| 9 | as Exhibit 3.  In the bottom corner, you will see | 12:15:45 |
| 10 | numbers that have a GW and then numbers after them. | 12:15:48 |
| 11 | Those are called Bates numbers, and they are used by | 12:15:52 |
| 12 | counsel to identify documents that have been | 12:15:55 |
| 13 | produced in litigation. | 12:15:58 |
| 14 | Do you see that number on the | 12:16:00 |
| 15 | front, GW 0017741? | 12:16:02 |
| 16 | A.    Yes. | 12:16:06 |
| 17 | Q.    Is that the same number as is on -- on | 12:16:06 |
| 18 | Exhibit 2? | 12:16:09 |
| 19 | A.    Yes. | 12:16:10 |
| 20 | Q.    Okay.  So if you'll turn in that | 12:16:12 |
| 21 | document to the page labeled GW 0017786, it's near | 12:16:14 |
| 22 | the back.  If you could take a look at that and the | 12:16:21 |
| 23 | next couple of pages through to GW 0017789.  And let | 12:16:41 |
| 24 | me know when you are finished looking at those. | 12:16:49 |
| 25 | Do you recognize these images? | 12:17:00 |

Page 102

| | | |
|---|---|---|
| 1 | A.    Yes. | 12:17:03 |
| 2 | Q.    Where do you recognize these images | 12:17:03 |
| 3 | from? | 12:17:07 |
| 4 | A.    Images I searched for. | 12:17:07 |
| 5 | Q.    Why did you search for these images? | 12:17:11 |
| 6 | A.    In relation to a project I was | 12:17:13 |
| 7 | working. | 12:17:17 |
| 8 | Q.    Which project was that? | 12:17:17 |
| 9 | A.    The Lizardman Kroxigor. | 12:17:19 |
| 10 | Q.    So what is a Lizardman Kroxigor? | 12:17:32 |
| 11 | A.    A large humanoid lizard warrior. | 12:17:37 |
| 12 | Q.    So why were you searching for these | 12:17:51 |
| 13 | images? | 12:17:53 |
| 14 | A.    I was looking to see how typically say | 12:17:54 |
| 15 | lizard skin would crease, and looking at how the | 12:18:00 |
| 16 | scale is patterned. | 12:18:17 |
| 17 | Q.    Why is it important to look at how | 12:18:24 |
| 18 | lizard skin would crease? | 12:18:27 |
| 19 | A.    I want my models to look like they had | 12:18:29 |
| 20 | more realistic lizard skin texture. | 12:18:35 |
| 21 | Q.    And why is it important to look at how | 12:18:40 |
| 22 | scales are patterned? | 12:18:49 |
| 23 | A.    The Kroxigor is going to have scales. | 12:18:53 |
| 24 | I was just curious to see how real world lizards, | 12:18:57 |
| 25 | how their scales looked. | 12:19:03 |

Page 103

| | | |
|---|---|---|
| 1 | Lizardman Kroxigor? | 12:22:54 |
| 2 | A.    Not on these, no. | 12:22:56 |
| 3 | Q.    And when we say "these," we're | 12:22:57 |
| 4 | referring to -- | 12:23:00 |
| 5 | A.    The models that -- yeah, I made. | 12:23:02 |
| 6 | Q.    Do you know if others -- do you know | 12:23:09 |
| 7 | of others at Games Workshop that have worked on | 12:23:12 |
| 8 | Lizardman Kroxigor? | 12:23:17 |
| 9 | A.    Yes. | 12:23:18 |
| 10 | Q.    Who are those others? | 12:23:19 |
| 11 | A.    Ellie Morrison.  And he made the | 12:23:20 |
| 12 | addition of models before the ones I made.  And | 12:23:30 |
| 13 | there are models before that I think were done by | 12:23:33 |
| 14 | Michael Perry, but I'm not sure. | 12:23:38 |
| 15 | Q.    Who assigned you the Lizardman | 12:23:40 |
| 16 | project? | 12:23:47 |
| 17 | A.    Ted Williams I think. | 12:23:48 |
| 18 | Q.    So how did you begin the Lizardman | 12:23:54 |
| 19 | project? | 12:24:06 |
| 20 | A.    By looking at the old army books and | 12:24:08 |
| 21 | the old models. | 12:24:13 |
| 22 | Q.    And at some point you did some | 12:24:14 |
| 23 | research on the internet? | 12:24:30 |
| 24 | A.    Yes. | 12:24:31 |
| 25 | Q.    When did you do that research? | 12:24:32 |

