# EXHIBIT R





CONFIDENTIAL - ATTORNEYS EYES ONLY                                        GW0017786
http://www.donvineimages.com/donsview/images/animals/Komodo%20Dragon%20...    11/03/2008





CONFIDENTIAL - ATTORNEYS EYES ONLY

http://www.swarthmore.edu/NatSci/cpurrin1/evolk12/gps/images/saddlestretch.jpg

GW0017787

13/03/2008



CONFIDENTIAL - ATTORNEYS EYES ONLY                                                                                      GW0017788
http://www.solarnavigator.net/animal_kingdom/animal_images/iguana_rhinocerous_s...    11/03/2008





CONFIDENTIAL - ATTORNEYS EYES ONLY  GW0017789
http://thefraserdomain.typepad.com/photos/uncategorized/2007/08/08/crocodile.jpg   11/03/2008