



Space Marine Backpack from the Space Marine Tactical Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060074
(Jes Goodwin released 1998)





Science Fiction Analog (1980)



TWO OF EACH (12 TOTAL SHOULDER PADS)



Space Marine shoulder pads from:
Space Marine Tactical Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060074
(**Jes Goodwin** released 1998)
Grey Knights
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1160009a
(**Sculpted by Georgio Bassani, Matt Holland and Martin Footitt**
Released April 2011)

Space Marine shoulder pads from the Tactical and Grey Knight Terminators (Martin Footitt and Alex Hedstrom released April 2011) Squad sets.



**Iron Monger, Iron Man #200, Marvel Comics (1985)**



**Space Knight Squadron, Rom Annual #2, Marvel Comics (1983)**





Mk8 "Errant" Pattern

Games Workshop Space Marine in MK8 'Errant' pattern armour. The Torso of MK8 armour is characterised by a high collar. The MK8 variant torso is included in the Space Marine Tactical Squad set.
**NH Space Marine Iconography / Neil Hodgson / 2008**
Artwork from p20 Codex Space Marine 2008



**Terminator, Rom #14, Marvel Comics (1981)**







Games Workshop Space Marines assembled and painted by the hobby team using all Games Workshop parts, in the pose and colour scheme of Chapterhouse's models.



Forge World Phobos Boltgun
http://www.forgeworld.co.uk/Warhammer-40000/Space_Marines/Space_Marine-Infantryand-Accessories/SPACE_MARINE_BOLTER_PHOBOS_PATTERN_X10.html
**Model designed by Phil Stutcinskas and Will Hayes**



**Airstrike, Marvel Comics (1990)**



**Coalition States Deadboy, Rifts RPG, Palladium Books (1990)**







**X-2500 Black Knight, Triax and the NGR, Palladium Books (1994)**

Games Workshop Space Marines assembled and painted by the hobby team using all Games Workshop parts, in the pose and colour scheme of Chapterhouse's models.





**Environmental Battle Armor, The Mechanoid Invasion, Palladium Books (1981)**



Product Code: TRU-Scale Knight Praetorius Conversion Kit – 6

**Please note we have had outstanding demand for this product and we are receiving new supply weekly any pre-orders placed will be priority before we stock any in the store. These are available for "pre-order" or pre-payment and this will guarantee you a kit before any order that comes after you. Expected delay in shipping when ordered while on pre-order is 1-2 weeks.**

The "Knights Praetorius" are the Empress' most loyal soldiers. Each is endowed with a touch of the Empress' psychic powers when admitted into the unit. While few in number, each is a match for 10 lesser men, the psychic unity with the Empress allows a measure of prescience as well as formidable endurance. Both men and woman are allowed to test to join the unit, but few survive this testing.

*In a future where knowledge and technology rule. Aliens and humans battle for resources over countless worlds in a race to the become the dominate power. Earth has been divided into two warring factions although ach faction has claimed a whole system to rule over-, they continue to fight over who should rule over earth. Queen Eva Kimlar is the leader of the*



Artwork showing a Space Marine in Mark VII armour
Cover art, Codex Space Marines 2008
(AB838 / Alex Boyd / 2008 )



**Power Armor, Spacemaster – Tech Law, Iron Crown Enterprises (1986)**



**SM5 Shock Trooper with Force Axe, Asgard Miniatures (1983)**

*Valnarian Empire, a powerful psyker that has merged psionics with technology. Kimlar is the manipulator of men and can influence their thoughts, it is almost impossible for a male to deceive her as she can see your innermost secrets in your eyes as if watching them play out on a screen. As a the strongest known psyker in existance she shares a link with her most loyal followers on a level a normal human could not comprehend. Her influence on peoples actions are stronger over men than women, thus she has to use her strong political skills and natural charisma to win over the female population.* Each resin kit comes **unassembled and unpainted**. The 28 mm TRUScale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.* Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.

