model an armored rider. Flight stand will be included. Please note the peg hole is sized for Games Workshops flight bases, in order to use our bases you will have to widen the holes diameter slightly.

(Riders Shoulder Pads, Torso and Head not included and sold seperately)

Models supplied unassembled and unpainted as always.

I have a limited number of these kits on hand, and we will be getting more in next week, if you place a pre-order they will ship the week they arrive in.

Till next time!

Nick Villacci - Chapterhouse Studios LLC







http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060092
**Miniature designed by Jes Goodwin**
The main element of the Games Workshop heresy jet bike design that is missing from the Chapter house model is the swooping eagle design on the front. The concept sketch shows the swooping eagle design being removed from the bike.
**Gun elements**
Multi-melta: as seen on Games Workshop vehicle models





Leman Russ Demolisher
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod50019a
Sculpted by Tom Walton and Dale Stringer
Released 2009
The meltagun is identifiable by its unique muzzle, a long cylinder with heat vents marked into it. The multi-melta is the heavy weapon equivalent, incorporating two of these muzzles one above the other.



Heavy Bolter: as seen on Games Workshop vehicle models



Space Marine Attack Bike
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060100
Sculpted by Jes Goodwin and Norman Swales
Released 1997
The heavy bolter is a heavy version of the Boltgun. It is recognisable by its large block body and round silver muzzle with a large hole in the side.

-The rules options for Space Marine attack bikes allow 2 weapon choices: Multimelta or Heavy Bolter.



Multi-melta
+++Maxima pattern+++

p101 Codex Space Marines 2008. **(NH Wargear / Neil Hodgson / 2006)**
The meltagun is identifiable by its unique muzzle, a long cylinder with heat vents marked into it. The multi-melta is the heavy weapon equivalent, incorporating two of these muzzles one above the other.



Heavy Bolter
+++Astartes MK IV₄+++

p101 Codex Space Marines 2008. **(NH Wargear / Neil Hodgson / 2006)**
The heavy bolter is a heavy version of the Boltgun. It is recognisable by its large block body and round silver muzzle with a large hole in the side.

| | | | |
|---|---|---|---|
| | | -The rules options for Space Marine attack bikes allow 2 weapon choices: Multimelta or Heavy Bolter.<br><br>-The model riding the bike is wearing Space Marine power armour. | |
| 135 | **Alternative Heads for Tau Crisis Suits - Set #1**<br> | Head<br>Games Workshop product body used in promotional images<br><br>Tau XV8 Crisis Battlesuit<br><br>Sculpted by Jes Goodwin<br>Released 2001 | Most mech-related anime created prior to these GW product heads are comparable to the GW products.<br><br>AV-98T<br>Mobile Police Patlabor (1989) |





Tau Battlesuit assembled and painted by the hobby team using all Games Workshop parts, in the pose and colour scheme of Chapterhouse's models.



**X-60 Flanker, Triax and the NGR**
**Palladium Books (1994)**



**AV-X0**
**Patlabor the Movie (1989)**





Tau Crisis Battlesuit Commander (re-released in 2012 as 'Tau Battlesuit Commander Upgrade Pack')

http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?catId=cat440287a&prodId=prod1620079a
**Sculpted by Jes Goodwin and Mark Harrison**
Released 2006

**Examples of Differences between CHS and GW Works:**

number of antennae
position and number of "eyes"
shape of head



A pewter set of 3 new alternative head sculpts designed to fit on the Games Workshop Tau Crisis or Broadside Battlesuits. Each set comes with 3 different robotic heads as well as a sprue of antenna to further modify the components.

Games Workshop Tau Crisis Suit model is shown for scale and example of use only and not included.

Components sold unpainted and unassembled.



Forge World - TAU XV9-01 WITH FUSION CASCADES
http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-BATTLESUITS-ANDDRONES/TAU-XV9-01-WITH-FUSION-CASCADES.html
**Sculpted by Daren Parrwood**
On Sale 2005



Forge World - TAU BATTLESUIT COMMANDER
SHAS'O R'ALAI WITH DRONES
http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-
BATTLESUITS-ANDDRONES/
TAU-BATTLESUIT-COMMANDER-SHAS-O-RALAI-WITH-
DRONES.html
**Sculpted by Daren Parrwood**
On Sale 2005



p34 Codex Tau Empire 2005. (Neil Hodgson / 2005)

p45 Codex Tau Empire 2005. **(MG228 / Mark Gibbons / 2005 )**

| 136 | **Alternative Heads for Tau Crisis Suits - Set #2** | Head<br>Games Workshop product used in promotional images | See Product Entry #135<br><br>**Examples of Differences between CHS and GW Works:**<br><br>number of antennae<br>position and number of "eyes"<br>shape of head |





Tau XV8 Crisis Battlesuit
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060253
Sculpted by Jes Goodwin
Released 2001



GAMES WORKSHOP CRISIS MODEL
NOT INCLUDED, SHOWN AS AN
EXAMPLE OF USE ONLY



Tau Crisis Battlesuit Commander
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1620079a
Sculpted by Jes Goodwin and Mark Harrison
Released 2006

71





Tau Battlesuit assembled and painted by the hobby team using all Games Workshop parts, in the pose and colour scheme of Chapterhouse's models.



