

Hammers of Dorn Space Marine Chapter
The Chapter logo is a fist holding a hammer in front of a wreath.

| | | p57 The Art of Clint Langley | See analysis of Space Marine Shoulder pads in report. |
|---|---|---|---|
| 150 | **Hammer of Dorn Terminator Pad**  This is a single pewter shoulder pad with a fist holding a hammer on the surface. Designed to fit on Games Workshop Space Marine Terminator® figures. |  Imperial Fists Space Marine Chapter Neil Hodgson and Darius Hinks p53 Insignium Astartes 2002 | **Examples of Differences between CHS and GW Works:** See product entry # 126 |

Hammers of Dorn Space Marine Chapter
The Chapter logo is a fist holding a hammer in front of a
wreath.

| | | p57 The Art of Clint Langley | |
|---|---|---|---|
| 151 | **V Power Armor Pad**<br><br><br><br>This is a single pewter shoulder pad with an V or roman numeral 5 on the shoulder and laurels.<br><br>Designed to fit on Games Workshop Space Marine® figures. | Shoulder pad designed to fit on Games Workshop's Space Marine figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. | See analysis of Space Marine Shoulder pads in report.<br><br>**Examples of Differences between CHS and GW Works:**<br><br>See product entry # 126 |
| 152 | **V Terminator Pad** | Shoulder pad designed to fit on Games Workshop's Space Marine Terminator figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. It also uses the small central tab at the bottom of the pad which features on Games Workshop's Terminator shoulder pads. | See analysis of Space Marine Shoulder pads in report.<br><br>**Examples of Differences between CHS and GW Works:** |

| | | See product entry # 126 |
|---|---|---|
| <br><br>This is a single pewter shoulder pad with an V or roman numeral 5 on the shoulder and laurels.<br><br>Designed to fit on Games Workshop Space Marine Terminator® figures. | | |
| 153 | **Power Armor Shoulder Pad for Scythes of the Emperor** | The Scythes of the Emperor are Space Marine Chapter.<br><br>Their badge is two crossed yellow/gold scythes on a black background. | See analysis of Space Marine Shoulder pads in report.<br><br>**Examples of Differences between CHS and GW Works:**<br><br>Regarding the emblem itself, the CHS product design and GW product design are significantly dissimilar on their face. The GW art indicates a common wooden haft—the hook at the base of the scythe—or what is known as a knob.  This |

| | | |
|---|---|---|
| 

This is a single pewter shoulder pad with a pair of crossed biological scythes on the surface.

Designed to fit on Games Workshop Space Marine® figures. | 

Neil Hodgson
p88 'How to Paint Space Marines' 2004

Note the backwards hook at the base of the scythes, and cut out section where the blade meets the haft. | same shape can be found on axes, hammers and other hand tools. By contrast, the CHS design shows a distinct bone-like design. In particular, the clawed ends are dramatically different than those which are shown on the simplistic GW design.

The general arrangement is derivative of the following:



Thirteen Club Logo

See product entry # 126 |
| 154 **Scythes of the Emperor Terminator Shoulder Pad** | The Scythes of the Emperor are Space Marine Chapter. | See Product Entry #153. |

| | | | |
|---|---|---|---|
| | 

This is a single pewter shoulder pad with a pair of crossed biological scythes on the surface.

Designed to fit on Games Workshop Space Marine® Terminator figures. | Their badge is two crossed yellow/gold scythes on a black background.

Neil Hodgson
p88 'How to Paint Space Marines' 2004

Note the backwards hook at the base of the scythes, and cut out section where the blade meets the haft. | **Examples of Differences between CHS and GW Works:**

See product entry # 126 |
| 155 | **Scaled Rimless Power Armor Pad** | Shoulder pad designed to fit on Games Workshop's Space Marine figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. | See analysis of Space Marine Shoulder pads in report.

