| | | | |
|---|---|---|---|
| | "As for the ammo bands I also use them on my GK minis:" | | |
| 163 | **Heraldric Knight Shoulder Pads – 5** | This is Games Workshop's unique expression of a Sci-Fi Shoulderpad. Only GW's shoulderpads have the unique characteristics of<br>• Covering from start of shoulder to above the elbow<br>• Large border around outer edge<br>• Left shoulderpad – squad markings<br>• Right shoulderpad – Chapter symbol | See analysis of Space Marine Shoulder pads in report.<br><br>See product Entry #155<br><br>**Examples of Differences between CHS and GW Works:**<br><br>See product entry #126<br>no heraldic resemblance<br>different proportions |

144



Figure 10 - Index Astartes III 2003, page 23
(NH Ultramarines Graph / Neil Hodgson / 2001)



CHI:2718591.1