# EXHIBIT U



Shopping Cart | Checkout

**PRODUCTS**

- Dark Elf & Eldar Compatible Kits
- Eldar Compatible Bits
- Imperial Guard Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Lizard Man Fantasy Figures
- Space Marine Compatible Bits
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR

Create an Account

Sign up for the ChapterHouse Newsletter!

NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS

Search: [Search]

### TRU-Scale Knight Praetorius Conversion Kit - 6



Product Code: TRU-Scale Knight Praetorius Conversion Kit - 6
Reward Points: 0
Availability: 75

**Price: $22.50**

Qty: 1

Add to Cart

★★★★☆  4 reviews  |  Write a review

Share



**Description** | Reviews (4) | Related Products (1)

The "Knights Praetorius" are the Empress' most loyal soldiers.  Each is endowed with a touch of the Empress' psychic powers when admitted into the unit.  While few in number, each is a match for 10 lesser men, the psychic unity with the Empress allows a measure of prescience as well as formidable endurance.  Both men and woman are allowed to test to join the unit, but few survive this testing.

In a future where knowledge and technology rule. Aliens and humans battle for resources over countless worlds in a race to the become the dominate power.
Earth has been divided into two warring factions although each faction has claimed a whole system to rule over-, they continue to fight over who should rule over earth.

Queen Eva Kimlar is the leader of the Valnarian Empire, a powerful psyker that has merged psionics with technology.  Kimlar is the manipulator of men and can influence their thoughts, it is almost impossible for a male to deceive her as she can see your innermost secrets  in your eyes as if watching them play out on a screen. As a the strongest known psyker in existance she shares a  link with her most loyal followers on a level a normal human could not comprehend.
Her influence on peoples actions are stronger over men than women, thus she has to use her strong political skills and natural charisma to win over the female population.

Each resin kit comes **unassembled and unpainted**.  The28 mm TRU-Scale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks.  Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.  Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit.  We recommend 28mm scale model kits for assembly with this kit.

Displayed model painted by Jose Veiga and incorporates kits from Chapterhouse Studios - **Spiky Marine Head**, **Open Fist Power Claws**, and **Combi-Flamer Component**

**Examples of assembled and painted models by Stephen Smith and consist of numerous components from different manufactures for the weapons, arms, heads and weapon**

**effects are available <u>here</u>.**

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept   About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy     2011 ChapterHouse Studios®