**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:10-cv-08103 |
| v. ) | |
| ) | |
| CHAPTERHOUSE STUDIOS LLC, ) | |
| ) | Judge Matthew F. Kennelly |
| Defendant. ) | |

**DECLARATION OF BRYCE A. COOPER IN SUPPORT OF CHAPTERHOUSE
STUDIOS LLC'S REPLY IN FURTHER SUPPORT OF ITS SECOND MOTION FOR
<u>RECONSIDERATION OF SUMMARY JUDGMENT ORDER</u>**

I, Bryce A. Cooper, declare as follows:

1. I am an associate with the law firm of Winston & Strawn LLP. I am a member in good standing of the Bar of this Court. I have personal knowledge of the facts set forth herein and if called to testify could and would do so competently.

2. Attached hereto as **Exhibit A** is a true and correct copy of a screen shot of Games Workshop Limited's ("GW") "Flesh Tearers Shoulder Pads," Bates numbered GW0018250.

3. Attached hereto as **Exhibit B** is a true and correct copy of a screen shot of Games Workshop Limited's ("GW") "Assault Squad Shoulder Pads," Bates numbered GW0018296.

I declare under the penalty of perjury that the foregoing is true and accurate.

Dated: March 18, 2013                        By: <u>/s Bryce A. Cooper</u>

## **CERTIFICATE OF SERVICE**

      I, Bryce A. Cooper, an attorney, hereby certify that on March 18, 2013, I caused to be filed electronically the foregoing DECLARATION OF BRYCE A. COOPER IN SUPPORT OF CHAPTERHOUSE STUDIOS LLC'S REPLY IN FURTHER SUPPORT SECOND MOTION FOR RECONSIDERATION OF SUMMARY JUDGMENT ORDER with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

                                                  /s/ Bryce A. Cooper