# EXHIBIT A




Community & Events   Virtual Gift Vouchers   Store Finder   Find a Gift List   Digital Products

Warhammer 40,000   Warhammer 40,000 Armies   Blood Angels   Bitz
Flesh Tearers Shoulder Pads

# Flesh Tearers Shoulder Pads

Tweet   Like 4   ADD TO CART

**Categories**
- Warhammer 40,000 Pre-orders
- Warhammer 40,000 New Releases
- Warhammer 40,000 Dark Vengeance
- Warhammer 40,000 Essentials
- Warhammer 40,000 Armies
- Blood Angels
- Army Essentials
- HQ
- Elites
- Troops
- Dedicated Transports
- Fast Attack
- Heavy Support
- Bitz
- Novels
- Chaos Daemons
- Chaos Space Marines
- Dark Angels
- Dark Eldar
- Eldar
- Grey Knights
- Imperial Guard
- Necrons
- Orks
- Sisters of Battle
- Space Marines
- Space Wolves
- Tau Empire
- Tyranids
- Warhammer 40,000 Expansions
- Warhammer 40,000 Scenery
- Warhammer 40,000 Bitz
- Warhammer 40,000 Collectors
- Warhammer 40,000 Books

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend



**Have you got?**


$37.25
Space Marine Tactical Squad


$33.00
Space Marine Assault Squad


$19.25
Chapter Master Gabriel Seth

**Flesh Tearers Shoulder Pads**

The Flesh Tearers' blood-rage is infamous across the Imperium, as are the deeds purported to have been performed by the Chapter's Battle-Brothers upon the battlefield. So divorced have the Flesh Tearers become from the rest of Mankind that most Imperial Commanders embrace the Chapters' offers of assistance only in the direst need.

The pack contains ten Flesh Tearers Shoulder Pads featuring raised details of the Chapter icon to add to your Space Marine miniatures.



**Price: $10.00**
Quantity: 1

ADD TO CART
ADD TO GIFT LIST
Bookmark & Share

**Availability:** Usually ships within 24 hours.
**Part Code:** 99800101101

Carry Our Products   Real Estate   Privacy Policy   Legal   About Us   Black Library   Forge World   Investor Relations   Careers   Site Map   Contact Us
Country Select

Copyright
© Games Workshop Limited 2000-2013
© Warner Bros. Entertainment Inc. All rights reserved. THE HOBBIT: AN UNEXPECTED JOURNEY and the names of the characters, items, events and places therein are trademarks of The Saul Zaentz Company d/b/a Middle-earth Enterprises under license to New Line Productions, Inc.
(s13)
© 2013 New Line Productions, Inc. All rights reserved. The Lord of the Rings: The Fellowship of the Ring, The Lord of the Rings: The Two Towers, The Lord of the Rings: The Return of the King and the names of the characters, items, events and places therein are trademarks of The Saul Zaentz Company d/b/a Middle-earth Enterprises under license to New Line Productions, Inc.

# EXHIBIT B



Customer Service  1-800-394-4263  Welcome! | Sign In | Why Register?
FREE SHIPPING ON ALL ORDERS OVER $50 OFFER DETAILS
0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   Find a Gift List   Digital Products

Warhammer 40,000 › Shoulder Pads › Assault Squad Shoulder Pads

### Categories
- Warhammer 40,000 Pre-orders
- Warhammer 40,000 New Releases
- Warhammer 40,000 Dark Vengeance
- Warhammer 40,000 Essentials
- Warhammer 40,000 Armies
- Warhammer 40,000 Expansions
- Warhammer 40,000 Scenery
- Warhammer 40,000 Bitz
- Warhammer 40,000 Collectors
- Warhammer 40,000 Books

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

## Assault Squad Shoulder Pads

Tweet   Like 7   ADD TO CART

  
  

**Assault Squad Shoulder Pads**

This pack contains 10 Assault Squad Shoulder Pads.

Availability: Usually ships within 24 hours.
Part Code: 99060101375

Price: $8.25
Quantity: 1
ADD TO CART
ADD TO GIFT LIST
Bookmark & Share

### Have you got?


$33.00   add to cart
Space Marine Assault Squad


$14.00   add to cart
Space Marine Assault Sergeant


$6.60   add to cart
Super Glue - Thick

Carry Our Products   Real Estate   Privacy Policy   Legal   About Us   Black Library   Forge World   Investor Relations   Careers   Site Map   Contact Us
Country Select

Copyright
© Games Workshop Limited 2000-2013
© Warner Bros. Entertainment Inc. All rights reserved. THE HOBBIT: AN UNEXPECTED JOURNEY and the names of the characters, items, events and places therein are trademarks of The Saul Zaentz Company d/b/a Middle-earth Enterprises under license to New Line Productions, Inc.
(s13)
© 2013 New Line Productions, Inc. All rights reserved. The Lord of the Rings: The Fellowship of the Ring, The Lord of the Rings: The Two Towers, The Lord of the Rings: The Return of the King and the names of the characters, items, events and places therein are trademarks of The Saul Zaentz Company d/b/a Middle-earth Enterprises under license to New Line Productions, Inc.