IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:10-cv-08103 |
| v. ) | |
| ) | |
| CHAPTERHOUSE STUDIOS LLC, ) | |
| ) | Judge Matthew F. Kennelly |
| Defendant. ) | |

**DECLARATION OF BRYCE A. COOPER IN SUPPORT OF
CHAPTERHOUSE STUDIOS LLC'S REPLY IN FURTHER SUPPORT OF ITS
<u>MOTION FOR SUMMARY JUDGMENT</u>**

I, Bryce A. Cooper, declare as follows:

1. I am an associate with the law firm of Winston & Strawn LLP. I am a member in good standing of the Bar of this Court. I have personal knowledge of the facts set forth herein and if called to testify could and would do so competently.

2. Attached hereto as **Exhibit A** is a true and correct copy of a screen shot of Games Workshop Limited's ("GW") "Flesh Tearers Shoulder Pads," Bates numbered GW0018250.

3. Attached hereto as **Exhibit B** is a true and correct copy of a screen shot of GW's "Assault Squad Shoulder Pads," Bates numbered GW0018296.

4. Attached hereto as **Exhibit C** is a true and correct copy of excerpts from the deposition transcript of Alan Merrett, taken on February 24, 2013.

5. Attached hereto as **Exhibit D** is a true and correct copy of excerpts from the deposition transcript of Robert Naismith, taken on February 25, 2013.

6. Attached hereto as **Exhibit E** is a true and correct copy of excerpts from the deposition transcript of Nicholas Villacci, taken on April 11, 2012.

1

7. Attached hereto as **Exhibit F** is a true and correct copy of deposition exhibit 51A to the deposition of Nicholas Villacci, taken on April 11, 2012.

I declare under the penalty of perjury that the foregoing is true and accurate.

Dated: March 25, 2013 By: /s Bryce A. Cooper

## **CERTIFICATE OF SERVICE**

      I, Bryce A. Cooper, an attorney, hereby certify that on March 25, 2013, I caused to be filed electronically the foregoing DECLARATION OF BRYCE A. COOPER IN SUPPORT OF CHAPTERHOUSE STUDIOS LLC'S REPLY IN FURTHER SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

                                        /s/ Bryce A. Cooper