# EXHIBIT A



Customer Service    1-800-394-4263 | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $50    OFFER DETAILS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   Find a Gift List   Digital Products

**Have you got?**

Categories

Warhammer 40,000 Pre-orders
Warhammer 40,000 New Releases
Warhammer 40,000 Dark Vengeance
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Blood Angels
Army Essentials
HQ
Elites
Troops
Dedicated Transports
Fast Attack
Heavy Support
Bitz
Novels
Chaos Daemons
Chaos Space Marines
Dark Angels
Dark Eldar
Eldar
Grey Knights
Imperial Guard
Necrons
Orks
Sisters of Battle
Space Marines
Space Wolves
Tau Empire
Tyranids
Warhammer 40,000 Expansions
Warhammer 40,000 Scenery
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Books

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

Warhammer 40,000   Warhammer 40,000 Armies   Blood Angels   Bitz
Flesh Tearers Shoulder Pads

# Flesh Tearers Shoulder Pads

Tweet   Like 4        ADD TO CART



### Flesh Tearers Shoulder Pads

The Flesh Tearers' blood-rage is infamous across the Imperium, as are the deeds purported to have been performed by the Chapter's Battle-Brothers upon the battlefield. So divorced have the Flesh Tearers become from the rest of Mankind that most Imperial Commanders embrace the Chapters' offers of assistance only in the direst need.

The pack contains ten Flesh Tearers Shoulder Pads featuring raised details of the Chapter icon to add to your Space Marine miniatures.

**Availability:**  Usually ships within 24 hours.
**Part Code:**  99800101101



**Price: $10.00**

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share



$37.25                        add to cart
Space Marine Tactical Squad



$33.00                        add to cart
Space Marine Assault Squad



$19.25                        add to cart
Chapter Master Gabriel Seth

Carry Our Products   Real Estate   Privacy Policy   Legal   About Us   Black Library   Forge World   Investor Relations   Careers   Site Map   Contact Us

Country Select

  

Copyright
© Games Workshop Limited 2000-2013
© Warner Bros. Entertainment Inc. All rights reserved. THE HOBBIT: AN UNEXPECTED JOURNEY and the names of the characters, items, events and places therein are trademarks of The Saul Zaentz Company d/b/a Middle-earth Enterprises under license to New Line Productions, Inc.
(s13)
© 2013 New Line Productions, Inc. All rights reserved. The Lord of the Rings: The Fellowship of the Ring, The Lord of the Rings: The Two Towers, The Lord of the Rings: The Return of the King and the names of the characters, items, events and places therein are trademarks of The Saul Zaentz Company d/b/a Middle-earth Enterprises under license to New Line Productions, Inc.

GW0018250

# EXHIBIT B



Customer Service  1-800-394-4263 | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $50  OFFER DETAILS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   Find a Gift List   Digital Products

**Categories**
Warhammer 40,000 Pre-orders
Warhammer 40,000 New Releases
Warhammer 40,000 Dark Vengeance
Warhammer 40,000 Essentials
Warhammer 40,000 Armies
Warhammer 40,000 Expansions
Warhammer 40,000 Scenery
Warhammer 40,000 Bitz
Warhammer 40,000 Collectors
Warhammer 40,000 Books

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

Warhammer 40,000   Shoulder Pads   Assault Squad Shoulder Pads

# Assault Squad Shoulder Pads

Tweet   Like 7

ADD TO CART

  
 


### Assault Squad Shoulder Pads

This pack contains 10 Assault Squad Shoulder Pads.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101375

Price: **$8.25**

Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

## Have you got?



**$33.00**   add to cart
Space Marine Assault Squad



**$14.00**   add to cart
Space Marine Assault Sergeant

**$6.60**   add to cart
Super Glue - Thick

Carry Our Products   Real Estate   Privacy Policy   Legal   About Us   Black Library   Forge World   Investor Relations   Careers   Site Map   Contact Us

Country Select

WARHAMMER 40,000   WARHAMMER   THE HOBBIT

Copyright
© Games Workshop Limited 2000-2013
© Warner Bros. Entertainment Inc. All rights reserved. THE HOBBIT: AN UNEXPECTED JOURNEY and the names of the characters, items, events and places therein are trademarks of The Saul Zaentz Company d/b/a Middle-earth Enterprises under license to New Line Productions, Inc.
(s13)
© 2013 New Line Productions, Inc. All rights reserved. The Lord of the Rings: The Fellowship of the Ring, The Lord of the Rings: The Two Towers, The Lord of the Rings: The Return of the King and the names of the characters, items, events and places therein are trademarks of The Saul Zaentz Company d/b/a Middle-earth Enterprises under license to New Line Productions, Inc.

