IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES,<br><br>Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

**DECLARATION OF GILLIAN LIDDLE STEVENSON**

I, Gillian Liddle Stevenson, hereby declare:

1. I am Senior Legal Counsel of Games Workshop Limited, with offices at Willow Road, Lenton, Nottingham, England. I base this declaration on my complete access to the books and records of Games Workshop and my personal knowledge of the matters set forth herein.

2. On or about 15 March, 2013, I was alerted that we had never succeeded in either locating employment records for one Nick Coleman (who, in 1989, had rendered two drawings at issue in this case) or in locating Mr. Coleman himself to ask if he would sign a confirmatory assignment. Owing to the sheer number of authors whose contributions to Warhammer 40,000 are at issue, after initial efforts to locate and contact authors who were no longer employed by Games Workshop, there was, evidently, simply insufficient follow-up with Mr. Coleman after initial efforts to locate him were

4814-1529-0643.1

unsuccessful. However, on 15 March, 2013, we did contact him, and he indicated he was likely an employee at the time did the subject drawings of a Thunder Hammer and a Lightning Claw insofar as they were created after the initial work he did on a contract basis in 1987. He also indicated he would be happy to sign a confirmatory assignment. My email correspondence with him is attached hereto as Exhibit A. Mr. Coleman has never purported to challenge Games Workshop's ownership of the subject drawings of a Thunder Hammer and Lightning Claw, and I expect we should have his confirmatory assignment in hand within a matter of days.

    I hereby declare under penalty of perjury this 25th day of March, 2013, under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

                                                                     Gillian Liddle Stevenson

## CERTIFICATE OF SERVICE

      I, Jason Keener, an attorney, hereby certify that on March 25, 2013, I caused to be filed electronically the foregoing DECLARATION OF GILLIAN LIDDLE STEVENSON with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

                                               /s/ Jason Keener



EXHIBIT A

**From:** Gill Stevenson [mailto:gill.stevenson@gwplc.com]
**Sent:** 19 March 2013 11:58
**To:** 'Nick Coleman'
**Subject:** RE: Hi Nick

Hi Nick

Thanks for your reply.  I have checked and these images are not in the first Warhammer 40k book which was released September 1987.  The reference that I have for those 2 pieces shows that they were first published in White Dwarf 116 in August 1989.  I don't know what sort of lead times you would have been working to in those days.

As I don't have a written contract for you, either as an employee or freelancer, to show that the items you did belong to GW, I attach an explanatory note and a Confirmatory Assignment document.  If you could sign and return the assignment (scanned electronic copy will be fine) then I would really appreciate it.  This simply confirms that anything you did for Games Workshop, either as an employee or freelancer, belongs to Games Workshop.

The note also asks for any sketches, mock-ups etc relevant to the drawings.  I appreciate that after all these years you are unlikely to have any, but I am required to ask!

Thanks again
Best regards

Gill.


Gill Stevenson
Senior Legal Counsel
Games Workshop Group plc
+44 115 900 4124



3/25/2013

www.games-workshop.com
Please note my email address has changed to gill.stevenson@gwplc.com

**From:** Nick Coleman [mailto:themasquerade@hotmail.com]
**Sent:** 15 March 2013 18:21
**To:** Gill Stevenson
**Subject:** RE: Hi Nick

I am not at my home at the moment.
If these are in the first Warhammer 40k book, then they were done on a contract basis for Games Workshop.
If they were in one of the follow up books, then i was probably working for Games Workshop at the time.

I worked for Games workshop form:
Approximately the release date of Warhammer 40k
for Approximatly 12 months.

Everything else was done on a contract basis on behalf of Games Workshop.

I would be happy to help you out with what you need.

Regards
Nick Coleman

From: gill.stevenson@gwplc.com
Date: Fri, 15 Mar 2013 15:54:33 +0000
Subject: Hi Nick
To: themasquerade@hotmail.com

Nick

Trish Carden has passed me your email address.  Thanks for agreeing to help.  All I need right now is for you to confirm that you were a  Games Workshop employee when you did the below:

## Thunder Hammer



The Thunder Hammer is built around a power generator rather like a power axe, sword or glove. In this case the generator is triggered to energise only at the instant of contact, thus enabling it to conserve energy while delivering a particularly effective blow. As the hammer is brought down upon the target, a blue energy field explodes with an almighty crack, knocking a smoking hole in the enemy while blue sparks crackle and leap about the ruined armour. The Thunder Hammer is often combined with the type of power shield known as a Storm Shield.

## Lightning Claw



This fierce slashing weapon is worn in pairs, one on each hand, doubling the ferocity of its attack. It is a difficult weapon to master and its devotees prefer an individual style of fighting. The weapon consists of long slashing blades very much like the long claws of a primeval cat. However, like other power weapons, these claws are sheathed in a deadly energy. As the razor sharp knive edges are drawn across armour they hook into it and tear it away, exposing the soft flesh and inner workings to further assault.

Of course, if you weren't, then I will need you to sign a documen to confirm that Games Workshop owns the copyright in them.  It is only because we no longer have employment contracts going back that far and these items are being copied by the company that I am sueing in the US for copyright infringement.

Thanks again and if you have any questions, please let me know.

Regards

3/25/2013

Gill.

Gill Stevenson
Senior Legal Counsel
Games Workshop Group plc
+44 115 900 4124
www.games-workshop.com
Please note my email address has changed to gill.stevenson@gwplc.com

*Information in this email and any attachments is confidential, subject to copyright and must not be used or disclosed except for the purpose it has been sent, unless required by law.*

**Games Workshop Limited,** registered in England and Wales, under company number 1467092, and registered at Games Workshop, Willow Road, Lenton, Nottingham NG7 2WS.

Unless stated otherwise by an authorised individual, nothing contained in this email is intended to create binding legal rights or obligations between you and Games Workshop in anyway, including but not limited to, in relation to settlement of any claims made by Games Workshop. This email is in no way meant to be taken as legal advice. If you are unsure of your rights or the implications of this email, you should obtain independent legal advice.

*Information in this email and any attachments is confidential, subject to copyright and must not be used or disclosed except for the purpose it has been sent, unless required by law.*

**Games Workshop Limited,** registered in England and Wales, under company number 1467092, and registered at Games Workshop, Willow Road, Lenton, Nottingham NG7 2WS.

Unless stated otherwise by an authorised individual, nothing contained in this email is intended to create binding legal rights or obligations between you and Games Workshop in anyway, including but not limited to, in relation to settlement of any claims made by Games Workshop. This email is in no way meant to be taken as legal advice. If you are unsure of your rights or the implications of this email, you should obtain independent legal advice.