IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>                                          Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC,<br><br>                                          Defendant. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

**SUPPLEMENTAL DECLARATION OF JONATHAN MOSKIN IN SUPPORT
OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

I, Jonathan Moskin, hereby declare:

1. I am a partner with the firm, Foley & Lardner LLP, attorneys for Plaintiff Games Workshop Limited, and am admitted *pro hac vice* in this matter. I have personal knowledge of the matters set forth below.

2. Attached hereto as Exhibit A are excerpts from the final version of the February 20, 2013 deposition of Chapterhouse Studios. As relevant portions of this transcript have been marked confidential by Chapterhouse, portions of this exhibit have been filed separately under seal.

3. Attached hereto as Exhibit B are documents produced in discovery by Games Workshop concerning the internet postings by Stephen Smith regarding the "Art Scale" Space Marine figures he produced and transferred to Chapterhouse, including a clearer copy of the Exhibit A to Mr. Smith's February 9 declaration (Dkt No. No. 278 -19).

4. Attached hereto as Exhibit C are excerpts from the April 11, 2012 deposition of Nicholas Villacci.

1

4825-4624-5651.1

5. Attached hereto as Exhibit D are excerpts from the February 28, 2013 deposition of Thomas Fiertek. As the relevant portions of this transcript have ben marked confidential by Chapterhouse, portions of this exhibit have been filed separately under seal.

6. Attached hereto as Exhibit E are excerpts from the February 15, 2013 deposition of Robert Lippman.

I hereby declare under penalty of perjury this 25th day of March, 2013 that the foregoing is true and correct.

/s/ Jonathan E. Moskin
Jonathan E. Moskin

2

4825-4624-5651.1

## **CERTIFICATE OF SERVICE**

   I, Jason J. Keener, an attorney, hereby certify that on March 25, 2013, I caused to be filed electronically the foregoing SUPPLEMENTAL DECLARATION OF JONATHAN MOSKIN with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

              /s/ Jason J. Keener
                Jason J. Keener

4825-4624-5651.1