# EXHIBIT

# A

# REDACTED VERSION

Case: 1:10-cv-08103 Document #: 310-4 Filed: 03/25/13 Page 2 of 6 PageID #:17721

NICHOLAS RAY VILLACCI Volume I Non-Confidential Portions  February 20, 2013
GAMES WORKSHOP vs. CHAPTERHOUSE  1–4

## Page 1

```
               CAUSE NO. 1:10-cv-08103

GAMES WORKSHOP LIMITED, ) IN THE UNITED STATES
                       ) DISTRICT COURT
        PLAINTIFF,     )
                       )
VS.                    )
                       ) FOR THE NORTHERN
CHAPTERHOUSE STUDIOS,  ) DISTRICT OF ILLINOIS
LLC, and JON PAULSON   )
d/b/a PAULSON GAMES,   )
                       )
                       )
                       ) EASTERN DIVISION
        DEFENDANTS.    )

*******************************************************

            ORAL DEPOSITION OF
            NICHOLAS RAY VILLACCI
            NON-CONFIDENTIAL PORTIONS
            FEBRUARY 20, 2013
            VOLUME 1 OF 1

*******************************************************
```

ORAL DEPOSITION OF NICHOLAS RAY VILLACCI, produced as a witness at the instance of the PLAINTIFF GAMES WORKSHOP LIMITED, and duly sworn, was taken in the above-styled and -numbered cause on February 20, 2013, from 9:06 a.m. to 5:22 p.m., before KRISTEN KOPP, RPR, CSR in and for the State of Texas, reported by machine shorthand, at Carrington, Coleman, Sloman & Blumenthal, LLP, 901 Main Street, Suite 5500, Dallas, Texas 75201, pursuant to the Texas Rules of Civil Procedure (and the provisions stated on the record or attached therein).

## Page 2

### APPEARANCES

FOR THE PLAINTIFF:

Foley & Lardner, LLP
JONATHAN E. MOSKIN
90 Park Avenue
New York, New York 10016
(212) 338-3572 telephone
(212) 687-2329 facsimile
jmoskin@foley.com

FOR THE DEFENDANT:

Marshall Gerstein Borun, LLP
JULIANNE M. HARTZELL
233 South Wacker Drive
6300 Willis Tower
Chicago, Illinois 60606
(312) 474-6625 telephone
(312) 474-0448 facsimile
jhartzell@marshallip.com

ALSO PRESENT:

Sarah Kalemeris (via telephone)

## Page 3

### INDEX

|  | PAGE |
|---|---|
| Appearances | 2 |

NICHOLAS RAY VILLACCI

| | PAGE |
|---|---|
| EXAMINATION BY MR. MOSKIN | 6 |
| EXAMINATION BY MS. HARTZELL | 183 |
| Correction Page | 186 |
| Signature Page | 187 |
| Reporter's Certificate | 188 |

(Exhibits marked during the Oral Deposition of NICHOLAS RAY VILLACCI were marked by Mr. Moskin and, by agreement between Counsel, a copy of the same were returned to me by Mr. Moskin on February 27, 2013, and attached to this transcript.)

### EXHIBITS

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 131 | Notice of Second Deposition of Chapterhouse Studios, LLC, Pursuant to 30(b)(6) | 6 |
| 132 | Notice of Second Deposition of Nick Villacci Pursuant to Fed. R. CIV. P. 30(a)(1) | 6 |
| 133 | Declaration of Nicholas Villacci | 11 |
| 134 | Defendant Chapterhouse Studio, LLC's supplemental Responses to Plaintiff's Seventh Set of Interrogatories (Nos. 18-23) | 13 |
| 135 | December 26, 2012 E-Mail to Stephen Smith from Nick Villacci | 15 |
| 136 | E-Mail Chain Beginning with a June 21, 2011 E-Mail to Stephen Smith from Nick Villacci | 16 |

