# EXHIBIT C

## Page 60

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GAMES WORKSHOP LIMITED,
    Plaintiff,
  v.    Civil Action No. 1:10-cv-08103
CHAPTERHOUSE STUDIOS LLC
and JON PAULSON
d/b/a PAULSON GAMES,
    Defendants.

HIGHLY CONFIDENTIAL
30(b)(6) DEPOSITION OF
NICHOLAS R. VILLACCI
VOLUME II

April 11, 2012
9:47 a.m.

Foley & Lardner LLP
555 California Street, Suite 1700
San Francisco, California 94104

Reported by Mary Goff - CSR
California Certificate No. 13427

## Page 61

APPEARANCES OF COUNSEL

For Plaintiff:

  FOLEY & LARDNER LLP
  JONATHAN E. MOSKIN, ESQ.
  90 Park Avenue
  New York, New York 10016
  212-6827474
  jmoskin@foley.com

For Defendants:

  WINSTON & STRAWN LLP
  JENNIFER A. GOLINVEAUX, ESQ.
  THOMAS KEARNEY, ESQ.
  101 California Street
  San Francisco, California 94111
  415-591-1506
  lgolinveaux@winston.com

## Page 62

I N D E X

WITNESS: NICHOLAS R. VILLACCI, VOLUME II

EXAMINATION                PAGE
By Mr. Moskin               65

WITNESS INSTRUCTED NOT TO ANSWER
    (None.)

REQUESTED INFORMATION
    (None.)

## Page 63

INDEX TO EXHIBITS

| Exhibit | Description | Page |
|---|---|---|
| 28 | 2nd Amended Notice of Depo | 65 |
| 29 | 2nd Amended Notice of Depo | 65 |
| 30 | Bartertown.com Trading Board, 11/24/08 | 84 |
| 31 | Chapterhouse, About Us | 102 |
| 32 | Left Arm Shoulder Pad Bit Tactical | 109 |
| 33 | Power Armor Pad for Exorcist Players | 113 |
| 34 | Sawblade SHoulder Pad & separate Jewel | 117 |
| 35 | Shoulder Pads for Chalice or Soul Drinker | 120 |
| 36 | Warlock Conversion Kit for Eldar Jet Bike | 123 |
| 37 | 28MM Celtic, Tech Wolf Shields | 123 |
| 38 | May 24th Update | 123 |
| 39 | Farseer Conversion Kit for Eldar Jet Bike | 123 |
| 40 | Tervigon Kit to Upgrade Carnifex | 129 |
| 41 | Tyranids | 132 |
| 42 | IX Devestator Marine Shoulder Pad 28MM | 135 |
| 43 | Salamanders or Dragon Drop Pod Armor | 141 |
| 44 | Mycetic Spore Pad | 145 |
| 45 | New Releases for November | 146 |
| 46 | Spore Pod for Tyranid Concept Art | 149 |
| 47 | Doomseer Iyanar-Duanna | 155 |
| 48 | May Teasers | 157 |
| 49 | Javelin Class Imperial Jet Bike Delayed | 160 |
| 50 | Armana'serq Scorpion Warrior Priestess | 164 |



**216**

1  five -- it says, plus 5.95 shipping, as well as
2  50 percent on most other stuff.  Do you see that?
3      A   Yes.
4      Q   What from -- from whom do you get a discount
5  on GW items?
6      A   We have -- well, we had -- during that time I
7  had a distributor that we had a deal with who was
8  talking about purchasing our items, and they allowed us
9  to purchase stuff through them.
10     Q   And who was that distributor?
11     A   Efigures.com.
12     Q   And where are they based?
13     A   Online.
14     Q   Okay.  Were they -- did they, in fact,
15 actually distribute you products?
16     A   No.
17     Q   That never worked out?
18     A   I decided to not use distributors.  The cost
19 to do so really affects the profit margin on stuff.
20     Q   And what was the other stuff on which you
21 would get a 50 percent discount?
22     A   Other gaming and hobby supply stuff.
23     Q   I'm showing you what was previously marked as
24 Exhibit 21.  And --
25     MS. GOLINVEAUX:  What is this?

**217**

1      MR. MOSKIN:  Oh.  Did I not give you a copy?
2  I'm sorry.
3      Q   (BY MR. MOSKIN) And can you identify
4  exhibit -- what was previously marked at the deposition
5  of Mr. Traina as Exhibit 21?
6      A   It looks like an E-mail between myself and
7  Wyatt Traina, a chain of E-mails.
8      Q   In the second paragraph you say, We have gone
9  through a lot of resources, design our own stuff from
10 scratch while using the same measured dimensions in 3D
11 applications.
12     Do you see that?
13     A   Yes.
14     Q   What are you referring to here?
15     A   We had gone through great pains to make sure
16 our products were not -- copy GW products, but they
17 still shared dimensions so they could fit with stuff for
18 a GW line.
19     Q   And what do you do to ensure that your
20 products have the same measured dimensions as Games
21 Workshop products?
22     MS. GOLINVEAUX:  Objection; asked and answered
23 multiple times.
24     A   Use the digimeter to measure, like, the inside
25 diameter of the shoulder pad so it -- it would fit on

**218**

1  the Games Workshop's space Marine shoulder.  If it's a
2  door -- replacement door, we made sure that it fit the
3  hole the original door was supposed to fit in.
4      Q   When you say "original door," you mean the
5  Games Workshop door for its product?
6      A   Yes.
7      Q   Such as tanks or drop pods?
8      A   Just tanks.  We never reproduced any drop pod
9  doors -- or produced any drop pod doors at all.
10     Q   This seems to refer to a distinction being
11 drawn between 2D and 3D applications.  Is that fair to
12 say?  Do you measure the dimensions of Games Workshop's
13 designs as shown in their books?
14     MS. GOLINVEAUX:  Objection; vague and
15 ambiguous.
16     A   No.  To clarify, I was talking computer 3D
17 applications.
18     Q   (BY MR. MOSKIN) What -- computer 3D
19 applications of your own, right?
20     A   Like, computer-aided design application
21 switch -- computer-aided design applications, which work
22 in 3D.  You design a model or engineers use them, and
23 they work on 3D.  Different axis -- X, Y, Z axis.  Those
24 are 3Ds.
25     Q   Now, do you use 3D computer design

**219**

1  applications?
2      MS. GOLINVEAUX:  Objection; vague and
3  ambiguous.
4      A   I have viewing software that lets me see what
5  designers send me, the files.  But I don't know how to
6  design anything in 3D.
7      Q   (BY MR. MOSKIN) Do your designers design the
8  Chapterhouse products using 3D computer-aided design
9  programs?
10     A   Some of them do.
11     Q   And do you know which ones?
12     A   Jeffrey Nagy knows how to use 3D design
13 applications software.  And that's the only one I can
14 think of pertaining to the products we're discussing
15 right now.
16     Q   Can you explain what you meant by the first
17 sentence in this E-mail, GW pretty much has no legal say
18 about what people make to use with their models, so long
19 as it isn't direct copies or recast of their -- of the
20 models?
21     A   I couldn't speculate what I am talking about
22 at that point.
23     Q   You don't know what you meant by that?
24     A   I can only read what it says; that GW pretty
25 much has no legal say about what people make use of

