# EXHIBIT

# D

# REDACTED VERSION

# OPUS|2
## INTERNATIONAL

**Games Workshop Limited**
**vs.**
**Chapterhouse Studios LLC**

**Highly Confidential - Attorneys' Eyes Only**
**Deposition of Tomas Fiertek**

**February 28, 2013**

Opus 2 International - Official Court Reporters
Phone: +44 (0)20 3008 5900
Email: depos@opus2international.com
Website: www.opus2international.com

Case: 1:10-cv-08103 Document #: 310-7 Filed: 03/25/13 Page 3 of 3 PageID #:17745

Games Workshop Limited vs. Chapterhouse Studios LLC
February 28, 2013                                    Deposition of Tomas Fiertek

## Page 1

```
            IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION


    GAMES WORKSHOP LIMITED,      )
                                 )
              Plaintiff,         )
                                 ) Civil Action
    vs.                          ) No.: 1:10-cv-08103
                                 )
    CHAPTERHOUSE STUDIOS LLC,    )
                                 )
              Defendant.         )
    _____)


         ** HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY **


             VIDEOCONFERENCE DEPOSITION OF
                     TOMAS FIERTEK
                   GOTHENBURG, SWEDEN
                   FEBRUARY 28, 2013
```

REPORTED BY: BRENDA MATZOV, CA CSR NO. 9243

## Page 2

1  Videoconference deposition of TOMAS FIERTEK,
2  taken in the above-entitled cause pending in the United
3  States District Court, for the Northern District of
4  Illinois, Eastern Division, pursuant to notice, before
5  BRENDA MATZOV, CA CSR No. 9243, at Gothia Towers,
6  Massans Gata 24, Third Floor, Room R33, Gothenburg,
7  Sweden, and simultaneously in Chicago, Illinois, on
8  Thursday, the 28th day of February, 2013, at 1:59 p.m.
9
10 APPEARANCE OF COUNSEL:
11 FOR PLAINTIFF:
12     FOLEY & LARDNER, LLP
       By: JASON J. KEENER, ESQ.
13        (via videoconference in Illinois)
       321 North Clark Street
14     Suite 2800
       Chicago, Illinois 60654-5313
15     (312) 832-4500 / Fax (312) 832-4700
       jkeener@foley.com
16
17 FOR DEFENDANTS:
18     MARSHALL GERSTEIN & BORUN, LLP
       By: SARAH J. KALEMERIS, ESQ.
19        JULIANNE M. HARTZELL, ESQ.
          (both via videoconference in Illinois)
20     233 South Wacker Drive
       6300 Willis Tower
21     Chicago, Illinois 60606-6357
       (312) 474-6300 / Fax (312) 474-0448
22     skalemeris@marshallip.com
       jhartzell@marshallip.com
23
24 ALSO PRESENT:
25     GILL STEVENSON, Games Workshop (in Sweden)

## Page 3

```
 1                  I N D E X
 2  WITNESS:
 3  TOMAS FIERTEK (Sworn)
 4
 5  EXAMINATION                         PAGE
 6  By Mr. Keener                        7
 7  By Ms. Kalemeris                   247
 8  By Ms. Hartzell                    248
 9
10
11
12                  E X H I B I T S
13  NUMBER       DESCRIPTION              PAGE
14  Exhibit 1    Document Entitled "Defendant
                 Chapterhouse Studios LLC's
15               Supplemental Responses to
                 Plaintiff's Seventh Set of
16               Interrogatories (Nos. 18-23),"
                 Dated February 25, 2013
17               (No Bates Number)          11
18  Exhibit 2    Internet Printout Entitled
                 "Felheart Shoulders by Jennifer
19               Biro on DeviantART"
                 (No Bates Number)          55
20
    Exhibit 3    E-mail from Tomas Fiertek to Tomas F,
21               Dated February 3, 2013, Subject:
                 "Fwd: Ideas (131-141 Plus
22               Unfinished/Unreleased Things)"
                 and Related E-mail Chain
23               (Bates CHS00032353 to CHS00032361)   59
24
25
```

## Page 4

```
 1                E X H I B I T S (Continued)
 2  NUMBER       DESCRIPTION              PAGE
 3  Exhibit 4    Document Entitled "Games Workshop
                 Claim Chart for Newly Accused
 4               Products - January 11, 2013-01-11"
                 (No Bates Number)          72
 5
    Exhibit 5    Internet Printout Entitled "Shop
 6               Roman Cuirass - Chest Plate -
                 Steel Breastplate Armor Halloween
 7               Costumes Pictures," Dated
                 October 3, 2012
 8               (No Bates Number)          94
 9  Exhibit 6    E-mail from Tomas Fiertek to Nick
                 Villacci, Dated May 24, 2011,
10               Subject: "Re: Um Helmet Concept
                 and Green" and Related E-mail Chain
11               (Bates CHS00018562 to CHS00018563)  104
12  Exhibit 7    E-mail from Tomas Fiertek to Nick
                 Villacci, Dated February 3, 2010,
13               Subject: "Re: Da Idea" and
                 Related E-mail Chain
14               (Bates CHS00030991 to CHS00031002)  120
15  Exhibit 8    E-mail from Nick Villacci to Tomas
                 Fiertek, Dated March 15, 2012,
16               Subject: "Re: Pics" and Related
                 E-mail Chain
17               (Bates CHS00030256 to CHS00030266)  171
18  Exhibit 9    E-mail from Dynath Kajira to Tomas
                 Fiertek, Dated January 26, 2013,
19               Subject: "Re: Maginot Lines"
                 and Related E-mail Chain
20               (Bates CHS00030057 to CHS00030081)  187
21  Exhibit 10   E-mail from Tomas Fiertek to Nick
                 Villacci, Dated September 28, 2011,
22               Subject: "Re: Video Spot" and
                 Related E-mail Chain
23               (Bates CHS00030267 to CHS00030276)  195
24
25
```