# EXHIBIT

# E

1

1  IN THE UNITED STATES DISTRICT COURT
2  FOR THE NORTHERN DISTRICT OF ILLINOIS
3  EASTERN DIVISION
4  ----------------------------------------
5  GAMES WORKSHOP LIMITED,
                        Plaintiff,
6
7       - Against -
                           Index No: 1:10-cv-8103
8  CHAPTERHOUSE STUDIOS LLC AND JON PAULSON D/B/A
   PAULSON GAMES,
9                        Defendants.
10 ----------------------------------------
11      The following **EXAMINATION BEFORE TRIAL** of
12 **Robert A. Lippman** (non-party witness), in the
13 above-entitled matter, was held pursuant to
14 Subpoena at **Heslin Rothenberg Farley & Mesiti**,
15 **PC**, 5 Columbia Circle, Albany, New York 12203 on
16 Friday, February 15, 2013, commencing at 11 a.m.
17 before **Tara M. Drake**, Court Reporter and Notary
18 Public.
19 ----------------------------------------

TARA M. DRAKE
MARTIN DEPOSITION SERVICES, INC.
(518) 587 - 6832

---

3

| | | | |
|---|---|---|---|
| 1 | 9 | *Lustria-Online* printouts | 86 |
| 2 | 10 | *Warhammer Forum* printouts | 100 |
| 3 | 11 | Magazine cover | 113 |
| 4 | 12 | *White Dwarf* issue 350 | 114 |
| 5 | 13 | *White Dwarf* issue 281 | 115 |
| 6 | 14 | *Warhammer Forum* printouts | 120 |
| 7 | 15 | Picture of Basilisk | 126 |
| 8 | 16 | Troll Forged Miniatures | 127 |
| 9 | 17 | *Lustria-Online* printout | 135 |
| 10 | 18 | *Lustria-Online* printout | 142 |
| 11 | 19 | *Lustria-Online* printout | 145 |
| 12 | 20 | *Lustria-Online* printout | 149 |
| 13 | 21 | *Warhammer Forum* printout | 152 |
| 14 | 23 | *Lustria-Online* printout | 157 |
| 15 | 23 | *WarSeer* | 162 |
| 16 | 24 | E-mail from Robert Lippman | 167 |
| 17 | 26 | Photograph | 178 |
| 18 | 27 | Photograph | 182 |

TARA M. DRAKE
MARTIN DEPOSITION SERVICES, INC.
(518) 587 - 6832

---

2

1 A-P-P-E-A-R-A-N-C-E-S:
2 **FOLEY & LARDNER, LLP**
  ATTORNEYS FOR PLAINTIFF GAMES WORKSHOP LIMITED
3 90 Park Avenue
  New York, New York 10016-1314
4 **JONATHAN E. MOSKIN, ESQ.**
5
  **MARSHALL, GERSTEIN, BORUN, LLP**
6 ATTORNEYS FOR DEFENDANTS CHAPTERHOUSE STUDIOS
  LLC AND JON PAULSON D/B/A PAULSON GAMES
7 233 South Wacker Drive
  6300 Willis Tower
8 Chicago, Illinois 60606
  **SARAH J. KALEMERIS, ESQ.**
9
10       **INDEX TO EXAMINATIONS**
11 **EXAMINED BY:**           **PAGE:**
12 Atty. Kalemeris           173
13 Atty. Moskin              4, 196
14
15       **LIPPMAN EXHIBITS**
16 **Number  Description           For Ident.**
17 1  Subpoena                 7
18 2  Agreement for reproduction
      rights                  36
19
20 3  Agreement for reproduction
      rights                  36
21 4  E-mail from Julianne Hartzell  48
22 5  E-mail CHS00018374      56
23 6  E-mail dated 8/6/2012   70
24 7  E-mail dated 10/5/2012  75
25 8  E-mail, CHS00018318    80

