# EXHIBIT A

## Page 1

```
 1           CAUSE NO. 1:10-cv-08103
 2   GAMES WORKSHOP LIMITED,  )  IN THE UNITED STATES
                              )  DISTRICT COURT
 3          PLAINTIFF,   )
                         )
 4   VS.                 )
                         )  FOR THE NORTHERN
 5   CHAPTERHOUSE STUDIOS,)  DISTRICT OF ILLINOIS
     LLC, and JON PAULSON )
 6   d/b/a PAULSON GAMES, )
                          )
 7                        )
                          )
 8                        )  EASTERN DIVISION
        DEFENDANTS.   )
 9
10   ********************************************************
11              ORAL DEPOSITION OF
                NICHOLAS RAY VILLACCI
12              NON-CONFIDENTIAL PORTIONS
                FEBRUARY 20, 2013
13              VOLUME 1 OF 1
14
15   ********************************************************
16       ORAL DEPOSITION OF NICHOLAS RAY VILLACCI,
17   produced as a witness at the instance of the PLAINTIFF
18   GAMES WORKSHOP LIMITED, and duly sworn, was taken in the
19   above-styled and -numbered cause on February 20, 2013,
20   from 9:06 a.m. to 5:22 p.m., before KRISTEN KOPP, RPR,
21   CSR in and for the State of Texas, reported by machine
22   shorthand, at Carrington, Coleman, Sloman & Blumenthal,
23   LLP, 901 Main Street, Suite 5500, Dallas, Texas 75201,
24   pursuant to the Texas Rules of Civil Procedure (and the
25   provisions stated on the record or attached therein).
```

## Page 2

```
 1                A P P E A R A N C E S
 2   FOR THE PLAINTIFF:
 3       Foley & Lardner, LLP
         JONATHAN E. MOSKIN
 4       90 Park Avenue
         New York, New York  10016
 5       (212) 338-3572 telephone
         (212) 687-2329 facsimile
 6       jmoskin@foley.com
 7
     FOR THE DEFENDANT:
 8
         Marshall Gerstein Borun, LLP
 9       JULIANNE M. HARTZELL
         233 South Wacker Drive
10       6300 Willis Tower
         Chicago, Illinois  60606
11       (312) 474-6625 telephone
         (312) 474-0448 facsimile
12       jhartzell@marshallip.com
13
     ALSO PRESENT:
14
         Sarah Kalemeris (via telephone)
15
```

## Page 3

```
 1                   I N D E X
 2                                              PAGE
 3   Appearances...............   2
 4
 5   NICHOLAS RAY VILLACCI
 6       EXAMINATION BY MR. MOSKIN       6
 7       EXAMINATION BY MS. HARTZELL   183
 8   Correction Page..........  186
 9   Signature Page...........  187
     Reporter's Certificate...  188
10
11       (Exhibits marked during the Oral Deposition
         of NICHOLAS RAY VILLACCI were marked by
12       Mr. Moskin and, by agreement between
         Counsel, a copy of the same were returned
13       to me by Mr. Moskin on February 27, 2013,
         and attached to this transcript.)
14
15              E X H I B I T S
16   NO.      DESCRIPTION              PAGE
17   131   Notice of Second Deposition of
           Chapterhouse Studios, LLC,
18         Pursuant to 30(b)(6)          6
     132   Notice of Second Deposition of
19         Nick Villacci Pursuant to Fed.
           R. CIV. P.  30(a)(1)          6
20   133   Declaration of Nicholas Villacci   11
     134   Defendant Chapterhouse Studio,
21         LLC's supplemental Responses to
           Plaintiff's Seventh Set of
22         Interrogatories (Nos. 18-23)      13
     135   December 26, 2012 E-Mail to
23         Stephen Smith from Nick Villacci  15
     136   E-Mail Chain Beginning with a
24         June 21, 2011 E-Mail to Stephen
           Smith from Nick Villacci          16
25
```

## Page 4

```
 1             E X H I B I T S (Cont'd)
 2   NO.      DESCRIPTION              PAGE
 3   137   E-Mail Chain Beginning with an
           April 13, 2011 E-Mail to Nick
 4         Villacci from Stephen Smith    16
     138   March 7, 2012 E-Mail to Shane
 5         Witnov and Tom Kearney from Nick
           Villacci                       18
 6   139   Eighth Set of Interrogatories  21
     140   Reply to Thread E-Mail         29
 7   141   Message Reply E-Mail           31
     142   Forum Posts                    32
 8   143   DakkaDakka Forum               34
     144   eBay Post                      37
 9   145   Claim Chart                    39
     146   New Release Post               40
10   147   Product Description            40
     148   Exhibit A                      42
11   149   Declaration of Stephen Smith   46
     150   Inquiry Cary E-Mail            52
12   151   New Kit E-Mail                 66
     152   Office Hours E-Mail            69
13   153   Inquiry Sebastian E-Mail       73
     154   Real Size Marine E-Mail        74
14   155   Add-on Request E-Mail          80
     156   Release Post                   87
15   157   New Release Post               87
     158   Received Jetbike E-Mail        88
16   159   Photocopy                      91
     160   Grav Bike Concept E-Mail       92
17   161   Received Jetbike E-Mail        97
     162   Concept Art Retention E-Mail  100
18   163   Diagrams                      107
     164   Diagrams                      107
19   165   New Release Post              107
     166   Product Descriptions          112
20   167   Rail Gun First Thoughts E-Mail 113
     168   Hi E-Mail String              116
21   169   Finished E-Mail String        118
     170   Legal Help E-Mail String      119
22   171   DakkaDakka Releases           123
     172   Product Inquiry E-Mail        126
23   173   Work for Chapterhouse E-Mail  128
     174   Update on Projects E-Mail String 137
24   175   Hi, Sean, E-Mail String       139
     176   Pod Update E-Mail String      141
25   177   Hell Ya E-Mail String         145
     178   New Releases Post             148
```


**Page 5**

E X H I B I T S (Cont'd)

