# EXHIBIT

# C

# REDACTED VERSION



HIGHLY CONFIDENTIAL    CHS00029815

Nick Villacci

████████████

www.chapterhousestudios.com

HIGHLY CONFIDENTIAL CHS00029816