# EXHIBIT

# D

# REDACTED VERSION

**To:** 'Nick'[nvillacci@verizon.net]
**From:** █████
**Sent:** Mon 5/21/2012 1:20:13 PM
**Importance:** Low
**Subject:** RE: Real Size Marine
**Categories:** Clean

Hello Nick,

███████████████████████████████████████
███████████████████

███

-----Original Message-----
From: Nick [mailto:nvillacci@verizon.net]
Sent: lunes, 21 de mayo de 2012 21:05
To: ██████
Subject: RE: Real Size Marine

███

█████████████████████ :

████████████
████████
██████

███████████████████████

Nick Villacci

████████████

www.chapterhousestudios.com


-----Original Message-----
From: ████████████████████████
Sent: Monday, May 21, 2012 9:36 AM
To: 'Nick Villacci'
Subject: RE: Real Size Marine

███████████████████████████████ ██
██████████████████████████████
█████████████████████████
████████████████████
██████████████ ██

**EXHIBIT 154**

HIGHLY CONFIDENTIAL          CHS00024614



[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

-----Original Message-----
From: Nick Villacci [mailto:nvillacci@verizon.net]
Sent: lunes, 21 de mayo de 2012 14:10
To: [redacted]
Subject: Re: Real Size Marine

[redacted]

[redacted]

[redacted]

[redacted]
>
>-[redacted]
>
>-----Original Message-----
>From: Nick [mailto:nvillacci@verizon.net]
>Sent: jueves, 17 de mayo de 2012 16:11
>To: '[redacted]
>Subject: RE:
>
[redacted]
>
>Nick Villacci
>
>[redacted]
>
>www.chapterhousestudios.com
>
>

>
>-----Original Message-----
>From: [redacted]
>Sent: Wednesday, May 16, 2012 1:15 PM
>To: 'Nick Villacci'
>Subject: RE:
>
>
[redacted]
>
>
>-----Original Message-----
>From: Nick Villacci [mailto:nvillacci@verizon.net]
>Sent: miércoles, 16 de mayo de 2012 19:02
>To: [redacted]
>Subject: Re:
>
[redacted]
>>
>>
>>
[redacted]
>>