# EXHIBIT

# E

# REDACTED VERSION

| From: | Nick Villacci |
|---|---|
| To: | ████████████ |
| Subject: | FW: Chapterhouse Studios LLC Lawsuit |
| Date: | Thursday, December 27, 2012 1:43:29 PM |

**Nick Villacci**

████████████

www.chapterhousestudios.com

-----Original Message-----

████████████████████

**Sent:** Thursday, December 27, 2012 12:42 PM
**To:** Nick Villacci
**Subject:** RE: Chapterhouse Studios LLC Lawsuit

Hey Nick,

████████████████████

**From:** Nick Villacci
**Sent:** December 26, 2012 3:03 PM

████████████████

**Subject:** Chapterhouse Studios LLC Lawsuit

████████████████████



**Nick Villacci**

www.chapterhousestudios.com

HIGHLY CONFIDENTIAL  CHS00029822

**From:**
**To:**
**Subject:**
**Date:** Thursday, December 27, 2012 2:20:40 PM



HIGHLY CONFIDENTIAL

CHS00029829

**From:** ██████████
**To:** Nick Villacci
**Cc:** ███████████████
**Subject:** Re: Chapterhouse Studios LLC lawsuit
**Date:** Wednesday, December 26, 2012 5:44:46 PM



HIGHLY CONFIDENTIAL                    CHS00029840



```
>
> Sincerely,
>
> Nick
>
>
>
>
>
> Nick Villacci
>
>
> www.chapterhousestudios.com < http://www.chapterhousestudios.com/ >
>
>
```

| | |
|---|---|
| **From:** | ████████████████████ |
| **Sent:** | Thursday, March 15, 2012 1:32 AM |
| **To:** | Nick <nvillacci@verizon.net> |
| **Subject:** | Re: FW: Games Workshop v. Chapterhouse Studios - ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL |

On 14 March 2012 23:51, Nick <nvillacci@verizon.net> wrote:

**Nick Villacci**

www.chapterhousestudios.com

-----Original Message-----

**Sent:** Wednesday, March 14, 2012 3:39 PM
**To:** Nick
**Subject:** Re: FW: Games Workshop v. Chapterhouse Studios - ATTORNEY CLIENT PRIVILEGED AND CONFIDENTIAL

On 14 March 2012 20:03, Nick <nvillacci@verizon.net> wrote:



**Nick Villacci**

www.chapterhousestudios.com

-----Original Message-----

**Sent:** Wednesday, March 14, 2012 3:00 PM
**To:** Nick
**Subject:** Re: FW: Games Workshop v. Chapterhouse Studios - ATTORNEY CLIENT
PRIVILEGED AND CONFIDENTIAL

On 14 March 2012 18:43, Nick <nvillacci@verizon.net> wrote:

HIGHLY CONFIDENTIAL

CHS00029893



**Nick Villacci**

www.chapterhousestudios.com

The contents of this message may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Any tax advice contained in this email was not intended to be used, and cannot be used, by you (or any other taxpayer) to avoid penalties under the Internal Revenue Code of 1986, as amended.

| | |
|---|---|
| **From:** |  |
| **Sent:** | Wednesday, March 14, 2012 10:17 AM |
| **To:** | |
| **Cc:** | |
| **Subject:** | RE: FW: Important Document collection for Games Workshop vs Chapterhouse Studios case |

HIGHLY CONFIDENTIAL



```
> Sincerely,
>
>
> Nick Villacci
>
█████████████████████
>
```

HIGHLY CONFIDENTIAL  CHS00029907

> www.chapterhousestudios.com<http://www.chapterhousestudios.com/>
>
> The contents of this message may be privileged and confidential. Therefore,
if this message has been received in error, please delete it without reading
it. Your receipt of this message is not intended to waive any applicable
privilege. Please do not disseminate this message without the permission of
the author.
****************************************************************************
Any tax advice contained in this email was not intended to be used, and cannot
be used, by you (or any other taxpayer) to avoid penalties under the Internal
Revenue Code of 1986, as amended.

HIGHLY CONFIDENTIAL                                    CHS00029908