IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>CHAPTERHOUSE STUDIOS LLC,<br><br>　　　　　　　　　　　　Defendant. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

**DECLARATION OF JASON J. KEENER IN SUPPORT
OF PLAINTIFF'S OMNIBUS MOTION IN LIMINE**

I, Jason J. Keener, hereby declare:

1. I am an attorney with the firm, Foley & Lardner LLP, attorneys for Plaintiff Games Workshop Limited, and am admitted *pro hac vice* in this matter. I have personal knowledge of the matters set forth below.

2. Attached hereto as Exhibit 1 is the Expert Report of Mr. Brewster.

3. Attached hereto as Exhibit 2 is the Expert Report of Mr. Wolfe..

4. Attached hereto as Exhibit 3 is the Expert Report of Mr. Grindley..

5. Attached hereto as Exhibit 4 is Exhibit B to the Expert Report of Mr. Grindley. This Report was received on February 2, 2013, after the date for the exchange of expert reports.

6. Attached hereto as Exhibit 5 are portions of the deposition transcript of Mr. Grindley.

7. Attached hereto as Exhibit 6 is the Supplemental Expert Report of Mr. Grindley.

8. Attached hereto as Exhibit 7 are portions of the Supplemental Exhibit B to the Supplemental Expert Report of Mr. Grindley.

1

9. Attached hereto as Exhibit 8 are portions of the deposition transcript of Mr. Brewster.

10. Attached hereto as Exhibit 9 are portions of the deposition transcript of Mr. Wolfe.

11. Attached hereto as Exhibit 10 are portions of the deposition transcript of Mr. Villacci.

I hereby declare under penalty of perjury this 27th day of March, 2013 that the foregoing is true and correct.

/s/ Jason J. Keener
Jason J. Keener

4818-6205-2627.2

## **CERTIFICATE OF SERVICE**

I, Jason J. Keener, an attorney, hereby certify that on March 27, 2013, I caused to be filed electronically the foregoing DECLARATION OF JASON J. KEENER with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

    /s/ Jason J. Keener
    Jason J. Keener

4818-6205-2627.2