# EXHIBIT

# 2

# EXHIBIT A

**Expert Report from Gary K. Wolfe,**

**Professor of Humanities, Roosevelt University, Chicago, IL**

## 1. Introduction:

I have been engaged by the defendant, Chapterhouse Studios LLC , to provide

expert testimony for the case of Games Workshop Limited v Chapterhouse Studios

LLC, to be tried in Northern Illinois. I have been asked to comment on a large

number of images representing gaming figures produced by Games Workshop and

Chapterhouse Studios, placing them generally in the context of prior art and design

work associated with science fiction and fantasy images. I have examined these

exhibits, which were provided to me by Chapterhouse Studios lawyers, Winston &

Strawn LLP, including Exhibit A to Games Workshop Ltd's Answer to Interrogatory

No. 1 and tabs 1-121 in a binder ("Games Workshop's Exhibit A"), which I

understand represent images that Games Workshop claims in this case, as well as

photographs of Chapterhouse Studios' products at issue in this case numbered 1-

106 in a binder.  My intent was to place all these sets of images in the context of

earlier science fiction and fantasy art and iconography.

If called to testify, I expect to give testimony based on the opinions in this

report, but may provide additional testimony on these topics based on documents

that have not yet been identified.  I continue to examine the relevant documents and

may reach additional conclusions about them in the process of doing so. I may

modify the conclusions in this report if new, relevant information comes to my attention

before or during trial.  I reserve the right to amend this report under such conditions or

other appropriate circumstances. At trial, I may convey my testimony using images upon which I have relied. I have not testified or previously been deposed as an expert witness. Compensation has not yet been determined.

## 2. Qualifications

My qualifications to assess these matters are detailed in the resume provided separately as Exhibit A to this report, but in summary: I am currently Professor of Humanities at Roosevelt University in Chicago, IL, and contributing editor and lead reviewer since 1991 for *Locus: The Newsmagazine of the Science Fiction and Fantasy Field* (widely regarded as the magazine of record for science fiction and fantasy literature). My most recent books are *Evaporating Genres: Essays on Fantastic Literature* and *Sightings: Reviews 1997-2001* (both 2011); earlier books include *The Known and the Unknown: The Iconography of Science Fiction* (which received the Eaton Award); *David Lindsay; Critical Terms for Science Fiction and Fantasy; Harlan Ellison: The Edge of Forever* (with Ellen R. Weil); *Soundings: Reviews 1992—1996* (British Science Fiction Award, Nonfiction); *Bearings: Reviews 1997-2001*, the last two both nominees for the Hugo Award from the World Science Fiction Convention. I have received the Science Fiction Research Association's Pilgrim Award for lifetime contributions to science fiction scholarship, the International Association for the Fantastic's Distinguished Scholarship Award, a World Fantasy Award for criticism and reviews (2007). Last year I edited *Up the Bright River* (2011), the first posthumous collection of Philip Jose Farmer stories, and this year *American Science Fiction: Nine Classic Novels of the 1950s* (Library of America, forthcoming in

2

September 2012). My weekly science fiction oriented podcast with Jonathan
Strahan, the Coode Street Podcast, has been nominated this year for the Hugo Award
and the Ditmar Award (from the Australian national science fiction convention). In
addition to the books mentioned above, in the past ten years I have published 120
book review columns, 14 essays in periodicals, and 12 essays in books, all of which
are detailed in the CV.

### 3. Statement of Opinions

It is my opinion that the figures from Games Workshop draw freely on a long
and complex tradition of science fiction and fantasy imagery, and that the names
associated with these figures also reflect this tradition. Similarly, the insignia and
emblems identified in Games Workshop's Exhibit A represent variations on familiar
images and logos from military and heraldic history—dragons rampant, skulls,
crossed weapons, eagles, feathers, etc.--although this is not an area where I claim a
particular historical expertise.

In summary, the inventory identified in Games Workshop's Exhibit A
suggests an imaginary universe drawn in roughly equal measures from the
iconography of science fiction illustration (particularly military science fiction),
medieval weaponry, film design, fan art, model-making, anime, comic books, and
even costuming. While Games Workshop has invented its own terminology for
many of these figures (though as we have seen much of that terminology is also
derivative), creating a dramatic label for a figure does not make that figure an
original invention.

3

**4. Analysis**

Imaginary technology, including such figures as robots, battle suits, weapons, tanks, spacecraft, etc. has been part of an ongoing visual dialogue for more than a century, initially involving illustrations for science fiction works in novels and pulp magazines, and eventually broadening to include paperback art, fan or amateur art and costuming, film and TV design, fantasy art, manga, anime, toy design, comic books, historical and military art (including heraldry and insignia), industrial design, computer graphics, collectible figures and models, and gaming.

More than any other popular genre, science fiction has given rise to a thriving worldwide subculture of fandom, which has promoted and extended this dialogue into a pattern of consensus iconography comparable to that of folk culture. Just as anyone familiar with horror fiction easily recognizes the archetypes of vampires, werewolves, zombies, and psycho killers—apart from any specific representations of them in particular media—so do science fiction, fantasy, and gaming fans recognize the near-archetypal figures of battle robots, biomechanical creatures (heavily influenced in the last few decades by the work of H.R. Giger), aliens, high-tech battle armor, and an almost endless variety of medieval-based fantasy weaponry including halberds (see attached Exhibit C), battle axes, morningstars, voulges, and war hammers (the latter of which even provide the name of Games Workshop's signature *Warhammer 40,000*). Nearly all the specific weapons illustrated in the exhibits provided to me are variations of these familiar weapons,

4

in some cases (such as in item #112 of Games Workshop's Exhibit A) very minimal variations on historical designs.

Because of this long tradition, and because of widespread recognition that nearly all contemporary representations of science fiction and fantasy are to some degree derivative, rarely if ever has an individual artist, publication, or corporation attempted to claim sole ownership of a broad category of such images.

For example, tab #29 of Games Workshop's Exhibit A refers to "Space Marines Terminator Squad." The term "Space Marine" has been in common usage in science fiction since at least the mid-1950s, when it appeared in a story by Eric Frank Russell in *Astounding Science Fiction*. It gained much wider currency following Robert A. Heinlein's 1959 novel *Starship Troopers* and still wider currency from the 1997 film adapation of the novel. "Terminator," of course, gained almost universal familiarity from the series of films beginning with 1984's *The Terminator*.

