
Robert Heinlein (1980)


Robert Heinlein (1987)

39. In addition, Dreadstar was a popular science fiction comic book series produced by Marvel Comics in the early 1980s. It follows the adventures of a group of characters who often face armored enemies, robots and cyborgs, many of whom show the various armored shoulder pad elements now claimed by Games Workshop:


Dreadstar and Company #1 Marvel Comics (1985)


Games Workshop shoulder pad, Ex. A, Product Entry #126

40. One of the more popular series from 1980s anime also featured disproportionately large, rounded shoulder pads, both on the robot vehicles and in armor worn by the characters in the movies and comic books:

15


**Armored Trooper VOTOMS (1983)**


**Games Workshop shoulder pad, Ex. A, Product Entry #126**

41. Disproportionately large shoulder pads have continued to be a staple of science fiction designers. In particular, the 2004 science fiction movie *Chronicles of Riddick* used armor with a variety of large shoulder pads and rather intricate ornamentation:


**Lord Marshall, General Vaako and Necromonger Armors, Chronicles of Riddick (2004)**

42. In sum, the shape and design—particularly the disproportionately large dimensions—of the Games Workshop shoulder pad products claimed in the New Allegedly Infringed Works can be found in numerous pre-existing historical, medieval, cinematic, and science fiction sources, and is a common element in the science fiction genre. Not only do many of the pre-existing sources outlined in this report and attached in Exhibit B predate the given date

16

of creation for the Games Workshop New Allegedly Infringed Works, many of these sources predate the creation of *any* Games Workshop Space Marine image, period.

### C. Lasguns/Powerpacks

43. Two of Games Workshop New Allegedly Infringed Works (Exhibit B, product entries # 128 and 158) include a "lasgun" and/or "powerpack." However, the elements therein are clearly derived from pre-existing sources.

44. Laser weapons that are entirely powered or whose power is boosted by external, back-worn power packs are a science fiction staple. Found across a variety of different media, examples of powerpacks may be found in films such as 1984's *Ghostbusters* and in the artwork and text of the space-based RPG *Traveller*. Additional pre-existing examples appear below:



Hentz, Dick. Space mercenary. Mercenary.    Keith, William H.. Space Mercenaries. "Broadsword Class Mercenary Cruisers."

17

Designers' Workshop (1978)            (1980)

45.     As another example, in 1982, Hasbro introduced the Laser Rifle Trooper. This figure featured a laser rifle connected with a flexible cable to a power pack worn on the back of the figure, much like the Games Workshop products at issue:



Flash (Laser Rifle Trooper), GI Joe, Hasbro (1982)

46.     To some degree, powerpacks may also be said to have a parallel origin in the world of actual military research and development:



Lessig, Allan. "When Will they Issue the Laser Rifle?" Military Times (7 Oct. 2011)

18

Lessig writes:

> I came across this 1964 archive photo on the Associated Press showing a demo of a "Laser Rifle" that promised to be a weapon of the near future for the Army. Notice the not-so-small power supply the soldier would need carry to power the laser. I guess they are still working out the bugs on this one.
>
> Harold Blodgett, Laser project officer of the Army Material Command, Washington, D.C., demonstrates the use of the laser, a word coined from the first letters of Light Amplification by Stimulated Emission of Radiation. The power pack for the instrument is at lower left. Blodgett staged the demonstration at a press conference at the Frankford Arsenal in Philadelphia, March 6, 1964. Eventually the laser source will have applications of importance to the Army, possibly as a weapon.

47.     Laser rifles in the science fiction role-playing game *Traveller*, developed by GDW in the late 1970s, also utilize power packs that were worn on the back or hip for powering pistols, rifles and other energy weapons.  And more specifically, the angled weapon tip of the Games Workshop lasgun powerpack and other allegedly infringed products such as the lascannons and assault cannons is derivative of pre-existing works such as *Traveller*:



Barger, Bob. Advanced Powered Battle Armor. "Advanced Powered Battle Armor." The Journal of the Travellers' Aid Society (1979)

48. Additional examples of pre-existing images of weapons with slanted muzzles published in the 1980s are reproduced below:

20



0 Ultrawarrior
Task Force Games (1981)



SECS Troopers, Metal Magic (1988)



