

A pewter set of 3 new alternative head sculpts designed to fit on the Games Workshop Tau Crisis or Broadside Battlesuits. Each set comes with 3 different robotic heads as well as a sprue of antenna to further modify the components.

Games Workshop Tau Crisis Suit model is shown for scale and example of use only and not included. Components sold unpainted and unassembled.



Forge World - TAU XV9-01 WITH FUSION CASCADES
http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-BATTLESUITS-ANDDRONES/TAU-XV9-01-WITH-FUSION-CASCADES.html
**Sculpted by Daren Parrwood**
On Sale 2005



Forge World - TAU BATTLESUIT COMMANDER
SHAS'O R'ALAI WITH DRONES
http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-
BATTLESUITS-ANDDRONES/TAU-BATTLESUIT-
COMMANDER-SHAS-O-RALAI-WITH-DRONES.html
Sculpted by Daren Parrwood
On Sale 2005



p34 Codex Tau Empire 2005. **(Neil Hodgson / 2005)**

| | | | |
|---|---|---|---|
| | | 45 Codex Tau Empire 2005. (**MG228 / Mark Gibbons / 2005** ) | |
| 137 | **Heresy-Era Shoulder Pads for Terminators Type E - 2 pads** | Whole set<br>Games Workshop product used in promotional images<br>Pre-Heresy and Heresy Era Terminator shoulder pads | See analysis of GW shoulder pad products in report<br><br><br>**Void Exo Suits, I-Kore (2001)** |





This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad itself has leather segments flowing down and 2 distinct armored sections on the upper armor.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).



Pre-Heresy and Heresy Era Terminator shoulder pads

'Cataphractii' Space Marine Terminator concept sketch
p189 'Horus Heresy: Collected Visions'
**John Blanche**



**Void Praetorians with Shotguns
I-Kore (2001)**

p274 Horus Heresy Collected Visions
**Andrea Uderzo**

These Heresy-era Terminator shoulder pads feature two layers of plate with metal ended hanging straps. The metal plates have a studded border and the top plate has a cut out section in the lower, outer corner.

| 138 | **Heresy-Era Shoulder Pads for Terminators Type D - 2 pads** | Whole set<br>Games Workshop product used in promotional images<br>Pre-Heresy and Heresy Era Terminator shoulder pads | See Product Entry #137 |





This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has leather straps with metal rings on the ends flowing down and 2 distinct armored sections on the upper armor.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).



p78, Horus Heresy Collected Visions
Franz Vohwinkel

These Heresy-era Terminator shoulder pads protrude further out from the shoulders. The lower plate is mounted higher, level with the cut out section, rather than below it as seen in 137 above.

| 139 | **Heresy-Era Shoulder Pads for Terminators Type B - 2 pads** | Whole set<br>Games Workshop product used in promotional images | See Product Entry #137 |



Pre-Heresy and Heresy Era Terminator shoulder pads





This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has armor studs on the 2 upper armor surface and on the leather straps.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).

| | | | |
|---|---|---|---|
| | | <br><br>pp103 and 268 Horus Heresy Collected Visions<br>Ralph Horsley (left) and Kari Christensen (right)<br><br>These Heresy-era Terminator shoulder pads feature the bold studs that characterize Heresy era armour. They represent bolts that have been used to repair battledamaged armour during the Heresy. See MKV power armour. | |
| 140 | **Heresy-Era Shoulder Pads for Terminators Type C - 2 pads** | Whole set<br>Games Workshop product used in promotional images | See Product Entry #137 |





This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has leather straps flowing down and 2 distinct banded armored sections on the upper surface.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).



p274 Horus Heresy Collected Visions
Andrea Uderzo



MK1 'Thunder Armour' from
Armour Through the Ages

| | | http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?catId=cat520002a&prodId=prod1710010a **Miniature designed by Jes Goodwin** | |
|---|---|---|---|
| 141 | **Heresy-Era Shoulder Pads for Terminators Type A - 2 pads**   This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the bad itself has draping armored | Whole set Games Workshop product used in promotional images  p274 Horus Heresy Collected Visions Andrea Uderzo | See Product Entry #137 |

segments flowing down and 3 distinct armored sections on the upper armor.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).



