# EXHIBIT

# 7

# Exhibit B

| | Chapterhouse Accused Products | Games Workshop New Allegedly Infringed Works | Pre-Existing Reference Materials and Notes |
|---|---|---|---|
| 124 | Abbithan Banshees Guardswoman 28mm figures – 10  | Whole set<br>Games Workshop product arms and weapons used in promotional images<br><br>Imperial Guard Cadian Heavy Weapons Squad<br>http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?catId=cat440249a&prodId=prod1080043<br>Sculpted by Brian Nelson and Tim Adcock<br>Released September 2003 | The basic figure created by GW is a common representation of near future infantry soldiers from pre-existing works.<br><br>Kill Zone, Grenadier Models (1993) |



Robert Heinlein (1987)

**Examples of Differences between CHS and GW Works:**

gender of figures
proportions of legs
cuffs on fatigues
tightness of fatigues
design of faces
decoration of helmets

| | | | side profile of helmets<br>proportions of torsos |
|---|---|---|---|
| 125 | Large Oval Sandworm Base<br><br><br><br>This is a single large resin base that matches the same outside dimensions as the Games Workshop Monster Oval Base.<br><br>This base features rocky terrain and alien sand worms.<br><br>This product is sold unpainted and should be washed in cool, soapy water prior to painting. | There are no IP concerns with this base. | |

| | http://chapterhousestudios.com/index.php?route=product/product&path=117_116&product_id=179 | | |
|---|---|---|---|
| 126 | **TRU-Scale Knight Praetorius Conversion Kit – 6**<br><br><br><br>http://chapterhousestudios.com/index.php?route=product/product&product_id=204 | Space Marines<br>http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?prodId=prod1060074<br><br><br><br>Figure 5 - Sculpted by Jes Goodwin<br>Released October 1998. | The Space Marine characters identified by GW in this entry are derived from a plethora of prior sources, including:<br><br><br><br>Science Fiction Analog (1974) |

| | | **Examples of Differences between CHS and GW Works:** |
|---|---|---|
| | | LEGS<br>overall stance<br>decoration of upper thigh plates<br>number of articulating folds at crotch<br>decoration of codpiece<br>width of sole of boot<br>toe articulation joint directly below greaves<br>boot cutout in greaves<br>overall length of greaves relative to sole<br>shape of back of greaves<br>number and spacing of greave studs<br><br>TORSOS<br>relative height of rander/gorget<br>shape of rander/gorget<br>shape of belt bucket fastener<br>nubbins on cuirass<br>shape of abdominal decoration (ollows vs does not follow ribs)<br>abdominal decoration (muscular vs mechanical design)<br><br>POWERPACKS<br>overall shape<br>orientation of vents<br>absence of heat shrouding<br>absence of decoration<br>number of exhaust ports on sides<br>shape of exhaust ports on sides<br>number of bolts<br>plate-based construction<br>thickness of rear vent tube<br>number of vent grills |

| | | | |
|---|---|---|---|
| | | | SHOULDER PADS<br>rounded vs oblong shape<br>spikes vs nubbins<br>simple banding vs a variety of banding types<br>width of shoulder pad base<br><br>NOTE<br>painted figure creates through shading the appearance of similarities in boot sole design that do not exist in the figure<br><br>greave design clearly different<br>knee pad design clearly different<br>boot design clearly different<br>shoulder pad design clearly different<br>torso design clearly different<br>backpack design clearly different<br>depth of rander/gorget different |
| 127 | Wheels – 4 | These are just wheels; we have no issue with these. | |

| 128 | Hotshot Lasgun Pack | | |
|---|---|---|---|



This is a 2 piece metal model of a heavy laser and a power pack. Designed to be compatible with 28mm wargaming miniatures and can be used to convert Imperial Guard Storm Trooper models.

This product is sold unpainted and some cleaning may be required.

**Gun muzzle**

'Lasguns' are the standard weapon of the Imperial Guard infantryman. A key
identifying feature of 'las' weapons is the angled end to the muzzle.



Imperial Guard Cadian Shock Troops
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod2070014
**Miniatures designed by Brian Nelson**



Lasgun with attached scope
p38 Codex Imperial Guard 2008
**(DH051 / Des Hanley / 1995 )**
Hot-shot lasguns/Hot-shot Laser Power pack
Hot-shot lasguns are lasguns which are able to fire more powerful shots due to
being attached to a power pack.



