# EXHIBIT

# 10

# REDACTED VERSION

## Page 1

```
                CASE NO. 1:10-cv-08103

GAMES WORKSHOP LIMITED,  )  IN THE UNITED STATES
                         )  DISTRICT COURT
         PLAINTIFF,      )
                         )
VS.                      )
                         )  FOR THE NORTHERN
CHAPTERHOUSE STUDIOS,    )  DISTRICT OF ILLINOIS
LLC, and JON PAULSON     )
d/b/a PAULSON GAMES,     )
                         )
                         )  EASTERN DIVISION
         DEFENDANTS.     )

*********************************************************

              ORAL DEPOSITION OF
              NICHOLAS RAY VILLACCI
              CONFIDENTIAL EXCERPTS
              FEBRUARY 20, 2013
              VOLUME 1 OF 1

*********************************************************
```

ORAL DEPOSITION OF NICHOLAS RAY VILLACCI, produced as a witness at the instance of the PLAINTIFF GAMES WORKSHOP LIMITED, and duly sworn, was taken in the above-styled and -numbered cause on February 20, 2013, from 9:06 a.m. to 5:22 p.m., before KRISTEN KOPP, RPR, CSR in and for the State of Texas, reported by machine shorthand, at Carrington, Coleman, Sloman & Blumenthal, LLP, 901 Main Street, Suite 5500, Dallas, Texas 75201, pursuant to the Texas Rules of Civil Procedure (and the provisions stated on the record or attached therein).

## Page 2

APPEARANCES

FOR THE PLAINTIFF:

    Foley & Lardner, LLP
    JONATHAN E. MOSKIN
    90 Park Avenue
    New York, New York 10016
    (212) 338-3572 telephone
    (212) 687-2329 facsimile
    jmoskin@foley.com

FOR THE DEFENDANT:

    Marshall Gerstein Borun, LLP
    JULIANNE M. HARTZELL
    233 South Wacker Drive
    6300 Willis Tower
    Chicago, Illinois 60606
    (312) 474-6625 telephone
    (312) 474-0448 facsimile
    jhartzell@marshallip.com

ALSO PRESENT:

    Sarah Kalemeris (via telephone)

## Page 3

I N D E X

                        PAGE

Appearances................. 2

NICHOLAS RAY VILLACCI

    EXAMINATION BY MR. MOSKIN      6
    EXAMINATION BY MS. HARTZELL   183

Correction Page............. 186
Signature Page.............. 187
Reporter's Certificate...... 188

(Exhibits marked during the Oral Deposition of NICHOLAS RAY VILLACCI were marked by Mr. Moskin and, by agreement between Counsel, a copy of the same were returned to me by Mr. Moskin on February 27, 2013, and attached to this transcript.)

E X H I B I T S

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 131 | Notice of Second Deposition of Chapterhouse Studios, LLC, Pursuant to 30(b)(6) | 6 |
| 132 | Notice of Second Deposition of Nick Villacci Pursuant to Fed. R. CIV. P. 30(a)(1) | 6 |
| 133 | Declaration of Nicholas Villacci | 11 |
| 134 | Defendant Chapterhouse Studio, LLC's supplemental Responses to Plaintiff's Seventh Set of Interrogatories (Nos. 18-23) | 13 |
| 135 | December 26, 2012 E-Mail to Stephen Smith from Nick Villacci | 15 |
| 136 | E-Mail Chain Beginning with a June 21, 2011 E-Mail to Stephen Smith from Nick Villacci | 16 |

## Page 4

E X H I B I T S (Cont'd)

| NO. | DESCRIPTION | PAGE |
|---|---|---|
| 137 | E-Mail Chain Beginning with an April 13, 2011 E-Mail to Nick Villacci from Stephen Smith | 16 |
| 138 | March 7, 2012 E-Mail to Shane Witnov and Tom Kearney from Nick Villacci | 18 |
| 139 | Eighth Set of Interrogatories | 21 |
| 140 | Reply to Thread E-Mail | 29 |
| 141 | Message Reply E-Mail | 31 |
| 142 | Forum Posts | 32 |
| 143 | DakkaDakka Forum | 34 |
| 144 | eBay Post | 37 |
| 145 | Claim Chart | 39 |
| 146 | New Release Post | 40 |
| 147 | Product Description | 40 |
| 148 | Exhibit A | 42 |
| 149 | Declaration of Stephen Smith | 46 |
| 150 | Inquiry Cary E-Mail | 52 |
| 151 | New Kit E-Mail | 66 |
| 152 | Office Hours E-Mail | 69 |
| 153 | Inquiry Sebastian E-Mail | 73 |
| 154 | Real Size Marine E-Mail | 74 |
| 155 | Add-on Request E-Mail | 80 |
| 156 | Release Post | 87 |
| 157 | New Release Post | 87 |
| 158 | Received Jetbike E-Mail | 88 |
| 159 | Photocopy | 91 |
| 160 | Grav Bike Concept E-Mail | 92 |
| 161 | Received Jetbike E-Mail | 97 |
| 162 | Concept Art Retention E-Mail | 100 |
| 163 | Diagrams | 107 |
| 164 | Diagrams | 107 |
| 165 | New Release Post | 107 |
| 166 | Product Descriptions | 112 |
| 167 | Rail Gun First Thoughts E-Mail | 113 |
| 168 | Hi E-Mail String | 116 |
| 169 | Finished E-Mail String | 118 |
| 170 | Legal Help E-Mail String | 119 |
| 171 | DakkaDakka Releases | 123 |
| 172 | Product Inquiry E-Mail | 126 |
| 173 | Work for Chapterhouse E-Mail | 128 |
| 174 | Update on Projects E-Mail String | 137 |
| 175 | Hi, Sean, E-Mail String | 139 |
| 176 | Pod Update E-Mail String | 141 |
| 177 | Hell Ya E-Mail String | 145 |
| 178 | New Releases Post | 148 |

