IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES,<br><br>Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

**DECLARATION OF GILLIAN LIDDLE STEVENSON**

I, Gillian Liddle Stevenson, hereby declare:

1. I am Senior Legal Counsel of Games Workshop Limited, with offices at Willow Road, Lenton, Nottingham, England. I base this declaration on my complete access to the books and records of Games Workshop and my personal knowledge of the matters set forth herein.

2. On or about 15 March, 2013, I was alerted that we had never succeeded in either locating employment records for one Nick Coleman (who, in 1989, had rendered two drawings at issue in this case) or in locating Mr. Coleman himself to ask if he would sign a confirmatory assignment. Owing to the sheer number of authors whose contributions to Warhammer 40,000 are at issue, after initial efforts to locate and contact authors who were no longer employed by Games Workshop, there was, evidently, simply insufficient follow-up with Mr. Coleman after initial efforts to locate him were

unsuccessful. However, on 15 March, 2013, we did contact him, and he indicated he was likely an employee at the time did the subject drawings of a Thunder Hammer and a Lightning Claw insofar as they were created after the initial work he did on a contract basis in 1987. He also indicated he would be happy to sign a confirmatory assignment. My email correspondence with him is attached hereto as Exhibit A. Mr. Coleman has never purported to challenge Games Workshop's ownership of the subject drawings of a Thunder Hammer and Lightning Claw, and I expect we should have his confirmatory assignment in hand within a matter of days.

    I hereby declare under penalty of perjury this 25th day of March, 2013, under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

*[signature]*
Gillian Liddle Stevenson

## CERTIFICATE OF SERVICE

I, Jason Keener, an attorney, hereby certify that on March 25, 2013, I caused to be filed electronically the foregoing DECLARATION OF GILLIAN LIDDLE STEVENSON with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

/s/ Jason Keener

4814-1529-0643.1