**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:10-cv-08103 |
| v. | ) |
| | ) |
| CHAPTERHOUSE STUDIOS LLC, | ) |
| | ) Judge Matthew F. Kennelly |
| Defendant. | ) |

**DECLARATION OF BRYCE A. COOPER IN SUPPORT OF
CHAPTERHOUSE STUDIOS LLC'S MOTION IN LIMINE**

I, Bryce A. Cooper, declare as follows:

1. I am an associate with the law firm of Winston & Strawn LLP. I am a member in good standing of the Bar of this Court. I have personal knowledge of the facts set forth herein and if called to testify could and would do so competently.

2. Attached hereto as **Exhibit A** are excerpts from Games Workshop's ("GW") proposed trial exhibit list identifying internet forum postings that GW seeks to introduce at trial.

3. Attached hereto as **Exhibit B** are excerpts from the deposition of Nicholas Villacci, taken February 20, 2013.

4. Attached hereto as **Exhibit C** is GW proposed trial exhibit PTX 878, an internet forum posting by "Uncle Nurgle."

5. Attached hereto as **Exhibit D** is GW proposed trial exhibit PTX 643, an internet forum posting by "Mako."

6. Attached hereto as **Exhibit E** is GW's Response to CHS's Interrogatories Set Two, dated January 7, 2013.

1

7. Attached hereto as **Exhibit F** are excerpts from the deposition of Gillian Stevenson, taken on February 24, 2013.

8. Attached hereto as **Exhibit G** are excerpts from the deposition of Alan Merrett, taken on March 8, 2012.

9. Attached hereto as **Exhibit H** are excerpts from the deposition of Alan Merrett, taken on February 24, 2013.

10. Attached hereto as **Exhibit I** is GW's Third Supplemental Response to CHS's Interrogatories Set Four, dated March 2, 2012.

11. Attached hereto as **Exhibit J** is GW's Second Revised Claim Chart, which it served on Chapterhouse on August 3, 2012.

12. Attached hereto as **Exhibit K** is GW's New Products Claim Chart, which it served on Chapterhouse on January 14, 2013.

13. Attached hereto as **Exhibit L** is an email from CHS counsel to GW counsel on February 21, 2013 at 1:52 p.m.

14. Attached hereto as **Exhibit M** is an email chain from CHS counsel to GW counsel, in which the last email in the chain is dated February 22, 2013 at 1:12 p.m.

15. Attached hereto as **Exhibit N** is an email chain from CHS counsel to GW counsel, in which the last email in the chain is dated February 22, 2013 at 4:02 p.m.

16. Attached hereto as **Exhibit O** is GW's Index Astartes II 2003, page 45, Bates stamped GW0001632.

17. Attached hereto as **Exhibit P** is an email chain from CHS counsel to GW counsel, in which the last email in the chain is dated March 6, 2013 at 12:19 p.m.

18. Attached hereto as **Exhibit Q** are excerpts from the deposition of Neil Hodgson,

3

taken on March 5, 2012.

19. Attached hereto as **Exhibit R** are excerpts from the deposition of Martin Footit, taken on February 14, 2013.

20. Attached hereto as **Exhibit S** is CHS's December 12, 2012 Notice of Inspection to GW.

I declare under the penalty of perjury that the foregoing is true and accurate.


Dated: March 27, 2013                  By: /s Bryce A. Cooper

## **CERTIFICATE OF SERVICE**

      I, Bryce A. Cooper, an attorney, hereby certify that on March 27, 2013, I caused to be filed electronically the foregoing DECLARATION OF BRYCE A. COOPER IN SUPPORT OF CHAPTERHOUSE STUDIOS LLC'S MOTION IN LIMINE with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

                                        /s/ Bryce A. Cooper