**≡FOLEY**

FOLEY & LARDNER LLP

ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
foley.com

WRITER'S DIRECT LINE
212.338.3572
jmoskin@foley.com EMAIL

CLIENT/MATTER NUMBER
099251-0103

April 8, 2013

**VIA HAND DELIVERY**

Hon. Matthew F. Kennelly
United States District Judge
Everett McKinley Dirksen Courthouse
219 S. Dearborn Street, Chambers Room 2188
Chicago, IL 60601

      Re:    *Games Workshop Ltd. v. Chapterhouse Studios LLC et al.*
              Case No. 10-cv-08103

Dear Judge Kennelly:

I am writing to alert the Court that Alan Merrett, Head of Intellectual Property for Games Workshop and plaintiff's lead witness throughout this case, has just informed us that due to a medical emergency of his mother, who is dying of pancreatic cancer, he can not be available for the trial next week. Although we have been generally aware that she is seriously ill, and although we do not wish to be unduly graphic, we received a report first thing this morning that at the end of last week her condition drastically worsened when, on top of the cancer, and in addition to diverticulitis that she had recently developed, her bowel ruptured, causing peritonitis. The condition is fatal without surgery, but at 84 and with her general condition being what it is, she is only being treated with palliatives and her doctors advise that she has only days to live. She and Mr. Merrett are currently at the Frenchay hospital in North Bristol, UK, although they are discussing plans now to move her to hospice care.

Mr. Merrett is thus presented with the Hobson's choice of abandoning his mother or abandoning the case that he has spearheaded for 3 years as Head of IP. Clearly he can not do the former. We have not had time to improvise another solution and will continue to try to do so but recognized a duty to raise it with the Court as soon as possible to see if there is any way the trial can be delayed briefly. Games Workshop broaches the subject with enormous dismay, but given Mr. Merrett's role as Head of IP and as one of the original creators of the game in the late 1980's, sees no happy solution. There simply is not any other witness with his range of detailed personal knowledge. As we advised opposing counsel on Friday, when we provided a list of actual witnesses and intended times for testimony, Mr. Merrett is Games Workshop's opening and primary witness, expected to testify for 7-9 hours to lay out most of plaintiff's case in chief (other than the testimony of defendant).

The company has already incurred some expense of its own with logistics on the assumption the long-awaited resolution of the case was at hand and, understanding that Chapterhouse may also have already incurred trial-related expenses, is prepared to reimburse any such reasonable costs if the trial

| | | | | |
|---|---|---|---|---|
| BOSTON | JACKSONVILLE | MILWAUKEE | SAN DIEGO | SILICON VALLEY |
| BRUSSELS | LOS ANGELES | NEW YORK | SAN DIEGO/DEL MAR | TALLAHASSEE |
| CHICAGO | MADISON | ORLANDO | SAN FRANCISCO | TAMPA |
| DETROIT | MIAMI | SACRAMENTO | SHANGHAI | TOKYO |
| | | | | WASHINGTON, D.C. |

4832-8380-3411.1

**FOLEY & LARDNER LLP**

Hon. Matthew F. Kennelly
April 8, 2013
Page 2

must be or can be rescheduled.  Obviously no one wants more than Mr. Merrett to resolve the case soon.  Obviously too, the Court has also invested great resources to accommodate the parties' interests in a speedy resolution of the matter.

We will of course continue with all pretrial preparations - including submitting today a letter as requested by the Court at the conference last week on streamlining the trial and a revised pretrial order in view of the recent decision granting summary judgment in part.

We appreciate Your Honor's attention to this matter and would gladly participate in a call with the Court and counsel before the Wednesday pretrial conference.  We are, of course, delivering a copy of this letter simultaneously to opposing counsel, but have not had an opportunity to confer with them yet.  Moreover, given the considerable burdens placed on the Court itself this week, we did not see any benefit to delaying delivering this message to Your Honor.

        Respectfully submitted,

        /Jonathan E. Moskin/

        Jonathan E. Moskin

c:    Julianne Hartzell, Esq.
      Jennifer Golinveaux, Esq.
      Jason Keener, Esq.