# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| BEIJING | 35 WEST WACKER DRIVE | MOSCOW |
| CHARLOTTE | CHICAGO, ILLINOIS 60601 | NEW YORK |
| CHICAGO | | NEWARK |
| GENEVA | +1 (312) 558-5600 | PARIS |
| HONG KONG | | SAN FRANCISCO |
| HOUSTON | FACSIMILE +1 (312) 558-5700 | SHANGHAI |
| LONDON | www.winston.com | WASHINGTON, D.C. |
| LOS ANGELES | | |

April 8, 2013

BRYCE A. COOPER
312-558-3737
bcooper@winston.com

<u>VIA ECF FILING</u>

Hon. Matthew F. Kennelly
Courtroom 2103
United States District Court
Northern District of Illinois
Everett M. Dirksen U.S. Courthouse
230 S. Dearborn Street
Chicago, IL 60604

Re: *Games Workshop Limited v. Chapterhouse Studios LLC*, Case No. 1:10-cv-08103

Dear Judge Kennelly:

Per the Court's request, I write to address issues regarding the Final Pretrial Conference in the above-captioned case, to be held on April 10, 2013. With regards to the trial postponement discussed today, we are waiting to hear back on witness availability for trial starting the week of April 22 or June 3, 2013, and we will update the Court as soon as possible. Changes could be made to the below based on witness availability.

**<u>Chapterhouse Trial Witnesses</u>**

We have included a list below of witnesses that Chapterhouse Studios intends to call as live witnesses at trial, as well as the sequence and approximate amount of time we expect their direct examinations to take:

Nicholas Villacci – 4 hours
Robert Lippman – 1 ½ hours

Hon. Matthew Kennelly
April 8, 2013
Page 2


William Brewster – 1 ½ hours
Jeffrey Nagy – 1 ½ hours
Carl Grindley – 2 ½ hours

We also expect to introduce videotaped deposition testimony from the following witnesses, the order of which to be determined at trial based on timing of live witnesses (e.g., if there is approximately 20 minutes left in a trial day, we would seek to introduce a 20 minute video):

John Blanche – 20 minutes
Neil Hodgson – 25 minutes
Jeremy Goodwin – 25 minutes
Robert Naismith – 45 minutes
Martin Footitt – 30 minutes
Thomas Walton – 30 minutes
Darius Hinks – 20 minutes
Gillian Stevenson – 15 minutes
Alan Merrett – 15 minutes

Games Workshop may seek to first introduce deposition testimony from these witnesses in its case, in which instance Chapterhouse would ask to introduce its designations at that time. The above designation estimations do not include any testimony Games Workshop intends to counter-designate for these witnesses, which Chapterhouse proposes should not exceed the length of Chapterhouse's original designations.

**Chapterhouse Objection To Games Workshop Witness Disclosure**

We understand that the Court has asked for all witnesses to be called once, to be questioned for any purpose by either side. There is one potential issue we would like to highlight, which is that Games Workshop listed Chapterhouse's lead witness Nicholas Villacci to be called adversely. Mr. Villacci is the founder and manager of Chapterhouse. Even if Games Workshop does call him, Mr. Villacci will very likely need to be called again in Chapterhouse's rebuttal case. Games Workshop has indicated it does not oppose this, if allowed by the Court.

**Chapterhouse Objections To Games Workshop Exhibit List**

There are three categories of Chapterhouse's objections to Games Workshop's exhibit list not addressed in Chapterhouse's motion *in limine* that can be handled in a focused way at or before the pretrial conference:

1. Copyright Applications: Games Workshop has listed about 110 exhibits which are mere applications made to the Copyright Office seeking copyright registrations. The mere applications are irrelevant to any claim or defense in this case. If allowed, the applications will

Hon. Matthew Kennelly
April 8, 2013
Page 3

likely confuse the jury into thinking that Games Workshop's copyright claims should be given additional weight simply because they have applied for a copyright.

    2. Claim Charts: Games Workshop listed its own copyright and trademark infringement claim charts, and its own interrogatory responses as trial exhibits. Games Workshop should not be able to submit its claim charts into evidence, since the claim charts are only argumentative contentions. The charts contain hearsay, are irrelevant, misleading, and represent improper summaries. At trial, Games Workshop should be required to put forth direct evidence about its infringement claims.

    3. Unproduced Exhibits: Games Workshop listed a number of exhibits (*e.g.*, PEX 871, 873, 875, 880, 882, 886, 889, 890, 891, 892, 894) that it never produced or identified during discovery and has still not produced, even though the parties agreed to exchange electronic copies of their listed trial exhibits on April 5, 2013. Games Workshop should not be allowed to use exhibits at trial that Chapterhouse has never seen.

    Please let us know if the Court desires any other information in advance of our pre-trial conference.

    Very truly yours,

    Bryce A. Cooper

cc:    Jonathan Moskin, Esq.
       Jason Keener, Esq.