# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| BEIJING | 35 WEST WACKER DRIVE | MOSCOW |
| CHARLOTTE | CHICAGO, ILLINOIS 60601 | NEW YORK |
| CHICAGO | | NEWARK |
| GENEVA | +1 (312) 558-5600 | PARIS |
| HONG KONG | | SAN FRANCISCO |
| HOUSTON | FACSIMILE +1 (312) 558-5700 | SHANGHAI |
| LONDON | www.winston.com | WASHINGTON, D.C. |
| LOS ANGELES | | |

April 9, 2013

BRYCE A. COOPER
312-558-3737
bcooper@winston.com

<u>VIA ECF FILING</u>

Hon. Matthew F. Kennelly
Courtroom 2103
United States District Court
Northern District of Illinois
Everett M. Dirksen U.S. Courthouse
230 S. Dearborn Street
Chicago, IL 60604

Re: Joint Request to Re-Set Trial Date, *Games Workshop Limited v. Chapterhouse Studios LLC*, Case No. 1:10-cv-08103

Dear Judge Kennelly:

We write to follow up on the parties' conference with the Court yesterday regarding witness and counsel availability for trial, during which the Court asked to be notified about any conflicts regarding the new trial date of April 22. As set forth below, the parties have jointly agreed to request that trial begin on June 3, 2013, the alternate date that Your Honor had mentioned during the call.

Starting trial on April 22 presents a number of conflicts for Chapterhouse counsel and witnesses. Unfortunately, several of Chapterhouse's witnesses had adjusted their schedules such that they could be available in the second half (Chapterhouse's case) of a two-week trial scheduled to begin on April 15. Specifically, Robert Lippman is only available April 19 and 22 due to his own trial for which he is lead counsel starting shortly thereafter. Jeffrey Nagy had made arrangements to be available April 22-24 but is moving cities and jobs immediately thereafter and is not available for the rest of April. Dr. Carl Grindley, Chapterhouse's expert witness, adjusted his teaching schedule such that he could be available April 22-24 and has

Hon. Matthew Kennelly
April 9, 2013
Page 2

expressed that it would be very difficult to rearrange again at this late notice. Thus, three of Chapterhouse's five live witnesses would not be available for most of the trial, if trial were to begin on April 22.

In addition, Chapterhouse counsel Jennifer Golinveaux is scheduled to be in Taiwan for depositions during the week of April 29.

Finally, it is unclear whether a week would be sufficient for Games Workshop's witness, Mr. Merrett, to be available for trial.

For the June 3 trial date, however, all witnesses and counsel are available. Thus, the parties have discussed these trial conflicts, and both agree to request that this case be re-set to June 3, 2013 for trial, if that date remains available to the Court.

We appreciate the Court's attention to this matter. Please let us know if the Court requests any additional information and we will provide it immediately.

                                      Very truly yours,

                                      Bryce A. Cooper

cc:      Jonathan Moskin, Esq.
           Jason Keener, Esq.