# EXHIBIT A

# Sarah Kalemeris

| | |
|---|---|
| **From:** | Sarah Kalemeris |
| **Sent:** | Wednesday, March 20, 2013 12:31 PM |
| **To:** | 'JKeener@foley.com'; JMoskin@foley.com |
| **Cc:** | Julianne M. Hartzell; Golinveaux, Jennifer A.; Cooper, Bryce A. |
| **Subject:** | RE: GW v. CHS - Clawback and First Amended Objections to GW Exhibit List |
| **Attachments:** | CHS00018562-c.pdf; CHS00025044-51-c.pdf; CHS00030382-96-c.pdf; CHS00031258-92-c.pdf; CHS00031322-56-c.pdf; CHS00033553-87-c.pdf; CHS00034233-64-c.pdf |

Jason,

Chapterhouse has previously advised Games Workshop of each claim of privilege being made at this time, so there is certainly no basis for you to contend that you are surprised. As I pointed out in my previous email, Games Workshop has been on notice regarding the basis for the assertion of privilege for the content in CHS00025044-CHS00025051 at least since Chapterhouse served its privilege log on February 5, 2013, in which the same communication was redacted at entry #9. Moreover, the basis for Chapterhouse's privilege claim was set forth in its February 13, 2013 brief on the issue.

After considering Mr. Fiertek's testimony, we are no longer asserting privilege with respect to CHS00031866-CHS00031872. However, after a review of Mr. Fiertek's testimony, the final transcript of which we only recently received, we are also asserting privilege with respect to the following documents. Chapterhouse and/or Mr. Fiertek asserted a privilege claim as to each of these documents during Mr. Fiertek's February 28th deposition, when Mr. Fiertek made clear that attorney advice was sought or reflected in each instance:

Fiertek Exhibit 6: CHS00018562
You have been on notice of the basis for the assertion of privilege for the content now redacted in the attached replacement documents since Mr. Fiertek's deposition on February 28, 2013, during which Mr. Fiertek specifically declined to answer questions about these documents on the basis of attorney-client privilege. See Fiertek Deposition Tr., February 28, 2013, page 109, lines 2-7 ("Q: Do you know which one you're referring to when you said 'I guess this would be illegal to sell'? A: I think that comment referred to details previously given to Mr. Villacci by his legal counsel. So that's, I guess, privileged stuff."). In view of Mr. Fiertek's testimony, we assert that this information was inadvertently produced and that it is subject to attorney-client privilege on the basis that the communication reflected both legal advice from an attorney from Winston & Strawn communicated to Mr. Fiertek via his business partner and a subsequent request for a clarification of that legal advice. We also assert work product protection in that it reflects the mental impressions of an attorney from Winston & Strawn.

Fiertek Exhibit 11: CHS00031258-CHS00031292 You have been on notice of the basis for the assertion of privilege for the content now redacted in the attached replacement documents since Mr. Fiertek's deposition on February 28, 2013, during which Mr. Fiertek specifically declined to answer questions about these documents on the basis of attorney-client privilege. See Fiertek Deposition Tr., February 28, 2013, page 207 line 2 – page 209, line 14. In view of Mr. Fiertek's testimony, we assert that this information was inadvertently produced and that it is subject to attorney-client privilege on the basis that Mr. Fiertek was requesting legal advice from an attorney at Winston & Strawn via his business partner. We also assert work product protection in that it reflects the mental impressions of an attorney from Winston & Strawn.

This privileged content also appears in CHS00033553-CHS00033587, CHS00034233-CHS00034264, and CHS00031322-CHS00031356. For the reasons described above with respect to exhibit 11, we

assert that this information was inadvertently produced and that it is subject to attorney-client privilege and work product protection.

Fiertek Exhibit 15: CHS00030382-CHS00030396 You have been on notice of the basis for the assertion of privilege for the content now redacted in the attached replacement documents since Mr. Fiertek's deposition on February 28, 2013, during which Mr. Fiertek specifically declined to answer questions about these documents on the basis of attorney-client privilege. See Fiertek Deposition Tr., February 28, 2013, page 227 line 24 – page 229, line 6. In view of Mr. Fiertek's testimony, we assert that this information was inadvertently produced and that it is subject to attorney-client privilege on the basis that Mr. Fiertek was requesting legal advice from an attorney at Winston & Strawn via his business partner.

