## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:10-cv-08103 |
| v. | ) |
| | ) |
| CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES, | ) |
| | ) |
| | ) Judge Matthew F. Kennelly |
| Defendants. | ) |

### NOTICE OF DEFENDANT'S MOTION FOR LEAVE TO WITHDRAW COUNSEL

PLEASE TAKE NOTICE that on April 24, 2013 at 9:30 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Hon. Matthew F. Kennelly, Courtroom 2103, United States District Court, 219 South Dearborn Street, Chicago, Illinois 60604 and shall then and there present Defendant Chapterhouse Studios LLC's MOTION FOR LEAVE TO WITHDRAW COUNSEL, copies of which have been served upon you.

Dated: April 19, 2013

Respectfully submitted,

CHAPTERHOUSE STUDIOS LLC

By:   /s/ Bryce A. Cooper
Jennifer A. Golinveaux (CA Bar No. 203056)
Thomas J. Kearney (CA Bar No. 267087)
    WINSTON & STRAWN LLP
    101 California Street
    San Francisco, CA 94111-5802
    Phone: (415) 591-1000
    Fax: (415) 591-1400
    jgolinveaux@winston.com
    tkearney@winston.com

Imron T. Aly (IL Bar No. 6269322)
Bryce A. Cooper (IL Bar No. 6296129)

WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-1695
Phone: (312) 558-5600
Fax: (312) 558-5700
ialy@winston.com
bcooper@winston.com

Julianne M. Hartzell (IL Bar No. 6275093)
Sarah J. Kalemeris (IL Bar No. 6303644)
MARSHALL, GERSTEIN & BORUN LLP
233 S. Wacker Drive
Willis Tower Suite 6300
Chicago, IL 60606
Phone: (312) 474-6300
Fax: (312) 474-0448
jhartzell@marshallip.com
skalemeris@marshallip.com

*Attorneys for defendant Chapterhouse Studios LLC*

CHI:2620687.2

**CERTIFICATE OF SERVICE**

I, Bryce A. Cooper, an attorney, hereby certify that on April 19, 2013, I caused to be filed electronically the foregoing NOTICE OF DEFENDANT'S MOTION FOR LEAVE TO WITHDRAW COUNSEL with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

_____/s/  Bryce A. Cooper_____