# Exhibit

# 1







