# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Games Workshop Limited
                         Plaintiff,

v.                                                            Case No.: 1:10−cv−08103
                                                           Honorable Matthew F. Kennelly

Chapterhouse Studios LLC
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 25, 2013:

      MINUTE entry before Honorable Matthew F. Kennelly: Continued final pretrial conference held on 4/25/2013. Rulings made, as stated in open court, on remainder of plaintiff's motion to enforce discovery orders; defendant's motions *in limine* 1 and 4, and plaintiff's motion *in limine* 11. Plaintiff's disclosures identifying defendant's products alleged to have infringed the "icon marks" are to be made to defendant by no later than 5/2/2013. Joint status report on prior use in commerce issue regarding trademark claims as to certain products is to be submitted by 5/6/2013. Argument heard regarding privilege claw−back issue as identified in letter dated 4/8/2013; the Court concluded that the privilege claims, at this point, have not been sufficiently supported and described what would be necessary to support the claims. Telephone status conference regarding prior use issue, to be initiated by counsel, is set for 5/9/2013 at 8:45 AM. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.