# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Games Workshop Limited
                            Plaintiff,

v.                                                 Case No.: 1:10–cv–08103
                                                      Honorable Matthew F. Kennelly

Chapterhouse Studios LLC
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 1, 2013:

      MINUTE entry before Honorable Jeffrey T. Gilbert: All matters relating to the referral of this case having been resolved, this matter is returned to the assigned Judge. Referral terminated. Mailed notice(mr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.