CHS Objections to GW Summary Demonstratives

| Demo Page | GW Label | Actual Label in Cited Exhibit |
|---|---|---|
| Space Marine Other p. 2 | CHS – Thunder Hammers for Space Marine (Eagle & Salamander) | Eagle Thunder Hammer; Dragon or Salamander Thunder Hammer |
| Space Marine Other p. 11 | CHS – Skull or Chaplain Head Bit for Space Marine | Skull or Chaplain Head Bit |
| Space Marine Other p. 12 | CHS – Marine Salamander Head | Salamander or Dragon Head Bit for 28 mm marine |
| Space Marine Other p. 13 | CHS – Spikey Heresy Heads for Space Marines | Spiky Marine Heads |
| Space Marine Other p. 14 | CHS – Masked Heresy Heads for Space Marines | Masked Marine Heads |
| Space Marine Other p. 16 | CHS – Salamander and Heresy Armored Drop Pod Panel | Salamanders or Dragon Drop Pod Armor or Door Panel; Armored Door and Armor Kit for Rhino Tank |
| Space Marine Other p. 17 | CHS – Rhino Conversion Kit for Space Wolf Rhino | Wolf Rhino Conversion Kit |
| Space Marine Other p. 18 | CHS – Armoured Rhino for Space Marine Tank Door & Armor Kit | Armored Door and Armor Kit for Rhino Tank |
| Space Marine Other p. 19 | CHS – Salamander Rhino Conversion Kit | Dragon or Salamander Style Kit (fits on Space Marine® Rhino) |
| Space Marine Other p. 20 | CHS – Tactical Skull Rhino Door Kit | Tactical Rhino Doors with Skulls Kit |
| Space Marine Other p. 21 | CHS – Rhino Tank Conversion Kit for Iron Snakes | No title: Rhino conversion kits; Iron Snake rhino |
| Space Marine Other p. 22 | CHS – Dragon or Salamander Variant Rhino Door Kit | Dragon Door Kit (fits on Space Marine® Rhino) |
| Eldar p. 3 | CHS – Hellhound | Not an accused product |
| Space Marine Shoulder Pads p. 8 | CHS – Shoulder Pad with Shield & Studs for Space Marine | Shoulder Pad w/Shield & Studs for 28mm marine – Tactical |
| Space Marine Shoulder Pads p. 11 | CHS – Power Armour & Terminator Pad for Exorcist | Exorcist compatible Shoulder Pads |
| Space Marine Shoulder Pads p. 13 | CHS – Howling Griffon Shoulder Pads for Space Marines | Howling Griffon Style Marine Shoulder Pads 28mm |
| Space Marine Shoulder Pads p. 14 | CHS – Shoulder Pads for Serpent or Iron Snakes & Terminator Pad | Iron Snake Compatible Shoulder Pad – Tactical/Terminator |

| Space Marine Shoulder Pads p. 15 | CHS – Shoulder Pad w/Studs and Skull for Space Marine | Studded Skull Power Armor Pad |
| --- | --- | --- |
| Space Marine Shoulder Pads p. 24 | CHS – MK I Heresy Era for Space Marine "Thunder Armour" Shoulder Pad | MK I Heresy Era for 28mm marines "Thunder Armor" Shoulder Pad |
| Tyranids p. 3 | CHS – Tyranid Mycetic Spore | Mycetic Spore Pod |