IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:10-cv-08103 |
| v. | ) |
| | ) |
| CHAPTERHOUSE STUDIOS LLC, | ) |
| | ) Judge Matthew F. Kennelly |
| Defendant. | ) |

**DECLARATION OF BRYCE A. COOPER IN SUPPORT OF DEFENDANT'S OPPOSITION TO GAMES WORKSHOP'S MOTION TO EXCLUDE <u>EXPERT OPINIONS OF DR. GRINDLEY</u>**

I, Bryce A. Cooper, declare as follows:

1. I am an associate with the law firm of Winston & Strawn LLP. I am a member in good standing of the Bar of this Court. I have personal knowledge of the facts set forth herein and if called to testify could and would do so competently.

2. Attached hereto as **Exhibit 1** is a true and correct copy of the April 10, 2013 pre-trial hearing transcript.

3. Attached hereto as **Exhibit 2** is a true and correct copy of the Supplemental Expert Report of Dr. Carl Grindley, served on Games Workshop March 13, 2013.

4. Attached hereto as **Exhibit 3** is a true and correct copy of the *curriculum vitae* of Dr. Carl Grindley, served on Games Workshop February 1, 2013.

I declare under the penalty of perjury that the foregoing is true and accurate.

Dated: May 29, 2013                  By: /s Bryce A. Cooper

2

## **CERTIFICATE OF SERVICE**

      I, Bryce A. Cooper, an attorney, hereby certify that on May 29, 2013, I caused to be filed electronically the foregoing DECLARATION OF BRYCE A. COOPER IN SUPPORT OF DEFENDANT'S OPPOSITION TO GAMES WORKSHOP'S MOTION TO EXCLUDE EXPERT OPINIONS OF DR. GRINDLEY with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

                                                   /s/ Bryce A. Cooper