model an armored rider. Flight stand will be included.
Please note the peg hole is sized for Games Workshops
flight bases, in order to use our bases you will have to
widen the holes diameter slightly.

(Riders Shoulder Pads, Torso and Head not included and
sold seperately)

Models supplied unassembled and unpainted as always.

I have a limited number of these kits on hand, and we will
be getting more in next week, if you place a pre-order they
will ship the week they arrive in.

Till next time!

Nick Villacci - Chapterhouse Studios LLC







http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060092

**Miniature designed by Jes Goodwin**

The main element of the Games Workshop heresy jet bike design that is missing from the Chapter house model is the swooping eagle design on the front. The concept sketch shows the swooping eagle design being removed from the bike.

**Gun elements**

Multi-melta: as seen on Games Workshop vehicle models



CHAPTERHOUSE
STUDIOS

PILUM ATTACK JET BIKE WITH SIDE MOUNTED
BOLT GUNS



Leman Russ Demolisher
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod50019a
**Sculpted by Tom Walton and Dale Stringer**
Released 2009
The meltagun is identifiable by its unique muzzle, a long cylinder with heat vents marked into it. The multi-melta is the heavy weapon equivalent, incorporating two of these muzzles one above the other.



Heavy Bolter: as seen on Games Workshop vehicle models



Space Marine Attack Bike
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060100
Sculpted by Jes Goodwin and Norman Swales
Released 1997
The heavy bolter is a heavy version of the Boltgun. It is recognisable by its large block body and round silver muzzle with a large hole in the side.

-The rules options for Space Marine attack bikes allow 2 weapon choices: Multimelta or Heavy Bolter.



Multi-melta
+++Maxima pattern+++

p101 Codex Space Marines 2008. (**NH Wargear / Neil Hodgson / 2006**)
The meltagun is identifiable by its unique muzzle, a long cylinder with heat vents marked into it. The multi-melta is the heavy weapon equivalent, incorporating two of these muzzles one above the other.



Heavy Bolter
+++Astartes MK IV₄+++

p101 Codex Space Marines 2008. (**NH Wargear / Neil Hodgson / 2006**)
The heavy bolter is a heavy version of the Boltgun. It is recognisable by its large block body and round silver muzzle with a large hole in the side.

| | | | |
|---|---|---|---|
| | | -The rules options for Space Marine attack bikes allow 2 weapon choices: Multimelta or Heavy Bolter.<br><br>-The model riding the bike is wearing Space Marine power armour. | |
| 135 | **Alternative Heads for Tau Crisis Suits - Set #1**<br><br> | <span style="color:red">Head</span><br><span style="color:red">Games Workshop product body used in promotional images</span><br><br><br><br>Tau XV8 Crisis Battlesuit<br><br>Sculpted by Jes Goodwin<br>Released 2001 | Most mech-related anime created prior to these GW product heads are comparable to the GW products.<br><br><br><br>**AV-98T**<br>**Mobile Police Patlabor (1989)** |





Tau Battlesuit assembled and painted by the hobby team using all Games Workshop parts, in the pose and colour scheme of Chapterhouse's models.



**X-60 Flanker, Triax and the NGR**
**Palladium Books (1994)**



**AV-X0**
**Patlabor the Movie (1989)**





Tau Crisis Battlesuit Commander (re-released in 2012 as 'Tau Battlesuit Commander Upgrade Pack')

http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?catId=cat440287a&prodId=prod1620079a
**Sculpted by Jes Goodwin and Mark Harrison**
Released 2006

**Examples of Differences between CHS and GW Works:**

number of antennae
position and number of "eyes"
shape of head



A pewter set of 3 new alternative head sculpts designed to fit on the Games Workshop Tau Crisis or Broadside Battlesuits. Each set comes with 3 different robotic heads as well as a sprue of antenna to further modify the components.

Games Workshop Tau Crisis Suit model is shown for scale and example of use only and not included.

Components sold unpainted and unassembled.



