# Exhibit 3

**CARL JAMES GRINDLEY**

Associate Professor of English
Eugenio María de Hostos Community College
The City University of New York
B521, 500 Grand Concourse
The Bronx, NY 10451
cgrindley@hostos.cuny.edu
Tel. 718.319.7907

Consortial Associate Professor of General Education, and Community Leader for Historical, Global and Civic Studies
The CUNY Online Baccalaureate
The School of Professional Studies
The City University of New York
365 Fifth Avenue
Manhattan, NY 10016
carl.grindley@sps.cuny.edu
Cell. 293.640.1349

**EDUCATION**

Ph.D., English Language, The University of Glasgow, United Kingdom, 1997. Dissertation: "The Life of a Book: London, British Library, MS Additional 35157 in Historical Context." Supervised by Graham Caie. Internal Examiner: Jeremy Smith. External Examiner: Steven Justice, The University of California at Berkeley.
M.A., English Literature, The University of Victoria, Canada, 1992. Thesis: "From Creation to Desecration: San Marino, CA, Huntington Library, MS 451." Supervised by Kathryn Kerby-Fulton. Internal Examiner: Timothy S. Haskett. External Examiner: Denise Despres, The University of Puget Sound.
B.F.A., Creative Writing, The University of Victoria, Canada, 1989.

**OTHER EDUCATION**

Incomplete M.F.A., Creative Writing (poetry), Wichita State University, KS, 1992-1993. Thesis: *GmBh*: A Long Poem. Supervised by Albert Goldbarth.
Incomplete, B.A., English Literature, The University of Victoria, Canada,1989-90.
Incomplete, A.Sc., Liberal Arts and Science, Camosun College, Canada, 1984-1985.

**ACADEMIC EMPLOYMENT**

Associate Professor of English with tenure, Eugenio María de Hostos Community College, The City University of New York, NY, 2009-present.
Consortial Associate Professor of General Education, The Online Baccalaureate, The School of Professional Studies, The City University of New York, NY, 2011-present (yearly appointment).
Consortial Associate Professor of Communications and Culture, The Online Baccalaureate, The School of Professional Studies, The City University of New York, NY, 2010-2011 (yearly appointments).
Consortial Assistant Professor of Communications and Culture, The Online Baccalaureate, The School of Professional Studies, The City University of New York, NY, 2009-2010 (yearly appointments).
Adjunct Assistant Professor of Communications and Culture, The Online Baccalaureate, The School of Professional Studies, The City University of New York, NY, 2006-2009.
Assistant Professor of English (tenure track), Eugenio María de Hostos Community College, The City University of New York, NY, 2004-2008.
Assistant Professor of English (term appointment), The University of British Columbia, Canada, 2002-2003.
Visiting Lecturer in Religion and the Arts, The Institute of Sacred Music, Yale Divinity School, Yale University, CT, 2001-2002.
Adjunct Lecturer in English and Medieval Studies, The University of Victoria, Canada, 2000-2001.
Postdoctoral Fellow, The Social Sciences and Humanities Research Council of Canada, The University of Victoria, Canada, 1998-2000.

**ACADEMIC AND PROFESSIONAL HONORS**

| | |
|---|---|
| 2012 | Cathlamet Prize in Poetry, Ravenna Press. |
| 2010 | Community College Humanities Association, Eastern Division Service Award. |
| 2010 | PSC CUNY Grant 41:1013--A Study of Community College Honors Programs, PI. |
| 2009 | PSC CUNY Grant 40:1063--Creative Writing (fiction), PI. |
| 2008 | NEH Digital Editions Grant, The *Piers Plowman* Electronic Archive, Adjunct Editor. |
| 2008 | Community College Humanities Association, Eastern Division Service Award. |
| 2008 | NEH Summer Stipend--A Study of *Piers Plowman* ms. Cot. Caligula a.xi, PI. |
| 2008 | PSC CUNY Grant 39:201--A Study of *Piers Plowman* ms. Cot. Caligula a.xi, PI. |
| 2007 | Plymouth State University, 28th Annual Medieval and Renaissance Forum, Award for Dedicated Teaching and Promising Scholarship in Medieval Studies. |
| 2007 | Arthur P. Sloan Foundation, Sloan-C Funding for Asynchronous Course Development, participant. |
| 2007 | NEH Summer Seminar Series—Great Americans, Bronx Community College, participant. |
| 2007 | PSC CUNY Grant 38:225--A Study of Shakespeare and Film, PI. |
| 2006 | NEH Digital Editions Grant, The *Piers Plowman* Electronic Archive, Adjunct Editor. |
| 2006 | NEH Summer Seminar Series—Great Americans, Bronx Community College, participant. |
| 2006 | CUNY Faculty Fellowship Publication Program, participant. |
| 2006 | Hostos Faculty Development Grant (COBI), co-PI. |
| 2006 | Bridging the Colleges CUNY Faculty Development Seminar, participant. |
| 2005 | Arthur P. Sloan Foundation, Sloan-C Funding for Asynchronous Course Development, participant. |
| 2005 | PSC CUNY Grant 36:52--A Study of the Middle Ages in Popular Culture, PI. |
| 2004 | NEH Digital Editions Grant, The *Piers Plowman* Electronic Archive, Adjunct Editor. |
| 2002 | University of British Columbia Faculty of Arts Information Technology Grant, PI. |
| 1998-2000 | Social Sciences and Humanities Research Council of Canada (SSHRCC) Postdoctoral Fellowship. |
| 1995-1997 | SSHRCC Doctoral Fellowship. |
| 1993-1997 | University of Glasgow Faculty of Arts Doctoral Fellowship. |
| 1993-1997 | Overseas Research Student Doctoral Fellowship. |
| 1993 | Graduate Teaching Award (Creative Writing Workshop) Wichita State University. |
| 1992-1993 | Wichita State University Graduate Teaching Assistantship. |
| 1989 | University of Victoria President's Scholarship. |

Certified ACT Reader—Writing Exam.
Certified AP Reader—English Literature.

