IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br>　　　　　　Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly |

## NOTICE OF FILING OF DEPOSITION TRANSCRIPTS

Pursuant to the Court's May 9, 2013 Minute Order, the parties respectfully submit revised deposition designations.

Exhibit 1 contains Games Workshop's designations with Chapterhouse's objections and counter-designations. Attached as Exhibits 1-A through 1-D are highlighted copies of the deposition transcripts. Games Workshop's designations are highlighted in yellow and Chapterhouse's counter-designations are highlighted in blue. They are in the order expected to be called at trial during Games Workshop's case-in-chief.

Exhibit 2 contains Chapterhouse's designations with Games Workshop's objections and counter-designations. Attached as Exhibits 2-A through 2-E are highlighted copies of the deposition transcripts. Chapterhouse's designations are highlighted in blue and Games Workshop's counter-designations are highlighted in yellow. They are in the order expected to be called at trial during Chapterhouse's case.

1

Date: May 30, 2013

By: /s/ Jason J. Keener
Jason J. Keener (Ill. Bar No. 6280337)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312.832.4500
Facsimile: 312.832.4700
Email: jkeener@foley.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
Email: jmoskin@foley.com

*Attorneys for Plaintiff*
*Games Workshop Limited*

4834-4860-4948.1

/s/ Bryce A. Cooper

Jennifer A. Golinveaux (CA Bar No. 203056)
Thomas J. Kearney (CA Bar No. 267087)
    WINSTON & STRAWN LLP
    101 California Street
    San Francisco, CA 94111-5802
    Phone: (415) 591-1000
    Fax: (415) 591-1400
    jgolinveaux@winston.com
    tkearney@winston.com

Imron T. Aly (IL Bar No. 6269322)
Bryce A. Cooper (IL Bar No. 6296129)
    WINSTON & STRAWN LLP
    35 West Wacker Drive
    Chicago, IL 60601-1695
    Phone: (312) 558-5600
    Fax: (312) 558-5700
    ialy@winston.com
    bcooper@winston.com

Julianne M. Hartzell (IL Bar No. 6275093)
Sarah J. Kalemeris (IL Bar No. 6303644)
    MARSHALL, GERSTEIN & BORUN LLP
    233 S. Wacker Drive
    Willis Tower Suite 6300
    Chicago, IL 60606
    Phone: (312) 474-6300
    Fax: (312) 474-0448
    jhartzell@marshallip.com
    skalemeris@marshallip.com

**CERTIFICATE OF SERVICE**

I, Jason J. Keener, an attorney, hereby certify that on May 30, 2013, I caused to be filed electronically the foregoing NOTICE OF FILING OF DEPOSITION DESIGNATIONS with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

        /s/ Jason J. Keener
        Jason J. Keener