Exhibit 1 - GW Deposition Designations

| | Witness | Date | GW Designations | CHS Objections to Designations | CHS Designations | GW Objections to CHS Designations |
|---|---|---|---|---|---|---|
| 1 | | | | | | |
| 2 | Naismith, Robert | 2/25/13 | 4:8-21 | | | |
| 3 | Naismith, Robert | 2/25/13 | 5:16-7:17 | | | |
| 4 | Naismith, Robert | 2/25/13 | 8:18-9:17 | | | |
| 5 | Naismith, Robert | 2/25/13 | 10:17-11:5 | | 11:6-25 | |
| 6 | Naismith, Robert | 2/25/13 | 12:14-13:15 | | | |
| 7 | Naismith, Robert | 2/25/13 | 14:8-17 | | | |
| 8 | Naismith, Robert | 2/25/13 | 15:24-16:18 | | 15:15-20 | |
| 9 | Naismith, Robert | 2/25/13 | 17:15-21:4 | | 21:14-23:4 | |
| 10 | Naismith, Robert | 2/25/13 | 26:16-27:21 | | 25:9-11<br>25:13-26:15 | FRE402/403 (25:9-11) |
| 11 | Naismith, Robert | 2/25/13 | 29:15-34:2 | | 28:16-29:14<br>35:8-36:12 | |
| 12 | Naismith, Robert | 2/25/13 | 36:13-37:20 | | | |
| 13 | Naismith, Robert | 2/25/13 | 38:4-40:1 | | | |
| 14 | Naismith, Robert | 2/25/13 | 40:5-43:7 | | | |
| 15 | Naismith, Robert | 2/25/13 | 45:2-46:4 | | 46:13-18<br>46:20-47:20 | |
| 16 | Naismith, Robert | 2/25/13 | 55:11-22 | FRE 602; FRE 701 | 55:23-56:2<br>56:6-57:5 | |
| 17 | Naismith, Robert | 2/25/13 | 57:11-58:10 | | 58:11-24 | |
| 18 | Naismith, Robert | 2/25/13 | 58:25-59:2 | | 59:3-5<br>59:7-19 | |
| 19 | Naismith, Robert | 2/25/13 | 60:17-61:6 | | | |
| 20 | Naismith, Robert | 2/25/13 | 62:2-23 | | 63:2-64:6<br>65:21-66:3<br>66:5-6<br>66:9 | FRE 602 (66:5-6) |
| 21 | Fiertek, Thomas | 4/13/12 | 6:6-8 | | | |
| 22 | Fiertek, Thomas | 4/13/12 | 7:5-7 | | | |
| 23 | Fiertek, Thomas | 4/13/12 | 13:15-20 | | | |
| 24 | Fiertek, Thomas | 4/13/12 | 16:21-17:4 | | 15:12-19 | |
| 25 | Fiertek, Thomas | 4/13/12 | 21:18-22 | | | |
| 26 | Fiertek, Thomas | 4/13/12 | 27:6-8 | | | |
| 27 | Fiertek, Thomas | 4/13/12 | 28:1-6 | | 27:14-18<br>27:20-22<br>[27:24] | |
| 28 | Fiertek, Thomas | 4/13/12 | 28:8-10; 15-20 | | | |
| 29 | Fiertek, Thomas | 4/13/12 | 28:24-29:3 | | 28:21-24 | |
| 30 | Fiertek, Thomas | 4/13/12 | 29:16-22 | | | |
| 31 | Fiertek, Thomas | 4/13/12 | 30:25-31:8 | | | |
| 32 | Fiertek, Thomas | 4/13/12 | 31-13-19 | FRE 402; FRE 403 | 31:23-24 | |
| 33 | Fiertek, Thomas | 4/13/12 | 36:20-21 | | | |
| 34 | Fiertek, Thomas | 4/13/12 | 37:15-16 | | 37:2<br>37:5<br>37:12-14 | |
| 35 | Fiertek, Thomas | 4/13/12 | 37:19-20 | | | |
| 36 | Fiertek, Thomas | 4/13/12 | 42:25-43:2; 43:7-22 | | | |
| 37 | Fiertek, Thomas | 4/13/12 | 60:6-8; 61:4-7; 61:19-62:2 | | | |
| 38 | Fiertek, Thomas | 4/13/12 | 62:25-63:9 | | 63:10-12<br>63:16-21 | |
| 39 | Fiertek, Thomas | 4/13/12 | 63:22-64:1 | | 64:2-4<br>64:6-7 | |
| 40 | Fiertek, Thomas | 4/13/12 | 64:9-11 | | | |
| 41 | Fiertek, Thomas | 4/13/12 | 64:14-15 | | 64:17-18<br>65:2-6; 75:16-76:10 | |

|    | A | B | C | D | E | F |
|----|---|---|---|---|---|---|
| 42 | Fiertek, Thomas | 4/13/12 | 82:8-10 | | | |
| 43 | Fiertek, Thomas | 4/13/12 | 83:4-11 | | 83:14-23<br>83:25-84:2<br>84:14-15<br>84:17-85:18 | |
| 44 | Fiertek, Thomas | 4/13/12 | 85:19-21 | | | |
| 45 | Fiertek, Thomas | 4/13/12 | 85:23-25 | | | |
| 46 | Fiertek, Thomas | 4/13/12 | 86:2-3 | | 86:16-18; 86:20-87:2;<br>87:4-11; 87:14-88:3;<br>88:6-9; 88:12-14 | |
| 47 | Fiertek, Thomas | 4/13/12 | 90:1-3 | | | |
| 48 | Fiertek, Thomas | 4/13/12 | [90:7] | | | |
| 49 | Fiertek, Thomas | 4/13/12 | 93:14-16 | | | |
