Exhibit 2 - CHS Deposition Designations

| Witness | Date | CHS Designations [page:line] | GW Objections to Designations | GW Designations | CHS Objections to GW Designations |
|---|---|---|---|---|---|
| As the Court expressed a preference to review the designations in order to be called, the parties note that these witnesses will be called in Defendant's case. | | | | | |
| Blanche, John | 4/2/2012 | [5:9] - [5:12] | | | |
| Blanche, John | 4/2/2012 | [5:22] - [5:25] | | | |
| Blanche, John | 4/2/2012 | [10:6] - [10:10] | | | |
| Blanche, John | 4/2/2012 | [19:23] - [20:18] | FRE 402/403 | 19:15-22 | |
| Blanche, John | 4/2/2012 | [21:7] - [22:11] | FRE 402/403 | 19:15-22 | |
| Blanche, John | 4/2/2012 | [23:13] - [24:14] | | | |
| Blanche, John | 4/2/2012 | [24:20] - [25:1] | | | |
| Blanche, John | 4/2/2012 | [29:9] - [29:11] | | | |
| Blanche, John | 4/2/2012 | [67:11] - [67:18] | | | |
| Blanche, John | 4/2/2012 | [68:7] - [68:13] | | | |
| Blanche, John | 4/2/2012 | [68:19] - [68:25] | | | |
| Blanche, John | 4/2/2012 | [69:4] - [69:11] | | | |
| Blanche, John | 4/2/2012 | [69:19] - [70:17] | | | |
| Blanche, John | 4/2/2012 | [71:2] - [71:17] | | | |
| Blanche, John | 4/2/2012 | [71:22] - [72:2] | | | |
| Blanche, John | 4/2/2012 | [72:16] - [73:7] | | | |
| Blanche, John | 4/2/2012 | [73:19] - [75:22] | | | |
| Blanche, John | 4/2/2012 | [76:2] - [76:21] | | | |
| Blanche, John | 4/2/2012 | [77:1] - [77:7] | FRE 402/403/602 | 77:8-22 | |
| Blanche, John | 4/2/2012 | [78:11] - [78:22] | | | |
| Blanche, John | 4/2/2012 | [81:15] - [82:25] | | | |
| Blanche, John | 4/2/2012 | [83:21] - [84:12] | | 84:22-24 | |
| Blanche, John | 4/2/2012 | [84:25] - [85:9] | | 85:13-21 | |
| Footit, Martin | 2/14/2013 | 6:12-15 | | | |
| Footit, Martin | 2/14/2013 | 6:22-25 | | | |
| Footit, Martin | 2/14/2013 | 13:2-4 | | | |
| Footit, Martin | 2/14/2013 | 13:9-11 | | | |
| Footit, Martin | 2/14/2013 | 14:5-7 | | | |
| Footit, Martin | 2/14/2013 | 14:14-16 | | 14:17-21 | |
| Footit, Martin | 2/14/2013 | 14:22-15:1 | | 15:3-4 | |
| Footit, Martin | 2/14/2013 | 15:12-14 | | | |

| Witness | Date | CHS Designations [page:line] | GW Objections to Designations | GW Designations | CHS Objections to GW Designations |
|---|---|---|---|---|---|
| Footit, Martin | 2/14/2013 | 16:2-6 | | 16:13-19 | |
| Footit, Martin | 2/14/2013 | 16:20-21 | | | |
| Footit, Martin | 2/14/2013 | 17:2-17 | | 17:18-20 | |
| Footit, Martin | 2/14/2013 | 17:21-23 | | | |
| Footit, Martin | 2/14/2013 | 18:3-17 | | 18:23-19:8 | |
| Footit, Martin | 2/14/2013 | 26:5-17 | | | |
| Footit, Martin | 2/14/2013 | 38:9-11 | | 38:12-14 | |
| Footit, Martin | 2/14/2013 | 38:15-20 | | | |
| Footit, Martin | 2/14/2013 | 38:23-25 | | | |
| Footit, Martin | 2/14/2013 | 44:7-13 | | 44:4-6 | |
| Footit, Martin | 2/14/2013 | 44:17-23 | | | |
| Footit, Martin | 2/14/2013 | 45:6-11 | | 45:12-15 | |
| Footit, Martin | 2/14/2013 | 45:23-46:10 | | | |
| Footit, Martin | 2/14/2013 | 47:11-20 | | | |
| Footit, Martin | 2/14/2013 | 64:19-65:2 | FRE 402/403 | | |
| Footit, Martin | 2/14/2013 | 67:15-18 | FRE 402/403 | | |
| Footit, Martin | 2/14/2013 | 67:22-68:9 | FRE 402/403 | | |
| Footit, Martin | 2/14/2013 | 78:17-79:5 | FRE 402/403 | | |
| Footit, Martin | 2/14/2013 | 102:20-103:25 | | | |
| Footit, Martin | 2/14/2013 | 106:18-107:2 | | | |
| Footit, Martin | 2/14/2013 | 107:6-11 | | | |
| Footit, Martin | 2/14/2013 | 111:19-112:8 | | | |
| Footit, Martin | 2/14/2013 | 114:1-4 | | | |
| Footit, Martin | 2/14/2013 | 114:9-14 | | | |
| Footit, Martin | 2/14/2013 | 114:21-25 | | | |
| Footit, Martin | 2/14/2013 | 116:8-117:14 | | | |
| Footit, Martin | 2/14/2013 | 117:24-25 | | | |
| Footit, Martin | 2/14/2013 | 119:12-18 | | | |
| Footit, Martin | 2/14/2013 | 121:11-23 | | | |
| Footit, Martin | 2/14/2013 | 122:17-20 | | 122:21-123:2 | |
| Footit, Martin | 2/14/2013 | 123:3-19 | | | |
| Footit, Martin | 2/14/2013 | 125:18-20 | | | |
| Footit, Martin | 2/14/2013 | 133:11-20 | | | |

