1

1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE NORTHERN DISTRICT OF ILLINOIS
3    EASTERN DIVISION
4    - - - - - - - - - - - - - - - - - - - - -
5    GAMES WORKSHOP LIMITED,
6        Plaintiff,
7        Civil Action No. 1:10-cv-8103
8    v.
9    CHAPTERHOUSE STUDIOS LLC and JON
10   PAULSON d/b/a PAULSON GAMES
11       Defendants.
12   - - - - - - - - - - - - - - - - - - - - -
13
14       Monday, 2 April, 2012
15       10:30 am
16
17   Videotaped Deposition of JOHN BLANCHE, taken
18   at the offices of Eversheds, 1 Royal Standard Place,
19   Nottingham, UK, before Ailsa Williams,
20   Accredited Court Reporter
21
22
23
24
25

2

1
2        A P P E A R A N C E S :
3    Attorneys for Plaintiff:
4        FOLEY & LARDENER LLP
5        90 Park Avenue
6        New York, NY 10016-1314
7        BY:  JONATHAN E. MOSKIN
8        (212) 682-7474
9        jmoskin@foley.com
10
11   Attorneys for Defendants:
12       WINSTON & STRAWN LLP
13       101 California Street
14       San Francisco CA 94111-5894
15       BY: K. JOON OH
16       (415) 591-1564
17       koh@winston.com.
18   Also Present:
19       GILLIAN STEVENSON: (Games Workshop)
20       COURT REPORTER:
21       AILSA WILLIAMS
22       VIDEOGRAPHER: LINDA FLEET
23
24
25

3

1
2    JOHN BLANCHE
3    Previous Exhibits Used: Exhibit 48
4
5        INDEX OF EXHIBITS MARKED DURING DEPOSITION
6    Exhibit 96 Sketch  ... ... ... ... ... ... ... ... 80
7    Exhibit 97 Dark Angels GW0003401-05 ... ... ... ... 98
8
9    Exhibit 98 "The Art of Warhammer 40,000" .. ... ... ...107
10       GW0001654, GW0001661-62
11   Exhibit 99 "The Illustrated Man"  ... ... ... ... ...131
12
13   Exhibit 100 "Tears of Envy" ... ... ... ... ... ... ...150
14
15
16
17
18
19
20
21
22
23
24
25

4

1    THE VIDEOGRAPHER:  Here begins videotape number 1 in
2        the deposition of John Blanche.
3        This is in the matter of Games Workshop
4    Limited versus Chapterhouse Studios LLC et al in the
5    United States District Court for the Northern District
6    of Illinois, Eastern Division, case number
7    110-cv-8103.
8        Today's date is April 2, 2012.  The time on
9    the video monitor is 10:28.  The video operator today
10   is Linda Fleet, representing Opus 2 International, and
11   this video deposition is taking place at Eversheds, 1
12   Royal Standard Place, Nottingham NG1 6FZ.
13       Counsel, please voice identify yourselves
14   and state whom you represent.
15   MR. OH:  Joon Oh, Winston Strawn LLP, representing the
16       defendants, Chapterhouse Studios.
17   MR. MOSKIN:  Jonathan Moskin, Foley & Lardner,
18       representing plaintiff, Games Workshop.
19   MS STEVENSON:  Gill Stevenson, in-house counsel, Games
20       Workshop.
21   THE VIDEOGRAPHER:  The court reporter today is Ailsa
22       Williams, representing Opus 2, and could the
23       reporter please swear in the witness.
24
25

Blanche, John  4/2/2012  3:47:00 PM

5

1      JOHN BLANCHE
2      Having been duly sworn,
3      Testified as follows:
4      DIRECT EXAMINATION BY MR. OH:
5      MR. OH:  Just on the record, by prior stipulation,
6      parties have agreed to conduct this deposition
7      under the Federal Rules of Civil Procedure.
8      My name is Joon Oh.  I am representing the
9      defendants, Chapterhouse Studios LLC.  Could you
10     please state and spell your full name for the record.
11     A  It is Lawrence John Blanche.
12     L-A-U-R-E-N-C-E, J-O-H-N, B-L-A-N-C-H-E.
13     Q  What name do you commonly go by?
14     A  John.
15     Q  And professionally?
16     A  John.
17     Q  Can you state your address for the
18     record.
19     A  8 Woodside Road, W-O-O-D-S-I-D-E
20     R-O-A-D, Burton Joyce, B-U-R-T-O-N  J-O-Y-C-E,
21     Nottingham, NG1 45AW.
22     Q  Can you please identify your current
23     employer and position?
24     A  It is Games Workshop, and my position is
25     Art Director.

6

1      Q  Where is your employer located?
2      A  Lenton, Nottingham.
3      Q  Outside of your employment with Games
4      Workshop, are you involved in any other businesses?
5      A  Absolutely not, no.
6      Q  Have you ever been deposed before?
7      A  No.
8      Q  Do you understand you are testifying
9      under oath today?
10     A  Yes.
11     Q  And that testifying today is the same as
12     if you were testifying under oath in a courtroom
13     before a judge and jury?
14     A  Yes.
15     Q  Because the court reporter must take
16     down everything that you and I say today, please
17     answer each question audibly, for example with a "yes"
18     or "no", instead of shaking or nodding your head or
19     saying "uh-huh" or "nuh-uh".  Will you do that?
20     A  Yes.
21     Q  Again, because the court reporter must
22     take down everything we say today, it is also
23     important we don't talk over each other, so I will ask
24     that you wait until I finish asking my question before
25     you start answering and I will do my best not to talk

7

1      over you as well.  Do you understand?
2      A  Yes.
3      Q  Please let me know if you need to take a
4      break during the deposition and we will do so.  I ask
5      however that if I have already asked a question that
6      you finish answering the question before we break.  Do
7      you understand?
8      A  Yes.
9      Q  Is there any reason you cannot testify
10     fully and truthfully today?
11     A  No.
12     Q  Are you taking any medications that will
13     impair your ability to testify fully and truthfully
14     today?
15     A  I take medication for my health.  They
16     don't impair anything at all, but my medical condition
17     will impair my effectiveness as time goes on, so I get
18     very, very tired and I do suffer from burning
19     sensations down my face, which is the after-effects of
20     a stroke I had a few years ago, and that burning
21     sensation increases as the day goes on as well.
22     Q  Again, if there is any time during the
23     deposition you need a break, will you please let me
24     know?
25     A  Yes.

8

1      Q  Are you under the influence of alcohol
2      or any substances that would impair your ability to
3      testify here today?
4      A  No.
5      Q  Is it your understanding that Mr. Moskin
6      is representing you for purposes of today's
7      deposition?
8      A  Yes.
9      Q  And is he your personal attorney?
10     A  No.
11     Q  There are times during the deposition
12     that Mr. Moskin may object to a question I ask.  You
13     must answer each of my questions unless you are
14     instructed not to and you choose to follow that
15     instruction.  Do you understand?
16     A  Yes.
17     Q  If you do not understand a question I
18     ask, please let me know and ask me to rephrase the
19     question, which I will be happy to do.  Do you agree
20     to do that?
21     A  Yes.
22     Q  If I ask a question and you don't have
23     the exact answer but you have an estimate, I am
24     entitled to that information.  For example, if I ask
25     when you had your last haircut, you may not remember

9

1  the specific date but you may be able to estimate when
2  you had the haircut, for example, three weeks ago?
3       A   Yes.
4       Q   Do you understand?
5       A   Yes.
6       Q   When was the first time you did any work
7  for Games Workshop?
8       A   1997 or 98.
9       Q   97?
10      A   Yes.
11      A   No, sorry, 77 or 78.
12      Q   And what work did you do?
13      A   That would be freelance illustration for
14  the White Dwarf magazine.
15      Q   Was that illustration related to
16  Warhammer 40K?
17      A   That didn't exist at that time.
18      Q   When did Warhammer 40K first exist in a
19  published form?
20      A   87, I believe.
21      Q   After 1977, did you do additional work
22  for Games Workshop?
23      A   Yes.
24      Q   And was it freelance work you did?
25      A   Yes.

10

1       Q   Were they illustrations?
2       A   Yes.
3       Q   Any other type of freelance work that
4  was not illustrations?
5       A   No.
6       Q   At some point did you become a Games
7  Workshop employee?
8       A   Yes.
9       Q   When was that?
10      A   1984 would be full-time.
11      Q   So before 1984, any work you did for
12  Games Workshop was on a freelance basis?
13      A   Between 1980 and 84 I essentially gave
14  Games Workshop a three day week.  For that they paid
15  me what is commonly known here as a retainer.
16      Q   Based on this retainer, was that some
17  type of freelance arrangement, or can you please
18  describe it, because I am not familiar with the
19  set-up.  It sounds different from what happens in the
20  US.
21      A   Yes.  Essentially, I would do design
22  sketches for Citadel Miniatures.  I would spend three
23  days a week working on those projects, for which
24  Citadel Miniatures paid me a fee for that time, a set
25  fee every week.  I would be responsible for my own tax

11

1  and National Insurance, and not Citadel Miniatures.
2       Q   And then in 1984 you became a full-time
3  employee of Games Workshop?
4       A   Yes.
5       Q   Not Citadel?
6       A   Games Workshop, I believe.
7       Q   What were your responsibilities at that
8  point?
9       A   Illustration.
10      Q   And where did your illustrations appear
11  at that point?
12      A   Warhammer was a growing games system at
13  that point and had its first publication -- I don't
14  remember the actual date.
15      Q   Do you remember what your title was at
16  that point?
17      A   Artist, illustrator.
18      Q   At some point did you gain a different
19  position at Games Workshop?
20      A   Yes.
21      Q   What was your next position?
22      A   Studio Manager.
23      Q   When did you become a Studio Manager?
24      A   I can't remember at all.  It would have
25  been in the mid-80s some time.

12

1       Q   Once you became Studio Manager, what
2  were your main responsibilities?
3       A   Illustration and coordinating the
4  publications team, which was a very small group of
5  people at that time; two illustrators, one graphic
6  designer, one typesetter.
7       Q   At this point in time, did Games
8  Workshop use freelance artists?
9       A   No.  Well, Games Workshop would for the
10  White Dwarf magazine.  Citadel Miniatures certainly
11  did not.  There were people developing the Warhammer
12  rules system at that time.  There was a distinction at
13  that time.
14      Q   Who did you supervise at this point in
15  time?  Which group was this, just Games Workshop group
16  or were you also supervising the Citadel group?
17      A   It was a small team of people working
18  for Citadel Miniatures working on the Warhammer
19  project.
20      Q   Just for clarification, some time in
21  mid-1980s you became the Studio Manager?
22      A   Yes.
23      Q   You were employed by Games Workshop?
24      A   Yes.
25      Q   And part of your responsibilities were

13

1   supervising the Citadel Miniatures group?
2       A  Yes.
3       Q  And so who were the people in the
4   Citadel group that you were supervising?
5       A  Tony Ackland.
6       Q  Anyone else?
7       A  The graphic design goes back so many
8   years.  There was one girl graphic designer, one other
9   illustrator besides myself.  It was a very small team.
10  Rick Priestley would be doing the writing the rules
11  and doing the typesetting.
12      Q  At this point, though, the project you
13  were working on is the Warhammer game?
14      A  Yes.
15      Q  And that is distinct from the Warhammer
16  40K?
17      A  It is.
18      Q  And Warhammer 40,000 and Warhammer 40K
19  are synonymous terms or synonymous games?
20      A  Only because they are called Warhammer
21  and they share common base lines.
22      Q  Let me clarify the question.  When we
23  are referring to Warhammer 40,000, is that referring
24  to the same thing as Warhammer 40K?
25      A  Yes.

14

1       Q  But at this point in time Warhammer 40K
2   didn't exist?
3       A  It did not, no.
4       Q  Just for clarification, how is Warhammer
5   related to Warhammer 40K?
6       A  It shares common fantasy races,
7   certainly a common ethos, and common ground for
8   building up imaginative worlds or environments.
9       Q  When you say "common fantasy races", can
10  you give me some examples?
11      A  Orcs, in Warhammer it is Orc with a C,
12  in Warhammer 40,000 it is Ork with a K.  In Warhammer
13  there are Elves, in Warhammer 40K they become the
14  Eldar.  In Warhammer there is Dark Elves, they become
15  the Dark Eldar.  In Warhammer there is Dwarves, in
16  Warhammer 40K they go under various other names.
17      Q  So that the Warhammer 40K, these
18  characters you just named, they are derivatives from
19  the Warhammer?
20      A  Yes.
21      Q  Are there other such examples?  I think
22  the last one you mentioned was the elves becoming the
23  Dark Eldar?
24      A  Elves becoming Eldar, Dark Elves
25  becoming Dark Eldar.  There are counterpoints.

15

1       Q  Are there other counterpoints you can
2   think of right now?
3       A  The humans in Warhammer become the
4   Imperial humans in 40K.  There are races within 40K
5   that do not exist in Warhammer.
6       Q  Which races are those?
7       A  Tau, Necrons.
8       Q  Can you spell Necrons?
9       A  N-E-C-R-O-N.
10      Q  Any other races?
11      A  Tyranids.
12      Q  Others that you can remember?
13      A  I don't think so.
14      Q  When did Warhammer first -- when was it
15  first published?
16      A  1987.  Oh, Warhammer?
17      Q  Warhammer.
18      A  Early 80s.  I don't remember fully.
19      Q  Were you involved in the original
20  development of the original Warhammer game?
21      A  Yes.
22      Q  Who else was involved in that
23  development?
24      A  Rick Priestley, Alan Merrett, Bryan
25  Ansell.

16

1       Q  And for Bryan Ansell --
2       A  Yes.
3       Q  -- what was his role?
4       A  He actually owned Citadel Miniatures and
5   became the co-owner of Games Workshop.
6       Q  When you were working on the original
7   Warhammer, did you do illustrations for that?
8       A  Yes.
9       Q  And at that point in time were you still
10  a freelancer?
11      A  Technically, yes.
12      Q  Do you recall if you had a written
13  assignment of copyright?
14      A  No.
15      Q  Is that you don't remember or you did
16  not have?
17      A  I did not have.
18      Q  Was it the general practice at that time
19  with Games Workshop not to have written assignments of
20  agreements with freelancers?
21      A  I was part of a team developing that
22  game system, so the freelance posiiton of work would
23  be the actual drawing but not developing.  It was very
24  much part of the Games Workshop or Citadel Miniatures,
25  the way they worked.  It is very hard to explain.  I

17

1    mean, it is a very small group of people, very small
2    and enthusiastic group of people.
3        Q   Just for clarification, illustrations
4    you would do at the time as a freelancer for the
5    Warhammer games, those would be published as part of
6    the Warhammer series?
7        A   Yes.
8        Q   And other freelancers, their works would
9    also get published as part of the Warhammer series?
10       A   Not at that time, no, because it was a
11   very small team of people.  There was one full-time
12   member of staff, I was on the three day week, that was
13   it, full stop.
14       Q   And at this point were you the main
15   illustrator?
16       A   Myself and Tony Ackland shared the
17   duties.
18       Q   Was Tony a Games Workshop employee?
19       A   Yes.
20       Q   And the original Warhammer game, did it
21   involve sculpted miniatures?
22       A   Not me personally but the games system
23   certainly did, yes.
24       Q   Do you know who created those
25   miniatures?

18

1        A   It was a sculpting department, a team of
2    people.
3        Q   But you didn't have any direct
4    involvement with that?
5        A   Not directly, but doing what would be
6    known at the time as concept sketches that helped to
7    guide the sculpting team to create that imagery.
8        Q   So as a freelancer you would create
9    concept art that would be used by the sculptor,
10   sculpting team, to design or create the miniatures?
11       A   The answer is yes, but I didn't consider
12   myself as a freelancer at all because, as I say, I was
13   on the three day a week retainer.
14       Q   And by that point in time you were
15   paying your own taxes?
16       A   Yes.
17       Q   And your own -- is it National?
18       A   National Insurance, yes.
19       Q   Just for clarification, for the record,
20   National Insurance, that is some type of health
21   insurance?
22       A   It is, yes.
23       Q   Previously you mentioned that Warhammer
24   40K was first released around 1987?
25       A   Yes.

19

1        Q   When did the development for Warhammer
2    40K start?
3        A   It was a very fast process, so it would
4    be 1986, perhaps 85.
5        Q   Who was involved in the development?
6        A   Same team of people as Warhammer, that
7    would be Bryan Ansell, Alan Merrett, Rick Priestley.
8        Q   Again, just for the record, so we have a
9    clarification there, what is the main differences
10   between Warhammer and Warhammer 40K?
11       A   Warhammer is a fantasy game and 40K is a
12   fantasy game set in a futuristic universe.  So it has
13   very similar fantasy races but they have more
14   technology.
15       Q   What were some of influences for this
16   futuristic universe for Warhammer 40K?
17       A   The fantasy game of Warhammer itself was
18   the main driving force behind that.  Being an artist,
19   the influences are constant and many fold.  I have
20   points of reference or points of references that
21   constantly inspire me on an artistic and creative
22   basis.
23       Q   What were some, outside of the original
24   Warhammer game, what were some of the points of
25   references for the Warhammer 40K game?

20

1        A   Historical costume, the pageant of
2    warfare, certainly classical art, certain literature.
3    It probably sounds frivolous but very important to me
4    personally as an artist, the weather, the environment,
5    geology, so everything I am surrounded with.
6        Q   Were there any futuristic points of
7    references?
8        A   Some, but I would regard that as being
9    very minimal in my own personal case, because I tend
10   to view everything in a very archaic, dystopian way,
11   so, for instance, a busy shopping center will
12   influence me in a 40K sense more than most things.
13       Q   Were there any futuristic themed
14   literature that was a point of reference?
15       A   I said certain literature.  Tolkien had
16   a massive influence.  Mervin Peake with Gormanghast
17   trilogy books.  I tend not to read many science
18   fiction.  Treasure Island.
19       Q   Are you familiar with Michael Moorcock?
20       A   I am familiar with the name Michael
21   Moorcock.  I have never read a Michael Moorcock book
22   ever.
23       Q   Do you know if Michael Moorcock, his
24   works, whether they had an influence on the Warhammer
25   40K games?

