1

```
1        IN THE UNITED STATES DISTRICT COURT
2        FOR THE NORTHERN DISTRICT OF ILLINOIS
3                EASTERN DIVISION
4
5    GAMES WORKSHOP LIMITED,  )
6        Plaintiff,   )
7        -vs-         ) Case No. 1:10-cv-08103
8    CHAPTERHOUSE STUDIOS    )
9    LLC,              )
10            Defendant.   )
11   _____)
12
13       Videotaped Deposition of MARTIN FOOTITT,
14   taken on February 14, 2013, at the hour of 9:06
15   a.m. at 233 South Wacker Drive, Suite 6300,
16   Chicago, Illinois, taken before Kathleen J.
17   Hendrix, Certified Shorthand Reporter, C.S.R.
18   Licence No. 84-004180
19
20
21
22
23
24
25   PAGES 1 - 148
```

2

```
1    APPEARANCES:
2
3    FOR THE PLAINTIFF:
4        FOLEY & LARDNER, LLP
5        321 North Clark Street
6        Suite 2800
7        Chicago, Illinois 60610-4764
8        BY:  MR. JASON KEENER
9        (312) 832-5118
10       jkeener@foley.com
11
12
13   FOR THE DEFENDANTS:
14       MARSHALL GERSTEIN BORUN, LLP
15       233 South Wacker Drive
16       Suite 6300
17       Chicago, Illinois 60606-6457
18       BY:  MS. SARAH J. KALEMERIS
19           MR. BENJAMIN T. HORTON
20       (312) 474-9570
21       skalemeris@marshallip.com
22
23   ALSO PRESENT:
24       Ms. Gill Stevenson, Games Workshop
25       Mr. Swav Kojro, Videographer
```

3

```
1                I N D E X
2
3    WITNESS                  EXAMINATION
4    MARTIN FOOTITT
5      BY MS. KALEMERIS              6
6
7
8              E X H I B I T S
9    NUMBER                        PAGE
10   Exhibit 1  GW Claim Chart for Newly Accused   92
11       Products - January 11, 2013
12   Exhibit 2  Summary of GW Designer References  101
13       Part II, Confidential
14   Exhibit 3  Drawings              102
15   Exhibit 4  July 13, 2000 E-mail Lizardmen WM  105
16   Exhibit 5  Drawings              107
17   Exhibit 6  Photos                111
18   Exhibit 7  Confidential (not made part of   119
19       record.)
20   Exhibit 8  Photos                120
21   Exhibit 9  June 9, 2009 email Grey Knights   127
22   Exhibit 10 January 15, 2010 email pedantic   131
23   Exhibit 11 Photos                133
24
25
```

4

```
1    EXHIBIT                       PAGE
2    Exhibit 12 Chapterhouse Photos          137
3    Exhibit 13 Photo                139
4    Exhibit 14 Chapterhouse Thunderstrike Missile  140
5        Rack with Targeting Array
```

5

1    THE VIDEOGRAPHER:  My name is Swav
2    Kojro of Veritext.  The date today is February 14,
3    2013, the time is approximately 9:06 a.m.  This
4    deposition is being held in the offices of Marshall
5    Gerstein Borun located at 233 South Wacker, Chicago,
6    Illinois.
7            The caption of this case is Games
8    Workshop Limited versus Chapterhouse Studios LLC, in
9    the United States District Court, Northern District
10   of Illinois, the Eastern Division.  The name of the
11   witness is Martin Footitt.
12           At this time the attorneys will
13   identify themselves and whom they present, then the
14   court reporter, Kathy Hendrix, of Veritext will
15   swear in the witness and we can proceed.
16      MS. KALEMERIS:  My name is Sarah
17   Kalemeris, I'm with Marshall Gerstein & Borun, and
18   we represent Chapterhouse Studios, the defendant.
19      MR. HORTON:  Ben Horton also with
20   Marshall Gerstein & Borun, Chapterhouse.
21      MR. KEENER:  Jason Keener of Foley &
22   Lardner representing plaintiff, Games Workshop.
23   Also with me is Gill Stevenson, Games Workshop.
24
25

6

1           (Witness duly sworn.)
2           MARTIN FOOTITT
3    called as a witness herein, having been first duly
4    sworn on oath, was examined and testified as
5    follows:
6           EXAMINATION
7    BY MS. KALEMERIS:
8      Q.   So my name is Sarah Kalemeris, I'm
9    with the law firm of Marshall Gerstein & Borun, and
10   we represent the defendant in this case,
11   Chapterhouse Studios LLC.
12           Could you please state and spell
13   your name for the court reporter.
14      A.   My name is Martin Footitt.
15   M-A-R-T-I-N, F-O-O-T-I-T-T.
16      Q.   And where do you live?
17      A.   My address?
18      Q.   Sure.
19      A.   12 Shaftesbury Avenue, Chesterfield.
20      Q.   Chesterfield?
21      A.   Yeah.
22      Q.   And are you currently employed?
23      A.   Yes.
24      Q.   And who is your employer?
25      A.   Games Workshop.

7

1      Q.   All right.  Is there a specific Games
2    Workshop company that you work with or is it Games
3    Workshop generally?
4      A.   It's just one, Games Workshop.
5      Q.   Okay.  And where is your employer
6    located?
7      A.   In Nottingham.
8      Q.   And do you hold any other positions
9    with Games Workshop other than as an employee?
10     A.   No.
11     Q.   And are you involved with any business
12   activities unrelated to your current employer, Games
13   Workshop?
14     A.   No.
15     Q.   Have you ever been deposed before?
16     A.   No.
17     Q.   Okay.  Do you understand that you are
18   testifying today under oath?
19     A.   I do.
20     Q.   So it's the same thing as if you were
21   in front of a judge in a courtroom and you're bound
22   to tell the truth as well as you know it?
23     A.   Yes.
24     Q.   Because the court reporter has to take
25   down everything that you say, please answer each

8

1    question audibly rather than shaking your head or --
2    or nodding your head and try not to say uh-huh or
3    uh-uh, try to say yes and no.
4           Does that make sense?
5      A.   Yes.
6      Q.   Also because the court reporter has to
7    take down everything I say, it's also important that
8    we don't talk over each other.  So if you can wait
9    until I finish my question to begin answering and
10   then I will try and wait until you're done answering
11   before I ask the next question.
12           Do you understand?
13     A.   Yeah.
14     Q.   Okay.  And if you need to take a break
15   during the deposition, this is your show, you are
16   more than welcome to tell us any time you need to
17   take a break.
18     A.   All right.
19     Q.   Okay.  I do ask, however, that if you
20   want to take a break and I've asked you a question,
21   you finish answering the question before we take
22   that break.  Do you agree to that?
23     A.   Yes.
24     Q.   Okay.  Is there any reason why you
25   think -- that you can think of that you wouldn't be

9

1  able to testify truthfully today?
2      A.   No.
3      Q.   Okay.  Are you taking any medications
4  that would impair your ability to testify truthfully
5  today?
6      A.   No.
7      Q.   Are you under the influence of alcohol
8  or any other substances that might impair your
9  ability to testify today?
10     A.   No.
11     Q.   Is it your understanding that
12 Mr. Jason Keener is representing you for the
13 purposes of this deposition today?
14     A.   Yes.
15     Q.   Is he your personal attorney?
16     A.   No.
17     Q.   There may be times during the
18 deposition when Mr. Keener makes objections to
19 questions that I ask.  You still have to answer each
20 of my questions unless you are instructed not to do
21 so by Mr. Keener.
22          Do you understand?
23     A.   Yes.
24     Q.   If you don't understand a question,
25 please say so and I will try to rephrase it.  Do you

10

1  agree to that?
2      A.   Okay.
3      Q.   If I ask a question, and you start to
4  answer, I will assume you understood my question.
5          Do you agree to that as well?
6      A.   Okay.
7      Q.   If I ask you a question but you don't
8  have the exact answer, if you have an estimate, then
9  I'm entitled to that estimate.  So, for example, if
10 I asked you when was the last time you got your hair
11 cut, you can't remember the exact day, but you can
12 remember that it was about three weeks ago, then you
13 can say three weeks.
14          Do you agree to that?
15     A.   Yep.
16     Q.   Okay.
17     A.   It was Sunday.
18     Q.   I'm sorry?
19     A.   It was Sunday.
20     Q.   Looks great.
21          Have you ever testified at trial
22 before?
23     A.   No.
24     Q.   Have you ever provided testimony as an
25 expert witness?

11

1      A.   No.
2      Q.   And have you ever been named as a
3  party in a lawsuit?
4      A.   Not.
5      Q.   Okay.  Great.
6          So let's talk about your
7  background a little bit.
8          Did you attend university?
9      A.   I did.
10     Q.   Where did you attend university?
11     A.   Loughborough University.
12          THE REPORTER:  Can you speak up just a
13 little.
14          THE WITNESS:  Yeah.  Loughborough
15 University.
16 BY MS. KALEMERIS:
17     Q.   And did you earn a degree from
18 Loughborough University?
19     A.   No.
20     Q.   How many years of coursework did you
21 finish?
22     A.   One.
23     Q.   And what was your program that you
24 were enrolled in?
25     A.   Product design and manufacturing.

12

1      Q.   Okay.  And so once you were finished
2  with your education, did you seek employment after
3  that?
4      A.   Yes.
5      Q.   And where were you employed -- were
6  you employed after that?
7      A.   Yes.
8      Q.   Where were you employed?
9      A.   Games Workshop.
10     Q.   Games Workshop.  So you went straight
11 from your education to Games Workshop?
12     A.   Probably a gap of a few months.
13     Q.   Okay.  And what was your position when
14 you started at Games Workshop?
15     A.   Figure painter.
16     Q.   Figure painter?
17     A.   Yes.
18     Q.   And what does that entail, being a
19 figure painter?
20     A.   Painting all figures for new releases.
21     Q.   By figure, do you mean the miniatures
22 that Games Workshop creates?
23     A.   Yes.
24     Q.   Okay.  And is that still your
25 position?

Footitt, Martin  2/14/2013  9:06:00 AM

13

1      A.   No.
2      Q.   What is your position now?
3      A.   The senior miniatures designers.
4      A.   Senior miniatures designer.
5           Did you have any other job titles
6   in between those two?
7      A.   Trainee miniature designer, and
8   miniature designer.
9      Q.   And when did you start working at
10  Games Workshop?
11     A.   September 1996.
12     Q.   The -- so that's when you become a
13  miniature painter, figure painter?
14     A.   Yes.
15     Q.   Okay.  And then when did you become a
16  trainee miniature designer?
17     A.   I think it was November 2001.
18     Q.   And then I'm sorry, what did you say
19  your next position was after that?
20     A.   It was from trainee to miniatures
21  designer.
22     Q.   Okay.  And when did you become a
23  miniatures designer?
24     A.   In June 2003.
25     Q.   And then your latest promotion was to

14

1   senior miniature designer.  When -- when was that?
2      A.   June of last year.
3      Q.   Congratulations.
4      A.   Thank you.
5      Q.   So would you consider yourself a fan
6   of science fiction?
7      A.   Yes.
8      Q.   Do -- do you have any favorite authors
9   or -- or -- let me back up.
10          What type of science fiction do
11  you enjoy in your spare time?
12     A.   Not -- not sure.  It's a wide -- wide
13  range.
14     Q.   Do you enjoy watching science fiction
15  movies?
16     A.   Yes.
17     Q.   Do you have any particular favorite
18  movies that you enjoy watching?
19     A.   Not really.
20     Q.   Do you have any favorite directors?
21     A.   No.
22     Q.   Have you seen the "Star Wars" films?
23     A.   Yes.
24     Q.   Just the first trilogy or -- or the
25  whole thing?

15

1      A.   I've seen them all.
2      Q.   You've seen them all?
3           How about the "Alien" movies?
4      A.   I'm not sure if I've seen them.
5      Q.   And are the "Predator" movies, are
6   those different?  I know there is "Alien versus
7   Predator."
8      A.   Yes, they are different.
9      Q.   They are different.
10          Do you enjoy those as well?
11     A.   Not really.
12     Q.   Okay.  Do you watch any science
13  fiction television shows?
14     A.   I have.
15          THE REPORTER:  I'm sorry?
16          THE WITNESS:  Yes.
17  BY MS. KALEMERIS:
18     Q.   Which shows do you watch?
19          MR. KEENER:  Objection.  Form.
20  BY MS. KALEMERIS:
21     Q.   Which science fiction television shows
22  do you watch?
23          MR. KEENER:  Same objection.
24  BY THE WITNESS:
25     A.   I'm not sure if there's any I'm

16

1   watching at the moment.
2      Q.   Have you ever seen "Star Trek"?
3      A.   Yes.
4      Q.   Do you ever read any science fiction
5   novels?
6      A.   Yes.
7      Q.   Do you have any particular novels
8   that -- that you have read?
9      A.   Can you rephrase the question?
10     Q.   What's the most recent science fiction
11  novel that you've read?
12     A.   I can't remember.
13     Q.   Do you have any particular authors
14  that you enjoy, science fiction authors?
15     A.   No.
16     Q.   Have you ever read any Heinlein?
17     A.   No.
18     Q.   Orson Scott Card?
19     A.   No.
20     Q.   Have you ever read any Tolkin?
21     A.   Yes.
22     Q.   I guess he's more of a fantasy author.
23  Are you a fantasy fan as well?
24          MR. KEENER:  Objection, form.
25

17

```
 1   BY MS. KALEMERIS:
 2        Q.   Are you a fan of fantasy novels?
 3        A.   Yes.
 4        Q.   Do you have any particular fantasy
 5   authors that you enjoy?
 6        A.   Tolkin.
 7        Q.   Are there others?
 8        A.   Robert Jordan.
 9        Q.   Do you enjoy fantasy movies?
10        A.   Yes.
11        Q.   Have you seen the "Lord of the Rings"
12   movies?
13        A.   Yes.
14        Q.   Any others?
15        A.   Yes.
16        Q.   Could you give me an example?
17        A.   "The Hobbit."
18        Q.   Are you a fan of historical fiction at
19   all?
20        A.   No.
21        Q.   Do you have any knowledge of military
22   history?
23        A.   Basic knowledge.
24        Q.   Are you a fan of gaming?
25             MR. KEENER:  Objection.  Form.
```

18

```
 1   BY THE WITNESS:
 2        A.   What type of gaming?
 3        Q.   For example, do you play video games?
 4        A.   Yes.
 5        Q.   What -- what type of video games do
 6   you play?
 7        A.   First person shooters.
 8        Q.   These first person shooting video
 9   games that you play, do they ever have a Sci-Fi
10   setting?
11        A.   Yes.
12        Q.   What type of Sci-Fi video games do you
13   play?
14        A.   I'm not playing any at the moment.
15        Q.   Which Sci-Fi first person shooters
16   have you played?
17        A.   Hala.
18             THE REPORTER:  What is it?
19             THE WITNESS:  Hala, H-A-L-A.
20   BY MS. KALEMERIS:
21        Q.   Have you played any others?
22        A.   I can't remember.
23        Q.   Do you play any first person shooters
24   that have a fantasy setting?
25        A.   No.
```

19

```
 1        Q.   Do you play any first person shooters
 2   that have a historical setting?
 3        A.   No.
 4        Q.   Do you play any role playing games or
 5   RPGs?
 6        A.   No.
 7        Q.   Do you ever play any tabletop games?
 8        A.   No.
 9        Q.   Do you play Warhammer?
10        A.   No.
11        Q.   Are you a consumer of Warhammer
12   figurines?
13        A.   I have bought them.
14        Q.   Do you ever play Warhammer 40,000?
15        A.   No.
16        Q.   Have you ever purchased any Warhammer
17   40,000 products?
18        A.   Yes.
19        Q.   Have you ever played "Dungeons and
20   Dragons"?
21        A.   No.
22        Q.   Do you know what Forge World is?
23        A.   Yes.
24        Q.   What is Forge World?
25        A.   It's a department within Games
```

20

```
 1   Workshop that makes resin products.
 2             THE REPORTER:  That makes what kind?
 3             THE WITNESS:  Resin.
 4             THE REPORTER:  Resin?  Thank you.
 5   BY MS. KALEMERIS:
 6        Q.   Do your responsibilities at Games
 7   Workshop as an employee ever -- ever -- I'll back
 8   up.
 9             Within your capacity as an
10   employee at Games Workshop, do you ever work with
11   Forge World?
12        A.   I have done.
13        Q.   Do you ever do any freelance work?
14        A.   Yes.
15        Q.   What type of freelance work have you
16   done?
17        A.   I've done some freelance work for
18   Games Workshop.
19        Q.   Was that freelance work that you did
20   for Games Workshop before you were an employee at
21   Games Workshop?
22        A.   No.
23        Q.   So you were doing work for Games
24   Workshop outside of your capacity as an employee?
25        A.   Yes, in my own time.
```

21

1    Q.   What type of work was that freelance
2    work that you did for Games Workshop?
3    A.   Sculpting.
4    Q.   What were you sculpting?
5    A.   The specific model?
6    Q.   If you know it.
7    A.   It's called a White King.
8    Q.   Was the White King for use in the
9    Warhammer games?
10   A.   Yes.
11   Q.   Has the White King product been
12   released?
13   A.   Yes.
14   Q.   When were you doing this freelance
15   work for Games Workshop?
16   A.   I can't remember the exact date.
17   Q.   That's fine.  If you can give me an
18   estimate.  Six months ago, a year ago?
19   A.   Two years.
20   Q.   Two years ago.
21        So approximately February of 2011?
22   A.   Approximately.
23   Q.   Okay.  You mentioned that when you
24   started with Games Workshop in 1996 you were a
25   figure painter?

