**1**

```
1         IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF ILLINOIS
2              EASTERN DIVISION
3
4   GAMES WORKSHOP LIMITED,      )
                                 )
5          Plaintiff,    )
                                 )
6       -vs-            ) No. 1:10-CV-08103
                                 )
7   CHAPTERHOUSE STUDIOS LLC and JON )
    PAULSON d/b/a PAULSON GAMES,    )
8                      )
          Defendants.   )
9
10
11      Videotaped deposition of NEIL J. HODGSON
12   individually and as a Rule (30)(b)(6) corporate designee
13   of GAMES WORKSHOP LIMITED, taken before TRACY L.
14   BLASZAK, CSR, CRR, and Notary Public, pursuant to the
15   Federal Rules of Civil Procedure for the United States
16   District Courts pertaining to the taking of depositions,
17   at Suite 3500, 35 West Wacker Drive, in the City of
18   Chicago, Cook County, Illinois at 9:32 a.m. on the 5th
19   day of March, A.D., 2012.
20
21
22
23
24
25   (#441523)
```

**2**

```
1       There were present at the taking of this
2    deposition the following counsel:
3
        FOLEY & LARDNER LLP by
4       MR. JONATHAN E. MOSKIN
        90 Park Avenue
5       New York, New York 10016-1314
        jmoskin@foley.com
6       (212) 682-7474
7          on behalf of the Plaintiff;
8
        WINSTON & STRAWN LLP by
9       MR. K. JOON OH
        MR. THOMAS KEARNEY
10      101 California Street
        San Francisco, California 94111-5802
11      koh@winston.com
        tkearney@winston.com
12      (415) 591-1000
13         on behalf of the Defendant
           Chapterhouse Studios LLC;
14
15   ALSO PRESENT:  Ms. Gillian L. Stevenson
                    Games Workshop Limited;
16
17              Mr. Robert Zellner
                Legal Videographer.
18
19             - - - - -
20
21
22
23
24
25
```

**3**

```
1          VIDEOTAPED DEPOSITION OF
                   NEIL J. HODGSON
2
3                 March 5, 2012
4   EXAMINATION BY:              PAGE
5   Mr. K. Joon Oh                6
6
               * * * * * *
7
8              EXHIBITS
9                         PAGE
10  Deposition Exhibit 19          13
    (Bates No. GW 0005938)
11
    Deposition Exhibit 20          18
12  (Defendant Chapterhouse Studios LLC's
    renotice and notice of deposition of
13  Neil Hodgson)
14  Deposition Exhibit 21          32
    (Web site printout of Citadel Hall of
15  Fame page 6 Games Workshop)
16  Deposition Exhibit 22          53
    (Exhibit A to Games Workshop Ltd.'s
17  answer to interrogatory No. 1)
18  Deposition Exhibit 23          70
    (Bates No. GW 0001726-0001727)
19
    Deposition Exhibit 24          80
20  (Bates No. GW 0001618)
21  Deposition Exhibit 25          84
    (Bates No. GW 0001632)
22
    Deposition Exhibit 26          86
23  (Bates No. GW 0002495-0002502)
24  Deposition Exhibit 27          87
    (Bates No. GW 0001503)
25
```

**4**

```
1                           PAGE
2   Deposition Exhibit 28          90
    (Bates No. GW 0002415)
3
    Deposition Exhibit 29          92
4   (Bates No. GW 0001629)
5   Deposition Exhibit 30          95
    (Bates No. GW 0001600)
6
    Deposition Exhibit 31          97
7   (Bates No. GW 0001067)
8   Deposition Exhibit 32          99
    (Bates No. GW 0001153)
9
    Deposition Exhibit 33          101
10  (Bates No. GW 0002425)
11  Deposition Exhibit 34          105
    (Bates No. GW 0001169)
12
    Deposition Exhibit 35          107
13  (Bates No. GW 0001181)
14  Deposition Exhibit 36          110
    (Bates No. GW 0001288)
15
    Deposition Exhibit 37          111
16  (Bates No. GW 0001085)
17             * * * * * *
18
19
20
21
22
23
24
25
```

5

1    THE VIDEOGRAPHER:  Good morning.  We are going on
2   the video record at 9:32 a.m.  Today's date is March
3   5th, 2012.
4       My name is Robert Zellner, and I am a legal
5   videographer in association with Merrill Legal
6   Solutions.
7       The court reporter today is Tracy Blaszak.
8       Here begins the videotaped deposition of Neil
9   J. Hodgson taken in the matter of Games Workshop Limited
10   vs. Chapterhouse Studios LLC, et al., bearing case No.
11   1:10-CV-08103 in the United States District Court, for
12   the Northern District of Illinois, Eastern Division.
13       This deposition is being held at 35 West Wacker
14   Drive on the 35th floor in Chicago, Illinois.
15       And will counsel please identify themselves for
16   the record and state whom you represent starting with
17   the noticing party.
18       MR. OH:  Joon Oh with the law firm of Winston &
19   Strawn LLP representing Chapterhouse Studios LLC, the
20   defendant.
21       MR. KEARNEY:  Thomas Kearney with Winston & Strawn
22   representing Chapterhouse Studios.
23       MR. MOSKIN:  Jonathan Moskin of Foley & Lardner for
24   the plaintiff Games Workshop Limited.
25       MS. STEVENSON:  Gill Stevenson, in-house counsel at

6

1   Games Workshop Limited.
2       THE VIDEOGRAPHER:  Thank you.
3       And the will court reporter please swear in the
4   witness.
5           NEIL J. HODGSON,
6   called as a witness herein, having been first duly
7   sworn, was examined upon oral interrogatories and
8   testified as follows:
9           EXAMINATION
10           by Mr. Oh:
11    Q  My name is Joon Oh.  I'm with the law firm
12   Winston & Strawn LLP.  We represent Chapterhouse Studios
13   LLC, the defendant in this matter.
14       Please state your name and spell it for the
15   record.
16    A  It's Neil John Hodgson, that's N-E-I-L, J-O-H-N,
17   H-O-D-G-S-O-N.
18    Q  And could you please state your home address?
19    A  It's No. 8 Parkwood Court, Nottingham, United
20   Kingdom, NG69FB.
21    Q  And could you please identify your current
22   employer?
23    A  Games Workshop.
24    Q  And is there a specific Games Workshop company
25   you work for?

7

1    A  Games Workshop.
2    Q  What's your current position?
3    A  It's graphic illustrator.
4    Q  And where is your employer located?
5    A  In Nottingham.
6    Q  Can you give the business address?
7    A  It is Willow Road, Lenton Lane, Nottingham NG --
8   No, I don't remember what the postcode is.
9    Q  Do you hold any other positions with Games
10   Workshop?
11    A  No.
12    Q  Are you involved with any business activities
13   unrelated to your current employer?
14    A  No.
15    Q  Have you ever been deposed before?
16    A  No.
17    Q  Do you understand that you will be testifying
18   today under oath?
19    A  Yes.
20    Q  Testifying here today is the same as if you were
21   testifying under oath in a courtroom before a judge and
22   a jury.
23       Do you understand that?
24    A  Yes.
25    Q  Because the court reporter must take down

8

1   everything that you and I say today, please answer each
2   question audibly, for example, with a yes or a no
3   instead of shaking your head or nodding your head or
4   saying uh-huh or uh-uh.
5       Will you do that?
6    A  Yes.
7    Q  Because the court reporter must take down
8   everything, it is also important that we don't talk over
9   each other.  So I will ask that you wait until I finish
10   asking my question before you answer, and I will do my
11   best to not talk over you, as well.
12       Do you understand?
13    A  Yes.
14    Q  Please let me know if you need to take a break
15   during the deposition and we will do that.
16       I ask, however, that if there is a question
17   that's been asked and hasn't been answered yet that you
18   wait until we finish -- you finish answering the
19   question until we break.
20    A  Sure.
21    Q  Do you understand?
22    A  Yes.
23    Q  Is there any reason why you cannot testify fully
24   and truthfully today?
25    A  No.

9

1   Q  Are you taking any medications that would impair
2   your ability to testify fully and truthfully?
3   A  No.
4   Q  Are you under the influence of any alcohol or
5   other substance that may impair your ability to testify
6   here today?
7   A  No.
8   Q  Is it your understanding that Mr. Jonathan
9   Moskin is representing you for purposes of this
10  deposition today?
11  A  Yes.
12  Q  Is he your personal attorney?
13  A  No.
14  Q  There may be times during this deposition that
15  Mr. Moskin objects to a question that I ask.  You must
16  answer each of my questions unless you're instructed not
17  to answer and you choose to follow that instruction.
18     Do you understand?
19  A  Yes.
20  Q  If you do not understand a question, please say
21  so, and I will rephrase.
22     Do you agree to do that?
23  A  Yes.
24  Q  If you ask a question -- Strike that.
25     If I ask a question and you start to answer, I

10

1   will assume that you understood my question.
2      Do you agree with that?
3   A  Yes.
4   Q  If I ask a question but you don't have the exact
5   answer but you have an estimate, I'm entitled to that
6   information.  For example, of an estimate, if I asked
7   you when the last time you had your hair cut, you may
8   not remember the exact date, but you may be able to
9   estimate that it was approximately three weeks ago.
10     Do you understand?
11  A  I understand, yes.
12  Q  Have you ever testified in trial before?
13  A  No.
14  Q  Have you ever provided testimony as an expert
15  witness?
16  A  No.
17  Q  Have you ever been the named party in a lawsuit?
18  A  No.
19  Q  Did you review any -- Strike that.
20     Did you review any documents in preparation for
21  today's deposition?
22  A  What kind of documents?  I don't understand
23  which.
24  Q  Did you review any documents in preparation for
25  today's deposition?

11

1   A  Are we talking written or are we talking on the
2   Internet or what?  What are we talking about?
3   Q  Either.
4   A  Yes.
5   Q  What documents did you review?
6   A  I looked at some of his web site -- some of
7   Chapterhouse's web site.
8   Q  Anything else?
9   A  No.
10  Q  And when did you review the web site?
11  A  Last week.
12  Q  And for how long?
13  A  About a half an hour.
14  Q  Did you print out any pages?
15  A  No.
16  Q  Do you recall any specific pages you visited
17  while you were reviewing that web site?
18  A  Mainly the shoulder pad section.
19  Q  Do you remember any specific shoulder pads you
20  reviewed?
21  A  Right now I couldn't name which ones I looked at
22  now, but I think I looked at most of them.
23  Q  Did you review any other documents to prepare
24  for today's deposition?
25  A  Only insofar as what I might expect to happen

12

1   today.
2   Q  Can you name what documents you reviewed, then?
3   A  It was to what to expect when I came, what kind
4   of questions -- not what questions it might be expected,
5   but the form in which they might take and just to be
6   clear and give my answers, but that's it.
7   Q  Was it a book that you reviewed?
8   A  No, it was just a printed document.
9   Q  And where did you get that document from?
10  A  From Gill.
11  Q  Did you bring that document with you today?
12  A  No.
13  Q  And did you review any other documents?
14  A  No.
15  Q  And how long was this document?
16  A  Just two sides.
17     Actually, I also saw the thing about this thick
18  that was the -- What did you submit?  What was it
19  called?  No?  It was -- Gill, can you --
20  MR. MOSKIN:  We're not here to testify, so.
21  THE WITNESS:  Okay.
22  MR. OH:  Do you remember who provided you that
23  document?
24  A  Gill.
25  Q  And when you say it was this thick, can you give

13

1 an estimate for how thick?
2    A  It was 106 items or so, I think, I mean, in
3 dispute.
4    Q  And how thick was the document that you
5 reviewed?
6    A  That.  It was several -- it was however many
7 sheets you can fit that much information on.
8    Q  Can you just estimate it on the height if it was
9 laid down flat on the -- the reason I'm asking is
10 because the transcript, it doesn't have a -- it can't
11 see how much you're estimating.
12    A  Maybe about 30 sheets.
13    Q  Did you review any other documents?
14    A  No.
15    Q  And did you bring any documents with you today
16 to this deposition?
17    A  No.  I didn't bring that.
18    Q  Excuse me?
19    A  I didn't bring that.
20    Q  Did you provide that document to your attorney?
21    A  I provided that to Gill last week.
22    MR. OH:  I'm marking what is -- I'll mark as
23 Defendant Exhibit 19.  At the bottom is written GW
24 0005938.
25        (Exhibit 19 marked as requested.)

14

1    MR. OH:  Q:  Do you recognize this exhibit?
2    A  Yes.
3    Q  What is it?
4    A  It's an Imperial Jetbike.
5    Q  And how do you recognize it?
6    A  Because I drew it.
7    Q  When did you draw it?
8    A  I drew it before Sabertooth card games produced
9 the images that they had on their cards, and I did it
10 for reference for them.
11    Q  And when, can you provide an approximate time
12 frame?
13    A  I couldn't give you an exact date, no.
14    Q  Can you give a general date?
15    A  I meant to actually when I printed it out to
16 remember what the date was, but I couldn't -- I couldn't
17 remember off the top of my head now.
18    Q  Was it more than -- was it within the last two
19 years?
20    A  I don't believe so, no.
21    Q  Was it within the last five years?
22    A  Possible.
23    Q  And the numbers on the bottom of the page, the
24 ones that start with GW, did you write that?
25    A  No.

15

1    MR. OH:  And just for the record, before the
2 deposition started, Mr. Moskin provided that document to
3 me.
4        And, Mr. Moskin, is that your handwriting, just
5 for the record?
6    MR. MOSKIN:  It's my handwriting.
7    MR. OH:  Q  What did you mean when you said you
8 drew it before Sabertooth card games produced the images
9 that they had on their cards?
10    A  They had asked Games Workshop what Jetbikes
11 looked like, and we had apart from some really old
12 models, we had only a few art references.  And so for
13 clearer and more concise information, I did that.
14    Q  And who did you provide this drawing to?
15    A  I don't know, but it went from me to whoever, my
16 manager or whatever at the time, I can't remember who,
17 who then passed it on to -- so it was probably whoever
18 was dealing with Sabertooth at the time.
19    Q  You said you passed it on to your manager?
20    A  Or whoever it was who was -- I passed it to my
21 manager who passed it to whoever was dealing with
22 Sabertooth, and then they got it.
23    Q  How do you know your manager passed it along to
24 someone at Sabertooth?
25    A  Because the reference, I think -- the image that

16

1 they used was pretty close to that.
2    Q  Did you provide this directly to someone at
3 Sabertooth?
4    A  No.
5    Q  Were you copied in a communication where it was
6 provided to Sabertooth?
7    A  No.
8    Q  Did you see a letter confirming that it was
9 provided to Sabertooth?
10    A  No.
11    Q  Do you have any direct knowledge that your --
12 what happened to this drawing after you gave it to your
13 manager?
14    A  No.
15    Q  Did you speak with anyone to prepare for today's
16 deposition?
17    A  Just Jonathan and Gillian.
18    Q  And when did you speak with them?
19    A  Just in the last couple of days.
20    Q  And how many times did you speak with them in
21 preparation for today's deposition?
22    MR. MOSKIN:  I'm just going to caution the witness.
23 He is not asking you anything that was said, and I would
24 direct you not to reveal anything that was said, but you
25 can answer when we spoke.

17

1    THE WITNESS:  Yesterday evening and this morning.
2    MR. OH:  Q  Any other times?
3    A  I think we had a telephone conference last week.
4  Was it last week?  I can't remember.  Last week.
5    Q  Can you estimate the total amount of time you
6  spent talking with them in preparation for today's
7  deposition?
8    A  Three, three hours maybe.
9    Q  Did you speak with anyone else regarding today's
10  deposition?
11    A  No.
12    Q  Have you spoken with anyone about this lawsuit?
13  MR. MOSKIN:  Objection to form.
14    You can answer.
15    THE WITNESS:  Other than that I am participating in
16  it, no details, no.
17  MR. OH:  Q  And by when you said other than I am
18  participating in it, is that a reference to today's
19  deposition?
20    A  Yes.
21    Q  Prior to the preparations for this deposition,
22  have you -- did you speak with counsel at all concerning
23  this lawsuit?  I'll rephrase that question.
24    A  Thanks.
25    Q  Other than the conversations you had with

18

1  counsel to prepare for this deposition, did you have any
2  other discussions with them concerning this lawsuit?
3    A  No.
4    Q  Before you were notified about this deposition,
5  were you aware of a lawsuit between Games Workshop and
6  Chapterhouse?
7    A  Yes.
8    Q  And when did you first become aware of that?
9    A  Sort of mid to -- mid last year.
10    Q  And how did you become aware of that?
11    A  Because one of the other witnesses had just told
12  me that Chapterhouse had claimed that I had never worked
13  for Games Workshop, and we were having a good laugh
14  about it.
15    Q  Who is this other witness you're referring to?
16    A  Jes Goodwin.
17    Q  And what other conversations did you have with
18  Jes Goodwin about this lawsuit?
19    A  None.
20    Q  Did you have any other conversations with anyone
21  else concerning this lawsuit?
22    A  No.
23  MR. OH:  I hand you what is marked as Defendant's
24  Exhibit 20.
25    (Exhibit 20 marked as requested.)

19

1    MR. OH:  Q  Have you seen this document before?
2    A  This document, no.
3    Q  Have you been designated by Games Workshop to
4  testify as one of its 30(b)(6) designees on specific
5  topics?
6    A  What's a 30(b)(6)?
7    Q  Is it your understanding that you have been
8  designated as one of Games Workshop's 30(b)(6) witnesses
9  to testify on specific topics?
10    A  I don't know what a 30(b)(6) is.
11    Q  I take that as a no?
12    A  Until you qualify what a 30(b)(6) is, I can't
13  answer the question because I don't understand what it
14  means.
15    Q  A 30(b)(6) in this reference is a deposition
16  notice to Games Workshop as a company to testify on
17  specific topics.
18    And my question to you is whether you're one of
19  those designees today.  I just want to confirm that is
20  your understanding that you have been designated by
21  Games Workshop to testify on some specific topics, if --
22    A  I don't think I have been asked to do some any
23  specific, but I'm not entirely sure what the 30(6)(b)
24  (sic) means, so, sorry.
25    Q  I'm going to ask just some general background

20

1  questions for you.
2    A  Okay.
3    Q  First, did you go to college?
4    A  Briefly.
5    Q  Can you tell me when, approximately?
6    A  '91.
7    Q  Can you tell me where?
8    A  In Nottingham.
9    Q  Was there a specific institution you attended?
10    A  I can't remember at the time whether it was
11  Nottingham Polytechnic or whether it was Nottingham
12  Polytechnic just before I joined.  It was something I
13  never did well at, so I chose to forget.
14    Q  And did you attend any other institutes?
15    A  For what, outside of school?
16    Q  Did you attend any other colleges?
17    A  No.
18    Q  Did you attend any other program to get
19  training?
20    A  No.
21    Q  Did you receive a degree?
22    A  No.
23    Q  Have you received any certifications?
24    A  Certifications?  What's that?
25    Q  There may be programs you take and you gain

21

1  certifications but it's not necessarily an entire degree

2  program like a college.

3  A  Oh, right.  No.

4  Q  Did you attend art school?

5  A  No.

6  Q  Have you attended any training programs?

7  A  No.

8  Q  How long have you held your current position?

9  A  My current position, about five years.

10  Q  And before -- Well, strike that.

11  What are your general duties and

12  responsibilities?

