Hinks, Darius  2/13/2013  9:17:00 AM

1

1    IN THE UNITED STATES DISTRICT COURT
2    FOR THE NORTHERN DISTRICT OF ILLINOIS
3          EASTERN DIVISION
4
5    GAMES WORKSHOP LIMITED,  )
6         Plaintiff,     )
7         vs.    ) Case No. 1:10-cv-08103
8    CHAPTERHOUSE STUDIOS    )
9    LLC,          )
10        Defendant.    )
11    _____)
12
13
14    Videotaped Deposition of DARIUS HINKS,
15    taken at 233 South Wacker Drive, Suite
16    6300, Chicago, Illinois, commencing at
17    9:17 a.m., Wednesday, February 13, 2013,
18    before Kathleen J. Hendrix, CSR No. 84-004180.
19
20
21
22
23
24    JOB No. 1610483
25    PAGES 1 - 102

2

1    APPEARANCES OF COUNSEL:
2
3    FOR THE PLAINTIFFS:
4       FOLEY & LARDNER, LLP
5       BY:  MR. JONATHAN MOSKIN
6       321 North Clark Street
7       Suite 2800
8       Chicago, Illinois 60610-4764
9       (312) 832-5118
10      jmoskin@foley.com
11
12    FOR THE DEFENDANTS:
13      MARSHALL GERSTEIN BORUN, LLP
14      BY:  MS. JULIANNE M. HARTZELL
15         MS. SARAH J. KALEMERIS
16      233 South Wacker Drive
17      Suite 6300
18      Chicago, Illinois 60606-6457
19      (312) 474-6625
20      jhartzell@marshallip.com
21
22    ALSO PRESENT:
23      Ms. Gill Stevenson, Games Workshop
24      Mary Ann Naas, Videographer
25

3

1             I N D E X
2
3    WITNESS              EXAMINATION
4    DARIUS HINKS
5     BY MS. HARTZELL          5
6
7
8
9             E X H I B I T S
10    NUMBER                PAGE
11    Exhibit 1  Civilian Reader Interview    54
12         Darius Hinks
13    Exhibit 2  Insignium Astartes      67
14    Exhibit 3  Summary of GW Designer References  69
15       (Confidential-Attorneys Eyes Only)
16    Exhibit 4  The Art of Warhammer 40,000    79
17    Exhibit 5  Expert Report of Dr. Carl James  85
18         Grindley
19    Exhibit 6  Drawings          93
20    Exhibit 7  Drawings          94
21    Exhibit 8  Drawing          96
22
23
24
25

4

1        THE VIDEOGRAPHER:  My name is Mary Ann
2    Naas of Veritext.  Today's date is February 13,
3    2013, the time is approximately 9:17.
4        This deposition is being held in
5    the office of Marshall Gerstein Borun, LLP, located
6    at 233 South Wacker Drive, Chicago, Illinois.
7        The caption of the case is Games
8    Workshop Limited versus Chapterhouse Studios LLC in
9    the United States Court for the Northern District of
10    Illinois, Eastern Division.  The name of our witness
11    is Darius Hinks.
12        At this time will the attorneys
13    please identify themselves and the parties they
14    represent, after which our court reporter, Kathy
15    Hendrix, of Veritext will swear in the witness and
16    we can proceed.
17        MS. HARTZELL:  Julianne Hartzell on
18    behalf of defendant, Chapterhouse.
19        MS. KALEMERIS:  Sarah Kalemeris on
20    behalf of defendant, Chapterhouse.
21        MR. MOSKIN:  Jonathan Moskin, of Foley
22    & Lardner on behalf of the plaintiff, Games
23    Workshop.
24        MS. STEVENSON:  Gill Stevenson,
25    in-house counsel with Games Workshop.

5

1          (Witness duly sworn.)
2          DARIUS HINKS
3     called as a witness herein, having been first duly
4     sworn on oath, was examined and testified as
5     follows:
6               EXAMINATION
7     BY MS. HARTZELL:
8     Q.    Good morning.
9     A.    Good morning.
10    Q.    My name is Julianne Hartzell, and I'm
11    an attorney for Chapterhouse.  I'll be asking you
12    some questions today.
13    Could you state your name for the
14    record?
15    A.    Yeah.  Darius Hinks.
16    Q.    And where do you live?
17    A.    Nottingham, in England.
18    Q.    Have you ever had your deposition
19    taken before?
20    A.    No.
21    Q.    Since you haven't, I'll go over some
22    ground rules so you will understand what the
23    procedures will be.
24    A.    Okay.
25    Q.    I'll be asking you questions and you

6

1     will be providing answers.  So if you could wait
2     until I finish my question to start your answer,
3     that will be helpful.  Will you agree to do that?
4     A.    Yeah.
5     Q.    And you will -- because we are
6     recording this stenographically, you will need to
7     answer with words, rather than just nodding your
8     head.
9     A.    Okay.  Yeah.
10    Q.    So you will agree to do that?
11    A.    Yeah, that's fine.
12    Q.    And if you don't understand my
13    question, will you let me know?
14    A.    Yep, will do.
15    Q.    And your counsel will be making some
16    objections during the course of the deposition.  Do
17    you understand that unless he specifically instructs
18    you not to answer, you will need to go ahead and
19    answer despite his objections?
20    A.    Yep.  I understand, yeah.
21    Q.    All right.  Is there any reason that
22    you can think of why you can't testify accurately
23    here today?
24    A.    I can't think of any reason, no.
25    Q.    And you understand that you are under

7

1     oath?
2     A.    I do, yeah.
3     Q.    So you must answer truthfully?
4     A.    Yeah.
5     Q.    Did you attend any university?
6     A.    Yes.
7     Q.    Where did you go?
8     A.    Derby University.
9     Q.    Any other universities?
10    A.    No, just the one.
11    Q.    And did you obtain a degree there?
12    A.    No.  It was a different kind of
13    qualification.
14    Q.    What kind?
15    A.    It was a higher national diploma in
16    graphic design.
17    Q.    And how many years of study did that
18    include?
19    A.    It was a two-year course.
20    Q.    What is your current occupation?
21    A.    Studio manager.
22    Q.    And who is your employer?
23    A.    Games Workshop.
24    Q.    What are your responsibilities as
25    studio manager?

8

1     A.    I manage the design studio at Games
2     Workshop.
3     Q.    Is that limited to any particular
4     products or is it for all products offered by Games
5     Workshop?
6     A.    It's limited to publications as in
7     books rather than anything else.
8     Q.    And in terms of the subject matter of
9     those publications, is there any limitation on
10    what's included in your role?
11    A.    No, just -- no.
12    Q.    How long have you been studio manager?
13    A.    Since -- it's a matter of weeks.
14    Officially since the start of the New Year really,
15    yeah.
16    Q.    Congratulations.
17    A.    Thank you.
18    Q.    And in your current role as studio
19    manager, what are your responsibilities for the
20    publications that you oversee?
21    A.    I'm responsible for the writings of
22    them, and -- and the artwork that goes into them.
23    And the editing and the translating of them.
24    Q.    And do you have any role in -- as
25    studio manager in marketing those publications?

9

1      A.    No.

2      Q.    Do you have any role in identifying

3  the publications that are to be made?

4      A.    No.

5      Q.    Who does that?

6      A.    They are called range managers.

7      Q.    Do you report to the range managers?

8      A.    No.

9      Q.    Is there someone that you do report

10  to?

11     A.    Yeah.  He's called the publications

12  manager.

13     Q.    And who is that?

14     A.    He's called George Mann?

15           THE REPORTER:  I'm sorry?

16           THE WITNESS:  George Mann.

17           THE REPORTER:  M-A-N-N?

18           THE WITNESS:  Yeah.

19           THE REPORTER:  Okay.

20           THE WITNESS:  Yeah.

21  BY MS. HARTZELL:

22     Q.    Prior to your role as studio manager,

23  what was your job title?

24     A.    My job title was -- it changed a few

25  times -- head of product, and then -- so then that

10

1  became product manager.

2      Q.    When your title changed from head of

3  product to product manager, did your

4  responsibilities change at all?

5      A.    Yes.  Yeah.

6      Q.    So which was most recent, product

7  manager?

8      A.    Yeah.  Yeah.  That was the proceeding

9  job, yeah.

10     Q.    Okay.  How long were you product

11  manager?

12     A.    That -- that job title was about three

13  years.

14     Q.    And what were your roles as product

15  manager?

16     A.    As product manager, I worked in a

17  different team, which is called the Black Library,

18  that produced novels.

19     Q.    So at the time that you worked for

20  Black Library, is it correct that that's a division

21  of Games Workshop?

22     A.    Yes.  That's the way I've had it

23  described to me.  It's effectively a department of

24  Games Workshop.  But yeah.

25     Q.    Does it function as a separate

11

1  business?

2      A.    No.

3      Q.    So your employer during that time was

4  still Games Workshop?

5      A.    Yeah.  Yeah.

6      Q.    And you said that they produced

7  novels.  What were your responsibilities in -- in

8  the production of novels?

9      A.    I managed the design studio in Black

10  Library.

11     Q.    And was that limited to any particular

12  product or product lines?

13     A.    Yes.  It was limited to Warhammer and

14  Warhammer 40,000.

15     Q.    And what were your responsibilities

16  within design -- in managing the design studio?

17     A.    I managed the Black Library designers

18  and editors.

19     Q.    Approximately how many designers and

20  editors?

21     A.    There was a team of three in-house

22  designers, but I -- I was a fourth effectively.  As

23  well as managing them, I did some design work.  And

24  there were six editors.  And I actually managed a

25  pool of -- of freelancers that we used as well as

12

1  indirectly, because those people worked with

2  freelancers.

3      Q.    For -- when you mentioned in-house

4  designers for a publication --

5      A.    Yeah.

6      Q.    -- do those individuals write the

7  novels or are there a separate category of people

8  who write the novels?

9      A.    That -- that's the freelancer I was

10  mentioning, yes.  So the novels were written by

11  external freelancers.

12     Q.    And did you write any of the novels?

13     A.    I did.

14     Q.    How many?

15     A.    Full -- in terms of full-length

16  novels, three.

17     Q.    And what are you including other than

18  full-length novels?

19     A.    Novella -- novellas and various short

20  stories and shorter basic texts.

21     Q.    And for the products that you

22  authored, were they Warhammer related or Warhammer

23  40k related?

24     A.    They were mostly Warhammer, Warhammer

25  fantasy, rather than -- there was -- yeah, mostly

13

1    the fantasy side.

2    Q.  So when you refer to the fantasy side,

3    is that the 40K side?

4    A.  That's -- no, that's Warhammer.

5    Q.  Okay.  So how would you describe the

6    Warhammer 40K side?

7    A.  It's the part of the IP that involves

8    things like Space Marines.

9    Q.  So how do you distinguish it?  You

10   referred to the other as the fantasy side.

11   A.  Yeah.

12   Q.  So what is the distinction that you

13   are making?

14   A.  The distinction is that one -- the

15   Warhammer 40,000 IP involves science fiction

16   elements, like space travel and -- and.

17         Space Marines.  Whereas the

18   Warhammer side doesn't feature those things.

19   Q.  Okay.  And when you were responsible

20   as product manager of Black Library --

21   A.  Yeah.

22   Q.  -- did your role include any

23   involvement in marketing of any of the products?

24   A.  No, not the marketing.

25   Q.  How about sales?

14

1    A.  No.

2    Q.  Selection of the subject matter for

3    which product -- products would be written?

4    A.  Nope, no.

5    Q.  And who was responsible for marketing

6    of the products?

7    A.  There is a marketing team.

8    Q.  And who was responsible for selection

9    of the products?

10   A.  It was a range manager.

11   Q.  Prior to your time as product manager,

12   did you say that the title before that was head of

13   product?

