1

```
 1          IN THE UNITED STATES DISTRICT COURT
 2          NORTHERN DISTRICT OF ILLINOIS
 3               EASTERN DIVISION
 4
 5   GAMES WORKSHOP LIMITED,  )
 6           Plaintiff,  )
 7       vs.             ) Civil Action
 8   CHAPTERHOUSE STUDIES LLC ) No. 1:10-cv-08103
 9   and JON PAULSON d/b/a    )
10   PAULSON GAMES,           )
11           Defendants. )
12
13       The deposition of THOMAS OLIVER WALTON,
14   taken pursuant to the Federal Rules of Civil
15   Procedure of the United States District Courts
16   pertaining to the taking of depositions, taken
17   before PAULINE M. VARGO, a Certified Shorthand
18   Reporter within and for the State of Illinois,
19   C.S.R. No. 84-1573, at Suite 2800, 321 North Clark
20   Street, Chicago, Illinois, on February 15, 2013, at
21   9:00 a.m.
22
23
24
25   PAGES 1 - 163
```

2

```
 1   APPEARANCES:
 2
 3   FOR THE PLAINTIFF:
 4       FOLEY & LARDNER, LLP
 5       321 North Clark Street, Suite 2800
 6       Chicago, Illinois  60654
 7       312.832.4500
 8       BY:  JASON J. KEENER, ESQ.
 9       jkeener@foley.com
10
11   FOR THE DEFENDANTS:
12       MARSHALL GERSTEIN BORUN, LLP
13       233 South Wacker Drive
14       6300 Willis Tower
15       Chicago, Illinois  60606-6357
16       BY:  JULIANNE M. HARTZELL, ESQ.
17       jhartzell@marshallip.com
18
19   ALSO PRESENT:
20       MS. GILL STEVENSON
21       Legal Manager/Legal &Licensing
22       Games Workshop Limited
23
24   VIDEOGRAPHER:
25       ROBERT ZELLNER
```

3

```
 1               I N D E X
 2       Friday, February 15, 2013
 3   WITNESS              EXAMINATION
 4   THOMAS OLIVER WALTON
 5       By Ms. Hartzell..................Page 5
 6
 7          E X H I B I T S
 8   WALTON
 9   DEPOSITION EXHIBIT         MARKED FOR ID
10   Exhibit 1  Games Workshop Concept Design Work   105
11       Attorneys' Eyes only
12       GW0013232 through GW0013265
13   Exhibit 2  Games Workshop Document re Leman    107
14       Russ Demolisher
15       Attorneys' Eyes only
16       GW0011240 through GW0011242
17   Exhibit 3  Depiction of Games Workshop        134
18       Leman Russ Demolisher kits
19       Attorneys' Eyes Only
20       GW0011243 through GW001148
21   Exhibit 4  Depiction of Games Workshop        136
22       Leman Russ Demolisher Kits
23       Attorneys' Eyes Only
24       GW0011250 through GW0011258
25   Exhibit 5  "Games Workshop Claim Chart for    138
26       Newly Accused Products,
27       January 11, 2013-01-11"
28       53 Double-sided Pages
```

4

```
 1       THE VIDEOGRAPHER:  Good morning.  My name is
 2   Robert Zellner of Veritext Company.  The date today
 3   is February 15th, 2013, and the time is
 4   approximately 9:00 a.m.
 5       This deposition is being held in the
 6   office of Marshall Gerstein Borun located at 233
 7   South Wacker Drive, Suite 6300, in Chicago,
 8   Illinois.
 9       The caption of the case is Games
10   Workshop Limited versus Chapterhouse Studios LLC,
11   et al., Civil Action No. 1:10-cv-08103 in the
12   United States District Court for the Northern
13   District of Illinois, Eastern Division.
14       The name of the witness is Thomas O.
15   Walton, and at this time the attorneys will
16   identify themselves and the parties they represent,
17   after which our court reporter, Pauline Vargo of
18   Veritext Company, will swear in the witness and we
19   can proceed.
20       MS. HARTZELL:  Julianne Hartzell on behalf of
21   Defendant Chapterhouse.
22       MR. KEENER:  Jason Keener of Foley & Lardner
23   on behalf of Plaintiff Games Workshop.  Also with
24   is me is Gill Stevenson of Games Workshop.
25       THE REPORTER:  Raise your right hand to be
```

Walton, Thomas Oliver  2/15/2013  9:00:00 AM

5

1   sworn, please.
2       (WHEREUPON, the witness was duly
3       sworn.)
4       THOMAS OLIVER WALTON,
5   called as a witness herein, having been first duly
6   sworn, was examined and testified as follows:
7       EXAMINATION
8   BY MS. HARTZELL:
9   Q.  Good morning.
10  A.  Good morning.
11  Q.  My name is Julianne Hartzell, and I will
12  be asking you some questions today. Could you
13  please state your name for the record.
14  A.  Thomas Oliver Walton.
15  Q.  And where do you live?
16  A.  32 Attenborough Lane, Chiwell,
17  Nottingham, England.
18  Q.  Have you ever had your deposition taken
19  before?
20  A.  No.
21  Q.  Then I will cover a few ground rules so
22  that you know what to expect.  I will be asking you
23  some questions and you will be expected to answer
24  them.  Do you understand that?
25  A.  Yes.

6

1   Q.  And if any of my questions are unclear
2   to you or you don't understand what I'm asking, you
3   will let me know that, right?
4   A.  Yes.
5   Q.  And can you think of any reason why you
6   can't testify accurately and truly here today?
7   A.  No.
8   Q.  If at any time you need a break, feel
9   free to let me know and we can take that at any
10  time.
11  A.  Okay.
12  Q.  If your counsel objects to any of my
13  questions, unless he specifically tells you not to
14  answer the question, you still need to answer.  Do
15  you understand that?
16  A.  Okay.  Yes.
17  Q.  And I will also ask because we have a
18  stenographer here typing down everything that we
19  say that you let me finish asking my question
20  before you go ahead and answer.  Will you agree to
21  do that?
22  A.  I will.
23  Q.  Thank you.  Who is your current
24  employer?
25  A.  Games Workshop.

7

1   Q.  And what is your job title there?
2   A.  My current job title is established
3   miniatures designer.
4   Q.  Established miniatures designer, and how
5   long have you worked at Games Workshop?
6   A.  I've worked for approximately eight
7   years.
8   Q.  What did you do before you started
9   working at Games Workshop?
10  A.  I was a student.
11  Q.  Where did you study?
12  A.  I studied at Loughborough University in
13  England.
14  Q.  Did you obtain a degree?
15  A.  I did.
16  Q.  What kind of degree?
17  A.  I got a B.Eng, engineering degree.
18  Q.  What kind of engineering did you study?
19  A.  I studied product design and
20  manufacturing engineering.
21  Q.  So Games Workshop was your first
22  employer out of university?
23  A.  Games Workshop was my first, yes, yeah.
24  Q.  What was your first job with Games
25  Workshop?

8

1   A.  The first job that I had at Games
2   Workshop was in the R&D, research department.
3   Q.  Did you have a job title there?
4   A.  I believe it was rapid prototyping
5   engineering student.
6   Q.  Was that while you were still in school?
7   A.  It was in a placement year at
8   university.
9   Q.  I apologize for my unfamiliarity with
10  that, but what is a placement year?
11  A.  Basically I got the job at Games
12  Workshop through my university placement in between
13  my second and third years.
14  Q.  And how many total years of study did
15  you complete to obtain your degree?
16  A.  For the degree it was three years at
17  university and the one year placement year at Games
18  Workshop.
19  Q.  Prior to being -- obtaining your job
20  with Games Workshop through your university, were
21  you familiar with Games Workshop at all?
22  A.  I was.
23  Q.  How?
24  A.  I collected and painted some of the
25  miniatures years ago.

9

1 Q. When did you first start doing that?
2 A. I would guess when I was about 14, 13,
3 14.
4 Q. And for what period of time did you
5 collect the miniatures?
6 A. Roughly one or two years, I would
7 imagine.
8 Q. Did you have at that time a particular
9 game or army that you collected?
10 A. I collected -- I played Warhammer 40,000
11 and I collected Ork and Chaos figures.
12 Q. Have you ever participated in any other
13 kinds of miniature war games?
14 A. Not that I can remember.
15 Q. So when you began working as a rapid
16 prototyping engineering student, what were your job
17 responsibilities?
18 A. To the best of my knowledge, it was
19 to -- it was to do the day-to-day operation of 3-D
20 scanning and rapid prototyping facilities.
21 Q. You said 3-D scaling?
22 A. Scanning.
23 Q. Scanning, got it.
24 A. 3-D scanning, yes.
25 Q. Okay. Thank you. And what was the

10

1 second part?
2 A. Rapid prototyping.
3 Q. And what is rapid prototyping?
4 A. Rapid prototyping is the turning of
5 digital data into physical model.
6 Q. So the creation of a model from a
7 digital file?
8 A. Yes, using a specific machine.
9 Q. And what's the name of the machine?
10 A. Rapid prototyping machine.
11 Q. Okay. And were there -- while you were
12 working in that capacity, were you working on any
13 particular subset of Games Workshop's products?
14 A. As far as I can remember, it wasn't one
15 or two specific elements. It was in general, so
16 lots of different things.
17 Q. And while you were doing that, did you
18 have any -- did any of those projects include
19 weapons?
20 A. To the best of my -- it might have done.
21 I can't remember specifics.
22 Q. So you don't have any specific
23 recollection of a weapon that you worked on during
24 that time period?
25 A. No, not that comes to me right now.

11

1 Q. And were you in the role rapid
2 prototyping engineering student for one year, or
3 did it last longer than that?
4 A. It lasted for, I would guess, slightly
5 longer than a year.
6 Q. And what was your next role at Games
7 Workshop?
8 A. My next role at Games Workshop was a
9 trainee design engineer.
10 Q. And what are the job responsibilities
11 that you had as trainee design engineer?
12 A. To design and manufacture Games Workshop
13 figures.
14 Q. What's involved in the design process
15 that you used as a trainee design engineer for
16 Games Workshop products?
17 A. They were numerous, and there were lots
18 of different ways, lots of different ways of going
19 about doing that.
20 Q. What would be the first step in a new
21 project that you received?
22 A. It would be different for every
23 different project, but it would be generally to
24 clarify what it was I was doing.
25 Q. And then after you clarified what you

12

1 were doing, what was the next step?
2 A. It depended on the project.
3 Q. So for -- how did you receive
4 assignments in that role?
5 A. I would usually get an order from the
6 content manager over what it was I was doing.
7 Q. Do you remember who the content manager
8 was when you were in that role?
9 A. At the time it was Ted Williams.
10 Q. For any of the projects that you did
11 while you were a trainee design engineer, did the
12 idea for the project originate with you?
13 A. Not to the best of my knowledge, not an
14 entire product.
15 Q. And during the time that you were a
16 trainee design engineer, do you recall any specific
17 weapons that you worked on?
18 A. I can't -- I can't remember exactly how
19 long I was a trainee for, so I find it difficult to
20 name individual weapons that I worked on.
21 Q. So are you saying that you can't recall
22 any specific weapon that you worked on during the
23 time period that you recognized that you were a
24 trainee design engineer?
25 A. I would be able to recall one or two

13

1 maybe, but I would not be able to definitely state
2 all of the weapons that I worked on during that
3 period as I don't remember exactly how long that
4 period was.
5     Q.   What are the one or two that you recall?
6     A.   I remember working on the weapons for
7 the -- I remember making a Storm Bolter and a Death
8 Wind Launcher.
9     Q.   Was the Storm Bolter for any particular
10 army?
11    A.   Yes.
12    Q.   What army?
13    A.   Space Marine.
14    Q.   And what's a Bolter?
15    A.   A Bolter is a weapon for the Space
16 Marines.
17    Q.   What kind of weapon?
18    A.   A ballistic rocket-based weapon.
19    Q.   And what was different about the Storm
20 Bolter from other types of bolters?
21    A.   One example is that it has two barrels.
22    Q.   What other examples can you think of
23 that make it different from other types of bolters?
24    A.   Off the top of my head, because it was
25 vehicle-mounted and because it has two sets of

14

1 clips among lots of other differences.
2     Q.   What vehicle was it mounted on?
3     A.   It was mounted on the Space Marine Drop
4 Pod.
5     Q.   And you also mentioned the Death Wind
6 Launcher?
7     A.   Yes.
8     Q.   What is that?
9     A.   That is a multiple rocket launcher.
10    Q.   Was it mounted on anything else?
11    A.   Yes.
12    Q.   What was it mounted on?
13    A.   The Space Marine Drop Pod.
14    Q.   So both weapons were used on the or were
15 mounted on the same vehicle?
16    A.   Yes.
17    Q.   Did you work on them at the same time?
18    A.   Not exactly at the same time, but in the
19 same time period.
20    Q.   What were you asked to do when you were
21 asked to create the Storm Bolter or to design the
22 Storm Bolter?
23    A.   I wouldn't say that I designed it.  It
24 was an existing Games Workshop weapon.
25    Q.   So what changes were you asked to make

15

1 to it?
2     A.   To make it attached to the Space Marine
3 Drop Pod.
4     Q.   So the focus of your design work with
5 respect to the Storm Bolter was its attachment with
6 the Drop Pod?
7     A.   Among other things.
8     Q.   What other things?
9     A.   To, for example, fit inside the space
10 that it had to occupy.
11    Q.   So did you have to alter the size of the
12 preexisting Storm Bolter in order to make it fit in
13 the drop pod?
14    A.   I can't remember.
15    Q.   Do you remember changes that you had to
16 make regarding the space in which it had to fit in
17 the Drop Pod?
18    A.   I can't remember.
19    Q.   For the Death Wind Launcher, were you
20 also asked to modify the design of a preexisting
21 product in order to make it compatible with the
22 Drop Pod?
23        MR. KEENER:  Objection, form.
24 BY THE WITNESS:
25    A.   Yes.

16

1 BY MS. HARTZELL:
2     Q.   What changes did you have to make to it?
3     A.   I had to make it mountable on the Space
4 Marine Drop Pod, and I had to make it fit within
5 the confines of the space inside the Drop Pod.
6     Q.   How long were you in your role as
7 trainee design engineer, to the best of your
8 recollection?
9     A.   I can't remember exactly.  I would
10 estimate roughly a year.
11    Q.   Prior to your time at Games Workshop,
12 did you have any knowledge of weaponry?
13    A.   In broad terms, yes.
14    Q.   And how did you come about that
15 knowledge?
16    A.   Just everyday experiences, I guess.
17    Q.   And what kind of weapons were you
18 familiar with before you started at Games Workshop?
19    A.   A huge number.
20    Q.   Can you give me some examples?
21    A.   I could, but it would take a long time.
22    Q.   I've got time.
23    A.   Yeah.  Everything from existing military
24 weapons to weapons in films and computer games.
25    Q.   Okay.  We can come back to that one.

17

1    So after the approximately one year that
2 you served as trainee design engineer, what was
3 your next title at Games Workshop?
4    A.  I believe it was established design
5 engineer.
6    Q.  And what were your responsibilities as
7 established design engineer?
8    A.  The responsibilities were basically the
9 same.
10    Q.  Once you transitioned into that role,
11 what weapons did you design?
12    A.  I can't remember exactly the period of
13 time that I was an established design engineer, so
14 it could cover a range.
15    Q.  What weapons do you recall designing
16 during the time that you can identify that you were
17 an established design engineer?
18    A.  I don't think I could confidently state
19 exact ones because of the overlap of projects in
20 time.
21    Q.  So are there projects that you are
22 thinking of that you can't identify whether they
23 occurred during your role as established design
24 engineer?
25    A.  Yes.

18

1    Q.  What projects are you thinking of?
2    A.  The Leman Russ Demolisher.
3    THE REPORTER:  Say it again, please.
4 BY THE WITNESS:
5    A.  The Leman Russ Demolisher; the Venerable
6 Dreadnought.  I'm finding it difficult to narrow
7 down the exact time that I would have been and the
8 projects that I would have done in that time.  I
9 would say those two are probably the best estimates
10 for falling into that place.
11 BY MS. HARTZELL:
12    Q.  And we will talk more about the Leman
13 Russ Demolisher later.  What is the Venerable
14 Dreadnought?
15    A.  It is a Space Marine walking vehicle.
16    Q.  And by "walking vehicle," do you mean
17 that the vehicle itself walks?
18    A.  Yes.
19    Q.  What kind of weaponry is involved in the
20 Venerable Dreadnought?
21    A.  It can carry one close combat weapon and
22 one ranged weapon.
23    Q.  And what would be an example of a close
24 combat weapon?
25    A.  An example would be a Power Fist.

19

1    Q.  And what would be -- and how would you
2 describe what the category of close combat weapons
3 is?
4    A.  It would be -- I would estimate that it
5 would be defined as a weapon that would be used in
6 a close proximity to the vehicle.
7    Q.  And what about a ranged weapon?
8    MR. KEENER:  Objection, form.
9 BY THE WITNESS:
10    A.  I would say that it would be a weapon
11 that was used at a further distance from the
12 vehicle.
13 BY MS. HARTZELL:
14    Q.  Is there a general distance that you
15 would consider to be the dividing line between a
16 close combat weapon and a range weapon?
17    A.  I wouldn't say it would be as specific
18 as a dividing line.
19    Q.  Would there be a range that you think
20 would be considered appropriate for a close combat
21 weapon?
22    MR. KEENER:  Objection, form.
23 BY THE WITNESS:
24    A.  A general area around the model, for
25 example, if we are talking about the physical model

20

1 itself or in game, for example.  Could you clarify
2 if you meant the physical model or distance within
3 the game itself?
4 BY MS. HARTZELL:
5    Q.  Distance within the game itself.
6    A.  All right.  Well, then I would define a
7 close combat weapon as something that would be able
8 to be in contact with the vehicle itself.
9    Q.  And when you were asked to do design
10 work on the Venerable Dreadnought, was that an
11 existing product or a product that you created?
12    A.  It was an existing product.
13    Q.  And what design changes were you asked
14 to make to it?
15    A.  I was asked to update the design.
16    Q.  What kind of updates to the design were
17 you asked to make?
18    A.  I was assigned to make it manufacturable
19 in plastic.
20    Q.  So the design choices that you made were
21 governed by the manufacturing process?
22    MR. KEENER:  Objection, form.
23 BY THE WITNESS:
24    A.  Yes.  I would also like to add, some of
25 the decisions were based on that; not every single

Walton, Thomas Oliver  2/15/2013  9:00:00 AM

21

1   decision was based on manufacturing ability.
2   BY MS. HARTZELL:
3       Q.   What changes did you make to the design?
4       A.   I had to make the parts correspond to
5   manufacturing criteria.
6       Q.   So those decisions would have been
7   governed by the manufacturing process?
8       A.   Those decisions would have been, yes.
9       Q.   What other updates to the design did you
10  make?
11      A.   I made it compatible with more weapons
12  than the original.
13      Q.   What weapons did you make it compatible
14  with?
15      A.   To the best of my knowledge, it was
16  compatible with a twin-linked Lascannon, a heavy
17  bolter -- no, not a heavy bolter -- a assault
18  cannon and a Plasma Cannon.
19      Q.   What's an assault cannon?
20      A.   An assault cannon is a rapid-firing
21  ballistic weapon in the Games Workshop universe.
22      Q.   Are you aware of any assault canons
23  outside of the Games Workshop universe?
24      A.   I'm aware that it could -- yes and no.
25  It's something that I could say if something was an

22

1   assault cannon, but I wouldn't know that would
2   be the generally used term for it or not.
3       Q.   So you could say if a weapon fell within
4   the general category of an assault cannon?
5       A.   Not a general category.  Just my own
6   category, yeah.
7       Q.   Okay.  What's a Plasma Cannon?
8       A.   A Plasma Cannon is a plasma-based ranged
9   weapon in the Games Workshop universe.
10      Q.   And what does "plasma based" mean?
11      A.   Plasma means it shoots an energy-based
12  projectile.
13      Q.   And are you aware of the use of
14  plasma-based weapons outside the Games Workshop
15  universe?
16      A.   To an extent, yes.
17      Q.   Like where?
18      A.   For example, computer games and/or
19  films.
20      Q.   Any particular computer game you can
21  think of that you are aware used plasma-based
22  weaponry?
23      A.   Possibly in a game called Doom.
24      Q.   Doom, D-o-o-m?
25      A.   Yes.

