IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br>Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly |

## NOTICE OF FILING OF GAMES WORKSHOP'S AMENDED TRIAL EXHIBIT LIST

Pursuant to the Court's April 29, 2013 Order, Games Workshop has removed a number of exhibits from its exhibit list. Games Workshop has also clarified the descriptions on a number of the exhibit entries. Finally, Games Workshop has added PEX 1000-1022. Chapterhouse's objections to those exhibits are included. Pursuant to the Court's Order, the parties continue to narrow the objections to the parties' exhibit to the extent reasonably possible.

1

4834-4860-4948.1

Date: May 31, 2013

                By: */s/* Jason J. Keener
                    Jason J. Keener (Ill. Bar No. 6280337)
                    FOLEY & LARDNER LLP
                    321 North Clark Street, Suite 2800
                    Chicago, IL 60654-5313
                    Telephone: 312.832.4500
                    Facsimile: 312.832.4700
                    Email: jkeener@foley.com

                    Jonathan E. Moskin
                    FOLEY & LARDNER LLP
                    90 Park Avenue
                    New York, New York 10016
                    Telephone: (212) 682-7474
                    Facsimile: (212) 687-3229
                    Email: jmoskin@foley.com

                    *Attorneys for Plaintiff*
                    *Games Workshop Limited*

## **CERTIFICATE OF SERVICE**

       I, Jason J. Keener, an attorney, hereby certify that on May 31, 2013, I caused to be filed electronically the foregoing NOTICE OF FILING OF GAMES WORKSHOP'S AMENDED TRIAL EXHIBIT LIST with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.


                    /s/ Jason J. Keener
                    Jason J. Keener