UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Games Workshop Limited
          Plaintiff,

v.                  Case No.: 1:10–cv–08103
                  Honorable Matthew F. Kennelly

Chapterhouse Studios LLC
          Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Sunday, June 2, 2013:

  MINUTE entry before Honorable Matthew F. Kennelly: The Court makes the following rulings regarding objections to designated deposition testimony of Robert Naismith, Tomas Fiertek, and Wyatt Traina. <u>Naismith deposition</u>: All objections are overruled. <u>Fiertek deposition 1</u>: All objections are overruled, except for the objections to the testimony designated from pages 154–159, which are reserved. On those objections, the Court needs to hear from plaintiff regarding why it contends the testimony is relevant and not unfairly prejudicial, given that (at least per Fiertek's testimony) the matter that was contemplated was not actually pursued. Plaintiff's counsel should raise this at an appropriate point on Monday. <u>Fiertek deposition 2</u>: All objections are overruled, except as follows: the objections to the testimony at pages 110:12–13, 15, 17–18, 23–24; 111:1; 112:1–2 & 4–10 are sustained pursuant to Rule 403. The Court specifically notes that the objection to 112:11–16 is overruled. <u>Traina deposition</u>: All objections are overruled. The Court allocates 20 minutes to defendant's trial time for consideration of its objections to the designated testimony. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.