IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 1:10-cv-08103 ) |
| CHAPTERHOUSE STUDIOS LLC, | ) Honorable Matthew F. Kennelly ) Honorable Jeffrey T. Gilbert ) |
| Defendant. | ) ) |

**JOINT STATUS REPORT REGARDING PRIORITY OF USE**

Pursuant to the Court's June 2, 2013 Order, the parties hereby submit this joint status report regarding (a) each mark at issue in the trial that is not covered by the Court's partial summary judgment ruling regarding priority of use; (b) any mark contained in list (a) as to which Chapterhouse does not dispute Games Workshop's priority of use as a trademark.

Previously, the Court stated that twenty five marks at issue were not covered by the Court's partial summary judgment ruling Dkt. 333 at 15, n.4.[1] The parties believe that five additional marks were not covered by the order: (1) Assault Cannon, (2) Heavy Flamer, (3) Iconoclast, (4) Lascannon, and (5) Powerclaw. Six of these marks (Chaplain, Blood Ravens Icon, Celestial Lions Icon, Dark Angels Winged Sword Icon, and Chaos Space Marines Eight-Pointed Star Icon) are now subject to the parties' Proposed Partial Consent Judgment to be filed with the Court, so will not be tried. Chapterhouse will not dispute Games Workshop's priority of

---

[1] "The trademarks for which GW still must establish prior use in commerce are: (1) Blood Ravens, (2) Chaplain, (3) Exorcist, (4) Flesh Tearers, (5) Heresy Armour, (6) Horus Heresy, (7) Howling Griffons, (8) Jetbike, (9) Jump Pack, (10) Lightning Claw, (11) Mycetic Spore, (12) Soul Drinker, (13) Storm Shield, (14) Tervigon, (15) Tyranid Bonesword, (16) Tyranid Lashwhip, (17) Ymgarl, (18) Blood Ravens Icon, (19) Celestial Lions Icon, (20) Dark Angels Winged Sword Icon, (21) Exorcist Skull Icon, (22) Howling Griffons Icon, (23) Iron Snakes Icon, (24) Chaos Space Marines Eight-Pointed Star Icon, and (25) Soul Drinkers Icon."

1

use as a trademark for: (1) Flesh Tearers, (2) Heresy Armour, (3) Horus Heresy, (4) Soul Drinker, and (5) Storm Shield.

Thus, the 19 marks as to which Games Workshop must establish a priority of use as a trademark are:

(1) Assault Cannon, (2) Heavy Flamer, (3) Iconoclast, (4) Lascannon, (5) Powerclaw, (6) Blood Ravens, (7) Exorcist, (8) Jetbike, (9) Jump Pack, (10) Lightning Claw, (11) Mycetic Spore, (12) Tervigon, (13) Tyranid Bonesword, (14) Tyranid Lashwhip, (15) Ymgarl, (16) Exorcist Skull Icon, (17) Howling Griffons Icon, (18) Iron Snakes Icon, and (19) Soul Drinkers Icon.

Dated: June 3, 2013

By: */s/ Jason J. Keener*
Jason J. Keener (Ill. Bar No. 6280337)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone: 312.832.4500
Facsimile: 312.832.4700
Email: jkeener@foley.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
Email: jmoskin@foley.com

*Attorneys for Plaintiff*
*Games Workshop Limited*

By: *s/ Bryce A. Cooper*
Julianne M. Hartzell
Sarah J. Kalemeris
Marshall, Gerstein & Borun LLP
6300 Willis Tower

233 S. Wacker Dr.
Chicago, IL 60606
T: 312.474.6300
F: 312.474.0448
E: jhartzell@marshallip.com
E: skalemeris@marshallip.com

Jennifer Golinveaux (CA Bar No. 203056)
Thomas J. Kearney (CA Bar No. 267087)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Phone: (415) 591-1000
Fax: (415) 591-1400
jgolinveaux@winston.com
tkearney@winston.com

Imron T. Aly (IL Bar No. 6269322)
Bryce A. Cooper (IL Bar No. 6296129)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-1695
Phone: (312) 558-5600
Fax: (312) 558-5700
ialy@winston.com
bcooper@winston.com

*Attorneys for Defendant Chapterhouse Studios LLC*

## CERTIFICATE OF SERVICE

I, Jason J. Keener, an attorney, hereby certify that on June 3, 2013, I caused to be filed electronically the foregoing Joint Status Report with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

s/ Jason J. Keener
Jason J. Keener