**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:10-cv-08103 |
| v. ) | |
| ) | Honorable Matthew F. Kennelly |
| CHAPTERHOUSE STUDIOS LLC, ) | |
| ) | |
| Defendant. ) | |

**PARTIAL CONSENT JUDGMENT**

Plaintiff, Games Workshop Limited, and Defendant, Chapterhouse Studios LLC (collectively, the "Parties") having considered the facts and applicable law and having agreed to the entry of this Partial Consent Judgment, it is therefore found, adjudged, and decreed as follows:

**FINDINGS OF FACT**

1. Games Workshop Limited is a United Kingdom corporation and a subsidiary of Games Workshop Group, plc.

2. Defendant Chapterhouse Studios is a Texas limited liability company located in Hurst, Texas.

3. On December 21, 2010, Games Workshop filed suit against Chapterhouse alleging copyright and trademark infringement. Games Workshop amended its complaint to add new accused products on December 10, 2012.

4. During the course of litigation, Games Workshop identified the allegedly infringed copyrighted works in two claim charts and the allegedly infringed trademarks in an icon claim chart and in interrogatory responses.

5. The Parties now desire to resolve this litigation with respect to certain of the products accused of infringement.

6. Any Finding of Fact that is deemed to be a Conclusion of Law is hereby adopted as such.

## CONCLUSIONS OF LAW

7. This is an action for copyright infringement under 17 U.S.C. § 101 et seq.; trademark infringement under 15 U.S.C. § 1114(1) and Illinois common law; for use of false designations of origin under 15 U.S.C. § 1125(a); for violation of the Illinois Deceptive Trade Practices Act under 815 ILCS 510/1 et seq.; for violation of the Illinois Consumer Fraud and Deceptive Business Practices Act under 815 ILCS 505/2 et seq.; and for unfair competition under Illinois common law.

8. This Court has jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121, and 28 U.S.C. §§ 1331 and 1338(a). The court has supplemental jurisdiction over the claims arising under the statutory and common law of the State of Illinois pursuant to 28 U.S.C. §1367(a) because the state law claims are so related to the federal claims that they form part of the same case or controversy.

9. This Court has personal jurisdiction over the Parties, and venue is proper in this district pursuant to 28 U.S.C. § 1400(b).

10. Chapterhouse has not infringed Games Workshop's copyright in the products identified in the copyright claim charts as products 77 (Masked Marine Heads), 115 (SCAR and Sniper Rifle 28 mm Pack), 116 (SCAR Drum Magazine Autoguns Resin 28mm – 6), 122 (Death Angel Storm Shield), 124 (Abbithan Banshees Guardswoman 28 mm figures), 161 (Thunderstrike Missile Rack)and 162 (Large Ammo Belts for Heavy Weapons).

11. Games Workshop withdraws its claims (including for copyright or trademark infringement or other related theories) regarding product No. 110 (Hellhound), without prejudice to renew any such claims should Chapterhouse ever renew plans to make or sell such a product.

12. Chapterhouse has not infringed any alleged Games Workshop trademark with respect to the following marks identified in Games Workshop's Third Supplemental Response to Interrogatory Set No. 4, Interrogatory No. 18:

Plasma Cannon

Heavy Weapon

Dark Elf

13. Chapterhouse has not infringed any alleged Games Workshop trademark with respect to the following marks identified in Games Workshop's Fourth Supplemental Response to Interrogatory Set No. 4, Interrogatory No. 18 :

Chaplain

Empire

Hellhound

Howling Banshee

Black Templars Icon

Blood Ravens Icon

Celestial Lions Icon

Dark Angels Winged Sword Icon

Chaos Space Marines Eight-Pointed Star Icon

Ultramarine Icon

Adeptus Mechanicus Cog Icon

Thousand Sons Icon

Mantis Warrior Icon

14.     This Partial Consent Judgment shall finally conclude and dispose of that portion of this litigation as to products identified above.

15.     Any Conclusion of Law that is deemed to be a Finding of Fact is hereby adopted as such.

## IT IS HEREBY FOUND, ORDERED, ADJUDGED, AND DECREED THAT:

A.     Judgment is entered for Chapterhouse and against Games Workshop on Games Workshop's claims of copyright infringement by the works set forth in paragraph 10, excluding product 110 – Hell Hound. Games Workshop withdraws without prejudice its claims for copyright infringement, trademark infringement and related claims under state law regarding product 110, with leave to renew such claims should Chapterhouse commence marketing or sales of such a product. Judgment is entered for Chapterhouse and against Games Workshop as to all claims of infringement of the alleged trademarks set forth in paragraphs 12 and 13, and such claims against Chapterhouse are dismissed with prejudice.

B.     No appeal shall be taken by any party from this Partial Consent Judgment, the right to appeal being expressly waived by all Parties.

C.     Each party shall bear its own costs and attorney's fees.

D.     This final Partial Consent Judgment shall be entered hereto, forthwith, without further notice.

The Clerk is directed to enter this final Partial Consent Judgment forthwith.

**IT IS SO ORDERED.**

Dated: June 4, 2013

_____
The Honorable Matthew Kennelly
United States District Judge

HEREBY STIPULATED AND AGREED TO:

Dated: June 3, 2013

/s/ Jason J. Keener

   Jason J. Keener (Ill. Bar No. 6280337)
   FOLEY & LARDNER LLP
   321 North Clark Street, Suite 2800
   Chicago, IL 60654-5313
   Telephone: 312.832.4500
   Facsimile: 312.832.4700
   Email: jkeener@foley.com

   Jonathan E. Moskin
   FOLEY & LARDNER LLP
   90 Park Avenue
   New York, New York 10016
   Telephone: (212) 682-7474
   Facsimile: (212) 687-3229
   Email: jmoskin@foley.com

   Attorneys for Plaintiff
   Games Workshop Limited

/s/ Julianne M. Hartzell

   Julianne M. Hartzell
   Sarah J. Kalemeris
   Marshall, Gerstein & Borun LLP
   6300 Willis Tower
   233 S. DrWacker.
   Chicago, IL 60606
   T: 312.474.6300
   F: 312.474.0448
   E: jhartzell@marshallip.com
   E: skalemeris@marshallip.com

   Jennifer Golinveaux (CA Bar No. 203056)
   Dean A. Morehous (CA Bar No. 111841)
   K. Joon Oh (CA Bar No. 246142)
   Thomas J. Kearney (CA Bar No. 267087)
   WINSTON & STRAWN LLP
   101 California Street
   San Francisco, CA 94111-5802
   Phone: (415) 591-1000
   Fax: (415) 591-1400
   jgolinveaux@winston.com
   dmorehous@winston.com
   koh@winston.com
   tkearney@winston.com

   Bryce A. Cooper (IL Bar No. 6296129)
   WINSTON & STRAWN LLP
   35 West DriveWacker
   Chicago, IL 60601-1695
   Phone: (312) 558-5600
   Fax: (312) 558-5700
   bcooper@winston.com

   Attorneys for Defendant Chapterhouse Studios LLC