**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br>Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly |

## NOTICE OF FILING OF LETTER TO COPYRIGHT OFFICE

PLEASE TAKE NOTICE that on June 7, 2013, Plaintiff Games Workshop Limited ("Games Workshop") received a letter, attached as Exhibit 1, from the U.S. Copyright Office regarding Games Workshop's pending copyright application, Serial No 1-732505716, entitled Tactical Shoulder Pads. On June 9, 2013, Games Workshop sent to the Copyright Office the letter attached as Exhibit 2 to allow the Court to resolve any issues regarding Games Workshop's right to register its pending copyright application.

Date: June 9, 2013

> By: /s/ Jason J. Keener
> Jason J. Keener (Ill. Bar No. 6280337)
> FOLEY & LARDNER LLP
> 321 North Clark Street, Suite 2800
> Chicago, IL 60654-5313
> Telephone: 312.832.4500
> Facsimile: 312.832.4700
> Email: jkeener@foley.com
>
> Jonathan E. Moskin
> FOLEY & LARDNER LLP
> 90 Park Avenue
> New York, New York 10016
> Telephone: (212) 682-7474
> Facsimile: (212) 687-3229
> Email: jmoskin@foley.com
>
> *Attorneys for Plaintiff*
> *Games Workshop Limited*

**CERTIFICATE OF SERVICE**

      I, Jason J. Keener, an attorney, hereby certify that on June 9, 2013, I caused to be filed electronically the foregoing NOTICE OF FILING OF LETTER TO COPYRIGHT OFFICE with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

> /s/ Jason J. Keener
> Jason J. Keener

1