

**FOLEY**

**FOLEY & LARDNER LLP**

June 9, 2013

ATTORNEYS AT LAW
90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
foley.com

WRITER'S DIRECT LINE
212.338.3572
jmoskin@foley.com EMAIL

CLIENT/MATTER NUMBER
099251-0101

**VIA REGULAR MAIL AND EMAIL**

Office of the General Counsel
Copyright GC/I.&R.
U.S. Copyright Office
P.O. Box 70400
Washington, D.C. 20024

Re:    Games Workshop Limited v. Chapterhouse Studios, LLC
       10-cv-08103 (N.D.Ill.) (MFK)

Dear Sir/Madam:

On behalf of Games Workshop, pursuant to 17 USC § 411(a), I am attaching a copy of the Second Amended Complaint in the above-titled action.

One of the more than 100 works at issue in this action is the subject of a pending application, Serial No 1-732505716, entitled Tactical Shoulder Pads. The Copyright Office has initially declined registration for a stated lack of sufficient copyrightable subject matter, although it is not clear to me from the face of the letter (copy attached) if the examiner was referring to the photographs of the packaging for the product or the actual product. There is some confusion because there is no mention in the letter of any design elements whatsoever. We thus do not know for certain what the examiner was considering or why he deemed it lacking in original subject matter.

The Copyright Office letter was first received by my office on or about Friday, June 7, 2013. I had received no prior correspondence (for instance, by email or telephone) from the examiner at any time, and only obtained a copy of the rejection letter as a result of my follow-up inquiries to the Copyright Office in March and June 2013 seeking to learn why I had received no communications at all regarding this application (filed March 1, 2012). I note that, assuming the examiner was reviewing what I believe we filed, the Copyright Office has granted registration to similar designs, including, VA-1-824-668 (Flesh Tearer Shoulder Pad) and VA-1-1857081 (Crimson Fist Shoulder Pad), having the identical shape. The only difference is the surface design, yet the letter makes no mention whatsoever of the surface design or any other details of the design.[1]

I also draw your attention to the fact that the Court in the above-titled action has previously entered rulings on the issue, finding the basic shape of the design to be copyrightable. That decision was based on extensive briefing as well as expert testimony of the adverse party.

_____

[1] The Copyright Office has also registered another shoulder pad design, Salamanders Terminator Shoulder Pads, VA-1-824-496. However, we acknowledge this design is slightly different.

BOSTON          JACKSONVILLE    MILWAUKEE       SAN DIEGO          SILICON VALLEY
BRUSSELS        LOS ANGELES     NEW YORK        SAN DIEGO/DEL MAR  TALLAHASSEE
CHICAGO         MADISON         ORLANDO         SAN FRANCISCO      TAMPA
DETROIT         MIAMI           SACRAMENTO      SHANGHAI           TOKYO
                                                                  WASHINGTON, D.C.
4819-9023-8740.1

# ■FOLEY

**FOLEY & LARDNER LLP**

Office of the General Counsel/I.&R.
U.S. Copyright Office
June 9, 2013
Page 2

By this letter, I wish to advise you that we believe it is more efficient simply to allow the Court to decide the matter, as it has at its disposal a full range of facts, including arguments presented by an adversary represented by capable counsel and supported by its own expert witnesses.

Very truly yours,

Jonathan E. Moskin

JEM:se

cc.: Hon. Matthew F. Kennelly
Tanya M. Sandros, Esq.
Deputy General Counsel United States Copyright Office (via email)
Attorney General, Director of Intellectual Property Staff
Imron T. Aly, Esq., Winston & Strawn LLP
Julianne M. Hartzell, Esq., Marshall, Gerstein & Borun LLP

4819-9023-8740.1