**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GAMES WORKSHOP LIMITED,

        Plaintiff,

        v.

CHAPTERHOUSE STUDIOS LLC and JON
PAULSON d/b/a PAULSON GAMES

        Defendants.

Civil Action No. 1:10-cv-8103

Hon. Matthew F. Kennelly

## <u>AGREED EXHIBITS IN EVIDENCE AT END OF PLAINTIFF'S CASE</u>

### Plaintiff's Exhibits

| | | | |
|---|---|---|---|
| PEX 5 | PEX 191 | PEX 425 | PEX 629 |
| PEX 14 | PEX 192 | PEX 427 | PEX 644 |
| PEX 47 | PEX 193 | PEX 435 | PEX 647 |
| PEX 107 | PEX 194 | PEX 436 | PEX 650 |
| PEX 124 | PEX 196 | PEX 437 | PEX 651 |
| PEX 125 | PEX 198 | PEX 447 | PEX 652 |
| PEX 127 | PEX 199 | PEX 461 | PEX 653 |
| PEX 144 | PEX 200 | PEX 491 | PEX 654 |
| PEX 145 | PEX 202 | PEX 530 | PEX 655 |
| PEX 147 | PEX 203 | PEX 584 | PEX 662 |
| PEX 149 | PEX 204 | PEX 585 | PEX 663 |
| PEX 160 | PEX 207 | PEX 586 | PEX 670 |
| PEX 161 | PEX 210 | PEX 588 | PEX 680 |
| PEX 163 | PEX 315 | PEX 589 | PEX 681 |
| PEX 164 | PEX 316 | PEX 590 | PEX 682 |
| PEX 165 | PEX 317 | PEX 591 | PEX 683 |
| PEX 166 | PEX 320 | PEX 592 | PEX 685 |
| PEX 168 | PEX 321 | PEX 595 | PEX 686 |
| PEX 170 | PEX 322 | PEX 603 | PEX 690 |
| PEX 171 | PEX 323 | PEX 604 | PEX 704 |
| PEX 172 | PEX 324 | PEX 605 | PEX 742 |
| PEX 174 | PEX 325 | PEX 616 | PEX 743 |
| PEX 177 | PEX 328 | PEX 620 | PEX 755 |
| PEX 183 | PEX 416 | PEX 624 | PEX 842 |
| PEX 185 | PEX 421 | PEX 626 | PEX 844 |
| PEX 189 | PEX 424 | PEX 628 | PEX 845 |

| PEX 851 | PEX 956 | PEX 1012 | PEX 1019 |
|---------|---------|----------|----------|
| PEX 864 | PEX 969 | PEX 1013 | PEX 1020 |
| PEX 865 | PEX 1003 | PEX 1014 | PEX 1021 |
| PEX 872 | PEX 1008 | PEX 1015 | PEX 1022 |
| PEX 884 | PEX 1009 | PEX 1016 | PEX 1023 |
| PEX 898 | PEX 1010 | PEX 1017 | |
| PEX 909 | PEX 1011 | PEX 1018 | |

**Defendant's Exhibits**

| DEX 37 | DEX 382 | DEX 479 | DEX 539 |
|--------|---------|---------|---------|
| DEX 83 | DEX 383 | DEX 493 | DEX 540 |
| DEX 95 | DEX 405 | DEX 527 | DEX 541 |
| DEX 170 | DEX 407 | DEX 528 | DEX 542 |
| DEX 171 | DEX 436 | DEX 529 | DEX 615 |
| DEX 175 | DEX 444 | DEX 536 | DEX 642 |
| DEX 177 | DEX 445 | DEX 537 | DEX 645 |
| DEX 377 | DEX 478 | DEX 538 | |

Dated: June 10, 2013

By: /s/ Jason J. Keener
Jason J. Keener (Ill. Bar No. 6280337)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone:  312.832.4500
Facsimile:  312.832.4700
Email:  jkeener@foley.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone:  (212) 682-7474
Facsimile:  (212) 687-3229
Email:  jmoskin@foley.com

*Attorneys for Plaintiff*
*Games Workshop Limite*

By: /s/ Imron T. Aly
Julianne M. Hartzell
Sarah J. Kalemeris
Marshall, Gerstein & Borun LLP
6300 Willis Tower
233 S. Wacker Dr.

Chicago, IL 60606
T: 312.474.6300
F: 312.474.0448
E: jhartzell@marshallip.com
E: skalemeris@marshallip.com

Jennifer Golinveaux (CA Bar No. 203056)
Dean A. Morehous (CA Bar No. 111841)
K. Joon Oh (CA Bar No. 246142)
Thomas J. Kearney (CA Bar No. 267087)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Phone: (415) 591-1000
Fax: (415) 591-1400
jgolinveaux@winston.com
dmorehous@winston.com
koh@winston.com
tkearney@winston.com

Bryce A. Cooper (IL Bar No. 6296129)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-1695
Phone: (312) 558-5600
Fax: (312) 558-5700
bcooper@winston.com

*Attorneys for Defendant Chapterhouse Studios
LLC*

## CERTIFICATE OF SERVICE

I, Jason J. Keener, an attorney, hereby certify that on June 10, 2013, I caused to be filed electronically the foregoing Joint Status Report with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

s/ Jason J. Keener
Jason J. Keener