**UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>        Plaintiff,<br><br>    v.<br><br>CHAPTERHOUSE STUDIOS LLC and<br>JON PAULSON d/b/a PAULSON GAMES,<br>        Defendants. | Case No. 1:10-cv-08103<br><br><br>Judge Matthew F. Kennelly. |

# Defendant's Motion for Judgment as a Matter of Law

| Tab | Description | Date |
|:---:|---|:---:|
| 1 | Trial Transcript Excerpt Day 2 | 6/4/2013 |
| 2 | Trial Transcript Excerpt Day 3 | 6/5/2013 |
| 3 | Trial Transcript Excerpt Day 4 | 6/6/2013 |
| 4 | DX 171: File Note re Email from Iain Hicken to GW Legal Dept (GW0005559-60) | 9/30/2010 |
| 5 | PX 1020: GW Claim Chart - Products 1 | |
| 6 | PX 1021: GW Claim Chart - Products 2 | |
| 7 | PX 1023: Games Workshop Trademarks List | |

# **TAB 1**

250



```
 1              IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ILLINOIS
 2                    EASTERN DIVISION

 3

 4   GAMES WORKSHOP LIMITED,      )

 5              Plaintiff,        )   Docket No. 10 C 8103

 6        vs.                     )

 7   CHAPTERHOUSE STUDIOS, LLC,   )   Chicago, Illinois
     et al.,                      )   June 4, 2013
 8              Defendants.       )   9:45 a.m.

 9

10                    VOLUME 2
              TRANSCRIPT OF PROCEEDINGS
11   BEFORE THE HONORABLE MATTHEW F. KENNELLY AND A JURY

12
     APPEARANCES:
13

14   For the Plaintiff:    FOLEY & LARDNER, LLP
                           BY:  MR. JONATHAN E. MOSKIN
15                         90 Park Avenue
                           New York, New York   10017
16

17                         FOLEY & LARDNER, LLP
                           BY:  MR. JASON J. KEENER
18                         321 North Clark Street
                           Suite 2800
19                         Chicago, Illinois   60610

20

21   For the Defendant:    WINSTON & STRAWN, LLP
                           BY:  MR. IMRON T. ALY
22                         35 West Wacker Drive
                           Chicago, Illinois  60601
23

24                         WINSTON & STRAWN, LLP
                           BY:  MS. JENNIFER A. GOLINVEAUX
25                         101 California Street
                           San Francisco, California  94111
```

251

```
 1                    MARSHALL, GERSTEIN & BORUN
                      BY:  MS. JULIANNE M. HARTZELL
 2                    233 South Wacker Drive
                      Willis Tower #6300
 3                    Chicago, Illinois   60606

 4

 5   Also Present:         MR. NICHOLAS VILLACCI

 6                         MS. GILLIAN STEVENSON

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23             LAURA M. BRENNAN - Official Court Reporter
                  219 South Dearborn Street - Room 2102
24                      Chicago, Illinois  60604
                           (312) 435-5785
25
```

252

```
 1        (The following proceedings were had in open court out of

 2   the presence and hearing of the jury:)

 3        THE COURT:  10 C 8103, Games Workshop v.

 4   Chapterhouse.

 5        The same lawyers are here.  Do you want me to have

 6   them repeat their names?

 7        THE REPORTER:  No.

 8        THE COURT:  You don't care.  Okay, good.

 9        What did you have?

10        MR. MOSKIN:  Two things.  One, I just conferred

11   with --

12        THE COURT:  Hang on a second.

13        (Brief interruption.)

14        THE COURT:  Go ahead.

15        MR. MOSKIN:  And I just confirmed with Mr. Aly that

16   because we haven't had a chance to review in advance any --

17   this will come up presumably later this morning or this

18   afternoon on cross examination.  We have not had a chance to

19   review any exhibits that they may want to use with Mr. Merrett

20   or subsequently with other witnesses.  We're not going to --

21        Unless we have already said there is no objection to

22   an exhibit, they will have to lay a foundation before they can

23   publish to the jury.

24        THE COURT:  Okay.  I will deal with objections as I

25   deal with them.
```

253

```
 1        MR. MOSKIN:  I did want to ask in advance -- I don't

 2   know that I need an advance ruling -- but I mention our

 3   concern is since we did offer to do this in advance and confer

 4   before hearing, that I hope that the time spent dealing with

 5   that in court doesn't address -- isn't a trial time against us on

 6   our trial time.

 7        MR. ALY:  Judge, I just want to be clear about what's

 8   going on.  These are the objections from the pretrial order.

 9   We didn't want to go through all of the objections or send

10   them all to your Honor.  So we just said when we -- we don't

11   know what we're going to need at cross examination.  And when

12   we do, you can raise the objection then, but foundation isn't

13   going to be one of them unless they raise that in the chart.

14   These are talking about relevance objections here and there.

15        THE COURT:  Well, just so you know, the only occasion

16   on which there's even --

17        The clock keeps running against the questioning party

18   if I'm just dealing with the objections from here.  If we have

19   to have a sidebar to deal with something, then I figure out

20   who to allocate it against.  And, quite honestly, it ends up

21   being the losing party.  So it's an incentive not to make

22   objections that are losers and not to offer stuff that is, you

23   know --

24        MR. MOSKIN:  That's fine.

25        THE COURT:  -- likely not admissible.
```

Merrett - direct                    386

1  too, companies like Fantasy Fly and Fantasy Flight Games, who
2  we license board games to and card games.
3          And I could go on about that -- yes, I think this
4  is some -- the reason why we can't just sit back and let this
5  happen.  We have to challenge it, we have to draw the line
6  and say, no, we are not prepared to take this.  We must
7  ensure that our intellectual property is protected and is
8  only used legitimately.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Merrett - cross                    388

1  Where is it?  He can't show you any creative of his own
2  creations.
3          MS. HARTZELL:  Objection, narrative, your Honor.
4          THE COURT:  Let's ask another question at this point.
5          MR. MOSKIN:  I think we can conclude the testimony
6  now.
7          THE COURT:  Okay.
8          MR. MOSKIN:  I have no further questions for this
9  witness.
10          THE COURT:  All right.  Ms. Hartzell.
11          MS. HARTZELL:  Good afternoon, Mr. Merrett.
12          My name is Julianne Hartzell, and I'm one of the
13  attorneys for Chapterhouse.
14          Your Honor, may we approach with the exhibit binder?
15          THE COURT:  That's fine.
16               CROSS EXAMINATION
17  BY MS. HARTZELL:
18  Q  So, Mr. Merrett, you spent most of the day testifying
19  about the elements of the Games Workshop products that you
20  believe are original.  You were not personally a designer on
21  any of the images that were shown this morning, were you?
22  A  I don't know if I was personally involved.  What do you
23  mean by that?
24  Q  Did you draw any of those pictures that you showed us
25  today?

Merrett - direct                    387

1  Q  Does it affect your own product development?
2  A  Yes, it does.
3          The Tyranid Termagant kit I'm -- I hadn't even
4  realized this myself until I spoke to Jes Goodwin only this
5  week whilst we've been in Chicago, and he told me that the
6  entire design project had been derailed by what Chapterhouse
7  had done and that our initial design plans had to be
8  restructured in order for us to actually create something
9  unique and distinctive.  Because they've spoiled what we've
10  done.  They've spoiled our plans.  They've put a spoke in our
11  wheels by doing it and unfairly used our IP, I think.
12  Q  What do you mean by that?
13  A  Well, without permission.  I mean, Mr. Villacci might
14  claim to be a fan of our products.  He might claim to be an
15  actual -- a hobbyist.  He might claim to be someone who
16  actually understands what it is to collect and play our games.
17  But if he had any notion, any inkling of what it means to be a
18  fan, he'd know darn well that every single thing we put in
19  every single one of our books, every single one of our codex,
20  every unit, every character, every model, every vehicle is a
21  model that we intend to make and sell.
22          So when you hear his counsel telling you, oh, there
23  are gaps, he's doing our fans a favor, let me tell you, he's
24  not doing our fans a favor.  He's lining his own pockets at
25  our expense.  Where's his 31 years of development of our IP?

Merrett - cross                    389

1  A  I drew some of those pictures that we've seen today, yes.
2  Q  Which ones?
3  A  The tactical squad markings from the Insignium Astartes
4  book, for example.
5  Q  And what others?
6  A  Without going through the whole list again, I couldn't
7  say.  But, no, generally speaking, my role at Games Workshop's
8  not to draw the pictures or to sculpt the models.
9  Q  So the vast majority of the products you testified about
10  today you were not involved in designing?
11  A  I was involved in designing, yes, because I've been head
12  of intellectual property for the last 13 years at Games
13  Workshop, and for the previous 27 -- no, 17 years I was the
14  miniatures design manager in the studio and production -- had
15  production and design management responsibilities, so
16  virtually everything you've seen I've had an impact and
17  involvement and actually had some responsibility for in all
18  that time.  So, yes, I have been involved in the design of
19  virtually all of those products.
20  Q  In the course of this litigation Games Workshop identified
21  the names of the designers for each of the products that are
22  at issue here today, right?
23  A  It did, yes.
24  Q  And your name was not included on the vast majority of
25  those products?

Merrett - cross

390

1  A  As I just told -- I just told you that my role was
2  actually to manage the design, manage the designers.
3  Q  So you were not the individual who's identified as the
4  designer?
5  A  No.  That's correct.  I'm not.
6  Q  And you did not speak to every designer of every one of
7  those products regarding what resources they relied upon in
8  their design?
9  A  With 30-odd years of being involved in the business, I
10  couldn't possibly testify to say that I'd spoken to every
11  designer about every image and about every source that every
12  designer had used.  But that's not the way that we work at
13  Games Workshop.  We don't expect our designers to use sources.
14  We expect them to use Games Workshop's resources to generate
15  all that work.
16  Q  So as you just said, you can't testify to every resource
17  that every designer relied upon in creating these products?
18  A  No, I didn't say that.  I said I could not testify to
19  every source the designers used, but I know that they are
20  instructed to use only Games Workshop resources to do all the
21  design work.
22  Q  But you personally cannot say what each of the designers
23  relied on to create the works that are here?
24  A  Can you qualify what you mean by rely on?
25  Q  I'll rephrase it.

Merrett - cross

391

1        You can't state -- you can't testify as to what
2  materials the designers looked at for any of these products,
3  to design any of the products that are allegedly infringed
4  here today?
5  A  I can testify that I know what they're expected to do and
6  how they're expected to do that and what instructions they are
7  expected to follow, and I can testify that those instructions
8  involve generating original ideas and using Games Workshop
9  original ideas as the wellspring and source of all the design
10  work they do.
11  Q  But you can't testify that they all did that?
12  A  No, of course I can't testify they all did that.
13  Q  Let's talk specifically about one of the products that you
14  identified as wholly original to Games Workshop.  The item is
15  the product No. 112, the gun-Halberd weapon in Exhibit 120,
16  page 104 -- or 121 -- 1020, page 104.
17        Do you recall testifying about this product?
18  A  Yes.
19  Q  And you testified that it was a wholly original Games
20  Workshop design?
21  A  Wholly original Games Workshop idea, and therefore that's
22  a copy of a Games Workshop idea, and the expression of the
23  idea is illustrated opposite.
24  Q  On the right-hand side?
25  A  Yes.

Merrett - cross

392

1  Q  And you testified that it was fantastical?
2  A  Slightly improbable as well, yes.
3  Q  And not something that anyone would build?
4  A  To my best of my knowledge, I can't imagine why anyone
5  would build one.
6  Q  Chapterhouse asked Games Workshop to produce reference
7  materials in its possession in connection with this lawsuit.
8  You're aware of that, right?
9  A  Yes.
10  Q  And you know that one of the books that was produced is a
11  book called Arms and Armor?
12  A  It may very well be.  I don't know.
13  Q  And is that a book that you've ever seen?
14  A  Can't recall.
15        MS. HARTZELL:  May I approach the witness, your
16  Honor?
17        THE COURT:  That's fine.
18  BY MS. HARTZELL:
19  Q  Is that a book that you've seen before?
20  A  No.
21        MS. HARTZELL:  May I retrieve the book?
22        THE COURT:  That's fine.  People don't have to ask
23  permission to go up there and back.  Just go.  If I think
24  you're hanging around up there too long, I'll let you know.
25  BY MS. HARTZELL:

Merrett - cross

393

1  Q  You were asked earlier about the creation of the Tau,
2  correct?
3  A  Correct.
4  Q  And the Tau were created in 2011?  Is that your testimony?
5  A  No.  Tau were created in 2000 and released in 2001.
6  Q  You testified that the Tau race presented a departure in
7  style from the already existing 40K races; is that correct?
8  A  Yes.
9  Q  So the designers of the Tau race did not draw inspiration
10  from the look -- for the look of the Tau from within Games
11  Workshop?
12  A  That's correct.  They looked for it inside their own
13  imaginations.
14  Q  You also testified that you wanted to look very sci-fi,
15  correct?
16  A  Yes, probably.
17  Q  And by sci-fi you were referring to science fiction?
18  A  As popularly understood, yes.
19  Q  And specifically science fiction created by third parties?
20  A  No, I didn't say that.
21  Q  It was not any science fiction that existed within the Tau
22  universe -- or within the Warhammer 40K universe, you've
23  already testified, correct?
24  A  Yes.  It is perfectly possible for us to invent something
25  from scratch, you know.  That's our stock in trade.  That's

422

Merrett - cross

1   Q.   Let's look at another exhibit.  Turning to Exhibit 1020 at
2   Page 4.  This is the same picture or the same product that we
3   were talking about previously.  On the left-hand side, you can
4   see the unpainted Chapterhouse product as it's actually sold,
5   correct?  You agree that it's sold unpainted?
6   A.   It's sold unpainted, and I suppose that looks like it is
7   that product, yes.
8   Q.   So, as it's sold, it does not include the imagery that is
9   shown in the bottom right-hand side of the Games Workshop
10  product identified as PEX858 at GW0015353?
11  A.   That would appear to be correct, yes.
12  Q.   And both of the images identified as being infringed are
13  pages from a book?
14  A.   Yes.
15  Q.   Let's look at the product marked product seven at Page 13.
16  Let's turn back to Page 12.
17       All right.  This is a product that you testified about.
18  The right arm tactical shoulder pad for Celestial Lions players,
19  correct?
20  A.   Correct.
21  Q.   And you testified that the Celestial Lions have lion
22  imagery, correct?
23  A.   Yes.
24  Q.   And that's identified in the right-hand side on the listing
25  of the Games Workshop product from PEX427 at GW001503?

423

Merrett - cross

1   A.   Yes.
2   Q.   And you allege that the lion shown in the Chapterhouse
3   product infringes the imagery of the Celestial Lions?
4   A.   No, I didn't.
5   Q.   So, the copyright claim is limited only to the shape and
6   size of the shoulder pads for this product?
7   A.   Correct.
8   Q.   And the image that you've shown here as what is being
9   infringed does not include the rim that is shown on the
10  Chapterhouse product, correct?
11  A.   It doesn't show a rim.
12  Q.   Turning to the next page of this exhibit, let's look at
13  the -- which is Page 3 of Exhibit 1020, and look at the product
14  identified as product nine.  On the left-hand is the shoulder
15  pad product from Chapterhouse, correct?
16  A.   Yes, I suppose.  I'm not familiar with that one.
17  Q.   And on the right-hand side is an image from Games Workshop?
18  A.   Yes.
19  Q.   Is it your contention that the Chapterhouse product copies
20  from this Games Workshop product?
21  A.   No.  I can't remember -- that's probably --
22  Q.   So, you don't believe -- so, there is no copyright
23  infringement claim as to this product?
24  A.   No.  I didn't talk about that product.  This is the first
25  time today that that product's been on the screen.

