| | | |
|---|---|---|
| 83 | Storm Combat Space Tech Shield for Wolves (PEX 435 at CHS00001769)<br><br><br><br>This is a Storm or Combat shield with a Tech-Wolf on the front, it utilizes the same handles as our other shields (similar component for the hand grip). It is a light weight white metal bit. It looks great for Space Wolf (Space Wolves) armies or any other Sons of Russ Space Marine® Chapter. Supplied unpainted. | Space Wolves are a Space Marine Chapter.<br><br>Storm shields and combat shields are used by Space Marines.<br><br><br><br>p34 Codex Space Wolves 1994<br>**(WE139 / Wayne England/ 1993 ) (PEX 474 at p.34)** |
| 84 | Celtic Storm or Combat Shield (PEX 435 at CHS00000212)<br><br>This is a white metal combat or storm shield for 28 mm figures. It works great on space marines® or any fantasy models. We have designed a circular celtic shield, this is more suitable for a power armor marine, vs a Terminator marine (it would look a bit small for the larger armor). It includes a similar grip guard. Supplied unpainted. | The product implicates trademark issues only, not copyright |

| 85 | Generic Hammer 2  (PEX 435 at CHS00001000)  This is a Generic Thunder or Power hammer.  Sold as a single white metal pewter bit. Works well with fantasy or sci-fi 28mm figures.  Looks great on Empire models or on Space Marines® models. | The product implicates trademark issues only, not copyright |
|---|---|---|
| 86 | Imperial or Eagle Storm Shield  (PEX 435 at CHS00001074)  A high detail shield based on an eagle theme, useful on high elf or emperor fantasy models as well as space marine® models.  The front of this shield has an eagle head and feathers sculpted, the rear of the shield has a hand hold that enables power armor marines to hold the shield.  It is designed to be modeled on either power armor marines or terminators.  This highly detailed bit is cast in PEWTER. | The product implicates trademark issues only, not copyright |
| 87 | "Heresy" Armoured Drop Pod Door  (PEX 435 at CHS00002006)    This is a highly detailed resin _partan_ panel that fits on the Drop Pod Kit door.  It is a single piece that fits over the standard door,  this is sculpted to resemble an "heresy era" _partan_ panel.  This is a single door.  We similar buying a set of 5 for the regular drop pod model kit. | A drop pod is a Space Marine vehicle. Games Workshop sells drop pods on its website – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1560026&rootCatGameStyle=    Miniature designed by Tom Walton (PEX 489 at GW0004533) |

Heresy is a reference to Mk V Space Marine armour.



p20 Codex Space Marines 2008 **(NH_SM_20 / Neil Hodgson / 2008 ) (PEX 846 at GW0017557)**

Mk 1 Space Marine armour.

**Miniature designed by Jes Goodwink (PEX 484 at GW0004463)**

The Horus Heresy – Collected Visions 2007, page 139
(3086 LemanRuss/ Franz Vohwinkel / Black Library / 2004) (PEX 969 at GW0018525)

| 88 | Armoured Predator Armour Kit – side  (PEX 435 at CHS0000068)

This is a new Armored Predator kit for Space Marines®, it includes 3 strips of Reactive armor that can be cut to size as well as ONE heavily armored "off-centered cockpit"  Fits the standard Games Workshop Space Marine® Predator kit.

This is our answer to the silly idea that a more heavily armored predator tank has the same front as a flimsy rhino tank.  This is a Resin kit. | The product implicates trademark issues only, not copyright |
|----|------|------|
| 89 | Armoured Predator Kit – Centred  (PEX 435 at CHS000078)

This is a new Armored Predator kit for Space Marines®, it includes 3 strips of Reactive armor that can be cut to size as well as a heavily armored "centered cockpit"  Fits the standard Games Workshop Space Marine® Predator kit.

This is our answer to the silly idea that a more heavily armored predator tank has the same front as a flimsy rhino tank.  This is a Resin kit | The product implicates trademark issues only, not copyright |

| 90 | Armored Door and Armor Kit for Rhino Tank (PEX 435 at CHS0000056) | Mk 1 type Space Marine armour |
|---|---|---|

Armored Door and Armor Kit for Rhino Tank (PEX 435 at CHS0000056)



This is an new and original Armored Space Marine® Rhino kit, it includes 2 side doors, 2 rear armor panels, 2 front armor panels, 2 top hatch _partan_ panels and a front _partan_ cockpit panel. Fits the standard Games Workshop Space Marine® Rhino kit. This is very similar to MK I Space Marine® armor and would fit well with an Heresy era army.

Mk 1 type Space Marine armour



**Miniature designed by Jes Goodwin (PEX 484 at GW0004463)**



The Horus Heresy – Collected Visions 2007, page 139
**(3086 LemanRuss/ Franz Vohwinkel / Black Library / 2004) (PEX 969 at GW0018525)**

Rhino is a Space Marine tank.

Heresy is a reference to Mk V Space Marine armour.

