

Lightning Claw
+++Angel's Talon type+++
The talons of vengeance, the
scythe to sweep away those
who would deny the
Emperor's dream.

p101 Codex Space Marines 2008. (NH Wargear / Neil Hodgson / 2006)
Lightning Claw. (PEX 846 at GW0017638)



p92 Codex Space Marines 2008. (DG1157 / Dave Gallagher / 2008 )
(PEX 849 at GW0018050)

## Lightning Claw



This fierce slashing weapon is worn in pairs, one on each hand, doubling the ferocity of its attack. It is a difficult weapon to master and its devotees prefer an individual style of fighting. The weapon consists of long slashing blades very much like the long claws of a primeval cat. However, like other power weapons, these claws are sheathed in a deadly energy. As the razor sharp knive edges are drawn across armour they hook into it and tear it away, exposing the soft flesh and inner workings to further assault.

p10 Warhammer 40,000 Compilation 1991. **( Nick Coleman )**
(PEX 470 at p.10)



p53 Codex Ultramarines 1995. **(DH020 / Des Hanley / 1994 )**
(PEX 465 at p.53)

| 133 | **Close-Fisted Power Claws compatible with Games Workshop Space Marine model (PEX 690 at CHS00028516)** | |







Space Marine Terminator Powerfist
from the Space Marine Terminators set
(PEX 415 at GW0004781)

This is a pair of resin power claw arms for 28 mm figures. They are designed to be compatible with Games Workshop Space Marine models. Each set of claws come consist of 8 parts - 4 close-fisted power claws or

blades, 2 armored arms and 2 power cables.

The shoulder armor pieces are approximately the same size as the shoulder armor on a ==Games Workshop== ==Terminator== model and will easily accept any of our "==Terminator== Shoulder Pads". The shoulder armor can be easily cut down in size to accomodate any of our "Power Armor Shoulder Pads". These can be used as ==ligntning claws== or any sort of power blades.

Components sold unpainted and unassembled.



Space Marine Terminators
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060028
**Miniatures designed by Jes Goodwin, Martin Footit and Dave Thomas.**
Released 2005 (PEX 559 at GW0002473)

## Lightning Claw



This fierce slashing weapon is worn in pairs, one on each hand, doubling the ferocity of its attack. It is a difficult weapon to master and its devotees prefer an individual style of fighting. The weapon consists of long slashing blades very much like the long claws of a primeval cat. However, like other power weapons, these claws are sheathed in a deadly energy. As the razor sharp knive edges are drawn across armour they hook into it and tear it away, exposing the soft flesh and inner workings to further assault.

p10 Warhammer 40,000 Compilation 1991. **( Nick Coleman )**
(PEX 470 at p.10)



p53 Codex Ultramarines 1995. **(DH020 / Des Hanley / 1994 )**
(PEX 465 at p.53)

134 **Pilum Imperial Attack <mark>Jet Bike</mark>** (PEX 690 at CH00028703)





Emperor's Children Space Marine Jet Bike Squad.
p15, *Horus Heresy: Collected Visions* ©2007
**(2034_Jet Bike Squad / Eric Ren / 2003)**
(PEX 969 at GW0018399)



**CHAPTERHOUSE**
STUDIES

**PILUM ATTACK JET BIKE WITH SIDE MOUNTED BOLT GUNS**

This multi-part customizable resin kit contains 21 resin components. This set includes our standard Javelin Jet Bike kit as well as 12 new components to upgrade it to an "attack" variant - the Pilum Jet Bike. Two side mounted weapon options are included - our Heavy Bolt Gun and a Heavy Melta Gun. **This kit is specifically designed to allow the two heavy weaponf options to be magnetized and this kit includes 6 magnets as well.**

We also included 2 different bolt gun mounts that will allow the addition of different special weapons (plasma, melta, grenade launchers etc). These conveniently fit our combi-weapon conversion bits.

Also included in the kit are a set of legs and arms that will allow you to use other companies torsos and heads to model an armored rider. Flight stand will be included. Please note the peg hole is sized for Games Workshops flight bases, in order to use our bases you will have to widen the holes diameter slightly.

