**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

Games Workshop Limited
                                    Plaintiff,

v.                                                    Case No.: 1:10–cv–08103
                                                      Honorable Matthew F. Kennelly

Chapterhouse Studios LLC
                                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 14, 2013:

        MINUTE entry before Honorable Matthew F. Kennelly:Jury deliberations
continues to 6/14/2013 at 9:45 a.m. Mailed notice(meg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.