# United States District Court
## Northern District of Illinois
### Eastern Division

| | |
|---|---|
| Games Workshop | **JUDGMENT IN A CIVIL CASE** |
| v. | Case Number: 10 C 8103 |
| Chapterhouse | |

■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☐ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered as follows:

1. Plaintiff Games Workshop Ltd. is awarded damages against defendant Chapterhouse Studios LLC in the amount of $25,000.

2. The following products of defendant infringe plaintiff's copyrights (product numbers refer to numbering in Plaintiff's Trial Exhibits 1020 and 1021):

Skull or Chaplain Head or Bit for Power Armor (product 3); Selected Shoulder pads: "Terminator pad for Exorcist Space Marine," "Power Armour Pad for Exorcist," one of the "Sawblade Shoulder Pad & Jewel" pads, "Shoulder Pad for Serpent or Iron Snakes - Terminator," "Shoulder Pad for Serpent or Iron Snakes - Tactical," "Shoulder Pad w/ skull and flames - tactical", "Shoulder Pad w/ Studs and Skull for 28mm marine - Tactical", "Shoulder Pads for Chalice or Soul Drinker - Tactical," "Shoulder Pads for Chalice or Soul Drinker - Terminator," "Hammer of Dorn Power Armor Pad," "Hammer of Dorn Terminator Pad," "Power Armor Shoulder Pad for Scythes of the Emperor," "Scythes of the Emperor Terminator Shoulder Pad" (Products 10, 11, 12, 17, 18, 19, 20, 23, 24, 149, 150, 153, 154); Assault Shoulder pad with number VII and VIII, Devastator marine shoulder pad with IX and X, Tactical shoulder pad with I, II, III, IV, IV, and VI (Products 46, 47, 51, 52, 57, 58, 59, 60, 61, 62); Crested shoulder pad (Product 49); "Generic Power Armour Shoulder Pad" and "Smooth Shoulder Pad for 28mm tactical - marine" (Products 54, 55); "Banded Tech Pad" and "Banded Armor Pad" compatible with power armor and terminator armor (Products 68, 73,

Thomas G. Bruton, Clerk of Court

Date: 6/27/2013 _____
/s/ Olga Rouse, Deputy Clerk