# United States District Court
## Northern District of Illinois
### Eastern Division

Games Workshop　　　　　　　　　　　　　　**JUDGMENT IN A CIVIL CASE**

　　　　　v.　　　　　　　　　　　　　　　　　Case Number: 10 C 8103

Chapterhouse

■　　Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict. - Continued  - Page 2

74);  Studded rimmed shoulder pad MKV, MK I Heresy Era for 28 mm Marines "Thunder Armor" shoulder pad, studded power armor pad for MK 5 (Products 75, 78, 80); Tervigon conversion kit (Product 37); Heresy Era Jump Pack (Product 76); Spikey heresy heads (Product 79); Wolf Rhino Conversion Kit #1 and Wolf Rhino Conversion Kit #2 (Products 82, 104); Iron Snake conversion kit for Rhino (Product 106); Doomseer Iyanar Duanna (Product 108); Gun Halberd (Product 112); Conversion Beamer Servo Harness (Product 113); Armana'serq Scorpion Warrior Princess (Product 123);  Open-Fisted power claws and Closed-Fisted power claws (Products 132, 133); TRU Scale Knights Praetorius "Order of the Empress's Tears" Conversion Kit and TRU-Scale Knight Praetorius Conversion Kit (Products 142, 143); "Shrike Conversion Kit" (Product 159); Dark Elf Arch Torturess (Product 160).

3.　　The following 67 products of defendant are non-infringing of plaintiff's copyrights (product numbers refer to numbering in Plaintiff's Trial Exhibits 1020 and 1021):

Eagle Thunder Hammer (product 1), Shoulder pad with shield and studs (product 2), Shoulder pads for blood eagle (products 4-5), Shoulder pads for celestial lions (products 6-7), Terminator Shoulder pad for flesh tearers (product 13), Shoulder pad star fox or wolf (products 21-22), Dragon or salamander power fist (product 27), Dragon or salamander thunder hammer (product 31), Combi-weapons magnetic kit (product 34), Conversion kit for farseer jetbike rider (product 35), Conversion kit for warlock jetbike rider (product 36), Ymgarl model heads (product 43), Super Heavy Assault Walker (product 45), Salamanders or Dragon drop pod door (product 63), Salamander Dragon skull shoulder pads (products 64-65),

　　　　　　　　　　　　　Thomas G. Bruton, Clerk of Court

Date: 6/27/2013　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　/s/ Olga Rouse, Deputy Clerk