# United States District Court
## Northern District of Illinois
**Eastern Division**

Games Workshop                      **JUDGMENT IN A CIVIL CASE**

      v.                              Case Number: 10 C 8103

Chapterhouse

■      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict. CONTINUED, Page 3.

Salamander or Dragon head bit (product 67), Storm combat space tech shield for wolves (product 83), "Heresy" armoured drop pod door (product 87), Armored door and kit for rhino tank (product 90), mycetic spore (product 95), Shoulder pads for blood ravens (products 101-102), Tru-scale conversion kit for rhino (product 111), Death angel doors for land raider (product 114), SCAR lasguns (product 117), Javelin imperial jetbike (product 121), Hotshot lasgun pack (product 128), Iconoclast conversion kit for land raider (product 129), Magnetic turret kit for storm raven (product 130), Pilum imperial attack jetbike (product 134), Alternative heads for Tau (products 135-136), Heresy-era shoulder pads (products 140-141), Lizard-ogre characters (products 144-145), Iron Hand Nut shoulder pads (products 146-147), and Hotshot lasgun pack (product 158). Also, Howling Griffon style Shoulder Pad (product 14), Assault Shoulder pad plain (product 48), Devastator shoulder pad (product 50), First squad or I Shoulder pad (product 53), Tactical shoulder pad (product 56), Salamander dragon hammer (product 66), Cog shoulder pad (product 69), Dragon or Salamander kit for rhino (product 94), Scarab shoulder pad (product 97), Starburst shoulder pad (product 98), Shoulder pad for mantis warriors (products 99-100), Dragon door kit for rhino (product 103), Magnetic turret kit for razorback (product 131), Heresy-era shoulder pads (products 137-139), Winged skull power armor pad (product 148), V Power shoulder pads (products 151-152), Scaled shoulder pads (products 155-157), and Heraldic knight shoulder pads (product 163)

Thomas G. Bruton, Clerk of Court

Date: 6/27/2013                  _____
/s/ Olga Rouse, Deputy Clerk