# United States District Court
## Northern District of Illinois
**Eastern Division**

Games Workshop                           **JUDGMENT IN A CIVIL CASE**

        v.                                        Case Number: 10 C 8103

Chapterhouse

■      Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict. CONTINUED - Page 4

4.      Defendant has infringed the following 38 trademarks of plaintiff:

(i) Adeptus Mechanicus (ii) Flesh Tearers (iii) Genestealer (iv) Howling Griffons (v) Imperial Guard (vi) Iron Hands (vii) Land Raider (viii) Predator (ix) Rhino (x) Salamander (xi) Soul Drinker (xii) Stormraven (xiii) Storm Shield (xiv) Techmarine (xv) Thousand Sons (xvi) Thunder Hammer (xvii) Tyrant (xviii) Tyranid (xix) Flesh Tearer Icon (xx) Imperial Fist Icon (xxi) Legion of the Damned Icon (xxii) Space Marine Tactical Squad Icon (xxiii) Space Marine Devastator Squad Icon (xxiv) Space Marine Assault Squad Icon (xxv) Iron Hands Icon (xxvi) Space Wolves Icon (xxvii) Salamanders Icon (xxviii) Blood Ravens (xxix) Exorcist (xxx) Jump Pack (xxxi) Mycetic Spore (xxxii) Tervigon (xxxiii) Ymgarl (xxxiv) Exorcist Icon (xxxv) Iron Snakes Icon (xxxvi) Soul Drinkers Icon (xxxvii) Scythes of the Emperor Icon (xxxviii) Hammer of Dorn Icon.

5.      Defendant has not infringed the following trademarks of plaintiff:

(i) Warhammer 40,000 logo, (ii) Games Workshop logo (Aquila or Two-Headed Eagle), (iii) Alpha Legion, (iv) Carnifex, (v) Chaos Space Marines, (vi) Chimera, (vii) Death Watch, (viii) Devastator Space Marine, (ix) Dreadnought, (x) Eldar Farseer, (xi) Eldar Jet Bike, (xii) Eldar Warlock, (xiii) Heresy Armour, (xiv) High Elf, (xv) Horus Heresy, (xvi) Land Speeder, (xvii) Mk V Armour, (xviii) Striking Scorpion, (xix) Termagants, (xx) Blood Angels Icon, (xxi) Tau Empire Icon, (xxii) Assault Cannon, (xxiii) Iconoclast, (xxiv) Power Claw, (xxv) Jetbike, (xxvi) Tyranid Bonesword, (xxvii) Tyranid Laswhip, and (xxviii) Howling Griffons Icon. And, (i)

Thomas G. Bruton, Clerk of Court

Date: 6/27/2013                                  _____
                                                          /s/ Olga Rouse, Deputy Clerk