# United States District Court
## Northern District of Illinois
### Eastern Division

Games Workshop  **JUDGMENT IN A CIVIL CASE**

v.  Case Number: 10 C 8103

Chapterhouse

■ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict. CONTINUED - Page 5

Warhammer, (ii) 40K, (iii) 40,000, (iv) Eldar, (v) Dark Angels, (vi) Space Marine, (vii) Tau, (viii) Assault Space Marine, (ix) Black Templars, (x) Blood Angels, (xi) Crimson Fists, (xii) Drop Pod, (xiii) Gaunt, (xiv) Heavy Bolter, (xv) Hive Tyrant, (xvi) Imperial Fists, (xvii) Inquisition, (xviii) Legion of the Damned, (xix) Librarian, (xx) Space Wolves, (xxi) Tactical Space Marine, (xxii) Terminator, (xxiii) Tyranid Warrior, (xxiv) Heavy Flamer, (xxv)Lascannon, and (xxvi) Lightning Claw.

Thomas G. Bruton, Clerk of Court

Date: 6/27/2013  _____
/s/ Olga Rouse, Deputy Clerk