# Exhibit A

4831-2513-8708.2

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br>Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly |

**<u>JUDGMENT</u>**

Whereas this action was tried by a jury with Hon. Matthew F. Kennelly presiding, and the jury has rendered a verdict on June 14, 2013 finding infringement of certain copyrights and trademarks of Games Workshop Limited ("Games Workshop"), pending entry of final judgment, judgment is hereby entered as follows against Chapterhouse Studios LLC ("Chapterhouse"):.

1.      Chapterhouse shall pay to Games Workshop damages in the amount of $25,000, together with post-judgment interest taxed at the rate of .14% per annum;

2.      Chapterhouse has been found to infringe Games Workshop's copyrights with respect to the following forty-nine products (product numbers refer to numbering in Plaintiff's Trial Exhibits 1020 and 1021):

3.      Skull or Chaplain Head or Bit for Power Armor (product 3); Selected Shoulder pads: "Terminator pad for Exorcist Space Marine," "Power Armour Pad for Exorcist," one of the "Sawblade Shoulder Pad & Jewel" pads, "Shoulder Pad for Serpent or Iron Snakes – Terminator," "Shoulder Pad for Serpent or Iron Snakes – Tactical," "Shoulder Pad w/ skull and flames - tactical",  "Shoulder Pad w/ Studs and Skull for 28mm marine - Tactical",

2

"Shoulder Pads for Chalice or Soul Drinker – Tactical," "Shoulder Pads for Chalice or Soul Drinker – Terminator," "Hammer of Dorn Power Armor Pad," "Hammer of Dorn Terminator Pad," "Power Armor Shoulder Pad for Scythes of the Emperor," "Scythes of the Emperor Terminator Shoulder Pad" (Products 10, 11, 12, 17, 18, 19, 20, 23, 24, 149, 150, 153, 154); Assault Shoulder pad with number VII and VIII, Devastator marine shoulder pad with IX and X, Tactical shoulder pad with I, II, III, IV, IV, and VI (Products 46, 47, 51, 52, 57, 58, 59, 60, 61, 62); Crested shoulder pad (Product 49); "Generic Power Armour Shoulder Pad" and "Smooth Shoulder Pad for 28mm tactical – marine" (Products 54, 55); "Banded Tech Pad" and "Banded Armor Pad" compatible with power armor and terminator armor (Products 68, 73, 74); Studded rimmed shoulder pad MKV, MK I Heresy Era for 28 mm Marines "Thunder Armor" shoulder pad, studded power armor pad for MK 5 (Products 75, 78, 80); Tervigon conversion kit (Product 37); Heresy Era Jump Pack (Product 76); Spikey heresy heads (Product 79); Wolf Rhino Conversion Kit #1 and Wolf Rhino Conversion Kit #2 (Products 82, 104); Iron Snake conversion kit for Rhino (Product 106); Doomseer Iyanar Duanna (Product 108); Gun Halberd (Product 112); Conversion Beamer Servo Harness (Product 113); Armana'serq Scorpion Warrior Princess (Product 123); Open-Fisted power claws and Closed-Fisted power claws (Products 132, 133); TRU Scale Knights Praetorius "Order of the Empress's Tears" Conversion Kit and TRU-Scale Knight Praetorius Conversion Kit (Products 142, 143); "Shrike Conversion Kit" (Product 159); Dark Elf Arch Torturess (Product 160).

4.      Chapterhouse has been found to infringe the following thirty-eight trademarks of Games Workshop:

(i) Adeptus Mechanicus (ii) Flesh Tearers (iii) Genestealer (iv) Howling Griffons (v) Imperial Guard (vi) Iron Hands (vii) Land Raider (viii) Predator (ix) Rhino (x) Salamander (xi) Soul Drinker (xii) Stormraven (xiii) Storm Shield (xiv) Techmarine (xv) Thousand Sons (xvi) Thunder Hammer (xvii) Tyrant (xviii) Tyranid (xix) Flesh Tearer Icon (xx) Imperial Fist Icon (xxi) Legion of the Damned Icon (xxii) Space Marine Tactical Squad Icon (xxiii) Space Marine Devastator Squad Icon (xxiv) Space Marine Assault Squad Icon (xxv) Iron Hands Icon (xxvi) Space Wolves Icon (xxvii) Salamanders Icon (xxviii) Blood Ravens (xxix) Exorcist (xxx) Jump Pack (xxxi) Mycetic Spore

3

(xxxii) Tervigon (xxxiii) Ymgarl (xxxiv) Exorcist Icon (xxxv) Iron Snakes Icon (xxxvi) Soul Drinkers Icon (xxxvii) Scythes of the Emperor Icon (xxxviii) Hammer of Dorn Icon.

