IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>    Plaintiff,<br><br>  v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES,<br><br>    Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

### DECLARATION OF JASON J. KEENER

I, Jason J. Keener, hereby declare:

1. I am attorney at law and member in good standing of the State Bar of Illinois. I am a senior counsel at Foley & Lardner LP, counsel of record for Plaintiff Games Workshop, Limited ("Games Workshop"). I have personal knowledge of the facts set forth herein and, if called to testify, I could and would testify competently thereto.

2. Exhibit 1 are true and correct portions of the trial transcript in this case.

3. Exhibit 2 is a true and correct copy of Plaintiff's Trial Exhibit 198.

4. Exhibit 3 is a true and correct copy of Plaintiff's Trial Exhibit 385.

5. Exhibit 4 is a true and correct copy of Defendant's Trial Exhibit 321.

6. Exhibit 5 is a true and correct copy of Defendant's Trial Exhibit 300.

7. Exhibit 6 is a true and correct copy of Defendant's Trial Exhibit 299.

8. Exhibit 7 is a true and correct copy of Plaintiff's Trial Exhibit 744.

9. Exhibit 8 are true and correct portions of Plaintiff's Trial Exhibit 416.

10. Exhibit 9 is a true and correct copy of Plaintiff's Trial Exhibit 189.

4836-0565-2752.1

11. Exhibit 10 is a true and correct copy of Plaintiff's Trial Exhibit 5.

12. Exhibit 11 are true and correct poritions of Plaintiff's Trial Exhibit 435.

I hereby declare under penalty of perjury this 15TH day of July, 2013, under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

/s/ Jason J. Keener
Jason J. Keener

## CERTIFICATE OF SERVICE

I, Jason J. Keener, an attorney, hereby certify that on July 15, 2013, I caused to be filed electronically the foregoing DECLARATION OF JASON J. KEENER with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

/s/ Jason J. Keener
Jason J. Keener

4836-0565-2752.1