# Exhibit 1

1    And this has -- these are assault squad shoulder
2  pads.  And, again, if you remember from yesterday, the assault
3  squads in the battle company are squads seven and eight, VII
4  and VIII Roman numerals, and, lo and behold, VII and VIII on
5  the Chapterhouse products.
6    And that's a Games Workshop shoulder pad.  It's a
7  little bit blurry, but that's a little metal casting of a
8  Space Marine shoulder pad with the big crossed arrows on it,
9  again, done in the form which makes it easy for someone to
10  paint that, throw some paint in there with a little tiny brush
11  to get the color.
12  Q   Anything about the names of concern?
13  A   Well, again, as I said, the names assault squad power
14  armor shoulder pads, I mean, it's a direct, direct reference
15  to assault squads, to power armor.  You know, there's a
16  striking coincidence of things that it can't be -- it couldn't
17  possibly have been created without knowledge of the Games
18  Workshop --
19  Q   Let's turn the page.
20  A   -- system of --
21    THE COURT:  Are we about to go to another one?
22    MR. MOSKIN:  We can stop after this one.  This is a
23  good place to take a break.
24    THE COURT:  After this next one?  Okay.  You mean
25  right here?

1    MR. MOSKIN:  When we finish this and then there's --
2    THE COURT:  Okay.  Go ahead and finish that one,
3  then.
4    MR. MOSKIN:  Related but --
5    THE COURT:  That's fine.
6  BY MR. MOSKIN:
7  Q   And can you tell us what we're looking at here?
8  A   Again, it's on the left-hand side, there are pictures of
9  the Chapterhouse products, Devastator Squad power armor
10  shoulder pads, and on the right Games Workshop Devastator
11  Space Marine shoulder pad designs from the Insignium Astartes
12  book that you saw yesterday.  Again, it shows the -- these are
13  exactly the same shoulder pads, the same general shape, size
14  and proportions, the same detail, the same rims.  These
15  shoulder pads have got this big upside down V shape on them,
16  and these two images here have the Roman numerals IX and X.
17  And, again, as according to the Games Workshop system of
18  uniforms for Space Marines, squads IX and X are, lo and
19  behold, that's Space Marines shoulder pads.  So you go
20  Devastator Squad, Devastator power on the shoulder pads, Space
21  Marine shoulder pad.
22    THE COURT:  We're going to break here for ten
23  minutes.  The jurors can come with me.
24    (Recess taken.)
25    (The following proceedings were had in the presence

1  and hearing of the jury:)
2    THE COURT:  Okay.  You can all have a seat.
3    You can proceed, Mr. Moskin.
4  BY MR. MOSKIN:
5  Q   Are there any particular markings on the -- physical
6  markings on the Games Workshop shoulder pads themselves?
7  A   The basic front of the pad is quite plain with the rim,
8  but the back has actually got very distinctive markings on it.
9    MR. MOSKIN:  May I approach the witness, your Honor?
10    THE COURT:  That's fine.
11    MR. MOSKIN:  I'll show counsel Exhibit 704, the
12  physical product.
13    THE COURT:  Okay.  That's fine.
14    THE WITNESS:  Thank you.
15  BY MR. MOSKIN:
16  Q   And is there a way to show these markings from the
17  physical product, Exhibit 704?
18  A   You'd have to get in really close to the back of these
19  little components to see it but --
20    MR. MOSKIN:  Perhaps -- your Honor, may I use the
21  technology to show that?
22    THE COURT:  That's fine.
23    MR. MOSKIN:  I'd like the record to reflect that -- I
24  don't know what this machine is called.
25    THE COURT:  It's an ELMO.

1    MR. MOSKIN:  ELMO.
2    THE COURT:  It stands for something.  Don't ask me
3  what.
4    MR. MOSKIN:  I can do an impersonation of the
5  character.
6    THE COURT:  It's not that Elmo.
7    MR. MOSKIN:  But I won't bother.
8  BY MR. MOSKIN:
9  Q   Can you tell us what we're looking at?
10  A   This is the back of that little Space Marine plastic
11  component for a shoulder pad, the power armor shoulder pad
12  from the Games Workshop's, and there's two distinctive sets of
13  detailing.  There's this detailing around this rim here, which
14  show these little kind of squarish indents in the shoulder
15  pad, and then on this lower area here just in shade you can
16  see there's a little square kind of recessed cutout in the
17  base of the pad.
18    Now, what these represent are the -- is to give the
19  impression that the shoulder pad is made of a composite,
20  complex construction.  It's not just a lump of metal.
21  It's supposed to be a piece of a machine, the power armor.
22  And so this is supposed to imply technology inside the
23  shoulder pad or complex construction.  They serve no assembly
24  function whatsoever.  They're purely artistic marks.
25  Q   And do you have any concern about whether Chapterhouse has

Merrell - direct

302

1  used any similar markings?
2  A   Well, in my deposition, I think it's the second time I was
3  deposed by Chapterhouse, I actually was given a Chapterhouse
4  Space Marine shoulder pad component to look at, and, lo and
5  behold, on the back of it it had --
6  Q   I'd like to show you what's be marked as Plaintiff's
7  Exhibit 165 and 166.  And it's a little small, but can you
8  tell us what we're looking at in 165 and maybe scan ahead to
9  166?
10 A   That's the Chapterhouse shoulder pad, a Chapterhouse
11 shoulder pad in a little bag.
12 Q   And I'll note for the record I believe it's the tactical 6
13 pad shown on page 4 of Exhibit 1010.
14 A   And that's the -- that is the Chapterhouse shoulder pad.
15 It's a horribly grainy picture of the back of it, but you can
16 see that it's got these squarish indents in the vertical kind
17 of like side and then a small squarish indent on the inner
18 surface of the lower edge of the shoulder pad.  And that's the
19 Games Workshop shoulder pad, and you can see, spookily
20 similar.
21 Q   Let's move on to the next set of images we were looking at
22 in Exhibit 1010, so starting on page 8.  And can you tell us
23 what we're looking at here?
24 A   It's a Chapterhouse product.  It's a shoulder pad.  I
25 think this one is arranged so that's the vertical edge, that's

Merrell - direct

303

1  the lower edge.  It's got some -- this thing attached to it,
2  but the general size and proportions and shape of the shoulder
3  pad is the same as the Games Workshop one.  This one's
4  actually got the studding which is very similar to this arcane
5  form of studs often referred to as Heresy era.  In fact, I
6  even searched the Heresy pattern shoulder pad -- Heresy
7  pattern Space Marine armor, which is supposed to be a sort of
8  a more arcane form of the armor, and that has that same
9  detailing on it.
10 Q   And anything about the symbol?
11 A   The symbol is some sort of a Maltese cross-type symbol,
12 which is actually similar to a Games Workshop Black Templars
13 Maltese cross symbol.
14 Q   Let's move on to the next product.  And can you tell us
15 what we're looking at here?
16 A   This is a -- I think this is -- these are the Space Marine
17 shoulder pads, the same basic size, shape, proportion as the
18 Games Workshop shoulder pad.  They've got this gross
19 decoration on the top.  This is called a blood eagle, which is
20 very similar to the Games Workshop names, blood ravens and
21 blood angels, and you can see it's got an upside down blood
22 drop, another --
23     Incidentally, the thing about this one is the name
24 because it's so similar to our name.
25 Q   Let's move on to the next slide.  And can you tell us what

Merrell - direct

304

1  we're looking at here and anything original that you think
2  Chapterhouse is --
3  A   Again, it's the same things to do with the pad.  Less
4  concerned about the things on the pads, but the fact that the
5  pads are -- in this case and the previous ones it says
6  Tactical and Terminator, and you see this is actually the
7  signature size and shape and proportions of a Space Marine
8  Terminator shoulder pad, and this is the Space Marine
9  terminate -- this one's got a rim around it, around the top
10 surface and has these embossed lines.  And, again, the name
11 Celestial Lions is one of our names.
12 Q   Let's go on to the next page.  Is there -- tell us what
13 we're looking at?
14 A   This -- this is the Exorcist -- it says Exorcist
15 compatible shoulder pads.  Games Workshop -- the Exorcist is a
16 Space Marine chapter, and you see the signature feature of
17 them is the -- this very, very unique horned skull on the
18 shoulder pad.  The horned skull has symbol -- the symbol for
19 the Exorcist has these characteristics that has no lower jaw,
20 and it has these kind of downwardly curving horns.  I'm not
21 quite sure what beast would have horns like that.  Not quite a
22 ram's horn, but these downwardly curving horns.  And here you
23 can see the Chapterhouse product is the skull with no lower
24 jaw and the downwardly curving horns.
25     And, again, I think these two shoulder pad designs,

Merrell - direct

305

1  one is shaped like a Space Marine in the same size and shape
2  and proportion, and this one is actually the Terminator with
3  that sort of notched lower --
4  Q   Did you show us that yesterday, the Terminator's --
5  A   Yeah.
6  Q   -- notched --
7  A   Yeah.  We were looking at an Insignium Astartes book, the
8  big blue ones with that particular shape.
9  Q   Anything about the colors that you think are original
10 to --
11 A   Well, the Chapterhouse are called the Exorcist.  It's
12 clear reference to the Games Workshop Space Marine chapter.
13 And the colors are the same.  It's a red filled with a black
14 rim, which is, again, it's the same colors.
15 Q   Move on to the next product.  And can you tell us what
16 we're looking at here and identify any original elements that
17 you -- from Games Workshop's works that you think Chapterhouse
18 has borrowed?
19 A   Well, this is called Sawblade shoulder pad and jewel and
20 Terminator pad.  With one of the Space Marine chapters, one of
21 the very first ones, we described the Flesh Tearers, and they
22 have this really unusual design of a sort of sawblade with a
23 single drop, blood drop on it.  That's a Games Workshop
24 component that we actually sold.
25 Q   And let the record reflect the witness is referring to the

1  load-outs and what have you.

2      And then you are left with a whole bunch of cool

3  stuff that you can use with other kits.  So over time you end

4  up with quite a big boxful of extra cool weapons and things to

5  customize your models as you go along.

6  Q   Now, what if a customer is just not satisfied with that

7  level of customization?  Does Games Workshop sell anything to

8  allow further customization?

9  A   Yes.  On the web store actually, you can get anything from

10 individual packs of just the shoulder pads or just particular

11 guns or, I don't know, conversion packs to take -- to turn a

12 regular trooper into some kind of special character.

13     But if the product -- this is why I was talking about

14 ForgeWorld a minute ago.  If the products on our main website

15 don't give you that -- if those two or three thousand products

16 don't give you the choice you need, well, you can go to our

17 ForgeWorld website, and there you can buy everything from --

18 well, things that I can't assemble, frankly, but they're

19 brass-edged components and very, very sophisticated modeling

20 extras and add-ons to really customize your own collection.

21 Q   So to be clear, when I buy a box and I get a sprue of all

22 sorts of pieces in the box set, if I want just a replacement

23 leg of one of those pieces, can I buy that one replacement

24 piece from the sprue from Games Workshop?

25 A   Unfortunately not.  That would be really difficult

1  because, obviously, to get that sprue, you have got a huge

2  great machine that slams together the two sides of the metal

3  mold, injects liquid plastic, and then if the two sides come

4  apart, you're left with this unique sprue.

5      What we can't do is go around chopping out individual

6  bits because, A, you would be left with 90 percent of the

7  frame is useless because that's not going to want to buy because

8  that gun's -- or he hasn't got a left leg.  So that's just

9  really difficult.

10     But, you know, there is so much choice there and

11 there is such a wide range of extra add-ons.  And then like I

12 say, you can go to ForgeWorld.  Very rarely do you see people

13 having an issue there.

14 Q   So looking at Plaintiff's Exhibit 704, would this be an

15 example of a sprue.

16 A   Yes.

17 Q   So you're saying I can't go and say I want an extra one

18 piece of this torso and buy that from Games Workshop?

19 A   No.

20 Q   But Games Workshop does sell separately other ways to

21 customize the models?

22 A   Yes.

23 Q   Can we turn to page 2 of the same exhibit, of Exhibit 416?

24 A   There you go.

25 Q   What are we looking at?

1  A   So there you're looking at -- yes.  So if you want --

2      So these are shoulder pads for assault Space Marines

3  for your assault squad, and the assault squad Space Marines,

4  they have a unique -- it's a crossed symbol.  That means it's

5  part of the assault squad.

6      Now, as it happens you can either -- some fans would

7  prefer to paint that on a plain shoulder pad as part of their

8  painting of the models.  Some would like to have a water slide

9  transfer or a decal.  You can get those.  But some would

10 actually prefer to have them in 3D.  And so we make that

11 available for them.  They can go and buy just those shoulder

12 pads.

13 Q   Can we turn to page 5 of the same exhibit?  What do we see

14 here?

15 A   Well, these are -- again, they're shoulder pads.  And

16 those are --

17     I should say they don't come painted, and these --

18 one of our Space Marine chapters, Space Marines -- I don't

19 know whether -- you've probably been through all this.  Space

20 Marines are organized into groups that we call chapters.

21     And so one of the chapters is called the Crimson

22 Fists, and they have a specific and unique design that says

23 I'm part of the Crimson Fists.  So every Crimson Fists guy

24 will have that icon somewhere on him.

25     If you're collecting Space Marines and you want to

1  make your own -- you want to theme your army for the Crimson

2  Fists, then you can buy these shoulder pads and stick them on

3  your Marines and it immediately identifies them as Crimson

4  Fist Space Marines.

5  Q   One more.  How about page 14?  What are we seeing here?

6  A   It's the same layout essentially.  We have got another

7  chapter of Space Marines who are charmingly called the Flesh

8  Tearers.  And this is -- if you want to collect a Flesh

9  Tearers army, you can buy your Marine box sets.

10     And then you could -- like I say, you can either

11 paint the icon on or we'll sell you -- you can buy

12 three-dimensional molded shoulder pads with that design built

13 in.  There we are.

14 Q   Now, other than these replacement shoulder pads, does

15 Games Workshop sell any other customizable add-on bits?

16 A   Yes.  There will be power claws, guns, all sorts of

17 different weapons, badges.

18     And like I say, if you go to ForgeWorld, then they're

19 in sheets of really thinly -- I don't know how they make them

20 actually, but they're like little sheets of actual -- in

21 brass, actual pieces, metal, highly detailed insignia and

22 things that you can add to your models as well.

23 Q   Let's look at some of these other ones.  How about page 1?

24     What are we looking at here?

25 A   Okay.  So a product here we have -- this is some of the

1   things you can get from ForgeWorld.

2         So, again, we have got a chapter in the Space Marines

3   called the Alpha Legion.  We have a vehicle kit, a vehicle

4   called the land raider.  So these are --

5         If you are collecting Space Marines, and you think,

6   you know what, I want my Space Marines to be part of the Alpha

7   Legion, and why wouldn't you, so then you can go to ForgeWorld

8   and buy replacement doors that are specifically themed with

9   the unique icons and emblems of our Alpha Legion Space

10   Marines.

11 Q  Page 26, what do we see here?

12 A  So this is the same thing, but this is for a chapter of

13   Space Marines called the Salamanders.  So, again, you're

14   collecting your Space Marine army.

15         You go to the books and you think, hey, I really like

16   the look of these and I enjoy the fiction and I've perhaps

17   seen some pictures that I really like.  So I think, yes, you

18   know, I'm going to collect Salamanders.

19         And so when you buy your tank kit, your land raider,

20   when you buy the land raider for your Space Marines, you may

21   choose to go to ForgeWorld and buy these specific doors which

22   mark your vehicle as a Salamander Space Marine land raider.

23 Q  One more door.  How about page 39?

24 A  So this is -- it's another chapter of Space Marines.

25   These guys are called the Space Wolves, and, again, they have

1   some very unique and characterful iconography and badges and

2   so on and so forth.  So any of our players would look at these

3   badges and go, wow, those are part of the Space Wolves.

4         And we do a vehicle called a Rhino, Space Marine

5   Rhino vehicle kit.  If you're collecting Space Marines and you

6   want to make them Space Wolves and you've got your Rhino, hey,

7   you can go to ForgeWorld and get some specific Space Wolf

8   Rhino doors.

9 Q  Now, other than the shoulder pads we looked at and the

10   replacement doors we looked at, does Games Workshop also sell

11   other customizable bits?

12 A  Yes, well, all sorts of things.  Like I say, you can buy

13   individual bigger, heavier power-armored arms and claws and

14   guns and stuff like that.

15 Q  Let's look at page 37.  What are we looking at here?

16 A  So this is a conversion pack again from ForgeWorld, and

17   this is -- so you have got your box of Space Marines, and they

18   come with a whole wide range of stuff in that box, remember.

19         But if you really want to go to town on them and

20   convert them into a special character for your army, then you

21   go here and you can see you have got this massive --

22         You look at the size of that arm there.  It's a huge

23   powered arm, you know, and massive sword there, and so some

24   really nice conversion pieces.  And, again, even in this, you

25   can imagine if you're making a character for your army and you

1   buy this pack, you're going to be left with a whole load of

2   things to go in your bits box because you're not going to

3   fit -- unless you're making something with four arms, then

4   you're going to be left with quite a bit of spare weapons and

5   arms and things for your future modelling projects.

6 Q  Page 45, please.  Let's go page 44.

7         What do we see here?

8 A  Okay.  So we have some characters called Terminator Space

9   Marines, and they're the most heavily armored Space Marines in

10   our mythos.  And one of their special weapons that they get to

11   use is called a thunder hammer.

12         And so this -- if you have got a box of Space Marine

13   Terminators and you want to turn them all into guys with

14   thunder hammers, you buy this conversion pack and you get the

15   hammer for each of them, and that's called a storm shield.  So

16   that goes with it.  So thunder hammers and storm shields for

17   your Terminator Space Marines, so there's another conversion

18   pack.

