# Exhibit 2

**From:** Tomas F <tomas.fiertek@gmail.com>
**Sent:** Monday, May 25, 2009 2:15 AM
**To:** nvillacci@verizon.net
**Subject:** Re:

Cool, but I make the site orders to 723$ when checking the order
button on the site, from may 2:nd till today, less then a month, so
where do you get the additional 400$ from?

Imagine how much more we could make if we went with a little more then
word of mouth but then I take it we'd have to remake all pads that
clearly show they are GW underneath such as the spiky PA dragon pads.

You going to put the pics I sent you on the site?

Been painting pods yesterday, they look pretty damn good if you ask me:)
I think you'll be very, very pleased with them.
Give me a little extra and I can paint all the panels as well instead
of just leaving them black...wouldnt want you to ruin the nice
paintjob by painting the panels yourself:P

Have a nice day Nick and se you laters.

On Mon, May 25, 2009 at 6:07 AM, Nick <nvillacci@verizon.net> wrote:
> Little fact for you, Since the site has been up, little less then a
> month, it has brought in 1100$  That is with just word of mouth and some
> forum post..
>
> Sincerely,
>
> Nick - Sales and Design
> Chapterhouse Studios
>
>
>
> -----Original Message-----
> From: Tomas F [mailto:tomas.fiertek@gmail.com]
> Sent: Friday, May 22, 2009 2:27 PM
> To: nvillacci@verizon.net
> Subject: Re:
>
>
> You:
> Candy, lots of it:)
> Mint oreos.
> Normal oreos.
> Reeces pieces.
> Strawberry twizzlers.
> Make something up as you shop till you drop!
>
> 1 Rhino chassi thats somehow missing.
>
> CH:
> 15 of each new pad except the crown.
> 5 of each shield.
> 15 chappy jumppacks IF we have in store.
> 10 salamander mantles (xavier copies).
> 10 flames backpacks.
> 1 chaplain.
>
>

HIGHLY CONFIDENTIAL


Plaintiff Exhibit 13
April 13, 2012 LS

**PLAINTIFF EXHIBIT PX-198**

TF00003881

>
> On Fri, May 22, 2009 at 9:03 PM, Tomas F <tomas.fiertek@gmail.com>
> wrote:
>> LOL
>> Imagine me finding the rhino front panel master here at home. No
>> wonder I was looking for it in my super-messy living area:P One less
>> thing you need to worry about.
>>
>> On Fri, May 22, 2009 at 6:19 PM, Tomas F <tomas.fiertek@gmail.com>
>> wrote:
>>> Dont forget the rhino front master, I M U S T have it pronto! The
>>> whole rhino kit is waiting for that single piece.
>>>
>>> Another question, want me to remake the scaly rhino panels into
>>> one-piece things or do we keep then as they are now?
>>>
>>> On Fri, May 22, 2009 at 4:57 PM, Tomas F <tomas.fiertek@gmail.com>
>>> wrote:
>>>> So GS used to smoothe plastic surfaces produce warping or in other
>>>> words acts differently under moulding/casting pressure? Well, damned
>
>>>> that I am told this NOW!
>>>>
>>>> K feel like shit today, dunno why, lack of sleep or something else
>>>> but I'm simply non functional today...
>>>>
>>>> On Fri, May 22, 2009 at 3:39 PM, Nick <nvillacci@verizon.net> wrote:
>>>>> I was talking about the Brazier, he said the smooth surface of the
>>>>> pads face wasn't plastic it had a lot of GS on it to smooth out the
>
>>>>> curve, well see when he gets it back.
>>>>>
>>>>> LR done?
>>>>>
>>>>> Sincerely,
>>>>>
>>>>> Nick - Sales and Design
>>>>> Chapterhouse Studios
>>>>>
>>>>>
>>>>>
>>>>> -----Original Message-----
>>>>> From: Tomas F [mailto:tomas.fiertek@gmail.com]
>>>>> Sent: Friday, May 22, 2009 7:02 AM
>>>>> To: nvillacci@verizon.net
>>>>> Subject: Re:
>>>>>
>>>>>
>>>>> Got the pics?
>>>>>
>>>>> A lot of GS was on the pad? Of course it was, how is that relevant?
>
>>>>> And what pad are we talking about, the crown or eagle PA? As long
>>>>> as you send him pads with no GW missing they ought to be cast
>>>>> accordingly. The flaws with warped pad surfaces is not the masters
>>>>> fault as perfectly seen with the chappy jumppack compared to the
>>>>> chappy jumppack cast in pewter, its a disaster and I recommend you
>>>>> compare the master with the cast, even you ought to be able to take
>
>>>>> notice.
>>>>>
>>>>> Anyway, I'm waiting for the eagle master, maybe it is salvageable
>>>>> but anyway I'm going to add the proper ornamentation to it and make
>
>>>>> the brazziere pad from scratch so it seems, we can have them both

HIGHLY CONFIDENTIAL

TF00003882

```
>>>>> in one new mould. The brazziere pad is important for the upcoming
>>>>> legion of the damned legs and torsos (and maybe helmets).
>>>>>
>>>>> On Fri, May 22, 2009 at 4:07 AM, Nick <nvillacci@verizon.net>
>>>>> wrote:
>>>>>> Caster is sending the masters to me, ill have them to you, he
>>>>>> looked at the pad and said there was a lot of flaws in the master,
>
>>>>>> he said a
>>>>>
>>>>>> lot fo GS was on the pad, I think if the flaws are small they
>>>>>> still are very evident when its cast, Ill see when it arrives.
>>>>>>
>>>>>> Sincerely,
>>>>>>
>>>>>> Nick - Sales and Design
>>>>>> Chapterhouse Studios
>>>>>>
>>>>>>
>>>>>>
>>>>>> -----Original Message-----
>>>>>> From: Tomas F [mailto:tomas.fiertek@gmail.com]
>>>>>> Sent: Thursday, May 21, 2009 6:25 AM
>>>>>> To: nvillacci@verizon.net
>>>>>> Subject: Re:
>>>>>>
>>>>>>
>>>>>> Dont know if I even can fix the skull-brazziere pad dude. You
>>>>>> seriously need to talk to the caster (the pad itself, not speaking
>
>>>>>> about the skull and stuff on the pad) is so manhandled that I
>>>>>> basically need to make a totally new pad. I mean if he cant even
>>>>>> cast a smooth pad-surface what is he good for?
>>>>>>
>>>>>> I´ll have to remake the whole damn thing from scratch unless you
>>>>>> can get me the master back.
>>>>>>
>>>>>>
>>>>>
>>>>>
>>>>
>>>
>>
>
>
```

HIGHLY CONFIDENTIAL

TF00003883