# Exhibit 3

**From:** Jeffrey Nagy <nagyja@gmail.com>
**Sent:** Friday, June 19, 2009 2:05 PM
**To:** Tomas F <tomas.fiertek@gmail.com>
**Subject:** Fwd: Door, Hatch, Shoulder Pads

This email had a good number of pictures. I don't know if Nick ever emailed to you.
-Jeff
---------- Forwarded message ----------
From: Jeffrey Nagy <nagyja@gmail.com>
Date: Mon, Jun 15, 2009 at 1:30 PM
Subject: Door, Hatch, Shoulder Pads
To: Chapterhouse Studios - Nick <nick@chapterhousestudios.com>
Hi,
I had a chance to work on these. I have attached screen captures of the parts I finished. I changed things up a bit on some of the parts but not in any way that impacts how they will fit. For example for the land raider side door, I had to change the mesh, while it was possible to replecate it identically my computer was treating each individual diamond indention as a separate entity, it would have taken 30 minutes render it and re-render it every time I made additions or modifications to the part. I will be applying the same sort of pattern I used on the side door to the front ramp door, for the same reason.
I made three basic "blank" shoulder pads. The first is the standard "trimmed" shoulder pad; the second is a completely blank shoulder pad, as was commonly seen on some older power armor patterns; the third, arched shoulder pad, was something I made up, to serve as an interesting starting point for some more ornate imperial or chaos shoulder pads. These are all pretty straight forward, I can add more detail if you'd like but I think that since they will be serving as blanks for Thomas to work off of keeping them pretty simple was best. In the future if we need more detail added it should be easy; I can add grooves and rivets pretty easily, symbols with simple geometry can also be done. I'm thinking we could put raised areas in the shape of shields, circles, diamonds, and triangles without problems.
There are a couple other shoulder pads from older variants of power armor, that I'm going to try and make; the studded shoulder pad of the Mk5 and Mk6 power armor, the layerd plates of the Mk1, the grooved Mk4, and the lipped Mk2 and Mk3. I will wait till after I have completed the the squad marking variants.

PLAINTIFF
EXHIBIT
PX-385

HIGHLY CONFIDENTIAL

Please give me a critique and let me know if there are any changes you'd like. If you have no changes, I will continue by making variants on the trimmed shoulder pad with the Tactical, Devastator, and Assault symbols, as well as starting on the two parts of the land raiders front ramp door.
-Jeff

HIGHLY CONFIDENTIAL JN00000020



HIGHLY CONFIDENTIAL
JN00000021



HIGHLY CONFIDENTIAL JN00000022



HIGHLY CONFIDENTIAL　　JN00000023



HIGHLY CONFIDENTIAL JN00000024



HIGHLY CONFIDENTIAL JN00000025



HIGHLY CONFIDENTIAL JN00000026



HIGHLY CONFIDENTIAL JN00000027



HIGHLY CONFIDENTIAL



HIGHLY CONFIDENTIAL	JN00000029



HIGHLY CONFIDENTIAL JN00000030