# Exhibit 4



DEFENSE EXHIBIT
DX-321

CHS_EXPERT00001621

DX-321.0001



CHS_EXPERT00001622

DX-321.0002