# Exhibit 5



DEFENSE EXHIBIT DX-300

CHS_EXPERT00000005
DX-300.0001



CHS_EXPERT00000006

DX-300.0002



Case: 1:10-cv-08103 Document #: 408-6 Filed: 07/15/13 Page 5 of 8 PageID #:22228



CHS_EXPERT00000008

DX-300.0004



CHS_EXPERT00000009

DX-300.0005



CHS_EXPERT00000010
DX-300.0006



CHS_EXPERT00000011

DX-300.0007