# Exhibit 6



SCIENCE FICTION

# analog

SCIENCE FACT

AUGUST 1977 $1.25

**COLD CASH WAR**
Robert Lynn Asprin

**Larry Niven**
**Kevin O'Donnell, Jr.**

**LAW OF**
**OUTER SPACE**
**Arthur M. Dula**

**DEFENSE EXHIBIT** DX-299



SCIENCE FICTION

# analog

SCIENCE FACT

SEPTEMBER 1974 75¢ 40p

02028

**THE RAVEN
AND
THE HAWK
William
Rotsler**

CHS_EXPERT00000002

DX-299.0002



CHS_EXPERT00000003

DX-299.0003



CHS_EXPERT00000004

DX-299.0004