# Exhibit 8



Log in / Register | Help
Basket (0 products £0.00) | Checkout

New Stuff • Warhammer 40,000 • Aeronautica Imperialis • Epic 40,000 • Warhammer Forge • Battlefleet Gothic • Modelling Supplies • Designers • Events

Home • Warhammer 40,000 • ALPHA LEGION LAND RAIDER DOORS

**ALPHA LEGION LAND RAIDER DOORS (PRODUCT CODE : IA-CSM-A-020)**




3 finely detailed replacement doors for the Chaos Land Raider tank kit depicting Alpha Legion iconography. Sculpted by Simon Egan.

£10.20
Qty 1
BUY NOW

Add to wishlist
Tell a friend
SHARE




REGIONAL FREQUENTLY ASKED QUESTIONS

    

Contact us on 0115 9168177 from the UK, for more contact details click here
Copyright © Games Workshop Limited 2000-2011. All Rights Reserved. Games Workshop, the Games Workshop logo, the Forge World, Warhammer and the Warhammer 40,000 device are either ®, TM and/or © Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. All Rights Reserved. Games Workshop Ltd, Willow Road, Lenton, Nottingham, NG7 2WS. Registered in England and Wales - Company No. 01467092. VAT No. GB 580853421

**PLAINTIFF EXHIBIT**
PX-416




# Assault Squad Shoulder Pads

Warhammer 40,000 > Shoulder Pads > Assault Squad Shoulder Pads

Like 1    ADD TO CART

**Categories**
- Getting Started
- Warhammer 40,000 Advance Orders
- Warhammer 40,000 New Releases
- Warhammer 40,000: Assault on Black Reach
- Warhammer 40,000 Essentials
- Warhammer 40,000 Armies
- Warhammer 40,000 Expansions
- Warhammer 40,000 Citadel Finecast
- Warhammer 40,000 Scenery
- Warhammer 40,000 Books
- Warhammer 40,000 Bitz
- Warhammer 40,000 Collectors
- Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend

**Assault Squad Shoulder Pads**

This pack contains 10 Assault Squad Shoulder Pads.

Availability: Usually ships within 24 hours.
Part Code: 99060101375

Price: $8.25
Quantity: 1

ADD TO CART
ADD TO GIFT LIST

Bookmark & Share

Carry Our Products  Real Estate  Privacy Policy  Legal  Careers  About Us  Investor Relations  Black Library  Forge World  Site Map  Contact Us

Country Select

Copyright © Games Workshop Limited 2000-2011 © New Line Productions Inc © The Saul Zaentz Company d/b/a Middle-earth Enterprises  All rights reserved to their respective owners.




Customer Se
FREE SH

Community & Events · Virtual Gift Vouchers · Store Finder · White Dwarf · Citadel Finecast · Find a Gift List

Warhammer 40,000 > Shoulder Pads > Crimson Fists Shoulder Pads

## Crimson Fists Shoulder Pads

**Categories**
- Getting Started
- Warhammer 40,000 Advance Orders
- Warhammer 40,000 New Releases
- Warhammer 40,000: Assault on Black Reach
- Warhammer 40,000 Essentials
- Warhammer 40,000 Armies
- Warhammer 40,000 Expansions
- Warhammer 40,000 Citadel Finecast
- Warhammer 40,000 Scenery
- Warhammer 40,000 Books
- Warhammer 40,000 Bitz
- Warhammer 40,000 Collectors
- Warhammer 40,000 Articles

Like 6    AD




- Follow us on Twitter
- Follow us on Facebook
- Bookmark & Share
- Subscribe to What's New Today

Print
Email to a Friend

**Crimson Fists Shoulder Pads**

This set contains ten metal Crimson Fists shoulder pads with sculpted detailing, ideal for upgrading your Space Marines to Crimson Fists or Imperial Fists.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101437

Price: $
Quantity:
ADD TO C
ADD TO GIFT
Bookmark &









New Stuff · Warhammer 40,000 · Aeronautica Imperialis · Epic 40,000 · Warhammer Forge · Battlefleet Gothic

Home • Warhammer 40,000 • SALAMANDERS LAND RAIDER DOORS

## SALAMANDERS LAND RAIDER DOORS (PRODUCT CODE : IA-ISM-A-005)





3 finely detailed replacement doors for the Land Raider tank kit depicting Salamanders iconography. Sculpted by Simon Egan.



