**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:10-cv-08103 |
| v. ) | |
| ) | |
| CHAPTERHOUSE STUDIOS LLC ) | |
| ) | Judge Matthew F. Kennelly |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW, OR, IN THE
ALTERNATIVE, A NEW TRIAL LIMITED TO CERTAIN CLAIMS AND ISSUES**

Defendant Chapterhouse Studios LLC respectfully moves for judgment as a matter of law pursuant to Rule 50(b) of the Federal Rules of Civil Procedure. Alternatively, Defendant moves for a new trial limited to certain claims and issues pursuant to Rule 59 of the Federal Rules of Civil Procedure. In support of its motion, Defendant states as follows:

1. On June 27, 2013, this Court entered judgment.

2. The Court has entered a Minute Order setting the deadline for filing motions pursuant to Rules 50 and 59 as July 15, 2013. (Dkt. 396). Defendant's motion is timely in accordance with that order.

3. As set forth more fully in the accompanying Memorandum of Law, Defendant meets the criteria warranting judgment as a matter of law, or in the alternative, a new trial limited to certain claims and issues.

**WHEREFORE**, for the reasons stated herein and in the accompanying Memorandum of Law, Defendant respectfully moves this Court to enter an order granting Defendant's motion for

judgment as a matter of law, or in the alternative, for a new trial limited to certain claims and issues, and for such other relief as it is appropriate.

Dated: July 15, 2013                               Respectfully submitted,

/s/ Imron T. Aly

Jennifer A. Golinveaux (CA Bar No. 203056)
Thomas J. Kearney (CA Bar No. 267087)
    WINSTON & STRAWN LLP
    101 California Street
    San Francisco, CA 94111-5802
    Phone: (415) 591-1000
    Fax: (415) 591-1400
    jgolinveaux@winston.com
    tkearney@winston.com

Imron T. Aly (IL Bar No. 6269322)
Bryce A. Cooper (IL Bar No. 6296129)
Tyler G. Johannes (IL Bar No. 6300117)
    WINSTON & STRAWN LLP
    35 West Wacker Drive
    Chicago, IL 60601-1695
    Phone: (312) 558-5600
    Fax: (312) 558-5700
    ialy@winston.com
    bcooper@winston.com
    tjohannes@winston.com

Julianne M. Hartzell (IL Bar No. 6275093)
Sarah J. Kalemeris (IL Bar No. 6303644)
    MARSHALL, GERSTEIN & BORUN LLP
    233 S. Wacker Drive
    Willis Tower Suite 6300
    Chicago, IL 60606
    Phone: (312) 474-6300
    Fax: (312) 474-0448
    jhartzell@marshallip.com
    skalemeris@marshallip.com

## **CERTIFICATE OF SERVICE**

  I, Imron T. Aly, an attorney, hereby certify that on July 15, 2013, I caused to be filed electronically the foregoing MOTION with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

                /s/ Imron T. Aly