**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| GAMES WORKSHOP LIMITED, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:10-cv-08103 |
| v. | ) | |
| | ) | |
| CHAPTERHOUSE STUDIOS LLC | ) | |
| | ) | Judge Matthew F. Kennelly |
| | ) | |
| Defendant. | ) | |

**Index of Exhibits**

| Exhibit | Trial Exhibit | Document Description | Document Bates Range |
|---|---|---|---|
| A | n/a | Appendix Listing the Respective Claims to Which Each Argument Applies | n/a |
| B | DX-171 | File Note re Email from Iain Hicken to GW Legal Dept | GW0005559-60 |
| C | PX-107 | Customer confusion emails | GW0005546, GW0005547, GW0005550-51 |
| D | PX-435 at CHS1062 | Portions of CHS Website | CHS00000028-2015 |
| E | PX-690 at CHS28506 | Collection of CHS Webpages | CHS00028456-805 |
| F | PX-956 | Space Marine Assault squad packaging.pdf | GW0018288-289 |
| G | PX-1008 | Ebay page - Autarque Exarch Scorpion Eldar | GW0019013-14 |
| H | PX-1009 | Ebay Page - Eldar Farseer | GW0019015-16 |
| I | PX-1020 | GW - Claim Chart - Products 1 | n/a |
| J | PX-1021 | GW Claim Chart - Products 2 | n/a |
| K | n/a | Transcript Excerpts | n/a |
| L | n/a | Verdict Form | n/a |