# EXHIBIT A

**Appendix**

The product numbers below correspond to both the verdict form and claim charts (PEX 1020, 1021). The numbers for alleged marks correspond to Verdict Form B.1 unless otherwise indicated. Verdict Form B.1 contains two alleged marks numbered each 1-9.

**Under Argument I, "Games Workshop has not introduced sufficient evidence that it used each of its designations as a trademark prior to Chapterhouse," Chapterhouse requests judgment as a matter of law, or, in the alternative, a new trial limited to this issue for the following alleged marks:**

- Heavy Flamer (Mark No. 2, Verdict Form B.2)
- Lascannon (Mark No. 4, Verdict Form B.2)
- Blood Ravens (Mark No. 6, Verdict Form B.2)
- Exorcist (Mark No. 7, Verdict Form B.2)
- Jump Pack (Mark No. 9, Verdict Form B.2)
- Lightning Claw (Mark No. 10, Verdict Form B.2)
- Mycetic Spore (Mark No. 11, Verdict Form B.2)
- Tervigon (Mark No. 12, Verdict Form B.2)
- Ymgarl (Mark No. 15, Verdict Form B.2)
- Exorcist Skull Icon (Mark No. 16, Verdict Form B.2)
- Iron Snakes Icon (Mark No. 18, Verdict Form B.2)
- Soul Drinkers Icon (Mark No. 19, Verdict Form B.2)
- Scythes of the Emperor Icon (Mark No. 20, Verdict Form B.2)
- Hammer of Dorn Icon (Mark No. 21, Verdict Form B.2)

**Under Argument II, "Games Workshop has not introduced sufficient evidence from which a jury could find a likelihood of confusion," Chapterhouse requests judgment as a matter of law, or, in the alternative, a new trial limited to this issue for the following alleged marks:**

- Warhammer (Mark No. 1)
- 40K (Mark No. 3)
- 40,000 (Mark No. 4)
- Eldar (Mark No. 5)
- Dark Angels (Mark No. 6)
- Space Marine (Mark No. 7)
- Tau (Mark No. 8)
- Adeptus Mechanicus (Mark No. 1)
- Assault SpaceMarine (Mark No. 2)
- Black Templars (Mark No. 4)
- Blood Angels (Mark No. 5)
- Crimson Fists (Mark No. 9)
- Drop Pod (Mark No. 13)
- Flesh Tearers (Mark No. 17)

- Gaunt (Mark No. 18)
- Genestealer (Mark No. 19)
- Heavy Bolter (Mark No. 20)
- Hive Tyrant (Mark No. 23)
- Howling Griffons (Mark No. 25)
- Imperial Fists (Mark No. 26)
- Imperial Guard (Mark No. 27)
- Inquisition (Mark No. 28)
- Iron Hands (Mark No. 29)
- Land Raider (Mark No. 30)
- Legion of the Damned (Mark No. 32)
- Librarian (Mark No. 33)
- Predator (Mark No. 35)
- Rhino (Mark No. 36)
- Salamander (Mark No. 37)
- Soul Drinker (Mark No. 39)
- Space Wolves (Mark No. 40)
- Stormraven (Mark No. 41)
- Storm Shield (Mark No. 42)
- Tactical Space Marine (Mark No. 43)
- Techmarine (Mark No. 44)
- Terminator (Mark No. 46)
- Thousand Sons (Mark No. 47)
- Thunder Hammer (Mark No. 48)
- Tyrant (Mark No. 49)
- Tyranid (Mark No. 50)
- Tyranid Warrior (Mark No. 51)
- Flesh Tearers Icon (Mark No. 53)
- Imperial Fists Icon (Mark No. 54)
- Legion of the Damned Icon (Mark No. 55)
- Space Marine Tactical Squad Icon (Mark No. 57)
- Space Marine Devastator Squad Icon (Mark No. 58)
- Iron Hands Icon (Mark No. 59)
- Space Wolves Icon (Mark No. 60)
- Salamanders Icon (Mark No. 61)
- Space Marine Assault Squad Icon (Mark No. 62)
- Heavy Flamer (Mark No. 2, Verdict Form B.2)
- Lascannon (Mark No. 4, Verdict Form B.2)
- Blood Ravens (Mark No. 6, Verdict Form B.2)
- Exorcist (Mark No. 7, Verdict Form B.2)
- Jump Pack (Mark No. 9, Verdict Form B.2)
- Lightning Claw (Mark No. 10, Verdict Form B.2)
- Mycetic Spore (Mark No. 11, Verdict Form B.2)
- Tervigon (Mark No. 12, Verdict Form B.2)

