# EXHIBIT B

# FILE NOTE

| | |
|---|---|
| Case Ref: | 10591 |
| Client: | **Games Workshop Limited** |
| Action: | **Send E-mail** (to : JamesFry@eversheds.com) |
| Date: | 30/09/2010 |
| Time: | 13:44:01 |
| Handler: | **Gill Stevenson** |
| Typist: | GLS |
| No. of Units: | 0 |
| Cost Value: | 0.00 |
| Correspondent: | **Client (Games Workshop Limited)** |

DETAILS

Our ref:10591

And another one who clearly is not confused!

Gill.

Gill Stevenson
Legal Manager
Group Legal Department
Games Workshop Group PLC
Tel: +44 (0)115 900 4124

---

From: Iain Hicken [mailto:iain_a_h@hotmail.com]
Sent: 22 September 2010 09:38
To: Legal (UK)
Subject: Chapterhouse Studios

Thought you may find this link of interest.

I'm don't usually care if someone is doing something 'Gw style' but (Continued ...)

EXHIBIT #89 3-9-12 TB

DEFENSE EXHIBIT DX-171

Confidential

GW0005559

DX-171.0001

there is a line and for me this has crossed it.

http://theminiaturespage.com/news/483020/

Thanks,
Iain

Confidential                                                                                              GW0005560