# EXHIBIT C

# FILE NOTE

| | |
|---|---|
| Case Ref: | 10591 |
| Action: | Unknown action type (IE) |
| Date: | 16/10/2009 |
| Time: | 11:24:55 |
| Handler: | Talima Fox |
| Typist: | GLS |
| No. of Units: | 1 |
| Cost Value: | £0.00 |
| Correspondent: | |

## DETAILS

Unsolicited correspondence received:
Subject: FW: GW IP
Detail:


Our ref:


Gill Stevenson
Legal Manager
Group Legal Department
Games Workshop Group PLC
Tel: +44 (0)115 900 4124

---

From: Wil and Vicky [mailto:pen_filia@yahoo.co.uk]
Sent: 16 October 2009 09:14
To: Legal (UK)
Subject: GW IP


http://chapterhousestudios.com/webshop/component/virtuemart/?page=shop.browse&category_id=4

Hi, I've just found this website and they are offering their own resin cast conversion kits for space marine rhino and land raider

(Continued ...)



PLAINTIFF EXHIBIT PX-107

tanks along with a few other GW things. I don't know if they are doing this under license, but thought you may want to take a look at this just in case.

Kind Regards

Vicky

# FILE NOTE

| | |
|---|---|
| Case Ref: | 10591 |
| Action: | Unknown action type (IE) |
| Date: | 30/09/2009 |
| Time: | 10:35:21 |
| Handler: | Gill Stevenson |
| Typist: | TF |
| No. of Units: | 1 |
| Cost Value: | £0.00 |
| Correspondent: | |

## DETAILS

Unsolicited correspondence received:
Subject: Fw: Chapterhouse Studios
Detail:

----- Forwarded Message ----
From: ALAN RICHMOND <alanrichmond879@btinternet.com>
To: legal@games-workshop.co.uk
Sent: Sunday, 27 September, 2009 10:33:52 AM
Subject: Chapterhouse Studios

Dear Sir / Madam

I have recently come across this website (http://chapterhousestudios.com/webshop/) selling conversion bits for Games Workshop kits, but they are using Games Workshop trademarks in their product names, as well as iconography that looks remarkably similar to some stuff I've seen produced by yourselves. I'm looking at their Space Marine shoulder pads nere (Salamander, Luna Wolves etc) which look reasonable enough, but perhaps lack the sharpness and detail of 'official' GW products...

My question is are they legit. Is what they doing even legal, or does it infringe on your IP / trademark policies.

Hope this of use, and I look forward to hearing from you.

Kind regards

Alan Richmond

# FILE NOTE

| | |
|---|---|
| Case Ref: | 10591 |
| Action: | Unknown action type (IE) |
| Date: | 15/02/2010 |
| Time: | 12:47:15 |
| Handler: | Talima Fox |
| Typist: | GLS |
| No. of Units: | 1 |
| Cost Value: | £0.00 |
| Correspondent: | |

## DETAILS

Unsolicited correspondence received:
Subject: Is this legal?
Detail:
http://chapterhousestudios.com/webshop/component/virtuemart/?page=shop.browse&category_id=7

I was thinking of the power fist and the leg parts for the Chaplain.
They are clearly Citadel parts with added details sculpted to them.

Is this legal?

Regards // Andreas Bergman

---

Hitta kärleken! Klicka här MSN Dejting
<http://dejting.se.msn.com/channel/index.aspx?trackingid=1002952>