# EXHIBIT D

# Chapterhouse Studios
## Specializing in Custom Sculpts and Bits for Warhammer 40,000 and Fantasy

Show cart...
Your cart is empty.

| Home | News | About us | Contact | Order Status and Shipping | Customer Comments | Gallery |

## Our Store

- Infantry and Shoulder Pad Bits compatible with Space Marine® models
- Heads compatible with Space Marines®
- 28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models
- Vehicle Replacement Part Kits that fit on Games Workshop Models
- Bits/Conversion kits compatible with Eldar armies
- Bits/Conversion kits compatible with Tyranids
- Bits/Conversions for 28mm for imperial guard
- Super Heavy Vehicle Kits

List All Products

**Product Search**

[ Search ]

Advanced Search

**Username**

**Password**

Remember me ☑
[ Login ]

Lost Password?
Forgot your username?
No account yet? Register

We accept Paypal!


## Welcome to ChapterHouseStudios

Chapterhouse Studios is the work of two hobbyists who have decided to take their love of the games of 40k and fantasy to a new level. What began as a journey into the intricacies of green stuff sculpting and casting resin in our garage has culminated into the wonderful website you see now. [Read more...]

### Categories


Infantry and Shoulder Pad Bits compatible with Space Marine® models


Heads compatible with Space Marines®


28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models


Vehicle Replacement Kits that fit on Games Workshop Models


Bits/Conversion kits compatible with Eldar armies


Bits/Conversion kits compatible with Tyranids


Bits/Conversions for 28mm for imperial guard


Super Heavy Vehicle Kits

### Latest Products

**Rapid Response Wheeled Kit for Chimera**

$14.00
Add to Cart

**Death Angel Doors for Space Marine Land Raider kit**

$11.50
Add to Cart

**Gun-Halberd Weapon (5)**

$6.00
Add to Cart

CHS00001062

## News

### Shipping delays on Wheeled Chimera Kit, Conversion Beamers and Death Angel Doors

Due to unforeseen delays with one of the resin casting companies that makes our newest kits, we are behind on shipping the Wheeled Chimera conversion kits, Beamer Conversion kits and the Death Angel Land Raider door kits.

I am working on having another company also produce these pieces and they will be tooling up ASAP to do so (this would mean 2 casting companies producing these pieces till we catch up). A safe estimate to get those orders out would be 2-4 weeks. Obviously the earlier you had your order in the earlier your order will be shipped.

This delay has also affected the Storm Raven TRU-Scale kit as well, and we are shipping the pre-orders out as soon as possible (about 80% complete). I will not be putting the Storm Raven conversion kit for general sale until I have a reserve stock of at least 50 kits on hand for immediate sell. Pre-orders on these were beyond my expectations.

If anyone wishes to cancel or modify their outstanding orders due to the unforeseen delay, please contact me at nick@chapterhousestudios.com and I will do my best to help you.

Sincerely,

Nick Villacci - Chapterhousestudios.com

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.

Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Webdesign and hosting by Mahonlap.com



SSL certificates

Archived by Cloud Preservation(TM) on Fri Aug 05, 2011 at 05:45:37 AM GMT
http://www.chapterhousestudios.com/webshop/home

CHS00001063