# EXHIBIT E



Shopping Cart | Checkout

**PRODUCTS**

- Dark Elf & Eldar Compatible Kits
- Eldar Compatible Bits
- Imperial Guard Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Lizard Man Fantasy Figures
- Space Marine Compatible Bits
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS

Search



**PRESENTING:**
Custom Sculpt
ChapterHouse Studios Miniatures

ChapterHouse is excited to enter the world of full miniature sculpting! Our line of full metal models will be constantly growing so keep an eye on this space, or head on over to the CH forums to discuss what you would like to see next!

▶ Learn more

Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

### Welcome to ChapterHouse Studios

ChapterHouse Studios specializes in the creation of high end resin and metal miniature kits and parts applicable for use in a wide variety of Fantasy and Sci-fi Roleplaying and Wargaming. Our mission is to help address public demand for unavailable parts and iconography with the highest standards possible. As our company grows, so to does our ambition, and in the upcoming months we will be introducing some truly fantastic conversion kits and brand new miniatures! We can't wait to share our new work with you, so stay tuned!

### Featured


**TRU-Scale Knight Praetorius Conversion Kit - 6**
$22.50


**Javelin Imperial Jet Bike**
$14.00


**Shrike Conversion Kit for Tyranid Warrior Models**
$9.00









This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept   About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy     2011 ChapterHouse Studios®

CHS00028507