# EXHIBIT F



GW0018288

**PLAINTIFF EXHIBIT**
PX-956

# WARHAMMER 40,000

**Assault squads are equipped with close combat weapons such as bolt pistols and chainswords. Their jump packs enable them to strike hard and fast, leaping over difficult terrain to quickly engage the enemy. There are few adversaries who can withstand them once they are caught in bloody melee.**

BLACK TEMPLARS ASSAULT MARINE

DARK ANGELS ASSAULT MARINE

BLOOD ANGELS ASSAULT MARINE

**'EAVY METAL®**

**Colours listed are a guide only as models shown are often painted using mixed colours.**

*Boltgun Metal* · *Golden Yellow* · *Blood Red* · *Chaos Black* · *Ultramarines Blue* · *Goblin Green*

| | | |
|---|---|---|
| Ultramarines Blue | Boltgun Metal | Blood Red |
| Chaos Black | Golden Yellow | Goblin Green |

**Product Code: 60 12 01 01 007**
UK Space Marine Assault Squad Sleeve
**Component Code: 60 25 01 01 015**

This box contains a squad of 5 Space Marine Assault troops. These plastic miniatures are supplied unassembled and unpainted. Before you glue the models together, clean and trim each part with clippers, a Citadel file or a sharp modelling knife. Glue and paint not included.
**Models designed by Jes Goodwin.** 'Eavy Metal is a trademark of Games Workshop Ltd. registered in the UK and other countries. © Copyright Games Workshop Ltd., 1998.