# EXHIBIT H



PLAINTIFF
EXHIBIT
PX-1009

GW0019016