Page 106

| | | |
|---|---|---|
| 1 | A. At some point during the project. | 12:24:35 |
| 2 | Q. Why did you do that research? | 12:24:40 |
| 3 | MR. KEENER: Objection. Asked and | 12:24:43 |
| 4 | answered. | 12:24:45 |
| 5 | BY THE WITNESS: | 12:24:46 |
| 6 | A. To look at how the skin could wrinkle, | 12:24:47 |
| 7 | the scale pattern. | 12:24:52 |
| 8 | Q. Were you provided with any sketches of | 12:24:53 |
| 9 | the Lizardman? | 12:24:58 |
| 10 | A. There might have been some older | 12:24:59 |
| 11 | concept with it. | 12:25:07 |
| 12 | (Whereupon, Footitt Deposition | 12:25:07 |
| 13 | Exhibit No. 5 was marked for | 12:25:07 |
| 14 | identification.) | 12:25:46 |
| 15 | BY MS. KALEMERIS: | 12:25:46 |
| 16 | Q. You've been handed Exhibit 5. Have | 12:25:47 |
| 17 | you ever seen these sketches before? You can take | 12:25:52 |
| 18 | your time and look through them. | 12:25:54 |
| 19 | A. Yes, I think so. | 12:26:16 |
| 20 | Q. Were these some of the sketches that | 12:26:21 |
| 21 | you looked at when you were creating the new version | 12:26:24 |
| 22 | of the Lizardman? | 12:26:27 |
| 23 | A. What do you mean by "new Lizardman"? | 12:26:33 |
| 24 | Q. The model that you created, the | 12:26:40 |
| 25 | Lizardman Kroxigor. | 12:26:43 |

Page 107

| | | |
|---|---|---|
| 1 | BY THE WITNESS: | 12:40:30 |
| 2 | A.    I can't remember. | 12:40:36 |
| 3 | Q.    So your -- your inspiration for this | 12:40:36 |
| 4 | particular project was looking at the older models | 12:40:49 |
| 5 | and looking at pictures of lizards and looking at | 12:40:51 |
| 6 | concept art? | 12:40:55 |
| 7 | A.    My -- yes.  My inspiration would have | 12:40:56 |
| 8 | been to look at the older models and current models | 12:40:59 |
| 9 | in Lizardman range.  Not necessarily looking at | 12:41:03 |
| 10 | these images. | 12:41:08 |
| 11 | Q.    But you do -- excuse me. | 12:41:09 |
| 12 | But you did look at images from | 12:41:24 |
| 13 | the internet when creating the Lizardman Kroxigor? | 12:41:26 |
| 14 | A.    Yes. | 12:41:32 |
| 15 | (Whereupon, Footitt Deposition | 12:41:32 |
| 16 | Exhibit No. 6 was marked for | 12:41:32 |
| 17 | identification.) | 12:41:54 |
| 18 | BY MS. KALEMERIS: | 12:41:54 |
| 19 | Q.    You've been handed Exhibit 6.  You | 12:41:55 |
| 20 | could take a second to look through it, if you would | 12:42:04 |
| 21 | like.  If you look to the first page.  These are | 12:42:08 |
| 22 | pictures that counsel provided us of the Lizardman | 12:42:47 |
| 23 | Kroxigor that you sculpted; is that correct? | 12:42:51 |
| 24 | A.    Yes. | 12:42:54 |
| 25 | Q.    If you look at the first page, I | 12:42:54 |