**Examples of assembled and painted models by Stephen Smith and consist of numerous components from different manufactures for the weapons, arms, heads and weapon effects are available here.**



*Attila III cuirassier unit*

**Attila III Cuirassier, Mutant Chronicles, Heartbreaker Miniatures (1994)**



**Imperial Armor
Legend of the Galactic Heroes (1988)**

**Starguard! 3rd Edition Rules Cover (1974)**



**Space Marines Cover, Fantasy Games Unlimited (1980)**

| | | **Examples of Differences between CHS and GW Works:** |
|---|---|---|
| | | LEGS<br>overall stance<br>decoration of upper thigh plates<br>number of articulating folds at crotch<br>decoration of codpiece<br>width of sole of boot<br>toe articulation joint directly below greaves<br>boot cutout in greaves<br>overall length of greaves relative to sole<br>shape of back of greaves<br>number and spacing of greave studs<br><br>TORSOS<br>relative height of rander/gorget<br>shape of rander/gorget<br>shape of belt bucket fastener<br>nubbins on cuirass<br>shape of abdominal decoration (ollows vs does not follow ribs)<br>abdominal decoration (muscular vs mechanical design)<br><br>POWERPACKS<br>overall shape<br>orientation of vents<br>absence of heat shrouding<br>absence of decoration<br>number of exhaust ports on sides<br>shape of exhaust ports on sides<br>number of bolts<br>plate-based construction<br>thickness of rear vent tube<br>number of vent grills |

| | | | SHOULDER PADS<br>rounded vs oblong shape<br>spikes vs nubbins<br>simple banding vs a variety of banding types<br>width of shoulder pad base<br><br>NOTE<br>painted figure creates through shading the appearance of similarities in boot sole design that do not exist in the figure<br><br>greave design clearly different<br>knee pad design clearly different<br>boot design clearly different<br>shoulder pad design clearly different<br>torso design clearly different<br>backpack design clearly different<br>depth of rander/gorget different |
| 127 | Wheels – 4 | These are just wheels; we have no issue with these. | |



This is a set of highly detailed resin wheels. The diameter is approximately 26 millimeters and the tread width is 12 mm.

This is a set of 4 single piece resin wheels. Suitable for kit customization and conversions.

| 128 | Hotshot Lasgun Pack | | |
|---|---|---|---|



This is a 2 piece metal model of a heavy laser and a power pack. Designed to be compatible with 28mm wargaming miniatures and can be used to convert Imperial Guard Storm Trooper models.

This product is sold unpainted and some cleaning may be required.

**Gun muzzle**

'Lasguns' are the standard weapon of the Imperial Guard infantryman. A key
identifying feature of 'las' weapons is the angled end to the muzzle.



Imperial Guard Cadian Shock Troops
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod2070014
Miniatures designed by Brian Nelson



Lasgun with attached scope
p38 Codex Imperial Guard 2008
(DH051 / Des Hanley / 1995 )
Hot-shot lasguns/Hot-shot Laser Power pack
Hot-shot lasguns are lasguns which are able to fire more powerful shots due to
being attached to a power pack.



Science Fiction Analog (1976)



p21, 'Codex Imperial Guard' ©1995
**DH064k Stormtrooper / Des Hanley / 1995**

Robert Heinlein (1986)



Imperial Guard Storm Trooper Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod810031a
**Sculpted by Mark Bedford**
Released January 2000
Text from GW Website, emphasis added:

**Imperial Guard Storm Trooper Squad**
"The Imperial Guard has billions of soldiers at its disposal, from the disciplined regiments of Cadia to the rough and ready Catachan Jungle Fighters. Foremost amongst the soldiers of the Imperial Guard, however, are the elite Storm Trooper regiments - expert warriors raised to war in the unforgiving halls of the Schola Progenium. With the best training and mental discipline that the drill-masters of the Schola Progenium can provide, they are formidable soldiers. Clad in carapace armour and wielding fearsome **hot-shot lasguns** they are nigh unstoppable, a combat elite who are willing carry out their objectives whatever the cost. This box set contains five metal Imperial Guard Storm Troopers, including: a Veteran Sergeant armed with a power sword and **hot-shot laspistol**, and four different Storm Troopers armed with hot-shot lasguns. Models supplied with 25mm round bases."
http://www.games-