A pewter set of 3 new alternative head sculpts designed to fit on the Games Workshop Tau Crisis or Broadside Battlesuits. Each set comes with 3 different robotic heads as well as a sprue of antenna to further modify the components.

Games Workshop Tau Crisis Suit model is shown for scale and example of use only and not included. Components sold unpainted and unassembled.



Forge World - TAU XV9-01 WITH FUSION CASCADES
http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-BATTLESUITS-ANDDRONES/TAU-XV9-01-WITH-FUSION-CASCADES.html
**Sculpted by Daren Parrwood**
On Sale 2005



Forge World - TAU BATTLESUIT COMMANDER
SHAS'O R'ALAI WITH DRONES
http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-
BATTLESUITS-ANDDRONES/TAU-BATTLESUIT-
COMMANDER-SHAS-O-RALAI-WITH-DRONES.html
**Sculpted by Daren Parrwood**
On Sale 2005



p34 Codex Tau Empire 2005. **(Neil Hodgson / 2005)**

| | |  45 Codex Tau Empire 2005. (**MG228 / Mark Gibbons / 2005** ) | |
|---|---|---|---|
| 137 | **Heresy-Era Shoulder Pads for Terminators Type E - 2 pads** | <span style="color:red">Whole set</span><br><span style="color:red">Games Workshop product used in promotional images</span><br>Pre-Heresy and Heresy Era Terminator shoulder pads | See analysis of GW shoulder pad products in report<br><br><br><br>**Void Exo Suits, I-Kore (2001)** |





This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad itself has leather segments flowing down and 2 distinct armored sections on the upper armor.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).



Pre-Heresy and Heresy Era Terminator shoulder pads

'Cataphractii' Space Marine Terminator concept sketch
p189 'Horus Heresy: Collected Visions'
**John Blanche**



**Void Praetorians with Shotguns
I-Kore (2001)**

**Examples of Differences between CHS and GW Works:**

leather straps with rivets and reinforced ends vs cloth straps
two plates vs one plate in illustration
high arch on overlapping plate vs no high arch
decoration on plates vs none

p274 Horus Heresy Collected Visions
**Andrea Uderzo**

These Heresy-era Terminator shoulder pads feature two layers of plate with metal ended hanging straps. The metal plates have a studded border and the top plate has a cut out section in the lower, outer corner.

| 138 | **Heresy-Era Shoulder Pads for Terminators Type D - 2 pads** | Whole set<br>Games Workshop product used in promotional images<br>Pre-Heresy and Heresy Era Terminator shoulder pads | See Product Entry #137<br><br>**Examples of Differences between CHS and GW Works:**<br><br>rivet size and spacing<br>proportion of raised edges<br>profile of larger piece |





This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has leather straps with metal rings on the ends flowing down and 2 distinct armored sections on the upper armor.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).



p78, Horus Heresy Collected Visions
Franz Vohwinkel

These Heresy-era Terminator shoulder pads protrude further out from the shoulders. The lower plate is mounted higher, level with the cut out section, rather than below it as seen in 137 above.

profile of smaller piece
illustration shows fringe as part of arm and not shoulder pad
fabric fringe vs leather straps with rivets and rings
illustration shows pads chained across chest

| 139 | **Heresy-Era Shoulder Pads for Terminators Type B - 2 pads** | Whole set<br>Games Workshop product used in promotional images | See Product Entry #137 |





This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has armor studs on the 2 upper armor surface and on the leather straps.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).

Pre-Heresy and Heresy Era Terminator shoulder pads



**Examples of Differences between CHS and GW Works:**

pad functions as rander/gorget
thickness of pad
material of pad
leather straps and rivets vs none
pads in illustration chained together
spaced rivets vs decorative rivets
decoration
edging and rivets on edging

pp103 and 268 Horus Heresy Collected Visions
Ralph Horsley (left) and Kari Christensen (right)

These Heresy-era Terminator shoulder pads feature the bold studs that characterize Heresy era armour. They represent bolts that have been used to repair battledamaged armour during the Heresy. See MKV power armour.

| 140 | **Heresy-Era Shoulder Pads for Terminators Type C - 2 pads** | <span style="color:red">Whole set<br>Games Workshop product used in promotional images</span> | See Product Entry #137<br><br>**Examples of Differences between CHS and GW Works:**<br><br>banded vs non-banded pads<br>raised and riveted edging<br>cloth straps vs leather straps with rivets |