**Examples of Differences between CHS and GW Works:**

See product entry # 126 |



This is a single pewter shoulder pad with scale pattern and no rim.

Designed to fit on Games Workshop Space Marine® figures.



Robert Heinlein (1980)



Science Fiction Analog (1978)



Science Fiction Analog (1980)

| | | **Photographs of Medieval Armor with Shoulder Pads**<br>**Metropolitan Museum of Art**<br><br> |
| --- | --- | --- |

| | | |
|---|---|---|
| | |  |

| | | |
|---|---|---|
| | |  |

| | | |
|---|---|---|
| | |  |

| | |  |
|---|---|---|

| | | |
|---|---|---|
| | | <br> |
| 156 | **Scaled Tactical Power Armor Pad** | Tactical is a type of Space Marine squad. A Tactical squad will have an upward pointing arrow symbol on their right shoulder pad. | See analysis of Space Marine Shoulder pads in report.<br><br>See Product Entry #155 |

| | | |
|---|---|---|
| <br><br>This is a single pewter shoulder pad with scale pattern and a Tactical Arrow on the surface with a rim on the edge.<br><br>Designed to fit on Games Workshop Space Marine® figures. | Games Workshop sells Tactical shoulder pads - http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?prodId=prod1110189&rootCatGameStyle=<br><br>A Tactical squad member will have their squad number shown on their right shoulder pads. The squad number will be between 1-10.<br><br>The colours on the shoulder pad refer to a Chapter colour, ie, red and gold are the colours of the Blood Angels Space Marine Chapter. See product 4.<br><br>Neil Hodgson and Darius Hinks<br>Insignium Astartes 2002, page 32 | **Examples of Differences between CHS and GW Works:**<br><br>See product entry # 126 |
| 157 | **Scaled with Rim Power Armor Shoulder Pad** | This is Games Workshop's unique expression of a Sci-Fi Shoulderpad. Only GW's shoulder pads have the unique characteristics of<br>• Covering from start of shoulder to above the elbow<br>• Large border around outer edge<br>• Left shoulderpad – squad markings | See analysis of Space Marine Shoulder pads in report.<br><br>See Product Entry #155<br><br>**Examples of Differences between CHS and GW** |

| | | | |
|---|---|---|---|
| |   This is a single pewter shoulder pad with scale pattern and a rim.  Designed to fit on Games Workshop Space Marine® figures. | • Right shoulderpad – Chapter symbol    **Figure 9 - Index Astartes III 2003, page 23 (NH Ultramarines Graph / Neil Hodgson / 2001)** | **Works:**  See product entry # 126 |
| 158 | **Hot Shot Lasgun Pack** | Gun muzzle  'Lasguns' are the standard weapon of the Imperial Guard infantryman. A key identifying feature of 'las' weapons is the angled end to the muzzle. | See Product Entry #128  **Examples of Differences between CHS and GW Works:**  See product entry # 128 |



This is a 2 piece metal model of a heavy laser and a power pack.

Designed to be compatible with 28mm wargaming miniatures and can be used to convert Imperial Guard Storm Trooper models.



Imperial Guard Cadian Shock Troops
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod2070014
**Miniatures designed by Brian Nelson**



Lasgun with attached scope
p38 Codex Imperial Guard 2008
**(DH051 / Des Hanley / 1995 )**
Hot-shot lasguns/Hot-shot Laser Power pack
Hot-shot lasguns are lasguns which are able to fire more powerful shots due to being attached to a power pack.



p21, 'Codex Imperial Guard' ©1995



**Imperial Guard Storm Trooper Squad**

The Imperial Guard has billions of soldiers at its disposal, from the disciplined regiments of Cadia to the rough and ready Catachan Jungle Fighters. Foremost amongst the soldiers of the Imperial Guard, however, are the elite Storm Trooper regiments - expert warriors raised to war in the unforgiving halls of the Schola Progenium. With the best training and mental discipline that the drill-masters of the Schola Progenium can provide, they are formidable soldiers. Clad in carapace armour and wielding fearsome hot-shot lasguns they are nigh unstoppable, a combat elite who are willing carry out their objectives whatever the cost.