GW0018296

# EXHIBIT C

```
 1            IN THE UNITED STATES DISTRICT COURT

 2          FOR THE NORTHERN DISTRICT OF ILLINOIS

 3                    EASTERN DIVISION

 4

 5    - - - - - - - - - - - - - - - - - - - - -

 6    GAMES WORKSHOP LIMITED,

 7               Plaintiff,

 8                        Civil Action No. 1:10-cv-08103

 9               v.

10    CHAPTERHOUSE STUDIOS LLC,

11               Defendants.

12    - - - - - - - - - - - - - - - - - - - - - -

13

14

15

16

17       Deposition of ALAN MERRETT, taken at the

18      offices of Winston & Strawn, Ropemaker Street

19      London, UK, Sunday, 24 February, 2013, at

20      10:40 am, before Ailsa Williams, Accredited

21      Court Reporter

22

23

24

25    PAGES 1 - 178
```

                                                    Page 1

```
1    APPEARANCES:

2

3    Attorneys  for  Plaintiff:

4              FOLEY  &  LARDENER  LLP

5              90  Park  Avenue

6              New  York,  NY  10016-1314

7              BY:   JONATHAN  E.  MOSKIN

8                   (212)  682-7474

9                   jmoskin@foley.com

10

11   Attorneys  for  Defendants:

12              WINSTON  &  STRAWN  LLP

13              35  West  Wacker  Drive

14              Chicago,  IL  60601-9703

15              BY:  BRYCE  A.  COOPER

16                   (415)  591-1564

17                   bcooper@winston.com

18

19   Also  Present:

20        GILLIAN  STEVENSON:  (Games  Workshop)

21        COURT  REPORTER:

22        AILSA  WILLIAMS

23

24

25
```

Page  2

| | | |
|---|---|---|
| 1 | Chapterhouse has copied from Games Workshop? | 11:48:49 |
| 2 | A   Only that it is part of a model which | 11:48:52 |
| 3 | is the same general shape and proportions as our | 11:48:54 |
| 4 | model, so it is part of the overall broadly similar | 11:48:57 |
| 5 | idea. | 11:49:09 |
| 6 | Q   Games Workshop doesn't believe that | 11:49:11 |
| 7 | the presence of a tail is a copyrightable design | 11:49:15 |
| 8 | element, do you? | 11:49:19 |
| 9 | A   No.  I was going to say it depends of | 11:49:20 |
| 10 | course, because in some cases it might be, but not | 11:49:36 |
| 11 | in this instance we are not claiming that. | 11:49:38 |
| 12 | Q   Both of these products are 28 mm | 11:49:41 |
| 13 | scale, correct? | 11:49:44 |
| 14 | A   Correct. | 11:49:47 |
| 15 | Q   And Games Workshop isn't claiming that | 11:49:49 |
| 16 | a 28 mm scale is copyrightable, correct? | 11:49:52 |
| 17 | A   Correct. | 11:49:57 |
| 18 | Q   So I am trying to understand what | 11:49:58 |
| 19 | about the overall scale you believe is copyrightable | 11:50:00 |
| 20 | for the tail? | 11:50:05 |
| 21 | A   Then please don't.  We are not | 11:50:09 |
| 22 | claiming that the tail is a copyrightable feature. | 11:50:11 |
| 23 | Q   Okay.  What about the tail are you | 11:50:14 |
| 24 | claiming is copyrightable? | 11:50:16 |
| 25 | A   I just said we were not claiming that | 11:50:18 |

Page 47

# EXHIBIT D

1            IN THE UNITED STATES DISTRICT COURT

2          FOR THE NORTHERN DISTRICT OF ILLINOIS

3                   EASTERN DIVISION

4

5   - - - - - - - - - - - - - - - - - - - - -

6   GAMES WORKSHOP LIMITED,

7              Plaintiff,

8                       Civil Action No. 1:10-cv-08103

9              v.

10  CHAPTERHOUSE STUDIOS LLC,

11              Defendants.

12  - - - - - - - - - - - - - - - - - - - - - - -

13

14

15

16

17   Videotaped Deposition of ROBERT NAISMITH,

18   taken at the Crowne Plaza Hotel, Nottingham,

19   UK, Monday, 25 February, 2013, 12:07 pm,

20   before  Ailsa Williams, Accredited Court Reporter

21

22

23

24

25   PAGES 1 - 69

                                        Page 1

```
 1    A P P E A R A N C E S:

 2

 3    Attorneys for Plaintiff:

 4            FOLEY & LARDENER LLP

 5            90 Park Avenue

 6            New York, NY 10016-1314

 7            BY:  JONATHAN E. MOSKIN

 8                 (212) 682-7474

 9                 jmoskin@foley.com

10

11    Attorneys for Defendants:

12            WINSTON & STRAWN LLP

13            35 West Wacker Drive

14            Chicago, IL 60601-9703

15            BY: BRYCE A. COOPER

16                 (415) 591-1564

17                 bcooper@winston.com

18

19    Also Present:

20        GILLIAN STEVENSON: (Games Workshop)

21        COURT REPORTER: AILSA WILLIAMS

22        VIDEOGRAPHER: LUIS GUISBERT

23

24

25

                                    Page  2
```