## Page 4

### EXHIBITS (Cont'd)

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 137 | E-Mail Chain Beginning with an April 13, 2011 E-Mail to Nick Villacci from Stephen Smith | 16 |
| 138 | March 7, 2012 E-Mail to Shane Witnov and Tom Kearney from Nick Villacci | 18 |
| 139 | Eighth Set of Interrogatories | 21 |
| 140 | Reply to Thread E-Mail | 29 |
| 141 | Message Reply E-Mail | 31 |
| 142 | Forum Posts | 32 |
| 143 | DakkaDakka Forum | 34 |
| 144 | eBay Post | 37 |
| 145 | Claim Chart | 39 |
| 146 | New Release Post | 40 |
| 147 | Product Description | 40 |
| 148 | Exhibit A | 42 |
| 149 | Declaration of Stephen Smith | 46 |
| 150 | Inquiry Cary E-Mail | 52 |
| 151 | New Kit E-Mail | 66 |
| 152 | Office Hours E-Mail | 69 |
| 153 | Inquiry Sebastian E-Mail | 73 |
| 154 | Real Size Marine E-Mail | 74 |
| 155 | Add-on Request E-Mail | 80 |
| 156 | Release Post | 87 |
| 157 | New Release Post | 87 |
| 158 | Received Jetbike E-Mail | 88 |
| 159 | Photocopy | 91 |
| 160 | Grav Bike Concept E-Mail | 92 |
| 161 | Received Jetbike E-Mail | 97 |
| 162 | Concept Art Retention E-Mail | 100 |
| 163 | Diagrams | 107 |
| 164 | Diagrams | 107 |
| 165 | New Release Post | 107 |
| 166 | Product Descriptions | 112 |
| 167 | Rail Gun First Thoughts E-Mail | 113 |
| 168 | Hi E-Mail String | 116 |
| 169 | Finished E-Mail String | 118 |
| 170 | Legal Help E-Mail String | 119 |
| 171 | DakkaDakka Releases | 123 |
| 172 | Product Inquiry E-Mail | 126 |
| 173 | Work for Chapterhouse E-Mail | 128 |
| 174 | Update on Projects E-Mail String | 137 |
| 175 | Hi, Sean, E-Mail String | 139 |
| 176 | Pod Update E-Mail String | 141 |
| 177 | Hell Ya E-Mail String | 145 |
| 178 | New Releases Post | 148 |



Case: 1:10-cv-08103 Document #: 310-4 Filed: 03/25/13 Page 3 of 6 PageID #:17722

NICHOLAS RAY VILLACCI Volume I Non-Confidential Portions February 20, 2013
GAMES WORKSHOP vs. CHAPTERHOUSE 5–8

Page 5

1  E X H I B I T S (Cont'd)
2  NO.    DESCRIPTION    PAGE
3  179  Mid-September Release Post    150
   180  Product Descriptions    152
4  181  Just Curious E-Mail String    153
   182  Commission Interest E-Mail
5  String    158
   183  Sales by Item Summary    160
6  184  FW: FW: E-Mail String    164
   185  Hmm E-Mail String    166
7  186  Pics E-Mail String    170
   187  Photocopy    173
8  188  Third Supplemental Response    175
9
   HIGHLY CONFIDENTIAL EXCERPTS BOUND UNDER SEPARATE COVER
10
         Pages 110-111
11       Pages 115-140
12  CONFIDENTIAL EXCERPTS BOUND UNDER SEPARATE COVER
13       Pages 141-185
14
15
16
17
18
19
20
21
22
23
24
25

Page 6

1       P R O C E E D I N G S
2       (The reading on the record pursuant to
3       Federal Rule 30(b)(5) was waived by all
4       parties present.)
5       NICHOLAS RAY VILLACCI,
6  having been first duly sworn, testified as follows:
7       (Commencing at 9:06 a.m.)
8       EXAMINATION
9  BY MR. MOSKIN:
10    Q. Would you please state your full name for the
11  record.
12    A. Nicholas Ray Villacci.
13       MR. MOSKIN: Let's begin by marking as
14  Exhibits 131 and 132 two deposition notices.
15       (Plaintiff's Exhibit Numbers 131 & 132
16       marked.)
17    Q. (BY MR. MOSKIN) And, Mr. Villacci, is it your
18  understanding you're appearing here today in response to
19  these two deposition notices, the first being a notice
20  under Rule 30(b)(6) and the other under Rule 30(a)(1)?
21    A. Yes, that's my understanding.
22    Q. And are you the sole designated witness on
23  behalf of Chapterhouse appearing in response to
24  Exhibit 131, the 30(b)(6) notice?
25    A. Yes.