TARA M. DRAKE
MARTIN DEPOSITION SERVICES, INC.
(518) 587 - 6832

---

4

1                 Robert A. Lippman
2      **Robert A. Lippman**, called as a
3  witness, having been first duly sworn, testified
4  as follows:
5           **EXAMINATION**
6  BY MR. MOSKIN:
7   Q  State your full name for the record.
8   A  Robert Allen Lippman.
9   Q  And are you employed?
10  A  Yep.
11  Q  Could you describe what you do?
12  A  I'm an attorney.
13  Q  And do you work on your own or are you
14 part of a law firm?
15      MS. KALEMERIS:  Objection.
16 BY MR. MOSKIN:
17  Q  Can you tell me?
18  A  Lemery Greisler, LLC.
19  Q  And how long have you been a lawyer?
20  A  I think I was admitted in 1989. I'm
21 going to say May.
22  Q  And what -- generally, what type of
23 practice do you have?
24  A  Commercial litigation with some
25 subspecialties, contracts, negotiation,

TARA M. DRAKE
MARTIN DEPOSITION SERVICES, INC.
(518) 587 - 6832

117

Robert A. Lippman

1 good.
2 **Q** A much simpler question, which is simply just referring to your comment on page 27100 --
3 **A** Yeah.
4 **Q** -- of Exhibit 10 --
5 **A** Well --
6 **Q** -- whether these were the -- these were the 5th and 7th editions that you were referring to, namely Exhibits 11 and 12?
7 **MS. KALEMERIS**: I want to remind the witness to let me object.
8 **THE WITNESS**: Sorry.
9 **MS. KALEMERIS**: And give me some time.
10 Object to the form of the question.
11 **THE WITNESS**: Okay. Do you want to object?
12 **MS. KALEMERIS**: I just did.
13 **A** The Lizardman Kroxigor by Alan Perry that appear in Exhibit 11 are the 5th edition figures. Those are the original figures that Games Workshop issued as Kroxigor.
14 BY MR. MOSKIN:
15 **Q** Right.

TARA M. DRAKE
MARTIN DEPOSITION SERVICES, INC.
(518) 587 - 6832

118

Robert A. Lippman

**A** I own both of those figures, and I'm familiar with them. They are both in this photo that appears at 27100 as part of Exhibit 10.
**Q** And the other?
**A** And the other is Exhibit 12. And that has three different models shown sculpted by Martin Footit, who I don't know.
**Q** Right.
**A** And there are three models there shown. I don't own either on the left or the right, but I own the one in the center that appears in Exhibit [verbatim] 27100, Exhibit 10 as the model on the --
**Q** Closest to your own?
**A** -- fourth from the right, yeah.
**Q** Okay. That's all I was really trying to clarify.
**A** Yep. Yep. And that's a 7th edition Kroxigor.
**Q** Good. The -- if you can flip forward to page 27106 of Exhibit 10, and just can you tell me what's shown here?
**A** Yeah. That's a unit of 18 plastic Saurus at an earlier stage of their development

TARA M. DRAKE
MARTIN DEPOSITION SERVICES, INC.
(518) 587 - 6832

119

Robert A. Lippman

in my army. Three of those miniatures in the front were heavily converted by myself and are not actually a hundred percent Games Workshop in their appearance. And the remainder of them are all 7th edition Saurus -- Oh, I'm sorry. No. The remainder are all 5th edition -- original 5th edition Saurus with 7th edition shields.
**Q** So 5th edition unmodified Games Workshop Saurus and with -- with 7th edition Games Workshop shields?
**A** Yeah, I mean, they are modified because they are a combination of parts from the 5th edition Saurus and the 7th edition Saurus.
**Q** Right.
**A** I don't know. Those could have been released during 6th edition. In other words, I'm using two Games Workshop kits and bashing them together to create something that is both old and new to fit in with the general theme of my army which is, you know, a mishmash of old and new things together.
**Q** Okay. There aren't any Kroxigor in this picture?
**A** No.

TARA M. DRAKE
MARTIN DEPOSITION SERVICES, INC.
(518) 587 - 6832

120

Robert A. Lippman

**Q** What --
**A** These look a lot nicer now, by the way. They're all finished.
**Q** Okay.
(Lippman Exhibit 14 was marked for identification.)
BY MR. MOSKIN:
**Q** And can you identify what's been marked as Exhibit 14?
**A** Another page of the same.
**Q** Set of forum posts?
**A** Yeah. The same forum posting on "The Glass Cabinet" of *The Warhammer Forum*. This appears to be page 2 of 4. Making my own Croc-Ogres from scratch.
**Q** And so when we say page, this -- this document that goes on for 27 pages, I think, that's all one page on the forum?
**A** It would appear as all one screen on the forum that you could scroll down. Now, every forum has its own rules about when it inserts a new page break and creates a new page. *The Warhammer Forum* is kind of nice among forums. It lets you ramble on and on and on before they

TARA M. DRAKE
MARTIN DEPOSITION SERVICES, INC.
(518) 587 - 6832

## Page 121

*Robert A. Lippman*

insert a page break, so you can really see a lot of stuff all at one time.