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 179 | Mid-September Release Post | 150 |
| 180 | Product Descriptions | 152 |
| 181 | Just Curious E-Mail String | 153 |
| 182 | Commission Interest E-Mail String | 158 |
| 183 | Sales by Item Summary | 160 |
| 184 | FW: FW: E-Mail String | 164 |
| 185 | Hmm E-Mail String | 166 |
| 186 | Pics E-Mail String | 170 |
| 187 | Photocopy | 173 |
| 188 | Third Supplemental Response | 175 |

HIGHLY CONFIDENTIAL EXCERPTS BOUND UNDER SEPARATE COVER
    Pages 110-111
    Pages 115-140

CONFIDENTIAL EXCERPTS BOUND UNDER SEPARATE COVER
    Pages 141-185

**Page 6**

P R O C E E D I N G S
    (The reading on the record pursuant to
    Federal Rule 30(b)(5) was waived by all
    parties present.)
        NICHOLAS RAY VILLACCI,
having been first duly sworn, testified as follows:
        (Commencing at 9:06 a.m.)
                EXAMINATION
BY MR. MOSKIN:
    Q. Would you please state your full name for the record.
    A. Nicholas Ray Villacci.
        MR. MOSKIN: Let's begin by marking as Exhibits 131 and 132 two deposition notices.
        (Plaintiff's Exhibit Numbers 131 & 132 marked.)
    Q. (BY MR. MOSKIN) And, Mr. Villacci, is it your understanding you're appearing here today in response to these two deposition notices, the first being a notice under Rule 30(b)(6) and the other under Rule 30(a)(1)?
    A. Yes, that's my understanding.
    Q. And are you the sole designated witness on behalf of Chapterhouse appearing in response to Exhibit 131, the 30(b)(6) notice?
    A. Yes.

**Page 7**

    Q. Did you do anything to prepare for your deposition today?
    A. Yes.
    Q. And what did you do?
    A. I met with my counsel, Julianne, and discussed preparations for a deposition.
    Q. And when did you meet with her?
    A. Yesterday and the day before yesterday.
    Q. Now, is that in person or by phone?
    A. That was in person.
    Q. Both times?
    A. Yes.
    Q. And how much time did you spend in the two meetings?
    A. I couldn't guess. It was -- appeared over two days. We met in the morning both days and left in the afternoon both days.
    Q. I'm sorry. And left in the afternoon?
    A. Yes.
    Q. So that you didn't meet in -- you just -- you met in the mornings but not in the afternoon on both days?
    A. She left approximately 3 o'clock both days.
    Q. Okay. Did you review any documents to prepare for your testimony?

**Page 8**

    A. Yes.
    Q. And what documents did you review?
    A. The case chart -- the disputed product case chart, the contracts, and also -- I believe -- I don't remember anything else. I'm sorry.
    Q. Okay. When you say the case chart, do you mean the side-by-side comparison of products -- your products and -- and the Games Workshop either works or products?
    A. Yes.
    Q. And what contracts did you review?
    A. Just the contracts I had on my computer.
    Q. The contracts with whom?
    A. The contractors.
    Q. With the designers?
    A. Yes, the contract of designers.
    Q. Okay. Before we go any further, I know you've been through -- you've been deposed before in this case, but I just ask if -- just remind you of some of the ground rules.
        If I'm -- when I'm asking you questions, if you don't understand anything I say, please feel free to interrupt me, and I'll try to clarify. If you need to take a break, let me know.
        Is there any reason you're -- are you suffering from any disability today, taking medication,



Page 9

1 under the influence of any drugs or something else that
2 might impair your ability to give full and truthful
3 testimony?
4    A.  No.
5    Q.  Okay.  Just going back to your preparation,
6 where -- when you reviewed the contracts, where do you
7 keep those contracts?
8    A.  On my computer hard drive.
9    Q.  And where do you maintain other records
10 relevant to this case?
11    A.  They're all on my computer hard drive.
12    Q.  For example, where do you maintain the Games
13 Workshop works that Chapterhouse is accused of copying?
14        MS. HARTZELL:  Objection.  Form.
15        THE WITNESS:  Boxes in my house.
16    Q.  (BY MR. MOSKIN)  And where is that?  Where is
17 your house?
18    A.  In Hurst, Texas.
19    Q.  Okay.  Are they labeled or -- or filed in any
20 particular order?
21    A.  No.
22    Q.  Do you recall at the outset of the case back
23 in -- I believe it was early August of 2011, you brought
24 a large quantity of Games Workshop materials to an
25 office to be reviewed by Chapterhouse -- by -- by Games

Page 10

1 Workshop?
2    A.  I remember collecting a large collection and my
3 attorney picked them up, provided them.
4    Q.  And what became of those materials after that
5 inspection?
6    A.  They went back into their boxes in the closets.
7    Q.  And where were those closets where the material
8 was kept at the time?
9    A.  At my previous home office.
10    Q.  And did there come a time when you moved them
11 from your previous home to your current home?
12    A.  Yes.
13    Q.  And when was that?
14    A.  October 2012.
15    Q.  At the time you moved them, did you do anything
16 to determine that the collection was still complete?
17    A.  No.  I just moved those same boxes that were in
18 the home office into the new home office.
19    Q.  You didn't undertake any inventory of the
20 contents?
21    A.  No.  I had no reason to believe that anything
22 had changed.
23    Q.  And did you assemble a number of those
24 documents or those materials again for review by Games
25 Workshop on February 8th?

Page 11

1    A.  I can't be certain the date, but that was done
2 I believe in February.
3    Q.  Okay.  And how long before the -- that date
4 that you produced those documents for inspection by
5 Games Workshop did you collect the materials that had
6 been requested?
7        MS. HARTZELL:  Objection.  Form.
8        THE WITNESS:  It was over a period of two
9 or three days prior to that -- those items being
10 produced.
11    Q.  (BY MR. MOSKIN)  And in the course of that
12 collection process, did you discover any new items that
13 Games Workshop had requested were missing?
14        MS. HARTZELL:  Objection.  Form.
15        THE WITNESS:  Yes.
16    Q.  (BY MR. MOSKIN)  Okay.  And did you do anything
17 after making that discovery?
18        MS. HARTZELL:  Objection.  Form.
19        THE WITNESS:  I notified the attorney.
20    Q.  (BY MR. MOSKIN)  And when was that?
21    A.  During that two to three days span of time.
22        MR. MOSKIN:  Okay.  Let's mark as
23 Exhibit 133 the Declaration of Nicholas Villacci.
24        (Plaintiff's Exhibit Number 133 marked.)
25    Q.  (BY MR. MOSKIN)  And can you identify this