The images associated with these terms are, if not quite generic, at least familiar from previous traditions of science fiction and fantasy art over a period of well over 50 years. To suss out the various elements of these images might require some background familiarity with the history of science fiction and fantasy art and design.

Returning to Tab #29, for example, we see an illustration of a "Space Marines Land Raider," which is simply a toy tank, not that much different in design from the first science fictional tank in H. G. Wells's "The Land Ironclads" in 1904, or even from the actual British Mark V used in World War I (image attached to this report as Exhibit B). The space marines themselves, which show up many other exhibits (8-

5

12, 29, 34, etc.) are of a familiar design which we can see in any number of earlier science fiction illustrations or movies (see examples attached as Exhibit C).

Other figures, such as the "Hive Tyrant" in #40, recall a tradition of heavily bladed creatures such as the Shrike from Dan Simmons's 1989-90 novels *Hyperion* and *The Fall of Hyperion*, while the dinosaur-like "krakens" and "behemoths" on this same page suggest widely available toy robot dinosaurs (see attached Exhibit C).

Generally, the Games Workshop universe is an amalgam of iconography freely borrowed from a number of distinct and identifiable traditions: the neo-medieval future (familiar in such books as Gene Wolfe's *The Book of the New Sun* and its various cover illustrations; the Gothic space opera (familiar from such films as *Alien* and the H.R. Giger designed biomechanical monsters in that film and its sequels), the future war story (including such novels and graphic novels as Joe Haldeman's *The Forever War* and featuring lightly adapted futuristic versions of actual weapons used in World War I and later wars); the sword-and-sorcery epic (most widely familiar from Robert E. Howard's *Conan the Barbarian* stories and various films and graphic novel adaptations); the futuristic crime story featuring mechanically enhanced battle armor (most widely familiar from films like *Robocop*); traditional Lovecraftian Gothic horror (with familiar weapons, sigils, and structures, similar to Gothic castles but enhanced with various cryptic insignia intended to suggest the alien; the earth-invasion tale featuring technologically superior aliens (as in H.G. Wells's *The War of the Worlds* and its various adaptations, even including films as recent as the *Transformers* series or *Battleship*); even non-fictional futuristic imagery once common in the pages of magazines like *Popular Mechanics*).

6

**4. Data used**

The data I have used in forming these opinions included Exhibit A to Games Workshop Ltd's Answer to Interrogatory No. 1 and tabs 1-121 in a binder ("Games Workshop's Exhibit A"), as well as photographs of Chapterhouse Studios' products at issue in this case numbered 1-106 in a binder, supplied to me by Winston and Strawn, and my own access to and familiarity with the iconography of science fiction and fantasy art and film design, as represented in books and magazines and as widely available on the Internet (entire runs of major science fiction magazine covers are available online, for example). I have attached, as Exhibit C, a few sample images to supplement the exhibits already supplied to me, in order to give some idea of how broadly familiar such images are to science fiction fans and readers.

Respectfully submitted,

Gary K. Wolfe

Dated: May 1, 2012

7

# EXHIBIT A

*Curriculum Vitae*

# GARY K. WOLFE

**Evelyn T. Stone College of Professional Studies**
**Roosevelt University**
**430 S. Michigan, Chicago, IL 60605**

*Employment History*

**Roosevelt University**
Professor of Humanities and English, 1985-present
Associate Dean, University College, 2006-2007
Associate Dean for Graduate Studies and Research, 2005-2006
Interim Graduate Dean and Vice Provost for Research, 2004-2005
Chair, BGS/BPS Program, 1994-2008
Dean, Evelyn T. Stone College, 1982-1990
Acting Dean, College of Continuing Education, 1981-1982
Assistant/Associate Professor of Humanities, 1971-1985
Humanities Coordinator, Bachelor of General Studies Program, 1971-present
Director, Assessment of Prior Learning Program, 1977-1981
Acting Coordinator, External Degree Program, 1974
Acting Associate Dean, Continuing Education, 1972

**Other**
Instructor, Newberry Library Seminar on Science Fiction and Fantasy, November 2009
Instructor, Master Class in Science Fiction Criticism, Science Fiction Foundation, London, June 2008
Contributing Editor, *Locus* Magazine, 1991-present
Lecturer, Lyceum Program, Newberry Library, 1988-96
Danforth Tutor, University of Chicago, 1970-1971
Assistant Editor, University of Kansas, 1967-1968
Reporter, Springfield, Mo. *Daily News,* 1966

*Education*

Ph.D., English Literature, University of Chicago, 1971
M.A., English Literature, University of Chicago, 1969
B.A., English Literature, University of Kansas, 1968
Southwest Missouri State College, 1964-66

*Honors, Awards, and Grants*

**World Fantasy Award,** for reviews and criticism, 2007
**British Science Fiction Association Best Nonfiction Award,** 2006 (for *Soundings*), nominated 2011 (with Jonathan Strahan, for "Coode Street Podcast")
**Science Fiction Achievement Award (Hugo),** nominee, World Science Fiction Convention, 2006 (for *Soundings*), 2011 (for *Bearings*)
**Distinguished Scholarship Award,** International Association for the Fantastic in the Arts, 1998
**Pilgrim Award,** Science Fiction Research Association, 1987
**James Friend Memorial Award for Literary Criticism,** Friends of Literature, Chicago, 1992
**John Cotton Dana Award,** American Library Association ( for "Illinois Reads" [see under *Media*]), 1988
**Eaton Award,** Lloyd J. Eaton Conference (year's outstanding critical work on science fiction, for *The Known and the Unknown*), 1981
**Who's Who in the Midwest,** 23rd ed., 1992-1993
**International Authors and Writers Who's Who,** 13th ed., 1993/94
**The Encyclopedia of Science Fiction,** author entry, 1993
U.S. Dept. of Education Title III Grant, Developing Curricula in Telecommunications, 1986-1988