PBR-10, The Mechanoid Invasion
Palladium Books (1981)



Laser Eraser, Warrior (1982)

49. In addition to various fictional characters, the slanted weapon barrel has entered the public mind through early video game controllers. Sega and Nintendo both utilized a diagonal muzzle on their respective light guns:

21



**NES Zapper (1984)**   **Sega Light Phaser (1986)**

### D. Other Weapons Claimed as Games Workshop New Allegedly Infringed Works

50. Games Workshop Assault Cannons or Lascannons (Ex. B, product entries # 130 and 131) are little more than heroic scale gatling guns, mini guns or other comparable multi-barreled weapons. There are dozens of pre-existing real world examples, as well as uses in movies, comic books, games and on other miniatures, including:



**GAU-17/A, In service since 1963**



**Predator (1987)**

51. The Games Workshop "flamers" or "meltaguns" (Ex. B, product entry # 134) are largely similar in appearance and are derived from pre-existing sources. Flame throwers and other heat related-weapons and tools have had similar designs for decades. World War II flame throwers, for instance, often featured a dual canister muzzle as seen in the ROKS-2. The outer canister had no holes, while the inner canister had vent holes, much like the Games Workshop "meltgun":

22



Soviet ROKS-2 flamethrower



Games Workshop Leman Russ Demolisher with meltgun/multi-melta, Ex. B, product entry #134

52. Games Workshop flame and heat weapons are also derivative of many pre-existing science fiction works, such as:



Robert Heinlein (1986)



Science Fiction Analog (1976)

53. Vent holes in heat weapons and other products claimed by Games Workshop can be seen in many pre-existing flamethrowers, including in the *Alien* movies – making an appearance in both the 1979 and 1986 movies:

23



**Aliens (1986)**

54. Flamethrowers featuring a muzzle with circular vents also featured prominently in the 1982 movie, *The Thing*:



**The Thing (1982)**

55. Games Workshop "boltguns" (Ex. B, product entries # 126, 131, 134) also do not substantively depart from pre-existing sources. The heroic scale causes various aspects of the weapons to be exaggerated. In particular, barrels and the stock are disproportionately larger than the rest of the weapon:

24



**$tar Corp$, Heavy Troopers, Lance & Laser (1992)**



**Games Workshop Heavy Bolter, Ex. B, product entry # 134**







**Mutant Chronicles Warzone(1994)**     **Science Fiction Analog (1974)**     **Robert Heinlein (1987)**

## OPINIONS AND BASIS FOR OPINIONS

56.  The opinions contained herein are based on my personal knowledge, education, and experience in the fields of English, Literature, Medievalism, Religion and the Arts, and Science Fiction. The opinions are also based on my research and investigation related to this case. The materials on which I have formed the basis of my opinion are referenced in this report and/or the exhibits thereto and/or have been produced as documents Bates labeled CHS_EXPERT00000001-CHS_EXPERT00001706.

25

**COMPENSATION**

57. I have provided my services as an expert witness *pro bono* in this case. I am being reimbursed for any costs and expenses I incur.

**POSSIBLE REVISIONS OR SUPPLEMENTATIONS TO ANALYSIS AND OPINIONS**

58. This report represents my opinions to date regarding the matters set forth above. I understand that Chapterhouse has sought and Games Workshop may produce additional reference materials. I understand that Games Workshop maintains a "reference library" at its design studios. And I understand that Games Workshop has currently identified and produced only one item that its designers referenced while creating and developing the New Allegedly Infringed Works. I believe reviewing any materials that Games Workshop product designers had access to during the creation and development of the New Allegedly Infringed Works will be important to my analysis and expert opinion. Thus, I reserve the right to modify or supplement my opinions as additional information becomes available to me. I may also be called upon to provide expert testimony bearing upon any proofs offered by Games Workshop in this litigation.

59. I may assist in the development of demonstration materials to support and explain my opinions at trial. I may use any of the materials referred to or cited in this report, including any of the documents and other information reviewed by me or made available to me to support my opinions. At trial, I may convey my testimony using images or other demonstratives.

Date: February 1, 2013_____           /s Carl Grindley_____

26