MK1 'Thunder Armour' from
Armour Through the Ages

Armour Through the Ages

| | | http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?catId=cat520002a&prodId=prod1710010a Miniature designed by Jes Goodwin | |
|---|---|---|---|
| 142 | **TRU-Scale Knight Praetorius "Order of the Empress's Tears" Conversion Kit – 6**  | Whole set Games Workshop product used in promotional images Yellow armour with black and white checked patterns is the colour scheme of the Lamenters Space Marine Chapter. They were created from the Blood Angels Chapter and so also use blood drop iconography.  *Lamenters.* | See Product Entry #126 |







(left) p80 Codex Blood Angels 2009
Model by Jes Goodwin

(right) p113 Imperial Armour Volume 9 The Badab War Part 1
Kenton Mills and Sam Lamont

| | | |
|---|---|---|
| The "Knights Praetorius" are the Empress' most loyal soldiers. Each order has a history as well as heraldry that is unique to its ranks. The Order of the Empress's Tears is named so because of the near annihilation the order faced when they were the sole defense for the Empress when her Flagship came under assault during the Battle of Permidian. Isolated and without support, the order was annihilated to almost the last soldier before reinforcements had arrived. Only 2 soldiers survived the Kin'rth attack against the Empress and her closest advisors.  Because of this sacrifice, the Empress renamed the unit and the units heraldry includes the "red tears" of the empress as its main standard.<br><br>Each resin kit comes **unassembled and unpainted**. The 28 mm TRUScale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.* Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.<br><br>**Examples of assembled and painted models by Worthy Painting Artist Alistair Armes are available here.** | <br>Games Workshop Space Marines assembled and painted by the hobby team using all Games Workshop parts, in the pose and colour scheme of Chapterhouse's models. | |
| 143 | **TRU-Scale Knight Praetorius Conversion Kit -6** | See product 126<br>The model in the image comprises parts from:<br>• 'TRU-Scale Knight Praetorius Conversion Kit -6' (126),<br>• 'Open Fisted Power Claws Compatible with Games Workshop Space Marine Model'<br>(321)<br>• 'Spikey Marine Heads' (79)<br>• 'Combi Weapon Magnetic Kit' (34) | See Product Entry #126 and 142 |



The "Knights Praetorius" are the Empress' most loyal soldiers. Each is endowed with a touch of the Empress' psychic powers when admitted into the unit. While few in number, each is a match for 10 lesser men, the psychic unity with the Empress allows a measure of prescience as well as formidable endurance. Both men and woman are allowed to test to join the unit, but few survive this testing.

*In a future where knowledge and technology rule. Aliens and humans battle for resources over countless worlds in a race to the become the dominate power. Earth has been divided into two warring factions although each faction has claimed a whole system to rule over-, they continue to fight over who should rule over earth.*

Although they primarily produce 'bits' and conversion kits Chapterhouse now has enough
of its own separate products to construct full models.

*Queen Eva Kimlar is the leader of the Valnarian Empire, a powerful psyker that has merged psionics with technology. Kimlar is the manipulator of men and can influence their thoughts, it is almost impossible for a male to deceive her as she can see your innermost secrets in your eyes as if watching them play out on a crystal. As a the strongest known psyker in existance she shares a link with her most loyal followers on a level a normal human could not comprehend. Her influence on peoples actions are stronger over men than women, thus she has to use her strong political skills and natural charisma to win over the female population.*

Each resin kit comes **unassembled and unpainted**. The 28 mm TRUScale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.* Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.

Displayed model painted by Jose Veiga and incorporates kits from Chapterhouse Studios - **Spiky Marine Head, Open Fist Power Claws, and Combi-Flamer Component**

**Examples of assembled and painted models by Stephen Smith and consist of numerous components from different manufactures for the weapons, arms, heads and weapon effects are available here.**

| 144 | Werecroc 1 | Whole set | |
|---|---|---|---|



"our first entry into the fantasy world for Chapterhouse Studios."





Lizardman Kroxigor

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1610066a
Sculpted by Martin Footitt
Released February 2009

A kroxigor is a large lizardman, standing twice the height of a normal lizardman warrior. The Lizardmen race has strong influences from several Mesoamerican civilisations. This unique combination of a lizardman race and Mesoamerican culture is only found in Games Workshop's Warhammer Fantasy universe.