Science Fiction Analog (1976)

**Flash (Laser Rifle Trooper), GI Joe, Hasbro (1982)**

**Examples of Differences between CHS and GW Works:**

length of weapons
thickness of barrels
relative length of flash hider/muzzle brake
underside of flash hider/muzzle brake
design of stock
buttplate of stock (with scallops vs without)
design of pistol grip
pistol grip pommel
length of exposed barrel
design of upper sight
GW features detachable box magazines
GW features decoration on forend stock
design of powerpack
GW powerpack cables attach to pistolgrip
CH powerpack cables attach to lower receiver

| 129 | **Iconoclast Conversion kit for Space Marine Land** | Whole set | The basic design for this Warhammer 40,000 vehicles is |

**Raider**





Figure 7 - Sculpted by Jes Goodwin and Will Hayes
On Sale 2004

MkIIb LAND RAIDER (Forge World)
http://www.forgeworld.co.uk/Warhammer-40000/Space_Marines/Red_Scorpions/MkIIb-LAND-RAIDER.html
Sculpted by Jes Goodwin and Will Hayes
On Sale 2004

derived from World War I tanks like the Mark V and Mark VII tanks.

In particular, a GW Land Raider bears a striking resemblance to a British Mark V tank:



British Mark V Tank





This resin kit consist of 12 components that when combined with the Games Workshop Space Marine® Land Raider will create a more heavily armored vehicle to transport your toy soldiers on the battlefield. The Iconoclast conversion kit consist of the following components - 2 side armored sponsons, 2 sponson upper components, 2 weapon mounts, 2 side hatches, 2 armored sensor units, 1 central hull and turret mount and 1 upper turret armor piece.

The Iconoclast conversion kit is designed to be fully compatible with all plastic versions of Games Workshop's Space Marine Land Raider. As this kit will require modification of the sponson weapons to attach to the drum weapon mounts, modeling experience is recommended.



CHS00043785 (from Box 17 of GW Reference Materials at GW Studios)

**Examples of Differences between CHS and GW Works:**

sponson tapers end square vs in a point
sponson shows rivets
sponson turret is oriented for horizontal vs vertical weaponry
sponson depth differs

| | | sponson access plates differ<br>central hull turret differs in profile, shape and position of weaponry |
|---|---|---|
| 130 | **Magnetic Turret Kit for the Storm Raven**<br><br>MAGNETIC TURRET KIT FOR SPACE MARINE STORM RAVEN | <span style="color:red">Whole Set</span><br>The Stormraven Gunship is a Space Marine flying vehicle which comes with a<br>selection of turret options.<br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a<br>**Sculpted by Jes Goodwin and Dale Stringer**<br>Released Feb 2011 | See analysis of GW weapons in report<br><br>**Examples of Differences between CHS and GW Works:**<br><br>turrets are manned vs unmanned<br>turrets function to shield weaponry vs have external weaponry<br>turret shrouding conceals sides of weapons |

p101 Codex Space Marines 2008.
Assault Cannon.
**(NH Wargear / Neil Hodgson / 2006)**



p101 Codex Space Marines 2008. **(NH Wargear / Neil Hodgson / 2006)**
Lascannon.

| 131 | **Magnetic Turret Kit for the Razorback** | Whole Set | See analysis of GW weapons in report |
|---|---|---|---|
| | | | **Examples of Differences between CHS and GW Works:** |
| | | | turret shrouding extends to conceal sides of weapons |
| | | | turret top shrouding is slip to the targeting array |
| | | | rear of turret shrouding differs in profile |



| | | |
|---|---|---|
| | p35 Codex Space Marines 2004.<br>Razorback with twin-linked heavy bolter. **(NH Wargear / Neil Hodgson / 2006)** | |
| 132 | **Open-Fisted Power Claws compatible with Games Workshop Space Marine model**<br><br>Whole set | The CHS product and GW claws are significantly dissimilar on their face. The GW product uses 4 claws, mounted over the knuckle of the hand, while CHS uses 2 claws, mounted further back near the wrist.<br><br>GW's product is also recognizable as derivative of the following: |





Space Marine Terminator Close Combat Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060025
Miniatures designed by Jes Goodwin, Martin Footit and Dave Thomas.