Attached please find redacted replacement copies of CHS00025044-CHS00025051, CHS0018562, CHS00031258-CHS00031292, CHS00033553-CHS00033587, CHS00034233-CHS00034264, CHS00031322-CHS00031356, and CHS00030382-CHS00030396.  Under FRE 502 and FRCP 26(b)(5)(B), you are now required to promptly return, sequester, or destroy the specified documents and any copies you may have.  If you would like to challenge our assertion of privilege, you can bring that up with the Court.  Please confirm that you have returned, sequestered, or destroyed any other copies of those documents that you may have received or had made.

Thank you,
Sarah

-----Original Message-----
From: JKeener@foley.com [mailto:JKeener@foley.com]
Sent: Tuesday, March 19, 2013 3:38 PM
To: Sarah Kalemeris; JMoskin@foley.com
Cc: Julianne M. Hartzell; Golinveaux, Jennifer A.; Cooper, Bryce A.
Subject: Re: GW v. CHS - Clawback and First Amended Objections to GW Exhibit List

Sarah,

We are surprised about this quite belated attempt to claw back "inadvertently produced" materials.  In order to evaluate your request, can you identify for us the basis for the privilege for each document and when and how that privilege arose?  Further, as we have not yet received any redacted replacements, can you describe which specific communications you are now claiming are privileged?

Regards,

Jason J. Keener
Foley & Lardner LLP
321 North Clark Street, Suite 2800, Chicago, IL 60610-4764
(312) 832-5109 (direct) / (312) 832-4700 (fax)


From: Sarah Kalemeris <SKalemeris@marshallip.com<mailto:SKalemeris@marshallip.com>>
Date: Monday, March 18, 2013 6:56 PM
To: "Moskin, Jonathan" <JMoskin@foley.com<mailto:JMoskin@foley.com>>, Jason Keener <jkeener@foley.com<mailto:jkeener@foley.com>>
Cc: "Julianne M. Hartzell" <jhartzell@marshallip.com<mailto:jhartzell@marshallip.com>>, "Golinveaux, Jennifer A." <JGolinveaux@winston.com<mailto:JGolinveaux@winston.com>>, "BCooper@winston.com<mailto:BCooper@winston.com>" <BCooper@winston.com<mailto:BCooper@winston.com>>
Subject: GW v. CHS - Clawback and First Amended Objections to GW Exhibit List

Counsel,

2

It has come to our attention that certain documents containing privileged material have been inadvertently produced.

The document at bates range CHS00025044-CHS00025051 reflects a privileged communication of attorney advice. Chapterhouse previously asserted its privilege with respect to the portion of this document redacted in a related email chain that duplicates this portion of the conversation at CHS00022093-CHS00022105 in its privilege log dated February 23, 2013. The privileged nature of this communication has also been subject to motion practice in Chapterhouse's opposition brief filed on February 13, 2013.

Additionally, as noted during the deposition of Mr. Fiertek on February 28, 2013 (see p. 212), the document at bates range CHS00031866-CHS00031872 reflects a privileged request for legal advice. A revised objection to the document's inclusion on Games Workshop's exhibit list at entry 596 is reflected in the attached First Amended Objections to Games Workshop's exhibit list.

In accordance with Section 5 of the Agreed Protective Order (Dkt. 71) and FRE 502, please confirm that you will return or destroy all copies of documents bates-numbered CHS00025044-CHS00025051 and CHS00031866-CHS00031872. We will provide you with redacted replacements as soon as possible.

Thank you,
Sarah


[cid:image8415fb.GIF@e38b42a2.4b9cca6f]


Sarah Kalemeris
Marshall, Gerstein & Borun LLP
233 South Wacker Drive
6300 Willis Tower
Chicago, IL 60606-6357
Direct: (312) 474-9570
Firm: (312) 474-6300
Fax: (312) 474-0448
SKalemeris@marshallip.com<mailto:SKalemeris@marshallip.com>
www.marshallip.com


The material in this transmission may contain confidential information. If you are not the intended recipient, any disclosure or use of this information by you is strictly prohibited. If you have received this transmission in error, please delete it, destroy all copies and notify Marshall, Gerstein & Borun LLP by return e-mail or by telephone at (312) 474-6300. Thank you.


The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.