Forge World - TAU XV9-01 WITH FUSION CASCADES
http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-BATTLESUITS-ANDDRONES/TAU-XV9-01-WITH-FUSION-CASCADES.html
**Sculpted by Daren Parrwood**
On Sale 2005



Forge World - TAU BATTLESUIT COMMANDER
SHAS'O R'ALAI WITH DRONES
http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-
BATTLESUITS-ANDDRONES/
TAU-BATTLESUIT-COMMANDER-SHAS-O-RALAI-WITH-
DRONES.html
**Sculpted by Daren Parrwood**
On Sale 2005



p34 Codex Tau Empire 2005. **(Neil Hodgson / 2005)**

p45 Codex Tau Empire 2005. (MG228 / Mark Gibbons / 2005 )

| 136 | **Alternative Heads for Tau Crisis Suits - Set #2** | Head<br>Games Workshop product used in promotional images | See Product Entry #135<br><br>**Examples of Differences between CHS and GW Works:**<br><br>number of antennae<br>position and number of "eyes"<br>shape of head |





Tau XV8 Crisis Battlesuit
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060253
Sculpted by Jes Goodwin
Released 2001





Tau Crisis Battlesuit Commander
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1620079a
**Sculpted by Jes Goodwin and Mark Harrison**
Released 2006





Tau Battlesuit assembled and painted by the hobby team using all Games Workshop parts, in the pose and colour scheme of Chapterhouse's models.



A pewter set of 3 new alternative head sculpts designed to fit on the Games Workshop Tau Crisis or Broadside Battlesuits. Each set comes with 3 different robotic heads as well as a sprue of antenna to further modify the components.

Games Workshop Tau Crisis Suit model is shown for scale and example of use only and not included. Components sold unpainted and unassembled.



Forge World - TAU XV9-01 WITH FUSION CASCADES
http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-BATTLESUITS-ANDDRONES/TAU-XV9-01-WITH-FUSION-CASCADES.html
**Sculpted by Daren Parrwood**
On Sale 2005



Forge World - TAU BATTLESUIT COMMANDER
SHAS'O R'ALAI WITH DRONES
http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-
BATTLESUITS-ANDDRONES/TAU-BATTLESUIT-
COMMANDER-SHAS-O-RALAI-WITH-DRONES.html
**Sculpted by Daren Parrwood**
On Sale 2005



p34 Codex Tau Empire 2005. **(Neil Hodgson / 2005)**

| | | | |
|---|---|---|---|
| | | <br>45 Codex Tau Empire 2005. **(MG228 / Mark Gibbons / 2005 )** | |
| 137 | **Heresy-Era Shoulder Pads for Terminators Type E - 2 pads** | <span style="color:red">Whole set</span><br><span style="color:red">Games Workshop product used in promotional images</span><br>Pre-Heresy and Heresy Era Terminator shoulder pads | See analysis of GW shoulder pad products in report<br><br><br><br>**Void Exo Suits, I-Kore (2001)** |





This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad itself has leather segments flowing down and 2 distinct armored sections on the upper armor.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).



Pre-Heresy and Heresy Era Terminator shoulder pads

'Cataphractii' Space Marine Terminator concept sketch
p189 'Horus Heresy: Collected Visions'
**John Blanche**



**Void Praetorians with Shotguns**
**I-Kore (2001)**

**Examples of Differences between CHS and GW Works:**

leather straps with rivets and reinforced ends vs cloth straps
two plates vs one plate in illustration
high arch on overlapping plate vs no high arch
decoration on plates vs none

p274 Horus Heresy Collected Visions
**Andrea Uderzo**

These Heresy-era Terminator shoulder pads feature two layers of plate with metal ended hanging straps. The metal plates have a studded border and the top plate has a cut out section in the lower, outer corner.

| 138 | **Heresy-Era Shoulder Pads for Terminators Type D - 2 pads** | Whole set<br>Games Workshop product used in promotional images<br>Pre-Heresy and Heresy Era Terminator shoulder pads | See Product Entry #137<br><br>**Examples of Differences between CHS and GW Works:**<br><br>rivet size and spacing<br>proportion of raised edges<br>profile of larger piece |

| | | |
|---|---|---|
| | <br><br><br><br>This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has leather straps with metal rings on the ends flowing down and 2 distinct armored sections on the upper armor.<br><br>This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only). | <br><br>p78, Horus Heresy Collected Visions<br>Franz Vohwinkel<br><br>These Heresy-era Terminator shoulder pads protrude further out from the shoulders. The lower plate is mounted higher, level with the cut out section, rather than below it as seen in 137 above. | profile of smaller piece<br>illustration shows fringe as part of arm and not shoulder pad<br>fabric fringe vs leather straps with rivets and rings<br>illustration shows pads chained across chest |
| 139 | **Heresy-Era Shoulder Pads for Terminators Type B - 2 pads** | Whole set<br>Games Workshop product used in promotional images | See Product Entry #137 |





This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has armor studs on the 2 upper armor surface and on the leather straps.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).