**SCHOLARLY PUBLICATIONS**

**Chapters in Scholarly Books**

Grindley, Carl James, Susan Polirstok and Harriet Shenkman. "Exploring History, Architecture, and Art Across Three Colleges in the Bronx." *Making Teaching and Learning Matter.* Eds. Judith Summerfield and C.C. Smith. Explorations of Educational Purpose 11. New York, NY: Springer, 2010. 237-252. Print.

Grindley, Carl James. "The Black Death in Filmed Versions of Romeo and Juliet and Twelfth Night." In *Apocalyptic Shakespeares*. Ed. Melissa Croteau and Carolyn Jess-Cooke. New York: McFarland, 2009. 148-165. Print.

---. "'We're Everyone You Depend On': Filming Shakespeare's Peasants." In *Shakespeare and the Middle Ages: Essays on the Performance and Adaptation of the Plays with Medieval Sources or Settings*. Ed. Sid Ray and Martha Driver. New York: McFarland, 2009. 89-104. Print.

Grindley, Carl James, and Kathleen Kane. "Incorporating "Unteachable Texts": American Renaissance Literature in English Composition." In *The Scholarship of Teaching: Faculty Development Through Cross-Campus Collaboration*. Ed. Harriet Shenkman and Susan Polirstok. New York: Bronx Community College Center for Teaching Excellence, 2007. 58-61. Print.

Grindley, Carl James. "The Elementary Middle Ages." In *Mass Market Medieval*. Ed. David Marshall. New York: McFarland, 2007. 140-153. Print.

---. "The Hagiography of Steel: Heroes and their Weapons in Contemporary Film." F*rom Beowulf to Buffy: Depictions of the Medieval Hero on Film*. Ed. Martha Driver and Sid Ray. New York: McFarland, 2004. 151-166. Print.

---. "Printed And Written Marginalia In Documents From The British Isles 1300-1641: Notes Toward A System Of Classification." In *The Medieval Professional Reader at Work*. Ed. Kathryn Kerby-Fulton and Maidie Hilmo. Victoria: English Literary Studies, 2002. 71-149. Print.

**Peer Reviewed Scholarly Articles**

Grindley, Carl James. "The Whisper Game." *Studies in Medieval and Renaissance Teaching* 18.2 (Fall 2011): 79-92. Print.

---. "The A-Version Ancestor of BmBoCot." *The Yearbook of Langland Studies* 24 (2011): 63-87. Print.

Grindley, Carl James, *et al.* "Pulling It All Together: Connecting Liberal Arts Outcomes with Departmental Goals Through General Education." *Peer Review* 12.1 (Winter 2010): 27-29. Print.

Grindley, Carl James. "The Setting of McCarthy's The Road." *The Explicator* 67 (Winter 2008): 11-13. Print.

---. "Arms and the Man: The Curious Inaccuracy of Arms and Arm in Contemporary Film." *Film & History* 36.1 (May 2006): 14-19. Print. Reprinted as: "Arms and the Man: The Curious Inaccuracy of Arms and Arm in Contemporary Film." *Film & History CD-ROM Annual 2004-2005*. Ed. Peter C. Collins, John E. O'Connor and Deborah Carmichael. Film and History, 2006.

---. "A Rush to Judgment: Teaching Dante's Schema in American High Schools." *Scientia Scholae* 4.2 (Spring 2006). Web. 18 May 2010.

---. "The Story of King Lear in John Hardyng's Chronicle." *Cahiers Elisabethains* 59 (2001): 77-80. Print.

---. "A New Manuscript of Piers Plowman." *Yearbook of Langland Studies* 11 (1998): 135-140. Print.

---. "An Early Paper Copy of Hardyng's Chronicle." *Notes and Queries* 44.2 (1997): 24-27. Print.

---. "An Eighteenth-Century Concordance of Piers Plowman." *Notes and Queries* 240.2 (1995): 162-164. Print.

**Reviews of Scholarly Books**

---. Rev. of *Abstractions of Evidence in the Study of Manuscripts and Early Printed Books,* by Joseph A. Dane. *The Journal of the Early Book Society* 14 (2011): 270-271. Print.

---. Rev. of *Materials, Methods, and Masterpieces of Medieval Art,* by Janetta Rebold Benton. *The Journal of the Early Book Society* 12 (2010): 123-124. Print.

---. Rev. of *Imaginary Worlds in Medieval Books: Exploring the Manuscript* Matrix*,* by Martha Dana Rust. *The Journal of the Early Book Society* 11 (2009): 293-294. Print.

---. Rev. of *Printing the Middle Ages*, by Siân Echard. T*he Journal of the Early Book Society* 11 (2009): 276-278. Print.

---. Rev. of *Women's Letters Across Europe, 1400-1700: Form and Persuasion*, ed. by Jane Couchman and Ann Crabb. *The Journal of the Early Book Society* 10 (2007): 246-247. Print.