| 50 | Fiertek, Thomas | 4/13/12 | 93:22-94:6 | | | |
| 51 | Fiertek, Thomas | 4/13/12 | 94:10-15 | | | |
| 52 | Fiertek, Thomas | 4/13/12 | 95:23-25 | | | |
| 53 | Fiertek, Thomas | 4/13/12 | 96:3-8 | | 96:10-13<br>96:17-19 | |
| 54 | Fiertek, Thomas | 4/13/12 | 96:21-23 | | | |
| 55 | Fiertek, Thomas | 4/13/12 | 97:2-12 | | | |
| 56 | Fiertek, Thomas | 4/13/12 | [97:15] | | | |
| 57 | Fiertek, Thomas | 4/13/12 | [97:18] | | | |
| 58 | Fiertek, Thomas | 4/13/12 | 98:21-22 | | | |
| 59 | Fiertek, Thomas | 4/13/12 | 98:24-25 | | | |
| 60 | Fiertek, Thomas | 4/13/12 | 99:2-4 | | 99:5-6<br>99:9 - 100:2<br>100:17 - 101:3 | |
| 61 | Fiertek, Thomas | 4/13/12 | 107:12-14 | | | |
| 62 | Fiertek, Thomas | 4/13/12 | 107:21-108:2 | | | |
| 63 | Fiertek, Thomas | 4/13/12 | 108:10-16 | | 108:21-22<br>108:24 - 109:7 | |
| 64 | Fiertek, Thomas | 4/13/12 | 109:15-23 | | | |
| 65 | Fiertek, Thomas | 4/13/12 | 110:18-24 | | | |
| 66 | Fiertek, Thomas | 4/13/12 | [112:2] | | | |
| 67 | Fiertek, Thomas | 4/13/12 | [112:4] | | | |
| 68 | Fiertek, Thomas | 4/13/12 | 112:6-14 | | | |
| 69 | Fiertek, Thomas | 4/13/12 | [112:16] | | | |
| 70 | Fiertek, Thomas | 4/13/12 | 112:18-20 | | | |
| 71 | Fiertek, Thomas | 4/13/12 | 112:23-24 | | | |
| 72 | Fiertek, Thomas | 4/13/12 | 113:12-19 | | | |
| 73 | Fiertek, Thomas | 4/13/12 | [113:21] | | | |
| 74 | Fiertek, Thomas | 4/13/12 | 113:25-114:2 | | 114:3-15 | |
| 75 | Fiertek, Thomas | 4/13/12 | 115:9-12 | | | |
| 76 | Fiertek, Thomas | 4/13/12 | 116:23-117:5 | | | |
| 77 | Fiertek, Thomas | 4/13/12 | 117:21-22 | | | |
| 78 | Fiertek, Thomas | 4/13/12 | 118:1-2 | | | |
| 79 | Fiertek, Thomas | 4/13/12 | 118:4-7 | | 118:24-25<br>119:2-16 | |
| 80 | Fiertek, Thomas | 4/13/12 | 132:15-17 | | | |
| 81 | Fiertek, Thomas | 4/13/12 | 133:9-21 | | | |
| 82 | Fiertek, Thomas | 4/13/12 | 134:19-20 | | | |
| 83 | Fiertek, Thomas | 4/13/12 | 134:22-23 | | | |
| 84 | Fiertek, Thomas | 4/13/12 | 134:25-135:5 | | | |
| 85 | Fiertek, Thomas | 4/13/12 | 138:17-19 | | | |
| 86 | Fiertek, Thomas | 4/13/12 | 139:7-11 | | | |
| 87 | Fiertek, Thomas | 4/13/12 | [139:13] | | | |
| 88 | Fiertek, Thomas | 4/13/12 | 139:15-18 | | | |

|     | A | B | C | D | E | F |
|-----|---|---|---|---|---|---|
| 89  | Fiertek, Thomas | 4/13/12 | 140:2-8 | | 140:9-17<br>141:1-2<br>141:4-17 | |
| 90  | Fiertek, Thomas | 4/13/12 | 142:4-9 | | | |
| 91  | Fiertek, Thomas | 4/13/12 | 142:12-20 | | | |
| 92  | Fiertek, Thomas | 4/13/12 | 152:22-153:3 | FRE 402; FRE 403 | | |
| 93  | Fiertek, Thomas | 4/13/12 | [153:5] | FRE 402; FRE 403 | 153:7-16 | |
| 94  | Fiertek, Thomas | 4/13/12 | 154:18-20 | FRE 402; FRE 403 | | |
| 95  | Fiertek, Thomas | 4/13/12 | 154:22-24 | FRE 402; FRE 403 | | |
| 96  | Fiertek, Thomas | 4/13/12 | 155:6-7 | FRE 402; FRE 403 | | |
| 97  | Fiertek, Thomas | 4/13/12 | 155:9-24 | FRE 402; FRE 403 | | |
| 98  | Fiertek, Thomas | 4/13/12 | [156:1] | FRE 402; FRE 403 | | |
| 99  | Fiertek, Thomas | 4/13/12 | 156:3-6 | FRE 402; FRE 403 | | |
| 100 | Fiertek, Thomas | 4/13/12 | 156:15-16 | FRE 402; FRE 403 | | |
| 101 | Fiertek, Thomas | 4/13/12 | 156:18-20 | FRE 402; FRE 403 | 157:5-9<br>157:11-14 | |
| 102 | Fiertek, Thomas | 4/13/12 | 158:4-6 | FRE 402; FRE 403 | | |
| 103 | Fiertek, Thomas | 4/13/12 | 158:19-22 | FRE 402; FRE 403 | | |
| 104 | Fiertek, Thomas | 4/13/12 | 159:7-10 | FRE 402; FRE 403 | | |
| 105 | Fiertek, Thomas | 4/13/12 | 159:13-15 | FRE 402; FRE 403 | 160:19 - 161:3 | |