| Witness | Date | CHS Designations [page:line] | GW Objections to Designations | GW Designations | CHS Objections to GW Designations |
|---|---|---|---|---|---|
| Footit, Martin | 2/14/2013 | 134:7-10 | | | |
| Footit, Martin | 2/14/2013 | 134:12 | | | |
| Footit, Martin | 2/14/2013 | 134:18-135:12 | | | |
| Footit, Martin | 2/14/2013 | 135:15-18 | | | |
| Footit, Martin | 2/14/2013 | 137:24-138:25 | | | |
| Footit, Martin | 2/14/2013 | 141:20-24 | FRE 402/403 | | |
| Footit, Martin | 2/14/2013 | 142:2-9 | FRE 402/403 | | |
| Hodgson, Neil | 3/5/2012 | [6:14] - [6:17] | | | |
| Hodgson, Neil | 3/5/2012 | [6:21] - [6:23] | | | |
| Hodgson, Neil | 3/5/2012 | [7:2] - [7:3] | | | |
| Hodgson, Neil | 3/5/2012 | [21:11] - [21:15] | | | |
| Hodgson, Neil | 3/5/2012 | [38:15] - [39:25] | FRE 402/403 | 39:9-20 | |
| Hodgson, Neil | 3/5/2012 | [40:1] - [40:6] | FRE 402/403 | | |
| Hodgson, Neil | 3/5/2012 | [40:16] - [41:18] | FRE 402/403/602 | 41:19-43:13; 52:12-53:1; 56:13-25 | |
| Hodgson, Neil | 3/5/2012 | [67:8] - [67:21] | | | |
| Hodgson, Neil | 3/5/2012 | [67:23] - [68:25] | | | |
| Hodgson, Neil | 3/5/2012 | [69:11] - [70:13] | | | |
| Hodgson, Neil | 3/5/2012 | [70:15] - [70:24] | | | |
| Hodgson, Neil | 3/5/2012 | [71:5] - [71:9] | | | |
| Hodgson, Neil | 3/5/2012 | [74:22] - [75:19] | | | |
| Hodgson, Neil | 3/5/2012 | [76:10] - [76:11] | FRE 402/403 | | |
| Hodgson, Neil | 3/5/2012 | [76:17] - [77:15] | FRE 402/403/602 | 116:8-23 | FRE 402; FRE 403; FRE 602; Statement on record from GW in-house counsel, not deponent |
| Hodgson, Neil | 3/5/2012 | [83:23] - [84:6] | FRE 402/403 | | |
| Hodgson, Neil | 3/5/2012 | [84:15] - [85:3] | FRE 402/403 | 85:11-16 | |
| Hodgson, Neil | 3/5/2012 | [87:20] - [87:22] | | | |
| Hodgson, Neil | 3/5/2012 | [88:1] - [88:25] | | | |
| Hodgson, Neil | 3/5/2012 | [89:1] - [89:7] | | | |
| Hodgson, Neil | 3/5/2012 | [110:5] - [111:18] | | | |

| Witness | Date | CHS Designations [page:line] | GW Objections to Designations | GW Designations | CHS Objections to GW Designations |
|---|---|---|---|---|---|
| Hinks, Darius | 2/13/2013 | 5:13-15 | | | |
| Hinks, Darius | 2/13/2013 | 7:20-8:7 | | | |
| Hinks, Darius | 2/13/2013 | 35:5-14 | FRE 402/403 | 35:15-35:21 | |
| Hinks, Darius | 2/13/2013 | 35:22-36:5 | FRE 402/403 | | |
| Hinks, Darius | 2/13/2013 | 36:13-15 | FRE 402/403 | | |
| Hinks, Darius | 2/13/2013 | 37:19-22 | | 37:23-38:1; 38:5-10 | |
| Hinks, Darius | 2/13/2013 | 38:11-39:1 | | | |
| Hinks, Darius | 2/13/2013 | 39:16-39:22 | | 39:23-40:1 | |
| Hinks, Darius | 2/13/2013 | 50:24-51:3 | | 51:4-14 | |
| Hinks, Darius | 2/13/2013 | 51:15-52:5 | | | |
| Hinks, Darius | 2/13/2013 | 52:9-17 | | | |
| Hinks, Darius | 2/13/2013 | 53:19-21 | | 53:22-24 | |
| Hinks, Darius | 2/13/2013 | 53:25-54:7 | | | |
| Hinks, Darius | 2/13/2013 | 67:5-15 | | | |
| Hinks, Darius | 2/13/2013 | 72:7-74:8 | | | |
| Hinks, Darius | 2/13/2013 | 74:14-75:2 | | 75:3-75:15 | |
| Hinks, Darius | 2/13/2013 | 75:16-75:18 | | | |
| Hinks, Darius | 2/13/2013 | 76:22-77:9 | | | |
| Hinks, Darius | 2/13/2013 | 79:5-14 | | | |
| Hinks, Darius | 2/13/2013 | 79:17-80:1 | | | |
| Hinks, Darius | 2/13/2013 | 81:6-81:8 | | | |
| Hinks, Darius | 2/13/2013 | 81:12-22 | | | |
| Hinks, Darius | 2/13/2013 | 82:20-22 | | | |
| Hinks, Darius | 2/13/2013 | 83:5-9 | | | |
| Hinks, Darius | 2/13/2013 | 84:9-15 | | | |
| Hinks, Darius | 2/13/2013 | 85:3-19 | | | |
| Hinks, Darius | 2/13/2013 | 91:21-92:3 | | | |
| Hinks, Darius | 2/13/2013 | 92:10-14 | | | |
| Hinks, Darius | 2/13/2013 | 92:23-93:8 | | | |
| Walton, Thomas | 2/15/2013 | 5:12-14 | | | |
| Walton, Thomas | 2/15/2013 | 6:23-7:3 | | | |
| Walton, Thomas | 2/15/2013 | 16:11-24 | | | |
| Walton, Thomas | 2/15/2013 | 21:19-22:25 | | | |