21

1        A  Games Workshop had a license to make
2 some Michael Moorcock figures under the title "Eternal
3 Champions".  So it was a very small range of figures
4 designed and sculpted by Jes Goodwin.  Those figures I
5 liked very much.  I really adored those very small
6 range of figures.
7        Q  Do you remember when Mr. Goodwin made
8 these figures?
9        A  I am sorry, no, I don't remember.
10        Q  Was it before the development of
11 Warhammer 40K?
12        A  I couldn't say.  I don't know.
13        Q  Are you familiar with any artwork
14 related to Michael Moorcock outside of the figures
15 that Mr. Goodwin made?
16        A  Could you repeat that question?
17        Q  Are you familiar with any artwork
18 related to Michael Moorcock besides the figures that
19 Mr. Goodwin made?
20        A  A few, vaguely, through an artist called
21 Rodney Matthews.  Full stop.
22        Q  Can you describe what the figures by --
23 actually, strike that.  Can you describe the works you
24 were referring to by Rodney Matthews?
25        A  Essential fantastical environment with

22

1 creatures like dragons and warriors with big swords
2 and winged helmets.
3        Q  Any other symbols you recall?
4        A  Not at all, no.
5        Q  Do you remember the first time you saw
6 something that Mr. Matthews related to Michael Moorcock?
7        A  No.
8        Q  Would it have predated the development
9 of Warhammer 40K?
10        A  Possibly, but it probably would be
11 happening all around about the same time.
12        Q  Are you familiar with an H.P. Lovecraft.
13        A  I am familiar with the name.  I have
14 never read a Lovecraft book ever.
15        Q  Are you familiar with any Lovecraft
16 characters?
17        A  I know the title Cthulhu, but that is
18 it.
19        Q  And by chance would that be spelled
20 C-T-H-U-L-H-U?
21        A  Yes.
22        Q  Could you describe what the Cthulhu is?
23        A  Roughly, I believe it is set in the
24 early 20th century.  It is set in the world as we know
25 it.  There are a race of old gods, I think I would

23

1 describe them, creatures that come from ages past.
2        Q  Would you be able to describe what these
3 creatures look like?
4        A  I only have the descriptive word
5 "tentacles" in my head.  That is as far as my
6 knowledge and interest goes with that.
7        Q  Do you know if the work of H.P.
8 Lovecraft had an influence on the development of
9 Warhammer 40K?
10        A  Not for me personally, nor anyone -- I
11 have never had a discussion about H.P. Lovecraft with
12 the team ever.
13        Q  Are you familiar with something called
14 2000 AD.
15        A  Yes.
16        Q  What is it?
17        A  It was a comic.
18        Q  Can you describe what this comic was?
19        A  The comic was released about the same
20 time as the punk music explosion in the UK, and the
21 comic overturned people's perception of comic book
22 heros, in as much as traditional comic heros were
23 clean-cut, the 2000 AD took on this punk aesthetic and
24 heros became more anti-heros, therefore it was a very
25 popular thing for youth cultures in England at that

24

1 time.
2        Q  Approximately when was this time?
3        A  Late 70s.
4        Q  Were there any characters you recall
5 related to 2000 AD?
6        A  Johnny Alpha.  There was the big one,
7 Judge Dredd.  My knowledge is very limited.  I never
8 bought the comic.
9        Q  Can you describe who Judge Dredd is, and
10 is that D-R-E-D-D?
11        A  Yes, he is a law enforcement officer of
12 near future America, I believe, American cities, which
13 had become vast and very dystopian, and he is known
14 for riding a motorbike.
15        Q  Is it just a regular motorbike or is it
16 a flying motorbike or something like that?
17        A  It is not a flying motorbike, no.  It is
18 just, it is like a regular motorbike, but certainly
19 much larger.
20        Q  What did Judge Dredd look like?
21        A  He wore a black tight suit, big boots
22 and helmet, sort of like a futuristic police uniform,
23 I suppose.
24        Q  Do you recall if Judge Dredd had big
25 shoulder pads as parts of his uniform?

Blanche, John  4/2/2012  3:47:00 PM

25

1    A  Yes, I suppose he did.

2    Q  Did you do any illustrations related to

3  Judge Dredd?

4    A  No.

5    Q  Did Games Workshop do any work related

6  to Judge Dredd?

7    A  Before my involvement with Games

8  Workshop they did a game based on the Judge Dredd

9  universe, and again a small range of figures.

10    Q  Did Games Workshop make a game related

11  to Michael Moorcock?

12    A  I don't think so.  I don't recall

13  anything.  I mean, these early games by Games Workshop

14  were done in the London office.  We were always a

15  Nottingham office, and the two things in those early

16  years did not come together, so I had no involvement

17  with those early Games Workshop games at all.

18    Q  Can you describe what works were

19  developed in the Nottingham office, as opposed to --

20    A  Warhammer, full stop.

21    Q  And Warhammer 40K?

22    A  Yes.

23    Q  Have you always been based out of

24  Nottingham?

25    A  Yes.  Well, we started off in Newark,

26

1  which is a small town 20 miles east of Nottingham.

2  Then we moved operations to a very small town called

3  Eastwood, which is 7 miles north of Nottingham.  Then

4  we moved into Nottingham itself.

5    Q  Do you remember when that last move

6  happened, approximately?

7    A  I have always worked for the studio,

8  which has not always been connected to the

9  manufacturing, so the studio was based in Nottingham

10  for far longer than the manufacturing was.

11    Q  I will move on to the next question.

12  Are you familiar with an H.R Giger?

13    A  Yes.

14    Q  Can you describe who this person is?

15    A  H.R Giger is an eccentric Swiss artist

16  who paints very large canvases with, I believe,

17  aerosol cans.

18    Q  Can you describe some of his works?

19    A  They are essentially very reduced

20  pallet.  He uses very dark colors and he paints or

21  creates pictures that are seemingly mechanical or

22  biological, and the perimeters of the two tend to

23  merge.  Often I believe it is described as

24  biomechanical.

25    Q  When was the first time you became

27

1  familiar with his work?

2    A  It would be some time in the 80s, but as

3  for the year, I can't remember.

4    Q  Are you familiar with the movie "Alien"?

5    A  I am, yes.

6    Q  Can you describe what that movie is?

7    A  Alien is a mining ship that discovers a

8  planet with a crashed alien spaceship and the mining

9  ship gets infiltrated by an alien beast.

10    Q  Can you describe what this alien beast

11  looks like?

12    A  It is humanoid.  I would have to say it

13  is part reptilian.  It is very hard to describe in

14  words.  I can draw you a picture perhaps.

15    Q  Maybe if we have time at the end of the

16  deposition.  Do you know the relationship between the

17  movie, "Alien", and H.R Giger?

18    A  H.R Giger was one of the people that

19  provided concept sketch for the movie.

20    Q  Were you familiar with this movie before

21  the development of Warhammer 40K?

22    A  Possibly.

23    Q  Do you know if there were other members

24  of the development team for Warhammer 40K were

25  influenced by the Alien movie and/or H.R Giger?

28

1    A  I think the definition of the word

2  "influenced" would be more to do with the film making

3  techniques of Ridley Scott, the movie's director, than

4  the actual content of the movie.

5    Q  What do you mean by influenced by the

6  film making technique?

7    A  What Ridley Scott's film making

8  represented to creative people is the development of

9  atmosphere within films.  Make things dark, make

10  things grim, make things very moody and dusty.  It was

11  certainly something that was very heavily established

12  with Bladerunner more than Alien, but also carried on

13  through Alien, and many other films he has made since.

14    Q  So Ridley Scott's films, were they a

15  point of reference for the Warhammer 40K?

16    A  It was not a point of reference,

17  probably discussion maybe, but certainly not a point

18  of reference.

19    Q  Do you remember having discussions about

20  Ridley Scott's films as part of the development?

21    A  No.

22    Q  For clarity, you were part of the

23  development team for Warhammer 40K?

24    A  Yes.

25    Q  Who was the person in charge of leading

29

1  that development?

2      A  Bryan Ansell.

3      Q  Can you describe what his role was?

4      A  He owned the company, certainly was the

5  owner of Citadel Miniatures.  When he became owner of

6  Games Workshop I can't remember, but he would be

7  running the company and was the development driving

8  force behind Warhammer and Warhammer 40,000.

9      Q  And what was your role as part of the

10  development of Warhammer 40K?

11      A  I was an artist or illustrator.

12      Q  Did you have any supervisory capacity?

13      A  When I became Studio Manager there was a

14  very, very small team of people.  When we released

15  Warhammer, I think things started to grow very, very

16  fast, and it became apparent that somebody who was

17  essentially an artist or the embryonic studio at the

18  time needed a greater depth of people with skills and

19  knowledge.  It grew very fast.  So I was sharing

20  duties with Alan Merrett for a while.

21      Q  What duties were you sharing at this

22  time?

23      A  What days?

24      Q  No.

25      A  Date?

30

1      Q  What duties were you sharing?

2      A  Oh, duties.  I would be essentially

3  drawing, but also having discussions with people.  It

4  is a very fluid context, the development of those

5  games.

6      Q  And by "those games" are you referring

7  to Warhammer 40K?

8      A  Warhammer and Warhammer 40K, yes.

9      Q  By the time you were the Studio Manager,

10  Warhammer was already released, is that correct?

11      A  I cannot remember.  Sorry.

12      Q  When you became Studio Manager,

13  Warhammer 40K was not yet --

14      A  40K was certainly not released.  I went

15  back to just being an artist.

16      Q  Do you recall what the first published

17  work was related to Warhammer 40,000?

18      A  The first published work that I did or

19  the first -- it would be Rogue Trader.

20      Q  And what is Rogue Trader?

21      A  Rogue Trader is a role playing game set

22  in the Warhammer 40,000 universe and time line.

23      Q  And is it fair to characterize Rogue

24  Trader as a book?

25      A  It was published in book form, yes, but

31

1  Rogue Trader is a game.

2      Q  And that was published around 1987?

3      A  Around that time, yes.

4      Q  Was Rick Priestley the credited writer

5  for that book?

6      A  Yes.

7      Q  Do you remember who did the cover art

8  for that book?

9      A  John Sibbick.

10      Q  Who was John Sibbick?

11      A  John Sibbick was a freelance artist

12  introduced to me by the Games Workshop half.  I

13  started with Citadel Miniatures, the two things

14  merged, but the London section of Games Workshop had a

15  whole series of freelance artists on their books.

16      Q  And John Sibbick was one of these?

17      A  He was one of those, yes.

18      Q  So you didn't hire John Sibbick

19  personally?

20      A  I did not, no.

21      Q  When you said London had a whole series

22  freelance artists --

23      A  Yes.

24      Q  Do you remember who some others were at

25  this time?

32

1      A  They were essentially under the company

2  called Young Artists, which was an artist agency based

3  in London.

4      Q  And do you know what the relationship

5  was between Games Workshop and this artist agency?

6      A  They wanted covers painting, they would

7  contact the agency and assign the work to an

8  appropriate artist.

9      Q  On a freelance basis?

10      A  On a freelance basis.  On a freelance

11  publishing basis, which has certain or did have at

12  that time certain set procedure of work, which you

13  would hire as a company, so there would be what was

14  commonly known as first rights, second rights and

15  other rights.

16      Q  Have you seen any of the contracts

17  related to any of the freelance work done with respect

18  to Rogue Trader?

19      A  No.

20      Q  Do you know if there are any written

21  contracts that exist related to Rogue Trader regarding

22  freelance work?

23      A  I never had any contact with that side

24  of the business at the time at all.

25      Q  Was John Sibbick the only freelancer who

33

1   worked on Rogue Trader?

2       A   I believe not, no.  There was others.

3       Q   Do you recall who the others were?

4       A   There is a whole list of people, a

5   number of which actually worked for Games Workshop,

6   who contributed artwork and would receive a fee.  So

7   legally and technically there they would be classed as

8   freelance.  However, these were just people we worked

9   with on a daily basis contributing.  There were a few

10  outside artists, I won't remember them all, but names

11  like Will Rees, Tony Hough, Ian Miller.

12      Q   Do you remember any other outside

13  freelancers that worked on Warhammer 40K works?

14      A   At the Rogue Trader time I can't

15  remember any but I do know of others for subsequent

16  40K products.

17      Q   Can you name those?

18      A   Jim Burns, Gerry Grace, Les Edwards and

19  I am sure there was others.

20      Q   For Jim Burns, do you remember what

21  works he created related to Warhammer 40K?

22      A   There was an offshoot game called Space

23  Marines which he did the cover for.  Space Marine was

24  a Warhammer 40,000 game but it dealt with miniatures

25  at a different scale.

34

1       Q   Do you remember approximately when that

2   work was released?

3       A   Late 80s some time.

4       Q   Do you remember what characters or what

5   was depicted on that cover?

6       A   Jim Burns painted Space Marines.

7       Q   Was that the first appearance of these

8   particular Space Marines?

9       A   Certainly not, no.

10      Q   Where would they have appeared before?

11      A   As miniatures.

12      Q   Anything else?

13      A   Illustrations, yes.

14      Q   And when you say miniatures --

15      A   Yes.

16      Q   -- are miniatures painted when they are

17  sold?

18      A   No.

19      Q   So for the cover that Jim Burns did,

20  were they unpainted Space Marines?

21      A   The models he would work from were

22  unpainted sculptures but we would also give him color

23  references to work from.

24      Q   And besides color references, anything

25  else you would have provided him?

35

1       A   Examples of previous illustrations that

2   existed, but I can't remember doing that.

3       Q   So for his depictions of these Space

4   Marines on this cover, was his depiction the first

5   time they were depicted, these Space Marines were

6   depicted that way, meaning that is the first time that

7   a color combination was used?

8       A   No, absolutely not, no.

9       Q   Any iconography related to it, was that

10  the first time that was used?

11      A   No.

12      Q   Where would they have been used before?

13      A   On painted miniatures, painted by studio

14  staff and reproduced in publications such as the White

15  Dwarf magazine or subsequent 40K rule books.

16      Q   Who would do the painted miniatures?

17      A   The team of people called the 'eavy

18  E-A-V-Y without the H, 'eavy metal.

19      Q   Are these full-time employees of Games

20  Workshop?

21      A   They were, yes.

22      Q   And have they always been full-time

23  employees of Games Workshop?

24      A   Yes.

25      Q   I think you also mentioned a Gerry

36

1   Grace.

2       A   Yes.

3       Q   Do you remember what works he did

4   related to Warhammer 40K?

5       A   Not specifically, I am sorry.

6       Q   Do you know approximately when he did

7   the works you were referring to?

8       A   Late 80s.

9       Q   What type of publications or what type

10  of work did he do?

11      A   Cover painting.

12      Q   So for books and magazines?

13      A   For probably boxed game cover.

14      Q   And Les Edwards?

15      A   Yes.

16      Q   Do you remember what works he did

17  related to Warhammer 40K?

18      A   Sorry, I cannot remember.

19      Q   Do you remember approximately what

20  timeframe he did these works?

21      A   Again, he was part of the Games Workshop

22  London office school of artists, and he did various

23  games covers.  The main one had absolutely nothing to

24  do with 40K.

25      Q   Just for reference --

37

1  A  Dark Future.
2  Q  And was again this around the late 80s?
3  A  Yes.
4  Q  You mentioned a Will Rees?
5  A  Yes.
6  Q  Is that R-E-E-S?
7  A  Yes.
8  Q  Do you remember what he did?
9  A  He did some early illustrations for
10 Warhammer 40,000 and some for Warhammer itself.
11 Q  For Warhammer 40,000, did he do works
12 that appeared in Rogue Trader?
13 A  Yes.
14 Q  Do you remember what he did?
15 A  Yes.
16 Q  Can you name them?
17 A  It is very hard to ascribe titles to
18 them.  He did a small number of illustrations, five or
19 six.  He did a small number based on the Space Marine
20 models and I remember him doing a space Orc.  He did
21 one based on the Adeptus Mechanicus and he did one
22 based on the Emperor of Terra.
23 Q  Now, with respect to the illustrations
24 he did related to the Adeptus Mechanicus, was that the
25 first time a depiction of the Adeptus Mechanicus

38

1  appeared?
2  A  Certainly not, no.
3  Q  Where did it previously appear?
4  A  There was sketches by Jes Goodwin and
5  myself at the time.
6  Q  And those sketches by yourself and Jes
7  Goodwin were published before Mr. Rees' illustration
8  was published?
9  A  They would not be published, so part of
10 the same project.
11 Q  So the sketches you are referring to
12 there was some concept art that you had provided to
13 Mr. Rees?
14 A  Yes, certainly.
15 Q  And then Mr. Rees would create this
16 illustration of the Adeptus Mechanicus?
17 A  Yes.
18 Q  And his illustration of it was the first
19 that was actually published?
20 A  Amongst others.
21 Q  And what is amongst others, what do you
22 mean by that?
23 A  There is other people's depictions of
24 the Adeptus Mechanicus as well at the same time.
25 Q  That appeared in --

39

1  A  Yes.
2  Q  Do you remember who else did depictions
3  of Adeptus Mechanicus?
4  A  Myself, mainly, Jes Goodwin, and I
5  believe Tony Hough.
6  Q  At this point we are referring to things
7  that were first published in Rogue Trader?
8  A  Yes.
9  Q  And you also mentioned the Emperor of
10 Terra?
11 A  Yes.
12 Q  Was Mr. Rees' illustration the first one
13 that was published in Rogue Trader?
14 A  Yes.
15 Q  And was that based on concept art by
16 anyone?
17 A  Verbal description, written description
18 by Rick Priestley.
19 Q  When you mean written descriptions, is
20 that separate from the descriptions that appeared in
21 the published version of Rogue Trader, or were these
22 separate descriptions that were provided to Mr. Rees?
23 A  I can't remember.  Mainly verbal.
24 Q  For Mr. Priestley's written work, was
25 Rogue Trader the first time any written descriptions

40

1  about Warhammer 40K about these characters, was that
2  the first time they have appeared?
3  A  Yes.
4  Q  And for Mr. Tony Hough, do you remember
5  what he did with respect to Rogue Trader?
6  A  I can vaguely picture his work in my
7  mind but in terms of specifics, probably not.
8  Q  I believe you mentioned he had done --
9  he may have done work related to Adeptus Mechanicus?
10 A  Yes.
11 Q  But you don't recall anything else?
12 A  No.
13 Q  You mentioned Ian Miller?
14 A  Yes.
15 Q  Do you remember what he did with respect
16 to Rogue Trader?
17 A  Yes.
18 Q  Can you describe it?
19 A  He drew a number of Space Marines and
20 Imperial Guard depictions.
21 Q  Do you remember any particular Space
22 Marines he did?
23 A  I don't think there was any particular
24 ones.  I think they were more generic.
25 Q  In terms of -- I will ask the same

41

1  questions related to the Imperial Guards?
2      A  Yes.
3      Q  Do you remember any specific Imperial
4  Guards --
5      A  Again, no specific, again, generic.
6      Q  Can you describe what the difference is
7  between a Space Marine and an Imperial Guard?
8      A  Space Marines are genetically enhanced
9  humans wearing complete suits of what is called Power
10  Armour.  Imperial Guards, more related to what you
11  would associate with modern soldiers.  They are
12  wearing fatigues, flak jackets, helmets.  The Space
13  Marines equated to Medieval knights and the Imperial
14  Guard equated to just the normal Medieval soldier but
15  with guns.
16      Q  With respect to Mr. Hough and
17  Mr. Miller, were they provided any concept art or
18  resources to do their work?
19      A  The whole resource at the time would
20  come out of the sculptors themselves and photographs
21  of the models painted.
22      Q  Were these models released before the
23  game was released, Rogue Trader?
24      A  Yes.
25      Q  And do you remember when they were