22

1    A.   Yes.
2    Q.   What were your job responsibilities as
3    a figure painter?
4    A.   To paint whatever I was asked to
5    paint.
6    Q.   That's pretty intuitive.
7        Were you ever given instructions
8    as to how to paint the figures?
9    A.   Sometimes.
10   Q.   And sometimes you were able to paint
11   them however you felt?
12   A.   Within reason.
13   Q.   When you were given instructions as to
14   how to paint figures, were those instructions given
15   to you -- how were those instructions given to you?
16   A.   Verbally.
17   Q.   Verbally as in they were spoken?  Or
18   verbally as in they were words written down?
19        MR. KEENER:  Objection.  Form.
20   BY MS. KALEMERIS:
21   Q.   Did you answer?
22   A.   Spoken.
23   Q.   Do you know what the figures that were
24   painting were used for?
25   A.   For promotional aspects.

23

1    Q.   Who would give you instructions as to
2    how to paint the figures?
3    A.   My supervisor or manager.
4    Q.   And who was your supervisor?
5    A.   I had several supervisors.
6    Q.   How many supervisors did you have?
7    A.   I can't remember.
8    Q.   Was it five?
9    A.   It possibly was five.
10   Q.   Was it more than five?
11   A.   No.
12   Q.   Was it three?
13   A.   I can't remember.
14   Q.   Can you give me an estimate?
15   A.   Approximately three.
16   Q.   Okay.  Where did you work when you
17   were a figure painter?
18   A.   Within the design studio.
19   Q.   Where is the design studio?
20   A.   At Games Workshop head office.
21   Q.   Were there other figure painters in
22   the design studio?
23   A.   Yes.
24   Q.   How many of them?
25        MR. KEENER:  Objection.  Form.

24

1    BY MS. KALEMERIS:
2    Q.   How many other figure painters were
3    there at the time you were a figure painter?
4    A.   It varied.
5    Q.   Can you give me an estimate?
6    A.   I think the most we had was 12.
7    Q.   Did you have any other
8    responsibilities as a figure painter?
9    A.   No.
10   Q.   So when you were able to paint the
11   figures as you wanted, did you understand that those
12   figures were also used for promotional aspects?
13   A.   Yes.
14   Q.   Were there any other reasons why the
15   figures that you painted would be used?
16        MR. KEENER:  Objection.  Form.
17   BY THE WITNESS:
18   A.   Not that I can think of.
19   Q.   So then you became a trainee designer
20   in 2001 approximately?
21   A.   Yes.
22   Q.   What were your job responsibilities as
23   a trainee designer?
24   A.   To -- to learn how to sculpt.
25   Q.   How did you learn how to sculpt?

25

1    A.    Practice.
2    Q.    Did you have any supervisors when you
3 were a trainee designer?
4    A.    Yes.
5    Q.    And did you receive instructions from
6 those managers as to how to sculpt the figures?
7    A.    Yes.
8    Q.    When you were given instructions by
9 those managers, were they written instructions?
10    A.    No.
11    Q.    Did you receive any orientation
12 material when you became a trainee designer?
13    A.    I can't remember.
14    Q.    Did you have any responsibilities
15 beyond learning to sculpt as a trainee designer?
16    A.    No.
17    Q.    What type of figures did you sculpt as
18 a trainee designer?
19    A.    Figures for Warhammer and Warhammer
20 40,000.
21    Q.    Did you sculpt any Space Marines when
22 you were a trainee designer?
23    A.    No.
24    Q.    Did you sculpt any Lizardmen when you
25 were a trainee designer?

26

1    A.    No.
2    Q.    Can I give me an example of a figure
3 that you sculpted when you were a trainee designer?
4    A.    Human.
5    Q.    And after you were a trainee designer
6 you became a miniatures designer in 2003?
7    A.    Yes.
8    Q.    What were your job responsibilities as
9 a miniatures designer?
10    A.    To make the best figures I could.
11    Q.    How did you decide which figures to
12 make?
13    A.    I was told.
14    Q.    Who told you which figures to make?
15    A.    My manager.
16    Q.    And who is your manager?
17    A.    Back then it was Owen Branham.
18    THE REPORTER:  Owen?
19    THE WITNESS:  Owen, O-W-E-N.
20    THE REPORTER:  Oh.
21    THE WITNESS:  And Branham,
22 B-R-A-N-H-A-M.
23    THE REPORTER:  Thank you.
24 BY MS. KALEMERIS:
25    Q.    Was he your only supervisor or

27

1 manager?
2    MR. KEENER:  Objection.  Form.
3 BY THE WITNESS:
4    A.    I've had other managers.
5    Q.    When your manager told you what
6 figures to make, were those instructions given
7 orally or were they written?
8    A.    Mostly orally.
9    Q.    But there were some written
10 instructions given?
11    A.    There have been some.
12    Q.    Did you work on a particular type of
13 figure when you were a miniatures designer?
14    A.    No.
15    Q.    So you didn't specialize as to a
16 particular type of figure?
17    A.    No.
18    Q.    When you were a miniatures designer
19 did you ever have meetings?
20    A.    Yes.
21    Q.    Did you ever take notes during those
22 meetings?
23    A.    I can't remember.
24    Q.    But you might have?
25    A.    I might have.

28

1    Q.    Do you know if others took notes
2 during those meetings?
3    A.    I don't know.
4    Q.    Did anyone ever hand out -- sorry.
5    Did you ever receive any handouts
6 during those meetings?
7    A.    Probably.
8    Q.    Did you ever use computers in your
9 work as a miniatures designer?
10    A.    Yes.
11    Q.    What did you use computers for in your
12 work as a miniatures designer?
13    A.    Sculpting.
14    Q.    How did you use computers to sculpt as
15 a miniatures designer?
16    A.    With a sculpting program.
17    Q.    What was that program?
18    A.    Free Form.
19    Q.    Did you ever use any other programs?
20    A.    No.
21    Q.    How did you use Free Form to sculpt?
22    A.    It's kind of a general question.  How
23 specific do you want to be?
24    Q.    I've never used the software.  Could
25 you walk me through how it -- how it works?

29

1    MR. KEENER: Objection.  Form.

2  BY THE WITNESS:

3    A.    It's pretty hard to describe verbally.

4  I'm not sure how well I can do to describe how to

5  sculpt.

6    Q.    Can you give me a step-by-step?  Turn

7  on the computer, you load into the software.  And

8  then what happens?

9    MR. KEENER: Objection.  Form.

10  BY THE WITNESS:

11    A.    You can sculpt models from scratch on

12  the computer.

13    Q.    Does the software use 3D printing?

14    A.    Not the software.

15    Q.    So it's primarily for design?

16    A.    Yes.

17    Q.    And then you would take the design

18  that you created in Free Form and use that to

19  physically sculpt?

20    A.    You can do.

21    Q.    What are other ways of sculpting from

22  the product of Free Form?

23    A.    Once you've sculpted something on the

24  software, it could be used to tool the -- molds.

25    Q.    I am sorry.  What did you say?

30

1    THE REPORTER:  To what the molds?

2  BY THE WITNESS:

3    A.    Tool the molds, make molds.

4    Q.    I'm not sure I understand.

5    So the software will do the

6  sculpting for you?

7    A.    No.

8    Q.    I'm sorry.  I'm just not quite getting

9  it.

10    What is the product when you are

11  finished sculpting on Free Form?  What do you have

12  at the end of that?

13    A.    A digital file.

14    Q.    You have a digital file that shows?

15    MR. KEENER: Objection.  Form.

16  BY MS. KALEMERIS:

17    Q.    What does that digital file show?

18    A.    A -- a 3D object.

19    Q.    Okay.  So you can create a

20  3-dimensional object in Free Form, and then you can

21  use that digital file that created that 3D object to

22  sculpt by hand?

23    A.    No.

24    Q.    So how do you use the digital file

25  that you get from Free Form?

31

1    A.    The digital file can be printed (ph)

2  or it can be used to -- by our tooling department.

3    Q.    And what does the tooling department

4  do?

5    A.    They make molds, master molds.

6    Q.    So the tooling department might use

7  the digital file from Free Form to make a mold

8  rather than sculpting?

9    A.    Yes.

10    Q.    What happens to the digital file when

11  you've completed it?

12    A.    I hand it over to tooling.

13    Q.    Do you know if it's saved anywhere?

14    A.    Yes.

15    Q.    Where is it saved?

16    A.    On my desktop and on the server.

17    Q.    What is the server?

18    A.    It's where we can back up our work.

19    Q.    All right.  And then last year you

20  became a senior miniatures designer?

21    A.    Yes.

22    Q.    What were your job -- or what are your

23  job responsibilities now as a senior miniatures

24  designer?

25    A.    To help train other sculptors.

32

1    Q.    Do you still design miniatures as

2  well?

3    A.    Yes.

4    Q.    How do you train other sculptors?

5    A.    Help them -- help them to learn by my

6  experience.

7    Q.    So when you help them to learn by your

8  experience, are you giving them instructions?

9    A.    I'm giving them feedback.

10    Q.    What else do you do when you help them

11  to learn by your experiences?

12    A.    I think that's -- just by giving

13  feedback.

14    Q.    What does that mean, "giving

15  feedback"?

16    A.    Advising them on ways that you can --

17  they can sculpt.

18    Q.    How do you advise them?

19    A.    By giving feedback.

20    Q.    Can you give me an example of some

21  feedback that you've given to a trainee designer?

22    A.    Not off the top of my head.

23    Q.    Do you ever use e-mail in your work as

24  a senior miniatures designer?

25    A.    Yes.

33

1     Q.   How do you use e-mail in your work as
2  a senior miniatures designer?
3     A.   To e-mail people.
4     Q.   Why do you e-mail people?
5     A.   Meeting requests.
6     Q.   Any other reasons?
7     A.   To share information.
8     Q.   What type of information do you share?
9     A.   It varies.
10    Q.   Can you give me an example of the type
11 of information you would share?
12    A.   Dates as to when I will finish my
13 work.
14    Q.   Can you give me another example?
15    A.   Sending information to a department.
16    Q.   What type of information would you
17 send to other departments?
18    A.   A -- a frame layout.
19    Q.   I'm sorry?
20    A.   A frame layout.
21    Q.   And what's a frame layout?
22    A.   It's the diagram showing all the parts
23 from a kit.
24    Q.   What other information would you share
25 with other departments?

34

1     A.   Not sure.
2     Q.   Do other people e-mail you at work?
3     A.   Yes.
4     Q.   Why do they e-mail you at work?
5     MR. KEENER:  Objection.  Form.
6  BY THE WITNESS:
7     A.   Could be for any number of reasons.
8     Q.   Do they ever share information with
9  you via e-mail at work?
10    A.   Yes.
11    Q.   What type of information do they
12 share?
13    A.   Could be the weekly menu.
14    Q.   Do they ever share instructions with
15 you as to how to sculpt, by e-mail?
16    A.   Yes.
17    Q.   Does anyone ever send you photos to
18 your e-mail?
19    A.   Yes.
20    Q.   What type of photos do they send you?
21    A.   Could be a work in progress.
22    Q.   Do you ever respond when people send
23 you photos to your e-mail?
24    A.   If it needs a response.
25    Q.   What type of response do you provide?

35

1     MR. KEENER:  Objection.  Form.
2  BY THE WITNESS:
3     A.   Depends.
4     Q.   Do you ever provide feedback?
5     A.   Yes.
6     Q.   Do you ever ask other people for
7  suggestions via e-mail?
8     A.   Yes.
9     Q.   How many e-mails do you estimate that
10 you send per day?
11    A.   Not sure.
12    Q.   Could you give me an estimate?
13    A.   An average per day, it could just be
14 one.
15    Q.   Could just be one?
16    A.   Yeah.
17    Q.   But some days it could be more?
18    A.   Yeah.
19    Q.   Can you estimate the most e-mails
20 you've received in a single day?
21    A.   No.
22    Q.   Is it more than ten?
23    A.   Yeah.
24    Q.   More than 20?
25    A.   I don't know.

36

1     Q.   Less than 100?
2     A.   Yes.
3     Q.   Less than 50?
4     A.   Yeah.
5     Q.   So somewhere between 10 and 50?
6     A.   Yeah.
7     Q.   Do you have your own designated
8  computer at work for your own use?
9     A.   Yeah.
10    Q.   What do you use your computer for at
11 work?
12    A.   Sculpting.
13    Q.   Anything else?
14    A.   Checking e-mail.
15    Q.   Anything else?
16    A.   Using internet.
17    Q.   How do you use the internet at work?
18    A.   Check my private e-mail.
19    Q.   Anything else?
20    A.   Online banking.
21    Q.   Do you ever use the internet to search
22 for resources to aid you in your sculpting?
23    A.   What do you mean by "resources"?
24    Q.   Do you ever search the internet to
25 find pictures of things to help when you're

37

1    sculpting?

2         A.   I wouldn't use those words, but --

3         Q.   What words would you use?

4         A.   I'm not sure.

5         Q.   But you wouldn't use my words?

6         A.   No.

7         Q.   So you're not sure of what words you

8    would use to describe your internet use at work?

9         A.   No.

10        Q.   Is there a problem with the words that

11   I'm using?

12             MR. KEENER:  Objection.  Form.

13   BY MS. KALEMERIS:

14        Q.   What -- what troubles you about the

15   words that I'm using?

16        A.   That's not how I would phrase it.

17        Q.   Which part of it would you not use?

18        A.   I can't remember how you said it now.

19             MS. KALEMERIS:  Could you read that

20   back for him?

21             (Whereupon, record was read as

22             requested.)

23   BY THE WITNESS:

24        A.   I suppose it's the "help" part.

25        Q.   Well, what word would you use instead

38

1    of help?

2         A.   I'm not sure.

3         Q.   So how would you phrase what internet

4    searching you use in your capacity as a miniatures

5    designer?

6              MR. KEENER:  Objection.  Form.

7    BY THE WITNESS:

8         A.   I'm not sure.

9         Q.   Do you ever use your internet browser

10   to search for images?

11        A.   Yes.

12        Q.   Do you ever use those images in your

13   work as a senior miniatures designer?

14        A.   How do you mean "use"?

15        Q.   Do you ever reference those images in

16   your work as a miniatures designer?

17        A.   They might be useful for some things.

18        Q.   Why are you searching for images in

19   your work as a miniatures designer?

20        A.   For some like real life reference.

21        Q.   What types of images have you searched

22   for in your -- in your -- excuse me.