13  A  To produce artwork for Games Workshop.

14  Q  And what type of artwork do you produce?

15  A  Iconographic, shields, banners, color schemes.

16  Q  Anything else?

17  A  Not as a regular, but as part of a hobby, then

18  as part of the hobby I might produce some things that

19  get used.

20  Q  Can you help explain what you mean by not as a

21  regular but as part of your hobby, clarify what that

22  distinction is?

23  A  As a member of Games Workshop, most people are

24  hobbyists, so we participate in what we produce.

25  And as part of that, being a professional, some

22

1  of my stuff tends to be better than average, and so they

2  like to use it.

3  Q  But it's not specifically something you created

4  for work?

5  A  No.

6  Q  And just for the record so it -- just so we have

7  clarification, by hobbyist, what do you mean?

8  A  As Games Workshop promotes a hobby to do, not

9  just one thing, so you can participate in all of the

10  elements of the hobby, so that would be playing games,

11  painting miniatures, converting miniatures, whatever.

12  And you can do all or some of those things.

13  Q  Currently, do you supervise any other employees?

14  A  No.

15  Q  Who do you report to?

16  A  My manager, Stuart Black.

17  Q  And what's his position?

18  A  He is the art manager.

19  Q  And how long has he been the art manager?

20  A  About 18 months.

21  Q  And who was the art manager before him?

22  A  Good question.  So we've had quite a few, so I'm

23  trying to think who came before Stu.  No, sorry.

24  Q  Just so I understand, your current position is

25  graphic designer?

23

1  A  Graphic illustrator.

2  Q  Graphic illustrator.

3  Are there other artists who work with you at

4  Games Workshop?

5  A  Yes.  And I remembered.  It was Dominic Murray

6  who was my manager before that.

7  Q  Now, what are the other artist positions at

8  Games Workshop?

9  A  We're all artists.

10  Q  With the same title?

11  A  No, I don't believe we all have the same title.

12  Q  Do you know some of the other titles?

13  A  Artist and art director and that's it, I think.

14  Q  Are there other graphic illustrators?

15  A  No.

16  Q  Was there a graphic illustrator before you?

17  A  No.

18  Q  Before your current position, did you have a

19  different position?

20  A  Yes.

21  Q  And what was that?

22  A  It was hobby content provider; and then before

23  that it was graphic artist; and then before that it was

24  miniature painter.

25  Q  And these were all positions with Games

24

1  Workshop?

2  A  Yes.

3  Q  Can you give general time frames of when you

4  held each of these positions?

5  A  I started Games Workshop in 1991, so '92 I was a

6  figure painter for about five years; and then I guess I

7  was an artist for about four years; and then a

8  couple-year stint in the hobby content provider.

9  Q  Have you held any other positions while you were

10  at Games Workshop?

11  A  My first position was a part-time assistant in

12  the Friar Lane store, a Games Workshop store.

13  Q  And where was that located?

14  A  On Friar Lane.

15  Q  In?

16  A  In Nottingham, sorry.

17  Q  Have you always worked out of the Nottingham

18  office of Games Workshop after the -- after working at

19  the store?

20  A  Yes.

21  Q  When you were that part-time assistant at the

22  Friar Lane store, what was your general

23  responsibilities?

24  A  Stacking shelves, making tea, general dog's

25  body.

25

1    Q   And when you became a figure painter and
2    miniature painter, is that the same thing?
3    A   Yes.
4    Q   What was your responsibilities?
5    A   To paint miniatures.
6    Q   And what was the general purpose of that?
7    A   To show off our product to the best possible
8    standard.
9    Q   And where would those painted figures be used by
10   Games Workshop?
11   A   On any products that they wanted to use them on,
12   so on the box covers of the actual miniatures they sold
13   or as promotional material in White Dwarf or whatever.
14   Q   And then you became a graphic artist, that was
15   the next position?
16   A   Yes.
17   Q   And so what was your responsibilities as a
18   graphic artist?
19   A   To produce artwork that was mainly at the time
20   either page furniture, which was headers and footers, or
21   the pieces of background art and to produce the artwork
22   which was then produced as cardboard buildings or the
23   cardboard accessories that went into our products.
24   Q   And when you mention headers and footers, what
25   do you mean by those?

26

1    A   The title pages of our -- of a lot of our
2    products have header bars which text goes in, and so
3    nice looking furniture that goes around it, page
4    furniture, that is, to enhance the overall look of the
5    product.
6    Q   And when you mention title pages, where did
7    those title pages appear?
8    A   I think the first one I did appeared in one of
9    the editions of Warhammer 40,000.
10   Q   And so it appears in a book?
11   A   Yes.
12   Q   You're not referring to web pages here?
13   A   No.
14   Q   And did you have any other responsibilities as a
15   graphic artist?
16   A   I think at the time I did produce some shields
17   and banner designs.
18   Q   Anything else?
19   A   Not that I can recall.
20   Q   And hobby content producer?
21   A   Provider, producer, something like that, yes.
22   Q   And what was your responsibilities in that
23   position?
24   A   It was to take the models that we produce and
25   show something that was an alternative to what -- or the

27

1    figure painters produce and also to create and build
2    scenery for photography.
3    Q   Just following up on your last answer, you
4    mentioned -- you said it was to take models that we
5    produce and show something that was an alternative to
6    that.
7        What did you mean by alternative to?
8    A   If we produce a model and for the purposes of
9    the cover of boxes or in White Dwarf, our magazine, when
10   we show those, if we just showed them in one color, one
11   style, one chapter, one whatever, it could be quite
12   dull, and we produce -- we have a lot of background
13   imagery that can be applied to whatever.
14       And so showing other examples of how these
15   models can look other than what we've shown one way is
16   what we were doing.
17   Q   And when you were in that position, who did you
18   report to?
19   A   I think Dominic Murray again.
20   Q   Do you have an employment contract with Games
21   Workshop?
22   A   Yes.
23   Q   And when did you enter into this employment
24   contract?
25   A   The current one I'm on, in '92 when I started

28

1    full-time employment.
2    Q   Do you have a copy of this employment contract?
3    A   Somewhere possibly filed away.  It's over --
4    well, it's 20 years old now, so.
5    Q   Did anyone ever ask you to look to see if you
6    had a copy of it for purposes of this lawsuit?
7    A   No, but Games Workshop retains it, might retain
8    a copy of that, so.
9    Q   And do you remember any terms of this employment
10   contract?
11   A   Yes, I do.
12   Q   Can you describe what terms you remember?
13   A   That anything that was produced by me for Games
14   Workshop would become the property of Games Workshop.
15   Q   Have you ever received an employment handbook or
16   employee handbook from Games Workshop?
17   A   Yes.
18   Q   When was the last time you received one?
19   A   I don't know.  I really don't know.
20   Q   Have you received more than one?
21   A   I don't think so.
22   Q   Do you recall how it was provided to you?
23   A   It was handed to me.
24   Q   Did it contain any statements about copyright
25   policies?

29

1    A   I couldn't tell you.  I don't recall whether it
2   did or not.  It probably did.
3    Q   Did it contain any statements about trademark
4   policies?
5    A   I don't know.
6    Q   Did it contain any policies concerning use of IP
7   or intellectual property?
8    A   Again, I don't know.
9    Q   Just returning to something you mentioned
10   before, because you mentioned that sometimes you will
11   create works as part of your hobby outside of work and
12   then you will take it to work and it will be used as
13   part of Games Workshop's artwork, is that correct?
14    A   I generally don't actually do any hobby at home
15   because I don't have the space to do it.  So any hobby
16   that I do is done either before work or during lunchtime
17   or after work, but at the office.
18    Q   So it's outside of your normal day-to-day
19   responsibilities?
20    A   Yes.
21    Q   And is that a common practice at work among the
22   other people who work there?
23    A   I couldn't speak for anybody else.
24    Q   And how many of these pieces that you created on
25   your own time was then used by Games Workshop?

30

1    MR. MOSKIN:  Objection to form, but you can answer.
2    THE WITNESS:  As far as painted miniatures go, I
3   couldn't tell you because there is too many.
4    As far as artwork goes, there was one Space
5   Marine chapter that I invented for my own which has made
6   it on -- through my own design made it through to
7   publication.
8    MR. OH:  Q   Any others you remember?
9    A   No.
10    Q   And when you mention the Space Marine chapter
11   you created -- Strike that.
12    When you mentioned the one Space Marine chapter
13   that you invented on your own, do you remember which
14   chapter that was?
15    A   Yes.
16    Q   What was it?
17    A   It was the Iron Knights.
18    Q   And then for the painted miniatures, you
19   mentioned there were too many to estimate?
20    A   Yes.
21    Q   Would it be fair to say it's more than five?
22    A   Yes.
23    Q   More than ten?
24    A   Well, I did a whole army of Iron Knights, and
25   that was almost 100 models.

31

1    Q   Just for the Iron Knights?
2    A   Just for the Iron Knights.
3    Q   And there were many others besides the Iron
4   Knights before and after that you did?
5    A   Yes.
6    Q   And just for the record, when you say knights,
7   you mean like the kind of medieval knights with the
8   K-N-I --
9    A   Yes, that spelling, yes.
10    Q   And is there a submission policy you go through
11   when Games Workshop wants to use the works you created
12   outside of your -- Strike that.
13    Is there some type of submission policy you go
14   through with these works that you created on your own
15   time?
16    MR. MOSKIN:  Objection to form.
17    You can answer.
18    THE WITNESS:  Not really.
19    MR. OH:  Q   Is there a way for you to track which
20   of your works, for example, these -- the miniatures you
21   made, which ones --
22    A   I didn't make any miniatures.  I painted.
23    Q   Strike that.
24    Actually, I'll strike that line of questioning
25   in terms of that last question, I'll strike that.

32

1    MR. KEARNEY:  Excuse me, Joon.
2    MR. OH:  And just for the record, the last question
3   I was going to ask but I struck was the one that I
4   started off by saying, is there a way for you to track
5   some of this stuff.  I struck that question.
6    I'm going to show you what is marked as
7   Defendant's Exhibit 21.
8    (Exhibit 21 marked as requested.)
9    MR. OH:  Q   Do you recognize this?
10    A   Yes, it looks like what was originally an
11   article in White Dwarf.
12    Q   And, for the record, it is a printout from the
13   Games Workshop web site.  The title up on the upper
14   left-hand corner starts with, Citadel Hall of Fame page
15   6 Games Workshop.
16    Do you recognize -- On the first page in the
17   lower right-hand corner there is a picture there.
18    Do you recognize that person?
19    A   Yes.
20    Q   Who is that?
21    A   That's Jes Goodwin.
22    Q   And up on the top there is -- I'm going to read
23   this statement to you there is, "A former 'Eavy Metal painter" --
24    A   'Eavy Metal.
25    Q   "'Eavy Metal painter, Neil Hodgson is a graphic

33

1  illustrator within Studio collecting ideas from artists,
2  writers, and miniatures designers to create the
3  fantastic iconography, banners and details that adorn
4  our army books and codexes.  Such a wealth of experience
5  and intricate understanding of all things Games Workshop
6  make Neil the perfect candidate to nominate our fifth
7  entrant to the Citadel Hall of Fame."
8      Did I read that correctly?
9  A  Yes.
10  Q  Is there anything inaccurate about that
11  statement?
12      MR. MOSKIN:  Objection to form, but go ahead and
13  answer.
14      THE WITNESS:  I wouldn't say I understood all things
15  Games Workshop.  But as far as imagery goes, I'm pretty
16  good.
17      MR. OH:  Q   When it mentions you're a former 'Eavy
18  Metal --
19  A  'Eavy Metal.  That's a miniature painter.
20  Q  And so when you mentioned before you were a
21  figure miniature painter, that was --
22  A  It is the in-house term for the team of
23  miniature painters that we have.
24  Q  And while you were in that position, how many
25  miniatures do you think you painted?

34

1  A  Hundreds, if not thousands.
2  Q  And graphic illustrator, is that your current
3  position with this company?
4  A  Yes.
5  Q  And it mentions collecting ideas from artists,
6  writers, and miniatures designers.
7  A  Yes.
8  Q  And what does that mean?
9  A  We have a lot of diverse fields, people sculpt
10  miniatures, people write words, artists draw pictures.
11      And for people who want to make an army, taking
12  the ideas that are written, sculpted and drawn and
13  collecting them all together and put in a format that
14  makes people -- makes it easier for people to read and
15  understand how those things work, that's what I do.
16  Q  And how do you collect this information?
17  A  Generally by talking to the people, regularly
18  walk around and find out what people are doing.  It's
19  part of my job.
20  Q  And do people provide you -- I'll strike that
21  question.
22      Can you describe what you then do with this
23  information?
24  A  Produce sketches that are then talked about with
25  my manager and other people who were involved in

35

1  whatever project we're working on to refine to get to
2  the point where I can actually produce some artwork.
3  Q  And what do you do with these sketches?
4  A  They generally get shredded.  After all, after
5  we produce the artwork, we don't need the sketches
6  anymore.
7  Q  Is that still the regular practice at Games
8  Workshop, to shred the sketches?
9  A  It is for me.
10  Q  Has anyone instructed you not to shred sketches?
11  A  No.
12  Q  And other than the sketches, what else do you do
13  to -- as part of your process of creating works?
14  A  Nothing.
15  Q  And do you share these sketches with anyone?
16  A  While I'm discussing the projects and what we're
17  going to do, then they view them, but I don't actually
18  give anybody -- unless they're working on something that
19  requires me -- us feeding off each other, then no.
20  Q  Do you ever e-mail sketches to anyone?
21  A  There is no need to.
22  Q  And when you say you're feeding off of each
23  other, can you explain what you mean more about that?
24  A  In any creative collaboration when there is a
25  team of people, the melting pot is always the best, the

36

1  best way to get the best designs of anything, so that's
2  what it is, the whole studio is like that.
3  Q  And so you will share your sketches with other
4  artists?
5  A  As occasionally as reference material when they
6  need to produce a picture and they want to get a
7  specific banner right or whatever, then, yes, sure.
8  Q  And are there -- Strike that.
9      Can you name some individuals where you have
10  provided reference materials to?
11  A  Paul Dainton is one.
12  Q  Anyone else?
13  A  Alex Boyd, Kevin Chin, John Mickelbach; most of
14  the artists to be fair.
15  Q  And how many artists are there?
16  A  One, two, three, four, five, six; including
17  myself, seven in the office, that is, but then there is
18  another two who don't work in the office.
19  Q  Who are those two?
20  A  John Blanche and Dave Gallagher.
21  Q  And where do they work?
22  A  From home.
23  Q  Was there a point they were working in the
24  office?
25  A  I think John used to, but that was before I

37

1  worked for Games Workshop.  And Dave, yes.
2    Q  When was that?
3    A  I couldn't tell you when exactly.
4    Q  Can you give me a rough estimate?
5    A  Dave was working in the studio when I joined.
6  But when he left to go to Scotland, I couldn't
7  exactly -- maybe five years ago, maybe more, maybe less,
8  I don't know.
9    Q  And is John Blanche and Dave Gallagher, are they
10  still working for Games Workshop?
11    A  Absolutely, yes.
12    Q  When was the last time you talked with either of
13  them?
14    A  I think Dave was down visiting in the studio a
15  few weeks ago, and John comes in on a weekly basis.
16    Q  Does he have -- Strike that.
17    Does John have a regular schedule he comes in
18  and visits?
19    A  Sometimes he will come in on the same day a few
20  weeks and then he has a hospital appointment or whatever
21  and doesn't come in or changes it to another day or
22  there is a meeting that he has to attend.
23    Q  But, generally, once a week?
24    A  Just generally once a week, yes.
25    Q  Is he still actively creating works for Games

38

1  Workshop?
2    A  Oh, absolutely, yes.  I mean, he is our art
3  director.
4    Q  And how often do you communicate with John
5  Blanche?
6    A  When he is in.
7    Q  Do you communicate with him by phone or e-mail?
8    A  No.
9    Q  Do you communicate with Dave Gallagher by phone
10  or e-mail?
11    A  No.
12    Q  What reference materials do you use?
13  MR. MOSKIN:  Objection to form, but you can answer.
14  MR. OH:  Q  I'll rephrase.
15    Do you use reference materials as part of your
16  work?
17    A  Yes.
18    Q  Can you describe the reference materials you
19  use?
20    A  Yes, everybody who works in the studio or most
21  of the creative people who work in the studio and some
22  have a library of books like medieval armor and stuff
23  like that through the ages and flavor pieces, really.
24    Q  Now, when you say flavor pieces, what do you
25  mean by that?

39

1    A  It's to get reference for shapes of armor or how
2  armor will fit together so you can see that when you
3  draw maybe something like that, how it's supposed to
4  hang on a body properly and all that kind of stuff, so.
5    Q  Are there other type of reference material that
6  you use besides the ones related to armor?
7    A  Weapons, tanks, World War II, World War I,
8  classic, all sorts, so.
9    Q  Anything else you can think of?
10    A  I use the Internet sometimes, as well, to
11  reference things, but I generally try not to do that.
12    Q  What type of things on the Internet would you
13  try to reference?
14    A  I generally use it to search through our archive
15  stuff because it's easier to call up an image on the
16  screen rather than try and troll through hundreds of
17  issues, back issues of White Dwarf.
18    Q  You would use previously published Games
19  Workshop material as a reference?
20    A  Absolutely.
21    Q  Anything else through the Internet that you use
22  as a reference?
23    A  Not that I could cite and give a specific
24  example of, no, no.  Google images is great for seeing
25  what things look like, generally.

40

1    Q  Can you give me an example of something on a
2  Google image you looked at to see what it looked like?
3    A  No.
4    Q  But it is something you have used as part of
5  your work?
6    A  Yes, sure.
7    Q  And based on your experience at work, has other
8  people at -- the other artists at Games Workshop also
9  used Google images?
10    A  I don't know.
11    Q  Do you use a computer at work?
12    A  Yes.
13    Q  And you will look at, on occasions, Google
14  images as reference materials at work as a part of your
15  job?  Actually, I'll strike that question.
16    Do you have a personal library at work, a
17  reference library that you use at work?
18    A  No, not a personal one.
19    Q  And is there a reference library --
20    A  We have a collection of books.  You wouldn't
21  exactly call it a great library, but, yes.
22    Q  And is that something maintained by a specific
23  person or is it --
24    A  No.
25    Q  Can you describe what that is?