14   A.  It was.  But it was effectively the

15   same role, it was just a change of job title.  It

16   fit in with something with Games Workshop, but it

17   was not a job change.

18   Q.  Was there any changes in your

19   responsibilities between head of product and product

20   manager?

21   A.  No.

22   Q.  And when you were head of product, was

23   that also working with Black Library?

24   A.  Yeah.

25   Q.  And how long were you in the role of

15

1    head of product?

2    A.  It's hard for me to remember exactly

3    the date.  I can't remember the exact date.  It

4    would be -- those two roles combined would be

5    roughly -- roughly five or six years in -- in those

6    two roles.  But I can't say the exact date the --

7    the job changed.

8    Q.  So that -- that period of time for

9    those two roles was ending as of December 31, 2012?

10   A.  Yeah.  Yeah.

11   Q.  So we are talking about the period of

12   time approximately 2006 or 2007 that you became head

13   of product?

14   A.  Yeah.  Yeah.  Around that, yeah.

15   Q.  And what was your role prior to that?

16   A.  Graphic designer.

17   Q.  How long were you in that role?

18   A.  From December '99.

19   Q.  From December '99 until approximately

20   2006?

21   A.  Yeah.

22   Q.  Did you -- was that your first role at

23   Games Workshop?

24   A.  Yeah.

25   Q.  What were your responsibilities as

16

1    graphic designer?

2    A.  Over the entire period it went from

3    very junior things, like scanning, artworking, or

4    proofreading.  And then later on I was responsible

5    for the look and feel of the novels and choosing

6    type faces and the design of the book, and

7    commissioning artwork to go on the front of the

8    books.

9    Q.  Did you have any managerial

10   responsibilities as graphic designer?

11   A.  Yes.  Before the job title changed,

12   originally there was just me, I was the sole graphic

13   designer.  As the team of graphic designers grew, I

14   ended up managing graphic designers.  So, yeah,

15   there some -- some management responsibility.

16   Q.  When you talked about creating the

17   look and feel of the novels, was there a consistent

18   look and feel that you tried to create or did it

19   vary by product?

20   A.  There was a consistency in that we

21   have to tie the look of the novels to the imagery in

22   the codexes (sic) the games produced, in the IP

23   and codexes.  That's the consistent element.  The

24   element that changed would be that there were

25   different series within the novel's range, and they

17

1  would have a unique look.  So they might have a
2  different typeface.
3      Q.    Could you give me an example of some
4  of the different series?
5      A.    Yes.  We had a series called "Godric
6  and Felix," which is a fantasy series.  And then --
7  about a dwarf and his companions.  And then another
8  series would be the Ultramarines series, which is a
9  series of novels about the Ultramarines Space
10  Marines chapter.
11      Q.    Would it fair to say when you use the
12  term, "fantasy," that you are distinguish -- that in
13  general you are using that to distinguish from
14  Sci-Fi?
15      A.    Yes.  That's a tricky one to answer
16  because you could -- that -- that is what I'm doing,
17  yes, I'm making a distinction between an IP that
18  involves guns and spaceships, and an IP that has
19  more to do with sword and dragons and --
20      Q.    Okay.
21      A.    But there are -- yeah, yeah.
22      Q.    Before you began working at Games
23  Workshop were you employed in another capacity?
24      A.    Before I went to Games Workshop, I was
25  a musician.

18

1      Q.    Had you been employed prior to Games
2  Workshop as a graphic designer or in that area at
3  any time?
4      A.    No.  That was -- no.
5      Q.    How did you come to work at Games
6  Workshop?
7      A.    Through -- I have friends that worked
8  at Games Workshop and I had heard of a graphic
9  design.  My music career had ended so I was looking
10  to get back into graphic design, because that's what
11  I started.  And I heard through three friends of a
12  graphic design job in the Black Library.
13      Q.    So when you were hired as a graphic
14  designer, that was also through Black Library?
15      A.    Yeah.  Yeah.
16      Q.    In your current role is more broadly
17  with Games Workshop, not limited to Black Library?
18      A.    That's right, yeah.
19      Q.    And when you talked about your
20  employment as a graphic designer, is that entirely
21  related to publications as well?
22      A.    Yes.  It was called Black Library
23  rather than publications.  But, yeah, they were
24  books.
25      Q.    Okay.  Before you started working at

19

1  Games Workshop, were you familiar with Warhammer?
2      A.    Yes.
3      Q.    And were you familiar with Warhammer
4  40K?
5      A.    Yes.
6      Q.    In what capacity were you familiar
7  with them?
8      A.    I previously bought and played some of
9  the games.
10      Q.    So you were yourself a consumer?
11      A.    Yes, yeah.
12      Q.    Do you continue to play?
13      A.    No.
14      Q.    For what period of time did you play
15  Warhammer?
16      A.    This -- it would have been between the
17  ages of when I was -- from around 15 years old to
18  when I was around 18 years old.
19      Q.    Did you also play Warhammer 40K?
20      A.    Yes.
21      Q.    And for what time period?
22      A.    Around the same time.
23      Q.    In your current role at Games
24  Workshop, do you work in an office every day?
25      A.    Yeah.

20

1      Q.    And what is the location where you
2  work?
3      A.    In London, in Nottingham.
4      Q.    Has the location of where you work
5  changed starting January 2013 when your title
6  changed?
7      A.    I'm in the same building.  A different
8  part of the same building.
9      Q.    Do you have an e-mail address at Games
10  Workshop?
11      A.    Yes.
12      Q.    And what do you use e-mail for?
13      A.    Mainly for scheduling meetings.  Yeah,
14  that's my main use, would be to book chats with
15  people.
16      Q.    Are there any other uses?
17      A.    Yeah.  I would send memos around to
18  the people that I manage.
19      Q.    What kind of memos?
20      A.    Let me think of an example.  Well, for
21  example, a recent example would be me introducing
22  myself to the large team I just inherited, and
23  letting them know that I would catch up with them
24  soon for one-on-one chats, and explaining who I was.
25      Q.    You mentioned that the identification

21

```
1    of projects comes from range managers; is that
2    correct?
3        A.   Yeah.  Yeah.
4        Q.   And how do you communicate with range
5    managers?
6        A.   I sit next to them so we talk
7    constantly.  And then we would book chats in a
8    meeting room, if we want to get into details and
9    thinks.
10       Q.   And do you create any documents when a
11   new project has started?
12       A.   For a new -- I'm quite new to this
13   job, so I'm still getting used to the processes.
14   But it varies a lot, from what I have found so far.
15   A lot -- a lot of things we discuss verbally because
16   we all sit in the same room.  But occasionally I've
17   seen things like a pagination, a sketch of the
18   layout of a book.  So just a guide to the design of
19   how the book will be laid out, where all the pages
20   will be at.  I've seen that done recently.
21            That's about it in terms of
22   documentation that I've seen so far.
23       Q.   How about in your previous role as
24   product manager?
25       A.   So what -- tell me, in what sense?
```

22

```
1        Q.   What kind of documentation did you use
2    when a new project was developed?
3        A.   Fairly informal documents.  But
4    sometimes -- excuse me -- after a chat with the
5    range manager to clarify something about the
6    project, I would type an e-mail and send it out to
7    the range manager confirming the things we
8    discussed.
9        Q.   So is there a difference in how you
10   use e-mail currently versus how you used e-mail in
11   your last role?
12       A.   It's hard to answer because I'm so new
13   to the job.  Really.  I think there probably will be
14   a difference, but there will be some similarities
15   too.  But it's early days, so it's hard to say
16   really for sure.
17       Q.   In your previous role, what did you
18   use your e-mail for?
19            MR. MOSKIN:  Asked and answered I
20   think.
21            But go ahead.
22   BY THE WITNESS:
23       A.   So briefing the team, updates on -- on
24   where -- well, when I say "briefing the team," a
25   summary of where we were at with project production.
```

23

```
1    So managing the studio, I would -- I would send
2    e-mails out to let the rest of Black Library know
3    where the projects were at.
4            And, as I said earlier, to book
5    meetings with people, chats.  And also to deal with
6    freelancers, so cover artists.
7        Q.   In dealing with the freelancers, what
8    kind of information did you communicate with them by
9    e-mail?
10       A.   I would send them reference material
11   from -- say for example, if they were doing certain
12   kind of Space Marine, I would send them reference
13   material from the relevant language of codex,
14   with -- armor -- with details of heraldry or armor
15   markings.
16       Q.   And you also mentioned that you would
17   sometimes follow up on one-on-one meetings with
18   designers by e-mail; is that correct?
19       A.   Yes.  With a summary here.
20       Q.   Any other uses of e-mail as you recall
21   from your role as product manager?
22       A.   There will be other things.  Off the
23   top of my head, it's hard to think.  But general
24   communications to the team about the status of
25   publics that were going through the design studio.
```

24

```
1    The general dates on things.  That could cover a
2    broad range of things, I imagine.  That would be the
3    main use.
4        Q.   So in your day-to-day
5    responsibilities, how frequently would you say you
6    use e-mail?
7            MR. MOSKIN:  Object to the form.
8            You can answer.
9            THE WITNESS:  I'm sorry.
10           MR. MOSKIN:  I object to form, but you
11   can answer.
12   BY THE WITNESS:
13       A.   How many times a day would I e-mail
14   people?  I think that would vary really wildly.
15   It's hard to give a definitive answer.  I would say
16   it varied wildly, maybe one or two e-mails a day
17   depending on what was happening.  Yeah.
18       Q.   And in your role as graphic designer,
19   did you use e-mail?
20       A.   I would have used e-mails to
21   communicate with anybody that wasn't in the office,
22   so a freelance cover artist.  And -- and, again, to
23   update my manager or my peers as to where I was at
24   with the project.  Yeah.  And again, to book
25   meetings with people.
```

25

1    Q.    And when communicating with people
2    outside the office --
3    A.    Yeah.
4    Q.    -- what kind of information would you
5    communicate by e-mail?
6    A.    IP -- IP details about the thing I was
7    asking them to work on.  So it would be color
8    schemes of whichever faction they were illustrating,
9    color schemes, iconography, heraldry, details of the
10   armor design.  So IP specific things, yeah.
11         Oh, and -- and obviously time
12   frames, if they are working on a project, what was
13   the dead line, that kind of thing.
14   Q.    Sure.
15         What kind -- in your current role,
16   what kind of -- you talked about documentation
17   related to projects?
18   A.    Yeah.
19   Q.    Where is that stored, the
20   documentation?
21   A.    It would be stored only in -- the only
22   storage would be the e-mail -- yeah, just as e-mails
23   in my sent items.  I would not have a formal way of
24   storing them.
25   Q.    What kind of software do you use in

26

1    your current role?
2    A.    It's not really set up on my computer
3    yet, but I know what I will be using.  It would be
4    Microsoft Office.  It would be Adobe Creative Suite,
5    which is a collection of design programs.  They are
6    the key ones.  And then an internet browser, Google
7    Chrome and Google Docs.
8    Q.    And do you have any place where you
9    store electronic documents from those programs?
10   A.    Yes.  So in terms of the Adobe
11   documents, so that would be photo shop files and
12   things like that, they would live on a server.
13   Q.    Is that a shared server?
14   A.    Yeah.
15   Q.    And that is a server controlled by
16   Games Workshop?
17   A.    Yeah.
18   Q.    Is there a name for that server?
19   A.    It's a series of letters and numbers.
20   TWNSS 01 is one of the servers.  But beyond kind of
21   serial number type names, there -- there aren't
22   really a name for it.
23   Q.    Do you refer to it as anything?
24   A.    "The server."
25   Q.    All right.  And what do you use the

27

1    internet for in your current role?
2    A.    I use the internet now for e-mails, so
3    we use Google Mail.
4    Q.    Do you use it for anything else?
5    A.    Because my boss is not here, I can
6    mention I would look at BBC news or something, on my
7    lunch -- lunch hour obviously.
8    Q.    You rebel.
9    A.    Yeah.
10   Q.    In your -- can you think of any other
11   software that you will expect to use in your current
12   role?
13   A.    No.  I think Office and the Google
14   apps, if that's what they are called, and Creative
15   Suite would cover everything.
16   Q.    And what do you use Office for?  Or
17   what do you expect to use Office for?
18   A.    The Office would be just if I need to
19   create any kind of spreadsheet, if -- if I need to
20   schedule any of the work that the artists and
21   writers are doing.  It's possible I'll use Excel.
22   But I actually prefer the Google equivalent, so I
23   will probably use that.
24   Q.    In your previous role as product
25   manager --

28

1    A.    Yeah.
2    Q.    -- did you use the same software or
3    anything different?
4    A.    I used the same software with some
5    extras.  I also used FTP software.  And I'm just
6    imagining the doc on the bottom of my Mac.  I think
7    that's it really.
8    Q.    What did you use the STP software for?
9    A.    So in my old job, I still did some
10   graphic design work as well as management.  And when
11   a project was finished, when an novel was finished,
12   that's how we transferred the files to a printer.
13   Q.    Is it fair to say that in your role as
14   head of product, you used the same software that you
15   just listed for product manager?
16   A.    Yeah.
17   Q.    And when you were a graphic designer,
18   what kind of software did you use?
19   A.    I used the same software with -- I
20   think the only addition then, from memory, would be
21   any scan -- scanning software.  If there was
22   anything I needed to scan in.
23   Q.    When you were creating drawings --
24   well, let me step back a step.  Do you ever create
25   drawings?