23

1       Q.   Any others?
2       A.   Possibly more.  I can't think of any off
3   the top of my head with any accuracy.
4       Q.   And what is a -- I believe you said
5   Lascannon?
6       A.   Yes.
7       Q.   What is that?
8       A.   That's a laser-based heavy weapon in the
9   Games Workshop universe.
10      Q.   And are you aware of the use of
11  laser-based weaponry outside of the Games Workshop
12  universe?
13      A.   I would loosely describe weapons as
14  being laser weapons, yes, in other -- outside the
15  Games Workshop universe.
16      Q.   What do you mean, loosely describe?
17      A.   The definition of las-based weapons
18  would be different in different medias, for
19  example.
20      Q.   Are you saying that there are different
21  types of things that would be considered lasers?
22      A.   Yes, loosely.
23      Q.   What kinds of things would be considered
24  lasers?
25      A.   For example, a laser weapon in real

24

1   world could mean a weapon that uses a laser as a
2   guiding system.
3       Q.   Are there other alternatives for
4   laser-based weaponry that you are aware of other
5   than a real-world weapon that uses a laser as a
6   guiding system?
7       A.   Yes.
8       Q.   What others?
9       A.   I'm aware that some weapons could be
10  identified as laser weapons in films and computer
11  games, for example.
12      Q.   What films and computer games have you
13  seen them used in?
14      A.   Numerous ones.
15      Q.   And you said that the weapon that you
16  worked on the design of was a twin-linked
17  Lascannon?
18      A.   Yes.
19      Q.   What does that mean, twin linked?
20      A.   It means it has two barrels.
21      Q.   How did you decide which weapons should
22  be added to the Venerable Dreadnought?
23      A.   I was told by the content manager.
24      Q.   So you were given the identification of
25  the types of weapons that you were to design?

**25**

1    A.   I was.

2    Q.   And when you decided to work on

3    designing the twin-linked Lascannon, what did you

4    do to educate yourself about what features should

5    be included in that design?

6    A.   I looked at the existing Games Workshop

7    lascanons.

8    Q.   Did you look at anything else?

9    A.   Not to my knowledge, no.

10   Q.   And did existing Games Workshop

11   lascanons come in a twin-linked style?

12   A.   They did.

13   Q.   Prior to your development?

14   A.   Yes.

15   Q.   So what changes did you make to the

16   existing design?

17   A.   I made them mountable to the product, to

18   the Venerable Dreadnought in question.

19   Q.   What other changes did you make?

20   A.   I added extra detail on the barrels.

21   Q.   What kind of details?

22   A.   I added a laurel wreath texture to the

23   front of the Lascannon.

24   Q.   Any other changes?

25   A.   I may have changed the length of the

**26**

1    barrels.

2    Q.   Would you say the decision to change the

3    length of the barrel of the weapon changes the

4    overall look of the weapon?

5    A.   Changing anything changes the look of

6    it.

7    Q.   So each of the design decisions that you

8    make with respect to the weapon is important to the

9    overall look?

10   MR. KEENER:  Objection, form.

11   BY THE WITNESS:

12   A.   Anything you physically do to change

13   something changes it inherently.

14   BY MS. HARTZELL:

15   Q.   When you worked on the design of the

16   assault cannon for the Venerable Dreadnought, were

17   assault canons previously existing in the Games

18   Workshop world?

19   A.   Yes, they were.

20   Q.   Are there differences in the design of a

21   Games Workshop assault cannon from real world

22   canons?

23   A.   Yes.

24   Q.   What kind of differences are there

25   between the assault cannon design and a real-world

**27**

1    cannon?

2    A.   They are quite a lot smaller and made of

3    plastic.

4    Q.   And with respect to the shape of the

5    weapon itself, what differences would there be?

6    A.   They would be numerous in scope.

7    Q.   Name a few.

8    A.   The configuration of the barrels, the

9    position of them on vehicles, the ammo system would

10   all be different, are some examples of some of the

11   things that would be different.

12   Q.   What do you mean when you refer to an

13   ammo system?  What's that?

14   A.   When I say "ammo system," I mean the

15   perceived way of feeding ammunition into the

16   weapon, for example, the assault cannon that we are

17   talking about on this kit.

18   Q.   So for the assault cannon, how is

19   ammunition loaded into it?

20   A.   On the Venerable Dreadnought the ammo is

21   on a box on the side of the arm.

22   Q.   What changes did you have to make to the

23   assault cannon that previously existed in order to

24   update the design for the Venerable Dreadnought?

25   A.   I made it manufacturable in plastic,

**28**

1    possibly changed the size of it.

2    Q.   What was necessary to make it

3    manufacturable in plastic?

4    A.   I had to design it so that it would meet

5    the criteria needed to -- for it to be

6    manufacturable.

7    Q.   And what kind of criteria governed

8    whether or not a product is manufacturable in

9    plastic?

10   A.   I personally would -- one of the ways

11   that I would define it is it would be possible to

12   make it into a plastic product.

13   Q.   So what kind of features of the product

14   governed that?

15   A.   One of the -- well, an example of one of

16   the features, it would have a draft on the angles.

17   Q.   What does that mean?

18   A.   That means that it would -- it would be

19   manufacturable via the plastic-making process.

20   Q.   What does "draft" mean?

21   A.   Draft is adding -- in this instance is

22   adding angles to something so that it will come out

23   of a mold.

24   Q.   So something that would have been

25   rounded in a first instance, angles were added so

29

1  that it would be removed from the mold?
2      A.  Not exactly.
3      Q.  So what does it mean to add angles?
4      A.  To add anything that would be flat or
5  undercut in a mold to not be undercut in a mold is
6  an example.
7      Q.  What does it mean to be undercut in a
8  mold?
9      A.  An undercut in a mold is where the angle
10  of something coming out of a mold is in obstruction
11  with the mold itself.
12      Q.  What changes specifically did you make
13  to the assault cannon to make it manufacturable in
14  plastic?
15      A.  An example of one of the things is I
16  added draft.
17      Q.  What other changes did you make?
18      A.  I believe I might have changed the
19  length of the barrels.
20      Q.  Longer or shorter?
21      A.  I believe it might have been longer, but
22  I can't confirm that.
23      Q.  What other changes did you make?
24      A.  I believe -- I wouldn't be able to
25  honestly say.

30

1      Q.  So those are all the changes that you
2  can recall?
3      A.  They are all the changes I could recall
4  right now, yes.
5      Q.  And the other weapon was a Plasma
6  Cannon, is that correct?
7      A.  One of the other weapons was a Plasma
8  Cannon, yes.
9      Q.  So you said there were three weapons
10  that you added to the Venerable Dreadnought,
11  correct?
12      A.  I said that to the best of my knowledge
13  there was three weapons that I added to the kit.
14      Q.  And have you thought of any others since
15  then?
16      A.  Not off the top of my head, no.
17      Q.  And we've discussed the first two,
18  correct?
19      A.  We have discussed two, yes.
20      Q.  So the remaining weapon is the Plasma
21  Cannon?
22      A.  Yes.  Well, we have discussed the Plasma
23  Cannon before, and the Plasma Cannon was one of
24  them that I recalled.
25      Q.  So what design changes did you -- well,

31

1  I will back up.
2      At the time that you were asked to add a
3  Plasma Cannon to the Venerable Dreadnought, were
4  plasma canons in existence in the Games Workshop
5  universe?
6      A.  At that time, yes, they are.
7      Q.  So what changes were you asked to make
8  to the Plasma Cannon to add it to the Venerable
9  Dreadnought?
10      A.  I was asked to make it detachable to the
11  arm of the Venerable Dreadnought and to make it
12  manufacturable, as an example.
13      Q.  And what changes did you have to make to
14  the design to accomplish that?
15      A.  I believe I just had to mount it to -- I
16  had to change it so that it would fit onto the arm
17  of the Venerable Dreadnought, for example.
18      Q.  And what changes did you have to make to
19  make it fit onto the arm of the Venerable
20  Dreadnought?
21      A.  I believe I may have had to change the
22  cable that hangs beneath it so that it would fit in
23  the confines of space, is one of the examples.
24      Q.  Change the length of the cable, change
25  the size of the cable?

32

1      MR. KEENER:  Objection to form.
2  BY THE WITNESS:
3      A.  I can't remember exactly.  I believe it
4  was just to change it to fit in the space provided
5  in the model.
6  BY MS. HARTZELL:
7      Q.  And you don't recall if that required
8  you to make it smaller?
9      A.  I don't remember whether it was smaller
10  or larger.
11      Q.  What other changes did you make to the
12  Plasma Cannon?
13      A.  I believe I separated the ammo, ammo
14  box.
15      Q.  Separated it from what?
16      A.  I believe I separated it from the arm as
17  a separate plastic piece.
18      Q.  From the arm of the Venerable
19  Dreadnought?
20      A.  Do you mean the old Venerable
21  Dreadnought or the one that we are talking about
22  now.
23      Q.  That's what I'm trying to figure out.
24  You said you separated the ammo box from the arm.
25  Which arm are you talking about?

33

1     A.   I am talking about a Dreadnought's arm.
2   The previous Games Workshop products that have been
3   mounted -- it had been mounted to.
4     Q.   So there was already a Plasma Cannon
5   mounted to the Venerable Dreadnought?
6     A.   I don't believe.  There may have been,
7   but that was not the one I based off.
8     Q.   So there was an ammo box on an arm of
9   the Venerable Dreadnought prior to your work on the
10   project?
11     A.   There was existing Games Workshop plasma
12   canons that had ammo boxes attached.
13     Q.   With regard to other products?
14     With regard to other products.
15     Q.   So you were incorporating a design of a
16   Plasma Cannon that had been incorporated into
17   another product?
18     MR. KEENER:  Objection, form.
19   BY THE WITNESS:
20     A.   That's one way of describing it.
21   BY MS. HARTZELL:
22     Q.   And in making the conversion of that
23   Plasma Cannon from another product onto the
24   Venerable Dreadnought, you made the design decision
25   to separate the ammo box from the arm; is that

34

1   correct?
2     A.   That's one way of describing it, yes.
3     Q.   Okay.  What other changes did you make
4   to the Plasma Cannon?
5     A.   I may have changed the length of the
6   barrel.
7     Q.   What other changes did you make?
8     A.   I can't think of any off the top of my
9   head.
10     Q.   Do you recall if you changed the length
11   of the barrel to make it shorter or longer?
12     A.   I can't remember.
13     Q.   And when you said that you looked at
14   plasma cannons that were mounted on other vehicles,
15   what vehicles do you recall?
16     A.   I can't remember exactly.  I believe the
17   Dreadnought had a plasma-mounted weapon.
18     Q.   The previous design of the Dreadnought?
19     MR. KEENER:  Objection, form.
20   BY THE WITNESS:
21     A.   A -- a previous version of the
22   Dreadnought.
23   BY MS. HARTZELL:
24     Q.   And when you say the Dreadnought, is
25   that the Venerable Dreadnought or some other

35

1   product?
2     A.   That is another product.
3     Q.   So it was a different type of
4   Dreadnought?
5     A.   The Venerable Dreadnought of the product
6   I mentioned.
7     Q.   The other product that you mentioned?
8     A.   The other product that I mentioned was a
9   different, yes, was a different sort of
10   Dreadnought.
11     Q.   And did it have any kind of descriptor
12   other than "Dreadnought"?
13     A.   I can't remember.
14     Q.   Do you recall what army it was used
15   with?
16     A.   I recall it was used with the Space
17   Marine army.
18     Q.   When you are designing weapons for the
19   Space Marine army, are there any particular
20   characteristics of that army that governed what
21   types of weapons you can design?
22     A.   There are lots of specifics.
23     Q.   What kinds of weapons can Space Marines
24   use?
25     A.   Space Marines can use a large number of

36

1   different sorts of weapons that are in the existing
2   cannon.
3     Q.   And which of those can you think of
4   right now?
5     A.   They have -- that I can think of right
6   now, they have energy-based weapons,
7   projectile-based weapons and other based weapons.
8     Q.   So what would be examples of
9   energy-based weapons?
10     A.   An example of a energy-based weapon for
11   the Space Marines would be a Plasma Cannon.
12     Q.   What's another example?
13     A.   Another example of an energy weapon for
14   the Space Marines would be a Lascannon.
15     Q.   What other examples of energy-based
16   weapons for the Space Marines are there?
17     A.   Another example would be a Lasgun.
18     Q.   What other examples are there?
19     A.   Another example would be a Plasma Gun.
20     Q.   What other examples?
21     A.   Another example would be a Plasma
22   Pistol.
23     Q.   What other examples can you think of?
24     A.   Another example would be a Las Pistol.
25     Q.   What other examples can you think of?

37

1 A. Another example would be a twin-linked
2 Lascannon.
3 Q. What other examples can you think of?
4 A. Another example would be a plasma
5 destructor.
6 Q. What other examples can you think of?
7 A. They are all I can think of off the top
8 of my head.
9 Q. Is it fair to say that all of the
10 energy-based weapons for the Space Marines are
11 either plasma-based or laser-based?
12 A. Not exclusively. I believe there may be
13 others.
14 Q. What others can you think of?
15 A. I can't think of any off the top of my
16 head that I would class as energy weapons.
17 Q. Are there other types of energy bases
18 that you can think of for the energy-based weapons?
19 A. Personally I can't think of any off the
20 top of my head, but I wouldn't exclude them from
21 other people's definitions.
22 Q. So using your definition, the entire
23 universe of energy-based weapons that you can think
24 of for the Space Marines include plasma-based and
25 laser-based weapons?

38

1 A. I think that they might include force
2 weapons.
3 Q. And what's a force weapon?
4 A. A force weapon is a close combat weapon
5 type.
6 Q. And what does the force descriptor mean?
7 A. The force descriptor could mean energy
8 based, but I'm not 100 percent sure it does to
9 Games Workshop as it does to me.
10 Q. So what kind of weapon would be force
11 based?
12 A. An example of a force weapon would be a
13 force shield.
14 Q. So we are talking about something like a
15 force field?
16 A. Not specifically.
17 Q. So what do you mean when you say
18 "force"?
19 A. I believe there is -- I believe "force"
20 means it has energy running through it, but I don't
21 think it's inclusive of the energy-based weapon
22 umbrella term.
23 Q. Got it. All right. So we left off with
24 you working as an established design engineer. How
25 long did you work in that role?

39

1 A. I would say roughly between a year and
2 three years, I believe.
3 Q. And what year did you start working at
4 Games Workshop?
5 A. I believe it was eight years ago.
6 Q. So that would be --
7 A. Roughly.
8 Q. -- 2004 or 2005?
9 A. Something like that, yeah.
10 Q. And you spent one year, approximately,
11 as a rapid prototyping engineering student. Do you
12 recall what year that ended?
13 A. That would have been about roughly six
14 years ago.
15 Q. So approximately 2006?
16 A. Approximately, yes.
17 Q. And then you spent one year as a trainee
18 design engineer, is that correct?
19 A. It would be roughly, roughly. I can't
20 remember whether it was a year or longer or
21 shorter.
22 Q. So would it be fair to say that in
23 approximately 2007 you completed your time as a
24 trainee design engineer?
25 A. Roughly, yes.

40

1 Q. And then you became an established
2 design engineer in approximately 2007?
3 A. I believe so, yes.
4 Q. And you spent one to three years in that
5 role, taking us to approximately 2010?
6 MR. KEENER: Objection, form.
7 BY THE WITNESS:
8 A. Roughly, I would say, yes.
9 BY MS. HARTZELL:
10 Q. What was your next role?
11 A. I believe my next role was a assistant
12 miniatures designer.
13 Q. What were your responsibilities as an
14 assistant miniatures designer?
15 A. To my knowledge, it was roughly the same
16 role.
17 Q. Were the projects that you worked on
18 limited in any way to a certain subset of Games
19 Workshop products?
20 A. I wouldn't use the term "limited to."
21 Q. Were they -- what term would you use?
22 A. I would say my projects were focused.
23 Q. What subset of Games Workshop products
24 were your activities focused on?
25 A. I believe -- I would describe it as they

41

1  were focused on Warhammer 40,000 products but not
2  exclusively.
3     Q.   Prior to your role as assistant
4  miniatures designer, did you feel that any of your
5  previous roles had a focus on a particular product
6  or product line?
7     A.   I would say they roughly fall into the
8  same -- the same description as I have just given.
9     Q.   What was your role -- how long were you
10  in the role as assistant miniatures designer?
11     A.   I would say roughly about one or two
12  years.
13     Q.   What was your next title?
14     A.   My next title was established miniatures
15  designer.
16     Q.   And that's your current role?
17     A.   That is correct.
18     Q.   And how long have you been in that role?
19     A.   I believe roughly a year.
20     Q.   And how have your responsibilities
21  changed from the time that you were an assistant
22  miniatures designer to the time that you became an
23  established miniatures designer?
24     A.   I would say they are roughly the same
25  with a few more responsibilities.