424

Merrett - cross

1   Q.   So, you have no copyright claim against that product?
2   A.   No.  It's not in the claim.
3   Q.   Going back to -- just a second.  I think we can move on.
4        You're familiar with the concept of a conversion kit in
5   the world of miniatures, right?
6   A.   Yes.
7   Q.   And that means making changes to a miniature to be different
8   from the standard model that's sold, right?
9   A.   Yes.
10  Q.   And in order to do that, you need to make sure that whatever
11  you're adding to it is the right size to fit, correct?
12  A.   It kind of depends, but yes, I suppose.
13  Q.   You talked a bit about how Warhammer 40K is played.  We had
14  a little demo.  It's true that one aspect of the game is
15  personalizing parts for use in the game, right?
16  A.   Oh, yes.
17  Q.   And it's accurate that during competition players are
18  awarded points for the appearance of their army?
19  A.   It varies from competition to competition.  It's certainly
20  not a standard feature of competitions, and it's certainly not
21  universal.
22  Q.   But in some competitions points are awarded for appearance?
23  A.   That may very well be true.  For some competitions, that is
24  one of the things that you get points for.
25  Q.   And in considering what goes into the appearance, many of

425

Merrett - cross

1   the models can be posed; is that correct?
2   A.   Yes.
3   Q.   And in different poses?
4   A.   Yes.
5   Q.   And custom sculpting can be added to the figures?
6   A.   It depends entirely on the rules of the specific
7   competition.
8   Q.   But as a general matter when dealing with Warhammer 40K,
9   custom sculpting can be added to them?
10  A.   It depends entirely on the conditions of the competition,
11  the guidelines or the rules of the specific competition.  When
12  you say in the general case, there is no general case when it
13  comes to things like the competitions because they're all
14  different and organized by different folks.  There's no
15  overarching rule.
16  Q.   Well, Games Workshop itself awards a prize called the Golden
17  Demon, right?  You testified about that?
18  A.   Yes.
19  Q.   And that prize is intended to reward innovation and
20  creativity?
21  A.   It's intended to reward fine painting.
22  Q.   It is only focused on painting?
23  A.   It's the first and foremost criteria for judging the Golden
24  Demon.  It's a painting competition.
25  Q.   The contest also welcomes conversions based upon Warhammer

# **TAB 2**

454



```
 1              IN THE UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF ILLINOIS
 2                    EASTERN DIVISION

 3

 4   GAMES WORKSHOP LIMITED,      )

 5              Plaintiff,        )   Docket No. 10 C 8103

 6        vs.                     )

 7   CHAPTERHOUSE STUDIOS, LLC,   )   Chicago, Illinois
     et al.,                          June 5, 2013
 8              Defendants.       )   9:45 a.m.

 9

10                    VOLUME 3
                TRANSCRIPT OF PROCEEDINGS
11   BEFORE THE HONORABLE MATTHEW F. KENNELLY AND A JURY

12

13   APPEARANCES:

14   For the Plaintiff:    FOLEY & LARDNER, LLP
                           BY: MR. JONATHAN E. MOSKIN
15                         90 Park Avenue
                           New York, New York   10017
16

17                         FOLEY & LARDNER, LLP
                           BY: MR. JASON J. KEENER
18                         321 North Clark Street
                           Suite 2800
19                         Chicago, Illinois   60610

20

21   For the Defendant:    WINSTON & STRAWN, LLP
                           BY: MR. IMRON T. ALY
22                         35 West Wacker Drive
                           Chicago, Illinois 60601
23

24                         WINSTON & STRAWN, LLP
                           BY: MS. JENNIFER A. GOLINVEAUX
25                         101 California Street
                           San Francisco, California  94111
```

455

```
 1                    MARSHALL, GERSTEIN & BORUN
                      BY: MS. JULIANNE M. HARTZELL
 2                    233 South Wacker Drive
                      Willis Tower #6300
 3                    Chicago, Illinois   60606

 4

 5   Also Present:        MR. NICHOLAS VILLACCI

 6                        MS. GILLIAN STEVENSON

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23            LAURA M. BRENNAN - Official Court Reporter
              219 South Dearborn Street - Room 2102
24                    Chicago, Illinois  60604
                        (312) 435-5785
25
```

456

```
 1        (The following proceedings were had in open court out
 2   of the presence and hearing of the jury:)
 3        THE CLERK:  10 C 8103, Games Workshop v.
 4   Chapterhouse.
 5        We have got the same lawyers here.  The jury is
 6   getting lined up.
 7        Is there anything we need to take up before we start?
 8        MR. MOSKIN:  I will just put on the record -
 9        THE COURT:  He can come back up here.
10        MR. MOSKIN:  I will just note on the record that I
11   provided opposing counsel the certification.  I don't know if
12   it needs to be filed or if it's sufficient --
13        THE COURT:  For me, no.  If there is an issue, you
14   will tell me and I will deal with it.
15        MR. ALY:  We received it.
16        And there is one other thing I talked with Mr. Keener
17   about.  That is, Mr. Villacci, which is the corporate
18   representative, he probably will not be called today, but when
19   he is called, I understand plaintiffs want to call him
20   adversely.  And I suppose we can just get to the actual
21   questioning part and not have to lay the foundation.
22        THE COURT:  You don't have to lay the foundation.
23   He's adverse, period, end of discussion.
24        MR. ALY:  But then maybe your Honor would just like
25   to explain to the jury why he is being called in the case.
```

457

```
                              Merrett - cross
 1   That's what we have discussed with counsel.
 2        THE COURT:  Sure, I can do that.
 3        MR. ALY:  Thank you.
 4        THE COURT:  Honestly, if people aren't aware that
 5   it's an issue, they don't understood why it needs to be
 6   explained.  But I'm happy to do it.
 7        MR. ALY:  Thank you.
 8        THE COURT:  Let's bring the jury out.
 9        (The following proceedings were had in the presence and
10   hearing of the jury:)
11        THE COURT:  Everyone can have a seat.
12        Good morning, ladies and gentlemen.
13        THE JURY:  Good morning.
14        THE COURT:  Mr. Merrett, do you understand you're
15   still under oath?
16        THE WITNESS:  Yes.
17        THE COURT:  All right, you can proceed, Ms. Hartzell.
18      ALAN R. MERRETT, PLAINTIFF'S WITNESS, PREVIOUSLY SWORN
19                  CONTINUED CROSS EXAMINATION
20   BY MS. HARTZELL:
21   Q  Good morning, Mr. Merrett.
22        I'd like to start by correcting one of my questions
23   from yesterday.  We were talking about conversion kits, and I
24   asked you about the conversion kit for the Storm Raven.
25        I referred to that as the -- as by the name
```

Q. And so, of course, you also understand that if you have not registered a trademark, that means you do not get that presumption of validity of a trademark. You understand that, right?
A. Yes.
Q. And most of your list here, if you go back to PX1023, in fact the last three pages of it, those are unregistered trademarks, correct?
A. That's right. And that's why we had to produce all that evidence of prior use, which is those spreadsheets that we showed you.
Q. So, you're accusing Chapterhouse of infringing, by my count, 83 of your unregistered trademarks; is that right?
A. If that's what the count is, yes.
Q. Would that surprise you if it was 83?
A. Sorry?
Q. Would that surprise you that it was 83 terms and icons that Games Workshop is accusing Chapterhouse of infringing?
A. No.
Q. Now, you understand you don't get a trademark on a word just because you use it first, right?
A. You get -- sorry. Could you rephrase that?
Q. Yes. There's some terms that you have on this list that you are claiming are your trademarks, right?
A. Yes. Most of the ones on the list are marks that both

parties have agreed are our trademarks with Games Workshop having prior use. So, it's not just us asserting that.
Q. But you understand that just because you use a word first in commerce, that doesn't mean you automatically get a trademark. You understand that, right?
A. No, actually. If I've got -- I don't quite understand what you're saying. If I sell a product which has a title on it and I'm using that as market trade for several years and establishing prior use, then that's a trademark.
Q. Let me give you an example that will probably help. If you have a product and it's a desk, and you sell your desk, and you say this is a desk, that doesn't mean that you automatically get a trademark on the term desk. You understand that, right?
A. Yes.
Q. Okay. And so, there are a lot of terms here on this list. So, I just want to make sure that I got a few things correct. Okay? You didn't show today that Chapterhouse has used the term Striking Scorpion in any of its products or advertisement. You didn't show that, did you?
A. I'm trying to remember. We've been through so many things. I don't think we did, actually. I don't think we talked specifically about Striking Scorpion.
Q. And I just want to make sure again. You didn't show today that Chapterhouse has ever used the term Eldar Farseer in any of its products or on any of its advertising. You didn't show that

today, did you?
A. No.
Q. Okay. And you didn't show today that Games Workshop has ever used the term Eldar Jetbike on any of its products or any of its descriptions.
A. I'm sorry. I'm just thinking about the Farseer thing. So, are you saying that the complete thing or elements of?
Q. Can we go to the list here? And it's probably on Page 2, and it looks like in number 14, one of Games Workshop's trademarks that it's saying has been infringed in this case is Eldar Farseer. That's the trademark, right?
A. So, what we're saying -- so, I see. I see what you're saying. So, the fact that Chapterhouse used words like Heresy for Horus Heresy or Farseer, when it's associated with something that looks like our model and it's using elements of our trademarks, then that's what we're contending is the issue here.
Q. Right. So, let me just make sure that you've answered my question, which is the term Eldar Farseer is the trademark that Games Workshop is alleging is infringed in this case, right?
A. Yes.
Q. And you didn't show any evidence today that Chapterhouse has ever used the word Eldar Farseer in any of its products or any of its descriptions.
A. Well, you've got the tab. So, the website, Chapterhouse's website, if I recall correctly, has the tab Eldar, and in there

you've got a Farseer. So, Chapterhouse certainly do use Eldar Farseer on products.
Q. Okay. So, let me just phrase it again for you to get an answer to this question, which is you haven't shown anywhere where Chapterhouse has used the phrase Eldar Farseer together on a product or in any descriptions of its products. You haven't shown that, have you?
A. No, I don't think we have, and I don't think that's the point.
Q. And Eldar Warlock is another trademark that you allege is infringed?
A. Yes, and it's the same thing again.
Q. So, you agree that you haven't shown --
A. No. What I'm saying is that Chapterhouse clearly used Eldar and Warlock in combination with the copyright aspects to sell a model that is an Eldar Warlock.
Q. I understand. What I want to ask you is that you haven't shown any evidence today that Chapterhouse has ever used the term Eldar Warlock on a product or in a description of a product. You haven't shown that.
A. They use elements of it. Warlock, for example, clearly on their Eldar section, with models that have many of the copyright elements of our Warlock, Eldar Warlock models.
Q. Okay. So, the term Eldar Warlock, you haven't shown Chapterhouse ever used the term Eldar Warlock together as a name

666

Jones - cross

1    Another term you claim as your trademark, Power Claw?
2  A.  Yes.
3  Q.  And there's no Games Workshop product that's just called
4  Power Claw, correct?
5  A.  Correct.
6  Q.  And the jury didn't get to see any product that had Power
7  Claw -- the term Power Claw on it, correct?
8  A.  They got to see the title of the products, and they got to
9  see its unique product code, and they got to see how much money
10 we've made over the years selling Chaos Rebirth Power Claw
11 models.
12 Q.  Now, you also claim that jump pack is one of your
13 trademarks, right?
14 A.  Yes.
15 Q.  And you did show a product with a jump pack, and that was
16 PX956, if we could pull that up.
17    (Brief pause.)
18        THE COURT:  What are we waiting on?
19        MR. COOPER:  To pull up an exhibit.
20 BY MR. COOPER:
21 Q.  But you could just look at in your binder.  We'll do that.
22 A.  I'm sorry.  What am I looking at?
23 Q.  PX956.  And that was in your direct exam binder.
24 A.  In here?
25 Q.  No.  It's in another one of your binders, the binder that

668

Jones - cross

1  Q.  And that's in a sentence that says, "Assault squads are
2  equipped with close combat weapons, such as bolt pistols and
3  chainswords.  Their jump packs enable them to strike hard and
4  fast, leaping over difficult terrain to quickly engage the
5  enemy."  Do you see that?
6  A.  Yes.
7  Q.  And you contend that jump pack is a trademark of Games
8  Workshop; is that right?
9  A.  Yes.
10 Q.  On PX1023 there are a number of terms that Games Workshop
11 believes are its trademarks that aren't on any of your
12 spreadsheets.  Do you remember that?
13 A.  I'm sorry.  Which bit are we looking at now?
14 Q.  1023.  It's your list of trademarks.  And we can blow it up
15 here.
16 A.  Okay.  I'll put this down.
17 Q.  So, Mycetic Spores is one of the words on this list, right?
18 A.  Yeah.
19 Q.  And the jury's heard a little bit about this already, I
20 know, but this is one that there's a dispute as to whether Games
21 Workshop has used that term as a trademark, correct?
22 A.  Yes.
23 Q.  And Games Workshop doesn't sell any products called Mycetic
24 Spore?
25 A.  No, I don't think we do.  Actually, no.

667

Jones - cross

1  you used on direct exam that says Jones Witness Binder.
2  A.  This one?
3  Q.  Yes.
4  A.  Right.  It's going to take me some while to find it, I'm
5  afraid.  Here we are.
6        MR. COOPER:  Sorry, Judge.  I'm going to have someone
7  turn this on, since I'm not sure how to do it.
8        THE COURT:  That's fine.
9  BY MR. COOPER:
10 Q.  Do you remember looking at this product, PX956?
11 A.  Yes.
12 Q.  And you said that those figures there are wearing jump
13 packs; is that right?
14 A.  Yes.
15 Q.  And this is the top cover of the box?
16 A.  It is.
17 Q.  Now, nowhere on the cover there does it say the word jump
18 pack, correct?
19 A.  That's true.
20 Q.  And this is the back of the box, correct?  The underneath?
21 A.  Yes.
22 Q.  And here there is the word jump pack, correct?
23 A.  Yeah.
24 Q.  And it's found right here, correct?
25 A.  Yes, there.

669

Jones - cross

1  Q.  And we looked at a book which is PX47.  If we could pull
2  that up, please.  And this is the Warhammer 40,000 Tyranids
3  book, right?
4  A.  Yes.
5  Q.  And we talked about how the word Mycetic Spore is not on the
6  cover of the book, correct?
7  A.  Correct.
8  Q.  You showed us earlier that it shows up on Page 54 inside the
9  book, correct?
10 A.  Yes.  Quite prominently so.
11 Q.  But you're not saying that customers are buying -- if we go
12 back to the cover, you're not saying that customers are buying
13 this Tyranids book because the term Mycetic Spore appears inside
14 of it.  You're not saying that, correct?
15 A.  Sorry.  I don't understand your question.  Say that again.
16 Q.  So, when customers see this book, they see the title
17 Tyranids, right?
18 A.  Yes.
19 Q.  They see Warhammer 40,000 on the top?
20 A.  Yes.
21 Q.  You're not saying that customers are buying this book
22 because the word Mycetic Spore is used somewhere inside it.
23 You're not saying that, correct?
24 A.  Well, how can I say why our customers are buying things.
25 They buy our products for a whole range of reasons.  I'm sure

**670**

Jones - cross

1  they pick them up and thumb through them and look at the titles
2  and the artwork and the characters, and all of that together is
3  what makes them decide to buy or not buy our product, including
4  a page about Mycetic Spores or Tervigons or any other of our
5  creatures.
6  Q.  You haven't presented any consumer surveys that show why
7  your customers buy your products at all, correct?
8  A.  No, we haven't.
9  Q.  You've also claimed the word Tervigon as one of your
10  trademarks, right?
11  A.  Yes.
12  Q.  And that's not on any of your sales spreadsheets, right?
13  A.  Correct.
14  Q.  It's inside this book, and we looked at it before.
15       And the term Ymgarl is another one that you're
16  claiming, correct?  And that's inside the book, as well?
17  A.  Yeah.
18  Q.  Let's look at for a second Page 61 of this and look at the
19  Ymgarl page.  Now, Mr. Jones, at the top you see where it says
20  Ymgarl Genestealers, right?
21  A.  Yes.
22  Q.  It doesn't just say Ymgarl by itself, right?
23  A.  No, it doesn't.  It says Ymgarl Genestealers.
24  Q.  And you are not claiming Ymgarl Genestealers as a trademark
25  in this case, correct?