Mk5 "Heresy" Pattern    Mk6 "Corvus" Pattern

p20 Codex Space Marines 2008 (NH_SM_20  / Neil Hodgson / 2008 )
(PEX 846 at GW0017557)

| 91 | Brazier – Dragon / Serpent – 2 pieces (PEX 435 at CHS0000187)<br><br>This is a stylized dragon or snake brazier, it comes in 2 pieces (flat backing and the front) and is pewter. It is approximately .63 millimeters tall and .36 millimeters at its widest.  This is perfectly designed to add to any vehicles, we include it with our Salamanders Landraider conversion kit.  Looks great on dreadnoughts and any other vehicles with flat areas. | The product implicates trademark issues only, not copyright |
|---|---|---|
| 92 | Brazier – Eagle – 2 pieces (PEX 435 at CHS0000193)<br><br>This is a stylized eagle brazier, it comes in 2 pieces (flat backing and the front) and is pewter. It is approximately .62 millimeters tall and .33 millimeters at its widest.  This is perfectly designed to add to vehicles, we include it with our Salamanders Landraider conversion kit.  Looks great on dreadnoughts and any other vehicles with flat areas. | The product implicates trademark issues only, not copyright |

| | | |
|---|---|---|
| 93 | Mark I Rhino Conversion Kit  (PEX 435 at CHS00001165)<br><br>This is a conversion kit with the style of Mark I or Heresy Era Rhinos, it includes includes 2 side doors, 2 Left Side Engine Grates, 2 Right side Engine Grates, 2 choices for the front cockpit armor panel, and one old style bolter _parta cover. Designed to replace the standard CURRENT Games Workshop Space Marine ® Rhino kit. | The product implicates trademark issues only, not copyright |
| 94 | Dragon or Salamander Style Kit (fits on Space Marine Rhino) (PEX 435 at CHS0000435)<br><br>The rhino accessory kit is composed of doors, front panels and armor sections to accessorize the current space marine® rhino model kit. Themed in a dragon or salamander style also good for alpha legion.  It currently includes – 1 front armor panel, 2 side door, 2 top hatch panels, and 4 scaled armor panels. This kit is composed completely of unpainted resin-plastic, sometimes parts must be cut down to fit due to the casting process. | Rhino is a Space Marine tank.<br><br>Codex Space Wolves 2009, page 77 (PEX 862 at GW0016550)<br><br>Salamanders are a Space Marine Chapter<br><br>Index Astartes IV, 2004, page 19<br>(NH Salamander Graph/ Neil Hodgson / 2004) (PEX 423 at GW001169) |

| 95 | Mycetic Spore Pod (PEX 435 at CHS00001206) | Tyranids are a Warhammer 40,000 army. |
|---|---|---|

Mycetic Spore Pod  (PEX 435 at CHS00001206)



The models shown are next to the pod are owned by Games Workshop, they are shown for scale purposes only.

This is Chapterhouse Studios version of a Alien Spore Pod.  The spore is a highly detailed 4 piece resin model which includes an option weapon arm (that can have a weapon glued on the end). It is easily assembled (coming in 2 halves and a top piece).

Each spore is large enough to realistically hold a swarm of models or even a large monstrous creature like the Games Workshop model carnifex or Kronoscope monsters.

The Chapterhouse Studios Mycetic Spore is approximately 6 inches tall and 4.5 inches in diameter.

Tyranids are a Warhammer 40,000 army.

A Carnifex is a Tyranid creature.



Warhammer 40,000  Tyranids 2009, page 54
(AB929_Mycetic_Spore / Alex Boyd / 2009) (PEX 47 at GW0001424)

Games Workshop has not made a model of a Mycetic spore (and may not do so).

Gaunts are a type of Tyranid creature.

The two Tyranid miniatures in Chapterhouse's top right image are a Carnifex (left – with Chapterhouse's Tervigon components attached) and a Games Workshop Termagaunt (right).

Termagaunt



p39 Codex Tyranids 2009.
**(AB927 / Alex Boyd / 2009 ) (PEX 47 at GW001409)**

Carnifex

| | | |
|---|---|---|
| | | <br>p32 Codex Tyranids 2009. (AB681 / Alex Boyd / 2004 ) (PEX 47 at GW001402) |
| 96 | Pre-Heresy Scarab Shoulder Pads for Thousand Sons– Term (PEX 435 at CHS00001276)<br><br><br><br>These shoulder pads are designed to replace the current era Space Marine® Terminator Shoulder Pads. Each pad is in the pre-heresy style and has a scarab sculpted onto the surface These pads works well with any egyption themed army, and is | The product implicates trademark issues only, not copyright |