(Riders Shoulder Pads, Torso and Head not included and sold seperately)

Models supplied unassembled and unpainted as always.

Space Marine Bike Sprue (PEX 762 at GW0011962)



23



http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060092
**Miniature designed by Jes Goodwin (PEX 504 at GW004719)**

Multi-melta: as seen on Games Workshop vehicle models



CHAPTERHOUSE STUDIOS

PILUM ATTACK JET BIKE WITH SIDE MOUNTED HEAVY MELTA GUNS



Leman Russ Demolisher (PEX 839 at GW0013438)
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod50019a
Sculpted by Tom Walton and Dale Stringer
Released 2009

 

(PEX 839 at GW0013438)



Heavy Bolter: as seen on Games Workshop vehicle models



Space Marine Attack Bike (PEX 57)
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060100
**Sculpted by Jes Goodwin and Norman Swales**
Released 1997



(PEX 57)



Multi-melta
+++Maxima pattern+++

26

| | | |
|---|---|---|
| | | p101 Codex Space Marines 2008. **(NH Wargear / Neil Hodgson / 2006) (PEX 846 at GW0017638)** <br><br>  <br><br> Heavy Bolter <br> +++Astartes MK IVₐ+++ <br> p101 Codex Space Marines 2008. **(NH Wargear / Neil Hodgson / 2006) (PEX 846 at GW0017638)** |
| 135 | **Alternative Heads for Tau Crisis Suits - Set #1 (PEX 690 at CHS00028476)** <br><br>  |  <br><br> Tau XV8 Crisis Battlesuit <br> http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060253 <br> **Sculpted by Jes Goodwin** <br> Released 2001 (PEX 770 at GW0012136) <br><br> Released 2006 |





Forge World - TAU XV9-01 WITH FUSION CASCADES
http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-BATTLESUITS-AND-DRONES/TAU-XV9-01-WITH-FUSION-CASCADES.html
**Sculpted by Daren Parrwood**
On Sale 2005 (PEX 771 at GW0012176)



Forge World - TAU BATTLESUIT COMMANDER SHAS'O R'ALAI WITH DRONES



Games Workshop crisis  Model
Not included, shown as
example of use only

A pewter set of 3 new alternative head sculpts designed to fit on the ==Games Workshop Tau Crisis== or ==Broadside Battlesuits==. Each set comes with 3 different robotic heads as well as a sprue of antenna to further modify the components.

==Games Workshop Tau Crisis Suit== model is shown for scale and example of use only and not included.

Components sold unpainted and unassembled.

http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-BATTLESUITS-AND-DRONES/TAU-BATTLESUIT-COMMANDER-SHAS-O-RALAI-WITH-DRONES.html
Sculpted by Daren Parrwood
On Sale 2005 (PEX 769 at GW0012126)



p34 Codex Tau Empire 2005. (Neil Hodgson / 2005) (PEX 864 at GW0016745)

29

| | | |
|---|---|---|
| | | <br>p45 Codex Tau Empire 2005. **(MG228 / Mark Gibbons / 2005 )**<br>(PEX 864 at GW0016756) |
| 136 | **Alternative Heads for ==Tau== Crisis Suits - Set #2 (PEX 690 at CHS00028482)** | <br>Tau XV8 Crisis Battlesuit<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060253<br>**Sculpted by Jes Goodwin** (PEX 770 at GW0012136) |



Released 2001



Forge World - TAU XV9-01 WITH FUSION CASCADES
http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-BATTLESUITS-AND-DRONES/TAU-XV9-01-WITH-FUSION-CASCADES.html
**Sculpted by Daren Parrwood**
On Sale 2005 (PEX 771 at GW0012176)

31





Forge World - TAU BATTLESUIT COMMANDER SHAS'O R'ALAI WITH DRONES
http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-BATTLESUITS-AND-DRONES/TAU-BATTLESUIT-COMMANDER-SHAS-O-RALAI-WITH-DRONES.html
**Sculpted by Daren Parrwood**
On Sale 2005  (PEX 769 at GW0012126)





p34 Codex Tau Empire 2005. (Neil Hodgson / 2005)
(PEX 864 at GW0016745)

A pewter set of 3 new alternative head sculpts designed to fit on the Games Workshop Tau Crisis or Broadside Battlesuits. Each set comes with 3 different robotic heads as well as a sprue of antenna to further modify the components.