5.     Chapterhouse has been found not to infringe Games Workshop's copyrights with respect to the following forty-three products (product numbers refer to numbering in Plaintiff's Trial Exhibits 1020 and 1021):

Eagle Thunder Hammer (product 1), Shoulder pad with shield and studs (product 2), Shoulder pads for blood eagle (products 4-5), Shoulder pads for celestial lions (products 6-7), Terminator Shoulder pad for flesh tearers (product 13), Shoulder pad star fox or wolf (products 21-22), Dragon or salamander power fist (product 27), Dragon or salamander thunder hammer (product 31), Combi-weapons magnetic kit (product 34), Conversion kit for farseer jetbike rider (product 35), Conversion kit for warlock jetbike rider (product 36), Ymgarl model heads (product 43), Super Heavy Assault Walker (product 45), Salamanders or Dragon drop pod door (product 63), Salamander Dragon skull shoulder pads (products 64-65), Salamander or Dragon head bit (product 67), Storm combat space tech shield for wolves (product 83), "Heresy" armoured drop pod door (product 87), Armored door and kit for rhino tank (product 90), mycetic spore (product 95), Shoulder pads for blood ravens (products 101-102), Tru-scale conversion kit for rhino (product 111), Death angel doors for land raider (product 114), SCAR lasguns (product 117), Javelin imperial jetbike (product 121), Hotshot lasgun pack (product 128), Iconoclast conversion kit for land raider (product 129), Magnetic turret kit for storm raven (product 130), Pilum imperial attack jetbike (product 134), Alternative heads for Tau (products 135-136), Heresy-era shoulder pads (products 140-141), Lizard-ogre characters (products 144-145), Iron Hand Nut shoulder pads (products 146-147), and Hotshot lasgun pack (product 158).

6.     Chapterhouse's use of Games Workshop's copyrights with respect to the following twenty-four products was found to be a fair use and therefore not infringing (product numbers refer to numbering in Plaintiff's Trial Exhibits 1020 and 1021):

4831-2513-8708.2

Howling Griffon style Shoulder Pad (product 14), Assault Shoulder pad plain (product 48), Devastator shoulder pad (product 50), First squad or I Shoulder pad (product 53), Tactical shoulder pad (product 56), Salamander dragon hammer (product 66), Cog shoulder pad (product 69), Dragon or Salamander kit for rhino (product 94), Scarab shoulder pad (product 97), Starburst shoulder pad (product 98), Shoulder pad for mantis warriors (products 99-100), Dragon door kit for rhino (product 103), Magnetic turret kit for razorback (product 131), Heresy-era shoulder pads (products 137-139), Winged skull power armor pad (product 148), V Power shoulder pads (products 151-152), Scaled shoulder pads (products 155-157), and Heraldic knight shoulder pads (product 163).

7.      Chapterhouse has been found not to infringe the following twenty-eight trademarks of Games Workshop:

(i) Warhammer 40,000 logo, (ii) Games Workshop logo (Aquila or Two-Headed Eagle), (iii) Alpha Legion, (iv) Carnifex, (v) Chaos Space Marines, (vi) Chimera, (vii) Death Watch, (viii) Devastator Space Marine, (ix) Dreadnought, (x) Eldar Farseer, (xi) Eldar Jet Bike, (xii) Eldar Warlock, (xiii) Heresy Armour, (xiv) High Elf, (xv) Horus Heresy, (xvi) Land Speeder, (xvii) Mk V Armour, (xviii) Striking Scorpion, (xix) Termagants, (xx) Blood Angels Icon, (xxi) Tau Empire Icon, (xxii) Assault Cannon, (xxiii) Iconoclast, (xxiv) Power Claw, (xxv) Jetbike, (xxvi) Tyranid Bonesword, (xxvii) Tyranid Laswhip, and (xxviii) Howling Griffons Icon.

8.      Chapterhouse's use of Games Workshop's trademarks with respect to the following twenty-six trademarks was found to be a fair use and therefore not infringing:

(i) Warhammer, (ii) 40K, (iii) 40,000, (iv) Eldar, (v) Dark Angels, (vi) Space Marine, (vii) Tau, (viii) Assault Space Marine, (ix) Black Templars, (x) Blood Angels, (xi) Crimson Fists, (xii) Drop Pod, (xiii) Gaunt, (xiv) Heavy Bolter, (xv) Hive Tyrant, (xvi) Imperial Fists, (xvii) Inquisition, (xviii) Legion of the Damned, (xix) Librarian, (xx) Space Wolves, (xxi) Tactical Space Marine, (xxii) Terminator, (xxiii) Tyranid Warrior, (xxiv) Heavy Flamer, (xxv) Lascannon, and (xxvi) Lightning Claw.

9.      Within 30 days of this Judgment, Games Workshop shall submit its motion for costs pursuant to Federal Rule of Civil Procedure 54(d)(1).

10.      The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing the final judgment herein.


Date:  June 26, 2013

_____
                                                Hon. Matthew F. Kennelly