19 Q  Now, we spent a lot of time discussing copyright so far

20   with the jury in this case.  And I want to direct your

21   attention to the trademark issues.

22         Does Games Workshop have any trademarks?

23 A  Yes, yes, we have many, many trademarks.

24 Q  Can we pull up Plaintiff's Exhibit 1023?

25       (Brief interruption.)

1 BY MR. KEENER:

2 Q  What are we looking at here?

3 A  Okay.  So these are the -- this is an exhibit which is the

4   registered trademarks that were -- that were at issue in this

5   case.

6 Q  So Games Workshop has registered each of these marks?

7 A  Yes.  These are all registered.  And you can see some of

8   them are words and some of them are actual icons or symbols.

9 Q  Can we pull up Plaintiff's Exhibit 315?  What are we

10   looking at here?

11 A  So this is the registration certificate, and you can see

12   that it's over here.  So that goes to 2003, and that's the

13   registration for Warhammer.  And you can see the --

14         In terms of trademarks, you register your trademarks.

15   You register trademarks in classes of goods.  So that's this

16   bit down here where it says what we're registering for.

17         So you can see for Warhammer, we have registered in

18   computer games, video games and so on and so forth, role-

19   playing game magazines, books and manuals.

20         Over on the right there, top right, it's talking

21   about equipment sold as a unit for playing tabletop battle

22   games and so on and so forth.  So it's our registration for

23   the classes of goods that we operate in.

24 Q  So is Games Workshop contending that no one else can use

25   the term Warhammer for any products?

1  Q  Did you write that?

2  A  Yes.

3  Q  Does "GW" stand for Games Workshop?

4  A  Yes.

5  Q  What does "PA" stand for?

6  A  I think it stands for power armor.

7  Q  What is power armor?

8  A  I think it would be used to designate a certain size of a

9  sculpt.

10 Q  What is power armor?

11 A  Well, what is power armor?  It's power armor.  I mean,

12 it's in a lot of science fiction literature and movies.  It is

13 what it is.

14 Q  What is the specific meaning in the Games Workshop 40K

15 universe?

16 A  A type of armor on a miniature.

17 Q  Is it worn by a certain type of miniature?

18 A  Mostly Space Marine miniatures.

19 Q  Okay.  So power armor is a type of armor worn by Space

20 Marines?

21 A  Amongst others, yes.

22 Q  What were the spiky power armor dragon pads you were

23 referring to in this email?

24 A  These are two of them -- yeah.  Two of them -- things that

25 I sculpted about approximately one or two -- one or -- one to

---

1  two years before I even met Mr. Villacci -- by "met" I say

2  talked or either wrote with.  I did them for personal use to

3  use with my personal collection of miniatures.  Yeah.  That is

4  those.

5  Q  And when you sculpted those for personal use, did you use

6  any Games Workshop materials?

7  A  While sculpting them?

8  Q  Yes.

9  A  No.  Unless Games Workshop owns the sculpting clay I used.

10 Q  What is your reference:  "all pads that clearly show they

11 are GW underneath..."  What did that refer to?

12 A  Because when I did them, I sculpted on a plain pad that

13 was a Games Workshop pad.

14 Q  Okay.  So the finished pad you made was a plain Games

15 Workshop power armor Space Marine pad that you then added some

16 modeling clay to the outside of?

17 A  There was a Games Workshop pad, plain, underneath.  I

18 added a shell of sculpting putty to give it detail and texture

19 and added bulk.

20 Q  Was this product ever sold by Chapterhouse?

21 A  Yes.

22 Q  For these shoulder pads that Chapterhouse sold, were they

23 selling it with the Games Workshop shoulder pad underneath it?

24 A  I don't know.  I am not selling stuff.

25 Q  Okay.  Do you understand the basic process of how

---

1  something you sculpt becomes an actual product that's sold?

2  A  Vaguely, yes.  Define "basic".

3  Q  Describe it at the level of your understanding.

4  A  I sculpt something -- well, let's make it short as

5  possible.  I sculpt something, send it to Nick --

6  Mr. Villacci -- and then it's taken out of my hands.  What

7  happens if it gets sold, et cetera, is not my decision to

8  make.

9  Q  So you don't have any understanding of how this master

10 sculpted product gets turned into many products that actually

11 physically sell?

12 A  I have a somewhat limited understanding of the process

13 since I don't -- since I'm not involved nor handle it.  That

14 is Mr. Villacci's department.

15 Q  What's your understanding?

16 A  I sculpt something, I ship it to Mr. Villacci, and then

17 someone makes a mold -- should Mr. Villacci accept the item

18 I've sculpted and okay it, then someone makes a mold out of

19 it, and this mold is then used by someone to do copies, to

20 cast using the mold in various materials.

21 Q  Okay.  So you don't sculpt tens or hundreds of the same

22 shoulder pad; you make a master, which is then used to make a

23 mold; you then use the mold to make copies?  Is that basically

24 correct?

25 A  That is basically, for the majority of the examples,

---

1  correct, yes.

2  Q  And that's what happened with this power armor dragon

3  shoulder pad, correct?

4  A  I don't know what happened with it.  I know what happened

5  with it until the moment I shipped it to Mr. Villacci.

6  Q  And from the pewter shoulder pad you received back, could

7  you tell that they showed the Games Workshop shoulder pad

8  underneath?

9  A  Personally, yes, I could see.

10 Q  Mr. Fiertek, do you have Plaintiff's Exhibit 199 in front

11 of you?

12 A  Yes.

13 Q  Third paragraph.  I'm just going to focus your attention

14 on the very top email, which is from you.  Do you see that?

15 A  Yes.

16 Q  About the third paragraph down, you state:  "About the HH

17 art book and cover helmets I don't know, the copyright is not

18 ours it seems so we can't copy them but maybe redo them

19 somewhat."  Do you see that?

20 A  Yes.

21 Q  What does "HH art book" refer to?

22 A  Oh, that I don't need.  HH stands for Horus Hearsay art

23 books.

24        THE COURT:  I think that should say Heresy.

25        THE WITNESS:  Heresy.

1  Q   When he's referring to the icon in the Codex, what is he
2  referring to?
3  A   I assume he's referring to a picture in the Space Marine
4  Codex.
5  Q   Do you know what the Flesh Tearers icon is in the 40K
6  universe?
7  A   Yes, I do.
8  Q   What is it?
9  A   It's a saw blade with a blood drop on it.
10  Q   Page 2, third from last paragraph.  The second paragraph
11  starts out:
12        "Remember, it can't be too ornate that it won't be
13  recognizable as the FT icon."
14        Do you see that?
15  A   Can you direct me to it again?
16  Q   Sure.  It's about in the middle of page 31, that same
17  email from Mr. Villacci to you.  It's the second paragraph
18  right before he signs off Nick.
19  A   Yes.
20  Q   What did you understand FT icon to mean?
21  A   Probably stands for Flesh Tearer.
22  Q   So what did you understand this sentence to mean to you?
23  A   He wants the icon to be recognizable but still
24  interesting.
25  Q   Did you understand it was important for 40K players to be

1  able to recognize it as the Flesh Tearer icon?
2  A   That could be.
3  Q   Is this a piece that you sculpted?
4  A   This is a piece that I sculpted, yes.
5  Q   Did you, as a sculptor, take this as an instruction that
6  whatever you did, make sure it was still recognizable to 40K
7  players as a Flesh Tearer icon?
8  A   Yes.
9  Q   Did it have to be recognizable to 40K players as a Flesh
10  Tearer icon?
11  A   So people could convert a Flesh Tearer or build a Flesh
12  Tearer army.
13  Q   Page 1, second paragraph.  The next paragraph says:
14        "Still we have gone through a lot of resources to
15  design our own stuff from scratch, while using the same
16  dimensions in 3D applications."
17        You see that?
18  A   Yes.
19  Q   What is your understanding of what he meant by using the
20  same measured dimensions in 3D applications?
21  A   I'm guessing he was just making sure it would fit onto a
22  power armor model.
23  Q   Let's look at Plaintiff's Exhibit 191.  It's Bates labeled
24  CHS6504 through CHS6505.
25        Do you have that exhibit?

1  A   Yes.
2  Q   Page 2.  Looking at the oldest email chain that's on the
3  last page of the document, it's an e-mail from you to Mr.
4  Villacci, correct?
5  A   Um-hmm.
6  Q   Is that a yes?
7  A   Yes.
8  Q   You state:
9        "I got the pads in the mail yesterday.  I noticed
10  there are a few different ones.  There is one with a raised
11  ridge and some normal ones, too.  Do you have a preference on
12  the one I work on?"
13        What are you referring to?
14  A   Before I started sculpting, he sent me a little packet of
15  pewter pads that he'd made, and they were a couple different
16  variations on the pads.
17  Q   Page 1, bottom paragraph.  He says:
18        "Unless you are doing anything different with the
19  whole pad face, scales, studs, et cetera, I would just use the
20  GW rimmed look alike instead of the flat one."
21        Do you see that?
22  A   Um-hmm.
23  Q   Is that a yes?
24  A   Yes, yes.
25  Q   Prior paragraph.  And your response above that says:

1        "If I make a raised saw blade with a raised blood
2  drop on top, that's not going to violate any copyright or
3  anything, correct?"
4        You see that?
5  A   Yes.
6  Q   What was your concern?
7  A   My concern was since I didn't know anything about
8  copyright law, I didn't want to step on any toes.
9  Q   How did you resolve that concern?
10  A   He responded to me and said that it would be fine.
11  Q   Let's go to Plaintiff's Exhibit 192, which is labeled
12  CHS6443 through 45.
13        I want to start with the second email on the first
14  page, which is an email from Chapterhouse to you starting with
15  "great" and a smiley face.
16        You see that?
17  A   Yes.
18  Q   Middle paragraph.  The next paragraph refers to a Blood
19  Angel pad.  What is a Blood Angel?
20  A   A Blood Angel is another chapter of Space Marines.
21  Q   And it says, it, quote, would use a drop and wings, end
22  quote.  You see that?
23        What is the icon of Blood Angels according to 40K
24  universe?
25  A   I believe it's a blood drop with wings.

1308

Nagy - cross

1  idea that, you know, Games Workshop presents human soldiers of a
2  particular flavor.  But, you know, in real life we have people
3  who fight in the jungle, we have people who fight in the snow,
4  we have people who fight in an urban setting.
5          And it was to say these are themes that Games Workshop
6  doesn't bother looking at anymore.  Why can't we, you know,
7  produce something that is about an urban or snow covered theme.
8  And in this instance this discussion is what ultimately resulted
9  in the Wheeled Chimera that Games Workshop doesn't have an issue
10  with.
11  Q.  So, for example, if Games Workshop was about to release a
12  new army book, a new codex, for a new Space Marine chapter,
13  Chapterhouse and you would rush to design products for that new
14  Space Marine chapter to take advantage of what Games Workshop
15  was about to release, right?
16  A.  Well, it's no different than when I worked for the company
17  that I did right out of school which produced components and
18  subassemblies for consumer electronics.  One of our big product
19  lines was cases for iPhones.  Even -- you know, we produced them
20  for half the companies that ultimately released them.  And so,
21  obviously, leading up to the release of a new iPhone, you're
22  flooded with these supplemental products that are not produced
23  for Apple.
24  Q.  Again --
25  A.  It's no different than that.  It's just we would look at

1310

Nagy - cross

1  Chapterhouse; is that right?
2  A.  That's correct.
3  Q.  And, in fact, you designed a lot of master templates that
4  are used as the base of most of Chapterhouse's shoulder pads,
5  right?
6  A.  Yes.
7  Q.  Now, let's talk about the basic shoulder pad templates you
8  designed.  You did those on a computer in some computer-aided
9  design program?
10  A.  Yes, probably Wildfire.
11  Q.  And in one of those designs, you had the shoulder pad with
12  that big large rim banding around the side of it as shown
13  typically in a Space Marine shoulder pad?
14  A.  Generally.
15  Q.  And do you recall Mr. Villacci complaining about one of your
16  earlier designs of the pad because the thickness of the rim you
17  made was too thick compared to the one Games Workshop uses?
18  A.  I'm not sure if I can recall that particular message.
19  Q.  Similarly, you designed the little squad symbol, the arrows
20  and crosses and chevrons, that go on the pad?
21  A.  Yes.
22  Q.  And do you remember Mr. Villacci complaining about your
23  earlier designs saying you need to make them larger to more
24  closely match what the icons look like in the Games Workshop
25  books?

1309

Nagy - cross

1  what Games Workshop was doing, and we said how can we supplement
2  Games Workshop.  How can we further these kits that Games
3  Workshop is releasing.  How can we do something to allow people
4  to have a different theme in mind when they look at these
5  models.
6  Q.  So, I'm not sure if you answered my question yes or no.  In
7  Chapterhouse's business of deciding which products to make, if
8  Games Workshop was about to release a new codex for Space Wolves
9  Space Marine, Chapterhouse would then be looking to make Space
10  Wolves products to sell?
11  A.  Space Wolf supplemental products, generally.  But I mean, in
12  that instance --
13          THE COURT:  You've answered the question.  You need to
14  confine your answers to the question that's asked.
15          THE WITNESS:  All right.
16          THE COURT:  Go ahead.
17  BY MR. KEENER:
18  Q.  So, again, yes or no.  In the example of Games Workshop
19  about to release a new army book, such as Space Wolves Army for
20  Space Marines, Chapterhouse would be looking to then release
21  before or at the same time various Space Wolf related products?
22  A.  Generally.
23  Q.  Thank you.
24          Now, I think during your direct testimony, you
25  discussed that you designed a number of shoulder pads for

1311

Nagy - cross

1  A.  Well, I mean, as part of the collaborative effort, you know,
2  we ultimately didn't make that change.  There was a conscious
3  effort to avoid that particular change.
4  Q.  Do you remember him asking you to make them more looking
5  exactly like it does in the Space Marine army books?
6  A.  Everyone has opinions on how something should be changed,
7  but that doesn't necessarily mean you follow through with them.
8  Q.  Again, that wasn't my question.  My question is do you
9  recall Mr. Villacci asking you to make the squad symbols more
10  direct copies of what's in the Games Workshop Space Marine Army
11  books.
12  A.  He said it.  I ignored it.
13  Q.  Let's look at Plaintiff's Exhibit 41.  This is again the
14  e-mail we looked at earlier just a minute ago.  Let's turn to
15  Pages 13 to 14.
16          On June 16th, 2009, does Mr. Villacci tell you, "The
17  only thing I can see doing different is reducing the trim height
18  on the shoulder pads, it seems larger than the GW dimensions."
19  Do you remember him saying that to you?
20  A.  I'm vaguely recalling it, seeing this in front of me.
21  Q.  And then he continues, "As well as increasing the size of
22  the squad type markings.  I like how GW paints the ones they
23  show in the codexes.  They seem to start at the bottom of the
24  pad and extend pretty far up.  See photo."  Do you see that?
25  A.  Do you have the photo of those particular pieces?

1312

Nagy - cross

1 Q. No, there was no photo attached to this e-mail that we
2 received. Do you see that?
3 A. Um-hm. I see it.
4 THE COURT: Say yes.
5 BY THE WITNESS:
6 A. Yes.
7 BY MR. KEENER:
8 Q. Now, let's look at some of these shoulder pad templates you
9 designed. Let's turn to Plaintiff's Exhibit 385. And is this
10 an e-mail you sent to Mr. Fiertek on June 19, 2009?
11 A. Yes.
12 Q. Now, in the middle of this e-mail, you discuss three
13 different types of shoulder pad templates you created?
14 A. Yes.
15 Q. So, let's look at the first one. If we can split it there
16 with the template. The first one you say, "I made three basic
17 blank shoulder pads. The first is the standard trimmed shoulder
18 pad." Do you see that?
19 A. Um-hm. Yes.
20 Q. And those pictures on the right are the pictures of the
21 standard trimmed shoulder pad you designed?
22 A. That I modeled, yes.
23 Q. And as the standard trim, you're referring to the standard
24 Space Marine trim shoulder pad, right?
25 A. I'm referring to its use to produce variances of that, yes.