Log in / Register | Help
Basket (0 products £0.00) | Checkout
Search our products　[Go]

New Stuff　Warhammer 40,000　Aeronautica Imperialis　Epic 40,000　Warhammer Forge　Battlefleet Gothic　Modelling Supplies　Designers　Events

Home • Warhammer 40,000 • SPACE MARINE CHARACTER CONVERSION SET

**SPACE MARINE CHARACTER CONVERSION SET (PRODUCT CODE : IA-ISM-I-026)**








The Character Upgrade Pack features 5 bolt pistols and a plasma pistol, styled along the same lines as the Special Weapons Pack, as well as three bionic arms, a bionic leg, a mechanically detailed head, a right-handed Power Fist and an ornate Power Sword. The sprues also contain a combat knife and a combi-flamer to offer even more conversion options.
Models designed by Phil Stutcinskas.

£10.20
Qty 1
BUY NOW

Add to wishlist
Tell a friend
SHARE

**RECOMMENDED PRODUCTS**

SPACE MARINE SPECIAL WEAPONS PACK



99590101185
£9.20　Qty 1　BUY NOW

SPACE MARINE BOLTER - PHOBOS PATTERN X10



99590101183
£10.20　Qty 1　BUY NOW

SPACE MARINE BOLTER - UMBRA FERROX X10



99590101184
£10.20　Qty 1　BUY NOW









Log in / Register | Help
Basket (0 products £0.00) | Checkout
Search our products [Go]

New Stuff · Warhammer 40,000 · Aeronautica Imperialis · Epic 40,000 · Warhammer Forge · Battlefleet Gothic · Modelling Supplies · Designers · Events

Home • Warhammer 40,000 • SPACE WOLVES RHINO DOORS AND FRONT PLATE

**SPACE WOLVES RHINO DOORS AND FRONT PLATE (PRODUCT CODE : IA-ISM-A-010)**




2 finely detailed replacement doors and 1 replacement front plate for the plastic MkII Rhino kit depicting Space Wolf iconography. Sculpted by Simon Egan.

£10.20
Qty 1
BUY NOW

Add to wishlist
Tell a friend
SHARE

 

REGIONAL FREQUENTLY ASKED QUESTIONS

    



Contact us on 0115 9168177 from the UK, for more contact details click here.
Copyright © Games Workshop Limited 2000-2011. All Rights Reserved. Games Workshop, the Games Workshop logo, the Forge World, Warhammer and the Warhammer 40,000 device are either ®, TM and/or © Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. All Rights Reserved. Games Workshop Ltd, Willow Road, Lenton, Nottingham, NG7 2WS. Registered in England and Wales - Company No. 01467092. VAT No. GB 580853421




Customer Se
FREE SH

Community & Events | Virtual Gift Vouchers | Store Finder | White Dwarf | Citadel Finecast | Find a Gift List

Warhammer 40,000 > Shoulder Pads > Tactical Squad Shoulder Pads 2

# Tactical Squad Shoulder Pads 2

Like 1    AD

**Categories**
- Getting Started
- Warhammer 40,000 Advance Orders
- Warhammer 40,000 New Releases
- Warhammer 40,000: Assault on Black Reach
- Warhammer 40,000 Essentials
- Warhammer 40,000 Armies
- Warhammer 40,000 Expansions
- Warhammer 40,000 Citadel Finecast
- Warhammer 40,000 Scenery
- Warhammer 40,000 Books
- Warhammer 40,000 Bitz
- Warhammer 40,000 Collectors
- Warhammer 40,000 Articles