- Ymgarl (Mark No. 15, Verdict Form B.2)
- Exorcist Skull Icon (Mark No. 16, Verdict Form B.2)
- Iron Snakes Icon (Mark No. 18, Verdict Form B.2)
- Soul Drinkers Icon (Mark No. 19, Verdict Form B.2)
- Scythes of the Emperor Icon (Mark No. 20, Verdict Form B.2)
- Hammer of Dorn Icon (Mark No. 21, Verdict Form B.2)

**Under Argument III, "Games Workshop has not introduced sufficient evidence that its purportedly copyrighted designs were original," Chapterhouse requests judgment as a matter of law, or, in the alternative, a new trial limited to this issue for the following products:**

- Skull or Chaplain Head or Bit for Power Armor (Product No. 3)
- Power Armour Pad for Exorcist Players (Product No. 10)
- Terminator pad for Exorcist Marine (Product No. 11)
- Sawblade Shoulder Pad & Jewel (Product No. 12)
- Howling Griffon Style Marine Shoulder Pads 28mm (Product No. 14)
- Iron Snake Compatible Shoulder Pad – Tactical (Product No. 17)
- Iron Snake Compatible Shoulder Pad – Terminator (Product No. 18)
- Shoulder Pad w/ Studs and Skull for 28mm marine – Tactical (Product No. 19)
- Shoulder Pad w/ Skull and Flames for 28mm marine – Tactical (Product No. 20)
- Shoulder Pads for Chalice or Soul Drinker – Tactical (Product No. 23)
- Shoulder Pads for Chalice or Soul Drinker – Terminator (Product No. 24)
- Tervigon Kit to Upgrade Carnifex (Product No. 37)
- Assault Shoulder Pad with number 7 (Product No. 46)
- Assault Shoulder Pad with number 8 (Product No. 27)
- Assault Shoulder Pad – Plain (Product No. 48)
- Crested Marine Shoulder Pad (Product No. 49)
- Devastator Shoulder Pad (Product No. 50)
- IX Devastator Marine Should Pad 28mm (Product No.51)
- X Devastator Shoulder Pad for 28mm marine players (Product No. 52)
- First Squad or I Shoulder Pads – tactical (Product No. 53)
- Generic Power Armour Shoulder Pad 28mm (Product No. 54)
- Smooth Shoulder Pad for 28mm tactical – marine (Product No. 55)
- Tactical Shoulder Pad 28mm marines (Product No. 56)
- Tactical Shoulder Pad for 28mm marine with number 1 (Product No. 57)
- Tactical Shoulder Pad for 28mm marine with number 2 (Product No. 58)
- Tactical Shoulder Pad for 28mm marine with number 3 (Product No. 59)
- Tactical Shoulder Pad for 28mm marine with number 4 (Product No. 60)
- Tactical Shoulder Pad for 28mm marine with number 5 (Product No. 61)
- Tactical Shoulder Pad for 28mm marine with number 6 (Product No. 62)
- Salamander Dragon Hammer – Smooth (Product No. 66)
- Banded Tech Pad – Power Armor Power (Product No. 68)
- Cog Shoulder Pad – Power Armor (Product No. 69)