Page 111

| | | |
|---|---|---|
| 1 | notice at the end of the Lizardman Kroxigor tail | 12:42:57 |
| 2 | there's -- what would you call that end piece on the | 12:43:02 |
| 3 | end of the tail? | 12:43:04 |
| 4 | A.    Protrusion, spike. | 12:43:05 |
| 5 | Q.    Why did you choose to include that | 12:43:19 |
| 6 | protrusion or spike in this model that you made? | 12:43:31 |
| 7 | A.    To look like the Kroxigor could use | 12:43:34 |
| 8 | his tail as a fancy weapon. | 12:43:40 |
| 9 | Q.    Is that -- the fact that the Kroxigor | 12:43:43 |
| 10 | could use his tail as a defensive weapon, is that | 12:44:03 |
| 11 | something that's important to the overall Lizardman | 12:44:07 |
| 12 | Kroxigor? | 12:44:11 |
| 13 | MR. KEENER:  Objection.  Form. | 12:44:12 |
| 14 | BY THE WITNESS: | 12:44:13 |
| 15 | A.    I'm not sure. | 12:44:13 |
| 16 | Q.    Are there any other reasons why you | 12:44:13 |
| 17 | chose to include that protrusion or spike at the end | 12:44:21 |
| 18 | of the tail? | 12:44:24 |
| 19 | A.    To make a more visually exciting | 12:44:25 |
| 20 | model. | 12:44:33 |
| 21 | Q.    Are there any other reasons? | 12:44:34 |
| 22 | A.    Not that I can think of right now. | 12:44:49 |
| 23 | Q.    Did anyone tell you to include that | 12:44:51 |
| 24 | spike or protrusion at the end of the tail? | 12:44:55 |
| 25 | A.    I can't remember. | 12:44:58 |

Page 112

| | | |
|---|---|---|
| 1 | Q. Would you have submitted this model to | 12:44:58 |
| 2 | Ben Jefferson when you had finished it? | 12:45:08 |
| 3 | A. No. | 12:45:11 |
| 4 | Q. Who would you -- or would you have | 12:45:12 |
| 5 | submitted this model to anyone? | 12:45:14 |
| 6 | A. Yes. | 12:45:15 |
| 7 | Q. Who would you have submitted that to? | 12:45:17 |
| 8 | A. Ted Williams I think. | 12:45:20 |
| 9 | Q. Did you go through any drafts with Ted | 12:45:24 |
| 10 | Williams of the model? | 12:45:39 |
| 11 | A. Yes. | 12:45:40 |
| 12 | Q. Did he provide you any feedback? | 12:45:40 |
| 13 | A. Yes. | 12:45:42 |
| 14 | Q. What sort of things did he provide | 12:45:43 |
| 15 | feedback on? | 12:45:46 |
| 16 | A. I -- I can't remember, but he would | 12:45:58 |
| 17 | have been involved in the process. | 12:46:00 |
| 18 | Q. So he would have made design | 12:46:03 |
| 19 | decisions? | 12:46:07 |
| 20 | MR. KEENER: Objection. Form. | 12:46:07 |
| 21 | BY THE WITNESS: | 12:46:08 |
| 22 | A. He would have provided feedback. | 12:46:08 |
| 23 | Q. But you can't recall what sort of | 12:46:11 |
| 24 | feedback he would have provided? | 12:46:13 |
| 25 | A. No. | 12:46:15 |

Page 113

```
 1              Q.      If you look at the figure on the right    12:46:15

 2    there on that first page, how would you characterize    12:46:25

 3    the area between the shoulder blades of the model?    12:46:29

 4              A.      Carapace.                                 12:46:34

 5              Q.      I'm sorry?                                12:46:34

 6              A.      Carapace.                                 12:46:34

 7              Q.      I'm not sure I heard you.                 12:46:34

 8              A.      Carapace, C-A-R-A-P-A-C-E.                12:46:46

 9              Q.      What is a carapace?                       12:46:50

10              A.      It's like a natural armor plate is how    12:46:54

11    I would describe it.                                       12:47:01

12              Q.      Why did you decide to include that        12:47:02

13    carapace on the model?                                     12:47:19

14              A.      I thought it would look cool.             12:47:21

15              Q.      Did you receive any feedback on the       12:47:23

16    carapace from Ted Williams?                               12:47:27

17              A.      I can't remember.                         12:47:29

18              Q.      Did you receive any feedback from         12:47:30

19    anyone else on the carapace?                              12:47:32

20              A.      I can't remember.                         12:47:34

21              Q.      If you look at the figure on the left,    12:47:39

22    it looks like there are perhaps -- what -- what           12:47:48

23    would you call those going down the center of the         12:47:51

24    back there?                                               12:47:55

25              A.      Spikes.                                   12:47:56
```