Robert Heinlein (1994)

workshop.com/gws/catalog/productDetail.jsp?prodId=prod810031a



Robert Heinlein (1979)



Robert Heinlein (1987)

**Flash (Laser Rifle Trooper), GI Joe, Hasbro (1982)**

**Examples of Differences between CHS and GW Works:**

length of weapons
thickness of barrels
relative length of flash hider/muzzle brake
underside of flash hider/muzzle brake
design of stock
buttplate of stock (with scallops vs without)
design of pistol grip
pistol grip pommel
length of exposed barrel
design of upper sight
GW features detachable box magazines
GW features decoration on forend stock
design of powerpack
GW powerpack cables attach to pistolgrip
CH powerpack cables attach to lower receiver

| 129 | **Iconoclast Conversion kit for Space Marine Land** | Whole set | The basic design for this Warhammer 40,000 vehicles is |
|---|---|---|---|

**Raider**





**Figure 7 - Sculpted by Jes Goodwin and Will Hayes**
**On Sale 2004**

MkIIb LAND RAIDER (Forge World)
http://www.forgeworld.co.uk/Warhammer-40000/Space_Marines/Red_Scorpions/MkIIb-LAND-RAIDER.html
**Sculpted by Jes Goodwin and Will Hayes**
On Sale 2004

derived from World War I tanks like the Mark V and Mark VII tanks.

In particular, a GW Land Raider bears a striking resemblance to a British Mark V tank:



**British Mark V Tank**









**Figure 8 - p39 Epic 40,000 Rule Book 1997**
**(PS013 / Paul Smith / 1996 )**

p39 Epic 40,000 Rule Book 1997
**(PS013 / Paul Smith / 1996 )**

**The Adventures of Luther Arkwright #8**
**Dark Horse Comics 1990**



**Car Warriors #4, Epic Comics 1991**



This resin kit consist of 12 components that when combined with the Games Workshop Space Marine® Land Raider will create a more heavily armored vehicle to transport your toy soldiers on the battlefield. The Iconoclast conversion kit consist of the following components - 2 side armored sponsons, 2 sponson upper components, 2 weapon mounts, 2 side hatches, 2 armored sensor units, 1 central hull and turret mount and 1 upper turret armor piece.

The Iconoclast conversion kit is designed to be fully compatible with all plastic versions of Games Workshop's Space Marine Land Raider. As this kit will require modification of the sponson weapons to attach to the drum weapon mounts, modeling experience is recommended.



CHS00043785 (from Box 17 of GW Reference Materials at GW Studios)

**Examples of Differences between CHS and GW Works:**

sponson tapers end square vs in a point
sponson shows rivets
sponson turret is oriented for horizontal vs vertical weaponry
sponson depth differs

| | | |
|---|---|---|
| | Land Raider modell shown is not included and is displayed to illustrate use of the conversion kit and compatibility.<br><br>Components sold unpainted and unassembled. | | sponson access plates differ<br>central hull turret differs in profile, shape and position of weaponry |
| 130 | **Magnetic Turret Kit for the Storm Raven**<br><br><br><br>MAGNETIC TURRET KIT FOR SPACE MARINE STORM RAVEN | Whole Set<br>The Stormraven Gunship is a Space Marine flying vehicle which comes with a<br>selection of turret options.<br><br><br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a<br>Sculpted by Jes Goodwin and Dale Stringer<br>Released Feb 2011 | See analysis of GW weapons in report<br><br>**Examples of Differences between CHS and GW Works:**<br><br>turrets are manned vs unmanned<br>turrets function to shield weaponry vs have external weaponry<br>turret shrouding conceals sides of weapons |





Stormraven Turret Lascannon included in the 'Stormraven Gunship' product
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a
**Sculpted by Jes Goodwin and Dale Stringer**
Released Feb 2011
The key identifying feature of a Lascannon is the diagonal angled muzzle.

The Storm Raven is a Space Marine flying vehicle.