This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has leather straps flowing down and 2 distinct banded armored sections on the upper surface.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).



p274 Horus Heresy Collected Visions
Andrea Uderzo

upward arch of second pad



MK1 'Thunder Armour' from
Armour Through the Ages

| | | http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?catId=cat520002a&prodId=prod1710010a<br>**Miniature designed by Jes Goodwin** | |
|---|---|---|---|
| 141 | **Heresy-Era Shoulder Pads for Terminators Type A - 2 pads**<br><br><br><br><br><br>This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the bad itself has draping armored | <span style="color:red">Whole set</span><br><span style="color:red">Games Workshop product used in promotional images</span><br><br><br><br>p274 Horus Heresy Collected Visions<br>Andrea Uderzo | See Product Entry #137<br><br>**Examples of Differences between CHS and GW Works:**<br><br>banded vs non-banded pads<br>cloth straps vs segmented metal straps<br>pad functions as rander/gorget |

segments flowing down and 3 distinct armored sections on the upper armor.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).



MK1 'Thunder Armour' from
Armour Through the Ages

Armour Through the Ages

| | | http://www.gamesworkshop. com/gws/catalog/productDetail.jsp?catId=cat520002a&prodId=prod1710010a Miniature designed by Jes Goodwin | |
|---|---|---|---|
| 142 | **TRU-Scale Knight Praetorius "Order of the Empress's Tears" Conversion Kit – 6**  | Whole set<br>Games Workshop product used in promotional images<br>Yellow armour with black and white checked patterns is the colour scheme of the Lamenters Space Marine Chapter.<br>They were created from the Blood Angels Chapter and so also use blood drop iconography. <br>Lamenters. | See Product Entry #126<br><br>**Examples of Differences between CHS and GW Works:**<br><br>See Product Entry #126 |







(left) p80 Codex Blood Angels 2009
Model by Jes Goodwin

(right) p113 Imperial Armour Volume 9 The Badab War Part 1
Kenton Mills and Sam Lamont

| | | | |
|---|---|---|---|
| | The "Knights Praetorius" are the Empress' most loyal soldiers. Each order has a history as well as heraldry that is unique to its ranks. The Order of the Empress's Tears is named so because of the near annihilation the order faced when they were the sole defense for the Empress when her Flagship came under assault during the Battle of Permidian. Isolated and without support, the order was annihilated to almost the last soldier before reinforcements had arrived. Only 2 soldiers survived the Kin'rth attack against the Empress and her closest advisors. Because of this sacrifice, the Empress renamed the unit and the units heraldry includes the "red tears" of the empress as its main standard.<br><br>Each resin kit comes **unassembled and unpainted**. The 28 mm TRUScale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.* Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.<br><br>**Examples of assembled and painted models by Worthy Painting Artist Alistair Armes are available here.** | <br>Games Workshop Space Marines assembled and painted by the hobby team using all Games Workshop parts, in the pose and colour scheme of Chapterhouse's models. | |
| 143 | **TRU-Scale Knight Praetorius Conversion Kit -6** | See product 126<br>The model in the image comprises parts from:<br>• 'TRU-Scale Knight Praetorius Conversion Kit -6' (126),<br>• 'Open Fisted Power Claws Compatible with Games Workshop Space Marine Model' (321)<br>• 'Spikey Marine Heads' (79)<br>• 'Combi Weapon Magnetic Kit' (34) | See Product Entry #126 and 142<br><br>**Examples of Differences between CHS and GW Works:**<br><br>See Product Entry #126 and 142 |



The "Knights Praetorius" are the Empress' most loyal soldiers. Each is endowed with a touch of the Empress' psychic powers when admitted into the unit. While few in number, each is a match for 10 lesser men, the psychic unity with the Empress allows a measure of prescience as well as formidable endurance. Both men and woman are allowed to test to join the unit, but few survive this testing.

*In a future where knowledge and technology rule. Aliens and humans battle for resources over countless worlds in a race to the become the dominate power. Earth has been divided into two warring factions although each faction has claimed a whole system to rule over-, they continue to fight over who should rule over earth.*

Although they primarily produce 'bits' and conversion kits Chapterhouse now has enough
of its own separate products to construct full models.

*Queen Eva Kimlar is the leader of the Valnarian Empire, a powerful psyker that has merged psionics with technology. Kimlar is the manipulator of men and can influence their thoughts, it is almost impossible for a male to deceive her as she can see your innermost secrets in your eyes as if watching them play out on a screen. As a the strongest known psyker in existance she shares a link with her most loyal followers on a level a normal human could not comprehend. Her influence on peoples actions are stronger over men than women, thus she has to use her strong political skills and natural charisma to win over the female population.*

Each resin kit comes **unassembled and unpainted**. The28 mm TRUScale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.* Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.