This box set contains five metal Imperial Guard Storm Troopers, including: a Veteran Sergeant armed with a power sword and hot-shot laspistol, and four different Storm Troopers armed with hot-shot lasguns. Models supplied with 25mm round bases.

| 159 | **Shrike Conversion Kit for Tyranid Warrior Models** | | |
|---|---|---|---|
| |  |  | Wings of this particular design on a dragon-like creature have been used in artwork for centuries. For example, drawings and illuminations of Saint George going back to the 1700s show a dragon with batwings.<br><br><br><br>H.R. Giger, *Necronom IV* (1976)<br>http://en.wikipedia.org/wiki/File:H.R._Giger_-_Necronom_IV.jpg#filelinks<br>Dkt No. 235, Ex. A |







CHS00043840 (From Box 124 of GW Reference Materials from GW Studios)

Note: I identified Giger's image as a potential reference before I knew that GW possessed this work at its studios.



This Chapterhouse Studios resin set contains 6 high detail modular components that fit with the current Games Workshop Tyranid Warriors kit that can be used to model a single flying monster. Please note this set does NOT include a Games Workshop Tyranid Warrior and is not a Games Workshop model.

Each kit contains 6 pieces:
Left and Right Wings that fit on the upper appendage slots
Left and Right replacement taloned legs
Upper and lower Head components

Please note while this kit is sculpted to fit an **unassembled** Tyranid Warrior kit, some modification may be necessary to the minute variations that are present



TYRANID WARRIOR WINGS CONVERSION KIT

http://www.forgeworld.co.uk/Warhammer-40000/Tyranids/TYRANIDWARRIOR-WINGS-CONVERSION-KIT.html
Sculpted by Mark Bedford
On sale in 2006



Extraterrestrial Dragon, Iron Wind Metals (2003), http://www.megaminis.com/MEGA/CATALOGS/IronWind Metals-CATALOG-2003.pdf at p. 31

in both the Games Workshop and Chapterhouse models.

Model supplied unassembled and unpainted, Games Workshop Tyranid Warrior Model is necessary to assemble as shown.

Sculpted by Jae Lee & Tomas Fiertek, Painted by Jose Viega



Gustave Dore, *Satan*, Paradise Lost (17th Century)



CHS00043827 (From Box 113 of GW Reference Materials in GW Studios)

Note: I identified Dore's image as a potential reference before I knew that GW possessed this work at its studios.

| | | |
|---|---|---|
| | | **Examples of Differences between CHS and GW Works:**<br><br>Wing shape and orientation<br>Taloned leg width, shape, and orientation<br>Talon shape and orientation<br>Head components<br>Number of appendages on head |
| 160 | **Dark Elf Arch Torturess**<br> | <br>Urien Rakarth<br>This character is a Dark Eldar Haemonculous.<br><br>http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?prodId=prod1160052a<br>Sculpted by Juan Diaz<br>Released November 2010 | The pose of this GW figure is a standard pose that has been used by fantasy artists for many years:<br><br><br><br>**Witch Hazel**<br>**Hasslefree Miniatures (2008)** |



Once a prisoner is taken by the Dark Elf forces, their destination is the dungeons of the dark lords and the hands of their master torturers. Skilled in all forms of pain, esoteric and physical, these "artist" are able to keep the victims alive so each possible moment of pain can be endured and captured for their masters.

Masters of dark surgeries, it is common for them to experiment on themselves. This path to "perfection" means that on the battlefield they are armed with all sort of pain-dealing weaponry as well as grotesque limbs.

Model is a two-part unpainted metal miniature. Comes with plastic base.