| | | |
|---|---|---|
| 1 | escalation like a kind of arms war in making the next | 14:05:55 |
| 2 | figure more charismatic, more powerful, and therefore | 14:05:58 |
| 3 | the figures tend to get larger with each new issue. | 14:06:02 |
| 4 | Q   Are there other war game -- strike that. | 14:06:06 |
| 5 | Are other war game miniatures also made in 28 mm | 14:06:11 |
| 6 | scale? | 14:06:15 |
| 7 | MR. MOSKIN:  Objection, foundation.  You can | 14:06:16 |
| 8 | answer. | 14:06:17 |
| 9 | A   Yes, there are many, yes. | 14:06:17 |
| 10 | MR. COOPER:  I have no further questions. | 14:06:22 |
| 11 | THE VIDEOGRAPHER:  This concludes the video | 14:06:30 |
| 12 | deposition of Robert Naismith.  Number of tapes | 14:06:31 |
| 13 | used is one.  Time is 14:06. | 14:06:35 |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

Page 66

# EXHIBIT E

60

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION


GAMES WORKSHOP LIMITED,

            Plaintiff,

    v.                Civil Action No. 1:10-cv-08103

CHAPTERHOUSE STUDIOS LLC
and JON PAULSON
d/b/a PAULSON GAMES,

            Defendants.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .


HIGHLY CONFIDENTIAL

30(b)(6) DEPOSITION OF

NICHOLAS R. VILLACCI

VOLUME II


April 11, 2012

9:47 a.m.


Foley & Lardner LLP

555 California Street, Suite 1700

San Francisco, California 94104


Reported by Mary Goff - CSR
California Certificate No. 13427



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

Nicholas R. Villacci - Volume II                    April 11, 2012
HIGHLY CONFIDENTIAL

61

1                    APPEARANCES OF COUNSEL

2

3    For Plaintiff:

4            FOLEY & LARDNER LLP
             JONATHAN E. MOSKIN, ESQ.
5            90 Park Avenue
             New York, New York 10016
6            212-6827474
             jmoskin@foley.com

7

     For Defendants:

8

             WINSTON & STRAWN LLP
9            JENNIFER A. GOLINVEAUX, ESQ.
             THOMAS KEARNEY, ESQ.
10           101 California Street
             San Francisco, California 94111
11           415-591-1506
             lgolinveaux@winston.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25



110

1       Q     I'm sorry.  Can I just see that for a second?

2       A     Sure.

3       Q     And what is celestial lions?

4       A     They are a fact -- a chapter from -- well, a

5  player told us about.

6       Q     A chapter of what?

7       A     Space Marines.

8       Q     And space Marines are part of Warhammer

9  40,000, correct?

10      A     The fiction, yes.

11      Q     And you say, This is a standard-sized space

12  Marine tactical shoulder pad.

13            What do you mean by standard size?

14            MS. GOLINVEAUX:  I'm sorry.  What page are you

15  on?

16      A     2.

17            MS. GOLINVEAUX:  Where were you reading from,

18  please?

19      Q     (BY MR. MOSKIN) Can I see the exhibit?  Okay.

20  It says, This is the standard 28-millimeter scale

21  shoulder pad.

22            MS. GOLINVEAUX:  Thank you.

23      Q     (BY MR. MOSKIN) What is the standard size

24  you're referring to?

25      A     I'm referring to a shoulder pad that fits on



Nicholas R. Villacci - Volume II                    April 11, 2012
HIGHLY CONFIDENTIAL

111

1    the -- the Games Workshop space Marine model's shoulder.

2         Q    And how do you know it's a standard size?

3         A    We took measurements to make sure the size was

4    similar, fit inside the concave component that would fit

5    on the model.

6         Q    And how did you take those measurements?

7         A    Well, I didn't take them.  The designers took

8    them.  I can't remember who did this pad, but I know

9    Tomas has a -- a digimeter that's precision.  That's how

10   he -- I assume that's how he takes his size, shapes, and

11   stuff.