Page 7

1    Q. Did you do anything to prepare for your
2  deposition today?
3    A. Yes.
4    Q. And what did you do?
5    A. I met with my counsel, Julianne, and discussed
6  preparations for a deposition.
7    Q. And when did you meet with her?
8    A. Yesterday and the day before yesterday.
9    Q. Now, is that in person or by phone?
10    A. That was in person.
11    Q. Both times?
12    A. Yes.
13    Q. And how much time did you spend in the two
14  meetings?
15    A. I couldn't guess. It was -- appeared over two
16  days. We met in the morning both days and left in the
17  afternoon both days.
18    Q. I'm sorry. And left in the afternoon?
19    A. Yes.
20    Q. So that you didn't meet in -- you just -- you
21  met in the mornings but not in the afternoon on both
22  days?
23    A. She left approximately 3 o'clock both days.
24    Q. Okay. Did you review any documents to prepare
25  for your testimony?

Page 8

1    A. Yes.
2    Q. And what documents did you review?
3    A. The case chart -- the disputed product case
4  chart, the contracts, and also -- I believe -- I don't
5  remember anything else. I'm sorry.
6    Q. Okay. When you say the case chart, do you mean
7  the side-by-side comparison of products -- your products
8  and -- and the Games Workshop either works or products?
9    A. Yes.
10    Q. And what contracts did you review?
11    A. Just the contracts I had on my computer.
12    Q. The contracts with whom?
13    A. The contractors.
14    Q. With the designers?
15    A. Yes, the contract of designers.
16    Q. Okay. Before we go any further, I know you've
17  been through -- you've been deposed before in this case,
18  but I just ask if -- just remind you of some of the
19  ground rules.
20       If I'm -- when I'm asking you questions, if
21  you don't understand anything I say, please feel free to
22  interrupt me, and I'll try to clarify. If you need to
23  take a break, let me know.
24       Is there any reason you're -- are you
25  suffering from any disability today, taking medication,



Case: 1:10-cv-08103 Document #: 310-4 Filed: 03/25/13 Page 4 of 6 PageID #:17723

NICHOLAS RAY VILLACCI Volume I Non-Confidential Portions   February 20, 2013
GAMES WORKSHOP vs. CHAPTERHOUSE   41–44

Page 41

1  Praetorius Conversion Kit.
2        And the third page seems to be a painted
3  example of the order Empress' Tears Conversion Kit.  And
4  the last page is an actual printout from the Order of
5  the Empress' Tears Conversion Kit product page.
6    Q.  (BY MR. MOSKIN)  And how many Tru-Scale Knight
7  products does Chapterhouse sell?
8    A.  Two, I believe.
9    Q.  And what -- is there a simple way to ident- --
10 to distinguish the two by name?
11       MS. HARTZELL:  Objection.  Form.
12       THE WITNESS:  One's called the Order of the
13 Empress' Tears.  The other one is just a regular generic
14 Knight Praetorius Conversion Kit.
15   Q.  (BY MR. MOSKIN)  And what is the difference
16 between the two products?
17   A.  One of the kits is our unadorned version of our
18 Knight Praetorius Conversion Kit, very limited detail.
19 And the Empress' Tears has detail that we had sculpted
20 on to make them more unique versus the generic ones we
21 sell.
22   Q.  And from these pictures shown in Exhibits 146
23 and 147, can you identify what are the additional
24 details on the Empress' Tears Tru-Scale Kit?
25       MS. HARTZELL:  Objection.  Form.

Page 42

1        THE WITNESS:  On 146 we have some droplets
2  on there.  There's some crosses.  The legs are flared
3  more.  There's some skulls added onto them, some angel
4  wings, a wine glass, some chains, some leaves.
5    Q.  (BY MR. MOSKIN)  Is the basic sculpting model
6  the same for each product?
7        MS. HARTZELL:  Objection.  Form.
8    Q.  (BY MR. MOSKIN)  The underlying pose of the
9  figure, for example?
10   A.  I couldn't say for certain whether it's just
11 resculpted on top of the Knights Praetorius Conversion
12 Kit or not.
13   Q.  Who would know that?
14   A.  The -- I would assume the person who designed
15 them.  Stephen Smith would be able to answer that.
16       MR. MOSKIN:  Let's mark this as
17 Exhibit 148.
18       (Plaintiff's Exhibit Number 148 marked.)
19   Q.  (BY MR. MOSKIN)  Can you identify what's been
20 marked as Exhibit 148?
21   A.  It appears to be a page from an Internet site.
22 I'm reading from the URL link at the bottom,
23 warsmithminiatures.co.uk.
24   Q.  Do you know whose website this is?  Is this
25 Stephen Smith's website?