It's very nice for when you're critiquing artwork. You can go back and look at earlier versions without having to jump back and forth between different screens.

**Q** And this page begins on -- with your posting on December 29th, 2011; is that right?

**A** Yeah. Sure looks that way, yep.

**Q** And for the sake of the record, I'm referring to the upper right-hand corner on the first printed page of this document.

**A** Yes.

**Q** In -- if you look at -- I think may be most clearly on the -- the printed page, Bates numbered CHS27125?

**A** Yes.

**Q** Do you see the pictures there?

**A** Sure.

**Q** Is this your -- one of your models?

**A** Yes.

**Q** Why did you cut it up?

**A** In order to make it castable.

**Q** And at this point, were you kind of

TARA M. DRAKE
MARTIN DEPOSITION SERVICES, INC.
(518) 587 - 6832

## Page 122

*Robert A. Lippman*

casting it yourself?

**A** No. I was contemplating selling the casting rights to someone.

**Q** And if you'll turn to page Bates number 27129 --

**A** Uh-huh.

**Q** -- there are a couple of terms I would like you to just clarify in the part of your post that begins, second from the bottom, on March 13 at 4:14 p.m.

**A** Uh-huh.

**Q** What are Skinks?

**A** Skinks are a subspecies of lizard man in the Games Workshop Lizardman man fluff.

**Q** Fluff? In the -- I don't know what you mean by that? What's --

**A** In other words, it's a -- it's a fantasy world.

**Q** Right.

**A** And the backstory and all of the creatures and history and characters and whatnot are all considered fluff as opposed to rules.

**Q** Okay. It's part of the backstory?

**A** Yeah.

TARA M. DRAKE
MARTIN DEPOSITION SERVICES, INC.
(518) 587 - 6832

## Page 123

*Robert A. Lippman*

**Q** I don't care where --

**A** So Skinks are a race within the Lizardman army that are sort of -- well, I mean it's a kind of lizard, a Skink. In the context of the Warhammer Lizardman army, it's a small bipedal lizard with a crest on its head that is -- they're sort of more intelligent than some of the other Lizardmen, so they are the artisans and the scribes and they, you know, perform that sort of role. They're not very powerful fighters.

**Q** Uh-huh.

**A** But they can be fielded together with Kroxigors in a combined arms unit. And in that way, they can be -- that's one of the ways that they can be used in Warhammer game.

**Q** And you -- you capitalized the word "Saurus," two words next to it?

**A** Yeah.

**Q** Is that also -- is there a particular species of lizard in the Games Workshop Lizardman?

**A** Yeah. Unlike the Skinks, which are bred for their brains, the Saurus are bred for their

TARA M. DRAKE
MARTIN DEPOSITION SERVICES, INC.
(518) 587 - 6832

## Page 124

*Robert A. Lippman*

brawn. They're really not that smart. They're brutish and warlike, and they are designed to be the soldiers and rank in file, mainstay of the Lizardman army.

**Q** All right. The following paragraph you say, "I considered using these in a Scrox unit." What's a Scrox unit?

**A** That's actually -- I don't think that's a word that Games Workshop ever actually used. It's understood on the Internet that Scrox is amalgam of Saurus and Kroxigor. And when you field a unit of -- I'm sorry. It's a amalgam of Skink and Kroxigor. And when you field a Skink unit with Kroxigor models in the second rank, players refer to it as a Scrox unit. Just a shorthand way of saying...

**Q** And the statement at the end of the, I guess, middle paragraph that you -- "I fully admit GW sculpts were my inspiration."
I assume "GW" is Games Workshop?

**A** Yes.

**Q** All right. And the remaining images in here, was this just further development of the -- of your two models, through page 27136?