Page 12

1 document for us?
2    A.  It says, Declaration of Nicholas Villacci.
3    Q.  Is that -- do you recall signing this document?
4 And I'll direct your attention to Page 4, which has your
5 signature on it.
6    A.  Page 4 does have my signature.  I'm just
7 looking over the rest of the document.
8        Yes, I remember signing this document.
9    Q.  And to your knowledge today, is it still -- do
10 you believe it's accurate?
11    A.  Yes.  I believe it's accurate.
12    Q.  Paragraph 3, you say that in December soon
13 after the complaint was amended to include certain new
14 products, you contacted e- -- I think you meant each of
15 the designers for newly accused products.
16        Do you see that?
17    A.  Yes.
18    Q.  What did you do?
19    A.  I was given a list of contacts of basically the
20 contractor/designer contacts my attorneys recommended
21 that I contacted pursuant to this case, and I made the
22 best attempt I could to get in touch with them through
23 e-mail.
24    Q.  Okay.  Do you have a complete list of who you
25 contacted?



Page 13
1   A.  I don't know if I have a complete list.
2       MR. MOSKIN:  Exhibit 134.
3       (Plaintiff's Exhibit Number 134 marked.)
4   Q.  (BY MR. MOSKIN)  And I'm showing you what's
5 been marked as Exhibit -- Plaintiff's Exhibit 134,
6 entitled Defendant Chapterhouse Studios' Supplemental
7 Response to Plaintiff's Seventh Set of Interrogatories,
8 Numbers 18 through 23.
9       And I first direct your attention to
10 Page 22.  Is that your signature?
11  A.  Yes.  That's my signature.
12  Q.  And direct your attention to pages 12 through
13 15, the response to interrogatory No. 2.
14      Do you see the list of products and names?
15 Actually, let's back up a step; between pages 10 through
16 15.
17      Do you see that list of products and names?
18  A.  Yes.
19  Q.  Okay.  Under the names of product designers and
20 painters, did you contact all of these people?
21  A.  Pages 10 through 11, you said?
22  Q.  Through 15.
23  A.  15?  I know for certain I contacted the product
24 designers.  I don't know for certain if I contacted the
25 painters.

Page 14
1       I made an attempt to contact the product
2 designers.  Let me correct that.
3   Q.  Okay.  Did you make any attempt to contact the
4 product painters?
5   A.  I don't remember if I did or not.
6   Q.  Okay.  And were you successful in contacting
7 all of the product designers?
8   A.  No.
9   Q.  Whom were you unable to contact?
10  A.  I personally don't know for certain.  I know I
11 gave -- I sent out an e-mail to all the product
12 designers and asked them to get in contact with my
13 representation.  I'm not sure whether or not they
14 contacted my representation or not.
15  Q.  All right.  Was there a reason you didn't
16 contact painters?
17  A.  I just was not asked to do that, I believe.
18  Q.  Okay.  Were there any of the designers, as
19 distinct from painters, whom you know you were unable to
20 contact?
21  A.  I personally did not get ahold of Edward Fisher
22 or Stephen Smith.
23  Q.  What happened when you tried to contact Stephen
24 Smith?
25  A.  I know I didn't get a reply back.

Page 15
1   Q.  In paragraph 5 of your declaration,
2 Exhibit 133, you say you use the same e-mail address and
3 same method that you had previously used in contacting
4 the designers.
5       Do you see that?
6   A.  Yes.
7   Q.  Is that also true of how you tried to contact
8 Stephen Smith?
9   A.  Yes.
10      MR. MOSKIN:  Mark this as 135.
11      (Plaintiff's Exhibit Number 135 marked.)
12  Q.  (BY MR. MOSKIN)  Is this the e-mail you sent to
13 Stephen Smith as described in your declaration to try to
14 get the documents from him?
15  A.  Yes.
16  Q.  Okay.  And do you see the e-mail address you
17 used at the top for him, info@war, hyphen, smith.co.uk?
18  A.  Yes.
19  Q.  Where did you get that e-mail address from?
20  A.  That -- I believe that website address came
21 from his working website for his personal business.
22  Q.  I'd like to show you two prior e-mails to
23 Mr. Smith.
24      MR. MOSKIN:  And we'll mark those as
25 Exhibits 136 and 137.

Page 16
1       (Plaintiff's Exhibit Numbers 136 & 137
2       marked.)
3   Q.  (BY MR. MOSKIN)  First, do you recognize these
4 two documents?
5   A.  Yes.  They look like e-mail correspondence
6 between myself and Stephen Smith.
7   Q.  Okay.  And do you see the two e-mail addresses
8 in these in Exhibit 136, Steve@ssminiatures.co.uk; and
9 in 137, smiffy@rebelsport.co.uk?
10  A.  Yes, I see those e-mails.
11  Q.  So these are prior e-mail addresses you'd used
12 to contact Mr. Smith?
13  A.  That's what it looks like, yes.
14  Q.  Is there a reason you didn't use these two
15 e-mail addresses in -- on December 26th when you tried
16 to contact him?
17  A.  I'm guessing because -- is there a reason?
18 Well, my hard drive had crashed with a lot of my e-mails
19 from a certain period of time, so that could be a
20 reason.
21      And another reason could be that these
22 e-mails didn't work when I tried to get in touch with
23 him previously.
24  Q.  Do you know if that's true or --
25  A.  I don't know if that's true for certain.