1

Illinois Humanities Council Grant, Public Humanities Program, 1981
Ph.D., M.A., and B.A. awarded with honors
NDEA Fellowship, University of Chicago, 1968-1971
Woodrow Wilson Foundation Designate, University of Kansas, 1968
John Billings Fiske Memorial Poetry Prize, University of Chicago, 1969
William Herbert Carruth Memorial Poetry Award, University of Kansas, 1967 and 1968

## *Community Service*

Board of Directors, Locus Foundation, 2007-present
Board of Directors, Council of Rehabilitation Affiliates, 1985-2009
Co-Founder, Co-Director, and moderator, "Choices and Consequences" program of discussions between ex-
    offenders and high school students, various Chicago public schools, 1991-1996
Youth Program Advisory Committee and Volunteer Advisory Committee, The Volunteer Network,1991-92
Board of Directors, Friends of the Chicago Public Library, 1990-1993
By-Laws Committee, Chicago Cable Access Corporation, 1989-1990
Board of Directors, Hyde Park-Kenwood Community Conference, 1974-1976

## *Media Appearances*

**Radio:**
"Interface," host and interviewer, various Chicago and suburban stations, 1981-2004
"Roosevelt Reports," host and interviewer, various suburban Chicago stations, 1980-81
"Extension 720," WGN, Chicago, twenty guest appearances 1984-present
"The Myth Makers: Science Fiction and Fantasy," WFMT, Chicago, 1974

**Cable TV:**
"Illinois Reads," series of 16 interviews with Illinois authors, Library Cable Network, 1985-1988
"Voices:  Memories of Chicago Area Holocaust Survivors," documentary film, Holocaust Memorial Foundation
    of Illinois; writer, interviewer, producer, 1984
"Northwest Territory," Cablenet TV; interviewer, 1983-1984
"The Media and the Candidates," Cablenet TV; moderator, 1984
"The Rock that Glowed," Park Ridge Cable TV; co-author, 1987

**Podcast:**
"Notes from Coode Street," with Jonathan Strahan, 83 episodes, 2010-present
"*Locus* Magazine Podcast," 5 guest appearances, 2011-present

## *Public Lectures and Forums*

"Tarzan, Oz, and Mars:  Mythmaking in Illinois," Illinois Humanities Council speakers bureau, various
    locations in Illinois, 1994-95
"The Writing Life: Creating a Character," Reading Circle discussion series cosponsored by the Illinois
    Humanities Council and the National Book Foundation, Newberry Library, fall 1993
Centralia Correctional Facility, commencement address for Roosevelt graduates, February 1993
Illinois Literary Heritage Conference, Champaign: lecture, "Science Fiction: Solving the Problems of
    the Present in the Future," October 1992
International Press Center, Chicago: moderator, series of panel discussions on international issues,
    1992-1994
The Volunteer Network, Chicago: moderated panel discussions on volunteerism, 1991-92
The Donors Forum, Chicago:  moderated panel discussions between nonprofits and donors, 1991
Graham Correctional Facility, Hillsboro, IL: commencement address, 1990
Roosevelt University, Chicago:  public lectures "The Phantom of the Opera" (1990), "Science Fiction and the
    Future" (1987), "1984 and Other Imaginary Years" (1984), "Alternative Futures" (1981); moderated
    panel discussion on "The Holocaust: Can It Happen Here?" (1987); organized and hosted lecture series
    "Through the Looking Glass:  Humanities in the 80s" (1981)
Chicago City Lit Theatre Company: moderated opening-night discussion on play "Riders of the Purple Wage,"
    1989

Chicago Public Library: chaired "Science Fiction of the Future" (1983), "Science Fiction Writers and Critics" (1981)
Illinois Humanities Council: spoke on "Science Fiction and Social Commentary," Bradley University and Illinois State University, 1988
Lectured on science fiction and futurism at Purdue University (1984), Chicago Area MENSA (1980), Chicago Unitarian Fellowship (1979), Fourth Presbyterian Church of Chicago (1978), Michigan City, Indiana Public Library (1977); for professional meetings, see below.