Shen, Empire of the Petal Throne, TSR (1975)



KK258_Lizardmen Weapons
Karl Kopinski – 2002
p70 'Warhammer Armies: Lizardmen' 2003

Shen, Ilánish Chárea (1999)

| 145 | Werecroc 2 | Whole set | See Product Entry #144 |







Lizardman Kroxigor

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod16 10066a
Sculpted by Martin Footitt
Released February 2009

A kroxigor is a large lizardman, standing twice the height of a normal lizardman warrior. The Lizardmen race has strong influences from several Mesoamerican civilisations. This unique combination of a lizardman race and Mesoamerican culture is only found in Games Workshop's Warhammer Fantasy universe.



KK258_Lizardmen Weapons
Karl Kopinski - 2002
p70 'Warhammer Armies: Lizardmen' 2003



Lizardmen Saurus Warrior from 'Lizardmen Saurus Warrior Regiment'
p77 'Warhammer Armies: Lizardmen' 2008

Lizardmen Saurus Warrior Regiment
http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?catId=cat440067a&prodId=prod820854
Sculpted by Colin Grayson
Released May 2003

| 146 | **Iron Hand Nut Power Armor Pad** | Size and shape of pad. Not surface decoration<br>Shoulder pad designed to fit on Games Workshop's Space Marine Terminator figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. It also uses the small central tab at the bottom of the pad which features on Games Workshop's Terminator shoulder pads. | See analysis of Space Marine Shoulder pads in report. |

This is a single pewter shoulder pad with a mechanical nut and cog teeth on the edge of the pad

Designed to fit on Games Workshop Space Marine® figures.

| 147 | **Iron Hand Nut Terminator Pad** | Shoulder pad designed to fit on Games Workshop's Space Marine Terminator figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. It also uses the small central tab at the bottom of the pad which features on Games Workshop's Terminator shoulder pads. | See analysis of Space Marine Shoulder pads in report. |

This is a single pewter shoulder pad with a mechanical nut and cog teeth on the edge of the pad

Designed to fit on Games Workshop Space Marine Terminator® figures.

| 148 | **Winged Skull Power Armor Pad** | Shoulder pad designed to fit on Games Workshop's Space Marine figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. | See analysis of Space Marine Shoulder pads in report. |
|---|---|---|---|

This is a single pewter shoulder pad with fanged skull with
wings on the surface.

Designed to fit on Games Workshop Space Marine® figures.

| 149 | **Hammer of Dorn Power Armor Pad** | Whole set | See analysis of Space Marine Shoulder pads in report. |
|---|---|---|---|



Imperial Fists Space Marine Chapter

Neil Hodgson and Darius Hinks
p53 Insignium Astartes 2002



Hammers of Dorn Space Marine Chapter
The Chapter logo is a fist holding a hammer in front of a wreath.

| | | | |
|---|---|---|---|
| | | p57 The Art of Clint Langley | |
| 150 | **Hammer of Dorn Terminator Pad**<br><br><br>PAINTED BY JOSE VEIGA<br><br>This is a single pewter shoulder pad with a fist holding a hammer on the surface.<br><br>Designed to fit on Games Workshop Space Marine Terminator® figures. | <br><br>Imperial Fists Space Marine Chapter<br><br>Neil Hodgson and Darius Hinks<br>p53 Insignium Astartes 2002 | See analysis of Space Marine Shoulder pads in report. |



Hammers of Dorn Space Marine Chapter
The Chapter logo is a fist holding a hammer in front of a wreath.

| | | p57 The Art of Clint Langley | |
|---|---|---|---|
| 151 | **V Power Armor Pad**<br><br><br><br>This is a single pewter shoulder pad with an V or roman numeral 5 on the shoulder and laurels.<br><br>Designed to fit on Games Workshop Space Marine® figures. | Shoulder pad designed to fit on Games Workshop's Space Marine figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. | See analysis of Space Marine Shoulder pads in report. |
| 152 | **V Terminator Pad** | Shoulder pad designed to fit on Games Workshop's Space Marine Terminator figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. It also uses the small central tab at the bottom of the pad which features on Games Workshop's Terminator shoulder pads. | See analysis of Space Marine Shoulder pads in report. |