Forge World Lightning Claws from the "Space Marine Terminator Weapon Set"

**Examples of Differences between CHS and GW Works:**

number of claws
point on glove from which claws extend
power cable goes to glove vs to claws
power cable fixes to elbow vs to upper arm
inside of elbow design
shape of power cable
number of segments of power cable
shape of segments
decoration on rear of glove
exposed lower piston assembly on arm
articulating folds of inner elbow
power cable connection assembly on glove

p53 Codex Ultramarines 1995. **(DH020 / Des Hanley / 1994)**

| 133 | **Close-Fisted Power Claws compatible with Games Workshop Space Marine model** | Whole set | See Product Entry #132

**Examples of Differences between CHS and GW Works:**

number of claws
point on glove from which claws extend
power cable goes to glove vs to claws
power cable fixes to elbow vs to upper arm
inside of elbow design
shape of power cable |









Space Marine Terminator Powerfist from the Space Marine Terminators set

number of segments of power cable
shape of segments
decoration on rear of glove
exposed lower piston assembly on arm
articulating folds of inner elbow
power cable connection assembly on glove
position of thumb on 2nd vs 3rd index finger joint

| | | p10 Warhammer 40,000 Compilation 1991. **Simon Smith** | |
|---|---|---|---|
| | | <br>p53 Codex Ultramarines 1995. **(DH020 / Des Hanley / 1994)** | |
| 134 | **Pilum Imperial Attack Jet Bike** | Whole Set – see also 121 | |





Emperor's Children Space Marine Jet Bike Squad.
This shows a Space Marine Jet Bike from the Horus Heresy era.
p15, Horus Heresy: Collected Visions ©2007
(2034_Jet Bike Squad / Eric Ren / 2003)

The Chapterhouse bike is copied from the artwork in Horus Heresy: Collected Visions using elements from the current Space Marine Bike model sold by Games Workshop.
Artwork – Distinctive front grill in large straight vertical lines with the chassis protruding underneath out in front of the bike. Two boltguns on top of the front of the bike. Two exhaust pipes on the side of the bike.
Bike Model (See sprue comparison below) – the tank (section below handle bars) has been copied as the shape, trim and circle decoration are the same. Three tubes lead into engine below the tank. The Space Marine arms are identical in design.



Banner, Paul R. Air/Raft. Worlds and Adventures. 2nd ed. p.20.

**Examples of Differences between CHS and GW Works:**

cow catcher style grill vs no grill
weapons front vs rear mounted
one has wheels
one has headlight
one has fenders
one has exposed exhaust pipes
one has handlebars on risers vs no risers
one has fin assembly

| | | -The rules options for Space Marine attack bikes allow 2 weapon choices: Multimelta or Heavy Bolter.<br><br>-The model riding the bike is wearing Space Marine power armour. | |
|---|---|---|---|
| 135 | **Alternative Heads for Tau Crisis Suits - Set #1**<br><br> | <span style="color:red">Head</span><br><span style="color:red">Games Workshop product body used in promotional images</span><br><br><br><br>Tau XV8 Crisis Battlesuit<br><br>Sculpted by Jes Goodwin<br>Released 2001 | Most mech-related anime created prior to these GW product heads are comparable to the GW products.<br><br><br><br>**AV-98T**<br>**Mobile Police Patlabor (1989)** |





Tau Crisis Battlesuit Commander (re-released in 2012 as 'Tau Battlesuit Commander Upgrade Pack')

http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?catId=cat440287a&prodId=prod1620079a
**Sculpted by Jes Goodwin and Mark Harrison**
Released 2006

**Examples of Differences between CHS and GW Works:**

number of antennae
position and number of "eyes"
shape of head

| | | | |
|---|---|---|---|
| | | <br>45 Codex Tau Empire 2005. **(MG228 / Mark Gibbons / 2005 )** | |
| 137 | **Heresy-Era Shoulder Pads for Terminators Type E - 2 pads** | <span style="color:red">Whole set</span><br><span style="color:red">Games Workshop product used in promotional images</span><br>Pre-Heresy and Heresy Era Terminator shoulder pads | See analysis of GW shoulder pad products in report<br><br><br><br>**Void Exo Suits, I-Kore (2001)** |





This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad itself has leather segments flowing down and 2 distinct armored sections on the upper armor.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).