Pre-Heresy and Heresy Era Terminator shoulder pads



**Examples of Differences between CHS and GW Works:**

pad functions as rander/gorget
thickness of pad
material of pad
leather straps and rivets vs none
pads in illustration chained together
spaced rivets vs decorative rivets
decoration
edging and rivets on edging

| | | | |
|---|---|---|---|
| | | pp103 and 268 Horus Heresy Collected Visions<br>Ralph Horsley (left) and Kari Christensen (right)<br><br>These Heresy-era Terminator shoulder pads feature the bold studs that characterize Heresy era armour. They represent bolts that have been used to repair battledamaged armour during the Heresy. See MKV power armour. | |
| 140 | **Heresy-Era Shoulder Pads for Terminators Type C - 2 pads** | <span style="color:red">Whole set</span><br><span style="color:red">Games Workshop product used in promotional images</span> | See Product Entry #137<br><br>**Examples of Differences between CHS and GW Works:**<br><br>banded vs non-banded pads<br>raised and riveted edging<br>cloth straps vs leather straps with rivets |





This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has leather straps flowing down and 2 distinct banded armored sections on the upper surface.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).



p274 Horus Heresy Collected Visions
Andrea Uderzo

upward arch of second pad



MK1 'Thunder Armour' from
Armour Through the Ages

| | | http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?catId=cat520002a&prodId=prod1710010a **Miniature designed by Jes Goodwin** | |
|---|---|---|---|
| 141 | **Heresy-Era Shoulder Pads for Terminators Type A - 2 pads**<br><br><br><br><br><br>This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the bad itself has draping armored | Whole set<br>Games Workshop product used in promotional images<br><br><br><br>p274 Horus Heresy Collected Visions<br>Andrea Uderzo | See Product Entry #137<br><br>**Examples of Differences between CHS and GW Works:**<br><br>banded vs non-banded pads<br>cloth straps vs segmented metal straps<br>pad functions as rander/gorget |

segments flowing down and 3 distinct armored sections on the upper armor.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).



MK1 'Thunder Armour' from
Armour Through the Ages



Armour Through the Ages

| | | | |
|---|---|---|---|
| | | http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?catId=cat520002a&prodId=prod1710010a<br>**Miniature designed by Jes Goodwin** | |
| 142 | **TRU-Scale Knight Praetorius "Order of the Empress's Tears" Conversion Kit – 6**<br><br> | Whole set<br>Games Workshop product used in promotional images<br>Yellow armour with black and white checked patterns is the colour scheme<br>of the Lamenters Space Marine Chapter.<br>They were created from the Blood Angels Chapter and so also use blood<br>drop iconography.<br><br><br>Lamenters. | See Product Entry #126<br><br>**Examples of Differences between CHS and GW Works:**<br><br>See Product Entry #126 |







(left) p80 Codex Blood Angels 2009
Model by Jes Goodwin

(right) p113 Imperial Armour Volume 9 The Badab War Part 1
Kenton Mills and Sam Lamont

| | | | |
|---|---|---|---|
| | The "Knights Praetorius" are the Empress' most loyal soldiers. Each order has a history as well as heraldry that is unique to its ranks. The Order of the Empress's Tears is named so because of the near annihilation the order faced when they were the sole defense for the Empress when her Flagship came under assault during the Battle of Permidian. Isolated and without support, the order was annihilated to almost the last soldier before reinforcements had arrived. Only 2 soldiers survived the Kin'rth attack against the Empress and her closest advisors. Because of this sacrifice, the Empress renamed the unit and the units heraldry includes the "red tears" of the empress as its main standard.<br><br>Each resin kit comes **unassembled and unpainted**. The 28 mm TRUScale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.* Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.<br><br>**Examples of assembled and painted models by Worthy Painting Artist Alistair Armes are available here.** | <br><br>Games Workshop Space Marines assembled and painted by the hobby team using all Games Workshop parts, in the pose and colour scheme of Chapterhouse's models. | |
| 143 | **TRU-Scale Knight Praetorius Conversion Kit -6** | See product 126<br>The model in the image comprises parts from:<br>• 'TRU-Scale Knight Praetorius Conversion Kit -6' (126),<br>• 'Open Fisted Power Claws Compatible with Games Workshop Space Marine Model' (321)<br>• 'Spikey Marine Heads' (79)<br>• 'Combi Weapon Magnetic Kit' (34) | See Product Entry #126 and 142<br><br>**Examples of Differences between CHS and GW Works:**<br><br>See Product Entry #126 and 142 |



The "Knights Praetorius" are the Empress' most loyal soldiers. Each is endowed with a touch of the Empress' psychic powers when admitted into the unit. While few in number, each is a match for 10 lesser men, the psychic unity with the Empress allows a measure of prescience as well as formidable endurance. Both men and woman are allowed to test to join the unit, but few survive this testing.