---. Rev. of *The Book Unbound: Editing and Reading Medieval Manuscripts and Texts*, ed. by Siân Echard and Stephen Partridge. *Envoi* 11.2 (Fall 2006 [2007]): 51-54. Print.

---. Rev. of *Codices Keionenses: Essays on Western Manuscripts and Early Printed Books in Keio University* ed. by Takami Matsuda. *The Journal of the Early Book Society* 9 (2006): 191-192. Print.

---. Rev. of *The C-text of Piers Plowman*, ed. by George Russell and George Kane. *Envoi* 10.2 ([2004]): 185-193. Print.

---. Rev. of *The Chaucerian Apocrypha: A Counterfeit Canon*, by Kathleen Forni. *Envoi* 10.2 ([2004]): 135-38. Print.

---. Rev. of *Theory and the Premodern Text*, by Paul Strohm. *Arthuriana* 12.3 (2002): 161-62. Print.

**Other Publications**

---. "Pedagogy Corner: Teaching the DVD Special Feature." *Literature/Film Association Newsletter* 3.1 (2009): 8-9. Web. 18 May 2010.

---. "My Favorite Adaptation." *Literature/Film Association Newsletter* 1.1 (2007): 11. Web. 18 May 2010.

---. "The Death of the Hero and the Purpose and Function of Internal Fictional and 'True' Narratives in Western Literature." *Envoi* 11.1 (2002 [2005]):1-20. Print.

---. "A Modernization of Thomas Hoccleve's Complaint." *Glasgow Review* 4 (1996): 63-73. Print.

**CREATIVE WRITING PUBLICATIONS**

**Books**

Grindley, Carl James. *Lora and The Dark Lady.* Spokane, WA: Ravenna Press, 2013. Print. (*in press*)
---. "A Season in Yale," *Still Life, The Memoirs of a Supervillain, and The Fear of Contagion*. Omnibus ed. published as: *ICON: Three Works of Fiction*. Ed. Miles Newbold Clark. Il. Robert Vaughan Clifton. San Francisco: No Record Press, 2008. Print.
---. *GMBH*. Peterborough, UK: Spectacular Diseases, 1995. Print.

**Anthologies**

Grindley, Carl James. "Four chapters from The Fear of Contagion." *The Red Anthology*. Ed. Miles Newbold Clark. San Francisco: No Record, 2007. 40-86. **Nominated for 2008 Pushcart Prize.** Print.
---. "Orchideenfacher." *Nothing North of Disneyland*. Ed. Carl James Grindley, Craig Piprell and Mark Anthony Jarman. Victoria: Skunkweed, 1993. 29-50. Print.
---. "Cato's Dream," "El Dorado," and "Hart Crane Goes Berserk." *Free Exchange*. Ed. Linda Berry and George W. Lyon. Calgary: Free Exchange Proceedings, 1991. 42-51. Print.
---. "Winter's Night." *A Discord of Flags*. Ed. Steven Heighton, Peter Ormshaw, and Michael Redhill. Toronto:[Samisdat], 1992. 39. Print.
---. "Extract from The Fear of Contagion." No-Record Press (December 2007). Web. 18 May 2010.

**Journals**

Grindley, Carl James. "My Next Act." *Convergence* 12 (Summer 2012): n. page. Web. 3 July 2012. <http://www.convergence-journal.com/summer12>
---. "I Suppose." *Convergence* 12 (Summer 2012): n. page. Web. 3 July 2012. <http://www.convergence-journal.com/summer12>
---. "Consider the Birds." *Alliterati* 7 (June 2012): 30. Print.
---. "Wood Bugs." *Petrichor Machine!* 2 (2012): 50. Print.
---. "Sidecar." *String Poet* (Spring 2012): n. page. Web. 1 December 2011. <http://www.stringpoet.com/2012/05/3-carl-james-grindley/>
---. "Libretto." *String Poet* (Spring 2012): n. page. Web. 1 December 2011. <http://www.stringpoet.com/2012/05/3-carl-james-grindley/>
---." Convergence (Spring 2012): n. page. Web. 29 March 2012. <http://www.convergence-journal.com/spring12/>
---. "The Basement Bar at the Bryant Park Inn." The Orange Review 1.2 (Spring 2012): n. page. Web. 12 March 2012. <http://orangequarterly.com/2012/01/the-basement-bar-of-the-bryant-park-inn/>
---. "Rocket Car." *MOJO* 1 (Spring 2012): 4-6. <http://mikrokosmosjournal.com/wordpress/> Web. 20 January 2012.
---. "Secrets of the Sea." *MOJO* 1 (Spring 2012): 4-6. <http://mikrokosmosjournal.com/wordpress/> Web. 20 January 2012.
---. "New Hampshire Normal School." *The Northville Review* (Spring 2012): n. page. Web. 18 January 2012. <http://northvillereview.com/?p=1598>
---. "Diving into the Wreck." *Northwind* 1 (Winter 2012): n. page. Web. 15 January 2012. <http://northwindmagazine.com/contents/1/diving_into_the_wreck.html>
---. "Reply to Rumi and Lawrence on Snakes." *Bare Root Review 13* (Fall 2011): n. page. Web. 12 January 2012. <http://www.smsu.edu/barerootreview/13grindleytemplate.html>.
---. "Broken." *The Blue and Yellow Dog* 7 (Winter 2012): n. page. Web. 15 December 2011. <http://blueyellowdog.weebly.com/carl-grindley.html/>
---. "Stop." *The Blue and Yellow Dog* 7 (Winter 2012): n. page. Web. 15 December 2011. <http://blueyellowdog.weebly.com/carl-grindley.html/>
---. "All of these Indefinite Blocks." *REM Magazine* 2 (December 2011): 60. Print.
---. "Spaceman." *Yale Journal for Humanities in Medicine* (19 November 2011): n. page. Web. 25 November 2011. <http://yjhm.yale.edu/poetry/cjgrindley20111119.htm>