| 106 | Fiertek, Thomas | 4/13/12 | 167:25-168:4 | | 167:11-24 | |
| 107 | Fiertek, Thomas | 4/13/12 | 168:7-17 | | | |
| 108 | Tomas Fiertek | 2/28/13 | 7:12-16 | | | |
| 109 | Tomas Fiertek | 2/28/13 | 16:11-17 | | | |
| 110 | Tomas Fiertek | 2/28/13 | 27:11-31:7 | FRE 402 | 31:13-32:3 | |
| 111 | Tomas Fiertek | 2/28/13 | 32:22-25; 33:2-11; 33:13-18 | FRE 402; 403 | 32:4 - 33:6; 35:3-7 | |
| 112 | Tomas Fiertek | 2/28/13 | 35:9-16; 35:19-23; 35:25-36:3; 36:5-9; 36:12 | FRE 402; 403 | | |
| 113 | Tomas Fiertek | 2/28/13 | 36:13-37:2 | | 38:22-25; 39:2-12 | |
| 114 | Tomas Fiertek | 2/28/13 | 41:2-4; 41:6-7 | | | |
| 115 | Tomas Fiertek | 2/28/13 | 41:15-16 | | | |
| 116 | Tomas Fiertek | 2/28/13 | 41:20-24; 42:1-6 | | | |
| 117 | Tomas Fiertek | 2/28/13 | 42:20-22; 42:24-43:2; 43:4-10 | | 49:5-10; 49:13-14; 51:13-15; 51:18-19; 52:14-16; 52:18-24; 53:1-4; 53:6-16; 53:18; 248:24-249:2; 249:4-6; 249:8-18; 249:20-250:4; 250:6-9 | |
| 118 | Tomas Fiertek | 2/28/13 | 43:15-19; 43:22-44:3 | | 49:5-10; 49:13-14; 51:13-15; 51:18-19; 52:14-16; 52:18-24; 53:1-4; 53:6-16; 53:18; 248:24-249:2; 249:4-6; 249:8-18; 249:20-250:4; 250:6-9 | |
| 119 | Tomas Fiertek | 2/28/13 | 44:8-9; 44:12-20; 44:23-24 | | 49:5-10; 49:13-14; 51:13-15; 51:18-19; 52:14-16; 52:18-24; 53:1-4; 53:6-16; 53:18; 248:24-249:2; 249:4-6; 249:8-18; 249:20-250:4; 250:6-9 | |

|  | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 120 | Tomas Fiertek | 2/28/13 | 45:20-25; 46:3-5 |  | 49:5-10; 49:13-14; 51:13-15; 51:18-19; 52:14-16; 52:18-24; 53:1-4; 53:6-16; 53:18; 248:24-249:2; 249:4-6; 249:8-18; 249:20-250:4; 250:6-9 |  |
| 121 | Tomas Fiertek | 2/28/13 | 46:23-47:2; 47:5-12; 47:15-22 |  | 49:5-10; 49:13-14; 51:13-15; 51:18-19; 52:14-16; 52:18-24; 53:1-4; 53:6-16; 53:18; 248:24-249:2; 249:4-6; 249:8-18; 249:20-250:4; 250:6-9 |  |
| 122 | Tomas Fiertek | 2/28/13 | 54:6-16; 54:18-22; 54:24 | FRE 402; FRE 403 |  |  |
| 123 | Tomas Fiertek | 2/28/13 | 55:1-3 |  |  |  |
| 124 | Tomas Fiertek | 2/28/13 | 55:20-23 |  |  |  |
| 125 | Tomas Fiertek | 2/28/13 | 56:6-15; 56:17-23 |  | 55:14-19, 56:24-57:18 |  |
| 126 | Tomas Fiertek | 2/28/13 | 72:7-10; 72:13-15 |  |  |  |
| 127 | Tomas Fiertek | 2/28/13 | 73:6-8; 73:10-17; 73:19-22; 73:24-74:6 |  | 74:18-24 |  |
| 128 | Tomas Fiertek | 2/28/13 | 74:25-75:11; 75:13-21 |  | 74:18-24 |  |
| 129 | Tomas Fiertek | 2/28/13 | 76:11-15 |  | 76:16-18; 76:21-25; 77:3 |  |
| 130 | Tomas Fiertek | 2/28/13 | 78:1-6; 78:9-20; 78:22-25 |  |  |  |
| 131 | Tomas Fiertek | 2/28/13 | 79:1-7 |  |  |  |
| 132 | Tomas Fiertek | 2/28/13 | 79:21-24 |  | 79:25-80:2; 80:5 |  |
| 133 | Tomas Fiertek | 2/28/13 | 80:6-25 |  |  |  |
| 134 | Tomas Fiertek | 2/28/13 | 81:15-17; 81:20-24; 82:1-3; 82:5-7: 82:9-13; 82:15-18; 82:20 |  | 79:25-80:5; 83:21-22; 82:25; 83:5-9; 83:10-17; |  |
| 135 | Tomas Fiertek | 2/28/13 | 83:18-21; 83:23-25; 84:2 |  | 79:25-80:5; 83:5-9; 83:10-17 |  |
| 136 | Tomas Fiertek | 2/28/13 | 84:3-11 |  |  |  |
| 137 | Tomas Fiertek | 2/28/13 | 85:1-3; 85:5-7: 85:9-10; 85:12-15; 85:17-19; 85:21-86:9 |  | 86:10-13; 86:20-24 |  |
| 138 | Tomas Fiertek | 2/28/13 | 86:25-87:2; 87:4-5 |  |  |  |
| 139 | Tomas Fiertek | 2/28/13 | 87:22-25; 88:2-5; 88:7-9; 88:11 |  | 87:16-21; |  |
| 140 | Tomas Fiertek | 2/28/13 | 91:20-92:2 |  | 91:1-16; 91:18-19 |  |
| 141 | Tomas Fiertek | 2/28/13 | 92:10-11; 92:13-14; 92:16-18; 92:20-23 |  | 93:13-94:20; 95:20-21; 95:24-96:14; 96:16; 96:18-24; 96:2-13 |  |