| Witness | Date | CHS Designations [page:line] | GW Objections to Designations | GW Designations | CHS Objections to GW Designations |
|---|---|---|---|---|---|
| Walton, Thomas | 2/15/2013 | 23:4-23:15 | | | |
| Walton, Thomas | 2/15/2013 | 26:2-9 | | 25:15-26:1 | |
| Walton, Thomas | 2/15/2013 | 26:12-13 | | | |
| Walton, Thomas | 2/15/2013 | 26:20-27:3 | | 27:4-11 | |
| Walton, Thomas | 2/15/2013 | 28:2-23 | | | |
| Walton, Thomas | 2/15/2013 | 61:14-63:9 | | 63:10-23 | |
| Walton, Thomas | 2/15/2013 | 64:11-65:18 | | 64:8-10; 65:19-20 | |
| Walton, Thomas | 2/15/2013 | 66:3-6 | FRE 402/403 | | |
| Walton, Thomas | 2/15/2013 | 66:22-67:9 | FRE 402/403 | | |
| Walton, Thomas | 2/15/2013 | 68:4-69:3 | FRE 402/403 | 69:4-7 | |
| Walton, Thomas | 2/15/2013 | 69:12-22 | FRE 402/403 | | |
| Walton, Thomas | 2/15/2013 | 70:4-24 | FRE 402/403 | | |
| Walton, Thomas | 2/15/2013 | 72:18-21 | | 72:15-17 | |
| Walton, Thomas | 2/15/2013 | 72:24 | | | |
| Walton, Thomas | 2/15/2013 | 73:13-16 | | 73:1-12; 73:17-23 | |
| Walton, Thomas | 2/15/2013 | 78:14-18 | FRE 402/403 | 78:19-79:6 | |
| Walton, Thomas | 2/15/2013 | 89:3-18 | | | |
| Walton, Thomas | 2/15/2013 | 90:9-12 | | | |
| Walton, Thomas | 2/15/2013 | 111:20-22 | | | |
| Walton, Thomas | 2/15/2013 | 111:25-112:21 | | | |
| Walton, Thomas | 2/15/2013 | 112:25-113:1 | FRE 402/403 | | |
| Walton, Thomas | 2/15/2013 | 122:15-123:16 | | | |

GW has indicated it intends to call the below witnesses live. Therefore, the parties submit that it is unnecessary for the Court to review the below deposition designations or objections at this time.

| Witness | Date | CHS Designations [page:line] | GW Objections to Designations | GW Designations | CHS Objections to GW Designations |
|---|---|---|---|---|---|
| Jones, Andrew | 4/3/2012 | [7:5] - [7:8] | | | |
| Jones, Andrew | 4/3/2012 | [7:13] - [7:18] | | | |
| Jones, Andrew | 4/3/2012 | [11:14] - [11:20] | | | |
| Jones, Andrew | 4/3/2012 | [11:21] - [12:10] | | 12:18-20 | |
| Jones, Andrew | 4/3/2012 | [12:21] - [13:6] | | | |
| Jones, Andrew | 4/3/2012 | [13:13] - [13:17] | | | |
| Jones, Andrew | 4/3/2012 | [13:18] - [13:21] | | | |

| Witness | Date | CHS Designations [page:line] | GW Objections to Designations | GW Designations | CHS Objections to GW Designations |
|---|---|---|---|---|---|
| Jones, Andrew | 4/3/2012 | [17:22] - [18:4] | | | |
| Jones, Andrew | 4/3/2012 | [20:8] - [20:24] | | | |
| Jones, Andrew | 4/3/2012 | [20:25] - [21:6] | FRE 402/403 | 21:7-24 | |
| Jones, Andrew | 4/3/2012 | [22:9] - [22:17] | FRE 402/403 | | |
| Jones, Andrew | 4/3/2012 | [23:1] - [23:17] | FRE 402/403 | | |
| Jones, Andrew | 4/3/2012 | [23:24] - [24:11] | FRE 402/403 | | |
| Jones, Andrew | 4/3/2012 | [24:12] - [25:25] | FRE 402/403 | | |
| Jones, Andrew | 4/3/2012 | [26:7] - [26:9] | FRE 402/403 | | |
| Jones, Andrew | 4/3/2012 | [26:13] - [26:18] | FRE 402/403 | | |
| Jones, Andrew | 4/3/2012 | [31:10] - [31:14] | FRE 402/403 | | |
| Jones, Andrew | 4/3/2012 | [31:17] - [31:20] | FRE 402/403 | 32:7-9 | FRE 402; FRE 403 |
| Jones, Andrew | 4/3/2012 | [35:14] - [35:20] | FRE 402/403 | | |
| Jones, Andrew | 4/3/2012 | [38:22] - [38:24] | | | |
| Jones, Andrew | 4/3/2012 | [39:6] - [40:6] | | | |
| Jones, Andrew | 4/3/2012 | [40:9] - [40:16] | | | |
| Jones, Andrew | 4/3/2012 | [40:20] - [41:4] | FRE 402/403 | | |
| Jones, Andrew | 4/3/2012 | [41:5] - [41:13] | FRE 402/403 | | |
| Jones, Andrew | 4/3/2012 | [60:20] - [61:10] | FRE 402/403 | | |
| Jones, Andrew | 4/3/2012 | [62:12] - [62:18] | FRE 402/403 | | |
| Jones, Andrew | 4/3/2012 | [63:3] - [63:16] | FRE 402/403 | 64:5 - 65:19 | |
| Jones, Andrew | 2/24/2013 | 3:9-18 | | | |
| Jones, Andrew | 2/24/2013 | 4:5-11 | | | |
| Jones, Andrew | 2/24/2013 | 5:12-15 | | | |
| Jones, Andrew | 2/24/2013 | 5:20-6:24 | | | |
| Jones, Andrew | 2/24/2013 | 8:19-9:22 | | | |
| Jones, Andrew | 2/24/2013 | 10:7-15:13 | FRE402/403 | | |
| Jones, Andrew | 2/24/2013 | 16:17-24 | FRE402/403 | 16:1-16:16; 16:25-17:10 | nor responsive to the CHS designation, which makes no reference to lawsuits. |
| Jones, Andrew | 2/24/2013 | 19:3-20:2 | | | |
| Jones, Andrew | 2/24/2013 | 20:24-21:12 | | | |