42

1  released?
2      A  No, I can't, no.
3      Q  For the references related to the
4  concept material that were provided to Mr. Hough and
5  Miller, you mentioned miniatures.  Were those ever
6  published prior to they were given to Mr. Miller and
7  Hough?
8      A  I can't remember.  Possibly.
9      Q  So, for clarification for the record,
10  the miniatures related to Warhammer 40K --
11      A  Yes.
12      Q  -- those were released before the Rogue
13  Trader book was released?
14      A  Things moved very fast at the time.  It
15  was a very long time ago but I believe there was
16  previous release of Space Marine models.  The Space
17  Marine models actually led to the development of the
18  Rogue Trader game, so we either had them, had them
19  manufactured or were selling them at the time.  It was
20  a very, very small range though.
21      Q  But you don't recall whether or not they
22  were actually released simultaneously or if the
23  miniatures were released beforehand?
24      A  I believe they were beforehand.
25      Q  When they were sold they were sold

43

1  unpainted?
2      A  Yes.
3      Q  And where would painted versions of the
4  miniatures appear in publication form?
5      A  White Dwarf magazine.
6      Q  So painted pictures of the miniatures
7  appeared in White Dwarf magazine before the Rogue
8  Trader book was released?
9      A  I cannot remember.
10      Q  But at that point in time, if they did
11  appear --
12      A  Yes.
13      Q  -- it would have been in White Dwarf
14  magazine?
15      A  Yes.
16      Q  Anywhere else?
17      A  Not as far as I can remember.
18      Q  Now, for the Space Marines Mr. Miller
19  painted -- or strike that.
20      For the Space Marines that Mr. Miller
21  created illustrations for Rogue Trader, were those
22  illustrations that used the same exact iconography and
23  color schemes as the miniatures?
24      A  His illustration was purely black and
25  white, so color schemes were not involved.  His use of

44

1  iconography was very, very limited because it was not
2  fully developed at the time.  All these things were
3  happening simultaneously.  So he would have the models
4  to work from.
5      Q  Earlier you mentioned there was a group
6  of freelancers that worked closely with Games Workshop
7  around this time?
8      A  Yes.
9      Q  Do you remember some of the individuals
10  who were freelancers or this set of freelancers who
11  worked closely with Games Workshop?
12      A  The people who were used by the London
13  operation do you mean or --
14      Q  The ones that were used -- I guess
15  worked closely, that you interacted with?
16      A  A lot of them were Games Workshop
17  employees, studio employees, people I knew around the
18  area, people like Jes Goodwin himself, people like Bob
19  Naismith, Aly Morrison, Tim Pollard.  I am sure there
20  must have been others but again it is a long time ago.
21  I can't remember fully.
22      Q  And you are saying that these people
23  were not freelancers at this time?
24      A  Most of those people were employed by
25  Games Workshop doing other things than being artists,

45

1  but they produced artwork for the Rogue Trader book.
2      Q  And when they produced art for the Rogue
3  Trader book, that was on a a freelance basis?
4      A  They were done in their own time.  They
5  don't receive a fee for it.  So technically it would
6  be freelance, yes.
7      Q  Do you remember what Jes Goodwin did for
8  the Rogue Trader book around this time?
9      A  He produced a finished illustration of
10  the Adeptus Mechanicus, which I think appeared in the
11  follow-up publication to 40K, although it existed at
12  the time.  He did an illustration of a Rogue Trader
13  himself, and he produced or would be producing many
14  sketches of characters from the 40K universe and Space
15  Marines in particular.
16      Q  What did Bob Naismith do?
17      A  He did some color plates of all the
18  races for the 40K universe.
19      Q  Anything else you remember?
20      A  Not specifically, no.
21      Q  Was he the first one who created a Space
22  Marine?
23      A  He produced the very first sculptures
24  and sketches of Space Marines.
25      Q  When you say he produced the first

46

1  sculptures, were these the first sculptures that were
2  sold to the public?
3      A  Yes.
4      Q  And all the Space Marines that have
5  subsequently been produced by Games Workshop, they
6  have been derivative of Mr. Naismith's --
7      A  That was certainly the starting point,
8  but developed by many, many people, and they have
9  changed a great deal over a period of time.
10      Q  Mr. Naismith's Space Marines, that was
11  the genesis of the Space Marines?
12      A  Yes.
13      Q  What did Aly Morrison do?
14      A  He was employed as a sculptor and he
15  would create in three dimensions characters from the
16  Rogue Trader universe, and he did some
17  illustration.
18      Q  Do you remember what illustrations he
19  did?
20      A  I am sorry, no.
21      Q  And is it A-L-Y?
22      A  His full name is Alistair.
23      Q  But when he goes by Aly, is that A-L-Y?
24      A  Yes.
25      Q  And Tim Pollard?

47

1      A  Yes.
2      Q  Do you remember what he did?
3      A  Not specifically, no.
4      Q  Now, for the -- strike that.
5      A  I mean these people were not
6  professional artists.  They all had other jobs to do
7  for Games Workshop, but it was a very creative company
8  and all the staff would have some kind of creative
9  basis to who they were.  So there was a lot of -- a
10  fair deal of skills and talents that I was able to
11  utilize at the time.  I never perceived them as being
12  freelancers.  They were just people who provided
13  artwork and they received a fee for it.  So it was a
14  very distinct difference in my head at the time.
15      Q  But the fee they would receive would be
16  outside of their normal work?
17      A  Yes, absolutely.
18      Q  Were any of these people involved with
19  the first Rogue Trader publication.  Adam Clark?
20      A  I know the name.  I know he was a
21  sculptor.  I have no recollection of him having
22  anything to do with 40K Rogue Trader.
23      Q  And when you say nothing, you do not
24  recall any work at all that he may have done?
25      A  No.

48

1      Q  Do you have any idea if he was ever an
2  employee of Games Workshop?
3      A  I believe he was a sculptor for a while.
4      Q  But you don't know for sure?
5      A  I think for sure that he was but I don't
6  recall him.
7      Q  Chris Trevas?
8      A  I don't know the name, sorry.
9      Q  Clint Langley?
10      A  I know the name but I know him as a
11  freelance artist for the Black Library, and certainly
12  never had anything to do with him myself.
13      Q  Do you know what he did for the Black
14  Library?
15      A  I recognize his style but I couldn't
16  name any specific works.
17      Q  So he is a freelance artist?
18      A  I believe so.
19      Q  So provides illustrations?
20      A  Yes.
21      Q  Would he have done book covers?
22      A  Yes, book covers.
23      Q  Anything else that you recall?
24      A  Not that I know of.
25      Q  Eric Ren?

49

1    A  Sorry, I don't know the name.

2    Q  Franz Bohwinkel, B-O-H-W-I-N-K-E-L?

3    A  I don't know the name, sorry.

4    Q  James Brady?

5    A  No.

6    Q  Justin Norman.

7    A  No.

8    Q  Kenson Low, L-O-W?

9    A  No.

10   Q  Adrian Wild?

11   A  I kind of recollect the name.  I cannot

12   place him.

13   Q  Outside of the original Space Marine

14   sculptor, what else did Bob Naismith do related to

15   Warhammer 40K?

16   A  He would be working with the sculptor

17   team on many 40K characters at the time.

18   Q  Any specific characters you recall or

19   works you recall?

20   A  Nothing in specific at all.

21   Q  Gary Chalk?

22   A  Yes, I know the name.

23   Q  Do you know any works he may have done

24   related to 40K?

25   A  The works I picture in my mind are for

50

1    Realm of Chaos, which came after 40K.

2    Q  And what is the clarification -- what is

3    Realm of Chaos?

4    A  Realm of Chaos is a game that focuses on

5    characters and creatures from a parallel universe to

6    the world, which is known as Realm of Chaos, and they

7    involved both Warhammer and the Warhammer 40,000 game.

8    Q  And when was Realm of Chaos first

9    published?

10   A  Some time after 40K.

11   Q  When you say some time, approximately

12   couple of months, couple of years?

13   A  Couple of years.

14   Q  So maybe early 90s?

15   A  Possibly.

16   Q  But it is not something as recently as

17   two or three years ago?

18   A  No.

19   Q  Was Gary Chalk a freelancer?

20   A  He was, yes.

21   Q  Do you know if he was ever an employee?

22   A  I believe he might have been.

23   Q  But you don't know for sure?

24   A  I don't know for sure.  Again, his

25   connection would be from the London office and the

51

1    London operations.

2    Q  Mike McVey?

3    A  Yes.

4    Q  Who is he?

5    A  He was either -- no, he was not the

6    first but he was probably the second 'eavy metal

7    figure painter.

8    Q  Was he a sculptor?

9    A  He was for a while.

10   Q  And what works did he do related to

11   Rogue Trader, if any?

12   A  I can't recall anything specific.  He

13   might not have been employed at that time.  I am

14   unsure of his start date.

15   Q  Are there any works you recall that he

16   created related to Warhammer 40K.

17   A  I don't understand your use of the word

18   "created".  So if you create something you invent it,

19   but he would never invent anything at all.  It would

20   be part of a project.

21   Q  Do you remember any specific works he

22   did?

23   A  In terms of sculpting or in terms of

24   figure painting?

25   Q  Start with sculpting and then we will go

52

1    to figure painting?

2    A  I recall him working on Eldar

3    exclusively.  I don't recall him working on anything

4    else in sculpting terms.

5    Q  When you mean sculpting on Eldar, can

6    you explain what you mean by that?

7    A  Actually --

8    Q  Creating?

9    A  Creating the 30 millimetre miniature.

10   Q  Was he the first one to create an Eldar?

11   A  Certainly not, no.

12   Q  Are there specific painted sculptures

13   that you recall that he did, that you recall?

14   A  Painted sculpture, must be hundreds.

15   Sorry, I recall his style but not, you know, it was a

16   daily job so he would be working on many, many

17   miniatures constantly for the whole time he was

18   employed by us.

19   Q  And everything he painted, would those

20   eventually get published?

21   A  Probably.

22   Q  Where would they be published?

23   A  White Dwarf magazine and rules books.

24   Q  When he painted these sculptures, would

25   those -- would his painings be his own original

53

1 designs?

2 A No.

3 Q Can you explain why it would be no?

4 A If he was painting 40K orks then he

5 would be painting them to the color schemes as defined

6 in earlier sculpts and to color artworks for uniform

7 guides, color scheme guides, which I did many of

8 myself at the time.

9 Q When you say "earlier sculpts", these

10 would be sculpts that were previously published?

11 A Yes.

12 Q When you are referring to art color

13 guides and uniform guides, are those guides previously

14 published works.

15 A That is very hard to say. Possibly.

16 But I would just do so many sheets of color sketches

17 that provided the starting points, and the way things

18 were developed and held as individual schemes for

19 particular races.

20 Q And so these guides could have been

21 previously published works that were concept art that

22 you provided the artist?

23 A Yes.

24 Q A couple of other names, Tim Adcock?

25 A Yes.

54

1 Q Was he a freelancer?

2 A I just remember him doing sculpting

3 works, but as for the basis of employment I know

4 nothing about it.

5 Q Do you remember what he did in

6 particular related to 40K?

7 A Gosh. I think. He certainly wasn't around in the

8 early days, but subsequently his skills I believe were

9 from what I know straight edged sculpting, so he would

10 be doing, rather than figures of anatomy, he would be

11 making vehicles.

12 Q Do you remember any specific vehicles he

13 would have made?

14 A Some of the 40K tanks, I believe.

15 Q Were those tanks call Rhinos?

16 A Possibly, but the artist department is

17 removed from the sculpting department and myself am

18 removed by many miles, because I work in a studio that

19 is not with the main body of the company, so I am not

20 familiar on the daily basis with what the sculpting

21 people are doing.

22 Q When the sculpture department creates a

23 new Warhammer 40K work, is that something they develop

24 internally to the sculpture department, without any

25 reference to the studio?

55

1 A It is part of the studio, it is part of

2 that development as a whole team of people working on

3 each project.

4 Q So did the sculptors come up with their

5 own design for their sculptures?

6 A For the most part not no.

7 Q What did they base their work on?

8 A The original works which were creatively

9 driven by a small group of people, who had different

10 skills. So there would be artists, sculptors,

11 authors, and what essentially you would know as

12 managers but were part of the creative process.

13 Q So when there is an idea for a new

14 vehicle, for example, can you explain how, what the

15 process is of developing a new Warhammer 40K vehicle?

16 A Various people would make various

17 sketches and various people would have many, many

18 discussions, and these things would grow. I wouldn't

19 regard Tim Adcock as being an originator, more of a

20 renderer.

21 Q Do you know Wayne England?

22 A Yes.

23 Q Is he a freelancer?

24 A He worked for Games Workshop for a

25 period of time and has produced freelance work for

56

1 various subsidiaries of Games Workshop.

2 Q Do you know if he did any freelance work

3 related to Warhammer 40K?

4 A Yes.

5 Q What were they?

6 A There would be illustrations of Space

7 Marines, I think.

8 Q And when -- did he do these

9 illustrations on a freelance basis?

10 A Gosh, sorry, I don't remember.

11 Q Were they part of the Rogue Trader?

12 A No.

13 Q Subsequent to Rogue Trader?

14 A Yes.

15 Q General timeframes, 80s, 90s, 2000's?

16 A Early 90s.

17 Q A few moments ago you used the term

18 "originator".

19 A Yes.

20 Q Can you describe what you meant by that

21 term?

22 A There are certain people within the

23 design studio and the close management of the design

24 studio who drive the imaginative content of the

25 subject matter, and there is people who render those

57

1  pieces to the instruction of the more creative
2  internal group of people.
3      Q  Can you give some examples of who would
4  be originators?
5      A  Jes Goodwin, myself, Al Merrett are the
6  main ones.
7      Q  And you three were the main originators
8  for the Warhammer 40K, as published in Rogue Trader.
9      A  And Rick Priestley.
10     Q  With Rick Priestley?
11     A  Yep.
12     Q  And when you say "yep", was that a
13  "yes"?
14     A  Yes.
15     Q  Can you name some examples of renderers
16  with respect to Rogue Trader?
17     A  The illustrators that are listed in the
18  Rogue Trader book, they would just be essentially
19  rendering the subject matter as shown or described to
20  them.
21     Q  Were any of the illustrators -- strike
22  that.  For Rogue Trader, for the illustrations that
23  appear in that book, what illustrations were examples
24  of models done by originators, meaning that they were
25  not provided concept art?

58

1      A  I would have to have a book here to show
2  you and go through it, but certainly the ones by
3  myself and Bob Naismith and Jes Goodwin, and virtually
4  the whole imaginative input would come out of the
5  first sculpt or sculptures, and not illustration.
6      Q  And was there a sculpture for each
7  character depicted or described in Rogue Trader?
8      A  Mostly.  Very few not.  But the ones
9  that didn't would have a very strong verbal
10  description written.
11     Q  Do you recall any characters that didn't
12  have a sculpture associated with it?
13     A  For instance, the Emperor.
14     Q  Any others?
15     A  That is very hard to answer, because if
16  one had a sculptor culture of an Inquisitor, one could
17  say there is an organization of Inquisitors, many
18  thousands strong, and here is one three dimensional
19  example.
20     Q  So there may have been one sculpture of
21  an Inquisitor but there may have been subsequent
22  illustrations of different versions of that
23  Inquisitor?
24     A  Yes.
25     Q  That were not exact depictions of that

59

1  original sculpture?
2      A  Yes, because the basis for those
3  characters would come out of the written words and the
4  verbal descriptions.
5      Q  And the verbal descriptions would be
6  provided by Rick Priestley?
7      A  Rick Priestley, Bryan Ansell, Alan
8  Merrett, myself.
9      Q  And this is the same for all the
10  characters that are illustrated in the book?
11     A  To a greater or lesser degree, dependent
12  on how much the development of the three dimensional
13  models were at that time.
14     Q  Do you recall -- strike that.  Can you
15  name some characters that made their first appearance
16  in Rogue Trader?
17     A  When you say "characters", do you mean
18  types of military figure?
19     Q  Yes?
20     A  Such as Space Marine, Imperial Guard,
21  Eldar Pirate.  All the races that we did.
22     Q  Can you give some examples of some of
23  these races?
24     A  Such as Orks or Gretchen, which were the
25  40K equivalent to the Fantasy Goblin.

60

1      Q  Tyranids?
2      A  Did they come in at that time?  Very,
3  very embryonic at the time of Rogue Trader.
4      Q  What do you mean by "very embryonic"?
5      A  Not fully developed races, in terms of a
6  range of models.
7      Q  Did they appear, did an illustration of
8  a Tyranid appear in Rogue Trader?
9      A  Yes.
10     Q  Were there certain Chapters depicted in
11  Rogue Trader?
12     A  For Space Marines, yes.
13     Q  Can you name some of them?
14     A  Blood Angels, Dark Angels, Ultra
15  Marines, Space Wolves.  They were certainly the main
16  ones, and the main ones that we concentrate on these
17  days, but there was others at the time as well.
18     Q  Were Flesh Terras part of Rogue Trader?
19     A  I believe so.
20     Q  And is there a Chapter called Crimson
21  Fists?
22     A  Yes.
23     Q  And did that first appear in Rogue
24  Trader?
25     A  Yes, they appeared on the cover, as part

61

1  of the cover art.
2      Q  And did Inquisitors first appear in
3  Rogue Trader?
4      A  The term, yes.
5      Q  Did an illustration of an Inquisitor
6  appear in Rogue Trader?
7      A  Possibly.
8      Q  The Rogue Trader was the genesis of the
9  Inquisitor?
10     A  Yes.
11     Q  And did Adeptus Mechanicus first
12  appearance in Rogue Trader?
13     A  Yes.
14     Q  And how about a Genestealer,
15  G-E-N-E-S-T-E-A-L-E-R?
16     A  I can't remember.
17     Q  Are you familiar with the term "Bolter"?
18     A  Yes.
19     Q  And is that some type of gun depicted in
20  the Warhammer 40K universe?
21     A  Yes.
22     Q  And did Bolter first appear in Rogue
23  Trader?
24     A  Yes.
25     Q  And is there something known as the

62

1  Empire related to the 40K?
2      A  Yes.
3      Q  And was that first depicted in Rogue
4  Trader too?
5      A  Yes.
6      Q  And what is the Empire?
7      A  It is the Empirium of Man.  It is the
8  human race.
9      Q  Is there a symbol related to Empire?
10     A  Sorry, could you repeat?
11     Q  Is there a symbol related to --
12     A  To the Empire, the double headed eagle.
13     Q  And did the dual headed eagle first
14  appear in Rogue Trader?
15     A  Yes.
16     Q  For the record, can you describe what
17  this dual headed eagle looks like?
18     A  It is an eagle with its wings outspread,
19  its feet outspread, and it has got two heads.
20     Q  It is kind of in a silhouette?
21     A  In silhouette, yes.
22     Q  Did Games Workshop invent this double --
23  let me rephrase it.  Did Games Workshop -- strike
24  that.
25       Was Rogue Trader the first time that a

63

1  double headed eagle of this sort was used as a symbol?
2      A  Do you mean --
3      Q  Ever?
4      A  Ever, certainly not, no.
5      Q  Where did this symbol previously appear?
6      A  In terms of Games Workshop, it is a
7  symbol that I used in a sketch form that Jes Goodwin
8  worked into a design.  My original inspiration was a
9  painting by Albrecht Durer, the 15th century painting
10  called the Battle of Isus.  There was a flag depicted
11  in that battle scene depicting the double headed
12  eagle, which had played a big resonance with me
13  personally.  I later found out that that eagle was the
14  symbol of the Holy Roman Empire, as led by the
15  Hapsburgs, but I didn't know at the time.
16     Q  Turning to some other iconography in
17  Rogue Trader, were there iconography related to the
18  Flesh Terras that were depicted or illustrated?
19     A  I believe there was.
20     Q  And since that time, any depictions of
21  this iconography related to the Flesh Terra would have
22  related back to the version that appeared in Rogue
23  Trader?
24     A  Yes.
25     Q  And is that the same, would the same

64

1  hold true for the Crimson Fist?
2      A  Yes.
3      Q  Space Wolves?
4      A  Yes.
5      Q  Dark Angels?
6      A  Yes.
7      Q  The Inquisitors?
8      A  I believe not.
9      Q  Why not for the Inquisitors?
10     A  Because the Inquisitor organization is
11  not a military organization and didn't require a range
12  of models to depict it at the time.
13     Q  Are you familiar with the name Adrian
14  Smith?
15     A  Yes.
16     Q  Was he a freelancer?
17     A  No.  He has become so since, but he was
18  a full-time employee.
19     Q  Did he ever do any work on a freelance
20  basis related to Rogue Trader?
21     A  I don't think so.
22     Q  When you say he has since become a
23  full-time employee --
24     A  He became a full-time employee and has
25  become -- he is a freelancer now.