23             What type of images have you

24   searched for in your work as a miniatures designer?

25        A.   I think I've searched for lizards.

39

1         Q.   Anything else?

2         A.   Probably.

3         Q.   Any other examples?

4         A.   I can't think of any.

5         Q.   Can you tell me what a White Man -- or

6    White King is?

7         A.   It's Undead character.

8              THE REPORTER:  It's a what character?

9              THE WITNESS:  Undead.  U-N-D-E-A-D.

10             THE REPORTER:  Oh.  Thank you.

11   BY MS. KALEMERIS:

12        Q.   Is the White King part of any other

13   larger group within Warhammer or Warhammer 40K?

14        A.   Yes.

15        Q.   Which group is it part of?

16        A.   The Vampire Count's Army.

17        Q.   I'm sorry.  Could you say that again?

18        A.   Vampire Count.

19        Q.   Is the White King associated with --

20   or which -- excuse me.  Which game is the White King

21   associated with?

22        A.   Warhammer battles.

23        Q.   Can you describe the setting of the

24   Warhammer game for me?

25        A.   Yes.

40

1         Q.   Would you do that?

2         A.   It's quite a broad subject.  It's set

3    on a fantasy world.

4         Q.   What does that mean, "fantasy world"?

5         A.   It's not modern day, it's not -- not

6    science fiction.

7         Q.   So if it's not modern day and it's not

8    science fiction, what is it?

9         A.   Fantasy.

10        Q.   And what is fantasy?

11             MR. KEENER:  Objection.  Form.

12   BY THE WITNESS:

13        A.   Anything you want it to be.

14        Q.   What is fantasy within the world of

15   Warhammer?

16        A.   I'm not sure what you're getting at.

17        Q.   What type of characters exist in the

18   world of Warhammer?

19        A.   You've got various armies.

20        Q.   What are those armies?

21        A.   Do you want a list of all of them?

22        Q.   As many as you got.

23        A.   There's The Empire, Brettanians,

24   Vampire Count, Tomb Kings, Dwarfs, High Elves, Wood

25   Elves, Dark Elves, and Warriors of Chaos, Beasts of

41

```
1     Chaos, Daemons.
2           How many is that?
3           MS. STEVENSON:  11.
4           THE WITNESS:  That's quite enough.
5     BY MS. KALEMERIS:
6        Q.   Are there Lizardmen?
7        A.   Yes.
8        Q.   So the Daemons, are those some of the
9     Undead characters that you mentioned earlier?
10       A.   No.
11       Q.   Which are the Undead characters?
12       A.   You have Vampire Counts, and Tomb
13    Kings are Undead as well.
14       Q.   So what category do the dwarfs -- is
15    there a category that encompasses dwarfs?
16       A.   Where do these groups exist in the
17       Q.   Where do these groups exist in the
18    game of Warhammer?
19           MR. KEENER:  Objection.  Form.
20    BY THE WITNESS:
21       A.   What do you mean by where do they
22    exist?
23       Q.   Is there a particular land that they
24    exist in?
25       A.   They have their own realms.
```

42

```
1        Q.   How many realms are there?
2        A.   I guess at least one for each army.
3        Q.   What is a realm?
4        A.   A kingdom.
5        Q.   When you say "kingdom," what kind of
6     kingdom are you referring to?
7            MR. KEENER:  Objection.  Form.
8     BY THE WITNESS:
9        A.   Just the lands that they inhabit.
10       Q.   Are they set in any specific point in
11    time?
12       A.   No.
13       Q.   So how does Warhammer differ from
14    Warhammer 40,000?
15       A.   War -- Warhammer 40,000 is set in a
16    vast universe with billions of planets.
17       Q.   What types of planets are in Warhammer
18    40,000?
19       A.   I'm sure there are as many as you can
20    imagine; different types.
21       Q.   Are there any particular planets?
22       A.   Yes.
23       Q.   Could you give me a couple of
24    examples?
25       A.   You want their names?
```

43

```
1        Q.   If you could describe them, that would
2     be great.
3        A.   Describe the actual plant?
4        Q.   Give me a name, and then describe the
5     planet.
6        A.   There is a planet called Cadia where
7     the Cadian Imperial Guard come from.
8        Q.   Are there any features that
9     distinguish Cadia from other planets?
10       A.   I don't know.  Probably.
11       Q.   Can you give me an example of another
12    planet?
13       A.   Ultramine (ph).
14       Q.   And what is that planet?
15       A.   It's where the Ultramarine Space
16    Marines are from, or their base.
17       Q.   Can you give me an example of a
18    difference between Cadia and Ultramine?
19       A.   The actual planet?
20       Q.   Yes.
21       A.   I don't know.  It's not my area.
22       Q.   So the Cadian Imperial Guard is
23    different from the Ultramarine spacemen?
24       A.   Yes.
25       Q.   What distinguishes one from the other?
```

44

```
1        A.   The Cadian Imperial Guard is -- are
2     the dog soldiers.  And the Ultramarine Space Marines
3     are elite super humanoids.
4        Q.   So would it be fair to characterize
5     Warhammer 40,000 as science fiction?
6        A.   Yes.
7        Q.   What does science fiction mean to you?
8        A.   High technology.
9        Q.   Is there anything else that Sci-Fi
10    encompasses?
11       A.   Yeah.
12       Q.   Can you give us some examples?
13       A.   Aliens.
14       Q.   Can you give me another example?
15       A.   I am sure there are, but I can't think
16    of any right now.
17       Q.   Would you consider Sci-Fi to encompass
18    space travel?
19       A.   Could do.
20       Q.   What does fantasy mean to you?
21       A.   Could be imagined.
22       Q.   Anything else?
23       A.   Monsters.
24       Q.   Anything else?
25       A.   Not sure.
```

45

1    Q.   So we talked about your computer use
2  at Games Workshop.  Do you ever seek out any other
3  resources in your work as a miniatures designer?
4    Q.   What do you mean by "seek out
5  resource"?
6    Q.   Do you ever look for images in places
7  other than the internet?
8    A.   Using my computer?
9    Q.   Or any other resources that you might
10  find.
11    A.   Look in army books.
12    Q.   What type of army books do you look
13  in?
14    A.   Books for Warhammer and Warhammer
15  40,000.
16    Q.   Any other army books?
17    A.   The Lord of the Rings army books.
18    Q.   Any others?
19    A.   No.
20    Q.   Where are the army books that you look
21  in?
22    A.   I have some on my desk.
23    Q.   Are there any books anywhere else that
24  you reference?
25    A.   Yes.

46

1    Q.   Where are those books?
2    A.   On a bookcase.
3    Q.   Your bookcase?
4    A.   No.
5    Q.   Whose bookcase?
6    A.   The department.
7    Q.   Which department?
8    A.   Miniature designers.
9    Q.   Do other departments have bookcases?
10    A.   Yes.
11    MR. KEENER:  If now is a good time,
12  it's about an hour that we've been going.  Is now a
13  good time for a break?
14    MS. KALEMERIS:  Sure.
15    THE VIDEOGRAPHER:  Off the record at
16  10:20 a.m.
17    (Whereupon, a short break taken.)
18    THE VIDEOGRAPHER:  On the record,
19  10:28 a.m.
20  BY MS. KALEMERIS:
21    Q.   So when we were last -- or when we
22  left off, you mentioned that you had a bookshelf in
23  your office.
24    A.   Yes.
25    Q.   Can you tell me what books are on that

47

1  shelf?
2    A.   40K books, Warhammer books, Noreen's
3  (ph) books, catalogs, possibly some Black Library
4  books I would be guessing.
5    Q.   Are there any other books on your --
6  on your bookshelf?
7    A.   No.
8    Q.   Are there any magazines on your
9  bookshelf?
10    A.   Yeah, I think there is.
11    Q.   What magazines on your bookshelf?
12    A.   Some modeling magazines.
13    Q.   What type of modeling magazines?
14    A.   I think historical vehicles.
15    Q.   Do you know the title of those
16  magazines?
17    A.   I can't remember.
18    Q.   Are those magazines associated with
19  Warhammer or Warhammer 40K?
20    A.   No.
21    Q.   So they are independent magazines from
22  Games Workshop?
23    A.   No.
24    Q.   So they are affiliated with Games
25  Workshop?

48

1    A.   No.
2    Q.   They are not.
3    What else is on your bookshelf?
4    A.   Folders.
5    Q.   What's in those folders?
6    A.   Work relating to my products.
7    Q.   What the type of documents do you keep
8  in those folders?
9    A.   Any sketch I've done, any frame
10  layouts, anything relevant to the project.
11    Q.   What are other types of documents that
12  would be relevant to the project?
13    A.   Any -- any notes, photocopying that
14  I've done, parts lists.
15    Q.   I'm sorry.  What did you say?
16    A.   Parts lists.
17    Q.   What is a parts list?
18    A.   A list of all the parts on the kit.
19    Q.   What is a kit?
20    A.   A plastic kit.
21    Q.   I'm sorry?
22    A.   Plastic kit.
23    Q.   What -- what -- I'm sorry.  I'm
24  unfamiliar.
25    What is the plastic kit?

49

1    A.   I mostly work on plastics, models that
2    are made in plastic.
3    Q.   So what type of models are made in
4    plastic?
5    A.   Most of them.
6    Q.   What other types of materials would
7    one use to make models?
8    A.   Resin or metal.
9    Q.   Okay.  So in those folders you have
10   your notes, you have sketches, you have things that
11   you photocopied.  What else would be in those
12   folders?
13   A.   Possibly information relating to
14   tooling.
15   Q.   What's tooling?
16   A.   Tooling is the department that I hand
17   my work over to when I'm finished.
18   Q.   And what does the tooling department
19   do?
20   A.   They tool the mold, or cut the molds
21   that manufacture the kit.
22   Q.   Anything else in those folders?
23   A.   Possibly.  I can't -- can't remember.
24   Q.   So you -- you have the notes, the
25   photocopying, the documents for the tooling

50

1    department, sketches.  And -- and that's all you can
2    think of that would be in the folders?
3         MR. KEENER:  Objection.  Misstates
4    prior testimony.
5    BY THE WITNESS:
6    A.   To keep whatever was relevant to that
7    project.
8    Q.   So what other kinds of things would be
9    relevant to the project?
10   A.   Like I say, I can only think of those
11   at the moment.
12   Q.   So you were talking about some
13   magazines that you have.  And you said that those
14   were unrelated to Games Workshop.  Does that mean
15   that they were produced by another company?
16   A.   No, not Games Workshop.
17   Q.   So what are they?
18   A.   I'm not sure who produces them.
19   Q.   Do you know the title?
20   A.   I can't remember.
21   Q.   Can you tell me what's in those
22   magazines?
23   A.   It's like construction or painting
24   articles relating to miniature kits.
25   Q.   Are there any other kind of magazines

51

1    that you have on your bookshelf?
2    A.   No.
3    Q.   So you just have the magazines that
4    are related to the construction and painting of
5    military kits?
6    A.   Yes.
7    Q.   That's the only kind of magazines that
8    you have on your bookshelf?
9    A.   Yep.
10   Q.   Okay.  So we talked about the books
11   that you have on your bookshelf.  You mentioned that
12   you have a number of Warhammer and Warhammer 40K
13   books.
14        Can you tell me what books those
15   are?
16   A.   I can't remember all of them.  It will
17   be army books.  They are our armies.  That's the
18   main Warhammer books.
19   Q.   Which armies can you remember you have
20   books for?
21   A.   Space Marines, Blood Angels,
22   Assassins.  I think I've got several different
23   versions of Space Marine army books.
24   Q.   So you mentioned Space Marines, Blood
25   Angels, and Assassins.

52

1         Are there any other army books
2    that you have?
3    A.   Yeah.
4    Q.   What are those?
5    A.   I can't remember them all.
6    Q.   Nothing comes to mind right now?
7    A.   No.
8    Q.   So those are the only ones that you
9    can remember?
10   A.   Yeah.
11   Q.   You mentioned another type of -- of
12   book.
13   A.   There's the main rule book -- rule
14   books.
15   Q.   Was that pleural?
16   A.   Yes.
17   Q.   How many of those books do you have on
18   your shelf?
19   A.   I think eight.  Could be more.
20   Q.   What are the titles of those books?
21   A.   I'm not sure of the exact title, but
22   it -- it's something like Warhammer 40,000 rule
23   book.
24   Q.   And you have eight Warhammer 40,000
25   rule books?

53

1    A.    No.  I think one might be Warhammer
2  40,000, and I might have three or four that are
3  Warhammer.
4    Q.    What's in those rule books?
5    A.    The core rules of how to play those
6  game systems, some background information, and hobby
7  aspects.
8    Q.    And what type of background
9  information is in the books?
10    A.    It would be brief descriptions of the
11  various races.
12    Q.    For example, what kind of back --
13  background information would they have on -- on one
14  of the races?
15    A.    Like a bit of their history or what --
16  what that army plays like.
17    Q.    Would do you mean by "what that army
18  plays like"?
19    A.    Each army generally has its own play
20  style.
21    Q.    Can you give me an example of a play
22  style?
23    A.    Dwarfs are typically a defensive army.
24    Q.    Would does that mean, to be a
25  defensive army?

54

1    A.    They generally stay still and defend,
2  and not attack.
3    Q.    How do they defend?
4    A.    I don't play the game, so just a bit
5  of knowledge only.
6    Q.    And you have the rule book on your
7  shelf so I thought maybe you --
8        MR. KEENER:  Objection.  Form.
9  BY MS. KALEMERIS:
10    Q.    You can't give me any -- any kind of
11  example of how they would defend?
12    A.    They have a lot of opportunity in
13  their army to sit back and shoot.
14    Q.    Okay.  So you mentioned that they'll
15  have the background on the different races.  Can you
16  tell me a little bit about what background
17  information they provide?
18    A.    It's been a while since I've read it.
19    Q.    So you don't remember any kind of
20  background information on any of the races?
21    A.    Not how it's in the book.
22    Q.    So you mentioned that you have the
23  rule books for Warhammer and Warhammer 40K.
24    A.    Yep.
25    Q.    You mentioned that you have army books

55

1  for the Space Marines, the Blood Angels, and the
2  Assassins.
3    A.    Uh-huh.
4    Q.    Do you have any other books on your
5  bookshelf?
6        MR. KEENER:  Objection.  Asked and
7  answered.
8  BY THE WITNESS:
9    A.    Yes.
10    Q.    What other books do you have on your
11  bookshelf?
12    A.    Warhammer army books, Lord of the
13  Rings books.
14    Q.    Which Lord of the Rings books do you
15  have?
16    A.    I think it's the three books that go
17  with the three films.
18    Q.    Do you remember the title of those
19  books?
20    A.    Not exactly.  I'm not sure.  I think
21  they are the same as the film titles.
22    Q.    So other than the Warhammer and the
23  Lord of the Rings books, do you have any other books
24  on your bookshelf?
25    A.    The 40K one.

56

1    Q.    Sorry.
2        So you have Warhammer, Warhammer
3  40K, and Lord of the Rings books on your bookshelf?
4    A.    Yes.
5    Q.    And that's it?
6        MR. KEENER:  Objection.  Misstates
7  prior testimony.
8  BY MS. KALEMERIS:
9    Q.    Those are the only books you have on
10  your bookshelf?
11        MR. KEENER:  Same objection.
12  BY THE WITNESS:
13    A.    Yes.
14    Q.    So we talked about the magazines, and
15  the books, and the folders on your bookshelf.  Is
16  there anything else on your bookshelf?
17    A.    Yes.
18    Q.    What else?
19    A.    Well, they are not books.  Figures on
20  the bookshelf.
21    Q.    You have figures on your bookshelf?
22    A.    Yes.
23    Q.    What type of figures do you have on
24  your bookshelf?
25    A.    I've got some figures I painted.