41

1    A  It tends to be -- I think we've got -- we had a
2    subscription to National Geographics.  We have that as
3    a -- we have that as a reference.
4        We have -- and, then, just, as I said, all the
5    books, there is an interesting texture in this book or,
6    you know, look at the way that the rust is hanging off
7    of that old tank, that kind of stuff.  It's a technique
8    and detail kind of thing.
9    Q  And if you had to estimate, how many of these
10   types of reference books are there at work?
11   A  I couldn't because they're all over the place.
12   Q  More than five?
13   A  Yes.
14   Q  More than 25?
15   A  Probably.
16   Q  And based on your experience at work, who uses
17   these reference materials?
18   A  Most people I should think.
19   Q  You also mentioned before you use other artists
20   as reference?
21   A  Yes.
22   Q  And can you clarify what you mean by that?
23   A  Our in-house staff.
24   Q  And would they provide you a sketch or something
25   written to use as a reference material?  Or I'm trying

42

1    to just understand more about how that works.
2    A  If I'm working on the same project as somebody
3    else, then there will be -- we'll keep up to date of
4    what we're doing by going and talking about I like what
5    you've done there and that's a nice shade and all that
6    kind of stuff.
7        So, generally, by osmosis, I guess.
8    Q  So it was by communicating with the other
9    artists and viewing their sketches or their works in
10   progress?
11   A  Yes.
12   Q  Just for the record, was that a yes?
13   A  Yes, sorry.
14   Q  Can you describe your -- Well, strike that.
15       So how do you go about creating your work?
16   What materials do you use?  Or do you use a computer, do
17   you do it by hand, do you use a sketchbook?  That's the
18   kind of description I'm asking.
19   A  All of my initial sketch work is done on a pad
20   with pencil or pen or whatever.
21   Q  And can you then walk us through the process of
22   initial idea to a final product or final work?
23   A  So I will do a -- it depends on what we're
24   doing, but, say, for instance, that we're going to do
25   some banners for something, then I'll do a bunch of

43

1    sketches for banners.
2        And then I'll take those, refine them a bit,
3    and then scan them into the computer.  And then I will
4    work on them so that they become a more decipherable
5    line drawing than a bunch of scribbles.
6        And then at that point whoever else is in the
7    project team, I'll get their input on what's been
8    produced, whether it's relevant or whether we're all
9    agreed it's the direction that we should be going in.
10   And then it will be rendered.
11   Q  And what do you mean rendered?
12   A  Taken from a line drawing to then being
13   textured, colored.
14   Q  And at this point the line drawing you're
15   referring to, is that on a computer?
16   A  Yes.
17   Q  And earlier today we were talking, I believe,
18   about Exhibit 19.
19   A  That.
20   Q  Was that drawn on the computer?
21   A  It was taken from a sketch that I had done on a
22   sketch pad and then scanned in in the same process.
23   Q  And so was it printed from a computer file?
24   A  This, yes.
25   Q  And by this, you mean Exhibit 19?

44

1    A  Yes, this piece of paper, yes.
2    Q  And has this process of taking sketches and then
3    doing a line drawing on the computer, how long have you
4    been doing that process at Games Workshop?
5    A  Years.
6    Q  Can you remember a point when you were not
7    doing -- using computers to create a drawing?
8    A  Yes.
9    Q  Do you remember when that was?
10   A  Off the top of my head, no.
11   Q  But not in recent memory?
12   A  No.
13   Q  And when you were not using computers at Games
14   Workshop, it was before whenever that Exhibit 19 was
15   created?
16   A  Sorry, say that again.
17   Q  I'll rephrase.  It wasn't a great question.
18       So if there was a point in time that you were
19   creating art at Games Workshop but not using a computer,
20   it would have been -- that period of time would have
21   predated when you created the image depicted in Exhibit
22   19?
23   A  Not necessarily.
24   Q  So can you explain?
25   A  There was a point in time when I would sketch

45

1  something, draw it in -- scan it in to the computer,
2  tidy it up, print it back out, and then hand render it,
3  so hand color it with texture.
4      But, obviously, it was taking too long to do
5  that way, so I had to find a way of rendering it in the
6  computer.
7      Q  And is there a specific program you use?
8      A  I use Photoshop.
9      Q  And is that a standard program used at work?
10     A  I believe, yes.
11     Q  Are there other programs used at work?
12     A  I don't know because I don't -- I only use
13  Photoshop.
14     Q  Are there other programs made available to you
15  at work for this type of drawing?
16     A  I haven't requested to use any other programs,
17  so.
18     Q  And these computer files that's created related
19  to the work you're doing, where are they stored?
20     A  On an external hard drive and on my hard drive.
21     Q  Are they stored anywhere else?
22     A  No.
23     Q  Is there a network?
24     A  Yes.
25     Q  Can you describe what this network is?

46

1      A  There is a network available if you want to
2  store materials on it, but it's so small that nobody
3  bothers.
4      Q  So, again, based on your experience, how does
5  most people store their computer artwork?
6      A  I don't know.
7      Q  But a moment ago you mentioned that because --
8      A  Well, I don't use it because it's so small.  So
9  I assume that other people do the same.  I don't go on
10  and check it, so I don't know.
11     Q  Has anyone collected the computer files on your
12  computer or on the external hard drive that you
13  mentioned for purposes of this litigation?
14     A  The only thing that I've submitted is this.
15     Q  Has anyone other than you -- Strike that.
16        Let me ask that question again.
17        Has anyone collected files on your computer and
18  external drive for purposes of this litigation?
19     A  I wouldn't know.  I haven't given anybody access
20  to my machine to do it, so.
21     Q  So as far as you know, no one has gone and
22  searched your computer --
23     A  No.
24     Q  -- or external hard drive?
25     A  No.

47

1      Q  Does anyone else at work have access to your
2  computer and your hard drive?
3      A  No, it's password protected.
4      Q  Have you provided your password to anyone else
5  at work?
6      A  No.
7      Q  How many computer files of artwork do you
8  estimate you have on your computer and external hard
9  drive?
10     A  I don't know.
11     Q  Would it be more than five?
12     A  Oh, yes.
13     Q  More than 100?
14     A  Probably.
15     Q  More than 1,000?
16     A  Maybe around that.
17     Q  What do you do with the computer files that you
18  create?
19     A  They're submitted to our archivist who gives
20  them a code and then they're archived.
21     Q  Can you explain who this archivist is?
22     A  The person or the job?
23     Q  How about both?
24     A  Zaf, Zaffron Hayden-Davies I believe her name
25  is, is the studio archivist.  She receives all of the

48

1  imagery that we produce, gives it a code, and then
2  stores it wherever.
3      Q  Can you describe what this code is?
4      A  It's an internal code so that everybody can
5  reference the same piece of artwork or photograph.
6      Q  And is there a particular structure to this
7  code?
8      A  I have no idea.
9      Q  But it's some internal Games Workshop code?
10     A  Absolutely, yes.
11     Q  Are you able to look up references based on
12  these codes?
13     A  No.
14     Q  If you wanted to look up a reference based on
15  these codes, what would you do?
16     A  I would have to go to Zaf.
17     Q  Have you gone to Zaf to ask her about an
18  archived work?
19     A  Yes.
20     Q  Can you describe a situation where that has
21  occurred?
22     A  I'm looking for a piece of reference and I can't
23  find it, so I'll go to Zaf and I'll say I'm looking for
24  this piece of art, kind of remember what it looks
25  like, so I'll give her a kind of brief description of

49

1    what it is.
2         And then I don't know what program she uses,
3    but she goes into her filing system and digs out a list
4    of things it could potentially be.  And then there is a
5    little thumbnail, and she goes, is that it, is that it,
6    is that it, is that it, until we get to the one that I'm
7    looking for.
8         Q   And what happens when you find the one you're
9    looking for?
10        A   I'll use it in whatever situation I needed to
11   use it for.
12        Q   Do you just look at it wherever Zaf is?
13        A   She can either print it out if I request a
14   printout, or she can put it in the transfer folder.
15        Q   And how do you usually -- Strike that.
16            What do you usually do?
17        A   I've done both.
18        Q   And what is this transfer folder?
19        A   It's a folder on our network, on our system
20   network that means if people need to transfer files from
21   one person to another, they can do it.  We all have our
22   own little section in it.
23            And it's just mainly used for transfer --
24   transfer it from one computer, put it in the transfer
25   folder, you then take it out of the transfer folder and

50

1    then that's it.
2         Q   Is this transfer folder part of that same
3    network you mentioned earlier --
4         A   Yes.
5         Q   -- that's kind of small?
6         A   Yes, so it has to be cleared out quite
7    regularly.
8         Q   And then what happens after you -- for the ones
9    you transfer using the transfer folder and you put on
10   your computer, what happens to those images at that
11   point?
12        A   I'll use them in whatever way I wanted to use
13   them and then delete them.
14        Q   Has anyone instructed you not to delete files on
15   your computer since the -- this litigation started?
16        A   Has anyone instructed me not to?  No.
17        Q   Has anyone instructed you not to delete e-mails
18   since this litigation started?
19        A   No.
20        Q   Do you use e-mail at work?
21        A   Not really.
22        Q   Do you have e-mail at work?
23        A   I have e-mail at work, yes.
24        Q   And just for the record, what is your e-mail
25   address?

51

1         A   Neil.hodgson@games-workshop.co.uk.
2         Q   And the files you would get from the archivist,
3    would that be a completely rendered image?  And I'm
4    referencing it because you mentioned there were kind of
5    stages?
6         A   None of the line drawing stages go to Zaf, only
7    finished art.
8         Q   What happens to the line drawings?
9         A   They stay on my machine.
10        Q   Do you delete your line drawings?
11        A   Very rarely.
12        Q   And is it a company practice not to send line
13   drawings to the archivist?
14        A   I wouldn't say it was a policy, no.
15        Q   So there may be also line drawings archived as
16   part of it?
17        A   There could be.
18        Q   Previously you mentioned an example where you
19   said -- as an example you were saying if I'm working on
20   a banner, I will do an initial sketch, then scan it and
21   then create a line drawing on my computer.
22            Do you remember that?
23        A   Yes.
24        Q   And as part of doing the banners, would you
25   consult any reference material?

52

1         A   Yes.
2         Q   What type?
3         A   The rest of the studio.
4         Q   Anything else?
5         A   And what's come before.  It always starts with
6    when it was initially created.  We go -- we always go
7    back to our original artworks and we use the iconography
8    as much as possible.
9         Q   Any other reference materials?
10        A   Not really.
11        Q   Would you create any new -- Strike that.
12            Previously you mentioned that you use reference
13   materials, for example, related to armors or World War
14   II and tanks.
15            What type of works would you use those
16   reference materials for?
17        A   If I'm -- say if I'm drawing a tank with a color
18   scheme on it, then I will draw one of our battle tanks
19   and I'll use a color scheme.  And then I will generally
20   use that to try and show -- reference material to try
21   and show weight or texture or, you know, how does mud
22   hang off of a set of tracks, that kind of thing, just to
23   try and give it a bit more reality.
24        Q   So you mention materials for tanks and for use
25   when drawing armor.  Any other things?

53

1    A  Not really.

2    Q  Do you keep paper files at work?

3    A  No.  Well, I don't, personally.

4    Q  You mentioned before you shred your drawings?

5    A  Yes.  I don't keep any -- my desk would be

6    buried as it is.

7    MR. OH:  I'm showing you what has been marked as

8    Defendant's Exhibit 22.

9        (Exhibit 22 marked as requested.)

10   MR. MOSKIN:  Before we start any questions, can we

11   take a short break?  We've been going for a little bit.

12   MR. OH:  Can I just introduce, again, for the

13   record.

14   MR. MOSKIN:  Yes, that's fine.  That's okay.

15   MR. OH:  Do this real quick.

16   I'll just ask a few questions about this and

17   then we'll take a break.  So we'll get on the record.

18   Q  Do you recognize this document?

19   MR. MOSKIN:  I'm going to go use the restroom.  So I

20   think it's better before you start asking questions if

21   we just take a break now.  Okay?  Is that all right?

22   MR. OH:  Sure.

23   THE VIDEOGRAPHER:  Going off the record at 10:56

24   a.m.

25       (a brief recess was taken)

54

1        THE VIDEOGRAPHER:  Beginning tape No. 2 of the

2    deposition of Neil J. Hodgson.  We're back on the record

3    at 11:10 a.m.

4    MR. OH:  Q   Mr. Hodgson, in front of you you have

5    Exhibit 22.

6    A  Yes.

7    Q  Do you recognize this?

8    A  Yes.

9    Q  What is it?

10   A  It's a document I referred to earlier.

11   Q  And can you provide just a little more

12   explanation.  Is this the document with the 106

13   products --

14   A  Yes.

15   Q  -- you said you reviewed as part of

16   preparation --

17   A  Yes.

18   Q  -- for this deposition?

19   A  Yes.

20   Q  Can I please direct your attention to entry No.

21   2.

22   A  Yes.

23   Q  And do you see at the bottom where it says

24   NH663/NH672/Neil Hodgson/2000?

25   A  Yes.

55

1    Q  Do you recognize what that is?

2    A  Those look like the codes for the artwork

3    produced, our internal artwork codes.

4    Q  Does that refer to what's being archived?

5    A  Yes.

6    Q  And the codes associated with that archiving?

7    A  Yes.

8    Q  If you turn the page, at the top of the page,

9    entry 2, do you see a reference for -- there is a

10   NH002/Neil Hodgson/1998?

11   A  Yes.

12   Q  Does that appear to be also the same type of

13   archive code?

14   A  Yes.

15   Q  Turning back to the first page, we were

16   referring to that first code, that one that starts with

17   NH663.

18   A  Yes.

19   Q  Do you recognize what the Index Astartes II 2003

20   is?

21   A  Yes, I think that was a book we produced that

22   was a collection of White Dwarf articles of similar ilks

23   that were put together and sold as a book.

24   Q  And on the next page where it references the

25   Warhammer 40,000 Space Marine Land Speeder 1998, that is

56

1    right above the code that starts with NH002, do you

2    recognize what that is?

3    A  I couldn't tell you what the product was, no.

4    Q  Now, do the other artists at Games Workshop use

5    computers?

6    MR. MOSKIN:  Asked and answered.

7        Go ahead.

8    MR. OH:  Q   I'll reask the question.

9        Do the other artists at Games Workshop use

10   computers at work?

11   MR. MOSKIN:  Still asked and answered.

12   THE WITNESS:  Yes, they do.

13   MR. OH:  Q   Are there any artists at Games Workshop

14   who doesn't use computers as part of creating works of

15   art for Games Workshop?

16   A  Up until recently.  It's only a recent

17   innovation that most -- that they have computers.

18   Q  And who has been using -- can you describe

19   that, when you say it's only a recent innovation?

20   A  Up until a couple of years ago, everything that

21   was done was done in traditional media.

22   Q  Can you describe what you mean by traditional

23   media?

24   A  Ink and pen on board, on paper, traditional

25   media used by artists.

57

1   Q   Were there certain artists who used computers
2   before others?
3   A   Yes.
4   Q   And who are those?
5   A   Me.
6   Q   Anyone else?
7   A   Before the rest of the team, I guess John
8   Mickelbach used a computer when he wasn't in the art
9   department, but he wasn't an artist then.
10  Q   Anyone else?
11  A   To produce artwork, no.
12  Q   And for the type of artwork you're referring to,
13  is there a certain type of artwork that you're
14  referencing?  Is it just illustrations you're referring
15  to or?
16  A   Or what?
17  Q   Let me rephrase.
18      Do sculptors use computers?
19  A   Not all of them.
20  Q   Do you know which ones do?
21  A   Depends on what you mean by -- they have
22  computers to e-mail, but only a few of them actually
23  have computers to create miniatures.
24  Q   And for the ones who use computers to create
25  miniatures, do you know which ones do use computers for

58

1   that?
2   A   I think we have about seven machines that are
3   capable of sculpting -- that the miniature designers are
4   capable of sculpting on.  And depending on who is
5   working on something that needs a digital sculpt made,
6   those are the people that work on them.
7       So I wouldn't say all of them have used it, but
8   quite a few of them have.
9   Q   Have you ever used those machines for
10  sculptures?
11  A   No.
12  Q   And since you have been at Games Workshop, have
13  you -- has part of your responsibilities included
14  creating sculptures?
15  A   No.
16  Q   Do you know how long Games Workshop has been
17  archiving works as part of this archive, the one you
18  mentioned before?
19  A   I think we've always had an archive as long as
20  we've had artwork.  It might not have been digital in
21  the beginning because we didn't produce digital artwork.
22  Q   Do you remember a time where there wasn't any
23  digital archive?
24  A   Yes.
25  Q   When was that around?

59

1   A   I guess maybe around the beginning of the '90s
2   or -- no, it would be a little later than that.  Maybe
3   mid '90s.
4   Q   And does the archive include works that were not
5   originally created in digital form?
6   A   Yes.
7   Q   Does the archive include depictions of
8   sculptural works?
9   A   That I am not sure of.
10  Q   What type of works do you know are archived?
11  A   Packaging is archived, artwork is archived.
12  Beyond that, I don't know what is.
13  Q   Do you know if cover -- Well, strike that.
14      Would artwork also include cover illustrations
15  for magazines or books?
16  A   Yes.
17  Q   Do you also have a smartphone as part of work?
18  A   No.
19  Q   Are any artists provided smartphones as part of
20  work?
21  A   Not that I know of.
22  Q   Do you know if computers are used to design
23  packaging?
24  A   Yes.
25  Q   And are the people who design packaging, are

60

1   those the same people who are the artists in your group?
2   A   No.
3   Q   Do you interact with the people as part of work
4   who do the packaging creation?
5   A   Only on a social level.
6   Q   Are the people in your group also involved in
7   creating artwork for White Dwarf magazine?
8   A   My group, you mean the artists?
9   Q   The artists.
10  A   Yes.
11  Q   And just so we have a little more clarification,
12  we have a group, they're artists.  We have people who
13  are responsible for creating the packaging?
14  A   Yes.
15  Q   Are there other groups or departments at your
16  company?
17  A   Yes.
18  Q   Can you please describe them?
19  A   We have the miniature sculptors.  We have 'Eavy
20  Metal and the hobby guys.  We have book production.  We
21  have games development.  We have the art department.  We
22  have packaging.  We have White Dwarf and the management,
23  studio management.
24  Q   You're a member of the art department?
25  A   Yes.

61

1    Q   And the hobby guys that you referred to, is that
2    the group that at one point you were working with?
3    A   Yes.
4        I also missed out one.  There was the product
5    development.
6    Q   Can you describe what product development does?
7    A   I think it's fairly self-explanatory.
8    Q   For the record.
9    A   They develop product.
10   Q   Is there any specific product that they develop?
11   A   As part of the confidentiality, I couldn't say
12   anything that they were making, but they --
13   Q   Or types of products?
14   A   Dice, the periphery stuff, magic cards, rulers
15   and measures, that kind of stuff, the things that
16   support the hobbyists doing things other than painting
17   miniatures.
18   Q   And so how does that differ from game
19   development?
20   A   Games development are the people who write the
21   rules and the backgrounds to our universes.
22   Q   And what does book production do?
23   A   They produce all of the books that we print or
24   most of the books we print.
25   Q   Can you just give us some examples of the books?

62

1    A   They produce our core rule books, our army
2    lists, our codexes and uniform guides, that kind of
3    stuff.
4    Q   And can you describe what White Dwarf is?
5    A   White Dwarf is our monthly magazine that we
6    produce that has what we've been doing -- what we're
7    promoting at the time in it.
8    Q   And the miniatures department?
9    A   The miniatures department is the one who does
10   all the sculpting.
11   Q   And when they create the sculptures, are they
12   based on anything?
13   A   Our IP.
14   Q   Is it a collaborative process between the
15   miniatures department and art department in creating --
16   A   Sometimes.
17   Q   Are some of the works that you've done, were
18   they based on previously miniatures?
19   A   Say that again, sorry.
20   Q   Have some of the works that you have created as
21   part of your job, were they based on preexisting
22   miniatures?
23   A   Yes.
24   Q   Do you know which ones were based on preexisting
25   miniatures versus one that was created independently?