29

1    A.   Now I wouldn't, no, in my current

2  role.

3    Q.   In any of your roles at Games

4  Workshop, have you created drawings?

5    A.   Yes, of a kind.  Digital graphics.

6    Q.   So did you generally create those by

7  hand or digitally?

8    A.   Somewhere between the two.  Because it

9  was digitally, but it was holding a digital pen and

10  a tablet, so somewhere between the two.

11    Q.   And is that true for your entire

12  tenure at Games Workshop?

13    A.   It was only really in the -- and I

14  will say in the earlier years, so the first three,

15  four, maybe five years where I was producing much in

16  the way of graphics.  But as my job became more

17  managerial later on, it would have been mainly in

18  the earlier years.

19    Q.   And in those earlier years, you were

20  using the digital pen and tablet as well?

21    A.   Yeah.

22    Q.   When you authored novellas or

23  novels --

24    A.   Yeah.

25    Q.   -- is that something you did in the

30

1  office or elsewhere?

2    A.   No. That was freelance work at home.

3    Q.   In the time period that you have been

4  employed by Games Workshop, for that entire period,

5  have you ever been -- done any outside work for

6  anyone other than Games Workshop?

7    A.   Freelance work, not writing work.  But

8  I have done some -- I did do some design work.

9  Yeah.

10    Q.   During what time period did you do

11  design work for someone other than Games Workshop?

12    A.   I couldn't -- I couldn't tell you off

13  the top.  I know I haven't done it for the last --

14  say the last three years.  But I will have to get

15  back to you on that to tell you the exact dates.  I

16  did -- it was about a period of two years,

17  eighteen months to two years.  But off the top of my

18  head, I can't remember what the dates would have

19  been exactly.

20    Q.   And what kind of work were you doing?

21    A.   It was designing the covers of books

22  that focused on Jewish highbrow literature.

23    THE REPORTER:  On what?  Jewish

24  highbrow literature?

25    THE WITNESS:  Jewish highbrow

31

1  literature.  Quite a difference.

2  BY MS. HARTZELL:

3    Q.   Any -- did you do any other kind of

4  work, freelance work, for anyone other than Games

5  Workshop during the time of your employment?

6    A.   There may have been tiny bits of --

7  it's hard to remember, but because I'm trained as a

8  graphic designer, it may have been the old thing

9  like a business card, really small jobs for friends

10  or family.  But I can't really remember the details.

11  But, yeah, I imagine I have done small things like

12  business cards for people.

13    Q.   And you mentioned that your work as an

14  author for Games Workshop was freelance.  During the

15  time where you were working freelance as an author

16  for Games Workshop --

17    A.   Yeah.

18    Q.   -- about how much time did you spend

19  in the office during your work duties, and how much

20  time did you spend working as a freelancer in a

21  given week?

22    A.   So in a given week, I worked normal

23  9:00 to 5:00 hours, so a full-time job as either the

24  graphic designer or the product manager.  I -- then

25  freelance work was just something I did for an -- I

32

1  still do in fact -- an hour and a half each morning

2  before work.  So in the early hours of the morning.

3    Q.   Do you have an agreement with Games

4  Workshop that governs your freelance work?

5    A.   Yes.  Yeah.

6    Q.   And do you sign a separate one each

7  time you start a new project?

8    A.   Yeah, yeah.

9    Q.   Do you have an agreement with Games

10  Workshop that governs your employment relationship

11  with them?

12    A.   Yeah.

13    Q.   And when did you receive that

14  document?

15    A.   It would have been around the time I

16  joined the company, December '99.  But I'm not sure

17  how many weeks or days into the job it was before

18  they gave me -- before I signed the contract.

19    Q.   Have there been any updates or changes

20  to that in the course of your employment?

21    A.   Yeah, yeah.

22    Q.   When?

23    A.   I couldn't tell you, because every

24  time I had a job change, so job title, salary, I

25  would have to sign a new contract.

33

1    Q.   Would you describe yourself as a
2  science fiction fan?
3      A.   I'm hesitating because I'm more of a
4  fiction fan rather than science fiction.  I have
5  read science fiction, but I read quite broadly.
6      Q.   What science fiction authors have you
7  read?
8      A.   I have read -- I won't be able to
9  remember all of them.
10          I've read an author called Ian M.
11 Banks.  He is the only one I can remember at the
12 moment.  That's all I can think of at the moment.
13 There would have been others -- others.
14     Q.   Is have you read any Heinlein?
15     A.   No.
16     Q.   Have you read any Tolkin?
17     A.   Yes.  Yeah.
18     Q.   Can -- have you read any authors that
19 you consider similar to Tolkin?
20     A.   Yes.  There was an author called
21 Raymond D. Feist or Feist.  He wrote -- yeah.  And I
22 think that was a similar kind of thing to Tolkin.
23     Q.   Do you play video games?
24     A.   No, I don't actually.
25     Q.   Have you at any time?

34

1      A.   Yes.  Yeah.
2      Q.   At what time period were you playing
3  video games?
4      A.   It was -- it was in the '80s.  Up
5  until the age of 16, I would say from the age of
6  about 10.
7      Q.   Do you recall what kinds of video
8  games you played?
9      A.   Yes.  Some of them -- one of them was
10 a game sport -- mainly sporting games, so things
11 like Daley Thompson the decathlon.  So running and
12 racing games.  And racing car games.  But then --
13 but then other things too.  Others I probably can't
14 remember.  Just general computer games, quite basic
15 in those days.
16     Q.   Did you play any space-related games?
17     A.   I would have done.  I can't remember
18 specifics.  But some of them would have had the
19 space elements, definitely, yeah.
20     Q.   When you talk about "space elements,"
21 what kinds of things are you thinking of?
22     A.   Spaceships and things.
23     Q.   Are you familiar with any video games
24 that have space elements?
25     A.   By name?

35

1      Q.   (Nodding.)
2      A.   Yeah.  I can remember one called
3  Defender that I used to play around at the time.
4  And Space Invaders, the classics obviously.
5      Q.   Are you familiar with any video games
6  that would be referred to as first-person shooters?
7      A.   I'm familiar with the type, yeah.
8      Q.   And what is your familiarity with that
9  type of game?
10     A.   Not so much in playing them, because I
11 think they came to the fore after I stopped played
12 computer games really.  There was one game that I
13 played called Doom.  But I think other than that, I
14 don't remember many first-person shooters.
15     Q.   What is -- what is Doom about?
16     A.   Doom, from memory it was a zombie
17 game.  It was a maze with zombies were there.  And a
18 character with a shotgun fighting zombies.
19     Q.   Do you watch science fiction
20 television shows or movies?
21     A.   Movies, yes.  Television shows, no.
22     Q.   What movies do you recall, science
23 fiction related that you have seen?
24     A.   I've seen Star Wars.
25     Q.   Before you move on, are you talking a

36

1  single Star Wars or multiple of the Star Wars
2  series?
3      A.   I saw the original trilogy.  And I
4  watched the first of the second trilogy, but not --
5  didn't watch the subsequent two.
6      Q.   Okay.  And what other science fiction
7  movies have you seen that you recall?
8      A.   I've seen -- I've seen.  I can't think
9  now.  See, I remember one of the first ones I ever
10 saw was the Doctor Who film.  There would have been
11 others.  I can't think off the top of my head.
12 That's all I can think of for the moment.
13     Q.   Have you seen any of the Alien movies?
14     A.   Yes, I've seen Aliens.  And I saw --
15 yeah, I definitely saw at least one of those.
16     Q.   Since your time where you played
17 Warhammer --
18     A.   Yeah.
19     Q.   -- have you participated in any other
20 types of -- if I -- if I refer to it as a role
21 playing game, would that be accurate?
22     A.   Yeah.  Well -- that's not entirely
23 accurate.  But I know, I understand what you mean.
24     Q.   How would you refer to it?  We can use
25 your terminology.

Hinks, Darius  2/13/2013  9:17:00 AM

37

1    A.  Tabletop war game.
2    Q.  Okay.  So other than Warhammer and
3  Warhammer 40K, have you participated in any other
4  tabletop war gaming?
5    A.  No.
6    Q.  And you seem to distinguish that from
7  role play -- role playing gaming.  Is that something
8  you ever participated in?
9    A.  Yes.  When I was -- when I was at
10  school, I played a -- I played a role play game
11  then.
12    Q.  What game?
13    A.  It was called Middle Earth Role Play.
14    Q.  What does Middle Earth refer to?
15    A.  "The Lord Of The Rings."
16    Q.  Do you have any interest -- well, I'll
17  back up.
18       You've used the term heraldry
19  several times.  What is heraldry?
20    A.  It's a term I would use to describe
21  symbols and iconography that -- that identify a
22  military unit.
23    Q.  And how did you learn about heraldry?
24    A.  Quite -- the -- the knowledge I have
25  of heraldry I learned when I joined Games Workshop.

38

1  It's a quite narrow focus.
2    Q.  During the Middle Earth role playing
3  that you did, was there any equivalent to heraldry?
4    A.  Not really, no.  No.
5    Q.  So when you started at Games Workshop,
6  how did you begin learning about heraldry?
7    A.  I learned about Games Workshop
8  heraldry, rather than heraldry in a broader sense.
9  I learned about Games Workshop heraldry from Allen
10  Merritt.
11    Q.  You understand there to be something
12  referred to as heraldry that is used in a more broad
13  sense outside the Games Workshop world; is that
14  correct?
15    A.  Yeah, yeah.
16    Q.  And where is that used?
17    A.  Again, I think it's -- it's -- it
18  would be used to describe iconography used in a
19  military context, symbols and icons used from
20  military units.
21    Q.  What about with -- in say medieval
22  times, was there a used of heraldry?
23    A.  Yes.
24    Q.  Would that have been in connection
25  with armor?

39

1    A.  Yes, definitely.
2    Q.  And what is your understanding of the
3  role heraldry played in that time period?
4    A.  Fairly limited.  It's not something I
5  studied.  It would have been used to distinguish
6  different units, different armies.
7    Q.  And is it your understanding that it
8  would have been used on a more individual level as
9  well to identify a particular night?
10    A.  That wasn't my understanding.  I think
11  you're probably right now that you put it that way.
12  But I hadn't thought about it like that.
13    Q.  Do you have any knowledge generally
14  about military history?
15    A.  No specialist knowledge.
16    Q.  Do you have a generalist knowledge of
17  military history?
18    A.  Yeah, yeah.
19    Q.  And how did you come about that
20  knowledge?
21    A.  Just through the normal course of my
22  education; studying history at school.
23    Q.  And prior to your work at Games
24  Workshop, did you have any cause to learn about
25  armor?