42

1     Q.   What new responsibilities have been
2  added?
3     A.   I believe I'm -- off the top of my head
4  I'm more responsible for my own projects.
5     Q.   Does that mean that you come up with the
6  ideas for the projects?
7     A.   I wouldn't describe it as that.
8     Q.   What does it mean that you are more
9  responsible for your own projects?
10     A.   I would say that I was more responsible
11  for the content of my products, my projects.
12     Q.   What other changes in your
13  responsibilities have you seen since you became
14  established miniatures designer?
15     A.   I can't say off the top of my head.  I
16  would just say there was a slight incremental
17  increase in the responsibility of my projects.
18     Q.   So the overall responsibilities that you
19  have in your current role are similar to those that
20  you had in your previous role as assistant
21  miniatures designer?
22     A.   I would say off the top of my head that
23  would be correct.
24     Q.   And how would you describe what those
25  responsibilities are currently?

43

1     A.   I would describe them currently as to
2  design and manufacture Games Workshop products.
3     Q.   So that is then your role throughout
4  your time at Games Workshop?
5     A.   It could be equated to that, yes.
6     Q.   In your time as an employee of Games
7  Workshop, have you ever had any responsibilities
8  relating to marketing of products?
9     A.   I don't believe I have.
10     Q.   Have you ever had any responsibilities
11  relating to sales of products?
12     A.   I don't believe so.
13     Q.   Have you ever had any responsibilities
14  that require interaction with customers?
15     A.   I would say yes, I have.
16     Q.   What kind of responsibilities have you
17  had in your tenure at Games Workshop that require
18  interfacing with customers?
19     A.   I would say attending games days would
20  be part of what I would describe that as.
21     Q.   And how frequently have you done that?
22     A.   Roughly once or twice a year.
23     Q.   And has that been something that you
24  have done every year of your employment?
25     A.   I believe so, yes.

44

1     Q.   Do you talk directly to the customers at
2  games days?
3     A.   I do.
4     Q.   Are there general topics that you
5  discuss with customers during games days?
6     A.   I would say as a generalization it would
7  be about the products, the Games Workshop products
8  that I've created.
9     Q.   As a general topic, is it generally
10  questions about the design choices that you made?
11     A.   Generally, in general terms I would say
12  it was much broader.
13     Q.   What else would it include?
14     A.   It would include, for example, just
15  anything from general conversational talking to
16  inquiry about my job.
17     Q.   In your interactions with customers,
18  have there been any of your designs that you found
19  to be particularly popular with customers?
20     A.   Not singularly one product, no.
21     Q.   Outside of games day, what other
22  interactions have you had with customers?
23     A.   I have spoken to customers at Games
24  Workshop stores or one specifically.
25     Q.   At a Games Workshop store?

45

1   A.   A Games Workshop store.
2   Q.   When was that?
3   A.   I can't remember.
4   Q.   Can you remember the year?
5   A.   I can't remember the year.
6   Q.   Which Games Workshop store was it?
7   A.   It was Games Workshop Hull.
8   Q.   Could you spell that?
9   A.   H-u-l-l.
10  Q.   And what was the purpose of you speaking
11  to customers at that store?
12  A.   The purpose was to answer questions to
13  customers about recent releases.
14  Q.   And were there particular recent
15  releases that you were discussing?
16  A.   I believe so.
17  Q.   Which ones?
18  A.   I can't remember off the top of my head.
19  Q.   Outside of the time that you spoke to
20  customers at Games Workshop Store Hull and the
21  games days that you have attended, what other
22  direct interactions with customers have you had?
23  A.   I have had direct interaction with
24  customers at studio open days.
25  Q.   How frequently do those occur?

46

1   A.   I would say as an estimate roughly once
2   a year.
3   Q.   And how many of those have you attended?
4   A.   I would say roughly four, around about
5   four.
6   Q.   And what happens at studio open days?
7   A.   At studio open days I speak to the
8   customers about Games Workshop products.
9   Q.   Outside of games days, studio open days
10  and the one time that you spoke to customers at the
11  Games Workshop store in hull, what other direct
12  interactions with customers have you had?
13  A.   I believe that's it generally.
14  Q.   Do you -- are you familiar with any
15  forums where customers post about Games Workshop?
16  A.   I wouldn't say familiar.
17  Q.   Are you aware of any?
18  A.   I am aware.
19  Q.   Which ones are you aware of?
20  A.   I am aware of a forum called Warseer.
21  Q.   Are you aware of any others?
22  A.   Yes.
23  Q.   What are you aware of?
24  A.   I am aware of one called Hell of Lost
25  Souls.

47

1   Q.   Are you aware of any others?
2   A.   Yes.
3   Q.   What others?
4   A.   I am aware of one called Bolter and
5   Chain Sword.
6   Q.   Bolter Unchain --
7   A.   Bolter and Chain Sword.
8   Q.   Bolter and Chain Sword.  Are you aware
9   of any others?
10  A.   I am.
11  Q.   What others are you aware of?
12  A.   I'm aware of one called Dakka Dakka.
13  Q.   Do you know what that title refers to?
14  A.   Yes.
15  Q.   What is it?
16  A.   It's a Games Workshop term.
17  Q.   For what?
18  A.   For the Ork Army.
19  Q.   Are you aware of any other forums where
20  consumers post about Games Workshop products?
21  A.   Not off the top of my head.
22  Q.   Have you read any of those forums?
23  A.   I believe so.  You could say loosely
24  I've read.  I've seen them.
25  Q.   Have you read some content from all of

48

1   the four that you've listed?
2   A.   I don't believe so.
3   Q.   Which ones have you read?
4   A.   I believe I've read WarSeer.
5   Q.   Have you read any of the others?
6   A.   I believe I might have, but not -- not
7   specifically.
8   Q.   Do you have a specific recollection of
9   what products you read about on WarSeer or what
10  forum postings?
11  MR. KEENER:  Objection to form.
12  BY THE WITNESS:
13  A.   I can't remember specifics.
14  BY MS. HARTZELL:
15  Q.   Do you remember generally?
16  A.   I believe generally it would be
17  Warhammer 40,000.
18  Q.   And you don't recall any particular
19  products that you may have read about on WarSeer?
20  A.   Not individually, no.
21  Q.   Do you remember any particular -- was
22  there a purpose for your visiting WarSeer?
23  A.   Not -- not beyond just having a look.
24  Q.   How did you become aware of it?
25  A.   I -- I can't remember.

49

```
1     Q.   And why did you decide to take a look?
2          MR. KEENER:  Objection, asked and answered.
3     BY THE WITNESS:
4     A.   I believe I just looked for the sake of
5  looking.
6     BY MS. HARTZELL:
7     Q.   Have you ever posted on any Internet
8  website regarding any Games Workshop products?
9     A.   I have not.
10    Q.   Have you ever received communications
11 directly from a customer?
12    A.   I have not, not via electronic methods.
13    Q.   So you have never received an e-mail
14 from a consumer?
15    A.   I never have.
16    Q.   Have you ever received hard copy
17 correspondence?
18    A.   I never have.
19    Q.   So when you say you've never
20 corresponded electronically with a consumer, what
21 communications with a consumer are you excluding?
22    A.   I'm excluding any, any form of
23 communication outside of direct face-to-face
24 communication.
25    Q.   Okay.  In order to design products on
```

50

```
1  behalf of Games Workshop, do you feel that it is
2  important for you to have an understanding of Games
3  Workshop's customer base?
4     A.   I don't believe that's a necessity.
5     Q.   Do you believe that it's helpful?
6     A.   I believe that it could be helpful.
7     Q.   So do you have an understanding of Games
8  Workshop's customer base?
9     A.   I would say I have a loose understanding
10 of, a sweeping generalization of Games Workshop
11 customer base.
12    Q.   So what sweeping generalization would
13 you use to describe Games Workshop's customer base?
14    A.   I would -- just very, very specifically
15 I would say that they are roughly a male-orientated
16 group, but not -- not exactly.
17    Q.   Do you find that Games Workshop
18 customers tend to have shared interests in any
19 particular topics outside of Games Workshop?
20    MR. KEENER:  Objection, form.
21 BY THE WITNESS:
22    A.   I believe they could do.
23 BY MS. HARTZELL:
24    Q.   Are you aware of any interests that
25 Games Workshop's customers tend to be interested
```

51

```
1  in?
2     A.   I wouldn't like to speculate.
3     Q.   Do you find that Games Workshop's
4  customers tend to be interested in science fiction?
5     MR. KEENER:  Objection, form.
6  BY THE WITNESS:
7     A.   I wouldn't know.
8  BY MS. HARTZELL:
9     Q.   Do you, yourself, have an interest in
10 science fiction?
11    A.   I would say I have an interest in
12 science fiction.
13    Q.   When did you first develop that
14 interest?
15    A.   I can't remember.
16    MR. KEENER:  Julianne, we have been going for
17 about an hour now.  Would you like to take a break?
18    MS. HARTZELL:  I think we have an hour and a
19 half on the tape.
20    THE VIDEOGRAPHER:  They are two-hour tapes.
21    MS. HARTZELL:  Okay.  Let's go ahead and take
22 a break, sure.
23    THE VIDEOGRAPHER:  Going off the record at
24 9:59 a.m.
25         (WHEREUPON, a recess was had.)
```

52

```
1     THE VIDEOGRAPHER:  We are back on the record
2  at 10:09 a.m.
3  BY MS. HARTZELL:
4     Q.   In your employment for Games Workshop,
5  do you work primarily in an office location?
6     A.   I would say that's a fair assumption.
7     Q.   And where is that?
8     A.   The office where I work is in
9  Nottingham, England.
10    Q.   And do you -- for a typical work week,
11 do you spend most days in the office?
12    A.   Yes, I do.
13    Q.   Do you work from home?
14    A.   I generally don't work from home.
15    Q.   In your current role, how do you get
16 projects assigned to you?
17    A.   In my current role I get assigned
18 projects from the content manager.
19    Q.   And has that been true throughout your
20 career at Games Workshop that you get projects from
21 a content manager?
22    A.   That would be a rough assumption, yes.
23    Q.   Can you think of any particular
24 instances in which a project was assigned to you
25 that did not originate with a content manager?
```

53

1    A.  I have -- in my games Workshop career I
2  have done products for other departments that have
3  not come directly from my content manager.
4    Q.  And which projects do you recall that
5  originated from other departments?
6    A.  I recall a project called the Realm of
7  Battle.
8    Q.  What is that?
9    A.  That is a terrain board used in the
10  game.
11    Q.  Do you recall any other projects that
12  originated outside of a content manager?
13    A.  I believe I have done a couple of
14  products for the hobby team.
15    Q.  Which projects do you recall that you
16  did for the hobby team?
17    A.  I remember doing some blast templates
18  for the hobby team.
19    Q.  Do you recall any others?
20    A.  Not off the top of my head, no.
21    Q.  And outside of the projects that you
22  have just mentioned, do you recall any others that
23  you worked on that originated from someone other
24  than the content manager?
25    A.  I believe I may have joined projects

54

1  that were already running, perhaps.
2    Q.  And do you have any particular projects
3  in mind that you were referring to?
4    A.  I remember a project called the Tyranid
5  Trigone.
6    Q.  And what kind of project or what kind of
7  product is that?
8    A.  That is a plastic miniature for Games
9  Workshop.
10    Q.  Is it a fighter?  Is it a vehicle?
11    A.  It is -- I would categorize it as a
12  monster.
13    Q.  What software do you use -- let's go
14  back a second.
15      Who is your current content manager that
16  you work with?
17    A.  My current content manager is Ben
18  Jefferson.
19    Q.  And how long have you worked with him?
20    A.  I would say roughly a year to two years.
21    Q.  What is the hobby team?
22    A.  I would define the hobby team as the
23  team at Games Workshop who designed hobby products.
24    Q.  And what's the difference between a
25  hobby product and other types of products at Games

55

1  Workshop?
2    A.  I would say that the hobby products are
3  primarily for use in the gaming side of business.
4    Q.  And what are the products that are not
5  included in the hobby team used for?
6    A.  I would count those as the -- the
7  primary products, the miniatures.
8    Q.  So are you excluding things like book
9  publishing?
10    A.  I'm excluding -- yeah, I'm excluding
11  paper products.
12    Q.  And what else are you excluding from the
13  definition of what would be within the realm of the
14  hobby team?
15    A.  I'm excluding anything to do with
16  computer games or books or anything like that.
17    Q.  Who were the members of the hobby team?
18    A.  There has been a lot over the years.
19    Q.  Who are the current members?
20    A.  I couldn't say with any definition.
21    Q.  Can you name any?
22    A.  I wouldn't be 100 percent certain that
23  that would be their job title.
24    Q.  Who do you think is a member of the
25  hobby team currently?

56

1    A.  I believe Chris Peach is a member of the
2  hobby team.
3    Q.  Who else do you think is currently a
4  member of the hobby team?
5    A.  I believe Duncan Rhodes is in the
6  current hobby team.
7    Q.  Who else can you think of who is
8  currently in the hobby team?
9    A.  I believe Chad is in the current hobby
10  team.
11    Q.  Chad who?
12    A.  Mierzwa.  I can't -- I can't remember
13  his last name.  Sorry.
14    Q.  Who else can you think of who you
15  believe to be a current member of the hobby team?
16    A.  That is all I can say as a rough
17  estimate for now.
18    Q.  So is the role of the hobby team related
19  to design of products?
20    A.  The role of the hobby team has changed
21  over the years.
22    Q.  What is the current role of the hobby
23  team?
24    A.  I believe the current role of the hobby
25  team is to create content for publishing and

57

1   general -- general painting, army painting.
2       Q.   When they paint army pieces in the hobby
3   team, what are they used for?
4       MR. KEENER:  Objection, form.
5   BY THE WITNESS:
6       A.   I believe they are used for the -- for
7   marketing.
8   BY MS. HARTZELL:
9       Q.   Can you think of any other purposes that
10  the painted products would be used for?
11      A.   I believe they might be used for our
12  magazine.
13      Q.   Is that White Dwarf?
14      A.   Yes.
15      Q.   Can you think of any other purposes that
16  the painted products from the hobby team would be
17  used for?
18      A.   I believe for displays for games day
19  currently.
20      Q.   Can you think of any other uses that the
21  products painted by the hobby team would be used
22  for?
23      A.   Not off the top of my head.
24      Q.   In your time at Games Workshop, what
25  kind of software have you used in the performance

58

1   of your duties?
2       A.   I've used numerous software programs.
3       Q.   Like what?
4       A.   Everything from photo editing software
5   to 3-D CAD programs to general operating systems
6   to, you know, just general ancillary software for
7   generally on PCs.
8       Q.   Do you ever use Microsoft Word?
9       A.   I sometimes use Microsoft Word.
10      Q.   What do you use it for?
11      A.   Editing text documents.
12      Q.   What kind of text documents do you
13  create in the realm of your job responsibilities?
14      A.   I would say generally I don't use many
15  text documents, but it's my de facto program for
16  using if I have to.
17      Q.   And are there types of documents that
18  you recall having made in Word?
19      A.   I remember making -- writing down a
20  couple of briefs in Word.
21      Q.   And what do you mean by "briefs"?
22      A.   I believe the explanation of what is
23  involved to create my project.
24      Q.   Do you recall having made a brief for
25  the Russ Leman Demolisher project?

59

1       MR. KEENER:  Objection to form.
2   BY THE WITNESS:
3       A.   I believe I did create a brief for the
4   Leman Russ Demolisher.
5   BY MS. HARTZELL:
6       Q.   Do you recall creating any other
7   documents in Word -- did you create the brief for
8   the Leman Russ Demolisher in Word?
9       A.   I believe I did.
10      Q.   Do you recall creating any other
11  documents in Word relating to the Leman Russ
12  Demolisher?
13      A.   I believe I may have made a frame
14  layout.
15      Q.   Do you recall any other documents that
16  you would have made in Word relating to the Leman
17  Russ Demolisher?
18      A.   Not off the top of my head.
19      Q.   Do you use Adobe Creative Suite at all?
20      A.   Is this in regards to my job or ever?
21      Q.   Yes.  In connection with your job at
22  Games Workshop.
23      A.   In connection with my job I have
24  downloaded Creative Suite, but I don't believe that
25  I've used it yet.

60

1       Q.   Do you use e-mail in your job at Games
2   Workshop?
3       A.   I do.
4       Q.   And you have an e-mail address assigned
5   by Games Workshop?
6       A.   Yes, I do.
7       Q.   Do you use it on a daily basis?
8       A.   I would say approximately, yes.
9       Q.   And what do you use it for?
10      A.   Generally receiving random e-mails of a
11  lot different reasons.
12      Q.   Do you receive e-mails in connection
13  with the projects that you are working on by
14  e-mail?
15      A.   Sometimes.
16      Q.   Do you recall receiving any e-mails
17  related to the Leman Russ Demolisher?
18      A.   I don't remember.
19      Q.   Do you have any reason to believe that
20  you did not communicate by e-mail in connection
21  with that project?
22      A.   I believe I could have not used e-mail
23  because it generally wasn't used that much.
24      Q.   When did you start using it more
25  frequently?

61

1    A.  I don't think I've -- I wouldn't class
2  myself as using e-mail frequently.
3    Q.  But you use it on a daily basis?
4    A.  Oh, I check it daily, but I've always
5  checked it daily.
6    Q.  When you receive project information
7  from a content manager, do you ever receive that by
8  e-mail?
9    A.  I would say in general I don't.
10    Q.  What is the process by which you receive
11  new project assignments?
12    A.  I would say that in general it is verbal
13  communication.
14    Q.  Do you use the Internet in connection
15  with your work on behalf of Games Workshop?
16    A.  I believe so, yes.
17    Q.  What do you use it for?
18    A.  I generally use it for -- for e-mail and
19  checking our website and checking for reference.
20    Q.  What do you mean, checking for
21  reference?
22    A.  For example, if I wanted to bring up a
23  project that we had or something like that or an
24  example of something that we've done or just for
25  general purpose.