**672**

Jones - cross

1  either, does it?
2  A.  No, it does not.
3  Q.  Mr. Jones, I want to move on to some of the more generic
4  terms that Games Workshop has claimed as trademarks and you
5  mentioned briefly.  You'd agree that the term jetbike is used in
6  science fiction outside the Games Workshop world, right?
7  A.  I dare say, yeah.
8  Q.  And you'd agree that a term jetbike, it describes a bike
9  with jets, likely, correct?
10  A.  Who's to say.  I know what we use -- I know that we sell
11  products and have done for many years, specifically for tabletop
12  hobby war games called jetbikes.  That's been a -- we've sold
13  many of those products using that trademark.
14  Q.  And those bikes you're talking about, they have some sort of
15  jets on them, presumably?
16  A.  Yes.
17  Q.  And those products you're talking about, they're like bikes
18  open to the air, correct?
19  A.  They're not like bikes.
20  Q.  They're not enclosed vehicles is what I'm saying.
21  A.  No.  Actually, let me just think about that.  No, they're
22  not.  No.
23  Q.  Do you agree that the term jetbike is a commonly used term
24  in tabletop miniatures?
25  A.  Commonly, no.  No, it isn't.

**671**

Jones - cross

1  A.  No.
2  Q.  You also claim the term Tyranid bonesword is a Games
3  Workshop trademark, correct?
4  A.  Yes.  Boneswords and lash whips.
5  Q.  And those are terms that are disputed by Chapterhouse as to
6  whether or not Games Workshop has actually used them as a
7  trademark in commerce, correct?
8  A.  Yeah.
9  Q.  And Tyranid boneswords and Tyranid whish laps?
10  A.  Lash whips.
11  Q.  Lash whips.  Thank you.  Those aren't on your spreadsheets,
12  correct?
13  A.  Correct.
14  Q.  I believe you showed the jury PX47, which is this book.  If
15  we can go to Page 36.  And I believe you pointed out here on the
16  right-hand column.  You pointed to the jury to that right-hand
17  column about a third of the way down where it says Weapons and
18  Biomorphs.  If we can blow that up a little bit.  Down a little
19  more.  Yes, that's it.  And it says right there, Weapons and
20  Biomorphs:  Bonded Exoskeleton Lash Whip and Bonesword Scything
21  Talons.  Do you see that?
22  A.  Yes.
23  Q.  It doesn't say the phrase Tyranid Lash Whip there, does it?
24  A.  No, it doesn't.  It's in the Tyranid Army book.
25  Q.  It doesn't use the term, the phrase, Tyranid bonesword,

**673**

Jones - cross

1  Q.  Games Workshop believes that the term jetbike is a valid
2  trademark it owns, and no other miniatures company can use that
3  term; is that correct?
4  A.  In tabletop -- in terms of tabletop hobby war games?
5  Q.  Yes.
6  A.  That's our belief, yes.
7  Q.  But jetbike is not Games Workshop's registered trademark,
8  right?
9  A.  No.
10  Q.  And you know that other companies besides Games Workshop do
11  use the term jetbike in their miniatures products?
12  A.  Yeah.  You kindly brought that to my attention during my
13  deposition.
14  Q.  Could you turn to Exhibit DX377?  We'll put it up here, too.
15  A.  I'm sorry.  Where -- which file am I looking in now?
16  Q.  I'm sorry.  It's the one that --
17  A.  DX377 did you say?
18  Q.  Yes.  The one that on the front says cross examination
19  document binder.
20  A.  Got it.
21  Q.  And that's the exhibit I showed you at your deposition,
22  right?  That's the exhibit I showed you at your deposition?
23  A.  Yes.
24  Q.  Let's turn to Page 6.  And we'll blow it up here, too, if
25  that's easier.  Do you see where it says -- and let's not blow

# TAB 3

685

```
 1              IN THE UNITED STATES DISTRICT COURT
                 NORTHERN DISTRICT OF ILLINOIS
 2                      EASTERN DIVISION

 3
 4   GAMES WORKSHOP LIMITED,        )
 5                 Plaintiff,       )  Docket No. 10 C 8103
 6             vs.                  )
 7   CHAPTERHOUSE STUDIOS, LLC,     )  Chicago, Illinois
     et al.,                       )  June 6, 2013
 8                 Defendants.      )  9:30 a.m.
 9
10                        VOLUME 4
                  TRANSCRIPT OF PROCEEDINGS
11    BEFORE THE HONORABLE MATTHEW F. KENNELLY AND A JURY
12
     APPEARANCES:
13
14   For the Plaintiff:     FOLEY & LARDNER, LLP
                            BY:  MR. JONATHAN E. MOSKIN
15                          90 Park Avenue
                            New York, New York  10017
16
17                          FOLEY & LARDNER, LLP
                            BY:  MR. JASON J. KEENER
18                          321 North Clark Street
                            Suite 2800
19                          Chicago, Illinois  60610
20
21   For the Defendant:    WINSTON & STRAWN, LLP
                            BY:  MR. IMRON T. ALY
22                               MR. BRYCE COOPER
                                 MR. THOMAS KEARNEY
23                          35 West Wacker Drive
                            Chicago, Illinois  60601
24
25
```

686

```
 1                        WINSTON & STRAWN, LLP
                          BY:  MS. JENNIFER A. GOLINVEAUX
 2                        101 California Street
                          San Francisco, California  94111
 3
 4                        MARSHALL, GERSTEIN & BORUN
                          BY:  MS. JULIANNE M. HARTZELL
 5                        233 South Wacker Drive
                          Willis Tower #6300
 6                        Chicago, Illinois  60606
 7
 8   Also Present:           MR. NICHOLAS VILLACCI
 9                          MS. GILLIAN STEVENSON
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24       LAURA M. BRENNAN - Official Court Reporter
          219 South Dearborn Street - Room 2102
25              Chicago, Illinois  60604
                      (312) 435-5785
```

687

```
 1        (The following proceedings were had in open court out of
 2   the presence and hearing of the jury:)
 3        THE CLERK:  10 C 8108, Games Workshop v.
 4   Chapterhouse.
 5        THE COURT:  All right.  It's been a couple days since
 6   I have had you put the lawyers' names on the record.  So why
 7   don't you put on the record the names of all the people who
 8   are here.
 9        MR. KEENER:  For Games Workshop, Jason Keener, Foley
10   & Lardner; also Jonathan Moskin of Foley & Lardner; and at
11   counsel table is Gill Stevenson of Games Workshop.
12        MR. ALY:  Here today, Imron Aly for Chapterhouse.
13   And with me also from Winston & Strawn is Bryce Cooper and
14   Jennifer Golinveaux and Tom Kearney.
15        And we also have from the Marshall Gerstein firm
16   Julianne Hartzell and Sarah Kalemeris.
17        THE COURT:  I think you just said Marshall Gerstein
18   from Julianne Hartzell.  She's not the name of the firm.  I'm
19   just pulling your chain a little bit.
20        What were the issues that you needed to bring up?
21        MR. KEENER:  Just two issues.  The first was the
22   parties are going to try and work on a proposed verdict form
23   over the weekend --
24        THE COURT:  Good, okay.  Very good.
25        MR. KEENER:  -- and so on Monday to be able to
```

688

```
 1   address with the Court if we have any issues.
 2        And the second is I think a scheduling issue.
 3        MR. ALY:  I will address that.
 4        MR. KEENER:  Yes, you can address that.
 5        MR. ALY:  So for the defendants' witnesses, we're not
 6   sure how many minutes or hours we'll have tomorrow, and our
 7   witnesses are not available to fly in.  So I didn't want --
 8        THE COURT:  So tomorrow is going to be, we're going
 9   to go from 9:00 to 5:00.
10        MR. ALY:  I know.  And so if we run short, your
11   Honor, we're just going to dock time from the Chapterhouse
12   presentation, and I wanted you to know that now.
13        THE COURT:  So do you think you will be finished by
14   tomorrow with witnesses you're calling?
15        MR. KEENER:  It depends how long their cross of Mr.
16   Villacci goes because they may put their whole case in.  It
17   depends.
18        But it's expected that we may fill tomorrow with all
19   the witnesses that are planned for tomorrow and their
20   witnesses for tomorrow, but we may be a few hours short.
21        THE COURT:  All right.
22        MR. KEENER:  And they're willing --
23        MR. ALY:  That will be on us.  I just wanted you to
24   know that.
25        THE COURT:  All right.
```

1  acceptable and adequate way of doing it.
2  Q   That would be one way of doing it, but there can be
3  others, too?
4  A   I don't know.  Let's have a look, shall we?
5  Q   You talked about Chapterhouse's website yesterday, right?
6  A   Correct.
7  Q   And you specifically looked at PEX-690, page 51, if we
8  could take a look at that.
9       (Brief interruption.)
10 BY MR. COOPER:
11 Q   Page 51, please.  And if we could blow up the top half of
12 that page.  Down a little more.
13      And you said you had a problem with the tabs on the
14 left because you said they're organized by your trademarks,
15 correct?
16 A   Yes, by and large.  Eldar and Imperial Guard and
17 Lizardmen, Space Marines, Tau, Tyranid.  So by and large,
18 they're our trademarks.
19 Q   So, for instance, Eldar is one of your trademarks,
20 correct?
21 A   Yes.
22 Q   Do you see where that tab says "Eldar compatible bits"?
23 You see that, right?
24 A   Yes.
25 Q   I think you also mentioned that you have a problem with

1  Chapterhouse's icon at the top of the page, is that right?
2  A   Well, only inasmuch as coincidentally.  It's an Eagle
3  motif which is, of course, as you have said, the most
4  established registered Warhammer 40,000 icon, yes.
5  Q   But are you saying that Games Workshop thinks that
6  Chapterhouse's Eagle infringes Games Workshop's icon?  Are you
7  saying that?
8  A   I think we're saying that it's -- no, we're not.  It's
9  a -- it's just a part of that overall accumulation of
10 coincidence.
11 Q   So you would agree that you didn't present any evidence
12 yesterday that Chapterhouse has infringed the Games Workshop
13 Aquila or Eagle icon; you would agree with that?
14 A   Yes.
15 Q   Okay, let's talk about a few specifics.  We have talked
16 about how you contend that Games Workshop owns a trademark of
17 the phrase Blood Angels, correct?
18 A   Yes.
19 Q   And you have accused Chapterhouse of infringing that mark?
20 A   Right.
21 Q   But you know Chapterhouse doesn't use the term Blood Angel
22 in the product names of any of its products, right?
23 A   I would have to look at that and we'll see, yes.
24 Q   Okay.  Then let's take a look at PEX-1020 and go to
25 page 8, please.

1  Q   Now, product 4 here is called shoulder pads for Blood
2  Eagle Tactical.  Do you see that?
3  A   Yes.
4  Q   And now, first, you have highlighted some terms in this
5  chart, right?
6  A   Yes.
7  Q   Or you haven't highlighted; the lawyers highlighted?
8  A   They have been highlighted, yes.
9  Q   And the words in the left-hand column are taken from
10 Chapterhouse's website?
11 A   Yes.
12 Q   But, of course, those words aren't highlighted in
13 Chapterhouse's website, right?
14 A   Correct.
15 Q   And, also, Blood Eagle, that's not a trademark that you
16 are alleging is infringed in this case?
17 A   That's right.  But what we are saying is that Blood Eagle
18 is a proxy for Blood Raven.  It's a nod-nod-wink-wink -- it's
19 our Blood Ravens chapter.
20 Q   You're not bringing a claim for trademark infringement for
21 a proxy, right?
22 A   No.
23 Q   And you would agree that the word "tactical" by itself is
24 not a trademark that is being alleged infringed in this case?
25 A   No, that's right.

1  Q   And you testified yesterday that you're not using all of
2  the highlighted terms as trademarks, so you don't get too hung
3  up on that is what you said.
4       You recall that, right?
5  A   Yes.
6  Q   So this snippet in the Chapterhouse left-hand side of the
7  column, that doesn't show everything that customers would see
8  if they went to the Chapterhouse website, right?
9  A   Sorry.  Say that again.
10 Q   This is just a snippet from the Chapterhouse website?
11 A   Yes.
12 Q   So this doesn't show everything that a customer would see
13 if they went to the Chapterhouse website, right?
14 A   I guess not, no.
15 Q   Let's go to the Chapterhouse website at PEX-435, page CHS
16 1541.  Back just one more, please.
17      So this is a page from the Chapterhouse website,
18 right?
19 A   Yes.
20 Q   And you know that because it says Chapterhouse Studios at
21 the top?
22 A   Yes.
23 Q   And to the left of Chapterhouse Studios, you see what was
24 the old Chapterhouse Studios icon, correct?
25      if we can blow up the top, the Chapterhouse Studios

## 801

Stevenson - cross

```
1   column?
2   BY MS. GOLINVEAUX:
3   Q.  Do you see where it identifies the seller name there?
4   A.  I do, yes.
5   Q.  The seller has a username of Inroi, right?
6   A.  Absolutely.
7   Q.  And you have no evidence that Inroi was confused, do you?
8   A.  Well, it is self-evident from the listing, I believe.
9   Q.  You have no evidence to present today on that fact, do you?
10  A.  Well, yeah, because it's self-evident from the listing.
11  Q.  In fact, this page indicates the seller is in France,
12  doesn't it?
13  A.  It does, yes.  Well, it's on French eBay.  So, I can only
14  assume from that that the person is in France.
15  Q.  And the price here is listed in euros; is that right?
16  A.  It is, yes.
17  Q.  So, you have no reason to believe anyone in the United
18  States purchased this product, do you?
19  A.  I've got no reason to believe it or not to believe it.
20      MS. GOLINVEAUX:  Could we see Plaintiff's Exhibit 1009,
21  please?  And can we blow it up again, please?
22  BY MS. GOLINVEAUX:
23  Q.  We'll come back to that.
24      Now, Ms. Stevenson, you've testified that there's
25  evidence of confusion in this case, right?  And you talked about
```

## 802

Stevenson - cross

```
1   a few e-mails; is that right?
2   A.  That's right, yes.
3   Q.  And you're talking about confusion created by Chapterhouse's
4   references to Games Workshop's trademarks; is that right?
5   A.  I don't think that that was what the e-mail said, no.
6   Q.  Okay.  We'll get into the individual e-mails.
7       Has Games Workshop done a consumer survey to find out
8   if any consumers are likely to be confused by Chapterhouse's
9   products?
10  A.  No, but we got evidence of actual confusion, so --
11  Q.  Well, and we'll get to that in a minute, but my question is
12  as to the survey.
13  A.  No, we didn't do a survey.
14  Q.  And any survey to determine whether consumers are likely to
15  be confused by the way Chapterhouse references the terms?
16  A.  I'm sorry.  Can you repeat the question?
17  Q.  Sure.  Have you done any survey to determine whether there's
18  likely to be confusion as to the way Chapterhouse references
19  Games Workshop's terms?
20  A.  No, we haven't done any surveys.
21  Q.  And Chapterhouse and Games Workshop have coexisted in the
22  marketplace for more than five years; is that right?
23  A.  It was June 2008 when I first became aware of them, and at
24  that time they were not selling as Chapterhouse.  The eBay name
25  was Custom Mini 79.  So, I can't honestly say that Chapterhouse
```