87

| | | |
|---|---|---|
| | similiar to those worn by heresy era <mark>Thousand Sons Space Marines</mark>®.  Sold in pairs or a _part and left pad.<br><br>Two shoulder pads cast in pewter. | |
| 97 | Scarab Shoulder Pad for <mark>Thousand Sons</mark> Players – Power Armor (PEX 435 at CHS00001515)<br><br><br><br> This is a shoulder pad that is about the same size as a <mark>GW</mark> power armor shoulder pad.  It consist of a Egyption Style Scarab on a shoulder pad.   This pad works well with any egyption themed army, and is similar to those worn by <mark>heresy era Thousand Sons Space Marines</mark>® shoulder pad.  Sized to fit regular power armor figures.<br><br>Single Pad Cast in pewter. | The product implicates only trademark issues and the shape/design of the underlying shoulder pad. |
| 98 | Starburst Shoulder Pad for 28mm Marines – Power Armor  (PEX 435 at CHS00001757)<br><br><br><br>This is a shoulder pad that is about the same size as a <mark>GW</mark> power armor shoulder pad.  It consist of a Starburst on a shoulder pad.   This pad  is similar to those worn by <mark>heresy era Thousand Sons Space Marines</mark>® shoulder pad.  Sized to fit regular power armor figures.<br><br>Single Pad Cast in pewter. | The product implicates only trademark issues and the shape/design of the underlying shoulder pad. |

| 99 | Shoulder Pad for Mantis Warriors Marines – Power Armor (PEX 435 at CHS00001635)<br><br><br><br>This is a shoulder pad with a Praying Mantis head on the surface, with added chains sculpted on the edges . This shoulder pad works well with Mantis Warrior ==space marine== armies®. This is the standard size ==space marine® tactical== shoulder pad cast in pewter.<br><br>One pewter pad. | The product implicates only trademark issues and the shape/design of the underlying shoulder pad. |
|---|---|---|
| 100 | Shoulder Pad for Mantis Warriors Marines – ==Terminator== (PEX 435 at CHS00001641)<br><br><br><br>This is a shoulder pad with a Praying Mantis head on the surface, with added chains sculpted on the edges . This shoulder pad works well with Mantis Warrior ==space marine== armies®. This is the standard size ==space marine® terminator== armor shoulder pad cast in pewter.<br><br>One pewter pad. | The product implicates only trademark issues and the shape/design of the underlying shoulder pad. |

| | | |
|---|---|---|
| 101 | Shoulder Pad for <mark>Blood Ravens</mark> Marines – <mark>Terminator</mark> (PEX 435 at CHS00001623)<br><br><br><br>Lastly for the pads, we resculpted the <mark>Blood Ravens</mark> shoulder pads to have a blood drop instead of an inverted drop. The previous pads will be listed as <mark>Blood Eagle</mark> pads, while the updated sculpts will be listed as <mark>Blood Ravens</mark> pads.<br><br>This is our NEW shoulder pad with a rave on the surface, the wings of the bird are surrounding a blood drop or gem. This shoulder pad works well with <mark>Blood Raven</mark> or <mark>Blood Angel</mark> themed armies. This is the standard size <mark>space marine®</mark> <mark>terminator</mark> armor shoulder pad cast in pewter.<br><br>Single Pewter Pad. | Blood Raven/Blood Angels<br>The Blood Ravens are a Space Marine Chapter<br><br><br><br>The Art of Warhammer 40,000 2006, page 71<br>**(NH Blood Raven / Neil Hodgson / 2005) (PEX 844 at GW0017303)**<br><br>Forge World sell a Blood Raven decal/transfer sheet on their website – <u>http://www.forgeworld.co.uk/Warhammer-40000/BLOOD-RAVENS-TRANSFER-SHEET.html</u><br><br>Decals are used to decorate Space Marines, including shoulder pads. |



(Blood Raven Transfer / Paul Rudge / 2010) (PEX 487 at GW0004586)

The Blood Angels are a Space Marine Chapter.

(NH Angels Graph Paper/ Neil Hodgson / 2001) (PEX858 at GW0015339)
(WE322 Blood Angels Icon / Wayne England / 1995) (PEX 858 at GW0015339)

| 102 | Shoulder Pad for ==Blood Ravens== Marines – Power Armor (PEX 435 at CHS00001617)  This is our NEW shoulder pad with a rave on the surface, the wings of the bird are surrounding a blood drop or gem. This shoulder pad works well with ==Blood Raven== or ==Blood Angel== themed armies. This is the standard size ==space marine® Tactical== Marine shoulder pad cast in pewter. Single Pewter Pad. | Blood Raven/Blood Angels The Blood Ravens are a Space Marine Chapter  The Art of Warhammer 40,000 2006, page 71 **(NH Blood Raven / Neil Hodgson / 2005) (PEX 844 at GW0017303)** Forge World sell a Blood Raven decal/transfer sheet on their website – http://www.forgeworld.co.uk/Warhammer-40000/BLOOD-RAVENS-TRANSFER-SHEET.html Decals are used to decorate Space Marines, including shoulder pads. |



(Blood Raven Transfer / Paul Rudge / 2010) (PEX 487 at GW0004586)

The Blood Angels are a Space Marine Chapter.