Games Workshop Tau Crisis Suit model is shown for scale and example of use only and not included.

Components sold unpainted and unassembled.



p45 Codex Tau Empire 2005. **(MG228 / Mark Gibbons / 2005 )**
(PEX 864 at GW0016756)

| 137 | **Heresy-Era Shoulder Pads for Terminators Type E - 2 pads (PEX 690 at CHS00028582)** | Pre-Heresy and Heresy Era Terminator shoulder pads |





This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad itself has leather segments flowing down and 2 distinct armored sections on the upper armor.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).



'Cataphractii' Space Marine Terminator concept sketch p189 'Horus Heresy: Collected Visions'
**John Blanche**
(PEX 969 at GW0018575)



p274 Horus Heresy Collected Visions
**Andrea Uderzo**
(PEX 969 at GW0018660)

| 138 | **Heresy-Era Shoulder Pads for Terminators Type D - 2 pads (PEX 690 at CHS00028578)** | Pre-Heresy and Heresy Era Terminator shoulder pads |

**Heresy-Era Shoulder Pads for Terminators Type D - 2 pads (PEX 690 at CHS00028578)**





This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has leather straps with metal rings on the ends flowing down and 2 distinct armored sections on the upper armor.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).

Pre-Heresy and Heresy Era Terminator shoulder pads



p78, Horus Heresy Collected Visions
Franz Vohwinkel
(PEX 969 at GW0018464)

37

| 139 | **Heresy-Era Shoulder Pads for Terminators Type B - 2 pads (PEX 690 at CHS00028568)** | Pre-Heresy and Heresy Era Terminator shoulder pads |
|---|---|---|

**Heresy-Era Shoulder Pads for Terminators Type B - 2 pads (PEX 690 at CHS00028568)**





This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has armor studs on the 2 upper armor surface and on the leather straps.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).

Pre-Heresy and Heresy Era Terminator shoulder pads



pp103 and 268 Horus Heresy Collected Visions
**Ralph Horsley (left) and Kari Christensen (right)**
(PEX 969 at GW0018489; GW0018654)

38

140

## Heresy-Era Shoulder Pads for Terminators Type C - 2 pads (PEX 690 at CHS00028574)





This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has leather straps flowing down and 2 distinct banded armored sections on the upper surface.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).



p274 Horus Heresy Collected Visions
Andrea Uderzo
(PEX 969 at GW0018660)



MK1 'Thunder Armour' from
Armour Through the Ages
(PEX 484 at GW0004463)

39



Armour Through the Ages (PEX 484 at GW0004463)
http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat520002a&prodId=prod1710010a
Miniature designed by Jes Goodwin

| 141 | Heresy-Era Shoulder Pads for Terminators Type A - 2 pads (PEX 690 at CHS00028564)  |  |
| --- | --- | --- |



This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the bad itself has draping armored segments flowing down and 3 distinct armored sections on the upper armor.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).

p274 Horus Heresy Collected Visions
Andrea Uderzo
(PEX 969 at GW0018660)



MK1 'Thunder Armour' from
Armour Through the Ages
(PEX 484 at GW0004463)



Armour Through the Ages
http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat520002a&prodId=prod1710010a
Miniature designed by Jes Goodwin
(PEX 484 at GW0004463)

41

142 | **TRU-Scale Knight Praetorius "Order of the Empress's Tears" Conversion Kit – 6 (PEX 690 at CHS00028775)**





(right) p113 Imperial Armour Volume 9 The Badab War Part 1
Kenton Mills and Sam Lamont (PEX 459 at p.113)



The "Knights Praetorius" are the Empress' most loyal soldiers. Each order has a history as well as heraldry that is unique to its ranks. The Order of the Empress's Tears is named so because of the near



annihilation the order faced when they were the sole defense for the Empress when her Flagship came under assault during the Battle of Permidian. Isolated and without support, the order was annihilated to almost the last soldier before reinforcements had arrived. Only 2 soldiers survived the Kin'rth attack against the Empress and her closest advisors. Because of this sacrifice, the Empress renamed the unit and the units heraldry includes the "red tears" of the empress as its main standard.