1313

Nagy - cross

1 Q. But not some standard in something else. When you mean the
2 standard design, you mean the standard Games Workshop Space
3 Marine trimmed shoulder pad?
4 A. The most ubiquitous.
5 Q. The most iconic?
6 A. Ubiquitous.
7 Q. And you're the one who on the back put these series of
8 notches around the rim of the shoulder pad?
9 A. Yes.
10 Q. And you also put that little notch on the bottom back center
11 of the shoulder pad?
12 A. Yes.
13 Q. Now, let's look at the second shoulder pad you made. The
14 second shoulder pad is a completely blank shoulder pad. That's
15 what we see on the right?
16 A. Yes.
17 Q. And it's the same design shoulder pad, just without the
18 trim?
19 A. Um-hm.
20 Q. Yes?
21 A. Yes.
22 Q. And you describe that as "As was commonly seen on some older
23 power armor patterns;" is that right?
24 A. Yes, that is how I describe it.
25 Q. And what you're referring to is in the artwork of older

1314

Nagy - cross

1 Space Marine designs, they have this exact same shoulder pads,
2 including having it blank with no trim?
3 A. Yes.
4 Q. And, again, you're the one who put all these notches and
5 ridges on the back of the design?
6 A. Yes.
7 Q. And let's look at the third design. It says, "The third
8 arched shoulder pad was something I made up." Do you see that?
9 A. Yes.
10 Q. And the pictures on the right-hand from that exhibit are the
11 arched shoulder pad?
12 A. Um-hm.
13 Q. Yes?
14 A. Yes.
15 Q. Now, that arch idea was something you came up with yourself,
16 right?
17 A. It was something that we had not previously discussed, and
18 so I was bringing it to their attention.
19 Q. And was that something you had seen on Games Workshop's
20 artwork or models?
21 A. Generally, no.
22 Q. So, this was a design that really was not a design that you
23 had seen previously from Games Workshop.
24 A. Generally, no.
25 Q. Now, so, this third design that's not like the different

1315

Nagy - cross

1 Space Marine shoulder pads Games Workshop makes, do you know how
2 many Chapterhouse products you're selling now based on that
3 design?
4 Q. On this particular one?
5 Q. Yes.
6 A. Well, I know -- I'm pretty certain that that ornate Raven is
7 based off of this one, for example.
8 Q. Any others?
9 A. I'm not sure. I have not kept up with Chapterhouse's
10 products.
11 Q. In fact, the basic templates Chapterhouse uses to make
12 virtually all of their shoulder pads were the first two designs
13 we looked at, right, not this third design?
14 A. Well, I mean, these aren't intended as the final product.
15 They are -- you know, they're a transitionary step in the
16 product-making process.
17 Q. But we haven't seen any images of any shoulder pads from
18 Chapterhouse with these various arches underneath it. Would you
19 agree?
20 A. Well, like I said, I'm pretty sure that he utilized this to
21 produce that large Raven shoulder pad.
22 Q. Now, you testified during your direct testimony that you
23 thought it was okay to put these Games Workshop squad markings,
24 the crossed arrow and the upward facing big fat arrow and the
25 chevron on the shoulder pads, because you thought that these

1316

Nagy - cross

1 were commonly used in the military. Do you remember that
2 testimony?
3 A. In various militaries. Yes, I remember.
4 Q. Now, again, you didn't show this jury any picture of
5 anywhere in the military where a shoulder pad, an armored
6 shoulder pad, has any of those designs, did you?
7 A. Not an armored shoulder pad, no. No, we did not produce
8 pictures of that.
9 Q. And especially the armor shoulder pad of the iconic Space
10 Marine design, that combination with those squad markings, you
11 agree with me that that combination doesn't exist anywhere in
12 prior military history?
13 A. The combination of commonly used symbols, no.
14 Q. So, again, the answer to my question --
15 A. No.
16 Q. -- is you haven't seen anywhere the combination of Games
17 Workshop's iconic Space Marine shoulder pad with those various
18 squad markings on it as a combination. That's a unique
19 combination you have never seen in military history.
20 A. No.
21 Q. Let's go to Plaintiff's Exhibit 1010 at Page 4. Now, on the
22 left-hand side here, we see various Chapterhouse products,
23 shoulder pads. Do you see that?
24 A. Yes.
25 Q. And these are the tactical ones with the big, fat upward

1317

Nagy - cross

1 facing arrow?
2 A. Yes.
3 Q. And you designed the ones that get these Roman numerals on
4 them, right?
5 A. Yes, I produced the models.
6 Q. And for the tactical ones, the Roman numerals you put on are
7 I through VI?
8 A. Yes.
9 Q. And can we turn the page? And again on the left-hand side
10 are the Chapterhouse assault shoulder pads?
11 A. Um-hm.
12 Q. Yes?
13 A. Yes.
14 Q. And Chapterhouse decided to put on here the Roman numerals
15 VII and VIII?
16 A. Yes.
17 Q. And let's turn one more page. And these are the Devastator
18 shoulder pads?
19 A. Yes.
20 Q. And Chapterhouse decided to put on here the Roman numerals
21 IX and X?
22 A. Yes.
23 Q. Now, when designing these shoulder pads, you weren't quite
24 sure which numbers to put on which shoulder pads, right?
25 A. The intent was to produce shoulder pads that would allow the

1318

Nagy - cross

1 player to make the same types of denotions between squads that
2 GW's pictures reference.
3 Q. Again, that wasn't my question.
4 A. Okay.
5 Q. In designing the shoulder pads, you weren't sure which
6 numbers to put on which --
7 A. I was sure which numbers.
8 Q. -- right?
9 A. I was sure of which numbers to put on there from personal
10 experience.
11 Q. Let's go to Plaintiff's Exhibit 392. This is an e-mail
12 chain between you and Mr. Villacci; is that correct?
13 A. Yes.
14 Q. Let's turn to Page 2, the second e-mail, the first
15 paragraph. This is you writing to Mr. Villacci and you say,
16 "You had asked me to put Roman numerals on the shoulder pads
17 with the tactical/assault/Devastator markings. How many
18 different numbers do you want and on which pads?"
19 A. Um-hm.
20 Q. Do you remember asking him that question?
21 A. Yes.
22 Q. And Mr. Villacci responded to you and told you exactly which
23 numbers to put on which pads based on the exact same designs
24 from the Games Workshop universe, right?
25 A. Yes.

1319

Nagy - cross

1 Q. And he tells you, as we quote here, "Tacticals are
2 historically" -- and he means according to the Games Workshop
3 designs, right?
4 A. By the denotions that those units have on the tabletop, yes.
5 Q. In the Games Workshop universe. Not some other military
6 culture, right?
7 A. Yes.
8 Q. And in the Games Workshop created military culture that they
9 created, tacticals are I through VI, assaults are VII and VIII,
10 and Devastators are IX and X, correct?
11 A. Yes.
12 Q. And so, that's why you put those exact Roman numerals on
13 those pads?
14 A. Yes.
15 Q. And, again, you testified that the concept of a Roman
16 numeral is used in militaries around the world, right?
17 A. Yes. The Roman Legion denoted their legions with Roman
18 numerals.
19 Q. And you haven't shown the jury any pictures of using any of
20 these I through VI numbers with an arrow, did you?
21 A. No.
22 Q. Or Roman numerals VII and VIII with a crossed arrow, did
23 you?
24 A. No.
25 Q. Or the chevron with IX and X, did you?

## 1320

Nagy - cross

1 A. No.
2 Q. And you agree with me that those combinations of those
3 specific Roman numerals with those specific designs is not
4 commonly used anywhere in military history, correct?
5 A. Correct.
6 Q. Because Games Workshop created that combination, they
7 thought that up, right?
8 A. That particular combination and distinction, yes.
9 Q. Now, back to this e-mail, Mr. Villacci further tells you
10 about these numbers, if you look on Page 1 in the middle, "If
11 you look at the codex for Marines on Pages 18 to 19, I like the
12 placements of those numbers." Do you remember him saying that
13 to you?
14 A. Yes.
15 Q. Do you recall what your response was?
16 A. What?
17 Q. Do you recall what your response was?
18 A. Excuse me?
19 Q. Do you recall your response to Mr. Villacci's comment to you
20 saying I really like how Games Workshop does it on Pages 18 to
21 19 of their Space Marine codex?
22 A. Yes. I pretty much am asking him if he can provide a
23 pictorial reference for me to examine.
24 Q. So, you actually asked him, instead of coming up with your
25 own design, "Do you have a link to picture? I sadly can't bring

## 1321

Nagy - cross

1 my codecies to work." Is that what you write?
2 A. Yes.
3 Q. Do you recall Mr. Fiertek -- he's the other owner of
4 Chapterhouse, right?
5 A. Yes.
6 Q. Do you recall him with regards to the use of these various
7 numbers with these various markings, him ever telling you that
8 what Chapterhouse is doing is making direct copies of Games
9 Workshop's artwork?
10 A. I do not -- well, I think I recall what you're talking
11 about, the e-mail that you're addressing.
12 Q. Yes. Let's take a look at that e-mail. Let's go to
13 Plaintiff's Exhibit 68. So, what we're looking at is an e-mail
14 from Mr. Fiertek to you copying Mr. Villacci on the e-mail, as
15 well, right?
16 A. Yes.
17 Q. Now, if we look down a little bit, about in the middle,
18 Mr. Fiertek writes to you, "Any word from anybody on the
19 legality of the number, Devastator, assault and arrow pads?
20 They are direct copies of GW art, at least with the normal rim."
21 Do you see that?
22 A. He believed that.
23 Q. So, Mr. Fiertek, one of the co-owners of Chapterhouse, was
24 telling you and Mr. Villacci that the designs you were making
25 were direct copies of Games Workshop art, correct?

## 1322

Nagy - cross

1 A. He believed that, and he did say that.
2 Q. Now, let's talk about some of the weapons you designed.
3 Now, one of the weapons you designed was Chapterhouse's version
4 of the Lasgun, right?
5 A. Yes, as a variant to the scar.
6 Q. And there was various testimony from Games Workshop that
7 their Lasgun design, a characteristic feature, was a slanted tip
8 at the end of the Lasgun?
9 A. Yes.
10 Q. And your products also had that same characteristic slanted
11 tip, right?
12 A. One of them, of many variances, yes.
13 Q. And in your direct testimony you said but I seen that design
14 before. I've seen it in AK-47s or other things that were
15 imported into the U.S. due to the assault weapons ban.
16 Something like that was in your testimony, right?
17 A. Weapons modified to be brought into the country legally
18 under that legal restriction.
19 Q. And in order for this jury to do their job to see whether
20 that is actually a true statement that it actually looked the
21 same as Games Workshop's and Chapterhouse's design, did you show
22 them any pictures of any of those weapons that you're saying you
23 were looking at?
24 A. No, I did not.
25 Q. Did you see any e-mail attaching a picture, my design is

## 1323

Nagy - cross

1 based off of this I saw from the assault weapons ban?
2 A. No.
3 Q. Let's turn to Plaintiff's Exhibit 1011 at Page 6. Now, on
4 the left-hand side, you see the Chapterhouse Combi weapons
5 product, right?
6 A. Yes.
7 Q. Now, the concept of these Combi weapons in the Games
8 Workshop universe is that you've got a bolt gun, the standard
9 gun of a Space Marine, as part of it, right?
10 A. Could you repeat that?
11 Q. So, in the Games Workshop universe, they have weapons called
12 Combi weapons for the Space Marine?
13 A. Right.
14 Q. And typically it could be a bolt gun combined with a melta
15 gun is one variation, right?
16 A. Yes.
17 Q. Or a bolt gun combined with a flamer? Yes?
18 A. Yes.
19 Q. Or a bolt gun combined with a plasma gun, right?
20 A. Yes.
21 Q. And Games Workshop depicts those types of combinations in
22 its artwork and miniatures, right?
23 A. Yes.
24 Q. And the concept of Chapterhouse was instead of having
25 someone actually buy each of these variations from Games

Nagy - cross

1 Workshop or make their own by cutting up Games Workshop's
2 various weapons and gluing them together as part of the hobby,
3 Chapterhouse would make it more convenient for them by making
4 one model with all the various plasma and melta and flamer
5 attachments that they can put on and off of the weapon to make
6 the various combinations.  Is that the concept?
7 A.  The interchangeability was a big aspect of the Chapterhouse
8 product.
9 Q.  And part of the importance when you're playing the game is
10 that you want to make sure the person on the other side can look
11 at a model and see what weapon is on the model, right?
12 A.  Yes.
13 Q.  So, if it's supposed to have a bolt gun and a plasma gun,
14 you want to make sure it looks like a Games Workshop bolt gun
15 and plasma gun so when the other person looks at the model, they
16 can say, oh, I know exactly what weapon he's carrying.
17 A.  That's the idea.
18 Q.  Do you recall -- in relation to this product, do you recall
19 Mr. Villacci telling you in regard to the Combi weapons to as
20 closely copy the Games Workshop Combi weapons as possible?
21 A.  I do not recall that particular communication.
22 Q.  Let's look at again Plaintiff's Exhibit 41.  This is a long
23 chain of e-mails we've looked at a couple times now, and let's
24 turn to Page 15 at the bottom.  This is an e-mail from
25 Mr. Villacci to you.

Nagy - cross

1 and a longer, thinner Cadillac feel to it;" is that right?
2 A.  Yes.
3 Q.  And you understand the PH art, that's the pre-Heresy art.
4 That's the pictures in the Horus Heresy books of Games Workshop,
5 right?
6 A.  Yes, that's what they're referring to.
7 Q.  And this is when we were talking in your direct testimony
8 about the Cadillac look?
9 A.  Um-hm.
10 Q.  Yes?
11 A.  Yes, the general idea of a Cadillac grille.
12 Q.  Now, in your direct testimony you said, well, we got from
13 Cadillac the idea of these big grilles on the front.  Do you
14 remember that testimony?
15 A.  Yes.
16 Q.  I don't see anywhere in here a talk of any of the grilles of
17 a Cadillac, do you?
18 A.  Well, all grilles for the Cadillac are vertical grilles.
19 Q.  Again, that wasn't my question.
20 A.  Okay.
21 Q.  In this e-mail referring to Cadillac, the only Cadillac
22 e-mail we have, there's no discussion of grilles at all, right?
23 A.  Um-hm.
24 Q.  Yes?
25 A.  Yes.

Nagy - cross

1            And is it right that he writes to you, "We could also
2 closely copy the GW Combi weapons as we would only be using the
3 very end of the weapons in our design."  And he continues,
4 "These would sell like hotcakes if it works."  Did Mr. Villacci
5 tell you that?
6 A.  I believe he did tell me that.
7 Q.  Let's talk about another product you made, the jetbike.
8 A.  Yes.
9 Q.  Could we turn to Plaintiff's Exhibit 1011 at Page 24?  So,
10 the product on the left is the Chapterhouse jetbike that you
11 helped design, right?
12 A.  Yes.
13 Q.  Now, in the process of designing this product, Mr. Fiertek
14 of Chapterhouse sent you a drawing that he said was based on the
15 Horus Heresy book artwork, right?
16 A.  I guess so.
17 Q.  Well, let's confirm.  Let's go to Plaintiff's Exhibit 59.  I
18 think you discussed this chain of e-mails during your direct?
19 A.  Yes, okay.
20 Q.  It's an e-mail between you and Mr. Fiertek about the
21 jetbike, right?
22 A.  Yes.
23 Q.  Let's turn to Page 2, the last paragraph.  He says he drew,
24 among other design products he's talking about, "a jetbike
25 inspired by the PH art with engines stacked on top of each other

Nagy - cross

1 Q.  Instead it's talking about the size, making it longer and
2 thinner, right?
3 A.  Yes.
4 Q.  Is that a yes?
5 A.  Yes.
6 Q.  And, actually, Cadillac grilles themselves aren't just big,
7 vertical straight lines.  It's characterized by these long
8 horizontal lines going through it, as well, right?
9 A.  I do not believe so.
10 Q.  Now, your response to Mr. Fiertek was that you thought a
11 long, thin look would be too slim and wouldn't really fit in
12 with Games Workshop's Imperial style, right?
13 A.  I mean, it was more notionally about the concept of it
14 carrying a larger person.
15 Q.  Let's look at what you said.  Let's go to Page 1, bottom
16 e-mail, the first sentence.  Your response to Mr. Fiertek is "I
17 think it looks slim, maybe too slim relative to the beefy look
18 of Imperial tech."
19 A.  Yes.
20 Q.  That's talking about Imperial technology, right?
21 A.  I believe so.  If you put a Space Marine on it, it has to
22 look like it carries a Space Marine.
23 Q.  And then Mr. Fiertek responds to you, "Think of a normal SM
24 bike with some added length to it."  Do you see that?
25 A.  Yes.

```
 1   universe.
 2           MR. COOPER:  Thank you very much for your time
 3   today, Dr. Grindley.
 4           I have no further questions.
 5           THE COURT:  All right.  Cross.
 6                    CROSS EXAMINATION
 7   BY MR. KEENER:
 8   Q.  Good afternoon.
 9   A.  Good afternoon.
10   Q.  I want to first talk a little bit about your background,
11   okay?
12   A.  Sure.
13   Q.  Now, you're not an expert in miniature war gaming,
14   right?
15   A.  No, I'm not.
16   Q.  You're not an expert in miniatures in any way, right?
17   A.  No.
18   Q.  In fact, your only experience with miniatures before
19   this case was over 30 years ago, when you played Dungeons &
20   Dragons for a year or two when you were 12 years old?
21   A.  Yeah.  Now it's, I think, 34 years.  And I also played
22   Traveller.
23   Q.  So prior to this case you have had no experience with
24   Warhammer or Warhammer 40K whatsoever?
25   A.  No, none whatsoever.
```

```
 1   Q.  And, if you recall, that claim chart started with
 2   product 124 or so?
 3   A.  I get it.  I remember.  Because it says new claims
 4   chart.  And I guess it's what the "new" means.
 5   Q.  But the number -- it started with about 124, 125,
 6   somewhere around that number?
 7   A.  Yeah.  At the time I didn't understand it.  I thought it
 8   was just like some legal numbering thing.
 9   Q.  But -- I know you haven't been sitting in court all last
10   week, right?
11   A.  No, I have not.
12   Q.  But you have been receiving and reading the transcript
13   of everything that's been going on?
14   A.  I read the first day transcript and I think I read -- I
15   mean, some of the transcript of Mr. Merrett.
16   Q.  Okay.  So from that you have an understanding that
17   there's two claim charts, one covering products 100 to 125
18   and the second covering products 126 to about 160?
19   A.  I have to confess that I kind of skimmed it.
20   Q.  Okay.  But you understand -- why don't we pull up
21   Plaintiff's Exhibit 1020.
22           This is the claim chart for the first set of
23   products.  This looks utterly foreign to you, right?
24   A.  I have never seen this.
25   Q.  So if we flip through slowly, every single product in
```

```
 1   Q.  All right.  So you're not offering any opinions on what
 2   would be standard or essential in designing miniatures,
 3   right?
 4   A.  Correct.
 5   Q.  Standard or essential in designing a futuristic table
 6   top war game?
 7   A.  Correct.
 8   Q.  You're talking about generally just the field of science
 9   fiction, right?
10   A.  Yes, I am.
11   Q.  I want to see what else you're not expressing opinions
12   on.
13           Now, you only came into this case -- it's been
14   going on for five years -- relatively recently, in 2012,
15   right?
16   A.  Yes.  I believe it's December 2012.
17   Q.  So you've only been experiencing this for six months or
18   so.  And that was because Chapterhouse had released some new
19   products on its website since the case started, and you came
20   in only to address that subset of new products, right?
21   A.  I actually have no idea.
22   Q.  You have no idea?  Okay.
23   Q.  You -- to perform your analysis you were given a
24   claim chart, right?
25   A.  That's correct.
```

```
 1   here you have never seen and have not analyzed?
 2   A.  Well, I don't know yet because we haven't flipped
 3   through them all.
 4   Q.  But so far this chart looks utterly unfamiliar to you,
 5   right?
 6   A.  So far, yes.
 7           THE COURT:  Before we get -- since we're on Item 5,
 8   it's five out of how many?
 9           MR. KEENER:  This is out of 125.
10           THE COURT:  Okay.  So can there be a stipulation
11   that he hasn't evaluated the rest of the ones in this claim
12   chart?
13           MR. COOPER:  Yes.
14           THE COURT:  Okay.
15           MR. KEENER:  Thank you, your Honor.
16   BY MR. KEENER:
17   Q.  So let's turn to the second claim chart, Plaintiff's
18   Exhibit 1021.  This one looks more familiar, right?
19   A.  It does.
20   Q.  So you've analyzed the products in this chart and this
21   chart alone?
22   A.  Yes.
23   Q.  And even in this chart there are products for
24   which you didn't express any opinion on during your direct
25   testimony today, right?
```

1    common knowledge.
2    Q.   Now, you're not offering any opinion on how Games
3    Workshop created any of its works, right?
4    A.   Absolutely not.  I cannot look into the creative minds
5    of other people.
6    Q.   And you're not offering any opinion on whether any of
7    Games Workshop's works or any elements of those works were
8    derived from anything prior existing?
9    A.   Correct, I'm not doing that.
10   Q.   And you're not offering any opinion today on whether
11   Games Workshop's designs depart from or fail to depart from
12   any prior existing works?
13   A.   Correct.
14        Wait.  Was that a correct or incorrect answer or
15   yes or no answer?
16   Q.   Correct is fine.
17   A.   Okay.  Correct is good.
18   Q.   And you haven't offered any opinion on whether any of
19   the Chapterhouse designers copied the Games Workshop designs
20   in creating their works?
21   A.   No, I have not.
22   Q.   Now, you agree, using your buffet analogy, that the
23   Games Workshop designers made a number of design choices in
24   creating each of the products at issue in this case, right?
25   A.   Correct.