- Follow us on Twitter
- Follow us on Facebook
- Bookmark & Share
- Subscribe to What's New Today

- Print
- Email to a Friend

    
    

**Tactical Squad Shoulder Pads 2**

This pack contains 10 Tactical Squad Shoulder Pads 2.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101374

Price: $
Quantity:
ADD TO C
ADD TO GIFT
Bookmark &




Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Warhammer 40,000 > Bitz > Terminator Lightning Claws

# Terminator Lightning Claws

Like 7

**Categories**
- Getting Started
- Warhammer 40,000 Advance Orders
- Warhammer 40,000 New Releases
- Warhammer 40,000: Assault on Black Reach
- Warhammer 40,000 Essentials
- Warhammer 40,000 Armies
- Warhammer 40,000 Expansions
- Warhammer 40,000 Citadel Finecast
- Warhammer 40,000 Scenery
- Warhammer 40,000 Books
- Warhammer 40,000 Bitz
- Warhammer 40,000 Collectors
- Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend



**Terminator Lightning Claws**

This pack contains five sets of metal lightning claws. The left-arm shoulder pad is blank, allowing you to add your own Chapter markings, while the right-arm shoulder pad bears the Crux Terminatus.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101402

Price: $
Quantity:
ADD TO C
ADD TO GIFT
Bookmark &



Customer Service 1-800-394-4263 | Welcome! | Sign In | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $30 OFFER DETAILS

0 item(s) @ $0.00

Community & Events | Virtual Gift Vouchers | Store Finder | White Dwarf | Citadel Finecast | Find a Gift List

Search

Warhammer 40,000 > Bitz > Thunder Hammer Conversion Pack

## Thunder Hammer Conversion Pack

Like 8   ADD TO CART

**Categories**
- Getting Started
- Warhammer 40,000 Advance Orders
- Warhammer 40,000 New Releases
- Warhammer 40,000: Assault on Black Reach
- Warhammer 40,000 Essentials
- Warhammer 40,000 Armies
- Warhammer 40,000 Expansions
- Warhammer 40,000 Citadel Finecast
- Warhammer 40,000 Scenery
- Warhammer 40,000 Books
- Warhammer 40,000 Bitz
- Warhammer 40,000 Collectors
- Warhammer 40,000 Articles

- Follow us on Twitter
- Follow us on Facebook
- Bookmark & Share
- Subscribe to What's New Today

- Print
- Email to a Friend



**Have you got?**



$17.00   add to cart
Space Marine Terminator Captain



$35.00   add to cart
Space Marine Chapter Masters

**Thunder Hammer Conversion Pack**

Space Marine Command Squads and Vanguard Veterans are experienced warriors who are often gifted with powerful weapons from the Chapter's arsenal. The thunder hammer is one such weapon. With a thunder hammer in his hands, a Space Marine can smash clean through most opponents, making a mockery of any armour they may be wearing. Suffice to say, it's a weapon that's as messy as it is deadly. A warrior with a thunder hammer will often carry a storm shield into battle. Contained within the shield is a powerful force field that can repel incoming attacks, allowing the user to get close enough to the enemy to use the full force of the thunder hammer in his other hand. It's a deadly combination and one that has proven very effective across the Imperium.

This pack contains 15 components, including: five thunder hammers, five storm shields and five shoulder pads bearing the Crux Terminatus. This pack is designed for use on Space Marine miniatures wearing power armour. All of these components are supplied unpainted and require assembly - we recommend using Citadel Super Glue and Citadel Paints.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101398

**Price: $14.00**
Quantity: 1

ADD TO CART

ADD TO GIFT LIST

Bookmark & Share

Carry Our Products | Real Estate | Privacy Policy | Legal | Careers | About Us | Investor Relations | Black Library | Forge World | Site Map | Contact Us

Country Select

Copyright © Games Workshop Limited 2000-2011  © New Line Productions Inc  © The Saul Zaentz Company d/b/a Middle-earth Enterprises  All rights reserved to their respective owners.