- Banded Armor Pad – Terminator (Product No. 73)
- Banded Shoulder Pads Power Armor Compatible (Product No. 74)
- Studded Rimmed Shoulder Pad MKV (Product No. 75)
- Five (5) Heresy Era Jump Pack 28mm (Product No. 76)
- MK I Heresy Era for 28mm Marines "Thunder Armor" Shoulder Pad (Product No. 78)
- Spikey Heresy Heads for 28mm (Product No. 79)
- Studded Power Amor Pad for MK 5 (Product No. 80)
- Wolf Rhino Conversion Kit (Product No. 82)
- Dragon or Salamander Style Kit (fits on Space Marine Rhino) (Product No. 94)
- Scarab Shoulder Pads for Thousand Sons Players – Power Armor (Product No. 97)
- Starburst Shoulder Pad for 28mm Marines – Power Armor (Product No. 98)
- Shoulder Pad for Mantis Warriors Marines – Power Armor (Product No. 99)
- Shoulder Pad for Mantis Warriors Marines – Terminator (Product No. 100)
- Dragon Door Kit (fits on Space Marine Rhino) (Product No. 103)
- Wolf Rhino Conversion #2 Kit (Product No. 104)
- Iron Snake Conversion Kit (fits on Space Marine Rhino) (Product No. 106)
- Doomseer Iyanar-Duanna (Product No. 108)
- Gun-Halberd Weapon (Product No. 112)
- Conversion Beamer Servo Harness Kit for Space Marine Model (Product No. 113)
- Armana'serq Scorpion Warrior Priestess (Product No. 123)
- Magnetic Turret Kit for the Razorback (Product No. 131)
- Open-Fisted Power Claws compatible with Games Workshop Space Marine model (Product No. 132)
- Close-Fisted Power Claws compatible with Games Workshop Space Marine model (Product No. 133)
- Heresy-Era Shoulder Pads for Terminators Type E (Product No. 137)
- Heresy-Era Shoulder Pads for Terminators Type D (Product No. 138)
- Hersey-Era Shoulder Pads for Terminators Type B (Product No. 139)
- TRU-Scale Knight Praetorius "Order of the Empress's Tears" Conversion Kit (Product No. 142)
- TRU-Scale Knight Praetorius Conversion Kit (Product No. 143)
- Winged Skull Power Armor Pad (Product No. 148)
- Hammer of Dorn Pad (Product No. 149)
- Hammer of Dorn Terminator Pad (Product No. 150)
- V Power Armor Pad (Product No. 151)
- V Terminator Pad (Product No. 152)
- Power Armor Shoulder Pad for Scythes of the Emperor (Product No. 153)
- Scythes of the Emperor Terminator Shoulder Pad (Product No. 154)
- Scaled Rimless Power Armor Pad (Product No. 155)
- Scaled Tactical Power Armor Pad (Product No. 156)
- Scaled with Rim Power Armor Shoulder Pad (Product No. 157)

- Shrike Conversion Kit for Tyranid Warrior Models (Product No. 159)
- Dark Elf Arch Torturess (Product No. 160)
- Heraldic Knight Shoulder Pads (Product No. 163)

**Under Argument IV, "Games Workshop's purported copyrights are based on unprotectable ideas or utilitarian considerations," Chapterhouse requests judgment as matter of law or, in the alternative, a new trial limited to this issue, for the following products:**

- Skull or Chaplain Head or Bit for Power Armor (Product No. 3)
- Power Armour Pad for Exorcist Players (Product No. 10)
- Terminator pad for Exorcist Marine (Product No. 11)
- Sawblade Shoulder Pad & Jewel (Product No. 12)
- Howling Griffon Style Marine Shoulder Pads 28mm (Product No. 14)
- Iron Snake Compatible Shoulder Pad – Tactical (Product No. 17)
- Iron Snake Compatible Shoulder Pad – Terminator (Product No. 18)
- Shoulder Pad w/ Studs and Skull for 28mm marine – Tactical (Product No. 19)
- Shoulder Pad w/ Skull and Flames for 28mm marine – Tactical (Product No. 20)
- Shoulder Pads for Chalice or Soul Drinker – Tactical (Product No. 23)
- Shoulder Pads for Chalice or Soul Drinker – Terminator (Product No. 24)
- Tervigon Kit to Upgrade Carnifex (Product No. 37)
- Assault Shoulder Pad with number 7 (Product No. 46)
- Assault Shoulder Pad with number 8 (Product No. 27)
- Assault Shoulder Pad – Plain (Product No. 48)
- Crested Marine Shoulder Pad (Product No. 49)
- Devastator Shoulder Pad (Product No. 50)
- IX Devastator Marine Should Pad 28mm (Product No.51)
- X Devastator Shoulder Pad for 28mm marine players (Product No. 52)
- First Squad or I Shoulder Pads – tactical (Product No. 53)
- Generic Power Armour Shoulder Pad 28mm (Product No. 54)
- Smooth Shoulder Pad for 28mm tactical – marine (Product No. 55)
- Tactical Shoulder Pad 28mm marines (Product No. 56)
- Tactical Shoulder Pad for 28mm marine with number 1 (Product No. 57)
- Tactical Shoulder Pad for 28mm marine with number 2 (Product No. 58)
- Tactical Shoulder Pad for 28mm marine with number 3 (Product No. 59)
- Tactical Shoulder Pad for 28mm marine with number 4 (Product No. 60)
- Tactical Shoulder Pad for 28mm marine with number 5 (Product No. 61)
- Tactical Shoulder Pad for 28mm marine with number 6 (Product No. 62)
- Salamander Dragon Hammer – Smooth (Product No. 66)
- Banded Tech Pad – Power Armor Power (Product No. 68)
- Cog Shoulder Pad – Power Armor (Product No. 69)
- Banded Armor Pad – Terminator (Product No. 73)
- Banded Shoulder Pads Power Armor Compatible (Product No. 74)
- Studded Rimmed Shoulder Pad MKV (Product No. 75)