                                                        Page 114

1          Q.     Can you tell me why you chose to          12:47:57

2     include those spikes?                                 12:48:09

3          A.     I think it was a feature of the older     12:48:11

4     Kroxigor models.                                      12:48:19

5          Q.     If you turn to the fourth page marked     12:48:44

6     GW 0011840.  You notice the model in the middle?      12:48:47

7     Can you characterize the pose that he's in?           12:48:55

8          A.     Characterize the pose?                    12:48:59

9          Q.     Can you describe it for me, please.       12:49:00

10         A.     He's holding his weapon above his         12:49:02

11    head.                                                 12:49:06

12         Q.     Is there a reason that you chose to       12:49:06

13    have him holding his weapon above his head?           12:49:18

14         A.     To looks like he's about to smash his     12:49:22

15    opponent.                                             12:49:33

16         Q.     And this is opposed to the character      12:49:34

17    on the right, how is he holding his weapon?           12:49:50

18         A.     In both hands.                            12:49:53

19         Q.     Does he look like he's about to smash     12:49:55

20    something?                                            12:50:10

21         A.     No.                                       12:50:10

22         Q.     Can you tell me why you made that         12:50:20

23    decision?                                             12:50:27

24         A.     The three models are in different         12:50:27

25    poses to make them more interesting as a unit.        12:50:43

                                        Page 115

| | | |
|---|---|---|
| 1 | Q.    Can you tell me why you made that | 12:50:47 |
| 2 | particular decision to have that model standing in | 12:50:49 |
| 3 | that pose? | 12:50:53 |
| 4 | A.    I guess I wanted a braced pose, and | 12:50:54 |
| 5 | there's not many poses you can do with a model | 12:51:03 |
| 6 | that's carrying his weapon in two hands. | 12:51:09 |
| 7 | Q.    Is there a reason why -- yeah, excuse | 12:51:11 |
| 8 | me -- is there a reason why the models are carrying | 12:51:17 |
| 9 | their weapons in two hands? | 12:51:21 |
| 10 | A.    Yes. | 12:51:23 |
| 11 | Q.    Why is that? | 12:51:23 |
| 12 | A.    They are big weapons.  And in the | 12:51:24 |
| 13 | rules they have a great weapon. | 12:51:31 |
| 14 | Q.    A great what? | 12:51:31 |
| 15 | A.    A great weapon.  It's a double-handed | 12:51:38 |
| 16 | weapon.  There are rules and distinctions between | 12:51:40 |
| 17 | the types of weapons they get.  So it should have | 12:51:47 |
| 18 | been depicted in both hands. | 12:51:54 |
| 19 | Q.    If you will turn to the page marked GW | 12:51:57 |
| 20 | 0011844, it shows the models in profile.  Do you see | 12:52:06 |
| 21 | the model in the center?  Can you describe his face, | 12:52:16 |
| 22 | please. | 12:52:20 |
| 23 | A.    How do you mean? | 12:52:22 |
| 24 | Q.    What expression does he have? | 12:52:26 |
| 25 | A.    Like he is roaring, screaming, | 12:52:29 |

Page 116

| | | |
|---|---|---|
| 1 | snarling. | 12:52:49 |
| 2 | Q.     And why did you make that decision? | 12:52:49 |
| 3 | A.     Because it looks cool. | 12:52:51 |
| 4 | Q.     Are there any other reasons? | 12:52:55 |
| 5 | A.     When you're making more than one | 12:52:59 |
| 6 | model, you want each one to look slightly different. | 12:53:05 |
| 7 | So the different expressions in their heads. | 12:53:10 |
| 8 | Q.     Okay.  Why do you want each model to | 12:53:14 |
| 9 | look different? | 12:53:16 |
| 10 | A.     If they all looked the same, it would | 12:53:17 |
| 11 | be boring. | 12:53:20 |
| 12 | Q.     If you look at the weapon that that | 12:53:21 |
| 13 | center Kroxigor is holding, can you describe the | 12:53:27 |
| 14 | weapon to me? | 12:53:32 |
| 15 | A.     How do you mean? | 12:53:33 |
| 16 | Q.     Well, was there something that you had | 12:53:42 |
| 17 | a problem with in the way that I asked that? | 12:53:46 |
| 18 | A.     Do you mean describe what it is or the | 12:53:51 |
| 19 | visual? | 12:53:55 |
| 20 | Q.     We can start with what it is and then | 12:53:56 |
| 21 | you can describe the visual after? | 12:53:58 |
| 22 | MR. KEENER:  Objection.  Form. | 12:54:00 |
| 23 | BY THE WITNESS: | 12:54:02 |
| 24 | A.     It's a double-headed spiked base, | 12:54:05 |
| 25 | double-handed. | 12:54:12 |