Storm Raven Turret Lascannon

The key identifying feature of a Lascannon is the diagonal angled muzzle.



MAGNETIC TURRET KIT FOR SPACE
MARINE STORM RAVEN

The Chapterhouse Studios "Magnetic Turret Kit for the Storm Raven" is a resin model kit that modifies the Games Workshop Storm Raven vehicle. It is composed of 13 pieces - 7 piece turret, 2 laser cannons, 2 plasma cannons, 2 assault cannons and 8 magnets. Our turret design allows you to easily switch between the lascannon, plasma cannon or assault cannon options available to the Storm Raven game piece according to the rules published by Games Workshop.

Storm Raven model hull shown is not included and is displayed to illustrate use of the conversion kit.

Components sold unpainted and unassembled.



Stormraven Turret Assault Cannon included in the 'Stormraven Gunship' product
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a
**Sculpted by Jes Goodwin and Dale Stringer**
Released Feb 2011



Storm Raven Turret Plasma Guns included in the 'Stormraven Gunship' product
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a

**Sculpted by Jes Goodwin and Dale Stringer**
Released Feb 2011
The Space Marine Razorback is a Space Marine tank vehicle which comes with a
selection of turret options.



http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1140044a
**Sculpted by Jes Goodwin and Tim Adcock**
Released 2003

Space Marine Razorback - Turret
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1140044a
**Sculpted by Jes Goodwin and Tim Adcock**
Released 2003



LASCANNON RAZORBACK (CONVERSION KIT)
(product code : IA-ISM-T-020)
http://www.forgeworld.co.uk/Warhammer-40000/Space_Marines/Space-Marine-Tanks/LASCANNON-RAZORBACK-CONVERSION-KIT.html
**Master model by Will Hayes**



p37 Codex Grey Knights 2010. (AB1003 / Alex Boyd / 2010 )

p101 Codex Space Marines 2008.
Assault Cannon.
**(NH Wargear / Neil Hodgson / 2006)**



p101 Codex Space Marines 2008. **(NH Wargear / Neil Hodgson / 2006)**
Lascannon.

| 131 | **Magnetic Turret Kit for the Razorback** | Whole Set | See analysis of GW weapons in report<br><br>**Examples of Differences between CHS and GW Works:**<br><br>turret shrouding extends to conceal sides of weapons<br>turret top shrouding is slip to the targeting array<br>rear of turret shrouding differs in profile |



MAGNETIC TURRET KIT FOR SPACE
MARINE RAZORBACK TANK

Space Marine Razorback
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1140044a
**Sculpted by Jes Goodwin and Tim Adcock**
Released 2003

Lascannon
+++MK VII: Alternate sighting array+++
As pure and wroth as justice itself.

p101 Codex Space Marines 2008.
Assault Cannon.



**(NH Wargear / Neil Hodgson / 2006)**

Plasma guns on Games Workshop vehicles:



Leman Russ Demolisher

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod50019a

**Sculpted by Tom Walton and Dale Stringer**

Released 2009





**MAGNETIC TURRET KIT FOR SPACE MARINE RAZORBACK TANK**

GAMES WORKSHOP RAZORBACK TANK SHOWN FOR COMPATIBILITY PURPOSES ONLY

The Chapterhouse Studios "Magnetic Turret Kit for the Razorback" is a resin model kit that modifies the Games Workshop Space Marine Razorback vehicle. It is composed of 17 pieces - 7 piece turret, 2 heavy bolt guns, 2 laser cannons, 2 heavy flamethrowers, 2 assault cannons, 2 plasma guns and 12 magnets. Our turret design allows you to easily switch between the lascannon, lascannon with twin-linked plasma guns, heavy bolter, heavy flamers or the assault cannon options available to the Razorback tank game piece according to the rules published by Games Workshop.