Displayed model painted by Jose Veiga and incorporates kits from Chapterhouse Studios - **Spiky Marine Head, Open Fist Power Claws, and Combi-Flamer Component**

**Examples of assembled and painted models by Stephen Smith and consist of numerous components from different manufactures for the weapons, arms, heads and weapon effects are available here.**

90

| 144 | Werecroc 1 | Whole set | |
|---|---|---|---|

Werecroc 1



"our first entry into the fantasy world line for Chapterhouse Studios."



Whole set



Lizardman Kroxigor

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1610066a
Sculpted by Martin Footitt
Released February 2009

A kroxigor is a large lizardman, standing twice the height of a normal lizardman warrior. The Lizardmen race has strong influences from several Mesoamerican civilisations. This unique combination of a lizardman race and Mesoamerican culture is only found in Games Workshop's Warhammer Fantasy universe.



Shen, Empire of the Petal Throne, TSR (1975)





KK258_Lizardmen Weapons
Karl Kopinski – 2002
p70 'Warhammer Armies: Lizardmen' 2003



Shen, Ilánish Chárea (1999)

**Examples of Differences between CHS and GW Works:**

aztec and polynesian weapons are what they are
spikes on head
placement of jewelry
shape of head (snake vs lizard or dinosaur (eg tooth placement))
length of neck
shape of tail
design of belly
spiked vs non-spiked tail
number of joints in foot/lower leg

| 145 | Werecroc 2 | Whole set | See Product Entry #144 |
|---|---|---|---|

145 | Werecroc 2





**Whole set**



Lizardman Kroxigor

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1610066a
Sculpted by Martin Footitt
Released February 2009

A kroxigor is a large lizardman, standing twice the height of a normal lizardman warrior. The Lizardmen race has strong influences from several Mesoamerican civilisations. This unique combination of a lizardman race and Mesoamerican culture is only found in Games Workshop's Warhammer Fantasy universe.

See Product Entry #144

**Examples of Differences between CHS and GW Works:**

aztec and polynesian weapons are what they are
spikes on head
placement of jewelry
shape of head (snake vs lizard or dinosaur (eg tooth placement))
length of neck
shape of tail
design of belly
spiked vs non-spiked tail
number of joints in foot/lower leg



KK258_Lizardmen Weapons
Karl Kopinski - 2002
p70 'Warhammer Armies: Lizardmen' 2003



Lizardmen Saurus Warrior from 'Lizardmen Saurus Warrior Regiment'
p77 'Warhammer Armies: Lizardmen' 2008

Lizardmen Saurus Warrior Regiment
http://www.gamesworkshop.
com/gws/catalog/productDetail.jsp?catId=cat440067a&prodId=pro
d820854
Sculpted by Colin Grayson
Released May 2003

| 146 | **Iron Hand Nut Power Armor Pad** | Size and shape of pad. Not surface decoration<br>Shoulder pad designed to fit on Games Workshop's Space Marine Terminator figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. It also uses the small central tab at the bottom of the pad which features on Games Workshop's Terminator shoulder pads. | See analysis of Space Marine Shoulder pads in report.<br><br>**Examples of Differences between CHS and GW Works:**<br><br>See product entry # 126 |

| | | | |
|---|---|---|---|
| | <br><br>This is a single pewter shoulder pad with a mechanical nut and cog teeth on the edge of the pad<br><br>Designed to fit on Games Workshop Space Marine® figures. | | |
| 147 | **Iron Hand Nut Terminator Pad** | Shoulder pad designed to fit on Games Workshop's Space Marine Terminator figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. It also uses the small central tab at the bottom of the pad which features on Games Workshop's Terminator shoulder pads. | See analysis of Space Marine Shoulder pads in report.<br><br>**Examples of Differences between CHS and GW Works:**<br><br>See product entry # 126 |

This is a single pewter shoulder pad with a mechanical nut and cog teeth on the edge of the pad

Designed to fit on Games Workshop Space Marine Terminator® figures.

| 148 | **Winged Skull Power Armor Pad** | Shoulder pad designed to fit on Games Workshop's Space Marine figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. | See analysis of Space Marine Shoulder pads in report.<br><br>**Examples of Differences between CHS and GW Works:**<br><br>See product entry # 126 |

| | | | |
|---|---|---|---|
| | <br><br>This is a single pewter shoulder pad with fanged skull with<br>wings on the surface.<br><br>Designed to fit on Games Workshop Space Marine® figures. | | |
| 149 | **Hammer of Dorn Power Armor Pad** | Whole set | See analysis of Space Marine Shoulder pads in report.<br><br>**Examples of Differences between CHS and GW Works:**<br><br>See product entry # 126 |



Imperial Fists Space Marine Chapter

Neil Hodgson and Darius Hinks
p53 Insignium Astartes 2002