DG1222_Urien_Rakarth
Dave Gallagher - 2010
p54 Codex: Dark Eldar 2010



Alyscia of the Abyss
Reaper Miniatures (2008)

Sculpted by Jae Lee & Tomas Fiertek, Painted by Jose Viega

Dark Eldar are the Warhammer 40,000 equivalent of Dark Elves. Haemonculi are masters of torture and skilled in all kinds of pain. They capture the pain of their victims as it gives life to the Dark Eldar race. They experiment on alien captives and themselves often giving themselves extra limbs. On the battlefield they have access to unique pain inflicting weapons.

Note:
- The odd stance of the Haemonculi, feet together with the cloak curving round behind, hovering just off the floor.
- Butcher apron, green syringe, extra multi-jointed limbs limbs, clawed hand details.



http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?prodId=prod1190038a
Sculpted by Jes Goodwin
Released June 2011



CHS00043848 (From Box 211 of GW Reference Materials from GW Studios) (also a copy in Box 109)



AB977_Haemonculus
Alex Boyd - 2009
p37 Codex: Dark Eldar 2010



Soul Forge, Gerald Brom (2001)



CHS00043860 (From GW Reference Materials)



**Sister Compassion**
**Gerald Brom (1994)**



CHS0043861 (From GW Reference Materials)

Note: I identified these Brom images as potential references before I knew that GW possessed several copies at its studios.

The idea of characters with multiple arms is also nothing unique. For thousands of years, they have existed in religious imagery:



Kali
Raja Ravi Varma (prior to 1906)

**Lolth**
**Wizards of the Coast (1999)**

**Examples of Differences between CHS and GW Works:**

female vs male figlure
clothing on upper body
cape on lower body
head shape and scape
number of arms

| 161 | **Thunderstike Missile Rack** | | |





Cyclone missile launcher – From the Space Marine Terminators Set

There is no superficial or specific similarity between the CHS and the GW products here other than that both are mounted on the shoulders of a miniature.

That particular aspect is not unique to GW figures. Shoulder mounted weapon systems appear in movies and pop literature as well as in a variety of games.



**Armored Trooper VOTOMS (1983)**



This kit consist on 1 missile rack with separate targeter that is scaled for use on 28 mm figures.

This kit is designed to fit on the upper carapace of Games Workshop's Space Marine Terminator Models.

Components come unassembled and unpainted.

Sculpted by Tomas Fiertek, painted by Jose Veiga.

- Posted by 'Pyriel' Tomas Fiertek on Dakka Dakka advertising them with using Games Workshop Grey Knight Miniatures:
"Here is a WIP of how the green looked while I was working on it:





**F4X Ironfoot**
**Fang of the Sun Dougram (1981)**



**X-500 Forager, Triax and the NGR**
**Palladium Books (2004)**





Space Marine Terminators

**Miniatures designed by Jes Goodwin, Martin Footit and Dave Thomas.**
Released 2005

**Examples of Differences between CHS and GW Works:**

orientation of missiles
gothic arch shape of pack vs rectangular shape
number of missiles
banding and rivets on launcher





| | | |
|---|---|---|
| 162 | **Large Ammo Belts for Heavy Weapons – 3**<br><br><br><br>This pewter set of 3 ammo belts is designed to fit on heavy bolter and psybolter components from Games Workshops Space Marine and Grey Knight products. The ammo bands are made of resin to allow flexibility with a lower chance of the pieces breaking.<br><br>Sculpted by Tomas Fiertek and painted by Jose Veiga.<br><br>Models supplied unpainted and unassembled.<br>- Posted by 'Pyriel' Tomas Fiertek on Dakka Dakka advertising them with using Games Workshop Grey Knight Miniatures: | <br><br>Grey Knights<br><br>**Sculpted by Georgio Bassani, Matt Holland and Martin Footitt**<br>Released April 2011 | **Examples of Differences between CHS and GW Works:**<br><br>There does not appear to be any superficial or specific similarity between these products. GW's Grey Knights are not specific to the ammunition belts but are shown as an example of how a product can be used. |