12            MS. GOLINVEAUX:  I would caution the witness

13   not to speculate.

14        Q    (BY MR. MOSKIN) How did you pick the colors to

15   use on this shoulder pad for celestial lions?

16        A    I didn't pick the colors.

17        Q    Who did?

18            MS. GOLINVEAUX:  Objection; vague and

19   ambiguous.

20        A    I don't know specifically who picked the

21   colors.  I know the photo was provided by Tomas.

22        Q    (BY MR. MOSKIN) Other than the Games Workshop

23   celestial lions, are you aware of any products using a

24   design of this standard shape that you have described

25   and the colors gold and blue?



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

Nicholas R. Villacci - Volume II                    April 11, 2012
                    HIGHLY CONFIDENTIAL

235

1   yet?

2       A    At that time they weren't a product that --

3   yeah, they hadn't been to the point where we were

4   selling them yet.

5       Q    Can you identify any products that you sell

6   that were not influenced in any way by Games Workshop's

7   products or its descriptions in -- in its books?

8            MS. GOLINVEAUX:  Objection; argumentative;

9   assumes facts not in evidence; vague and ambiguous.

10      A    A number -- I mean, our shields that's

11  definitely not a GW originated -- did it have a shield,

12  hammers?

13      Q    (BY MR. MOSKIN) That -- let me clarify the

14  question.  I'm not asking if GW was the only company

15  that -- that's ever conceived of shields or hammers.  I

16  asked you a different question.  Can you identify any of

17  the products that you sell that were not influenced in

18  some way by Games Workshop's products or the

19  descriptions of materials in its books?

20           MS. GOLINVEAUX:  Same objections.

21      A    Honestly, since I have been so involved in

22  scifi and miniatures and the hobby and -- I mean, when

23  you -- you have played with something and have been

24  involved with something for so long, that's bound to

25  have an effect on any ideas you come across or create.



Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

Nicholas R. Villacci - Volume II                    April 11, 2012
                    HIGHLY CONFIDENTIAL

                                                              236

1    So that's like saying -- no.  I mean, everything has

2    been influenced by -- everything that we have created

3    has been influenced by what I have been exposed to.  Be

4    it, Star Wars movies, Games Workshop products.  I can't

5    exclude anything from my personal experience.

6         Q    (BY MR. MOSKIN) Again, that's not the question

7    I'm asking.  Are there any products of yours that you

8    can identify that have not been influenced by Games

9    Workshop's products or descriptions of materials in its

10   books?

11             MS. GOLINVEAUX:  And he just answered that

12   question.

13             MR. MOSKIN:  No, he didn't.

14             MS. GOLINVEAUX:  Yes, he did.

15             MR. MOSKIN:  No, he didn't.

16        Q    (BY MR. MOSKIN) You can answer it again.

17             MS. GOLINVEAUX:  Objection; asked and

18   answered.  If you want to change your answer in some

19   way, you can feel free to do so.

20        Q    (BY MR. MOSKIN) He answered by reference to

21   Star Wars and things.  I wasn't asking him about Star

22   Wars.  I'm asking him simply about Games Workshop.

23             MS. GOLINVEAUX:  I'm sorry.  Could you read

24   the question back, please?

25             (The question was read back.)



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 212.557.5972

1384 Broadway - 19th Floor
New York, NY 10018
www.esquiresolutions.com

Nicholas R. Villacci - Volume II                April 11, 2012
                     HIGHLY CONFIDENTIAL
                                                              239

1    say.  I believe I have given you an answer.

2        Q    (BY MR. MOSKIN) Name a product of yours that

3    has not been influenced by Games Workshop's products or

4    materials in its books.

5             MS. GOLINVEAUX:  Objection; argumentative.

6        A    I gave you an answer.  I said all of our

7    products have been influenced by a number of things,

8    including Games Workshop's products and books.

9             I'm not going to limit myself and say our

10   products have only been influenced, inspired by -- by

11   Games Workshop stuff.  They have been inspired by a

12   number of items, a number of cultural -- pop culture

13   stuff put together to, you know, come out to that sort

14   of expression of our products.

15       Q    (BY MR. MOSKIN) And do you still have in front

16   of you Exhibit 2?

17       A    Yes.

18       Q    Oh, no.  I'm sorry.  It's not Exhibit 2.  And

19   I will show you what was previously marked Exhibit 16.

20            MS. GOLINVEAUX:  Have you introduced this

21   earlier today?

22            MR. MOSKIN:  Earlier at some point.  I don't

23   know when.

24            MS. GOLINVEAUX:  Well, if you haven't done it

25   today, if you have a copy for me, I would appreciate it.



# EXHIBIT F