Page 43

1    A.  I remember Stephen Smith having a website.  I'm
2  not certain if this is his website or not.
3    Q.  On Exhibits 146 and 147, can you tell me which
4  parts of these -- these products are made by -- were
5  produced by Chapterhouse and which are not?
6    A.  They are all produced by Chapterhouse, meaning
7  that we are, as far as I know, the company that produced
8  those parts and sells them on our website.
9    Q.  For example, let me refer you on Exhibit 146 to
10 the -- an image on page 28674.
11   A.  Okay.
12   Q.  Which parts of that figure are made by
13 Chapterhouse?
14   A.  Every single component of that figure is
15 something that Chapterhouse sells.
16   Q.  When you say it's a component that Chapterhouse
17 sells, does Chapterhouse produce all of those
18 components?
19       MS. HARTZELL:  Objection.  Form.
20       THE WITNESS:  That or one of our
21 manufacturers that we outsource our products to be
22 produced produces them for us.
23   Q.  (BY MR. MOSKIN)  There are no Games Workshop
24 components in this figure shown on page CHS28674; is
25 that correct?

Page 44

1    A.  That would be correct.
2    Q.  On page -- on the first page of Exhibit 146,
3  the product announcement says that the Knights
4  Praetorius are the Empress' most loyal soldiers.
5        Do you see that?
6    A.  Yes.
7    Q.  Who is the Empress referred to here?
8    A.  The Empress is the Empress of the fictional, I
9  guess, faction that we created so that players can have
10 fiction associated with our models.
11   Q.  Is the Empress depicted somewhere so that users
12 can identify who she is?
13   A.  Like by name or visually?
14   Q.  Either way.
15   A.  By name, yes.
16   Q.  Where?
17   A.  On the Knights Praetorius Conversion Kit
18 product description.
19   Q.  Is there some other place where the Empress'
20 characteristics or powers or features are described?
21   A.  Just in a fiction that we wrote for the
22 products that are on the product pages.
23   Q.  Such as Exhibit 146?
24   A.  147 and 146.  146 gives more of a history of a
25 battle that we wrote up that she was in.



Case: 1:10-cv-08103 Document #: 310-4 Filed: 03/25/13 Page 5 of 6 PageID #:17724

NICHOLAS RAY VILLACCI Volume I Non-Confidential Portions  February 20, 2013
GAMES WORKSHOP vs. CHAPTERHOUSE  45–48

Page 45

1 147 actually gives more description of her
2 personal aspects and characteristics. We call her Queen
3 in that one. I guess we need to be a little more
4 careful in our proofreading.
5    Q. Other than as shown on Exhibit 147, is there
6 someplace where your customers can learn the story of
7 Queen Eva Kimlar, the leader of the Valnarian Empire?
8    A. No. It's something we're starting to flesh out
9 and work on as we develop fiction for our line of models
10 that are more stand-alone-ish.
11    Q. Is there anyplace where your consumers can
12 learn anything further about the Valnarian Empire other
13 than as indicated on Exhibit 147?
14    A. No.
15    Q. What are you doing in respect of creating a
16 background story for the Queen or Empress at this
17 moment?
18        MS. HARTZELL: Objection. Form.
19        THE WITNESS: Besides just creating new
20 characters and models and trying to write them into the
21 fiction, give each character its own piece of fiction,
22 and that way we can slowly build up a world of fiction
23 around those characters and flesh it out; not much.
24 That's something in a small business that we're not able
25 to put a lot of capital behind, especially in the