TARA M. DRAKE
MARTIN DEPOSITION SERVICES, INC.
(518) 587 - 6832

125

Robert A. Lippman

1  
2     MS. KALEMERIS: Objection to the
3  form.
4  BY MR. MOSKIN:
5     Q  I want to ask you something about 27137,
6  so I was just asking if the pictures --
7     A  Oh, up to 27137.
8     Q  -136.
9     A  -136.
10        The photos are, you know, further work
11 and production photos.
12    Q  Of your two models?
13    A  Yeah.
14    Q  Okay. On 27137, the last full posting,
15 I think you're talking about -- I think you
16 mentioned this earlier in your testimony about
17 the adding some detail to the texture of the --
18 on the face?
19    A  Uh-huh.
20    Q  And what -- what -- I just want to
21 confirm, when you say the Forge World
22 Basilisk --
23    A  Uh-huh.
24    Q  -- is that another Games Workshop model?
25    A  It's a Forge World model. I think Forge

TARA M. DRAKE  
MARTIN DEPOSITION SERVICES, INC.  
(518) 587 - 6832

126

Robert A. Lippman

1  
2  World might be owned or controlled or in some
3  way affiliated with Games Workshop, but I don't
4  know what their corporate structure is.
5     Q  For the record, it happens to be a part
6  of it. But it's not your knowledge. I can tell
7  you that. But I just wanted to ask you -- let's
8  mark this.
9        (Lippman Exhibit 15 was marked for
10 identification.)
11 BY MR. MOSKIN:
12    Q  And just to be clear, Exhibit 15 is a
13 Forge World Basilisk?
14    A  Yes, that's what I was responding to.
15    Q  I know you were, but we were getting
16 ahead of the reporter.
17    A  That is a Forge World Basilisk. It's a
18 miniature that I made reference to in that March
19 22nd posting, and I gave the link for it. And
20 in some ways I drew inspiration from it.
21 Because I was trying to decide what sort of
22 texturing I wanted to do, if any, on the
23 shoulders.
24        But I ultimately didn't really go in
25 this direction. It -- it gave me some

TARA M. DRAKE  
MARTIN DEPOSITION SERVICES, INC.  
(518) 587 - 6832

127

Robert A. Lippman

1  
2  inspiration, though. It spurred my thinking and
3  my creativity. And when I say inspiration,
4  that's what I mean. You know, if -- if Renoir
5  looked at a Monet and became inspired, that's
6  the sense that I mean; that looking at this
7  Basilisk inspired me or looking at Games
8  Workshop's Kroxigors inspired me.
9     Q  I think I'm probably done with this
10 exhibit.
11        (A brief recess at 3:25 p.m. was
12 taken.)
13        (Lippman Exhibit 16 was marked for
14 identification.)
15 BY MR. MOSKIN:
16    Q  Just before we go onto the next exhibit,
17 on Exhibit 14, your screen name there is
18 Altbob --
19    A  Uh-huh.
20    Q  -- not Thinkerer or T'hinker'er?
21    A  Uh-huh.
22    Q  Is that right?
23    A  Yes.
24    Q  Do you have any other screen names or
25 avatars that you use?

TARA M. DRAKE  
MARTIN DEPOSITION SERVICES, INC.  
(518) 587 - 6832

128

Robert A. Lippman

1  
2     A  Altbob is the one I've been using the
3  longest. Since *The Warhammer Forum* is such an
4  old forum, some of my old friends are still on
5  it. I still use that name there.
6        On the UnderEmpire, which is the Skaven
7  message board forum, I'm known as
8  Bobtailmaneater, which is a mouthful. Or just
9  "Bob" to my friends. They're all just --
10 everything is just a play on words in this
11 genre.
12    Q  But on the -- any of the forum or
13 message boards for the Lizardman, are you always
14 either T'hinker'er or Altbob?
15    A  On the *Lustria-Online*, I'm always
16 T'hinker'er. *Warhammer Forum*, I'm always
17 Altbob, and UnderEmpire, I'm Bobtailmaneater or
18 Bobtail. I don't think I go by any others;
19 although, I'm on other boards.
20    Q  Okay.
21    A  I'm on Troll Forge and a couple other
22 places that I've, you know, registered myself.
23 And I don't even know what all my names are. I
24 try to be somewhat consistent so I can remember
25 them.

TARA M. DRAKE  
MARTIN DEPOSITION SERVICES, INC.  
(518) 587 - 6832