Page 17

1  Q. The reason I ask is I didn't -- and I'll
2  represent to you, you don't have to agree with this -- I
3  tried to send an e-mail to the -- a blank e-mail to
4  Stephen Smith's e-mail address used in Exhibit 135,
5  info@war, hyphen, smith.co.uk, and got an immediate
6  bounce-back that it didn't work.
7            Is that the same experience you had when
8  you tried this?
9            MS. HARTZELL: Objection. Form.
10           THE WITNESS: I don't remember.
11  Q. (BY MR. MOSKIN) After you were unable to get
12  through to Mr. Smith, did you try any other means to try
13  to contact him?
14  A. Besides e-mail?
15  Q. Besides this one e-mail on Exhibit 135.
16  A. I don't remember.
17  Q. Let me also show you what was previously marked
18  in the case as Plaintiff's Exhibit 2.
19           Let me direct your attention to Pages 13
20  through 19, the supplemental response -- the original
21  and supplemental response to interrogatory No. 6.
22           Do you see the list of names there of 23
23  people?
24  A. Yes.
25  Q. Okay. Do you recall what, if anything, you did

Page 18

1  to contact any of these people to collect documents from
2  them?
3            MS. HARTZELL: Objection. Outside the
4  scope.
5            Counsel, this 30(b)(6) is limited to the
6  currently accused products -- the newly accused
7  products.
8            THE WITNESS: I don't remember personally
9  what I did. I know I provided all my designer --
10  contract designers, contact information to the attorneys
11  like they requested. I don't remember if they were the
12  ones who made contact attempts or if I made the contact
13  attempts for each of these contract designers.
14           MR. MOSKIN: Well, let's mark as
15  Exhibit 138 a March 7th e-mail that appeared to come
16  from you.
17           (Plaintiff's Exhibit Number 138 marked.)
18           MR. MOSKIN: Can you read back my question.
19           (Requested portion was read.)
20  Q. (BY MR. MOSKIN) You have what's now been
21  marked as Exhibit 138, a March 7, 2012, e-mail that
22  appears to come from you.
23           Do you recognize this document?
24  A. It appears to be a document that -- I mean, I
25  don't remember exactly if I sent this out or not, but I

Page 19

1  can tell you what it looks like.
2            It looks like a document that was sent
3  to -- addressed to all the Chapterhouse contractors and
4  requested them to get in touch with my representation
5  and coordinate with them collecting documents.
6  Q. And, again, just to be sure I'm clear: You
7  don't recall to whom on the list of contractors in
8  interrogatory No. 6 as part of Plaintiff's Exhibit 2
9  this was sent to?
10           MS. HARTZELL: Objection. Form. Outside
11  the scope.
12           THE WITNESS: I can't tell from this
13  document. There's no "To" besides the CC of my
14  attorneys. Yeah, I couldn't hazard a guess on that.
15           MR. MOSKIN: Just go off the record for a
16  second.
17           (Discussion off the record.)
18           MR. MOSKIN: Back on the record.
19           Counsel for the parties have agreed that
20  the documents produced on Monday, February 18th,
21  constitutes all of the correspondence with contractors
22  that Chapterhouse has been able to locate, with the
23  exception of correspondence that's been designated
24  separately on a privileged log, and those documents bear
25  Bates Nos. CHS00029815 through CHS00029965.

Page 20

1            MS. HARTZELL: To clarify that, documents
2  with third-party designers regarding document
3  collection, because we've produced a large number of
4  correspondence with third-party designers related to
5  other topics.
6            MR. MOSKIN: That's fine.
7  Q. (BY MR. MOSKIN) Have you, Mr. Villacci, at any
8  time asked your contractors in the course of the work
9  they were doing with you to preserve the documents that
10  they were creating as part of that work?
11  A. Yes, I have asked contractors at times to do
12  that.
13  Q. And can you tell me what you did in that
14  respect?
15           MS. HARTZELL: Objection. Form.
16           THE WITNESS: I've mentioned that we're in
17  the middle of a legal dispute and that -- when I did
18  mention it, they should try to keep records and send me
19  photos of work in progress, and I've always kept the
20  e-mails myself. I don't delete any e-mail
21  correspondence between myself and them.
22  Q. (BY MR. MOSKIN) And when you told some of the
23  designers to keep copies, how did you tell them? Was it
24  by e-mail or some other means?
25  A. It was through e-mail.



Page 21
1  Q. Ever by any other means?
2  A. No.
3  Q. And do you know how many of the contractors you
4  asked to preserve documents?
5  A. No.
6  Q. Can you estimate? More than five? Less than
7  five? More than ten?
8      MS. HARTZELL: Objection. Form.
9      THE WITNESS: I couldn't hazard any sort of
10 guess with any accuracy.
11     MR. MOSKIN: Mark 139.
12     (Plaintiff's Exhibit Number 139 marked.)
13 Q. (BY MR. MOSKIN) I'm showing you what has been
14 marked as Plaintiff's Exhibit 139, entitled Defendant
15 Chapterhouse Studios' Supplemental Responses to
16 Plaintiff's Eighth Set of Interrogatories, Nos. 24 and
17 25.
18     I would like first to direct your attention
19 to Page 10 and ask if that's your signature.
20 A. Yes. That's my signature.
21 Q. And I'd like you to look further at the list of
22 web postings that begins on page -- the bottom of Page 6
23 and carries over to Page 7. Let me know when you've
24 found that.
25 A. Okay. I've found that.

Page 22
1  Q. And what is this list?
2  A. It is a list of posted comments regarding
3  accused works by Chapterhouse Studios.
4  Q. Did you make up this list?
5      MS. HARTZELL: Objection. Form.
6      THE WITNESS: I didn't make up this
7  document, so I couldn't for certain say I made up this
8  list.
9  Q. (BY MR. MOSKIN) Well, did you compile the --
10 this list of forum posts for your counsel?
11 A. I did compile a list of forum posts for my
12 counsel.
13 Q. And is this -- does this look like the same
14 list you compiled for counsel?
15 A. I couldn't tell you for certain just from the
16 nature of the links; there are all the same, have
17 numbers and --
18 Q. Well, do you see the question that precedes the
19 list, interrogatory No. 9 on Page 5, seeking an
20 identification of all individuals who have responded to
21 any of Chapterhouse's advertisements, promotions, and so
22 forth?
23 A. Yes, I see that.
24 Q. Is that -- to your knowledge, is this a
25 complete list in response to that question,