*Professional Meetings: Papers and Panel Discussions (alphabetical order)*

American Association of Collegiate Registrars and Admissions Officers: "Assessment--How We Do It," 1979
Association of Humanistic Psychology: "The Politics of Humanism," 1974
Capricon Science Fiction Convention: speaker, 1990, 1991, 1992
Chicago Area College English Association: "Popular Culture, Media, and English Instruction" (speaker, 1976)
Chicago Humanities Festival, "Time and Narrative" (panel chaired, 2004)
Chimera Science Fiction Convention: speaker, 1990, 1991
Conference on College Composition and Communication: "The Role of Writing in External Degree Programs" (paper, 1977); "Student Evaluations of Teachers' Comments" (paper, 1978); "Writing and the Real World" (panel, 1979)
Confluence Science Fiction Convention, Pittsburgh: guest of honor, 2007
Eaton Conference on Science Fiction and Fantasy: "Autoplastic and Alloplastic Adaptations in Science Fiction" (paper, 1981); Eaton Award Acceptance Speech, 1981
International Association for the Fantastic in the Arts: "Fantasy and Horror Fiction" (speaker, 1981); "Toward a Theory of Fantasy" and "Numina and Fantasy" (speaker, 1982); "Women Scientists in Science Fiction" (speaker, 1983); "Fairy Tales and Modern Fantasy" (paper, 1983); "Cinema of the Fantastic" (panel chaired, 1984); "Urban Images in the Science Fiction Film" (speaker, 1984); "The Issue of Genrification" (speaker, 1985); "Science Fiction and Other Texts" (speaker, 1986); "The Critical Writings of Brian W. Aldiss" (speaker, 1987); "Fantasy: Definition and Theory" (panel chaired, 1987); "Rogue Knight: Harlan Ellison in the Men's Magazines" (paper, 1988); "The Writer and the Marketplace" (panel chaired, 1988); "Tenure, Promotion, and Publishing" (panel chaired, 1989); "The Dawn Patrol: Sex and Technology in Farmer and Ballard" (paper, 1990); "Science Fiction, Fantasy, and War" and "An Evening with Brian Aldiss and Philip Jose Farmer" (panels chaired, 1990); "The Holocaust and Fantastic Literature" (panel chaired, 1991); "Philip Jose Farmer and the Mainstream" (paper, 1992); "Fantasy as Survival: The Holocaust and Vietnam" (panel chaired, 1993); "Fancies, Fears, and Phobias: Gender Issues in Fantastic Literature" (speaker, 1993); "The Fiction of Joe Haldeman" (panel chaired, 1995); "Stasis and Chaos: Some Dynamics of Popular Genres" (guest scholar address, 1998); Reviewers' panel with John Clute, 1999 and 2000; "The True History of Science Fiction" (panel, 2001); "The Fantastic at the Turn: The *Conjunctions* Project" (panel chaired, 2002); "British SF Today" (panel chaired, 2002); Distinguished Scholars Panel 2004; "Reviews and Criticism," (panel, 2005); A Discussion with John Crowley and Peter Straub (moderator, 2005); "The Fantastic in Outsider Art, Victorians to the Present" (panel chaired, 2006); "The Writing of Kathleen Ann Goonan" (panel, 2006); "Peter Straub and the New Horror" (paper, with Amelia Beamer, 2007); "21st Century Stories" (paper, with Amelia Beamer, 2008); "The Language of the Sublime in the Fantastic" (panel chaired, 2008); "Arthur C. Clarke" (panel, 2008); "World War II in Science Fiction" (panel, 2008); "The Exile and Return of the Fantastic in the Postwar American Short Story" (paper with Amelia Beamer, 2009); "Professionals Writing" (panel chaired, 2011); "Genre Anxiety" (panel, 2011); Executive Board, 1983-present; Committee and Awards Director, 1985-present.
Locus Awards Weekend: "The Current State of Short Fiction" (panel chaired, 2009); "The Role of Research" (panel chaired, 2010; "10 Don'ts for Writers" (panel chaired, 2010).
Midwest Modern Language Association: "The Myth of the Machine in Science Fiction" (paper, 1976); "Studies in Science Fiction" (panel chaired, 1977); "Nuclear Rhetoric in del Rey's Nerves" (paper, 1983)
Midwest Popular Culture Association: "The Iconography of Science Fiction" (paper, 1974); "Paranoia and Popular Culture" (speaker, 1975); "TV Criticism" (speaker, 1976); "TV Studies" (speaker, 1977); "Science Fiction, Science Fantasy, and Fantasy" (speaker, 1980); "Back to the Future" (speaker, 1985)
Modern Language Association: "Mythic Structures in Cordwainer Smith's `The Game of Rat and Dragon'" (paper, 1976); "Science Fiction and Romantic Myth" (panel chaired, 1977)
Mythopoeic Society Annual Conference: "The Holocaust Fiction of Jane Yolen" (paper, 1993)
National Telecommunications Education Association: "Case Study: Roosevelt University" (paper, 1985)
Peter Straub Symposium on Literature and Popular Culture, University of Wisconsin, 2005, paper "The Fate

of the Unnarrated"

Popular Culture Association: "The Quatermass Serials" (paper, 1973); "Metaphors of Madness: Popular Psychological Narratives" (paper, 1974); "Paranoia and Popular Culture" (speaker, 1975); "Popular Culture and Community Education" (speaker, 1976); "The Present State of Science Fiction" (speaker, 1979); "Vietnam in Film" (speaker, 1980); "Images of the Working Class in the Media" (speaker, 1981); local arrangements committee, 1976

Readercon Science Fiction Convention: "Toward a Nomenclature of the Fantastic," "The Year in Short Fiction" (panels chaired, 2006); "The Great Speculative Fiction Critics," "The Space Opera Renaissance" (panels, 2006), "Critical Terminology" (lecture, 2008), "Reviewing vs. Criticism" (panel chaired, 2008); "70 Years of A.E. Van Vogt" (panel 2009), "The Seeds of Poe" (panel chaired, 2009, "The Career of Elizabeth Hand" (panel 2009), "How to Review" (panel 2009) "The Growth and Exile of the Fantastic in the Postwar American Short Story" (paper with Amelia Beamer, 2009), "Mainstream and Genre" (panel co-chaired 2009); "The Work of Nalo Hopkinson" (panel chaired, 2010); "The Secret History of Science Fiction" (panel 2010);"The Year in Novels" (panel 2010); program committee, 2011

Science Fiction Research Association: "The Work of David Lindsay" (paper and panel chaired, 1974); "The Rocket and the Hearth" and "Symbolic Landscapes in Fantasy" (papers, 1978); "The Remaking of Zero" (paper, 1980); "Fantasy and Horror Fiction" (speaker, 1980); "Publishing Science Fiction Criticism" (speaker, 1981); "The Work of Algis Budrys" (paper and panel chaired, 1983); "Science Fiction and Fantasy: Problems of Definition" (paper, 1985); "Science FictionCriticism: The State of the Art" (panel chaired, 1994); Pilgrim Award Acceptance Speech, 1987; Pilgrim Award Committee Chair, 1990, 2010

Windycon Science Fiction Convention: speaker 1980, 1986, 1987, 1989

World Fantasy Convention, "The Art of Reviewing", speaker, 1993; "Harlan Ellison" (panel, 1995), "Reviews and Criticism" (panel, 2005); Interview with Peter Straub (2005); "American Fantastic Tales," panel chaired, 2009

World Horror Convention, "Edgar Allan Poe Today," "Interview with Peter Straub," 2000

World Science Fiction Convention: "The State of the Art in Scholarship and Criticism" (panel chaired, 1982); "Theory of Fantasy" (speaker, 1982); "The Nazi Holocaust and Science Fiction" and "Canon Formation in Science Fiction (panels chaired, 1991); chair of academic programming, 1991; "Reviewers and Critics," "Daniel Pinkwater," "Chicago in Science Fiction" (panels, 2000); "Literary Theory and the Reader," "The Art of Reviewing," "A Conversation with John Clute and Gary K. Wolfe" (panels, 2005); "The Year in Review," "The Tragic Flaw," "20 Notable Science Fiction Books of the Last 20 Years," panels, 2008; "One Genre or Many" (panel chaired 2009), "Is the Tail as Long as We Think It Is?" (panel 2009), "The Work of Betty Ballantine" (panel 2009), *The Graveyard Book* (discussion leader 2009), "Neil Gaiman and Gary K. Wolfe in Conversation" (special event 2009), "Charles N. Brown: A Tribute" (panel chaired 2009), "Locus Interviews Tom Doherty" (interview co-chaired with Liza Trombi, 2009)