| | | |
|---|---|---|
| | | |
| This is a single pewter shoulder pad with an V or roman numeral 5 on the shoulder and laurels.<br><br>Designed to fit on Games Workshop Space Marine Terminator® figures. | | |
| 153 **Power Armor Shoulder Pad for Scythes of the Emperor** | The Scythes of the Emperor are Space Marine Chapter.<br><br>Their badge is two crossed yellow/gold scythes on a black background. | See analysis of Space Marine Shoulder pads in report.<br><br>Regarding the emblem itself, the CHS product design and GW product design are significantly dissimilar on their face. The GW art indicates a common wooden haft—the hook at the base of the scythe—or what is known as a knob. This same shape can be found on axes, hammers and other hand tools. By contrast, the CHS design shows a distinct bone-like design. In particular, the clawed ends are dramatically |



This is a single pewter shoulder pad with a pair of crossed biological scythes on the surface.

Designed to fit on Games Workshop Space Marine® figures.

Neil Hodgson
p88 'How to Paint Space Marines' 2004

Note the backwards hook at the base of the scythes, and cut out section where the blade meets the haft.

different than those which are shown on the simplistic GW design.

The general arrangement is derivative of the following:

Thirteen Club Logo

| 154 | **Scythes of the Emperor Terminator Shoulder Pad** | The Scythes of the Emperor are Space Marine Chapter.<br><br>Their badge is two crossed yellow/gold scythes on a black background.<br><br>Neil Hodgson<br>p88 'How to Paint Space Marines' 2004<br><br>Note the backwards hook at the base of the scythes, and cut | See Product Entry #153. |
|---|---|---|---|

| | | out section where the blade meets the haft. | |
|---|---|---|---|
| | <br><br>This is a single pewter shoulder pad with a pair of crossed biological scythes on the surface.<br><br>Designed to fit on Games Workshop Space Marine® Terminator figures. | | |
| 155 | **Scaled Rimless Power Armor Pad** | Shoulder pad designed to fit on Games Workshop's Space Marine figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. | See analysis of Space Marine Shoulder pads in report. |



This is a single pewter shoulder pad with scale pattern and no rim.

Designed to fit on Games Workshop Space Marine® figures.



Robert Heinlein (1980)



Science Fiction Analog (1978)



Science Fiction Analog (1980)

**Photographs of Medieval Armor with Shoulder Pads
Metropolitan Museum of Art**

| | | |
|---|---|---|
| | |  |

| | |  |
|---|---|---|

| | | |
|---|---|---|
| | |  |

| | | |
|---|---|---|
| | |   |
| 156 | **Scaled Tactical Power Armor Pad** | Tactical is a type of Space Marine squad. A Tactical squad will have an upward pointing arrow symbol on their right shoulder pad. | See analysis of Space Marine Shoulder pads in report. See Product Entry #155 |



This is a single pewter shoulder pad with scale pattern and a Tactical Arrow on the surface with a rim on the edge.

Designed to fit on Games Workshop Space Marine® figures.

Games Workshop sells Tactical shoulder pads - http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?prodId=prod1110189&rootCatGameStyle=

A Tactical squad member will have their squad number shown on their right shoulder pads. The squad number will be between 1-10.

The colours on the shoulder pad refer to a Chapter colour, ie, red and gold are the colours of the Blood Angels Space Marine Chapter. See product 4.

Neil Hodgson and Darius Hinks
Insignium Astartes 2002, page 32

| 157 | **Scaled with Rim Power Armor Shoulder Pad** | This is Games Workshop's unique expression of a Sci-Fi Shoulderpad. Only GW's shoulder pads have the unique characteristics of<br>• Covering from start of shoulder to above the elbow<br>• Large border around outer edge<br>• Left shoulderpad – squad markings | See analysis of Space Marine Shoulder pads in report.<br><br>See Product Entry #155 |



• Right shoulderpad – Chapter symbol

**Figure 9 - Index Astartes III 2003, page 23**
**(NH Ultramarines Graph / Neil Hodgson / 2001)**

This is a single pewter shoulder pad with scale pattern and a rim.