Pre-Heresy and Heresy Era Terminator shoulder pads

'Cataphractii' Space Marine Terminator concept sketch
p189 'Horus Heresy: Collected Visions'
**John Blanche**



**Void Praetorians with Shotguns
I-Kore (2001)**

**Examples of Differences between CHS and GW Works:**

leather straps with rivets and reinforced ends vs cloth straps
two plates vs one plate in illustration
high arch on overlapping plate vs no high arch
decoration on plates vs none

p274 Horus Heresy Collected Visions
**Andrea Uderzo**

These Heresy-era Terminator shoulder pads feature two layers of plate with metal ended hanging straps. The metal plates have a studded border and the top plate has a cut out section in the lower, outer corner.

| 138 | **Heresy-Era Shoulder Pads for Terminators Type D - 2 pads** | <span style="color:red">Whole set</span><br><span style="color:red">Games Workshop product used in promotional images</span><br>Pre-Heresy and Heresy Era Terminator shoulder pads | See Product Entry #137<br><br>**Examples of Differences between CHS and GW Works:**<br><br>rivet size and spacing<br>proportion of raised edges<br>profile of larger piece |

| | | |
|---|---|---|
| | <br><br>p78, Horus Heresy Collected Visions<br>Franz Vohwinkel<br><br>These Heresy-era Terminator shoulder pads protrude further out from the shoulders. The lower plate is mounted higher, level with the cut out section, rather than below it as seen in 137 above. | profile of smaller piece<br>illustration shows fringe as part of arm and not shoulder pad<br>fabric fringe vs leather straps with rivets and rings<br>illustration shows pads chained across chest |





This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has leather straps with metal rings on the ends flowing down and 2 distinct armored sections on the upper armor.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).

| 139 | **Heresy-Era Shoulder Pads for Terminators Type B - 2 pads** | Whole set<br>Games Workshop product used in promotional images | See Product Entry #137 |





This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has armor studs on the 2 upper armor surface and on the leather straps.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).

Pre-Heresy and Heresy Era Terminator shoulder pads



**Examples of Differences between CHS and GW Works:**

pad functions as rander/gorget
thickness of pad
material of pad
leather straps and rivets vs none
pads in illustration chained together
spaced rivets vs decorative rivets
decoration
edging and rivets on edging

|  |  |  |  |
|---|---|---|---|
|  |  | pp103 and 268 Horus Heresy Collected Visions<br>Ralph Horsley (left) and Kari Christensen (right)<br><br>These Heresy-era Terminator shoulder pads feature the bold studs that characterize Heresy era armour. They represent bolts that have been used to repair battledamaged armour during the Heresy. See MKV power armour. |  |
| 140 | **Heresy-Era Shoulder Pads for Terminators Type C - 2 pads** | <span style="color:red">Whole set</span><br><span style="color:red">Games Workshop product used in promotional images</span> | See Product Entry #137<br><br>**Examples of Differences between CHS and GW Works:**<br><br>banded vs non-banded pads<br>raised and riveted edging<br>cloth straps vs leather straps with rivets |





This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has leather straps flowing down and 2 distinct banded armored sections on the upper surface.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).



p274 Horus Heresy Collected Visions
Andrea Uderzo

upward arch of second pad

| | | http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?catId=cat520002a&prodId=prod1710010a<br>**Miniature designed by Jes Goodwin** | |
|---|---|---|---|
| 141 | **Heresy-Era Shoulder Pads for Terminators Type A - 2 pads**<br><br><br><br><br><br>This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the bad itself has draping armored | <span style="color:red">Whole set</span><br><span style="color:red">Games Workshop product used in promotional images</span><br><br><br><br>p274 Horus Heresy Collected Visions<br>Andrea Uderzo | See Product Entry #137<br><br>**Examples of Differences between CHS and GW Works:**<br><br>banded vs non-banded pads<br>cloth straps vs segmented metal straps<br>pad functions as rander/gorget |