*In a future where knowledge and technology rule. Aliens and humans battle for resources over countless worlds in a race to the become the dominate power. Earth has been divided into two warring factions although each faction has claimed a whole system to rule over-, they continue to fight over who should rule over earth.*

Although they primarily produce 'bits' and conversion kits Chapterhouse now has enough
of its own separate products to construct full models.

*Queen Eva Kimlar is the leader of the Valnarian Empire, a powerful psyker that has merged psionics with technology. Kimlar is the manipulator of men and can influence their thoughts, it is almost impossible for a male to deceive her as she can see your innermost secrets in your eyes as if watching them play out on a screen. As a the strongest known psyker in existance she shares a link with her most loyal followers on a level a normal human could not comprehend.  Her influence on peoples actions are stronger over men than women, thus she has to use her strong political skills and natural charisma to win over the female population.*

Each resin kit comes **unassembled and unpainted**. The 28 mm TRUScale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.* Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.

Displayed model painted by Jose Veiga and incorporates kits from Chapterhouse Studios - **Spiky Marine Head, Open Fist Power Claws, and Combi-Flamer Component**

**Examples of assembled and painted models by Stephen Smith and consist of numerous components from different manufactures for the weapons, arms, heads and weapon effects are available here.**

144 | Werecroc 1



"our first entry into the fantasy world line for Chapterhouse Studios."



**Whole set**



Lizardman Kroxigor

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1610066a
Sculpted by Martin Footitt
Released February 2009

A kroxigor is a large lizardman, standing twice the height of a normal lizardman warrior. The Lizardmen race has strong influences from several Mesoamerican civilisations. This unique combination of a lizardman race and Mesoamerican culture is only found in Games Workshop's Warhammer Fantasy universe.



**Shen, Empire of the Petal Throne, TSR (1975)**





KK258_Lizardmen Weapons
Karl Kopinski – 2002
p70 'Warhammer Armies: Lizardmen' 2003



**Shen, Ilánish Chárea (1999)**

**Examples of Differences between CHS and GW Works:**

aztec and polynesian weapons are what they are
spikes on head
placement of jewelry
shape of head (snake vs lizard or dinosaur (eg tooth placement))
length of neck
shape of tail
design of belly
spiked vs non-spiked tail
number of joints in foot/lower leg

| 145 | Werecroc 2 | Whole set | See Product Entry #144 |
|---|---|---|---|

145 | Werecroc 2





**Whole set**



Lizardman Kroxigor

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1610066a
Sculpted by Martin Footitt
Released February 2009

A kroxigor is a large lizardman, standing twice the height of a normal lizardman warrior. The Lizardmen race has strong influences from several Mesoamerican civilisations. This unique combination of a lizardman race and Mesoamerican culture is only found in Games Workshop's Warhammer Fantasy universe.

See Product Entry #144

**Examples of Differences between CHS and GW Works:**

aztec and polynesian weapons are what they are
spikes on head
placement of jewelry
shape of head (snake vs lizard or dinosaur (eg tooth placement))
length of neck
shape of tail
design of belly
spiked vs non-spiked tail
number of joints in foot/lower leg



KK258_Lizardmen Weapons
Karl Kopinski - 2002
p70 'Warhammer Armies: Lizardmen' 2003



Lizardmen Saurus Warrior from 'Lizardmen Saurus Warrior Regiment'
p77 'Warhammer Armies: Lizardmen' 2008

Lizardmen Saurus Warrior Regiment
http://www.gamesworkshop.
com/gws/catalog/productDetail.jsp?catId=cat440067a&prodId=pro
d820854
Sculpted by Colin Grayson
Released May 2003

| 146 | **Iron Hand Nut Power Armor Pad** | Size and shape of pad. Not surface decoration<br>Shoulder pad designed to fit on Games Workshop's Space Marine Terminator figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. It also uses the small central tab at the bottom of the pad which features on Games Workshop's Terminator shoulder pads. | See analysis of Space Marine Shoulder pads in report.<br><br>**Examples of Differences between CHS and GW Works:**<br><br>See product entry # 126 |

This is a single pewter shoulder pad with a mechanical nut and cog teeth on the edge of the pad

Designed to fit on Games Workshop Space Marine® figures.

| 147 | **Iron Hand Nut Terminator Pad** | Shoulder pad designed to fit on Games Workshop's Space Marine Terminator figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. It also uses the small central tab at the bottom of the pad which features on Games Workshop's Terminator shoulder pads. | See analysis of Space Marine Shoulder pads in report.<br><br>**Examples of Differences between CHS and GW Works:**<br><br>See product entry # 126 |