---. "I Thought About You Last Night," "Blockhead," "This is an Unruly Embargo, a Rapidly," and "Life is a House No One Wants." *Eunoia Review* (November 2011): n. page. Web. 1 December 2011. <http://eunoiareview.wordpress.com/tag/carl-james-grindley/>

---. "Junk." *The Nervous Breakdown* (11 October 2011): n. page. Web. 15 October 2011. <http://www.thenervousbreakdown.com/cgrindley/2011/10/junk/>

---. "Autopsy," "Campton," and "The First Ending." *Anemone Sidecar* 16 (Fall 2011): 20-22. Print.

---. "The God of Minor Inconveniences." *Menacing Hedge* 1.02 (Fall 2011): n. page. Web. 1 December 2011. <http:www.menacinghedge.com/fall2011/entry-grindley.php>

---. "Captain Hook." *Ink, Sweat and Tears* (12 September 2011): n. page. Web. 1 October 2011. <http://ink-sweat-and-tears.blogharbor.com/blog/_archives/2011/9/12/4892835.html>

---. "Prophecy as a Reducing Mathematical Certainty." **Spring Prosetry Winner.** *Moon Milk Review* (Spring/Summer 2011): n. page. Web. 1 September 2011. <http://moonmilkreview.com/2011/spring-2011-prosetry-winner-prophecy-as-a-reducing-mathematical-certainty/>

---. "Rat Jesus." *The Midwest Coast Review* 1 (summer 2011): 91. Web. 1 Sept. 2011. <http://www.midwestcoastreview.com/MWCoast%201.pdf>

---. "The Wrong Poem." *The Montucky Review* (August 2011): n. page. 15 August 2011. <http://montuckyreview.blogspot.com/search/label/Carl%20James%20Grindley>

---. "Stupidly Good" and "Spring." *Samizdat Literary Journal* (July 2011): n. page. 1 August 2011. <http://www.samizdat.me/stupidly-good/>

---. "Stuff That." *Quantum Poetry Magazine* (30 July 2011): n. page. Web. 1 August 2011. <http://quantumpoetry.wordpress.com/2011/07/30/carl-james-grindley/>

---. "Let's Get To Loggerheads Over It." *The Brooklyner* (August 2011): n. page. Web. 15 August 2011. <http://clients.davidrhoden.com/brooklyner/author/carljamesgrindley/>

---. "Afraid of the Dark," "Interventricular Septum," and "Recycling." *Anatomy and Etymology* 1.3 (8 July 2011): n. page. Web. 1 August 2011. <http://aepoetry.info/> **"Afraid of the Dark" Nominated for 2012 Pushcart Prize.**

---. "In Retrospect, It All Seemed So Easy," "Alone Left Me, So Even In," "I Stay Sharper if Held," "Warm One Morning Was One Was," "In Case You Have Questions." *Anastomoo* 5 (2011): n. page. Web. 6 June 2011. <http://www.anastomoo.com/grindley.htm>

---. "The God of Unknowable Reasons." *Atticus Review* 1.4 (2011): n. page. Web. 8 June 2011. <http://atticusreview.org/the-god-of-unknowable-reasons/>

---. "Astrolabe," and "Dead Souls." *A Bad Penny Review.* (Summer 2011): n. page. Web. 14 June 2011. <http://www.thebadpenny.org/2011/06/astrolabe/>

---. "The God of String." *Apocrypha and Abstractions* 1.3 (June 2011): n. page. Web. 10 June 2011. <http://apocryphaandabstractions.wordpress.com/2011/08/08/the-god-of-string-by-carl-james-grindley/>

---. "This one is a," "Over the long time things talk us gently," "Found in abstraction is," and "This one is for a pregnant." *No Record* 1 (2007): 2-3. Print.

---. "Hiram." *Connecticut River Review* 23.1 (July 2003): 56-57. Print.

---. "Crows." *Chase Park* 3 (2002): 17. Print.

---. "The Sea Calling Out So Softly." *California State Poetry Quarterly* 28.4 (Winter 2002): 24. Print.

---. "What roots all entertainment only." *Cranial Tempest* 2.8 (2002): 5. Print.

---. "So It's Privately Seen Flashlights." in *Folio 842b.* Ed. Carl Grindley. New Haven: Yale Institute of Sacred Music 2002. 17. Print.

---. "Simple" and "How About a Poem About." *Confluence* (2001). Print.

---. "How to Describe what in Absences," and "In My Dreams I." *The Canadian Forum* 78.880 (August 1999): 33-34. Print.

---. "I am Awake Because of the." *Kairos* 11 (1999): 29. Print.

---. "A Few More Years And." *Queen's Quarterly* 106.4 (1999): 629. Print.

---. "So It's Back to Kansas," and "And Hate." *The Toronto Review* 17.4 (Summer 1999): 33-34. Print.

---. "You Said it was Five Years." *The Dalhousie Review* 78.2 (1998): 315. Print.

---. "Glasgow," and "Butterfly." *Borderlines* 14 (May 1994): 19, 45. Print.