| 142 | Tomas Fiertek | 2/28/13 | 104:15-16; 104:20-105:7; 105:9-15; 105:17-20; 105:21-25; 106:2-11; 106:13-21 |  | 100:7-13; 101:12-13; 101:16-17; 101:20-25; 102:23-24; [[103:2]] |  |
| 143 | Tomas Fiertek | 2/28/13 | 106:22-107:10 |  |  |  |
| 144 | Tomas Fiertek | 2/28/13 | 110:12-13; 110:15; 110:17-18 | FRE 502; FRE 401, 402, 403; FRE 404(b); FRE 406; FRE 608(b) |  |  |

|     | A | B | C | D | E | F |
|-----|---|---|---|---|---|---|
| 145 | Tomas Fiertek | 2/28/13 | 110:23-24; 111:1 | FRE 502; FRE 401, 402, 403; FRE 404(b); FRE 406; FRE 608(b) vague and ambiguous | | |
| 146 | Tomas Fiertek | 2/28/13 | 112:1-2; 112:4-14; 112:16 | FRE 502; FRE 401, 402, 403; FRE 404(b); FRE 406; FRE 608(b) vague and ambiguous | 112:25-113:4 | |
| 147 | Tomas Fiertek | 2/28/13 | 115:15-19 | | | |
| 148 | Tomas Fiertek | 2/28/13 | 115:24-116:16; 116:18-23; 116:25 | | | |
| 149 | Tomas Fiertek | 2/28/13 | 120:10-15; 120:21 | FRE 402; FRE 403; FRE 404 | 250:10-18 | |
| 150 | Tomas Fiertek | 2/28/13 | 124:18-125:1; 125:3-14; 125:16 | | 125:17 - 126:7 | |
| 151 | Tomas Fiertek | 2/28/13 | 128:4-14 | | 128:15-129:13 | |
| 152 | Tomas Fiertek | 2/28/13 | 129:14-19; 129:22 | | 128:15-129:13; 129:23-130:6 | |
| 153 | Tomas Fiertek | 2/28/13 | 130:7-10 | | | |
| 154 | Tomas Fiertek | 2/28/13 | 130:11-22 | | 131:17-24 | |
| 155 | Tomas Fiertek | 2/28/13 | 131:12-16 | | 131:25-133:5 | |
| 156 | Tomas Fiertek | 2/28/13 | 133:6-9; 13:11-14 | | 131:25-133:5 | |
| 157 | Tomas Fiertek | 2/28/13 | 133:20-134:7 | | 134:16-22 | |
| 158 | Tomas Fiertek | 2/28/13 | 134:23-135:3 | | 135:4-6; 135:9-20; 135:23-25 | |
| 159 | Tomas Fiertek | 2/28/13 | 136:4-11 | | | |
| 160 | Tomas Fiertek | 2/28/13 | 138:3-6: 138:8 | | | |
| 161 | Tomas Fiertek | 2/28/13 | 139:12-23: 139:25-140:2; 140:4-6; 140:8-11 | | 142:20-143:3; 143:10-11; 143:14-17 | |
| 162 | Tomas Fiertek | 2/28/13 | 146:22-147:5 | | | |
| 163 | Tomas Fiertek | 2/28/13 | 148:19-20; 148:23-149:6 | | 148:7-11; 148:13-18; 149:19-23 | |
| 164 | Tomas Fiertek | 2/28/13 | 149:24-25; 150:2-22; 150:24 | | | |
| 165 | Tomas Fiertek | 2/28/13 | 150:25-151:4; 151:6 | | | |
| 166 | Tomas Fiertek | 2/28/13 | 151:24-152:4; 152:6-9; 152:11-17: 152:19-21 | | | |
| 167 | Tomas Fiertek | 2/28/13 | 153:3-9; 153:11 | | | |
| 168 | Tomas Fiertek | 2/28/13 | 153:12-154:3; 154:5 | | 154:6-18 | |
| 169 | Tomas Fiertek | 2/28/13 | 154:19-21 | | 154:22-25 | |
| 170 | Tomas Fiertek | 2/28/13 | 155:1-2; 155:4-7: 155:9-11: 155:13-156:6: 156:8-14: 156:16-17 | | | |
| 171 | Tomas Fiertek | 2/28/13 | 157:1-10; 157:13-15 | | | |
| 172 | Tomas Fiertek | 2/28/13 | 158:10-17 | | | |
| 173 | Tomas Fiertek | 2/28/13 | 159:24-160:3 | | | |
| 174 | Tomas Fiertek | 2/28/13 | 160:9-11; 160:13-17 | | 160:18-21 | |
| 175 | Tomas Fiertek | 2/28/13 | 161:13-14; 161:17 | | 161:18-19; 161:22-162:9 | |

|     | A             | B       | C                                                                                              | D                                                                                    | E                                                   | F   |
|-----|---------------|---------|------------------------------------------------------------------------------------------------|--------------------------------------------------------------------------------------|-----------------------------------------------------|-----|