| Witness | Date | CHS Designations [page:line] | GW Objections to Designations | GW Designations | CHS Objections to GW Designations |
|---|---|---|---|---|---|
| Jones, Andrew | 2/24/2013 | 21:14-22:7 | | | |
| Jones, Andrew | 2/24/2013 | 23:5-22 | | | |
| Jones, Andrew | 2/24/2013 | 24:5-10 | | | |
| Jones, Andrew | 2/24/2013 | 24:14-26:13 | | | |
| Jones, Andrew | 2/24/2013 | 29:4-10 | | | |
| Jones, Andrew | 2/24/2013 | 29:14-31:10 | FRE602 | | |
| Jones, Andrew | 2/24/2013 | 31:13 | | | |
| Jones, Andrew | 2/24/2013 | 33:2-7 | | | |
| Jones, Andrew | 2/24/2013 | 34:4-7 | | | |
| Jones, Andrew | 2/24/2013 | 34:13-35:7 | | 35:8-18 | |
| Jones, Andrew | 2/24/2013 | 42:8-43:13 | | | |
| Jones, Andrew | 2/24/2013 | 44:11-46:2 | | 46:3-23 | 46:23 was stricken and should not be included |
| Jones, Andrew | 2/24/2013 | 46:24-48:2 | | 48:3-22 | |
| Jones, Andrew | 2/24/2013 | 48:23-49:8 | FRE 402/403 | | |
| Jones, Andrew | 2/24/2013 | 49:13-50:14 | FRE 402/403 | | |
| Jones, Andrew | 2/24/2013 | 53:14-25 | | 54:1-22 | Improper Lay Opinion 701/702; Foundation |
| Jones, Andrew | 2/24/2013 | 54:23-55:20 | FRE 402/403 | | |
| Jones, Andrew | 2/24/2013 | 55:25-57:11 | | 57:12-58:2 | Improper Lay Opinion 701/702; Foundation |
| Jones, Andrew | 2/24/2013 | 58:3-14 | FRE 402/403 | | |
| Jones, Andrew | 2/24/2013 | 59:4-10 | | 59:11-16 | |
| Jones, Andrew | 2/24/2013 | 59:17-63:23 | | | |
| Jones, Andrew | 2/24/2013 | 64:4-65:24 | | | |
| Jones, Andrew | 2/24/2013 | 66:7-10 | | | |
| Jones, Andrew | 2/24/2013 | 67:3-70:10 | | 70:11-15 | |
| Jones, Andrew | 2/24/2013 | 70:16-25 | | | |
| Jones, Andrew | 2/24/2013 | 72:6-73:19 | | | |
| Jones, Andrew | 2/24/2013 | 73:21-22 | | | |

| Witness | Date | CHS Designations [page:line] | GW Objections to Designations | GW Designations | CHS Objections to GW Designations |
|---|---|---|---|---|---|
| Jones, Andrew | 2/24/2013 | 74:1-20 | | | |
| Jones, Andrew | 2/24/2013 | 75:8-9 | | | |
| Jones, Andrew | 2/24/2013 | 75:11-21 | | | |
| Jones, Andrew | 2/24/2013 | 76:11-19 | | | |
| Jones, Andrew | 2/24/2013 | 77:6-15 | FRE402/403 | | |
| Jones, Andrew | 2/24/2013 | 77:18-78:25 | FRE402/403 | | |
| Jones, Andrew | 2/24/2013 | 79:2-80:1 | FRE402/403 | | |
| Jones, Andrew | 2/24/2013 | 83:23-84:8 | | | |
| Jones, Andrew | 2/24/2013 | 85:2-20 | | | |
| Jones, Andrew | 2/24/2013 | 88:3-6 | | | |
| Merrett, Alan | 3/8/2012 | [6:14] - [6:17] | | | |
| Merrett, Alan | 3/8/2012 | [6:24] - [7:7] | | | |
| Merrett, Alan | 3/8/2012 | [14:11] - [14:15] | | | |
| Merrett, Alan | 3/8/2012 | [14:22] - [15:3] | | | |
| Merrett, Alan | 3/8/2012 | [15:12] - [15:15] | | | |
| Merrett, Alan | 3/8/2012 | [15:16] - [15:22] | | | |
| Merrett, Alan | 3/8/2012 | [17:17] - [17:23] | FRE 402/403 | | |
| Merrett, Alan | 3/8/2012 | [24:6] - [25:15] | | | |
| Merrett, Alan | 3/8/2012 | [51:17] - [51:19] | FRE 402/403 | 51:20-24; 52:19-53:14 | |
| Merrett, Alan | 3/8/2012 | [54:24] - [55:7] | FRE 402/403 | | |
| Merrett, Alan | 3/8/2012 | [55:10] - [55:14] | FRE 402/403 | | |
| Merrett, Alan | 3/8/2012 | [55:17] - [55:19] | FRE 402/403 | 57:16-23; 58:1-11 | FRE 402; FRE 403; FRE 602 |
| Merrett, Alan | 3/8/2012 | [59:11] - [60:1] | FRE 402/403 | 60:17-61:2 | |
| Merrett, Alan | 3/8/2012 | [61:1] - [61:13] | FRE 402/403 | | |
| Merrett, Alan | 3/8/2012 | [61:15] - [62:16] | FRE 402/403 | | |
| Merrett, Alan | 3/8/2012 | [62:24] - [63:15] | FRE 402/403 | | |
| Merrett, Alan | 3/8/2012 | [63:18] - [63:19] | FRE 402/403 | | |
| Merrett, Alan | 3/8/2012 | [63:23] - [65:15] | FRE 402/403/602 | | |
| Merrett, Alan | 3/8/2012 | [72:23] - [73:3] | FRE 402/403 | | |
| Merrett, Alan | 3/8/2012 | [199:10] - [199:19] | | | |
| Merrett, Alan | 3/8/2012 | [199:25] - [200:18] | | | |