Blanche, John  4/2/2012  3:47:00 PM

65

1      Q   Do you know when he first started
2  working for Games Workshop as a full-time employee?
3      A   Early 90s, I think.
4      Q   And what were his job responsibilities?
5      A   Illustrator.
6      Q   Do you recall what works he did?  Many?
7      A   There was many.
8      Q   Do you know what records Games Workshop
9  may have that indicates that Adrian Smith was a
10  full-time employee starting since early 90s?
11      A   No.
12      Q   Do you know if any such records exist?
13      A   No.
14      Q   In preparation for today's deposition,
15  you didn't consult any records of any employment
16  records to indicate when he became a full-time
17  employee?
18      A   No.
19      Q   Does the name Kev Walker ring a bell?
20      A   Yes.
21      Q   Who was he?
22      A   An illustrator who worked for Games
23  Workshop for a short period of time.  He is now a
24  freelance illustrator.
25      Q   Did he do any work on Rogue Trader?

66

1      A   I believe not, no.  There is a whole
2  group of illustrators who worked on the 40,000 project
3  as a whole but came shortly after Rogue Trader.
4      Q   And you believe Kev Walker was one of
5  them, the after group?
6      A   At the time Rogue Trader Games Workshop
7  did not have an arts department as such, and just had
8  myself and Tony Ackland as full-time illustrators, and
9  after that Games Workshop grew and had an art
10  department and built up that department.
11      Q   So at the time of Rogue Trader, many
12  illustrations were done on a freelance basis?
13      A   Yes.
14      Q   Paul Bonner?
15      A   Yes.
16      Q   Did he do any work on the Rogue Trader?
17      A   I can't recall any.  I associate Paul as
18  being part of that early Games Workshop artist studio.
19      Q   Second wave?
20      A   Second wave, yes.  So there have been
21  many publications after the original Rogue Trader rule
22  book which came under the Rogue Trader brand which he
23  did work on.
24  THE VIDEOGRAPHER:  Just over five minutes remaining.
25      Q   For Rogue Trader -- strike that.  We

67

1  have to change tapes.  This might be a good time to
2  take a break.
3  THE VIDEOGRAPHER:  Going off the record.  The time is
4      12:19.
5          (Break for lunch.)
6  THE VIDEOGRAPHER:  This marks the beginning of video
7      tape number two.  Back on the record.  Time is
8      1:37.
9  MR. OH:  Do you understand you are still under oath?
10      A   Yes.
11      Q   Before the break you mentioned that
12  Tolkien was a point of reference for the Warhammer 40K
13  works.  Is that correct?
14      A   It was the base point for a whole
15  generation becoming aware of fantasy as a wider
16  subject matter.
17      Q   And by Tolkien you mean J.R.R Tolkien?
18      A   I do, yes.
19      Q   And you also mentioned a Mervin Peake?
20      A   Yes.
21      Q   Can you describe what that person's work
22  is?
23      A   He was an illustrator and author in the
24  1950s, whose most famous work was known as the
25  Gormanghast trilogy.

68

1      Q   Can you describe what the nature of that
2  trilogy was?
3      A   It was about a dynasty of nobles who
4  lived in a Castle called Gormanghast.  It was just
5  very dark and crumbly and convoluted and had a very
6  mysterious certain kind of atmosphere.
7      Q   Are you familiar with the term
8  "heraldry"?
9      A   Yes.
10      Q   Can you describe what that is?
11      A   It is a system of symbols used in
12  Medieval society by the aristocratic families to
13  define that particular family's badges or symbols.
14      Q   Are you familiar with the term "livery"?
15      A   Livery would be the dress and the colors
16  derived from the family heraldry, retainers of that
17  family, so soldiers or servants of that family would
18  wear colors that pertain to that heraldry.
19      Q   Before the break you mentioned
20  historical costumes and I believe pageantry for
21  warfare?
22      A   Yes.
23      Q   Is heraldry and livery related to the
24  historical costume and pageantry for warfare?
25      A   Yes.

69

1    Q  Can you describe how?
2    A  The way uniforms developed throughout
3  history is fascinating and exciting.
4    Q  So is heraldry also a point of reference
5  for the Warhammer 40K work?
6    A  Yes.
7    Q  And can you describe how?
8    A  Particularly Space Marines and their
9  color schemes and their symbols on their shoulder
10  pads, et cetera, that would be a strong part of their
11  specific Chapter heraldry.
12    Q  Can you describe you livery is a point
13  of reference for the Warhammer 40K works?
14    A  It is not a term that I have ever heard
15  in the Games Workshop or studio context.  It is
16  certainly a term that is in my mind though.
17  MR. MOSKIN:  Can you read back the question.
18    (Read back.)
19    Q  Are you familiar with heraldry,
20  classical symbols used in heraldry?
21    A  Yes.
22    Q  Can you name examples of classical
23  symbols used in heraldry?
24    A  Like rampant lions.
25    Q  What is a rampant lion?

70

1    A  It is a lion rearing up on its hind legs
2  with its four limbs sort of extended in an aggressive
3  pose.
4    Q  Is that the same thing as a Griffin?
5    A  No.
6    Q  Is a Griffin a classic heraldry symbol?
7    A  It is derived from classical Greek
8  mythology, being part lion, part eagle.
9    Q  Are Griffin used in heraldry?
10    A  Yes.
11    Q  Can you name other classic heraldic
12  symbols.  Unicorns, Wyverns.
13    Q  What are Wyverns?
14    A  They are dragons without forelimbs.
15  They are a two limbed dragon.
16    Q  Are dragons used in heraldry also?
17    A  Yep.
18    Q  Is that a "yes"?
19    A  Yes.
20    Q  Are there other animal symbols used in
21  heraldry or animal related icons?
22    A  Yes.
23    Q  Can you name some examples?
24    A  Talbarts, which is a Medieval dog.
25    Q  Can you spell that, for the record?

71

1    A  T-A-L-B-A-R-T.
2    Q  Any other animals?
3    A  Gosh, there is lots of mythological
4  animal shapes that are used in various forms.  I am
5  probably not familiar with all the names but --
6    Q  Can you describe some of these classical
7  shapes used in heraldry?
8    A  Sort of sea serpents with unicorn
9  forefronts.
10    Q  Anything else?
11    A  You are only concerned with animals?
12  There is lots of abstract shapes used in heraldry like
13  chevrons, flowers, squares, diamonds and squares and
14  ermine's tails, and crowns and castles and chains and
15  swans, ships, sea, just hundreds and hundreds.
16    Q  Too many to name right now?
17    A  Too many.
18    Q  Are skulls used in heraldry?
19    A  Not as far as I can recall but it
20  wouldn't surprise me if there was, but not that I can
21  recall.
22    Q  Have you seen skulls used as part of
23  flags before?
24    A  Yes.
25    Q  Where?

72

1    A  English Civil War, Chechnya, in the
2  Second World War.  Obviously pirates.
3    Q  When you say "pirates", is that like a
4  Jolly Roger type?
5    A  Yes, skull and crossbones, yes.
6    Q  Are arrows used as heraldic symbols?
7    A  Arrows?
8    Q  Or arrow shapes?
9    A  As in a representation of an arrow or a
10  representation of a point?
11    Q  Let's go with both.
12    A  I think I can recall arrows as an
13  heraldic device, that is the actual physical thing of
14  an arrow.  An arrow shape, I don't recall that being
15  used as a heraldic device.
16    Q  Have you heard of something called a
17  Maltese Cross before?
18    A  I have.  I am not so sure if my brain
19  understands the definition of various designs of cross
20  as being the same as what other people would use or
21  that I might even be correct.
22    Q  Just so we have clarification, for the
23  record, when I say Maltese Cross, what do you have
24  envisioned?
25    A  Well, in vision, I would have a square

73

1  cross with each of the lines coming out of the cross
2  being crossed again by a smaller line, but I believe
3  people refer to the Templars Cross as being a Maltese
4  Cross, and that is a ...
5      Q   When you mention Templars Cross, is that
6  related to heraldry?
7      A   Yep.
8      Q   Is that a "yes"?
9      A   Yes.
10     Q   Are birds wings used in heraldry?
11     A   Not that I recall directly as heraldic
12  devices. I have seen such things used as Medieval
13  helmet crests.
14     Q   What to you mean by a Medieval helmet
15  crest, just describe it for the record?
16     A   The three dimensional structures built
17  on top of Medieval helmets, often derived from the
18  heraldry themselves.
19     Q   You mentioned a chevron earlier?
20     A   Yes.
21     Q   Can you describe what a chevron is?
22     A   A chevron is a V shape.
23     Q   Is it a chevron if it is an inverted V
24  shape?
25     A   It is to me.

74

1      Q   Are you also familiar with military
2  symbols?
3      A   To a lesser extent than Medieval I would
4  say.
5      Q   Strike that. Are military symbols a
6  point of reference for Warhammer 40,000?
7      A   I believe they can be in a broad sense
8  but, as I have stated, my consciousness of certainly
9  modern military symbols is something I am not very
10  familiar with.
11     Q   For the Warhammer 40,000 games, there
12  are symbols related to some of the characters. Is
13  that correct?
14     A   Yes.
15     Q   As we are moving forward here, what is
16  the best way to refer to it? Heraldic symbols,
17  symbols, iconography?
18     A   We tend to call the use of such
19  iconography within the studio context --
20     Q   And iconography that is related to the
21  Warhammer 40,000, a point of reference to that
22  iconography is heraldic symbols?
23     A   To some degree, but their origins are
24  much wider than that. That is just a kind of base
25  thought process at the beginning, but rapidly took on

75

1  a life of its own, and so we don't need or use so much
2  historical references at all.
3      Q   So it is not limited just to historical
4  heraldic symbols?
5      A   Absolutely not, no.
6      Q   You mention it is much wider than that.
7  Could you describe how wide it encompasses?
8      A   We will use alphabet motifs, gothic
9  alphabet motifs, runic symbols, Japanese mons.
10     Q   Anything else, just taking an image and
11  making a graphic two dimensional representation of
12  that image?
13     A   It is hard to analyze and define these
14  things because they are kind of creative thoughts that
15  belong to a sort of a mental process that is going on,
16  not a sort of a very -- it is not pointed. It is not
17  that we are doing that and doing that. It is we are
18  kind of evolving.
19     Q   And incorporating all the various points
20  of references artists encounter?
21     A   It could be. Also these things take a
22  life of their own and become part of themselves.
23     Q   Earlier you mentioned that other points
24  of references used were classical art and classical
25  literature.

76

1      A   Yes.
2      Q   A moment ago you mentioned using
3  alphabet as a point of reference. Does that include
4  also numerals?
5      A   It can do, yes.
6      Q   Such as Roman numerals.
7      A   Yes.
8      Q   The Greek alphabet?
9      A   On certain occasions, yes.
10     Q   Can you name some certain occasions for
11  the Greek alphabet?
12     A   I do not know the Greek alphabet but I
13  think everybody knows alpha, beta, gamma, delta, of
14  course Ultra Marines, I suppose.
15     Q   Why do you mention Ultra Marines?
16     A   Because it is a Space Marine Chapter
17  symbol.
18     Q   Can you describe which symbol, for the
19  record?
20     A   It is an inverted U, I believe. It is
21  one I personally dislike immensely.
22     Q   Is that one that you came up with?
23     A   No.
24     Q   Do you know who did?
25     A   No.

77

1  Q  I think earlier you mentioned something
2  called Tau?
3  A  Tau.  T-A-U.
4  Q  And there is a symbol related to the
5  Tau?
6  A  There is a family of symbols related to
7  the Tau.
8  Q  Is one of the symbols an upside down
9  omega symbol?
10  A  I don't recall.  You would have to
11  describe the omega symbol to me.
12  Q  What I am holding up right now is my
13  representation of a symbol.
14  A  No.
15  MR. MOSKIN:  Let the record reflect that counsel has
16  drawn what he contends is -- he is going to mark
17  it as an exhibit.
18  MR. OH:  I am entering it as Exhibit 96 and I am going
19  to hold it upside down.
20  (Exhibit 96 marked for identification)
21  A  It is not one I would ever use if I did
22  a Tau sketch.
23  Q  I am holding it upside down right now.
24  Is that the symbol for the Tau?
25  A  It is not one I am fully conscious of.

78

1  Q  So you are not familiar whether or not a
2  symbol like this is used?
3  A  No.
4  Q  Did you develop any of the icons related
5  to the Tau?
6  A  Icons, no.
7  Q  Are there elements of the Tau you did
8  develop?
9  A  It really depends on your definition of
10  the word "develop."
11  Q  What was your involvement in the
12  creation of the Tau?
13  A  Discussing the form they would take with
14  various other members of the studio and doing some of
15  the initial sketches.
16  Q  Do you remember what some of the points
17  of references were for the Tau?
18  A  We wanted to reflect a younger race that
19  had resonance with the market that would be utilizing
20  Japanese robots and robot toys, like Transformers, for
21  instance, type of that kind of visual resonance, but
22  using none of it as reference at all.
23  Q  So it was a sort of an inspiration you
24  are referring to?
25  A  Again, that depends on your definition

79

1  of inspiration really.  It is kind of a background
2  feeling rather than of a strongly defined direction.
3  Q  You mentioned runic?
4  A  Yes.
5  Q  Can you explain what you meant by that
6  term?
7  A  Scandinavian dark age races used runes
8  or rune letter forms for their alphabets.
9  Q  Can you describe what icons were in
10  Warhammer 40K characters that related to rune?
11  A  Space Marines use a lot of runes in
12  their iconography.  Some other fantasy races,
13  barbarian races would use runes.
14  Q  And by that are you referring to just
15  the regular Warhammer?
16  A  Yes.
17  Q  You also mentioned Japanese mons?
18  A  yes.
19  Q  M-O-N-S?
20  A  Yes.
21  Q  Can you explain what that is?
22  A  It is the symbols used by Japanese noble
23  families.  So you get Samurai banners with a very
24  strong image printed on it, and that would be a mon.
25  Q  Can you identify where Japanese mons

80

1  were used for Warhammer 40,000?
2  A  Not directly, no.
3  Q  Can you identify some indirect
4  influences?
5  A  Banners of the Eldar, for instance.
6  They have a vague relationship.
7  Q  You also mentioned gothic alphabet?
8  A  Yes.
9  Q  For the record, can you describe what
10  you mean by gothic alphabet?
11  A  Mainly Medieval Germanic type faces that
12  had their origins in handwriting, calligraphy.
13  Q  Can you describe some examples where
14  this gothic alphabet has influenced Warhammer 40,000?
15  A  To have that same Medieval resonance
16  that any writing undertaken by the Imperial, they
17  would use gothic style alphabets.
18  Q  Would that include the Inquisitors?
19  A  Yes.
20  Q  What is the best way to describe
21  Inquisitors?  Are they characters or art types?
22  A  Inquisitors?
23  Q  Yes.
24  A  That is an Imperial organization.
25  Q  Can you name other Imperial

81

```
1   organizations that utilize this gothic alphabet style?
2       A  All of them.  Priesthood thing,
3   Astronomican, the Navigators, and there is the whole
4   sub-layers of Imperial organizations.
5       Q  Does that include Libarians?
6       A  Yes, that is a rank of Space Marines.
7       Q  Are the Librarians a part of the
8   Imperial organization?
9       A  They are part of the Space Marine
10  organization.
11      Q  Do they use the gothic type lettering
12  then associated with that?
13      A  Specific instances differ, so I mean
14  they can do and will do.
15      Q  The Space Wolves, can you describe what
16  they are?
17      A  That is a Space Marine Chapter which
18  originated on a world which is dominated by snow and
19  ice, and the population that live there have an image
20  of Northern Barbarians, not unlike Vikings, but can be
21  quite unlike Vikings, but they are definitely
22  barbaric.
23      Q  Are Celtic influences also a point of
24  reference with respect to the Space Wolves?
25      A  It can be, yes, to some extent.
```

82

```
1       Q  The Space Wolves, are they also
2   influenced by the kind of Scandinavian runic alphabet?
3       A  Yes.
4       Q  Regarding the Ultra Marines, was there a
5   point of reference for the Ultra Marines?
6       A  In the early days of Rogue Trader, Rick
7   Priestley was very fond of putting in instances of
8   humor and to use -- we have got Space Marines, there
9   is a color, color blue, called ultramarine, so to have
10  a chapter of Space Marines called Ultra Marines became
11  a kind of in joke for Rick Priestley.
12      Q  So the color of the games worked out for
13  the Ultra Marines, they were actual color ultramarine?
14      A  They were blue, originally, yes.
15      Q  And were they influenced by any era in
16  time?
17      A  As the development went on, myself and
18  Jes Goodwin wanted to give that Chapter more serious
19  kind of resonance, so we developed classical themes,
20  both -- very widely Romanesque, Greek.
21      Q  The Ultra Marines icons, do they hark
22  back to Roman numerals and the Roman alphabet?
23      A  Greek alphabet.
24      Q  Greek alphabet?
25      A  Yes.
```