57

1    Q.   Any others?
2    A.   Yes.
3    Q.   What other figures do you have on your
4    bookshelf?
5    A.   Some plastic frames.
6    Q.   Are those the same type of frames that
7    you were mentioning -- are those the frames in which
8    the plastic pieces come for the kits or am I
9    misremembering that?
10   A.   Yes.
11   Q.   Yes, those are the plastic frames that
12   the kits come with?
13   A.   Yes.
14   Q.   Okay.  Do you have any figures that
15   someone else painted?
16   A.   No.
17   Q.   Do you have any unpainted figures?
18   A.   Yes.
19   Q.   So there are unpainted figures on your
20   bookshelf as well?
21   A.   Yes.
22   Q.   What type of figures are they?
23        MR. KEENER:  Objection.  Form.
24   BY THE WITNESS:
25   A.   Warhammer figures.

58

1    Q.   So you have Warhammer figures on your
2    bookshelf, and that's the only type of figures that
3    you have on your bookshelf?
4    A.   Yes.
5    Q.   You don't have any Warhammer 40K
6    figures on your bookshelf?
7    A.   Not unpainted.
8    Q.   Not unpainted, did you say?
9    A.   Yeah.
10   Q.   So you have Warhammer 40K figures on
11   your bookshelf that are painted?
12   A.   Yes.
13   Q.   Okay.  Let's -- let's stop
14   distinguishing between the painted and unpainted
15   figures.  Sorry.
16        Do you mind just revisiting what
17   type of figures do you have on your bookshelf?
18   A.   Warhammer and Warhammer 40K painted
19   and unpainted.
20   Q.   So the only figures on your bookshelf
21   are Warhammer related --
22   A.   Yes.
23   Q.   -- or Warhammer 40K related figures?
24        Did you sculpt these figures?
25   A.   Some of them.

59

1    Q.   And some you -- someone else sculpted?
2    A.   Yes.
3    Q.   The ones that you -- on your bookshelf
4    that you painted, are those from a time when you
5    were a miniatures painter, or did you do those
6    another time?
7        MR. KEENER:  Objection.  Form.
8    BY THE WITNESS:
9    A.   Not when I was a miniature painter.
10   Q.   So that's been since you were a
11   miniatures painter?
12   A.   Yes.
13   Q.   So which figures that you sculpted do
14   you have on your bookshelf?
15   A.   Some Brettanians, Grey Knight.
16        The -- did you say painted or
17   unpainted?
18   Q.   It doesn't matter.
19   A.   Yeah.  I have some plastic frames from
20   another kit that I've sculpted.
21   Q.   And so you also have figures on your
22   bookshelf that you did not sculpt?
23   A.   Yes.
24   Q.   What figures are those?
25   A.   Some Orks, Eldar --

60

1        THE REPORTER:  Some what?  Orks?
2        THE WITNESS:  Orks, O-R-K-S.
3        THE REPORTER:  Oh, okay.
4        THE WITNESS:  And some Eldar,
5    E-L-D-A-R.
6    BY THE WITNESS:
7    A.   I can't think of any others.
8    Q.   So the figures on your bookshelf are
9    Brettanians, Grey Knights, a new upcoming product,
10   some Ork, and some Eldar?
11   A.   And a High Elf.
12   Q.   I'm sorry.
13   A.   A High Elf.
14   Q.   A High Elf.  That's a lot of real
15   estate.
16        So on your bookshelf, which is
17   becoming very full, you have -- you have figures,
18   you have some books, you have magazines, and you
19   have notes, folders.
20        Do you have anything else on your
21   bookshelf?
22   A.   Yes.
23   Q.   What else?
24   A.   A statue.
25   Q.   What is the statue of?

61

1    A.    It's a Griffon on a plank.
2    Q.    On a -- I'm sorry.
3    A.    On a plank, like a stand.
4    Q.    Oh, okay.  Like a -- a statute stand?
5    A.    A base.
6    Q.    A base, okay.
7          About how big is that statue?  And
8    keep in mind the court reporter can't --
9    A.    Maybe 10 inches wide by 8 inches high.
10   Q.    Okay.  Did you -- did you sculpt that
11   statue?
12   A.    No.
13   Q.    All right.  So other than the figures,
14   the statue, the books, the magazines, and the notes,
15   is there anything else on your bookshelf?
16   A.    Yes.
17   Q.    What is that?
18   A.    A globe.
19   Q.    A globe.
20         Can you describe the globe for me?
21   A.    A small revolving globe of the world
22   with the countries it's made of.
23   Q.    Is it like a realistic globe or is it
24   stylized in any way or --
25         MR. KEENER:  Objection.  Form.

62

1    BY THE WITNESS:
2    A.    It's like a map.
3    Q.    So other than this laundry list of
4    things that you have on your bookshelf, can you
5    think of anything else?
6    A.    I think -- yes, I can.
7    Q.    Could you tell me what that is?
8    A.    A display stand with a printout of a
9    model I made on it.
10   Q.    And so the printouts, what are -- what
11   are those printouts from?
12   A.    It's a render of a model from Free
13   Form.
14   Q.    Free Form.
15         Did you make that model while you
16   were employed by Games Workshop?
17   A.    Yes.
18   Q.    What is the model?
19   A.    A Dark Angel is being interrogated.
20   Q.    When did you make that printout?
21   A.    Sometime last year.
22   Q.    Is there anything else on your
23   bookshelf?
24   A.    Yes.
25   Q.    What's that?

63

1    A.    A box containing some silicon molds.
2    Q.    So what are those silicon mold?
3    A.    They're moldings of models I made or
4    bits of models.
5    Q.    What types of models?
6    A.    Fantasy 40K models.
7    Q.    So the silicon molds in there are all
8    related to Warhammer and Warhammer 40K?
9          MR. KEENER:  Objection.  Form.
10   BY THE WITNESS:
11   A.    Yes.
12   Q.    And did you design those models?
13   A.    Yes.
14   Q.    What are they models of?
15   A.    There is a Grey Knight, a High Elf,
16   and Chaos Lord I think.
17   Q.    Is there anything else on your
18   bookshelf?
19   A.    Yes.
20   Q.    Do you want to give me a list of
21   everything else?
22   A.    So I'm thinking of them --
23   A.    Sure.
24   A.    -- as I'm imagining my desk.  I've got
25   a box of pens and drawing equipment.  Got external

64

1    hard drive.  I've got some sandpaper blocks, and
2    several boxes containing plastic models.  I think
3    that's it.
4    Q.    Is that everything?
5          So mentioned the books of pens and
6    drawing equipment.  Do you use that in your
7    employment at Games Workshop?
8    A.    Yes.
9    Q.    What do you use those pens and drawing
10   equipment for?
11   A.    Sketches.
12   Q.    What type of things do you sketch?
13   A.    Ideas for models.
14   Q.    How do you come up with the ideas for
15   the models?
16   A.    You either just think of them or
17   inspired by the people around you through
18   conversation.
19   Q.    So when you're thinking about a idea
20   for a model, how does that process start?
21   A.    I usually look through the old army
22   books relating to that product.
23   Q.    So when you're looking through the old
24   army books, what kind of things do you look for?
25   A.    I'll look for the century of the model

65

1  I'll be making, and the pictures of the old version
2  of the model, if there is any.
3  Q.  Anything else that you would look for?
4  A.  Possibly artwork in the book.
5  Q.  I'm sorry, could you repeat that?
6  A.  Possibly artwork in the book.
7  Q.  So artwork in the book is containing
8  pictures of the old version?
9  A.  Yes.
10  Q.  What do the pictures of the old
11  version refer to?
12  A.  The painted -- the -- the painted
13  models that are made.
14  Q.  Are you only looking at the models
15  that you've made or are you looking at models that
16  other people have made as well?
17  A.  Both.
18  Q.  So these are -- are camera pictures of
19  the models, when you refer to pictures of old
20  versions?
21  A.  Yes.
22  Q.  When you refer to artwork in the book,
23  what are you referring to?
24  A.  Artwork drawn by our art department.
25  Q.  What kind of artwork does your art

66

1  department create?
2  A.  They produce artwork that fits in the
3  models we make and battle scenes.
4  Q.  So you mentioned the unit entry.  What
5  does that mean?
6  A.  It will be -- entering the book which
7  lists the rules for that unit, and any war gear that
8  they can have.
9  Q.  What is war gear?
10  A.  Equipment.
11  Q.  Can you elaborate a little bit on
12  "equipment"?
13  A.  Yes.
14  Q.  Would you mind doing that?
15  A.  What weapons they can carry, shields,
16  grenades possibly.
17  Q.  Anything else?
18  A.  It lists what the basic troop will be
19  carrying, and also what you can, in the game, pay to
20  upgrade the model so it can carry other equipment.
21  Q.  Does the unit entry list anything
22  other than the rules for the unit and the war gear?
23  A.  There will be a brief description.
24  Q.  What's in that brief description?
25  A.  What characterizes that unit.

67

1  Q.  So what type of things characterize a
2  unit?
3  A.  How they fight like.
4  Q.  Anything else that characterizes a
5  unit?
6  A.  Characteristic if they are ferocious.
7  Q.  What other types of characteristics
8  could they have, for example, if they are not
9  ferocious?
10  A.  There is many.
11  Q.  Can you give me a couple of examples?
12  A.  Tenacious, Starward, grim.  So the
13  list could go on.
14  Q.  Okay.  We may come back to that.
15  So when you're thinking about
16  sketching ideas for a model, you said the first step
17  is you look in the old army books, what would you do
18  after that?
19  MR. KEENER:  Objection.  Misstates
20  prior testimony.
21  BY THE WITNESS:
22  A.  I would look at the old models.
23  Q.  What would you look for the old
24  models?
25  A.  What characterizes that model.

68

1  Q.  What type of things would characterize
2  that model?
3  A.  Size, what base it goes on, what
4  weapons it has.  There's probably others but I would
5  have to think about it.
6  Q.  For example, could the type of armor
7  that a character or model wears, is that a
8  characteristic?
9  A.  Yes.
10  Q.  Does that help you think of others?
11  A.  Not right now.
12  Q.  So after you're done looking at the
13  old models, then what would you do?
14  A.  Just that would hopefully give me a
15  direction to go -- go from.
16  Q.  What does that mean, give you a
17  direction?
18  A.  Where to start.
19  Q.  Do you generally start in a particular
20  place?
21  A.  Yes.
22  Q.  Where do you generally start?
23  A.  As I said, I start by looking at the
24  books and the old figures.
25  Q.  Right.  We went over the two steps,

69

1     that you looked at the books and then you looked at
2     the figures.
3             And then what do you do after
4     that?
5         A.  I usually start work, sculpting.
6         Q.  So what is encompassed by the work of
7     sculpting?
8         A.  Start to the end of making a figure.
9         Q.  Can you describe the process for me?
10        A.  Yes.
11        Q.  Would you mind doing that?
12        A.  You can start a figure many different
13    ways.  Usually start with how big it's going to be,
14    typically start working from the feet upwards,
15    the -- get the main shapes by looking at the model,
16    building it up step-by-step, adding the final
17    details, making sure the model can work in a mold.
18        Q.  How do you make sure a model can work
19    in a mold?
20        A.  That's a large part of the job.
21    There's many technical considerations for it to work
22    in a mold.  Do you want me to list them?
23        Q.  Please.
24        A.  Each part of the model has to have
25    what's called a working split line, which is

70

1     effectively the silhouette around the part.  The
2     parts can't have any what is called undercuts on a
3     model.  You can't make the parts too thick or too
4     thin.
5             Some big parts will need to be
6     ejected off the mold.  I can't make a part too
7     detailed because it needs to be attached to what is
8     called gates to the mold.  You have to make fittings
9     so the model can be assembled in the easiest way
10    possible.  There's probably others that I can't
11    remember right now.
12        Q.  You mentioned an undercut.  What is
13    that?
14        A.  It's a piece of detail on the model
15    or -- it's hard to describe.  The molds that the
16    models are produced are made of metal, so the models
17    have to be able to leave the mold straight out, you
18    can't have parts of the model that will get caught
19    by the mold, which will then rip the part.  So an
20    undercut is part of the detail that will capture the
21    mold, which we have to get rid of by what's called
22    drafting.
23        Q.  Okay.  So once you're done making sure
24    that the model can fit into a mold -- is that -- is
25    that fair?

71

1         A.  Yeah.
2         Q.  Once you're finished assuring of that,
3     what's the next step then?
4         A.  Essentially if I've finished that
5     detail of the model and if -- it -- it works in the
6     mold, then essentially the model is finished.
7         Q.  Do you have to submit the model to a
8     supervisor at all?
9         A.  Yes.
10        Q.  Who would you submit that model to?
11        A.  Ben Jefferson.
12        Q.  Is he your only supervisor?
13        A.  Yes.
14        Q.  So what, then, would Ben Jefferson do
15    with the model?
16        A.  I can't remember his job title, but
17    he's -- he's in charge of the -- the quality.  If he
18    approves the model, then it will go to tooling.
19        Q.  And for what reasons might he not
20    approve a model?
21        A.  If there's something on it he doesn't
22    like.
23        Q.  Is it that subjective?
24        A.  Can be.
25        Q.  Are there other more objective reasons

72

1     why he might reject a model?
2         A.  If he felt that it didn't fit with the
3     40K or Warhammer background.
4         Q.  Okay.  So we've been talking about the
5     way that you create a model when you just kind of
6     thought of a way to fix a model.
7             Can you describe the process when
8     it's inspired by conversation, as you mentioned
9     earlier?
10        A.  Either one person will have an idea
11    and through talking with our colleagues, the idea
12    will get developed.  And then actually someone like
13    Ben Jefferson will approve the idea, and then you
14    start work.
15        Q.  Does Ben Jefferson have to approve all
16    ideas?
17        A.  Yes.
18        Q.  Even the ones that you think of
19    yourself?
20        A.  Yes.
21        Q.  At what point in the process would you
22    ask Ben Jefferson?
23        A.  He's involved pretty much throughout
24    the whole process.
25        Q.  So you would be checking in

73

```
1    periodically with Ben Jefferson throughout the
2    process?
3        A.   Yes.
4        Q.   From when you first come up with the
5    idea, though, at what point would you first make
6    contact with Ben Jefferson?
7        A.   It depends.  We would never start
8    working on anything without Ben agreeing to it.
9        Q.   So at what point in this process do
10   you consider -- I'm sorry.  I cut you off.
11       A.   I'm done.
12       Q.   At -- at what point in this process do
13   you consider work actually beginning?
14       A.   Either concept work or starting to
15   sculpt.
16       Q.   And what do you mean by "concept
17   work"?
18       A.   It's either a two-dimensional or
19   three-dimensional mockup or concept of an idea.
20       Q.   So what would be a two-dimensional
21   mockup?
22       A.   A drawing.
23       Q.   Would that be a hand drawing?
24       A.   Yes.
25       Q.   Could it also be a computer drawing?
```

74

```
1        A.   Yes.
2        Q.   What do you do with those drawings
3    when the project is completed?
4        A.   I put them in my folder.
5        Q.   And that's the folder on your
6    bookshelf?
7        A.   Yes.
8        Q.   And then if it's a 3D mockup, it could
9    be either hand or computer drawn?
10       A.   Yes.
11       Q.   And then those files would also go
12   into your folder?
13       A.   Yes.
14       Q.   How -- how do you work from those 2D
15   or 3D mockups?
16       A.   If it's a drawing, I use as a guide
17   when I'm sculpting.  If it's a three-dimensional
18   mockup.  If it's a mockup made physically, then I'll
19   use it again as a guide.  If it's a digital mockup
20   done on a computer, I can easily work on top of it
21   to start the model.
22       Q.   Do you ever get assignments of things
23   to model?
24       A.   Yes.
25       Q.   So would -- would Ben Jefferson give
```

75

```
1    you that project then?
2        A.   Typically, yes.
3        Q.   Or could it be someone else sometimes?
4        A.   Yes.
5        Q.   Who else would give you a project to
6    work on?
7        A.   Matt Toole, T-O-O-L-E.
8        Q.   So when you're given a project to work
9    on, how do they communicate that project to you, the
10   instructions?
11       A.   Usually verbally.
12       Q.   Would they ever send it in an e-mail?
13       A.   Sometimes.
14       Q.   Would they ever hand you a piece of
15   paper with writing on it that you're supposed to
16   work from?
17       A.   Sometimes.
18       Q.   I bet those would go into your folder,
19   wouldn't they?
20       A.   Usually, yes.
21       Q.   If they didn't go in your folder,
22   where would they go?
23       A.   They would go in the folder.
24       Q.   Can you give me an example of a
25   project that you were assigned?
```

76

```
1        A.   Dark Angels.
2        Q.   Any others?
3        A.   Well, all projects would be assigned.
4        Q.   Even the ones that you come up with on
5    your own?
6        A.   Yes.
7        Q.   What -- what do you consider to be
8    assignments then?
9        A.   All the work I do, I'm told to do.
10       Q.   I feel you.
11            So even when you're kind of coming
12   up with ideas on your own, that project has been
13   assigned to you?
14       A.   Yes.
15       Q.   Is there ever an assistance where you
16   would come up with something you think is a great
17   idea and then go ask for permission to do that
18   project?
19       A.   Yes.
20       Q.   Or have you had conversations with
21   colleagues, thought of a great idea, and then asked
22   permission to do the project?
23       A.   I think so.
24       Q.   What other ways you might be assigned
25   a project?
```

77

1   A.   That will be it.

2   Q.   Do you have conversations with your

3   colleagues often?