63

1    A   Created independently?  No.
2    Q   I'll rephrase that.
3        Do you know which ones were created from -- if
4    I were to ask you if you could identify all the works
5    that you have made, artworks that were based on
6    preexisting miniatures, would you be able to do that?
7    A   I would be able to make a good -- a good stab at
8    it, yes.
9    Q   And would you be able to identify works you
10   created based on preexisting artworks?
11   A   Probably.
12   Q   Do you know if your e-mail at work is archived
13   at all?
14   A   I don't believe it is, but it could be.  I don't
15   know.
16   Q   Do you know what type of e-mail program you use
17   at work?
18   A   We use Outlook.
19   Q   Do you know if you use an Exchange server?
20   A   I don't know.  I don't know any of the
21   technicalities.
22   Q   Does Games Workshop have a general policy about
23   retaining documents?
24   A   Retaining documents in what respect?  Keeping
25   artwork that's been produced, yes.  Other things I don't

64

1    know what you're referencing to.
2    Q   Is there a general policy for regularly
3    destroying documents?
4    A   We're encouraged to shred any product-sensitive
5    material that has been used as a reference, but apart
6    from that, I don't know.
7    Q   Are there shredders provided at work?
8    A   Yes.
9    Q   Do you know how many there are?
10   A   Two in the studio that I know of.
11   Q   Is there a written policy about preserving or
12   destroying documents at work?
13   A   I don't know.
14   Q   And when you say we're encouraged to shred any
15   product-sensitive material, who do you mean by -- we're
16   encouraged by whom?
17   A   By the studio management.
18   Q   Do you use any instant messaging programs at
19   work?
20   A   No.
21   Q   Do you use any text messaging as part of work?
22   A   No.
23   Q   Do you use any voice IP programs as part of
24   work?
25   A   I don't know what that is.

65

1  Q  Do you know -- Do you use Skype as part of work?
2  A  No.
3  Q  We discussed e-mail.  Are there any other forms
4  of electronic communications employed at Games Workshop?
5  A  No.
6  Q  Have you searched your e-mails for documents
7  related to this litigation?
8  A  No.
9  Q  Has anyone asked you to search your e-mails for
10  documents related to this litigation?
11  A  No.
12  Q  Have you exchanged any e-mails with attorneys
13  related to this litigation?
14  A  No.
15  Q  Have you exchanged any e-mails at work with any
16  attorneys?
17  A  Well, I guess I've -- let me say it, I have had
18  e-mails with Gill pertaining to having meetings about
19  this case, but that's it.
20  Q  And by meetings, is that referring to preparing
21  for this deposition?
22  A  Yes.
23  Q  Other than e-mails relating to preparing for
24  this deposition, any other e-mails with attorneys
25  related to this case?

66

1  A  No.
2  Q  Do you regularly -- Strike that.
3     Do you regularly delete your e-mails?
4  A  Yes, when the mailbox gets too full.
5  Q  And is this an ongoing practice?
6  A  Yes.
7  Q  Has anyone -- Strike that.
8     What efforts have you made to search for
9  documents related to this litigation?
10  A  Just in reference to Exhibit 19.
11  Q  Were you only looking for that specific
12  document?
13  A  Yes.
14  Q  At any point were you looking for any other
15  documents related to this litigation?
16  A  No.
17  Q  At any point did anyone ask you to look for any
18  other documents related to this litigation?
19  A  No.
20  Q  Can I ask why you searched for this particular
21  document?
22  A  In the conversation that Gill and I had --
23  MR. MOSKIN:  I will instruct the witness not to
24  disclose any contents of the conversation you had with
25  Ms. Stevenson.

67

1  THE WITNESS:  It was the outcome of a conversation
2  that I had.
3  MR. MOSKIN:  That's fine.  But you're not to
4  disclose the substance of the discussion.
5  THE WITNESS:  Okay.
6  MR. OH:  Q  And when was this conversation?
7  A  Last week.
8  Q  Are you familiar with the term heraldry?
9  A  Yes.
10  Q  What is that term?  What does it mean?
11  A  Heraldry is, in the traditional sense, what
12  knights use to distinguish themselves from other people
13  or other knights.
14  Q  Can you give some examples?
15  A  It can be as simple as a white fleur-de-lis on a
16  blue background as somebody's heraldry.  It could be as
17  complex as quartered with all in different colors with
18  different icons on each quarter.
19  Q  And where would the -- these heraldry appear?
20  If I'm -- please correct me if I'm not using the phrase
21  correctly.
22  MR. MOSKIN:  Object to form, but you can answer.
23  THE WITNESS:  In what context?  In the traditional
24  context?
25  MR. OH:  Q  In the traditional context.

68

1  A  Anywhere that there was space, really, so
2  banner, shields, horse's comparison, banners, pennants.
3  Q  You mentioned comparison?
4  A  Yes, it's the cloth that covers a horse.
5  Q  And how does heraldry relate to the works you
6  do?
7  A  It's Space Marines and knights in space.  And
8  when I work on Space Marines, it's all important, it's
9  part of their identity.
10  Q  How so is it part of their identity?
11  A  Each chapter of Space Marines has its own unique
12  character which is partially represented within the
13  heraldry that they use.
14  Q  And do you use any reference materials related
15  to heraldry?
16  A  There are rules in heraldry.  There are heraldic
17  rules; but beyond that, no.
18  Q  Can you describe what these heraldic rules are?
19  A  You have two types of colors.  You have metals
20  and you have colors.  And metals are white or silver and
21  yellow or gold, they're the same in heraldic terms.
22     And the only thing is, is that it's encouraged
23  not to put a metal on a metal or a color on a color.
24  You put a color on a metal or you put a metal on a
25  color.

69

1    Q  Are there other heraldic rules?

2    A  Not that I conform to, no, but there may be.

3    It's an ancient and venerable art form.  So there could

4    be, but I'm not a herald, so I couldn't tell you.

5    Q  Are there any -- Well, strike that.

6       Are you familiar with some traditional examples

7    of symbols used with heraldry?

8    MR. MOSKIN:  Objection.

9       You can answer.

10   MR. OH:  Q  I'll rephrase.

11      Before you mentioned a fleur-de-lis?

12   A  Fleur-de-lis.

13   Q  Can you explain what that is?

14   A  It's an ancient symbol.  It's a three -- It's a

15   central spike with two curved spikes coming off of it

16   that's been used in heraldry for hundreds of years.

17   Q  Are there other symbols you can think of that

18   are like that?

19   A  Pick a shape, it's been used.

20   Q  Lions?

21   A  Yes.

22   Q  Griffins?

23   A  Yes.

24   Q  Crosses?

25   A  Yes.

70

1    Q  Skulls?

2    A  Yes.

3    Q  Circles?

4    A  Yes.

5    Q  Triangles?

6    A  Yes.

7    Q  Roman numerals?

8    A  Yes.

9    Q  And use of all these symbols dates back to the

10   ancient form of heraldry?

11   A  Yes.

12   Q  Dragons?

13   A  Yes.

14   Q  Salamanders?  Or I'll strike that.

15   MR. OH:  I'm going to hand you an exhibit that will

16   be marked 23.

17      (Exhibit 23 marked as requested.)

18   MR. OH:  Q  Do you recognize this?

19   A  Yes.

20   Q  And, for the record, these are Bates labeled

21   pages GW 0001726 through 27.  What is it?  What is this?

22   A  What is this?  This looks like it was a

23   reproduction of a poster that I did, and I think it went

24   into one of our book products.

25   Q  And was -- The copy in front of you is in black

71

1    and white?

2    A  Yes.

3    Q  Was the original in black and white?

4    A  No.

5    Q  Were snakes also used as heraldry symbols or

6    heraldic symbols?

7    A  I believe they were, yes.

8    Q  Eagles or birds?

9    A  Yes, yes.

10   Q  And did you create all the -- what -- Well, let

11   me rephrase the question.

12      What did you create in this poster?

13   A  Some of the designs were created by me, some of

14   the -- it was all drawn and rendered by me.

15   Q  And what do you mean by some of the designs were

16   created by you?

17   A  There was, I believe, 99 Space Marines on this,

18   and I think approximately 60 already existed.  And so

19   the other ones were created for this.

20   Q  Do you recognize which ones you created versus

21   which ones preexisted?

22   A  Maybe.  There was quite a lot.

23   Q  And you mentioned you rendered and drew

24   everything on this poster?

25   A  Yes.

72

1    Q  How does that relate to some of the Space

2    Marines preexisting?

3    A  What we already had was drawn and rendered so

4    that when they all sat together on a page, they all

5    looked like it was done at the same time.  So it's just

6    a better flow.

7    Q  Is it fair to say what you did was you took a

8    preexisting image and then redrew it for this poster, at

9    least for some of the Space Marines or a preexisting

10   design?

11   A  I can't remember whether I had drawn this actual

12   incarnation of this particular marine that was used for

13   this or whether it was already existent and I used it

14   for this.

15   Q  Got it.

16      Do you remember when you made this?

17   A  I think at the bottom somewhere on it said --

18   Q  I think on the second page in the upper

19   right-hand corner, if you look at that, does that

20   refresh your recollection?

21   A  2005.  It says the poster was printed in 2005,

22   so I guess it would have been within the year preceding

23   that.

24   Q  Do you have -- Well, strike that.

25      Whose idea was it to create a poster?

73

1    A  I think it might have been mine.
2    Q  And did you seek approval to do this project?
3    A  They were created for another project, but I
4    thought it would be really cool to put them all on a
5    poster and sell it.
6    Q  What do you mean they were created for another
7    project?
8    A  They were created for a book entitled, I think,
9    How to Paint Space Marines.
10    Q  So the images on this poster first appeared in
11    that book?
12    A  Yes.
13    Q  And then they were collected and printed as part
14    of this poster?
15    A  Yes.
16    Q  Do you remember when that book came out?
17    A  No.
18    Q  Were there anything on this poster that didn't
19    first appear in the book?
20    A  Is there anything on this poster that didn't
21    first appear -- yes, the one on the second page that
22    says erased.  It's about halfway -- three columns up --
23    three rows up on the first column.  And all it is is an
24    outline with a stamp over it that says erased.
25    Q  Can I ask why it says erased there?

74

1    A  It's something -- it's a little bit of
2    mysterious of there is one that they haven't put here, I
3    wonder which one it is kind of thing, to add a little
4    bit more flavor to it.
5    Q  So it's part of the general lore?
6    A  Yes.
7    Q  And when you were creating the individual images
8    for the Space Marines, did you make sketches?
9    A  Yes.
10    Q  What happened to those sketches?
11    A  They were binned.
12    Q  And what do you mean by binned?
13    A  They were disposed of in whatever way.  I think
14    they were before we had shredders, so they were probably
15    just binned.
16    Q  The reason I asked, I think binned is kind of an
17    English phrase.
18    A  Okay.
19    Q  So you mean thrown in the trash is the same as
20    binned?
21    A  Yes.
22    Q  Can you take a look on the second page.  It's in
23    the last column, and it's the second image down.  Do you
24    see something called a Howling Gryphons?
25    A  Yes.

75

1    Q  Did you create that design?
2    A  No, that was a preexisting design.
3    Q  Do you know who did that?
4    A  Originally I think I can recall where I first
5    saw it, but who did it, no.
6    Q  Where did you first see it?
7    A  I think it was issue 101 of White Dwarf.
8    Q  The image is kind of murky on the copy we have
9    here.  Do you remember what's depicted on that oval
10    shaped -- it's kind of like a half oval?
11    A  The shoulder pads.
12    Q  Okay.  And so do you remember what was depicted
13    on that shoulder pad?
14    A  Yes, it's a rampant griffin.
15    Q  What's a rampant griffin?
16    A  It goes back to heraldry of depending on what
17    the creature is doing depends on what kind of -- what
18    title it's given.  So stood upright with claws out is
19    rampant.
20    Q  And do you know who came up with the name?
21    A  No.
22    Q  It wasn't you, though?
23    A  No.  It was before I worked at Games Workshop.
24    Q  If you turn to the first page, do you see
25    something called the Iron Snakes?

76

1    A  Yes.
2    Q  And was that something, a design you created?
3    A  No, it was preexisting.
4    Q  Do you know who created it?
5    A  No, I don't.
6    Q  Do you know where you first saw it?
7    A  I think it was a graphic novel that we produced.
8    Q  Would you recall the name by chance?
9    A  I think it was probably called, The Iron Snakes.
10    Q  If you go back to the next page, which ends in
11    Bates 27.
12    A  Do you mind if I split these so I don't have to
13    keep flipping backwards and forwards?
14    Q  You can, but once you're done, if I could ask
15    you to restaple them.
16    A  Okay.
17    Q  If you look down from the third row from the
18    bottom towards the middle, do you see something called a
19    Blood Raven?
20    A  Yes.
21    Q  Did you create that design?
22    A  That particular one?  Yes.
23    Q  And what was the basis for that design?
24    A  It was based on Relic's icon that they did,
25    Blood Ravens.  I think it was Relic, wasn't it, who did

77

1    the Space Marine game for computers, computer game.
2        Q   And Relic, just so I understand that, you said
3    it's based on Relic?
4        A   The company who made the computer game, designed
5    the Space Marine chapter to feature in their game.
6        Q   And do you remember the name of the game?
7        A   I think it was called Space Marine, but.
8        Q   So you created this design based on that video
9    game?
10       A   The color scheme is the same.  I just slightly
11   altered their icon that they used.
12       Q   What icon did they use?
13       A   They used a kind of stick bird or a bird with
14   stick wings and a blood drop in the middle of it, but
15   its head was pointing up.
16       Q   And can you describe for the record how this one
17   is different from that one?
18       A   The wings are a little more figurative and the
19   head is turned to one side so it looks more heraldic and
20   it's got a blood drop in the center.
21       Q   And which way is the blood drop facing, if you
22   remember?  I think the image here is kind of hard --
23       A   It's straight up and down, so it just looks like
24   a blood drop.
25       Q   The pointy end at the top?

78

1        A   Yes.
2        Q   You said you were trying to make it more
3    heraldic.  What did you mean?
4        A   The one that -- in my personal opinion, the one
5    that Relic did was not very good.  And so rather than
6    render that exactly as they had done it, I took -- put
7    the Games Workshop style on it, as it were, the house
8    style on it rather than something that looked a little
9    bit '20s art deco.
10       Q   To make it more ancient?
11       A   Gothic.
12       Q   Did you come up with the name Blood Raven?
13       A   No.
14       Q   Do you know where that came from?
15       A   No.
16       Q   Earlier today you mentioned you created a Space
17   Marine chapter?
18       A   Yes.
19       Q   What was that name again?
20       A   The Iron Knights.
21       Q   Did you create that name?
22       A   In the context of what was shown, yes.  I think
23   it's the top row on the second page, the first one.
24       Q   And, for the record, that's the page that ends
25   in 1727?

79

1        A   Yes.
2        Q   And can you point out the location again?
3        A   It's the first one on the top row.
4        Q   And that's the first one on the left, for the
5    record?
6        A   Yes.
7        Q   And did that image of the Iron Knights, was this
8    the first appearance of that image?
9        A   I think the first appearance of it was in the
10   book, the previous book.
11       Q   Called, How to Draw --
12       A   How to Paint Space Marines.
13       Q   And at that point had other depictions of the
14   Iron Knights appeared?
15       A   In miniature form, yes.
16       Q   And -- by Games Workshop?
17       A   By me.  That was the -- that was my hobby army
18   that I produced, and then I made it bigger so that they
19   could use it in some battle shots for Cities of Death,
20   which was a book that we produced.
21       Q   So the painted miniatures you created for the --
22   of the Iron Knights appeared in a previous published
23   book?
24       A   Yes.
25       Q   And what was the name of that book again?

80

1        A   Cities of Death.
2        Q   And the image on this exhibit, is it the same
3    color schemes and symbols that were used in the
4    miniature you made?
5        A   Yes.
6        Q   Is there any significant difference between the
7    image we're seeing on this exhibit versus the miniatures
8    that were -- that you painted and what previously
9    appeared in the book?
10       A   Only some minor color variations, but that was
11   to denote squad or unit.
12       MR. OH:  I'm going to hand you what is marked as
13   Defendant's Exhibit 24.  It's Bates labeled page GW
14   0001618.
15       (Exhibit 24 marked as requested.)
16   MR. OH:  Q   Do you recognize this?
17       A   Yes.
18       Q   What is it?
19       A   It is my artwork again.
20       Q   And do you know where this appeared?
21       A   I think it looks like it was originally in White
22   Dwarf and then again collected into one of the Index
23   Astartes books that we produced.
24       Q   These images didn't originally appear in this
25   publication?

81

```
 1    A  I think they all originated in White Dwarf.
 2  When I said they all, I mean all the ones that were in
 3  Index Astartes.
 4    Q  I'm going to point your attention to I guess
 5  what are called the shoulder pads?
 6    A  Yes.
 7    Q  And those are kind of the -- again, for the
 8  record, they appear on the shoulders of the various
 9  miniatures here.  And there is also a -- I guess what
10  you call a side view where it appears kind of as a half
11  oval shaped?
12    A  Yes.
13    Q  Can you describe what the symbol is in there?
14    A  It's a winged blood drop.
15    Q  And was that your original design?
16    A  No, it was preexisting.
17    Q  Do you know where that came from?
18    A  Yes.
19    Q  Where?
20    A  Warhammer 40,000:  Rogue Trader.
21    Q  And what was that?
22    A  That was our first Warhammer 40,000 rule book.
23    Q  Is this another example of like use of a
24  heraldic-type symbol in --
25    A  It's our version of a heraldic-type version,
```

82

```
 1  yes.
 2    Q  And have you seen similar symbols used in
 3  heraldry to the one depicted here?
 4    A  Not exact renditions of that, no.
 5    Q  What have you seen that's similar?
 6    A  I've seen wings used on heraldry before.  I
 7  don't recall seeing blood drops on heraldry before,
 8  but that doesn't mean to say that they don't.
 9    Q  Are those blood drops also referred to as gems
10  in Games Workshop parlance?
11    A  Only if they're sculpted as a gem.
12    Q  Have you seen similar symbols used in more
13  modern military context?
14    A  Not that I can recall, no.
15    Q  And are there significant differences between
16  the symbol we're seeing here versus the original that
17  you referenced that was in the previous book?
18    A  Sorry, say that again.
19    Q  You mentioned that the symbol we're talking
20  about was published in -- first published in the
21  Warhammer 40,000 rule book.  Is there a difference
22  between what you depicted versus what was depicted
23  before?
24    A  A slight variation.
25    Q  Can you describe what the slight variations
```

83

```
 1  were?
 2    A  I don't exactly recall what the original icon
 3  looked like, but it was probably very similar looking
 4  wings with a blood drop in the middle of it.
 5    Q  Up in the upper right-hand corner of the
 6  illustration block there is another one.
 7    A  Yes.
 8    Q  Can you described what that is?
 9    A  That's a winged gem.
10    Q  And did that previously appear in -- did you
11  create that design?
12    A  I don't believe I did do that one, no.
13    Q  When you say you don't believe you did that, do
14  you mean you don't believe you did that illustration?
15    A  I don't think I did, no.
16    Q  Besides that one in the corner --
17    A  Yes.
18    Q  -- is there any other --
19    A  No, all the rest is what I illustrated.
20    Q  Mr. Hodgson, if you're done with Exhibit 23, if
21  you could restaple that, that would be great.
22    A  Thanks.
23    MR. OH:  I am handing you what is marked as
24  Defendant's Exhibit 25.  For the record, it is Bates
25  labeled page GW 0061 -- strike that -- GW 0001632.
```

84

```
 1    (Exhibit 25 marked as requested.)
 2    MR. OH:  Q  Do you recognize this?
 3    A  Yes.
 4    Q  What is it?
 5    A  Again, it looks like an excerpt from White Dwarf
 6  that was then republished in Index Astartes.
 7    Q  And are these your illustrations on this page?
 8    A  Yes.
 9    Q  For this exhibit and the previous exhibit, did
10  you write any of the text that appear?
11    A  No.
12    Q  And, in general, do you do any writing for Games
13  Workshop?
14    A  No.
15    Q  If you take a look on the left-hand side, there
16  are a couple of shoulder pads?
17    A  Yes.
18    Q  What is depicted in those shoulder pads?
19    A  A cross.
20    Q  Is there any specific name for these crosses?
21    A  I believe they're Maltease crosses.
22    Q  And do you know what's the difference -- a
23  Maltease cross.  And what's the characteristics of a
24  Maltease cross?
25    A  They're chevron ends.  They've got a
```

85

1    distinctive sort of kite-shaped tail.
2        Q   Is this another heraldic-type symbol?
3        A   Yes.
4        Q   Did you create the -- Strike that.
5            Were these your original designs?
6        A   The Maltese cross isn't my original design, no.
7    And when -- it was a preexisting when I rendered these.
8        Q   You mean preexisting, you mean the Space Marines
9    that are depicted here were preexisting?
10       A   They're Black Templars, yes.
11       Q   And just so context for the record, when you say
12   Black Templars, what is that referring to?
13       A   That's the name of their chapter.
14       Q   And these are Space Marines depicted as -- that
15   are in --
16       A   As Black Templars, yes.
17       Q   Thank you for your patience. I'm trying to
18   describe it for a transcript where people don't -- you
19   know, aren't familiar with the context.
20       A   Okay.
21       MR. OH: And just for the record, the -- let's see,
22   Exhibits 25, 24, and 23, they were all black and white
23   as they were produced to us.
24          And just in case I did not read the Bates
25   number correctly, it's GW 0001632.