40

1    A.  No, not that I can remember.
2    Q.  In your role at Games Workshop, have
3  you had a cause to learn about armor?
4    A.  Yes.  With specific relation to Games
5  Workshop armor, not in a general sense.
6    Q.  And how did you become educated about
7  Games Workshop armor?
8    A.  Through the direction of Allen Merritt
9  again.
10    Q.  So what kind of information did he
11  provide you to help educate you about armor?
12    A.  He explained to me how the different
13  armor markings of Space Marines identify the
14  different Space Marine factions.
15    Q.  Is armor solely in -- solely for
16  Space Marines in the Games Workshop world?
17    A.  No, no.
18    Q.  In what other areas is armor used?
19    A.  Almost any -- any of the Games
20  Workshop factions would probably would use it.
21    Q.  And did you -- were you educated about
22  factions other than Space Marines?
23    A.  To a lesser extent.
24    Q.  What other units did you -- did you --
25  did you learn about?

41

1    A.    Armies would probably --

2    Q.    Okay.

3    A.    Yeah, armies would have been --

4  imperial guard, for example.

5    Q.    Any others you can think of?  I'll --

6  let me rephrase it so it's clear since we've been

7  moving along.

8        Are there any other armies that

9  you can think of that you learned about the armor

10  that they use in the course of your employment at

11  Games Workshop?

12    A.    To a lesser extend, things like Eldar.

13        THE REPORTER:  You said what?

14        THE WITNESS:  It's E-L-D-A-R.

15  BY THE WITNESS:

16    A.    To a lesser extent, I would have

17  learned about all of the armies that Games Workshop

18  produce.

19    Q.    And the armor that is used by all of

20  the --

21    A.    Yes, yeah.

22    Q.    Let me finish the question before you

23  start answering.

24    A.    Certainly.

25    Q.    When did you first learn about the

42

1  arm -- armor used by the Space Marines?

2    A.    Very quickly upon joining the company;

3  with -- yeah, within a matter of months.

4    Q.    And what about the imperial guard,

5  when did you learn about their armor?

6    A.    I couldn't say.  I wouldn't be able to

7  say exactly when.  Within the first year.

8    Q.    What is the imperial guard?

9    A.    The imperial guard is a human army

10  within the Warhammer 40,000 setting.

11    Q.    And how does the imperial guard armor

12  differ from the Space Marine armor?

13    A.    It's very different.  A Space Marine

14  wears a power suit, so he is encased in armor.  As

15  an imperial guardsman wears something that is more

16  like a jump suit with knee pads, and -- and smaller

17  bits of -- it's a soft suit rather than a big rigid

18  suit of armor.

19    Q.    And how about the Eldar, you

20  specifically mentioned their armor?  What kind of

21  armor did the Eldar use?

22    A.    They wear armor that is -- it is a

23  very slender fitting suit made out of bone.  Like a

24  figure -- figure hugging slender kind of suit of

25  bone.

43

1    Q.    Okay.  What are the Eldar --

2    A.    There is nothing funny about that.

3    Q.    No.

4        What are the Eldar?

5    A.    They are an alien race in the

6  Warhammer 40,000 setting.

7    Q.    Outside of the Space Marines, do any

8  of the other Games Workshop armies wear shoulder

9  pads?

10    A.    Yes.  Some of them wear shoulder pads,

11  yeah.

12    Q.    Which can you think of, other than

13  Space Marines, that wear shoulder pads?

14    A.    I think an Eldar suit would have -- an

15  Eldar character would have some kind of shoulder

16  pad.  They would be quite different from the Space

17  Marines ones, but I think they would wear them.

18        There is -- there is an army

19  called Orks, that is O-R-K-S, and part of their

20  culture is that they take armor from other armies.

21  So Orks could potentially wear a Space Marine

22  shoulder pad, amongst other things.

23    Q.    Can you think of any other armies that

24  have shoulder pads?

25    A.    I'm trying to think what the other

44

1  armies are.  It's possible that -- I'm trying to

2  think.  There's an army called Tau, T-A-U, and they

3  wear a kind of armor.  And I can't remember

4  specifically whether they have shoulder pads, but

5  it's possible that they do.

6    Q.    Is that all of the armies you can

7  think of that would wear shoulder pads?

8    A.    There is -- as well as Eldar, there is

9  an army called Dark Eldar, very similar to the

10  Eldar, so they are certainly wear armor, so it's

11  possible they wear shoulder pads of some kind.

12  That's all I can think of at the moment.

13    Q.    You mentioned that you had not read

14  Heinlein.  Do you have any familiarity with

15  Heinlein?

16    A.    I know that he is a science fiction

17  author.  That's the extent of it.  I couldn't name

18  any of the titles.

19    Q.    Is he known for any particular types

20  of work?

21    A.    Not that I'm -- not to my knowledge.

22    Q.    In your -- in all of the roles that

23  you've been involved in at Games Workshop, have you

24  had any interactions with consumers of Games

25  Workshop products?

45

1   A.   Yes.

2   Q.   In what capacity?

3   A.   At events.

4   Q.   What kind of events?

5   A.   We have an annual event called Games

6   Day.

7   Q.   And what was your role at Games Day?

8   A.   It's varied from -- across the years,

9   from sometimes selling products to people, novels.

10  And to the times some of them I've appeared as a

11  guest rather than a staff member to do signings of

12  the books that I had written.  I think one year I

13  was there as a photographer.  So I was just

14  photographing the crowd.  So various jobs over the

15  years.

16  Q.   And how many times have you attended

17  Games Day?

18  A.   So it must be between 10 and 12.

19  Q.   Did you ever attend Games Day as a

20  consumer prior to your employment with Games

21  Workshop?

22  A.   No, I didn't actually.  No.

23  Q.   Outside of Games Day, are there other

24  events at which you've interacted with consumers?

25  A.   Yes.  There is a Black Library event

46

1   called Black Library Live.

2   Q.   How frequently is that held?

3   A.   That's an annual as well.

4   Q.   And what role did you play at that

5   event?

6   A.   I introduced -- I was a compare at one

7   of them.  I'm trying to remember.  I've done

8   different things, again, at different events.  One

9   year I was effectively a compare, introducing

10  different authors with they were doing readings or

11  question-answer sessions about their novels.  I was

12  introducing people and herding the crowds around

13  them, and that kind of thing.  We've also had a

14  sales stand at that event.  And I think -- I think

15  some of them I was on the sales stand as well.  So,

16  again, a mixture of different things over the years,

17  but always customer facing.

18  Q.   And about how many of those have you

19  attended?

20  A.   That would be more like -- it's either

21  four or five.

22  Q.   Are there other events that you've

23  attended where you have had an opportunity to

24  interact with consumers?

25  A.   Yes.  As of last year, there was a new

47

1   Black Library event called the Black Library

2   Weekend.

3   Q.   How was that different than Black

4   Library Live?

5   A.   It was just spread over two days.

6   That's all.  It was the same thing, just for longer.

7   Q.   And what was your role as Black

8   Library Weekend?

9   A.   I was there that time, not as a Games

10  Workshop employee, but as freelance author.  So I

11  was doing a signing session for some books.

12  Q.   Outside of the Games Day Black Library

13  Live and Black Library Weekend, are there other

14  opportunities that you've had to interact with

15  consumers for Games Workshop products?

16  A.   Not that I can think of off the top of

17  my head.  I think there would be the only ones.

18  Q.   Do you read any forums, internet

19  forums, about Games Workshop?

20  A.   I don't actually.  I don't read those.

21  Q.   Are you familiar with any of them?

22  A.   Yes.  I know that they exist, but I

23  don't -- yeah, I know they exist.  Yeah.

24  Q.   Has anyone -- does anyone that works

25  for you report to you about any of the internet

48

1   forums?

2   A.   They don't report to me, no.

3   Q.   Have they discussed with you any of

4   the internet forums?

5   A.   I imagine over 13 years that -- that

6   people could have mentioned things.  But I can't

7   remember a specific example.  But because people

8   know, I don't look at them, they probably wouldn't

9   talk to me in any detail about them.

10  Q.   Do you recall the kinds of information

11  that have been mentioned about internet forums to

12  you?

13  MR. MOSKIN:  Object to form.  There is

14  no foundation for that.

15  But go ahead, you can answer.

16  BY THE WITNESS:

17  A.   Well, the answer is no anyway I think.

18  I can't remember a specific incident of somebody

19  mentioning something from a forum to me.

20  Q.   I assume, based on the fact that you

21  don't read the forums, that you also don't post at

22  the forums.  Is that an accurate assumption?

23  A.   Yes, that's correct.

24  MR. MOSKIN:  Thank you, Sherlock.  I

25  don't want that to sound sarcastic.  We are all

49

1    laughing.
2              MS. HARTZELL:  Yeah, we're okay.
3    BY MS. HARTZELL:
4         Q.   As a freelance author, do you play a
5    role in marketing any of the books that you have
6    written?
7         A.   Only in the sense of signing sessions
8    an event.  I guess you could classify as part of the
9    marketing.
10        Q.   How about interviews, have you
11   participated in interviews as an author?
12        A.   I think at one of the Black Library
13   Days there was a panel session where a group of the
14   authors were on stage, and the audience interviewed
15   us.  That's the only -- usually it's just signing.
16   I can't think of anything that would be classed as
17   an interview.
18        Q.   How about any pod casts, do you recall
19   participating in any pod casts in promotion of your
20   books?
21        A.   I -- I was recorded for a pod cast
22   that I don't think was ever used.  So it's kind of a
23   yes and a no.  I think there was a recording session
24   where I was talking to another one of our authors
25   and that was intended for a pod cast.  But as far as

50

1    I'm aware, the pod cast never happened.
2         Q.   And what was the pod cast intended
3    for?
4         A.   It was for a pod cast that doesn't
5    exist.  It was something we were planning on -- we
6    were talking about having a pod cast.  And as far as
7    I'm aware, that has never come to be.  So I think we
8    did an interview with the idea that it was to be
9    used for a pod cast, and that didn't happen.
10        Q.   Are you familiar with a pod cast
11   called Bad Dice?
12        A.   Yes.  And I did an interview --
13   yes.  Sorry I forgot about that.  I did do an
14   interview about Dice, yeah.  Yeah.
15        Q.   Does that refresh your memory about
16   any other pod casts?
17        A.   No.  That's the only one.  Let me just
18   double check.
19        Yeah, that -- that is the only one
20   that I've done.  Sorry.  My confusion was you
21   thinking about Games Workshop pod casts, and that's
22   actually a separate organization that did that.  But
23   yes, I did do an interview you about Dice.
24        Q.   In your roles at Games Workshop have
25   you had an opportunity to learn about who the

51

1    consumers for Games Workshops products are?
2         A.   Only -- well, in the instances I've
3    already mentioned, appearing at events.
4         Q.   How would you describe the consumers
5    for Games Workshops products?
6         A.   It's a hard bunch to describe.  It's
7    hard to describe them because there are very --
8    there are a bunch of people into Games Workshop
9    products rather than something you could lump in
10   with a wider group of people.  So there are -- there
11   are quite -- they're mainly male, is one kind of
12   unifying factor, I would say.  But within that, they
13   are quite a broad spectrum of people.  I can't
14   really pin them down beyond that.
15        Q.   Do you find that consumers for Games
16   Workshop products generally have an interest in
17   military history?
18        A.   Yes, some of them definitely do.  Not
19   all of them.  But I'm sure some of them do, yeah.
20        Q.   Do you find that consumers of Games
21   Workshop products tend to have an interest in
22   science fiction?
23        A.   Some of them, yeah.
24        Q.   And with the distinction that we
25   discussed before, do you find that consumers of