62

1    Q.  So the instances that you've identified
2  that you use the Internet for are to check the
3  Games Workshop website, to check your e-mail and to
4  check Games Workshop references.  Do you ever
5  access any non-Games Workshop websites?
6    A.  Yes.
7    Q.  What types?
8    A.  In regards to my job?
9    Q.  Yes.
10    A.  I would say sometimes Google Images.
11    Q.  And what do you use that for?
12    A.  Sometimes for checking real-life
13  equivalencies of things that I might be designing.
14    Q.  What kinds of things that you design
15  have real-life equivalencies?
16    A.  For example, rivets.
17    Q.  Any others that you can think of?
18    A.  Just sort of general, like joints,
19  pipes, chains.
20    Q.  How about any weaponry?  Is there any
21  weaponry that you've worked on where you've
22  referred to real-life products?
23    A.  I believe I have, yes.
24    Q.  Which do you recall having reviewed
25  real-life equivalents for?

63

1    A.  I can remember looking at a range of
2  grenade launchers.
3    Q.  How about guns?  Do you recall having
4  looked at any real-life guns?
5    A.  I believe I've looked at real-life guns
6  before.
7    Q.  How about tanks?  Do you recall having
8  looked at any real-life tanks?
9    A.  I've looked at real-life tanks, yes.
10    Q.  And was that in connection with any
11  project that you were working on?
12    A.  Not specifically, no.
13    Q.  Have you ever looked at -- have you ever
14  worked on product design for an ax?
15    A.  I have not, to the best of my knowledge,
16  no.
17    Q.  Other than the types of weapons that we
18  discussed in your early design career ending with
19  the Leman Russ Demolisher and the Venerable
20  Dreadnought, since that time, what other weapons
21  projects do you recall having worked on?
22    A.  I believe every project that I've worked
23  on has had weapons.
24    Q.  Are you particularly assigned to work
25  with weapons?

64

1    A.  I believe that I'm -- in general terms,
2  all of the products have weapons in one way or
3  another; that is to say, the plastic figures.
4    Q.  Okay.
5    A.  Sorry, the plastic figures.
6    Q.  The video games don't come with weapons?
7  What?
8    All right.  Have you ever served in the
9  military?
10    A.  I have not.
11    Q.  How did you become knowledgeable about
12  weapons?
13    A.  I wouldn't say I sought it out.  I would
14  say it was general knowledge retention from
15  everyday life.
16    Q.  So you mentioned that you became aware
17  -- earlier in your testimony you mentioned that you
18  became aware of weapons used in video games.  Do
19  you recall video games where you know weapons have
20  been used?
21    A.  I do.
22    Q.  What video games can you think of?
23    A.  A large range of first-person shooters
24  and other similar games.
25    Q.  Have you played first-person shooter

65

1  video games?
2     A.  I have.
3     Q.  Which games have you played?
4     A.  I've played a large range of them.
5     Q.  Including what products?
6     A.  Including Games Workshop games, Call of
7  Duty series, Doom, Quake, yet new and old, really,
8  a quite range of them.
9     Q.  Can you think of any others?
10    A.  Yes.
11    Q.  What others?
12    A.  Rage, Red Faction, a game called XIII.
13    Q.  What was that one?
14    A.  XIII.
15    Q.  Okay.
16    A.  Spelled X-I-I-I.
17    Q.  Oh, okay.
18    A.  Numerous others.
19    Q.  Do you consider yourself to be a gamer?
20    A.  I wouldn't categorize myself as a gamer.
21    Q.  Are you an active player of video games?
22    A.  I am an active player of video games.
23    Q.  And for what period of time have you
24  been an active player of video games?
25    A.  I would say for the past 24 years.

66

1     Q.  That's quite a period.
2     A.  Yeah.
3     Q.  Prior to your time working at Games
4  Workshop, were you -- it sounds like you were an
5  active video game player, is that correct?
6     A.  Yes.
7     Q.  And the video games that you played
8  during that time period included first-person
9  shooters?
10    A.  I would say among other things they
11  included.
12    Q.  What other categories of video games
13  would you say were within your repertoire?
14    MR. KEENER:  Objection, form.
15  BY THE WITNESS:
16    A.  Any -- any game with a title, with an
17  umbrella term, really.
18  BY MS. HARTZELL:
19    Q.  With any --
20    A.  Any genre, any genre, just something of
21  any genre.
22    Q.  Are there other science fiction-related
23  video games that you can identify that you have
24  played?
25    A.  Yeah.

67

1     Q.  What others?
2     A.  I believe Gears of War could be
3  categorized as a science fiction game.  Any of
4  the -- yeah, just a whole range of games.
5  StarCraft, for example, and a lot.
6     Q.  What others come to mind?
7     A.  FreeSpace, Red Faction.  Yeah, just --
8  yeah.  There is a huge number of games I could
9  categorize as science fiction.
10    Q.  What would be your personal descriptor
11  of what science fiction encompasses?
12    A.  I would say there is a general term of a
13  few things that could count as something being
14  science fiction.  Generally I would just -- yeah.
15  It's a very broad term.
16    Q.  Are there characteristics of literature,
17  video games or movies that you consider to be
18  shared by those that you would categorize as
19  science fiction?
20    A.  Could you rephrase the question, please?
21    MR. KEENER:  Object to form.
22  BY MS. HARTZELL:
23    Q.  Sure.  Are there characteristics that
24  you believe are identifiable for science fiction?
25    A.  I would say only the science on fiction

68

1  terms.
2     Q.  So is it your understanding -- I will
3  strike that.
4     Q.  Prior to your time working at Games
5  Workshop, had you played the video game Doom?
6     A.  Yes.
7     Q.  What types of military-themed video
8  games other than the ones that you have already
9  listed have you played?
10    A.  A lot of military scenes ranging from
11  first-person shooters, tactical games, real-time
12  strategies, military simulators, zombie games, and
13  just to name a few.
14    Q.  So other than the ones that you've
15  named, what types of military-themed games can you
16  think of?
17    A.  I'm played games called Arma, A-r-m-a,
18  Command and Conquer; yeah, a whole range of
19  different military games, really.
20    Q.  Have you ever played Halo?
21    A.  Yes.
22    Q.  Had you played Halo prior to your time
23  at Games Workshop?
24    A.  I believe so, yes.
25    Q.  Other than the time -- have you ever

Walton, Thomas Oliver  2/15/2013  9:00:00 AM

69

1  played Dungeons & Dragons?
2      A.   I believe I've played Dungeons &
3  Dragons.
4      Q.   During what time period did you play
5  Dungeons & Dragons?
6      A.   During my early time period, probably
7  when I was 10 to 15, somewhere around that range.
8      Q.   And when we are talking about Dungeons &
9  Dragons, that would be not a video game; is that
10  accurate?
11      A.   That's not a video game, no.
12      Q.   So how would you describe what type of
13  game that is?
14      A.   I would describe the Dungeons & Dragons
15  game I played as being a pen-and-paper role-playing
16  game.
17      Q.   Are there other role-playing games that
18  you've played?
19      A.   Yeah, I believe so.
20      Q.   What others?
21      A.   Off the top of my head there was one
22  called Hero Quest.
23      Q.   Any others?
24      A.   Not that I can recall.
25      Q.   And was Hero Quest a game that you

70

1  played in the same approximate time period that you
2  were playing Dungeons & Dragons?
3      A.   Roughly, yes.
4      Q.   You also mentioned that there are movies
5  that you are familiar with in which weapons have
6  been used.  What movies do you recall having seen
7  that include weapons?
8      A.   I have seen a huge range of films that
9  includes weapons.
10      Q.   Have you seen the Alien films?
11      A.   I have seen the Alien films, if by so
12  you mean the Ridley Scott Alien canon films.
13      Q.   I do.  Have you seen all of them?
14      A.   I believe so, yes.
15      Q.   Have you seen the Star Wars movies?
16      A.   Yes, I have.
17      Q.   Have you seen all of them?
18      A.   I believe I've seen all of the films,
19  yes.
20      Q.   Have you seen the Star Trek movies?
21      A.   I believe so, yes.
22      Q.   Have you seen Starship Troopers?
23      A.   I have seen the first Starship Troopers
24  film.
25      Q.   Did you ever read the book "Starship

71

1  Troopers"?
2      A.   I have read the book.
3      Q.   Did you ever read the book "Dune"?
4      A.   I haven't read "Dune."
5      Q.   Have you read any of Michael Moorcock?
6      A.   I haven't.
7      Q.   Do you read any science fiction?
8      A.   I would say so, yes.
9      Q.   What books do you recall having read
10  that you categorize as science fiction?
11      A.   A whole range of books.
12      Q.   What books do you recall having read?
13      A.   I recall reading the Isaac Asimov books.
14  I recall reading the Red Dwarf books.  I recall
15  reading some graphic novels.
16      Q.   Any graphic novels in particular that
17  you recall?
18      A.   For example, "Akira" and "The
19  Surrogates."
20      Q.   From your understanding of real-life
21  weaponry, what types of weapons can be used on
22  tanks?
23      A.   In my understanding, any weapon could be
24  attached to a tank in some manner.
25      Q.   And are there types of weapons that you

72

1  understand to be commonly used with tanks?
2      A.   There were certain weapons that I would
3  say are commonly used on tanks, yes.
4      Q.   What weapons?
5      A.   I would say a main cannon, tank cannon,
6  for example.
7      Q.   Any others?
8      A.   Smoke grenade launchers and things like
9  that.
10      Q.   Any others?
11      A.   Machine guns, I imagine.
12      Q.   Any others that you understand to be
13  generally used with tanks?
14      A.   Just those off the top of my read.
15      Q.   Have you ever consulted any books to
16  learn more about weapons?
17      A.   Not specifically.
18      Q.   When you mentioned that you have used
19  Google or Google Images to learn more about
20  real-life products, have you ever used either to
21  learn more about real-life turrets?
22      MR. KEENER:  Objection, form.
23  BY THE WITNESS:
24      A.   I wouldn't say specifically.
25  BY MS. HARTZELL:

73

1   Q.   Would that fall within your research
2   regarding real-life tanks?
3      A.   Not specifically.  For the -- I have --
4   I have looked at real-life tanks, but I wouldn't
5   say specifically with regards to a single product
6   that I've made.
7      Q.   But the question was focused more on
8   turrets.
9      A.   Oh, turrets?
10     Q.   Yes.
11     A.   I don't believe I have ever looked at
12  turrets regarding to a specific product.
13     Q.   But have you ever looked at real-life
14  turrets to understand more about them?
15     A.   I have looked at real-life turrets
16  before on Google.
17     Q.   Do you have any reference materials that
18  you personally use in designing products generally?
19     A.   In general I will use the Games Workshop
20  back catalog and concept arts.
21     Q.   Do you have any other references that
22  you use?
23     A.   In general I would say that I don't.
24     Q.   Do you possess any other books that you
25  keep in your office?

74

1      A.   I do not currently have any books that I
2   keep in my office.
3      Q.   Do you have any books that you consult
4   at work outside of the Games Workshop prior
5   products?
6      A.   Could you rephrase the question, please?
7      Q.   Do you ever consult books at work?
8      A.   In regard to projects?
9      Q.   I would say generally what books at work
10  do you reference?
11     A.   In general I reference Games Workshop
12  previous back catalog.
13     Q.   Do you reference anything else?
14     A.   I would say I reference concept arts.
15     Q.   Do you reference anything else?
16     A.   In general I would say no.
17     Q.   Have you ever referenced anything else?
18     A.   I don't believe so.
19     Q.   How would you describe the Warhammer
20  40,000 world, or do you say 40K?  How do you refer
21  to it?
22     A.   Both.  I'd refer to it as Warhammer
23  40,000 or 40K.
24     Q.   Okay.  How would you describe the world
25  of Warhammer 40K?

75

1      A.   It's too big to really describe in any
2   short terms.
3      Q.   So if someone asked you about the work
4   that you do at Games Workshop, specifically the
5   kinds of products that you work on, how would you
6   describe it generally?
7      A.   If somebody asked me, I would say that I
8   design Games Workshop plastic miniatures for the
9   Warhammer 40,000 game system.
10     Q.   And if they are not familiar with
11  Warhammer 40K, how would you describe what it is?
12     A.   I would say it's a science tabletop --
13  science fantasy tabletop game, is one example of
14  something I would use to describe it.
15     Q.   And what do you mean when you say
16  "science fantasy"?
17     A.   When I say "science fantasy," I mean
18  it's a -- it's a fantastical universe that exists
19  not restricted to a single planet, for one example.
20     Q.   And when you use the term "science
21  fantasy" as compared to "science fiction," what's
22  the distinction you are drawing between those two?
23     A.   In my mind, one of the ways of
24  describing it is that science -- science fantasy is
25  more related to fantasy tropes than science fiction

76

1   is.
2      Q.   What are fantasy tropes?  What do you
3   mean by that?
4      A.   I believe I mean that the tropes that
5   constitutes the Games Workshop fantasy battle, you
6   know, things that could be used to describe our
7   fantasy range of Warhammer.
8      Q.   And what tropes do you consider to be
9   encompassed or used in Warhammer 40K?
10     A.   Generally things -- an example would be
11  we do the things that we do in fantasy, but instead
12  of being set in the past, it's set in the future.
13     Q.   Okay.  So what are some of the examples
14  of things that are used in fantasy generally that
15  you've incorporated into Warhammer 40K or that have
16  been incorporated, not you personally?
17     A.   One example of -- one example one would
18  be that we have our Orks in the fantasy range and
19  we have Orks in the 40K range.
20     Q.   What other examples can you think of?
21     A.   Just -- just generally things like that.
22     Q.   So you consider Orks to be a fantasy
23  trope?
24     A.   As a generalization, yes.
25     Q.   And would something like elves, for

Walton, Thomas Oliver  2/15/2013  9:00:00 AM

77

```
1    example, be a fantasy trope?
2    A.   In the Games Workshop world, definitely.
3    Q.   But not outside of the Games Workshop
4    world?
5    A.   It could include but not -- but not
6    defining.
7    Q.   I'm not sure I understand your answer.
8    Let's start with what do you mean when you say
9    "trope"?
10   A.   When I say "trope" in terms of that
11   question is the things that apply to our Warhammer
12   range could also be attributed to our 40K range but
13   set in the future.
14   Q.   But do you have a meaning of "trope,"
15   just the word?
16   A.   It was just the word that I used at the
17   time to describe -- as a way of tying the two
18   worlds together.
19   Q.   So what other word could you use to
20   replace "trope"?
21   A.   I could say "design cues" or something
22   like that as well.
23   Q.   So outside of Games Workshop you would
24   agree that there is a category of fiction called
25   fantasy?
```

78

```
1    MR. KEENER:  Objection, form.
2    BY THE WITNESS:
3    A.   I would say generally there is a
4    description for fantasy, but that can include a lot
5    of different things in it.
6    BY MS. HARTZELL:
7    Q.   And what do you understand as a general
8    category fantasy to encompass?
9    A.   Fantasy can encompass anything that
10   isn't real.
11   Q.   So do you understand that to include
12   elves?
13   A.   That can include elves, for example.
14   Q.   And do you understand that -- understand
15   elves to exist in the fantasy genre outside of
16   Games Workshop?
17   A.   I believe elves exist in fantasy outside
18   of Games Workshop.
19   Q.   And would that be true for Dark Elf as
20   well?
21   A.   Roughly.  They may have different names
22   or something.
23   Q.   Is there a general category -- does
24   Dungeons & Dragons have any Dark Elves, for
25   example?
```

79

```
1    A.   I can't remember.
2    Q.   Can you think of any -- of the existence
3    of a category of Dark Elves outside of Games
4    Workshop specifically?
5    A.   Dark Elves, no, not that I would say are
6    Dark Elves.
7    Q.   So you are not aware of the --
8    A.   I believe they may exist in World of
9    Warcraft but not under the same terminology.  They
10   might be called "Night Elves" or something along
11   those lines, but I'm not sure.
12   Q.   Any others you can think of?
13   A.   There might be, but I can't think of any
14   off the top of my head.
15   Q.   So are there any other categories of
16   characters -- well, I guess one category of
17   characters in Warhammer 40K would be aliens; is
18   that accurate?
19   A.   I wouldn't describe it as aliens.
20   Q.   What categories of characters would you
21   say exist in Warhammer 40K?
22   A.   I would say that they generally fall
23   under -- the categories fall under the categories
24   of the armies that they belong to.
25   Q.   So there is not an overarching
```

80

```
1    description?  None of them are humans, is that
2    correct?
3    A.   I wouldn't say none of them are humans,
4    but I wouldn't say that that was a general
5    categorization of the specific subset of a Games
6    Workshop category.
7    Q.   Oh, I think we are having a
8    miscommunication, okay.  So what I'm looking for
9    is, are there types of categories of beings?
10   A.   There are types of categories of beings.
11   Q.   That are used in Warhammer 40K?
12   A.   I would say, yes, roughly that's true.
13   Q.   And as one example of the type of
14   category that I'm looking for, I'm asking are there
15   any humans in Warhammer 40K?
16   A.   Yes, I would categorize, yeah, some as,
17   yeah, as humans.
18   Q.   Okay.  So I think we are on the same
19   page now.  So there are -- what other categories of
20   types of beings are there in Warhammer 40K?
21   MR. KEENER:  Objection, form.
22   BY THE WITNESS:
23   A.   There is a lot, there is numerous
24   different categories such as that, such as humans,
25   for example.
```

81

BY MS. HARTZELL:

2 Q. And what do they include?

3 A. Ogrins, for example.

4 Q. Could you spell that one?

5 A. O-g-r-i-n-s, I think, I believe.

6 Q. Is that something different an ogres?

7 A. I believe it is different to ogres, yes.

8 Q. What other types of categories of beings

9 exist in Warhammer 40K?

10 A. Tyranids would be an example.

11 Q. And how would you describe what a

12 Tyranid is?

13 A. A Tyranid is a hive mind-based creature,

14 nonhuman creature.

15 Q. Okay. Does it come from space?

16 MR. KEENER: Objection, form.

17 BY THE WITNESS:

18 A. I would say it comes from space, yes.

19 BY MS. HARTZELL:

20 Q. But you wouldn't categorize it as an

21 alien?

22 A. I would say under my category of an

23 alien, pretty much everything in the Games Workshop

24 world is an alien, including the humans.

25 Q. And what's your definition of an alien?

82

A. Something not from earth, as an example

2 of what I would class as alien.

3 Q. In the projects that you've designed for

4 Games Workshop in your career, what armies have you

5 designed for?

6 A. I have designed for a number of armies.

7 Q. Which one?

8 A. I have designed for Space Marines,

9 Imperial Guards, Tyranid, Dark Eldar, Eldar, Tau,

10 Dark Elves. That's all I can think of off the top

11 of my head.

12 Q. When you are making design choices for

13 different armies, what kind of characteristics of

14 the army do you take into consideration?

15 A. I take -- I generally take into

16 consideration the design cues that have come in

17 preexisting Games Workshop kits of a similar

18 nature.