## 803

Stevenson - cross

```
1   and Games Workshop have coexisted for five years because as of
2   June 2008 when I removed those auctions from eBay, there was no
3   reference to Chapterhouse, and the e-mail I got from Nick
4   Villacci in June '08 didn't refer to Chapterhouse.  My
5   understanding is that Chapterhouse didn't exist until 2009.
6   Q.  So, but either their products that you claim Mr. Villacci
7   was selling on eBay and Chapterhouse together coexisted for
8   about five years; is that right?
9   A.  Coexisted in probably the most unhappy sense rather than
10  coexisting happily.
11  Q.  But coexisting in the marketplace.
12  A.  Yeah.
13  Q.  And today you testified about three e-mails that you claim
14  evidence some degree of consumer confusion; is that right?
15  A.  I did, yes.
16  Q.  Before we get to those e-mails, it's true, isn't it, that
17  Games Workshop has no evidence of confusion as to products it
18  added to the case in the second phase; is that right?
19  A.  Yeah.  I mean, the jury have heard quite a lot about the
20  forums that people who are fans of Warhammer 40,000 look at and
21  post on, and actually -- I know you're not allowed to look at
22  the Internet, but if you were allowed to look at the Internet,
23  what you would see is an awful lot of speculation about this
24  case, and actually our customers, our staff, and even just
25  people who are interested all know about this case and have for
```

## 804

Stevenson - cross

```
1   a very long time.  So, the likelihood of there being any
2   confusion where there's such a publicly well known case, it's
3   just not really very likely because people know.
4   Q.  But, Ms. Stevenson, you haven't presented any evidence of
5   confusion as to the products added in the second phase of the
6   case, have you?
7   A.  No.
8   Q.  And Games Workshop's not aware of any complaints about the
9   quality of those products, either, is it?
10  A.  Not from people who buy the products directly, but --
11      THE COURT:  That's the answer.  Thanks.  Next question.
12  BY MS. GOLINVEAUX:
13  Q.  Turning to the products that you first sued on, they're
14  listed in a comparison chart for --
15      THE COURT:  Actually, if you're going to go to a
16  different topic, this is where we're going to stop.  So, we'll
17  resume at 1:30.  I'll be right back out to talk to the lawyers.
18  All rise.
19      (The following proceedings were had in open court, out of
20      the presence and hearing of the jury:)
21      THE COURT:  The reason for the sustaining of the
22  objection in the early part of the cross is I don't think it's
23  at all relevant how the materials in question were arranged for
24  production, and even if it was somehow relevant, which I don't
25  think it is in the least bit, it's unnecessarily confusing in a
```

1    Can we turn to PX-1022, please? And let's start at
2    page 2.
3    Now, Ms. Stevenson, as you recall, you testified that
4    this chart was put together at your direction by Games
5    Workshop's hobby team, and they painted and posed the Games
6    Workshop figures on the right column to look like the colors
7    and poses of the Chapterhouse products, is that right?
8    A    Almost. The hobby team didn't put the chart together, but
9    they did build and paint the model.
10   Q    And you said that you found this confusing when you see
11   them side by side like this?
12   A    I find it compelling.
13   Q    You said you found it confusing, correct?
14   A    I said customers could find it confusing.
15   Q    But you haven't offered any evidence that customers have
16   ever been confused by these two products, have you?
17   A    Well, they haven't seen these two images side by side, so
18   they couldn't be.
19   Q    So that's a no?
20   A    Um --
21   Q    Have you offered any evidence that any customers have
22   found these two products confusing?
23   A    I said that I thought it was obvious that they would be
24   confusing.
25   Q    But that's not my question.

1    Have you offered any evidence today that any
2    customers ever found these two products confusing?
3    A    Other than that I believe they're confusing, no.
4    Q    And, Ms. Stevenson, can you please identify for me,
5    focusing your attention on the Games Workshop figurine, the
6    trademark that appears on that figure that Games Workshop is
7    claiming in this case?
8    A    The figure is an Eldar Farseer figure, but the trademark
9    would appear on the product or on the website.
10   Q    And --
11   A    This isn't being offered for sale, so there is no
12   trademark on it.
13   Q    So on the figure in the Games Workshop column, there is no
14   trademark that Games Workshop is claiming in this case, is
15   that right?
16   A    No. That figure isn't being offered for sale in that
17   format.
18   Q    Okay. Can we turn to page 7 of this exhibit, please? And
19   these are -- this is column 142.
20   And, again, you said that this was -- the Games
21   Workshop model was painted for demonstrative purposes in the
22   pose and color schemes of Chapterhouse, Chapterhouse's models,
23   is that right?
24   A    That's right, yes.
25   Q    And as with the other one, you haven't offered any

1    evidence that any consumer has actually been confused between
2    these products, have you?
3    A    No consumer has seen those side by side.
4    Q    So you haven't offered any evidence of that, have you?
5    A    They haven't been seen, so, no.
6    Q    And, Ms. Stevenson, focusing your attention on the figures
7    that show in the Games Workshop column, what are the
8    trademarks that appear on those figures that Games Workshop is
9    claiming in this case?
10   A    Again, there are no trademarks on those figures. The name
11   Space Marine is written above for identification purposes, but
12   those figures aren't being offered for sale in that format.
13   Q    So there are no trademarks that appear on the Games
14   Workshop figures that you are claiming in this case?
15   A    There will be a trademark on the bottom of the base.
16   Q    Can we see it?
17   A    No, I don't have them with me.
18   Q    A picture?
19   A    No.
20   Q    Okay.
21   MS. GOLINVEAUX: You can take this exhibit down.
22   BY MS. GOLINVEAUX:
23   Q    Now, let's turn to the three emails that you testified
24   earlier were, in your opinion, evidence of confusion in this
25   case. And those emails referred to Chapterhouse Studios,

1    right?
2    A    That's my recollection from earlier, yes.
3    Q    Okay. Well, let's take a look at them.
4    Could you please pull up Plaintiff's Exhibit 107 at
5    page 3.
6    So, Ms. Stevenson, do you recognize this as one of
7    the emails you testified about this morning?
8    A    Yes, the email in the format of a file note, yes.
9    Q    And you explained to us what the file note indicated,
10   that --
11   A    That it's an e-mail that has been saved into our case
12   management system within the legal team, and when you then
13   print it out, it prints as a file note rather than in the
14   usual email format.
15   Q    Thank you for that.
16   If you could please blow up the email portion of this
17   exhibit? No, the entire email portion. Thank you.
18   (Brief interruption.)
19   BY MS. GOLINVEAUX:
20   Q    So this appears to be a September, an email -- strike
21   that.
22   This appears to be an email dated September 27th,
23   2009, that was sent to legal at games-workshop.co.uk, is that
24   right?
25   A    That's correct.

Stevenson - direct
817

1  Q   And I'm reading from the beginning of the paragraph.
2  Beginning there it says:
3       "Dear sir/madam, I have recently come across this
4  website and it provides the URL for a ChapterhouseStudios.com
5  page selling conversion bits for Games Workshop kits."
6       Do you see that part?
7  A   I do see that.
8  Q   And looking at the last sentence of that paragraph, it
9  says:
10      "I'm looking at their Space Marine shoulder pads
11  here, Salamander, Luna Wolves, et cetera, which look
12  reasonable enough, but perhaps lack the sharpness and detail
13  of, quote, unquote, official Games Workshop products."
14      Do you see that?
15 A   It says "GW," but, yes.
16 Q   In that last sentence, the person's distinguishing the
17 Chapterhouse products that he saw from, quote, unquote,
18 official GW products, isn't he?
19 A   Yes, but the key is in the following question, isn't it?
20 Q   Well, that's something you discussed this morning, but I'm
21 focusing on my questions now.
22      So he's distinguishing them from official Games
23 Workshop products, isn't he?
24 A   I -- sorry.
25      Can you repeat the question?

Stevenson - direct
818

1  Q   Sure, let's move on.  If you would look, please, at the
2  "from" line in the email header; do you see that?
3  A   I do, yes.
4  Q   It says that this email is from an @btinternet.com email
5  address?
6  A   Indeed.
7  Q   Do you have an understanding of what btinternet indicates
8  in the email address?
9  A   Well, "bt" is shorthand for British telecom, which is a
10 telecom company in the U.K.
11      Does that answer the question?
12 Q   It does.  Thank you.
13      So there is no reason to believe that this individual
14 was in the United States, is there?
15 A   Well, it's a dot com address, which would suggest it was
16 in the U.S.  I don't know whether bt offers telecom services
17 in the U.S. or not, but most -- most U.K. email addresses are
18 dot co or dot uk.
19 Q   Let's turn to Plaintiff's Exhibit 107 at page 4.  It's the
20 same exhibit, page 4.
21      (Brief interruption.)
22 BY MS. GOLINVEAUX:
23 Q   Ms. Stevenson, this is another one of the emails you
24 discussed this morning, correct?
25 A   Absolutely.

Stevenson - direct
819

1  Q   If we could blow up the email portion of it, not the file
2  note.
3       And this person -- I'm reading from the text of the
4  email.  Before the text starts, there is also -- he's provided
5  a ChapterhouseStudios.com URL, is that right?
6  A   That's right.
7  Q   Okay.  And then the email itself says:
8       "I was thinking of the power fist and the leg parts
9  for the Chaplain.  They are clearly Citadel parts with added
10 details sculpted to them."
11      Do you see that?
12 A   Yes.
13 Q   Do I read that properly?
14 A   Yes, you did.
15 Q   Okay.  And if you could look --
16      Well, actually, this email doesn't show the sender's
17 email address at all, does it?
18 A   Not that I can see, no.
19 Q   Okay.  Let's turn in the same exhibit, let's turn to
20 pages 1 and 2.
21      (Brief interruption.)
22 BY MS. GOLINVEAUX:
23 Q   As he's getting the second page loaded up -- there it is.
24 So this is the third email that you discussed this morning, is
25 that right?

Stevenson - direct
820

1  A   I don't know what order I discussed them in, but it looks
2  like one of the three emails, yes.
3  Q   Okay.  And this email, if we could blow up the email
4  portion of the bottom third of the first page, this one is
5  also sent to legal U.K.
6       I assume that's Games Workshop legal, is that right?
7  A   That's right.
8  Q   Okay.  And, again, it provides a URL for a
9  ChapterhouseStudios.com web page, is that right?
10 A   That's right.
11 Q   And the text says:
12      "Hi.  I've just found this website, and they are
13 offering their own resin cast conversion kits for Space Marine
14 Rhino and Land Raider."
15      Do you see that?
16 A   Yes.
17 Q   Okay.  And looking back up to the email header, do you see
18 the address where it says the email address is at an
19 @Yahoo.co.uk?
20 A   I do.
21 Q   And I believe a moment ago you indicated that that would
22 indicate a U.K. email address, is that right?
23 A   That's right.
24 Q   So do you have any reason to believe this individual was
25 in the U.S.?

Stevenson - direct
821

1   A  No, but Chapterhouse Studios were.

2   Q  But the individual sending you the email reporting about

3   it was not?

4   A  Not so far as I'm aware.

5   Q  And you have no reason to believe they were in the U.S.?

6   A  No, although they could have been in the U.S. accessing

7   the U.S. website and emailing from a U.K. email address.  I

8   don't know.

9   Q  But the fact is they had a U.K. email, a co.uk email

10  address, correct?

11  A  Yes.

12  Q  If we can look at Defendants' Exhibit 170, please.

13        Again, we have the format with the file note on the

14  top, and can you blow up the content where it starts with

15  "from" on the bottom third of the page?

16        (Brief interruption.)

17  BY MS. GOLINVEAUX:

18  Q  Okay.  This is Defendants' 170, if you can blow up the

19  bottom third of the page, please.

20        Ms. Stevenson, this appears to be a September 22nd,

21  2010, email, again sent to legal U.K. indicating Games

22  Workshop legal, is that right?

23  A  That's right.

24  Q  Okay.  And this email said:

25        "Thought you might find this link of interest.  I

---

Stevenson - direct
822

1  don't usually care if someone is doing something GW style, but

2  there is a line for me and this has crossed it."

3        Do you see that?

4  A  Yes.

5  Q  Ms. Stevenson, this person is aware that Games Workshop

6  isn't the source of these products, isn't he?

7  A  I can't testify what the person is aware of.

8  Q  This -- do you consider this to be evidence of confusion?

9  A  I don't think he's necessarily confused.  He's clearly

10  unhappy.

11  Q  So he doesn't appear confused to you?

12  A  No.

13  Q  Okay.

14        MS. GOLINVEAUX:  Can we have Defendants' 171, please?

15        (Brief interruption.)

16  BY MS. GOLINVEAUX:

17  Q  Can you pull up the -- go up a little bit to the blank

18  space in the middle of the page, okay, and pull up from there

19  down.

20        Ms. Stevenson, it appears you forwarded that last

21  email, and we see a message here:

22        "And another one who clearly is not confused,

23  exclamation point."

24        Do you see that?

25  A  I do see that.  That was an email to my external lawyers,

---

Stevenson - direct
823

1  yes.

2  Q  Your external lawyers?

3  A  Yes, and it was an email which was following an earlier

4  email which I sent two seconds earlier referring to someone

5  who was confused.  So it was here's one who is and here's one

6  who isn't.

7  Q  And that's your name underneath where I just read,

8  "another one who clearly is not confused"?

9  A  Yes.  One who was, one who wasn't, as I said.

10  Q  So that's your name right there?

11  A  That's right.

12        MS. GOLINVEAUX:  You can take that exhibit down.

13  BY MS. GOLINVEAUX,

14  Q  So, Ms. Stevenson, what you are telling us that in the

15  five years that you have been aware of Mr. Villacci and

16  Chapterhouse Studios, that you have received these three

17  emails that you think are evidence of confusion, is that

18  right?

19  A  Yes, and they're all prior to his issuing the court

20  proceedings.

21  Q  And what is the relevance of that?

22  A  Well, the public knowledge afterwards would mean that

23  people wouldn't be confused.

24  Q  So the litigation itself has mitigated any likelihood of

25  confusion; is that fair to say?

---

Stevenson - direct
824

1  A  I don't know that you could actually say that because we

2  have had evidence from the French eBay vendor, and actually as

3  we have seen from the side-by-side documents, there's clearly

4  scope for confusion.

5  Q  But in light of the litigation, people aren't likely to be

6  confused?

7  A  People who don't know about it might be.

8  Q  And so you have identified three emails that you consider

9  to be evidence of confusion, is that right?

10  A  Absolutely.

11  Q  And two of those emails were sent from what appears to be

12  U.K. email addresses?

13  A  That's right.

14  Q  And the third one didn't show the sender's email address

15  at all, did it?

16  A  It didn't.

17  Q  Okay.  And Games Workshop has no way of knowing if any of

18  these three individuals were in the United States, does it?