(NH Angels Graph Paper/ Neil Hodgson / 2001) (PEX 858 at GW0015339)
(WE322 Blood Angels Icon / Wayne England / 1995) (PEX 858 at GW0015339)

| 103 | Dragon Door Kit (fits on ==Space Marine® Rhino==) (PEX 435 at CHS0000385) | Salamanders are a Space Marine Chapter. |
|---|---|---|

Dragon Door Kit (fits on ==Space Marine® Rhino==) (PEX 435 at CHS0000385)



The ==rhino== accessory kit is composed of 2 side doors and 1 front panel to accessorize the current ==space marine® rhino== model kit. Themed in a dragon or ==salamander== style also good for ==alpha legion.==

This kit is composed completely of unpainted resin-plastic, sometimes parts must be cut down to fit due to the casting process.

Salamanders are a Space Marine Chapter.

Rhino is a Space Marine tank.

Alpha Legion is a Space Marine Legion.



Index Astartes IV 2004, page 31
**(NH Alpha Legion / Neil Hodgson / 2004) (PEX 423 at GW0001181)**



Index Astartes IV, 2004, page 31 (PEX 423 at GW0001181)

Alpha Legion Land Raider conversion kit
http://www.forgeworld.co.uk/Warhammer-40000/ALPHA-LEGION-LAND-RAIDER-DOORS.html

| | | |
|---|---|---|
| | |  Index Astartes IV, 2004, page 19<br>**(NH Salamander Graph/ Neil Hodgson / 2004) (PEX 423 at GW001169)** |
| 104 | Rhino Conversion #2 kit (PEX 435 at CHS00001976)<br><br><br><br>This is a resin conversion kit that replaces components from the Games Workshop rhino kit. It consists of 2 side doors, 1 front panel, and 1 top hatch and extra armor. The style incorporates wolf totems, furs, and _parta like icons. Looks great when used for space wolf armies.<br><br>8 piece resin kit. | Space Wolves are a Space Marine Chapter.<br><br><br><br>Warhammer 40,000 Space Wolves 2009, page 78.<br>**(NH821 SW Filler/ Neil Hodgson / 2009) (PEX 862 at GW0016551)** |
| 105 | Tactical Rhino Doors with Skulls Kit (PEX 435 at CHS00001825)<br><br>The rhino accessory kit is composed of 2 side doors and 1 front panel to accessorize the current space marine® rhino model kit. Sculpted with the standard Tactical Arrow and integrating skulls..<br><br>This kit is composed completely of unpainted resin-plastic, sometimes parts must be cut down to fit due to the casting | The product implicates trademark issues only, not copyright |

| | process. | |
|---|---|---|
| 106 | **Iron Snake** Conversion Kit (Fits on **Space Marine Rhino)** (PEX 435 at CHS00001113)<br><br><br><br>The **rhino** accessory kit is composed of 2 side doors, 1 top hatch, 1 front panel and 4 scaled armor sections to accessorize the current **Games Workshop Space Marine® rhino** model kit. Themed in a greek and snake style with shields and spears this kit makes a great **Iron Snake Rhino**. This kit is composed completely of unpainted resin-plastic. | The Iron Snakes are a Space Marine Chapter used in the Games Workshop Black Library novels. http://www.blacklibrary.com/<br><br><br><br>The Art of Warhammer 40,000 2006, page 70<br>**(NH Iron Snakes / Neil Hodgson / 2005) (PEX 844 at GW0017302)**<br><br><br><br>**(CL Bro of Snake / Clint Langley / Black Library / 2007) (PEX 949 at GW0018271)** |

| | | |
|---|---|---|
| 107 | Spartan Heads compatible with ==Space Marine== models (PEX 435 at CHS00001739)<br><br>This is a single pewter sprue of 5 different Spartan armoured heads that are scaled to be compatible with ==Games Workshop Space Marine== models. | The product implicates trademark issues only, not copyright |
| 108 | Doomseer Iyanar-Duanna (PEX 435 at CHS00000377)<br><br><br><br>Doomseer Iyanar-Duanna is cursed with the ability to forsee the slow death of her race. She shares the ability of all seers, to see the path of her race, but is only able to see the deaths of her people and nothing else. She was psychically scarred when she witnessed the death of an entire world-ship, she is now doomed to spend every moment of her life tracking down the creature responsible.<br><br>The "Doomseer" is only available from Chapterhouse Studios. The unpainted 28mm scale pewter model consist of 5 pieces – bocy and 4 variant arms. A 25mm slotted base is incluced. | <br>p26 Codex Eldar 2006.<br>**(DG352 / Dave Gallagher / 1999 ) (PEX 845 at GW0017475)** |