Each resin kit comes **unassembled and unpainted**. The 28 mm TRU-Scale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.* Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.

**Examples of assembled and painted models by Worthy Painting Artist Alistair Armes are available here.**

| 143 | **TRU-Scale Knight Praetorius Conversion Kit -6** (PEX 690 at CHS00028768) | See product 126 The model in the image comprises parts from: |
|---|---|---|

**TRU-Scale Knight Praetorius Conversion Kit -6**
(PEX 690 at CHS00028768)



See product 126
The model in the image comprises parts from:

- 'TRU-Scale Knight Praetorius Conversion Kit -6' (126),
- 'Open Fisted Power Claws Compatible with Games Workshop Space Marine Model' (321)
- 'Spikey Marine Heads' (79)
- 'Combi Weapon Magnetic Kit' (34)

The "Knights Praetorius" are the Empress' most loyal soldiers. Each is endowed with a touch of the Empress' psychic powers when admitted into the unit. While few in number, each is a match for 10 lesser men, the psychic unity with the Empress allows a measure of prescience as well as formidable endurance. Both men and woman are allowed to test to join the unit, but few survive this testing.

*In a future where knowledge and technology rule. Aliens and humans battle for resources over countless worlds in a race to the become the dominate power.*
*Earth has been divided into two warring factions although each faction has claimed a whole system to rule over-, they continue to fight over who should rule over earth.*

*Queen Eva Kimlar is the leader of the Valnarian Empire, a powerful psyker that has merged psionics with technology. Kimlar is the*

45

*manipulator of men and can influence their thoughts, it is almost impossible for a male to deceive her as she can see your innermost secrets in your eyes as if watching them play out on a screen. As a the strongest known psyker in existance she shares a link with her most loyal followers on a level a normal human could not comprehend. Her influence on peoples actions are stronger over men than women, thus she has to use her strong political skills and natural charisma to win over the female population.*

Each resin kit comes **unassembled and unpainted**. The 28 mm TRU-Scale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown*. Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.

Displayed model painted by Jose Veiga and incorporates kits from Chapterhouse Studios - **Spiky Marine Head**, **Open Fist Power Claws**, and **Combi-Flamer Component**

**Examples of assembled and painted models by Stephen Smith and consist of numerous components from different manufactures for the weapons, arms, heads and weapon effects are available here.**

| 144 | Lizard-Ogre with Ax (PEX 690 at CHS00028638) | |
|---|---|---|



CHAPTERHOUSE STUDIOS

LIZARD-OGRE WITH AX

SCULPTED BY ROBERT LIPPMAN

CITADEL FINECAST

Lizardmen Kroxigor
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1610066a
**Sculpted by Martin Footitt**
Released February 2009
(PEX 757 at GW0011851)

47



KK258_Lizardmen Weapons, Karl Kopinski - 2002
p70 'Warhammer Armies: Lizardmen' 2003
(PEX 1002 at p.70)

145 | Lizard-Ogre with Club (PEX 690 at CHS00028642)



CHAPTERHOUSE
STUDIOS

LIZARD-OGRE WITH
CLUB

SCULPTED BY
ROBERT
LIPPMAN

CITADEL FINECAST

Lizardmen Kroxigor
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1610066a
Sculpted by Martin Footitt
Released February 2009
(PEX 757 at GW0011851)