1    Q.   And you're not forming any expert opinion that the
2    combination of design elements that Games Workshop chose is
3    the same combination of design elements that you found in any
4    of these prior works, right?
5    A.   Correct.
6    Q.   And again, with all these prior images you saw, you're
7    not offering any opinion that even Chapterhouse looked at or
8    had knowledge of or used any of those works in creating their
9    products?
10   A.   Correct.
11   Q.   And you're not offering any opinion on whether any of
12   Games Workshop's designs are original, right?
13   A.   Correct.
14   Q.   You're not offering any opinion on whether any element
15   or any combination of elements in any of Games Workshop's
16   products is an original combination?
17   A.   Correct.
18   Q.   Let's talk about what is one of your opinions.
19        I believe it's your opinion that in all the Games
20   Workshop products you looked at, you didn't find a single
21   combination of features in any of the Games Workshop products
22   that you thought was not already a combination present
23   somewhere in science fiction?
24   A.   I think that's not quite what I said.  I can explain it
25   again if you want.

1    Q.   Do you believe that Games Workshop's products contain
2    combinations of features that are not present in science
3    fiction?
4    A.   Um, I hate to do this, but since they are in science
5    fiction, then, yes, they are in science fiction because
6    that's what they are.  They're science fiction.
7         So they are present in science fiction.  So, yeah.
8    Q.   Excluding --
9    A.   Excluding themselves --
10   Q.   -- themselves --
11   A.   Excluding themselves, I think the answer is no or is the
12   answer yes?
13        I'm trying to say that when I think that Games
14   Workshop has created, you know, one of the little dudes
15   that -- you know, they have created one of their little
16   dudes, they've made their own expression of that thing, you
17   know, they're doing something to themselves there.
18   Q.   So they made their own unique combination of features?
19   A.   Yes, they have.
20   Q.   Now, let's talk about the methodology and how you came
21   to the opinions you gave today.
22        Now, you formed your opinions without ever looking
23   at the Chapterhouse website, right?
24   A.   That's correct.
25   Q.   You formed your opinions without ever looking at the

1    Games Workshop website?
2    A.   Correct.
3    Q.   And you formed your opinions without handling and
4    looking at any of the Chapterhouse products at issue in this
5    case?
6    A.   Correct.
7    Q.   You couldn't pick them up and look at them from
8    different angles and turn them around?
9    A.   Correct.
10   Q.   And you formed your opinions without looking at any of
11   the Games Workshop products, physical products at issue in
12   this case?
13   A.   Correct.
14   Q.   You couldn't pick them up and turn them around and look
15   at them?
16   A.   Correct.
17   Q.   The only thing you ever looked at was the chart?
18   A.   The chart that Games Workshop provided, yes.
19   Q.   Are you aware that Games Workshop also provided
20   Chapterhouse thousands and thousands of detailed pictures of
21   its models from all different angles and physical samples as
22   well?
23   A.   No, I'm not.
24   Q.   Are you aware that Chapterhouse likewise provided to
25   Games Workshop thousand of pictures of all of its products

1  and actual physical samples of every product at issue in this
2  case?
3  A.  I actually saw the physical things for the first time in
4  my life the other day.
5  Q.  And you didn't think you needed to look at any of that
6  to form your opinions today?
7  A.  No.  The pictures were self-evident.
8  Q.  Now, let's talk about the various images you showed the
9  jury.
10        Now, you agree that the images you showed, except
11 for some error with your CD player, were the best images you
12 could find to support your opinion?
13 A.  Not the best images, just the most expedient ones.
14 Q.  But you tried to give the jury the best representative
15 pictures you could give?
16 A.  Not necessarily the best representative pictures I could
17 get.  The most expedient representative pictures I could get,
18 ones that were, you know, a good, stable expression of that
19 kind of standard.  And some of them were favorites.  You
20 know, like the Alien one, it's a favorite of mine.  Maybe
21 there's better ones.  I happen to like that one.
22 Q.  So your methodology was you looked at seven, 800 images
23 from the science fiction Traveller books?
24 A.  Yeah, yeah, I did.  That took a long time.
25 Q.  You looked at over 50 years of color illustrations from

1  50 different science fiction magazines containing thousands
2  of images?
3  A.  Yep.
4  Q.  You looked at over a hundred different book covers from
5  Robert Heinlein from the 1950s to the present across all the
6  translations?
7  A.  Yep -- sorry.  Yes.  I don't mean to say "yep."
8  Q.  You went to the Museum of Art and looked at hundreds of
9  different styles and shapes of armor on display?
10 A.  Yes, I did.
11 Q.  You looked at hundreds, if not thousands, of images on
12 the internet?
13 A.  Yes.
14 Q.  And then out of those thousands or tens of thousands of
15 images you looked at, you picked out a few images that you
16 think have -- bear some similarity to the Games Workshop
17 products, right?
18 A.  I wouldn't say to the Games Workshop products.  I would
19 say to both Chapterhouse Studios and the Games Workshop
20 products.  It's kind of like a -- like I've been saying, that
21 standard.
22 Q.  So -- and you didn't include in your -- in showing to
23 the jury, or on your report or otherwise, the other hundreds
24 or tens or thousands of images that looked nothing like the
25 Games Workshop's Space Marine, for instance, right?

1  A.  No, I did not.
2  Q.  Because there would be hundreds of thousands of future
3  soldiers that look nothing like a Space Marine?
4  A.  Which Space Marine?
5  Q.  Games Workshop's Space Marine.
6  A.  Yeah, there probably would be hundreds of thousands of
7  images that do not look exactly like the Games Workshop's
8  Space Marine.
9  Q.  Okay.  So with your buffet analogy, there are almost a
10 limitless number of combinations on the buffet line, right?
11 A.  Yes.
12 Q.  And there is not only three or four or five pieces of
13 food to choose from; there's almost an unlimited number of
14 pieces of food to choose from to put on your plate, right?
15 A.  Yeah, but who really wants that ambrosia salad that's
16 been sitting out for weeks?
17 Q.  And your methodology was that as soon as you found two,
18 three or four images showing a feature, you assumed it was a
19 common feature in science fiction, right?
20 A.  I didn't assume because most of the time I was looking
21 for things that I already knew existed out there.
22 Q.  All right.  Let's look at your second deposition.  It's
23 also the second tab under your chart.
24 A.  Sure.
25 Q.  If you can turn in there to Page 167.

1  A.  There's a lot of stuff --
2  Q.  Are you there?
3  A.  No.  I'm only on 120.  167, you said?
4  Q.  Yes.
5  A.  There's like 700 pages of this stuff.
6        Okay, I'm at 167 now.
7  Q.  Starting at Line 7, did I ask you:  (Reading:)
8        So to the extent of your methodology -- I'm sorry.  Let
9  me repeat.
10        So, to the extent of your methodology was if you could
11 find four or five examples, you assumed it was common?
12 A.  Yes.
13 Q.  What was your answer?
14 A.  My answer was yes.
15 Q.  Now, after making this assumption, or hypothesis, that
16 some element you found in a few pictures was common, you
17 didn't do anything to actually test that hypothesis, did you?
18 A.  No, I did not.
19 Q.  Because actually testing that hypothesis to see how
20 common it was in science fiction to have a certain element,
21 such as a certain style of legs or a certain backpack, that
22 would be an incredibly tough task to do, right?
23 A.  It wouldn't be a tough task.  It would just be a really
24 laborious one.
25 Q.  Let's look again at your transcript, Page 304.

1   A.  Which one, the first --

2   Q.  The second one.

3   A.  I thought it only went to 270.

4       Okay.  304, let me find it.

5       (Brief pause.)

6  BY THE WITNESS:

7   A.  Sorry.  I apologize.  Okay, I found it.

8  BY MR. KEENER:

9   Q.  Starting at Line 5 I asked you:  (Reading:)

10     And did you do any of that methodology to test your

11  hypothesis?

12       What was your answer?

13   A.  (Reading:) Lord, no!  I mean, I'm sure you appreciate

14  how much work that would be.

15   Q.  And then I asked you:  (Reading:)

16     That would be the same for all of the elements that

17  you're saying are common to the genre?  They're the elements

18  you thought are obvious to you based on your experience, but

19  you didn't go out and do anything to test that hypothesis?

20       What was your answer?

21   A.  (Reading:) Yes, absolutely.  Each one of these tasks

22  would almost be like -- sorry -- would almost like be between

23  a -- my language was falling apart at this part of the

24  afternoon.  (Continuing:)

25       Each one of these tasks would be almost like

1  between an M.A. and a Ph.D. type of project.  It would mostly

2  be unpublishable, really boring, really obvious.  People

3  would say, oh, yeah, space helmets, good for you.

4   Q.  Now I want to talk about the impact of your opinion.

5   A.  Sure.

6   Q.  Now, you -- I think you mentioned you read the first day

7  or two of the transcripts so far, right?

8   A.  Like I said, I skimmed them.

9   Q.  Did you pay any attention to the Court's instructions to

10  the jury, kind of telling what the case is about?

11   A.  No.  Actually, what I did was I just -- I wanted to see

12  --

13       THE COURT:  Tell you what, just answer his

14  question.  Don't volunteer.

15       THE WITNESS:  Okay.

16       THE COURT:  The answer is no.  Next question.

17  BY THE WITNESS:

18   A.  No.

19  BY MR. KEENER:

20   Q.  So I'll represent to you that the Court told the jury on

21  the very first day that for copyright, protected expression

22  means any expression in Games Workshop's work that was

23  created independently, meaning it was not copied from some

24  other work and involved some creativity.  Okay?

25   A.  Yeah, sure.

1   Q.  All right.  So with that definition of protected

2  expression, you're not offering any opinion that Games

3  Workshop's works were not created independently?

4   A.  I don't think that's my place to give that opinion.  I

5  think that's the jury's place.

6   Q.  I think you already said you're not offering any opinion

7  --

8   A.  I'm not offering an opinion either affirmative or

9  negative.  I'm not offering an opinion.

10   Q.  And you're not offering any opinion on whether Games

11  Workshop's products involve some level of creativity?

12   A.  No, I'm not.

13   Q.  So then putting those together, you're not offering any

14  opinion on whether Games Workshop's models have protected

15  expression?

16   A.  No, I don't think I am.

17   Q.  Okay.  Now --

18   A.  I think you're losing me in the law here.  I'm sorry.

19   Q.  Well, I think you understand the language.  The Court

20  instructed the jury that protected expression does not

21  include matter that is indispensable or standard in the

22  treatment of a particular subject.

23       Do you understand that?

24   A.  Indispensable or standard in the treatment of the

25  subject?

1   Q.  Yes.

2   A.  Could you give me a quick example?

3   Q.  Well, I'm trying to figure out if that's where your

4  opinions come in.

5       Are you trying to say that various things are

6  indispensable or standard in the treatment of table top

7  gaming, therefore, they are not protected expression?

8   A.  I'm not making an opinion about table top gaming.

9   Q.  Okay.  Are you giving an opinion that certain elements

10  are standard or -- I'm sorry, indispensable or standard in

11  the treatment of science fiction and, therefore, not

12  protectable expression?

13   A.  I'm making an opinion about standards, like tropes or

14  ideas.  I'm not saying that any collection of individual

15  tropes is in itself a like -- like a standard, like the

16  metric system is a standard.  I think maybe we're operating

17  on different definitions of standard.

18   Q.  Okay.  Let's start with indispensable.  You're not

19  making any opinion that anything is indispensable in the

20  field of science fiction?

21   A.  No, I'm not.

22   Q.  Okay.  And as far as standard, you are offering some

23  sort of opinion that certain elements are standard or very

24  common in science fiction?

25   A.  Yes.

1    Q.   So you agree that the only impact of all of those
2    various images that you showed has is if the jury agrees with
3    you that something in those images has been shown to be
4    standard in science fiction?
5    A.   I think that's simplifying things too much.
6    Q.   If they merely think something in one of those pictures
7    is similar to something in Games Workshop, that's not quite
8    relevant to any issue, right?
9    A.   It's part of a larger issue, I think.
10   Q.   They have to first find that that element is somehow
11   standard or indispensable in science fiction, right?
12   A.   They -- well, I mean, they don't even have to do that
13   much because they can also just look that the two items are
14   completely dissimilar.
15        So it's kind of like two parts.  You can say, yes,
16   these are standard elements, and you can say, hey, you know,
17   once these are standard elements, then we look at the
18   differences, or you can just omit the standard elements
19   altogether and say look at the differences between these two
20   products.
21   Q.   Let my give you an example.  I'm focusing on your
22   opinion about prior images, okay?
23   A.   Okay.
24   Q.   Let's assume a Games Workshop person created the iconic
25   Space Marine figure and image in 1985.

1    A.   Okay.
2    Q.   Imagine you were able to find an exact same drawing of
3    the exact same Space Marine that somebody else drew,
4    completely independently, it's completely random.  It just
5    happened to come out looking identical.  Okay?
6    A.   Okay.
7    Q.   Now, you understand that those two both could be
8    independently created?
9    A.   Yes, they could.
10   Q.   And the fact that you're able to show later an image,
11   even if it's an identical image, doesn't take away the
12   protected expression that Games Workshop had unless something
13   in that image is so indispensable and standard then it's
14   not entitled to protection?
15   A.   I actually couldn't answer that because isn't that a
16   legal question?
17   Q.   Okay.  Let's talk about some of the specific products
18   you looked at.
19        Let's talk first about the Space Marine.  Can we
20   get Plaintiff's Exhibit 1018 at Page 3.
21        This is one of the products you examined, right?
22   A.   Not in this form, but I think so, yes.
23   Q.   And the Games Workshop ones are on the right?
24   A.   Yes.

1    Q.   And the Chapterhouse products are on the left?
2    A.   No -- yes -- yes and no, because the image at the top,
3    because this is one of these conversion kits -- the image at
4    the top appears to be a combination of Chapterhouse parts and
5    Games Workshop parts, sort of assembled and painted.  So the
6    bottom half of the image, yeah, that's the Chapterhouse
7    Studios parts but not the top.
8    Q.   And do you know if that picture on the top left
9    Chapterhouse uses to market and display its product on its
10   website?
11   A.   I've never seen their website.
12   Q.   Now, starting with the shoulder pads, you don't believe
13   that Games Workshop and Chapterhouse shoulder pads are
14   similar in any way, do you?
15   A.   Yes, I do.
16   Q.   Now, the jury has heard a lot of testimony -- I don't
17   know if you've read it -- about various features of these
18   shoulder pads; they have almost become experts on it.  And
19   one thing they've heard a lot about is, if you turn them over
20   there's all these weird little notches and grooves and
21   indents in them.  You've never turned one over, right?
22   A.   No.  The first time I saw the interior of one was today
23   actually watching testimony.
24   Q.   So you're not offering any opinion at all on whether
25   such features are standard or indispensable in table top

1    gaming?
2    A.   I'll say this much:  I've only made my opinions about
3    these two-dimensional representations of three-dimensional
4    objects and only from the images provided to me in that
5    original claims chart.
6    Q.   Now, looking at the Games Workshop Space Marine, I think
7    you agree that the Games Workshop designers made a number of
8    design choices in making that Space Marine, right?
9    A.   Yes.
10   Q.   They chose the style of the backpack?
11   A.   Yes, they did.
12   Q.   They chose the style of the shoulder pad?
13   A.   Yep.
14   Q.   They chose the style of the torsos?
15   A.   Yes.
16   Q.   And the belt?
17   A.   Yes.
18   Q.   And the legs?
19   A.   Yes.
20   Q.   And the shoes?
21   A.   Yes.
22   Q.   And if we're in a buffet, each of those could be a
23   completely different island of the restaurant.  And you go to
24   the leg section and there's hundreds, if not an infinite
25   amount, of ways to do the legs, right?