- Five (5) Heresy Era Jump Pack 28mm (Product No. 76)
- MK I Heresy Era for 28mm Marines "Thunder Armor" Shoulder Pad (Product No. 78)
- Spikey Heresy Heads for 28mm (Product No. 79)
- Studded Power Amor Pad for MK 5 (Product No. 80)
- Wolf Rhino Conversion Kit (Product No. 82)
- Dragon or Salamander Style Kit (fits on Space Marine Rhino) (Product No. 94)
- Scarab Shoulder Pads for Thousand Sons Players – Power Armor (Product No. 97)
- Starburst Shoulder Pad for 28mm Marines – Power Armor (Product No. 98)
- Shoulder Pad for Mantis Warriors Marines – Power Armor (Product No. 99)
- Shoulder Pad for Mantis Warriors Marines – Terminator (Product No. 100)
- Dragon Door Kit (fits on Space Marine Rhino) (Product No. 103)
- Wolf Rhino Conversion #2 Kit (Product No. 104)
- Iron Snake Conversion Kit (fits on Space Marine Rhino) (Product No. 106)
- Doomseer Iyanar-Duanna (Product No. 108)
- Gun-Halberd Weapon (Product No. 112)
- Conversion Beamer Servo Harness Kit for Space Marine Model (Product No. 113)
- Armana'serq Scorpion Warrior Priestess (Product No. 123)
- Magnetic Turret Kit for the Razorback (Product No. 131)
- Open-Fisted Power Claws compatible with Games Workshop Space Marine model (Product No. 132)
- Close-Fisted Power Claws compatible with Games Workshop Space Marine model (Product No. 133)
- Heresy-Era Shoulder Pads for Terminators Type E (Product No. 137)
- Heresy-Era Shoulder Pads for Terminators Type D (Product No. 138)
- Hersey-Era Shoulder Pads for Terminators Type B (Product No. 139)
- TRU-Scale Knight Praetorius "Order of the Empress's Tears" Conversion Kit (Product No. 142)
- TRU-Scale Knight Praetorius Conversion Kit (Product No. 143)
- Winged Skull Power Armor Pad (Product No. 148)
- Hammer of Dorn Pad (Product No. 149)
- Hammer of Dorn Terminator Pad (Product No. 150)
- V Power Armor Pad (Product No. 151)
- V Terminator Pad (Product No. 152)
- Power Armor Shoulder Pad for Scythes of the Emperor (Product No. 153)
- Scythes of the Emperor Terminator Shoulder Pad (Product No. 154)
- Scaled Rimless Power Armor Pad (Product No. 155)
- Scaled Tactical Power Armor Pad (Product No. 156)
- Scaled with Rim Power Armor Shoulder Pad (Product No. 157)
- Shrike Conversion Kit for Tyranid Warrior Models (Product No. 159)
- Dark Elf Arch Torturess (Product No. 160)
- Heraldic Knight Shoulder Pads (Product No. 163)

**Under Argument V, "Chapterhouse's use of Games Workshop's alleged trademarks is nominative fair use," Chapterhouse requests judgment as a matter of law or, in the alternative, a new trial limited to this issue for the following alleged marks:**

- Adeptus Mechanicus (Mark No. 1)
- Flesh Tearers (Mark No. 17)
- Genestealer (Mark No. 19)
- Howling Griffons (Mark No. 25)
- Imperial Guard (Mark No. 27)
- Iron Hands (Mark No. 29)
- Land Raider (Mark No. 30)
- Predator (Mark No. 35)
- Rhino (Mark No. 36)
- Salamander (Mark No. 37)
- Soul Drinker (Mark No. 39)
- Stormraven (Mark No. 41)
- Storm Shield (Mark No. 42)
- Techmarine (Mark No. 44)
- Thousand Sons (Mark No. 47)
- Thunder Hammer (Mark No. 48)
- Tyrant (Mark No. 49)
- Tyranid (Mark No. 50)
- Tyranid Warrior (Mark No. 51)
- Flesh Tearers Icon (Mark No. 53)
- Imperial Fists Icon (Mark No. 54)
- Legion of the Damned Icon (Mark No. 55)
- Space Marine Tactical Squad Icon (Mark No. 57)
- Space Marine Devastator Squad Icon (Mark No. 58)
- Iron Hands Icon (Mark No. 59)
- Space Wolves Icon (Mark No. 60)
- Salamanders Icon (Mark No. 61)
- Space Marine Assault Squad Icon (Mark No. 62)
- Blood Ravens (Mark No. 6, Verdict Form B.2)
- Exorcist (Mark No. 7, Verdict Form B.2)
- Jump Pack (Mark No. 9, Verdict Form B.2)
- Mycetic Spore (Mark No. 11, Verdict Form B.2)
- Tervigon (Mark No. 12, Verdict Form B.2)
- Ymgarl (Mark No. 15, Verdict Form B.2)
- Exorcist Skull Icon (Mark No. 16, Verdict Form B.2)
- Iron Snakes Icon (Mark No 18, Verdict Form B.2)
- Soul Drinkers Icon (Mark No. 19, Verdict Form B.2)
- Scythes of the Emperor Icon (Mark No. 20, Verdict Form B.2)