Page 117

```
 1            Q.    And can you describe what it looks      12:54:20

 2    like?                                                 12:54:22

 3            A.    It has a wooden shaft with a gold bit   12:54:22

 4    and stained top, with little spikes on both sides     12:54:40

 5    and a spike on the bottom.                            12:54:47

 6            Q.    Would it be fair to say that on the     12:54:49

 7    head of the weapon there are some spikes that are     12:55:13

 8    longer than others?                                   12:55:17

 9            A.    Yes.                                     12:55:18

10            Q.    Was that a design decision?             12:55:18

11            A.    Yes.                                     12:55:20

12            Q.    Why did you make that decision?         12:55:21

13            A.    To make it look more interesting.       12:55:23

14            Q.    No other reasons?                       12:55:27

15            A.    Not that I can think of.                12:55:37

16            Q.    So you mentioned that it's a wooden     12:55:49

17    shaft.  Can you tell me why you made that decision?   12:55:56

18            A.    Just one of the materials that the      12:55:59

19    Lizardmen use.                                        12:56:15

20            Q.    What other materials do the Lizardmen   12:56:18

21    use?                                                  12:56:33

22            A.    Stone and gold.                         12:56:34

23            Q.    And you say the staff is gold worked.   12:56:35

24    Can you tell me why you made that decision?           12:56:39

25            A.    It's links related to how we make       12:56:40
```

                                                   Page 118

| | | |
|---|---|---|
| 1 | Lizardman weapons. | 12:56:54 |
| 2 | Q. How do you make Lizardman weapons? | 12:56:56 |
| 3 | A. The weapons that are in the Lizardman | 12:57:00 |
| 4 | range on the other units. | 12:57:06 |
| 5 | Q. What type of features do the Lizardmen | 12:57:06 |
| 6 | weapons have? | 12:57:11 |
| 7 | A. Like a stone attached to a weapon with | 12:57:11 |
| 8 | a gold fitting around the edge. | 12:57:16 |
| 9 | Q. Any others? | 12:57:19 |
| 10 | A. There probably are, but I can't think | 12:57:20 |
| 11 | of them right now. | 12:57:31 |
| 12 | Q. You mentioned that there is also a | 12:57:32 |
| 13 | spike on the bottom of the weapon. Was that a | 12:57:34 |
| 14 | design decision? | 12:57:37 |
| 15 | A. Yes. | 12:57:37 |
| 16 | Q. Why did you make that decision? | 12:57:38 |
| 17 | A. A Kroxigor is a brutal creature, he | 12:57:39 |
| 18 | could use both ends of the weapon to attack people. | 12:57:49 |
| 19 | (Whereupon, Footitt Deposition | 12:57:49 |
| 20 | Exhibit No. 7 was marked for | 12:57:49 |
| 21 | identification.) | 12:57:49 |
| 22 | MR. KEENER: Counsel, I note for the | 12:58:44 |
| 23 | record this is a Chapterhouse document designated | 12:58:46 |
| 24 | highly confidential and you are showing it to the | 12:58:51 |
| 25 | witness. He only looked the first page. | 12:58:55 |