Razorback tank model shown is not included and is displayed to illustrate use of the conversion kit. Components sold unpainted and unassembled

Storm Raven Turret Plasma Guns
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a
**Sculpted by Jes Goodwin and Dale Stringer**
Released Feb 2011



p5 Codex Space Marines 2004.
Space Marine Razorback with twin-linked lascannon turret.
**(PD198 / Paul Dainton / 2002 )**



| | | |
|---|---|---|
| | p35 Codex Space Marines 2004.<br>Razorback with twin-linked heavy bolter. **(NH Wargear / Neil Hodgson / 2006)** | |
| 132 | **Open-Fisted Power Claws compatible with Games Workshop Space Marine model** | Whole set | The CHS product and GW claws are significantly dissimilar on their face. The GW product uses 4 claws, mounted over the knuckle of the hand, while CHS uses 2 claws, mounted further back near the wrist.<br><br>GW's product is also recognizable as derivative of the following: |



This is a pair of resin power claw arms for 28 mm figures. They are designed to be compatible with Games Workshop Space Marine models. Each set of claws come consist of 8 parts - 4 open-fisted power claws or blades, 2 armored arms and 2 power cables.

The shoulder armor pieces are approximately the same size as the shoulder armor on a Games Workshop Terminator model and will easily accept any of our "Terminator Shoulder Pads". The shoulder armor can be easily cut down in size to accommodate any of our "Power Armor Shoulder Pads". These can be used as ligntning claws or any sort of power blades.

Components sold unpainted and unassembled.

**Released March 2012.**



Space Marine Terminator Chainfist from the Space Wolves Wolf Guard Terminators set
http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?prodId=prod260002a

**Miniatures designed by Jes Goodwin, Matt Holland, Neil Langdown and Dave Thomas.**
Released 2009

Games Workshop produces lightning claws for Space Marines. These lightning claws differ to the Chapter House claws in number and placing of the claws (see below for GW claw) but the armoured Space Marine arm is almost identical on both.



Incredible Hulk vol. 2, 181 (1974)



Predator Hero Gauntlet, Predator (1987)

46



**Examples of Differences between CHS and GW Works:**

number of claws
point on glove from which claws extend
power cable goes to glove vs to claws
power cable fixes to elbow vs to upper arm
inside of elbow design
shape of power cable
number of segments of power cable
shape of segments
decoration on rear of glove
exposed lower piston assembly on arm
articulating folds of inner elbow
power cable connection assembly on glove



Space Marine Terminator Close Combat Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060025
Miniatures designed by Jes Goodwin, Martin Footit and Dave Thomas.

Forge World Lightning Claws from the "Space Marine Terminator Weapon Set"

Claws are mounted from the top of the wrist.



Sculpted by Will Hayes
http://www.forgeworld.co.uk/New_Stuff/SPACE_MARINE_
TERMINATOR_WEAPON_SET.html

**Pre-order 11th May, on sale 25th May.**

Based on designs of original GW Combat Terminators.



Lightning Claw
+++Angel's Talon type+++
The talons of vengeance, the
scythe to sweep away those
who would deny the
Emperor's dream.

p101 Codex Space Marines 2008. **(NH Wargear / Neil
Hodgson / 2006)**

Lightning Claw.



p92 Codex Space Marines 2008. (**DG1157 / Dave Gallagher / 2008** )



p27 Codex Blood Angels 2009. **(PD543 / Paul Dainton / 2009 )**

### Lightning Claw



This fierce slashing weapon is worn in pairs, one on each hand, doubling the ferocity of its attack. It is a difficult weapon to master and its devotees prefer an individual style of fighting. The weapon consists of long slashing blades very much like the long claws of a primeval cat. However, like other power weapons, these claws are sheathed in a deadly energy. As the razor sharp knive edges are drawn across armour they hook into it and tear it away, exposing the soft flesh and inner workings to further assault.

p10 Warhammer 40,000 Compilation 1991. **Simon Smith**

| | | | |
|---|---|---|---|
| | | <br>p53 Codex Ultramarines 1995. **(DH020 / Des Hanley / 1994)** | |
| 133 | **Close-Fisted Power Claws compatible with Games Workshop Space Marine model** | Whole set | See Product Entry #132<br><br>**Examples of Differences between CHS and GW Works:**<br><br>number of claws<br>point on glove from which claws extend<br>power cable goes to glove vs to claws<br>power cable fixes to elbow vs to upper arm<br>inside of elbow design<br>shape of power cable |





number of segments of power cable
shape of segments
decoration on rear of glove
exposed lower piston assembly on arm
articulating folds of inner elbow
power cable connection assembly on glove
position of thumb on 2nd vs 3rd index finger joint