Page 46

1 current situation.
2    Q. (BY MR. MOSKIN) Is somebody now at
3 Chapterhouse or on behalf of Chapterhouse writing a
4 story to flesh out the character of the Queen or
5 Empress?
6    A. No. We're not any shape or size right now to
7 devote resources to that at the moment.
8    Q. So the full extent of the Queen's or Empress'
9 fictional existence can be found on these Exhibits 146
10 and 147?
11        MS. HARTZELL: Objection. Form.
12        THE WITNESS: Yeah, whatever's not in my
13 head, I'm not thinking about, I'm just fleshing out and
14 haven't put it to paper. Yes, it would be on the
15 website.
16    Q. (BY MR. MOSKIN) As shown in Exhibits 146 and
17 147?
18        MS. HARTZELL: Objection. Form.
19        THE WITNESS: Yes.
20        MR. MOSKIN: Let's mark as 149.
21        (Plaintiff's Exhibit Number 149 marked.)
22    Q. (BY MR. MOSKIN) Have you had a chance to take
23 a look at Plaintiff's Exhibit 149?
24    A. Yes.
25    Q. And reviewing the Exhibit A to the -- this

Page 47

1 declaration of Stephen Smith and also reading
2 paragraph 2 of his declaration, does that help refresh
3 your memory whether the document we were looking at a
4 moment ago, Exhibit 148, is Mr. Smith's web page?
5        MS. HARTZELL: Objection. Form.
6        THE WITNESS: I really couldn't tell you
7 for certain. I've never seen that web page that you --
8 that's Exhibit 148 before until now.
9    Q. (BY MR. MOSKIN) Do you see where Mr. Smith
10 says in paragraph 2 that, as far as my knowledge
11 extends, the term "art" or "Tru-Scale" refers to the
12 fact that the scale of a miniature is made to reflect
13 more closely the proportions of the figures as they are
14 described in Games Workshop's books rather than the
15 miniatures that Games Workshop actually sells?
16        THE WITNESS: Did you ask if I saw that?
17    Q. (BY MR. MOSKIN) Yes.
18    A. Yes, I see that.
19    Q. Okay. And is that your understanding of how
20 the terms "art" or "Tru-Scale" are used in connection
21 with Games Workshop products?
22        MS. HARTZELL: Objection. Form.
23        THE WITNESS: Art and Tru-Scale, to my
24 understanding, is -- doesn't have to do specifically
25 with Games Workshop products. It can do with any --

Page 48

1 anything, honestly.
2        And it's basically a comparison between two
3 items of Tru-Scale. I've never heard of the word "art"
4 being an instance of that, but Tru-Scale refers to when
5 you have two items that I guess have representations
6 that aren't to scale -- normal to scale, like, say, a
7 real life car versus a model car. When you're comparing
8 that car to, say, a model of something else, like a
9 motorcycle, Tru-Scale would reflect that the models of
10 those two things would be accurate representations when
11 compared to each other.
12    Q. (BY MR. MOSKIN) Well, in connection with
13 Chapterhouse's own Tru-Scale products, do you contend
14 that Chapterhouse created the term "Tru-Scale"?
15        MS. HARTZELL: Objection. Form.
16        THE WITNESS: I would say that we were
17 probably the first -- I would like to think we were the
18 first company that actually created a Tru-Scale product
19 line.
20    Q. (BY MR. MOSKIN) But had others used the term
21 "Tru-Scale" in connection with Games Workshop products
22 before you?
23        MS. HARTZELL: Objection. Form.
24        THE WITNESS: Like the way we represent
25 Tru-Scale is T-R-U, hyphen, S-C-A-L-E. No one's ever



Case: 1:10-cv-08103 Document #: 310-4 Filed: 03/25/13 Page 6 of 6 PageID #:17725

NICHOLAS RAY VILLACCI Volume I Non-Confidential Portions        February 20, 2013
GAMES WORKSHOP vs. CHAPTERHOUSE                                 49–52