Page 23
1  interrogatory No. 9?
2  A. I would think it would be -- let's see. Well,
3  this is saying, identify by name and last known address,
4  including e-mail address and phone. And these are just
5  links to forum posts.
6  Q. Uh-huh.
7  A. So they're obviously not names and last known
8  addresses of individuals.
9  Q. Do you have any information listing the names,
10 identities, e-mail addresses, phone numbers, so forth,
11 of any of the individuals who have responded to any of
12 Chapterhouse's forum posts?
13     MS. HARTZELL: Objection. Form.
14     THE WITNESS: No, we don't keep records of
15 any of that because it would be impossible.
16 Q. (BY MR. MOSKIN) Okay. So what do you
17 understand this list in response to interrogatory No. 9
18 to be? Is it a list simply of the forum postings that
19 you can remember that Chapterhouse made?
20     MS. HARTZELL: Objection. Form.
21     THE WITNESS: Like it says on here,
22 Chapterhouse further responds that representatives of
23 Chapterhouse posted comments regarding accused works at
24 the following forum threads.
25     So, yes, I would say that this is -- this

Page 24
1  list compiles comments made by Chapterhouse regarding
2  accused works.
3  Q. (BY MR. MOSKIN) Does Chapterhouse -- well, do
4  you personally keep any record of when you or
5  Chapterhouse make forum posts about the accused
6  products?
7  A. No. We don't keep records.
8  Q. So, again, I -- I'm curious how you compiled
9  this list or whatever list it was you gave your counsel.
10 A. I went to the websites that I remembered
11 posting about the -- the newly accused products, and I
12 did a search under my user name. And looking at that
13 search and looking at the subject line of those posts
14 gave that list to my representations.
15 Q. Do you still have in front of you what's been
16 previously marked Exhibit 2?
17 A. Yes, I have that.
18 Q. Okay. And I'd like to refer you to
19 Chapterhouse's response to interrogatory No. 10, which
20 appears on Page 27 and carries over to the top line of
21 28. Let me know when you've found that.
22 A. I have found that.
23 Q. And when you compiled the list that appears in
24 response to interrogatory No. 9 in Exhibit 139, did you
25 go back and check the listing that you had previously


Page 25

1 given us in response to interrogatory No. 10 in the
2 first phase of the case?
3    A. I don't remember if I did that or not, no.
4    Q. Looking at this list in Exhibit 2 in response
5 to the original -- at the first interrogatory No. 10 in
6 the first phase of the case, does this help refresh your
7 memory about any of the places where you've advertised
8 any of the -- or promoted any of the new products at
9 issue in the second phase in the case?
10    A. A lot of these websites I've stopped using
11 since the original case, so I'm not sure it's exhaustive
12 on Exhibit 139 or not. There could be sites missing on
13 there. There could not -- it could be a complete list,
14 as well. I don't remember.
15    Q. But in preparing the list in Exhibit 139 in
16 response to interrogatory No. 9, you didn't go back and
17 double-check these other websites --
18      MS. HARTZELL: Objection. Form.
19    Q. (BY MR. MOSKIN) -- shown in Exhibit 2?
20      MS. HARTZELL: Objection. Asked and
21 answered.
22      THE WITNESS: I'll go ahead and stay with
23 my previous answer: I don't remember.
24    Q. (BY MR. MOSKIN) Okay. In -- if you still have
25 in front of you -- if you can find Exhibit 134.

Page 26

1    A. Okay.
2    Q. And if you look at the -- interrogatory No. 5
3 on Page 15 -- do you see that -- which seeks a listing
4 or identification of all websites or other venues,
5 including trade shows, where any of the accused works
6 has ever been marketed, promoted, offered for sale or
7 sold.
8      Do you see that?
9    A. Yes.
10    Q. Would the list that you've provided in response
11 to interrogatory No. 9 in Exhibit 139 be responsive to
12 interrogatory No. 5, as well?
13      MS. HARTZELL: Objection. Form.
14      THE WITNESS: Excuse me. I need to sneeze.
15      I believe this list is a good
16 representation of that interrogatory No. 5.
17    Q. (BY MR. MOSKIN) The list in interrogatory
18 No. 9 is a good representation of the places you've
19 advertised or promoted the goods -- the accused products
20 as requested in interrogatory No. 5?
21      MS. HARTZELL: Just to clarify, when you
22 talk about the accused works in response to these
23 interrogatories you're referring to the newly accused
24 works?
25      MR. MOSKIN: Uh-huh.

Page 27

1      THE WITNESS: As far as compiled from my
2 memory, since I didn't keep records of all my forum
3 posts, yes.
4    Q. (BY MR. MOSKIN) Do you still offer products
5 for sale on bartertown.com?
6      MS. HARTZELL: Objection. Form.
7      THE WITNESS: I don't believe any of the
8 newly accused products have been advertised on
9 Bartertown.
10    Q. (BY MR. MOSKIN) How about on eBay?
11      MS. HARTZELL: Objection. Form.
12      THE WITNESS: I don't believe any of the
13 newly accused products have been advertised on eBay.
14    Q. (BY MR. MOSKIN) If you look at the list of
15 websites in Exhibit 2 in response to interrogatory 10 --
16    A. What page was that?
17    Q. 27 to 28.
18    A. Okay.
19    Q. Are any of these websites shopping sites, such
20 as eBay or Bartertown, as distinct from forums?
21    A. EBay is a commercial website. Bartertown is
22 more of a forum.
23    Q. Okay. Are there any commercial shopping sites,
24 other than eBay, where -- and your own website
25 chapterhousestudios.com, where Chapterhouse has offered

Page 28

1 any of the accused works in either phase of the case for
2 sale?
3    A. I believe eBay is the only site that I have --
4 Chapterhouse has personally put items up for sale in
5 either case.
6    Q. In either -- for either phase of the case, have
7 you made any effort to preserve records of forum
8 postings or responses to forum postings by -- strike
9 that. Let me start again.
10      In either phase of the case, has
11 Chapterhouse made any effort to preserve forum postings
12 made by Chapterhouse or responses to forum postings made
13 by Chapterhouse on any of the forums where it has
14 promoted its products?
15      MS. HARTZELL: Objection. Form. Outside
16 the scope.
17      THE WITNESS: No.
18    Q. (BY MR. MOSKIN) And, again, for either phase
19 of the case, has Chapterhouse made any effort to
20 preserve its product offerings on eBay?
21      MS. HARTZELL: Objection. Form. Outside
22 the scope.
23      THE WITNESS: No.
24      MR. MOSKIN: This might be -- we've been
25 going for just about an hour. This may be a good time