*Editorial Consultancies*

Manuscript Reviewer: University of Texas Press, 1981; Kent State University Press, 1985, 1986; Greenwood Press, 1985-1991; Indiana University Press, 1987-present; Wesleyan University Press, 2000-present; Pennsylvania State University Press, 2000-2002; Ohio State University Press, 2002-present; University of Illinois Press, 2008-present

Boards of Consultants: <u>Survey of Science Fiction Literature</u>, Salem Press, 1979; <u>Survey of Fantasy Literature</u>, Salem Press, 1983; <u>Anatomy of Wonder</u>, R.R. Bowker, 1981, 1987, 1993

Editorial Boards: <u>Para·doxa: Studies in World Literary Genres</u>, 1994-present; <u>Science-Fiction Studies</u>, 1984-present; <u>Journal of the Fantastic in the Arts</u>, 1988-present; The Volunteer Network <u>Agency Newsletter</u>, 1992; contributing editor, <u>Locus</u>, 1991-present

Proposal Reviewer: National Endowment for the Humanities, 1983-1984; Social Sciences and Humanities Council of Canada, 1986-1987, 1998

Illinois Humanities Council: Senior Editor and Adviser, "1984: A Special Supplement," Chicago <u>Tribune</u>, 1983; External Evaluator, "The Holocaust Fifty Years After," Holocaust Memorial Foundation of Illinois, 1989; programming consultant, 2008

*Publications of Gary K. Wolfe*

## I. BOOKS

*The Known and the Unknown: The Iconography of Science Fiction*, Kent State University Press, 1979
*Elements of Research* (with Carol T. Williams), Alfred, 1979
*Exercises in Research* (with Carol T. Williams), Alfred, 1979
*A Reader's Guide to David Lindsay*, Starmont House, 1982
*Science Fiction Dialogues* (editor), Academy Chicago, 1982
*Critical Terms for Science Fiction and Fantasy*, Greenwood Press, 1986
*Illinois' Science Fiction and Fantasy Heritage: A Chronology and Bibliography* (pamphlet), Arlington Heights
    Memorial Library, 1992
*Harlan Ellison: On the Edge of Forever* (with Ellen R. Weil), Ohio State University Press, 2002
*Soundings: Reviews 1992-1996*, Beccon Press (London) 2005
*Bearings: Reviews 1997-2001*, Beccon Press (London), 2010
*Sightings: Reviews 2002-2006*, Beccon Press (London), 2011
[editor] *Up the Bright River*, Philip Jose Farmer, Subterranean Press, 2010
[co-editor, with Jonathan Strahan] *The Best of Joe Haldeman*, Subterranean Press, forthcoming 2012
*Evaporating Genres: Essays on Fantastic Literature*, Wesleyan University Press, 2011

## II. ESSAYS AND ARTICLES IN PERIODICALS

1. "Vonnegut and the Metaphor of Science Fiction," *Journal of Popular Culture*, Spring 1972
2. "The Science Fiction Film," *Arizona English Bulletin*, Oct. 1972
3. "The Limits of Science Fiction," *Extrapolation*, Dec. 1972
4. "The Pantomime of Time" (with C. Williams), *Hyde Parker*, Sept.    1973
5. "All Education is Adult Education" (with C. Williams), *AAUP        Bulletin*, Sept. 1974
6. "David Lindsay and George MacDonald," *Studies in Scottish Literature*, Oct. 1974
7. "Tarzan in Milwaukee," *Hyde Parker*, Dec. 1974
8. "Symbolic Fantasy," *Genre*, Sept. 1975
9. "Metaphors of Madness: Popular Psychological Narratives," *Journal of Popular Culture*, Spring 1976
10. "*Dr. Strangelove, Red Alert*, and Patterns of Paranoia in the 1950s," *Journal of Popular Film*, 1976
11. "Mythic Structures in Cordwainer Smith's `The Game of Rat and Dragon'," *Science-Fiction Studies*, July
    1977
12. "The Role of Writing in Nontraditional Education" (with C. Williams), *Alternative Higher Education*, 1978
13. "This Island Earth," *Science Fantasy Film Classics*, July 1978
14. "The Creature from the Black Lagoon," *Incredible Science Fiction*, August 1978
15. "Journey to the Far Side of the Sun," *Science Fantasy Film Classics*, October 1978
16. "Monsters with a Purpose: The Short Fiction of Algis Budrys," sold to *The Magazine of Fantasy and
    Science Fiction*
17. "Nuclear Rhetoric in del Rey's *Nerves*," *Foundation*, Nov. 1984
18. "Gregory Benford's Introductory Survey of American Literature," *Fantasy Review*, April 1985
19. "Starting a Bachelor's Degree in Hospitality Management," *Bottom Line: Journal of the International
    Association of Hospitality Accountants*, March-April 1985
20. "Wordstar and the Prowriter" (with J. Jaeckel and R. Schlobin), *User's Guide to Personal Computers*, April
    1985
21. "Eudiche: Theodore Sturgeon," *Fantasy Review*, May 1985
22. "New Questions for Old," *Fantasy Review*, Sept. 1985
23. "Coming to Terms," *Fantasy Review*, Sept. 1986
24. "The Photosynthesis of Gregory Benford," *Fantasy Review*, Nov.    1986
25. "Pilgrim Award Acceptance," *Science Fiction Research Association Newsletter*, Sept. 1987
26. "The Artifact as Icon in Science Fiction," *Journal of the Fantastic in the Arts*, 1, 1. 1988
27. "SF and the Academic Gulag," *SFRA Newsletter*, April 1988
28. "Rogue Knight: Harlan Ellison in the Men's Magazines," *Foundation*, Winter 1989
29. "Science Fiction as Criticism as Fiction," *Extrapolation*, Winter 1989