Designed to fit on Games Workshop Space Marine® figures.

| 158 | **Hot Shot Lasgun Pack** | Gun muzzle<br>'Lasguns' are the standard weapon of the Imperial Guard infantryman. A key<br>identifying feature of 'las' weapons is the angled end to the muzzle. | See Product Entry #128 |



This is a 2 piece metal model of a heavy laser and a power pack.

Designed to be compatible with 28mm wargaming miniatures and can be used to convert Imperial Guard Storm Trooper models.



Imperial Guard Cadian Shock Troops
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod2070014
**Miniatures designed by Brian Nelson**



Lasgun with attached scope
p38 Codex Imperial Guard 2008
**(DH051 / Des Hanley / 1995 )**
Hot-shot lasguns/Hot-shot Laser Power pack
Hot-shot lasguns are lasguns which are able to fire more powerful shots due to being attached to a power pack.



p21, 'Codex Imperial Guard' ©1995



**Imperial Guard Storm Trooper Squad**

The Imperial Guard has billions of soldiers at its disposal, from the disciplined regiments of Cadia to the rough and ready Catachan Jungle Fighters. Foremost amongst the soldiers of the Imperial Guard, however, are the elite Storm Trooper regiments - expert warriors raised to war in the unforgiving halls of the Schola Progenium. With the best training and mental discipline that the drill-masters of the Schola Progenium can provide, they are formidable soldiers. Clad in carapace armour and wielding fearsome hot-shot lasguns they are nigh unstoppable, a combat elite who are willing carry out their objectives whatever the cost.

This box set contains five metal Imperial Guard Storm Troopers, including: a Veteran Sergeant armed with a power sword and hot-shot laspistol, and four different Storm Troopers armed with hot-shot lasguns. Models supplied with 25mm round bases.

| 159 | **Shrike Conversion Kit for Tyranid Warrior Models** | | |
|---|---|---|---|
| |  |  | Wings of this particular design on a dragon-like creature have been used in artwork for centuries. For example, drawings and illuminations of Saint George going back to the 1700s show a dragon with batwings.<br><br><br><br>H.R. Giger, *Necronom IV* (1976) http://en.wikipedia.org/wiki/File:H.R._Giger_-_Necronom_IV.jpg#filelinks Dkt No. 235, Ex. A |







Extraterrestrial Dragon, Iron Wind Metals (2003), http://www.megaminis.com/MEGA/CATALOGS/IronWind Metals-CATALOG-2003.pdf at p. 31



This Chapterhouse Studios resin set contains 6 high detail modular components that fit with the current Games Workshop Tyranid Warriors kit that can be used to model a single flying monster. Please note this set does NOT include a Games Workshop Tyranid Warrior and is not a Games Workshop model.

Each kit contains 6 pieces:
Left and Right Wings that fit on the upper appendage slots
Left and Right replacement taloned legs
Upper and lower Head components

Please note while this kit is sculpted to fit an **unassembled** Tyranid Warrior kit, some modification may be necessary to the minute variations that are present



TYRANID WARRIOR WINGS CONVERSION KIT

http://www.forgeworld.co.uk/Warhammer-40000/Tyranids/TYRANIDWARRIOR-WINGS-CONVERSION-KIT.html
Sculpted by Mark Bedford
On sale in 2006



Gustave Dore, *Satan*, Paradise Lost (17th Century)

| | | | |
|---|---|---|---|
| | in both the Games Workshop and Chapterhouse models.<br><br>Model supplied unassembled and unpainted, Games Workshop Tyranid Warrior Model is necessary to assemble as shown.<br><br>Sculpted by Jae Lee & Tomas Fiertek, Painted by Jose Viega | | |
| 160 | **Dark Elf Arch Torturess**<br><br> | <br><br>Urien Rakarth<br>This character is a Dark Eldar Haemonculous.<br><br>http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?prodId=prod1160052a<br>Sculpted by Juan Diaz<br>Released November 2010 | The pose of this GW figure is a standard pose that has been used by fantasy artists for many years:<br><br><br><br>**Witch Hazel<br>Hasslefree Miniatures (2008)** |



Once a prisoner is taken by the Dark Elf forces, their destination is the dungeons of the dark lords and the hands of their master torturers. Skilled in all forms of pain, esoteric and physical, these "artist" are able to keep the victims alive so each possible moment of pain can be endured and captured for their masters.