| | | http://www.gamesworkshop. com/gws/catalog/productDetail.jsp?catId=cat520002a&prodId=prod1710010a<br>**Miniature designed by Jes Goodwin** | |
|---|---|---|---|
| 142 | **TRU-Scale Knight Praetorius "Order of the Empress's Tears" Conversion Kit – 6**<br> | **Whole set**<br>**Games Workshop product used in promotional images**<br>Yellow armour with black and white checked patterns is the colour scheme of the Lamenters Space Marine Chapter.<br>They were created from the Blood Angels Chapter and so also use blood drop iconography.<br><br>*Lamenters.* | See Product Entry #126<br><br>**Examples of Differences between CHS and GW Works:**<br><br>See Product Entry #126 |

| | | | |
|---|---|---|---|
| | The "Knights Praetorius" are the Empress' most loyal soldiers. Each order has a history as well as heraldry that is unique to its ranks. The Order of the Empress's Tears is named so because of the near annihilation the order faced when they were the sole defense for the Empress when her Flagship came under assault during the Battle of Permidian. Isolated and without support, the order was annihilated to almost the last soldier before reinforcements had arrived. Only 2 soldiers survived the Kin'rth attack against the Empress and her closest advisors. Because of this sacrifice, the Empress renamed the unit and the units heraldry includes the "red tears" of the empress as its main standard.<br><br>Each resin kit comes **unassembled and unpainted**. The 28 mm TRUScale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.* Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.<br><br>**Examples of assembled and painted models by Worthy Painting Artist Alistair Armes are available here.** | <br>Games Workshop Space Marines assembled and painted by the hobby team using all Games Workshop parts, in the pose and colour scheme of Chapterhouse's models. | |
| 143 | **TRU-Scale Knight Praetorius Conversion Kit -6** | See product 126<br>The model in the image comprises parts from:<br>• 'TRU-Scale Knight Praetorius Conversion Kit -6' (126),<br>• 'Open Fisted Power Claws Compatible with Games Workshop Space Marine Model'<br>(321)<br>• 'Spikey Marine Heads' (79)<br>• 'Combi Weapon Magnetic Kit' (34) | See Product Entry #126 and 142<br><br>**Examples of Differences between CHS and GW Works:**<br><br>See Product Entry #126 and 142 |

| 144 | Werecroc 1 | Whole set | |
|---|---|---|---|

Werecroc 1



"our first entry into the fantasy world line for Chapterhouse Studios."



Whole set



Lizardman Kroxigor

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1610066a
Sculpted by Martin Footitt
Released February 2009

A kroxigor is a large lizardman, standing twice the height of a normal lizardman warrior. The Lizardmen race has strong influences from several Mesoamerican civilisations. This unique combination of a lizardman race and Mesoamerican culture is only found in Games Workshop's Warhammer Fantasy universe.



Shen, Empire of the Petal Throne, TSR (1975)





KK258_Lizardmen Weapons
Karl Kopinski – 2002
p70 'Warhammer Armies: Lizardmen' 2003



**Shen, Ilánish Chárea (1999)**

**Examples of Differences between CHS and GW Works:**

aztec and polynesian weapons are what they are
spikes on head
placement of jewelry
shape of head (snake vs lizard or dinosaur (eg tooth placement))
length of neck
shape of tail
design of belly
spiked vs non-spiked tail
number of joints in foot/lower leg

| 145 | Werecroc 2 | Whole set | See Product Entry #144 |
|---|---|---|---|

145 | Werecroc 2





**Whole set**



Lizardman Kroxigor

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1610066a
Sculpted by Martin Footitt
Released February 2009

A kroxigor is a large lizardman, standing twice the height of a normal lizardman warrior. The Lizardmen race has strong influences from several Mesoamerican civilisations. This unique combination of a lizardman race and Mesoamerican culture is only found in Games Workshop's Warhammer Fantasy universe.