CHAPTERHOUSE
STUDIOS

Painted by José Veiga

This is a single pewter shoulder pad with a mechanical nut and cog teeth on the edge of the pad

Designed to fit on Games Workshop Space Marine Terminator® figures.

| 148 | **Winged Skull Power Armor Pad** | Shoulder pad designed to fit on Games Workshop's Space Marine figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. | See analysis of Space Marine Shoulder pads in report. **Examples of Differences between CHS and GW Works:** See product entry # 126 |
|---|---|---|---|

This is a single pewter shoulder pad with fanged skull with
wings on the surface.

Designed to fit on Games Workshop Space Marine® figures.

| 149 | **Hammer of Dorn Power Armor Pad** | Whole set | See analysis of Space Marine Shoulder pads in report. |
| --- | --- | --- | --- |
| | | | **Examples of Differences between CHS and GW Works:** |
| | | | See product entry # 126 |





Imperial Fists Space Marine Chapter

Neil Hodgson and Darius Hinks
p53 Insignium Astartes 2002



Hammers of Dorn Space Marine Chapter
The Chapter logo is a fist holding a hammer in front of a
wreath.

| | | p57 The Art of Clint Langley | |
|---|---|---|---|
| 150 | **Hammer of Dorn Terminator Pad**<br><br><br><br>This is a single pewter shoulder pad with a fist holding a hammer on the surface.<br><br>Designed to fit on Games Workshop Space Marine Terminator® figures. | <br><br>Imperial Fists Space Marine Chapter<br><br>Neil Hodgson and Darius Hinks<br>p53 Insignium Astartes 2002 | See analysis of Space Marine Shoulder pads in report.<br><br>**Examples of Differences between CHS and GW Works:**<br><br>See product entry # 126 |



Hammers of Dorn Space Marine Chapter
The Chapter logo is a fist holding a hammer in front of a
wreath.

|  |  | p57 The Art of Clint Langley |  |
|---|---|---|---|
| 151 | **V Power Armor Pad**<br><br><br><br>This is a single pewter shoulder pad with an V or roman numeral 5 on the shoulder and laurels.<br><br>Designed to fit on Games Workshop Space Marine® figures. | Shoulder pad designed to fit on Games Workshop's Space Marine figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. | See analysis of Space Marine Shoulder pads in report.<br><br>**Examples of Differences between CHS and GW Works:**<br><br>See product entry # 126 |
| 152 | **V Terminator Pad** | Shoulder pad designed to fit on Games Workshop's Space Marine Terminator figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. It also uses the small central tab at the bottom of the pad which features on Games Workshop's Terminator shoulder pads. | See analysis of Space Marine Shoulder pads in report.<br><br>**Examples of Differences between CHS and GW Works:** |

| | | See product entry # 126 |
|---|---|---|
| | <br><br>This is a single pewter shoulder pad with an V or roman numeral 5 on the shoulder and laurels.<br><br>Designed to fit on Games Workshop Space Marine Terminator® figures. | |
| 153 | **Power Armor Shoulder Pad for Scythes of the Emperor** | The Scythes of the Emperor are Space Marine Chapter.<br><br>Their badge is two crossed yellow/gold scythes on a black background. | See analysis of Space Marine Shoulder pads in report.<br><br>**Examples of Differences between CHS and GW Works:**<br><br>Regarding the emblem itself, the CHS product design and GW product design are significantly dissimilar on their face. The GW art indicates a common wooden haft—the hook at the base of the scythe—or what is known as a knob.  This |



This is a single pewter shoulder pad with a pair of crossed biological scythes on the surface.

Designed to fit on Games Workshop Space Marine® figures.



Scythes of the Emperor

Neil Hodgson
p88 'How to Paint Space Marines' 2004

Note the backwards hook at the base of the scythes, and cut out section where the blade meets the haft.

same shape can be found on axes, hammers and other hand tools. By contrast, the CHS design shows a distinct bone-like design. In particular, the clawed ends are dramatically different than those which are shown on the simplistic GW design.