---. "The Twentieth Century," and "The Mongolfier Brothers Die in a Fiery Crash." *Rustic Rub* 3 (Summer 1994): 50-51. Print.

---. "The Other One." *Exile* (April 1994): 4. Print.

---. "The Tables Turned," "It's Only Poetry," "With a Whimper and a Bang," "My Heart is Late and Without Shoes," "Without Judgment Along the Paths," "On First Hearing Philip Glass," "The Shadow of Hanged Man," and "Reply." *Quarry* 42.2 (1993): 25-32. Print.

---. "After the Return." *Descant* 77-78 (1992): 166-170. Print.
---. "With a Whimper and a Bang." *Aura* 29 (Fall/Winter 1992): 37. Print.
---. "Poem Inspired by K's False Syphilis." *The Skinny* 1:3 (1992): 4. Print.
---. "Grand Opera in my Backyard." *Scrivener* 16 (1991-1992): 9. Print.
---. "The Number Seven Breakfast," "It's Only Poetry," and "Portrait Fragment 2." *California State Poetry Quarterly* 17:1-3 (1991): 28-30. Print.
---. "Composition #16," and "Composition #2." *Cream City Review* 14:2 (Winter 1991): 133-5. Print.
---. "Composition #12." *Canadian Literature* 127 (Winter 1990): 40. Print.
---. "Brutal," and "Crows." *Bradford Poetry* 10 (1990). Print.
---. "Slaughtered Souls (ix)," and "Slaughtered Souls (xxxii)." *Aileron* 11.1 (1990): 10-11. Print.
---. "Amsterdam is Only Rain," and "Death by Drowning 2." *Z-Miscellaneous* 3.3 (Fall 1989): 27, 47. Print.
---. "Before the Return." *Quarry* 38.4 (1989). Print.
---. "In Chengdu," "In Lhasa," and "In Model Jail #2." *Seventh Wave* 4 (Spring 1988): 86-88. Print.
--- and Paul Leschuk. "Fish." *Tremor* 2 (1992): 26-29. Print.

**INVITED PRESENTATIONS**

Grindley, Carl James. "Maintaining a Relevant Scholarly Career in a High Workload Environment." Graduate Colloquium on Higher Education, Columbia University, New York, NY, April 16, 2012.
---. "The History of O: Editorial Concerns in the Athlone Press C Version of *Piers Plowman*." Department of English, University of California at Berkeley, Berkeley, CA, April 2001.
---. "Protestant Readings of *Piers Plowman.*" Department of English, University of California at Berkeley, Berkeley, CA, April 2001.
---. "Protestant Readings of *Piers Plowman.*" Yale Institute of Sacred Music, Yale University, New Haven, CT, October 2000.
---. "The History of O: Editorial Concerns in the Athlone Press C Version of *Piers Plowman*." Department of English, Cornell University, Ithaca, NY, October 2000.

**DISTANCE LECTURES**

Grindley, Carl James. "The Big Bad Book: Textual Anxieties in Medieval Movies." English Department, Wilmington College, Wilmington, OH, October 2004.
Grindley, Carl James. "The Big Bad Book: Textual Anxieties in Medieval Movies." English Department, Concordia College, Moorhead, MN, October 2003.
Grindley, Carl James. "The Big Bad Book: Textual Anxieties in Medieval Movies." English Department, Pace University, New York, NY, April 2003.

**PRESENTATIONS**

Grindley, Carl James, Jordi Getman, and Jane Weiss. "Developing Criteria for Honors Courses." Roundtable, Biennial Conference of the Eastern Division of The Community College Humanities Association, Capital Community College, The Hartford Hilton, Hartford, CT, November 4-6, 2010.
Grindley, Carl James, Andrew Hubner, and Jennifer Tang. "Roundtable, Biennial Conference of the Eastern Division of The Community College Humanities Association, Capital Community College, The Hartford Hilton, Hartford, CT, November 4-6, 2010.
Grindley, Carl James. "Time Travel to the Middle Ages in Contemporary Film." 31st Annual Medieval and Renaissance Forum, Plymouth State University, Plymouth, NH, April 16-17, 2010.
Grindley, Carl James, Jaffranna Castillo, Madelin Gutierrez, Samantha Hernandez, Corin Kent, Alexis Lopez, and Amalia Sanchez. "Roundtable on Shakespeare in the Community College." 31st Annual Medieval and Renaissance Forum, Plymouth State University, Plymouth, NH, April 16-17, 2010.
Grindley, Carl James. "Dante, Doré, Damned and Dumb." 85th Annual Meeting of the Medieval Academy of America, Yale University, New Haven, CT, March 18-20, 2010.
Grindley, Carl James, Barbara Walters, Howard Wach, Sarah Morgano, William Bernhardt. "ePortfolios in the CUNY Online Baccalaureate: Building Cross-Campus Consensus on Principles and Procedures." 8th CUNY IT Conference, John Jay College, The City University of New York, NY, NY, December 4, 2009.

Grindley, Carl James, "The Shape of the OLB Ancestor," 4th *Piers Plowman* Electronic Archive Workshop, Loyola Marymount University, Los Angeles, CA, May 30-June 2, 2009.

---, "'Let's Get Ready to Rumble:' Arming the Knight in Contemporary Film," 44th Annual International Medieval Congress, The University of Western Michigan, Kalamazoo, MI, May 7-10, 2009.