| 176 | Tomas Fiertek | 2/28/13 | 165:19-24; 166:1                                                                               |                                                                                      |                                                     |     |
| 177 | Tomas Fiertek | 2/28/13 | 166:2-11; 166:13-16; 166:18-167:4; 167:6-11; 167:13-17: 167:19-24; 168:1-10: 168:12            |                                                                                      | 168:13-168:16; 168:18-22                            |     |
| 178 | Tomas Fiertek | 2/28/13 | 169:4-14; 169:17-23                                                                            |                                                                                      |                                                     |     |
| 179 | Tomas Fiertek | 2/28/13 | 169:24-25; 170:2-11; 170:13-20                                                                 |                                                                                      | 170:21-171:7; 171:8-10                              |     |
| 180 | Tomas Fiertek | 2/28/13 | 171:20-22                                                                                      |                                                                                      |                                                     |     |
| 181 | Tomas Fiertek | 2/28/13 | 172:25-173:9                                                                                   |                                                                                      | 173:12-175:4                                        |     |
| 182 | Tomas Fiertek | 2/28/13 | 175:5-12                                                                                       |                                                                                      | 173:12-175:4; 175:13-15; 175:17-176:2; 176:4-5      |     |
| 183 | Tomas Fiertek | 2/28/13 | 179:14-180:3                                                                                   |                                                                                      |                                                     |     |
| 184 | Tomas Fiertek | 2/28/13 | 181:8-10; 181:12-15; 181:18                                                                    | FRE 402; FRE 403                                                                     | 180:23-181:3                                        |     |
| 185 | Tomas Fiertek | 2/28/13 | 182:5-9; 182:11-13; 182:15                                                                     |                                                                                      | 181:19-182:4, 182:16-25; 184:3-25                   |     |
| 186 | Tomas Fiertek | 2/28/13 | 185:1-2; 185:4-7; 185:9-12                                                                     |                                                                                      | 185:13-15: 185:17                                   |     |
| 187 | Tomas Fiertek | 2/28/13 | 185:18-19; 185:21-24                                                                           |                                                                                      |                                                     |     |