| Witness | Date | CHS Designations [page:line] | GW Objections to Designations | GW Designations | CHS Objections to GW Designations |
|---|---|---|---|---|---|
| Merrett, Alan (update) | 4/3/2012 | [11:25] - [12:5] | | 11:6-11 | FRE 402; FRE 403; |
| Merrett, Alan (update) | 4/3/2012 | [13:10] - [13:25] | FRE 402/403 | | |
| Merrett, Alan (update) | 4/3/2012 | [14:20] - [14:22] | FRE 402/403 | | |
| Merrett, Alan (update) | 4/3/2012 | [19:2] - [19:8] | | | |
| Merrett, Alan (update) | 4/3/2012 | [19:11] - [19:16] | | | |
| Merrett, Alan (update) | 4/3/2012 | [21:7] - [21:15] | | 21:16-24 | FRE 402; FRE 403; FRE 602; FRE 701; FRE 702 |
| Merrett, Alan (update) | 4/3/2012 | [21:25] - [22:5] | | | |
| Merrett, Alan (update) | 4/3/2012 | [24:13] - [24:25] | | | |
| Merrett, Alan (update) | 4/3/2012 | [25:8] - [25:11] | FRE 402/403 | | |
| Merrett, Alan (update) | 4/3/2012 | [25:12] - [25:17] | | | |
| Merrett, Alan (update) | 4/3/2012 | [25:18] - [26:16] | FRE 402/403 | 26:17-27:23 | FRE 701; FRE 702 |
| Merrett, Alan (update) | 4/3/2012 | [27:24] - [32:15] | | | |
| Merrett, Alan (update) | 4/3/2012 | [43:6] - [44:22] | FRE 402/403 | | |
| Merrett, Alan | 2/24/2013 | 3:5-13 | | 183:1-5; 183:7-17 | |
| Merrett, Alan | 2/24/2013 | 3:18-25 | | | |
| Merrett, Alan | 2/24/2013 | 4:7-5:19 | | 185:18-19; 185:21-24; 186:1 | |
| Merrett, Alan | 2/24/2013 | 7:1-4 | | | |
| Merrett, Alan | 2/24/2013 | 7:15-23 | | | |
| Merrett, Alan | 2/24/2013 | 8:11-9:1 | | | |
| Merrett, Alan | 2/24/2013 | 9:4-15 | FRE 611 | | |
| Merrett, Alan | 2/24/2013 | 11:3-11 | FRE 611 | | |
| Merrett, Alan | 2/24/2013 | 11:13-25 | FRE 611 | | |
| Merrett, Alan | 2/24/2013 | 12:6-13:5 | | | |
| Merrett, Alan | 2/24/2013 | 13:11-18 | | | |
| Merrett, Alan | 2/24/2013 | 19:1-16 | | | |
| Merrett, Alan | 2/24/2013 | 23:7-23 | | | |
| Merrett, Alan | 2/24/2013 | 24:6-12 | | | |
| Merrett, Alan | 2/24/2013 | 26:5-11 | | | |
| Merrett, Alan | 2/24/2013 | 28:24-29:10 | | | |
| Merrett, Alan | 2/24/2013 | 31:13-18 | | 9:16-10:23 | |

| Witness | Date | CHS Designations [page:line] | GW Objections to Designations | GW Designations | CHS Objections to GW Designations |
|---|---|---|---|---|---|
| Merrett, Alan | 2/24/2013 | 32:17-23 | | | |
| Merrett, Alan | 2/24/2013 | 33:23-34:5 | | | |
| Merrett, Alan | 2/24/2013 | 34:24-35:1 | | 12:1-5 | |
| Merrett, Alan | 2/24/2013 | 35:6-11 | | 13:6-10 | |
| Merrett, Alan | 2/24/2013 | 36:25-37:10 | | 19:17-25 | not responsive to the designated testimony; improper lay opinion 701/702; undisclosed expert opinion |
| Merrett, Alan | 2/24/2013 | 37:22-38:5 | | | |
| Merrett, Alan | 2/24/2013 | 38:19-22 | | | |
| Merrett, Alan | 2/24/2013 | 41:25-42:7 | | | |
| Merrett, Alan | 2/24/2013 | 44:2-23 | | | |
| Merrett, Alan | 2/24/2013 | 45:8-22 | | | |
| Merrett, Alan | 2/24/2013 | 46:21-24 | | | |
| Merrett, Alan | 2/24/2013 | 47:6-17 | FRE 402/403 | | |
| Merrett, Alan | 2/24/2013 | 48:2-5 | FRE 402/403 | | |
| Merrett, Alan | 2/24/2013 | 48:10-17 | | 35:13-36:19 | not responsive to the designated testimony; improper lay opinion 701/702; undisclosed expert opinion |
| Merrett, Alan | 2/24/2013 | 56:15-24 | | 37:11-21 | not responsive to the designated testimony; improper lay opinion 701/702; undisclosed expert opinion |