83

```
1       Q  I have a question for Exhibit 96, I am
2   holding upside down again, is this a symbol related to
3   the Ultra Marines?
4       A  Yes.
5       Q  So what I have is -- I characterize it
6   as holding it upside down omega symbol?
7       A  Yes.
8       Q  For clarification, the symbol for the
9   Ultra Marines was then an upside down omega symbol?
10      A  Yes.
11      Q  Was that your idea?
12      A  No.
13      Q  Whose was it?
14      A  I do not remember.
15      Q  But you do remember that that was an
16  inverted omega symbol?
17      A  Yes.
18      Q  Did Ultra Marines first appear in the
19  Rogue Trader book?
20      A  Yes.
21      Q  Regarding the Dark Angels, is there a
22  point of reference with respect to the Dark Angels
23  similar to how the Romans were a point of reference
24  for Ultra Marines?
25      A  Yes.
```

84

```
1       Q  Can you describe what that point of
2   reference was?
3       A  Very strongly gothic, high Medieval
4   monastic.
5       Q  Is there a symbol or a primary symbol
6   related to the Dark Angels?
7       A  Yes.
8       Q  Can you describe what that is?
9       A  It is a sword with the Imperial eagle
10  wings on either side of the sword.
11      Q  Is the sword a symbol used in heraldry?
12      A  Yes.
13      Q  Are eagle wings used in heraldry?
14      A  Not that I can recall.
15      Q  But it may or you just don't know?
16      A  I can't recall that at all.
17      Q  Do you know who came up with that
18  symbol?
19      A  No.
20      Q  It wasn't you?
21      A  No.
22      Q  Do you know if wings were used in
23  military iconography?
24      A  Not that I can recall.
25      Q  Are there other major themes related to
```

Blanche, John  4/2/2012  3:47:00 PM

85

1  the Dark Angels?
2      A   It is like they were tabbards or a cross
3  between a monk's habit and a Medieval knight's
4  tabbard, you know, and the black armour, and their
5  iconography is what makes them Dark Angels.
6      Q   When you say Medieval knight's tabbard,
7  can you describe what that is?
8      A   That is usually a cloth outer garment
9  with their heraldic devices emblazoned on that.
10     Q   And Blood Angels first appeared in Rogue
11  Trader?
12     A   Yes.
13     Q   For Blood Angels, are there major themes
14  with them?
15     A   Blood drops.
16     Q   Do you know whether blood drops were
17  used as a heraldic symbol?
18     A   Not that I can recall.
19     Q   Do you know if blood drops were used as
20  a military symbol?
21     A   Not that I can recall, no.
22     Q   Do you know who developed the
23  iconography for the Blood Angels?
24     A   The original Space Marine color double
25  page spread in Rogue Trader would be done by Bob

86

1  Naismith, and he would work on that under the guidance
2  of Bryan Ansell at the time, which defined those early
3  Chapter color schemes and heraldic devices.
4      Q   For the Blood Angels, they first
5  appeared in Rogue Trader?
6      A   Yes.
7      Q   Just for clarification, with respect to
8  the Space Wolves, the Ultra Marines, the Blood Angels
9  and the Dark Angels, when they appeared in the Rogue
10  Trader, that included both the color scheme --
11     A   Yes.
12     Q   And the iconography?
13     A   Yes.
14     Q   Did the Blood Angels have a point of
15  reference similar to the Romans or the Greeks?
16     A   Similar but different.
17     Q   Can you describe what it is?
18     A   The difference to me, and it could well
19  be different to other people but my definition would
20  always be Alexander the Great, the classical hero
21  often depicted in icons, whether they be mosaics or
22  early paintings.
23     Q   Can you describe how -- strike that.
24  Can you describe Blood Angels, some examples of that
25  influence with respect to Alexander the Great?

87

1      A   Well, if you took a Blood Angel hero,
2  his face and hair style, his face would be rugged but
3  very handsome, his hair style would be almost
4  invariably blond, curly or wavy hair, again very good
5  looking and definitely heroic, but not necessarily
6  Romanesque.
7      Q   Did laurels appear anywhere in Warhammer
8  40,000?
9      A   They do, yes.
10     Q   Can you give me some examples?
11     A   I am struggling here.  I keep thinking
12  of examples but they are invariably Warhammer models,
13  but obviously laurel wreaths around the heads of
14  characters.
15     Q   Can you identify a couple of examples of
16  these characters?
17     A   A Blood Angel hero not wearing a helmet
18  might wear a laurel wreath, he might have a laurel
19  wreath symbol on his shoulder pads or back banner.  He
20  might even have a laurel wreath sculpted on a helmet.
21  I think there has been examples of all of those.
22     Q   I am handing you a copy of what was
23  previously entered as Exhibit 48.  For the record, it
24  is an article titled:  "Evolution of Space Marine".
25     A   Yes.

88

1      Q   Do you recognize this?
2      A   I do, but I don't remember it
3  particularly.
4      Q   But it is an article you read before or
5  have seen before?
6      A   I must have done at the time but I have
7  no recollection of it.
8      Q   On the first page, the page number on
9  the article is 31.  Do you recognize that
10  illustration, the pencil -- looks like a pencil
11  illustration.
12  MR. MOSKIN:  Which page?
13  MR. OH:  The first page.
14  MR. MOSKIN:  This at the bottom?
15     A   I do not, no.
16     Q   That is not something you drew?
17     A   No.
18     Q   Is it reminiscent of someone you worked
19  with?
20     A   It could be Bob Naismith.
21     Q   Does it appear to be something that Jes
22  Goodwin would have made?
23     A   No.
24     Q   If you turn to the second page in the
25  upper left-hand corner, do you recognize who did that?

89

1     A  That is Jes Goodwin.

2     Q  That one is Jes Goodwin.  Over to the

3  right there is another, looks like a line drawing?

4     A  Yes.

5     Q  Do you know who did that one?

6     A  I do not but it could have been Neil

7  Hodgson.

8     Q  But you don't recognize it?

9     A  I don't recognize it in particular, no.

10     Q  On the left-hand side there is three

11  square boxes.

12     A  Yes.

13     It looks like little symbols in them?

14     A  Yes.

15     Q  Do you know who drew those?

16     A  Not in particular.  They could possibly

17  be Jes Goodwin's but it is hard to tell.

18     Q  If you turn to the last page, and then

19  for the record that is page 33, as the exhibit is

20  numbered, in the lower right-hand side there is a

21  sketch in color.

22     A  Yes.

23     Q  Do you recognize that?

24     A  Yes.

25     Q  Do you know who did that?

90

1     A  Yes.

2     Q  Who is that?

3     A  I did.

4     Q  Do you remember when you did this?

5     A  Vaguely.

6     Q  Can you approximate?

7     A  As the development of the Space Marines

8  grew, it became necessary and we wanted to sell the

9  theme of the Chapters, and I spent many hours with Jes

10  Goodwin during our lunch breaks developing the themes

11  of the main Chapters.  I do remember being ill for a

12  week and having to spend time away from the studio and

13  I remember colouring all these in with colored crayons

14  which belonged to my son.

15     Q  Was this part of the concept art that

16  was made before Rogue Trader was created?

17     A  No.

18     Q  So this was post Rogue Trader.

19     A  Post Rogue Trader.

20     Q  I believe earlier today you were talking

21  about some type of organizational documents.  Maybe

22  that is not the right way to phrase it.

23     A  Those were they.

24     Q  As a way of providing the renderers, as

25  you were referring to them, how to render the images

91

1  correctly?

2     A  Yes.

3     Q  Consistently with previously published?

4     A  And the hobbyist, you know, people

5  painting their models needed to have certain color

6  schemes and organizations to be able to field units of

7  their models, and that was the primary use for these.

8     Q  And for this drawing you mentioned it

9  was done in crayon?

10     A  Yes.

11     Q  Was this drawing previously published

12  before, before this article?

13     A  I couldn't say.  I have no recollection

14  of ever seeing any of them published before, so I must

15  have seen this but it is new to me today.

16     Q  But if there was a color guide provided

17  to the hobbyist that was published, would be in the

18  same quality that is depicted in this lower

19  right-hand?

20     A  Invariably not, no.

21     Q  If it was, it would be a rendered

22  version?

23     A  Yes.

24     Q  Again, regarding the kind of lines and

25  pencil drawings that are on the first two pages, do

92

1  you know if those were ever published before this

2  article?

3     A  The Jes Goodwin sketch, yes, and

4  probably not the others.

5     Q  And by the Jes Goodwin sketch, is that

6  the upper left-hand one on the second page?

7     A  Yes.

8     Q  Do you know where that would have been

9  previously published?

10     A  Not particularly, no, I can't remember.

11  MR. MOSKIN:  What was the question?

12         (Read back)

13     Q  On the last page, in the upper

14  right-hand corner, there are pictures of models?

15     A  Two armours.

16     Q  Were these created by -- was the

17  original created by Bob Naismith, or do you know?

18     A  I don't know.

19     Q  Regarding the vehicles that are related

20  to the 40K game, who are the originators for the

21  vehicle designs?

22     A  I cannot remember.

23     Q  Would it be you?

24     A  No.

25     Q  Is there an area that you focus on as an

93

1  originator?
2      A  To a lesser and larger extent, most of
3  the races, but I am primarily known as somebody who
4  has developed the background to the 40K Imperial
5  story, which doesn't necessarily focus on the armies
6  but more the background organizations, servants of the
7  Imperial.
8      Q  If you look at the last page again to
9  the drawing that you referenced you used crayon to
10  color in, on the chest of those figurenes that are
11  depicted, can you describe what that symbol is?
12      A  The only one I can see is the double
13  headed eagle.
14      Q  Was that the one you mentioned, the
15  double headed eagle you mentioned earlier today that
16  was influenced by certain artists?
17      A  When you say influenced by certain
18  artists, that makes it sound like a very specific
19  thing.  Again, it really was more of a realization
20  that the eagle exists in a historical context and
21  therefore it carries with it a great weight of
22  imagery.  It is a symbol that is used a lot on the
23  American flag, in Roman iconography, and it goes right
24  through Medieval heraldry, so it has got a weight to
25  it.  My first exposure was the painting by Albrecht

94

1  Durer, and what struck me was its graphic power.
2      Q  In the lower right-hand corner, there is
3  something that looks to be colored in green.  Is that
4  an example of a laurel wreath?
5      A  It is, yes.
6      Q  Above and to the right there seems to be
7  some sort of circle symbol there.  Are you able to see
8  it?
9      A  Yes.
10      Q  Can you describe what that is?
11      A  No, I cannot remember specifically.
12      Q  If you look at the top, if you look at
13  the second armored vehicle, not the one on the top but
14  the one right below it, there is a symbol on the top
15  of that vehicle?
16      A  Yes.
17      Q  What symbol is that?
18      A  That looks like the "U" of the Ultra
19  Marine Chapter symbol.
20      Q  That is the upside down omega?
21      A  Yes.
22      Q  Have you ever heard of a Barbee
23  B-A-R-B-E-E cross?
24      A  No, never heard of it.
25  MR. MOSKIN:  Can we take like a two minute break.

95

1  MR. OH:  Sure.
2  THE VIDEOGRAPHER:  Going off the record.  The time is
3  2:27.
4      (A short break)
5  THE VIDEOGRAPHER:  Back on the record.  Time is 2:31.
6  MR. OH:  I am handing you what has been marked as
7  Exhibit 97.  For the record, it is designated
8  Highly Confidential AEO, Bates number GW0003401
9  through 05.
10  (Exhibit 97 marked for identification)
11      Do you recognize this?
12      A  Yes.
13      Q  What is it?
14      A  These are black and white photocopies of
15  the original crayon color sketches that I made for the
16  Chapter organizations and color schemes and icons.
17      Q  If you turn to the page that ends in
18  3404, is that a version of the same drawing we were
19  looking at in Exhibit 48, last page?
20      A  Yes.
21      Q  So this original, the original version
22  of this document would have been all in color?
23      A  Yes.
24      Q  In crayon?
25      A  Yes.

96

1      Q  Was this entire set of that a guide you
2  made at the time or were there more pages to this?
3      A  I cannot remember.  No, I cannot recall
4  exactly.
5      Q  Based on your earlier testimony, is it a
6  fair characterization to say you made other guides
7  similar to this, related to Warhammer 40,000?
8      A  I would find "guide" too strong a term
9  really.  These were merely kind of visual notes that I
10  created from the discussions of me and Jes Goodwin
11  during our lunch breaks, some of which has been
12  adopted, some of which has been not, some of which has
13  been changed subsequently.
14      Q  Can you describe which ones have been
15  changed subsequently?
16      A  Not without studying them in depth, I
17  couldn't, no.
18      Q  Just leafing through this document, does
19  this refresh your recollection regarding the ones that
20  were subsequently changed?
21      A  I don't necessarily at this moment in
22  time -- I don't concern myself with this kind of work,
23  which has now become the domain of a dedicated member
24  of staff, although I have not got a photographic
25  memory, nor do I catalogue them or take note of them

97

1    as they are developed and formed nowadays.
2        Q   Do you know who currently has the
3    original to this document?
4        A   Jes Goodwin would have a much stronger
5    idea than myself, but they always resided within the
6    design studio and stayed there.
7        Q   Would there be other guides such as this
8    about color schemes and iconography?
9        A   Never in such detail, never as
10   extensive.
11       Q   So what about -- strike that.
12       What are these other guides like then, if
13   they are not as detailed, as extensive?
14       A   They could vary from single figures to
15   single shoulder pads to series of numbers of figures
16   or shoulder pads or back banners.
17       Q   Is there a certain person who has a
18   responsibility of --
19       A   That would be Neil Hodgson.
20       Q   So Neil Hodgson, what was his
21   responsibility with respect to --
22       A   He develops color schemes and racial
23   iconography.
24       Q   Is it a part of his responsibility to
25   ensure that new Games Workshop artwork are consistent

98

1    to the set color schemes and iconography?
2        A   That is part of his duties, yes.
3        Q   Is it -- strike that.  Internally, is
4    there some type of resource guide that artists can use
5    to ensure they are using the correct color schemes and
6    iconography?
7        A   Some of the color schemes and
8    iconography are developed by the 'eavy Metal tome, as
9    they paint them in.  Some of it can be defined by the
10   sculptor as he draws it.  Some of it can grow out of a
11   particular artwork.  The starting point for all these
12   is always what has gone before or a group defined
13   direct of where these things need to go and need to
14   move to.  They don't ever pop out of nothing.  They
15   are part of a defined direction with any kind of new
16   examples that are being laid down.
17       Q   So it would derive from previous --
18       A   For the most part.
19       Q   If you can turn to the page that ends in
20   Bates label 3403, if you look over on the right-hand
21   side, upper right-hand side, six cards --
22       A   They are banners.
23       Q   Are the images on this page related to a
24   certain character set in 40K?
25       A   They are banners that are worn by

99

1    different ranks within a Chapter.
2        Q   Do you know what Chapter is being
3    depicted here?
4        A   This is the Dark Angels.
5        Q   Underneath the center main banner, do
6    you see where it says "Chapter Banner"?
7        A   Yes.
8        Q   And underneath that does that say
9    "Personal Heraldry"?
10       A   Yes.  So ranking Chapter personality
11   would have their own heraldry and can wear their own
12   back banners displaying that heraldry.
13       Q   In the upper right-hand corner, can you
14   describe which image is being depicted there in that
15   banner, to the upper right-hand of the page?
16       A   The chap to the side?
17       Q   Yes.
18       A   Grim reaper, Medieval image of the Angel
19   of death.
20       Q   What is to the left of that?
21       A   Sorry?
22       Q   What is to the left of that?
23       A   I actually cannot make that out myself
24   at the moment.
25       Q   What is underneath the grim reaper?

100

1        A   It is depicting the wing as a mechanical
2    emblem for a technical marine and engineer.
3        Q   And then in the upper left-hand corner
4    can you describe what is being depicted there?
5        A   The eagle wings and the sword on the
6    shoulder pad.
7        Q   Below that, the third image, can you
8    describe what is being depicted there?
9        A   I can see an eagle's wing in profile
10   with the wing ending in a claw shape holding a sword.
11       Q   For clarification, these are your
12   drawings on this page?
13       A   Not all of them, no.
14       Q   Which ones are yours?
15       A   The shoulder pad, the back banners and
16   the three characters on the bottom layer.  All the
17   banners there are original Jes Goodwin drawings.
18       Q   Are these depicting previously
19   illustrated works?
20       A   Jes in his sketch book would be
21   designing Space Marines to make models from in his --
22   the way it develops in his head mentally, he would be
23   designing back banners and all sorts of ephemera to go
24   with them.
25   THE VIDEOGRAPHER:  Going off the record.  The time is

101

```
1    2:44.
2           (A short break.)
3    THE VIDEOGRAPHER:  Back on the record.  The time is
4       2:46.
5    MR. OH:  Before the last interruption, the pending
6       question was does this document that you have in
7       front of you, can you read out the exhibit number
8       that is on the front page?
9        A   On the little sticker?  Exhibit 97.
10       Q   So the images depicted in this document,
11   were they previously published works by Games
12   Workshop?
13       A   As I was saying, Jes would have quite
14   extensive sketch books where he would work on the
15   designs of his miniatures.  Those designs would lead
16   him to provide a bit more design work, which I
17   utilized in the construction of this document and
18   developed into further Chapter colors and iconography.
19   Whether those were published or not at that time I
20   cannot recall.  They may have been.
21       Q   After Rogue Trader was published, was
22   there a follow-up?
23       A   There was a number of lesser
24   publications, but again it is a long time ago and my
25   consciousness becomes very vague.
```

102

```
1        Q   Was there a second edition published
2    related to Rogue Trader?
3        A   Not of Rogue Trader, no.
4        Q   Previously you testified that the
5    Tyranids were still in embryonic form when Rogue
6    Trader was released.
7        A   Yes.
8        Q   What was the next stage of that
9    evolution?
10       A   Again, I have a very vague recollection
11   of that.  It could have been with Genestealers and the
12   product called Space Hulk.  It may have been that.  It
13   could just as well have been something else that I
14   don't particularly remember.
15       Q   When you say Space Hulk, what is that?
16       A   It is a free-standing game, board game,
17   which has map tiles of the interior of a spaceship and
18   squadron of terminator Space Marine and Genestealer
19   models which you play on this board.
20       Q   But the Genestealers, they originally
21   appeared in Rogue Trader?
22       A   I can't recall.  Most things were
23   mentioned in Rogue Trader.  It defined the basis of
24   most things, but I can't recall those specifically at
25   all.
```

103

```
1        Q   Do you remember when the Space Hulk game
2    appeared?
3        A   I couldn't give a date to it.
4        Q   Was it in the 2000's?
5        A   No, I think it must have been in the
6    90s.
7        Q   Early 90s, maybe?
8        A   I can't remember honestly.
9        Q   What do you remember about how the
10   Tyranids were depicted in the Space Hulk game?
11       A   There were not any Tyranids in the Space
12   Hulk game.  They were just Genestealers?
13       Q   What do you remember about the
14   Genestealers, how they were depicted in this Space
15   Hulk game?
16       A   They were six limbed reptilian monsters.
17       Q   What else about the Genestealers do you
18   remember from this game?
19       A   I find that very hard to put into words.
20   Again, if I drew one, it would be a lot easier to
21   describe.
22       Q   Were you involved in developing artwork
23   for the Space Hulk game?
24       A   Again, your definition of "development"?
25       Q   Did you do any of the final
```

104

```
1    illustrations?
2        A   I don't believe I did, but certainly in
3    the commissioning artwork for it.
4        Q   You may have done conceptual artwork?
5        A   No, no conceptual artwork.
6        Q   You would have consulted about --
7        A   Yes.
8        Q   I am handing you what is marked as
9    Exhibit 98.  For the record, the title is:  "The Art
10   of Warhammer 40,000", Bates labeled GW0001654 through
11   1662.
12   THE VIDEOGRAPHER:  Shall we go off the record.
13   MR. OH:  Let's go off the record.
14   THE VIDEOGRAPHER:  Going off the record.  The time is
15       2:52.
16          (A short break)
17   THE VIDEOGRAPHER:  Back on the record.  The time is
18       2:54.
19   MR. OH:  For clarification on the record, regarding
20       Exhibit 98, these are excerpt pages.  The first
21       is GW0001654.  The remaining two pages are ending
22       Bates label 1661 and 1662.  Do you recognize
23       this?
24       A   Yes.
25          (Exhibit 98 marked for identification)
```

105

1    Q   What is this?

2    A   This was an introduction written to a

3  book which essentially published pictures from the

4  Warhammer 40,000 art we utilized on a number of

5  various products.