4   A.   Yes.

5   Q.   What kind of things do you all talk

6   about?

7   MR. KEENER:  Objection.  Form.

8   BY THE WITNESS:

9   A.   Anything and everything.

10   Q.   Can you give me an example?

11   MR. KEENER:  Same objection.

12   BY THE WITNESS:

13   A.   What was on TV last night.

14   Q.   Do you ever talk about work-related

15   things?

16   A.   Yes.

17   Q.   What kind of work-related things do

18   you talk about?

19   A.   Asking someone how it's going.

20   Q.   By how it's going, you mean how a

21   project is going?

22   A.   Yeah.

23   Q.   Anything else you talk about?

24   A.   Share ideas, give each other feedback.

25   Q.   Anything else?

78

1   A.   Not that I can think of right now.

2   Q.   So when you're giving each other

3   feedback, does that mean that you're showing your

4   models to other designers?  What does that mean?

5   A.   Yes.

6   Q.   And what do you do when you share

7   ideas with each other?

8   A.   We discuss the pros and cons of the

9   idea.

10   Q.   Anything else?

11   A.   Suggestions on how to make it better.

12   Q.   So what would be a suggestion as to

13   how to make a model better?

14   A.   Changing the form of the model.

15   Q.   What do you mean by "form"?

16   A.   The shape that we might be using.

17   Q.   What is the reason that you would give

18   feedback that someone should change the form of a

19   model?

20   A.   It didn't look very nice.

21   Q.   So it wasn't aesthetically pleasing?

22   A.   Yeah.

23   Q.   Is there another reason?

24   A.   I think it could be bigger or smaller.

25   Q.   Why would you think it could be bigger

79

1   or smaller?

2   A.   Just in my opinion.

3   Q.   So it wouldn't be based on anything

4   other than your opinion?

5   A.   No.

6   MS. KALEMERIS:  Can we take a break

7   right now, if that's all right?

8   THE VIDEOGRAPHER:  End of Tape No. 1

9   in the deposition of Mark Footitt.  The time is

10   11:21 a.m.

11   (Whereupon, a short break taken.)

12   THE VIDEOGRAPHER:  This is Tape 2 of

13   the deposition of Mark Footitt.  The time is 11:41,

14   on the record.

15   BY MS. KALEMERIS:

16   Q.   So when we left off, we were talking

17   about a couple of last things that you have on your

18   bookshelf.

19   So you said you have an external

20   hard drive there?

21   A.   Yes.

22   Q.   What do you use that for?

23   A.   To back up my desktop.

24   Q.   Is that your work desktop?

25   A.   Yes.

80

1   Q.   Is there a distinction between your

2   work desktop and your personal computer?

3   A.   No.

4   Q.   So you only use that hard drive for

5   work related purposes?

6   A.   No.

7   Q.   What -- what other reasons would you

8   use that hard drive?

9   A.   I think I've backed up music on there.

10   Q.   Surprised you didn't plead the 5th.

11   So when you back up your work

12   computer, what types of files are you backing up?

13   A.   Everything; so the Free Form files,

14   any word documents, any sketches that I've scanned

15   in, just flag it all across.

16   Q.   What type of word documents do you

17   prepare in your employment?

18   A.   I'm sorry, when I said word documents,

19   but any document with text in it or -- so it would

20   be parts lists, frame layouts.

21   Q.   Any other types of text?  Is that fair

22   to say, text documents?

23   A.   Yeah.  Just as I said, for the

24   folders, anything relevant for the project.

25   Q.   Would that include notes?

81

1     A.    Yeah.  I don't often make notes on the
2  computer.
3     Q.    Do you ever back up files that people
4  have sent to you via e-mail?
5     A.    No.
6     Q.    So any of the text documents that
7  you're backing up on your computer, you would have
8  created yourself?
9     A.    Not necessarily.
10    Q.    What types of documents would you be
11  backing up that you didn't create?
12    A.    My schedule.
13    Q.    Does someone send you your schedule?
14    A.    Yes.
15    Q.    Someone creates that for you?
16    A.    Yes.
17    Q.    Do you have a secretary that creates
18  that for you?
19    A.    Secretary is not the job title, but
20  there is somebody who does our schedules.
21    Q.    Who does your schedule for you?
22    A.    Hannah.  I can't remember her
23  surname -- Hannah Farmer, Hannah Farmer.
24    Q.    Does she have a job title?
25    A.    She will.

82

1     Q.    She doesn't right now?
2     A.    I don't know.
3     Q.    There is a language barrier here,
4  sorry.
5          So other than your schedule that
6  you might back up, are there other documents that
7  others have created that you might back up?
8     A.    Yes.
9     Q.    Can you give me a couple more
10  examples?
11    A.    Any background documents to the
12  project.
13    Q.    What -- what type of background
14  documents might you have?
15    A.    If we are working with other
16  departments, sometimes a writer will provide some
17  documents to us.
18    Q.    What type of documents would the
19  writer provide?
20    A.    Background on rules.
21    Q.    Would they provide any other type of
22  documents?
23    A.    No.
24    Q.    So writers would provide background on
25  rules to your department?

83

1     A.    Sometimes.
2     Q.    What would you use those background
3  documents for?
4     A.    Just to help to know all about the --
5  the army for the product you're making.
6     Q.    So what type of things would those
7  background documents communicate to you about --
8  that would help you know more about the army?
9     A.    Some of the history of the army,
10  generally how they play in the game, how they fight.
11    Q.    So other than the schedule and the
12  background documents, is there any other type of
13  file that you didn't create that would be on your
14  computer?
15    A.    Possibly.  I can't think of it right
16  now.
17    Q.    You have sandpaper blocks on your
18  bookshelf.  What do you use those for?
19    A.    Sculpting.
20    Q.    Do they have any other use?
21    A.    No.
22    Q.    I think we are down to the last thing,
23  on your bookshelf anyway.
24          You said you have several boxes of
25  plastic models?

84

1     A.    Yes.
2     Q.    What types of models are those?
3     A.    Warhammer and 40K models.
4     Q.    Why do you keep those on your
5  bookshelf?
6     A.    To look at because I like models.  One
7  day I might paint them.
8     Q.    So those boxes of models are for your
9  own personal use, they are not really for use in the
10  scope of your employment?
11    A.    I will look at them for reference if
12  needed.
13    Q.    About how many models do you think you
14  have in those boxes?
15    A.    Quite a lot.
16    Q.    Is it more than 50?
17    A.    Yes.
18    Q.    Is it more than 100?
19    A.    Yes.
20    Q.    It's getting embarrassing, I'm sorry.
21  Is it more than 200?
22    A.    I would be guessing.
23    Q.    You would be guessing?
24    A.    Yeah.
25    Q.    So more than 100, you are not quite

85

1  sure on the upper -- upper limit?
2      A.   No.
3      Q.   But it's a large number?
4      A.   Uh-huh, yep.
5      Q.   I think that covers your bookshelf
6  pretty well.
7          MS. STEVENSON:  You didn't mention
8  dust.
9  BY THE WITNESS:
10     A.   It moved.  It has been dusted.
11     Q.   So do you consider your bookshelf
12 distinct from the department's bookshelf?
13     A.   Yes.
14     Q.   Can you tell me what's on the
15 department bookshelf?
16     A.   I thought I had.
17     Q.   You mentioned -- you mentioned that
18 there were books on the bookshelf?
19     A.   There's Warhammer 40K books, Noreen's
20 books, Fordor (ph) book catalogs.  And there might
21 be books from Black Library on there.
22     Q.   What type of catalogs are there?
23     A.   Games Workshop catalogs.
24     Q.   Do you have any books on that
25 bookshelf that are not Games Workshop publications?

86

1      A.   No, I don't think so.
2      Q.   Do you have any magazines on the
3  bookshelf?
4      A.   No.
5      Q.   Are there any other -- is there
6  anything else on the bookshelf other than the Games
7  Workshop publications that you mentioned?
8      A.   No, I don't think so.
9      Q.   So it's solely for Warhammer 40K, Lord
10 of the Rings, Forge World, catalogs, Black Library,
11 storage, and that's it?
12     A.   Yes.
13     Q.   And this is the bookshelf in the
14 miniatures department?
15     A.   Yes.
16     Q.   Do you know what's on bookshelves in
17 other departments?
18     A.   No, I couldn't say.
19     Q.   So we've talked about your computer
20 and we've talked about the books on your bookshelf,
21 and the books on the miniatures department's
22 bookshelf.
23         Are there any resources that you
24 consult when you're creating a model?
25         MR. KEENER:  Objection.  Asked and

87

1  answered.
2  BY THE WITNESS:
3      A.   Those books.
4      Q.   So let's go back to when you were
5  talking about when you first started at Games
6  Workshop.
7          You said that you were a figure
8  painter?
9      A.   Yes.
10     Q.   Was that the title?
11     A.   Yes.
12     Q.   Okay.  And you said that when you were
13 a figure painter, you had some artistic decision as
14 to the way that you paint a figure?
15     A.   Yes.
16     Q.   Can you explain that to me a little
17 bit.
18     A.   Some armies use certain colors, but
19 you could choose where they would be placed on the
20 model, or the proportion of which colors to use, the
21 tones of the colors.
22     Q.   So you would have some freedom with
23 respect to the placement or the tone of the color,
24 or the amount of the color to use?
25     A.   Yeah.

88

1      Q.   So the instruction that they would
2  provide you -- sorry.
3          So what kind of boundaries were
4  you working with then?
5      A.   We would always refer back to what
6  we've done previously.  And it would either fit in
7  with what we would already, unless there was a
8  conscious decision to make it different.
9      Q.   So you were given instruction --
10 sorry.
11         To what extent were you given
12 instruction as to how to paint the miniatures?
13     A.   It was over 11 years ago when I left
14 that department.  It could be a fairly simple
15 instruction depending on what it was, it could be
16 more complex.
17     Q.   So it's fair to say it would vary from
18 project to project?
19     A.   Yes.
20     Q.   Did you ever have an opportunity to
21 interact with Warhammer's customers?
22     A.   Yes.
23     Q.   What sort of opportunities do you have
24 to do that?
25     A.   When we run Games Day and Open Days.

89

1    Q.   What is Games Day?

2    A.   It's typically an annual event in

3  several countries around the world, where we send

4  representatives from the studio, and there will be

5  gaming events and sales stands and the licensees

6  there demonstrating Games Workshop methods.

7    Q.   You mentioned licensees.  What are

8  licensees?

9    A.   Companies that have a license from

10  Games Workshop.

11    Q.   Do you know which companies those are?

12    A.   There's -- I think there is at least

13  one computer game company.

14    Q.   Can you remember the name?

15    A.   I've got Relic in my head, but I'm not

16  sure.

17    Q.   Can you remember any other licensees?

18    A.   Fancy Flight.  I can't remember

19  anymore.

20    Q.   The so you said Games Workshop sends

21  representatives.  Have you ever been sent as a

22  representative?

23    A.   Yes.

24    Q.   What did you do when you were a

25  representative at Games Day?

90

1    A.   Talk about our models.

2    Q.   So what do you do when you talk about

3  your models?

4    A.   Showcasing new releases or talking

5  about the design process.

6    Q.   To which countries have you traveled

7  for Games Day?

8    A.   I've been to Spain, France, Italy,

9  Toronto in Canada, and the UK.

10    Q.   Nice job.

11       Do you ever talk with customers of

12  Games Workshop when you're at these Game Days?

13    A.   Yes.

14    Q.   What do you discuss?

15    A.   The new releases or the design

16  process, painting.

17    Q.   What do you talk about when you talk

18  about painting?

19    A.   Games Workshop runs a painting

20  competition at the Games Days as well, and I often

21  enter myself.

22    Q.   You're eligible?

23    A.   There is one staff category.

24    Q.   Have you ever won?

25    A.   Yes.

91

1    Q.   I'm sure you have.

2       And so when you're talking about

3  painting, are you talking about -- what -- what

4  aspects of painting the models are you talking

5  about?

6    A.   Some customers still remember me from

7  when I was a figure painter, so they will talk about

8  models that were painted back then or models that I

9  have painted and entered into the painting

10  competition.

11    Q.   So they want to talk about your work

12  than ways of painting?

13    A.   Both.

14    Q.   Both.

15       Looking for tips?

16    A.   Yeah.

17    Q.   So you gained some notoriety as a

18  figure painter then?

19    A.   You could say that.

20    Q.   And so you mentioned Open Days as

21  well.  What's that?

22    A.   It's like a Games Day, but it's held

23  at the head office in Nottingham.  Sometimes they'll

24  have a theme, like specifically just 40K.

25    Q.   How many people would you say attend

92

1  Games Day?

2       MR. KEENER:  Objection.  Form.

3  BY THE WITNESS:

4    A.   It will vary.

5    Q.   If you had to estimate an average?

6    A.   Depends which country.

7    Q.   Let's just say the UK.

8    A.   Between 8 and 10,000.

9    Q.   Then how many would attend an Open Day

10  on average?

11    A.   Hundreds.

12    Q.   So a smaller number attend Open Days?

13    A.   Yeah.

14    Q.   But less than 1,000?

15    A.   Yes, as far as I know.

16    Q.   So you mentioned that you were a

17  miniatures painter.

18       (Whereupon, Footitt Deposition

19       Exhibit No. 1 was marked for

20       identification.)

21  BY MS. KALEMERIS:

22    Q.   You've been handed an exhibit marked

23  Exhibit 1.  And this is a claim chart that was

24  submitted by plaintiff's counsel in this case.  If

25  you turn to -- I'm sorry there is no page numbers on

93

1  this.  You see the entry numbers over here?  It's
2  number 126.
3      A.    This page?
4      Q.    Yes.  And then go three pages beyond
5  that.  Yeah.  There you are.
6            Do you see the picture on the
7  upper right-hand corner of that page?
8      A.    Yes.
9      Q.    Did you paint that model?
10     A.    No.
11     Q.    Do you see on the next page below the
12  two models in the right-hand column?
13     A.    Yes.
14     Q.    Did you paint those models?
15     A.    No.
16     Q.    Okay.  You can put that to the side
17  for now.
18            So when did you first learn about
19  this lawsuit?
20     A.    Approximately two years ago.
21     Q.    And how did you learn of the lawsuit?
22        MR. KEENER:  I'd caution you not to
23  disclose any discussions you've had with counsel.
24  You can answer the question without revealing that.
25  And if you can't, you can say so.