86

1            I'm handing you what is marked as Defense
2    Exhibit 26. It is Bates labeled pages GW 0002495
3    through 502.
4            (Exhibit 26 marked as requested.)
5        MR. OH: Q  And I'm going to turn your attention a
6    few pages in to the Bates label page that ends in 2499.
7        A   Yes.
8        Q   Is there a symbol there that -- Is there
9    something on this page that you illustrated?
10       A   Yes.
11       Q   Can you identify what that is?
12       A   It's the Black Templar cross.
13       Q   Can you describe, for the record, what this
14   looks like?
15       A   It's a cross with a skull in the center.
16       Q   And is this a specific type of cross?
17       A   It's the Maltese cross.
18       Q   And was this the first time that this
19   illustration was published?
20       A   I really couldn't tell you whether that was the
21   first time it was used or not.
22       Q   And was this your -- was this based on a
23   preexisting design?
24       A   Yes.
25       Q   Can you describe what the source was?

87

1        A   Our initial pass at Black Templars.
2        Q   And that initial pass at the Black Templars,
3    that was -- where was that first published?
4        A   I don't know when Black Templars was first
5    published.
6        Q   But it was previously published in various
7    forms?
8        A   Yes, if they -- if they used it for this, then,
9    yes.
10       Q   Now, this exhibit is in black and white. Do you
11   remember what color scheme that cross was?
12       A   It would have been in black and white.
13       Q   This page would have been in black and white?
14       A   No, it was rendered in black and white.
15       Q   So the fact that this document is in black and
16   white doesn't affect what the templar looked like, that
17   symbol?
18       A   No, no, although, the skull in the middle may
19   have been bone. I don't recall exactly.
20       MR. OH: I am handing you what is marked as
21   Defendant's Exhibit 27, Bates labeled pages -- or page
22   GW 0001503.
23          (Exhibit 27 marked as requested.)
24       MR. MOSKIN: And this is 27?
25       MS. STEVENSON: Yes.

88

1        MR. OH: Q  Do you recognize this?
2        A   Yes.
3        Q   What is it?
4        A   It's a collection of Space Marines in different
5    color schemes and chapters.
6        Q   Do you know where it was originally published?
7        A   I think it was White Dwarf.
8        Q   And let me draw your attention to the Celestial
9    Lions?
10       A   Yes.
11       Q   Was this a preexisting design?
12       A   I'm not entirely sure on that one.
13       Q   And can you tell me what's depicted on the
14   shoulder pad?
15       A   A roaring head of a lion.
16       Q   And is a roaring lion head, is that heraldic
17   symbol?
18       A   Could be.
19       Q   And what color is the lion?
20       A   It's a golden color.
21       Q   And which way is it facing?
22       A   It is facing to the left.
23       Q   And is it fair to characterize it as a
24   silhouette of a lion's head?
25       A   It is in profile, yes.

89

1    Q   And what was the general color scheme for that
2    shoulder pad?
3    A   It looks like a gold rim, blue field with a gold
4    lion's head in the middle.
5    Q   And are those characteristics consistent with
6    heraldry?
7    A   Yes.
8    Q   Do you recall what reference material you may
9    have used in designing or creating this illustration?
10   A   No.
11   Q   Do you see something called the Exorcist?
12   A   Yes.
13   Q   Was this illustration based on your original
14   design?
15   A   I don't think so.  I think it was a preexisting
16   one.
17   Q   And what about it was preexisting?
18   A   I don't -- I'm not entirely sure what was
19   preexisting on that one.
20   Q   And can you describe what's depicted in the
21   shoulder pad?
22   A   It's a horned skull.
23   Q   And which way are the horns?
24   A   They curve down.
25   Q   Is it a complete skull?

90

1    A   It's missing the lower jaw.
2    Q   Is there a type of horns they are supposed to
3    look like?
4    A   They look slightly textured, grooved.
5    Q   And do you remember if the preexisting Exorcist
6    had a skull with horns on it?
7    A   I can't -- I can't remember on that particular
8    one.
9    MR. OH:  I am handing you what is marked Defendant's
10   Exhibit 28, Bates labeled page 0002415.  This exhibit is
11   in color.
12       (Exhibit 28 marked as requested.)
13   MR. OH:  Q   Do you recognize this?
14   A   Yes.
15   Q   What is it?
16   A   This is what looks like another article from
17   White Dwarf that was collected into the Insignium
18   Astartes series.
19   Q   So this illustration or this exhibit depicts an
20   illustration from a book, but the illustration appeared
21   in a different source before?
22   A   I think they all, like I said before, all of
23   these that were in Insignium Astartes were collected
24   from previous White Dwarf articles.
25   Q   Are there anything on this page, in terms of the

91

1    illustrations, that you did not draw?
2    A   Yes, the second -- if you go to the right-hand
3    side, the second icon down, the sword with the -- being
4    held by a winged fist, I did not render that, I did not
5    draw that.
6    Q   And just for clarification on the record, is
7    there a difference when you use the term draw versus
8    render?
9    A   Not really, no.
10   Q   And were the images or the illustrations on this
11   exhibit, were these based on preexisting works?
12   A   Yes.
13   Q   Do you remember what those works were?
14   A   This is the Dark Angels.  And the Dark Angels
15   are one of our most long-standing and iconic Space
16   Marine chapters.
17   Q   Can you describe what's -- if you look towards
18   the middle between the two, there is a black and a green
19   Space Marine, and in between there are two shoulder
20   pads.
21   A   Yes.
22   Q   Can you describe what's in the one below?
23   A   It's a winged sword.
24   Q   And which direction is the sword pointing?
25   A   Blade down.

92

1    Q   And the wings are in what position with respect
2    to the sword, pointing to the side?
3    A   Yes, they sit on the side of the sword.
4    Q   And so that symbol was used in previous Games
5    Workshop material?
6    A   Yes.
7    Q   And then there is one almost immediately below
8    it, there is a black shoulder pad?
9    A   Yes.
10   Q   Can you describe what that is?
11   A   That's a winged claw holding a sword point
12   upwards and in profile.
13   Q   And did that symbol exist before?
14   A   Yes.
15   Q   And where did it exist before?
16   A   Again --
17   Q   In a previous Games Workshop works?
18   A   Yes.
19   Q   So this was not your original creation?
20   A   No.
21   MR. OH:  I'm handing you what is marked as
22   Defendant's Exhibit 29.  It is Bates label page GW
23   0001629.  This is a black and white exhibit.
24       (Exhibit 29 marked as requested.)
25   MR. OH:  Q   Do you recognize this?

93

1    A   Yes.

2    Q   What is it?

3    A   It's a rendition of two Space Marines from the

4    Deathwatch chapter.

5    Q   And did you create this?

6    A   Yes.  I rendered those, yes, I drew those.

7    Q   And there is something called a Deathwatch icon?

8    A   Yes.

9    Q   Can you describe what that is, for the record?

10   A   It's a stylized I, the letter I, capitalized the

11   letter I with three bars going across the middle with a

12   skull and crossbones and a jeweled right eye.

13   Q   Is it a complete skull?

14   A   It's missing its lower jaw.

15   Q   And is there a significance for the I?

16   A   I don't recall whether there is, but it's there.

17   Q   Is it an I or a Roman numeral I?

18   A   No, it's an I, the capitalized I.

19   Q   And is this based on your original design?

20   A   No, it was preexisting.

21   Q   And can you describe what the preexisting source

22   that you're referring to?

23   A   Games Workshop.

24   Q   Do you recall other places where it was

25   published before you made this drawing?

94

1    A   I don't on this occasion, no.

2    Q   But it was a preexisting work?

3    A   Yes.

4        Before you go on to another one, can we take

5    another break, please?

6    MR. MOSKIN:  This might be a useful time to take a

7    lunch break because it's 12:30.  We'll try to be back --

8    MR. OH:  We'll be back.

9        Videographer, do you have a rolling estimate of

10   the time?

11   THE VIDEOGRAPHER:  Yes, 2 hours, 44 minutes.

12   MR. OH:  And, Counsel, when do you want to

13   reconvene?

14   MR. MOSKIN:  As soon as we can.

15   MR. OH:  1:00 o'clock?

16   MR. MOSKIN:  Whenever we can get --

17   MR. OH:  1:15?

18   MR. MOSKIN:  That sounds fine.

19       How much longer do you expect you will have

20   with this witness?

21   MR. OH:  I am probably halfway through my exhibits

22   right now.

23   MR. MOSKIN:  That's not an answer, though.

24   MR. OH:  Let's see, so if we use that as an

25   estimate, probably as much time as we spent this morning

95

1    so far.

2    MR. MOSKIN:  You can waste your time as you see fit.

3    MR. OH:  So we're going to adjourn to 1:15.

4    THE VIDEOGRAPHER:  Going off the record at 12:30

5    p.m.

6        (a brief recess was taken)

7    THE VIDEOGRAPHER:  We are back on the record at 1:21

8    p.m.

9    MR. OH:  Q   Mr. Hodgson, do you understand you're

10   still under oath?

11   A   Yes.

12   MR. OH:  I'm handing you what is marked as

13   Defendant's Exhibit 30, Bates labeled GW 0001600.  It's

14   a black and white image, or I should say a black and

15   white exhibit.

16       (Exhibit 30 marked as requested.)

17   MR. OH:  Q   Do you recognize this?

18   A   Yes.

19   Q   What is it?

20   A   It is another depiction of Space Marines.  This

21   time they're Imperial Fists, which looks like, again, it

22   came from White Dwarf and was then re-put into Index

23   Astartes.

24   Q   And is there any illustrations on this page that

25   you did not create?

96

1    A   No.

2    Q   And is the -- specifically about the shoulder

3    pad with the fist and the other symbol with the fist, is

4    that your original design?

5    A   No, it was preexisting.

6    Q   And can you describe where it -- where the

7    preexisting source you're referring to?

8    A   Games Workshop archives or whatever, preexisting

9    artwork.

10   Q   So that fist symbol appeared in other

11   preexisting Games Workshop publications?

12   A   Yes.

13   Q   And with respect to the shoulder pad, again,

14   it's the half oval shape symbol, the one to the right

15   with the fist in it, does this illustration

16   significantly differ in design than previous

17   illustrations that were published for that symbol?

18   A   No, I don't think it does differ greatly.

19   Q   Are they any different as you remember?

20   A   Well, if you take the -- if you take the example

21   on the shoulder pad, the bottom of the fist, the bottom

22   of the mailed sleeve is slightly curved, yet, the one

23   above it has a flat bottom.  It's minor details like

24   that.

25   Q   When you say mailed sleeve, what do you mean by

97

1    that?
2    A  It's a piece of mailed gauntlet.
3    Q  And for the court reporter, can you spell what
4    "mailed."
5    A  M-A-I-L-E-D.
6    Q  And what's a gauntlet?
7    A  It's a piece of armor worn over the hand.
8    Q  And are gauntlets specific just to Games
9    Workshop works?
10   A  Knights have been using gauntlets for thousands
11   of years or hundreds.
12   Q  And did you come up with the term Imperial
13   Fists?
14   A  Me?
15   Q  Yes.
16   A  No, I didn't personally, no.
17   MR. OH:  I'm handing you what has been marked as
18   Defendant's Exhibit 31, Bates label GW 0001067.
19   (Exhibit 31 marked as requested.)
20   MR. OH:  Q  Do you recognize this?
21   A  I think I know where it comes from, yes.
22   Q  What is it?
23   A  I believe it's a page from, How to Paint Space
24   Marines.
25   Q  And that's the same book you mentioned earlier

98

1    today with the same title?
2    A  Yes.
3    Q  And in the lower right-hand corner, can you
4    describe -- do you see a shoulder pad in the lower
5    right-hand corner of that page?
6    A  Yes.
7    Q  Can you describe what's depicted in the shoulder
8    pad?
9    A  It's a black shoulder pad with a bone-colored
10   skull.
11   Q  Is it a full skull?
12   A  It's without its lower jaw.
13   Q  Anything else?
14   A  No.
15   Q  And what's the color of the shoulder pad itself?
16   A  Black.
17   Q  And just for the record, is there a name for the
18   Space Marine that's associated with that shoulder pad?
19   A  It's the Legion of the Damned.
20   Q  And did you come up with the name Legion of the
21   Damned?
22   A  No.
23   Q  And was that shoulder pad based on your original
24   design?
25   A  It's preexisting.

99

1    Q  And what was the preexisting source?
2    A  White Dwarf, I believe, was the first instance.
3    Q  And outside of that shoulder pad for that Space
4    Marine Legion of the Damned, is that your original
5    design?
6    A  No, it's preexisting, I think.
7    Q  And it would have been -- the preexisting
8    source, was it White Dwarf?
9    A  If you look at the miniatures above that, on the
10   line above, there is a bunch of miniatures there, you
11   can see some of the original source material.
12   Q  And did you paint any of the miniatures above?
13   A  No.
14   MR. OH:  Handing you what is marked as plaintiff --
15   excuse me, as Defendant Exhibit 32, Bates No. GW
16   0001153.
17   (Exhibit 32 marked as requested.)
18   MR. OH:  Q  Do you recognize this?
19   A  Yes.
20   Q  What is it?
21   A  It is Space Marines from the Black Legion and
22   Luna Wolves which was, again, published in White Dwarf
23   and then reproduced in Index Astartes.
24   Q  And were these illustrations your original
25   design?

100

1    A  No.
2    Q  They were based on previously published works?
3    A  Yes.
4    Q  And those previously published works were
5    from -- do you remember the source?
6    A  Games Workshop.
7    Q  And were they in the White Dwarf magazine?
8    A  Yes.
9    Q  And when you're referencing they were previously
10   published in White Dwarf as the source material, were --
11   Actually, strike that question.
12   Do you know who created the previously
13   published works that were in White Dwarf?
14   A  For these, I think they were Jes Goodwin.
15   Q  And for the Luna Wolves symbol.
16   A  Yes.
17   Q  Can you describe what is depicted there?
18   A  It's the front view of a wolf's head sat on top
19   of a crescent moon with its points facing upwards.
20   Q  And below that, can you describe what the symbol
21   is below that?
22   A  There is another one -- Are you talking about
23   the ones on the shoulder pads below?
24   Q  Actually, let's go down to the bottom.
25   A  Right.

101

1    Q   And in the right-hand corner, can you describe
2   what's depicted in those shoulder pads?
3    A   One of them is an eight-pointed star with an eye
4   in the middle, and the one next to that is an
5   eight-pointed star.
6    Q   And were these your original designs?
7    A   No.
8    Q   And the Luna Wolves symbol, that was not your
9   original design, either?
10   A   I believe it was based on a Jes Goodwin sketch.
11   Q   For either symbol, are there design elements
12  that are original to you?
13   A   Me personally?  I don't believe so.
14   MR. OH:  I'm handing you what is marked as Defendant
15  Exhibit 33, GW 0002425.
16   (Exhibit 33 marked as requested.)
17   MR. OH:  Q   Do you recognize this?
18   A   Yes.
19   Q   What is it?
20   A   I believe it -- it's definitely a page from one
21  of our books, but which one, I couldn't tell you which
22  one exactly it was.  It might be, Space Wolf Codex.
23   Q   Is everything depicted on this page one of your
24  works?
25   A   No.

102

1    Q   Can you identify the portion of the page that is
2   your works?
3    A   The top right, the graphic icons.
4    Q   And can you describe what each graphic icon is?
5    A   One of them is a paw print, two, three are wolf
6   paws, two are long-fanged skulls, three are wolf heads,
7   one is fangs, and the last one is a wolf skull on
8   crossed bones with lightning strikes to either side.
9    Q   And are these your original designs?
10   A   No.
11   Q   Are they based on previously published works?
12   A   They're based on Jes Goodwin's original concepts
13  for Space Wolves.
14   Q   And what do you mean by his original concepts
15  for Space Wolves?
16   A   When he was thinking about doing the Space
17  Wolves, these are the icons that he came up with in
18  conjunction with the miniature designs he sculpted at
19  the time or sketches for the sculpted pieces at the
20  time.
21   Q   And so did you see drawings of these concepts?
22   A   Yes.
23   Q   Were you provided these concept drawings -- did
24  you work from these concept drawings to complete the
25  works here?

103

1    A   Yes.
2    Q   In what form were the concept drawings given to
3   you?
4    A   On a -- I photocopied Jes's original pages from
5   his sketchbooks.
6    Q   So you made photocopies?
7    A   Yes, sorry.
8    Q   So Jes maintained that sketchbook?
9    A   I don't know whether he still has it, but, yes.
10   Q   But the copies you made were from whatever
11  sketchbook he had at the time?
12   A   Yes.
13   Q   And around when did you make these works?
14   A   Don't know that.
15   Q   To the best of your knowledge, were those icons
16  that were Jes Goodwin's concepts, were those published
17  before the icons on this exhibit were published?
18   A   Yes.
19   Q   Where?
20   A   In various publications, but mainly White Dwarf.
21   Q   Those were Jes Goodwin's drawings?
22   A   Yes.  Well, I don't know whether they were his
23  drawings, but they would have been taken from his
24  sketchbook in the same way that I took them from his
25  original sketches.

104

1    Q   Can you identify what elements of these icons
2   that you drew that are different from the ones that were
3   previously published?
4    A   I think the skull in the middle with the diamond
5   in it and the lower jaw might be something new, but
6   other than that, I think I've seen all the other ones in
7   his sketchbook.
8    Q   And those icons were then previously published?
9    A   We've done transfer sheets with those icons on
10  since we started producing transfer sheets for Space
11  Wolves.
12   Q   And those transfer sheets were sold before you
13  were -- these icons were published in this book?
14   A   Yes.
15   Q   Can you describe what you mean by transfer
16  sheets?
17   A   That's like a decal, like a transfer where it's
18  an icon that's on a sheet and you cut it out and you
19  slide it across and you put it on the model so that
20  it -- so that you don't have to paint it on,
21  essentially.
22   Q   And who makes these transfer sheets?
23   A   We do.
24   Q   So it's something that Games Workshop creates?
25   A   Yes.