52

1    Games Workshops products tend to be consumers of
2    fantasy literature?
3         A.   Some of them, yes.
4         Q.   How would you describe the Warhammer
5    40,000 universe?
6              MR. MOSKIN:  Object to form.
7              You can answer.
8    BY THE WITNESS:
9         A.   Sorry.  I'm just -- it's a tricky --
10   it's a tricky thing to summarize.  The -- the term
11   that we've used within the company, and I think best
12   describes it, is science fantasy, because it's
13   somewhere between science fiction and fantasy.
14        Q.   What type of science fiction elements
15   does it encompass?
16        A.   Space trouble.  And it's set in the
17   future, the far future.  And alien species.
18        Q.   Any other science fiction elements
19   that you can think of?
20        A.   I -- I would say no, because beyond
21   that point you are into the things that are kind
22   of -- that are unique to the settings, so that's why
23   it would be science fantasy rather than science
24   fiction.
25        Q.   You -- in your description of science

53

1    fantasy, that -- I believe you indicated that it
2    also includes some elements of fantasy; is that
3    correct?
4        A.   Yes.
5        Q.   What elements of fantasy would you say
6    has been included in the Warhammer 40,000 world?
7        A.   Things that -- there are elements that
8    resemble magic use.
9        Q.   Any other?
10       A.   The architecture often -- in some
11   cases resembles gothic architecture.
12       Q.   And what are the elements of gothic
13   architecture, to your understanding?
14       A.   Well, they are -- rather than being
15   exactly gothic, they are an exaggeration, so there
16   are things like gothic arches in some of the
17   buildings.  But it's all on a very much exaggerated
18   scale.
19       Q.   Would there be elements of military
20   iconography that are used in Warhammer 40,000?
21       A.   Yes, yeah.
22       Q.   And would that military element be
23   from any particular time period?
24       A.   No.
25       Q.   Are there elements of Warhammer 40,000

54

1    that you would describe as coming from the Roman
2    era?
3        A.   I can't think of -- of Roman era
4    element.  But I do know that there are -- there was
5    a character that wears -- I can remember seeing a
6    Space Marine character that wears a wreath similar
7    to what a Roman might wear.
8        Q.   And are there any elements of the
9    Warhammer 40,000 universe that you would describe as
10   being pulled from the steam punk?
11       A.   I don't think so.  Not -- not by my
12   understanding of steam punk.  That's quite -- that
13   seems like a different thing to me.
14            Actually, can I just pop to the
15   bathroom, if that's okay?
16       Q.   We've got about 10 minutes on the
17   tape, would it be okay if we use that 10 minutes?
18       A.   Yeah, all right.
19            (Whereupon, Hinks Deposition
20            Exhibit 1 was marked for
21            identification.)
22   BY MS. HARTZELL:
23       Q.   I've handed you a document that's been
24   identified as Exhibit 1.  Do you recognize this
25   document?

55

1        A.   Yes.  Yes.
2        Q.   What is it?
3        A.   It's an interview I did with a website
4    called Civilian Reader.
5        Q.   So on Page 3 of that document --
6        A.   Yeah.
7        Q.   -- the description that you've given
8    for the Warhammer setting --
9        A.   Yeah.
10       Q.   -- are any of the elements that you've
11   described here as playing a role in the Warhammer
12   setting also relevant to the Warhammer 40,000
13   context?
14       A.   I don't think so.  I think I was
15   talking specifically about Warhammer here rather
16   than Warhammer 40,000.
17       Q.   Is there -- in Warhammer 40,000, are
18   there -- what types of characters exist?
19       A.   I'm not sure I understand the
20   question.
21       Q.   So you mentioned that at least some of
22   the -- some of the characters were aliens --
23       A.   Yes.
24       Q.   -- some were humans --
25       A.   Yeah.

56

1        Q.   -- can you describe the other general
2    categories of characters that are -- that are within
3    the Warhammer 40,000 universe?
4        A.   I think they all fall in the -- I
5    think they are either humans or aliens.  From
6    memory, that's all I can think of, is that they
7    would fall in the humans or aliens category.
8        Q.   Okay.  What design elements are used
9    by Warhammer -- by Games Workshop, sorry --
10       A.   Yeah.
11       Q.   -- to reflect the science fantasy feel
12   that you've described?
13       A.   Sorry.  Could you -- could you repeat
14   that question?
15       Q.   What design elements are used by Games
16   Workshop to reflect the science fantasy feel that
17   you described?
18       A.   It's hard to answer, because -- the
19   thing that makes it science fantasy rather than
20   science fiction is that it doesn't have the clean,
21   shiny, optimistic feel of what I would classify as
22   science fiction.  So it's dark, and grim, and
23   depressing, and dystopian.
24       Q.   So in making design decisions, what
25   kinds of choices do you make to reflect that dark,

57

1    grim, depressing, dystopian feel?
2        A.    The design decisions that I would make
3    would to be to make -- to ensure that I accurately
4    reflect design decisions that have already been
5    made. My design decisions would be to ensure that I
6    was true to the existing Games Workshop IP.
7        MS. HARTZELL:  I think now is a good
8    time for us to take our break.
9        THE WITNESS:  Thank you.
10       MS. HARTZELL:  Let's come back in 10.
11       THE VIDEOGRAPHER:  Going off record.
12   The time is 10:34.  This is the end of Tape No. 1.
13       (Whereupon, a short break taken.)
14       THE VIDEOGRAPHER:  We are back on
15   record.  This is the beginning of Tape No. 2 in the
16   deposition of Darius Hinks.  The time is 10:54.
17   Please continue.
18   BY MS. HARTZELL:
19       Q.    I had one follow up from our earlier
20   conversation.
21       A.    Yeah.
22       Q.    When you talked about using a digital
23   pen and tablet --
24       A.    Yeah.
25       Q.    -- to do -- to do drafting and

58

1    sketching, where did the files go from the tablet?
2        A.    They would have produced photoshop
3    files, which would on the server we discussed
4    earlier.
5        Q.    Are there any instances where they
6    would have been saved anywhere else?
7        A.    No. They would all go -- they would go
8    on the server.
9        Q.    When did you first learn about this
10   lawsuit?
11       A.    Sorry.  Sorry.
12           I -- I was just thinking we all
13   keep things on the server.  But there would be --
14   they would probably be archived onto a DVD or
15   something at some point in the process as well.
16       Q.    And where are the archived DVDs
17   stored?
18       A.    In the same room as the server.  So
19   it's not entirely secure, but -- but yeah, certainly
20   some things would end up on a disk as well as on the
21   server.
22       Q.    And what kind of materials get
23   archived to a DVD?
24       A.    The finished products.  The files that
25   get sent to a printer.

59

1        Q.    And what happens to the earlier
2    drafts?
3        A.    There wouldn't really be an -- as part
4    of the digital process, anybody would end up with a
5    finished product.  So it wouldn't be -- there
6    wouldn't be any early drafts.
7        Q.    So changes are saved over top one
8    another within the digital file?
9        A.    Within the kind of work I was doing,
10   yes.  Yeah.
11       Q.    When did you first learn about this
12   lawsuit?
13       A.    I think -- I was trying to work this
14   out earlier this morning.  And I think it's
15   within -- it was certainly after the -- within about
16   a year I think from now.  At some point in the last
17   year.  I think early last year I'd heard it
18   mentioned.
19       Q.    And did you hear it mentioned by
20   anyone other than an attorney?
21       A.    I can't remember who would have
22   mentioned it to me first, somebody, a colleague, a
23   work colleague would have mentioned it to me.  I
24   wouldn't remember which one.  But I heard -- I think
25   I heard mention of it from a work colleague.

60

1        Q.    And do you remember how it came up?
2        A.    No.  No, I'm afraid I can't.
3        Q.    What's your understanding of what the
4    lawsuit is about?
5        A.    My understanding is that Chapterhouse
6    Studios are producing products that are based on
7    our -- are copies of our IP, our intellectual
8    property.
9        Q.    Prior to the lawsuit, had you -- did
10   you have any knowledge of Chapterhouse?
11       A.    No.
12       Q.    Outside of your communications with an
13   attorney, have you communicated with anybody about
14   Chapterhouse?
15       A.    Communications -- only communication I
16   would have had would have been talking to -- to Gill
17   and -- yeah, and then Jonathan.
18       Q.    So only with counsel?
19       A.    Sorry.  Yeah, yeah.
20       Q.    What do you know about Chapterhouse?
21   And I'm not asking for anything that your counsel
22   has told you about.
23           Do you have a knowledge of
24   Chapterhouse outside of what you learned from
25   counsel?

61

1      A.  No, actually.  No.  I know what -- I
2  only know what counsel has shared with me.
3      Q.  Have you visited Chapterhouse's
4  website?
5      A.  I did do last year, yeah.
6      Q.  Was that visit at the request of
7  counsel?
8      A.  No.  No. I just heard the case
9  mentioned and was being nosy and looked.
10     Q.  What did you learn when you viewed the
11 website?
12     A.  I think I only looked at the first
13 page, or first one or two pages.  But it reaffirmed
14 to me that they were indeed copying things from us.
15 Yeah.
16     Q.  Was there anything in particular that
17 you saw that you believed to be copied?
18     A.  I can't remember the specifics of what
19 I saw, other than it was Space Marine related.
20     Q.  Have you ever had any communications
21 with Nick Villachi, one of the owners of
22 Chapterhouse?
23     A.  No.  Not that I'm aware of.  I
24 certainly can't remember having any communications.
25     Q.  Have you ever had any communications

62

1  with Tomas Fiertek, one of the owners of
2  Chapterhouse?
3      A.  Not that I can remember.
4      Q.  Have you ever had any communications
5  with anyone other than counsel about Nick Villachi?
6      A.  No, not that I can remember.
7      Q.  And have you ever had any
8  communications with anyone other than counsel about
9  Tomas Fiertek?
10     A.  No.
11     Q.  Outside of your communications with
12 counsel, have you had any conversations with anyone
13 about this lawsuit?
14     A.  Only -- as far as I can remember, only
15 the informal kind of conversations I mentioned a
16 minute ago with colleagues.  I'm racking my memory.
17         No.  I think my only other
18 discussion would have been with counsel, with Gill.
19     Q.  And do you have any recollection of
20 the content of any of your communications with your
21 colleagues about the lawsuit?
22     A.  No, I can't -- I can't remember any
23 specifics, I'm afraid.
24     Q.  And other than you mentioned you
25 recalled learning about the lawsuit in a

63

1  communication --
2      A.  Yeah.
3      Q.  -- with a work colleague about --
4  within the last year, other than that, do you recall
5  having any conversations about the lawsuit with any
6  work colleagues?
7      A.  No.  I -- I can't actually remember
8  any conversations, other than I was in a general
9  sense aware of the case and it came from some
10 general conversation in the office.
11     Q.  And do you recall if the number of
12 conversations that you've had about the lawsuit
13 outside of your communications with counsel is less
14 than five conversations?
15     A.  It probably would be, yes.
16     Q.  When you visited the Chapterhouse
17 website, did you save any record of that visit?
18     A.  No.
19     Q.  Have you ever physically seen any of
20 the Chapterhouse products?
21     A.  I don't think I have, no.
22     Q.  Were you contacted in -- were you
23 asked to gather any documentation in connection with
24 this lawsuit?
25     A.  To gather it, no.