19 Q. And do you make choices that vary

20 depending on the army specifically?

21 A. I would say that I make decisions that

22 are specific to the army I'm creating.

23 Q. And what kind of -- setting aside the

24 previously existing products, is there anything

25 about the backstory of the army that you take into

83

consideration in your design?

2 A. I believe, yes.

3 Q. What kind of characteristics do you

4 consider?

5 A. For example, I would consider previously

6 what weapons have this army used, for example.

7 Q. Is there anything relating to the --

8 perhaps the backstory technological development of

9 the army that you take into consideration?

10 A. I would say if it was appropriate to the

11 project, I would take that into consideration.

12 Q. So if there are specific elements of the

13 backstory for the army, those can dictate your

14 design choices?

15 A. I would say that that would be possible.

16 Q. Outside of the technological development

17 of the army, what other kinds of details that would

18 be included in the backstory would you take into

19 consideration in your design?

20 A. I would say that would be specific to

21 the -- to the projects at hand.

22 Q. Can you think of any examples of the

23 kinds of things that you would consider?

24 A. As an example, if a character's

25 backstory is that it has four arms, I would make it

84

with four arms, for example.

2 Q. So the physical characteristics of the

3 army would be taken into consideration?

4 A. I would say that's one of the elements

5 that could be described, yes.

6 Q. What other elements?

7 A. There is a number of different elements

8 that you can take from the past that would affect

9 what you are working on now.

10 Q. So would there be anything about the

11 purpose of the army that you would take into

12 consideration?

13 A. I would take that into consideration for

14 the appropriate project.

15 Q. And is there anything about the mental

16 development of the army that you would take into

17 consideration in your design choices?

18 MR. KEENER: Objection, form.

19 BY THE WITNESS:

20 A. Can you re- -- re-ask the question,

21 please?

22 BY MS. HARTZELL:

23 Q. Sure, and this may be more relevant to

24 the Warhammer world than the Warhammer 40K world

25 because I don't think I've seen an example of it.

85

1  But, for example, my understanding of at least one
2  of the Warhammer armies is that they were not
3  particularly mentally developed, that they made
4  crude weapons, that they were not smart, really.
5      A.  Right.  By "mental," do you mean like
6  their intellect, for example?
7      Q.  Correct, yes, yes.  That's what I'm
8  wondering about.
9      A.  I would say that that is taken into
10  consideration into the appropriate projects, yes.
11      Q.  So there are differences between the
12  armies in their intellectual capacity?
13      A.  I would say that that is a single
14  example, yes.
15      Q.  Okay.  What other types -- we've talked
16  about physical capabilities, I would say
17  intellectual capabilities, technological
18  development.  Are there other characteristics of
19  the armies that you would take into consideration
20  in designing -- oh.  We also discussed purpose of
21  the army.  Any other characteristics of the armies
22  that you take into consideration in design?
23      A.  I said there are more things to take
24  into consideration other than those that we've
25  mentioned.

86

1      Q.  What others?
2      A.  A large range of different factors, big
3  and small.
4      Q.  Like what?
5      A.  Anything from the range of how much
6  detail there were on their armor or all the way to
7  specific weapons they use and size of vehicles, for
8  example.
9      Q.  Are there any particular design choices
10  that you make in order to conform to the Warhammer
11  40K universe itself, not specific to an army?
12      A.  I would say yes, there is a number of
13  different things.
14      Q.  What kinds of things?
15      A.  As an example of one of them, it would
16  have to be the correct size for the game.
17      Q.  What others?
18      A.  Another example would be they would have
19  to sit among their army and not look out of place.
20      Q.  So for the entire universe of Warhammer
21  40K, what kinds of design elements are necessary to
22  make it look like it fits in place?
23      A.  I would say in terms of fitting in the
24  universe, it's very difficult because we are
25  creating a physical product, we are making a

87

1  representation.
2      Q.  Well, you've indicated that Warhammer
3  40K is a futuristic world; is that accurate?
4      A.  Yeah, that's one of the ways of
5  describing it, yes.
6      Q.  So are the design choices that you make
7  in order to make products look futuristic?
8      A.  That's one of the things that we would
9  take into account when we are making the products,
10  yes.
11      Q.  So what kind of specific choices can you
12  give as an example that you use to make something
13  look futuristic?
14      A.  It's -- there wouldn't be one specific
15  thing that would use.  It would be among a lot of
16  things.
17      Q.  Let's narrow it down to weapons.  When
18  you are trying to make a weapon look futuristic,
19  what kind of design choices do you make to achieve
20  that feel?
21      A.  There is a number of things.  Just it
22  depends on the -- on your definition of futuristic,
23  really.
24      Q.  Well, I think we are using your
25  definition of futuristic.

88

1      A.  Yes.  Is that what you mean?
2      Q.  Okay.
3      A.  I'm just say "futuristic" is a
4  relativistic term.  So some elements that you could
5  say are futuristic in some regards can also not
6  seem futuristics in others.
7      Q.  So as compared to real-life weapons,
8  what kinds of design changes or choices would you
9  make to make an equivalent product in the Games
10  Workshop universe look futuristic?
11  MR. KEENER:  Objection, form, speculation.
12  BY THE WITNESS:
13      A.  I wouldn't say that we did that.
14  BY MS. HARTZELL:
15      Q.  Would you say that as compared to
16  real-world weaponry Games Workshop weapons look
17  more futuristic?
18      A.  I wouldn't say that necessarily.
19      Q.  So taking, for example, a tank in the
20  Games Workshop Warhammer 40K universe, would you
21  say that generally it would look more futuristic
22  than a real-life tank?
23  MR. KEENER:  Objection form.
24  BY THE WITNESS:
25      A.  I would say it would depend on the tank

89

1  in question.
2  BY MS. HARTZELL:
3      Q.   Let's talk about the Leman Russ
4  Demolisher as an example.  Do you believe that it
5  has a more futuristic look than a real-life tank?
6      A.   I would say it depends on what elements
7  of it you are talking about.
8      Q.   I'm talking about the product overall.
9      A.   Overall I would say it contains both
10  retro and futuristic-looking elements.
11      Q.   So what elements would you characterize
12  as futuristic?
13      A.   For example, I would class a Plasma
14  Cannon as a future -- futuristic element.
15      Q.   What else?
16      A.   I would categorize the Lascannon, energy
17  weapons as being a futuristic -- a futuristic as
18  compared to modern.
19      Q.   What other features -- sorry.  I didn't
20  mean to cut you off.
21      A.   Sorry.  No.
22      Q.   What other features of the Leman Russ
23  Demolisher do you consider to be futuristic?
24      A.   Is this in universe or on the physical
25  kit?

90

1      Q.   What's the distinction you are drawing
2  between the two?
3      A.   For example, there can be something in
4  its backstory which can seem futuristic which does
5  not appear so instantly representable on the kit,
6  for example.
7      Q.   Then I'm focusing on the kit.
8      A.   Okay.
9      Q.   What other features of the Leman Russ
10  Demolisher kit do you consider to be futuristic?
11      A.   I would say generally the weaponry, in
12  generalistic terms.
13      THE VIDEOGRAPHER:  Counsel, five minutes until
14  tape change.
15      MS. HARTZELL: Okay.  Thank you.
16  BY MS. HARTZELL:
17      Q.   Any other features of the Leman Russ
18  Demolisher that you consider to be futuristic
19  outside of the weaponry?
20      A.   Possibly, possibly the turret are
21  elements, design elements to it.
22      Q.   And what design elements of the turret
23  do you consider to be futuristic?
24      A.   Say, for example, the ammo storage.
25      Q.   And what aspect of the ammo storage do

91

1  you consider to be futuristic?
2      A.   I would say the -- like ammo such as
3  plasma flasks and heat sinks to be a futuristic
4  style, as an example.
5      Q.   Any other features of the Leman Russ
6  Demolisher that you can think of that you consider
7  to be futuristic?
8      A.   Not off the top of my head.
9      MS. HARTZELL: Okay.  We will go ahead and
10  take a break and change the tape and if you would
11  like to adjourn for a few minutes.
12      THE VIDEOGRAPHER:  Ending Tape No. 1 of the
13  deposition of Thomas O. Walton.  We are off the
14  record at 11:01 a.m.
15      (WHEREUPON, a recess was had.)
16      THE VIDEOGRAPHER:  And beginning Tape No. 2 of
17  the deposition of Thomas O Walton.  We are back on
18  the record at 11:12 a.m.
19  BY MS. HARTZELL:
20      Q.   When did you first find out about this
21  lawsuit?
22      A.   I believe about a couple of weeks ago.
23      Q.   Had you heard any --
24      A.   The lawsuit or the deposition?  Sorry.
25      Q.   The lawsuit.

92

1      A.   The lawsuit.  I can't remember.
2      Q.   Do you remember if it was within the
3  last year?
4      A.   It was possibly within the last year.
5      Q.   Do you remember how you found out about
6  it?
7      A.   I can't remember exactly.
8      Q.   Did you find learn of it through
9  counsel?
10      A.   I don't believe so.
11      Q.   Did you first hear about it at work?
12      A.   I would say most likely, yes.
13      Q.   Did you first hear about it from a
14  coworker?
15      A.   Yeah, I believe that I would have.
16      Q.   And what did you learn when you first
17  heard about it?
18      A.   I believe when I first heard about it, I
19  think it was just maybe a rumor that something
20  might be happening, but I didn't really catch all
21  of it.
22      Q.   When did you first have an understanding
23  of who the other party to the lawsuit was?
24      A.   I think that was just over the last
25  year, possibly.

93

1     Q.   And who is your understanding of the
2  other party?
3     A.   I believe the other party is
4  Chapterhouse Studios.
5     Q.   When did you first hear of Chapterhouse?
6     A.   Probably within the last year or so.
7     Q.   How did you first hear about
8  Chapterhouse?
9     A.   Possibly through a coworker.
10    Q.   And what did you hear about Chapterhouse
11  at that time?
12    A.   I probably heard something to the effect
13  of there is this miniatures company that is ripping
14  off our products.
15    Q.   And do you recall who would have said
16  that to you?
17    A.   Not specifically.
18    Q.   After learning about Chapterhouse or
19  after hearing of Chapterhouse, did you do anything
20  to learn more about them?
21    A.   I didn't personally, no.
22    Q.   Have you ever visited their website?
23    A.   I personally have never visited their
24  website.
25    Q.   When you say personally, are you aware

94

1  of someone who has shared information about their
2  website with you?
3     MR. KEENER:  I caution the witness not to
4  reveal any communications you have had with counsel
5  for any purposes.  I don't think she is asking
6  that, but I want to make sure.
7     BY MS. HARTZELL:
8     Q.   Outside of the substance of any
9  communications with counsel, has anyone shared
10  information about Chapterhouse's website with you?
11    A.   Does "counsel" mean lawyers?
12    MR. KEENER:  Any lawyers.
13    THE WITNESS:  Okay.  Sorry.  It's just a term
14  I'm not familiar with.
15    BY THE WITNESS:
16    A.   Sorry.  Can you repeat the question?
17    BY MS. HARTZELL:
18    Q.   Yes.  Outside of the substance of any
19  communications that you had with any lawyers, has
20  anyone shared information with you about the
21  Chapterhouse website?
22    A.   I believe so, yes.
23    Q.   And who is that?
24    A.   I believe possibly Aly Morrison.
25    Q.   A-l-i?

95

1     A.   A-l-y.
2     Q.   And who is that?
3     A.   He is a coworker.
4     Q.   And what's his role?
5     A.   He is a miniatures designer.
6     Q.   And what did he share with you about
7  Chapterhouse's website?
8     A.   He had the Chapterhouse website on his
9  computer.
10    Q.   And did you look at it?
11    A.   I looked at it, yes.
12    Q.   Was there a specific product that you
13  looked at?
14    A.   Not specifically.
15    Q.   What do you recall having looked at?
16    A.   I recall seeing possibly their home page
17  being scrolled down.
18    Q.   And what was the purpose of your visit?
19    MR. KEENER:  Objection, form.
20    BY THE WITNESS:
21    A.   It wasn't my visit.
22    BY MS. HARTZELL:
23    Q.   What was the purpose of your review of
24  Chapterhouse's home page?
25    MR. KEENER:  Objection, form.

96

1     BY THE WITNESS:
2     A.   I -- I just -- I just glanced over to
3  his computer.
4     BY MS. HARTZELL:
5     Q.   And why was Mr. Morrison looking at it?
6     MR. KEENER:  Objection, form, speculation.
7     BY THE WITNESS:
8     A.   I don't know.  That's up to him.
9     BY MS. HARTZELL:
10    Q.   How did you become aware that he was
11  looking at it?
12    A.   I believe I just heard him talking in
13  general about it.
14    Q.   And what did you hear him saying
15  generally?
16    A.   Generally, I think it was expletives.
17    Q.   Very classily put.
18         Is that conversation that you are
19  recalling now the first time that you learned about
20  Chapterhouse?
21    A.   I believe so, yes.
22    Q.   And since that time have you learned --
23  outside of the substance of any communications with
24  lawyers, have you learned any more about
25  Chapterhouse?

Walton, Thomas Oliver  2/15/2013  9:00:00 AM

97

1   A.   Not in any capacity, no.
2   Q.   Do you have any familiarity with
3   Chapterhouse's products?
4   A.   Only about a minimum.
5   Q.   Which ones do you have a minimum of
6   knowledge about?
7   A.   I believe products that I've seen on
8   comparison charts.
9   Q.   Have you ever communicated with anyone
10  outside of counsel about Chapterhouse?
11  A.   Not to my knowledge, no.
12  Q.   Other than the conversation that you've
13  already recounted with Mr. Morrison, have you had
14  any conversations with anyone else about
15  Chapterhouse?
16  MR. KEENER:  Other than lawyers.
17  BY MS. HARTZELL:
18  Q.   Other than lawyers.
19  A.   I believe so.
20  Q.   You believe so?
21  A.   Yes.
22  Q.   Who do you believe you have had
23  conversations with?
24  A.   Martin Footit.
25  Q.   And when did you have conversations with

98

1   him about Chapterhouse?
2   A.   Leading -- after we had been told about
3   the deposition.
4   Q.   And what did your conversation entail?
5   MR. KEENER:  I would instruct the witness if
6   counsel was present during these conversations, I
7   don't think she is asking you for the detail or
8   substance of any of those conversations.
9   THE WITNESS:  Right.
10  MS. HARTZELL:  That is correct.
11  BY THE WITNESS:
12  A.   Generally, it was generally with
13  counsel.
14  BY MS. HARTZELL:
15  Q.   So outside of counsel or in the presence
16  of counsel and your prior conversation with
17  Mr. Morrison, have you discussed Chapterhouse with
18  anyone else?
19  A.   Not specifically, no.
20  Q.   Generally?
21  A.   Generally in terms of the deposition.
22  Q.   The fact that there would be a
23  deposition?
24  A.   Yes, yes.
25  Q.   Are you familiar with who Nick Villacci

99

1   is?
2   A.   I'm not familiar.
3   Q.   Are you familiar with who Tomasz Fiertek
4   is?
5   A.   I'm not familiar with him.
6   Q.   Outside of the conversation which you
7   generally learned of the existence of a lawsuit and
8   excluding any conversations with counsel or in
9   which counsel were present, have you had any
10  conversations with anyone about the lawsuit?
11  A.   Yes.
12  Q.   Who is that?
13  A.   I explained the situation to my
14  girlfriend.
15  Q.   And outside of your girlfriend, is there
16  anyone else that you discussed the lawsuit with?
17  A.   I discussed the lawsuit with Neil
18  Hodgson.
19  Q.   And when did you discuss it with him?
20  A.   Probably a week ago, roughly.
21  Q.   And what was the substance of your
22  communication with Mr. Hodgson about the lawsuit?
23  A.   It was generally about the process of
24  the deposition itself.
25  Q.   Anything about the substance of the

100

1   lawsuit?
2   A.   Not really, no.
3   Q.   Outside of your girlfriend, attorneys
4   and Mr. Hodgson, is there anyone that you discussed
5   the lawsuit with?
6   A.   Yes.
7   Q.   Who else?
8   A.   Jes Goodwin.
9   Q.   And when did you talk to Jes Goodwin
10  about it?
11  A.   Roughly a week ago.
12  Q.   And what was the substance of your
13  communication with Mr. Goodwin about the lawsuit?
14  A.   It was generally the content of the
15  deposition.
16  Q.   Did your conversation include any
17  discussion of the substance of the lawsuit itself?
18  A.   No, I wouldn't -- not in any substance.
19  Q.   Anyone outside of Mr. Hodgson,
20  Mr. Goodwin, your girlfriend and the attorneys that
21  you discussed the lawsuit with?
22  A.   Not to my knowledge and not -- not in
23  any substance.
24  Q.   What is your understanding of the
25  document that governs the ownership of any

101

1   intellectual property that you generate in the
2   course of your work with Games Workshop?
3       A.   Can you rephrase that, please?
4       Q.   Do you understand that the work that you
5   create for Games Workshop may result in
6   intellectual property rights being created?
7       A.   I believe so, yes.
8       Q.   And do you understand that there is some
9   document that governs the ownership of those rights
10  that are created from your work?
11      A.   I believe there might be somewhat, yes.
12      Q.   And do you have any understanding of
13  what document governs that?
14      A.   Not to any extent.
15      Q.   What did you do to prepare for this
16  deposition?
17      A.   I met with my counsel.
18      Q.   When did you meet with your counsel?
19      A.   A couple of occasions, once last week
20  and once just before this, the deposition.
21      Q.   And just before the deposition do you
22  mean today?
23      A.   Yes.
24      Q.   About how long did your conversation
25  with counsel last week last?

102

1       A.   It was roughly two hours.
2       Q.   And how long did your conversation with
3   counsel this morning last?
4       A.   About an hour.
5       Q.   In the course of your preparation did
6   you review any documents?
7       A.   Yes.
8       MR. KEENER:  Objection.
9   BY MS. HARTZELL:
10      Q.   Did you review any documents?
11      A.   I reviewed documents.
12      Q.   Did any of those documents help you
13  remember details about the substance of what you
14  will be testifying about today?
15      A.   In broad terms, yes.
16      Q.   Which documents did you -- helped you to
17  remember details?
18      A.   The comparison document.
19      Q.   Was that a document that you had seen
20  before?
21      A.   No.
22      Q.   Did any other documents help you
23  remember details of the substance of your testimony
24  today?
25      A.   Not off the top of my head, no.