19  A  No.

20  Q  And the most recent of those three emails was dated

21  February 15th, 2010, is that right?

22  A  I don't know.  Sorry.

23  Q  Well, we can go back through them, if you would like.

24  A  Not really.  Yes, we can do that.

25  Q  Let me represent to you that the most recent one was dated

825

Stevenson - redirect

1  February 15th, 2010, since we just looked at them and it's in
2  the record.
3        So that was nearly three and a half years ago, wasn't
4  it, Ms. Stevenson?
5  A  Yes.
6  Q  Then there is a fourth email where you say, "another one
7  who is clearly not confused," isn't there?
8  A  Yes.  That was an email following an earlier email, as I
9  said.
10 Q  As you said, thank you very much.
11       THE COURT:  Redirect.
12                REDIRECT EXAMINATION
13 BY MR. KEENER:
14 Q  I'm bringing up Plaintiff's Exhibit 1008, which is the
15 French eBay posting we have been discussing so far.
16       And counsel for Chapterhouse pointed out that the
17 price for the post is in Euro; do you remember that?
18 A  I do, yes.
19 Q  It also lists the price in U.S. dollars?
20 A  It does, yes.
21 Q  Counsel for Chapterhouse also mentioned that the seller is
22 in France?
23 A  That's right.
24 Q  Do you remember that?
25       Does it list where the seller is willing to ship this

826

Stevenson - redirect

1  product to?
2  A  It ships worldwide.
3  Q  So someone in the U.S. can see and purchase this product?
4  A  Absolutely.
5  Q  Let's move to Plaintiff's Exhibit 1009.
6        Is this product also offered in U.S. dollars?
7  A  It is, yes.
8  Q  And where do they ship this product?
9  A  Again, worldwide.
10 Q  Can we pull up Plaintiff's Exhibit 1007?
11       (Brief interruption.)
12       MR. KEENER:  It should be in your binder.  I'm sorry,
13 107.  Thank you.  There we go.
14 BY MR. KEENER:
15 Q  Now, if you blow up the bottom part of this email, this is
16 what counsel for Chapterhouse just read to you:
17       "Hi.  I've just found this website and they're
18 offering their own resin kit -- their own resin cast
19 conversion kits for Space Marine Rhino and Land Raider."
20       Do you remember that?
21 A  Yes, I do.
22 Q  And she didn't finish reading the sentence.
23       Can you finish reading the sentence and the next
24 sentence?
25 A  Yes.  It says:

827

Stevenson - redirect

1        "Space Marine Rhino and Land Raider tanks along with
2  a few other GW things.  I don't know if they are doing this
3  under license, but thought you may want to take a look at this
4  just in case."
5  Q  So would you think this customer has any confusion?
6  A  I was convinced he was confused.
7  Q  About what?
8  A  About whether they were legitimate or had a license.
9  Q  So the confusion wasn't whether or not that product was
10 made by Games Workshop, but what was the confusion?
11       MS. GOLINVEAUX:  Objection, your Honor.  Leading.
12       THE COURT:  Overruled.
13       THE WITNESS:  They were confused as to whether Games
14 Workshop had given a license to these people to make the Rhino
15 and Land Raider.
16       MR. KEENER:  Thank you.  No more questions.
17       THE COURT:  Ms. Golinveaux, anything else?
18       MS. GOLINVEAUX:  No, your Honor.
19       THE COURT:  Any of the jurors have any questions for
20 this witness?
21       I don't see anyone writing.  Okay, the witness is
22 excused.
23       THE WITNESS:  Thank you.
24       (Witness excused.)
25       THE COURT:  Please call the next witness.

828

Villacci - direct

1        MR. MOSKIN:  Plaintiffs call as their next witness
2  Nicholas Villacci.
3        THE COURT:  I'm not sure that I need to explain this
4  to you all, but I will anyway.  There is no limitation on
5  whether one side can call the other side's people in their
6  case.  The only difference that you might see is what
7  lawyers --
8        You can come up, Mr. Villacci.
9        -- what lawyers sometimes call leading questions, in
10 other words, where the question sort of suggests an answer,
11 leads the person in a particular way.  Generally speaking, a
12 lawyer is not allowed to ask those on direct examination of
13 their own witnesses.  They can only ask them on cross
14 examination.  But when the witness is somebody from the other
15 side, they're allowed to ask leading questions on direct
16 examination.
17       That may be more information -- that may be TMI, as
18 they say these days.  But if it is, don't worry about it.
19 Just put it out of your mind.
20       (Witness sworn.)
21       NICHOLAS VILLACCI, PLAINTIFF'S WITNESS, DULY SWORN
22                DIRECT EXAMINATION
23 BY MR. MOSKIN:
24 Q  Good afternoon, Mr. Villacci.
25 A  Good afternoon.

# TAB 4

# FILE NOTE

| | |
|---|---|
| **Case Ref:** | **10591** |
| **Client:** | **Games Workshop Limited** |
| **Action:** | **Send E-mail**<br>**(to : JamesFry@eversheds.com)** |
| **Date:** | **30/09/2010** |
| **Time:** | **13:44:01** |
| **Handler:** | **Gill Stevenson** |
| **Typist:** | **GLS** |
| **No. of Units:** | **0** |
| **Cost Value:** | **0.00** |
| **Correspondent:** | **Client (Games Workshop Limited)** |

DETAILS

Our ref:10591

And another one who clearly is not confused!

Gill.

Gill Stevenson
Legal Manager
Group Legal Department
Games Workshop Group PLC
Tel: +44 (0)115 900 4124

_____

From: Iain Hicken [mailto:iain_a_h@hotmail.com]
Sent: 22 September 2010 09:38
To: Legal (UK)
Subject: Chapterhouse Studios



EXHIBIT
#89
3-9-12 TB

Thought you may find this link of interest.

I'm don't usually care if someone is doing something 'Gw style' but       (Continued ...)

**DEFENSE**
**EXHIBIT**
DX-171

Confidential                                                   GW0005559

DX-171.0001

there is a line and for me this has crossed it.

http://theminiaturespage.com/news/483020/

Thanks,
Iain

Confidential

GW0005560

DX-171.0002

# **TAB 5**

**Comparison Chart for 1ˢᵗ Set of Products**
The terms shown in yellow highlighting are terms that Games Workshop believes are trademarks that Chapterhouse is unfairly using. The highlighting does not appear on Chapterhouse's product description or online materials.

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| 1 | Eagle Thunder Hammer (PEX 435 at CHS0000457)  This is hammer sculpted with a Eagle or Feather theme in mind. It can be used as a power weapon or a thunder hammer. It is well suited as a imperial thunder hammer for 28mm miniatures. Customers have also used this for high elf and empire fantasy armies. It is a pewter bit. |  **Miniatures designed by Jes Goodwin, Martin Footit and Dave Thomas. (PEX 510 )** 40K is the generally accepted abbreviation for Warhammer 40,000. It is registered as a CTM in classes 9, 16 and 28, and in the US in class 28.  PLAINTIFF EXHIBIT PX-1020 Space Marine Collector's Guide 2003, page 14  (PEX 473 at p.14) |

1

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| | |  **Thunder Hammer**<br><br>The Thunder Hammer is built around a power generator rather like a power axe, sword or glove. In this case the generator is triggered to energise only at the instant of contact, thus enabling it to conserve energy while delivering a particularly effective blow. As the hammer is brought down upon the target, a blue energy field explodes with an almighty crack, knocking a smoking hole in the enemy while blue sparks crackle and leap about the ruined armour. The Thunder Hammer is often combined with the type of power shield known as a Storm Shield.<br><br>p10, Warhammer 40,000 Compilation, 1991 (PEX 470 at p.10)<br><br>**Simon Smith**<br><br><br><br>p101, Codex Space Marines 2008 **(NH902 / Neil Hodgson / 2008 )**<br>WD116 – Thunder and Lightning 1989 (PEX 423 at GW001169) |

2

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| | |  p45, Index Astartes IV 2004 **(NH Imperial Fist / Neil Hodgson / 2001 ) (PEX 423 at GW001195)** |

3

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| 2 | Shoulder Pad w/ Shield & Studs for 28 mm marine – Tactical (PEX435 at CHS00001657)<br><br><br><br> <br><br>This is a studded shoulder pad a shield on the side. This is similiar to the Heresy era shoulder pads that early space marines used. This shoulder pad works well with any loyalist or chaos space marine® armies, works especially well with black templars. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models. |  <br>Mk5 "Heresy" Pattern    Mk6 "Corvus" Pattern<br><br>p20 Codex Space Marines 2008 **(NH_SM_20 / Neil Hodgson / 2008 )**<br>(PEX 846 at GW0017557)<br><br>The Black Templars are a Space Marine Chapter.<br><br> <br><br>Index Astartes II 2003, page 45 (PEX 858 at GW0015353)<br>**(NH663 / NH672 / Neil Hodgson / 2000) (PEX 858 at GW0015353)** |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
|    |                                                   |  Cover art, Codex Black Templars 2005 **(PD292 / Paul Dainton / 2005 ) (PEX 445)**<br><br>Tactical refers to a type of Space Marine squad. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
| 3 | Skull or Chaplain Head Bit for Power Armor (PEX 435 at CHS00001677)<br><br><br><br>This is a unique sculpt of a skull power armor head for 28 mm scale. Great non-Games Workshop replacement for the original chaplain head. Same scale as 28mm marine. | <br><br>**Miniature designed by Juan Diaz Ramos (PEX 119)**<br><br>Space Marine Chaplain<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1050244&rootCatGameStyle= |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
|    |                                                   |  p6 Codex Space Marines 2004 **(PD269 / Paul Dainton / 2004 ) (PEX 424 at GW001224)**  p58 Codex Space Marines 2008 **(PD414 / Paul Dainton / 2008 ) (PEX 846 at GW0017595)** |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| 4 | Shoulder Pads for Blood Eagle – Tactical (PEX 435 at CHS00001541)<br><br><br><br>This is a shoulder pad with a Eagle or Blood raven on the face, the wings of the bird are surrounding an inverted blood drop or gem.  This shoulder pad works well with Blood Raven or Blood Angel themed armies.  This is the standard size space marine® Tactical Marine shoulder pad cast in pewter. | The Blood Ravens are a Space Marine Chapter.<br><br> The Art of Warhammer 40,000 2006, page 71<br>(NH Blood Raven / Neil Hodgson / 2005) (PEX 844 at GW0017303)<br><br>Forge World sell a Blood Raven decal/transfer sheet on their website - http://www.forgeworld.co.uk/Warhammer-40000/BLOOD-RAVENS-TRANSFER-SHEET.html<br><br>Decals are used to decorate Space Marines, including shoulder pads.<br><br><br>(Blood Raven Transfer / Paul Rudge / 2010) (PEX 487)<br>The Blood Angels are a Space Marine Chapter. Their iconography includes blood drops. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| | | <br><br>**(NH Angels Graph Paper/ Neil Hodgson / 2001) (PEX 858 at GW0015339)**<br>**(WE322 Blood Angels Icon / Wayne England / 1995) (PEX 858 at GW0015339)**<br><br>Index Astartes II 2002, page 31 |
| 5 | Shoulder Pads for ==Blood Eagle== – ==Terminator== (PEX 435 at CHS00001549)<br><br><br><br>This is a shoulder pad with a Eagle or ==Blood raven== on the face, the wings of the bird are surrounding an inverted blood drop or gem. This shoulder pad works well with ==Blood Raven== or ==Blood== | The Blood Ravens are a Space Marine Chapter.<br><br><br><br>The Art of Warhammer 40,000 2006, page 71<br>**(NH Blood Raven / Neil Hodgson / 2005) (PEX 844 at GW0017303)**<br><br>Forge World sell a Blood Raven decal/transfer sheet on their website -<br>http://www.forgeworld.co.uk/Warhammer-40000/BLOOD-RAVENS-TRANSFER-SHEET.html<br>Decals are used to decorate Space Marines, including shoulder pads. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|--------------------------------------------------|----------------|
|    | **Angel** themed armies.  This is the standard size **space marine®** **Terminator** shoulder pad cast in pewter. |  **(Blood Raven Transfer / Paul Rudge / 2010)** **(PEX 487)** The Blood Angels are a Space Marine Chapter. Their iconography includes blood drops.  **(NH Angels Graph Paper/ Neil Hodgson / 2001)** **(PEX 858 at GW0015339)** **(WE322 Blood Angels Icon / Wayne England / 1995)** **(PEX 858 at GW0015339)** Index Astartes II 2002, page 31 |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| 6 | Left Arm Shoulder Pad Bit Tactical for <mark>Celestial Lions</mark> Players (PEX 435 at CHS00001153)  This is a Lion Shoulder pad for the left arm, can be used for <mark>Celestial Lions</mark> or Lions Rampant. This is the standard 28mm scale shoulder pad. | The Celestial Lions is a Space Marine Chapter.  White Dwarf magazine issue 249, page 33 **(NH672c celestial lions/ Neil Hodgson / 2000) (PEX 427 at GW0001503)** This product does not use Games Workshop's iconography. It is however, designed to be used with other Games Workshop Products and to fit within the Warhammer 40,000 Universe. It is of a size and scale to fit with Games Workshop products. The product description uses Games Workshop terms: Celestial Lions & Tactical. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
| 7 | Right Arm Tactical Shoulder Pad for Celestial Lions Players (PEX 435 at CHS00001418)  This is a Lion Shoulder pad for the Right arm, can be used for Celestial Lions or Lions Rampant. This is 28mm scale tactical shoulder pad cast in pewter. Similar to a standard 28mm Space Marine Shoulder pad. | Celestial Lions  White Dwarf magazine issue 249, page 33 **(NH672c celestial lions/ Neil Hodgson / 2000) (PEX 427 at GW0001503)** This product does not use Games Workshop's iconography. It is however, designed to be used with other Games Workshop Products and to fit within the Warhammer 40,000 Universe. It is of a size and scale to fit with Games Workshop products. The product description uses Games Workshop terms: Celestial Lions & Tactical. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| 8 | Shoulder Pads for ==Deathwatch== Ruinic- ==Tactical== (PEX 435 at CHS00001573)<br><br>This is shoulder pad is sculpted with a number of gothic style icons on the face of the shoulder pad. It would look good in any ==deathwatch==, ==inquisition== or ==dark angels== themed army. This is the same scale as a 28mm ==space marine® tactical== shoulder pad cast in pewter. | The product implicates trademark issues only, not copyright. |
| 9 | Shoulder Pads for ==Deathwatch== Ruinic== – Terminator== (PEX 435 at CHS00001577)<br><br><br><br>This is shoulder pad is sculpted with a number of gothic style icons on the face of the shoulder pad. It would look good in any ==deathwatch==, ==inquisition== or ==dark angels== themed army. This is the same scale as a 28mm ==space marine®terminator== shoulder. | <br><br>(DG1019_DA_OC / Dave Gallagher / 2006) (PEX 420 at GW0000889) |

13

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| | | <br><br>**(PEX 420 at GW0000889)**<br>The Death Watch is a Space Marine Chapter.<br>The Inquisition is a Warhammer 40,000 army. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
| 10 | Power Armour Pad for Exorcist Players (PEX 435 at CHS00001268)<br><br><br><br>This power armor sized shoulder pad has a demon skull sculpted on the front as well as a raised rim with the word "perdition" etched into it. Similar to the exorcist space marine®chapter from the Games Workshop universe. Looks good as a pad for Librarians as well. | Games Workshop's Space Marine Chapter is called Exorcists in the plural.<br><br><br><br>White Dwarf magazine issue 249, page 33<br>**(NH672c Exorcists/ Neil Hodgson / 2000) (PX 427 at GW0001503)**<br><br>Librarian is a rank in the Space Marine army. |
| 11 | Terminator pad for Exorcist Marine (PEX 435 at CHS00001907)<br><br><br><br>This terminator sized shoulder pad has a demon skull sculpted on a pentagram as well as a raised rim with the word "perdition" etched into it. Styled after the Exorcist space marine® chapter. Looks good as a pad for Librarians as well. | Exorcists & Librarians - see product 10 |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| 12 | Sawblade Shoulder Pad & Jewel (PEX 435 at CHS00001500, CHS00001238<br><br>This is a shoulder pad that fits is about the same size a GW shoulder pad. It has a sawblade on it and we also include a seperate jewel drop. This looks great as an evil sun or if you use the jewel drop, looks spectacular for "Fleshtearer" space marine® shoulder pads. Supplied in pewter. | The Flesh Tearers are a Space Marine Chapter.<br><br>Index Astartes II, page 49<br>**(NH672c Flesh Tearers/ Neil Hodgson / 2000) (PEX 859 at GW0015477)**<br>Games Workshop's Flesh Tearers shoulder pads - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod550012a&rootCatGameStyle=<br> (PEX 550 at GW0002452) |
| 13 | Terminator Shoulder Pad for Flesh Tearers (PEX 435 at CHS00001913)<br><br>This is a shoulder pad that fits is about the same size a GW terminator shoulder pad. It has a stone sawblade on it adorned with a jeweled drop and 2 smaller drops in the corner. This pad looks spectacular on "Fleshtearer" space marines®. | The Flesh Tearers are a Space Marine Chapter.<br><br>Index Astartes II, page 49<br>**(NH672c Flesh Tearers/ Neil Hodgson / 2000) (PEX 859 at GW0015477)**<br>Games Workshop's Flesh Tearers shoulder pads - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod550012a&rootCatGameStyle=<br> (PEX 550 at GW0002452)<br>Terminator is a style of Space Marine armour. |