97



DOOMSEER
IYANAR-
DUANNA

SCULPTED BY JAE CHI LEE & TOMAS FIERTEK          PAINTED BY ANGEL GIRALDEZ

(PEX 435 at CHS0000381)



p7 Codex Eldar 1999. **(DG346 / Dave Gallagher / 1999 ) (PEX 460 at p.7)**



p23 Codex Eldar 2006. **(JG / Jes Goodwin / 2004 ) (PEX 845 at GW0017472)**



p154 Warhammer 40,000 rulebook 2008. **(DG1118  / Dave Gallagher / 2007 )**
**Miniature designed by Jes Goodwin** (PEX 476 at p.154)
http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat440239a&prodId=prod1060055

| | | |
|---|---|---|
| | | <br>**Miniature designed by Mike McVey (PEX 525 at GW005390)** |
| 109 | Rapid Response Wheeled Kit for Chimera (PEX 435 at CHS00001290)<br><br>This highly detailed resin conversion kit will convert the normal Games Workshop Imperial Guard Chimera (or any other vehicle that shares that chasis) into a Rapid Response Wheeled vehicle.<br><br>Each kit consist of 9 highly detailed resin pieces, Games Workshop Chimera (or other vehicle that shares the same hull) required to assemble as seen.<br><br>Shown assembled model uses Games Workshop Imperial Guard Chimera which is not a Chapterhouse Studios product. | The product implicates trademark issues only, not copyright |
| 110 | | |

| 111 | (PEX 435) |
|---|---|

We are also releasing a much-needed (in this humble hobbyist opinion) TRU-Scale Conversion kit for the ==Games Workshop Space Marine Storm Raven==.  This resin kit expands the hull of the ==Storm-Raven== making it much longer and actually makes it realistic to think the ==Storm-Raven== can carry the troops it is supposed to carry.  We also included a grapple for carrying ==dreadnoughts== (easily magnetized if you want to actually mount your walkers on the transport) as well as a hatch to cover the turret mount if you are inclined.  MSRP $17.50 for the 9-piece resin kit. Availability in 2 weeks.



**Miniature by sculpted by Dale Stringer from a Jes Goodwin design (PEX 513)**

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a



102



\#



p37 Codex Grey Knights 2010 **(AB1003 / Alex Boyd / 2010 ) (PEX 848 at p.37)**

| 112 | **Gun-Halbed Weapon (PEX 435 at CHS00001027)** | Games Workshop sells Halberds |
|---|---|---|

**Gun-Halbed Weapon (PEX 435 at CHS00001027)**



The Gun-Halberd is a weapon of skill and power . The power-spear incorporates a long range Bolter to allow a ranged attack as well as a close combat attack. This kit can also be used as nemesis force weapons for <mark>grey knight</mark> models.

The dimensions of each spear 65mm long and 20 mm at the widest point.

Games Workshop sells Halberds

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1570033

'Custodes' are the personal guard of the Emperor of Mankind.



*Horus Heresy: Collected Visions,* ©Games Workshop Limited 2007, p152.
**(Legio Custodes / Sam Wood / 2004) (PEX 969 at GW0018538)**

| 113 | Conversion Beamer Servo Harness Kit for ==Space Marine== Model (PEX 435 at CHS0000295)  This resin kit sculpted and designed by Stephen Smith consist of 5 resin components.  The kit fits on a standard ==Games Workshop Space Marine== model.  The design of the servo-backpack and conversion beamer weapon allow the model to hold the weapon under-slung on either arm. | A 'Conversion Beamer' is a Space Marine weapon of great power and can be used as a weapon option for a Space Marine Master of the Forge.  p71 Codex Space Marines 2008. Servo arms. **(AB835 / Alex Boyd / 2008 ) (PEX 846 at GW0017608)** |





p70 Codex Space Marines 2008. **(DG551  / Dave Gallagher / 2002) (PEX 846 at GW0017607)**

*Codex Space Marines* ©Games Workshop Limited 2008, p70.
( DG551 Conversion Techmarine/ Dave Gallagher / 2002)
(PEX 846 at GW0017607)

| 114 | Death Angel Doors for <mark>Space Marine Land Raider</mark> Kit (PEX 435 at CHS0000339)  The Death Angel <mark>Land Raider</mark> door kit was designed to replace the standard doors on the <mark>Games Workshop Space Marine Land Raider</mark>.  Incorporating original art work, each piece allos you to add further detail to your model by adding images of the Grim Reaper or the Dark Angel. | This kit uses the trademarks Games Workshop, Space Marine, Land Raider and Dark Angel.  Heavy Flamer p101 Codex Space Marines 2008. **(NH Wargear / Neil Hodgson / 2006) (PEX 846 at GW0017638)** Assualt Cannon  Sculpted by Jes Goodwin and Norman Swales (PEX 839 at GW0013521)  Assault Cannon p101 Codex Space Marines 2008. **(NH Wargear / Neil Hodgson / 2006) (PEX 846 at GW0017638)** |