KK258_Lizardmen Weapons, Karl Kopinski - 2002
p70 'Warhammer Armies: Lizardmen' 2003
(PEX 1002 at p.70)

| 146 | **Iron Hand Nut Power Armor Pad (PEX 690 at CHS00028784)**  | Size and shape of pad. Not surface decoration<br>Shoulder pad designed to fit on Games Workshop's Space Marine figures. |
|---|---|---|
| 147 | **Iron Hand Nut Terminator Pad (PEX 690 at CHS00028784)** | Size and shape of pad. Not surface decoration<br>Shoulder pad designed to fit on Games Workshop's Space Marine Terminator figures. |

| | | |
|---|---|---|
| |  | |
| 148 | **Winged Skull Power Armor Pad (PEX 690 at CHS00028785)** | Size and shape of pad. Not surface decoration<br>Shoulder pad designed to fit on Games Workshop's Space Marine figures. |



| 149 | **Hammer of Dorn Pad (PEX 690 at CHS00028785)** | |
|---|---|---|



Imperial Fists Space Marine Chapter
**Neil Hodgson and Darius Hinks**
p53 Insignium Astartes 2002
(PEX 842 at GW0016906)



Hammers of Dorn Space Marine Chapter
Artwork from p57 The Art of Clint Langley
(PEX 1003 at p.57)

| 150 | **Hammer of Dorn <mark>Terminator</mark> Pad (PEX 690 at CHS00028786)** | Imperial Fists Space Marine Chapter |

**Hammer of Dorn <mark>Terminator</mark> Pad (PEX 690 at CHS00028786)**

Imperial Fists Space Marine Chapter



**Neil Hodgson and Darius Hinks**
p53 Insignium Astartes 2002 (PEX 842 at GW0016906)



Hammers of Dorn Space Marine Chapter
Artwork from p57 The Art of Clint Langley (PEX 1003 at p.57)

| 151 | **V Power Armor Pad (PEX 690)**<br><br>This is a single pewter shoulder pad with an V or roman numeral 5 on the shoulder and laurels.<br><br>Designed to fit on <mark>Games Workshop</mark> <mark>Space Marine</mark>® figures. | <span style="color:red">Size and shape of pad. Not surface decoration</span><br>Shoulder pad designed to fit on Games Workshop's Space Marine figures. | |

| 152 | V Terminator Pad (PEX 690 at CHS00028786) | Size and shape of pad. Not surface decoration |
|---|---|---|
| |  | Shoulder pad designed to fit on Games Workshop's Space Marine Terminator figures. |

| 153 | **Power Armor Shoulder Pad for Scythes of the Emperor (PEX 690 at CHS00028787)** | The Scythes of the Emperor are Space Marine Chapter. |



This is a single pewter shoulder pad with a a pair of crossed biological scythes on the surface.

Designed to fit on Games Workshop Space Marine® figures.



Scythes of the Emperor

**Neil Hodgson**
p88 'How to Paint Space Marines' 2004
(PEX 421 at GW0001070)

| 154 | **Scythes of the Emperor <mark>Terminator</mark> Shoulder Pad (PEX 690 at CHS00028788)** | The Scythes of the Emperor are Space Marine Chapter. |
|---|---|---|

**Scythes of the Emperor Terminator Shoulder Pad (PEX 690 at CHS00028788)**

CHAPTERHOUSE
STUDIOS

PAINTED BY JOSE VEIGA

The Scythes of the Emperor are Space Marine Chapter.



Scythes of the
Emperor

**Neil Hodgson**
p88 'How to Paint Space Marines' 2004
(PEX 421 at GW0001070)

| 155 | **Scaled Rimless Power Armor Pad (PEX 690 at CHS00028788)** | Size and shape of pad. Not surface decoration<br>Shoulder pad designed to fit on Games Workshop's Space Marine figures. |



This is a single pewter shoulder pad with scale patern and no rim.

Designed to fit on Games Workshop Space Marine® figures.

| 156 | **Scaled ==Tactical== Power Armor Pad (PEX 690 at CHS00028789)**<br><br>This is a single pewter shoulder pad with scale patern and a Tactical Arrow on the surface with a rim on the edge.<br><br>Designed to fit on ==Games Workshop== ==Space Marine==® figures. | Shape of pad and use of arrow and trim. Not scales pattern<br>Tactical is a type of Space Marine squad.<br><br>Games Workshop Tactical shoulder pads<br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110189&rootCatGameStyle= (PEX 562 at GW0002478)<br><br>**Neil Hodgson and Darius Hinks**<br>Insignium Astartes 2002, page 32<br>(PEX 842 at GW0016866) |