1   A.   Absolutely.

2   Q.   And the same with the shoulder pad section?

3   A.   Yes.

4   Q.   And then I walk over to the backpack section; there's

5   lots of ways to do backpacks?

6   A.   Yes.

7   Q.   And then I walk over to the torso section and there's

8   lots of ways to do a torso, right?

9   A.   Correct.

10  Q.   And Games Workshop picked something from each of those

11  sections of the buffet?

12  A.   Correct.

13  Q.   And you have not found any image anywhere where someone

14  else has picked those same selections off the buffet line?

15  A.   Not even in Chapterhouse Studios.

16  Q.   Let's focus on the legs.  Let's go to Grindley Page 14.

17        Now, I think you agree that there are a number of

18  similarities between the Chapterhouse and Games Workshop

19  legs, right?

20  A.   Yes.

21  Q.   They have low toe caps?

22  A.   Yes.

23  Q.   You see a sole on the bottom of the foot?

24  A.   Yes.

25  Q.   And you can see the shin armor flaring out over the

1   boot?

2   A.   Yes.

3   Q.   And you can see kind of a hemispherical circle on top of

4   the boot of the shin armor?

5   A.   In the Games Workshop ones, yes.

6   Q.   Looking at the top for Chapterhouse, you don't see a

7   curved ridge at the bottom of the shin?

8   A.   Yes, but it's a different profile.

9   Q.   And then you see a curve going the other way at the top

10  of the shin?

11  A.   Yes, I do.  But again, it's a slightly different

12  profile.

13  Q.   And you see both have kind of separate, articulating

14  knee pads?

15  A.   Yes.

16  Q.   Now --

17  A.   Well, except for the lower ones, because in the Games

18  Workshop ones the lower kneeling figure does not have

19  separate knee pads, whereas on the Chapterhouse Studios one,

20  the character does have knee pads.

21  Q.   Now, Games Workshop's combination of those elements, of

22  the toe cap and the shoe and the sole and the flaring leg,

23  you didn't make any attempt to identify how common this

24  expression was anywhere in the thousands of images you looked

25  at, right?

1   A.   No.  I just mentioned a couple, like Buzz.

2   Q.   Let's look at the chest pieces, Grindley 16.

3        Now, you agree they -- let's focus on the two

4   bottom ones.  They both have this big, rounded, curved

5   stomach section, right?

6   A.   Correct.

7   Q.   And they both have this belt?

8   A.   Correct.

9   Q.   And the belt has almost an oval shaped buckle with a

10  circle in the middle?

11  A.   Yes.

12  Q.   And they both have kind of a high neck collar in the

13  back of the neck?

14  A.   Yes.

15  Q.   Now, looking through all of the hundreds of thousands of

16  images you looked at, you didn't make any attempt to identify

17  how common that representation of torso was in any of those

18  images?

19  A.   No.

20  Q.   Let's turn to the backpack, Grindley 12.

21        Now, you agree that both of the backpacks have kind

22  of a large vent or exhaust on the top sides, right?

23  A.   Yes.

24  Q.   And you agree that they both have kind of three

25  protrusions on each side of the backpack going down the

1   backpack?

2   A.   Yes.

3   Q.   And you agree they both have some sort of circular vent

4   kind of in the middle of the back of the backpack?

5   A.   I thought you just said that.  But, yes.

6   Q.   No.  I think we talked about the ones on the side, the

7   three going down each side, now there's one big central one

8   in the back, right?

9   A.   Okay.  I'm sorry.  I misunderstood the first time -- I

10  thought you were talking about the middle one the first time.

11  Q.   Okay.  But you agree with all those similarities, right?

12  A.   Oh, yeah, absolutely.

13  Q.   And other the one Heinlein book you showed where you

14  can't even see the backpack except for one little vent on the

15  side, you haven't shown the jury anything from science

16  fiction with that same combination of elements?

17  A.   Yeah, not even the Chapterhouse Studios one.

18  Q.   Okay.  We just agree that the backpack has two vents on

19  the top, both of them, a single backpack in the middle, both

20  of them, and then six vents around the sides, both of them,

21  right?

22  A.   Right.

23  Q.   And you haven't shown or found a single backpack

24  anywhere in science fiction with that same combination of

25  three features?

Grindley - cross 1464

1 A. No.
2 Q. And you're not making any opinion on how common any of
3 those features are in science fiction either, right?
4 A. No.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

1465

Grindley - cross

1 Q. Now, let's turn back to the shoulder pad. Let's look at
2 Grindley 18. Now, we have a Games Workshop shoulder pad on the
3 top left, right?
4 A. Yes.
5 Q. Now, you would agree that in designing a shoulder pad, again
6 you have an almost limitless number of possibilities on how to
7 design it?
8 A. Well, not limitless because you're bounded by the realities
9 of human anatomy.
10 Q. You could have different shapes?
11 A. Yes, you could.
12 Q. Different sizes?
13 A. Absolutely.
14 Q. Different banding?
15 A. Yes.
16 Q. Different decorations?
17 A. Yes.
18 Q. You could have straight lines or curvy lines?
19 A. Yes.
20 Q. It could be articulated or kind of like the alien one on the
21 top right where it kind of folds and bends as you move, or it
22 could be fixed?
23 A. Yes, that's correct.
24 Q. It could extend into the chest area like you see in that
25 Michael Devlin one?

---

1466

Grindley - cross

1 A. Yes.
2 Q. Or it could just be on the shoulder pads?
3 A. Yes.
4 Q. It could have additional neck protection like you see in
5 that medieval armor one on the bottom left, right?
6 A. Yes. It's awesome, isn't it?
7 Q. It could be integrated with the rest of your armor where
8 it's not a separate piece?
9 A. Yes.
10 Q. It could have separate pieces, like the Michael Devlin one,
11 that kind of have cutouts and separate plates that are part of
12 the shoulder pad?
13 A. Yes.
14 Q. These are all different types of shoulder pads, right?
15 A. Absolutely.
16 Q. And in your research in shoulder pads, you found thousands
17 of other types of shoulder pads with all different designs,
18 right?
19 A. Yes.
20 Q. Let's take a look at a few. Can we go to Defendant's
21 Exhibit 301? Start with Page 1.
22     These are some of your pictures from the museum, right?
23 A. Yes.
24 Q. And this one is a shoulder pad, right?
25 A. Yes, it is.

---

1467

Grindley - cross

1 Q. It's got neck protection?
2 A. Yes, it does.
3 Q. Kind of curvy chest area?
4 A. Yes.
5 Q. And some sort of articulating sleeve?
6 A. Yes.
7 Q. That doesn't look anything like Chapterhouse's or Games
8 Workshop's shoulder pad, right?
9 A. Correct.
10 Q. Let's turn to Page 2. Here's another design. This is one
11 where it's completely integrated with the armor, not a separate
12 piece at all, right?
13 A. No. It is actually a separate piece. It's a piece of armor
14 that you'd wear over the top of your normal armor to sort of
15 stiffen up the entire thing for jousting. So, you can see on
16 the right-hand arm where the lance thing is, you can see it's
17 just a flat plate. So, it just goes over top of everything that
18 you're already wearing.
19 Q. Okay. So, it's a grand guard for jousting?
20 A. Yes, it's a grand guard.
21 Q. So, there's actually no back to it?
22 A. There is no back to it.
23 Q. So, again, very different than from the Space Marine and
24 Chapterhouse shoulder pads. It's only half a shoulder pad?
25 A. Yes.

1468

Grindley - cross

1  Q.  Let's turn to Page 4.  Another design, right?
2  A.  Yes.
3  Q.  Kind of a curvy indent into the chest area and goes back
4  out?
5  A.  Yes.
6  Q.  Again, completely dissimilar to Chapterhouse and Games
7  Workshop?
8  A.  Yes.
9  Q.  Page 9.  This is the one you used in your presentation
10  today, right?
11  A.  Yes.
12  Q.  Again, with separate neck protection?
13  A.  Yes.
14  Q.  Page 14.  Yet another style of shoulder pad with kind of
15  sleeves on it?
16  A.  Yes.
17  Q.  That kind of articulate as you move?
18  A.  Yes.
19  Q.  Page 16.  Another shoulder pad?
20  A.  Yes.
21  Q.  And this has extra neck protection flaring up?
22  A.  Yes, and nice decoration.
23  Q.  And some sort of arching and ribbing along the sides, a
24  curvy kind of motif?
25  A.  Yes.

1469

Grindley - cross

1  Q.  Now, Chapterhouse could have used any of these designs with
2  the hundreds of thousands of other designs for shoulder pads you
3  saw in your research, right?
4  A.  Well, I don't think so because they also were -- they were
5  trying to make a piece that would fit onto a little plastic
6  dude's shoulder, right?  So, I think they were kind of limited
7  in some ways.
8  Q.  Yes.  So, it wouldn't be the same size of this.  This is an
9  actual shoulder pad.  But they could have made that smaller and
10  out of plastic and just made sure it fit on top, right?
11  A.  Yeah, they could have built it out or put some special
12  mechanism in there for the thing to stick on.  Yeah, they could
13  have done that.
14  Q.  But they didn't do that, did they?
15  A.  No.
16  Q.  They copied the exact same style as Games Workshop?
17  A.  Oh, I don't think they -- I couldn't say they copied it or
18  not.
19  Q.  You were in here when Mr. Nagy was testifying this morning,
20  right?  You were actually in the courtroom?
21  A.  Yes, I was.
22  Q.  And you heard him testify how they made the exact dimensions
23  and were basically making the blank exact shoulder pad of Games
24  Workshop, the same size, that they could then use as the
25  template for all their shoulder pads?

1470

Grindley - cross

1  A.  I don't think that's what he testified.  I think what he
2  testified was that he didn't copy the actual shoulder pad.
3  Instead he measured and made sure that the blank would fit on
4  top of the shoulder, and I think that's a different thing.  As a
5  matter of fact, I'm pretty sure he specifically said that they
6  did not copy the shoulder pad.
7  Q.  In all the hundreds of thousands of images you looked at,
8  you didn't find a single shoulder pad design that made the same
9  design choices that Games Workshop did in designing its shoulder
10  pad, did you?
11  A.  No, I did not.
12  Q.  Now, if we just limit it to the design choices Games
13  Workshop made as the size of the shoulder pad, the shape of the
14  shoulder pad, and having this iconic banding around it, just
15  those three elements, you didn't find a single image anywhere of
16  a person wearing armor with a shoulder pad of that design, did
17  you?
18  A.  No.
19  Q.  And you're not making any expert opinion that this
20  combination of three elements, the size, the shape, and the
21  banding, is some sort of standard or common feature in science
22  fiction?
23  A.  No, I'm not.
24  Q.  You agree that there are no standard ways to make a shoulder
25  pad, correct?

1471

Grindley - cross

1  A.  Sort of correct, but I'll say yes, if that will help.
2  Q.  You agree with me that there's a virtually unlimited number
3  of ways you can design a shoulder pad, right?
4  A.  Well, no, not really.  You still got to pay attention to
5  human anatomy.
6  Q.  Let's go back to your transcript, your first one, Page 266.
7  A.  Okay.  Yes.
8  Q.  Starting at line 20, I ask you, "And there's no standard
9  ways that they would have to make it."  What's your answer?
10  A.  "No, there isn't."
11  Q.  And I asked you again.  "There's a virtual unlimited amount
12  of ways?"  What's your answer?
13  A.  "Yes."
14  Q.  I asked you, "And you're not identifying any characteristics
15  that you believe are indispensable?"  What's your answer?
16  A.  No.  I say no.  I think we were assuming that that was
17  anatomy.  But, I mean, even with anatomy, you could do it a
18  zillion different ways.
19  Q.  So, a virtually limited number of ways, even with anatomy?
20  A.  Yeah, but they'd be so minutely, you know.
21  Q.  And, again, you didn't do any sort of analysis to attempt to
22  identify any elements you believe were common in any of the
23  shoulder pads you found, right?
24  A.  Right.
25  Q.  Now, we went through a number of different shoulder pads

1480

Grindley - cross

1 jury. Can we go to Plaintiff's Exhibit 1011 at Page 23? So,
2 now on the right, you see that to be the Razorback, right?
3 A. On the right, yes.
4 Q. Can we blow up the top right pictures there and compare that
5 to the Chapterhouse ones?
6       Okay. So, now instead of comparing the Storm Raven man
7 turret with the guns on the side, we see that Games Workshop
8 actually sells this turret for the Razorback that looks
9 strikingly similar to the one Chapterhouse is selling, right?
10 A. I disagree.
11 Q. Okay. Now, let's take a look at the Games Workshop one
12 compared to the Chapterhouse one. You would agree that they
13 both have two-barreled weapons that are just right next to each
14 other, right?
15 A. Actually, I would not.
16 Q. Okay.
17 A. Can I explain why?
18 Q. That's all right.
19       You would agree they both have armored cowling that
20 covers portions of the side and the top of the turret, right?
21 A. If I were to be going through this slide myself, I would
22 point out the differences in the cowling depth.
23 Q. And, again, I haven't asked that question.
24 A. I know you haven't.
25       THE COURT: Then don't answer it.

PDF created with pdfFactory trial version www.pdffactory.com

1481

Grindley - cross

1       THE WITNESS: Okay. I won't answer it. Sorry.
2 BY MR. KEENER:
3 Q. You would agree that they both have armored shielding or
4 cowling that covers portions of the side and the top the turret,
5 right?
6 A. Correct.
7 Q. And they both have some sort of electronic equipment or
8 sensor array on the top of the turret?
9 A. Correct.
10 Q. And even the design of the cowling on the side, they both
11 have a kind of cutout in the side where the side doesn't extend
12 as far as the armor plating on the top?
13 A. Correct.
14 Q. Now, you see the various combinations that Chapterhouse
15 sells? The top left are two assault cannons. Do you understand
16 that?
17 A. Yes.
18 Q. The top right are two Lascannons?
19 A. Are you sure it's two? It looks like one.
20 Q. You think there's only one there?
21 A. It's hard to tell from the image. It's a little grainy.
22 Q. Now, you didn't offer any opinion anywhere in your testimony
23 about the Lascannon, did you?
24 A. No.
25 Q. And that Lascannon on the top right is a big giant laser

PDF created with pdfFactory trial version www.pdffactory.com

1482

Grindley - cross

1 cannon, right?
2 A. Yes.
3 Q. And you haven't shown the jury any prior examples of giant
4 laser cannons?
5 A. No. Right.
6 Q. And, again, we've got this angled tip to the laser cannon,
7 right?
8 A. Yes.
9 Q. And so that at least shape design of the tip is the same
10 laser cannon we see in the bottom picture for Games Workshop,
11 right?
12 A. Yes.
13 Q. Now, you haven't testified that any of the features of the
14 turret itself are common or standard in the field of science
15 fiction, have you?
16 A. No.
17 Q. Now, you did make comments about the assault cannon, right?
18 The shape of the assault cannon?
19 A. Yes.
20 Q. Let's take a look at that picture. That was Grindley 23.
21       Okay. So, your opinion was Chapterhouse sells a
22 multi-barreled weapon, Games Workshop sells a multi-barreled
23 weapon, and look. I found in the military in the movie Predator
24 the use of multi-barreled weapons, right?
25 A. Yes.