- Hammer of Dorn Icon (Mark No. 21, Verdict Form B.2)

**Under Argument VI, "GW's alleged marks are not valid trademarks," Chapterhouse requests judgment as matter of law or, in the alternative, a new trial limited to this issue, for the following alleged marks:**

- 40K (Mark No. 3)
- 40,000 (Mark No. 4)
- Dark Angels (Mark No. 6)
- Adeptus Mechanicus (Mark No. 1)
- Assault SpaceMarine (Mark No. 2)
- Black Templars (Mark No. 4)
- Blood Angels (Mark No. 5)
- Crimson Fists (Mark No. 9)
- Drop Pod (Mark No. 13)
- Flesh Tearers (Mark No. 17)
- Gaunt (Mark No. 18)
- Genestealer (Mark No. 19)
- Heavy Bolter (Mark No. 20)
- Hive Tyrant (Mark No. 23)
- Howling Griffons (Mark No. 25)
- Imperial Fists (Mark No. 26)
- Imperial Guard (Mark No. 27)
- Inquisition (Mark No. 28)
- Iron Hands (Mark No. 29)
- Land Raider (Mark No. 30)
- Legion of the Damned (Mark No. 32)
- Librarian (Mark No. 33)
- Predator (Mark No. 35)
- Rhino (Mark No. 36)
- Salamander (Mark No. 37)
- Soul Drinker (Mark No. 39)
- Space Wolves (Mark No. 40)
- Stormraven (Mark No. 41)
- Storm Shield (Mark No. 42)
- Tactical Space Marine (Mark No. 43)
- Techmarine (Mark No. 44)
- Terminator (Mark No. 46)
- Thousand Sons (Mark No. 47)
- Thunder Hammer (Mark No. 48)
- Tyrant (Mark No. 49)
- Tyranid (Mark No. 50)
- Tyranid Warrior (Mark No. 51)
- Flesh Tearers Icon (Mark No. 53)

- Imperial Fists Icon (Mark No. 54)
- Legion of the Damned Icon (Mark No. 55)
- Space Marine Tactical Squad Icon (Mark No. 57)
- Space Marine Devastator Squad Icon (Mark No. 58)
- Iron Hands Icon (Mark No. 59)
- Space Wolves Icon (Mark No. 60)
- Salamanders Icon (Mark No. 61)
- Space Marine Assault Squad Icon (Mark No. 62)
- Heavy Flamer (Mark No. 2, Verdict Form B.2)
- Lascannon (Mark No. 4, Verdict Form B.2)
- Blood Ravens (Mark No. 6, Verdict Form B.2)
- Exorcist (Mark No. 7, Verdict Form B.2)
- Jump Pack (Mark No. 9, Verdict Form B.2)
- Lightning Claw (Mark No. 10, Verdict Form B.2)
- Mycetic Spore (Mark No. 11, Verdict Form B.2)
- Tervigon (Mark No. 12, Verdict Form B.2)
- Ymgarl (Mark No. 15, Verdict Form B.2)
- Exorcist Skull Icon (Mark No. 16, Verdict Form B.2)
- Iron Snakes Icon (Mark No. 18, Verdict Form B.2)
- Soul Drinkers Icon (Mark No. 19, Verdict Form B.2)
- Scythes of the Emperor Icon (Mark No. 20, Verdict Form B.2)
- Hammer of Dorn Icon (Mark No. 21, Verdict Form B.2)

**Under Argument VIII, "Chapterhouse is entitled to judgment in its favor on those products and marks dropped from the verdict form by Games Workshop at the end of the case," Chapterhouse requests judgment as a matter of law for the following alleged products and marks. Because these alleged marks did not appear on the verdict form, they are unnumbered:**

- Deathwatch Ruinic (Product No. 9)
- Aquila
- Eagle
- Games Workshop
- GW
- Cadian
- Eldar Seer Council
- MK II Armor
- Melta
- Plasma