Page 119

```
 1              MS. KALEMERIS:  Yes.  13822 and --        13:00:27

 2              MR. KEENER:  The three last pages?        13:00:32

 3   I've got 322 and then 323.                           13:00:32

 4              MS. KALEMERIS:  You can pull off the      13:00:37

 5   last one.  Sorry about that.  This should not have   13:00:39

 6   been added.                                          13:00:43

 7              MR. KEENER:  So you want us to remove      13:00:44

 8   18324 from Exhibit 8?                                13:00:46

 9              MS. KALEMERIS:  Yes.                       13:00:48

10   BY MS. KALEMERIS:                                     13:01:02

11        Q.    If you are looking at CHS 00018322.       13:01:03

12   If you will look at the center image.  Do you see a  13:01:08

13   carapace on that?                                    13:01:19

14        A.    No, not like the one I did.               13:01:22

15        Q.    Do you see any spikes down the center     13:01:27

16   of the back?                                         13:01:30

17        A.    No.                                       13:01:31

18        Q.    Is this Lizardman holding his weapon      13:01:34

19   above his head?                                      13:01:42

20        A.    Yes.                                       13:01:43

21        Q.    Is he holding it above his head in the    13:01:43

22   manner that your Kroxigor is holding his weapon?     13:01:48

23        A.    Not exactly, no.                          13:01:52

24        Q.    What does that pose make you think of     13:01:53

25   when you look at it?                                 13:02:03
```

Page 121

```
 1              MR. KEENER:  Objection.  Form.          13:02:04
 2     BY THE WITNESS:                                  13:02:05
 3          A.    What's it make me think of?           13:02:05
 4          Q.    Does it evoke any feeling?            13:02:11
 5              MR. KEENER:  Objection.  Form.          13:02:14
 6     BY THE WITNESS:                                  13:02:15
 7          A.    Feeling?                              13:02:18
 8          Q.    For example, the Kroxigor that you    13:02:18
 9     created, you said that you put him in that pose to  13:02:25
10     create a brutal feeling.  Do you get that same   13:02:28
11     feeling from this Kroxigor -- excuse me, this model?  13:02:32
12          A.    Slightly, yeah.                       13:02:41
13          Q.    I'm frazzled that's all.              13:02:44
14                Okay.  So if you look at the          13:02:50
15     weapon that's in the Kroxigor's hand -- the model is  13:02:51
16     holding.  I got to stop for a second, I'm sorry.  13:02:56
17                If you look at the weapon that        13:03:15
18     this model is holding, do you see a spike on the  13:03:17
19     bottom?                                          13:03:24
20          A.    No.                                   13:03:24
21          Q.    The spikes on that weapon, would you  13:03:25
22     consider those to be brutal spikes?              13:03:34
23          A.    Yeah.                                 13:03:36
24          Q.    You would consider those spikes to be  13:03:38
25     the same type of spikes that you have on the model  13:03:42
```

                                            Page 122

```
 1    that you created?                                13:03:48

 2          A.      The same type, yes.                13:03:49

 3          Q.      And if you will turn to the next page,  13:03:58

 4    18323.  Does this model have a carapace?         13:04:13

 5          A.      No.                                13:04:23

 6          Q.      Does this model have spikes down the  13:04:26

 7    center of its back?                              13:04:30

 8          A.      No.                                13:04:31

 9          Q.      If you look at the weapon that this  13:04:32

10    model is holding, does it have a wooden shaft?   13:04:38

11          A.      It's got a binding around the shaft.  13:04:47

12    It could be wood under the binding.              13:04:53

13          Q.      Does it appear to be wood to you?   13:04:56

14          A.      No.                                13:04:58

15          Q.      Does it have a spike on the bottom?  13:04:59

16          A.      No.                                13:05:01

17          Q.      Does that model's tail have a -- what  13:05:01

18    did we call it? -- a protrusion or spike at the end?  13:05:09

19          A.      No.                                13:05:10

20          Q.      You can put that to the side.       13:05:11

21                  What are Space Marines?            13:05:16

22          A.      It's quite a broad subject.        13:05:33

23          Q.      If you had to describe what the Space  13:05:40

24    Marines were to a layperson, what would you say?  13:05:45

25          A.      Is seven-foot tall domestically     13:05:47
```