Space Marine Terminator Powerfist from the Space Marine
Terminators set





**Miniatures designed by Jes Goodwin, Martin Footit and Dave Thomas.**
Released 2005

This is a pair of resin power claw arms for 28 mm figures. They are designed to be compatible with Games Workshop Space Marine models. Each set of claws come consist of 8 parts - 4 close-fisted power claws or blades, 2 armored arms and 2 power cables.

The shoulder armor pieces are approximately the same size as the shoulder armor on a Games Workshop Terminator model and will easily accept any of our "Terminator Shoulder Pads". The shoulder armor can be easily cut down in size to accommodate any of our "Power Armor Shoulder Pads". These can be used as ligntning claws or any sort of power blades.

Components sold unpainted and unassembled.

## Lightning Claw



This fierce slashing weapon is worn in pairs, one on each hand, doubling the ferocity of its attack. It is a difficult weapon to master and its devotees prefer an individual style of fighting. The weapon consists of long slashing blades very much like the long claws of a primeval cat. However, like other power weapons, these claws are sheathed in a deadly energy. As the razor sharp knife edges are drawn across armour they hook into it and tear it away, exposing the soft flesh and inner workings to further assault.

| | | p10 Warhammer 40,000 Compilation 1991. **Simon Smith** | |
|---|---|---|---|
| | | <br><br>p53 Codex Ultramarines 1995. **(DH020 / Des Hanley / 1994)** | |
| 134 | **Pilum Imperial Attack Jet Bike** | Whole Set – see also 121 | |





Emperor's Children Space Marine Jet Bike Squad.
This shows a Space Marine Jet Bike from the Horus Heresy era.
p15, Horus Heresy: Collected Visions ©2007
(2034_Jet Bike Squad / Eric Ren / 2003)

The Chapterhouse bike is copied from the artwork in Horus Heresy: Collected Visions using elements from the current Space Marine Bike model sold by Games Workshop.
Artwork – Distinctive front grill in large straight vertical lines with the chassis protruding underneath out in front of the bike. Two boltguns on top of the front of the bike. Two exhaust pipes on the side of the bike.
Bike Model (See sprue comparison below) – the tank (section below handle bars) has been copied as the shape, trim and circle decoration are the same. Three tubes lead into engine below the tank. The Space Marine arms are identical in design.



Banner, Paul R. Air/Raft. Worlds and Adventures. 2nd ed. p.20.

**Examples of Differences between CHS and GW Works:**

cow catcher style grill vs no grill
weapons front vs rear mounted
one has wheels
one has headlight
one has fenders
one has exposed exhaust pipes
one has handlebars on risers vs no risers
one has fin assembly

56



This multi-part customizable resin kit contains 21 resin components. This set includes our standard Javelin Jet Bike kit as well as 12 new components to upgrade it to an "attack" variant - the Pilum Jet Bike. Two side mounted weapon options are included - our Heavy Bolt Gun and a Heavy Melta Gun. **This kit is specifically designed to allow the two heavy weapon options to be magnetized and this kit includes 6 magnets as well.**

We also included 2 different bolt gun mounts that will allow the addition of different special weapons (plasma, melta, grenade launchers etc). These conveniently fit our combi-weapon conversion bits.

Also included in the kit are a set of legs and arms that will allow you to use other companies torsos and heads to

The model riding the bike copies several key features of a Space Marine:
• Leg Armour
o Flared with angled edges to match width of boots
o Cut at bottom of leg around shape of boot
o Joints at hips and back of knee are joined by grooved sections
• Shoulderpads
o Covering from start of shoulder to above the elbow
o Large border around outer edge
o Large round studs on the shoulder pads are a feature of Mark V
Space Marine armour worn during the Horus Heresy period.
Space Marine Bike Sprue