Page 49

1  done that, I don't think.
2      Q. (BY MR. MOSKIN) I'm not asking you if
3  anybody's ever made Tru-Scale products previously, but
4  rather whether you were familiar with any discussion on
5  the forums or elsewhere regarding Games Workshop
6  products where the term "Tru-Scale" was used?
7      A. Yes. I've heard other hobbies say Tru-Scale
8  before, or movie scale or --
9      Q. Movie scale?
10     A. Yeah.
11     Q. And what's your understanding of how those
12 hobbyists use the term "Tru-Scale" or "movie scale"?
13     A. Again, they're -- when I use -- and if we're
14 just to talk about Games Workshop hobbyists, and they
15 have models of something like a -- a tank, they would
16 try to model that tank and convert it so it actually
17 would appear to be to scale with another model, say like
18 an infantry model. That way, a tank that's supposed to
19 carry 11 guys would actually look like it could actually
20 carry 11 of those models inside the vehicle, it would be
21 considered to scale -- true to scale, I guess. I guess
22 Tru-Scale is just an abbreviation of saying true to
23 scale.
24     Q. Are you aware of hobbyists -- of games --
25 strike that.

Page 50

1          Are you aware of Games Workshop hobbyists
2  who, before Chapterhouse launched its Tru-Scale
3  products, used the term "Tru-Scale" as Mr. Smith does in
4  his declaration, paragraph 2?
5          MS. HARTZELL: Objection. Form.
6          THE WITNESS: Reading what he says, as far
7  as my knowledge extends -- this is what he says. The
8  term "art" or "Tru-Scale" refers to the fact that the
9  scale of the miniature is made to reflect more closely
10 to the proportions of the figures as they are described
11 in Games Workshop's books rather than the miniature that
12 Games Workshop actually sells.
13         I am aware -- I'm sorry. I am aware that
14 other hobbyists have, I guess, converted their own
15 pieces to make them accurately reflect the proportions
16 of any models, not just, you know, Games Workshop's
17 models, but any models that they use. So they would
18 accurately depict the correct scale when comparing more
19 than one model to each other.
20     Q. (BY MR. MOSKIN) Well, let's refer to Exhibits
21 146 and 147. When you describe products -- example in
22 147 -- as a -- describe a product as a Tru-Scale Knight
23 Praetorius Conversion Kit -- do you see that?
24     A. Yes.
25     Q. Okay. What is the scale to which Chapterhouse

Page 51

1  is seeking to be true?
2      A. The 28-millimeter scale that our models are
3  sculpted in.
4      Q. But -- now, are these -- what is the size --
5  strike that.
6          What is the size of a -- an assembled
7  Tru-Scale Knight Praetorius figure?
8      A. I don't know offhand how tall it is. I'd have
9  to have one in front of me to give you a measurement on
10 that.
11     Q. Isn't it taller than 28 millimeters?
12     A. 28 millimeters just reflects the scale the
13 models are sculpted in. Roughly what the model that's
14 used in a game, a human model would be -- I guess a
15 human model would be roughly 28 millimeters.
16         So I believe this kit is actually much
17 taller than 28 millimeters to depict, that like it says
18 in our description of the actual character, that this
19 model depicts, they're super-human and they're bulky and
20 they're much bigger than regular humans.
21     Q. So, again, to what scale -- strike that.
22         Since these models are not 28 millimeters
23 in size, to what scale are -- is Chapterhouse attempting
24 to be true?
25         MS. HARTZELL: Objection. Asked and

Page 52

1  answered.
2          THE WITNESS: 28 millimeters in scale.
3      Q. (BY MR. MOSKIN) But these are not
4  28 millimeters in size; correct?
5      A. 28 millimeters in scale would reflect the size
6  of a regular human model. These are not regular humans;
7  they're super-human, big bulky armored models.
8          MR. MOSKIN: Mark as 150.
9          (Plaintiff's Exhibit Number 150 marked.)
10     Q. (BY MR. MOSKIN) Let me know when you're ready,
11 if you can identify what's been marked as Exhibit 150.
12     A. It appears to be an e-mail correspondence from
13 a customer to the Chapterhouse Studios, an e-mail that
14 I -- I kind of try to keep track of and answer questions
15 from the customers through the website.
16     Q. All right. Now, who is -- do you know who is
17 Cary -- the person writing to you?
18     A. I don't know them personally other than their
19 name is Cary.
20     Q. And is this a customer or potential customer of
21 yours?
22         MS. HARTZELL: Objection. Form.
23         THE WITNESS: They could be.
24     Q. (BY MR. MOSKIN) And what did you understand
25 Cary's question to be?