Page 29
1  to take a short break.
2      MS. HARTZELL:  No problem.
3      (A brief break in proceedings were taken.)
4      MR. MOSKIN:  Mark as 140.
5      (Plaintiff's Exhibit Number 140 marked.)
6      MR. MOSKIN:  I'm sorry.  Can I see that?  I
7  want to make sure I'm looking at the right thing.
8      THE WITNESS: (Witness complies.)
9      MR. MOSKIN:  Okay.
10     Q.  (BY MR. MOSKIN)  I'm showing you what's been
11 marked as -- as Plaintiff's Exhibit 140 and ask if you
12 can identify this.
13     A.  It appears to be an e-mail sent to my personal
14 account from the Heresy-Online forum.
15     Q.  And do you see the content of the message is
16 that somebody with the name or avatar khrone forever has
17 just replied to a thread you -- a thread you have
18 subscribed to entitled Chapterhouse Tru-Scale Knight
19 Praetorius.
20      Do you see that?
21     A.  Yes.
22     Q.  Had you subscribed with Heresy-Online to
23 receive notifications when people responded to
24 Chapterhouse's forum postings?
25      MS. HARTZELL:  Objection.  Form.

Page 30
1      THE WITNESS:  I don't remember purposefully
2  doing that at all.  The forum may automatically have
3  done that.  I couldn't tell you.
4      Q.  (BY MR. MOSKIN)  Do you know how many
5  notifications similar to Exhibit 140 you received?
6      MS. HARTZELL:  Objection.  Form.
7      THE WITNESS:  No idea.
8      Q.  (BY MR. MOSKIN)  Let me be more precise.
9      Do you know how many notifications such as
10 Exhibit 140 you received from Heresy-Online?
11     MS. HARTZELL:  Objection.  Form.
12     THE WITNESS:  No, I don't.
13     Q.  (BY MR. MOSKIN)  Do you recall receiving
14 similar notifications from other forums with
15 Chapterhouse where you personally posted information
16 about Chapterhouse's products at issue?
17    A.  I do remember receiving a post -- e-mails
18 saying someone has replied to a post.
19    Q.  And -- and what do you remember?
20    A.  It's just -- I guess, depending on a website,
21 maybe just an e-mail saying, someone replied to your
22 post, go to this link to look at it.
23    Q.  Did you -- go ahead.  I'm sorry.  I didn't mean
24 to interrupt.
25    A.  It's -- I consider them spam.

Page 31
1     Q.  Do you know how many of the forums send you
2  these sorts of notifications?
3      MS. HARTZELL:  Objection.  Form.
4      THE WITNESS:  No, I don't know.
5     Q.  (BY MR. MOSKIN)  Did you make any effort to
6  preserve these notifications from any of the forums?
7     A.  No.
8     Q.  But you believe you get them from forums other
9  than Heresy-Online or in addition to Heresy-Online?
10     MS. HARTZELL:  Objection.  Form.
11     THE WITNESS:  I can remember that I have
12 gotten e-mails from forums.  I couldn't tell you which
13 specific ones.  It doesn't seem to be consistent.  Some
14 send them out; some don't.  And like I said, I don't
15 purposely subscribe to them.  And some send them; some
16 don't.
17     MR. MOSKIN:  Let's mark as Exhibit 141 a
18 May 2, 2012, e-mail addressed to nvillacci@verizon.net.
19     (Plaintiff's Exhibit Number 141 marked.)
20    Q.  (BY MR. MOSKIN)  And can you identify what's
21 been marked as Exhibit 141?
22    A.  It's an e-mail from my e-mail account.  It
23 looks like a reply back to a Facebook message from Mark
24 Boardman.
25    Q.  So is it -- does this Exhibit 141 reflect the

Page 32
1  fact that Facebook sends you notifications when people
2  make postings on Chapterhouse Studios' Facebook site?
3      MS. HARTZELL:  Objection.  Form.
4      THE WITNESS:  I'd say it reflects that they
5  sent me an e-mail pertaining to this specific message.
6  I couldn't tell you if that happened every time someone
7  sends a message through Facebook.
8     Q.  (BY MR. MOSKIN)  As with the Heresy-Online
9  notification, you don't -- Chapterhouse doesn't make any
10 effort to save these notifications?
11     MS. HARTZELL:  Objection.  Form.
12     THE WITNESS:  They're on our e-mail
13 account.  So I would assume our attorneys have access to
14 them and there's an electronic record of them.
15     MR. MOSKIN:  Let's mark this as
16 Exhibit 142.
17     (Plaintiff's Exhibit Number 142 marked.)
18    Q.  (BY MR. MOSKIN)  Can you identify what's been
19 marked as Exhibit 142, Mr. Villacci?
20    A.  On the top of the page, it says, Frothers
21 Unite, UK.  It appears to be a short list of posts from
22 that website forum.
23    Q.  Frothers Unite -- what is Frothers Unite?
24    A.  It's a forum that talks about sculpting and
25 painting and basically anything to do with the miniature



Page 33
1  wargaming hobbies.
2  Q. And do you recall that in response to
3  interrogatory No. 10, as part of Plaintiff's Exhibit 2,
4  Chapterhouse had previously identified Frothers Unite as
5  one of the forums where it advertises and promotes its
6  products?
7  A. I would say, yes, that we had previously said
8  that we had advertised and promoted products on this
9  website in the original case.
10  Q. If you look at the bottom of the first page of
11 Exhibit 142 where it says -- do you see where it says
12 Chapterhouse Studios?
13  A. Yes.
14  Q. Is -- is it -- what is that?
15  A. I'm not sure. It just says Chapterhouse
16 Studios. There's not any posting or information.
17  Q. Is -- or turn the page, if you will, and
18 there's another -- it looks like an -- it says,
19 Chapterhouse Studios, and it looks like there's a --
20 it's a design or avatar beneath that.
21     Do you see that?
22  A. Yes.
23  Q. Is that an example of a Chapterhouse Studio's
24 posting on Frothers Unite?
25  A. Yes. That is a Chapterhouse posting.