30. "Riders of the Purple Wage" (with E. Weil), *Locus*, Feb. 1990
31. "Conference on the Fantastic" (with E. Weil), *Locus*, May 1990
32. "The Dawn Patrol: Sex and Technology in Farmer and Ballard," *New York Review of Science Fiction*, Sept. 1990; reprinted in Nicholas Ruddick, ed., *State of the Fantastic: Studies in the Theory and Practice of Fantastic Literature and Film* (Greenwood, 1992)
33. "Roosevelt University Goes to Prison" (with M. Elliott), *Insight into Corrections*, July 1990
34. "Harlan Ellison: An Introduction" (with E. Weil), *New York Review of Science Fiction*, Dec. 1990
35. "The Bear and the Aleph: Gregory Benford's *Against Infinity, New York Review of Science Fiction*, Feb. 1991
36-49. "International Conference on the Fantastic," *Locus*, May 1991 (and annually through 2008)
50. "Farmers Celebrate 50th," *Locus*, May 1991
51. "Making Academic Tracks," *Locus,* Oct. 1991
52-63. "The Year in Review," *Locus*, February 1993 (and annually through 2006)
64. "Paraliterature," *Para·doxa*, Spring 1995
65. "The Truman Show," *Locus*, June 1998
66. "The Cosmic Odysseys of Arthur C. Clarke," *New York Times Online*, summer 1998
67. "World Science Fiction Convention Report," *Locus*, November 1998
68. "Stasis and Chaos: Some Dynamics of Popular Genres," *Journal of the Fantastic in the Arts*, January 1999
69. "Black Tuesday," *Locus,* October 2001
70. "Why Must This Book Be Read?: 'Night' is the most compelling of books detailing the Holocaust," Chicago *Tribune*, February 17, 2002
71. "Malebolge, or the Ordnance of Genre," *Conjunctions 39: The New Wave Fabulists*, fall 2002.
72. "Horror Out of Hand," *Locus*, April 2003.
73. "Duet, with no Fat Lady" (with Rusell Letson), *Locus*, August 2003.
74. "The Simple Art of Reviewing," *Emerald City* (online journal, UK), December 2003
75. "Teddy Barton and the Fate of the Unnarrated," *Emerald City*, February 2006
76. "Framing the Unframeable," *Vector* (England), #249 (2006)
77. "Roundtable on SF Criticism," *Science Fiction Studies*, 33,3 (#100), November 2006
78. "Surfing the Multiverse," *Nature*, 448/5, June 2007
79. "Peter Straub and Transcendental Horror" (with Amelia Beamer), *Journal of the Fantastic in the Arts*, 18, 2, Summer 2008
80. "21st Century Stories" (with Amelia Beamer), *Foundation: the International Review of Science Fiction,* 103, Winter 2009
81. "The Family Album," *Science Fiction Studies*, 2009
82. "Fifty Years of Homework," *Extrapolation*, 2009
83. ""The Settee and the Stars: Stephen Baxter," *Vector*, 2011

## III. ESSAYS IN BOOKS

1. "The Known and the Unknown: Structure and Image in Science Fiction," *Many Futures, Many Worlds*, ed. Thomas D. Clareson, Kent State University Press, 1977
2. "The Rocket and the Hearth," *Selected Proceedings of the Science Fiction Research Association 1978 Annual Conference*, ed. Thomas D. Remington, University of Northern Iowa, 1979
3. "The Frontier Myth in Ray Bradbury," *Ray Bradbury*, ed. Joseph D. Olander and Martin H. Greenberg, Taplinger, 1980
4. "Instrumentalities of the Body," *The Mechanical God*, ed. Richard D. Erlich and Thomas P. Dunn, Greenwood, 1982
5. "The Encounter with Fantasy," *The Aesthetics of Fantasy Literature and Art*, ed. Roger Schlobin, University of Notre Dame Press, 1982
6. "`Waldo' and `Desertion': Autoplastic and Alloplastic Adaptations in Science Fiction," *Coordinates*, ed. G. Slusser, E. Rabkin, and R. Scholes, Southern Illinois University Press, 1983
7. "The Remaking of Zero," *The End of the World*, ed. E. Rabkin, M. Greenberg, and J. Olander, Southern Illinois University Press, 1983
8. "The Majesty of Kindness: The Dialectic of Cordwainer Smith" (with C. Williams), *Voices for the Future*, vol. 3, ed. Thomas D. Clareson and Thomas Wymer, The Popular Press, 1984
9. "Roosevelt University, Illinois," *Adult Learners: Impetus for Change*, ed. W. Warren, American Council on Education, 1986
10. "Frontiers in Space," *The Frontier Experience and the American Dream*, ed. D. Mogen and P. Bryant, Southern Methodist University Press, 1989
11. "The Dawn Patrol: Sex and Technology in Farmer and Ballard," *State of the Fantastic*, ed. N. Ruddick,

6

Greenwood Press, 1992

12. "Not Quite Coming to Terms," *On Philip K. Dick: 40 Articles from Science Fiction Studie s*, ed. R.D. Mullen, I. Csicsery-Ronay, A.B. Evans, V. Hollinger, SF-TH, Inc., 1992

13. "Three Riverboats and a Wedding," *ICFA Retrospective*, ed. Judith Collins and John Hodgson, International Association for the Fantastic in the Arts, 1998

14. "Unhidden Agendas, Unfinished Dialogues: 1999 in Science Fiction," *Nebula Awards Showcase 2001*, ed. Robert Silverberg, Harcourt, 2001

15. "Evaporating Genre: Strategies of Dissolution in the Postmodern Fantastic," *Edging into the Future*, ed. Joan Gordon and Veronica Hollinger, Pennsylvania State University Press, 2002

16. "Science Fiction and Its Editors," *The Cambridge Companion to Science Fiction*, ed. Farah Mendlesohn and Edward James, Cambridge University Press, 2003.

17. "Surgeries of the Fall," *Polder: A Festschrift in Honor of John and Judith Clute*, ed. Farah Mendlesohn, Old Earth Press, March 2006. Reprinted as "Zergliederung des Sturzes" in *Kunst Welten: Phantastische Kunst und Literatur*, FKSFL e.v. (Leipzig) 2006.