Masters of dark surgeries, it is common for them to experiment on themselves. This path to "perfection" means that on the battlefield they are armed with all sort of pain-dealing weaponry as well as grotesque limbs.

Model is a two-part unpainted metal miniature. Comes with plastic base.



DG1222_Urien_Rakarth
Dave Gallagher - 2010
p54 Codex: Dark Eldar 2010



Alyscia of the Abyss
Reaper Miniatures (2008)

Sculpted by Jae Lee & Tomas Fiertek, Painted by Jose Viega

Dark Eldar are the Warhammer 40,000 equivalent of Dark Elves. Haemonculi are masters of torture and skilled in all kinds of pain. They capture the pain of their victims as it gives life to the Dark Eldar race. They experiment on alien captives and themselves often giving themselves extra limbs. On the battlefield they have access to unique pain inflicting weapons.

Note:
- The odd stance of the Haemonculi, feet together with the cloak curving round behind, hovering just off the floor.
- Butcher apron, green syringe, extra multi-jointed limbs limbs, clawed hand details.



http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?prodId=prod1190038a
Sculpted by Jes Goodwin
Released June 2011



**Soul Forge, Gerald Brom (2001)**

126



AB977_Haemonculus
Alex Boyd - 2009
p37 Codex: Dark Eldar 2010



**Sister Compassion
Gerald Brom (1994)**

The idea of characters with multiple arms is also nothing unique.  For thousands of years, they have existed in religious imagery:



**Kali**
**Raja Ravi Varma (prior to 1906)**

**Lolth**
**Wizards of the Coast (1999)**

| 161 | **Thunderstike Missile Rack** | | |
|---|---|---|---|





Cyclone missile launcher – From the Space Marine Terminators Set

There is no superficial or specific similarity between the CHS and the GW products here other than that both are mounted on the shoulders of a miniature.

That particular aspect is not unique to GW figures. Shoulder mounted weapon systems appear in movies and pop literature as well as in a variety of games.



**Armored Trooper VOTOMS (1983)**



This kit consist on 1 missile rack with separate targeter that is scaled for use on 28 mm figures.

This kit is designed to fit on the upper carapace of Games Workshop's Space Marine Terminator Models.

Components come unassembled and unpainted.

Sculpted by Tomas Fiertek, painted by Jose Veiga.

- Posted by 'Pyriel' Tomas Fiertek on Dakka Dakka advertising them with using Games Workshop Grey Knight Miniatures:
"Here is a WIP of how the green looked while I was working on it:





**F4X Ironfoot**
**Fang of the Sun Dougram (1981)**



**X-500 Forager, Triax and the NGR**
**Palladium Books (2004)**





Space Marine Terminators

**Miniatures designed by Jes Goodwin, Martin Footit and Dave Thomas.**
Released 2005





| 162 | **Large Ammo Belts for Heavy Weapons – 3** | | |



This pewter set of 3 ammo belts is designed to fit on heavy bolter and psybolter components from Games Workshops Space Marine and Grey Knight products. The ammo bands are made of resin to allow flexibility with a lower chance of the pieces breaking.

Sculpted by Tomas Fiertek and painted by Jose Veiga.

Models supplied unpainted and unassembled.
- Posted by 'Pyriel' Tomas Fiertek on Dakka Dakka advertising them with using Games Workshop Grey Knight Miniatures:



Grey Knights

**Sculpted by Georgio Bassani, Matt Holland and Martin Footitt**
Released April 2011

There does not appear to be any superficial or specific similarity between these products. GW's Grey Knights are not specific to the ammunition belts but are shown as an example of how a product can be used.

| | | | |
|---|---|---|---|
| | "As for the ammo bands I also use them on my GK minis:<br> | | |
| 163 | **Heraldric Knight Shoulder Pads – 5** | This is Games Workshop's unique expression of a Sci-Fi Shoulderpad. Only GW's shoulderpads have the unique characteristics of<br>• Covering from start of shoulder to above the elbow<br>• Large border around outer edge<br>• Left shoulderpad – squad markings<br>• Right shoulderpad – Chapter symbol | See analysis of Space Marine Shoulder pads in report.<br><br>See product Entry #155 |



Figure 10 - Index Astartes III 2003, page 23
(NH Ultramarines Graph / Neil Hodgson / 2001)



CHI:2718591.1