See Product Entry #144

**Examples of Differences between CHS and GW Works:**

aztec and polynesian weapons are what they are
spikes on head
placement of jewelry
shape of head (snake vs lizard or dinosaur (eg tooth placement))
length of neck
shape of tail
design of belly
spiked vs non-spiked tail
number of joints in foot/lower leg

Lizardmen Saurus Warrior Regiment
http://www.gamesworkshop.
com/gws/catalog/productDetail.jsp?catId=cat440067a&prodId=pro
d820854
**Sculpted by Colin Grayson**
Released May 2003

| 146 | **Iron Hand Nut Power Armor Pad** | Size and shape of pad. Not surface decoration<br>Shoulder pad designed to fit on Games Workshop's Space Marine Terminator figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. It also uses the small central tab at the bottom of the pad which features on Games Workshop's Terminator shoulder pads. | See analysis of Space Marine Shoulder pads in report.<br><br>**Examples of Differences between CHS and GW Works:**<br><br>See product entry # 126 |

| | | | |
|---|---|---|---|
| | <br><br>This is a single pewter shoulder pad with a mechanical nut and cog teeth on the edge of the pad<br><br>Designed to fit on Games Workshop Space Marine® figures. | | |
| 147 | **Iron Hand Nut Terminator Pad** | Shoulder pad designed to fit on Games Workshop's Space Marine Terminator figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. It also uses the small central tab at the bottom of the pad which features on Games Workshop's Terminator shoulder pads. | See analysis of Space Marine Shoulder pads in report.<br><br>**Examples of Differences between CHS and GW Works:**<br><br>See product entry # 126 |

This is a single pewter shoulder pad with a mechanical nut and cog teeth on the edge of the pad

Designed to fit on Games Workshop Space Marine Terminator® figures.

| 148 | **Winged Skull Power Armor Pad** | Shoulder pad designed to fit on Games Workshop's Space Marine figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. | See analysis of Space Marine Shoulder pads in report. **Examples of Differences between CHS and GW Works:** See product entry # 126 |

PAINTED BY JOSE VEIGA

This is a single pewter shoulder pad with fanged skull with
wings on the surface.

Designed to fit on Games Workshop Space Marine® figures.

| 149 | **Hammer of Dorn Power Armor Pad** | Whole set | See analysis of Space Marine Shoulder pads in report. |
| --- | --- | --- | --- |
| | | | **Examples of Differences between CHS and GW Works:** |
| | | | See product entry # 126 |

| | | p57 The Art of Clint Langley | See analysis of Space Marine Shoulder pads in report. |
|---|---|---|---|
| 150 | **Hammer of Dorn Terminator Pad**  This is a single pewter shoulder pad with a fist holding a hammer on the surface. Designed to fit on Games Workshop Space Marine Terminator® figures. |  Imperial Fists Space Marine Chapter Neil Hodgson and Darius Hinks p53 Insignium Astartes 2002 | **Examples of Differences between CHS and GW Works:** See product entry # 126 |

| | | p57 The Art of Clint Langley | |
|---|---|---|---|
| 151 | **V Power Armor Pad**  This is a single pewter shoulder pad with an V or roman numeral 5 on the shoulder and laurels. Designed to fit on Games Workshop Space Marine® figures. | Shoulder pad designed to fit on Games Workshop's Space Marine figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. | See analysis of Space Marine Shoulder pads in report. **Examples of Differences between CHS and GW Works:** See product entry # 126 |
| 152 | **V Terminator Pad** | Shoulder pad designed to fit on Games Workshop's Space Marine Terminator figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. It also uses the small central tab at the bottom of the pad which features on Games Workshop's Terminator shoulder pads. | See analysis of Space Marine Shoulder pads in report. **Examples of Differences between CHS and GW Works:** |

| | | See product entry # 126 |
|---|---|---|
| | <br><br>This is a single pewter shoulder pad with an V or roman numeral 5 on the shoulder and laurels.<br><br>Designed to fit on Games Workshop Space Marine Terminator® figures. | |
| 153 | **Power Armor Shoulder Pad for Scythes of the Emperor**<br><br><br>The Scythes of the Emperor are Space Marine Chapter.<br><br>Their badge is two crossed yellow/gold scythes on a black background. | See analysis of Space Marine Shoulder pads in report.<br><br>**Examples of Differences between CHS and GW Works:**<br><br>Regarding the emblem itself, the CHS product design and GW product design are significantly dissimilar on their face. The GW art indicates a common wooden haft—the hook at the base of the scythe—or what is known as a knob.  This |



PAINTED BY JOSE VEIGA

This is a single pewter shoulder pad with a pair of crossed biological scythes on the surface.

Designed to fit on Games Workshop Space Marine® figures.