The general arrangement is derivative of the following:



Thirteen Club Logo

See product entry # 126

| 154 | **Scythes of the Emperor Terminator Shoulder Pad** | The Scythes of the Emperor are Space Marine Chapter. | See Product Entry #153. |

| | | |
|---|---|---|
| | <br><br>This is a single pewter shoulder pad with a pair of crossed biological scythes on the surface.<br><br>Designed to fit on Games Workshop Space Marine® Terminator figures. | Their badge is two crossed yellow/gold scythes on a black background.<br><br>Neil Hodgson<br>p88 'How to Paint Space Marines' 2004<br><br>Note the backwards hook at the base of the scythes, and cut out section where the blade meets the haft. | **Examples of Differences between CHS and GW Works:**<br><br>See product entry # 126 |
| 155 | **Scaled Rimless Power Armor Pad** | Shoulder pad designed to fit on Games Workshop's Space Marine figures, using the oversized dimensions of Games Workshop's iconic shoulder pad design. | See analysis of Space Marine Shoulder pads in report.<br><br>**Examples of Differences between CHS and GW Works:**<br><br>See product entry # 126 |



This is a single pewter shoulder pad with scale pattern and no rim.

Designed to fit on Games Workshop Space Marine® figures.



Robert Heinlein (1980)



Science Fiction Analog (1978)



Science Fiction Analog (1980)

| | | Photographs of Medieval Armor with Shoulder Pads Metropolitan Museum of Art  |
| --- | --- | --- |

| | | |
|---|---|---|
| | |  |

| | | |
|---|---|---|
| | |  |

| | | |
|---|---|---|
| | |  |

| | | |
|---|---|---|
| | |  |

| | | |
|---|---|---|
| | |  |

| | | |
|---|---|---|
| | |   |
| 156 | **Scaled Tactical Power Armor Pad** | Tactical is a type of Space Marine squad. A Tactical squad will have an upward pointing arrow symbol on their right shoulder pad. | See analysis of Space Marine Shoulder pads in report. See Product Entry #155 |



| | | | Examples of Differences between CHS and GW Works:<br><br>See product entry # 126 |
|---|---|---|---|

This is a single pewter shoulder pad with scale pattern and a Tactical Arrow on the surface with a rim on the edge.

Designed to fit on Games Workshop Space Marine® figures.

Games Workshop sells Tactical shoulder pads - http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?prodId=prod1110189&rootCatGameStyle=

A Tactical squad member will have their squad number shown on their right shoulder pads. The squad number will be between 1-10.

The colours on the shoulder pad refer to a Chapter colour, ie, red and gold are the colours of the Blood Angels Space Marine Chapter. See product 4.

Neil Hodgson and Darius Hinks
Insignium Astartes 2002, page 32

| 157 | **Scaled with Rim Power Armor Shoulder Pad** | This is Games Workshop's unique expression of a Sci-Fi Shoulderpad. Only GW's shoulder pads have the unique characteristics of<br>&bull; Covering from start of shoulder to above the elbow<br>&bull; Large border around outer edge<br>&bull; Left shoulderpad – squad markings | See analysis of Space Marine Shoulder pads in report.<br><br>See Product Entry #155<br><br>**Examples of Differences between CHS and GW** |
|---|---|---|---|

119

| | | | |
|---|---|---|---|
| |   This is a single pewter shoulder pad with scale pattern and a rim.  Designed to fit on Games Workshop Space Marine® figures. | • Right shoulderpad – Chapter symbol    **Figure 9 - Index Astartes III 2003, page 23 (NH Ultramarines Graph / Neil Hodgson / 2001)** | **Works:**  See product entry # 126 |
| 158 | **Hot Shot Lasgun Pack** | Gun muzzle  'Lasguns' are the standard weapon of the Imperial Guard infantryman. A key identifying feature of 'las' weapons is the angled end to the muzzle. | See Product Entry #128  **Examples of Differences between CHS and GW Works:**  See product entry # 128 |



This is a 2 piece metal model of a heavy laser and a power pack.

Designed to be compatible with 28mm wargaming miniatures and can be used to convert Imperial Guard Storm Trooper models.



Imperial Guard Cadian Shock Troops
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod2070014
**Miniatures designed by Brian Nelson**



Lasgun with attached scope
p38 Codex Imperial Guard 2008
**(DH051 / Des Hanley / 1995 )**
Hot-shot lasguns/Hot-shot Laser Power pack
Hot-shot lasguns are lasguns which are able to fire more powerful shots due to being attached to a power pack.



p21, 'Codex Imperial Guard' ©1995



**Imperial Guard Storm Trooper Squad**

The Imperial Guard has billions of soldiers at its disposal, from the disciplined regiments of Cadia to the rough and ready Catachan Jungle Fighters. Foremost amongst the soldiers of the Imperial Guard, however, are the elite Storm Trooper regiments - expert warriors raised to war in the unforgiving halls of the Schola Progenium. With the best training and mental discipline that the drill-masters of the Schola Progenium can provide, they are formidable soldiers. Clad in carapace armour and wielding fearsome hot-shot lasguns they are nigh unstoppable, a combat elite who are willing carry out their objectives whatever the cost.