Grindley, Carl James, Laura Blunk, Ilan Mitchell-Smith, Lorraine K. Stock, Candace Gregory-Abbott, Jenny Adams, and Mikee Delony. Roundtable on Getting Medieval on Popular Culture in the Classroom: Pedagogy and Medievalism, 44th Annual International Medieval Congress, The University of Western Michigan, Kalamazoo, MI, May 7-10, 2009.

Grindley, Carl James. "Is God Dead? Chaucer's Atheistic Dream Vision," 30th Annual Medieval and Renaissance Forum, Plymouth State University, Plymouth, NH, April 24-25, 2009.

---. "Crafting the Humanities Syllabus: A Workshop," Eastern Division Biennial Conference, Community College Humanities Association, Baltimore, MD, November 1, 2008.

Grindley, Carl James, Isabel Li, Kim Sanabria, and Lucinda Zoe. "Marketing General Education," Eastern Division Biennial Conference, Community College Humanities Association, Baltimore, MD, November 1, 2008.

Grindley, Carl James. "Integrating WAC With General Education Core Competencies in an Online Environment—The Example of English 215: The Bible and Literature," 9th Biennial International Writing Across the Curriculum Conference, The University of Texas at Austin, Austin, TX, May 29-31, 2008.

Grindley, Carl James, Amanda Bernal-Carlo, Kim Sanabria, and Lucinda Zoe. "Marketing GenEd at Hostos Community College," 4th Annual City University of New York General Education Conference, Baruch College, NY, NY, May 2, 2008.

Grindley, Carl James. "'Burning for You:' Immolation, Beowulf and Beyond," 43rd Annual International Medieval Congress, The University of Western Michigan, Kalamazoo, MI, May 5-8, 2008.

---. "The Trope That Will Not Die: Anti-Fraternalism In Contemporary Film," 29th Annual Medieval and Renaissance Forum, Plymouth State University, Plymouth, NH, April 24-25, 2008.

Grindley, Carl James, Meredith Clermont-Ferrand, Robin DeRosa, Karolyn Kinane, Ann McClellan, and Meriem Pages. Roundtable on Teaching Undergraduate Medieval and Renaissance Literature, 29th Annual Medieval and Renaissance Forum, Plymouth State University, Plymouth, NH, April 22-25, 2008.

Grindley, Carl James. "Shakespeare's Peasants on Film," Literature/Film Association Conference, The University of Kansas, Lawrence, KS, October 11-14, 2007.

---. "Somewhere between parody and adaptation: Hamlet II.ii.308-318 from Stage to Screen," Literature on Screen Conference, Oglethorpe University, Atlanta, GA, September 20-23, 2007.

---. "Reader's Notes Then and Now: Chaucer's The Canterbury Tales," 42nd Annual International Medieval Congress, The University of Western Michigan, Kalamazoo, MI, May 10-13, 2007.

---. "The Medieval Peasant on Film," 28th Annual Medieval and Renaissance Forum, Plymouth State University, Plymouth, NH, April 27-28, 2007.

Grindley, Carl James, William Divale, Matthew Gold, Joseph E. Pascarella, Felipe Pimentel, Anthony G. Picciano, Sylvie L. F. Richards, and Ellen Smiley. "New Horizons: Engaging Technology in the Online Baccalaureate," 5th Annual City University of New York Information Technology Conference, The John Jay College of Criminal Justice, New York, NY, December 1, 2006.

Grindley, Carl James. "The Mockumentary Urge in Medieval Themed Film," 4th Biennial Conference on Film, Television and History, Film/History Society, Dallas, TX, November 8-12, 2006.

Grindley, Carl James, Raymond Torres and Julie Trachman. "Roundtable on Academic Freedom," Eastern Division Biennial Conference, Community College Humanities Association, Providence, RI, November 2-4, 2006.

Grindley, Carl James, Loreto Porte and Magda Vasillov. "Integrative online learning: pedagogy and assessment," NISOD, The University of Texas at Austin, Austin, TX, May 28-31, 2006.

Grindley, Carl James. "Cue the Incidental Middle Ages," 41st Annual International Medieval Congress, The University of Western Michigan, Kalamazoo, MI, May 3-5, 2006.

---. "The Revenge of the Sonnet," 27th Annual Medieval and Renaissance Forum, Plymouth State University, Plymouth, NH, April 28-29, 2006.

Grindley, Carl James, Marcella Bencivenni, Jose Del Pilar, Angel Falcón and Alexander Vaninsky. "Roundtable on Scholarship Reconsidered," National Biennial Conference, Community College Humanities Association Conference, Boston, MA, November 10-12, 2005.