| 188 | Tomas Fiertek | 2/28/13 | 186:24; 187:1-9                                                                                |                                                                                      |                                                     |     |
| 189 | Tomas Fiertek | 2/28/13 | 187:16-29                                                                                      |                                                                                      |                                                     |     |
| 190 | Tomas Fiertek | 2/28/13 | 192:17--193:9; 193:12-19; 193:21-24; 194:1-4; 194:6-9; 194:11-16; 194:18-21                    | FRE 802; FRE 402; FRE 403; vague and ambiguous; assumes facts not in evidence; FRE 602 |                                                     |     |
| 191 | Tomas Fiertek | 2/28/13 | 211:3-4; 211:6-20; 211:22-212:4                                                                |                                                                                      | 212:5-213:1                                         |     |
| 192 | Tomas Fiertek | 2/28/13 | 234:17-19; 234:21-23; 235:1-3; 235:5-17; 235:19-20                                             |                                                                                      | 85:1-25                                             |     |
| 193 | Traina, Wyatt | 3/15/12 | 5:9-12                                                                                         |                                                                                      | 7:8-13                                              |     |
| 194 | Traina, Wyatt | 3/15/12 | 25:2-6                                                                                         |                                                                                      | 25:10-13                                            |     |
| 195 | Traina, Wyatt | 3/15/12 | 27:9-10                                                                                        |                                                                                      |                                                     |     |
| 196 | Traina, Wyatt | 3/15/12 | 27:13-16                                                                                       |                                                                                      |                                                     |     |
| 197 | Traina, Wyatt | 3/15/12 | 28:21-22                                                                                       |                                                                                      |                                                     |     |
| 198 | Traina, Wyatt | 3/15/12 | 29:1; 29:6-15                                                                                  |                                                                                      |                                                     |     |
| 199 | Traina, Wyatt | 3/15/12 | 29:21-30:3                                                                                     |                                                                                      | 30:6-16                                             |     |