| Witness | Date | CHS Designations [page:line] | GW Objections to Designations | GW Designations | CHS Objections to GW Designations |
|---|---|---|---|---|---|
| Merrett, Alan | 2/24/2013 | 59:7-11 | | 38:6-18 | not responsive to the designated testimony; improper lay opinion 701/702; undisclosed expert opinion |
| Merrett, Alan | 2/24/2013 | 59:25-60:5 | | 38:23-40:23 | not responsive to the designated testimony; improper lay opinion 701/702; undisclosed expert opinion |
| Merrett, Alan | 2/24/2013 | 62:24-63:8 | | | |
| Merrett, Alan | 2/24/2013 | 64:13-24 | | 44:24-45:7 | |
| Merrett, Alan | 2/24/2013 | 65:3-13 | | 45:23-46:20 | |
| Merrett, Alan | 2/24/2013 | 66:14-20 | | 46:25-47:5 | |
| Merrett, Alan | 2/24/2013 | 67:6-21 | | | |
| Merrett, Alan | 2/24/2013 | 68:1-10 | | | |
| Merrett, Alan | 2/24/2013 | 68:20-69:1 | | 48:6-9 | |
| Merrett, Alan | 2/24/2013 | 69:16-22 | | 56:25-57:18 | not responsive to the designated testimony; improper lay opinion 701/702; undisclosed expert opinion |
| Merrett, Alan | 2/24/2013 | 70:2-25 | | | |

| Witness | Date | CHS Designations [page:line] | GW Objections to Designations | GW Designations | CHS Objections to GW Designations |
|---|---|---|---|---|---|
| Merrett, Alan | 2/24/2013 | 72:12-18 | | 61:2-62:23 | Incomplete designation; not responsive to the designated testimony; improper lay opinion 701/702; undisclosed expert opinion |
| Merrett, Alan | 2/24/2013 | 73:23-74:22 | | 63:9-25 | not responsive to the designated testimony; improper lay opinion 701/702; undisclosed expert opinion |
| Merrett, Alan | 2/24/2013 | 75:12-17 | | 64:1-12 | not responsive to the designated testimony; improper lay opinion 701/702; undisclosed expert opinion |
| Merrett, Alan | 2/24/2013 | 82:14-21 | | | |
| Merrett, Alan | 2/24/2013 | 84:18-22 | | | |
| Merrett, Alan | 2/24/2013 | 85:21-86:1 | | | |
| Merrett, Alan | 2/24/2013 | 86:16-21 | | | |
| Merrett, Alan | 2/24/2013 | 87:19-21 | | 69:2-15 | not responsive to the designated testimony; improper lay opinion 701/702; undisclosed expert opinion |
| Merrett, Alan | 2/24/2013 | 92:20-21 | | | |

| Witness | Date | CHS Designations [page:line] | GW Objections to Designations | GW Designations | CHS Objections to GW Designations |
|---|---|---|---|---|---|
| Merrett, Alan | 2/24/2013 | 94:2-14 | | 71:1-72:11 | not responsive to the designated testimony; improper lay opinion 701/702; undisclosed expert opinion |
| Merrett, Alan | 2/24/2013 | 95:21-96:8 | | 71:1-72:11; 72:19-73:18 | not responsive to the designated testimony; improper lay opinion 701/702; undisclosed expert opinion |
| Merrett, Alan | 2/24/2013 | 107:7-11 | | 74:23-75:11 | |
| Merrett, Alan | 2/24/2013 | 108:4-8 | | | |
| Merrett, Alan | 2/24/2013 | 110:14-25 | | 81:10-82:13 | |
| Merrett, Alan | 2/24/2013 | 112:15-18 | | 84:3-17 | not responsive to the designated testimony; improper lay opinion 701/702; undisclosed expert opinion |
| Merrett, Alan | 2/24/2013 | 113:1-4 | | | |
| Merrett, Alan | 2/24/2013 | 122:16-22 | | 86:22-87:7 | |
| Merrett, Alan | 2/24/2013 | 123:13-24 | | | |
| Merrett, Alan | 2/24/2013 | 125:19-126:4 | Incomplete testimony | 92:22-93:4 | 802 |
| Merrett, Alan | 2/24/2013 | 131:5-20 | | | |
| Merrett, Alan | 2/24/2013 | 134:12-135:12 | | | |
| Merrett, Alan | 2/24/2013 | 141:3-5 | | 107:12-108:3 | improper lay opinion 701/702; undisclosed expert opinion |
| Merrett, Alan | 2/24/2013 | 141:25-142:12 | | | |
| Merrett, Alan | 2/24/2013 | 143:19-144:2 | | 111:1-10 | |

| Witness | Date | CHS Designations [page:line] | GW Objections to Designations | GW Designations | CHS Objections to GW Designations |
|---|---|---|---|---|---|
| Merrett, Alan | 2/24/2013 | 144:11-23 | | | |
| Merrett, Alan | 2/24/2013 | 154:23-155:14 | | | |
| Merrett, Alan | 2/24/2013 | 157:14-158:2 | | | |
| Merrett, Alan | 2/24/2013 | 158:15-159:7 | | 124:6-125:4 | not responsive to the designated testimony; improper lay opinion 701/702; undisclosed expert opinion |
| Merrett, Alan | 2/24/2013 | 160:17-161:4 | | 126:5-127:13 | not responsive to the designated testimony; improper lay opinion 701/702; undisclosed expert opinion |
| Merrett, Alan | 2/24/2013 | 163:12-164:18 | FRE 402/403 | 131:21-132:14 | |
| Merrett, Alan | 2/24/2013 | 170:13-171:20 | | | |
| Merrett, Alan | 2/24/2013 | 172:5-23 | | | |
| Merrett, Alan | 2/24/2013 | 173:9-174:23 | | 141:6-24; 142:13-143:6 | not responsive to the designated testimony; improper lay opinion 701/702; undisclosed expert opinion |
| Stevenson, Gillian | 3/5/2012 | [12:7] - [12:10] | | | |
| Stevenson, Gillian | 3/5/2012 | [12:15] - [12:19] | | | |
| Stevenson, Gillian | 3/5/2012 | [17:11] - [18:6] | | | |
| Stevenson, Gillian | 3/5/2012 | [18:22] - [19:13] | | | |
| Stevenson, Gillian | 3/5/2012 | [19:14] - [19:25] | | | |
| Stevenson, Gillian | 3/5/2012 | [25:13] - [25:14] | | | |
| Stevenson, Gillian | 3/5/2012 | [25:15] - [26:16] | | | |
| Stevenson, Gillian | 3/5/2012 | [36:17] - [36:23] | FRE 402/403 | 36:24-37:1; 37:18-19 | |