6    Q   When you say "published pictures from

7  the art utilized on various products", so this is

8  republishing and compiling --

9    A   Yes.

10    Q   -- previously published works.

11    A   Yes.

12    Q   Was there any original artwork in this

13  book that you remember?

14    A   Not that I particularly remember.

15    Q   Was there anything that was not

16  previously published as part of this work?

17    A   I very much doubt that.

18    Q   On the first page it says "Compiled by".

19  Can you read the name?

20    A   Compiled by Marc Gascoigne, Matt Ralphs.

21    Q   Who are those individuals?

22    A   They work for the Black Library.

23    Q   Are they full-time employees?

24    A   They were full-time employees.

25    Q   At the time when they did this?

106

1    A   Yes.

2    Q   If you look at the last page of this

3  exhibit, is that your signature on that page?

4    A   It is, yes.

5    Q   Did you write this introduction?

6    A   The introduction was written by Matt

7  Ralphs, the person who is signature to the book.  It

8  was never written as words by me but he talked to me

9  in one of the rooms at Games Workshop and then wrote

10  that from that discussion.

11    Q   Before it was published you reviewed

12  this introduction?

13    A   No, absolutely, not, no.  I have two

14  Stakes about it is nice to me then I am embarrassed

15  and if it is not nice to me I get cross.  So I don't

16  review them.  I am not a writer, I am not an author.

17  My English is terrible.  It is their job to write it,

18  not mine.

19    Q   So the introduction was based on

20  conversations or interviews they had with you?

21    A   Yes.

22    Q   Is there any reason to believe that any

23  information in this introduction is false?

24    A   I would have to read it quite carefully

25  to come to that conclusion.  Is that something you

107

1  wish me to do?

2    Q   We can do certain portions of it.  I

3  will go ahead and read through it.

4    A   I will have to put my reading glasses on

5  then.

6    Q   When you are done with the first

7  paragraph, let me know.

8    A   Yes, first paragraph I have read.

9    Q   Is there anything, any mistakes or

10  incorrect statements in that statement?

11    A   No.

12    Q   For the record, who is Dan Dare?

13    A   A comic book character.

14    Q   Can you briefly describe this character?

15    A   He was a space pilot for the Eagle

16  comic, which was very popular in the 50s and 60s.

17    Q   And Buck Rogers?

18    A   An American pulp fiction hero that other

19  television series in American accumulated in a big

20  film.

21    Q   Then there is Jim Burns, Ian Miller,

22  Roger Dean and Chris Foss?

23    A   Yes.

24    Q   Who are they?

25    A   1960s and 70s commercial artists or

108

1  science fiction illustrators.

2    Q   Did any of them any work related to

3  40K?

4    A   Ian Miller did some of the illustrations

5  for Rogue Trader.

6    Q   I believe we previously talked about

7  him, but was he one of the freelance artists?

8    A   He was, yes.

9    Q   And so was Jim Burns?

10    A   Jim Burns was freelance, yes.

11    Q   And he did work on Rogue Trader?

12    A   No, but subsequent products after Rogue

13  Trader which were related to Rogue Trader.

14    Q   He was a freelancer at that point.

15    A   Yes.

16    Q   Has he ever been a full-time Games

17  Workshop employee?

18    A   No.

19    Q   Do you know what works Jim Burns did

20  related to 40,000?

21    A   Space Marine cover, cover art for the

22  box art.

23    Q   Can you take time to read the second

24  paragraph.

25    A   Yes, done that.

109

1    Q   Is there anything false or incorrect in
2    that paragraph?
3        A   No.
4        Q   Can you read the third paragraph?
5        A   Yes, done that.
6        Q   Anything false or incorrect in that
7    paragraph?
8        A   No.
9        Q   The fourth paragraph?
10       A   Yes.
11       Q   Anything false or incorrect there?
12       A   No.
13       Q   Can you read the last paragraph, which
14   goes on to the next page, Bates labeled 1662.
15       A   Yes, done that.
16       Q   Anything false or incorrect there?
17       A   Emphasis is not one that I would -- if
18   it was my own written words, it wouldn't place the
19   same kind of emphasis on other products that it does
20   there.
21       Q   Where do you think the emphasis is not
22   quite right?
23       A   Where it says that it is an amalgamation
24   of seminal ideas that are floated around taken from
25   other sources, like 2000 AD, Michael Moorcock novels

110

1    and real history, for instance, I have never read a
2    Michael Moorcock novel, so I wouldn't actually know.
3    It is a journalist using words in a wide spectrum as
4    really a place holder to put over a way of other
5    people understanding. It makes it sound far too
6    specific and it certainly wasn't specific at all at
7    the time.
8        Q   Do you remember discussing with the
9    authors of the compilation about 2000 AD and Michael
10   Moorcock?
11       A   I don't remember, no.
12       Q   Do you have any recollection about
13   speaking about Dan Dare or Star Wars?
14       A   No.
15       Q   You don't remember that conversation?
16       A   No. You would have wide discussions and
17   to get people in the right realm you would utilize
18   examples, and that is how you attain the same points
19   of reference.
20       Q   There is no reason for you to believe
21   that you did not discuss or mention with them Star
22   Wars, Dan Dare, 2000 AD or Michael Moorcock?
23       A   It is the kind of language I would use,
24   but only as descriptive, not as particular examples,
25   because particular examples didn't exist.

111

1    Q   Can you read the next paragraph, which
2    is the first full paragraph on 1662.
3        A   Yes, done that.
4        Q   Anything false or incorrect about that
5    paragraph?
6        A   I would say Adrian Smith was not a
7    freelance artist.
8        Q   At that point?
9        A   At that point, no, he had become a
10   full-time artist for Games Workshop and didn't work
11   freelance for us at all, but did afterwards?
12       Q   That is just based on your general
13   recollection.
14       A   Sorry?
15       Q   That is just based on your general
16   recollection?
17       A   Pretty much, yes.
18       Q   Were you the one who hired Adrian Smith
19   at this point?
20       A   Sorry?
21       Q   Did you hire Adrian Smith?
22       A   He was a full-time employee, yes.
23       Q   At this point?
24       A   I think he was straight out of college
25   and he didn't have any freelance portfolio at that

112

1    time because it didn't exist.
2        Q   Do you know if he had an employment
3    agreement?
4        A   I wouldn't know.
5        Q   By full-time employee you mean Games
6    Workshop would have paid his payroll, tax and National
7    Insurance?
8        A   Yes.
9        Q   Do you know whether or not Games
10   Workshop have records to verify that or not?
11       A   I wouldn't know that. I wouldn't be
12   involved in that side of it.
13       Q   Can you read the next paragraph?
14       A   Yes.
15       Q   Anything false or misleading or
16   incorrect there?
17       A   Nothing incorrect, no, but clarification
18   of definitions. When it talks about a Warhammer
19   style, that is reference to the way things are
20   rendered. That is the style people draw in. It is
21   not the content of the illustrations themselves. What
22   they draw is defined and asked for by the company.
23   The way they do it is the house style.
24       Q   And what they render is based on
25   instructions provided from the top or based on

113

1    conceptual art or --
2        A  Yes, or sculpture.
3        Q  Or based on verbal conversations?
4        A  Yes.
5        Q  Would Games Workshop keep records of
6    what conceptual information is provided to artists
7    or -- so you could say this artwork was based on these
8    particular references?
9        A  Invariably not, no records were kept of
10   such things.  I mean, it is a creative environment
11   with maybe 10 or 20 people all involved in
12   discussions.  Such things were never minuted or
13   recorded in any way.  Certainly in the early days
14   there was no technology to do that easily.
15       Q  Can you read the next paragraph?
16       A  Yes.
17       Q  Anything false or incorrect there?
18       A  No.
19       Q  Can you read the next paragraph.  For
20   the record, can you say the first two words of that
21   paragraph you are reading?
22       A  "To me."  Yes, done that.
23       Q  Anything false or incorrect there?
24       A  No, not at all.
25       Q  The next paragraph?

114

1        A  Yes, done that.
2        Q  Anything false or incorrect there?
3        A  No.
4        Q  The last paragraph?
5        A  Yes, done that.
6        Q  Anything false or incorrect there?
7        A  No, but it is not my words.  I find that
8    very pompous.
9        Q  Was Adrian Smith an originator of any
10   works for Games Workshop?
11       A  That depends on your definition of
12   "originator".
13       Q  I am referring back to how you were
14   using the phrase earlier today?
15       A  When we first met Adrian he was very
16   young, straight out of college.  I think we did
17   publish a couple of his illustrations out of his
18   portfolio and then just introduced him to the
19   Warhammer market, just to say:  "Look at this guy's
20   skills", and then we employed him as a full-time
21   artist.
22       Q  That was approximately when?  Do you
23   remember?
24       A  I don't know.  Some time in the early
25   90s, I believe.

115

1        Q  So this was after 40K was --
2        A  Absolutely, yes.
3        Q  You mentioned you published a couple of
4    things from his portfolio.
5        A  Yes.
6        Q  Do you remember what those were?
7        A  They were very much Games Workshop
8    related subject matter.  I can picture one in my head
9    and that is about it.
10       Q  Was it related to 40K?
11       A  No.
12       Q  Can you describe what you are picturing
13   in your head?
14       A  It is related to Warhammer certainly,
15   characters which resembled monks and mutated monsters,
16   which would have a relationship to Realm of Chaos.
17       Q  When you said you published things from
18   his portfolio, did Games Workshop get a written
19   assignment copyright assignment from him for that?
20       A  I wouldn't know.
21       Q  Do you recall Games Workshop getting
22   written copyright assignments from any freelancer?
23       A  I never had any -- that side of the
24   business was never part of what -- I consider myself
25   just purely creative, purely in the art and the

116

1    drawing.  All the business side was taken care of by
2    other staff.
3        Q  Were there any 40,000 works where Adrian
4    Smith was an originator that you can recall?
5        A  Certainly not, no.
6        Q  How about with respect to Will Rees?
7        A  Again, not originating, but working from
8    sculpt models purely, and verbal descriptions.
9        Q  Does the term "Chaos" have any
10   significance for you for the 40,000?
11       A  The Realm of Chaos is connected to both
12   the Warhammer game and the Warhammer 40,000 game.  It
13   is an overarching sort of background story that can
14   influence both those universees.
15       Q  Is there a symbol or icon related to
16   Chaos in respect to 40,000?
17       A  Within the Realm of Chaos there exist
18   numerous Chaos gods.  Each one has been represented by
19   a symbol individual to that particular god, so they
20   all have different symbols.
21       Q  Is there a symbol that can be
22   characterized as an eight sided or eight pointed star?
23       A  I am familiar with that symbol.  That
24   symbol was used as a kind of cover all for characters
25   and armies that don't fight for a particular god.

Blanche, John  4/2/2012  3:47:00 PM

117

1  Factions may come together and fight under that
2  symbol.
3      Q  Do you know if there is any point of
4  reference with respect to that symbol?
5      A  I have no understanding of what that
6  would be at all.  I personally don't like it because
7  it is not kind of pictorial enough for my taste.
8      Q  What particularly don't you like about
9  it?
10     A  It is a very simplistic graphic form
11  and, as I mentioned before, I like my symbols to be
12  very pictorial.
13     Q  For the record, can you describe what
14  this symbol looks like?
15     A  I only know it as the eight pointed star
16  based on a circle.
17     Q  Do you know who came up with that
18  symbol?
19     A  I certainly don't, no.
20     Q  Do you know when that symbol was
21  introduced?
22     A  I have no record the time of that.  Very
23  early on.
24     Q  Was it part of the original Rogue
25  Trader?

118

1      A  I don't think so.  It could well have
2  been though, but I have no recollection of that.
3      Q  After Rogue Trader was released, were
4  there new races introduced afterwards?
5      A  Yes.
6      Q  And those included the Tau?
7      A  Yes.
8      Q  Do you know when they were introduced?
9      A  They were the last ones, so in the 20's
10  I would imagine.
11     Q  Wh-n you say?
12     A  2000's sorry.
13     Q  In the 2000's?
14     A  Yes.
15     Q  Early 2000's?
16     A  Yes.
17     Q  And also you mentioned something called
18  Necrons?
19     A  Necrons, yes.
20     Q  They were not part of the original Rogue
21  Trader?
22     A  They might have been mentioned in the
23  Rogue Trader but they were not developed as a race
24  until afterwards.
25     Q  Do you know when they were introduced?

119

1      A  I can't remember.
2      Q  Approximately, do you know when?
3      A  I tend not to think about these things
4  or dwell on them.  We always move forwards.  So the
5  past becomes very misty and hazy.
6      Q  Were they introduced in the 2000's?
7      A  I think before that.
8      Q  Can you describe what this race is?
9      A  They were essential mechanical
10  skeletons.
11     Q  Before we were discussing points of
12  reference of Greeks and Romans.  Are there points of
13  reference with respect to the Necrons with the Greeks
14  and Romans?
15     A  Very roughly, I would say 50s and 60s
16  pulp and American literature, describing robots, you
17  know.  It was always supposed to kind of capture that
18  kind of mood.
19     Q  Are there particular iconography
20  associated with the Necrons?
21     A  It was not very well formed, devices
22  based on circles.
23     Q  Did you have a role in the development
24  of the Necrons?
25     A  The actual early sculpt, no.

120

1      Q  Did you do any conceptual art for this?
2      A  Not for the first range, no.
3      Q  So there was a second range?
4      A  I have only done Necron concepts within
5  the last few years, and certainly none of those have
6  been published.
7      Q  Regarding the Tyranids again, I think
8  you mentioned they were in an early stage at the time
9  the Rogue Trader came out?
10     A  Yes.
11     Q  Subsequent to the Space Hulk game, you
12  mentioned there -- strike that.  I believe that Space
13  Hulk game was related to Genestealers?
14     A  Yes.
15     Q  And Genestealers appeared in Rogue
16  Trader?
17     A  There may have been a brief mention of
18  them.  There may not have been.  I can't remember.  It
19  was really the Space Hulk that kind of brought them to
20  the consciousness of our market.
21     Q  Can you discuss the development of the
22  Tyranids?
23     A  There was a brief mention of those in
24  Rogue Trader, and a very early illustration, and then
25  Genestealers made their public debut in Space Hulk and

121

1 it became apparent that we could develop a whole alien
2 race where the Genestealers slotted into that race,
3 which were the Tyranids, which were mentioned in Rogue
4 Trader. So Jes Goodwin made some of the first
5 sculpts. I am not sure if he worked on the first
6 Tyranid warrior. Probably not actually. The first
7 Tyranids warrior, I can't remember who sculpted that,
8 but then the subsequent figures were built on those
9 starting points, and Jes and myself came together and
10 came up with lots of scribble sketches. His points of
11 reference were totally different to mine, which is a
12 great way to work, because you can sort of channel
13 ideas and cross-reference ideas, and that works really
14 well.
15      Jes' obsession was certainly dinosaurs and
16 my obsession was a race of models made by a sculptor
17 called Nick Bibby, one of the early Games Workshop
18 sculptors, who had a small range of figures he
19 designed and developed for himself, which were six
20 limbed Saurean insectoid alien creatures. I always
21 found those to be very evocative and something I
22 wanted to develop.
23      Q   Just to clarify, you said "Saurean"?
24      A   Saurean, dinosaurs, lizards and that.
25      Q   You said he designed them for himself?

122

1      A   Yes.
2      Q   Can you tell me what you mean by that?
3      A   I think you will find most creative
4 people not only do it for a living but will do things
5 in their own spare time to sort of give a voice to
6 their strongest creative impulses, which they don't
7 normally find a room for in a commercial regard.
8      Q   And so this was the sculptures that
9 Bibby did for himself?
10     A   Yes.
11     Q   He did on his own time?
12     A   Yes.
13     Q   And you saw them?
14     A   Yes.
15     Q   They had an impact on you?
16     A   Yes.
17     Q   And you based your contribution to the
18 Tyranids on --
19     A   I didn't base them, but they were I
20 would say loosely inspired. "Based" is much too
21 strong a term because that suggests I am sort of using
22 something that has gone before. I am not directly
23 using it but going -- that is a great thought process
24 to be following and developing.
25     Q   Just to follow on, is there a difference

123

1 between just basing something on a work and being
2 inspired by it?
3      A   That really does depend on your
4 definition of "inspired" and "basing". "Basing"
5 suggests copying and "inspired" suggests something
6 that is more emotional.
7      Q   So what were the main features of
8 Mr. Bibby's sculptures?
9      A   Multiple limbs, Saurean aspect, insect
10 like details.
11     Q   Does the Tyranids incorporate any of
12 those elements?
13     A   They do to different degrees.
14     Q   Can you explain?
15     A   For instance, Jes would be drawing them
16 and he would have his own particular directions and
17 inspirations to follow, so it is something that grows
18 visually and takes on its own life, and you work very
19 hard to make them particular, distinct and
20 identifiable and different from anything else you have
21 ever seen. That becomes a very strong focus. But it
22 is also very important to maintain what has gone
23 before, to give that credence, so there may be aspects
24 that have been in previous models you don't like but
25 you have to exploit and utilize.