94

1  BY THE WITNESS:
2      A.    I can't remember the exact source.
3      Q.    Did you hear of the lawsuit from
4  someone other than a lawyer?
5      A.    Yes.
6      Q.    Was it a colleague perhaps?
7      A.    It could have been.
8      Q.    But you don't remember?
9      A.    No.
10     Q.    So have you had any conversations with
11  anyone other than a lawyer about this lawsuit?
12     A.    Yes.
13     Q.    What have you discussed?
14     A.    Just in general how Chapterhouse
15  Studios was ripping off Games Workshop figures.
16     Q.    What do you mean by "ripping off"?
17     A.    Copying our style, names.
18     Q.    When you say "copying our style," what
19  do you mean by that?
20     A.    Making figures that look like Games
21  Workshop figures.
22     Q.    Did you talk to anyone about the fact
23  that you were going to be deposed today not -- who
24  was not an attorney?
25     A.    Yes.

95

1      Q.    Who did you talk with?
2      A.    Neil Hodjson and Jeff Goodwin.
3      Q.    What did you talk with Neil Hodjson
4      A.    The general experience of the
5  deposition and the trip.
6      Q.    Did you talk about anything else?
7      A.    No.
8      Q.    Did you talk about any of the
9  Chapterhouse products?
10     A.    No.
11     Q.    Did you talk -- what did you talk to
12  Jeff Goodwin about?
13     A.    The same; his experience and what it
14  was like traveling here.
15     Q.    So you did not discuss the
16  Chapterhouse products with Jeff Goodwin?
17     A.    Not the methods, no.
18     Q.    What did you discuss with Jeff Goodwin
19  about Chapterhouse?
20     A.    Nothing.  Just the experience of the
21  deposition.
22     Q.    Before the lawsuit had you -- had you
23  ever heard of Chapterhouse Studios?
24     A.    Yes.
25     Q.    In what context did you learn about

96

1  Chapterhouse Studios?
2      A.    I heard it was a company making
3  figures like Games Workshop figures.
4      Q.    When did you learn about Chapterhouse
5  Studios?
6      A.    It would approximately be
7  two-and-a-half years ago, maybe a bit longer.
8      Q.    So roughly 2008, 2009?
9        MR. KEENER:  Objection.  Form.
10  BY MS. KALEMERIS:
11     Q.    That's actually a lot longer than two
12  years, isn't it?  I'm so tired.
13            So roughly 2010?
14     A.    Approximately two-and-a-half years
15  ago.
16     Q.    So about the time you learned of the
17  lawsuit?
18     A.    I think so.
19     Q.    Okay.  Have you ever visited the
20  Chapterhouse website?
21     A.    Yes.
22     Q.    What did you do when you visited the
23  Chapterhouse website?
24     A.    Looked through the product range.
25     Q.    Which products did you look at?

97

1  A.  I can't remember.
2  Q.  Have you ever sent an e-mail
3  mentioning Chapterhouse Studios?
4  A.  No.
5  Q.  Do you know who Nick Vallaci is?
6  A.  No.
7  Q.  Do you know who Tomas Fiertek is?
8  A.  No.
9  Q.  Do you remember who told you about
10  Chapterhouse Studios?
11  A.  No.
12  Q.  Since you first learned of
13  Chapterhouse Studios two-and-a-half years ago, what
14  else have you heard about Chapterhouse Studios?
15  MR. KEENER:  Objection.
16  I'm going to caution you not to
17  discuss any information you learned through
18  discussion with counsel.
19  I don't think you're asking for
20  that.
21  MS. KALEMERIS:  No.
22  MR. KEENER:  Okay.
23  BY THE WITNESS:
24  A.  Nothing that I've already mentioned.
25  Just that making figures a lot like our figures.

98

1  Q.  So were you asked to collect documents
2  in connection with this litigation?
3  A.  Yes.
4  Q.  And did you hand over any documents in
5  connection with this litigation?
6  A.  Yes.
7  Q.  Where did you search for those
8  documents?
9  A.  In my folders and on my desktop.
10  Q.  Your desktop meaning your computer?
11  A.  My work computer.
12  Q.  Did you search your e-mail in
13  connection with this litigation?
14  A.  Yes.
15  Q.  Did you produce any e-mails in
16  connection with this litigation?
17  A.  Yes.
18  Q.  Without disclosing any communications
19  with counsel, how did you search your e-mail?
20  A.  I often -- after a product is done
21  I'll join a project with group e-mails into a
22  folder.  And I looked through my Gmail accounts to
23  see if there is any folders relating to the products
24  I'd been asked to collect information on.
25  We switched to a new e-mail

99

1  system.  There wasn't any folders in the Gmail
2  system relating to this, but I still had access to
3  the old e-mail system, which I loaded up and looked
4  through the folders there.  And there was a folder.
5  And I supplied those e-mails.
6  Q.  Did you use any search terms when you
7  were searching your e-mails?
8  A.  No.
9  Q.  Did you give anyone else access to
10  search your e-mail in connection with this
11  litigation?
12  A.  No.
13  Q.  Did you meet with anyone to prepare
14  for this deposition?
15  A.  Yes.
16  Q.  Did you meet with a lawyer?
17  A.  Yes.
18  Q.  Which lawyers did you meet with?
19  A.  (Indicating) and Jonathan.
20  Q.  So you indicated Mr. Keener?
21  A.  Yes.  And Gill.
22  Q.  And Gill.
23  Did you meet with anyone who is
24  not a lawyer to prepare for the deposition?
25  A.  No.

100

1  Q.  Without disclosing the substance of
2  anything you talked about with your lawyers, can you
3  tell me how many times you met with counsel?
4  A.  Twice.
5  Q.  And for how long?
6  A.  We had breakfast together this morning
7  and dinner last night.
8  Q.  So those were the two meetings?
9  A.  Yes.
10  Q.  You didn't meet any other times?
11  A.  We didn't meet, no.
12  Q.  Did you have any telephone
13  conferences?
14  A.  Yes.
15  Q.  How many of those did you have?
16  A.  One.
17  Q.  And how long was that telephone
18  conference?
19  A.  Approximately an hour and a half.
20  Q.  So you mentioned that you talked with
21  Neil Hodjson and with Jeff Goodwin about the fact
22  that you are going to be deposed.
23  Did you talk to anyone else who is
24  not a lawyer about that?
25  A.  Only a casual comment to my colleagues

101

```
1    and family that I would be coming to Chicago to do a
2    deposition.
3         Q.    Lucky you.
4              Did you review any transcripts of
5    the others who have been deposed in this matter?
6         A.    Yes.
7         Q.    Whose transcripts did you review?
8         A.    Neil Hodjson and Jeff Goodwin.
9         Q.    Did you review any other documents?
10        A.    Some of the documents like these.
11        Q.    Did any of the documents that you
12   reviewed help you remember anymore details about
13   what we're talking about today?
14        A.    Not really.
15              (Whereupon, Footitt Deposition
16              Exhibit No. 2 was marked for
17              identification.)
18   BY MS. KALEMERIS:
19        Q.    Handing you a document marked
20   Exhibit 2.  If you will look under the heading that
21   has your name.  You can just read that silently to
22   yourself.
23              So this document states that any
24   art and reference materials that you relied on that
25   you were able to find and that you remembered were
```

102

```
1    produced to counsel and that they produced them to
2    us.  Is that your understanding?
3         A.    Yes.
4              (Whereupon, Footitt Deposition
5              Exhibit No. 3 was marked for
6              identification.)
7    BY MS. KALEMERIS:
8         Q.    You have in front of you what's marked
9    as Exhibit 3.  In the bottom corner, you will see
10   numbers that have a GW and then numbers after them.
11   Those are called Bates numbers, and they are used by
12   counsel to identify documents that have been
13   produced in litigation.
14              Do you see that number on the
15   front, GW 0017741?
16        A.    Yes.
17        Q.    Is that the same number as is on -- on
18   Exhibit 2?
19        A.    Yes.
20        Q.    Okay.  So if you'll turn in that
21   document to the page labeled GW 0017786, it's near
22   the back.  If you could take a look at that and the
23   next couple of pages through to GW 0017789.  And let
24   me know when you are finished looking at those.
25              Do you recognize these images?
```

103

```
1         A.    Yes.
2         Q.    Where do you recognize these images
3    from?
4         A.    Images I searched for.
5         Q.    Why did you search for these images?
6         A.    In relation to a project I was
7    working.
8         Q.    Which project was that?
9         A.    The Lizardman Kroxigor.
10        Q.    So what is a Lizardman Kroxigor?
11        A.    A large humanoid lizard warrior.
12        Q.    So why were you searching for these
13   images?
14        A.    I was looking to see how typically say
15   lizard skin would crease, and looking at how the
16   scale is patterned.
17        Q.    Why is it important to look at how
18   lizard skin would crease?
19        A.    I want my models to look like they had
20   more realistic lizard skin texture.
21        Q.    And why is it important to look at how
22   scales are patterned?
23        A.    The Kroxigor is going to have scales.
24   I was just curious to see how real world lizards,
25   how their scales looked.
```

104

```
1         Q.    We should back up a second.
2              Who came up with the idea for the
3    Lizardman Kroxigor?
4         A.    Originally I couldn't say.
5         Q.    So how did it come to be that you
6    began working on the Lizardman Kroxigor miniature?
7         A.    I had just come off another Lizardman
8    product, scheduled in the Kroxigor skulls.  We made,
9    as far as I know, at least two other editions of
10   Kroxigor skulls.
11        Q.    So did you receive any instruction
12   when you were assigned to the project?
13        A.    I probably did, but I can't remember.
14        Q.    Did you receive an e-mail about the
15   project?
16        A.    No, I don't think so.
17        Q.    When did you begin working on the
18   project?
19        A.    I think I did provide some dates.  I
20   have got dates in one of the folders.  But thinking
21   back now, it would be an estimate.
22        Q.    Can you give me an estimate?
23        A.    Five years ago.
24        Q.    And what sort of instruction did you
25   receive when you were assigned the project?
```

105

1      MR. KEENER:  Objection.  Asked and
2  answered.
3  BY THE WITNESS:
4      A.   I can't remember.
5          (Whereupon, Footitt Deposition
6          Exhibit No. 4 was marked for
7          identification.)
8  BY MS. KALEMERIS:
9      Q.   You are being handed Exhibit 4.  Have
10  you ever seen this document before?
11      A.   I don't think so.
12      Q.   Is that not your handwriting on the
13  page there?
14      A.   I don't think so.
15      Q.   Do you know whose handwriting that is?
16      A.   No.
17      Q.   Do you know who else has worked on the
18  Lizardman Kroxigor?
19      MR. KEENER:  Objection.  Form.
20  BY MS. KALEMERIS:
21      Q.   Do you know if anyone else?
22      MR. KEENER:  Same objection.
23  BY THE WITNESS:
24      A.   Who worked on them with me or --
25      Q.   Did anyone else work with you on the

106

1  Lizardman Kroxigor?
2      A.   Not on these, no.
3      Q.   And when we say "these," we're
4  referring to --
5      A.   The models that -- yeah, I made.
6      Q.   Do you know if others -- do you know
7  of others at Games Workshop that have worked on
8  Lizardman Kroxigor?
9      A.   Yes.
10      Q.   Who are those others?
11      A.   Ellie Morrison.  And he made the
12  addition of models before the ones I made.  And
13  there are models before that I think were done by
14  Michael Perry, but I'm not sure.
15      Q.   Who assigned you the Lizardman
16  project?
17      A.   Ted Williams I think.
18      Q.   So how did you begin the Lizardman
19  project?
20      A.   By looking at the old army books and
21  the old models.
22      Q.   And at some point you did some
23  research on the internet?
24      A.   Yes.
25      Q.   When did you do that research?

107

1      A.   At some point during the project.
2      Q.   Why did you do that research?
3      MR. KEENER:  Objection.  Asked and
4  answered.
5  BY THE WITNESS:
6      A.   To look at how the skin could wrinkle,
7  the scale pattern.
8      Q.   Were you provided with any sketches of
9  the Lizardman?
10      A.   There might have been some older
11  concept with it.
12          (Whereupon, Footitt Deposition
13          Exhibit No. 5 was marked for
14          identification.)
15  BY MS. KALEMERIS:
16      Q.   You've been handed Exhibit 5.  Have
17  you ever seen these sketches before?  You can take
18  your time and look through them.
19      A.   Yes, I think so.
20      Q.   Were these some of the sketches that
21  you looked at when you were creating the new version
22  of the Lizardman?
23      A.   What do you mean by "new Lizardman"?
24      Q.   The model that you created, the
25  Lizardman Kroxigor.

108

1      A.   I can't remember.
2      Q.   Have you seen later in the exhibit the
3  page marked GW 0011734, four pages of text?  Have
4  you seen that document before?
5      A.   I might have.  I'm not sure.
6      Q.   So what is your understanding of the
7  way that a lizard Kroxigor is supposed to look?
8      MR. KEENER:  Objection.  Form.
9  BY THE WITNESS:
10      A.   How do you mean?
11      Q.   Is there a particular feeling that you
12  try to associate with the Lizardman?
13      MR. KEENER:  Objection.  Form.
14  BY THE WITNESS:
15      A.   When you say Lizardman --
16      Q.   The Lizardman Kroxigor, excuse me.
17      MR. KEENER:  Same objection.
18  BY THE WITNESS:
19      A.   We -- we already had existing Kroxigor
20  models and we referred back to them.
21      Q.   What sort of feeling did those
22  Lizardman Kroxigor evoke?
23      MR. KEENER:  Objection.  Form.
24  BY THE WITNESS:
25      A.   What kind of feeling?

109

```
 1      Q.   What's the general sense that you get
 2   from the Lizardman Kroxigor?
 3         MR. KEENER:  Objection.  Form.
 4   BY THE WITNESS:
 5      A.   I'm not sure what you're getting at.
 6      Q.   Is there anything about their
 7   background that you can tell from looking at a
 8   Lizardman Kroxigor?
 9      A.   Yes.
10      Q.   What sort of things can you tell?
11      A.   They are big.
12      Q.   For example.
13         MR. KEENER:  Sarah, it's been about
14   another hour, it's 12:30.  Do you want to take a
15   break here.
16         MS. KALEMERIS:  Yeah, that sound good.
17         THE VIDEOGRAPHER:  Off the record.
18         (Whereupon, a short break taken.)
19         THE VIDEOGRAPHER:  On the record,
20   12:39.
21   BY MS. KALEMERIS:
22      Q.   If you look back at Exhibit 4, it's an
23   e-mail, it says Gary Morley on the top.  If you look
24   at the second to the last line there before the
25   signature.  Can you read that to yourself.
```

111

```
 1   BY THE WITNESS:
 2      A.   I can't remember.
 3      Q.   So your -- your inspiration for this
 4   particular project was looking at the older models
 5   and looking at pictures of lizards and looking at
 6   concept art?
 7      A.   My -- yes.  My inspiration would have
 8   been to look at the older models and current models
 9   in Lizardman range.  Not necessarily looking at
10   these images.
11      Q.   But you do -- excuse me.
12         But you did look at images from
13   the internet when creating the Lizardman Kroxigor?
14      A.   Yes.
15         (Whereupon, Footitt Deposition
16         Exhibit No. 6 was marked for
17         identification.)
18   BY MS. KALEMERIS:
19      Q.   You've been handed Exhibit 6.  You
20   could take a second to look through it, if you would
21   like.  If you look to the first page.  These are
22   pictures that counsel provided us of the Lizardman
23   Kroxigor that you sculpted; is that correct?
24      A.   Yes.
25      Q.   If you look at the first page, I
```

110

```
 1         Have you finished?
 2      A.   Yes.
 3      Q.   Is it your understanding that the
 4   Lizardman is supposed to look somewhat like a T-Rex?
 5         MR. KEENER:  Objection.  Form.
 6   BY THE WITNESS:
 7      A.   The Lizardman?
 8      Q.   The Lizardman Kroxigor.
 9      A.   No.
10      Q.   Do you have an understanding as to
11   what type of lizard it's supposed to look like?
12         MR. KEENER:  Objection.  Form.
13   BY THE WITNESS:
14      A.   No.
15      Q.   So no one ever told you it's supposed
16   to look a certain way?
17      A.   No.
18      Q.   So how did you get your guidance for
19   the sculpting that you were to do?
20      A.   Looking back at the older models.
21      Q.   Did you ever receive any oral
22   instructions from anyone?
23         MR. KEENER:  Objection.  Asked and
24   answered a couple of times now.
25
```

112

```
 1   notice at the end of the Lizardman Kroxigor tail
 2   there's -- what would you call that end piece on the
 3   end of the tail?
 4      A.   Protrusion, spike.
 5      Q.   Why did you choose to include that
 6   protrusion or spike in this model that you made?
 7      A.   To look like the Kroxigor could use
 8   his tail as a fancy weapon.
 9      Q.   Is that -- the fact that the Kroxigor
10   could use his tail as a defensive weapon, is that
11   something that's important to the overall Lizardman
12   Kroxigor?
13         MR. KEENER:  Objection.  Form.
14   BY THE WITNESS:
15      A.   I'm not sure.
16      Q.   Are there any other reasons why you
17   chose to include that protrusion or spike at the end
18   of the tail?
19      A.   To make a more visually exciting
20   model.
21      Q.   Are there any other reasons?
22      A.   Not that I can think of right now.
23      Q.   Did anyone tell you to include that
24   spike or protrusion at the end of the tail?
25      A.   I can't remember.
```

113

1  Q.  Would you have submitted this model to
2  Ben Jefferson when you had finished it?
3  A.  No.
4  Q.  Who would you -- or would you have
5  submitted this model to anyone?
6  A.  Yes.
7  Q.  Who would you have submitted that to?
8  A.  Ted Williams I think.
9  Q.  Did you go through any drafts with Ted
10  Williams of the model?
11  A.  Yes.
12  Q.  Did he provide you any feedback?
13  A.  Yes.
14  Q.  What sort of things did he provide
15  feedback on?
16  A.  I -- I can't remember, but he would
17  have been involved in the process.
18  Q.  So he would have made design
19  decisions?
20  MR. KEENER:  Objection.  Form.
21  BY THE WITNESS:
22  A.  He would have provided feedback.
23  A.  But you can't recall what sort of
24  feedback he would have provided?
25  A.  No.