105

1    Q  And who are the artists that create these
2    transfer sheets?
3    A  Various, depending on who works in -- various
4    people have done it over the years.
5    Q  Would those be people typically in your
6    department?
7    A  Not necessarily.
8    Q  Who else may it be?
9    A  Anybody who has worked in the packaging
10   department.
11   Q  Anyone else?
12   A  To produce the artwork for the actual finished
13   transfers, no, I don't think so.
14   MR. OH:  I'm handing you what has been labeled
15   Exhibit 34, Bates No. GW 0001169.
16   (Exhibit 34 marked as requested.)
17   MR. OH:  Q  Do you recognize this?
18   A  Yes.
19   Q  What is it?
20   A  It's another page from White Dwarf that was,
21   again, reused in Index Astartes, this time it's
22   Salamander Space Marines.
23   Q  And is there anything on this -- any
24   illustration on this page that you didn't create?
25   A  No.  I didn't create or I didn't --

106

1    Q  You didn't draw?
2    A  I didn't draw.
3    Q  Are the drawings depicted on this page, are they
4    based all on your original design?
5    A  One of them is my original design.  Others not.
6    Q  Which one is based on your original design?
7    A  The one bottom right.
8    Q  Can you describe what that is?
9    A  It's some kind of lizard with horns with flames
10   coming out of its nose to create a sort of crescent
11   curling upwards.
12   Q  So that one was not based on a previously
13   published work?
14   A  No.
15   Q  How about up in the upper right-hand corner,
16   that shoulder pad?
17   A  That's based on an existing design.
18   Q  Can you describe what is depicted up there?
19   A  It's some kind of reptile head in profile with
20   spikes coming out of the back of it.
21   Q  What's the color scheme?
22   A  It's a green pad rim with a black field and a
23   white head.
24   Q  So that shoulder pad is based on a previously
25   published work?

107

1    A  Yes.
2    Q  Do you know what work that is?
3    A  It was in White Dwarf.
4    Q  Do you know who created that work?
5    A  Jes.
6    Q  And by Jes, you mean?
7    A  Jes Goodwin.
8    MR. OH:  I am handing you what is marked as
9    Defendant's Exhibit 35, Bates No. GW 0001180 -- excuse
10   me, 1181.
11   (Exhibit 35 marked as requested.)
12   MR. OH:  Q  Do you recognize this?
13   A  Yes.
14   Q  What is it?
15   A  It's another page from White Dwarf that is then,
16   again, I think represented in Index Astartes, and this
17   time it's Alpha Legion.
18   Q  Is there anything on this page that is not one
19   of your illustrations?
20   A  No.
21   Q  In the upper right-hand corner, can you describe
22   what is depicted there?
23   A  It's a three-headed hydra sat on a golden sphere
24   with a stylized eight-pointed star behind it.
25   Q  What's a hydra?

108

1    A  It's a many-headed serpent.
2    Q  And is that a phrase -- is hydra a phrase you
3    coined?
4    A  No.
5    Q  Do you know the origins of the phrase?
6    A  I believe it's Greek mythology.
7    Q  For, again, we're talking about the one
8    illustration in the upper right-hand corner, is that
9    based on your original design?
10   A  No.
11   Q  What is it based on?
12   A  What has come before, it is preexisting Games
13   Workshop imagery.
14   Q  So it was an image that was previously published
15   by Games Workshop?
16   A  Yes.
17   Q  And do you know where it was previously
18   published?
19   A  At this moment, no, I don't know which -- it
20   would have been in White Dwarf at some point.
21   Q  Do you know who the artist who originally
22   created that design?
23   A  No, I don't.
24   Q  Can you describe -- Strike that.
25   Are there any elements of your drawing that is

109

1    original in relationship to previous depictions that
2    were published?
3        A  I don't know.  I don't think so.
4        Q  And that eight-pointed element, is there any
5    significance of it being kind of an eight-pointed
6    element?
7        A  It denotes that it's part of the bad guy
8    faction.
9        Q  Is there a name for the bad guy faction?
10       A  Chaos.
11       Q  Do you know where the use of the symbol came
12   from related to Chaos?
13       A  No.
14       THE VIDEOGRAPHER:  Five minutes to a tape change.
15       MR. OH:  The court reporter indicated he needs to
16   change tape.  Do you mind if we take a short break to
17   swap it out?
18       THE VIDEOGRAPHER:  Ending tape No. 2 of the
19   deposition of Neil J. Hodgson.  We're off the record at
20   1:51 p.m.
21       (a brief recess was taken)
22       THE VIDEOGRAPHER:  And beginning tape No. 3 of the
23   deposition of Neil J. Hodgson.
24       Back on the record at 1:57 p.m.
25       THE WITNESS:  Can I state that the classic hydra

110

1    from Greek mythology is generally depicted with seven
2    heads.
3        MR. OH:  I'll strike as nonresponsive.  There is no
4    question pending.
5        Handing you what has been marked as Exhibit 36,
6    GW 0001288.
7        (Exhibit 36 marked as requested.)
8        MR. OH:  Q  Do you recognize this?
9        A  Yes.
10       Q  What is it?
11       A  It's a page of Ultramarine shoulder pads.
12       Q  And did you do all of the drawings on this page?
13       A  Yes.
14       Q  And were the designs on this page based on
15   preexisting published works?
16       A  Each individual element has been used on other
17   shoulder pads, yes, but whether they've all been used
18   exactly like this, too many to be sure to say.
19       Q  Can you identify the elements that have been
20   used on -- Strike that.
21       Can you identify each individual element that
22   had been used on other shoulder pads before?
23       A  All of them.
24       Q  Can you describe the elements, for the record.
25       A  Okay.  There is a skull without a lower jaw,

111

1    there is a 12-pointed halo, there is Roman numeral III,
2    there is a stylized cross, there is other Roman
3    numerals, there is a laurel wreath, there is
4    double-headed arrows and single-headed arrows, there are
5    crossed arrows and a couple of pieces of scrollwork.
6        I think that's covered everything.
7        Q  Is there a name for those, especially in the
8    lower right-hand corner, those, it looks like an
9    upside-down V?
10       A  It's -- I think the technical term is the
11   chevron.
12       Q  What's the chevron?
13       A  It's an upside-down -- well, it's a V, either
14   upside-down or otherwise.
15       Q  Where does chevrons come from?
16       A  The past.  Don't know.
17       Q  Is it also a heraldic symbol?
18       A  Yes.
19       MR. OH:  I'm handing to you what has been marked as
20   Defendant's Exhibit 37, GW 0001085.
21       (Exhibit 37 marked as requested.)
22       MR. OH:  Q  Do you recognize this?
23       A  Yes.
24       Q  What is it?
25       A  It's another piece from White Dwarf that was

112

1    also represented in Index Astartes.  It's more Space
2    Marines.  And this time it's the Iron Hands.
3        Q  And is there anything in terms of drawings on
4    this page that you did not draw?
5        A  No.
6        Q  Now, in the upper right-hand corner, can you
7    describe what is depicted there?
8        A  It's the hand of Ferrus Manus.
9        Q  And what is the image depicting?
10       A  An iron hand.
11       Q  Previously you used the term gauntlet.  Is that
12   a fair characterization of what's being depicted there?
13       A  In the mythology, manus has metal hands, so
14   whether those are gauntlets or not, I don't know.
15       Q  And is that image based upon a previously
16   published work?
17       A  Yes.
18       Q  Where was that published?
19       A  Well, it's, as well as White Dwarf, other
20   publications, but I couldn't tell you which ones they
21   were.
22       Q  Do you know who originally -- Well, strike that.
23       Is that image based on your original design?
24       A  No.
25       Q  Do you know who originally designed it?

113

1  A  This particular one I thought was Jes.
2  Q  And that would be Jes Goodwin?
3  A  Yes.
4  Q  And are there anything different from your
5  drawing and his depiction of the iron hand?
6  A  I can't think of any that come to mind.
7  Q  Now, below that there appears to be four
8  shoulder pads?
9  A  Yes.
10  Q  Can you describe what's being depicted there?
11  A  It's a cog motif with other icons within it.
12  Q  Are these based on your original designs?
13  A  Yes.
14  Q  And what's a cog?
15  A  It's a piece of clockwork.
16  Q  And what does that piece of clockwork look like?
17  A  In this it represents the unity between the
18  Emperor of Man and the Priesthood of Mars, as in the
19  planet Mars.
20  Q  Did you use any reference materials when you
21  were making these cogs?
22  A  The only distinction was that it had to have 12
23  lugs or 12 teeth.
24  Q  When you say the only distinction, distinction
25  with what?

114

1  A  Sorry.  The stipulation was that it had to have
2  12 teeth on the cog.
3  Q  And where did this stipulation come from?
4  A  Part of the mythos.
5  Q  And is this cog supposed to resemble a cog from
6  a clock?
7  A  No.
8  Q  And that's because it has only 12 teeth?
9  A  The mythos is that when the Emperor unified with
10  the Priesthood of Mars, there were 12 great houses for
11  the Priesthood of Mars, so the 12 teeth on the cog
12  represent the 12 original houses that the emperor joined
13  and made a treaty with.
14  Q  And is a cog your -- Well, strike that.
15  Why do you refer to it as a cog?
16  A  I guess it's -- whenever I've ever drawn
17  anything that has got to do with the Adeptus Mechanicus,
18  which is the 12 lugged cog, it's always been referred to
19  between everybody in Games Workshop as a cog.
20  Q  Have you ever heard of a company called THQ?
21  A  Yes.
22  Q  And in what context?
23  A  I believe they're a licensee of ours.
24  Q  And have you -- Well, strike that.
25  Do you know what they license?

115

1  A  Video games, I believe.
2  Q  Do you know which video games?
3  A  I think they do Space Marine.
4  Q  And earlier today you mentioned a video game?
5  A  Yes.
6  Q  Is this the company that makes that video game?
7  A  I believe they distribute it, yes.
8  Q  Is there a difference between distributing and
9  making the video game?
10  A  I don't know about the video games industry to
11  make a qualified judgment on that.
12  Q  From your understanding, is THQ the maker of the
13  video game you were talking about earlier today?
14  A  Personally, I thought Relic made the game.
15  Q  And Relic is what?
16  A  A design studio.
17  Q  And where is the design studio located?
18  A  I don't know.
19  Q  And why did you think it was Relic that made the
20  game?
21  A  Because they did.
22  Q  Did you work with the people at Relic?
23  A  No.
24  Q  I'm just asking you because I want to know --
25  Well, strike that.

116

1  So you mentioned a design studio.  So what do
2  they do?
3  A  They make computer games.
4  MS. STEVENSON:  Can I help?
5  MR. MOSKIN:  This is outside the witness' scope of
6  knowledge.  And you can depose Ms. Stevenson later, but
7  to move things along.
8  MS. STEVENSON:  THQ, our licensee, Relic are one of
9  their design studios.  So we license with a publisher
10  who publishes and distributes product, but they have
11  their own design studios who create the product.  I
12  don't exactly know how it works, but that's how it
13  works.
14  Does that help?
15  MR. OH:  It does.  Thank you.
16  MS. STEVENSON:  But we have a licensing department,
17  we deal with them outside of the design studio, which is
18  why --
19  MR. OH:  Q  Have you worked with anyone at Relic
20  before?
21  A  No.
22  Q  Have you worked with anyone with THQ before?
23  A  No.
24  Q  Have you heard of a company called Fantasy
25  Flight Games?

117

1   A  Yes.
2   Q  In what context have you heard about them?
3   A  I think they are another licensee of ours.
4   Q  And do you know what they do?
5   A  I believe they produce various things, but I
6   think they produce our role-playing game.
7   Q  Have you done any work with Fantasy Flight
8   Games?
9   A  I don't know whether what I did was used by them
10  or not or whether that was it, but possibly.
11  Q  Was any of the work you did specifically for
12  Fantasy Flight Games?
13  A  I remember doing some freelance artwork which
14  was some line drawings of weapons from the 40K universe,
15  and I don't know whether that was used in their role
16  play game or it was used in something else.
17  Q  And when you say freelance artwork, what do you
18  mean by that?
19  A  It means it was outside my normal working hours.
20  Q  And did you have a contract with Fantasy Flight
21  Games?
22  A  No, I think I had a contract with Games
23  Workshop.
24  Q  To do freelance work for Fantasy Flight Games?
25  A  Yes.

118

1   Q  Do you remember when you did this work?
2   A  Maybe about five years ago.
3   Q  Do you remember the -- Strike that.
4   Do you have a copy of this contract?
5   A  I don't know.
6   MR. MOSKIN:  Sorry, can you read back the question.
7   (question read)
8   MR. OH:  Q  Was this a written contract?
9   A  Yes.
10  Q  And did Games Workshop have a copy of this
11  contract?
12  A  I don't know.
13  Q  Who did you talk with at Games Workshop about
14  this contract?
15  A  It would have been my manager at the time.
16  Q  Do you remember the terms of this contract?
17  A  No.
18  Q  Were you paid?
19  A  Yes.
20  Q  Do you remember how much you were paid?
21  A  No.
22  Q  Was this a separate payment outside of your
23  normal paycheck?
24  A  Yes.  Or was it?  Sorry, I don't know whether it
25  was actually billed on top of my salary with my salary,

119

1   if you see what I mean.
2   Q  So the payment was processed by Games Workshop?
3   A  Yes.
4   Q  But you don't know, necessarily know how Games
5   Workshop did the accounting for it?
6   A  No.
7   Q  Did you do any other work for Fantasy Flight
8   Games?
9   A  No.  As I said, I can't remember whether the
10  artwork that I'm talking about was actually done for
11  Fantasy Flight Games.
12  Q  But you had some type of freelance agreement
13  with Games Workshop related to this work you're relating
14  to?
15  A  Yes.
16  Q  And that was a separate contract outside of your
17  normal employment?
18  A  Yes.
19  Q  Did you have any other type of freelance
20  agreements with Games Workshop?
21  A  I've done other freelance work, yes.
22  Q  Can you describe the nature of those freelance
23  works?
24  A  Varied.
25  Q  Can you start with the most recent?

120

1   A  An article for White Dwarf which depicted
2   demi-gryphon knights of the empire.
3   Q  When did you do that?
4   A  Of Christmas.
5   Q  So this past Christmas?
6   A  Yes, just gone, yes.
7   Q  And when you say an article, was this something
8   you wrote?
9   A  No.
10  Q  It was drawings you created for use in an
11  article?
12  A  Yes.
13  Q  Were you paid?
14  A  Yes.
15  Q  How much were you paid?
16  A  Not going to tell you.
17  Q  Can I ask why?
18  A  Because it's none of your business how much I
19  get paid.
20  MR. MOSKIN:  Frankly, none of this is even an issue
21  in the lawsuit.  So you can spend as much time as you
22  want on these nonissues, but it's just not an issue.
23  MR. OH:  Q  Did you have a freelance agreement to
24  do this article?
25  A  Yes.

121

1    Q  Do you know if it was a freelance agreement
2  between you and Games Workshop?
3    A  Yes.
4    Q  And what other freelance agreements have you had
5  with Games Workshop?
6    A  It was the first piece of freelance I've done in
7  a long, long time, so I couldn't remember any of the
8  other ones that I've done.
9    Q  So prior to this past Christmas or before this
10  past Christmas, you had done previous freelance work
11  with Games Workshop?
12    A  Few and far between, but yes.
13    Q  And each time do you have a contract?
14    A  Yes.
15    Q  And each time you were paid?
16    A  Yes.
17    Q  And those were, just so I have it clear, those
18  were separate contracts and separate payments for each
19  freelance assignment?
20    A  I think so, yes.
21    Q  And were those freelance assignments also
22  related to drawings for White Dwarf?
23    A  It might just not have been White Dwarf.  It
24  might have been any of the publications that we made,
25  but, generally, White Dwarf.

122

1    Q  So what were the other publications that it
2  could have been?
3    A  I can't remember.  As I said, I can't remember
4  half the freelance I've done, so.
5    Q  By publications, you mean other books or
6  magazines by Games Workshop?
7    A  Yes.
8    Q  Do you remember general -- approximately when
9  you did your first freelance work for Games Workshop?
10    A  Approximately, yes.  It would have been mid to
11  late '90s.
12    Q  Do you remember what your position was at the
13  time you did your first freelance assignment for Games
14  Workshop?
15    A  Yes, it was when I was first a graphic
16  illustrator.
17    Q  And when you were doing these freelance
18  assignments, would you do it during a normal business
19  day?
20    A  No.
21    Q  When would you do it?
22    A  That particular one I remember doing it at the
23  weekend.
24    Q  And for the other freelance assignments you've
25  done for Games Workshop?

123

1    A  Any time of the day when I've got half an hour,
2  an hour or so.
3    Q  So on your free time?
4    A  Yes.
5    Q  Do other artists at -- that you work with do
6  freelance work with Games Workshop?
7    A  I don't know.
8    Q  Is there a policy or practice at Games Workshop
9  about freelance work?
10    A  I know that we have used freelancers, yes.
11    Q  Do you know the names of some of these
12  freelancers that Games Workshop has used?
13    A  Adrian Smith.  No.
14    Q  Outside of Adrian, you don't recall?
15    A  No, his name escapes me.
16    Q  And what type of communications have you had
17  with Adrian Smith?
18    A  None.  We don't get on.
19    Q  Do you know what work he did as a freelancer?
20    A  No, I couldn't tell you the bits that he's done,
21  no.
22    Q  Was he an illustrator?
23    A  Yes.
24    Q  Do you know who he worked with?  Do you know if
25  he worked with anyone at Games Workshop or was in

124

1  contact with any specific people?
2    A  As I said, I didn't like the guy.
3    Q  Fair enough.
4       Do you know about what point in time he did
5  freelance work for Games Workshop?
6    A  I think he did some recently.
7    Q  When you say recently?
8    A  I think he worked on Space Wolves Codex.
9    Q  Do you know what he did with respect to the
10  Space Wolves Codex?
11    A  Without a copy in front of me, no.
12    Q  Was he ever a full-time employee of Games
13  Workshop?
14    A  Yes.
15    Q  Do you know when?
16    A  I believe he was twice a full-time employee of
17  Games Workshop, the first time before I knew him, right
18  before I worked there; and the second time I can't
19  remember the dates.
20    Q  But it was during the period after you started
21  working at Games Workshop that Adrian Smith worked at
22  Games Workshop for his second time?
23    A  Yes.
24    Q  Have you heard of Sabertooth Games before?
25    A  Yes.

125

1   Q  In what context?

2   A  I think they're another licensee of ours.

3   Q  Have you worked with anyone at Sabertooth Games?

4   A  Worked with them, no.  Met them, yes.

5   Q  Have you done any work for Sabertooth Games?

6   A  I think I've done two pieces.

7   Q  What have you done?

8   A  I think I did two pieces of art for cards,

9   playing cards.

10  Q  Do you know about when this was?

11  A  No, I couldn't tell you when it was.

12  Q  Within the last two years?

13  A  No.

14  Q  Last four years?

15  A  Don't think so.

16  Q  Was it more than five years ago?

17  A  Probably.  Don't know.

18  Q  And what cards did you make for -- or what

19  cards -- Well, strike that.

20      You mentioned you did two pieces of work for

21  them.  Can you describe those works?