64

1      Q.  Were you asked to gather or search any
2  of your e-mails?
3      A.  Yes.  Gill at some point, I can't
4  remember exactly when.
5      Q.  And I don't want any of your specific
6  communications with counsel.
7      A.  Okay.  I was asked to check my
8  e-mails, yes.
9      Q.  And did -- did that result in the
10 production of any of your e-mails?
11     A.  No.
12     Q.  What steps did you take to search your
13 e-mails?
14     A.  I didn't have to do very much because
15 I -- I know -- I don't keep my e-mails beyond about
16 two or three years.  So things that were relevant as
17 far as I understood it to this case, I knew wouldn't
18 be there anyway.  So as a cursory check.  But I knew
19 that I wouldn't find them anyway.
20     Q.  So you conducted -- you personally
21 conducted the search of your e-mails in connection
22 with gathering documents for this lawsuit?
23     A.  I looked to see if there was anything
24 relevant, yeah.
25     Q.  But it was your expectation going into

65

1    that search that you didn't possess any?
2         A.    Yes.
3         Q.    And did you give anyone else access to
4    your e-mails to conduct a search?
5         A.    I can -- no. I conducted the search
6    myself.
7         Q.    What other types of documents were you
8    asked to gather?
9         A.    No other types of document.
10        Q.    So the entirety search that you were
11   asked to conduct was of your e-mails for responsive
12   documents in this lawsuit?
13        A.    Yeah, yeah.
14        Q.    Did you provide any documents as a
15   result of the request for you to gather documents?
16        A.    No.
17        Q.    What did you do to prepare for this
18   deposition?
19        A.    The only preparation was to speak to
20   counsel, and that was it.
21        Q.    And with -- without disclosing the
22   contents of any of your communications with counsel,
23   how many times did you speak with counsel to prepare
24   for this deposition?
25        A.    I had one conversation with Jonathan

66

1    and Gill and another one with Jason Thursday of last
2    week. And that was my only formal chat.
3              And then prior to that, I couldn't
4    say exactly how many times I've discussed it with
5    Gill, but perhaps two or three times before I'd
6    spoken to Gill about the case. And then certainly,
7    yeah, recently.
8         Q.    Approximately how long was your
9    conversation with counsel on Thursday?
10        A.    I think, from memory, it was somewhere
11   between an hour and an hour and a half.
12        Q.    Did you review the transcripts of any
13   other depositions in preparation for today?
14        A.    I didn't actually, no.
15        Q.    Did you review any documents in
16   preparation for today?
17        A.    Yes. I looked at -- I did look at a
18   document, yeah.
19        Q.    Did that document help you to remember
20   anything in preparation for your testimony today?
21        A.    Yes.
22        Q.    What was that document?
23        A.    It was a document showing some
24   illustrations that I produced.
25

67

1              (Whereupon, Hinks Deposition
2              Exhibit 2 was marked for
3              identification.)
4    BY MS. HARTZELL:
5         Q.    You've been handed a document that's
6    identified as Exhibit 2. Do you recognize this
7    document?
8         A.    Yes.
9         Q.    What is it?
10        A.    It's a book called Insignium Astartes?
11        Q.    Did you play a role in preparation of
12   this book?
13        A.    Yes.
14        Q.    And would was your role?
15        A.    I was the graphic designer.
16        Q.    And what's involved in working as the
17   graphic designer on -- or what was involved in
18   working as the graphic designer on this book?
19        A.    On this particular book, it was a
20   mixture of topography, page layout, and some digital
21   illustration.
22        Q.    How did the project that resulted in
23   this book come to be?
24        A.    In what sense?
25        Q.    Whose idea was it to create this book?

68

1         A.    I can't remember which member of the
2    team suggested the book.
3         Q.    Who was on the team?
4         A.    The team I'm referring to is the Black
5    Library.
6         Q.    Were all of the individuals who worked
7    on this book employed in the Black Library division?
8         A.    No.
9         Q.    So who was on the team that worked on
10   the book?
11        A.    So the team was Neil Hodgson, who
12   produced some of the illustrations. Allen Merritt,
13   who is the author of the book. And -- and then I
14   was the graphic designer. We were the people
15   working on it.
16        Q.    Was there anyone else that you include
17   in the team?
18        A.    I suppose -- well, no, no. That would
19   be the people working on the book. I'm just
20   thinking in the general sense, you could say the
21   Black Library is the -- is the publishing department
22   that made the book. So -- but I think those --
23   those are the people that are working -- actually
24   physically working on the product.
25        Q.    So why was this book created? What

69

1  was the idea for the project?
2       A.   As -- as far as I understand it, and
3  really I think you'd have to ask Allen that as the
4  author.  But my understanding from working with
5  Allen is that it was a way to detail the different
6  types of marking that Space Marine companies and
7  squads use to distinguish themselves.
8       Q.   And why is that useful?
9       A.   I think my understanding at the time
10  was rather than useful, it's exciting.  It's
11  something that appeals to our customer base.
12      Q.   And what were the customers expected
13  to do with that information?
14      A.   It -- it was just -- that wasn't an
15  exception of what they would do, other than they
16  would find it exciting to have that level of detail.
17           (Whereupon, Hinks Deposition
18           Exhibit 3 was marked for
19           identification.)
20  BY MS. HARTZELL:
21      Q.   I've handed you a document that's been
22  identified as Exhibit 3.  If we turn to the page
23  marked Page 3.
24      A.   Yes.
25      Q.   Could you read the paragraph with the

70

1  heading, "Darius Hinks," silently to yourself.
2       A.   Okay.
3       Q.   Is that an accurate description of the
4  references that you relied on in your work connected
5  with this book?
6       A.   Yeah.  Yeah.
7       Q.   Is there anything that is not included
8  there that you looked at or considered in preparing
9  your contribution to the book?
10      A.   It's possible that I would have also
11  referred to the Games Workshop codex books, Space
12  Marine codex books.  I can't say that for sure.  I
13  remember the main direction I got was from Allen.
14  But I can imagine it's possible that I might have
15  referred to one of our codex books as well.
16      Q.   The outline provided to you by
17  Mr. Hodgins (sic) -- Mr. Hodgson that is referenced
18  here, is that a document that you provided in
19  connection with this lawsuit?
20      A.   I think the wording is actually
21  confusing there.  What I mean by "outline" is
22  literally the outline of the -- the illustrations.
23  So the way I worked with these images was with an
24  outline provided by him -- not as a brief, but as
25  literally a black outline of the shapes.

71

1       Q.   So the outline that's referred to here
2  is the lines of the figures --
3       A.   Yeah.
4       Q.   -- that are shown in the book?
5       A.   Yeah, yeah.
6       Q.   And could you tell me about the
7  process of how you got input from Mr. Merritt in
8  preparation for the book?
9       A.   Yeah.  Allen sat with me for a lot of
10  the time when I was actually laying the pages out
11  and drawing the illustrations, so he would verbally
12  direct me.  But also, as he sat with me, he
13  sometimes would sketch things out as an example of
14  what he was describing.
15      Q.   What happened to the sketches that he
16  would draw?
17      A.   We wouldn't have kept them because
18  they were -- they were just -- they weren't kind of
19  formal documents, they were just scraps of paper.
20  Allen is not an artist as such, so they were just
21  really crude ways to -- to explain to me how to
22  produce the graphic.  So it wouldn't have been
23  something that we would archive.
24      Q.   What kind of information did
25  Mr. Merritt provide to you about the squad and

72

1  company markings?
2       A.   He would explain to me which kind of
3  arrow or chevron was needed to denote a specific
4  squad or company, and the color choices that we
5  needed to make, and the proportions of the elements
6  of the icons.
7       Q.   So turning to -- back to Exhibit 2,
8  the -- book.
9       A.   Yeah.
10      Q.   Turning to Page 32.
11      A.   Yep.
12      Q.   And looking at the -- the pages
13  between Page 32 and 36.
14      A.   Yeah.
15      Q.   How would you describe the shape of
16  the shoulder pads that are shown here?
17      A.   It's kind of half an oval, like an
18  oval chopped in half.
19      Q.   And what types of design decisions
20  would you describe as being considered in designing
21  these overall?
22      A.   Yeah.  So the thickness of -- of the
23  border the trim around the shoulder.  So you will
24  notice it's thicker at the bottom and thinner on the
25  other part.  And then there's the -- the color

73

1  scheme, the color scheme is very important because
2  they denote specific types of Space Marine.
3        And then in the thickness -- so
4  for example, the -- the arrow, I would have to make
5  sure to make -- to make it a Space Marine that it
6  was -- it was pointing upwards rather than sideways
7  for example in a certain situation.  And that it was
8  a very simple bold thick arrow rather than an ornate
9  delicate flowery arrow of some kind.  So those kind
10  decisions.
11        Q.   And taking for example the use of
12  arrows --
13        A.   Yeah.
14        Q.   -- would it be fair to describe as a
15  design decision the size of the arrow?
16        A.   Yeah, that -- that would be
17  important.  Yes, so for example the tactical arrow
18  is pointing in a -- in a certain direction for a
19  specific reason.  Those are the kind of things Allen
20  would have to point out as I was working on them.  I
21  couldn't -- I couldn't put them in a random
22  direction, it was very specific.  Which way were
23  they pointing, which -- the thickness, and how much
24  of the field of the shoulder pad they would fill.
25        Q.   And with respect to what symbols are

74

1  used in connection with the arrow, is that another
2  design decision that was made for these shoulder
3  pads?
4        A.   Yes.  So Roman numerals are a -- are a
5  key element for some of the -- the Space Marines,
6  and obviously skulls.  As you'll see, that's
7  another -- that's another part of the Space Marine
8  iconography.
9        Q.   And for the skulls, is it fair to say
10  that there are a distinct type of skulls that were
11  chosen or used for the shoulder pads pictured here?
12        A.   Yes.  Different types taking a lead
13  from existing Games Workshop imagery.
14        Q.   And in terms of the color used in the
15  background or the texture of the background, is that
16  a design decision that was made for -- for each of
17  these shoulder pads?
18        A.   Yes.  For example, the color hair blue
19  and white denote a Space Marine chapter called
20  Ultramarines.  And if it was any other combination
21  of colors, it wouldn't be Ultramarines' symbol.  So,
22  yeah, the colors are an important thing.
23        Q.   So would it be fair to say that each
24  of the design decisions made for the shoulder pads
25  is important to the overall look and feel of that

75

1  particular shoulder pad?
2        A.   Yes.
3        Q.   And would it be fair to say that among
4  these pages of shoulder pads, that each of the
5  chosen designs is a different look and feel?
6        A.   I'm not sure that's -- I think -- I'm
7  hesitating because I think a -- there is a
8  consistency across all of them.
9        Q.   And how would you describe the
10  elements of that consistency?
11        A.   Well, the shape of the shoulder pad,
12  the size and shape of the trim, repetitions of color
13  schemes, and repetition of the symbols, even if
14  there -- there are variations -- subtle variations,
15  there is some repetition of the symbols used.
16        Q.   Do you consider each of the shoulder
17  pads pictured here to be a separate design?
18        A.   Each one is a separate design, yes.
19        Q.   And looking particularly at the
20  shoulder pad on the bottom left-hand corner of
21  Page 32, do you recall what guidance you would have
22  been given by Mr. Merritt about that design in
23  particular?
24        A.   Yeah.  Actually, it was one of the
25  first jobs I worked on, so I kind of remember very

76

1  well.  I mean it was -- well, that one, for example,
2  the key decisions would have been the direction of
3  the arrow.  So it would have been a tactical arrow.
4  The fact that it's facing upwards would have been
5  suitable.  The -- the amount space on the shoulder
6  pad that the arrow fills would have been a factor.
7        The simplicity of the arrow, the
8  fact that it's a very simple arrow rather than an
9  ornate one would have been a factor.  And the -- the
10  contrasting colors so that the arrow stands out.
11  And the fact that the word "tactical" is associated
12  with that image would have been a key thing as well.
13        So Allen would have been directing
14  me which word applied to which kind of image.
15        Q.   What is your understanding of what
16  tactical means?
17        A.   In the Games Workshop context, in the
18  Space Marine context, my knowledge is fairly
19  limited.  My understanding is that the tactical
20  Space Marines are the -- more rank and file kind
21  of Space Marine as opposed to specialists.
22        Q.   And do you have an understanding of
23  the word tactical outside of the Games Workshop
24  context?
25        A.   Yeah.