103

1       Q.   Did you review the transcripts of any
2   other depositions in preparation for today?
3       A.   I did.
4       Q.   Whose transcripts did you review?
5       A.   Neil Hodgson's and Jes Goodwin's.  I
6   skim read them.
7       Q.   Outside of your participation in this
8   deposition, have you had any involvement in the
9   lawsuit?
10      A.   I was asked to supply documents to my
11  counsel.
12      Q.   And when was that request made to you?
13      A.   I can imagine a couple of months ago,
14  possibly.
15      Q.   What categories of documents were you
16  asked to gather?
17      MR. KEENER:  Objection, instruct the witness
18  not to answer.
19      MS. HARTZELL:  Did you -- and the basis of
20  that?
21      MR. KEENER:  Privilege.
22      MS. HARTZELL:  Is that the categories of the
23  documents?
24      MR. KEENER:  That the substance of the
25  communications, what he was told, yes, is

104

1   privileged.
2       MS. HARTZELL:  So the information that would
3   be included in a litigation hold is privileged?
4       MR. KEENER:  That's not what you asked.
5       MS. HARTZELL:  Well, the types of information,
6   including categories of documents --
7       MR. KEENER:  I'm saying the substance of
8   what --
9       MS. HARTZELL:  -- you are saying that is
10  privileged.
11      MR. KEENER:  I'm saying what the lawyers told
12  him is privileged.
13  BY MS. HARTZELL:
14      Q.   Did you gather any documents in response
15  to counsel's request?
16      A.   Yes.
17      Q.   Approximately how many documents did you
18  gather?
19      A.   Approximately two forms of documents.
20      Q.   What do you mean by "forms"?
21      A.   I mean digital and physical.
22      Q.   What types of physical documents did you
23  possess?
24      A.   I possessed some concept arts and
25  screenshots of the project as it was being created

105

1  and frame layouts.

2  Q.  And when you refer to "the project," are

3  you referring to the Leman Russ Demolisher project?

4  A.  Yes.

5  (WHEREUPON, a certain document was

6  marked Walton Deposition Exhibit

7  No. 1, for identification, as of

8  02/15/2013.)

9  BY MS. HARTZELL:

10  Q.  You have been handed a document that's

11  been identified as Exhibit 1.  Do you recognize

12  this document?

13  A.  I do.

14  Q.  What is it?

15  A.  It's a Games Workshop concept design

16  work.

17  Q.  Are these the physical concept art that

18  you referred to as being in your possession?

19  A.  Yes.

20  Q.  Were there any other types of physical

21  documents that you possessed in response to

22  counsel's request?

23  A.  Only the ones stated, I believe.

24  Q.  Only the concept art and screenshots?

25  A.  Oh.  Did I say frame layouts?

106

1  Q.  Perhaps.  Anything else?

2  A.  Possibly my brief, if I had printed that

3  out.  I had a digital copy of it.

4  Q.  Did you search your e-mails for

5  responsive documents?

6  A.  I don't have access to the e-mails from

7  around that time.

8  Q.  What happens to them?

9  A.  We changed e-mail system.

10  Q.  Were the e-mails archived anywhere?

11  A.  I don't know.

12  Q.  So do you know if they exist at all?

13  A.  I don't, I don't know.

14  Q.  So did you conduct any search on your

15  e-mails to identify if you have responsive

16  documents?

17  A.  I didn't because my current e-mail

18  system doesn't go back that far.

19  Q.  So you didn't do any search at all on

20  e-mails?

21  A.  Not on my current e-mail system.

22  Q.  Did you do a search on a prior e-mail

23  system?

24  A.  I don't have that e-mail system.

25  Q.  So you didn't do a search at all on

107

1  e-mails?

2  A.  No.

3  Q.  You mentioned that there were digital

4  categories of documents and that included at least

5  your brief.  Were there other digital categories of

6  documents that were responsive?

7  A.  Yes.  There was work in progress, CAD

8  files, possibly reference from previous Leman Russ

9  kits, and the hand-over file, the hand-over folder,

10  which is the final digital copy, possibly, among

11  other things.

12  Q.  But there are no other things that you

13  can think of right now?

14  A.  Not of any use.

15  Q.  Okay.  Finally, let's look at the

16  project.

17  (WHEREUPON, a certain document was

18  marked Walton Deposition Exhibit

19  No. 2, for identification, as of

20  02/15/2013.)

21  BY MS. HARTZELL:

22  Q.  What is the Leman Russ Demolisher?

23  A.  Leman Russ Demolisher is a variant of

24  the Leman Russ Demolisher tank, which is an

25  existing Games Workshop tank.

108

1  Q.  Do you know when the original Leman Russ

2  tank was created?

3  A.  Not off the top of my head, no.

4  Q.  Do you know an approximate time frame?

5  A.  Possibly five years, if not greater

6  than.  I can't guess.

7  Q.  Turning to the second page of the

8  document that you have been handed identified as

9  Exhibit 2, it makes reference to an original kit

10  that was made so long ago, 1994.  Is that the

11  original Leman Russ tank, or is that something

12  else?

13  A.  Oh, possibly.  I can't remember now, but

14  I would assume that's probably what it's alluding

15  to.

16  Q.  So you would understand the reference to

17  the original kit to be to the Leman Russ tank?

18  A.  Yes, I would.

19  Q.  When did you become involved in a

20  project relating to the Leman Russ Demolisher?

21  A.  I would say it would be roughly around

22  the 14th of September 2007.

23  Q.  Excellent.  And who assigned the project

24  to you?

25  A.  I would say probably Ted Williams.

109

1    Q.   What were you asked to do?
2    A.   Basically I was asked to remodel the
3  existing Leman Russ tank into modern plastic kit
4  with some different weapon variants on it.
5    Q.   Were the weapons that you were to
6  include identified for you, or did you make choices
7  about which weapons to include?
8    MR. KEENER:  Objection, form.
9  BY THE WITNESS:
10    A.   I believe they weren't my choices.  They
11  were predetermined.
12  BY MS. HARTZELL:
13    Q.   And is it your understanding that
14  Mr. Williams made that determination?
15    A.   I believe he may have made some.  I
16  can't say if it was him or not.
17    Q.   So other than being tasked with making
18  the product a modern plastic kit and adding
19  predetermined weapons, were there other general
20  updates that were included in the scope of your
21  project?
22    A.   I did some concepting where I changed
23  the design of the hull to see what it would look
24  like under different circumstances.
25    Q.   Did you ultimately incorporate any of

110

1  those changes into the new design?
2    A.   Not into the final design, no.
3    Q.   Are there other categories of updates
4  that you were asked to make in the project?
5    A.   I was asked to update the war gear
6  options.
7    Q.   What does that mean?
8    A.   That is in-game options that you can add
9  or take away from the tank.
10    Q.   So what changes were you asked to make
11  to that?
12    A.   I was asked to concept what it would
13  look like with ablative armor.
14    Q.   With a plate of armor?
15    A.   Ablative.
16    Q.   Oh.  What does that mean?
17    A.   It's a Games Workshop heavy armor type.
18    Q.   What do you mean when you talk about
19  heavy armor?
20    A.   I mean armor additional to that that
21  exists on the original Leman Russ kit.
22    Q.   So would it be anything additional, or
23  is it a type of armor?
24    A.   Specifically it's a type of armor.
25    Q.   So what that is type of armor?  How

111

1  would you describe heavy armor?
2    MR. KEENER:  Objection to form.
3  BY THE WITNESS:
4    A.   I would describe ablative armor as being
5  an extra layer of armor over the top of the
6  existing Leman Russ armor.
7  BY MS. HARTZELL:
8    Q.   So when you described ablative as being
9  heavy armor, is that a category that you understand
10  of a type of armor?
11    A.   I believe it's war gear option.
12    Q.   Okay.  So that's a specific category?
13    A.   Yes, it's an example of a category.
14    Q.   In your general understanding of
15  weaponry outside of the Games Workshop world, is
16  there a meaning of the term "heavy armor"?
17    A.   I believe it generally just means
18  thicker than normal armor, but that would be a
19  guess.
20    Q.   And I've seen reference to heavy
21  weapons.  Is there a meaning for what that refers
22  to?
23    MR. KEENER:  Objection, form.
24  BY THE WITNESS:
25    A.   A Games Workshop category for heavier

112

1  than a standard weapon.
2  BY MS. HARTZELL:
3    Q.   Heavier in weight?
4    A.   I believe it means in terms of fire
5  power.
6    Q.   And you are familiar with weapons
7  outside of the Games Workshop universe, correct?
8    A.   Broadly speaking, that's correct.
9    Q.   And are you familiar with the use of the
10  term "heavy weapon" outside of that universe?
11    A.   I believe it could possibly exist
12  outside of Games Workshop terminology, yes.
13    Q.   Are you aware of it existing outside of
14  Games Workshop terminology?
15    A.   Yeah, in terms of "heavy" meaning
16  heavier fire power.
17    Q.   So your understanding is that the
18  meaning is the same both within the Games Workshop
19  universe and outside the Games Workshop universe,
20  that heavy weapons refer to weapons with higher
21  fire power?
22    MR. KEENER:  Objection to form, misstates
23  prior testimony.
24  BY THE WITNESS:
25    A.   Yes, I believe that's -- that's what it

113

1 means.
2 BY MS. HARTZELL:
3    Q.   And are there examples of weapons that
4 you would categorize as heavy weapons?
5    A.   Yes.  The weapons that appear on the
6 Leman Russ Demolisher I would classify as the heavy
7 weapons.
8    Q.   All of them?
9    A.   All of them where are mentioned heavy
10 bolters, heavy flamers, for example, and the main
11 battle canons and things like that.
12    Q.   So outside of the Games Workshop
13 universe, what kinds of weapons do you understand
14 would be included in the general category of heavy
15 weapons?
16    A.   It depends on what you meant by the
17 category.
18    Q.   Well, I think you described it as having
19 a higher fire power, right?
20    A.   Yes.
21    Q.   So what weapons do you understand would
22 be categorized that way?
23    A.   It depends on who is setting the
24 category.
25    Q.   Have you seen it used outside of the

114

1 Games Workshop universe?  I believe you said yes?
2    A.   Yes.
3    Q.   So what kinds of weapons have you seen
4 it used in connection with?
5    A.   For example, a light machine gun and a
6 heavy machine gun, but I wouldn't know what
7 constitutes it being a heavier one.
8    Q.   Except that you understand it to mean a
9 higher fire power?
10    A.   Yes.  I don't know by what degree.
11    Q.   You don't know where that line is?
12    A.   Yes, exactly.
13    Q.   Okay.  I get it.  Any other weapons that
14 you can think of that you have seen identified as
15 heavy weapons outside the Games Workshop universe?
16    A.   Not off the top of my head, just nothing
17 apart from generalizations.
18    Q.   You were handed a document that was
19 identified as Exhibit No. 2.  Do you recognize that
20 document?
21    A.   Yes.
22    Q.   What is it?
23    A.   It is a project brief, I believe.
24    Q.   Is this your project brief for the Leman
25 Russ Demolisher?

115

1    A.   This is my project brief, yes.
2    Q.   And this is the brief that you have
3 mentioned previously?
4    A.   Yes.
5    Q.   So in terms of -- had there been prior
6 to this project a Leman Russ Demolisher?
7    A.   I believe there was a Leman Russ
8 Demolisher existing in the Games Workshop universe.
9    Q.   So prior to this project there was both
10 a Leman Russ tank and a Leman Russ Demolisher?
11    A.   I believe so, yes.
12    Q.   And those are separate things?
13    A.   Yes, I believe so.
14    Q.   Okay.  Just making sure I understand the
15 terminology.
16    A.   Yeah.
17    Q.   What makes it a Demolisher as compared
18 to a general -- the Leman Russ tank?
19    A.   I believe it has heavier armor and a
20 different main battle cannon weapon, among other
21 differences.
22    Q.   Are there other variations of the Leman
23 Russ tank?
24    A.   I believe there are, yes.
25    Q.   Are you familiar with any of them?

116

1    A.   I am, yes.
2    Q.   What are the other variations?
3    A.   The other variations off the top of my
4 head are the Punisher, the Executioner, the
5 Vanquisher, the Annihilator, possibly.  That's all
6 I can remember off the top of my head.
7    Q.   Those are some intimidating names.
8    A.   Yes.
9    Q.   I believe you had testified before that
10 some of the features of the Leman Russ Demolisher
11 were more futuristic and some of them were more
12 retro.  Is that accurate?
13    A.   It would depend on the point of
14 reference, but yes, broadly.
15    Q.   So what design features were you
16 categorizing as retro?
17    A.   A number of different elements, some
18 tonal, some actual.  You can break down lots of
19 different elements of it.
20    Q.   So what would you categorize as actual
21 retro elements?
22    A.   An actual retro element, for example,
23 would be the fact that it had tracks, for example,
24 and side sponsons.
25    Q.   Anything else that you considered to be

117

1  actual retro elements?
2      A.   Actual retro, for example, some of the
3  way the rivets are done could be under certain
4  classes described as retro.
5      Q.   Any other elements?
6      A.   Possibly, but not that I can think of
7  off the top of my head.
8      Q.   And you mentioned tonal retro elements.
9  What would you categorize as that?
10     A.   Just I mean like the whole thing
11  together can feel retro and futuristic at the same
12  time and in terms of where it sits in terms of the
13  rules and backstory and basically everything that
14  comes together.
15     Q.   So when you started working on this
16  project, did you have a familiarity with the Leman
17  Russ tank or the prior Leman Russ Demolisher?
18     MR. KEENER:  Objection to form.
19  BY THE WITNESS:
20     A.   Yes, I believe I did.
21  BY MS. HARTZELL:
22     Q.   And how were you familiar with it?  Had
23  you worked on prior projects relating to it?
24     MR. KEENER:  Objection, form.
25  BY THE WITNESS:

118

1      A.   I have not.
2  BY MS. HARTZELL:
3      Q.   How were you familiar with it?
4      A.   I'd seen it within the Games Workshop
5  products.
6      Q.   Had you ever possessed it when you were
7  playing Warhammer?
8      A.   No.
9      Q.   Was there a particular feel that you
10  wanted to accomplish in the project that you were
11  working on for the end result?
12     MR. KEENER:  Objection, form.
13  BY THE WITNESS:
14     A.   The major goal was just to make it just
15  better as the ultimate goal.  There wasn't a --
16  anything beyond that, really.
17  BY MS. HARTZELL:
18     Q.   And you were listed as being in charge
19  of design for manufacture, is that correct?
20     A.   I wasn't in charge of design for
21  manufacture, but that was one of my roles within
22  the company at the time.
23     Q.   And what's encompassed by that role for
24  this project?
25     A.   It was generally a term to describe

119

1  designing.  It was basically a departmental term
2  for people working on computers at the time.
3      Q.   Okay.  As compared to studio contacts,
4  were they generally not working on computers at the
5  time?
6      A.   No.  Studio contracts doesn't refer to
7  that.
8      Q.   Okay.  So who would be distinguished?
9  Design for manufacturer being the computer people
10  as compared to whom?
11     A.   As compared to traditional sculptors.
12     Q.   Okay.  Sculptors versus design for
13  manufacture, got it.  And what was the role of
14  studio contacts in this project?
15     A.   The studio contacts were people within
16  the design studio who I would have contact with to
17  discuss anything that I needed to discuss.
18     Q.   And what kinds of things would you
19  discuss with them?
20     A.   For example, when I did the concepts of
21  the ablative armor, I would show that to the studio
22  contacts to get affirmation of whether or not to
23  include them on the final kit.
24     Q.   Okay.  Turning to the second page of
25  Exhibit 2, Phase 5 refers to changing the

120

1  superficial details of the parts to modernize the
2  original kit.  What was your understanding of what
3  that meant?
4      A.   What that meant to me was to -- for
5  example, some of the older kits that we made may
6  have been a little bit wobbly or inaccurate, for
7  lack of a better term; was to make everything more
8  modern, more straight, fit together properly and
9  update the details to be more in line with the
10  modern kits that we were creating at that time.
11     Q.   And what kind of detail changes did you
12  need to make to modernize the kit?
13     A.   I believe some of the other weapons were
14  perhaps slightly -- slightly different
15  comparatively to how we were doing weapons at the
16  time.
17     Q.   And do you recall the types of design
18  features that were necessary to update or to
19  modernize?
20     A.   Not specifically.  An example would be
21  make it straight, for example.
22     Q.   So the reference in Phase 1 to modeling
23  the existing Leman Russ and Demolisher parts into
24  solid works CAD system, what did you understand
25  that to refer to?

121

1     A.   That refers to -- solid works is the
2  software I use.  It is a CAD system.  It is a
3  computer-aided design system.
4     Q.   So that is it accurate to say that that
5  step related to creating a 3-D design of the
6  existing product?
7     A.   A 3-D -- 3-D could mean physical.  This
8  meant purely digital.
9     Q.   So creating a digital 3-D model of the
10  existing product?
11     A.   That would be a way of describing it.
12     Q.   And turning to the last page of that
13  document, there is a list of changes.  Do you see
14  that?
15     A.   Yes.
16     Q.   Does that refer to changes that you were
17  originally asked to make or changes that you
18  identified during the course of the project that
19  needed to be made or that you proposed to be made?
20     A.   To the best of my knowledge, it was
21  general things that I had noted about it before I'd
22  started the project.
23     Q.   So this is a list that you generated?
24     A.   Yes.
25     Q.   And part of the project included -- as

122

1  part of the modeling of the existing product, did
2  you make any changes to aid in manufacture of the
3  new product?
4     A.   On the manufacturability I believe it
5  states tooling/moldability problems that can occur
6  from translation of the original model into digital
7  data.
8     Q.   And did you see that some of those
9  problems occurred during the course of the project?
10     A.   Yes.  They had to.
11     Q.   So what kind of design changes did you
12  make to address those concerns or issues?
13     A.   It was generally moldability, draft
14  issues and the like.
15     Q.   So looking back at the last page of this
16  document and the list of changes, how did you
17  determine which of -- how did you come up with this
18  list?
19     A.   I can't remember.
20     Q.   What were you looking to accomplish by
21  making these changes?
22     A.   I believe they were to make the kit
23  better.
24     Q.   So how did lowering or narrowing the
25  turret make the kit better?