16

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
| 14 | Howling Griffon Style Marine Shoulder Pads 28mm (PEX 435 at CHS00001066)<br><br><br><br>If you are searching for Howling Griffon shoulder pads, you have come to the right website. These work perfectly for Howling Griffons space marines or any other chapters that use Griffons as their chapter symbol. This fits standard space marine® armored shoulders and should fit in with any standard space marine® model shoulder pads. This is a single shoulder pad - quality cast in pewter. | The Howling Griffons are a Space Marine Chapter.<br><br><br><br>The Art of Warhammer 40,000 2006, page 71<br>**(NH Howling Griffon / Neil Hodgson / 2005) (PEX 844 at GW0017303)** |
| 15 | Shoulder Pads for Flaming Fist - – Tactical Marines (PEX 435 at CHS00001583)<br><br>This is a shoulder pad with mailed fist on it, the fist has a wreath of flame or leaves along the top. This shoulder pad works well with any loyalist or Imperial Fist (Crimson Fist) or second founding space marine® chapter. This is a pewter model that is the same scale as a 28mm space marine® models as well as other sci-fi models. | The product implicates trademark issues only, not copyright. |
| 16 | Shoulder Pad for Imperial Fist – Terminator Marine (PEX 435 at CHS00001629)<br><br>This is a shoulder pad with mailed fist on it, the fist has a wreath of flame or leaves along the top. This shoulder pad works well with any loyalist or Imperial Fist (Crimson Fist) or | The product implicates trademark issues only, not copyright. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| | second founding space marine® chapter. This is a pewter model that is the same scale as a 28mm space marine® models as well as other sci-fi models. | |
| 17 | Iron Snake Compatible Shoulder Pad - Tactical (PX 435 at CHS00001097)<br><br><br><br>This is a Serpent or snake in a Greek style, the edges of the pads have chains on them. This is the standard size space marine® tactical shoulder pad cast in pewter. This shoulder pad fits well with any greek, serpent or iron snakes themed army. | The Iron Snakes are a Space Marine Chapter.<br><br><br><br>The Art of Warhammer 40,000 2006, page 70<br>(NH Iron Snakes / Neil Hodgson / 2005) (PEX 844 at GW0017302)<br><br><br><br>(CL Bro of Snake / Clint Langley / Black Library / 2007) (PEX 949 at GW0018271) |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| 18 | Iron Snake Compatible Shoulder Pad – Terminator (PX 435 at CHS00001105)<br><br><br><br>This is a Serpent or snake in a Greek style, the edges of the pads have chains on them. This is the standard size space marine® terminator shoulder pad cast in pewter. This shoulder pad fits well with any greek, serpent or iron snakes themed army. This pad is meant for the right arm.<br><br>There are two variants of this pad that ship out, on with a scroll and another with a tooth (not available for individual order). | The Iron Snakes are a Space Marine Chapter.<br><br><br><br>The Art of Warhammer 40,000 2006, page 70<br>(NH Iron Snakes / Neil Hodgson / 2005) (PEX 844 at GW0017302)<br><br><br><br>(CL Bro of Snake / Clint Langley / Black Library / 2007) (PEX 949 at GW0018271) |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| 19 | Shoulder Pad w/ Studs and Skull for 28mm marine - Tactical (PX 435 at CHS00001667)<br><br><br><br>This is a shoulder pad with a skull on it, the rest f the shoulder pad has armored studs. This shoulder pad works well with any loyalist space marine® army. Would work great for legion of the damned marines. This could also be a chapter icon for the left shoulder. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models. | Chaos Space Marines are a Warhammer 40,000 army.<br><br> <br><br>Mk5 "Heresy" Pattern      Mk6 "Corvus" Pattern<br><br>p20 Codex Space Marines 2008 **(NH_SM_20 / Neil Hodgson / 2008) (PEX 846 at GW0017557)**<br><br>Chaos Space Marines are a Warhammer 40,000 army.<br><br>The Legion of the Damned is a Space Marine Chapter.<br><br><br><br>How to paint Space Marines 2004, page 85<br>**(NH Legion of the Damned/ Neil Hodgson / 2005) (PEX 421 at GW0001067)** |

20

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
|    |                                                   | Games Workshop sells Legion of the Damned models on its website - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod380007a&rootCatGameStyle=  **Miniatures designed by Juan Diaz Ramos.  (PEX 553 at GW0002462)** Tactical is a Space Marine squad designation. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
| 20 | Shoulder Pad w/ Skull and Flames for 28mm marine- Tactical (PEX 435 at CHS00001647)<br><br><br><br>This is a shoulder pad with Skull on it, the skull has flames coming out of the top. This shoulder pad works well with any loyalist marine army. This shoulder pad would look especially good on legion of the damned armies. This could also be a chapter icon for the left shoulder. This is a pewter model that fits on 28mm models as well as other sci-fi models. | <br>Warhammer 40,000 Chaos Space Marines 2007, page 21<br>**(NH CH_Sanct / Neil Hodgson / 2007) (PEX 455 at p.21)**<br><br>The Sanctified is a Chaos Space Marine Legion.<br><br>Chaos Space Marines is a Warhammer 40,000 army.<br><br>Legion of the Damned is a Space Marine Chapter.<br><br>Tactical is a Space Marine squad designation. |
| 21 | Shoulder Pad Star Fox or Wolf Tactical (PEX 435 at CHS00001587)<br><br>This is a stylized fox or wolf head shoulder pad. This is the standard size tactical space marine® shoulder pad cast in pewter. This pad works well with fox, or luna wolves style armies. | There are no IP issues with this product other than the shape/design of the underlying shoulder pad. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| 22 | Shoulder Pad Star Fox or Wolf - Terminator (PEX 435 at CHS00001593)<br><br>This is a stylized fox or wolf head shoulder pad. This pad works well with fox, or luna wolves style armies. This is the standard size space marine® terminator shoulder pad cast in pewter. This sculpt to be used as a right arm pad. | There are no IP issues with this product other than the shape/design of the underlying shoulder pad. |
| 23 | Shoulder Pads for Chalice or Soul Drinker – Tactical (PEX 435 at CHS00001557)<br><br><br>This is a shoulder pad with a grail or chalice sculpet on the face, the upper ridge has a raised face with details sculpted along the edge. This shoulder pad works well with Soul Drinker themed armies. This is the standard size space marine® tactical shoulder pad cast in pewter. | The Soul Drinkers are a Space Marine Chapter.<br><br><br>Soul Drinkers 2002, front cover<br>**(PAS030C Soul Drinker / Adrian Smith / Black Library / 2002) (PEX 325 at GW00008925)**<br><br>Tactical is a Space Marine squad designation. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| 24 | Shoulder Pads for Chalice or Soul Drinker – Terminator (PEX 435 at CHS00001563) <br><br>  <br><br> This is a shoulder pad with a grail or chalice sculpet on the face, the upper ridge has a raised face with details sculpted along the edge. This shoulder pad works well with Soul Drinker themed armies. This is the standard size space marine® terminator shoulder pad cast in pewter. | The Soul Drinkers are a Space Marine Chapter. <br><br>  <br><br> Soul Drinkers 2002, front cover <br> **(PAS030C Soul Drinker / Adrian Smith / Black Library / 2002) (PEX 325 at GW00008925)** <br><br> Tactical is a Space Marine squad designation. |
| 25 | Salamanders Dragon Skull Shoulder Pad for Space Marine Model (PEX 435 at CHS00001439) <br><br> This is a Dragon or Salamander flat icon on a scaled background. This is the standard size space marine® tactical shoulder pad cast in pewter. | The product implicates trademark issues only, not copyright. |
| 26 | Salamanders Dragon Skull Shoulder Pad – Space Marine Terminator (PEX 435 at CHS00001447) <br><br> This is a Dragon or Salamander Skull on a scaled background. This is the standard size space marine® terminator shoulder pad cast in pewter. This sculpt to be used as a right arm pad. | The product implicates trademark issues only, not copyright. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| | | |
| 27 | Dragon or Salamander Power Fist (PEX 435 at CHS0000395)<br><br><br><br>A left arm that can be used as a power fist or lightning claw on regular infantry size miniatures, works well on terminator or power armor. There are scales sculpted onto the forearm. | The Salamanders are a Space Marine Chapter.<br><br>Forge World power fist<br>http://www.forgeworld.co.uk/Warhammer-40000/SPACE-MARINE-CHARACTER-CONVERSION-SET.html<br><br><br><br>**Model designed by Phil Stutcinskas**, (PEX 416 at GW0002457)<br><br><br>Cover art, Warhammer 40,000 – Codex Imperialis 1993<br>**(JB124 / John Blanche / 1993) (PEX 457)**<br>Terminator is a style of Space Marine armour. |
| 28 | Dragon or Salamander Storm Shield Diamond Scales (PEX 435 at CHS0000405)<br><br>A high detail shield based on dragon theme, useful on high elf or emperor fantasy models as well as dragon or salamanders space marine models. | The product implicates trademark issues only, not copyright. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| | The front of this shield has dragon skull on the top and diamond scales sculpted onto the front, the rear of the shield has a hand hold that enables power armor marines to hold the shield (not shown in photo). It is designed to be modeled on 28mm scale models. This highly detailed bit is cast in PEWTER. | |
| 29 | Dragon or Salamander Storm Shield - Smooth no skull (PEX 435 at CHS0000415)<br><br>A high detail shield based on dragon theme, useful on high elf or emperor fantasy models as well as dragon or salamanders space marine® models.<br><br>The front of this shield has dragon head and scales sculpted onto it, the rear of the shield has a hand hold that enables power armor marines to hold the shield (not shown in photo). It is designed to be modeled on 28mm scaled marines. This highly detailed bit is cast in PEWTER | The product implicates trademark issues only, not copyright. |
| 30 | Dragon or Salamander Storm Shield - Smooth w/ skull (PEX 435 at CHS0000425)<br><br>A high detail shield based on dragon theme, useful on high elf or emperor fantasy models as well as dragon or salamanders space marine® models.<br><br>The front of this shield has dragon head and scales sculpted onto it as well as as skulls, the rear of the shield has a hand hold that enables power armor marines to hold the shield (not shown in photo). It is designed to be modeled on 28mm scaled models. This highly detailed bit is cast in white metal | The product implicates trademark issues only, not copyright. |

26

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
| | | |
| 31 | Dragon or Salamander Thunder Hammer (PEX 435 at CHS0000445)<br><br><br><br>This is a hammer sculpted with a dragon or salamander theme in mind. It can be used as a power weapon or a thunder hammer. It can be used for dragon or salamander 28mm models  Customers have also used this for high elf and empire fantasy armies.  It is a pewter bit. | Thunder Hammer<br><br><br><br>p101, Codex Space Marines 2008 **(NH902  / Neil Hodgson / 2008 ) (PEX 846 at GW0017638)**<br><br><br><br>p45, Index Astartes IV 2004 **(NH Imperial Fist  / Neil Hodgson / 2001)  (PEX 423 at GW001195)**<br><br>Power armour is the most common style of Space Marine armour. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| | | The Salamanders are a Space Marine Chapter. |
| 32 | Salamander upgrade kit (Fits on Space Marine Land Raider (PEX 435 at CHS00001466)<br><br>Our first conversion kit ofr the Games Workshop landraider tanks, its composedof 9 resin components and 4 pewter components. Included in this package are 2 Front side armor panels, 2 Rear side armor panels, 2 front track guards, 2 dragon head lascannon sponson covers, 1 dragon head Heavy Bolter/Assault Cannon cover and 2 Pewter Braziers. | The product implicates trademark issues only, not copyright. |
| 33 | Vehicle Icons for Flesh Tearers (PEX 435 at CHS00001944)<br><br>This kit consist of 7 pairs of sawblade/drops cast in resin.<br><br>Large icons measure 31 mm diameter (good for Land Raiders or Rhino top hatches)<br><br>Two medium icons measure 23.5 mm diameter (good for Rhino fronts and Land Raider side doors)<br><br>Four small icons measure 16 mm diameter (droppods, dreadnoughts, landspeeders, etc). | The product implicates trademark issues only, not copyright. |

28

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
| 34 | Combi Weapon Magnetic Kit (PEX 435 at CHS0000287)<br><br><br><br>This kit consist of one bolter combi-weapon body, one combi flamer attachment, one grenade launcher attachment, one combi plasma gun attachment and one <mark>melta gun</mark> attachment. We also include 5 rare-earth magnets that fit in the pre-drilled holes on the main body and on each attachment. 9the holes and Magnets are 1/16th inch, please note that due to the casting pocess, these holes sometimes do not fully form on the Bolter.<br><br>This is a pewter kit that allows you to switch out your special weapon choices anytime you want. The magnet has the strength to keep the attachments from falling off with pretty heavy handling. Coupled with our unique fitting design, there is little chance of losing the attachments when on the mini.<br><br>Scaled for 28mm models. | Combi-melta<br><br>p87 Codex Space Marines 2008.<br>**(DG1163 / Dave Gallagher / 2008 ) (PEX 846 at GW0017624)**<br><br>Combi-plasma |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
|    |                                                   |  p49 Codex Dark Angels 2006. **(NH Wargear / Neil Hodgson / 2006) (PEX 420 at GW0000939)** Combi-flamer  Astartes MKIV-SV 'Pyros' Type Combi-Flamer Fire Angels Chapter Forge Manufacture p90 'Imperial Armour 9: The Badab War Part 1' 2010 **(Paul Rudge / 2006) (PEX 459 at p.90)** |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| 35 | Conversion Kit for ==Farseer Jetbike== Rider (PX 435 at CHS0000309)<br><br><br><br>==Games Workshop Jetbike== kit not included as shown above and for scale purposes only (used without permission)<br><br>This is a Chapterhouse Studios sculpted 12 piece resin conversion kit that can form the modle shown. It is meant to aid players in converting a regular ==jetbike== kit inot a farseer on ==jetbike== model. | A Farseer is a character from the Eldar army – see the 'Guide to the Warhammer 40,000 Universe' document. Games Workshop sells Eldar Farseers on its website - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060019&rootCatGameStyle=<br><br><br><br>**Miniature designed by Jes Goodwin and Martin Footit (PEX 546 at GW002447)**<br><br> |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
|    |                                                   | p28 Codex Eldar 2006 **(PS192 / Paul Smith / 1999 )**<br><br>A jetbike is an Eldar army vehicle. Games Workshop sells Eldar jetbikes on its website – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1090102&rootCatGameStyle=<br><br><br><br>**Miniature designed by Jes Goodwin (PEX 492 at GW0004579)**<br><br><br><br>p37 Codex Eldar 2006. **(AB736 / Alex Boyd / 2006 ) (PEX 460 at p.37)** |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
| | |  p40 Codex Eldar 2006. **(SK049 / Stefan Kopinski / 2003(SK / Stefan Kopinski) (PEX 845 at GW0017489)** <br><br> The Seer Council are a unit in the Eldar army. Games Workshop sells the Seer Council on its website - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060064&rootCatGameStyle= <br><br>  <br><br> **Miniatures designed by Jes Goodwin and Adam Clarke (PEX 548 at GW0002449)** |