| | | |
|---|---|---|
| 115 | **SCAR Rifle Vairety Set 28mm (PEX 690 at CHS00028721)**<br><br>A set of 8 Various SCAR and Sniper Rifles cast in resin. Each set includes 8 highly detailed 28mm weapons modeled after present day weapons. Scaled for use with 28mm wargame minis (<mark>GW Imperial Guard</mark>).<br><br>This product is sold unpainted and some cleaning may be required. | The product implicates trademark issues only, not copyright. |
| 116 | SCAR Autogun 28mm – (PEX 690 at CHS00028711)<br><br>A set of 6 SCAR Drum Magazine Autoguns cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day SCAR rifles. Scaled for use with 28mm wargame minis (<mark>GW Imperial Guard</mark>).<br><br>This product is sold unpainted and some cleaning may be required. | The product implicates trademark issues only, not copyright. |

| 117 | SCAR Lasguns 28mm – (PEX 690 at CHS00028719) | Imperial Guard Cadian Shock Troops http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod2070014 |
|---|---|---|
| |  A set of 6 SCAR <mark>Lasguns</mark> cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day SCAR rifles with laser modifications. Scaled for use with 28mm wargame minis (<mark>GW Imperial Guard</mark>). This product is sold unpainted and some cleaning may be required. |  **Miniatures designed by Brian Nelson (PEX 415 at GW0004637)**  p38 Codex Imperial Guard 2008. Lasgun with attached scope. **(DH051 / Des Hanley / 1995 ) (PEX 479 at p.38)** |
| 118 | SCAR Autogun with Grenade Launcher 28mm (PEX 690 at CHS00028715) A set of 6 SCAR Autoguns Drum Magazines with underslung grenade launchers cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day SCAR rifles. Scaled for use with 28mm wargame minis (<mark>GW Imperial Guard</mark>). This product is sold unpainted and some cleaning may be required. | The product implicates trademark issues only, not copyright. |

| 119 | **SCAR & Sniper Rifle 28mm Pack - 8** Price (PEX 690 at CHS00028646)<br><br>A set of 8 Various SCAR and Sniper Rifles cast in resin. Each set includes 8 highly detailed 28mm weapons modeled after present day weapons. Scaled for use with 28mm wargame minis (GW Imperial Guard).<br><br>This product is sold unpainted and some cleaning may be required. | The product implicates trademark issues only, not copyright. |
|---|---|---|
| 120 | | |
| 121 | Javelin Imperial Jet Bike (PEX 690 at CHS00028601)(PEX 435, 690)<br><br><br>CHAPTERHOUSE STUDIOS<br>**Javelin Class Imperial Jet Bike**<br><br>This multi-part customizable resin kit contains 8 resin components. We have included 2 engine options, this will allow you to make a regular and a scout version of the Javelin Jet Bike.  We also included | Emperor's Children Space Marine Jet Bike Squad.<br>p15, *Horus Heresy: Collected Visions* ©2007<br>This shows a Space Marine Jet Bike from the Horus Heresy era.<br><br><br>Space Marine Bike Sprue<br>**(2034_Jet Bike Squad  / Eric Ren / 2003) (PEX 969 at GW0018399)** |

2 different bolt gun mounts that will allow the addition of different special weapons (plasma, melta, grenade launchers etc). These conveniently fit our combi-weapon conversion bits.

Also included in the kit are a set of legs and arms that will allow you to use other companies torsos and heads to model a rider. Flight stand will be included. Please note the peg hole is sized for Games Workshops flight bases, in order to use our bases you will have to widen the holes diameter slightly.

(Riders Shoulder Pads, Torso and Head not included and sold separately)

Models supplied unassembled and unpainted.



http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060092

112



**Javelin Class Imperial Jet Bike**

**Javelin Class Imperial Jet Bike**



**Javelin Class Imperial Jet Bike**



Miniature designed by Jes Goodwin (PEX 702)

| 122 | Death Angel Storm Shield (PEX 435)<br><br>This is a single pewter combat or storm shield for 28 mm figures. This oval shaped shield has an image of a grim reaper or dark angel standing on a pile of skulls.<br><br>Approximately 17mm wide and 23mm high<br><br>If to be used on Games Workshop models, this is more suitable for a terminator model as opposed to a space marine model (it would look a bit large for the smaller armor). | The product implicates trademark issues only, not copyright. |
|---|---|---|

| 123 | # Armana'serq Warrior Priestess |
|---|---|

(PEX 690 at CHS00028486)



*The gods have always demanded worship and sacrifice but in return they grant their most zealous followers with supernatural strength and skills. Serqitet, goddess of the scorpion protects her followers through her warrior*

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1160108a



Sculpted by Juan Diaz (PEX 530 at GW0005445)

*priestess. Armed with sword and pistol, Armana'serq leads her fellow warrior-priest into combat through stealth and subterfuge.*

This unpainted 28mm scale pewter model consist of 6 components - body and 5 variant arms. A 25mm slotted base is included. Armana'serq is available here for $13.50

Look for our exciting TRU-Scale Storm Raven Extension kit next week!