| 157 | **Scaled with Rim Power Armor Shoulder Pad (PEX 690 at CHS00028789)** | Size and shape of pad. Not surface decoration |
|---|---|---|
| |  This is a single pewter shoulder pad with scale patern and a rim.<br><br>Designed to fit on Games Workshop Space Marine® figures. |  Index Astartes III 2003, page 23<br>(NH Ultramarines Graph / Neil Hodgson / 2001)<br>(PEX 422 at GW0001105) |

| | |
|---|---|
| 158 | **Hot Shot <mark>Lasgun</mark> Pack (PEX 690 at CHS00028588)**  This is a 2 piece metal model of a heavy laser and a power pack. Designed to be compitable with 28mm wargaming miniatures and can be used to convert <mark>Imperial Guard</mark> <mark>Storm Trooper</mark> models. |  Imperial Guard Cadian Shock Troops http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod2070014 **Miniatures designed by Brian Nelson (PEX 415 at GW0004637)**  Lasgun with attached scope p38 Codex Imperial Guard 2008 **(DH051 / Des Hanley / 1995 ) (PEX 479 at p.38)**  |

<table>
<tr>
<td></td>
<td></td>
<td>

p21, 'Codex Imperial Guard' ©1995 (PEX 480 at p.21)

**DH064k Stormtrooper / Des Hanley / 1995**



Imperial Guard Storm Trooper Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod810031a
**Sculpted by Mark Bedford**
Released January 2000 (PEX 767 at GW0012068)

</td>
</tr>
</table>

| 159 | **Shrike Conversion Kit for <mark>Tyranid Warrior</mark> Models (PEX 690 at CHS00028733)** | |







This Chapterhouse Studios resin set contains 6 high detail modular components that fit with the current Games Workshop Tyranid Warriors kit that can be used to model a single flying monster. Please note this set does NOT include a Games Workshop Tyranid Warrior and is not a Games Workshop model.

Each kit contains 6 pieces:

Left and Right Wings that fit on the upper appendage slots

Left and Right replacement taloned legs

Upper and lower Head components

Please note while this kit is sculpted to fit an **unassembled Tyranid Warrior** kit, some modification may be necessary to the minute variations that are present in both the Games Workshop and



Tyranid Warrior Wings Conversion Kit
http://www.forgeworld.co.uk/Warhammer-40000/Tyranids/TYRANID-WARRIOR-WINGS-CONVERSION-KIT.html
Sculpted by Mark Bedford
On sale in 2006
(PEX 772 at GW0012202)

Chapterhouse models.

Model supplied unassembled and unpainted, ==Games Workshop Tyranid Warrior== Model is necessary to assemble as shown.

Sculpted by Jae Lee & Tomas Fiertek, Painted by Jose Viega

| 160 | **Dark Elf Arch Torturess (PEX 690 at CHS00028546)** | |
|---|---|---|





Urien Rakarth (This character is a Dark Eldar Haemonculous).
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1160052a
**Sculpted by Juan Diaz**
Released November 2010 (PEX 773)



DARK ELF
ARCH-TORTURESS

SCULPTED BY JAE
LEE AND TOMAS
FIERTEK

PAINTED BY JOSE VIEGA

Once a prisoner is taken by the Dark Elf forces, their destination is the dungeons of the dark lords and the hands of their master torturers. Skilled in all forms of pain, esoteric and physical, these "artist" are able to keep the vicitms alive so each possible moment of pain can be endured and captured for their masters.

Masters of dark surgeries, it is common for them to experiment on themselves. This path to "perfection" means that on the battlefield they are armed with all sort of pain-dealing weaponry as well as grotesque limbs.

Model is a two-part unpainted metal miniature. Comes with plastic base.