PDF created with pdfFactory trial version www.pdffactory.com

1483

Grindley - cross

1 Q. Now, even the concept of a multi-barreled weapon can be
2 expressed in different ways, right?
3 A. Yes.
4 Q. Now, looking at the prior images you have, do you see the
5 front of the barrel? It's flat, right, on both images?
6 A. Yes.
7 Q. Now, you see the Games Workshop one? There's this strange
8 protrusion of the bottom barrel, kind of like that's where the
9 bullet will exit on the bottom of the gun?
10 A. Yes.
11 Q. And that's not really anything like the prior images you
12 have, right? You have flat fronts.
13 A. No.
14 Q. And lo and behold, the design Chapterhouse chooses, even for
15 its simple multi-barreled gun, is exactly the same shape and
16 design as Games Workshop's, right? It's got that same little
17 protrusion on the bottom to make sure everyone knows it's an
18 assault cannon?
19 A. No.
20 Q. Let's go to talk about the power claws, and that was
21 Grindley 27.
22       Now, the only prior image you have for the entire
23 opinion on the power claws is the picture of Wolverine?
24 A. Yes.
25 Q. And Wolverine is not even wearing any armor, right? His

PDF created with pdfFactory trial version www.pdffactory.com

1484

Grindley - cross

```
1   armor's inside his bones or something?
2   A.  No.  His armor is affixed to his bones.  He's a mutant with
3   the power to regenerate damage very quickly.  So, what
4   scientists were able to do were they were able to cut him open
5   and actually affix this strange interior adamantine structure to
6   his actual skeleton.
7   Q.  Okay.  More than I wanted to know.
8        He's not wearing an armored glove, right?  His armor is
9   his bones.  He's not wearing anything over his skin.
10  A.  Right.  It's more like the armored glove is wearing him.
11  Q.  Okay.  And then these claws coming out, those aren't things
12  attached to a glove he's wearing.  They're actually his bones
13  coming out of his skin, right?
14  A.  No.  It's like I said.  It's like the armor is on the
15  inside, and then his flesh is over top of it.  So, they are kind
16  of like armored gloves.  They're just on the inside of his
17  hands.
18  Q.  So, other than finding a picture of Wolverine, you're not
19  making any opinion that any of the other design features in here
20  are similar to or common to anything else you were able to find
21  in the images, in all the thousands of images you looked at.
22  A.  No.  I think I mentioned in my report Predator.
23  Q.  I'm trying to figure out what you talked about in your
24  testimony today.
25  A.  In the testimony.  In the testimony I don't think I
```

1485

Grindley - cross

```
1   mentioned, you know.
2   Q.  So, the only thing possibly the jury could exclude, if they
3   think it's standard in science fiction, is the concept of claws
4   on a hand.  That's the only testimony you gave them, right?
5   A.  That's the only testimony I gave them.
6   Q.  Okay.  So, all the other similarities are not something you
7   testified are standard or common in science fiction?
8   A.  No.
9   Q.  Okay.  So, let's look at those similarities, since we can't
10  exclude them out.  Now, looking at the front here, you'd agree
11  they both have a dome-shaped shoulder?
12  A.  Yes.
13  Q.  With a little cutout, kind of rectangular cutout in the
14  bottom of the shoulder?
15  A.  Yes.
16  Q.  Where there's then a hydraulic piston?
17  A.  Yes.
18  Q.  Which then attaches to a little circular round elbow joint?
19  A.  Yes.
20  Q.  And that elbow joint has kind of a reinforced armor piece on
21  it?
22  A.  Yes.
23  Q.  And then there's some sort of cabling hanging down under the
24  arm?
25  A.  No.
```

1486

Grindley - cross

```
1   Q.  Okay.  Underneath the arm, there's a cabling on the Games
2   Workshop one, right?
3   A.  Connected to the shoulder in the Games Workshop.
4   Q.  Again, that wasn't my question.
5        Underneath the arm, there's a cable on the Games
6   Workshop product, right?
7   A.  I'm going to have to say no.
8   Q.  Okay.  Now, let's look -- you didn't talk about the other
9   side of these.  Were you able to flip them over?
10  A.  No, I did not have these pieces in front of me.
11  Q.  But we actually did in the claim chart you looked at showed
12  you the other side of the image, as well, right?
13  A.  That's right.
14  Q.  So, let's take a look at that.  Can we go to Plaintiff's
15  Exhibit 1021 at 14?  And let's blow up the back of this hand and
16  the back of this hand.
17        All right.  So, let's take a look at the back of these
18  products.  Now, again, this is kind of an armor placed over the
19  palm, right, in both products?
20  A.  Yes.
21  Q.  On the bottom of the palm, you've got this circular
22  hemispherical cutout on Chapterhouse?
23  A.  Yes.
24  Q.  And Games Workshop has that same similar hemispherical
25  cutout?
```

1487

Grindley - cross

```
1   A.  No.
2   Q.  Okay.  And you've got this kind of arched cutout on the top
3   of the palm on Chapterhouse's products?
4   A.  Where are we looking?
5   Q.  Up here.  I've got a pointer.
6   A.  Oh, I see.  Oh, thank you.
7   Q.  See the little arched cutout on the palm?
8   A.  Yes.
9   Q.  And you see that same arched cutout on the palm on Games
10  Workshop's product?
11  A.  I see a similar one, yes.
12  Q.  And then you kind of see the part of the palm that extends
13  out of the armor, there's a little line in between the two, I
14  guess, meaty portions of the palm?
15  A.  Yes.
16  Q.  And you see that same line here in the Games Workshop
17  product?
18  A.  Yes.
19  Q.  And even the fingers.  You see how it's articulated fingers
20  in the Chapterhouse product?
21  A.  Yes.
22  Q.  And articulated fingers in the Games Workshop product?
23  A.  Yes.
24  Q.  And if we count the articulations, there's three
25  articulations on each?
```

PDF created with pdfFactory trial version www.pdffactory.com

1488

Grindley - cross

1   A.  Yes.
2   Q.  And, again, you haven't commented on any of those features
3   being something indispensable or standard in making models for
4   tabletop war gaming, right?
5   A.  No.
6   Q.  Or any of those features being standard or indispensable in
7   science fiction in general?
8   A.  Anatomy.
9   Q.  Let's go to Grindley 35.  This is the jetbike, right?
10  A.  Yes.
11  Q.  And, again, this is not a product that you identified any
12  prior image in your testimony to support any opinion that
13  something is standard or indispensable in the field of science
14  fiction, right?
15  A.  Correct.
16  Q.  So, then any substantial similarities we see between the
17  products can't be ruled out because it's a standard feature in
18  science fiction, right?
19  A.  It can't be ruled out through my testimony, no.
20  Q.  Okay.  Now, one of the differences you noted you said was,
21  well, on the Chapterhouse product it's got guns on the side,
22  while the Games Workshop product it's got guns on the front.  Do
23  you remember that?
24  A.  Yes, I do.
25  Q.  Now, you would agree that the Chapterhouse product has two

1489

Grindley - cross

1   guns on the front, as well, right?
2   A.  No.  And we argued about this in the deposition.  I'm still
3   not entirely sure what that thing is, but I don't think it's a
4   gun.
5   Q.  And you didn't go to the website to find out?
6   A.  No.
7   Q.  You didn't ask Chapterhouse?
8   A.  No.
9   Q.  Or look at the product?
10  A.  No.  I relied on the documentation given by Games Workshop.
11  Q.  Now, did you read the testimony from Mr. Villacci about this
12  product, discussing its design?
13  A.  No.
14  Q.  How he made a light version of this with just the weapons on
15  the front and a heavy version that has those weapons, as well as
16  the side weapons?
17  A.  No, I did not.
18  Q.  Let's see if we can find a better picture.  Let's turn to
19  Plaintiff's Exhibit 1020 at Page 113.  Now, let's zoom in on
20  this picture down here.
21      Now, this is the light version, the same thing without
22  the extra heavy weapons on the side.  Now, looking at the better
23  picture, don't you agree that this has two bolt guns on the
24  front of the jetbike, just like Games Workshop's?
25  A.  I wouldn't say just like Games Workshop's, but I would say

1490

Grindley - cross

1   there are two weapons on the front.
2   Q.  So, you now agree that they are both having bikes with two
3   weapons on the top front mounted of the bike?
4   A.  But that wasn't the one I was comparing.  This is a
5   different product.
6   Q.  You understand this is the same product without the
7   extension of the wing and the heavy weapons, which is their
8   heavier jetbike?
9   A.  Right.  But wouldn't that be a different product?
10  Q.  Let's go to Grindley 36.  Kroxigor.
11      All right.  So, first you found these two prior images,
12  right?
13  A.  Yes.
14  Q.  Now, the only thing you're suggesting from these prior
15  images is that the concept of a lizard warrior has been out
16  there, right?
17  A.  Yes.
18  Q.  And you haven't done any sort of analysis to say whether or
19  not even that concept is some standard or indispensable thing in
20  science fiction, right?
21  A.  Yes.
22  Q.  You have done some sort of study or analysis to say how
23  common lizard warriors are?
24  A.  Oh, sorry.  No.  Sorry.  I didn't get your wording.  No.
25  Q.  You've done nothing to determine how common even the concept

1491

Grindley - cross

1   of a lizard warrior is in science fiction?
2   A.  Well, that I encountered it in Star Trek and in my childhood
3   kind of indicated to me that it was.
4   Q.  Okay.  So, you found it in Star Trek, which we don't have a
5   picture of, and you found these two images.  But have you done
6   anything to say how common it is in science fiction?
7   A.  No.
8   Q.  Anything to support that it's indispensable in the field of
9   science fiction?
10  A.  No.
11  Q.  Now, other than the fact that these are potentially lizards,
12  you're not suggesting that there's anything else about these
13  that shows some sort of element of the lizardman that's
14  essential or standard in science fiction, are you?
15  A.  No.
16  Q.  Because these images are quite different than both the
17  Chapterhouse and Games Workshop products, right?
18  A.  Yes.
19  Q.  Just looking at them, it appears they have beaks almost,
20  wouldn't you agree?
21  A.  Yes.
22  Q.  And this one at the top has birdlike feet?
23  A.  Yes.
24  Q.  And they're both wearing clothes and armor?
25  A.  Yes.

1492

Grindley - cross

1 Q. And their weapons are very different styles than the weapons
2 in the Games Workshop and Chapterhouse products?
3 A. Yes.
4 Q. So, even if the jury were to believe you that the concept of
5 a lizardman is somehow common or indispensable or standard in
6 science fiction, all that means is Chapterhouse can create some
7 sort of lizardman, as long as it's not substantially similar to
8 Games Workshop, right?
9 A. Yes.
10 Q. And it's your opinion that these two Kroxigors are not
11 substantially similar in any way?
12 A. Yes.
13 Q. Did you read the testimony of Mr. Lippman, who testified
14 last week, the person who designed Chapterhouse's Kroxigor?
15 A. No.
16 Q. Would it help you inform your opinion on whether these two
17 are substantially similar in any way if he were to tell you his
18 whole purpose was to design something to stand in and be a proxy
19 for Games Workshop's Kroxigor?
20 A. No.
21 Q. Or the whole concept started out when he only had four
22 Kroxigor miniatures. He wanted six. So, instead of buying two
23 more, he decided just to build his own, but to make sure that
24 they fit in and looked similar?
25 A. I don't think that would help, no.

1493

Grindley - cross

1 Q. Now let's take a look at the Kroxigor a little more. Can we
2 go to Plaintiff's Exhibit 1017 at Page 2? Because Chapterhouse
3 sells two different Kroxigor models that they call the
4 Lizard-Ogre or Werecroc, right?
5 A. Yes.
6 Q. One with an axe and one with a club?
7 A. Yes.
8 Q. And I think we disagree whether those are Polynesian weapons
9 or Meso-American weapons, but you understand there's some sort
10 of style there. What would you call it?
11 A. I would say that those would be -- I guess the best way to
12 say would be neolithic weapons.
13 Q. Neolithic weapons. And you would agree that Games
14 Workshop's Kroxigors likewise have neolithic weapons?
15 A. Yes.
16 Q. And an axe in a neolithic style similar to Chapterhouse's
17 axe in a neolithic style?
18 A. I wouldn't entirely say -- well, yeah, similar.
19 Q. And a spiked club in a neolithic style similar to the spiked
20 club that Games Workshop depicts in a neolithic style?
21 A. Which one on the right are you talking about?
22 Q. On this drawing. Let's look at the one second from the
23 left. That's similar to the spiked club, same neolithic style,
24 as the one in Chapterhouse's product, right?
25 A. No.

1494

Grindley - cross

1 Q. Let's limit the concept to just Games Workshop's concept of
2 a lizardman warrior carrying neolithic weaponry, okay?
3 A. Okay.
4 Q. And say that's the only similarity we see between these two.
5 I think there's a lot more, but let's say that's the only
6 similarity.
7 A. Okay.
8 Q. Are you offering -- have you ever offered any opinion in
9 your direct testimony whether the combination of lizard warriors
10 and neolithic weaponry has ever been found in anything you found
11 in science fiction?
12 A. No, I'm not.
13 Q. So, you're not suggesting in any way that that combination
14 that Games Workshop came up with of giant lizardmen warriors
15 holding neolithic weapons is somehow standard or essential in
16 science fiction, right?
17 A. I have not testified to that, no.
18 Q. Let's turn to the Shrike, Grindley 29.
19        Now, I think I heard your testimony that this is a
20 product you buy complete assembled from Games Workshop, right?
21 A. Yes.
22 Q. How do you know that?
23 A. Because it's a conversion kit, and that's what conversion
24 kit means.
25 Q. Now, I understand you didn't listen to Mr. Villacci's

1495

Grindley - cross

1 testimony or read it, but I think you testified that Games
2 Workshop sells a Tyranid warrior that's actually kind of a
3 walking creature, and that's where this body comes from, and
4 Games Workshop separately sells a conversion kit of wings to
5 convert that into the Shrike?
6 A. I was not aware of that.
7 Q. Okay. You have no idea.
8 A. No.
9 Q. And that Chapterhouse likewise sells a similar set of wings
10 to again convert the same Tyranid warrior body into another
11 Shrike?
12 A. Yes. Wait. Yes?
13 Q. You understand that to be what Chapterhouse is doing, right?
14 A. Yes.
15 Q. And, again, you don't see any substantial similarities
16 between these two products?
17 A. No, I don't.
18 Q. Now, you made a big point about the bottom legs on the Games
19 Workshop product ending in a giant talon weapon, right?
20 A. Yes.
21 Q. Now, on the Chapterhouse product, all they've done is move
22 that to the upper arm instead of the lower arms, right? It's
23 not missing.
24 A. But that makes it not the same.
25 Q. You don't see that's similar in any way?

1496

Grindley - cross

1   A.  No, not as far as legs go or arms.
2   Q.  Let's turn to the Haemonculus, Plaintiff's Exhibit 1013 at
3   Page 2.  You recall this product, right?
4   A.  Yes.
5   Q.  And Games Workshop has depicted the Haemonculus in a couple
6   different ways, right?
7   A.  Yes.
8   Q.  And these are some of the ways that you didn't show the jury
9   at all in your testimony, right?
10  A.  Correct.
11  Q.  When you were pointing out the differences and similarities?
12  A.  Correct.
13  Q.  Now, you would agree that a sculptor making even an evil
14  torturing model would have a number of design choices to make,
15  right?
16  A.  Yes.
17  Q.  They could pick what pose to make, right?
18  A.  Yes.
19  Q.  And you could have the legs together, right?
20  A.  Yes.
21  Q.  Or legs apart?
22  A.  Yes.
23  Q.  Or kneeling or standing or almost virtually unlimited number
24  of poses, right?
25  A.  Yes.

1497

Grindley - cross

1   Q.  Now, are you trying to suggest the fact that you found a
2   couple images of people standing with a pose of their legs
3   together means that's a common, standard, indispensable feature
4   in science fiction?
5   A.  Not an indispensable one, no.
6   Q.  And both the Chapterhouse product and the various Games
7   Workshop products show a syringe, right?
8   A.  Correct.
9   Q.  And, again, a design choice for the sculptor to make this
10  model holding a syringe?
11  A.  Yes.
12  Q.  And the Chapterhouse product has two kind of nonhuman, weird
13  jointed arms coming up off the back of the shoulder, right?
14  A.  Correct.
15  Q.  And that's similar to Games Workshop's designs, right?
16  A.  It's similar to some of their designs.
17  Q.  And let's go back to the page you used for this comparison,
18  which is Grindley 42.  And this is one you chose to compare it
19  to, right?
20  A.  Correct.
21  Q.  And comparing these two, they both have those two weird,
22  deformed arms coming off the back of their shoulders?
23  A.  Correct.
24  Q.  And Chapterhouse's is wearing this long cloak or open robe
25  that's splayed open?

1498

Grindley - cross

1   A.  Yes.
2   Q.  And Games Workshop's again is wearing this big similar cloak
3   that's splayed open?
4   A.  I think I described it as a coat rather than a cloak because
5   it seems to have arms whereas the Chapterhouse Studios one has
6   bare arms.
7   Q.  Besides it not having arms, the pose of the cloak and being
8   splayed open is still the same?
9   A.  Yes.
10  Q.  And they both have this almost butcher like type apron
11  covering the front of them?
12  A.  Yes.
13  Q.  And they both have sort of a dark elf look to them in their
14  face instead of some other humanoid or other creature?
15  A.  I think I disagree with that.
16  Q.  They both have bare feet?
17  A.  Yes.
18  Q.  Again, another design choice?
19  A.  Yes, a design choice.
20  Q.  Now, none of those design choices are the types that you
21  would characterize as common features that would have to be used
22  in creating a creature of this type, right?
23  A.  Correct.  Well, sorry.  I'll take that back.  The cloak
24  thing, you do see that a lot.
25  Q.  It's a common feature you need to have in these creatures?

1499

Grindley - cross

1   A.  You don't need to have it.  You just see it an awful lot.
2   Q.  And what about the design of the cloak, of it being splayed
3   open like that?  Is that an essential feature in making this
4   model?
5   A.  It's not essential.  It's just a common one.
6   Q.  Let's take a very simple combination here.  A floating
7   person with their feet together, a flowing cloak, and a syringe.
8   Ignore even the multiple arms.  Were you able to find a single
9   picture anywhere in science fiction with that combination of
10  features?
11  A.  Okay.  What did -- you said flowing --
12  Q.  You're floating with your feet together.
13  A.  Yeah.  And you've got a syringe?
14  Q.  Yes, a syringe.
15  A.  Then that would be that Brom illustration that I found.
16  Q.  And you had this flowing cloak?
17  A.  Oh, not with a flowing cloak, no.
18  Q.  With those four features, you didn't find anything similar?
19  A.  No.
20  Q.  How about just someone with regular hands and then two
21  anatomically incorrect arms on them?  Did you show any image
22  like that?
23  A.  No.
24  Q.  All your images had human type arms on them, regular arms?
25  A.  Yes.

1500

Grindley - cross

1   Q.  So, you're not suggesting at all that the presence of those
2   extra set of arms is in any way common or standard in science
3   fiction.  You haven't made that testimony, have you?
4   A.  I think I mentioned The Thing, in which case there are the
5   weird arms in that particular film.
6   Q.  You haven't shown the jury any pictures from The Thing, have
7   you?
8   A.  No, but I think I testified to that.
9   Q.  And you didn't include a picture of The Thing in any of the
10  materials and reports and charts you gave us in this case, have
11  you?
12  A.  No.
13  Q.  So, there's nothing for the jury to go back looking at to
14  see whether or not you're right that The Thing has such arms?
15  A.  No.
16  Q.  Or even if The Thing did have some weird arms on it, the
17  presence of one picture out there with weird arms on it wouldn't
18  make that feature some sort of common or standard feature in
19  science fiction, would it?
20  A.  Well, the film itself has risen to the level of archetype
21  and cult classic since it was created in 1980.
22  Q.  So, you would say the fact that you found one example in The
23  Thing by definition would make that a common or standard feature
24  in science fiction?
25  A.  No.  I said that it's become an archetype and a cult film.