Page 123

| | | |
|---|---|---|
| 1 | would not have bare metal on your head. | 13:21:34 |
| 2 | Q. Why did you chose to include the | 13:21:37 |
| 3 | medieval style skull cap? | 13:21:42 |
| 4 | MR. KEENER: Objection. Form. | 13:21:44 |
| 5 | THE WITNESS: I think it fits into our | 13:21:45 |
| 6 | other work. | 13:21:48 |
| 7 | (Whereupon, Footitt Deposition | 13:21:48 |
| 8 | Exhibit No. 11 was marked for | 13:21:48 |
| 9 | identification.) | 13:22:59 |
| 10 | BY MS. KALEMERIS: | 13:22:59 |
| 11 | Q. Handing you Exhibit 11. If you could | 13:22:59 |
| 12 | flip to Page 11813. Is this an image of a Grey | 13:23:07 |
| 13 | Knight? | 13:23:19 |
| 14 | A. Yes. | 13:23:19 |
| 15 | Q. Can you describe the torso area of the | 13:23:19 |
| 16 | Grey Knight? | 13:23:27 |
| 17 | A. Armored chest plate. There is some | 13:23:28 |
| 18 | runic words written across it. And I think there is | 13:23:37 |
| 19 | a book sword through it in the center. He has some | 13:23:41 |
| 20 | high collar. | 13:23:54 |
| 21 | Q. If you go to page -- there is no Bates | 13:24:02 |
| 22 | number on this page. It's the third to the last | 13:24:25 |
| 23 | page in the document. | 13:24:38 |
| 24 | MR. KEENER: Are you counting each | 13:24:48 |
| 25 | page as double-sided as one page? | 13:24:50 |

Page 133

| | | |
|---|---|---|
| 1 | MS. KALEMERIS: Yes. | 13:24:50 |
| 2 | THE WITNESS: Here is the number. | 13:25:04 |
| 3 | MR. HORTON: Hand, or -- | 13:25:04 |
| 4 | THE WITNESS: Written on the frame. | 13:25:04 |
| 5 | BY MS. KALEMERIS: | 13:25:04 |
| 6 | Q. Oh, look at that. My bad. | 13:25:04 |
| 7 | If you look in the bottom | 13:25:07 |
| 8 | right-hand corner of that image, do you see some of | 13:25:10 |
| 9 | the torsos of the Grey Knight there? It appears | 13:25:13 |
| 10 | there are six of them. | 13:25:18 |
| 11 | MR. KEENER: What page are we on? | 13:25:19 |
| 12 | MS. KALEMERIS: 832. | 13:25:23 |
| 13 | MR. KEENER: Third from the back? | 13:25:23 |
| 14 | MS. KALEMERIS: It's my third in the | 13:25:26 |
| 15 | back. | 13:25:28 |
| 16 | BY THE WITNESS: | 13:25:32 |
| 17 | A. Can you repeat? | 13:25:33 |
| 18 | Q. Do you see these six torsos right | 13:25:34 |
| 19 | here? | 13:25:37 |
| 20 | A. Yes. | 13:25:37 |
| 21 | Q. Can you describe those torsos to me? | 13:25:38 |
| 22 | A. One of them would have been the one | 13:25:41 |
| 23 | that I just described earlier. They've all got | 13:25:50 |
| 24 | runic war writing across the chest. They all got | 13:25:56 |
| 25 | high collar. And they all got a sword going | 13:26:03 |

Page 134

```
 1   vertically down the center.  Some of them have got    13:26:08

 2   books in the middle, various belt buckle detail.      13:26:11

 3        Q.    If you look in the upper right-hand        13:26:27

 4   corner of that page, do you see the shoulder pads     13:26:30

 5   there?                                                13:26:33

 6        A.    Yes.                                       13:26:33

 7        Q.    Can you describe those shoulder pads       13:26:33

 8   to me?                                                13:26:36

 9        A.    Five of the shoulder pads have a book      13:26:36

10   and a sword going through.  Some have a high trim on  13:26:45

11   them.  Some of scroll work going across them.  Some   13:26:50

12   have the shields hanging off.                         13:27:04

13             THE REPORTER:  I'm sorry.  Say that         13:27:04

14   again.                                                13:27:04

15             THE WITNESS:  Some have their shields       13:27:06

16   hanging off.  And three of them have icons hanging    13:27:06

17   off the edge.                                         13:27:10

18   BY MS. KALEMERIS:                                     13:27:11

19        Q.    So going back to the torsos.  Can         13:27:11

20   you -- can you tell me why you made the design        13:27:18

21   decision to include the runic ward writing on the    13:27:23

22   torsos?                                               13:27:28

23        A.    It's a feature of the Grey Knights,        13:27:28

24   that their armory is protected by these runic wards.  13:27:36

25        Q.    Would it be fair to say that that's a      13:27:47
```