Page 34
1  Q. And just in general format, does this appear to
2  be -- these series of postings here collected in
3  Exhibit 142, does this appear to be people responding to
4  or discussing Chapterhouse Studios' new products or
5  products shown on this forum?
6  A. Yes. That appears to be a discussion regarding
7  Chapterhouse products.
8      MR. MOSKIN: Okay. Mark as 143.
9      (Plaintiff's Exhibit Number 143 marked.)
10  Q. (BY MR. MOSKIN) And I'm showing you what's
11 been marked as Exhibit 143 and ask if you can identify
12 this.
13  A. It is a posting on -- a list of postings on
14 DakkaDakka.com, a forum. And it's -- the first page
15 shows the subject line, Tru-Scale Empress' Tears
16 Conversion Kit, Chapterhouse Studios may release.
17     MR. MOSKIN: I'm sorry. Can you read back
18 that answer?
19     (Requested portion was read.)
20     THE WITNESS: Tru-Scale Empress' Tears
21 Conversion Kit.
22     MR. MOSKIN: See, that's why it's
23 necessary -- you really will want to read this and
24 correct them so you can get them down.
25  Q. (BY MR. MOSKIN) And is the image on that first

Page 35
1  page the -- on the left-hand side, is that Chapterhouse
2  Studios' avatar?
3  A. That's Chapterhouse Studios' company logo and
4  trademark.
5  Q. Does that indicate that this is a posting made
6  by you?
7  A. I can say that this first page is a posting
8  made by me. I -- anyone can take that same avatar or
9  trademark and put it anywhere they want. They can just
10 copy and paste it.
11  Q. Okay. How do we know this is a posting made by
12 you?
13  A. I can confirm that this posting is made by me.
14 Beyond that, there's not really any way. I mean, anyone
15 can put my name on a forum or put Chapterhouse up there.
16 There's no way to confirm that.
17  Q. Are you aware of anyone else using your company
18 logo on any of the forums where you promote your
19 products?
20  A. I've never been personally aware of anyone
21 doing that.
22  Q. And where it says under the Chapterhouse name
23 and logo, 10 gallery images; gallery votes, colon, zero;
24 posts, 1,046 -- do you see that?
25  A. Yes.

Page 36
1  Q. Does that indicate that Chapterhouse Studios
2  has made 1,046 posts on DakkaDakka?
3      MS. HARTZELL: Objection. Form.
4      THE WITNESS: I would assume so, at that
5  point.
6  Q. (BY MR. MOSKIN) Right. As of -- well, what is
7  the date of this post? How can you tell?
8  A. There's a time stamp that says 2012/5/29 18:59
9  hours and 59 seconds right above it.
10  Q. And you still have in front of you Exhibit 139,
11 the responses to interrogatories 24 and 25.
12     MR. MOSKIN: Off the record.
13     (Discussion off the record.)
14  Q. (BY MR. MOSKIN) So just to be clear, is
15 this Exhibit 143 an example of one of the forum posts
16 mentioned in response to interrogatory No. 9?
17  A. Yes.
18  Q. And I think specifically you can find it --
19 correct me if I'm wrong -- as number -- one, two, three,
20 four -- five down on the top of Page 7?
21  A. Yes.
22  Q. And we can tell that because it says -- it has
23 a unique number for the page in this instance 452381,
24 which also appears on the printout in Exhibit 143?
25  A. Yes.



Case: 1:10-cv-08103 Document #: 314-2 Filed: 03/27/13 Page 11 of 12 PageID #:17809

```
                                                      Page 37
 1    Q. And further, this is an example of the sort of
 2 forum posts that Chapterhouse would make and people
 3 would respond to, but which Chapterhouse did not save?
 4         MS. HARTZELL: Objection. Form.
 5         THE WITNESS: Yes. Yes.
 6         MR. MOSKIN: Let's mark as 144.
 7         (Plaintiff's Exhibit Number 144 marked.)
 8    Q. (BY MR. MOSKIN) Can you identify what's been
 9 marked as Exhibit 144?
10    A. It appears to be an eBay listing of a product
11 for sale -- listed for sale by Chapterhouse Studios.
12    Q. Is this, in fact, a collection of a series of
13 product listings on eBay by Chapterhouse?
14    A. It appears to be four different product
15 listings by Chapterhouse Studios on eBay.
16    Q. And when did Chapterhouse post these listings
17 or make these listings?
18         MS. HARTZELL: Objection. Form.
19         THE WITNESS: I do not know. There's no
20 date stamp on here and these listings are ongoing.
21 They're just -- they basically don't end until I decide
22 to say they end on eBay.
23    Q. (BY MR. MOSKIN) But Chapterhouse continues to
24 sell product on eBay?
25    A. We continue to sell these same four products on
```

```
                                                      Page 38
 1 eBay.
 2    Q. And this would be an example of a posting on
 3 eBay that Chapterhouse did not preserve for purposes of
 4 this litigation?
 5         MS. HARTZELL: Objection. Form.
 6         THE WITNESS: I believe my attorneys are
 7 aware of these listings, and whether they preserve them
 8 or provide them to opposing counsel, that's their
 9 decision as my representation.
10    Q. (BY MR. MOSKIN) Okay. Now, do you -- can you
11 find in that stack from Exhibit 133, your declaration.
12    A. Okay.
13    Q. And I'll refer you to paragraph 12 on Page 3,
14 which states, While I do have active listings on eBay,
15 none of the current listings are for the newly accused
16 products.
17         Do you see that?
18    A. Yes.
19    Q. What active listings do you have on eBay?
20    A. They are the same listings that are on
21 Exhibit 144.
22    Q. Have you ever had listings for any of the newly
23 accused products on eBay?
24    A. I'd have to consult a list of the newly accused
25 products and give you that -- an answer on that.
```

```
                                                      Page 39
 1    Q. Just so happens -- I don't --
 2         MR. MOSKIN: Just off the record.
 3         (Discussion off the record.)
 4         MR. MOSKIN: Why don't we mark it and then
 5 we can --
 6         MS. HARTZELL: That's fine.
 7         MR. MOSKIN: Exhibit 145.
 8         (Plaintiff's Exhibit Number 145 marked.)
 9         THE WITNESS: If it's the same one she has,
10 you can just --
11         MS. HARTZELL: No. Mine's got notes on it.
12         MR. MOSKIN: Oh, let's mark that one.
13    Q. (BY MR. MOSKIN) Mr. Villacci, I'm showing you
14 what's been marked as Exhibit 145, which is the Games
15 Workshop side-by-side comparison of product listings or
16 claim chart in this case.
17         And I'll ask you if that refreshes your
18 memory what -- whether Chapterhouse has listed any of
19 its accused new products on eBay?
20    A. Give me a minute to look through this, and then
21 I'll give you an answer.
22         Chapterhouse Studios has not listed any of
23 the newly accused products on eBay.
24    Q. Do you know which of the products -- which of
25 its accused products in either phase of the case
```

```
                                                      Page 40
 1 Chapterhouse has listed on eBay?
 2         MS. HARTZELL: Objection. Outside the
 3 scope.
 4         THE WITNESS: Beside the four products that
 5 you provided a list of, I don't have them -- those items
 6 memorized, no.
 7    Q. (BY MR. MOSKIN) Does Chapterhouse maintain
 8 some master list somewhere of what products it's
 9 advertised on eBay?
10    A. There is not a master list.
11         MR. MOSKIN: Mark as 146 and 147.
12         (Plaintiff's Exhibit Numbers 146 & 147
13          marked.)
14    Q. (BY MR. MOSKIN) Can you identify what's been
15 marked as Exhibits 146 and 147?
16    A. 146 and 147 appear to be printouts from the
17 Chapterhouse Studios website.
18    Q. And what products are shown?
19    A. 146 shows Order of the Empress' Tears, New
20 Release --
21         THE REPORTER: Order of the what?
22         THE WITNESS: Order of the Empress' Tears
23 Knights Praetorius Conversion Kit, New Release.
24         And 147, the first two pages appear to be
25 the actual product page for the Tru-Scale Knight
```