18. "Alyx Among the Genres," in *On Joanna Russ*, ed. Farah Mendlesohn, Wesleyan University Press, 2009.

19. "Theorising Science Fiction," in *Teaching Science Fiction*, ed. Peter Wright and Andy Sawyer, Palgrave, 2011.

20. "Fantasy from Dryden to Dunsany," in *The Cambridge Companion to Fantasy*, ed. Edward James and Farah Mendlesohn, Cambridge University Press, 2011.

21. "Babylon Revisited: Alternate Cosmologies from Farmer to Chiang," in *Parabolas*, ed. Brian Attebery, forthcoming 2012.

22. "Movements in Science Fiction," in *The Oxford Handbook to Science Fiction*, ed. Rob Latham, forthcoming 2012

## IV. INTRODUCTIONS AND AFTERWORDS

1. "Introduction" to *The Sword of the Lictor*, by Gene Wolfe, Easton Press, 1981

2. "The Return of Professor Challenger," introduction to *The Poison Belt* by Arthur Conan Doyle, Easton Press, 1989

3. "The Bear and the Aleph," afterword to *Against Infinity* by Gregory Benford, Bantam Books, 1991

4. "Introduction" to *Up the Bright River*, Philip Jose Farmer, Subterranean Press, 2010

## V. ESSAYS FOR REFERENCE WORKS

1-11. *Survey of Science Fiction Literature*, ed. Frank Magill, Salem Press, 1979: short fiction of Arthur C. Clarke and Cordwainer Smith; E Pluribus Unicorn (Theodore Sturgeon); Re-Birth and The Midwich Cuckoos (John Wyndham); The Word for World is Forest (Ursula Le Guin); Ralph 124C 41+ (Hugo Gernsback); The Seedling Stars (James Blish); Shadows in the Sun (Chad Oliver); The Santaroga Barrier (Frank Herbert); The Long Tomorrow (Leigh Brackett)

12-15. *Dictionary of Literary Biography: Twentieth Century American Science Fiction*, ed. David Cowart and Thomas Wymer, Gale Research, 1981: entries on Ray Bradbury, Murray Leinster, Cordwainer Smith, science fiction art

16-30. *Twentieth Century Science Fiction Writers*, ed. Curtis Smith, St. Martin's Press, 1981: entries on Ray Bradbury, Edmund Cooper, John Keir Cross, Jack Finney, William Hope Hodgson, Nigel Kneale, Roy Lewis, David Lindsay, John Lymington, Chad Oliver, Herbert Read, Rod Serling, M.P. Shiel, Cordwainer Smith, Jerry Sohl

31-36. *Twentieth Century Science Fiction Writers*, revised edition, St. Martin's Press, 1991: new or rewritten essays on Ray Bradbury, Daniel Pinkwater, Richard Matheson, William Hope Hodgson, Sharon Baker, M.P. Shiel

37-49. *Survey of Modern Fantasy Literature*, ed. Frank Magill, Salem Press, 1983: essays on "Fairy Tales, Marchen, and Modern Fantasy" and "Contemporary Theories of Fantasy" plus entries on A Voyage to Arcturus and Devil's Tor (David Lindsay); Medusa (E.H. Visiak); Something Wicked This Way Comes (Ray Bradbury); The Circus of Dr. Lao (Charles G. Finney); The House on the Borderland (William Hope Hodgson); The Other Passenger (John Keir Cross); The Skin of Our Teeth (Thornton Wilder); short fiction (E.T.A. Hoffmann, Jorge Luis Borges, Rod Serling)

50-51. *Supernatural Fantasy and Horror Writers*, ed. E. F. Bleiler, Scribners, 1985: essays on David Lindsay and George MacDonald

52. *The New Encyclopedia of Science Fiction*, ed. James Gunn, Viking, 1988: essay on "Aphorisms"

53. *Concise Dictionary of American Literary Biography*, Gale Research, 1990: essay on Ray Bradbury; revised and updated 1997

54. *Fantasy Literature: A Reader's Guide*, ed. Neil Barron, Garland, 1990: Chapter 7: "History and Criticism"

55. *Science Fiction, Fantasy, & Horror: 1991*, ed. Charles N. Brown and William G. Contento, Locus Press, 1992: essay, "Recommended Reading: 1991"

56. *Anatomy of Wonder*, 4th ed., ed. Neil Barron, Bowker, 1995: Chapter 8: "History and Criticism", revised and expanded for 5th edition, 2004

57-58. *The Encyclopedia of Fantasy*, ed. John Clute and John Grant, St. Martin's, 1997: entries on "Story" and "Surrealism"

59. *Fantasy and Horror: A Critical and Historical Guide*, ed. Neil Barron, Garland, 1999: Chapter 11: "History and Criticism" (annotated bibliography plus essay)

60-61. *Magill's Guide to Science Fiction and Fantasy Literature*, ed. A.J. Sobczak, Salem Press, 1996: "*Against Infinity*," "*The Broken Land*"

62-64.1. *Supernatural Fiction Writers*, ed. Richard Bleiler, Gale, 2003: "Harlan Ellison," "Neil Gaiman," "Jane Yolen"

65. *Student's Companion to American Literary Characters*, Facts on File, 2006: "Everett C. Marm (Harlan Ellison, " 'Repent, Harlequin! Said the Ticktockman'" (1965)"

## VI. REVIEWS AND REVIEW ESSAYS

1-3. *Foundation: The Review of Science Fiction (England)*

Bernard Sellin, <u>The Life and Work of David Lindsay</u>, Feb. 1982
Mark Rose, <u>Alien Encounters</u>, June 1982
W. Warren Wagar, <u>Terminal Visions</u>, Feb. 1983