Scythes of the Emperor

Neil Hodgson
p88 'How to Paint Space Marines' 2004

Note the backwards hook at the base of the scythes, and cut out section where the blade meets the haft.

same shape can be found on axes, hammers and other hand tools. By contrast, the CHS design shows a distinct bone-like design. In particular, the clawed ends are dramatically different than those which are shown on the simplistic GW design.

The general arrangement is derivative of the following:



Thirteen Club Logo

See product entry # 126

| 154 | **Scythes of the Emperor Terminator Shoulder Pad** | The Scythes of the Emperor are Space Marine Chapter. | See Product Entry #153. |

| | | |
|---|---|---|
|  This is a single pewter shoulder pad with a pair of crossed biological scythes on the surface.<br><br>Designed to fit on Games Workshop Space Marine® Terminator figures. | Their badge is two crossed yellow/gold scythes on a black background.<br><br>Neil Hodgson<br>p88 'How to Paint Space Marines' 2004<br><br>Note the backwards hook at the base of the scythes, and cut out section where the blade meets the haft. | **Examples of Differences between CHS and GW Works:**<br><br>See product entry # 126 |
| 155 | **Scaled Rimless Power Armor Pad** | Shoulder pad designed to fit on Games Workshop's Space Marine figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. | See analysis of Space Marine Shoulder pads in report.<br><br>**Examples of Differences between CHS and GW Works:**<br><br>See product entry # 126 |

| 156 | **Scaled Tactical Power Armor Pad** | Tactical is a type of Space Marine squad. A Tactical squad will have an upward pointing arrow symbol on their right shoulder pad. | See analysis of Space Marine Shoulder pads in report. See Product Entry #155 |



| | | **Examples of Differences between CHS and GW Works:**<br><br>See product entry # 126 |
|---|---|---|
| | Games Workshop sells Tactical shoulder pads -<br>http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?prodId=prod1110189&rootCatGameStyle=<br><br>A Tactical squad member will have their squad number shown on their right shoulder pads. The squad number will be between 1-10.<br><br>The colours on the shoulder pad refer to a Chapter colour, ie, red and gold are the colours of the Blood Angels Space Marine Chapter. See product 4. | |
| This is a single pewter shoulder pad with scale pattern and a Tactical Arrow on the surface with a rim on the edge.<br><br>Designed to fit on Games Workshop Space Marine® figures. | | |
| | Neil Hodgson and Darius Hinks<br>Insignium Astartes 2002, page 32 | |
| 157 | **Scaled with Rim Power Armor Shoulder Pad** | This is Games Workshop's unique expression of a Sci-Fi Shoulderpad. Only GW's shoulder pads have the unique characteristics of<br>    • Covering from start of shoulder to above the elbow<br>    • Large border around outer edge<br>    • Left shoulderpad – squad markings | See analysis of Space Marine Shoulder pads in report.<br><br>See Product Entry #155<br><br>**Examples of Differences between CHS and GW** |

| | | | |
|---|---|---|---|
| | <br><br>This is a single pewter shoulder pad with scale pattern and a rim.<br><br>Designed to fit on Games Workshop Space Marine® figures. | • Right shoulderpad – Chapter symbol<br><br><br><br>**Figure 9 - Index Astartes III 2003, page 23<br>(NH Ultramarines Graph / Neil Hodgson / 2001)** | **Works:**<br><br>See product entry # 126 |
| 158 | **Hot Shot Lasgun Pack** | Gun muzzle<br>'Lasguns' are the standard weapon of the Imperial Guard infantryman. A key<br>identifying feature of 'las' weapons is the angled end to the muzzle. | See Product Entry #128<br><br>**Examples of Differences between CHS and GW Works:**<br><br>See product entry # 128 |

| 159 | **Shrike Conversion Kit for Tyranid Warrior Models** | | |
|---|---|---|---|
| |  |  | Wings of this particular design on a dragon-like creature have been used in artwork for centuries. For example, drawings and illuminations of Saint George going back to the 1700s show a dragon with batwings.<br><br><br><br>H.R. Giger, *Necronom IV* (1976)<br>http://en.wikipedia.org/wiki/File:H.R._Giger_-_Necronom_IV.jpg#filelinks<br>Dkt No. 235, Ex. A |







CHS00043840 (From Box 124 of GW Reference Materials from GW Studios)

Note: I identified Giger's image as a potential reference before I knew that GW possessed this work at its studios.