This box set contains five metal Imperial Guard Storm Troopers, including: a Veteran Sergeant armed with a power sword and hot-shot laspistol, and four different Storm Troopers armed with hot-shot lasguns. Models supplied with 25mm round bases.

| 159 | **Shrike Conversion Kit for Tyranid Warrior Models** | | |
|---|---|---|---|
| |  |  | Wings of this particular design on a dragon-like creature have been used in artwork for centuries. For example, drawings and illuminations of Saint George going back to the 1700s show a dragon with batwings.<br><br><br><br>H.R. Giger, *Necronom IV* (1976)<br>http://en.wikipedia.org/wiki/File:H.R._Giger_-_Necronom_IV.jpg#filelinks<br>Dkt No. 235, Ex. A |







CHS00043840 (From Box 124 of GW Reference Materials from GW Studios)

Note: I identified Giger's image as a potential reference before I knew that GW possessed this work at its studios.



This Chapterhouse Studios resin set contains 6 high detail modular components that fit with the current Games Workshop Tyranid Warriors kit that can be used to model a single flying monster. Please note this set does NOT include a Games Workshop Tyranid Warrior and is not a Games Workshop model.

Each kit contains 6 pieces:
Left and Right Wings that fit on the upper appendage slots
Left and Right replacement taloned legs
Upper and lower Head components

Please note while this kit is sculpted to fit an **unassembled** Tyranid Warrior kit, some modification may be necessary to the minute variations that are present



TYRANID WARRIOR WINGS CONVERSION KIT

http://www.forgeworld.co.uk/Warhammer-40000/Tyranids/TYRANIDWARRIOR-WINGS-CONVERSION-KIT.html
Sculpted by Mark Bedford
On sale in 2006



Extraterrestrial Dragon, Iron Wind Metals (2003), http://www.megaminis.com/MEGA/CATALOGS/IronWind Metals-CATALOG-2003.pdf at p. 31

in both the Games Workshop and Chapterhouse models.

Model supplied unassembled and unpainted, Games Workshop Tyranid Warrior Model is necessary to assemble as shown.

Sculpted by Jae Lee & Tomas Fiertek, Painted by Jose Viega



Gustave Dore, *Satan*, Paradise Lost (17th Century)



CHS00043827 (From Box 113 of GW Reference Materials in GW Studios)

Note: I identified Dore's image as a potential reference before I knew that GW possessed this work at its studios.

|  |  | **Examples of Differences between CHS and GW Works:**<br><br>Wing shape and orientation<br>Taloned leg width, shape, and orientation<br>Talon shape and orientation<br>Head components<br>Number of appendages on head |
|---|---|---|
| 160 | **Dark Elf Arch Torturess**<br> | <br>Urien Rakarth<br>This character is a Dark Eldar Haemonculous.<br><br>http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?prodId=prod1160052a<br>Sculpted by Juan Diaz<br>Released November 2010 | The pose of this GW figure is a standard pose that has been used by fantasy artists for many years:<br><br><br><br>**Witch Hazel**<br>**Hasslefree Miniatures (2008)** |



Once a prisoner is taken by the Dark Elf forces, their destination is the dungeons of the dark lords and the hands of their master torturers. Skilled in all forms of pain, esoteric and physical, these "artist" are able to keep the victims alive so each possible moment of pain can be endured and captured for their masters.

Masters of dark surgeries, it is common for them to experiment on themselves. This path to "perfection" means that on the battlefield they are armed with all sort of pain-dealing weaponry as well as grotesque limbs.

Model is a two-part unpainted metal miniature. Comes with plastic base.



DG1222_Urien_Rakarth
Dave Gallagher - 2010
p54 Codex: Dark Eldar 2010



Alyscia of the Abyss
Reaper Miniatures (2008)

| | | | |
|---|---|---|---|
| | Sculpted by Jae Lee & Tomas Fiertek, Painted by Jose Viega | Dark Eldar are the Warhammer 40,000 equivalent of Dark Elves. Haemonculi are masters of torture and skilled in all kinds of pain. They capture the pain of their victims as it gives life to the Dark Eldar race. They experiment on alien captives and themselves often giving themselves extra limbs. On the battlefield they have access to unique pain inflicting weapons.<br><br>Note:<br>• The odd stance of the Haemonculi, feet together with the cloak curving round behind, hovering just off the floor.<br>• Butcher apron, green syringe, extra multi-jointed limbs limbs, clawed hand details.<br><br><br><br>http://www.gamesworkshop.com/gws/catalog/productDetail.jsp?prodId=prod1190038a<br>Sculpted by Jes Goodwin<br>Released June 2011 | <br><br>CHS00043848 (From Box 211 of GW Reference Materials from GW Studios) (also a copy in Box 109) |