Grindley, Carl James. "Imaging the Grail: Recent Depictions of the Cup of Christ in Contemporary Film," 28th Annual Northeast Popular Culture/American Culture Conference, Sacred Heart University, Fairfield, CT, October 29-30, 2005.
---. "The Library in Film," Literature/Film Association Conference, Dickinson College, Carlisle, PA, October 13-16, 2005.
---. "A Maner Song:" Chaucer's Canzone in the Book of the Duchess," International Medieval Congress, The University of Leeds, Leeds, UK, July 8-11, 2005.
---. "A Celluloid Palimpsest: Illiterating the Word," 8th Biennial Congress, The Early Book Society, Queen's University of Belfast, Belfast, UK, July 3-7, 2005.
---. "A Rush to Judgment: Teaching Dante's Schema in American Highschools," 40th International Medieval Congress, The University of Western Michigan, Kalamazoo, MI, May 4-8, 2005.
---. "The Man Who Killed The Man Who Killed Don Quixote," Lecciones del Quijote—Quixote's Legacy: A Bilingual Symposium, Eugenio María de Hostos Community College, The City University of New York, NY, NY, April 2005.
---. "Kisses and Volcanoes (and the Sharp Little Teeth of Literature)," Neruda En El Corázon, Eugenio María de Hostos Community College, The City University of New York, NY, NY, September 2004.
---. "Arms and the Man: the Curious Inaccuracy of Medieval Arms and Armor in Contemporary Film," 3rd Biennial Conference on Film, Television and History, Film/History Society, Dallas, TX, November 2004.
Grindley, Carl James, Martha Driver, Michael Torregrossa, Kelly Devries. "Panel discussion of King Arthur," 3rd Biennial Conference on Film, Television and History, Film/History Society, Dallas, TX, November 2004.
Grindley, Carl James. "The Big Bad Book: Textual Anxieties in Medieval Movies," 38th Annual International Medieval Congress, The University of Western Michigan, Kalamazoo, MI, May 2003.
---. "18th Century Proto-Scholarship," 37th Annual International Medieval Congress, The University of Western Michigan, Kalamazoo, MI, May 2002.
---. "The Hagiography of Steel: Pop Culture's Response to Weapons' Mythologies and Knightly Mottoes and Oaths," 7th Annual International Medieval Conference, The University of Leeds, Leeds, UK, July 2001.
---. "The Image of the Codex in Pop Culture," 7th Biennial Congress, The Early Book Society, The University of Cork, Ireland, July 2001.
---. "The Whisper Game: Teaching MS Editing in an Introduction to Chaucer," 36th Annual International Medieval Congress, The University of Western Michigan, Kalamazoo, MI, May 2001.
---. "Radical Puritan Chic: Robert Crowley's Reading of Piers Plowman," Wrinkles in Time, The University of Pennsylvania, Philadelphia, PA, October 2000.
---. "The Sins of Adam: Manuscript De-Corrections in the Piers Plowman C-text," 35th Annual International Medieval Congress, The University of Western Michigan, Kalamazoo, MI, May 2000.
---. "Genealogy, Marginalia and Female Martyrdom: The Askew Brothers Go Berserk," Revising Genealogies, Notre Dame University, North Bend, IN, September 1999.
Grindley, Carl James, and Christopher D. Ormandy. "Computer Applications in Codicological Research," The Book Unbound, University of British Columbia Manuscripts Conference, The University of British Columbia, Vancouver, Canada, September 1999.
Grindley, Carl James. "Practical Literacy in the Sixteenth-Century," 34th Annual International Medieval Congress, The University of Western Michigan, Kalamazoo, MI, May 1999.
Grindley, Carl James, and C.T. Johnston. "A modernization of The Cardmakers," produced and performed by sideway productions, January 1996, Glasgow, Scotland. Video available (PAL format).
---. "Classifying Manuscript Marginalia," Annual Congress, The New Chaucer Society, University of Washington, Seattle, WA, July 1992.
---. "Three Renovationist Poems," Western Canadian Conference of Graduate Students of English, University of Alberta, Calgary, Canada, January 1991.

**ADMINISTRATIVE EXPERIENCE**

**Community Leader of Historical, Global and Civic Studies.** Appointed in July 2011 by the Interim Director of General Education at The School of Professional Studies to serve as a multi-course manager for a range of offerings across the curriculum.

**Director of the Office of Instructional Technology**. Appointed by Eugenio María de Hostos Community College's Acting Vice President of Academic Affairs on 9/1/2008 to provide vision, guidance and assistance to faculty seeking to integrate technological innovations in their pedagogy and research, and to provide support to students using CUNY's network, email system and Blackboard course management software. Responsible for overseeing a budget of approximately $250,000/year, supervising a full-time staff of 5 (2 higher education officers, 2 multimedia specialists, and 1 information systems assistant) and a variable part-time staff of college assistants. Also appointed to represent the college on The City University of New York's Committee on Academic Technology. College enrollment of approximately 6250. Service as Director ended January 2011.

**Director of College Honors Programs.** Appointed by Eugenio María de Hostos Community College's Acting Vice President of Academic Affairs on 6/15/2009 to oversee the assessment and revision of the college's honors programs in Liberal Arts; Natural Science; Chemical, Civl and Electrical Engineering; Dental Hygiene; Business Management; Microcomputer in Business; Accounting; and Office Technology. Responsible for overseeing the design of new policies and procedures, forms, tracking systems, and databases. In 2009, implemented ePortolios and Honors designated sections. Responsible for the day-to-day administration of the program. Help to oversee a budget of approximately $400,0000/year. College enrollment of approximately 6250. Service as Director ended June 2011.

**Founding Co-Editor of *Touchstone*.** Appointed by Eugenio María de Hostos Community College's Senior Vice President of Academic Affairs on 6/1/2007 to co-found, co-edit, design, and manage the production of a yearly journal of teaching and learning. The first edition of *Touchstone* was published in the spring of 2008 in a print run of 1000 copies. Budget of approximately $2000. The fifth edition of *Touchstone* will be published in the spring of 2012.