| 200 | Traina, Wyatt | 3/15/12 | 43:2-7                                                                                         |                                                                                      |                                                     |     |
| 201 | Traina, Wyatt | 3/15/12 | 43:16-19                                                                                       |                                                                                      |                                                     |     |
| 202 | Traina, Wyatt | 3/15/12 | 49:5-6                                                                                         |                                                                                      |                                                     |     |
| 203 | Traina, Wyatt | 3/15/12 | 49:9-11                                                                                        |                                                                                      |                                                     |     |
| 204 | Traina, Wyatt | 3/15/12 | 49:14-15                                                                                       |                                                                                      |                                                     |     |
| 205 | Traina, Wyatt | 3/15/12 | 50:5-13; 50:16-51:6                                                                            |                                                                                      |                                                     |     |
| 206 | Traina, Wyatt | 3/15/12 | 54:1-6                                                                                         |                                                                                      |                                                     |     |
| 207 | Traina, Wyatt | 3/15/12 | 54:9-10                                                                                        |                                                                                      |                                                     |     |
| 208 | Traina, Wyatt | 3/15/12 | 54:20-21                                                                                       |                                                                                      |                                                     |     |
| 209 | Traina, Wyatt | 3/15/12 | [54:24]                                                                                        |                                                                                      | 55:8-10                                             |     |
| 210 | Traina, Wyatt | 3/15/12 | 56:8-21                                                                                        |                                                                                      |                                                     |     |
| 211 | Traina, Wyatt | 3/15/12 | 57:3-13                                                                                        |                                                                                      |                                                     |     |