| Witness | Date | CHS Designations [page:line] | GW Objections to Designations | GW Designations | CHS Objections to GW Designations |
|---|---|---|---|---|---|
| Stevenson, Gillian | 3/5/2012 | [37:18] - [38:3] | FRE 402/403 | 38:4-11; 38:22-39:12 | |
| Stevenson, Gillian | 3/5/2012 | [47:6] - [48:4] | FRE 402/403 | 49:18-21; 51:6-15; 52:4-16 | |
| Stevenson, Gillian | 3/5/2012 | [49:22] - [50:11] | FRE 402/403 | | |
| Stevenson, Gillian | 3/5/2012 | [66:14] - [67:18] | FRE 402/403 | | |
| Stevenson, Gillian | 3/9/2012 | [103:4] - [103:6] | | | |
| Stevenson, Gillian | 3/9/2012 | [103:9] - [103:21] | | | |
| Stevenson, Gillian | 3/9/2012 | [122:14] - [122:21] | | | |
| Stevenson, Gillian | 3/9/2012 | [123:3] - [123:10] | FRE 402/403 | | |
| Stevenson, Gillian | 3/9/2012 | [141:24] - [142:6] | | | |
| Stevenson, Gillian | 3/9/2012 | [142:7] - [142:14] | | 142:14-17 | FRE 402; FRE 403; FRE 602; FRE 701 |
| Stevenson, Gillian | 3/9/2012 | [142:20] - [143:1] | | 143:16-144:18 | FRE 402; FRE 403; FRE 602; FRE 701; FRE 802 |
| Stevenson, Gillian | 3/9/2012 | [145:10] - [145:16] | | | |
| Stevenson, Gillian | 3/9/2012 | [145:19] - [145:21] | | | |
| Stevenson, Gillian | 3/9/2012 | [145:25] - [146:4] | | 146:5-12 | FRE 402; FRE 403; FRE 602; FRE 701; FRE 702; FRE 802 |
| Stevenson, Gillian | 3/9/2012 | [146:15] - [146:19] | | | |
| Stevenson, Gillian | 3/9/2012 | [146:21] - [147:3] | | 147:4-10 | FRE 402; FRE 403; FRE 602; FRE 701; FRE 702; FRE 802 |
| Stevenson, Gillian | 3/9/2012 | [147:15] - [147:18] | | | |
| Stevenson, Gillian | 3/9/2012 | [147:19] - [148:8] | | | |
| Stevenson, Gillian | 3/9/2012 | [148:10] - [148:13] | | | |
| Stevenson, Gillian | 3/9/2012 | [148:17] - [149:2] | | | |
| Stevenson, Gillian | 3/9/2012 | [149:5] - [149:8] | | 149:9-24 | FRE 402; FRE 403; FRE 602; FRE 701; FRE 702; FRE 802 |
| Stevenson, Gillian | 3/9/2012 | [150:2] - [150:14] | | | |

| Witness | Date | CHS Designations [page:line] | GW Objections to Designations | GW Designations | CHS Objections to GW Designations |
|---|---|---|---|---|---|
| Stevenson, Gillian | 3/9/2012 | [150:17] - [150:25] | | | |
| Stevenson, Gillian | 3/9/2012 | [151:1] - [151:8] | | | |
| Stevenson, Gillian | 3/9/2012 | [151:9] - [151:13] | | | |
| Stevenson, Gillian | 3/9/2012 | [151:16] - [152:1] | | | |
| Stevenson, Gillian | 3/9/2012 | [162:12] - [163:4] | FRE 402/403 | | |
| Stevenson, Gillian | 3/9/2012 | [172:20] - [174:12] | FRE 402/403/602 | | |
| Stevenson, Gillian | 3/9/2012 | [174:20] - [175:7] | FRE 402/403/602 | | |
| Stevenson, Gillian | 3/9/2012 | [175:9] - [175:16] | FRE 402/403/602 | | |
| Stevenson, Gillian | 3/9/2012 | [175:18] - [175:21] | FRE 402/403/602 | | |
| Stevenson, Gillian | 3/9/2012 | [175:25] | FRE 402/403/602 | | |
| Stevenson, Gillian | 3/9/2012 | [176:3] - [176:6] | FRE 402/403/602 | | |
| Stevenson, Gillian | 3/9/2012 | [178:16] - [178:19] | FRE 402/403/602 | | |
| Stevenson, Gillian | 3/9/2012 | [179:1] - [179:2] | FRE 402/403/602 | | |
| Stevenson, Gillian | 3/9/2012 | [179:5] - [179:9] | FRE 402/403/602 | | |
| Stevenson, Gillian | 3/9/2012 | [180:12] - [180:14] | FRE 402/403/602 | | |
| Stevenson, Gillian | 3/9/2012 | [180:19] | FRE 402/403/602 | | |
| Stevenson, Gillian | 3/9/2012 | [180:22] - [181:21] | FRE 402/403/602 | 181:24-182:14 | |
| Stevenson, Gillian | 3/9/2012 | [182:15] - [182:25] | FRE 402/403/602 | 184:12-14 | FRE 402; FRE 403 |
| Stevenson, Gillian | 3/9/2012 | [184:16] - [184:22] | FRE 402/403/406 | | |
| Stevenson, Gillian | 3/9/2012 | [185:5] - [185:6] | FRE 402/403/406 | | |
| Stevenson, Gillian | 3/9/2012 | [189:23] - [189:25] | FRE 402/403/406 | | |
| Stevenson, Gillian | 3/9/2012 | [190:2] - [190:14] | FRE 402/403/406 | | |
| Stevenson, Gillian | 3/9/2012 | [198:21] - [198:23] | FRE 402/403/406 | | |
| Stevenson, Gillian | 3/9/2012 | [199:1] - [199:3] | FRE 402/403/406 | | |
| Stevenson, Gillian | 3/9/2012 | [199:6] - [199:11] | FRE 402/403/406 | | |
| Stevenson, Gillian | 3/9/2012 | [200:11] - [200:20] | FRE 402/403/406 | | |
| Stevenson, Gillian | 3/9/2012 | [200:23] - [201:6] | FRE 402/403/406 | | |
| Stevenson, Gillian | 3/9/2012 | [201:7] - [201:9] | FRE 402/403/406 | 201.11 | |
| Stevenson, Gillian | 3/9/2012 | [201:12] - [201:22] | FRE 402/403/406 | | |
| Stevenson, Gillian | 3/9/2012 | [203:19] - [204:5] | | | |
| Stevenson, Gillian | 2/24/2013 | 4:15-25 | | | |
| Stevenson, Gillian | 2/24/2013 | 5:3 | | | |
| Stevenson, Gillian | 2/24/2013 | 8:4-7 | | | |