124

1      Q   So does the Tyranid have Saurean
2 elements?
3      A   It certainly does, yes.
4      Q   Insect elements?
5      A   Yes.
6      Q   Multiple limbs?
7      A   Yes.
8      Q   But the Tyranids just having those
9 features are not enough for you to say that the
10 Tyranids were based on Mr. Bibby's --
11     A   Absolutely, not on, nothing like it.
12     Q   So we have to do more than just having
13 those general conceptual elements?
14     A   Yes.
15     Q   And at what point then would you have
16 said that it would have been based on his works?
17     A   Just in an aspect inside the head. It
18 is certainly not a defined concrete way.
19     Q   But more just having those elements
20 regarding the multiple limbs, insect and Saurean
21 elements, that is not enough to say the Tyranids were
22 based on Bibby's prior work?
23     A   Certainly not, no.
24     Q   Can you spell Mr. Bibby's name?
25     A   B-I-B-B-Y.

125

1    Q  Does Mr. Bibby still work for Games
2  Workshop?
3    A  No.
4    Q  But he was an employee around this time?
5    A  Yes.
6    Q  What was the general timeframe that the
7  Tyranids, this stage of the Tyranids development we
8  were discussing, the general time?
9    A  I don't know.  Jes Goodwin would have
10  done the sculpts developing out of the Tyranids
11  warrior and the Genestealer.  It was something he was
12  more or less wholly involved with, so my involvement
13  would be quite small really.
14    Q  And was this after or shortly after when
15  the Space Hulk game came out?
16    A  I believe so.
17    Q  Are there other races in the 40K
18  universe that were developed after Rogue Trader?
19    A  Not that I can remember offhand, other
20  than subdivisions of those major races, for instance
21  Kroots are attached to Tau, but they don't exist in
22  their own right.
23    Q  Can you generally describe Kroots, what
24  they are?
25    A  They are 8-foot tall, barbaric, bestial

126

1  humanoid, slightly Saurean creatures.
2    Q  And are related to the Tau, not the
3  Tyranids?
4    A  Yes.
5    Q  Backing up, regarding the Genestealers,
6  Genestealers have tentacles?
7    A  Generally not, but there is a few with
8  sort of tentacle like mandibles on their faces.
9    Q  But tentacles are not a general
10  characteristic of Tyranids?
11    A  No.
12  THE VIDEOGRAPHER:  Just over ten minutes.
13    Q  Did Rembrandt have any influence on your
14  works?
15    A  Rembrandt?  Rembrandt is one of my
16  favourite artists.  It is not a particular influence.
17  Certainly color spectrum, weight of shading, certain
18  emphasis on strong characteristics of the human form,
19  but that hasn't got a direct relationship to anything
20  in 40K really.
21    Q  Does the name Hieronymous Bosch mean
22  anything to you?
23    A  Yes.
24    Q  What does that mean, what is the
25  significance to you?

127

1    A  He is a Flemish Medieval artist who
2  paints biblical scenes of a very fantastical nature,
3  and therefore he was one of the first, what I would
4  say was one of the first fantasy artists.  So his
5  depiction of creatures and invention is a fascinating
6  subject.
7    Q  And how does that reflect in the work
8  you do related to 40K?
9    A  It doesn't, directly.
10    Q  Did Northern European art have any
11  influence on you?
12    A  Both.  As I mentioned before, the artist
13  Al Dorf, Rembrandt, Bosch belonged to a Northern
14  European school of art, which happens to be a
15  particular favourite of mine, as opposed to most
16  people's tastes in Southern European art.
17    Q  Did skulls pop up in Northern European
18  art?
19    A  They do, have done and always have done.
20  I mean the death image is something that has a very
21  strong resonance in cultural terms and again as the
22  image of it has a strong resonance with people.
23  People recognize the skull.  It is the human face
24  devoid of all life.
25    Q  So elements of the Northern European

128

1  art, do they find a way into your pictures related to
2  40K?
3    A  Gosh, that is a hard one to answer
4  because it is never that specific, is it.  It is kind
5  of a thing that is always there, as many other
6  things.
7    Q  Do you know a Guy Haley?
8    A  Rings a bell but I can't place him.
9    Q  Do you recall doing an interview with a
10  Guy Haley?
11    A  I don't recall it, no.
12    Q  That doesn't refresh your recollection?
13    A  But I must have done.  You wouldn't be
14  saying it otherwise.  But Guy Haley, gosh.
15    Q  I am going to introduce an Exhibit
16  marked 99.  It is titled "The Illustrated Man" by Guy
17  Haley.  It starts on page 24 through 30.
18    (Exhibit 99 marked for identification.)
19    A  He would be a White Dwarf journalist
20  then.
21    Q  Does this refresh your recollection at
22  all.
23    A  I can't picture him at all, no.
24    Q  Do you remember giving an interview
25  related to this article?

129

1    A  I have done quite a few.  They were
2  quite specific.  Well, it exists because it is here,
3  but if you had asked me if I had ever done it I would
4  say I can't remember that, and I can't, no.
5    Q  On the first page, is that a picture of
6  you?
7    A  Yes.  It is horrible, isn't it.
8    Q  On the second page, which will be number
9  25, is that a drawing you did?
10    A  Yes.
11    Q  Do you remember when you did it?
12    A  Yes.
13    Q  When was it?
14    A  I can't put a year to it but it would be
15  late 80s or early 90s.
16    Q  Do you see the caption box?
17    A  Yes.
18    Q  I am going to read towards the end:
19  "There is a bit of a homage to Rembrandt there also, a
20  Rembrandt character".
21    A  Yes.
22    Q  Can you describe what it means by
23  "Rembrandt character"?
24    A  Yes, that fellow there.
25    Q  Which one?

130

1    A  The chap with the white sort of very
2  long mustachio that has almost become a beard.
3    Q  Who is the person marked?
4    A  The face is taken from a Rembrandt
5  painting, paying homage to him.
6    Q  Does this refresh your recollection at
7  all about giving this interview?
8    A  No.
9    Q  On the next page --
10    A  Ten years ago I had a stroke and I lost
11  a considerable amount of mid-term memory and maybe
12  this is an example of that.
13    Q  Does the website www.warpartefact.com
14  ring a bell to you at all?
15    A  No, not at all.
16    Q  On the next page, do you recognize that
17  drawing?
18    A  Could you hold that one up?
19    Q  On page 26.
20    A  Yes, indeed, that is the Jim Burns
21  cover, the Space Marines box.
22    Q  Do you remember when that came out?
23    A  Late 80s, I suppose, maybe even 90s.
24    Q  If you turn the page, there is page 27.
25  Do you recognize that drawing?

131

1    A  Yes.
2    Q  Is that by you?
3    A  Yes.
4    Q  Do you remember when you did it?
5    A  Yes.
6    Q  When was that?
7    A  That would be late 90s.
8    Q  Do you remember where it appeared, was
9  first published?
10    A  It was on the cover to the Third Edition
11  40K.
12    Q  Is there a difference between when you
13  say Third Edition 40K, is that the codex or rule book?
14    A  It is the main rule book.
15  MR. OH:  We have to change tapes so we need to take a
16    break.
17  THE VIDEOGRAPHER:  Going off the record.  The time is
18    3:44.
19    (A short break).
20  THE VIDEOGRAPHER:  This marks the beginning of video
21    tape number three.  Back on the record.  The time
22    is 3:52.
23  MR. OH:  Do you understand you are still under oath?
24    A  Yes.
25    Q  Do you recall we were discussing some

132

1  figurenes or miniatures that Mr. Bibby did on his own
2  time?
3    A  Yes.
4    Q  Do you recall if Mr. Goodwin ever saw
5  those miniatures himself?
6    A  I wouldn't know.
7    Q  Do you recall ever having any
8  discussions with Mr. Goodwin about those miniatures
9  Mr. Bibby did?
10    A  I don't recall that, and my guess is
11  that I probably wouldn't.
12    Q  Do you have any pictures of these
13  miniatures that Mr. Bibby did?
14    A  I am afraid not, no.
15    Q  Do you know if there are any copies that
16  currently exist of those miniatures?
17    A  I have not seen any for years and years
18  and years.
19    Q  Are you still in touch with Mr. Bibby?
20    A  I am not, no.
21    Q  When was the last time you talked with
22  him or interacted with him?
23    A  15 years ago, perhaps.
24    Q  You mentioned you do illustrations?
25    A  Yes.

133

```
1     Q   Did you do any other type of artwork?
2     A   No.  Well, concept sketches,
3  illustrations, and I will define that kind of work as
4  a painting, but they are all illustrations of some
5  degree or other.
6     Q   Do you do any sculptures?
7     A   No.
8     Q   Have you done any sculptures for 40,000?
9     A   No.
10    Q   Can you describe when you do sketches,
11 your process?
12    A   You get a piece of white paper and a pen
13 and you scribble until something grows out of that
14 that you think has relevance really.
15    Q   What happens next, if it does have
16 relevance?
17 MR. MOSKIN:  Object to the form.  Go ahead.
18 MR. OH:  You may answer.
19 MR. MOSKIN:  You can answer.
20    A   Okay.  It depends on what the criteria
21 is for me doing a sketch.  I mean, I do sketches for
22 different things.  I will do sketches to help provide
23 direction to artwork.  I do sketches that provide
24 direction to sculpting process.  I do sketches that
25 fill in the gaps that I might perceive of something
```

134

```
1  like 40,000 and I will do sketches just for the sheer
2  fun of doing them, to develop costumes or characters.
3     Q   When you do any sketches to provide
4  direction, who do you provide those sketches to?
5     A   Other artists, other sculptors.
6     Q   Are the sketches you do to provide
7  direction different from sketches you may do related
8  to the sculpting process?
9     A   That really depends on the subject
10 matter you are doing.  I may sketch something that
11 doesn't exist in a sculpted form.  If it does exist in
12 a sculpted form, invariably I don't need to do a
13 sketch.
14    Q   Who are some individuals you would give
15 these sketches for directions to, specific
16 individuals, as examples?
17    A   Other artists, freelance artists, people
18 like Adrian Smith.  I will sketch him characters or
19 troop types, and they can range from just a scribble
20 form or a matchstick man up into a full blown drawing.
21 It really depends.
22    Q   And when you say a full blown drawing,
23 can you describe the difference between a sketch and a
24 full blown drawing?
25    A   I might say "Base your picture on that",
```

135

```
1  or I might say "Base your picture on that", and there
2  is a difference between the two, and it can be
3  anywhere in between the two.  A lot of the time with
4  freelancers we will provide them with the material
5  both in models and other illustrations and they will
6  come back to me or us in the studio with a line
7  drawing, which I will invariably put a piece of
8  tracing paper over the top of and then alter
9  characters to fit our backgrounds or fit what we
10 require, more than what they have been able to draw in
11 the first place.
12    Q   Just for clarification on the record,
13 when Mr. Blance was holding a couple of exhibits up to
14 answer a question, the first one he picked up was
15 number 96 and then the second one was number 99, which
16 was turned to page 27.  Can you describe what you do
17 then when you get something back from one of the
18 artists and you are using the tracing paper, can you
19 describe for the context what you are doing there?
20    A   It is surprising -- it could be
21 unsurprising how many different ways of drawing a
22 Space Marine from a sculpted model that you could
23 arrive at a two dimensional image.  The same mistakes
24 will appear time and time again that people get the
25 proportions completely wrong and they will put Space
```

136

```
1  Marine armour around a normal everyday person.  It
2  looks wrong.  These are genetically enhanced super
3  humans from the future, and therefore have a complete
4  anatomical outline that is very distinct.  It is a
5  very distinct thing, and I will tend to put those
6  areas right on a piece of tracing paper by drawing in
7  the correct or more correct outlines.
8     Q   And then you will provide those traced
9  outlines back to the artists to do another revision?
10    A   Yes.
11    Q   Can you describe the media that you use
12 when you do your artwork?  Do you use pen and paper,
13 do you use a computer?
14    A   I never use computers.  For instance,
15 that is painted in acrylics and inks.
16    Q   For the record, he is holding up Exhibit
17 99, turned to page 27?
18    A   A lot of my sketch drawings, for
19 instance, that which is in color in the original.
20    Q   For the record, he was holding up
21 Exhibit 98, referencing Bates label page GW0001662.
22    A   To do that I use pen and ink, black ink,
23 and then put color washes of ink on top.  It is a very
24 fast way of working.
25    Q   What is the most common form of
```

137

1  materials you use?
2      A  It has been different at different
3  times.  I mean, at the time you are specifically
4  talking about, Rogue Trader, I used both those
5  techniques, but also there is an illustration in the
6  Rogue Trader book I did with oil paints which I never
7  use these days.
8      Q  When you do a final or a full blown
9  illustration -- is that the term you used?
10     A  It depends.  I mean, that is a painting
11  and that is a sketch, you know.
12     Q  When you do a painting, what happens to
13  it?  Who do you give it to or where does it end up?
14     A  They get scanned these days.  In the
15  Rogue Trader days that would be photographically
16  transferred to a transparency and then these get put
17  into the archives.  A certain amount of them I keep
18  for personal reasons, by agreement with Games
19  Workshop, but essentially the artist's work belongs to
20  Games Workshop.  In the days of Rogue Trader there was
21  a different system, which was inherited from the
22  publishing houses of England, where the artist tended
23  to retain their own works.  That was an economic
24  thing.  We were a much smaller company then and
25  commissioning art is a very expensive process and if

138

1  the artist keeps the original then what you purchase
2  is actually cheaper.
3      Q  So what Games Workshop was purchasing at
4  that time from the freelancers, they were at
5  publication rate?
6      A  What Games Workshop was commissioning
7  was the content of the picture.
8      Q  Can you describe what you mean?  What is
9  the different between the content of the picture and
10  the picture?
11     A  If an artist paints a picture of a 40K
12  image, he cannot go off and sell that as a magazine
13  cover for somewhere, because it is a Games Workshop
14  image.  You are commissioning the image and the artist
15  retained the actual hard copy of the picture but not
16  the rights to publish the picture, wherever and
17  whenever he wanted.
18     Q  I think earlier you mentioned you were
19  not involved on the business side?
20     A  No, never.
21     Q  So do you actually know, have you seen
22  the contracts with these freelancers?
23     A  Never.
24     Q  So you are not -- you don't have
25  personal knowledge of what the exact terms were and

139

1  what rights were transferred?
2      A  Certainly not, no.  Perceptions are what
3  is in my head, personal perceptions.  I think there
4  was always a distinct division between the creative
5  process and the people who run everything on the
6  business level behind that.  So in effect I was always
7  sheltered from that side of the business and my time
8  was utilized in doing sketches.
9      Q  Do you have in your personal collection
10  originals from the Rogue Trader --
11     A  Era?
12     Q  Era?
13     A  Invariably not, no.
14     Q  You mentioned you keep some works in
15  your personal collection?
16     A  I do now.  I didn't so much then.  I am
17  a very generous soul and I invariably give most of my
18  work away to people who like them.  I never saw the
19  value of having drawers full of paintings.  For why?
20  For what reason?  I wouldn't let them go anywhere now;
21  I am older and wiser.
22     Q  Do you keep copies of sketches you do?
23     A  Not in an encyclopedic form.  I don't
24  keep them and date them and catalogue them.  I just
25  have copies of things that I like strewn all over the

140

1  place.  I am not very ordered.  I am not like Jes, who
2  has sketch books dated of most things.  I don't do
3  that.
4      Q  When you say you keep copies of things
5  you like, do you mean you would make a copy of the
6  sketch or something and you keep that copy?
7      A  Sometimes.
8      Q  Or the original?
9      A  Sometimes, both.
10     Q  Where do you keep them?
11     A  In leather-bound books at home in my own
12  studio.
13     Q  At some point during this litigation did
14  someone at Games Workshop ask you to collect those
15  sketches?
16     A  No.
17     Q  At any point in this litigation did
18  anyone at Games Workshop ask you to preserve those
19  sketches?
20     A  No.
21     Q  Or artwork?
22     A  You are talking about Rogue Trader era.
23  I would not have anything of that era at all, nothing.
24     Q  But in general did anyone from Games
25  Workshop ask you to save your artwork?

141

1     A   No.

2     Q   In order to -- at any point did someone

3  from Games Workshop ask you to collect and deliver the

4  artwork you had related to 40K?

5     A   No.  If there was any searches of 40K

6  era artwork within the studio, that would happen

7  without me being involved in any way.  As I say, I

8  don't work in the confines of studio.  The studio runs

9  under different management people.

10    Q   You say you keep your artwork in

11 leather-bound books in your library?

12    A   Yes.

13    Q   If you had to describe how many of

14 these, if you had to stack these leather-bound volumes

15 on the ground up to the ceiling, how high would it

16 raise?

17    A   That.

18    Q   For the record, how high is that?

19    A   18 inches, say.

20    Q   How many works would that be,

21 approximately?

22    A   I don't know, couple of hundred.

23    A   It would be various forms of sketches

24 and paintings?

25    A   Yes.

142

1     Q   And whatever media you were using at

2  that time?

3     A   Yes.

4     Q   Do you have a computer at home?

5     A   I do.

6     Q   Do you use it at all?

7     A   I do.

8     Q   What context do you use it?

9     A   Mainly communicating with the art

10 manager in the studio.

11    Q   How do you communicate using your

12 computer?

13    A   He sends me e-mails and I will send him

14 e-mails back.

15    Q   Any other way you use your computer

16 related to work?

17    A   I will invariably look at Games Workshop

18 product, rather than going to the box shelf and

19 finding that I have not got something, I will just

20 have a quick look.  It is just easier, it is a very

21 succinct way of finding information.

22    Q   What is the way you use to find this

23 information?  Are you doing a web search or are you

24 accessing their Games Workshop system?

25    A   Usually the Games Workshop system, yes.

143

1     Q   Do you have some type of access to an

2  archive or database of artwork?

3     A   Probably, but I never use such a thing.

4  I am not very technically savvy.  I am really not.

5     Q   I am just trying to understand, when you

6  are saying you are looking up Games Workshop?

7     A   If I am doing an illustration that

8  contains various characters that I know models exist

9  for, then I will access images of those models on

10 screen rather than looking them up through books.  It

11 is just very very much quicker to do that.

12    Q   When you are saying you are accessing

13 them on your computer, that is not just a Google

14 search on the website?

15    A   No.

16    Q   That is somehow in the internal Games

17 Workshop system?

18    A   Yes, I will go to the Games Workshop

19 website, look at the product.  That is what I do.

20    Q   You mean the Games Workshop website, do

21 you mean just the regular website everyone has access

22 to?

23    A   Yes.

24    Q   It is not some type of special system

25 you log into that only Games Workshop employees have

144

1  access to?

2     A   No.

3     Q   Do you look anything else up on the

4  website you look at when you do drawings?

5     A   Occasionally I do.  It invariably takes

6  the form of if I want to look at sunsets or cloud

7  structures or the way certain trees are in certain

8  parts of the world, you know, I will do that on a web

9  search.

10    Q   Is there a particular website you like

11 using?