114

1  Q.  If you look at the figure on the right
2  there on that first page, how would you characterize
3  the area between the shoulder blades of the model?
4  A.  Carapace.
5  Q.  I'm sorry?
6  A.  Carapace.
7  Q.  I'm not sure I heard you.
8  A.  Carapace, C-A-R-A-P-A-C-E.
9  Q.  What is a carapace?
10  A.  It's like a natural armor plate is how
11  I would describe it.
12  Q.  Why did you decide to include that
13  carapace on the model?
14  A.  I thought it would look cool.
15  Q.  Did you receive any feedback on the
16  carapace from Ted Williams?
17  A.  I can't remember.
18  Q.  Did you receive any feedback from
19  anyone else on the carapace?
20  A.  I can't remember.
21  Q.  If you look at the figure on the left,
22  it looks like there are perhaps -- what -- what
23  would you call those going down the center of the
24  back there?
25  A.  Spikes.

115

1  Q.  Can you tell me why you chose to
2  include those spikes?
3  A.  I think it was a feature of the older
4  Kroxigor models.
5  Q.  If you turn to the fourth page marked
6  GW 0011840.  You notice the model in the middle?
7  Can you characterize the pose that he's in?
8  A.  Characterize the pose?
9  Q.  Can you describe it for me, please.
10  A.  He's holding his weapon above his
11  head.
12  Q.  Is there a reason that you chose to
13  have him holding his weapon above his head?
14  A.  To looks like he's about to smash his
15  opponent.
16  Q.  And this is opposed to the character
17  on the right, how is he holding his weapon?
18  A.  In both hands.
19  Q.  Does he look like he's about to smash
20  something?
21  A.  No.
22  Q.  Can you tell me why you made that
23  decision?
24  A.  The three models are in different
25  poses to make them more interesting as a unit.

116

1  Q.  Can you tell me why you made that
2  particular decision to have that model standing in
3  that pose?
4  A.  I guess I wanted a braced pose, and
5  there's not many poses you can do with a model
6  that's carrying his weapon in two hands.
7  Q.  Is there a reason why -- yeah, excuse
8  me -- is there a reason why the models are carrying
9  their weapons in two hands?
10  A.  Yes.
11  Q.  Why is that?
12  A.  They are big weapons.  And in the
13  rules they have a great weapon.
14  Q.  A great what?
15  A.  A great weapon.  It's a double-handed
16  weapon.  There are rules and distinctions between
17  the types of weapons they get.  So it should have
18  been depicted in both hands.
19  Q.  If you will turn to the page marked GW
20  0011844, it shows the models in profile.  Do you see
21  the model in the center?  Can you describe his face,
22  please.
23  A.  How do you mean?
24  Q.  What expression does he have?
25  A.  Like he is roaring, screaming,

117

```
1    snarling.
2       Q.   And why did you make that decision?
3       A.   Because it looks cool.
4       Q.   Are there any other reasons?
5       A.   When you're making more than one
6    model, you want each one to look slightly different.
7    So the different expressions in their heads.
8       Q.   Okay.  Why do you want each model to
9    look different?
10      A.   If they all looked the same, it would
11   be boring.
12      Q.   If you look at the weapon that the
13   center Kroxigor is holding, can you describe the
14   weapon to me?
15      A.   How do you mean?
16      Q.   Well, was there something that you had
17   a problem with in the way that I asked that?
18      A.   Do you mean describe what it is or the
19   visual?
20      Q.   We can start with what it is and then
21   you can describe the visual after?
22           MR. KEENER:  Objection.  Form.
23   BY THE WITNESS:
24      A.   It's a double-headed spiked base,
25   double-handed.
```

118

```
1       Q.   And can you describe what it looks
2    like?
3       A.   It has a wooden shaft with a gold bit
4    and stained top, with little spikes on both sides
5    and a spike on the bottom.
6       Q.   Would it be fair to say that on the
7    head of the weapon there are some spikes that are
8    longer than others?
9       A.   Yes.
10      Q.   Was that a design decision?
11      A.   Yes.
12      Q.   Why did you make that decision?
13      A.   To make it look more interesting.
14      Q.   No other reasons?
15      A.   Not that I can think of.
16      Q.   So you mentioned that it's a wooden
17   shaft.  Can you tell me why you made that decision?
18      A.   Just one of the materials that the
19   Lizardmen use.
20      Q.   What other materials do the Lizardmen
21   use?
22      A.   Stone and gold.
23      Q.   And you say the staff is gold worked.
24   Can you tell me why you made that decision?
25      A.   It's links related to how we make
```

119

```
1    Lizardman weapons.
2       Q.   How do you make Lizardman weapons?
3       A.   The weapons that are in the Lizardman
4    range on the other units.
5       Q.   What type of features do the Lizardmen
6    weapons have?
7       A.   Like a stone attached to a weapon with
8    a gold fitting around the edge.
9       Q.   Any others?
10      A.   There probably are, but I can't think
11   of them right now.
12      Q.   You mentioned that there is also a
13   spike on the bottom of the weapon.  Was that a
14   design decision?
15      A.   Yes.
16      Q.   Why did you make that decision?
17      A.   A Kroxigor is a brutal creature, he
18   could use both ends of the weapon to attack people.
19           (Whereupon, Footitt Deposition
20           Exhibit No. 7 was marked for
21           identification.)
22           MR. KEENER:  Counsel, I note for the
23   record this is a Chapterhouse document designated
24   highly confidential and you are showing it to the
25   witness.  He only looked the first page.
```

120

```
1           MS. KALEMERIS:  You only looked at
2    first page.  Is that correct?
3           THE WITNESS:  Uh-huh.
4           MS. KALEMERIS:  He looked at the first
5    page.  He only looked at the first page.  We will
6    designate the first page.
7           MR. KEENER:  Okay.  So that would be?
8           (Whereupon, Footitt Deposition
9           Exhibit No. 8 was marked for
10          identification.)
11   BY MS. KALEMERIS:
12      Q.   So you've been handed Defendant's
13   Exhibit 8, I believe.  If you could go to page CHS
14   00018322.  I'm going to ask you to look at the last
15   two pages of this document.
16           MR. KEENER:  Is this supposed to be in
17   sequence order?  I'm missing a lot of numbers.
18           MS. KALEMERIS:  You are, because these
19   are just pictures of the map range.
20           MR. KEENER:  Okay.  So Exhibit 8 is
21   different page numbers.  Not a range, but it's a
22   number of --
23           MS. KALEMERIS:  I'm only asking him to
24   look at the last two pages.
25           MR. KEENER:  All right.  322 you say?
```

121

1        MS. KALEMERIS:  Yes.  13822 and --

2        MR. KEENER:  The three last pages?

3  I've got 322 and then 323.

4        MS. KALEMERIS:  You can pull off the

5  last one.  Sorry about that.  This should not have

6  been added.

7        MR. KEENER:  So you want us to remove

8  18324 from Exhibit 8?

9        MS. KALEMERIS:  Yes.

10  BY MS. KALEMERIS:

11     Q.  If you are looking at CHS 00018322.

12  If you will look at the center image.  Do you see a

13  carapace on that?

14     A.  No, not like the one I did.

15     Q.  Do you see any spikes down the center

16  of the back?

17     A.  No.

18     Q.  Is this Lizardman holding his weapon

19  above his head?

20     A.  Yes.

21     Q.  Is he holding it above his head in the

22  manner that your Kroxigor is holding his weapon?

23     A.  Not exactly, no.

24     Q.  What does that pose make you think of

25  when you look at it?

122

1        MR. KEENER:  Objection.  Form.

2  BY THE WITNESS:

3     A.  What's it make me think of?

4     Q.  Does it evoke any feeling?

5        MR. KEENER:  Objection.  Form.

6  BY THE WITNESS:

7     A.  Feeling?

8     Q.  For example, the Kroxigor that you

9  created, you said that you put him in that pose to

10  create a brutal feeling.  Do you get that same

11  feeling from this Kroxigor -- excuse me, this model?

12     A.  Slightly, yeah.

13     Q.  I'm frazzled that's all.

14        Okay.  So if you look at the

15  weapon that's in the Kroxigor's hand -- the model is

16  holding.  I got to stop for a second, I'm sorry.

17        If you look at the weapon that

18  this model is holding, do you see a spike on the

19  bottom?

20     A.  No.

21     Q.  The spikes on that weapon, would you

22  consider those to be brutal spikes?

23     A.  Yeah.

24     Q.  You would consider those spikes to be

25  the same type of spikes that you have on the model

123

1  that you created?

2     A.  The same type, yes.

3     Q.  And if you will turn to the next page,

4  18323.  Does this model have a carapace?

5     A.  No.

6     Q.  Does this model have spikes down the

7  center of its back?

8     A.  No.

9     Q.  If you look at the weapon that this

10  model is holding, does it have a wooden shaft?

11     A.  It's got a binding around the shaft.

12  It could be wood under the binding.

13     Q.  Does it appear to be wood to you?

14     A.  No.

15     Q.  Does it have a spike on the bottom?

16     A.  No.

17     Q.  Does that model's tail have a -- what

18  did we call it? -- a protrusion or spike at the end?

19     A.  No.

20     Q.  You can put that to the side.

21        What are Space Marines?

22     A.  It's quite a broad subject.

23     Q.  If you had to describe what the Space

24  Marines were to a layperson, what would you say?

25     A.  Is seven-foot tall domestically

124

1  modified super warriors who wear power armor, highly

2  trained, strong faith in the Eldar.

3     Q.  Are there particular characteristics

4  that define a Space Marine?

5     A.  How do you mean "characteristics"?

6     Q.  Are there ways that you can tell a

7  Space Marine apart from other characters within

8  Warhammer 40K?

9     A.  Yes.

10     Q.  What are those ways?

11     A.  Do you want me to compare them with --

12  with --

13     Q.  Can you just give their most

14  distinguishing characteristics?

15     A.  Probably the power armored suit they

16  wear.

17     Q.  What does the power armored suit look

18  like?

19     A.  Sections of armor plating that cover

20  all the model.

21     Q.  So the entire model of the Space

22  Marine is covered in armor?

23     A.  Mostly; unless he's got his helmet

24  off.

25     Q.  Are Space Marines humans?

125

1    A.    Yes.
2    Q.    Are they only humans?
3    A.    Yes.
4    Q.    Who came up with the idea for the
5    Space Marines?
6    A.    It was before my time at Games
7    Workshop.
8    Q.    Have you done any work on any Space
9    Marines models?
10   A.    Yes.
11   Q.    Which ones?
12   A.    I've done some close combat
13   Terminators, and Attack Bike, and Black Terminator
14   Marines, Dark Angel Marines, Good Angel Marines,
15   Space Wolf Marines, Grey Knight Marines, Black Dark
16   Angel Marines, Salamander Marine.  I think that's
17   it.
18   Q.    What are the Grey Knights?
19   A.    They are a chapter of the Space
20   Marines.
21   Q.    Can you tell me a little bit about
22   their story?
23   A.    Their story?
24   Q.    Do they have a back story.  You said
25   some of the characters have background?

126

1    A.    Yes.  I think their home base is on
2    the planet Titan.  They specialize in killing
3    Daemons.  I think they've got access to equipment
4    that most of the Space Marine chapters don't have.
5    Q.    What sort of equipment do they have
6    access to?
7    A.    They are quite often armed with what
8    is termed "nemesis weapons."
9    Q.    What are nemesis weapons?
10   A.    Weapons that are really good at
11   killing Daemons.
12   Q.    What do nemesis weapons look like?
13   A.    There are various types.  A nemesis
14   Halberd, and a nemesis sword, and nemesis fountains.
15   Q.    What do those look like?
16   MR. KEENER:  Objection.  Compound.
17   BY THE WITNESS:
18   A.    It's hard to describe.
19   Q.    Can you tell me what material they are
20   made out of?
21   A.    It would be some futuristic material,
22   some sci-fi.
23   Q.    Did you receive any instruction when
24   you were working on the Grey Knights?
25   A.    I probably did, yes.

127

1    Q.    What type of instructions did you
2    receive?
3    A.    I can't remember.
4    Q.    Did you ever receive an e-mail giving
5    you instructions?
6    A.    Not instructions to me.
7    Q.    Did you ever receive an e-mail giving
8    you a back story?
9    A.    Yes.
10   Q.    Did you ever receive an e-mail from
11   Matthew Ward?
12   A.    Yes.
13   Q.    What types of e-mails do you receive
14   from Matthew Ward?
15   A.    He works in our games development
16   department.  So he'll -- when I do speak to him, it
17   will be concerning the background of the army and
18   the rules.
19   Q.    Does Matt Ward ever create internal
20   pitches for your company?
21   A.    He works in another department so you
22   will have to speak to him.
23          (Whereupon, Footitt Deposition
24          Exhibit No. 9 was marked for
25          identification.)

128

1    BY MS. KALEMERIS:
2    Q.    This is Exhibit 9.  It's an e-mail
3    from Matt Ward to -- I believe that's your name in
4    the to line.
5    A.    Yes.
6    Q.    If you flip to the next page, the
7    attachment to that e-mail.  Do you recall receiving
8    this e-mail?
9    A.    Yes.
10   Q.    Did you read this e-mail when you
11   received it?
12   A.    Yes.
13   Q.    Does Matt Ward often send you e-mails
14   like this?
15   A.    No.
16   Q.    How many e-mails like this have you
17   received from Matt Ward?
18   A.    I'm not sure.
19   Q.    Is it more than the one?
20   A.    I can't remember.
21   Q.    You can't remember if you've received
22   more than one e-mail like this from Matt Ward?
23   MR. KEENER:  Objection.  Asked and
24   answered.
25

129

1 BY THE WITNESS:

2     A.   I can't remember.

3     Q.   So if you turn to page GW 0017811,

4 under the heading, "Nomenclatura," the document says

5 that the preference is to have Arthurian names.

6 Would you agree?

7     A.   That's what it says I think.

8     Q.   What does that mean to you?

9     A.   Names in the style of a King Arthur

10 Legend.

11     Q.   What is the cycle of the King Arthur

12 legend?

13     A.   You would have to ask Matt Ward.  I am

14 not sure.