22  A  One of them was a Standard Bearer, a Thousand

23  Sons Standard Bearer, and the other one was Squad of

24  Thousand Sons Marines, I think.

25  Q  And can you describe what these works looked

126

1   like?

2   A  Not easily.  The Standard Bearer has got a big

3   standard, a big flag that he is holding, red armor.

4       And the Space Marines, I believe it's a Space

5   Marine with a flamer at the front and some kind of

6   background of pastural, but that's about it.

7   Q  And do you know what became of the works you did

8   for Sabertooth Games?

9   A  No.

10  Q  Do you know if they were published by Sabertooth

11  Games?

12  A  Yes, they were printed on the cards.

13  Q  Do you remember the names of the cards?

14  A  No.

15  Q  Were you ever a Sabertooth employee?

16  A  No.

17  Q  Did you ever have a contract with Sabertooth?

18  A  No.

19  Q  Did you have any contract related to the work

20  you were doing for Sabertooth?

21  A  I think it was with Games Workshop.

22  Q  As a freelancer?

23  A  Yes.

24  Q  And that would have been a written contract?

25  A  Probably, yes.

127

1   Q  Have you searched for any contracts recently?

2   A  No.

3   Q  Has anyone asked you to look for any contracts?

4   A  No.

5   Q  Have you provided any contracts to counsel?

6   A  Sorry?

7   Q  Have you provided copies of any contracts to the

8   attorneys in this case?

9   A  No.

10  Q  Has anyone asked you to search for any of these

11  contracts?

12  MR. MOSKIN:  Asked and answered.

13  THE WITNESS:  No.

14  MR. OH:  Q  Do you remember the name of the card

15  game that they appeared in?

16  A  No, I can't.

17  Q  Did you communicate with anyone at Sabertooth

18  Games?

19  A  No.

20  Q  Do you know if there were other Games Workshop

21  employees that did freelance work related to Sabertooth

22  Games?

23  A  Yes.

24  Q  Who?

25  A  People in the art department.

128

1   Q  Do you remember anyone specific?

2   A  No.

3   Q  But you remember there were other people in the

4   art department who did freelance work related to

5   Sabertooth Games?

6   A  Yes.

7   Q  Is that a yes?

8   A  Yes.

9   Q  Were there any other companies you did -- Strike

10  that.

11      Regarding freelance work that you did, other

12  than Sabertooth and Games Workshop, were there other

13  companies that the work was intended for?

14  A  Was intended for?

15  Q  So you mentioned that some of the freelance work

16  you did went to Sabertooth for use in their card games?

17  A  Uh-huh.

18  Q  Can you think of any other companies that your

19  work was provided to?

20  A  By Sabertooth?

21  Q  No, no, unrelated to Sabertooth.  So I'll strike

22  all that.  I realize that I could have phrased it a

23  little bit better.

24      So you did some freelance work related to the

25  Sabertooth card games, correct?

129

1    A  Yes.
2    Q  And you did some freelance work related to
3  various Games Workshop publications?
4    A  Yes.
5    Q  Did you do freelance work related to any other
6  companies?
7    A  No.
8    Q  Did you have opportunities to do freelance works
9  for other -- related to other companies?
10   A  No.
11   Q  Can you describe how you learned about this
12  opportunity to do freelance work related to the
13  Sabertooth Games cards?
14   A  I think there was -- my manager at the time had
15  come around and said Sabertooth are looking for artists
16  to do card artwork, anybody who wants to do any, let him
17  know.
18   Q  And do you remember who your manager was at the
19  time?
20   A  No.
21   Q  Do you remember what the position would have
22  been called of your manager or does your manager have a
23  specific title?
24   A  Art manager.
25   Q  And can you describe how you learned about the

130

1  opportunity to do freelance work related to Games
2  Workshop's publications?
3    A  With the -- in reference to the demi-gryphon
4  knights, there wasn't enough time to do it in regular
5  work time, could I do it as a freelance piece.
6    Q  Who asked you?
7    A  My manager -- actually, it was the White Dwarf
8  editor had asked, but he had to approve it with my
9  manager.
10   Q  And who was the White Dwarf manager?
11   A  Editor.
12   Q  Editor?
13   A  Andrew Kendrick.
14   Q  And who was your manager at that point?
15   A  Stuart Black.
16   Q  Do you know any other current Games Workshop
17  employees who have done freelance work related to White
18  Dwarf?
19   A  No.
20   Q  You were never employed by Sabertooth Games?
21   A  No.
22   Q  Do you recall if any of the works that -- I'll
23  strike that for a second.
24      Does Games Workshop have a submission policy?
25   A  For what?

131

1    Q  For individuals to submit work for possible
2  publication by Games Workshop.
3    A  I'm sorry, can you say that question again.
4    Q  Does Games Workshop have a submission policy for
5  individuals, whether or not they are currently employed
6  by Games Workshop, to submit works for consideration for
7  publication by Games Workshop?
8    A  Oh, I have no idea.
9    Q  And just for clarification, earlier today,
10  especially in context with the Iron Knights, I believe
11  you mentioned, you mentioned you did those works on your
12  free time and they eventually were published by Games
13  Workshop.
14      Were those related to freelance work?
15   A  Only half of them were done during freelance and
16  the other half I did during work time.
17   Q  And were you paid as a freelancer for the works
18  that you did on your free time related to the Iron
19  Knights?
20   A  No.
21   Q  So for the work that you did on your free time
22  that you discussed earlier today about, especially in
23  context with the Iron Knights, you did not do that as a
24  freelance project for Games Workshop?
25   A  No.

132

1    Q  And were you paid separately by Games Workshop
2  for -- by Games Workshop to publish those works of
3  yours, particularly the Iron Knights ones that you did
4  in your free time?
5    A  Well, working in the studio, you get the models
6  for free, so it would be kind of childish of me not to
7  give them the right to show them for free.
8    Q  Earlier today you mentioned that John Blanche
9  works from home?
10   A  Yes.
11   Q  Does he ever send drawings to people at work
12  through e-mail?
13   MR. MOSKIN:  Asked and answered.
14   THE WITNESS:  Not to me, no.
15   MR. OH:  Q  Do you know if he does drawings on the
16  computer?
17   A  No.
18   Q  Is that you don't know or he does not work on a
19  computer?
20   A  I don't believe he works on a computer.
21   Q  Do you know who Adam Clark is?
22   A  Did he used to work for us?  I don't know, then.
23   Q  Do you know Adrian Wild?
24   A  Yes.
25   Q  And who is he?

133

1    A  He used to work for us.
2    Q  Do you know when he stopped working for you,
3    meaning Games Workshop?
4    A  I guess a few years after I started.
5    Q  Do you know why he stopped working?
6    A  No.
7    Q  When is the last time you were in contact with
8    Adrian Wild?
9    A  Probably the day he left.
10   Q  Do you know an Alex Boyd?
11   A  Yes.
12   Q  And who is he?
13   A  He is one of the artists.
14   Q  Is he still currently working with Games
15   Workshop?
16   A  Yes.
17   Q  Ali Morrison?
18   A  Yes.
19   Q  Is he still -- is he currently working for Games
20   Workshop?
21   A  Yes.
22   Q  Bob Naismith?
23   A  No.  I've heard of him, but I don't know him.
24   Q  Brian Nelson?
25   A  Yes.

134

1    Q  Does he work for Games Workshop?
2    A  Yes.
3    Q  Currently?
4    A  Yes.
5    Q  Chris Trevas, that's T-R-E-V-A-S?
6    A  No.
7    Q  Clint Langley?
8    A  I think he works for Black Library.
9    Q  Do you know him personally?
10   A  No.
11   Q  Dale Stringer?
12   A  Yes.
13   Q  Does he work for Games Workshop?
14   A  Yes.
15   Q  And what does he do?
16   A  I think he is one of our 3D straight line
17   sculptors.
18   Q  Can you explain what you mean by 3D straight
19   line sculpture?
20   A  He is one of the people who design miniatures on
21   the computer, generally vehicles, so, hence, straight
22   line.
23   Q  And do you know how long he has been working
24   with your company?
25   A  No, I don't know.

135

1    Q  Do you know if Adrian Wild ever worked as a
2    freelancer for Games Workshop?
3    A  No, I don't know.
4    Q  Alex Boyd?
5    A  I don't know.
6    Q  Ali Morrison?
7    A  Again, I don't know.
8    Q  Brian Nelson?
9    A  Don't know.
10   Q  So other than Adrian Smith, he is the only
11   freelancer you recall working for Games Workshop.
12   A  I know that he worked as a freelancer for Games
13   Workshop.
14   Q  Does Dave Andrews work for Games Workshop?
15   A  Yes.
16   Q  What's his position?
17   A  Don't know.
18   Q  He is not an artist?
19   A  Huh?
20   Q  He is not an artist?
21   A  No, he is not an artist.
22   Q  Dave Gallagher?
23   A  Yes.
24   Q  He currently works for Games Workshop?
25   A  Yes.

136

1    Q  He is one of the artists?
2    A  Yes.
3    Q  Does he have a title?
4    A  Artist.
5    Q  Does Dave Thomas currently work for Games
6    Workshop?
7    A  Yes.
8    Q  Is he an artist?
9    A  No.
10   Q  What does he do?
11   A  He is a sculptor.
12   Q  Does Des Hanley work for Games Workshop?
13   A  No.
14   Q  Eric Ren?
15   A  Never heard of him.
16   Q  Gary Chalk?
17   A  No, he doesn't.
18   Q  James Brady?
19   A  Are we talking about people who worked for Games
20   Workshop or --
21   Q  Yes, people who worked for Games Workshop.
22   A  I don't know a James Brady.
23   Q  Is there a Juan Diaz Ramos that works for Games
24   Workshop?
25   A  Yes.

137

1   Q   What's his position?
2   A   He is a sculptor.
3   Q   Is there a Justin Norman that currently works
4   for Games Workshop?
5   A   Justin Norman, no.
6   Q   Is there a different Norman?
7   A   Yes, there has been several Normans, but, yes.
8   Q   Any artists who have worked for Games Workshop
9   with the name Norman?
10  A   Artists, no.
11  Q   And just for clarification, are you
12  distinguishing between being an artist and sculptors?
13  A   Yes.
14  Q   Has there been a Karl Kopinski that worked
15  for --
16  A   Yes.
17  Q   Does he currently work for Games Workshop?
18  A   No.
19  Q   Do you know when he left?
20  A   Off the top of my head, no.
21  Q   Was it within the last two years?
22  A   No.
23  Q   It was farther back than that?
24  A   Yes.
25  Q   And do you know what he did?

138

1   A   He was an artist.
2   Q   How about Kenson Low?
3   A   No.
4   Q   You don't recognize him as a Games Workshop
5   employee?
6   A   I'm not saying he is not, I just don't recognize
7   it.
8   Q   Mark Bedford?
9   A   Yes.
10  Q   And is he still employed?
11  A   Yes.
12  Q   And what does he do?
13  A   He is a sculptor.
14  Q   Mark Harrison?
15  A   Yes.
16  Q   What does he do?
17  A   He is a sculptor.
18  Q   Martin Footit?
19  A   Yes.
20  Q   What does he do?
21  A   He is a sculptor.
22  Q   Mike McVey?
23  A   No, he doesn't work for us.
24  Q   Do you know when he stopped working for you?
25  A   No.

139

1   Q   Or stopped working for Games Workshop?
2       And what did he do?
3   A   He was a miniature painter and a sculptor.
4   Q   Nuala Kinrade?
5   A   Nuala.
6   Q   Nuala Kinrade?
7   A   Yes.
8   Q   And who is this person?
9   A   She is an artist.
10  Q   Still with the company?
11  A   Yes.
12  Q   Paul Dainton?
13  A   Yes.
14  Q   That's D-A-I-N-T-O-N.
15      What does he do?
16  A   He is an artist.
17  Q   Still with the company?
18  A   Yes.
19  Q   Phil Stutcinskas, and I'll spell that,
20  S-T-U-T-C-I-N-S-K-A-S?
21  A   I've heard his name.  I think he works for us.
22  Q   But you're not sure?
23  A   I don't know him.
24  Q   Ralph Horsley?
25  A   No.

140

1   Q   Not an employee, as far as you know?
2   A   Not somebody I know, no.
3   Q   Sam Wood?
4   A   Again, I think he is one that does work for us.
5   I'm not sure.  I've heard his name.
6   Q   But you don't know if he was an employee or not?
7   A   I don't know.
8   Q   Do you know whether he was an artist or a
9   sculptor?
10  A   No.
11  Q   Don't know?
12      Simon Egan?
13  A   Yes.
14  Q   What does he do?
15  A   He is a sculptor.
16  Q   Still with the company?
17  A   I think so, yes.
18  Q   Tim Adcock?
19  A   Yes, I know him.
20  Q   And does he work for the company?
21  A   No.
22  Q   Has he ever worked for the company?
23  A   Yes.
24  Q   Do you know when he stopped working for the
25  company?

141

1    A  No.

2    Q  What did he do?

3    A  He was a sculptor.

4    Q  Tom Watton, W-A-T-T-O-N?

5    A  Not a name I'm familiar with.

6    Q  Wayne England?

7    A  Yes, I know of him.

8    Q  And do you know what he did?

9    A  He was an artist.

10   Q  Did he work for Games Workshop?

11   A  Yes.

12   Q  But not currently?

13   A  No.

14   Q  Will Hayes?

15   A  I've heard the name, yes.

16   Q  Do you know if he was an employee?

17   A  Don't know.

18   Q  Do you know what he did?

19   A  No.

20   Q  Does any of those names refresh your

21   recollection whether there were any additional people

22   you know who worked as freelancers for Games Workshop

23   other than Adrian Smith?

24   A  No.  I don't know what half of them did, so, no.

25   MR. OH:  Counsel, do you mind if we take a short

142

1    break while I review my notes to see if there is any

2    additional questions to ask?

3    MR. MOSKIN:  Do you think you're just about done?

4    Do you think you're just about done?

5    MR. OH:  I think we'll probably be just one more

6    session.

7    MR. MOSKIN:  What do you mean one more session?

8    MR. OH:  Meaning right after the break will probably

9    be the last --

10   MR. MOSKIN:  No, but I mean what does that mean in

11   minutes?

12   MR. OH:  Oh, that's why I wanted to take a break to

13   review my notes, is to determine how long that would be.

14   Also, it appears that, if you could check your

15   e-mail, I believe you received an e-mail from my

16   colleague Jennifer Golinveaux about finding a mutual

17   date to reschedule an upcoming court appearance.

18   MR. MOSKIN:  I'll take a look at it.

19   THE VIDEOGRAPHER:  Going off the record at 2:56 p.m.

20   (a brief recess was taken)

21   THE VIDEOGRAPHER:  We are back on the record at 3:15

22   p.m.

23   MR. OH:  Q  Mr. Hodgson, you still understand that

24   you're still under oath?

25   A  Yes.

143

1    Q  Do you know a Rick Priestley?

2    A  Yes.

3    Q  And who is he?

4    A  He was the one -- he doesn't work for us

5    anymore, so.

6    Q  So he was a former Games Workshop employee?

7    A  Yes.

8    Q  And what did he do?

9    A  He was a writer.

10   Q  And do you know what he wrote?

11   A  He wrote the original Warhammer 40,000:  Rogue

12   Trader.

13   Q  Do you know anything else that he wrote?

14   A  Not off the top of my head, no.

15   Q  Do you know when he left the company?

16   A  Recently.

17   Q  And what do you mean by recently?

18   A  I think it was last year.

19   Q  And do you know under what circumstances he left

20   the company?

21   A  No idea.

22   Q  Do you know how long he was with the company?

23   A  No.

24   Q  Was he with the company when you started?

25   A  Yes.

144

1    Q  Did you work with him at all?

2    A  No.

3    Q  Do you know Andy Chambers?

4    A  Yes, I know him.

5    Q  And who is he?

6    A  He is an ex-employee.

7    Q  And what did he do?

8    A  He was a writer.

9    Q  And do you know what he wrote?

10   A  Off the top of my head, no.

11   Q  And do you know when he left the company?

12   A  That I can't remember when that was.  It was a

13   while ago.

14   Q  Do you know under what circumstances he left the

15   company?

16   A  No.

17   Q  And do you know how long he worked for the

18   company?

19   A  No.

20   Q  Was he there when you started?

21   A  Yes.

22   Q  When was the last time you saw John Blanche?

23   A  When was the last time I saw him?  Last week.

24   Q  And where was that?

25   A  In work.

145

1    Q  And did you talk to him?
2    A  To say hello, yes.
3    Q  Did you talk with him about any work projects?
4    A  No.
5    Q  What's your normal -- Strike that.
6       Please describe what your working relationship
7  is like with John Blanche?
8    A  John Blanche is our art director, so he oversees
9  what everybody does, makes comments on it to the manager
10  who then pass it on to us.
11    Q  And as to art director, is that just overseeing
12  the art department that you are in?
13    A  That I don't know.
14    Q  Does he work with other departments?
15    A  I don't know.
16    Q  And where does Mr. Blanche live?
17    A  I couldn't give you his address.
18    Q  Is it nearby the offices?
19    A  It's in one of the villages outside of
20  Nottingham.
21    Q  Do you know approximately how far?
22    A  Approximately ten miles.
23    Q  And does Mr. Blanche -- do you know how he gets
24  to work when he visits the office?
25    A  Taxi.

146

1    Q  He doesn't drive himself?
2    A  No.
3    Q  And can you characterize what Mr. Blanche looked
4  like the last time you saw him?
5    A  Like John, a rather large man.  He is getting
6  on.
7    Q  Do you know how old he is?
8    A  No, I don't know how old he is.
9    Q  Do you have an estimate?
10    A  Huh?
11    Q  Do you have an estimate?
12    A  That's a bit rude.  No, I haven't.  It's too
13  rude.
14    Q  Is he older than you are?
15    A  Yes.
16    Q  And would you characterize him as generally
17  being in good health?
18    A  No.
19    Q  Can you explain why?
20    A  I know that he visits the hospital regularly,
21  but as to what his medical conditions are, it's not my
22  place to know.
23    Q  And has Mr. Blanche reduced his responsibilities
24  at work over the last six months?
25    A  I don't know.

147

1    Q  From -- as far as you can tell, does he appear
2  to have reduced his workload over the past six months?
3    A  I don't know.  I really don't know.
4    Q  Earlier today you mentioned there was a way to
5  transfer files on the computer network at work, do you
6  remember that?
7    A  Yes.
8    Q  Are there any other computer systems that you
9  use at work?
10    A  No.
11    Q  Do you know of any other computer systems that
12  are used at work?
13    A  No.
14    Q  Do you have access to the archive system, direct
15  access?
16    A  No.
17    Q  For the files on your computer, do you have a
18  way that you organize those files?
19    A  Ish, maybe.
20    Q  Can you describe, generally, how things are
21  organized on your computer?
22    A  I have an archive folder which work that is not
23  currently being worked on is stored.  I have an active
24  folder which has work that I am working on stored.
25  That's it.

148

1    Q  And within the archive folders, are those
2  divided up into subfolders?
3    A  Yes.
4    Q  And can you describe what the -- that
5  organization is like?
6    A  I have a 40K folder and a fantasy folder.  Each
7  within those folders I have the races that we have in
8  those universes.  That's how it's split down.
9    Q  And how about in your active folder, how is that
10  organized?
11    A  The project I'm currently working on plus the
12  last two just in case I need to instantly look at
13  something.
14    Q  And once you're done with a project so it's no
15  longer active, what do you do with those files?
16    A  Move them to my archive files.
17    Q  And it's organized by race?
18    A  Yes.
19    Q  And then you also mentioned you had an external
20  hard drive?
21    A  That's where my archive folder is.
22    Q  So are the files on your hard drive different
23  from the files on your computer?
24    A  Yes, mainly, yes.  There might be one or two
25  examples where there is cross purpose, but that's it.