77

1    Q.    And what does that mean to you?
2    A.    Tactical -- have you got a dictionary?
3    Tactical.  I suppose it -- it implies a level of
4    strategic -- strategic thinking about something and
5    planning.
6    Q.    And are you aware of its use in a
7    general military context?
8    A.    Yeah, I'm aware -- it has military
9    associations, definitely.
10    Q.    Turning to Page 53 and looking at the
11    shoulder pad that is pictured in the left-hand side
12    in the second -- middle row --
13    A.    Yeah.
14    Q.    -- what design decisions were made in
15    designing that shoulder pad?
16    A.    The key things with that one would
17    the -- the design of the -- well, all the elements I
18    previously mentioned, so the shape of the shoulder
19    pad, the trim, the choice of colors.
20    Then with specific regard to that
21    one, the key decision were to do with the design of
22    the fist shape.  So, for example, the fact that it's
23    a gauntlet rather than a naked hand, fist.  And
24    it -- the three points on the bottom of the gauntlet
25    recurring -- as a design, motif, the dividing line

78

1    across the middle, it was a key thing.
2    And in -- in general terms the
3    fact that it is a stylized fist rather than a
4    realistic one.  So if you look at the thumb, it's in
5    quite an unnatural position.  But that's the way
6    that we always draw that chapter symbol, the symbol
7    is always drawn in that specific way.
8    Q.    Is it primarily the thumb that makes
9    it stylized, or are there elements that contribute
10    to the stylization of it?
11    A.    I think the thumb is one of the key
12    things.  But the -- the overall simplification of
13    the illustration.  It's not a realistic detail
14    illustration of a hand.  It's just simplified
15    illustration of a gauntlet.  And actually, the
16    other -- the other aspect that was key was that it's
17    a circle design, that was a bit important.
18    Q.    Anything in particular about the
19    circle itself that is important?
20    A.    It's hard for me to remember, but I
21    think that usually for the Imperial Fist chapter we
22    show the fist in a circle.  I think that's one of
23    the things that denotes the chapter.  I don't know
24    if that's always the case, but I think it was
25    important.

79

1    (Whereupon, Hinks Deposition
2    Exhibit 4 was marked for
3    identification.)
4    BY MS. HARTZELL:
5    Q.    You have been handed a document that's
6    been identified as Exhibit 4.  Do you recognize this
7    document?
8    A.    Yes.
9    Q.    What is it?
10    A.    It's a book called, "The Art Of
11    Warhammer 40,000."
12    Q.    If you could turn to the page that is
13    marked with a production number in the bottom
14    right-hand corner as GW 17302.
15    MR. MOSKIN:  17302?
16    MS. HARTZELL:  Yes.
17    THE WITNESS:  Okay.
18    BY MS. HARTZELL:
19    Q.    Would you agree that there are a
20    number of shoulder pads pictured here that show a
21    fist of some kind?
22    A.    Yes.
23    Q.    And is it fair to say that each of the
24    different illustrations of a fist has a different
25    meaning?

80

1    A.    Yes.
2    Q.    Can you identify some of the design
3    choices that distinguish the different fist shoulder
4    pads?
5    A.    Yeah.  So if you look at the Rampage's
6    is one, which is the red one in the kind of middle
7    of the page, third row down, it's a side-on view of
8    a fist holding a lightening bolt, and I assume
9    that's how we denote the Rampage's chapter usually,
10    and it's not in a circle.
11    Q.    Comparing the Crimson fist --
12    A.    Yes.
13    Q.    -- to the Imperial fist, what kind
14    design decisions distinguish them?
15    A.    That would have been to do with
16    choices of color there.
17    Q.    And other than the color, are the
18    depictions of the fists the same?
19    A.    Yes.  I think there is a relation
20    between the two chapters, so there would have been a
21    deliberate decision to make the fist design similar.
22    Q.    And the -- comparing the Iron Lords to
23    the Imperial fist, what kind of design decisions
24    distinguish those?
25    A.    So the Iron Lords is actually much

Hinks, Darius  2/13/2013  9:17:00 AM

81

1  smaller in the overall field space of -- of the
2  shoulder, and it's clutching some kind of a star
3  shape.  I am not quite sure what that is.  So
4  that's -- that's different in terms of proportions
5  and -- and color scheme.
6      Q.    And the comparison between the subject
7  the Subjugators and the Imperial fists, how -- what
8  design decision distinguish those?
9      A.    Whereabouts of --
10     Q.    Bottom line, the green and --
11     A.    Oh, I see that, yeah.
12          So with the Subjugators,
13  obviously, the fist is more ornate, more detailing
14  on the wrist guard part of the fist.  It's flipped
15  the opposite way around.  It's not in a circle.
16  It's on a different colored background.
17     Q.    Is the Subjugator fist larger as well?
18     A.    Yes.
19     Q.    And taking up a larger amount of the
20  shoulder pad?
21     A.    Yes.
22     Q.    And turning to the second page.
23     MR. MOSKIN:  You mean the facing page?
24     MS. HARTZELL:  The facing page, yes.
25

82

1  BY MS. HARTZELL:
2      Q.    Would you agree that there are a
3  number of symbols that use skull imagery -- or a
4  number of shoulder pads that use skull imagery?
5      A.    Yes.
6      Q.    And looking at the Doom Eagles versus
7  the Angel Sanguines, what design elements
8  distinguish those?
9      A.    The Angel Sanguine has got angelic
10  wings and a different size skull and a different
11  position skull.
12          The Doom Eagle has got an eagle --
13  an eagle design behind the skull.  And the skull is
14  in a different place.  And there are different color
15  schemes between them.
16     Q.    So would it be fair to say that the
17  choice of the type of wing can change the meaning of
18  the design?
19     A.    In some cases, yes.
20     Q.    And how about the Angels of Redemption
21  as compared to the Angel Sanguine, what design
22  choices distinguish those?
23     MR. MOSKIN:  I'm sorry.  Which one are
24  you talking about?
25     MS. HARTZELL:  Angels of Redemption,

83

1  top right-hand corner; Angel Sanguine second row,
2  same page.
3  BY THE WITNESS:
4      A.    Sorry, what is your question again?
5      Q.    What design decisions distinguish
6  those two designs?
7      A.    Distinguish them, different
8  proportions, different wing shape, and different
9  color scheme.
10     Q.    The -- the Omega Marines, which is on
11  the left-hand page in the third row, as compared to
12  the Death Spectors in the bottom -- second from the
13  bottom row.
14     A.    Yeah, I see that.
15     Q.    What design features or decisions
16  distinguish those designs?
17     A.    Slightly different color scheme,
18  different portions -- or different size skull, and a
19  different symbol behind the skull.
20     Q.    In comparing the silver skulls on the
21  third from the bottom left-hand side --
22     A.    Yeah.
23     Q.    -- to the Legion of the Damned, on the
24  right-hand side, second row, what design decisions
25  distinguish those?

84

1      A.    Different color scheme --
2      MR. MOSKIN:  I'm sorry.  Where is the
3  Legion of the Damned?
4      MS. HARTZELL:  Right --
5      MR. MOSKIN:  I got it.  Okay.
6  BY THE WITNESS:
7      A.    Different color scheme, and a
8  different skull design.
9      Q.    So is it fair to say that the choice
10  of the skull design changes the design?
11     A.    Yes.
12     Q.    And changes the overall meaning of the
13  design?
14     A.    Yeah.  The -- the skull design is
15  specific to that chapter.
16     Q.    You can set that exhibit to the side.
17          When looking at the shoulder pad
18  designs that we've been discussing, and the overall
19  shape of those designs, are any aspects of that
20  design dictated by the fact that it is intended to
21  cover a shoulder?
22     A.    I don't think they are because it's
23  such an exaggerated shape.  It's such an
24  oversized -- you can have something quite different
25  much smaller shape to cover a shoulder.  So I

85

1  think -- so I don't think the shoulder -- the shape
2  of the shoulder determines the design.
3      Q.    Well, looking only at the shape of the
4  shoulder pad --
5      A.    Yeah.
6      Q.    -- not the size of it, is there
7  anything about that shape that would be dictated by
8  it's use on the shoulder?
9      A.    No, I don't think so.  Because you
10  could have that -- it's obviously a shape that is
11  well suited to go on a shoulder.  But I think you
12  could have that shape in the context on the armor.
13      Q.    Why do you say "it's obviously a shape
14  well suited to go on a shoulder"?
15      A.    It would work as a shoulder pad.
16      Q.    What elements of the shape of it are
17  compatible with the shoulder?
18      A.    It would cover a shoulder.
19              (Whereupon, Hinks Deposition
20          Exhibit 5 was marked for
21          identification.)
22  BY MS. HARTZELL:
23      Q.    You've been handed a document that's
24  been identified as Exhibit 5.  If you could turn to
25  the backside of the first page.

86

1      A.    Yeah.
2      Q.    Looking only at the shape of the
3  shoulder pad pictured from The Empire Strikes
4  Back -- do you see that?
5      A.    Yes.
6      Q.    What difference is in the shape of
7  that shoulder pad do you see as compared to the
8  shoulder pads that we've been looking at in the
9  Insignium Astartes?
10      A.    It's hard to say because it's an angle
11  rather than flat, the illustrator we're looking at.
12  But it looks like it's a different shape to me.
13      Q.    And what differences do you see?
14      A.    Well, so for example, the Space Marine
15  one has a flat edge across the bottom.  Whereas the
16  Star Wars one is a very curved shape that comes
17  down, so that seems completely different.
18              The other -- the other aspect is
19  that if you look at the trim, he has a corner piece
20  that comes in at the top of the -- of the Star Wars
21  one, which -- which we wouldn't have on a 40K one.
22              And also, there are raised areas
23  that go across the top of the Star Wars one, which
24  we also wouldn't do on a 40K shoulder pad.  And
25  it -- sorry, it also looks like it is narrower.  The

87

1  Space Marine one is -- is very wide and exaggerated
2  in shape, whereas that one looks like quite -- it's
3  more like the proportions of a human shoulder, so
4  it's quite narrow.
5      Q.    Which direction are you talking in
6  terms of narrowness?
7      A.    The width of the thing, so it's almost
8  like the width of an actual arm, whereas a Space
9  Marine one is much wider than an actual arm.
10      Q.    This shoulder pad that is shown on
11  this page does include a trim around the bottom and
12  the top edge; correct?
13      A.    Yeah, yeah.
14      Q.    So both designs have that feature?
15      A.    They both have a trim.
16      Q.    And would you describe The Empire
17  Strikes Back shape as being a half oval shape?
18      A.    I don't think I would, because my --
19  my idea of a half an oval is it's sliced through the
20  middle so you get that flat horizontal line, whereas
21  the -- the Star Wars doesn't seem -- seems to be
22  curved at both ends, so it seems quite different to
23  me.  I can't say how I would describe that shape.
24  It's more like an egg shape, I would say.
25      Q.    And turning to the next page

88

1  identified as Page 13, the photograph in the bottom
2  left-hand side.  Looking only at the shape of the
3  shoulder pads that are shown there as compared to
4  the shape of the shoulder pad in the book that we
5  were recently referring to --
6      A.    Yeah.
7      Q.    -- what similarities would you
8  identify between those shapes?
9          MR. MOSKIN:  You are referring to the
10  Arzach Jean Moebius Giraud?
11          MS. HARTZELL:  I am.
12  BY THE WITNESS:
13      A.    Yeah.
14              It doesn't seem very similar to me
15  because it's -- because it's obviously meant to be
16  cloth of some kind.  So it's an undulating shape.
17  It doesn't -- it seems very different than the Space
18  Marine one.  It's an irregular undulating edge to
19  it.  It makes it quite different.
20      Q.    From the upper outline of the shoulder
21  pad --
22      A.    Yeah.
23      Q.    -- how would you describe that shape?
24          MR. MOSKIN:  Object to the form of the
25  question.