123

1     A.   I can't remember.
2     Q.   Why did you suggest lowering or
3  narrowing the turret?
4     A.   I believe it may have been mentioned in
5  a meeting with the studio contacts, or it could
6  have just been an idea I had at the time.
7     Q.   Was it ultimately incorporated into the
8  project?
9     A.   I believe so.
10     Q.   And what was the purpose of lowering it,
11  lowering the turret or narrowing the turret?
12     A.   I believe it was a aesthetic choice.
13     Q.   So that change was added in order to
14  affect the overall look of the design?
15     A.   I believe any changes that you made
16  would affect the overall look of the design.
17     Q.   Is that a change that you considered to
18  be important to the overall look of the design?
19     MR. KEENER:  Objection, form.
20  BY THE WITNESS:
21     A.   I think that would be subjective.
22  BY MS. HARTZELL:
23     Q.   And I'm asking your subjective opinion.
24     A.   To me, I would say it would be a change,
25  it would be an aesthetic change.  It's hard to

124

1  quantify how much better it would make it.
2     Q.   Did you consider it to be important?
3     MR. KEENER:  Objection, asked and answered.
4  BY THE WITNESS:
5     A.   It depends on what you mean by
6  "important."
7  BY MS. HARTZELL:
8     Q.   Well, it's a change that you proposed,
9  right?
10     A.   Possibly.
11     Q.   And it's a change that was enacted?
12     A.   Yes.
13     Q.   Was it lowered or was it narrowed or was
14  it both?
15     A.   I can't remember.
16     Q.   And the next one is the turret storage
17  bin to be attached to the turret.  Is that a design
18  change that was implemented?
19     A.   I believe so.
20     Q.   And what was the purpose of that change?
21     A.   I believe it was aesthetics.
22     Q.   And the bin was to be raised higher than
23  the turret, is that correct?
24     A.   Apparently so, yes.
25     Q.   Was that enacted in the design?

125

1   A.   I can't remember.

2   Q.   The next line, the offset turret hatch

3   from center was a proposed change, is that correct?

4   A.   I believe so, yes.

5   Q.   Was that enacted?

6   A.   I can't remember.

7   Q.   What was the purpose of that change?

8   A.   I can imagine that it would be

9   aesthetic.

10   Q.   The next line is "Sponson to be

11   separated from weapons."  Was that design change

12   enacted?

13   A.   I believe it was, yes.

14   Q.   And what was the purpose of that?

15   A.   I believe it was for ease of modeling.

16   Q.   Is that the same as ease of manufacture,

17   or is that something different?

18   A.   No.  It's something different.

19   Q.   So what is ease of modeling?

20   A.   Ease of modeling is a term I've just

21   come up with to generally mean make it easier for

22   the customer to put together.

23   Q.   Okay.  So the purpose of that is to

24   assist the customer in putting together the model?

25   A.   Yes.

126

1   Q.   Understood.  The weapons to be

2   redesigned to slot into sponsons, that was a design

3   change proposed at this time, correct?

4   A.   Yes, I believe so.

5   Q.   Where were the weapons previously?

6   A.   I believe they were attached to sponson

7   drums.

8   Q.   So what's the difference between

9   slotting into a sponson and being attached to a

10   sponson drum?

11   A.   I believe the difference is that they

12   are separated, there is two separate parts of the

13   kit as opposed to one singular part of the kit.

14   Q.   And what was the purpose of that change?

15   A.   I believe it was to make it easier for

16   the customer.

17   Q.   For the customer to put the part -- the

18   kit together?

19   A.   I would say that was a fair assessment.

20   Q.   The next line is "Update weapon

21   aesthetic."  Is that a change that was adopted in

22   the final design?

23   A.   I believe so, yes.

24   Q.   And what do you mean by "update weapon

25   aesthetic"?

127

1   A.   I believe I referred to earlier when I

2   said just to make it straight, make it more in line

3   with the weapons we were designing at the time.

4   Q.   And are there any design elements that

5   were added in order to make it consistent with the

6   weapons you were using at the time?

7   A.   I can't remember.

8   Q.   And what was the purpose of that change?

9   A.   Aesthetic.

10   Q.   The next line is "The turret gun to be

11   shortened or narrowed."  Was that a design change

12   that was adopted in the final design?

13   A.   I can't remember.

14   Q.   What was the purpose of that change?

15   A.   I believe it would have been aesthetic.

16   Q.   The next one is "Wheel frame completely

17   removed."  Is that a design change that was adopted

18   in the project?

19   A.   It was.

20   Q.   And what was the purpose of that change?

21   A.   I believe it was to save space on the

22   frame of the kit.

23   Q.   And why would you want to save space?

24   A.   I believe if you save space, you can put

25   more things on.

128

1   Q.   So are you talking about the frame that

2   is used to mold the product?

3   A.   Yeah, that's what I'm referring to, the

4   frame, the plastic frame that the kit comes on.

5   Q.   So if you can save space, then you can

6   put more parts in the frame?

7   A.   Essentially, yes.

8   Q.   The next line is "Separators added to

9   tank sides to emulate the wheels."  Is that a

10   design change that was incorporated into the

11   project?

12   A.   I can't remember.

13   Q.   What was the purpose of that, to the

14   best of your understanding?

15   A.   To the best of my understanding, it was

16   to do the same job as what the wheel frame would do

17   but without taking up the space.

18   Q.   So that would be a suggestion to replace

19   the wheel frame entirely?

20   A.   I believe it was one of them, probably.

21   Q.   And what would be the purpose of making

22   that change?

23   A.   I believe it would be to save space on

24   the plastic frame.

25   Q.   The next line describes "Rationalize

129

1  details on tank sides, hatches, et cetera." What
2  does that refer to?
3     A.  I believe it means to make the fewest
4  amount of parts as possible on the frame.
5     Q.  So "rationalize" is being used as an
6  equivalent essentially of "minimize"?
7     A.  Yes.  It's an engineering term to reduce
8  the number of parts in a system.
9     Q.  Was that proposed change adopted in the
10  design of the project?
11     A.  I believe so, yes.
12     Q.  What details were removed?
13     MR. KEENER:  Objection to form.
14  BY THE WITNESS:
15     A.  I can't remember.
16  BY MS. HARTZELL:
17     Q.  What was the purpose of that change?
18     A.  I believe it was to save space on the
19  frame.
20     Q.  The next line reads "Lose cupola on role
21  Hull C frame."  What does that refer to?
22     A.  I can't remember.
23     Q.  Is that a change that you recall to have
24  been incorporated?
25     MR. KEENER:  Object to form.

130

1  BY THE WITNESS:
2     A.  I can't remember.
3  BY MS. HARTZELL:
4     Q.  The next line states "Update rivets."
5  What do you understand that to have been referring
6  to?
7     A.  I believe it means the size of the
8  rivets to be compatible with the same size of
9  rivets that were on existing kits at the time.
10     Q.  So did that mean making them larger or
11  smaller?
12     A.  Yes.
13     Q.  Both?
14     A.  I believe so, yes.
15     Q.  How would a decision be made as to
16  whether to make the rivet larger or smaller?
17     A.  I could guess at measuring them compared
18  to the sizes, the relative sizes of them compared
19  to the ones on modern tanks.  Oh, I'm sorry.  Our
20  modern tank kits.
21     Q.  So in terms of when you referenced
22  previously that you had used Google Images or
23  Google itself to view rivets, was that in
24  connection with this project?
25     A.  That was not.

131

1     Q.  Was that prior to the time that you
2  worked on this project?
3     A.  I believe that was after the time that I
4  worked on this project.
5     Q.  Is the update rivets aspect one that you
6  understand to have been incorporated into project?
7     A.  I believe it was.
8     Q.  And what was the purpose of that change?
9     A.  I believe it was an updating exercise.
10     Q.  The next line reads "Two of each sponson
11  weapon."  What do you understand that to be
12  referring to?
13     A.  I believe it means to create two of each
14  weapon that was on the kit that was to fit into the
15  sponsons.
16     Q.  And is it your understanding that prior
17  to that time there had only been one of each
18  weapon?
19     A.  I would guess at that, but I wouldn't be
20  100 percent sure.
21     Q.  And what was the purpose of that change?
22     A.  I'm guessing that it would be something
23  to do with the rules.
24     Q.  Was that a change that was adopted?
25     A.  I believe so.

132

1     Q.  The next line reads "Demolisher turret
2  side panels included on main turret."  What's your
3  understanding of what that's referring to?
4     A.  I don't remember.  I believe it was a
5  rationalization exercise.
6     Q.  Is it your understanding that that is a
7  change that was not adopted in the final design?
8     A.  I can't remember without having a look
9  at it.
10     Q.  And the next line is "Panel over
11  Lascannon turret on front of superstructure."  What
12  does that refer to?
13     A.  I believe it's referring to putting a
14  panel over the front end of the tank.
15     Q.  Over the end of the tank?
16     A.  Over the front -- front surface of the
17  main superstructure of the tank.
18     Q.  Is that a design proposal that you
19  understand was adopted in the final design?
20     A.  It was not in -- in the final design.
21     Q.  And what was the purpose of that
22  proposal?
23     A.  I believe it was something to do with
24  the rules.
25     Q.  All right.  You can set that document

133

1    aside.
2        MR. KEENER:  Julianne, it has been about
3    another hour.
4        MS. HARTZELL:  We can take a break.
5        THE VIDEOGRAPHER:  Going off the record at
6    11:59 a.m.
7        (WHEREUPON, a recess was had.)
8        THE VIDEOGRAPHER:  We are back on the record
9    at 12:07 a.m.
10   BY MS. HARTZELL:
11       Q.  Outside of the list of design changes
12   that we've just discussed, what other changes to
13   the design were incorporated in your project?
14       A.  Are we talking about the Leman Russ
15   Demolisher project?
16       Q.  We are.
17       A.  Well, I believe that covers most of
18   them.  I can't -- I can't remember any.  Any other
19   changes may have been quite small.
20       Q.  You mentioned that there were some
21   issues in converting to manufacture or something of
22   that type.  Do you know what I'm referring to?
23       A.  I understand what you mean, yes.
24       Q.  What design changes were made to address
25   those manufacturing issues?

134

1        A.  So they are basically just taken through
2    the process of manufacturability that we take all
3    of our plastic kits through.
4        Q.  So can you identify any changes to the
5    design that were added to address manufacturability
6    issues?
7        A.  For example, something that might have
8    happened was a barrel that might have been in one
9    part in metal would have been split into two parts
10   in plastic so that you could get the hole down the
11   center of it.
12       Q.  And among the list of design changes
13   that we've previously discussed, did any of them
14   relate to manufacturability?
15       A.  The third page of --
16       Q.  Correct.
17       A.  I believe -- I don't think anything of
18   them directly -- oh.  The addition of demolisher
19   metal parts into existing plastic frame, I believe
20   that that was purely a manufacturable,
21   manufacturability issue.
22       MS. HARTZELL:  Would you mark that, please.
23       (WHEREUPON, a certain document was
24       marked Walton Deposition Exhibit
25       No. 3, for identification, as of

135

1        02/15/2013.)
2    BY MS. HARTZELL:
3        Q.  You have been handed a document that's
4    identified as Exhibit 3.  Do you recognize that
5    document?
6        A.  I do.
7        Q.  What is it?
8        A.  I believe it's a collection of the
9    previous Leman Russ plastic kit and the metal
10   Demolisher kits that we made previous to the
11   project that I worked on, yes.
12       Q.  So turning to the page identified by the
13   production number GW0011246.
14       A.  Okay.
15       Q.  What are these?
16       A.  I believe these are the metal upgrade
17   parts that you add to the -- sorry.  It is a
18   pictorial reference of the parts that make up the
19   Demolisher metal kit.
20       Q.  And that was the preexisting Demolisher
21   kit?
22       A.  I believe so, yes.
23       Q.  Did you make design changes other than
24   the change in material to the Demolisher and
25   Multi-Melta sponson that is pictured on this page

136

1    for incorporation into the new project that you
2    worked on?
3        A.  I believe I -- I believe I must have
4    changed it, yes.
5        Q.  What changes do you recall making?
6        A.  I wouldn't like to say without
7    considering the modern design.
8        Q.  Would that also be true for the
9    Demolisher Plasma Gun sponson that you are not able
10   to identify changes to the design that you made
11   without seeing the modern design?
12       A.  That's correct.
13       (WHEREUPON, a certain document was
14       marked Walton Deposition Exhibit
15       No. 4, for identification, as of
16       02/15/2013.)
17   BY MS. HARTZELL:
18       Q.  You have been handed a document that's
19   identified as Exhibit 4.  Do you recognize this
20   document?
21       A.  Yes, I do.
22       Q.  What is it?
23       A.  I believe it's a collection of -- well,
24   it looks like data contained in the previous
25   exhibits plus some screenshots of work in progress,

137

1    Leman Russ Demolisher CAD images.
2        Q.    And for the works in progress, do those
3    refer to the project that you worked on?
4        A.    That's what I'm referring to, yes.
5        Q.    Turning to the page identified by
6    production number GW11254 --
7        A.    Yes.
8        Q.    -- what is this page?
9        A.    This was the existing Leman Russ Hull
10   frame previous to me, prior to me working on the
11   updated Demolisher kit.
12       Q.    And turning to the previous page marked
13   GW0011253, what is that page?
14       A.    I believe that's the imperial tank
15   accessory sprue.
16       Q.    And that was something that was existing
17   prior to your work?
18       A.    That existed prior to the work I was
19   working on, yes.
20       Q.    And turning to the page marked GW11255,
21   what is that?
22       A.    It looks like the Leman Russ Hull "C"
23   frame.
24       Q.    And was that preexisting to your work?
25       A.    That preexisted to the work that I did

138

1    on the Demolisher.
2        Q.    Is it fair to say that each of the
3    designs in this packet preexisted your work?
4        A.    The screenshots weren't preexisting the
5    work.  They were the work in progress at the time.
6        Q.    So are the screenshots the page GW11250
7    and GW11252?
8        A.    They were work in progress while I was
9    working on the project at hand.
10       Q.    So when you say screenshots, those are
11   the two pages you are referring to?
12       A.    I believe GW0011256 is also one as well.
13       Q.    And do any of those screenshots
14   represent the final design that was adopted?
15       A.    I don't believe so, no.
16             (WHEREUPON, a certain document was
17             marked Walton Deposition Exhibit
18             No. 5, for identification, as of
19             02/15/2013.)
20       THE WITNESS:  Thank you.
21   BY MS. HARTZELL:
22       Q.    You have been handed a document
23   identified as Exhibit 5.  If you could turn to --
24   well, let's see.  We don't have page numbers, so...
25             The page that looks like this that's

139

1    about a third of the way through (indicating).
2        A.    Okay.  A green tank.  This one.
3        Q.    Do you recognize the product that is
4    pictured in the bottom right-hand side under the
5    heading "Leman Russ Demolisher"?
6        A.    I recognize it, yes.
7        Q.    What is that?
8        A.    That is the Plasma Cannon sponson weapon
9    of the Leman Russ Demolisher.
10       Q.    And is that the version of the Leman
11   Russ Demolisher that you worked on?
12       A.    I believe so, to the best of my
13   knowledge.
14       MR. KEENER:  Hold off one second while I find
15   it.  What card entry number is it?
16       MS. HARTZELL:  It is 131.
17       MR. KEENER:  Okay.  Thank you.
18       MS. HARTZELL:  Sure.
19   BY MS. HARTZELL:
20       Q.    Can you identify from that photograph
21   design changes that you made to the Plasma Gun on
22   the Leman Russ Demolisher in the course of your
23   project?
24       A.    Is that the previous, the metal Leman
25   Russ Demolisher?

140

1        Q.    You indicated that this was a project
2    that you worked on, yes?
3        A.    Yes.
4        Q.    Is this a project different than the one
5    that we have been talking about?
6        A.    No, but when you are comparing it, you
7    compared it to the same project we were talking
8    about.
9        Q.    Let me try rephrasing it.
10             During the project that we have been
11   talking about, did you make any design changes to
12   the plasma guns pictured here -- Plasma Gun
13   pictured here?  I guess that's enough.
14       A.    In comparison to what?  In comparison to
15   the original Leman Russ Demolisher?
16       Q.    In comparison to the work you
17   started with?
18       A.    It was the work that I started with.
19       Q.    So you received an assignment to update
20   weapons, correct?
21       A.    Yes, correct.
22       Q.    And that was updating from what?
23       A.    From the metal previous Demolisher kit.
24       Q.    Did you make changes to this weapon?
25       A.    I believe I did.

141

1   Q.   What changes?

2   A.   It would be hard to quantify without

3   having both the physical ones on me.

4   Q.   Turning back to Exhibit No. 3, the page

5   identified by production number GW11246.

6   A.   Yes.

7   Q.   Comparing the Plasma Gun pictured in

8   Exhibit 3 with the plasma gun pictured in Exhibit

9   5, what changes did you make to the design?

10   A.   It's quite hard to tell because I can't

11   see all the way around the model, I can't see the

12   size difference, and it's quite a low quality

13   picture.

14   Q.   Is it your recollection that you made

15   changes to the size?

16   A.   I believe that I made changes.  To the

17   best of my knowledge, I would say that I changed

18   the size in some -- in some way.

19   Q.   Did you make it larger?

20   A.   I can't remember.

21   Q.   Did you make it smaller?

22   A.   I can't remember.

23   Q.   What other features do you recall

24   changing?

25   A.   I can recall changing the coolant feed.

142

1   Q.   Can you show me where that's pictured in

2   either of the photographs?

3   A.   Yes.  In exhibit -- the most recent one,

4   it is the -- the sort of pipe that runs on the

5   underside of it.

6   Q.   And was that in existence in the prior

7   product?

8   A.   That was not existent in the previous

9   No. 3 one, but it was existent in our modern plasma

10   guns.

11   Q.   So is that a change you made to

12   modernize the weaponry?

13   A.   That was a modernization change, one of

14   them.

15   Q.   And is there a function performed by

16   a -- what did you call it -- a coolant line?

17   A.   A coolant.  I believe it has a function,

18   yes.

19   Q.   And what's your understanding of what

20   that function would be?

21   MR. KEENER:  Objection, form.

22   BY THE WITNESS:

23   A.   I believe it was to cool the cowling

24   around the weapon.

25   THE REPORTER:  I'm sorry.  Cool the?

143

1   THE WITNESS:  Cowling.  Sorry.

2   THE REPORTER:  Thank you.

3   BY MS. HARTZELL:

4   Q.   And what does the cooling line attach

5   to?

6   A.   I believe it attaches to the cowling

7   around the front of the Plasma Cannon.

8   Q.   What other design changes do you recall

9   having made to this Plasma Gun?

10   A.   I can recall making the fittings

11   different to how it fits the sponson.

12   Q.   Do you recall what you did to change

13   that?

14   A.   I believe I just did a peg in -- what we

15   call a peg in a hole, I call a peg in a hole

16   fitting between the sponson and the weapon.

17   Q.   And what was the prior fitting?

18   A.   I believe the prior fitting was already

19   attached to the sponson drum.