33

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|--------------------------------------------------|----------------|
| 36 | Conversion kit for Warlock Jetbike Rider (PEX 435 at CHS0000315)<br><br><br><br>Games Workshop Jetbike kit not included shown for example purposes only.<br><br>This is a 11 piece resin conversion kit. It is perfect for converting a regular jetbike kit into a Warlock on Jetbike model.<br><br>Each Warlock Jetbike Rider kit comes with 2 weapon choices, 1 left arm, 1 top torso, 1 lower torso,1 Warlock head, 1 control panel, 2 shield generators and 2 bike accessories. | A Jetbike is an Eldar army vehicle.<br><br>Seer Council are a unit in the Eldar army.<br><br>The Warlock is a character from the Eldar army – see the 'Guide to the Warhammer 40,000 Universe' document. Games Workshop sells Warlocks on its website – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060088&rootCatGameStyle=<br><br><br><br>**Miniature designed by Jes Goodwin (PEX 549 at GW0002451)** |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| 37 | Conversion kit for Tyranid Tervigon (PX 435 at CHS00001921)<br><br><br><br>This Chapterhouse Studios resin set contains 5 high detail components that fit with the Games Workshop Carnifex kit. Once assembled, it adds much girth and armor. Please note this set does NOT include a Games Workshop Tyranid Carnifex model.<br><br>Each kit contains 5 pieces:<br><br>Top Center Torso Spine piece (fits in between the two side torsos of the carnifex)<br><br>Central Armor and Spine Bank (fits on top of the upper torso)<br><br>Head mount piece<br><br>Lower abdomen containing birth sacs and embryonic termagaunts | Tyranids are a Warhammer 40,000 army. The Tervigon is a type of Tyranid creature.<br><br><br><br>Warhammer 40,000  Tyranids 2009, page 52<br>**(AB930_Tervagon / Alex Boyd / 2009) (PEX 47 at GW0001422)**<br><br>Chapterhouse's components are designed to fit on Games Workshop's Tyranid Carnifex model – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1050178&rootCatGameStyle= |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
|  | Standard Size Oval base (matches Trygon base diameter).<br><br>Please note while this kit is sculpted to fit a <mark>carnifex</mark> kit with no modification to either kit, some modification may be necessary to the minute variations that are present in both the Games <mark>Workshop</mark> and and Chapterhouse Kits. | <br><br>**Miniature designed by Jes Goodwin (PEX 565 at GW0002483)**<br><br>The Termagants and Trygon are also creatures from the Tyranid army. |
| 38 | <mark>Lashwhips</mark> - <mark>Tyrant</mark> Size (PEX 435 at CHS00001141)<br><br>This is a single pewter <mark>Lashwhip</mark> created by Chapterhouse Studios for <mark>Tyranid</mark>® monsters, it is sized to be used with <mark>Tyrants</mark> and other Large size models. Sculpted so it can be used on the right or left arm socket, it is also bendable due to the sculpting. These <mark>Lashwhips</mark> hold the foes still so a killing strike may be inflicted. | The product implicates trademark issues only, not copyright. |
| 39 | <mark>Lashwhips</mark> - Warrior Size (PEX 435 at CHS00001147)<br><br>This is a single pewter <mark>Lashwhip</mark> created by Chapterhouse Studios for <mark>Tyranid</mark>® monsters, it is sized to be used with warriors and other medium size models. Sculpted so it can be used on the right or left arm socket, it is also bendable due to the sculpting. These <mark>Lashwhips</mark> hold the foes still so a killing strike may be inflicted. | The product implicates trademark issues only, not copyright. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
| 40 | Tyrant Bonesword Arms (PEX 435 at CHS00001931)<br><br>This is a pair of Chapterhouse Studios resin Bonesword arms that are scaled in the same size as the 28mm Hive Tyrant or other monstrous creatures. Works great for converting a Swarmlord  Each pair consist of 1 left and 1 right arm scaled for the larger creatures.  Sculpted with details showing the symbiotic weapons, the swords have bio-organic crystaline growths that enable the weapons to inflict death on anyone they strike. | The product implicates trademark issues only, not copyright. |
| 41 | Warrior Bonesword Arms (PEX 435 at CHS00001956)<br><br>This is a pair of Chapterhouse Studios resin Bonesword arms. Each pair consist of 1 left and 1 right arm scaled for warriors. Sculpted with details showing the symbiotic weapons, the swords have bio-organic crystaline growths that enable the weapons to inflict death on anyone they strike. | The product implicates trademark issues only, not copyright. |
| 42 | Xenomorph 28mm Head bits (PEX 435 at CHS00001988)<br><br>This is a six (6) piece set of 28mm **resin** heads.  You will receive three(3) of Head A and three(3) of Head B.  These heads are sculpted in the style of the classic "Aliens" xenomorphs.  They work great on many of the 28mm bodies, gaunts, genestealers and tyranid warriors. | The product implicates trademark issues only, not copyright. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| 43 | 28mm Ymgarl model Heads (PEX 435 at CHS0000037)<br><br><br><br>This is a 6 piece set of pewter Alien Heads.  These are scaled for 28mm heroic miniatures.  You can use them as Cthulhu or Ymgarl heads on your models.  We have many customers that use these on their Tyranid® Genestealers® to represent Ymgarl Genestealers® .<br><br>Each set of 6 heads includes 3 different variants,  you will recieve 2 of each head in this set.  There are almost no mold lines on these heads, so minimal clean-up is required.  Superglue is recommended for assemblnig metal bits on plastic kits.<br><br>We developed these in 2009 as variant heads that would be useful on Tyranid® Genestealers® .  When GW released the new Tyranid® codex, the Ymgarl Genestealers® look incredibly like these heads!  We have dated post and concept art to prove our idea came first.<br><br>Regardless, these heads will set your miniatures apart from the rest of the crowd! | Genestealers are creatures in the Tyranid army. The Ymgarl is a variant of a Genestealer.<br><br>As part of the Tyranid Genestealer boxed set, Games Workshop included a head component which can convert a Genestealer model into an Ymgarl Genestealer. The components are © Games Workshop 2004.<br><br><br><br>**Miniature designed by Jes Goodwin and Mark Harrison (PEX 117 at GW001439)**<br><br><br><br>Warhammer 40,000 Tyranids 2010, page 61<br>**(DG1192_Ymgarl_Stealer/ Dave Gallagher / 2009) (PEX 47 at GW001431)** |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
| 44 | Female Heads - **Imperial Guard** 28mm (PEX 435 at CHS0000955)<br><br>This is a sprue of 6 unpainted resin female human heads. These are scaled for 28mm heroic miniatures. Perfect additions to any miniature line, and look great on **imperial guard** figures. | The product implicates trademark issues only, not copyright. |
| 45 | SXV-141 Super-Heavy Assault Walker SAW (PX 435 at CHS00001819)<br><br>Design by Zac Sorten (Marquozz). Painted by Remi Tatl.<br><br>Our first vehicle kit, we decided to go crazy.<br><br>This is a resin model kit consisting of over 50 parts, weighing in at approximately 2kg and standing almost "30cm tall when complete. The kit components are supplied "as cast" and require cleanup, assembly and painting for the finished product.<br><br>Needless to say I think the Imperial Titans will have their hands/fist full. | The Tau refers to the Tau Empire, a Warhammer 40,000 army.<br><br>The Tau Empire use rail guns as weapons on their vehicles.<br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1090208<br>(PEX 515 at GW0004859)<br><br>Tau XV88 Battlesuit with Two Railguns |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
|    |  | <br><br>p40 Codex Tau Empire 2005 **(NH / Neil Hodgson / 2005 ) (GW 864 at GW0016745)**<br><br>p17<br>Codex Tau 2001 **(JG Concept Sketches / Jes Goodwin / 2005 ) (PEX 464 at p.7)** |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
|    |   http://chapterhousestudios.com/index.php?route=product/product&path=59&product_id=201 (PEX 690 at CHS000028753) |  **Miniature designed by Jes Goodwin** http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1620020 (PEX 963 at GW0018299) |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|--------------------------------------------------|----------------|
| |  | |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|--------------------------------------------------|----------------|
| |  | |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|



| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
|    |  (DX 45) | (PEX 718)<br><br>Cover Art, Codex: Tau ©2001<br>**AS098 Tau Codex detail cropped from larger original)By Adrian Smith**<br>**(PEX 464)** |

| 46 | ==Assault== Shoulder Pad with number 7 (PEX 435 at CHS000088)<br><br><br><br>This is a number 7 ==Assault== Shoulder pad for regular power armor, it has raised crossed arrows on the pad with a roman numeral 7 above the arrows. This is the standard size ==space marine® tactical== shoulder pad cast in pewter. | Assault is a type of Space Marine squad. An Assault squad will have an 'X' symbol and their squad number shown on their right shoulder pads. The squad number will be between 1-10.<br><br>Games Workshop assault squad shoulderpads – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110190&rootCatGameStyle=<br><br><br><br>Tactical is a Space Marine squad designation. (PEX 543 at GW0002440)<br><br>The table below shows the Squad markings for a standard Space Marine Company. These are displayed on the right shoulder pad.<br><br>• Squads 1-6 are Tactical Squads (Arrow and numerals 1-6)<br>• Squads 7-8 are Assault Squads (Cross arrows and numerals 7-8)<br>• Squads 9-10 are Devastator Squads (Chevron and numerals 9-10) |



Codex Ultramarines, 1995, p28. **(PEX 465 at p.28)**

| | | |
|---|---|---|
| | |   Insignium Astartes 2002, page 13 (PEX 842 at GW006866) |
| 47 | **Assault** Shoulder Pad with number 8 (PEX 435 at CHS0000102)    This is a number 8 **Assault** Shoulder pad for regular power armor, it has raised crossed arrows on the pad with a roman numeral 8 above the arrows. This is the standard size **space marine® tactical** shoulder pad cast in pewter. | Assault is a Space Marine squad designation.  Power armour is the most common style of Space Marine armour.  Tactical is a Space Marine squad designation.    Insignium Astartes 2002, page 13 (PEX 842 at GW006866) |
| 48 | **Assault** Squad Shoulder Pad - Plain (PEX 435 at CHS00000116)    This is a unmarked **Assault** shoulder pad for regular power armor, it has raised arrows on the pad. This is the standard size **space marine**® tactical shoulder pad cast in pewter. | Assault is a Space Marine squad designation.  Power armour is the most common style of Space Marine armour.  Tactical is a Space Marine squad designation.    Insignium Astartes 2002, page 32 (PEX 842 at GW0016885) |

48

| 49 | Crested ==Marine== Shoudler Pad (PX 435 at CHS000321)  This is a shoulder pad with a raised crest on it.  This is a pewter model is scaled for 28mm models and fits well on ==Games Workshops== ==space marine==® shoulders. | Space Marine Captain http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat440176a&prodId=prod1060070&rootCatGameStyle=  **Miniature designed by Juan Diaz Ramos (PEX 428 at GW0005404)**  p84 Codex Space Marines 2008 **(DG810  / Dave Gallagher / 2004 ) (PEX 846 at GW0017621)** Chaos Space Marines are a Warhammer 40,000 army. |

49

| | | Tactical is a Space Marine squad designation. |
|---|---|---|
| 50 | Devastator Shoulder Pad  (PEX 435 at CHS0000361)<br><br><br><br>This is a unmarked devastator shoulder pad scaled for 28mm power armor, it has a raised arrow on the pad.  Cast in pewter. | Devastator is a type of Space Marine squad. A Devastator squad has an inverted 'V' symbol on their right shoulderpads.<br><br><br><br>Warhammer 40,000 Space Marines 2004, page 70<br>**(NH SM Pads/ Neil Hodgson / 2004)  (PEX 424 at GW0001288)**<br><br><br><br>Index Astartes III 2003, page 23<br>**(NH Ultramarines Graph / Neil Hodgson / 2001) (PEX 422 at GW0001105)**<br><br>Power armour is the most common style of Space Marine armour. |

| 51 | IX <mark>Devastator</mark> Marine Shoulder Pad 28mm<br>(PEX 435 at CHS00001121)<br><br><br><br>This is a number 9 <mark>Devestator</mark> Shoulder pad in 28mm scale it has raised arrow on the pad with a roman number 9 embossed into the arrow. Pad cast in pewter. | Devastator is a Space Marine squad designation.<br><br>Tactical is a Space Marine squad designation.<br><br><br><br>Insignium Astartes 2002, page 13 (PEX 842 at GW0016866)<br><br><br><br>Codex Ultramarines, 1995, p28. **(PEX 465 at p.28)** |
| 52 | X <mark>Devastator</mark> Shoulder Pad for 28mm marine players<br>(PEX 435 at CHS00001996)<br><br><br><br>This is a number 10 <mark>Devestator</mark> Shoulder pad in 28mm scale it has raised arrow on the pad with a roman number 10 embossed into the arrow. Pad cast in pewter. | Devastator is a Space Marine squad designation.<br><br>Tactical is a Space Marine squad designation.<br><br><br><br>Insignium Astartes 2002, page 13 (PEX 842 at GW0016866) |

Codex Ultramarines, 1995, p28. **(PEX 465 at p.28)**

| 53 | First Squad or I Shoulder Pads – tactical (PEX 435 at CHS00000961)<br><br>This is a shoulder pad with a roman numeral "1" or an I on the face, it is stylized and has more detail then the typical I shoulder pad. This shoulder pad works well with any loyalist space marine® armies. This could also be a chapter icon for the left shoulder. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models. | There are no IP issues with this product other than the shape/design of the underlying shoulder pad. |
|---|---|---|
| 54 | Generic Power Armour Shoulder Pad 28mm – (PEX 435 at CHS00001010)<br><br><br><br>Just a regular 28 mm scaled power armor pad, similar to the standard one with raised edges. | <br><br>Index Astartes III 2003, page 23<br>**(NH Ultramarines Graph / Neil Hodgson / 2001) (PEX 422 at GW001105)** |

| 55 | Smooth Shoulder Pad for 28mm tactical – no raised areas (PEX 435 at CHS00001697)<br><br>Another regular 28mm tactical shoulder pad, this one has no raised areas, perfectly smooth for something different.<br><br>Single pewter bit. | Space Marine shoulder pad – see product 54. |
|----|----|----|
| 56 | Tactical Shoulder Pad for 28mm marine (PEX 435 at CHS00001835)<br><br>This is a Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad. This is the same scale as a 28mm space marine®I shoulder pad cast in pewter. | Tactical is a type of Space Marine squad.<br><br>Games Workshop – Tactical shoulder pads<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110189&rootCatGameStyle=<br><br><br>(PEX 562 at GW0002478)<br>A Tactical squad member will have their squad number shown on their right shoulder pads. The squad number will be between 1-10.<br><br><br><br>Insignium Astartes 2002, page 32 (PEX 842 at GW0016866) |

| 57 | <mark>Tactical</mark> Shoulder Pad for 28mm marine with number 1 (PEX 435 at CHS00001849)  This is a number 1 <mark>Tactical</mark> Shoulder  pad for regular power armor, it has a raised arrow on the pad with a roman numeral 1 inlaid in the arrow.  This is the 28mm scale shoulder pad cast in pewter. | Tactical is a Space Marine squad designation.  Insignium Astartes 2002, page 13 (PEX 842 at GW0016866)  Codex Ultramarines, 1995, p42 **(PEX 465 at p.42)** |
|----|----|----|
| 58 | <mark>Tactical</mark> Shoulder Pad for 28mm marine with number 2 (PEX 435 at CHS0001859)  This is a number 2 <mark>Tactical</mark> Shoulder  pad for regular power armor, it has a raised arrow on the pad with a roman numeral 2 inlaid in the arrow. This is the 28mm <mark>tactical</mark> shoulder pad cast in pewter. | Tactical is a Space Marine squad designation.  Insignium Astartes 2002, page 13 (PEX 842 at GW0016866) |

| | | <br>Codex Ultramarines, 1995, p28 (PEX465 at p.28) |
|---|---|---|
| 59 | Tactical Shoulder Pad for 28mm marine with Number 3 (PEX 435 at CHS00001873)<br><br>This is a number 3 Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 3 inlaid in the arrow. This is a standard 28mm scale marine tactical shoulder pad. | Tactical is a Space Marine squad designation.<br><br>Insignium Astartes 2002, page 13 (PEX 842 at GW0016866)<br><br>Codex Ultramarines, 1995, p43 (PEX465 at p.28) |
| 60 | Tactical Shoulder Pad for 28mm marine with Number 4 (PEX 435 at CHS00001879)<br><br>This is a number 4 Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 4 inlaid in the arrow. This is a 28mm scale. | Tactical is a Space Marine squad designation.<br> |