Nick- Chapterhousestudios.com





Sculpted by Juan Diaz

P.81 *Codex Eldar* ©2006 (PEX 531 at GW0005457)

117



Scorpion's claw

Striking Scorpion Exarch
with biting blade

Sculpted by Juan Diaz (PEX 845 at GW0017530)



p69 Warhammer 40,000 Compilation 1991 **(JG / Jes Goodwin / 1990 )**
**(PEX470 at p.69)**



p69 Warhammer 40,000 Compilation 1991 **(JG / Jes Goodwin / 1990 )** **(PEX 470 at p.69)**

Maniblasters



p59 Warhammer 40,000 Compilation 1991 **(KW / Kev Walker / 1991 )** **(PEX 470 at p.59)**

| | |
|---|---|
| 124 | |
| 125 | |

# **TAB 6**

**Comparison Chart for 2nd Set of Products**

The terms shown in yellow highlighting are terms that Games Workshop believes are trademarks that Chapterhouse is unfairly using. The highlighting does not appear on Chapterhouse's product description or online materials.

| | | |
|---|---|---|
| 124 | | |
| 125 | | |
| 126 | | |
| 127 | | |
| 128 | Hotshot Lasgun Pack (PEX 690 at CHS00028588)<br><br><br><br>This is a 2 piece metal model of a heavy laser and a power pack. Designed to be compitable with 28mm wargaming miniatures and can be used to convert Imperial Guard Storm Trooper models.<br><br>This product is sold unpainted and some cleaning may be required. | Imperial Guard Cadian Shock Troops<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod2070014<br>**Miniatures designed by Brian Nelson (PEX 415 at GW0004637)**<br><br>Lasgun with attached scope<br>p38 Codex Imperial Guard 2008<br>**(DH051 / Des Hanley / 1995 ) (PEX 479 at p.38)**<br><br>Hot-shot lasguns/Hot-shot Laser Power pack |

PLAINTIFF
EXHIBIT
PX-1021

1



p21, 'Codex Imperial Guard' ©1995
**DH064k Stormtrooper / Des Hanley / 1995 (PEX 480 at p.21)**



Imperial Guard Storm Trooper Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod810031a
**Sculpted by Mark Bedford**
Released January 2000 (PEX 767 at GW0012068)

2

| 129 | ==Iconoclast== Conversion kit for ==Space Marine Land Raider== (PEX 690 at CHS00028592) | |



MkIIb LAND RAIDER (Forge World)
http://www.forgeworld.co.uk/Warhammer-40000/Space_Marines/Red_Scorpions/MkIIb-LAND-RAIDER.html
**Sculpted by Jes Goodwin and Will Hayes (PEX 758 at GW001180)**
On Sale 2004





p39 Epic 40,000 Rule Book 1997
**(PS013 / Paul Smith / 1996 ) (PEX 1004 at p.39)**

This resin kit consist of 12 components that when combined with the ==Games Workshop Space Marine® Land Raider== will create a more heavily armored vehicle to transport your toy soldiers on the battlefield. The ==Iconoclast== conversion kit consist of the following components - 2 side armored sponsons, 2 sponson upper components, 2 weapon mounts, 2 side hatches, 2 armored sensor units, 1 central hull and turret mount



4

and 1 upper turret armor piece.

The Iconoclast conversion kit is designed to be fully compatible with all plastic versions of Games Workshop's Space Marine Land Raider. As this kit will require modification of the sponson weapons to attach to the drum weapon mounts, modeling experience is recommended.

Land Raider modell shown is not included and is displayed to illustrate use of the conversion kit and compatibility.

Components sold unpainted and unassembled.

| 130 | **Magnetic Turret Kit for the Storm Raven (PEX 1001)** | The Stormraven Gunship is a Space Marine flying vehicle which comes with a selection of turret options. |
|---|---|---|
| |  MAGNETIC TURRET KIT FOR SPACE MARINE STORM RAVEN |  http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a Sculpted by Jes Goodwin and Dale Stringer (PEX 513 at GW0004811) Released Feb 2011 |



### MAGNETIC TURRET KIT FOR SPACE MARINE STORM RAVEN

GAMES WORKSHOP STORM RAVEN KIT SHOWN FOR COMPATIBILITY PURPOSES ONLY

MAGNETIC TURRET KIT FOR SPACE MARINE STORM RAVEN

The Chapterhouse Studios "Magnetic Turret Kit for the Storm Raven" is a resin model kit that modifies the Games Workshop Storm Raven vehicle. It is composed of 13 pieces - 7 piece turret, 2 laser cannons, 2 plasma cannons, 2 assault cannons and 8 magnets. Our turret design allows you to easily switch between the lascannon, plasma cannon or assault cannon options available to the Storm Raven game piece



Stormraven Turret Lascannon included in the 'Stormraven Gunship' product
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a
Sculpted by Jes Goodwin and Dale Stringer (PEX 415 at GW004813)
Released Feb 2011



Stormraven Turret Assault Cannon included in the 'Stormraven Gunship' product
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a
Sculpted by Jes Goodwin and Dale Stringer
Released Feb 2011



6

according to the rules published by Games Workshop.