Sculpted by Jae Lee & Tomas Fiertek, Painted by Jose Viega



DG1222_Urien_Rakarth
Dave Gallagher - 2010
p54 Codex: Dark Eldar 2010 (PEX 851 at GW0018059)



CHAPTERHOUSE STUDIOS

SCULPTED BY JAE LEE AND TOMAS FIERTEK

PAINTED BY JOSE VEIGA

DARK ELF ARCH-TORTURESS

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1190038a
Sculpted by Jes Goodwin
Released June 2011 (PEX 755 at GW0011605)





**AB977_Haemonculus, Alex Boyd - 2009**
p37 Codex: Dark Eldar 2010
(PEX 851 at GW0018058)

| | | |
|---|---|---|
| 161 | **Thunderstike Missile Rack (PEX 690)**<br><br>This kit consist on 1 missile rack with seperate targeter that is scaled for use on 28 mm figures.<br><br>This kit is designed to fit on the upper carapace of Games Workshop's Space Marine Terminator Models.<br><br>Components come unassembled and unpainted.<br><br>Sculpted by Tomas Fiertek, painted by Jose Veiga. | The product implicates trademark issues, not copyright. |
| 162 | **Large Ammo Belts for Heavy Weapons — 3 (PEX 690 at CHS00028623)**<br>This pewter set of 3 ammo belts is designed to fit on heavy bolter and psybolter components from Games Workshops Space Marine and Grey Knight products. The ammo bands are made of resin to allow flexibility with a lower chance of the peices breaking. | The product implicates trademark issues, not copyright. |

163 | **Heraldric Knight Shoulder Pads – 5 (PEX 690 at CHS00028739)**





Not surface decoration just shape of pad



Index Astartes III 2003, page 23
**(NH Ultramarines Graph / Neil Hodgson / 2001)**
(PEX 422 at GW0001105)

# **TAB 7**

**Games Workshop's Registered Trademarks**

1. Warhammer



2.

3. 40K
4. 40,000
5. Space Marine
6. Eldar
7. Dark Angels
8. Tau



9.

**Games Workshop's Unregistered Trademarks**
(No dispute Games Workshop used mark or symbol in commerce as a trademark prior to Chapterhouse)

1. Adeptus Mechanicus
2. Assault Space Marine
3. Alpha Legion
4. Black Templars
5. Blood Angels
6. Carnifex
7. Chaos Space Marines
8. Chimera
9. Crimson Fists
10. Death Watch
11. Devastator Space Marine
12. Dreadnought
13. Drop Pod
14. Eldar Farseer
15. Eldar Jet Bike
16. Eldar Warlock
17. Flesh Tearers
18. Gaunt
19. Genestealer
20. Heavy Bolter
21. Heresy Armour
22. High Elf
23. Hive Tyrant
24. Horus Heresy
25. Howling Griffons
26. Imperial Fists
27. Imperial Guard
28. Inquisition
29. Iron Hands
30. Land Raider
31. Land Speeder
32. Legion of the Damned
33. Librarian
34. Mk V Armour
35. Predator
36. Rhino
37. Salamander
38. Striking Scorpion
39. Soul Drinker
40. Space Wolves
41. Stormraven
42. Storm Shield

43. Tactical Space Marine
44. Techmarine
45. Termagants
46. Terminator
47. Thousand Sons
48. Thunder Hammer
49. Tyrant
50. Tyranid
51. Tyranid Warrior
52. Blood Angels Icon
53. Flesh Tearers Icon
54. Imperial Fists Icon
55. Legion of the Damned Icon
56. Tau Empire Icon
57. Space Marine Tactical Squad Icon
58. Space Marine Devastator Squad Icon
59. Iron Hands Icon
60. Space Wolves Icon
61. Salamanders Icon
62. Space Marine Assault Squad Icon

**Games Workshop's Unregistered Trademarks**
(Dispute as to whether Games Workshop used mark or symbol in commerce as a trademark prior to Chapterhouse

1. Assault Cannon
2. Heavy Flamer
3. Iconoclast
4. Lascannon
5. Power Claw
6. Blood Ravens
7. Exorcist
8. Jetbike
9. Jump Pack
10. Lightning Claw
11. Mycetic Spore
12. Tervigon
13. Tyranid Bonesword
14. Tyranid Laship
15. Ymgarl
16. Exorcist Skull Icon
17. Howling Griffons Icon
18. Iron Snakes Icon
19. Soul Drinkers Icon
20. Scythes of the Emperor Icon
21. Hammer of Dorn Icon