1502

Grindley - cross

1   A.  Yes.
2   Q.  "And I've seen a shoulder pad, an oversized shoulder pad,
3   somewhere else," and you exclude that, right?
4   A.  Yes.
5   Q.  And by this process of elimination, you're saying once we
6   take all that away, there's nothing left to the model that's
7   similar between Chapterhouse and Games Workshop, right?
8   A.  Yes.
9   Q.  Now, you didn't testify in your direct about any combination
10  of features, of those types of features that you found anywhere
11  in the thousands of images you looked at, right?
12  A.  Correct.
13  Q.  So, you're not making any testimony that any combination of
14  features is standard in science fiction?
15  A.  No, I'm not.
16  Q.  So, if the jury somehow finds that Games Workshop's creative
17  genius came up with a combination of features, even if they're
18  common features, but a unique combination of features, they get
19  to protect that, don't they?
20  A.  Yes.  This is the jury's sacred right under American law.
21  Q.  And even if they wanted to pick apart each model on one
22  feature here and one feature there, if they disagree with you
23  and they feel that you haven't sufficiently shown that that
24  feature is indispensable or standard in science fiction, then
25  the image you show about it is irrelevant, right?

1501

Grindley - cross

1   Q.  Well, what if you just make it the simple combination Games
2   Workshop made of the concept of a Gothic multi-limbed floating
3   figure?  Do you think you identified any of those?
4   A.  Yes.  Gothic multi-limbed floating figure, definitely that
5   first Brom illustration.
6   Q.  So, we've got a picture of someone who's floating,
7   multi-limbed, and Gothic looking?
8   A.  Yes.
9   Q.  Did you make any attempt to determine how common or standard
10  that feature was in the field of science fiction?
11  A.  No.
12  Q.  Did you make any attempt to see how common or standard those
13  combinations of features were in model war gaming, tabletop war
14  gaming?
15  A.  No.
16  Q.  Now, the entire premise of your testimony on whether
17  features are standard or common is that if they're standard or
18  common features, then that similarity can be excluded when
19  looking at the Games Workshop and Chapterhouse products, right?
20  A.  Yes.
21  Q.  And so, you take the Games Workshop product and you look at
22  various features of it and say, "I've seen legs like that on
23  Iron Monger," right?
24  A.  Yes.
25  Q.  "And I've seen a chest like that on some miniature," right?

1503

Grindley - cross

1   A.  I think that the -- at the end of the day, what is relevant
2   that happens in this room is what the members of the jury decide
3   is their verdict and how they reach it.  I'm just here to be
4   helpful to both sides, just to let you know what my experience
5   and expertise is, and if I can assist the jury, no matter how
6   they make up their minds --
7          THE COURT:  I'll tell you what.  You know what?  It's
8   4:45 in the afternoon.  We can do without the speech.
9          MR. KEENER:  Thank you.  No more questions.
10         THE COURT:  Redirect.
11         MR. COOPER:  I have no questions, your Honor.
12         THE COURT:  Questions by the jurors.  I don't see
13  anybody looking down and writing.  So, you're excused.
14       (Witness excused.)
15         THE COURT:  The next thing is a deposition.  We're
16  going to start with it.  We've got about 15 minutes.  Is this is
17  a video or a reading of a deposition?
18         MS. HARTZELL:  Video.
19         THE COURT:  It's a video.
20         MS. HARTZELL:  We call Mr. John Blanche.
21         THE COURT:  Okay.  Do we know about how long the
22  recording is?
23         MS. HARTZELL:  24 minutes.
24         THE COURT:  So, we're not going to get the whole thing
25  done, but we'll get close.

1552
Brewster - cross

1 United States military for their insignias and heraldic unit
2 designators.
3         MS. GOLINVEAUX:  Thank you, sir.
4         THE COURT:  Mr. Keener.
5                 CROSS EXAMINATION
6 BY MR. KEENER:
7 Q   Good morning, Mr. Brewster.
8 A   Good morning.
9 Q   I'm going to see where we can reach agreement because I
10 think we're going to agree about a lot of what you said today.
11         Now, you're an expert in military history, correct?
12 A   Military material culture, yes.
13 Q   You're not an expert in miniature war gaming?
14 A   No.
15 Q   Or any experience in Warhammer 40K?
16 A   No.
17 Q   And you've had no experience in miniature war gaming at
18 all since a couple of years in your teen years?
19 A   Yes.  That's accurate.
20 Q   And you're not offering any opinions whether or not
21 Chapterhouse copied any Games Workshop symbols or designs,
22 right?
23 A   No.
24 Q   And you didn't attempt to identify any similarities or
25 differences between the two products?

1553
Brewster - cross

1 A   No, I did not.
2 Q   And you're not offering any opinion that Games Workshop
3 copied or even referred to any of the pictures you showed
4 during your presentation in creating and designing the icons
5 and designs they made, correct?
6 A   Correct.
7 Q   And you're not offering any opinion that Chapterhouse
8 looked at or was aware of or used any of the pictures you
9 showed in the creation of their designs, right?
10 A   Right.  Yes.
11 Q   Now, you're the expert who's been involved in this case
12 for a few years now, right?
13 A   Through last -- yeah, through last year.
14 Q   So you're the one who looked at all the products from the
15 first part of the case, though, 124 or 25 products?
16 A   Yes.  The initial group of products.
17 Q   If we can call up Plaintiff's Exhibit 1020.
18         And so on the left-hand side there's some
19 Chapterhouse products, and on the right side, hopefully, we
20 have some images that seem familiar to you from the big tabbed
21 book you looked at of various Games Workshop products; is that
22 right?
23 A   Yes.
24 Q   And there's a large number of products in this first set
25 of claim charts that you're not making any opinion on

1554
Brewster - cross

1 whatsoever, right?
2 A   That's correct.
3 Q   For example, on this first page we see war hammers or
4 Games Workshop calls it a thunder hammer.  You're not offering
5 any opinions on those products?
6 A   No.
7 Q   If you can turn to page 17.  One more, 18.
8         We see icons such as these curled snake designs on
9 shoulder pads, so various icons like that other than the ones
10 that you testified about you're not offering any opinion on,
11 right?
12 A   No.
13 Q   Let's turn to page 29.
14         And various weapons in the case like these combi
15 weapons, you're not offering any opinion today on any of the
16 weapons in the case, right?
17 A   No, I'm not.
18 Q   Let's turn to page 35.
19         And the jury has heard about these weird and strange
20 races like Tyranids or Eldar.  You're not offering any opinion
21 that any of those are in prior military history, right?
22 A   No, I'm not.
23 Q   Now, even the basic design of the shoulder pad itself, in
24 this case that the jury has heard a lot of testimony about,
25 you haven't offered any opinion about that being a common

1555
Brewster - cross

1 design in military history, right?
2 A   No.
3 Q   And the trademark issues in this case, the names Games
4 Workshop uses to identify its various insignia, you're not
5 offering any opinion on whether any of those names are common
6 or have ever been used in military history?
7 A   No.  I wouldn't be qualified to do that.
8 Q   Now, the jury has heard that they need to figure out if
9 certain images are indispensable or standard in the field of
10 science fiction or tabletop war gaming to help them determine
11 if there's copyright infringement in this case.  Now, you're
12 not expressing any opinion on any design elements that are
13 indispensable in a fantasy military world, right?
14 A   No, I'm not.
15 Q   Or even what design elements might be common in designing
16 a fantasy military world?
17 A   No.
18 Q   Now, let's talk about the insignias that you did mention.
19 In all of the shoulder pads that you looked at from prior
20 military history, you did not find a single shoulder pad with
21 any insignia or design on them, did you?
22 A   No, I didn't.
23 Q   So that combination of the unit insignias on an armored
24 shoulder pad is something you could not find anywhere in prior
25 military history?

1  A   Correct.
2  Q   In fact, you would agree with me that it would be uncommon
3  in military history to put a design or insignia on an armored
4  shoulder pad?
5  A   I didn't find any examples.
6  Q   So you would agree with me that would be an uncommon
7  combination?
8  A   On a shoulder pad, yes.
9  Q   And you talked about various elements, chevrons and arrows
10 and so forth.  You're not expressing any opinion that any
11 particular design of one of those elements is common in
12 military history, right?
13 A   Could you repeat the question?
14 Q   Yeah.
15         For example, a skull.  You testified skulls are
16 commonly used.  You're not offering any opinion that any
17 particular design of a skull is common in military history?
18 A   No.
19 Q   And you saw a lot of the Games Workshop symbols or
20 combinations of things, a blood drop with a raven?  You saw
21 that?
22 A   Yes.
23 Q   And you're not offering any opinion on what combinations
24 of design elements might be common in military history?
25 A   No.

1  Q   Now, you agree there's lots of different combinations you
2  could have in designing an insignia, lots of different
3  elements you could combine?
4  A   Certainly.
5  Q   There's almost an infinite amount of variability there?
6  A   Yes.
7  Q   And so you're not expressing out of that infinite amount
8  of designs which one of those might be common or standard in
9  military history?
10 A   No.  Only the elements.
11         MR. KEENER:  MR. KEENER:  Can we pull up Brewster 15.
12 BY MR. KEENER:
13 Q   So here's one of the insignias that you testified about a
14 few minutes ago, right?
15 A   Yes.
16 Q   I want to talk about the concept of a unit insignia.  Now,
17 the purpose of an insignia is to uniquely identify this unit
18 as opposed to other units out there, right?
19 A   It's a distinctive unit insignia.  Correct.
20 Q   So the actual idea in designing the insignia is to make
21 something unique and different and not used before?
22 A   To tell the history of a unit, yes.
23 Q   So you would agree with me that it would be
24 counterproductive and quite uncommon to find two units in
25 military history with the identical insignias?

1  A   Yes.
2  Q   Let's turn to Brewster 5.
3         So this is a picture you used for the chevron, right?
4  A   Yes.
5  Q   Now, your expert testimony is solely limited to the
6  concept of a chevron has been used in military history before,
7  right?
8  A   That the chevron has been used in military history?
9  Q   Right.  But not any particular design of a chevron is
10 common?
11 A   No.  There's many different designs of chevrons.
12 Q   And you didn't find any examples in all of the material
13 you looked at of any chevrons being used in shoulder pads as
14 it is in Games Workshop's and Chapterhouse's product?
15 A   No.
16 Q   And you're not expressing any opinion on whether in
17 designing a future military universe it would be common to use
18 chevrons as a design element?
19 A   No, I'm not.
20 Q   Let's turn to Brewster 7.
21         Now, again, this is not a shoulder pad, right?
22 A   Correct.
23 Q   And this unique insignia is a chevron with a dragon and a
24 slogan or motto underneath it?
25 A   Correct.

1  Q   And Chapterhouse did not use this insignia design on any
2  of its products that you saw, right?
3  A   Chapterhouse?
4  Q   Yeah.
5  A   Not that I'm aware of.
6  Q   And Games Workshop never used this insignia either, right?
7  A   Not that I'm aware of.
8  Q   Turn to page 8.
9         Another insignia that has a chevron in it, actually
10 two chevrons?
11 A   Yes.
12 Q   And this unique identifying design of two chevrons with a
13 torch and two fleur de lis, you didn't find that design on any
14 Games Workshop product, right?
15 A   Not that I saw.
16 Q   And Chapterhouse could have designed an insignia like
17 this, but you didn't see that in any Chapterhouse products
18 either, right?
19 A   No.
20 Q   Let's talk about arrows.  Can we go to page 13.
21         Now, you agree that you could design a unit insignia
22 with an arrow in, again, almost an infinite number of ways,
23 right?
24 A   Certainly.
25 Q   And here's an example of an arrow kind of pointing at a

**1600**

```
 1            THE COURT:  So, he's rebutting Grindley on that.
 2            MR. MOSKIN:  Right.  He also further will show -- we'll
 3    have an objection, and you'll see in the motion for directed
 4    verdict shortly, that we think that Dr. Grindley's testimony on
 5    scenes a faire is inadmissible.  But what he didn't show is how
 6    any of these figures -- he didn't ever show a picture of an
 7    entire Space Marine, how the figure would look different if they
 8    used any of these different shoulder pads.
 9            THE COURT:  So, he's going to do what on it?
10            MR. MOSKIN:  He's going to come to the whiteboard and
11    show --
12            THE COURT:  Draw what?
13            MR. MOSKIN:  Draw a Space Marine and show how one of
14    those things look on --
15            THE COURT:  Okay.
16            MR. MOSKIN:  And I think the only other thing -- oh,
17    two other things.  One, there's a --
18            MR. ALY:  Can I address that issue ---
19            THE COURT:  Not yet.
20            MR. ALY:  Not yet.
21            MR. MOSKIN:  There's a statement made that we make all
22    our products in China so we can make them more cheaply.
23    Everything is made in Nottingham.  So, he can say that.
24            And, finally, he can explain how Games Workshop had to
25    change its design of its Tervigon model which was in progress
```

**1601**

```
 1    when they found that they were selling it.  Tervigon conversion
 2    kits for Tyranids.
 3            THE COURT:  Go ahead, Mr. Aly.
 4            MR. ALY:  Your Honor, as to the first issue, that issue
 5    goes to the element of originality, what Goodwin did and
 6    contributed in this selection once it was out there.  That's a
 7    burden that they had to show in their opening case.  By choosing
 8    not to do it then, it's improper rebuttal to address it now by
 9    saying here's why we think it was original after all.  That's
10    the issue.  It's not proper rebuttal, and he's offering lay
11    opinion.  That's two objections to that point.
12            As to the second point, your Honor, on China, we can
13    stipulate to that.  There's no reason to have him testify to
14    that.  We'll just make an instruction of some kind, if that's
15    appropriate.
16            As to the third issue on the kit, again, that goes to
17    the issue of damages, another affirmative element of plaintiff's
18    case, when they're saying this is what we had to do differently
19    and wouldn't have had to do if it wasn't for Chapterhouse, which
20    is again not a proper rebuttal.  It was part of their
21    affirmative elements.  They shouldn't be allowed to patch up
22    these holes through a rebuttal witness, your Honor.
23            THE COURT:  Okay.  A, it's proper rebuttal.  It's not
24    patching up holes.  Rebuttal always relates to what the
25    plaintiff has to prove.  You can put on evidence about things
```

**1602**

```
                            Goodwin - direct
 1    you have to prove, and I think it's proper rebuttal in this
 2    case.
 3            B, the fact that somebody's going to stipulate, I'm not
 4    going to make you stipulate to it, and that's very quick,
 5    anyway.
 6            And the third thing about lay opinion, I think it's a
 7    proper lay opinion.  So, the objection's overruled.
 8        (The following proceedings were had in open court, in the
 9        presence and hearing of the jury:)
10            THE COURT:  Raise your right hand.
11        (Witness duly sworn.)
12            JEREMY GOODWIN, PLAINTIFF'S WITNESS, SWORN
13                        DIRECT EXAMINATION
14    BY MR. MOSKIN:
15    Q.  Can you please state your full name for the record for the
16    jury?
17    A.  My name is Mr. Jeremy Goodwin.
18            THE COURT:  Goodwin is G-o-o-d-w-i-n?
19            THE WITNESS:  Yeah.
20    BY MR. MOSKIN:
21    Q.  And are you employed?
22    A.  Yeah.  I'm employed by Games Workshop and have been for
23    27 years.  I'm a sculptor and a miniatures designer.
24    Q.  Did you -- just generally.  I don't won't to go into the
25    details.  Did you have any role in the original creation of
```

**1603**

```
                            Goodwin - direct
 1    Warhammer 40,000?
 2    A.  Yes.
 3    Q.  You said you're a sculptor.  Can we bring up images
 4    Plaintiff's Exhibit 777 to 780?  And I'll approach the witness.
 5    A.  That's a terrible photograph.
 6    Q.  Is this an example of something that you have sculpted?
 7    A.  Yes.
 8    Q.  And what does this involve, this sculpting process?
 9    A.  These are made by hand using dental tools and a sort of
10    plumber's putty that you put over a wire armature.  It's all
11    very old school.
12    Q.  Do you know where Games Workshop manufactures its products?
13    A.  Yes.
14    Q.  And where is that?
15    A.  In the UK.
16    Q.  Now, Chapterhouse has suggested that there's only a limited
17    number of ways to design shoulder pads.  Do you agree with that?
18    A.  No.
19    Q.  And why is that?
20    A.  Well, if you include things like size, proportion, where it
21    sat, the sort of detail that can go in it, before you get
22    towards colors and everything, there's hundreds of variations
23    that you could choose for these.  You have to make design
24    choices all the time about what you're going to do.  But there
25    are a huge amount of choices.
```

Goodwin - direct

1   Q.   Have you had an opportunity to look at Plaintiff's
2   Exhibit 969, which is the Horus Heresy Collected Visions, to see
3   if there are any examples of other design choices for shoulder
4   pads?
5   A.   I have.
6   Q.   Can you call up Plaintiff's Exhibit 969?  And let's go to
7   page Bates Number 18393.  And how would you describe this?
8   A.   Well, it's a shoulder pad.
9   Q.   Is that anything like the Space Marine shoulder pad?
10  A.   No, it's not like a standard marine shoulder pad.  It's only
11  got about two or three sections there.  It's much squarer as it
12  goes across the shoulder, and it doesn't extend as far down the
13  arm.
14  Q.   And can we look at Page 18410?  And is this another example
15  of a type of shoulder pad?
16  A.   It is.  You can see it's a large size there, but the shape
17  itself is very different.  You have a sort of scallop in the
18  side of it.  It comes about halfway down the arm.  But you have
19  it tilted up faced towards the head.  But the main thing is it's
20  really rounded, and it's got a sort of Gothic edge to it.
21  Q.   And I think this was implicit in your answer, but do you
22  think this looks anything like the iconic Space Marine shoulder
23  pad?
24  A.   No.
25  Q.   Let's go to Page 18439.  And what do we see here?