Page 135

```
 1    component that makes this a Grey Knight?              13:27:50

 2          A.    One of them, yeah.                        13:27:52

 3          Q.    Can you explain why you made the          13:27:53

 4    design decision of the high collar?                  13:27:57

 5          A.    I can't remember.  I worked on this       13:28:05

 6    project, I didn't -- I was one of three people on    13:28:12

 7    it.                                                  13:28:15

 8          Q.    Uh-huh.                                   13:28:15

 9                Can you tell me why you made the          13:28:22

10    design decision of the vertical sword?               13:28:26

11          A.    I saw it on the book, is the Grey         13:28:29

12    Knight symbol I think.                                13:28:41

13          Q.    Can you explain the belt buckle           13:28:42

14    detail, why you made that design decision?           13:28:46

15          A.    I didn't work on that part.               13:28:50

16          Q.    Moving to the shoulder pads, can you      13:28:53

17    explain to me the design decision for the book with  13:29:01

18    the sword?                                           13:29:06

19          A.    As I said, the book with the sword is     13:29:06

20    a Grey Knight symbol.                                 13:29:14

21          Q.    Can you explain to me the significance    13:29:16

22    of the scrolls?                                      13:29:24

23          A.    It's a place where you can write the      13:29:26

24    name of that Grey Knight on.                          13:29:29

25          Q.    And the significance of the purity        13:29:37
```

Page 136

```
 1    seals?                                        13:29:41

 2        A.    They were a common feature of all   13:29:41

 3    Space Marines.                                13:29:45

 4        Q.    And to the other icons that are     13:29:46

 5    hanging off, can you explain that as well?    13:29:57

 6        A.    Yeah.  There is a sword hanging off 13:30:00

 7    one and a book hanging off another.  So relating to 13:30:04

 8    the Grey Knight symbol.  And the other one is 13:30:08

 9    inquisitor eye symbol.  Then the Grey Knights work 13:30:12

10    for the inquisition, which have the eye.      13:30:15

11        Q.    Okay.                               13:30:19

12                      (Whereupon, Footitt Deposition 13:30:38

13                       Exhibit No. 12 was marked for 13:30:38

14                       identification.)            13:30:39

15    BY MS. KALEMERIS:                             13:30:39

16        Q.    This is Exhibit 12, which are not   13:30:40

17    confidential.                                 13:30:42

18                  MR. KEENER:  Again, these Bates  13:30:44

19    numbers are not in any sequence order.  Is that 13:30:46

20    intentional?                                  13:30:51

21                  MS. KALEMERIS:  Yes, that's      13:30:54

22    intentional.                                  13:30:55

23    BY MS. KALEMERIS:                             13:30:56

24        Q.    If you flip to the first page, it's 13:30:57

25    Bates stamped 21338.                          13:30:59
```

Page 137

```
 1                      On these shoulder pads, do you see   13:31:02
 2      any books with swords?                               13:31:04
 3           A.    No.                                       13:31:06
 4           Q.    Do you see any with a high trim?          13:31:06
 5           A.    Oh, the bottom right one.                 13:31:09
 6           Q.    The bottom right one.                     13:31:12
 7                 Do you see any scrolls?                   13:31:14
 8           A.    No.                                       13:31:15
 9           Q.    Do you see any purity seals?              13:31:17
10           A.    No.                                       13:31:20
11           Q.    Do you see any icons hanging off of       13:31:20
12      the shoulder pads?                                   13:31:26
13           A.    No.                                       13:31:27
14           Q.    Turn to the next page.  It's Bates        13:31:27
15      stamped 21343.  Do you see any runic ward writing on 13:31:33
16      these torsos?                                        13:31:42
17           A.    No.                                       13:31:43
18           Q.    Do you see a high collar on these         13:31:43
19      torsos?                                              13:31:46
20           A.    The left one has a high collar.           13:31:47
21           Q.    Do you have a vertical sword on these     13:31:49
22      torsos?                                              13:31:52
23           A.    No.                                       13:31:53
24           Q.    Do you see any books on these torsos?     13:31:53
25           A.    No.                                       13:31:55
```

Page 138