Page 41
1 Praetorius Conversion Kit.
2         And the third page seems to be a painted
3 example of the order Empress' Tears Conversion Kit. And
4 the last page is an actual printout from the Order of
5 the Empress' Tears Conversion Kit product page.
6    Q.  (BY MR. MOSKIN)  And how many Tru-Scale Knight
7 products does Chapterhouse sell?
8    A.  Two, I believe.
9    Q.  And what -- is there a simple way to ident- --
10 to distinguish the two by name?
11         MS. HARTZELL:  Objection.  Form.
12         THE WITNESS:  One's called the Order of the
13 Empress' Tears.  The other one is just a regular generic
14 Knight Praetorius Conversion Kit.
15    Q.  (BY MR. MOSKIN)  And what is the difference
16 between the two products?
17    A.  One of the kits is our unadorned version of our
18 Knight Praetorius Conversion Kit, very limited detail.
19 And the Empress' Tears has detail that we had sculpted
20 on to make them more unique versus the generic ones we
21 sell.
22    Q.  And from these pictures shown in Exhibits 146
23 and 147, can you identify what are the additional
24 details on the Empress' Tears Tru-Scale Kit?
25         MS. HARTZELL:  Objection.  Form.

Page 42
1         THE WITNESS:  On 146 we have some droplets
2 on there.  There's some crosses.  The legs are flared
3 more.  There's some skulls added onto them, some angel
4 wings, a wine glass, some chains, some leaves.
5    Q.  (BY MR. MOSKIN)  Is the basic sculpting model
6 the same for each product?
7         MS. HARTZELL:  Objection.  Form.
8    Q.  (BY MR. MOSKIN)  The underlying pose of the
9 figure, for example?
10    A.  I couldn't say for certain whether it's just
11 resculpted on top of the Knights Praetorius Conversion
12 Kit or not.
13    Q.  Who would know that?
14    A.  The -- I would assume the person who designed
15 them.  Stephen Smith would be able to answer that.
16         MR. MOSKIN:  Let's mark this as
17 Exhibit 148.
18         (Plaintiff's Exhibit Number 148 marked.)
19    Q.  (BY MR. MOSKIN)  Can you identify what's been
20 marked as Exhibit 148?
21    A.  It appears to be a page from an Internet site.
22 I'm reading from the URL link at the bottom,
23 warsmithminiatures.co.uk.
24    Q.  Do you know whose website this is?  Is this
25 Stephen Smith's website?

Page 43
1    A.  I remember Stephen Smith having a website.  I'm
2 not certain if this is his website or not.
3    Q.  On Exhibits 146 and 147, can you tell me which
4 parts of these -- these products are made by -- were
5 produced by Chapterhouse and which are not?
6    A.  They are all produced by Chapterhouse, meaning
7 that we are, as far as I know, the company that produced
8 those parts and sells them on our website.
9    Q.  For example, let me refer you on Exhibit 146 to
10 the -- an image on page 28674.
11    A.  Okay.
12    Q.  Which parts of that figure are made by
13 Chapterhouse?
14    A.  Every single component of that figure is
15 something that Chapterhouse sells.
16    Q.  When you say it's a component that Chapterhouse
17 sells, does Chapterhouse produce all of those
18 components?
19         MS. HARTZELL:  Objection.  Form.
20         THE WITNESS:  That or one of our
21 manufacturers that we outsource our products to be
22 produced produces them for us.
23    Q.  (BY MR. MOSKIN)  There are no Games Workshop
24 components in this figure shown on page CHS28674; is
25 that correct?

Page 44
1    A.  That would be correct.
2    Q.  On page -- on the first page of Exhibit 146,
3 the product announcement says that the Knights
4 Praetorius are the Empress' most loyal soldiers.
5         Do you see that?
6    A.  Yes.
7    Q.  Who is the Empress referred to here?
8    A.  The Empress is the Empress of the fictional, I
9 guess, faction that we created so that players can have
10 fiction associated with our models.
11    Q.  Is the Empress depicted somewhere so that users
12 can identify who she is?
13    A.  Like by name or visually?
14    Q.  Either way.
15    A.  By name, yes.
16    Q.  Where?
17    A.  On the Knights Praetorius Conversion Kit
18 product description.
19    Q.  Is there some other place where the Empress'
20 characteristics or powers or features are described?
21    A.  Just in a fiction that we wrote for the
22 products that are on the product pages.
23    Q.  Such as Exhibit 146?
24    A.  147 and 146.  146 gives more of a history of a
25 battle that we wrote up that she was in.