4-23. *Science-Fiction Studies*

"Science Fiction Bibliographies," July 1981
"The Merits of Samuel R. Delany," March 1982
"Unreal Rhetoric," Nov. 1982
"A Valuable Record," March 1984
"Silverberg," July 1984
"Bibliographies of Ballard and Zelazny," March 1985
"A Narrow View of Fantasy," Nov. 1985
"A Guide to Farmer," Nov. 1985
"Flotsam from the Moon Pool," July 1986
"A Range of Reference Works," July 1987
"Not Quite Coming to Terms," July 1988
"A Convention of Cats," Nov. 1989
"Rediscovering Science Fiction Art," July 1990
"Writers as Critics," Nov. 1990
"The View from Leipzig," Nov. 1990
"Promoting Harry Harrison," March 1991
"Asimov as Mega-Novelist," March 1992
"Reinventing Stephen King," March 1993
"Delayed Flash," July 2006

8

"Let's Get Small!" Fall 2006

24-36. *Science Fiction and Fantasy Book Review*

Colin Wilson, The Haunted Man, Nov. 1979
Bernard Sellin, The Life and Works of David Lindsay, Jan. 1982
Mark Rose, Alien Encounters, March 1982
Margaret P. Hannay, C.S. Lewis, July-Aug. 1982
James Blaylock, The Elfin Ship, Sept. 1982
Denis Brian, The Enchanted Voyager, Sept. 1982
James Gunn, Isaac Asimov, Dec. 1982
Kenneth van Gunden and Stuart H. Stock, Twenty All-Time Great Science Fiction Films, April 1983
Betty Rosenberg, Genreflecting, May 1983
James P. Blaylock, The Disappearing Dwarf, June 1983
John Hollow, Against the Night, the Stars, Sept. 1983
Gene Wright, The Science Fiction Image, Oct. 1983
Richard D. Erlich and Thomas P. Dunn, eds. Clockwork Worlds, Dec. 1983

37-51. *Fantasy Review*

John Ford, A Dragon Waiting, March 1984
The Art of Return of the Jedi, April 1984
Robert H. Boyer and Kenneth J. Zahorski, eds. Fantasists on Fantasy, June 1984
Harry Harrison, West of Eden, Sept. 1984
Nigel Calder, 1984 and Beyond, Sept. 1984
Franz Rottensteiner, ed., The Slaying of the Dragon, Oct. 1984
Stanley Schmidt, ed., Analog: Writer's Choice, Oct. 1984
Ed Naha, The Making of Dune, Feb. 1985
Terry Windling, ed., Faery!, March 1985
Norman Spinrad, Child of Fortune, July 1985
Gregory Benford, Artifact, Sept. 1985
Gregory Benford and David Brin, Heart of the Comet, Feb. 1986
Harold Bloom, ed. Ursula K. Le Guin, July/Aug. 1986
Frank Sadler, The Unified Ring, Oct. 1986
Brian Aldiss and David Wingrove, Trillion-Year Spree, Nov. 1986

53-54. *Modern Fiction Studies*

Donald M. Hassler, Comic Tones in Science Fiction; Brian Griffin and David Wingrove, Apertures; William F.
    Touponce, Ray Bradbury and the Poetics of Reverie; Jack Williamson, Wonder's Child, Summer 1985;
"Strange Invaders: An Essay-Review," Spring 1986: C.N. Manlove, Science Fiction; Tom Moylan, Demand
    the Impossible; Paul Williams, Only Apparently Real; Luk de Vos, ed., Just the Other Day; Jane B.
    Weedman, ed., Women Worldwalkers; Marshall Tymn and Mike Ashley, Science Fiction, Fantasy,
    and Weird Fiction Magazines, Sum. 1987

55-59. *Science Fiction Research Association Newsletter*

Neil Barron, ed., Anatomy of Wonder, Spring 1988
Tom Moylan, Demand the Impossible, Spring 1988
Martin H. Greenberg, ed., Foundation's Friends, Oct. 1990
Harlan Ellison, Harlan Ellison Hornbook and Sleepless Nights in the Procrustean Bed, March 1991
Leonard Mustazza, Forever Pursuing Genesis, June 1991

60-62. *SFRA Review*

Judith Kerman, ed., Retrofitting Blade Runner, Jan./Feb. 1992
Robert Merrill, ed. Critical Essays on Kurt Vonnegut, Jan./Feb. 1992
Eric Cheyfitz, The Poetics of Imperialism, May 1992

63. *International Association for the Fantastic in the Arts Newsletter*

9

Thomas Roberts, <u>The Aesthetics of Junk Fiction</u>, Fall 1991

64. *Science Fiction and Fantasy Book Review Annual 1988*
Neil Barron, ed., <u>Anatomy of Wonder</u>

65. *Washington Post Book World*
Gardner Dozois, ed. *Year's Best Science Fiction,* July 1995

66-80. *Galaxies Science-Fiction* (France)
  "Report from America," 2001-2006 (continuing column in quarterly magazine)

81-1000+. *Locus: The Newspaper of the Science Fiction Field*
  Monthly book review column, December 1991-present (over 1200 reviews as of 2011), plus occasional
  features and opinion pieces and annual "Year in Review" column


**VII. CURRICULUM MATERIALS**

Online course materials:

BGS 392, Seminar in the Humanities, 2001-2002
BGS 399, Senior Thesis, 2002-2009

Modules (independent study coursebooks) written for and published by Roosevelt University External Studies
Program:

"Encounters with New Worlds," 1973 (revised 1995)
"The Storyteller's Art," 1975
"The Comic Spirit," 1975 (revised 1995)
"Introduction to Advanced Studies," 1978
"Introduction to the Humanities" (1974; completely rewritten 1991);
"Terms and Criticism" (with C. Williams, 1974);
 "The Critic's Tools" (with C. Williams, 1974);
"Logic and Rhetoric" (with C. Williams, 1974);
"Aesthetics" (with C. Williams, 1975);
"Television: the Issues and the Art" (with C. Williams, 1975);
"Research Skills" (with C. Williams, 1975);
"Art and Communication," 1993;
"Science Fiction," 1994

# EXHIBIT B

**Exhibit B**



British Mark V Tank (WWI)

# EXHIBIT C



From the 1989 film *Robot Jox*



From the 1993 film *Robot Wars*



Megatron, from animated TV series *Transformers*, 1980s



Cover of Robert A. Heinlein *Starship Troopers*, 1959



The Shrike from the cover of Dan Simmons's novel (1990)



Toy Roboraptor



16th century Swiss halberds (Wikipedia)