CHS00043827 (From Box 113 of GW Reference Materials in GW Studios)

Note:  I identified Dore's image as a potential reference before I knew that GW possessed this work at its studios.

| | | |
|---|---|---|
| | | **Examples of Differences between CHS and GW Works:**<br><br>Wing shape and orientation<br>Taloned leg width, shape, and orientation<br>Talon shape and orientation<br>Head components<br>Number of appendages on head |
| 160 | **Dark Elf Arch Torturess**<br> | <br>Urien Rakarth<br>This character is a Dark Eldar Haemonculous.<br><br>http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?prodId=prod1160052a<br>Sculpted by Juan Diaz<br>Released November 2010 | The pose of this GW figure is a standard pose that has been used by fantasy artists for many years:<br><br>**Witch Hazel**<br>**Hasslefree Miniatures (2008)** |

Sculpted by Jae Lee & Tomas Fiertek, Painted by Jose Viega

Dark Eldar are the Warhammer 40,000 equivalent of Dark Elves. Haemonculi are masters of torture and skilled in all kinds of pain. They capture the pain of their victims as it gives life to the Dark Eldar race. They experiment on alien captives and themselves often giving themselves extra limbs. On the battlefield they have access to unique pain inflicting weapons.

Note:
- The odd stance of the Haemonculi, feet together with the cloak curving round behind, hovering just off the floor.
- Butcher apron, green syringe, extra multi-jointed limbs limbs, clawed hand details.



http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?prodId=prod1190038a
Sculpted by Jes Goodwin
Released June 2011



CHS00043848 (From Box 211 of GW Reference Materials from GW Studios) (also a copy in Box 109)



CHS00043860 (From GW Reference Materials)



CHS0043861 (From GW Reference Materials)

Note: I identified these Brom images as potential references before I knew that GW possessed several copies at its studios.

The idea of characters with multiple arms is also nothing unique. For thousands of years, they have existed in religious imagery:

| 161 | **Thunderstike Missile Rack** | | |





Cyclone missile launcher – From the Space Marine Terminators Set

There is no superficial or specific similarity between the CHS and the GW products here other than that both are mounted on the shoulders of a miniature.

That particular aspect is not unique to GW figures. Shoulder mounted weapon systems appear in movies and pop literature as well as in a variety of games.



**Armored Trooper VOTOMS (1983)**





Space Marine Terminators

**Miniatures designed by Jes Goodwin, Martin Footit and Dave Thomas.**
Released 2005

**Examples of Differences between CHS and GW Works:**

orientation of missiles
gothic arch shape of pack vs rectangular shape
number of missiles
banding and rivets on launcher

| 162 | **Large Ammo Belts for Heavy Weapons – 3** | | |
|---|---|---|---|



This pewter set of 3 ammo belts is designed to fit on heavy bolter and psybolter components from Games Workshops Space Marine and Grey Knight products. The ammo bands are made of resin to allow flexibility with a lower chance of the pieces breaking.

Sculpted by Tomas Fiertek and painted by Jose Veiga.

Models supplied unpainted and unassembled.
- Posted by 'Pyriel' Tomas Fiertek on Dakka Dakka advertising them with using Games Workshop Grey Knight Miniatures:



Grey Knights

**Sculpted by Georgio Bassani, Matt Holland and Martin Footitt**
Released April 2011

**Examples of Differences between CHS and GW Works:**

There does not appear to be any superficial or specific similarity between these products. GW's Grey Knights are not specific to the ammunition belts but are shown as an example of how a product can be used.

143

| | | |
|---|---|---|
| "As for the ammo bands I also use them on my GK minis:<br> | | |
| 163 | **Heraldric Knight Shoulder Pads – 5** | This is Games Workshop's unique expression of a Sci-Fi Shoulderpad. Only GW's shoulderpads have the unique characteristics of<br>• Covering from start of shoulder to above the elbow<br>• Large border around outer edge<br>• Left shoulderpad – squad markings<br>• Right shoulderpad – Chapter symbol | See analysis of Space Marine Shoulder pads in report.<br><br>See product Entry #155<br><br>**Examples of Differences between CHS and GW Works:**<br><br>See product entry #126<br>no heraldic resemblance<br>different proportions |