131



AB977_Haemonculus
Alex Boyd - 2009
p37 Codex: Dark Eldar 2010



**Soul Forge, Gerald Brom (2001)**



CHS00043860 (From GW Reference Materials)



**Sister Compassion**
**Gerald Brom (1994)**



CHS0043861 (From GW Reference Materials)

Note: I identified these Brom images as potential references before I knew that GW possessed several copies at its studios.

The idea of characters with multiple arms is also nothing unique. For thousands of years, they have existed in religious imagery:

**Kali**
**Raja Ravi Varma (prior to 1906)**

**Lolth**
**Wizards of the Coast (1999)**

**Examples of Differences between CHS and GW Works:**

female vs male figlure
clothing on upper body
cape on lower body
head shape and scape
number of arms

| 161 | **Thunderstike Missile Rack** | | |
|---|---|---|---|



THUNDERSTRIKE MISSILE RACK
WITH TARGETING ARRAY

Painted by José Veiga
CABALIER.com          Sculpted by Tomas
                      Fiertek



Cyclone missile launcher – From the Space Marine Terminators Set

There is no superficial or specific similarity between the CHS and the GW products here other than that both are mounted on the shoulders of a miniature.

That particular aspect is not unique to GW figures. Shoulder mounted weapon systems appear in movies and pop literature as well as in a variety of games.



**Armored Trooper VOTOMS (1983)**



This kit consist on 1 missile rack with separate targeter that is scaled for use on 28 mm figures.

This kit is designed to fit on the upper carapace of Games Workshop's Space Marine Terminator Models.

Components come unassembled and unpainted.

Sculpted by Tomas Fiertek, painted by Jose Veiga.

- Posted by 'Pyriel' Tomas Fiertek on Dakka Dakka advertising them with using Games Workshop Grey Knight Miniatures:
"Here is a WIP of how the green looked while I was working on it:





**F4X Ironfoot
Fang of the Sun Dougram (1981)**



**X-500 Forager, Triax and the NGR
Palladium Books (2004)**





Space Marine Terminators

**Miniatures designed by Jes Goodwin, Martin Footit and Dave Thomas.**
Released 2005

**Examples of Differences between CHS and GW Works:**

orientation of missiles
gothic arch shape of pack vs rectangular shape
number of missiles
banding and rivets on launcher





| 162 | **Large Ammo Belts for Heavy Weapons – 3** | | |
|---|---|---|---|

**Large Ammo Belts for Heavy Weapons – 3**



This pewter set of 3 ammo belts is designed to fit on heavy bolter and psybolter components from Games Workshops Space Marine and Grey Knight products. The ammo bands are made of resin to allow flexibility with a lower chance of the pieces breaking.

Sculpted by Tomas Fiertek and painted by Jose Veiga.

Models supplied unpainted and unassembled.
- Posted by 'Pyriel' Tomas Fiertek on Dakka Dakka advertising them with using Games Workshop Grey Knight Miniatures:



Grey Knights

**Sculpted by Georgio Bassani, Matt Holland and Martin Footitt**
Released April 2011

**Examples of Differences between CHS and GW Works:**

There does not appear to be any superficial or specific similarity between these products. GW's Grey Knights are not specific to the ammunition belts but are shown as an example of how a product can be used.

| | | |
|---|---|---|
| "As for the ammo bands I also use them on my GK minis:<br> | | |
| 163 | **Heraldric Knight Shoulder Pads – 5** | This is Games Workshop's unique expression of a Sci-Fi Shoulderpad. Only GW's shoulderpads have the unique characteristics of<br>&bull; Covering from start of shoulder to above the elbow<br>&bull; Large border around outer edge<br>&bull; Left shoulderpad – squad markings<br>&bull; Right shoulderpad – Chapter symbol | See analysis of Space Marine Shoulder pads in report.<br><br>See product Entry #155<br><br>**Examples of Differences between CHS and GW Works:**<br><br>See product entry #126<br>no heraldic resemblance<br>different proportions |



Figure 10 - Index Astartes III 2003, page 23
(NH Ultramarines Graph / Neil Hodgson / 2001)



CHI:2718591.1