**RECENT SERVICE** (since promotion to Associate Professor in 2008)

A. EXTERNAL SERVICE

Co-Founder Society for the Study of Popular Culture and the Middle Ages, 2004-present
Member of the Advisory Board: Plymouth State University Medieval and Renaissance Forum, 2009-present.
Co-Chair of the Program Committee, Eastern Division Biennial Conference, Community College Humanities Association, Hartford, CT, October 28-30, 2010.
Chair of the Program Committee, Eastern Division Biennial Conference, Community College Humanities Association, Baltimore, MD, October 30-November 1, 2008.
NEH--Fellowships Reviewer, British Literature, 2010.
Peer Reviewer—*Studies in Medieval and Renaissance Teaching.*

B. SERVICE AT THE CITY UNIVERSITY OF NEW YORK

| | |
|---|---|
| Committee on Academic Technology | 2008-2011 |
| CAT Subcommittee on Standards and Practices | Chair, 2008-2011 |
| New Community College Steering Committee | 2010-2011 |
| Consortial Faculty of the CUNY Online Baccalaureate | 2009-present |
| School of Professional Studies Student Tech Fee Committee | 2010-present |
| Committee on Coordinated Undergraduate Education | 2010-2011 |

C. SERVICE AT EUGENIO MARIA DE HOSTOS COMMUNITY COLLEGE

| | |
|---|---|
| Office of Instructional Technology | Director, 2008-2011 |
| Honors Program | Director, 2009-2011 |
| Tech Fee Committee | 2008-2011 |
| CUNY Compact Committee | 2009-2010 |
| Global Scholars Screening Committee | 2009-2011 |
| Public Safety Advisory Committee | 2009-present |
| Information Learning Commons Advisory Council | 2008-2011 |

| | |
|---|---|
| Workplace Violence Advisory Team | 2008-present |
| Middle States Self Study Writer Question 2 | 2010-present |
| Hostos College Senate | Senator, 2008-2011 |
| | Interim Senator at Large, 2007 |
| Committee on Instructional Evaluation | Chair, 2006-present |
| Committee on Awards and Scholarships | 2008 |
| Committee on Academic Computing | Chair, 2008-2011 |
| Honors Committee | Chair, 2009-2011 |
| *Touchstone* | Founding Co-Editor, 2007-present |
| Faculty and Curriculum Development Committee | 2009-2010 |
| College Planning Committee | 2009-2010 |
| Student Success Committee | 2009-2010 |
| *¡Escriba!/Write!* | Design Editor, 2006-2010 |
| Student Leadership Advisory Council | 2008-present |

D. ENGLISH DEPARTMENT SERVICE

| | |
|---|---|
| Personnel and Budget Committee | Member, 2009-present |
| Curriculum Committee | Ex officio member, 2010-present |
| | Co-Chair, 2006-2009 |

**REPERTOIRE OF COURSES TAUGHT AND CURRICULUM DEVELOPMENT**

| | | | |
|---|---|---|---|
| D | Developed | WI | Writing Intensive (WAC/WIC) |
| AS | Asynchronous Delivery | HY | Hybrid/Blended Delivery |

The City University of New York
| | |
|---|---|
| Hostos: ENG 91 | Core English |
| Hostos: ENG 110 | Expository Writing (HY, AS) |
| Hostos: ENG 111 | Literature and Composition (HY, AS) |
| Hostos: ENG 200 | Medieval and Renaissance Literature (D, AS, WI) |
| Hostos: ENG 213 | Shakespeare |
| Hostos: ENG 213H | Honors Shakespeare (D) |
| Hostos: ENG 215 | The Bible and Literature (D, WI, AS) |
| Hostos: ENG 215Q | Honors Bible and Literature (D) |
| Hostos: ENG 226 | Science Fiction (WI) |
| Hostos/SPS: VPA 114/ART 210 | Modern Art and the City (AS, Redeveloped 2011) |
| Hostos/SPS: VPA 111/ART 201 | Art and Civilization I (Co-D with Professor Magda Vasillov, AS) |
| SPS: ART 202 | Art and Civilization II (Co-D with Professor Magda Vasillov, AS) |
| SPS: CC499 | Film and Social Meaning (D, AS) |

The University of British Columbia:
| | |
|---|---|
| ENG 110 | Literature |
| ENG 112 | Composition |
| ENG 220 | Medieval and Renaissance English Literature |
| ENG 230 | Biblical and Classical Antecedents to Contemporary Literature |
| ENG 227 | The Contemporary Novel |

Yale University:
| | |
|---|---|
| REL 852 (graduate) | Classics of Religious and Spiritual Literature |
| REL 850 (graduate) | Dante and Popular Culture (D) |
| REL 849 (graduate) | Grief and Consolation in Medieval Literature (D) |
| REL 842 (graduate) | Creative Writing Workshop (D) |
| REL 699 (graduate) | Individual Studies: Fiction (D) |
| REL 699 (graduate) | Individual Studies: Southern Gothic Fiction (D) |
| REL 699 (graduate) | Individual Studies: Autobiography (D) |
| REL 699 (graduate) | Individual Studies: Christian Theology and Industrial Music (D) |
| REL 699 (graduate) | Individual Studies: Medieval Parodies of the Eucharist (D) |

The University of Victoria:
| | |
|---|---|
| ENG 99 | Remedial English |
| ENG 115 | Composition |
| ENG 135 | Advanced Composition |
| ENG 200 | Medieval and Renaissance English Literature |
| ENG 351 | Chaucer's The Canterbury Tales |
| ENG 357 | Poetry of the Alliterative Revival (1350-1400 CE) |
| MEDI 401 | The Middle Ages and Popular Culture (D) |
| ITAL 472 | Petrarch and Boccaccio in Translation |

Wichita State University:
| | |
|---|---|
| ENG 101 | Composition |
| ENG 102 | Advanced Composition |
| ENG 285 | Introduction to Creative Writing |