| 212 | Traina, Wyatt | 3/15/12 | 60:3-14; 6:20-23                                                                               |                                                                                      |                                                     |     |
| 213 | Traina, Wyatt | 3/15/12 | 61:1; 61:5-7                                                                                   |                                                                                      |                                                     |     |

|     | A | B | C | D | E | F |
|-----|---|---|---|---|---|---|
| 214 | Traina, Wyatt | 3/15/12 | 61:10-12 | | | |
| 215 | Traina, Wyatt | 3/15/12 | [61:15] | | | |
| 216 | Traina, Wyatt | 3/15/12 | 62:15-22 | | | |
| 217 | Traina, Wyatt | 3/15/12 | 63:1-2 | | | |
| 218 | Traina, Wyatt | 3/15/12 | 64:6-10 | | | |
| 219 | Traina, Wyatt | 3/15/12 | 65:18-66:3 | | | |
| 220 | Traina, Wyatt | 3/15/12 | 66:13-21 | | | |
| 221 | Traina, Wyatt | 3/15/12 | 66:24-67:6 | | | |
| 222 | Traina, Wyatt | 3/15/12 | 67:8-10 | | | |
| 223 | Traina, Wyatt | 3/15/12 | 67:13-14 | | | |
| 224 | Traina, Wyatt | 3/15/12 | 70:19-24 | | 71:1-3; 71:6-7 | |
| 225 | Traina, Wyatt | 3/15/12 | 72:7-73:2 | | | |
| 226 | Traina, Wyatt | 3/15/12 | 73:10-17 | | | |
| 227 | Traina, Wyatt | 3/15/12 | 74:10-22 | | | |
| 228 | Traina, Wyatt | 3/15/12 | 76:13-19 | | | |
| 229 | Traina, Wyatt | 3/15/12 | 77:16-17 | | | |
| 230 | Traina, Wyatt | 3/15/12 | 77:20-24 | | | |
| 231 | Traina, Wyatt | 3/15/12 | 78:3-7 | | | |
| 232 | Traina, Wyatt | 3/15/12 | 78:22-24 | | | |
| 233 | Traina, Wyatt | 3/15/12 | 79:3-6 | | | |
| 234 | Traina, Wyatt | 3/15/12 | 87:7-15 | | | |
| 235 | Traina, Wyatt | 3/15/12 | 87:18-24 | | 88:1 - 88:9 | |
| 236 | Traina, Wyatt | 3/15/12 | 88:23-89:1 | | | |
| 237 | Traina, Wyatt | 3/15/12 | 89:4-6 | | | |
| 238 | Traina, Wyatt | 3/15/12 | 89:13-18 | | | |
| 239 | Traina, Wyatt | 3/15/12 | 89:22-90:6 | | | |
| 240 | Traina, Wyatt | 3/15/12 | 90:15-17 | | | |
| 241 | Traina, Wyatt | 3/15/12 | 90:20-24 | | | |
| 242 | Traina, Wyatt | 3/15/12 | 91:12-14 | | | |
| 243 | Traina, Wyatt | 3/15/12 | 91:17-92:10 | | | |
| 244 | Traina, Wyatt | 3/15/12 | [92:13] | | 92:14-20; 93:3-5; 93:10-11 | |
| 245 | Traina, Wyatt | 3/15/12 | 93:22-94:1 | | 93:12-17 | |
| 246 | Traina, Wyatt | 3/15/12 | [94:4] | | | |
| 247 | Traina, Wyatt | 3/15/12 | 94:16-20 | | | |
| 248 | Traina, Wyatt | 3/15/12 | [94:23] | | | |
| 249 | Traina, Wyatt | 3/15/12 | 98:5-8 | | | |
| 250 | Traina, Wyatt | 3/15/12 | 98:15-19 | | | |
| 251 | Traina, Wyatt | 3/15/12 | 103:2-11 | | | |
| 252 | Traina, Wyatt | 3/15/12 | 103:14-16 | | | |
| 253 | Traina, Wyatt | 3/15/12 | [103:24] | | | |
| 254 | Traina, Wyatt | 3/15/12 | 104:1-2 | | | |
| 255 | Traina, Wyatt | 3/15/12 | 104:5-7 | | | |
| 256 | Traina, Wyatt | 3/15/12 | 104:10-14 | | | |
| 257 | Traina, Wyatt | 3/15/12 | 104:17-105:5 | | | |
| 258 | Traina, Wyatt | 3/15/12 | [105:8] | | | |
| 259 | Traina, Wyatt | 3/15/12 | 105:22-23 | | | |
| 260 | Traina, Wyatt | 3/15/12 | 112:16-21 | | | |
| 261 | Traina, Wyatt | 3/15/12 | 113:3-12 | | | |
| 262 | Traina, Wyatt | 3/15/12 | [113:15] | | 113:16-21 | |
| 263 | Traina, Wyatt | 3/15/12 | 113:24-114:9 | | | |
| 264 | Traina, Wyatt | 3/15/12 | [114:11] | | | |
| 265 | Traina, Wyatt | 3/15/12 | 130:5-7 | FRE 402; FRE 403; FRE 501 | | |
| 266 | Traina, Wyatt | 3/15/12 | [130:14] | FRE 402; FRE 403; FRE 501 | | |
| 267 | Traina, Wyatt | 3/15/12 | 131:11-13 | FRE 402; FRE 403; FRE 501 | | |