| Witness | Date | CHS Designations [page:line] | GW Objections to Designations | GW Designations | CHS Objections to GW Designations |
|---|---|---|---|---|---|
| Stevenson, Gillian | 2/24/2013 | 8:13-9:5 | | | |
| Stevenson, Gillian | 2/24/2013 | 12:23-25 | Incomplete | 13:1-2 | |
| Stevenson, Gillian | 2/24/2013 | 13:3-21 | Incomplete | 12:22-23 | |
| Stevenson, Gillian | 2/24/2013 | 13:24-14:1 | | | |
| Stevenson, Gillian | 2/24/2013 | 14:9-16 | | 14:17-19 | |
| Stevenson, Gillian | 2/24/2013 | 14:20-15:10 | | | |
| Stevenson, Gillian | 2/24/2013 | 17:8-16 | | | |
| Stevenson, Gillian | 2/24/2013 | 19:17-21:3 | | | |
| Stevenson, Gillian | 2/24/2013 | 25:3-11 | | | |
| Stevenson, Gillian | 2/24/2013 | 25:12-15 | | | |
| Stevenson, Gillian | 2/24/2013 | 26:7-21 | FRE 402/403 | | |
| Stevenson, Gillian | 2/24/2013 | 26:22-27:1 | FRE 402/403 | | |
| Stevenson, Gillian | 2/24/2013 | 27:6-20 | FRE 402/403 | | |
| Stevenson, Gillian | 2/24/2013 | 28:8-29:13 | FRE 402/403 | | |
| Stevenson, Gillian | 2/24/2013 | 29:17-32:6 | FRE 402/403 | | |
| Stevenson, Gillian | 2/24/2013 | 32:23-33:20 | FRE 402/403 | | |
| Stevenson, Gillian | 2/24/2013 | 34:11-23 | | 34:3-34:10 | |
| Stevenson, Gillian | 2/24/2013 | 35:6-12 | | | |
| Stevenson, Gillian | 2/24/2013 | 38:9-18 | FRE 402/403 | | |
| Stevenson, Gillian | 2/24/2013 | 38:22-39:12 | FRE 402/403 | | |
| Stevenson, Gillian | 2/24/2013 | 39:15-41:7 | FRE 402/403 | | |
| Goodwin, Jeremy | 3/7/2012 | [6:17] - [6:19] | | | |
| Goodwin, Jeremy | 3/7/2012 | [7:1] - [7:4] | | | |
| Goodwin, Jeremy | 3/7/2012 | [72:18] - [73:10] | FRE 402/403 | | |
| Goodwin, Jeremy | 3/7/2012 | [75:2] - [75:9] | FRE 402/403 | | |
| Goodwin, Jeremy | 3/7/2012 | [75:19] - [76:10] | FRE 402/403/602 | 76:11-16 | FRE 602; FRE 802 |
| Goodwin, Jeremy | 3/7/2012 | [90:16] - [90:23] | FRE 402/403/802 | | |
| Goodwin, Jeremy | 3/7/2012 | [91:12] - [91:14] | FRE 402/403/802 | | |
| Goodwin, Jeremy | 3/7/2012 | [93:4] - [93:10] | FRE 402/403 | | |
| Goodwin, Jeremy | 3/7/2012 | [93:17] - [93:22] | | | |
| Goodwin, Jeremy | 3/7/2012 | [100:6] - [100:7] | | 100:12; 100:15-17 | |
| Goodwin, Jeremy | 3/7/2012 | [100:18] - [101:4] | | | |
| Goodwin, Jeremy | 3/7/2012 | [101:5] - [101:16] | FRE 402/403 | | |

| Witness | Date | CHS Designations [page:line] | GW Objections to Designations | GW Designations | CHS Objections to GW Designations |
|---|---|---|---|---|---|
| Goodwin, Jeremy | 3/7/2012 | [102:2] - [102:9] | FRE 402/403 | 102:10-15 | |