12    A   A particular website?

13    Q   You like using for those images?

14    A   No, nothing in particular.

15    Q   When you are e-mailing -- I believe you

16 said you e-mail with your manager at work?

17    A   Yes.

18    Q   Who is that person?

19    A   Stuart Black.

20    Q   Is there anyone else you e-mail with?

21    A   Mostly the art staff might e-mail me

22 asking me specific questions about work they have been

23 assigned to do.

24    Q   Do people send you drawings through the

25 internet for you to look at while you are at home?

145

1      A  Occasionally they do.
2      Q  Can you name a few instances of
3  individuals who are part of art staff that communicate
4  with you by e-mail?
5      A  Anyone of the art staff.
6      Q  For example Neil Hodgson?
7      A  Invariably not.  Very, very occasionally
8  Neil does, but invariably not.  Alex Boyd, Paul
9  Danton, Kevin Chin.
10      Q  Do you send copies of your work through
11  the internet?
12      A  Never.
13      Q  To people?
14      A  Never.  I am incapable of doing it.  I
15  tried to learn once how to scan and immediately
16  forgot, so I never do.
17      Q  So when you do work at home, in terms of
18  illustrations, how are those works delivered to Games
19  Workshop?
20      A  I go into the office once or twice a
21  week and I deliver stuff, I photocopy stuff.
22      Q  So you photocopy them at home and
23  then --
24      A  I will photocopy them at work, at the
25  studio.  I am very old fashioned.  Everybody else

146

1  works digitally.  I don't.  I am an old school
2  analogue sort of person with sheets of paper.
3      Q  Has anyone asked you to search your
4  e-mails for documents related to this litigation?
5      A  I forgot your name for a second.  I was
6  asked --
7      Q  Are you referring to Mr. Moskin?
8      A  Yes.
9      Q  When did he ask you?
10      A  It would be Friday, was it, Thursday,
11  was it Friday?  That was the first it was ever brought
12  into my consciousness.  I have never kept a record of
13  any e-mail, never even considered it for a second.  I
14  have certainly gone through a number of machines in
15  the last ten years.
16      Q  So when you say this last Friday was the
17  first time anyone asked you to search for e-mails
18  related to this litigation, you mean March 30, 2012?
19      A  Yes.
20      Q  Has anyone asked you to search for any
21  other types of documents that may be on your computer?
22      A  No.
23      (Exhibit 100 marked for identification.)
24      Q  I am going to mark what is Exhibit 100.
25  It is a printout from -- I would probably characterize

147

1  it as a blog, and the title in the upper left-hand
2  corner is: "Here is John Blanche's desk."
3      A  Yes.
4      Q  Do you recognize this?
5      A  Yes.
6      Q  What is it?
7      A  It is a blog by a young lady called
8  Tammy Nicholls.  It is a very eclectic blog.
9      Q  Turn to the second page.  Is this a copy
10  or is this a photograph up in the top left of the
11  page?
12      A  That is right, yes.
13      Q  Of your work desk?
14      A  Yes, it is.
15      Q  Who took this picture?
16      A  My son.
17      Q  Is that your computer in the picture
18  there?
19      A  It is, yes.
20      Q  What type of computer do you have?
21      A  It is a Mac Book Pro, I believe.
22      Q  And over on the right, by the window, it
23  looks like -- are those volumes of books?
24      A  No, it is a small drilled box.
25      Q  What is in those?

148

1      A  What is in the box?  Various things from
2  flint axe heads to boar's tusks to a taxidermist's
3  glass eyes, miniature volume of Macbeth, Victorian
4  calipers, Swiss Army knife, pile of bullets, not
5  working ones I assure you.  Just stuff like that.
6      Q  Do you use any of those materials for
7  your work?
8      A  It all exists as a visual reference, as
9  does the 18th century sword and the flintlock on the
10  wall, but they are just nice objects in their own
11  right.  You know, you look at them and absorb them, I
12  don't put them out in front of me and fit them into
13  pictures as such.
14      Q  On top of the box, what is that?
15      A  On top of which box?
16      Q  The one on the right, by the window?
17      A  That is a plastic skull.
18      Q  And do you use it in a reference for
19  anything?
20      A  Yes, drawing.
21      Q  When you are drawing, if you are doing
22  drawings of skulls, you would look at that as a
23  reference?
24      A  Sometimes.  Not all the time, but
25  occasionally.

149

```
 1        Q  Are there other things at your house you
 2  use as references when you draw?
 3        A  That depends greatly on the picture.
 4  Most of the pictures or illustrations I do, the
 5  subject matter is miniatures, and the miniature
 6  becomes the reference for it.  If I was doing a
 7  regiment of soldiers going over the hill in a
 8  thunderstorm, and there is a thunderstorm outside, I
 9  would be looking at it, thinking:  "Wow, I like that
10  curve of cloud", say.  Inspirations come from many,
11  many different things.
12        Q  On that second page, if you look below,
13  there are some comments, and there is some that have
14  an initial "JB"?
15        A  Yes.
16        Q  Do you know who that is?
17        A  That is me.
18        Q  So these are your comments.
19        A  Yes.
20        Q  And so there is one down at November 24,
21  2011, time, 10:38 pm.
22        A  Yes.
23        Q  So you wrote that, I will just quote
24  from a small part of it so we have a reference to it:
25  "Skull with just a plastic drawing aid."
```

150

```
 1        A  Yes.
 2        Q  That was part of your comment?
 3        A  Yes.
 4        Q  How did it come about that you were
 5  associated with this blog entry?
 6        A  I have known the young lady who runs
 7  this blog for about ten years.  She is actually a
 8  full-time Games Workshop employee now.  She works as a
 9  graphic designer production artist.
10        Q  When did she start working for Games
11  Workshop full-time?
12        A  She has only just started full-time.
13  She has done a number of freelance projects for us
14  over the last decade.
15        Q  Can you give some examples?  Did she do
16  any freelance projects related to 40K?
17        A  No, absolutely not, no.  Far later than
18  that.
19        Q  What types of freelance projects did she
20  work on?
21        A  For instance, if I can -- it was a
22  decade back, I had a small range of figures which were
23  40 mm resin figures which were sold through the Black
24  Library, and Miss Nicholls built me a website to
25  market those figures.
```

151

```
 1        Q  When you said she built you a website,
 2  do you mean she built you the website in your capacity
 3  as a Games Workshop employee?
 4        A  Yes.
 5        Q  Do you remember the web address for that
 6  site?
 7        A  www.femmilitant.com, I believe.  It
 8  doesn't exist anymore.
 9        Q  Before this lawsuit started, did you
10  hear -- strike that.  I will rephrase.  Before this
11  website -- excuse me.  Strike that.  I will rephrase.
12        Before this lawsuit started, were you aware
13  of Chapterhouse Studios?
14        A  Vaguely.
15        Q  Can you describe how you were aware of
16  them or aware of it?
17        A  I think many small companies exist
18  worldwide making parts that go with our figure ranges
19  which are drawn to the attention of various members of
20  staff.
21        Q  Was Chapterhouse Studios brought to your
22  attention by someone?
23        A  I think so, but again I am very vague on
24  that.
25        Q  But from what you recall it was before
```

152

```
 1  the lawsuit started?
 2        A  I believe so, yes.
 3        Q  Do you have any specific memories of
 4  that instance?
 5        A  Certainly not, no.
 6        Q  Do you remember who you may have had
 7  communications with regarding Chapterhouse?
 8        A  No, I am afraid not, no.  Such
 9  conversations, they just come and go with lots of
10  people at work when I go in.
11        Q  Do you know if anyone commented to you
12  about Chapterhouse by e-mail?
13        A  No, certainly not.
14        Q  Have you ever communicated with
15  Chapterhouse Studios?
16        A  Never.
17        Q  Have you ever inspected any of
18  Chapterhouse Studios' products?
19        A  Never seen one, ever.
20        Q  Have you ever seen Chapterhouse Studios'
21  website?
22        A  Yes.
23        Q  When did you see that?
24        A  Probably about maybe a week, two weeks
25  ago, vaguely, briefly, but certainly not intensively
```

153

1  or extensively.
2  Q  How much time did you spend visiting
3  that website?
4  A  Just minutes or less, just had a quick
5  perusal. It didn't really interest me at all.
6  Q  Did anything catch your attention?
7  A  No, not really.
8  Q  What was the reason why you visited the
9  website?
10  A  Because of this lawsuit.
11  Q  Outside of last week, where you only
12  spent a few minutes visiting Chapterhouse Studios'
13  website, do you recall any other time looking at the
14  website?
15  A  I have never visited their website.
16  Q  Before last week, have you seen any
17  other documents related to Chapterhouse Studios?
18  A  Occasional photograph on an occasional
19  forum. That is all.
20  Q  What do you mean "occasional forums"?
21  A  People may label something, they may use
22  the title "due to GW rip off", and my attention will
23  be drawn to the word "GW". I will have a look. But
24  again these things are -- it is very time-consuming
25  and not of real interest to me.

154

1  Q  When you say on forums you may have seen
2  something about Chapterhouse Studios, was that before
3  this lawsuit started?
4  A  I don't know when this lawsuit started
5  really so it may have been, it may not have been.
6  Q  Would it be before December 2010?
7  A  Possibly not, no.
8  Q  When you may have seen these forum
9  entries regarding Chapterhouse Studios, did you alert
10  anyone at Games Workshop about them?
11  A  I may have had the general canteen
12  grumble with other people, but not in any kind of
13  concrete way at all.
14  Q  Did you make any printouts of any of the
15  forum entries?
16  A  Not that I can recall.
17  Q  Do you remember forwarding links
18  regarding the forum?
19  A  Never, no.
20  Q  Have you ever forwarded any pictures of
21  related Chapterhouse Studios?
22  A  No.
23  Q  Do you have any specific recollection of
24  reactions of looking at any pictures you saw in forums
25  related to Chapterhouse Studios?

155

1  A  Reactions of who?
2  Q  Your own reactions?
3  A  Just thinking, you know, that is so
4  close to our product that it doesn't appear right, but
5  again I am not so much interested in that sort of
6  thing. The audacity grabs me for a while but my whole
7  life is about drawing. That is what I do,.
8  Q  Do you recall what specific product --
9  A  No.
10  Q  Are you sure that what you were looking
11  at was a Chapterhouse Studios product?
12  A  It uses the words "Chapterhouse Studios"
13  so I suppose it must be.
14  Q  How many of these entries have you seen?
15  A  A few.
16  Q  Related to Chapterhouse Studios?
17  A  Not a lot.
18  Q  Less than five?
19  A  That is a good number, yes.
20  Q  And at this point you are not sure
21  whether that was before or after the lawsuit started?
22  MR. MOSKIN:  Asked and answered, how many times.
23  A  I have no perception of when the lawsuit
24  started so I couldn't possibly answer that one anyway.
25  Q  I believe that is why you used the date

156

1  December 2010?
2  A  Um hum.
3  Q  That date doesn't help?
4  A  No, sorry.
5  Q  What forums are you referring to?  Do
6  you know the names of them?
7  A  Yes, occasionally I will go on Dacron,
8  Warsib, not very often though.  It can be immensely
9  distracting.
10  Q  Are you aware of Sabretooth Games?
11  A  Yes.
12  Q  And what do you know about Sabretooth
13  Games?
14  A  They did the card game based on the
15  Horus Heresy.  They did a whole raft of concept
16  sketches to help that company.  I actually went there
17  with Alan Merrett in the early 2000's, went out to
18  Seattle to talk to the staff there about commissioning
19  freelance artwork, and some of the salient points
20  about our imagery and how that should be tackled and
21  developed.
22  Q  And when you mention commissioning
23  freelance artwork, can you explain what you mean by
24  that?
25  A  They were getting freelance artists to

157

1 illustrate the cards for their card game.

2 Q So Sabretooth were hiring the

3 freelancers?

4 A Yes.

5 Q Do you know who worked on -- who were

6 the freelancers that worked on this particular

7 project?

8 A Some of the cards are done by the

9 internal studio staff. I know one American and a

10 couple of English. The American was a chap called Sam

11 Wood, I actually met him when I was out there. I know

12 none of the others. I certainly cannot remember their

13 names. I think Wayne England worked on some of those

14 as well, and Adrian Smith of course, and I know those

15 two.

16 Q Do you know what Sam Wood did for this

17 particular project?

18 A No, not in specific. I cannot remember.

19 Q Do you know what the contractual

20 arrangements were between Sabretooth and the

21 freelancers?

22 A No, not at all.

23 Q Do you know what the contractual

24 relationship was between Sabretooth and anyone who did

25 artwork for the card game?

158

1 A No.

2 Q Do you recall whether Sabretooth was

3 doing this card game before or after it was purchased

4 by Games Workshop?

5 A Crikey. I think, was it before? I

6 don't remember, I am sorry.

7 Q You just don't remember?

8 A I don't take note of any of this sort of

9 thing at all. It is not part of my world.

10 Q Do you remember a book that was

11 published called the Horus Heresy, I believe the title

12 was, like collective visions?

13 A Yes.

14 Q When was that?

15 A That was a book that used the artwork

16 for those cards to use a lot of our concept sketches

17 and had a text description of that era of time written

18 by Alan Merrett.

19 Q And that was published after the card

20 game came out?

21 A Yes.

22 Q When you said it included some concept

23 sketches, so these that you did --

24 A Yes.

25 Q Was that the first time those

159

1 particular concept sketches were published?

2 A Some of them actually appeared on the

3 cards. I think that started to come up to the

4 deadlines, and it became more sort of practical for

5 them to just use the concept work rather than send my

6 concept work to an artist to revisualize, which wasn't

7 freelance at all. That is part of my daily duties.

8 Q Do you know what the contractual

9 arrangement was between Games Workshop and Sabretooth

10 regarding your work in the games?

11 A No.

12 Q Have you heard the name Nick Villacci

13 before?

14 A Was he the Chapterhouse Studios guy or

15 was that somebody else? Obviously I don't know.

16 Q As far as you know, have you ever

17 communicated with a Nick Villacci?

18 A Not that I can remember. Doesn't mean

19 to say I have not though.

20 Q Earlier you mentioned Sam Wood?

21 A Yes.

22 Q Was he a freelancer who worked on the

23 Horus Heresy card game?

24 A Yes.

25 Q Did Rick Priestley work for Games

160

1 Workshop?

2 A Yes.

3 Q Do you know generally the range of time

4 he worked there?

5 A He started before me, so I would imagine

6 he started somewhere in the late 70s, and he left, I

7 don't know, a year ago wasn't it, something like that.

8 Q Do you know why he left?

9 A He ran out of steam. He had been doing

10 it for so long, he kind of lost his enthusiasm and

11 energy to carry on doing it really.

12 Q Did you have conversations with him

13 about the reasons why he left?

14 A No.

15 Q While he was there, was he someone you

16 regularly worked with?

17 A Yes.

18 Q On a daily basis?

19 A No.

20 Q You mentioned you visited the

21 Chapterhouse Studios website in preparation for this

22 deposition?

23 A I had a quick look.

24 Q Was there any other documents you

25 reviewed in preparation for today's deposition?

161

1      A  I was going to say I read Alan Merrett's
2    testimonial but it was so long and so tedious that I
3    just skimmed through it.
4      Q  How much time did you spend skimming
5    through it?
6      A  Perhaps an hour.
7      Q  Anything else?
8      A  There was a list of possible questions
9    that I think you people submitted.
10     Q  When you say "you people submitted"?
11     A  I don't know where it originated from,
12   but something Gill passed to me.
13     Q  Did you meet with anyone in preparation
14   for today's deposition?
15     A  Sorry, could you repeat the question?
16     Q  Did you meet with anyone to prepare for
17   today's deposition?
18     A  Jonathan and Gill last week, last
19   Thursday, I spoke on the phone with Jonathan.
20     Q  How much time did you spend on the call?
21     A  Again, perhaps about an hour, hour and a
22   half.
23     Q  Any other meetings you had in
24   preparation for today's deposition?
25     A  There was another phone call session,

162

1    which wasn't to me particularly, but I was present.
2      Q  Do you remember when that was?
3      A  Oh, dear.  I am getting tired now.
4      Q  We are almost done.
5      A  I don't know.  It was two or three weeks
6    back I think.
7      Q  How long was that call?
8      A  That was for a couple of hours.
9      Q  Who else was in attendance?
10     A  Alan Merrett, Jes Goodwin, Andy Jones,
11   Neil Hodgson, Gill.
12     Q  Was Mr. Moskin --
13     A  On the other end of the phone, yes.
14     Q  Anyone else you remember?
15     A  Not as I remember, no.
16     Q  Before that, was there any other
17   meetings you had in preparation?
18     A  None at all.
19     Q  When you said you reviewed Mr. Merrett's
20   deposition transcript, did you review any exhibits?
21     A  No, none.
22     Q  What is your e-mail address for work?
23     A  It is wwjohnblanche.@gwplc.com.
24     Q  Do you have any other e-mail addresses
25   with Games Workshop?

163

1      A  No.
2      Q  How long have you held your current
3    position?
4      A  A lifetime.  It has always evolved.  I
5    joined -- there was never a particular starting point
6    or an ending point for anything, and job titles exist
7    really as a point of reference for other people, but I
8    have always kind of done the same thing, so it has
9    been full-time since 84.
10   MR. OH:  What do you mean -- strike that.  Thank you
11       for your time today. I don't have any further
12       questions.
13   THE VIDEOGRAPHER:  This concludes the deposition of
14       John Blanche.  Going off the record at 4:42.
15
16
17
18
19
20
21
22
23
24
25

164

1
2              CERTIFICATE OF WITNESS
3
4    I, John Blanche, am the witness in the foregoing
5    deposition.  I have read the foregoing statement and,
6    having made such changes and corrections as I desired,
7    I certify that the transcript is a true and accurate
8    record of my responses to the questions put to me on
9    Monday, 2 April, 2012.
10
11
12
13
14   Signed:  ........................
15   Name:   John Blanche
16   Date:  ........................
17
18
19
20
21
22
23
24
25

165

1        CERTIFICATE OF COURT REPORTER

2

3      I, AILSA WILLIAMS, an Accredited LiveNote Reporter

4      with Opus 2 International, hereby certify that John

5      Blanche was duly sworn, that I took the Stenograph

6      notes of the foregoing deposition and that the

7      transcript thereof is a true and accurate record

8      transcribed to the best of my skill and ability.  I

9      further certify that I am neither counsel for, related

10     to, or employed by any of the parties to the action

11     in which the deposition was taken, and that I am not a

12     relative or employee of any attorney or counsel

13     employed by the parties hereto, nor financially or

14     otherwise interested in the outcome of the action.

15

16

17

18

19

20     Signed: .......................

21     AILSA WILLIAMS

22     Dated:  .......................

23

24

25

166

1

2          E R R A T A

3        Deposition of John Blanche

4    (Please show all corrections on this page, not in the

5    transcript.)

6    Page/Line No.      Description       Reason for

7    change

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22     Signed:  ...................

23     Name:    John Blanche

24     Date:       ...................

25