15     Q.   You used the words.

16     MR. KEENER:  Objection.  Form.

17 BY MS. KALEMERIS:

18     Q.   Could you explain to me what names in

19 the style of King Arthur are?

20     MR. KEENER:  Objection.  Asked and

21 answered.

22 BY THE WITNESS:

23     A.   I can't explain.

24     Q.   The name of that style means nothing

25 to you?

130

1     A.   I'm not familiar with the Arthurian

2 legend.

3     Q.   So when Matt sent this to you

4 explaining what he wanted, you didn't understand

5 what you wanted?

6     MR. KEENER:  Objection.  Form.

7 BY THE WITNESS:

8     A.   He didn't want anything.  I'm a

9 sculptor, he's a writer.

10     Q.   So why did he send you this backstory?

11     MR. KEENER:  Objection.  Form,

12 speculation.

13 BY MS. KALEMERIS:

14     Q.   What is your understanding of why he

15 sent you this?

16     A.   Because there will be some rules,

17 implications that I might need.

18     Q.   If you look at Page 17816, second

19 paragraph, it says, "Ideally I would like the

20 imagery of puritan retinues to follow on from the

21 existing medieval gothic stuff, scrolls, seals, and

22 such like."

23     Did I read that correctly?

24     A.   Yes.

25     Q.   What do you understand that statement

131

1 to mean?

2     A.   Puritan retinues refers to the -- I

3 think some subsection of characters that you can

4 take in your army.  And some of our models featured

5 scrolls and purity fields.

6     Q.   Do you have an understanding of the

7 meaning of the term "medieval gothic stuff"?

8     A.   I think it's a bit of a loose term.

9     Q.   If you had to do your best to describe

10 it?

11     A.   Not entirely.

12     (Whereupon, Footitt Deposition

13     Exhibit No. 10 was marked for

14     identification.)

15 BY MS. KALEMERIS:

16     Q.   Handing you a two-page document.  If

17 you will look at the front page there, midway down.

18 It's an e-mail from you to Juan Diaz; is that

19 correct?

20     A.   Yes.

21     Q.   Can you read that longer line there

22 that starts, "I am going to."

23     A.   "I was going to do a bold head

24 with" -- it's supposed to say psychic "pipes going

25 into it."  It's supposed to the medieval style skull

132

1 cap into the pipes."

2     Q.   That's fine.

3     Can you tell me what you meant by

4 psychic pipes?

5     A.   All Grey Knights are psychics, meaning

6 they have psychic abilities.  And when we are

7 representing the other models, we often have pipes

8 going into the head.

9     Q.   What do those pipes mean to you?

10     MR. KEENER:  Objection.  Form.

11 BY THE WITNESS:

12     A.   What do they mean?

13     Q.   When you make a design choice to

14 include pipes, what -- what did -- why did you make

15 that choice?

16     MR. KEENER:  Objection.  Form.

17 BY THE WITNESS:

18     A.   I think we've done it before.  I can't

19 sculpt something to represent psychic ability.  If I

20 sculpt pipes into the head it can imply something to

21 do with the brain.

22     Q.   And what did you mean by "medieval

23 style skull cap"?

24     A.   I think that historically people would

25 wear the leather cap under their helmet, so you

Footitt, Martin  2/14/2013  9:06:00 AM

133

1  would not have bare metal on your head.
2      Q.    Why did you chose to include the
3  medieval style skull cap?
4          MR. KEENER:  Objection.  Form.
5          THE WITNESS:  I think it fits into our
6  other work.
7              (Whereupon, Footitt Deposition
8              Exhibit No. 11 was marked for
9              identification.)
10  BY MS. KALEMERIS:
11      Q.    Handing you Exhibit 11.  If you could
12  flip to Page 11813.  Is this an image of a Grey
13  Knight?
14      A.    Yes.
15      Q.    Can you describe the torso area of the
16  Grey Knight?
17      A.    Armored chest plate.  There is some
18  runic words written across it.  And I think there is
19  a book sword through it in the center.  He has some
20  high collar.
21      Q.    If you go to page -- there is no Bates
22  number on this page.  It's the third to the last
23  page in the document.
24          MR. KEENER:  Are you counting each
25  page as double-sided as one page?

134

1          MS. KALEMERIS:  Yes.
2          THE WITNESS:  Here is the number.
3          MR. HORTON:  Hand, or --
4          THE WITNESS:  Written on the frame.
5  BY MS. KALEMERIS:
6      Q.    Oh, look at that.  My bad.
7              If you look in the bottom
8  right-hand corner of that image, do you see some of
9  the torsos of the Grey Knight there?  It appears
10  there are six of them.
11          MR. KEENER:  What page are we on?
12          MS. KALEMERIS:  832.
13          MR. KEENER:  Third from the back?
14          MS. KALEMERIS:  It's my third in the
15  back.
16  BY THE WITNESS:
17      A.    Can you repeat?
18      Q.    Do you see these six torsos right
19  here?
20      A.    Yes.
21      Q.    Can you describe those torsos to me?
22      A.    One of them would have been the one
23  that I just described earlier.  They've all got
24  runic war writing across the chest.  They all got
25  high collar.  And they all got a sword going

135

1  vertically down the center.  Some of them have got
2  books in the middle, various belt buckle detail.
3      Q.    If you look in the upper right-hand
4  corner of that page, do you see the shoulder pads
5  there?
6      A.    Yes.
7      Q.    Can you describe those shoulder pads
8  to me?
9      A.    Five of the shoulder pads have a book
10  and a sword going through.  Some have a high trim on
11  them.  Some of scroll work going across them.  Some
12  have the shields hanging off.
13          THE REPORTER:  I'm sorry.  Say that
14  again.
15          THE WITNESS:  Some have their shields
16  hanging off.  And three of them have icons hanging
17  off the edge.
18  BY MS. KALEMERIS:
19      Q.    So going back to the torsos.  Can
20  you -- can you tell me why you made the design
21  decision to include the runic ward writing on the
22  torsos?
23      A.    It's a feature of the Grey Knights,
24  that their armory is protected by these runic wards.
25      Q.    Would it be fair to say that that's a

136

1  component that makes this a Grey Knight?
2      A.    One of them, yeah.
3      Q.    Can you explain why you made the
4  design decision of the high collar?
5      A.    I can't remember.  I worked on this
6  project, I didn't -- I was one of three people on
7  it.
8      Q.    Uh-huh.
9          Can you tell me why you made the
10  design decision of the vertical sword?
11      A.    I saw it on the book, is the Grey
12  Knight symbol I think.
13      Q.    Can you explain the belt buckle
14  detail, why you made that design decision?
15      A.    I didn't work on that part.
16      Q.    Moving to the shoulder pads, can you
17  explain to me the design decision for the book with
18  the sword?
19      A.    As I said, the book with the sword is
20  a Grey Knight symbol.
21      Q.    Can you explain to me the significance
22  of the scrolls?
23      A.    It's a place where you can write the
24  name of that Grey Knight on.
25      Q.    And the significance of the purity

137

1  seals?
2      A.  They were a common feature of all
3  Space Marines.
4      Q.  And to the other icons that are
5  hanging off, can you explain that as well?
6      A.  Yeah.  There is a sword hanging off
7  one and a book hanging off another.  So relating to
8  the Grey Knight symbol.  And the other one is
9  inquisitor eye symbol.  Then the Grey Knights work
10  for the inquisition, which have the eye.
11      Q.  Okay.
12          (Whereupon, Footitt Deposition
13          Exhibit No. 12 was marked for
14          identification.)
15  BY MS. KALEMERIS:
16      Q.  This is Exhibit 12, which are not
17  confidential.
18          MR. KEENER:  Again, these Bates
19  numbers are not in any sequence order.  Is that
20  intentional?
21          MS. KALEMERIS:  Yes, that's
22  intentional.
23  BY MS. KALEMERIS:
24      Q.  If you flip to the first page, it's
25  Bates stamped 21338.

138

1              On these shoulder pads, do you see
2  any books with swords?
3      A.  No.
4      Q.  Do you see any with a high trim?
5      A.  Oh, the bottom right one.
6      Q.  The bottom right one.
7          Do you see any scrolls?
8      A.  No.
9      Q.  Do you see any purity seals?
10      A.  No.
11      Q.  Do you see any icons hanging off of
12  the shoulder pads?
13      A.  No.
14      Q.  Turn to the next page.  It's Bates
15  stamped 21343.  Do you see any runic ward writing on
16  these torsos?
17      A.  No.
18      Q.  Do you see a high collar on these
19  torsos?
20      A.  The left one has a high collar.
21      Q.  Do you have a vertical sword on these
22  torsos?
23      A.  No.
24      Q.  Do you see any books on these torsos?
25      A.  No.

139

1              (Whereupon, Footitt Deposition
2          Exhibit No. 13 was marked for
3          identification.)
4  BY MS. KALEMERIS:
5      Q.  This is marked Exhibit 13, I believe.
6  If you look at the model on the upper left-hand
7  side, is he wearing a missile launcher?
8      A.  I think he's got a cyclone missile
9  launcher.
10      Q.  Yes, you're correct.
11          Can you describe that cyclone
12  missile launcher to me?
13      A.  Two boxes mounted over his shoulders,
14  missiles in them.
15      Q.  How many missiles are in those?
16      A.  Six on each side.
17      Q.  Did you design this missile launcher?
18      A.  No.
19      Q.  Did you sculpt this missile launcher?
20      A.  No.
21          THE WITNESS:  Can I ask what kit is
22  this?
23          MR. KEENER:  You don't have to worry
24  about it.
25  BY MS. KALEMERIS:

140

1      Q.  It's the Space Marine Terminator.
2      A.  I worked on a Space Marine Terminator
3  unit.  But I'm not sure if it's this one.
4          MR. KEENER:  Then that's what you say.
5  BY MS. KALEMERIS:
6      Q.  You are listed as an author at this --
7  of this product.
8          MR. KEENER:  Is that a question?
9          MS. KALEMERIS:  No, it's not.
10  BY THE WITNESS:
11      A.  I don't think I did work on this one.
12      Q.  All right.
13          (Whereupon, Footitt Deposition
14          Exhibit No. 14 was marked for
15          identification.)
16  BY MS. KALEMERIS:
17      Q.  Handing you Exhibit 14.  The first
18  page is 18500.
19          MR. KEENER:  Excuse me.  The first
20  page is 501; is that correct?
21          MS. KALEMERIS:  All right.  We will
22  start with the 01 then, that's fine.
23  BY MS. KALEMERIS:
24      Q.  Can you describe the shape of this
25  model in front of you?

Footitt, Martin  2/14/2013  9:06:00 AM

141

1     A.   Three arch shapes.
2     Q.   So you would not describe this shape
3  as a box or two boxes?
4     A.   No, I wouldn't.
5     Q.   And how many missiles do you see
6  inside of that launcher?
7     A.   Nine, I think.
8     Q.   Did you work on sculpting the Space
9  Marine special weapons lightening claws?
10     A.   Not the actual lightening claws, no.
11  I worked on the kit, but not those.
12     Q.   All right.
13        MS. KALEMERIS:  I have one or two
14  things I would like to revisit and then we're done.
15        MR. KEENER:  Okay.
16  BY MS. KALEMERIS:
17     Q.   So you said that you consider yourself
18  a science fiction fan?
19     A.   Yeah.
20     Q.   And mentioned that you had seen the
21  Star Wars films.  You've seen some of the Alien
22  films.
23        Can you tell me which ones you
24  have seen?
25        MR. KEENER:  Objection.  Form.

142

1  BY THE WITNESS:
2     A.   It's been a while since I've seen any
3  of them.  But probably the first three.
4     Q.   Have you seen any other films that you
5  would consider to be science fiction?
6     A.   Yes.
7     Q.   What -- what are some of the others?
8     A.   I'm not sure.  Transformers, is that a
9  science fiction film?
10     Q.   So when you are considering the
11  science fiction genre, does the word Laz gun mean
12  something to you within that?
13     A.   It does as far as Games Workshop,
14  yeah.
15     Q.   You've never seen a Laz gun in any of
16  the other science fiction that you have consumed?
17     A.   I've not seen a gun that fires a
18  lazar, but the name Laz gun is certainly unrelated
19  to the Games Workshop.
20     Q.   Have you ever heard of a jet bike
21  being used in other science fiction?
22     A.   Not that I've seen.
23     Q.   You have never seen a jet bike used in
24  other science fiction?
25        MR. KEENER:  Objection.  Asked and

143

1  answered.
2  BY MS. KALEMERIS:
3     Q.   You've never heard someone refer to
4  something called a jet bike in other science
5  fiction?
6     A.   No.
7     Q.   Have you ever heard of heavy weapons
8  being used in other science fiction?
9     A.   I'm not sure.
10     Q.   Have you ever heard of elves being
11  used in science fiction?
12     A.   No.
13     Q.   You have not heard of elves being used
14  in a Sci-Fi?
15        MR. KEENER:  Objection.  Asked and
16  answered.
17  BY THE WITNESS:
18     A.   No.
19     Q.   Have you heard of elves being used in
20  a fantasy context?
21     A.   Yeah.
22     Q.   Have you heard of Dark Elves being
23  used in fantasy context?
24     A.   No.
25     Q.   Within a science fiction context, have

144

1  you heard of a plasma cannon being used?
2     A.   No.
3     Q.   Within a fantasy context, have you
4  heard the term Eldar used?
5     A.   No.
6     Q.   Really?
7     A.   Oh, Tolkin.
8     Q.   In a science fiction context, have you
9  heard the word Space Marines used before?
10     A.   No.
11     Q.   Not even with relation to Games
12  Workshop?
13     A.   Oh, if you are referring to our own,
14  yes.  I thought you meant films.
15     Q.   But you have not heard it used in a
16  science fiction context other than with respect to
17  Games Workshop?
18     A.   No.
19     Q.   Okay.  I'm finished.
20        MR. KEENER:  No questions.  Reserve
21  the right to read and sign.
22        MS. KALEMERIS:  Thank you.
23        MR. KEENER:  Thank you.
24        THE VIDEOGRAPHER:  This concludes the
25  deposition of Mark Footitt.  The time is 1:41 p.m.

145

1    Off the record.
2              (The deposition concluded at
3              1:41 p.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

146

1         IN THE UNITED STATES DISTRICT COURT
2         FOR THE NORTHERN DISTRICT OF ILLINOIS
3              EASTERN DIVISION
4
5    GAMES WORKSHOP LIMITED,  )
6         Plaintiff,    )
7         -vs-          ) Case No. 1:10-cv-08103
8    CHAPTERHOUSE STUDIOS    )
9    LLC,            )
10        Defendant.   )
11    _____)
12
13
14         I hereby certify that I have read the
15    foregoing transcript of my deposition given on
16    February 14, 2013, at the time and place aforesaid,
17    and I do again subscribe and make oath that the same
18    is true, correct, and a complete transcript of my
19    deposition so given as aforesaid, as it now appears.
20
21
22
23         _____
24         MARTIN FOOTITT - WITNESS
25

147

1    STATE OF ILLINOIS )
2              ) SS:
3    COUNTY OF C O O K )
4         I, KATHLEEN J. HENDRIX, a
5    Certified Shorthand Reporter within and for the
6    County of Cook, State of Illinois, do hereby
7    certify:
8         That previous to the
9    commencement of the examination of the
10    witness, the witness was duly sworn to testify
11    the whole truth concerning the matters herein;
12         That the foregoing
13    deposition transcript was reported
14    stenographically by me, was thereafter reduced
15    to typewriting under my personal direction and
16    constitutes a true record of the testimony
17    given and the proceedings had;
18         That the said deposition was
19    taken before me at the time and place
20    specified;
21         That I am not a relative or
22    employee or attorney or counsel, nor a
23    relative or employee of such attorney or
24    counsel for any of the parties hereto, nor
25    interested directly or indirectly in the
26    outcome of this action.

148

1         IN WITNESS WHEREOF, I do
2    hereunto set my hand, this 28th day of February,
3    2013.
4
5         _____
6         Kathleen J. Hendrix
7         Certified Shorthand Reporter
8
9    C.S.R. Certificate No. 84-004180.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25