149

1    Q  So what files do you mainly store on your
2  computer that wouldn't be on your archive drive?
3    A  I'm sorry?
4    Q  Maybe I'm misunderstanding.  It sounds to me
5  that you said there would be some files on your main
6  computer that wouldn't be on the external hard drive
7  that you keep?
8    A  Yes, the current projects I'm working on.
9    Q  So on your work computer, the files on it is
10  just your current project?
11    A  Yes.
12    Q  And all the archives is on the hard drive?
13    A  Yes.
14    Q  Is there any other information that you store on
15  your archive external hard drive?
16    A  Any other information?
17    Q  Outside of these project files.
18    A  No.
19    Q  Are there other types of computer files that you
20  keep on your working computer other than the current
21  project?
22    A  No.
23    Q  Do you keep -- Strike that.
24      Do you use Word documents, as in Microsoft Word
25  documents?

150

1    A  Infrequently.
2    Q  And what type of information would that be?
3    A  It will be pitches for ideas I've had, some text
4  documents that I have for reference purposes that I've
5  got from the games developers, but that's it.
6    Q  Do you store images on your computer?
7    A  All my artwork is images.
8    Q  I'll rephrase.
9      Other than the -- I believe this morning you
10  said you used Photoshop?
11    A  Yes.
12    Q  And outside of the files related to your
13  projects dealing with these, do you store any other
14  types of images?
15    A  No.
16    Q  On your archive drive, would you have images
17  related to any of the exhibits that we discussed today
18  during the deposition?
19    A  Possibly.
20    Q  And why do you say possibly?
21    A  Because without going through it, I wouldn't
22  know.
23    Q  And have you gone through it?
24    A  No.
25    Q  And before today has anyone asked you to go

151

1  through it?
2    A  No.
3    Q  And this morning you mentioned that it is
4  password protected, so no one else could have gone
5  through it without asking you first?
6    A  No, no.
7    Q  At work are there -- Strike that.
8      How are projects assigned at work?
9    A  Other than the way that I get them, I don't
10  know.
11    Q  Well, can you describe how you get assignments
12  at work?
13    A  The next project that we will be working on is
14  X, we need you to do something for it, that's it.
15    Q  And who would tell you what the next project is?
16    A  Either -- well, my line manager, really.
17    Q  And who is your line manager?
18    A  Stuart Black.
19    Q  I reasked because I think you used a different
20  name before.
21    A  Sorry, yes, my manager.
22    Q  Are there any types of assignment sheets that
23  are provided to the team?
24    A  No.
25    Q  How are the projects then communicated to you?

152

1    A  Face to face.
2    Q  Are there any written schedules that are
3  provided to you?
4    A  Yes, but I don't really take any notice of them.
5    Q  Can you describe these written schedules?
6    A  Colored boxes on a sheet.
7    Q  And who provides them?
8    A  My manager.
9    Q  And how often are these distributed?
10    A  I don't know, monthly I'm guessing maybe.
11    Q  And are they given to you?
12    A  Yes.
13    Q  And what do you do with them?
14    A  File them under B.
15    Q  And by filing under B, you mean --
16    A  Yes, I take no notice of them.
17    Q  I'm going to reask the question just because
18  filing under B is a colloquialism.
19    A  Yes, I generally disregard them and put them in
20  the bin.
21    Q  What type of information is on these schedules?
22  You described them as having colored boxes, but what
23  kind of information is conveyed in them?
24    A  The name of the project.
25    Q  And anything else?

153

1   A   That's it.
2   Q   Is there any descriptions on the project?
3   A   No.
4   Q   Are there any dates on the schedule?
5   A   Yes.
6   Q   And so this sheet would just be the names of the
7   project and due dates or deadlines associated with it?
8   A   Yes.
9   Q   And no additional descriptions?
10  A   No.
11  Q   And when you get a new project, are you provided
12  any additional information outside of that face-to-face
13  discussion with your manager?
14  A   No.
15  Q   Are you provided any reference materials?
16  A   No.
17  Q   Any short descriptions of the project in a
18  written form?
19  A   No, not really.
20  Q   What do you mean no, not really?
21  A   We might get a product brief at the beginning of
22  a project, but it will be bullet points and that will be
23  about it.
24      It's more of a document to discuss rather than
25  being -- rather than being this is what it is.

154

1   Q   And who prepares this product brief?
2   A   The project lead.
3   Q   And the project lead is someone different than
4   your manager?
5   A   It shifts from project to project.
6   Q   And how is this project brief distributed?
7   A   Usually on a sheet of paper at the meeting.
8   Q   And how long is it?
9   A   Depends on what the project is.
10  Q   Can you recall the last project brief you saw?
11  A   No.
12  Q   And can you provide more information on what
13  type of information is bulleted on these project briefs?
14  A   What it relates to army-wise, which system it's
15  for, which race it's for, and then what we want to
16  explore this time.
17  Q   Outside of these project briefs, does the
18  project lead provide any other notes or materials about
19  the project?
20  A   I guess if we asked for it, yes.
21  Q   Are these project briefs typically only text or
22  do they also include images?
23  A   Generally text -- well, always text, actually.
24  Q   Does the project lead ever provide any drawings
25  or illustrations?

155

1   A   Depends on who is project lead.
2   Q   Can you name a project lead who did provide
3   drawings or illustrations?
4   A   Jes Goodwin.
5   Q   And can you describe the types of drawings or
6   illustrations Jes would provide as a project lead?
7   A   Concept work.
8   Q   And what do you mean by concept work?
9   A   His sketches.
10  Q   And how many sketches would he generally
11  provide?
12  A   Knowing Jes, as few as possible.
13  Q   But enough so the other members of his team has
14  an idea of what he -- what direction he wants to go in?
15  A   Yes.
16  Q   Would he also provide a written product brief?
17  A   No.
18  Q   Were there other project leads that would
19  provide illustrations?
20  A   Not that I have seen.
21  Q   Who have been all the project leads you have
22  worked with?
23  A   There is too many to name.
24  Q   Can you name the ones you've worked with the
25  most?

156

1   A   Matt Ward, Matthew Ward, Robin Curtis, Phil
2   Cudahy, and that would be about it.
3   Q   Are they all artists?
4   A   No.
5   Q   Are their positions named project leads?
6   A   No.
7   Q   Can you describe what their positions would be?
8   A   Games developers.
9   Q   And do you know who determines who is a project
10  lead?
11  A   Whoever wants it most.
12  Q   And of Robin Curtis, Matthew Ward, and Phil
13  Kelly, have they provided product briefs at the
14  beginning of projects?
15  A   Yes.
16  Q   All of them?
17  A   Yes.
18  Q   And is it their normal practice to provide
19  product briefs at the beginning of projects?
20  A   Yes.
21  Q   And how many different projects do you think you
22  have worked on with these three individuals?
23  A   I couldn't guess at a number.
24  Q   More than ten?
25  A   Yes.

157

1    Q   More than 25?
2    A   Probably.
3    Q   More than 50?
4    A   Yes.
5    Q   More than 100?
6    A   I really don't know.
7    Q   A lot?
8    A   A lot.
9    Q   Has anyone asked you to collect product briefs?
10   A   No.
11   Q   Has anyone asked you to preserve rather than bin
12   product briefs?
13   A   No.
14   Q   Has anyone asked you to search for product
15   briefs?
16   A   No.
17   Q   Has anyone asked you -- Strike that.
18       Previously you mentioned you -- Strike that.
19       Previously you mentioned Jes Goodwin would
20   provide some concept art for projects?
21   A   Yes.
22   Q   Do you still have some of these concept art from
23   Jes Goodwin?
24   A   Probably not.
25   Q   And what would have happened to them?

158

1    A   I would have only got copies, and those would
2    have been disposed of.
3    Q   Has anyone asked you to collect concept art
4    related to -- Strike that.
5        Has anyone asked you to search for concept art
6    by Jes Goodwin for -- in context of this litigation?
7    A   No.
8    Q   Has anyone asked you to collect concept art by
9    Jes Goodwin for -- in context of this litigation?
10   A   No.
11   Q   Has anyone asked you to preserve concept art by
12   Jes Goodwin in the context of this litigation?
13   A   No.
14   Q   Can you turn back to Exhibit 19.  I made a copy
15   of it so you can use that.
16   A   Thank you.
17       It doesn't seem to be here.
18   MR. OH:  I made a copy of it, and I think the
19   original has been mixed in the batch.  We'll take a
20   moment at the end to see if we can find it.
21   MR. MOSKIN:  Here, I'm sorry.  This is it.
22   MR. OH:  Q   So let me ask.  So you said, this is a
23   line drawing you created?
24   A   Yes.
25   Q   And is this based on your original design?

159

1    A   Yes.
2    Q   And what is the name of this?
3    A   Jetbike, Space Marine Jetbike.
4    Q   And were there -- before you designed or before
5    you made this drawing, were there Jet Marine Space
6    Bikes?
7    A   Yes.
8    Q   That were previously published?
9    A   Yes.
10   Q   And can you identify what differences or
11   similarities there would be between the Jetbike in
12   Exhibit 19 and previously published versions of the
13   Jetbike?
14   A   It's a flying bike the marine rides is about the
15   best answer I can give you.
16   Q   Were there any design elements that you used
17   that were from previously published sources?
18   A   Don't know.
19   Q   And could you describe what this Jetbike looks
20   like?
21   A   It's -- it looks like a sort of chassis with a
22   jet at the back with an outline of a marine sitting in a
23   forward-leaning position with handlebars quite high up
24   and then a big imperial eagle on the front.
25       It's jet air intakes at the front -- I can't

160

1    think of the word -- grille, jet air intakes at the
2    front.
3    Q   And do you know if this -- if these drawings
4    were ever published?
5    A   No.
6    Q   Is that, no, they were never published or, no,
7    you don't know whether they were ever published or not?
8    A   No, I don't know if they were ever published.
9    Q   Now, earlier we talked about the Legion of the
10   Damned, do you recall?
11   A   Yes.
12   Q   And I think it was in the context of How to
13   Paint --
14   A   Space Marines.
15   Q   The name of that book?
16   A   Correct.
17   Q   And before that book was published, were there a
18   line of -- did the Legion of the Damned exist before
19   that book was published?
20   A   Yes.
21   Q   And were there published illustrations of
22   those --
23   A   Yes.
24   Q   -- Legion of the Damned?
25   A   Yes.

161

1      Q   And the drawing that you did for that book, for
2   the Legion of the Damned, was that based on preexisting
3   material, then?
4      A   Yes.
5      Q   And by that, it was based on previously
6   published works --
7      A   Yes.
8      Q   -- that you did not create?
9      A   That's correct.
10     Q   And were there design elements in your drawings
11  that did not exist in previous published versions of the
12  Legion of the Damned?
13     A   No.
14     Q   Earlier you mentioned that at times you would
15  get an archived image from the archivist, and you would
16  transfer that to your computer?
17     A   Yes.
18     Q   What do you do with those images after they're
19  transferred to your computer?
20     A   Move them to the trash bucket.
21     Q   Do you retain any of those images as part of the
22  project, that project or archive project file that you
23  keep?
24     A   I try not to.
25     Q   And is there a reason you try not to?

162

1      A   Yes, I want to save space on my machine.
2      Q   Is it possible that you may have stored some of
3   the archived -- or excuse me -- the images you
4   transferred from the archive to your computer?
5      A   Anything is possible.
6      Q   Have you searched your computer to see if you
7   have some of those archived reference images?
8      A   No.
9      Q   Has anyone asked you to search to see if you
10  have any of those archived reference images?
11     A   No.
12     Q   Has anyone asked you to collect any of those
13  archived reference images?
14     A   No.
15     Q   Has anyone asked you not to delete any of those
16  archived reference images?
17     A   No.
18     Q   Have you ever worked as a project lead?
19     A   Yes.
20     Q   How many times?
21     A   Twice.
22     Q   And can you describe the projects?
23     A   One of them was the uniforms and heraldry of the
24  Skaven.
25     Q   Can you spell Skaven?

163

1      A   S-K-A-V-E-N.
2      Q   And what was the other project?
3      A   I'm currently working on it, so it's under
4   project security.  I can't tell you what it is.
5      MR. OH:  Mr. Moskin, would it be okay to designate
6   this portion?
7      MR. MOSKIN:  Can you read back the question and the
8   answer.
9         (record read)
10     MR. MOSKIN:  What possible relevance could it have?
11  It can't be at issue in this case.  We can't be filing a
12  lawsuit over copyright works that don't yet exist.
13     MR. OH:  If you're stipulating that this current
14  project is not going to be --
15     MR. MOSKIN:  90 percent of this deposition has
16  covered subject matter that is not at issue in this
17  case.
18        Now you're talking about future subject matter.
19  Why do you even -- Why do you care?
20     MR. OH:  If you're saying that whatever project he
21  is working on is not going to become an issue --
22     MR. MOSKIN:  Not in this case.  If it is, we'll
23  bring him back.
24     MR. OH:  So stipulated.
25     MS. STEVENSON:  It's not even to do with Warhammer

164

1   40,000.
2      MR. MOSKIN:  It's not even to do with Warhammer
3   40,000.
4      MS. STEVENSON:  And everything that your client has
5   done has to do with Warhammer 40,000.
6      MR. MOSKIN:  As you know, Games Workshop has other
7   unrelated properties.
8      MR. OH:  Q   For projects where you acted as lead,
9   how do you select your project team?
10     A   Whoever wants to do it and has the relevant
11  skills to be able to do the bit that I need them to do.
12     Q   How do you determine who would want to do it?
13     A   Conversations.
14     Q   And how large are your project team?
15     A   The Skaven one was me and four others.
16     Q   And the current project you're working on?
17     A   Me and two others.
18     Q   And are they all artists?
19     A   No.
20     Q   And what is the mix of the skill set in the
21  teams?
22     A   Book layout, writer, and illustrator.
23     Q   And so a team could compose of members of
24  various departments?
25     A   Yes.

165

1   Q  Is that typical of just the project you're
2   leading?
3   A  No.
4   Q  It is typical of the general projects that go on
5   at Games Workshop?
6   A  Absolutely.
7   Q  And are those typical project sizes?
8   A  No.
9   Q  Is there a typical project size?
10  A  I couldn't say.  It depends on what the project
11  is, depending on how big a group of people you need to
12  work on it.
13  Q  For the last project that you worked with --
14  Strike that.
15      Do you remember the last project you worked on
16  with Mr. -- with Jes Goodwin?
17  A  I'm trying to work back.  Sorry.
18      Yes.
19  Q  And what was that project?
20  A  Project Dark Eldar, E-L-D-A-R.
21  Q  And can you describe what that project was?
22  A  It was another release of the Dark Eldar.
23  Q  And what was your role in the project?
24  A  To produce iconography, color schemes, banners.
25  Q  And did Mr. -- did Jes Goodwin provide you

166

1   concept art?
2   A  Yes.
3   Q  And did he provide concept art to the team?
4   A  I don't know.
5   Q  Were there team meetings with Mr. Goodwin?
6   A  Occasionally.
7   Q  And what would happen during these team
8   meetings?
9   A  We have 25, 50 percent markers in projects where
10  we get together and see that everybody is on schedule.
11  Q  Would you share the work that's currently in
12  progress with other team members?
13  A  Kind of.  We're generally aware of what
14  everybody is doing in the team by being in regular
15  contact with each other.
16  Q  And is it normal to meet at these 25, 50 percent
17  markers on projects?
18  A  Not with everybody.
19  Q  Are there certain team leaders that like having
20  certain milestone meetings during the project?
21  A  Yes.
22  Q  And which team leaders would those be?
23  A  A Mixture.
24  Q  For the Dark Eldar project you just mentioned
25  with Jes Goodwin --

167

1   A  Yes.
2   Q  When did that -- did that launch?  Is that
3   project completed?
4   A  Yes.
5   Q  And when was it completed?
6   A  I don't know.
7   Q  Do you have a rough estimate?
8   A  Two years.
9   Q  Regarding games -- excuse me.  Strike that.
10      With respect to Sabertooth Games.
11  A  Yes.
12  Q  For the card games where your work was
13  published.
14  A  Yes.
15  Q  Do you remember if that was called the Horus
16  Heresy?
17  A  Could have been, yes.
18  Q  Has anyone ever asked your permission to be able
19  to republish the artwork you did for those card games?
20  A  No.
21  Q  Have you ever bought products from Chapterhouse
22  Studios?
23  A  No.
24  Q  Do you know anyone who has bought products from
25  Chapterhouse Studios?

168

1   A  No.
2   Q  Have you ever inspected any products from
3   Chapterhouse Studios?
4   A  No.
5   Q  And I believe previously you mentioned you had
6   no communications about Chapterhouse Studios outside of
7   preparing for this deposition, is that correct?
8   A  That's right.
9   Q  And you would have no documents related to
10  Chapterhouse Studios, either?
11  A  No.
12  Q  And no one asked you to search for documents
13  related to Chapterhouse Studios?
14  A  No.
15  Q  No one ever asked you to collect documents
16  related to Chapterhouse Studios?
17  A  No.
18  Q  And no one ever asked you to preserve documents
19  related to Chapterhouse Studios?
20  A  No.
21  MR. OH:  I think that is all I have.
22      Mr. Moskin, in terms of the next deposition --
23  MR. MOSKIN:  Well, Ms. Stevenson is right here.  If
24  you want to begin, we'll take a 5-minute break and you
25  can start her, 15-minute break.

169

1    MR. OH:  Is there a time you want to keep on going
2    to tonight or proceed until we're done?
3    MS. STEVENSON:  Let's see how we do.
4    MR. MOSKIN:  She is being produced on specific
5    issues, and so we can certainly begin with those and see
6    how we do.
7    MR. OH:  How about if we take a 15-minute break?
8    MR. MOSKIN:  That's good.
9    MR. OH:  Okay.
10    THE VIDEOGRAPHER:  This concludes the deposition of
11    Neil J. Hodgson.  We're off the record at 4:03 p.m.
12    Thank you.
13              - - - - -
14
15
16
17
18
19
20
21
22
23
24
25

170

1    STATE OF ILLINOIS  )
                          )  ss:
2    COUNTY OF COOK  )
3
4
5        The within and foregoing deposition of the
6    aforementioned witness was taken before TRACY L.
7    BLASZAK, CSR, CRR, and Notary Public, at the place, date
8    and time aforementioned.
9        There were present during the taking of the
10    deposition the previously named counsel.
11        The said witness was first duly sworn and was
12    then examined upon oral interrogatories; the questions
13    and answers were taken down in shorthand by the
14    undersigned, acting as stenographer and Notary Public;
15    and the within and foregoing is a true, accurate and
16    complete record of all of the questions asked of and
17    answers made by the aforementioned witness, at the time
18    and place hereinabove referred to.
19        The undersigned is not interested in the within
20    case, nor of kin or counsel to any of the parties.
21
22
23        _____
24
25

171

1    Witness my official signature and seal as
2    Notary Public in and for Cook County, Illinois, on this
3    _____ day of _____, A.D. _____.
4
5
6
7
8
        _____
9    TRACY L. BLASZAK, CSR, CRR
     Illinois CSR No. 084-002978
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25