89

BY THE WITNESS:

A.   It's a curve, it's an ellipse.

Q.   Is that ellipse different than the top edge of the shoulder pads identified in the Exhibit 2?

A.   Yes.  To my eye it is, because of the undulation I mentioned.  It's not a continuous smooth ellipse, it's an undulating ellipse that implies cloth.

Q.   Could you identify where in the photograph that undulation occurs?

A.   As in do you want me to point it out?

Q.   Describe where it's --

A.   Describe?

Q.   Yeah.

A.   So if we're looking at the left-hand side of the pictures of the shoulder pads there, the left-hand edge where the two blue curves meet the side, the -- the outside edge dips in there.  And then as you go over the top and come down to the side, there is another slight dip and kind of almost a corner at the right-hand side at the top where the material flops down again.  So there is -- there are a few undulations.

MR. MOSKIN:  By the way, I want to

90

interject just an objection to the relevance and foundation for any of these questions regarding Exhibit 5.

But you can go ahead.

BY MS. HARTZELL:

Q.   Turning to Page 15 of the document, and looking at the cover identified as Revolt in 2100.

A.   Yeah.

Q.   Would you agree that it appears to demonstrate the use of heraldry on a shoulder pad?

A.   Yes.  It looks like it, yeah.

Q.   And would you agree that the shoulder pad appears to extend from the shoulder to the elbow?

A.   Actually, I -- I don't think I would because it looks like there's two different -- it looks like there is a circular piece of armor with another plate underneath.  It looks like there are two separate elements.  The shoulder pad is just a circular piece of armor at the top of his arm.

Q.   You can set that exhibit aside.

In the use of heraldry outside of the Games Workshop world, is it your understanding that arrows are used in heraldry elsewhere?

91

A.   It wasn't.  I don't know very much about heraldry beyond the Games Workshop use.  So I wouldn't know whether they were used or not.

Q.   Would that also be true for skulls, that you don't know whether or not they are used in heraldry outside of the Games Workshop world?

A.   I wouldn't know for definite.

Q.   Is it your understanding that changes in color in heraldry outside the Games Workshop world have some meaning?

A.   Yes.  Yes.  Yes.

Q.   And is it your understanding that changes in design in heraldry outside the Games Workshop world have some meaning?

A.   Yes.

MR. MOSKIN:  Could you read back that question.

(Whereupon, record was read as requested.)

BY MS. HARTZELL:

Q.   So is it your understanding that the idea of using heraldry on shoulder pads is not something that Games Workshop created?

A.   That -- yeah, that sounds true.

Q.   And is it your understanding that the

92

idea of using shoulder pads in armor is not something that Games Workshop created?

A.   That's true, yep.

Q.   And is it your understanding that the use of skulls on shoulder pads is not something that Games Workshop created?

A.   I've not actually seen skulls used in a context, so it's hard -- in heraldry, so it's hard to answer.

Q.   Turning to Page 6 of the Exhibit 2.

A.   Yes.

Q.   On the right-hand side, the paragraph just above Terminator armor.

A.   Yeah.

MR. MOSKIN:  On Page 6?

THE WITNESS:  Yeah.  Yeah.  That's the right page.  Yeah.

MR. MOSKIN:  I'm sorry.  Were you referring to the -- oh, I see.  The bottom Terminator.  Okay.  Got it.  Thank.

MS. HARTZELL:  Yes.

BY MS. HARTZELL:

Q.   The paragraph states, "The degree of uniformity within a Space Marine chapter varies a great deal and is often determined by historical

93

```
1    precedent or tradition.  But even where the same
2    armor is issued, the heavy degree of personalization
3    and ornamentation instinctive to all Marines means
4    that no two sets will be identical."
5              Is that accurate regarding your
6    understanding of Space Marine armor?
7         A.   Let me just read it again.
8              Yes, that makes sense.
9              (Whereupon, Hinks Deposition
10             Exhibit 6 was marked for
11             identification.)
12   BY MS. HARTZELL:
13        Q.   You've been handed a document that I
14   believe is identified as Exhibit 6.  Is that
15   correct?
16        A.   Yes.  Yeah.
17        Q.   Okay.  Do you recognize this document?
18        A.   I don't, actually.
19        Q.   Were these drawings that you created?
20        A.   No.
21        Q.   Okay.  Turning back to Exhibit
22   Number 3.
23        A.   Yes.
24        Q.   This description of your preparation
25   of the book indicates that you sketched out each
```

94

```
1    spread beforehand with the heraldry clearly marked.
2              Did you provide those sketches in
3    connection with this lawsuit?
4         A.   Just to -- just to clarify, it means
5    that Allen Merritt sketched them out rather than me.
6    And -- yeah.
7         Q.   Are those the same sketches that you
8    indicated were not retained?
9         A.   Yeah.
10        Q.   So you don't possess those sketches?
11        A.   No, no.
12        Q.   Did you provide any artwork in the
13   collection of your documents for this lawsuit?
14        A.   No.
15        Q.   Do you know who did these sketches?
16        A.   Actually, I -- I don't.  No.
17        Q.   Okay.  You can set that one aside.
18             (Whereupon, Hinks Deposition
19             Exhibit 7 was marked for
20             identification.)
21   BY MS. HARTZELL:
22        Q.   You've been handed a document that's
23   identified as Exhibit 7.  Do you recognize these
24   sketches?
25        A.   No.
```

95

```
1         Q.   Do you know who drew them?
2         A.   No.  No, I -- no, I don't.
3         Q.   Do you know what armies is represented
4    here?
5         A.   Yeah.  Yeah.  It's an -- it's an
6    Imperial Guard army.
7         Q.   How can you tell?
8         A.   The kind of weapons they are using,
9    the design of the helmets, and the -- and the other
10   bits of armor, and the facts.  There is a character
11   in the background you can't see very well, but he's
12   got a peaked -- peaked cap on.  And that's a
13   character type that's associated with Imperial
14   Guard.
15        Q.   Looking just at the shape of the
16   shoulder pads used by the Imperial Guard --
17        A.   Yeah.
18        Q.   -- what differences are there -- what
19   design difference are there between the shape of the
20   shoulder pad used here and the shape of the shoulder
21   pads used in the Space Marines?
22        A.   I think it's just the absence of the
23   trim.  If you just -- obviously there is a size
24   difference.  But I think it's -- it's a bit hard to
25   tell on this sketch.  But it looks like if you look
```

96

```
1    at the character in the -- in the foreground on the
2    left, it looks like there is an angle at the top,
3    which you wouldn't expect on the Space Marine one;
4    they're curved at the top.  But that could just be
5    the nature of the illustration.  I can't really be
6    sure.  But it looks like perhaps they are angled
7    more at the top.
8              They are also actually much
9    thinner than a Space Marine shoulder pad.
10        Q.   Thinner in what direction?
11        A.   In -- in the thickness of the plate as
12   oppose to the width of the thing.  Imperial has
13   quite a -- quite a thin plate of metal that they
14   wear as a shoulder pad, whereas the Space Marines is
15   really thick.
16        Q.   In looking at the designs shown in the
17   Insignium Astartes, how is that thickness reflected?
18        A.   On those illustrations you can't see
19   how thick they are.
20             (Whereupon, Hinks Deposition
21             Exhibit 8 was marked for
22             identification.)
23   BY MS. HARTZELL:
24        Q.   You've been handed a document that's
25   identified as Exhibit 8, I believe.
```

Hinks, Darius  2/13/2013  9:17:00 AM

97

1    A.    Yeah.

2    Q.    Do you recognize that document?

3    A.    No.

4    Q.    Do you recognize the signature in the

5  bottom right-hand corner?

6    A.    I think it's Mark Gibbons, but I'm

7  kind of guessing there.  But I think so.

8        MS. HARTZELL:  I think if we can take

9  a short break, I'll determine if I have anything

10  further.

11        THE WITNESS:  Okay.

12        THE VIDEOGRAPHER:  We're going off

13  record, the time is 11:53.

14        (Whereupon, a short break taken.)

15        THE VIDEOGRAPHER:  Back on record, the

16  time is 12:03.  Please continue.

17  BY MS. HARTZELL:

18    Q.    What document do you understand to

19  control the ownership of your intellectual

20  property -- of the -- the rights to the intellectual

21  property that you have created as an employee of

22  Games Workshop?

23    A.    My original employment contract.

24    Q.    What's your relationship with Clint

25  Langley?

98

1    A.    Clint Langley?  While I was working in

2  the Black Library, I commissioned him to produce

3  some novella covers.

4    Q.    What was your role in obtaining

5  assignments of -- or contacting him regarding the

6  ownership of his intellectual property?

7    A.    A couple of different things.

8  There's contracts that I would -- I would make sure

9  that he had a contract for the work he was doing for

10  us.  And that would have covered the intellectual

11  property.

12        And then somebody from the legal

13  team -- I don't think it was Jim -- Gill even, but I

14  think it was Gill, but somebody from the legal team.

15  And somebody from the legal team asked me fairly

16  recently, I think it was within the last few months,

17  to -- for Clint's contact details so that he could

18  sign -- so that he could sign something just

19  reaffirming that intellectual property issue.  But,

20  yeah.

21    Q.    And did you communicate directly with

22  Clint regarding that issue?

23    A.    Only as a kind hand over e-mail to say

24  this is the general gist.  But I will hand you over

25  to the legal department.  And then he was dealing

99

1  with whichever member of our legal team.  I can't

2  remember exactly who it was at the moment.  But,

3  yeah, an e-mail introduction to somebody, really.

4        MS. HARTZELL:  That's all that I have.

5  I have no further questions.

6        MR. MOSKIN:  I have no questions.

7  Thank you.

8        THE VIDEOGRAPHER:  Going off record.

9  This concludes the deposition of Darius Hinks and

10  the end of Tape No. 2.  The time is 12:06.  We are

11  now off record.

12        (The deposition concluded at

13        12:05 p.m.)

100

1    I declare under penalty of perjury

2  under the laws that the foregoing is

3  true and correct.

4

5    Executed on _____ , 20___,

6  at _____, _____.

7

8

9

10

11    _____

12    DARIUS HINKS

13

14

15

16

17

18

19

20

21

22

23

24

25

101

1    STATE OF ILLINOIS )

2                     ) SS:

3    COUNTY OF C O O K )

4              I, KATHLEEN J. HENDRIX, a

5    Certified Shorthand Reporter within and for the

6    County of Cook, State of Illinois, do hereby

7    certify:

8              That previous to the

9    commencement of the examination of the

10   witness, the witness was duly sworn to testify

11   the whole truth concerning the matters herein;

12             That the foregoing

13   deposition transcript was reported

14   stenographically by me, was thereafter reduced

15   to typewriting under my personal direction and

16   constitutes a true record of the testimony

17   given and the proceedings had;

18             That the said deposition was

19   taken before me at the time and place

20   specified;

21             That I am not a relative or

22   employee or attorney or counsel, nor a

23   relative or employee of such attorney or

24   counsel for any of the parties hereto, nor

25   interested directly or indirectly in the

26   outcome of this action.

102

1              IN WITNESS WHEREOF, I do

2    hereunto set my hand, this 28th day of

3    February, 2013.

4

5

6

7

8    _____

9    Kathleen J. Hendrix

10   Certified Shorthand Reporter

11   C.S.R. Certificate No. 84-004180.

12

13

14

15

16

17

18

19

20

21

22

23

24

25