20   Q.   What other design changes do you recall

21   having made to the Plasma Gun?

22   A.   I can't remember with the information

23   given.

24   Q.   So you at this time based on the

25   photographs in front of you, you don't recall any

144

1   other design changes that you made to the Plasma

2   Gun?

3   A.   I probably did, but I can't remember.  I

4   can't see from these images.

5   Q.   And what was the purpose of making the

6   fitting different?

7   A.   I believe it was to aid the modeler, the

8   customer.

9   Q.   So for ease of modeling?

10   A.   Yes.

11   Q.   Your new phrase.

12   A.   My new phrase.

13   Q.   I like it.  We can use it.

14   And about halfway through the document

15   is a page that looks like that (indicating).

16   A.   Okay.

17   Q.   Do you recognize the photograph in the

18   right-hand side of that page?

19   A.   I do.

20   Q.   And what is it?

21   A.   I believe it is the Leman Russ

22   Demolisher.

23   Q.   And do you see a red circle around a

24   portion of the photograph?

25   A.   Yes.

145

```
 1     Q.   And what does that highlight?
 2     A.   I believe it highlights the -- its
 3  weapon, its sponson weapons.
 4     Q.   Is that a particular type of weapon?
 5     A.   I believe from what I can tell it's a
 6  Multi-Melta.  It's a pair of Multi-Meltas.
 7     Q.   And what is a Multi-Melta?
 8     A.   I believe a Multi-Melta is a heavy --
 9  it's a Games Workshop heavy weapon that is
10  attributed to the imperial guard on Space Marine
11  products.
12     Q.   And what's it intended to do?
13     A.   I believe it is a ranged weapon that
14  fires an extremely high-temperature liquid within
15  the game universe, not in the plastic kit.
16     MS. HARTZELL:  Thank you for the
17  clarification.
18     Before I ask more questions, do you mind
19  if I put a couple of tabs on the exhibits since we
20  don't have page numbers to identify the two that we
21  have been talking about?
22     MR. KEENER:  Sure.
23     MS. HARTZELL:  Assuming I can find the earlier
24  one.  I am putting it on that page.  You agree
25  that's what we were discussing?
```

146

```
 1     MR. KEENER:  Yes.
 2     MS. HARTZELL:  Okay.  And I will mark the
 3  first one we discussed as 1 and the second as 2, so
 4  that when we look back at the transcript we don't
 5  say "What are they talking about?"
 6     (WHEREUPON, Exhibit No. 5 was so
 7     modified.)
 8  BY MS. HARTZELL:
 9     Q.   Do you recall if you made any design
10  changes to the Multi-Melta gun during your Leman
11  Russ Demolisher project?
12     A.   I believe that I did make some changes.
13     Q.   And what design changes do you recall
14  having made to the product?
15     A.   Again, I find it hard to list them all
16  with the information available.
17     Q.   Can you list any of them?
18     A.   Some of them, it looks like I've made it
19  bigger.  It looks like I've included more of the
20  body of the weapon itself, and it looks like I've
21  included the weapon's ammo feed.
22     Q.   And is the weapon's ammo feed the line
23  extending below the weapon?
24     A.   It looks like that, yeah.  I believe it
25  connects from the front of the body down to the
```

147

```
 1  side of the body, but I can't make it out from that
 2  image very well.
 3     Q.   When you say you made it bigger, are you
 4  referring to the entire piece of the weapon or to
 5  some portion of it?
 6     A.   I believe it's bigger inasmuch as more
 7  of the -- it comes further out of the sponson than
 8  the original.
 9     Q.   Do you recall any changes made to the
10  barrel of the weapon, perhaps?
11     A.   I believe for manufacturability it might
12  be two parts, but I can't remember.  It will also
13  have gone into the progress of making it
14  manufacturable.
15     Q.   And although the two photographs are not
16  necessarily the same scale, it appears that the
17  barrels of the updated product are larger.  Is that
18  a change that you recall having made?
19     A.   It looks like that, but I wouldn't like
20  to say without seeing the physicals.
21     Q.   And did you make any changes to the
22  shape of the vents on the barrels?
23     A.   I can't remember.
24     Q.   How would you describe the difference in
25  the overall look of the product that you designed
```

148

```
 1  as compared to the prior one?
 2     A.   Some of the words I would use are stuff
 3  like "modernized" or "updated."
 4     Q.   And in terms of modernization, is it
 5  primarily the addition of the ammo line that you
 6  include in that, or are there other features?
 7     A.   I believe as well as making it
 8  manufacturable and updating the body of the gun
 9  itself and its attachment mechanism into the
10  sponson, among other things, those could be
11  described, yes.
12     Q.   So when you include -- or you've
13  included in that list the manufacturability?
14     A.   Yes.
15     Q.   So when you are referring to
16  modernization in terms of the look of the product,
17  you are including manufacturability in that?
18     A.   I'm including that into -- that's not
19  all-inclusive for what I mean, but it's one of the
20  examples I mean, yes.
21     Q.   So when you are talking about the
22  overall modernized look, you mean that as part of
23  that look that it can be manufactured in plastic?
24     A.   As one of them, yes.
25     Q.   I believe you have a document that
```

149

1  you've already identified as Exhibit No. 1 or
2  that's marked as Exhibit No. 1?
3      A.  Yes.
4      Q.  Do you recognize this document?
5      A.  I do.
6      Q.  And what is it?
7      A.  I believe it's Games Workshop concept
8  art.
9      Q.  And who created the concept art on the
10  first page?
11      A.  I believe that it was Roberto Cirillo.
12      Q.  Is this concept art that was provided to
13  you in connection with the project that you worked
14  on?
15      A.  It was, yes.
16      Q.  And who provided it to you?
17      A.  I can't remember.
18      Q.  Turning to the page that's marked as
19  GW0013236, what is that page?
20      A.  I believe it's an excerpt from a Games
21  Workshop book.
22      Q.  Is that also material that was provided
23  to you in connection with your work on the Leman
24  Russ Demolisher project?
25      A.  I believe so.

150

1      Q.  Would it be --
2      A.  No, I don't think it does.  I don't
3  think it's relevant to -- I think this is relevant
4  to a different kit.
5      Q.  And what kit do you think it is relevant
6  to?
7      A.  I believe it is relevant to the Shadow
8  Sword.
9      Q.  And is that a different project that you
10  worked on?
11      A.  Yes, that is.
12      Q.  In the course of the Leman Russ project,
13  I believe some changes to the turret were
14  identified as proposed changes.  Were any of those
15  actually implemented?
16      A.  I believe they could have been.
17      Q.  But you don't specifically recall any?
18      A.  Not specifically without looking at the
19  contrast between the two.
20      Q.  Turning to the page identified as
21  GW0013240, do you recognize that document?
22      A.  I do.
23      Q.  What is it?
24      A.  That is a frame layout of the Leman Russ
25  Demolisher kit.

151

1      Q.  And is that the Demolisher kit that
2  preexisted your project?
3      A.  No.
4      Q.  Is that the project kit that resulted
5  from your project?
6      A.  Not essentially.
7      Q.  What version of the Leman Russ
8  Demolisher is it?
9      A.  I can't remember which version it was.
10      Q.  Turning to the page identified as
11  GW0013242, do you recognize that page?
12      A.  I do.
13      Q.  What is it?
14      A.  It's a Leman Russ Demolisher frame
15  layout.
16      Q.  And was that used in connection with
17  your project?
18      A.  That was, yes.
19      Q.  And what was it used for?
20      A.  It was used to identify the space left
21  on the frame.
22      Q.  And in the right-hand -- top right-hand
23  corner there is some handwriting.  Is that your
24  handwriting?
25      A.  It is not.

152

1      Q.  Do you know whose it is?
2      A.  I don't remember.
3      Q.  Is this a picture of the frame as it
4  existed prior to your work project?
5      A.  I believe -- I don't believe so.
6      Q.  What time frame was this frame from?
7      A.  I believe it's sometime during the
8  project.
9      Q.  So it's an in-progress frame?
10      A.  I believe so.
11      Q.  Turning to the page identified as
12  GW0013254 --
13      A.  Yes.
14      Q.  -- do you recognize that page?
15      A.  I do.
16      Q.  What is it?
17      A.  It is a -- it is the Leman Russ
18  Demolisher kit.  It is a rendering of the Leman
19  Russ Demolisher kit that I was working on.
20      Q.  Is this an in-progress rendering?
21      A.  I believe so, yes.
22      Q.  Are there changes between this and the
23  final resulting project?
24      A.  I don't know.
25      Q.  Based upon your general understanding of

153

1  weaponry, what's the meaning of the term "assault"?

2      A.   Generally, I would say it's possibly a

3  sort of weapon that was used to assault somebody.

4      Q.   Are there weapons that are used to not

5  assault someone?

6      A.   Perhaps.

7      Q.   How about the term "tactical"?  What's

8  that meant to imply?

9      MR. KEENER:  Objection, form.

10  BY THE WITNESS:

11      A.   I believe it could mean a number of

12  different things.

13  BY MS. HARTZELL:

14      Q.   Do you have an understanding of the

15  meaning in general weaponry?

16      A.   No, I don't.

17      Q.   Have you heard it used in connection

18  with general weaponry?

19      A.   Possibly.

20      Q.   Can you think of any particular example

21  in which you have heard it used?

22      A.   Off the top of my head I can think of

23  the term "tactical machine pistol."

24      Q.   And what's your understanding of the

25  meaning of "tactical" in that term?

154

1      A.   I don't know.

2      Q.   Turning to the page I identified as

3  GW0013258.

4      Is that it there?  Yes.

5      Q.   I think so.

6      Do you recognize that document?

7      A.   I do.

8      Q.   What is it?

9      A.   It looks like a early frame layout of

10  the Leman Russ Demolisher kit that I worked on.

11      Q.   And is that during the progress of your

12  project?

13      A.   It looks like a work in progress.

14      Q.   How can you tell?

15      A.   To my eye, it doesn't look finished.

16      Q.   Turning to the page identified as

17  GW0013260, do you recognize that document?

18      A.   I do.

19      Q.   What is it?

20      A.   I believe it is a frame layout diagram

21  for the Leman Russ Demolisher kit that I worked on.

22      Q.   And what is your understanding of the

23  time frame of that frame layout?

24      A.   I believe it was during the project.

25      Q.   So again you believe this is not a

155

1  final?

2      A.   Yeah, I believe this isn't the final

3  one.

4      Q.   Turning to the page identified as

5  GW0013262, do you recognize that document?

6      A.   I do.

7      Q.   What is it?

8      A.   I believe it was probably the same as

9  the previous one.

10      Q.   So to your understanding, that is also

11  not a final?

12      A.   To the best of my knowledge, yes.  It

13  looks like a duplicate of GW0013258, unless I'm

14  mistaken.

15      Q.   Turning to the page identified as

16  GW0013264, do you recognize that?

17      A.   Yes.

18      Q.   What is it?

19      A.   It looks to me like a to-do list.

20      Q.   Do you know who wrote it?

21      A.   Yes.

22      Q.   Who?

23      A.   I believe I wrote it.

24      Q.   All right.  Is it related to the Leman

25  Russ Demolisher project that you worked on?

156

1      A.   I believe it could be.  I believe it

2  involves it, but I'm not sure if it is exactly to

3  do with the Demolisher kit.

4      Q.   What do you understand the to-do list to

5  be referring to?

6      A.   To the best of my knowledge, it looks

7  like it's detailing the difference between the

8  Leman Russ kit and the Leman Russ Demolisher kit.

9      Q.   And are those -- when you refer to the

10  Leman Russ Demolisher kit, are you referring to the

11  prior version or the one that resulted from your

12  project?

13      A.   I believe these were the kits that I was

14  working on.

15      Q.   So in the first line it refers to Split

16  Cannon MBC and Vanquisher.  What does that mean?

17      A.   I believe it means that on the Leman

18  Russ kit it was to be done -- work was to be done

19  so I would make the main battle cannon and

20  vanquisher cannon split into two parts.

21      Q.   Was that for purposes of

22  manufacturability?

23      A.   I believe so, yes.

24      Q.   And the second line refers to "cupola

25  fit to turrets times 2."  What does that mean?

157

1   A.   I can't remember.
2   Q.   And the next line refers to "tracks and
3   fittings."  What does that mean?
4   A.   I'm not sure.
5   Q.   In the left-hand column there are
6   initials "LR" and "DM."  Do those refer to -- does
7   "LR" refer to Leman Russ tank?
8   A.   I believe so, in this instance.
9   Q.   And does "DM" there refer to Leman Russ
10  Demolisher?
11  A.   I believe so, yes.
12  Q.   And I apologize if I already asked this.
13  The next line reads "tracks and fittings."  What do
14  you understand that to refer to?
15  A.   I can't remember.
16  Q.   And the next line refers to "lower hull,
17  tread plates and future proofing."  What does that
18  mean?
19  A.   I believe it was a question to whether
20  or not we were going to use the lower hull to
21  create future kits.
22  Q.   So that was a decision about future
23  products?
24  A.   I believe -- I believe it was just a
25  passing thought or something along those lines of

158

1   if I'm designing something do I have to bear in
2   mind future kits.
3   Q.   And the next line reads "Sponson plugs
4   for all sponson weapons."  What does that refer to?
5   A.   I'm not sure.
6   Q.   And the next line reads "Crew," question
7   mark?
8   A.   I believe that was questioning whether
9   or not either of the kits were going to have crew
10  on it or not.
11  Q.   And for the Leman Russ Demolisher are
12  crew included?
13  A.   I believe they are, but I can't fully
14  remember.
15  Q.   The next line reads "Autocannon," and
16  can you read the rest of that line?
17  A.   "Split."
18  Q.   And what does that refer to?
19  A.   I think it means that the Leman Russ kit
20  was meant to have some autocannons on it and they
21  were to be split for manufacturing reasons.
22  Q.   And the next line reads "Track covers,
23  detail and finish."  What does that refer to?
24  A.   I believe it was whether or not I was
25  going to include covers to go over the tracks on

159

1   the side of the Leman Russ and Demolisher kits.
2   Q.   And what decision did you make?
3   A.   I don't believe that they ended up on
4   the kit that I made.
5   Q.   And the next line refers to a
6   Hellhammer.  What is that?
7   A.   I believe that's a weapon type for the
8   Leman Russ kit that I designed.
9   Q.   And is it included in the final design?
10  A.   I think it probably does, but I'm not
11  sure if it has the same name.
12  Q.   The next line refers to "Mousehole fits,
13  turrets and hull top."  What does that mean?
14  A.   I believe that means the fitting
15  structure is how the -- how turrets fit onto the
16  Leman Russ and Demolisher kits that I designed.
17  Q.   How the turrets fit on, is that what you
18  said?
19  A.   The way that the customer would attach
20  the turret to the main body of the tank in the
21  Leman Russ and Demolisher kits that I designed.
22  Q.   And the last line reads "Dozer
23  blades" -- "blade."  What is that?
24  A.   I believe that's referring to whether or
25  not I was going to include a bulldozer blade on the

160

1   front of the tank or not.
2   Q.   And did you choose to do so?
3   A.   I don't believe it made it onto the
4   final kits for either.
5   Q.   And turning back to Exhibit No. 5 and
6   the tab marked Tab 2 --
7   A.   Yes.
8   Q.   -- you mentioned when we discussed the
9   design changes that were proposed that one of the
10  changes was rationalizing details?
11  A.   Yes, I did.
12  Q.   Can you identify any design changes that
13  were made to this product overall in connection
14  with rationalizing details?
15  A.   On the whole thing?
16  Q.   Yep.
17  A.   I wouldn't be able to list them all
18  without examples of both.
19  Q.   Can you identify any?
20  A.   I believe some hatches on the side of
21  the Leman Russ Demolisher are attached to where
22  originally they were separate pieces.
23  Q.   Can you see any others?
24  A.   I can't remember any off the top of my
25  head.

161

1     MS. HARTZELL:  I think if we take a short

2  five-minute break, I can determine if I have any

3  more questions.

4     MR. KEENER:  Okay.

5     THE VIDEOGRAPHER:  Going off the record at

6  12:44 p.m.

7     (WHEREUPON, a recess was had.)

8     THE VIDEOGRAPHER:  And we are back on the

9  record at 12:48 p.m.

10     MS. HARTZELL:  I have nothing further for the

11  witness.

12     MR. KEENER:  No questions.  Reserve the right

13  to read and sign.

14     MS. HARTZELL:  Thank you, Mr. Walton, for

15  coming.

16     THE WITNESS:  Thank you very much.

17     THE VIDEOGRAPHER:  This concludes the

18  deposition of Thomas O. Walton.  We are off the

19  record at 12:49 p.m.

20     (WHEREUPON, at 12:49 p.m. the

21     deposition was concluded.)

22

23

24

25

163

1     CERTIFICATE OF CERTIFIED SHORTHAND REPORTER

2     I, PAULINE M. VARGO, a Certified

3  Shorthand Reporter of the State of Illinois,

4  C.S.R. No. 84-1573, do hereby certify:

5     That previous to the commencement of the

6  examination of the witness, the witness was duly

7  sworn to testify the whole truth concerning the

8  matters herein;

9     That the foregoing deposition transcript

10  was reported stenographically by me, was thereafter

11  reduced to typewriting under my personal direction

12  and constitutes a true record of the testimony

13  given and the proceedings had;

14     That I am not a relative, employee,

15  attorney or counsel, nor a relative or employee of

16  such attorney or counsel for any of the parties

17  hereto, nor interested directly or indirectly in

18  the outcome of this action.

19     CERTIFIED TO THIS 28TH DAY OF

20  FEBRUARY, 2013.

21

22     _____

23     Pauline M. Vargo, C.S.R.

24     C.S.R. No. 84-1573

25

162

1     IN THE UNITED STATES DISTRICT COURT

2     NORTHERN DISTRICT OF ILLINOIS

3     EASTERN DIVISION

4  GAMES WORKSHOP LIMITED,   )

5     Plaintiff,  )

6  vs.            ) Civil Action

7  CHAPTERHOUSE STUDIES LLC   ) No. 1:10-cv-08103

8  and JON PAULSON d/b/a    )

9  PAULSON GAMES,          )

10     Defendants. )

11     I hereby certify that I have read the

12  foregoing transcript of my deposition given at the

13  time and place aforesaid, and I do again subscribe

14  and make oath that the same is a true, correct and

15  complete transcript of my deposition so given as

16  aforesaid, and includes changes, if any, so made by

17  me.

18

19     THOMAS OLIVER WALTON

20

21

22

23

24

25