55

| | | |
|---|---|---|
| | | Insignium Astartes 2002, page 13 (PEX 842 at GW0016866)<br><br>Codex Ultramarines, 1995, p43 **(PEX465 at p.28)** |
| 61 | Tactical Shoulder Pad for Space Marine with number 5 (PEX 435 at CHS00001889)<br><br>This is a number 5 Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 5 inlaid in the arrow. This is in a 28mm scale. | Tactical is a Space Marine squad designation.<br><br>Insignium Astartes 2002, page 13 (PEX 842 at GW0016866)<br><br>Codex Ultramarines, 1995, p43 **(PEX465 at p.28)** |
| 62 | Tactical Shoulder Pad for 28mm marine with number 6 (PEX 435 at CHS00001899)<br><br>This is a number 6 Tactical Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 6 inlaid in the arrow. This is in a 28mm scale. | Tactical is a Space Marine squad designation.<br> |

| | | |
|---|---|---|
| | | Insignium Astartes 2002, page 13 (PEX 842 at GW0016866)<br><br><br><br>Codex Ultramarines, 1995, p28 **(PEX465 at p.28)** |
| 63 | ==Salamanders== or Dragon ==Drop Pod== Armor or Door Panel (PEX 435 at CHS00001456)<br><br><br><br>This is a highly detailed resin _partan_ panel that fits on the ==Drop Pod== Kit door. It is a single piece that fits over the standard door, this is sculpted with a dragon or ==salamanders== icon in the center, surrounded by scales. This is a single door. We similar buying a set of 5 for the regular ==drop pod== model kit. | A drop pod is a Space Marine vehicle. Games Workshop sells drop pods on its website – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1560026&rootCatGameStyle=<br><br><br><br>**Miniature designed by Tom Walton (PEX 489 at GW0004533)**<br><br><br><br>Index Astartes 2004, page 19<br>**(NH Salamander Graph / Neil Hodgson / 2004) (PEX 423 at GW001169)** |

| 64 | ==Salamander== Dragon Skull Shoulder Pad Bit –==Tactical== (PEX 435 at CHS0001429)  This is a Dragon or ==Salamander== Skull on a scaled background. This is the standard size ==space marine® terminator== shoulder pad cast in pewter.  This sculpter to be used as a right arm pad. |  Index Astartes 2004, page 19 **(NH Salamander Graph / Neil Hodgson / 2004) (PEX 423 at GW001169)** |
|----|----|----|
| 65 | ==Salamander== Dragon Skull Shoulder Pad – ==Terminator== (PEX 435 at CHS0001859)  This is a Dragon or ==Salamander== Skull on a scaled background. This is the standard size ==space marine® tactical== shoulder pad cast in pewter. | Index Astartes 2004, page 19 **(NH Salamander Graph / Neil Hodgson / 2004) (PEX 423 at GW001169)** Tactical is a Space Marine squad designation. Terminator is a style of Space Marine armour. |

| 66 | ==Salamander== Dragon ==Thunder Hammer== – Smooth   (PEX 435 at CHS0001478) | <br>Index Astartes 2004, page 19<br>**(NH Salamander Graph / Neil Hodgson / 2004) (PEX 423 at GW001169)** |
|---|---|---|



This is a hammer sculpted with a dragon or ==salamander== theme in mind.  It can be used as a power weapon or a ==thunder hammer==.  It can be used for dragon or ==salamander space marine==® armies.  This is our new "smooth" ==salamander== hammer.  Customers have also used this for high elf and empire fantasy armies.  It is a pewter bit.

Please note this is smaller then the ==thunder hammers Terminators== normally have.  It may be more suitable for non-==terminator== units.



Thunder Hammer
+++Stormlord pattern+++

p101, Codex Space Marines 2008 **(NH902 / Neil Hodgson / 2008 )**
**(GW846 at GW0017638)**



Imperial Fist Assault Terminator

p45, Index Astartes IV 2004 **(NH Imperial Fist / Neil Hodgson / 2001 )**
**(PEX 423 at GW001195)**
Terminator is a style of Space Marine armour.

| 67 | ==Salamander== or Dragon Head Bit for 28 mm marine (PEX 435 at CHS00001486) | Salamanders are a Space Marine Chapter. |

67 | ==Salamander== or Dragon Head Bit for 28 mm marine (PEX 435 at CHS00001486)



This is a pewter bit of the Dragon Special Character resin kit head. We have had many request for just the head so have made these available. A single pewter space helmet in the dragon or ==salamander== style.

Salamanders are a Space Marine Chapter.

Chaplains are a rank within the Space Marines army.



**Miniature designed by Jes Goodwin (PEX 119)**

Space Marine Chaplain
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1050244&rootCatGameStyle=



Warhammer 40,000 Space Marines 2008, page 71 **(PEX 846 at GW0017608) (AB835_SM_Techmarine / Alex Boyd / 2008)**

60

| 68 | Banded Tech Pad – Power Armor Power compatible (PEX 435 at CHS000154)<br><br><br><br>This is a shoulder pad that is about the same scale as a 28mm power armor shoulder pad. It consist of horizontal plates or "bands" of armor similar to older ==MK 1 armor==. This pad looks spectacular as a "==Iron Hands" space marine==® shoulder pad. Sized to fit 28mm power armor figures. | Mk1 armoured Space Marine<br> http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1140240&rootCatGameStyle=<br><br><br><br>**Miniature designed by Jes Goodwin (PEX 484 at GW0004463)**<br><br><br><br>The Horus Heresy – Collected Visions 2007, page 139<br>**(3086 LemanRuss/ Franz Vohwinkel / Black Library / 2004) (PEX 969 at GW0018525)**<br>Iron Hands are a Space Marine Chapter.<br><br>Power armour is the most common style of Space Marine armour. |
| 69 | Cog Shoulder Pad – Power Armor (PEX 435 at CHS0000277) | The product implicates only the shape/design of the underlying shoulder pad. |



This is a shoulder pad that is about the same 28mm scale as a standard marine shoulder pad. It has a cog. The shoulder pad itself is _partan_ strips similar to older MK shoulder pads. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad or even as Adeptus Mechanicus or Techmarines. Sized to fit regular power armor figures.

| 70 | Shield compatible with Iron Hands style Armies (PEX 435 at CHS00001527)<br><br>A high detail 28mm shield based on the mailed fist theme, useful for for fantasy models as well as Iron Hand or other hand based space marine® models.<br><br>The front of this shield has mailed hand and scales sculpted onto a round shield with power cables around the edges, the rear of the shield has a hand hold that enables power armor marines to hold the shield (not shown in photo). It is designed to be used on 28mm models. This highly detailed bit is cast in white metal | The product implicates trademark issues only, not copyright. |
|---|---|---|

| | | |
|---|---|---|
| 71 | Shoulder Pad compatible with Iron Hands Power Armor (PEX 435 at CHS00001603)<br><br><br><br>This is a shoulder pad that is about the same size as a GW shoulder pad. It has a mailed hand on it in a clawing motion. The shoulder pad itself is _partan_ strips similar to older MK shoulder pads. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad. Sized to fit regular power armor figures. | The product implicates trademark issues only, not copyright. |
| 72 | Shoulder Pad compatible with Iron Hands Terminator armor (PEX 435 at CHS00001611)<br><br><br><br>This is a shoulder pad that is about the same size as a GW shoulder pad. It has a mailed hand on it in a clawing motion. The shoulder pad itself is _partan_ strips similar to older MK shoulder pads. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad. Sized to fit regular terminator armor figures. | The product implicates trademark issues only, not copyright. |

63

| | | |
|---|---|---|
| 73 | Banded Armor Par – <mark>Terminator</mark> Capabitible (PEX 435 at CHS00000130)<br><br><br><br>This is a shoulder pad that is about the same size as a 28mm marine shoulder pad. It consist of horizontal plates or "bands" of armor similar to older <mark>MK 1 armor</mark>. This pad looks spectacular as a "<mark>Iron Hands" space marine</mark>® shoulder pad. Sized to fit regular <mark>terminator</mark> armor figures. | Mk1 armoured Space Marine<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1140240&rootCatGameStyle=<br><br><br><br>**Miniature designed by Jes Goodwin (PEX 484 at GW0004463)**<br><br><br><br>The Horus Heresy – Collected Visions 2007, page 139<br>**(3086 LemanRuss/ Franz Vohwinkel / Black Library / 2004) (PEX 969 at GW0018525)** |

64



MARK 1

p20 Warhammer 40,000 Compilation 1991 **(John Blanche / 1991) (PEX 470 at p.20)**



p32 Codex Space Marines 2008. **(KK325 / Karl Kopinski / 2004 ) (PEX 846 at GW 17569)**

65

| | | Iron Hands are a Space Marine Chapter.<br><br>Terminator is a style of Space Marine armour. |
|---|---|---|
| 74 | Banded Power Armour Shoulder Pads (PEX 435 at CHS0000142)<br><br><br>This is a shoulder pad that is about the same scale as a 28mm power arrmor shoulder pad.  It consist of horizontal plates or "bands" of armor similar to older MK 1 armor.  This pad looks spectacular as a "Iron Hands" space marine® shoulder pad. Sized to fit 28mm power armor figures. | Mk1 armoured Space Marine – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1140240&rootCatGameStyle=<br><br><br><br>**Miniature designed by Jes Goodwin (PEX 484 at GW0004463)** |



p20 Warhammer 40,000 Compilation 1991 **(John Blanche / 1991) (PEX 470 at p.20)**



p32 Codex Space Marines 2008. **(KK325 / Karl Kopinski / 2004 )** (PEX 846 at GW 17569)

Power armour is the most common style of Space Marine armour.

Iron Hands are a Space Marine Chapter.

| 75 | Studded Rimmed Shoulder Pad MKV (PEX 435 at CHS00001805)<br><br><br><br>This is a studded power armor shoulder pad with a raised crest on the upper edge. It works well as a MK V shoulder pad. Dimensions are equivalent to current GW plastic pads. | <br><br>Mk5 "Heresy" Pattern    Mk6 "Corvus" Pattern<br><br>p20 Codex Space Marines 2008 (NH_SM_20 / Neil Hodgson / 2008) (PEX 846 at GW0017557)<br><br>Chaos Space Marines is a Warhammer 40,000 army.<br><br>Tactical is a Space Marine squad designation. |

| 76 | Five (5) <mark>Heresy</mark> Era <mark>Jump Packs</mark> 28mm(PEX 435 at CHS0000975) |
|---|---|



This is a set of FIVE (5) Resin and Metal Assault <mark>Jump Pack</mark> for 28mm models.  It is sculpted to fit in with the older <mark>Heresy Era.</mark> The main <mark>Jump Pack</mark> is Resin and the control flaps are metal. Capatible with the <mark>Games Workshop Assault Space Marines</mark>®. Suitable for any other 28mm scale miniatures as well.



The Horus Heresy – Collected Visions 2007, page 284
**(2121 assault squad/ James Brady / Black Library / 2005) (PEX 969 at GW0018670)**

| | | |
|---|---|---|
| 77 | Masked Marine Heads  (PEX 435 at CHS00001175)<br><br>This is a resin sprue of 4 "Heresy" style heads with rebreather mask for in 28mm scale compatible with space marines®. Each sprue comes with 4 heads. | The product implicates trademark issues only, not copyright. |
| 78 | MK I Heresy Era for 28mm marines "Thunder Armor" Shoulder Pad  (PEX 435 at CHS00001194)<br><br><br>This is a 28mm shoulder pad with _partan_ plates on it, similar to "Thunder Armor" or Mk I space marine power armor.  This is a pewter model. | Mk 1 Space Marine armour.<br><br><br>**Miniature designed by Jes Goodwin (PEX 484 at GW0004463)** |

70



p20 Warhammer 40,000 Compilation 1991 **(John Blanche / 1991) (PEX 470 at p.20)** See product 68.

Chaos Space Marines is a Warhammer 40,000 army.

Tactical is a Space Marine squad designation.

| 79 | Spikey Marine Heads (PEX 435 at CHS00001743) | Heresy refers to a style of Space Marine armour |
|---|---|---|



This is a resin sprue of 4 "==Heresy==" style heads for ==space marines==®.



p111 *Horus Heresy: Collected Visions* ©2007 **artwork by Justin Norman (PEX 969 at GW0018497)**



p197 *Horus Heresy: Collected Visions* ©2007 **artwork by Kenson Low (PEX 969 at GW0018497)**



p309 *Horus Heresy: Collected Visions* © 2007 artwork by Kenson Low (PEX 969 at GW0018583)

| 80 | Studded Power Armor Pad for MK 5 (PEX 435 at CHS00001787)  This is a studded power armor shoulder pad.  It works well as a MK V shoulder pad. Dimensions are equivalent to current GW plastic pads. |  Mk5 "Heresy" Pattern    Mk6 "Corvus" Pattern p20 Codex Space Marines 2008 (PEX 846 at GW0017557) (NH_SM_20 / Neil Hodgson / 2008 ) Power armour is the most common style of Space Marine armour. |
| --- | --- | --- |
| 81 | Celtic Wolf Shield (PEX 435 at GW0000228)  This is a celtic style round Storm or Combat shield with a wolf on the front,  it utilizes the same handles as our other shields (similar component for the hand grip).   It looks great for space wolf armies or any other sons of russ Space Marine® Chapter. Cast in pewter. Diameter of shield is 22 mm. | The product implicates trademark issues only, not copyright. |

| | | |
|---|---|---|
| 82 | Wolf Rhino Conversion Kit (PEX 435 at CHS00001966)<br><br><br><br>This is a resin conversion kit that replaces components from the Games Workshop Space marine rhino kit. It consist of 2 side doors, 1 front panel, and 1 top hatch. The style incorporates wolf totems, furs, and _parta like icons. Looks great when used for space wolf armies. | A Rhino is a Space Marine vehicle used by the Space Wolves Chapter.<br><br><br>Codex Space Wolves 2000, page 19<br>**Miniature designed by Bob Naismith (PEX 861 at GW0016360)**<br><br><br><br>Codex Space Wolves 2009, page 77 (PEX 862 at GW0016550) |

# SPACE WOLVES



p1, Codex Space Wolves 2009 **(AB893 / Alex Boyd / 2009 )**
**(PEX 862 at GW0016398)**

http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat440177a&prodId=prod260002a&rootCatGameStyle=



**Miniature designed by Jes Goodwin, Martin Footit and Juan Diaz Ramos (PEX 512 at GW0004787)**



Space Marine Collector's Guide 2003, page 32
**Miniature designed by Jes Goodwin (PEX 539 at GW0002420)**

Space Wolves conversion pack for the Rhino –
http://www.forgeworld.co.uk/Warhammer-40000/SPACE-WOLVES-RHINO-DOORS-AND-FRONT-PLATE.html



**Miniature designed by Simon Egan (PEX 561 at GW0002478)**