==Storm Raven== model hull shown is not included and is displayed to illustrate use of the conversion kit.

Components sold unpainted and unassembled.

Storm Raven Turret Plasma Guns included in the 'Stormraven Gunship' product
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a
**Sculpted by Jes Goodwin and Dale Stringer(PEX 415 at GW004812)**
Released Feb 2011

The Space Marine Razorback is a Space Marine tank vehicle which comes with a selection of turret options.



http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1140044a
**Sculpted by Jes Goodwin and Tim Adcock (PEX 534 at GW0007260)**
Released 2003



Space Marine Razorback - Turret
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1140044a
**Sculpted by Jes Goodwin and Tim Adcock (PEX 534 at GW0007260)**

Released 2003



p37 Codex Grey Knights 2010. **(AB1003 / Alex Boyd / 2010 ) (PEX 848 at GW0018045)**



p101 Codex Space Marines 2008.
Assault Cannon.
**(NH Wargear / Neil Hodgson / 2006) (PEX 849 at GW0018051)**

p101 Codex Space Marines 2008. **(NH Wargear / Neil Hodgson / 2006)**
Lascannon. (PEX 849 at GW0018051)

131 | **Magnetic Turret Kit for the** ==Razorback== **(PEX 1000)**



MAGNETIC TURRET KIT FOR SPACE
MARINE RAZORBACK TANK



Space Marine Razorback
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1140044a
Sculpted by Jes Goodwin and Tim Adcock
Released 2003 (PEX 534 at GW0007260)



Lascannon
+++MK VII: Alternate sighting array+++
As pure and wroth as justice itself.

p101 Codex Space Marines 2008. (NH Wargear / Neil Hodgson / 2006)
Lascannon. (PEX 849 at GW0018051)



**MAGNETIC TURRET KIT FOR SPACE MARINE RAZORBACK TANK**

Games Workshop Razorback Tank shown for compatibility purposes only

The Chapterhouse Studios "Magnetic Turret Kit for the Razorback" is a resin model kit that modifies the Games Workshop Space Marine Razorback vehicle.  It is composed of 17 pieces - 7 piece turret, 2 heavy bolt guns, 2 laser cannons, 2 heavy flamethrowers, 2 assault cannons, 2 plasma guns and 12 magnets.  Our turret design allows you to easily switch between the lascannon, lascannon with twin-linked plasma guns, heavy bolter, heavy flamers or the assault cannon options available to the Razorback tank game piece according to the rules published by Games Workshop.

Razorback tank model shown is not included and is displayed to illustrate use of the conversion kit.

Components sold unpainted and unassembled



p101 Codex Space Marines 2008.
Assault Cannon. (PEX 849 at GW0018051)
(NH Wargear / Neil Hodgson / 2006)

Plasma guns on Games Workshop vehicles:



Leman Russ Demolisher
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod50019a
Sculpted by Tom Walton and Dale Stringer (PEX 759 at at GW0011910)
Released 2009

11



Storm Raven Turret Plasma Guns
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a
**Sculpted by Jes Goodwin and Dale Stringer**
Released Feb 2011 **(PEX 415 at GW004812)**



p5 Codex Space Marines 2004.
Space Marine Razorback with twin-linked lascannon turret. **(PD198 / Paul Dainton /**

**2002 ) (PEX 424 at GW001223)**



p35 Codex Space Marines 2004. (PEX 424 at GW001253)
Razorback with twin-linked heavy bolter. **(NH Wargear / Neil Hodgson / 2006)**

13

132 | **Open-Fisted Power Claws compatible with Games Workshop Space Marine model (PEX 690 at CHS00028512)**



This is a pair of resin power claw arms for 28 mm figures. They are designed to be compatible with Games Workshop Space Marine models.



Space Marine Terminator Powerfist (PEX 418 at GW0005208)
from the Space Wolves Wolf Guard Terminators set
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod260002a
Miniatures designed by Jes Goodwin, Matt Holland, Neil Langdown and Dave Thomas.
Released 2009

Each set of claws come consist of 8 parts - 4 open-fisted <mark>power claws</mark> or blades, 2 armored arms and 2 power cables.

The shoulder armor pieces are approximately the same size as the shoulder armor on a <mark>Games Workshop Terminator</mark> model and will easily accept any of our "<mark>Terminator</mark> Shoulder Pads". The shoulder armor can be easily cut down in size to accomodate any of our "Power Armor Shoulder Pads". These can be used as <mark>ligntning claws</mark> or any sort of power blades.

Components sold unpainted and unassembled.

**Released March 2012.**



(PEX 415 at GW0004773)



Space Marine Terminator Close Combat Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060025
**Miniatures designed by Jes Goodwin, Martin Footit and Dave Thomas. (PEX 510)**

'Space Marine Terminator Weapon Set'