Goodwin - direct

1   left-hand side and the right-hand side, and you've got --
2   they're actually fully sculpted pieces with the eagles on the
3   inside of them.
4   Q.   Let's go to Page 18515.  If you can focus in on the shoulder
5   pads.  Would this be another example of a different style?
6   A.   Yes, we've got another style here again.  Three different
7   segments, doesn't cover as much of the arm, not the same size,
8   no rim.
9   Q.   And let's look at Page 18531 on the bottom.
10  A.   Okay.  It's not the same size, it doesn't come down as far,
11  it's a different shape, and you've got a way tilted out bottom
12  edge and the top at the same time.
13  Q.   And Page 18532.  Look at any of these pictures, really.
14  Would those be a further example of different styles of shoulder
15  pad designs?
16  A.   Yeah.  You've got a completely different shape, a completely
17  different positioning, and the size is just different, as well.
18  Q.   Now let's look at Page 18535.
19  A.   Again, you've got two or three segments, including a piece
20  of leather there.  Much smaller, doesn't cover half as much of
21  the arm, doesn't come over onto the body, doesn't go up to the
22  ear.
23  Q.   Let's look at Page 18568.  And, again, you can probably look
24  at any one of these, but how about the one on the bottom right
25  there?

Goodwin - direct

1   A.   Okay.  Another shoulder pad there.
2   Q.   And do you think this looks anything like the iconic Space
3   Marine shoulder pad?
4   A.   Not really.  The general shape is very different.  The
5   proportions are not far off, but you've got those huge spikes
6   and the face on the side of it.
7   Q.   And let's go to Page 18442.
8   A.   I don't think there's much I need to say about that one, is
9   there?
10  Q.   Well, let's just confirm.  You don't think this looks
11  anything like the Games Workshop?
12  A.   No.  That's about the farthest away that we've had so far.
13  Q.   On the Space Marine shoulder pad.
14  A.   Yes.  Yes, it's the furthest away from the Space Marine
15  we've had.
16  Q.   Another example, let's look at Page 18458.  And what are we
17  looking at here?
18  A.   Another shoulder pad.
19  Q.   And you don't think -- do you think this looks anything like
20  the Space Marine shoulder pad?
21  A.   No.
22  Q.   Let's look at one more.  I'm sorry.  Page 18470.  Would this
23  be another example of a different style of shoulder pad from the
24  Space Marine shoulder pad?
25  A.   It would.  You've got a much different shape on the

Goodwin - direct

1   A.   Yeah.  You can see that's made up of several different
2   plates, and it's fitted tight against the top part of the arm.
3   Q.   Let's look at just a couple more.  18615.  And do you see
4   here any other different styles of shoulder pads?
5   A.   Yeah.  There you've got a big curve on that one, the
6   scalloped edge that runs down and makes it a completely
7   different shape.
8   Q.   Let's go to 18636.  And is this again another example of a
9   different style of shoulder pad?
10  A.   Yeah.  Again, you've got three segments there.  It sticks
11  way out from the body and doesn't go half as far down the arm.
12  Q.   And just one more from this one book, Page 18697.  And is
13  this again another example of a very different style shoulder
14  pad?
15  A.   Yeah, but it's a little closer, but the profile is
16  different.  You've got three sort of sections running across and
17  then a big central boss in the middle that's been decorated.
18  Q.   As a designer at Games Workshop and a sculptor for 27 years,
19  do you have any view whether there are any limits in the
20  number of different styles of shoulder pad designs one could use
21  for futuristic warriors?
22  A.   Well, it should be unlimited.  You should be able to just
23  keep on coming up with different shapes.  And there might be a
24  finite of it, but we've not found it yet.
25  Q.   You weren't here for the testimony of a Dr. Grindley, but I

1608

Goodwin - direct

1  think if I can summarize what he was trying to say is that there
2  are various elements of Space Marines --
3      MR. ALY:  Objection, your Honor.  Testimony.
4      THE COURT:  It's okay as a lead-in.  Obviously, the
5  jury has heard the testimony.  To the extent Mr. Moskin doesn't
6  summarize it accurately, you'll just rely on your memory.  Go
7  ahead, Mr. Moskin.
8  BY MR. MOSKIN:
9  Q.  At any rate -- and, again, if I'm inaccurate, please do
10 correct me.  I think Dr. Grindley broadly was seeking to say
11 that there are various elements of the Space Marine shoulder pad
12 design that were similar to prior features of other futuristic
13 soldiers.  However, he didn't show how any of these other
14 designs would actually look like or how they would affect the
15 appearance of the Space Marine figure in total.  And I wonder if
16 there's a way you could do that to show us how those things
17 would look.
18 A.  Well, I could draw you one, if you have something I could
19 write on.
20     THE COURT:  Take it over there so the jury can see it.
21 Is there paper up on that thing?  Or it's a whiteboard.  Okay.
22 So, here's the deal.  He's going to bring it over here.
23     THE WITNESS:  So, please forgive me because the --
24     THE COURT:  Time out.  Mr. Goodwin, listen to me.  He's
25 going to bring it over there, number one.  Number two, if you

1609

Goodwin - direct

1  say anything, you got to say it loudly.  And if you need to move
2  to see it, just move.
3      My inclination, folks, is so that we can finish this
4  testimony is we might go a little bit later than our normal
5  lunch break so that we can get this done.
6  BY THE WITNESS:
7  A.  So, I'm going to do a rough Marine shape, one shoulder pad
8  on the other side, and then I'll try some of the other ones on
9  the other side.  So, we'll start with the head.  This one --
10     THE COURT:  My advice is don't talk as you're doing it.
11 Wait 'til you're done and then describe it to the jury while
12 you're facing them.
13     THE WITNESS:  Okay.
14     (Brief pause.)
15 BY THE WITNESS:
16 A.  Okay.  So, that's roughly the fellow there, the one that
17 you've been seeing all week.  Does that look reasonably like
18 that?
19     THE COURT:  No, you don't get to ask them questions.
20 Sorry.
21 BY THE WITNESS:
22 A.  So, I put the shoulder pad on this side.  So, it runs from
23 nearly the ear of the Space Marine down to about there.  It
24 covers the whole of that part of the body.
25

1610

Goodwin - direct

1  BY MR. MOSKIN:
2  Q.  When you say there, just about the elbow joint?
3  A.  Yes, just above the elbow joint.  It comes over and goes
4  like that.  So, do we have an example of another one I can put
5  on the other side to show you?
6  Q.  Before we do that, can you show me what -- it looks like a
7  little shoulder device there on the right side?
8  A.  That's on the arm of the model.  It's like an under part
9  there.  But I've left that on there because it shows you roughly
10 where the shoulder muscle would be because we're talking about a
11 shoulder pad because that's the obvious place that you want to
12 protect first.
13 Q.  So, in the actual models, the physical models that Games
14 Workshop sells, is there an underlying piece of the Space Marine
15 that looks like what's now really the left shoulder of that
16 figure?
17 A.  Yes.  There's a little piece underneath there that shows
18 where that muscle would be.
19 Q.  And then the large shoulder pads get mounted on top?
20 A.  That's right.  These go on top.  So, actually, on the real
21 Marine, these things are about two inches thick.  So, it's
22 completely impractical.  You wouldn't actually want to wear it
23 if it didn't have sort of like motors and things moving it
24 around underneath there.
25 Q.  Okay.  And can we bring up Defendant's Exhibit -- the

1611

Goodwin - direct

1  Grindley slides?  And do you see in Dr. Grindley's slide in the
2  middle there's a picture of a Stars Wars figure with a shoulder
3  pad on it?
4  A.  Uh-huh.
5  Q.  Can you show us what it would look like for the Games
6  Workshop Space Marine to be wearing that kind of a shoulder pad?
7  A.  Can I use a different color?  And so, I'll just draw it on
8  first and then take the black line out so you can see it.
9      So, if you look at the one up there, it starts from
10 about here.  So, you start it from about there.  It comes across
11 like that.  As far as I can see, extends to about here.  So,
12 we're really talking about that is the shape, and I'm being
13 generous with how far that comes out.  And if you add the rim
14 in, which has a distinctive block there, and then put the little
15 pieces over the top, that is approximately what it would look
16 like as you attach it to a Space Marine.
17 Q.  Do you think that looks like the Games Workshop Space Marine
18 at all?
19 A.  No, I don't.  You don't have that right angle there.  The
20 shape's different, the size is different, and the placement is
21 different.
22 Q.  Let's look at one more example that Dr. Grindley showed from
23 the movie Alien, the one on the right.
24 A.  Okay.  So, let's take that one out.  As far as I can see,
25 that's a big astronaut collar.  So, again, we're starting about

1612

Goodwin - direct

1 here with the shoulder pad. Let's start there. I think it
2 comes in a bit further looking than that one, but you have to
3 remember that's a big astronaut collar. So, the collar would be
4 about to here. So, if we drop that shape in like that, okay.
5 Now, the waist is behind the box. So, the waist on any
6 figure is about there. The elbow goes to the waist. People's
7 elbows go into their waist. So, that appears to finish about
8 halfway between the shoulder and where the waist would be. So,
9 let's stick a line in there. That looks about right to me.
10 And then you've got the added complication of the fact
11 that that's actually three parts. Let's see. So, let's be
12 generous. There you go. And you've got these sort of flat
13 disks in rows that run around here like this. Concentric
14 things, just like that.
15 Q. And do you think that looks anything like the Space Marine
16 shoulder pad?
17 A. No.
18 Q. And let's just do one more, which if you can look at the
19 picture from the Marvel Comics.
20 A. Right. This one here. I'm just going to put the shoulder
21 back in there, just so we know where it is, because so much of
22 this is about where the shoulder sits. There we go. Okay.
23 Q. Okay. And again --
24 A. The one in the middle there? Now, again, those start low on
25 the shoulders. They don't come up very far. So, let's be

1613

Goodwin - direct

1 generous. Let's start, say, here, and we want to come down to
2 there. And then you have a drop-off that does that just about
3 there. You have that angled piece in there. That looks about
4 right for the curve over the top of that one. It might come
5 out -- I might make that a bit further out, but you've also got
6 this plate here that comes down like that. So, again, I don't
7 think that's anything like it.
8 Q. When you say like it, like the Space Marine shoulder pad?
9 A. Yeah. That's more like a historical style of armor pad,
10 which is a lot more realistic, and you can actually move your
11 arm around in there.
12 Q. Whereas you don't think a real person could move his arm
13 around --
14 A. Not without, like I say, motors and things like that. You
15 can imagine when the Marine moves his arms, there's a whole
16 bunch of things in that shoulder and backpack. But if somebody
17 turns the power off and he just stood like that, he wouldn't get
18 to move.
19 Q. We're probably done with this, but you may want to refer to
20 this. Is there a reason that Games Workshop, in describing
21 these futuristic warriors, hasn't adapted them with, you know,
22 futuristic materials so they could have thinner pads and more
23 sleek armor.
24 A. They're not made to be futuristic in that way. By the time
25 you get to the 41st Millennium, most of the knowledge that

1614

Goodwin - direct

1 everybody's got is gone. So, the technology is all really,
2 really clunky. They have to pray to their machines.
3 Q. Did you say pray?
4 A. Pray to the machines to get them to work, or they think
5 that's the case, in other words. So, actually, the secrets in
6 making the suits of armor are beginning to get lost. So, they
7 just have to repair the ones they've got. There's no
8 advancement like we have today. They don't get better. They
9 actually get worse.
10 Q. Okay. Thank you, Mr. Goodwin.
11 THE COURT: About how much more do you have on your
12 direct?
13 MR. MOSKIN: Maybe one minute or two.
14 THE COURT: Okay. Do you want him back up here then?
15 MR. MOSKIN: Yes.
16 BY MR. MOSKIN:
17 Q. Does Games Workshop currently sell a Tervigon model?
18 A. We do.
19 Q. And I'd like to do this on the ELMO. Well, first let me ask
20 you if you can identify what's been marked as Exhibit 714.
21 A. Okay. This is one of the kits from our Tyranid range, and
22 it makes up into two different models. On the front you have a
23 thing called a Tyrannofex, and on the back you have a thing
24 called a Tervigon.
25 Q. And this is a box containing the actual miniature?

1615

Goodwin - direct

1 A. Yes, unassembled.
2 Q. So, let's look first very quickly at the -- let me take the
3 plastic off.
4 A JUROR: Judge, can they move the whiteboard so we can
5 see the screen, please?
6 THE COURT: Yes.
7 BY MR. MOSKIN:
8 Q. And what are we seeing on this side of the box?
9 A. That's the Tyrannofex.
10 Q. And if we turn the box over, what do we see here?
11 A. That's the Tervigon.
12 Q. Okay. And did the Chapterhouse launch of its own Tervigon
13 conversion kit have any impact on the development of the Games
14 Workshop Tervigon model?
15 A. It did.
16 Q. And what was that?
17 A. Well, we had already started the design process when they
18 released their product. So, we had to go back to the drawing
19 board a bit. We wanted to make it larger, more impressive, and
20 not look like what they'd put out.
21 So, we kept the spines on the back of it, but we
22 changed the back two sets of legs, and we did a lot of other
23 work on that. Plus with that we had to redesign the other
24 version of the monster, the Tyrannofex, because the two things
25 were made from the same kit. So, it just made a load more work

1684

```
 1        THE COURT:  Well, I guess what I'm wondering is
 2   why do you -- I mean, just the way the sentence reads to me, I
 3   don't know why you'd even need to add that, because you're
 4   telling the jury that they're supposed to consider whether
 5   Chapterhouse transformed Games Workshop's work into something
 6   of a different character.  What is it they're having to have
 7   transformed into something of a different character?  Well,
 8   it's Games Workshop's work.
 9        I guess I'm not getting your point.
10        MR. MOSKIN:  Well, it's clear from the opening
11   statement by defendant and much of the argument with the case
12   that they want to argue these are -- use the term add-ons.  I
13   don't think that's a term that has any legal meaning, and what
14   I think they're trying to argue is that as long as it's
15   something in addition to Games Workshop's works, that's
16   enough, and that it has to be something different from the
17   way -- the purpose for which Games Workshop uses it.  So it's
18   not transformative just to make another product competitive
19   with Games Workshop.  That's the same purpose for which Games
20   Workshop has created its product.
21        THE COURT:  So you're saying that 2 Live Crew's
22   version of Pretty Woman is not competitive with whoever the
23   folks in the 60s --
24        MR. MOSKIN:  Wait a minute.  I missed that reference.
25        THE COURT:  That's where the -- that's the case that
```

1685

```
 1   this test comes from.  It's 2 Live Crew's rap version of
 2   Pretty Woman.
 3        MR. MOSKIN:  Oh, yes, yes.  Yes, Pretty Woman.
 4   Absolutely.
 5        And there is language right in that decision that it
 6   has to be of a purpose and character different from the
 7   plaintiff's purpose and character.
 8        THE COURT:  Let me just pull that up.  Give me just a
 9   minute here.
10        Okay.  I've got Campbell versus Acuff-Rose Music up
11   here.  Tell me where to look.
12        MR. MOSKIN:  So one example, and actually it's cited
13   in our motion, Rule 50 motion this morning at footnote one on
14   page 5, the actual question presented in Campbell was whether
15   the new work merely supercedes the objects of the original
16   creation or instead adds something new with a further purpose
17   or a different character altering the first with new
18   expression, meaning or message.
19        THE COURT:  Yeah.  They weren't drafting a jury
20   instruction either.
21        MR. MOSKIN:  I understand.
22        THE COURT:  So you said that I can find this in the
23   Supreme Court decision.  Just tell me where.  I've got it on
24   the screen.
25        MS. HARTZELL:  Your Honor cited to page 579 in
```

1686

```
 1   determining on summary judgment that Chapterhouse had
 2   identified uses that could be transformative.
 3        THE COURT:  Give me your language again, Mr. Moskin,
 4   that you want me to add to this.
 5        MR. MOSKIN:  Just add to the end of that sentence
 6   something of a different charac -- or of a character different
 7   from the way Games Workshop uses the material.
 8        THE COURT:  Well, it wouldn't be material.  It would
 9   be the work.
10        MR. MOSKIN:  Work.  Uses work.  That's fine.
11        THE COURT:  So what are your thoughts about adding
12   that phrase, Ms. Hartzell?
13        MS. HARTZELL:  I think as we noted in the pretrial
14   order, that we don't believe it's necessary, and the purpose
15   and character of the use, as the case law notes, is
16   illustrative and not exhaustive when listing things like
17   educational purpose and --
18        THE COURT:  Yeah, but I didn't include that.
19        MS. HARTZELL:  I understand, but I think that this is
20   getting back towards that point to try and limit that list.
21   And as the court noted in the summary judgment motion,
22   Chapterhouse advertises a number of its products, its items
23   that can convert one Games Workshop product or sell products
24   that present alternatives --
25        THE COURT:  Yeah, and I know you all -- you all both
```

1687

```
 1   want me to basically make some sort of a legal ruling on that
 2   issue as to whether that's in there or not, and you notice
 3   that I didn't include the language that Chapterhouse wanted me
 4   to put in the instruction that talks about compatibility or
 5   whatever being fair use.  You know, I don't think that
 6   decision needs to be made here, and I guess --
 7        Hang on a second.
 8        I'm inclined to add something that says this because
 9   I do think it's important.  I mean, in other words, if -- you
10   know, I think that there is a potential, you know, that the
11   jury could conclude from this, you know, transformative use
12   instruction, just to take an example, it isn't part of the
13   case, that if you have a, you know, a shoulder pad that's got
14   some fancy design in it that it would be enough to just put
15   kind of a line through the design and, well, it transforms it
16   into something different, it's really not the same.
17        So I'm going to add to the end of that the following.
18   So that bullet point as a whole will say:  The purpose and
19   character of Chapterhouse's use, including whether the use was
20   of a commercial nature or transformed Games Workshop 's work
21   into something of a different character the way in
22   which -- excuse me, into a different character from Games
23   Workshop's usage of the work.  It's a bit clunky, but I can't
24   come up with anything less clunky.  And the phrase that we
25   were working with before I think is clunkier.  Something of a
```