# EXHIBIT L



# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC,<br><br>Defendant. | 10C 8103<br><br>**FILED**<br>JUN 1 4 2013<br>JUDGE MATTHEW F. KENNELLY<br>UNITED STATES DISTRICT COURT |

**VERDICT FORM**

We, the jury, find as follows on the claims of plaintiff Games Workshop Ltd. against defendant Chapterhouse Studios LLC:

**A.   Copyright Infringement claims**

As to each Chapterhouse product listed below, under the "Copyright Infringement" heading, check "Yes" if you find that Games Workshop has proven infringement by a preponderance of the evidence, and check "No" if you find that Games Workshop has not proven infringement by a preponderance of the evidence.

If you check "No" under the Copyright Infringement heading on a particular product, do not check either "Yes" or "No" under the "Fair Use" heading.

If you check "Yes" under the Copyright Infringement heading on a particular product, then you should proceed to consider Chapterhouse's defense of fair use. Under the Fair Use heading, check "Yes" if you find that Chapterhouse has proven fair use by a preponderance of the evidence, and check "No" if you find that Chapterhouse has not proven fair use by a preponderance of the evidence.

| Chapterhouse Products | Copyright Infringement | | Fair Use | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| 1-Eagle Thunder Hammer | | ✓ | | |
| 2-Shoulder Pad with Shield and Studs for 28 mm marine - Tactical | | ✓ | | |
| 3-Skull or Chaplain Head or Bit for Power Armor | ✓ | | | ✓ |
| 4-Shoulder Pad for Blood Eagle – Tactical | | ✓ | | |
| 5-Shoulder Pads for Blood Eagle – Terminator | | ✓ | | |
| 6-Left Arm Shoulder Pad Bit Tactical for Celestial Lions Players | | ✓ | | |
| 7-Right Arm Tactical Shoulder Pad for Celestial Lions Players | | ✓ | | |
| 10-Power Armour Pad for Exorcist Players | ✓ | | | ✓ |
| 11-Terminator pad for Exorcist Marine | ✓ | | | ✓ |
| 12-Sawblade Shoulder Pad & Jewel | ✓ | | | ✓ |
| 13- Terminator Should Pad for Flesh Tearers | | ✓ | | |
| 14-Howling Griffon Style Marine Shoulder Pads 28mm | ✓ | | ✓ | |
| 17-Iron Snake Compatible Shoulder Pad – Tactical | ✓ | | | ✓ |
| 18-Iron Snake Compatible Shoulder Pad – Terminator | ✓ | | | ✓ |
| 19-Shoulder Pad w/ Studs and Skull for 28mm marine – Tactical | ✓ | | | ✓ |
| 20-Shoulder Pad w/ Skull and Flames for 28mm marine – Tactical | ✓ | | | ✓ |
| 21-Shoulder Pad Star Fox or Wolf Tactical | | ✓ | | |
| 22-Shoulder Pad Star Fox or Wolf Terminator | | ✓ | | |

| Chapterhouse Products | Copyright Infringement | | Fair Use | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| 23- Shoulder Pads for Chalice or Soul Drinker – Tactical | ✓ | | | ✓ |
| 24-Shoulder Pads for Chalice or Soul Drinker – Terminator | ✓ | | | ✓ |
| 27-Dragon or Salamander Power Fist | | ✓ | | |
| 31-Dragon or Salamandaer Thunder Hammer | | ✓ | | |
| 34-Combi Weapons Magnetic Kit (melta gun) | | ✓ | | |
| 35-Conversion Kit for Farseer Jetbike Rider | | ✓ | | |
| 36-Conversion Kit for Warlock Jetbike Rider | | ✓ | | |
| 37-Tervigon Kit to Upgrade Carnifex | ✓ | | | ✓ |
| 43-28mm Ymgarl model Heads | | ✓ | | |
| 45- SXV-141 Super-Heavy Assualt Walker SAW | | ✓ | | |
| 46-Assault Shoulder Pad with number 7 | ✓ | | | ✓ |
| 47-Assault Shoulder Pad with number 8 | ✓ | | | ✓ |
| 48-Assault Shoulder Pad – Plain | ✓ | | ✓ | |
| 49-Crested Marine Shoulder Pad | ✓ | | | ✓ |
| 50-Devastator Shoulder Pad | ✓ | | ✓ | |
| 51-IX Devastator Marine Should Pad 28mm | ✓ | | | ✓ |
| 52-X Devastator Shoulder Pad for 28mm marine players | ✓ | | | ✓ |
| 53-First Squad or I Shoulder Pads – tactical | ✓ | | ✓ | |
| 54-Generic Power Armour Shoulder Pad 28mm | ✓ | | | ✓ |
| 55-Smooth Shoulder Pad for 28mm tactical – marine | ✓ | | | ✓ |
| 56-Tactical Shoulder Pad 28mm marines | ✓ | | ✓ | |

3

| Chapterhouse Products | Copyright Infringement | | Fair Use | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| 57-Tactical Shoulder Pad for 28mm marine with number 1 | ✓ | | | ✓ |
| 58- Tactical Shoulder Pad for 28mm marine with number 2 | ✓ | | | ✓ |
| 59-Tactical Shoulder Pad for 28mm marine with number 3 | ✓ | | | ✓ |
| 60-Tactical Shoulder Pad for 28mm marine with number 4 | ✓ | | | ✓ |
| 61-Tactical Shoulder Pad for 28mm marine with number 5 | ✓ | | | ✓ |
| 62-Tactical Shoulder Pad for 28mm marine with number 5 | ✓ | | | ✓ |
| 63-Salamanders or Dragon Drop Pod Armour or Door Panel | | ✓ | | |
| 64- Salamander Dragon Skull Shoulder Pad Bit – Tactical | | ✓ | | |
| 65-Salamanders Dragon Skull Shoulder Pad – Space Marine Terminator | | ✓ | | |
| 66-Salamander Dragon Hammer – Smooth | ✓ | | ✓ | |
| 67-Salamander or Dragon Head Bit for 28mm Marine | | ✓ | | |
| 68-Banded Tech Pad - Power Armor Power | ✓ | | | ✓ |
| 69-Cog Shoulder Pad - Power Armor | ✓ | | ✓ | |
| 73-Banded Armor Pad – Terminator | ✓ | | | ✓ |
| 74-Banded Shoulder Pads Power Armor Compatible | ✓ | | | ✓ |
| 75-Studded Rimmed Shoulder Pad MKV | ✓ | | | ✓ |
| 76-Five (5) Heresy Era Jump Pack 28mm | ✓ | | | ✓ |
| 78- MK I Heresy Era for 28mm Marines "Thunder Armor" Shoulder Pad | ✓ | | | ✓ |
| 79-Spikey Heresy Heads for 28mm | ✓ | | | ✓ |

4

| Chapterhouse Products | Copyright Infringement | | Fair Use | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| 80-Studded Power Armor Pad for MK 5 | ✓ | | | ✓ |
| 82- Wolf Rhino Conversion Kit | ✓ | | | ✓ |
| 83-Storm Combat Space Tech Shield for Wolves | | ✓ | | |
| 87-"Heresy" Armoured Drop Pod Door | | ✓ | | |
| 90-Armored Door and Armor Kit for Rhino Tank | | ✓ | | |
| 94-Dragon or Salamander Style Kit(fits on Space Marine Rhino) | ✓ | | ✓ | |
| 95-Mycetic Spore | | ✓ | | |
| 97-Scarab Shoulder Pads for Thousand Sons Players - Power Armor | ✓ | | ✓ | |
| 98-Starburst Shoulder Pad for 28mm Marines - Power Armor | ✓ | | ✓ | |
| 99-Shoulder Pad for Mantis Warriors Marines - Power Armor | ✓ | | ✓ | |
| 100-Shoulder Pad for Mantis Warriors Marines – Terminator | ✓ | | ✓ | |
| 101-Shoulder Pad for Blood Ravens Marines – Terminator | | ✓ | | |
| 102-Shoulder Pad for Blood Ravens Marines -Power Armor | | ✓ | | |
| 103-Dragon Door Kit (fits on Space Marine Rhino) | ✓ | | ✓ | |
| 104-Wolf Rhino Conversion #2 Kit | ✓ | | | ✓ |
| 106-Iron Snake Conversion Kit (fits on Space Marine Rhino) | ✓ | | | ✓ |
| 108-Doomseer Iyanar-Duanna | ✓ | | | ✓ |

5

| Chapterhouse Products | Copyright Infringement | | Fair Use | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| 111-Tru-Scale Conversion Kit for the Games Workshop Storm Raven | | ✓ | | |
| 112-Gun-Halberd Weapon | ✓ | | | ✓ |
| 113-Conversion Beamer Servo Harness Kit for Space Marine Model | ✓ | | | ✓ |
| 114-Death Angel Doors for Space Marine Land Raider Kit | | ✓ | | |
| 117- SCAR Lasguns 28mm | | ✓ | | |
| 121-Javelin Imperial Jet Bike | | ✓ | | |
| 123-Armana'serq Scorpion Warrior Priestess | ✓ | | | ✓ |
| 128-Hotshot Lasgun Pack | | ✓ | | |
| 129-Iconoclast Conversion kit for Space Marine Land Raider | | ✓ | | |
| 130-Magnetic Turret Kit for the Storm Raven | | ✓ | | |
| 131-Magnetic Turret Kit for the Razorback | ✓ | | ✓ | |
| 132-Open-Fisted Power Claws compatible with Games Workshop Space Marine model | ✓ | | | ✓ |
| 133-Close-Fisted Power Claws compatible with Games Workshop Space Marine model | ✓ | | | ✓ |
| 134-Pilum Imperial Attack Jet Bike | | ✓ | | |
| 135-Alternative Heads for Tau Crisis Suits – Set #1 | | ✓ | | |
| 136-Alternative Heads for Tau Crisis Suits – Set #2 | | ✓ | | |
| 137-Heresy-Era Shoulder Pads for Terminators Type E | ✓ | | ✓ | |
| 138-Heresy-Era Shoulder Pads for Terminators Type D | ✓ | | ✓ | |

6

| Chapterhouse Products | Copyright Infringement | | Fair Use | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| 139-Heresy-Era Shoulder Pads for Terminators Type B | ✓ | | ✓ | |
| 140-Heresy-Era Shoulder Pads for Terminators Type C | | ✓ | | |
| 141-Heresy-Era Shoulder Pads for Terminators Type A | | ✓ | | |
| 142-TRU-Scale Knight Praetorius "Order of the Empress's Tears" Conversion Kit | ✓ | | | ✓ |
| 143-TRU-Scale Knight Praetorius Conversion Kit | ✓ | | | ✓ |
| 144-Lizard-Ogre with Ax | | ✓ | | |
| 145-Lizard-Ogre with Club | | ✓ | | |
| 146-Iron Hand Nut Power Armor Pad | | ✓ | | |
| 147-Iron Hand Nut Terminator Pad | | ✓ | | |
| 148-Winged Skull Power Armor Pad | ✓ | | ✓ | |
| 149-Hammer of Dorn Pad | ✓ | | | ✓ |
| 150-Hammer of Dorn Terminator Pad | ✓ | | | ✓ |
| 151-V Power Armor Pad | ✓ | | ✓ | |
| 152-V Terminator Pad | ✓ | | ✓ | |
| 153-Power Armor Shoulder Pad for Scythes of the Emperor | ✓ | | | ✓ |
| 154-Scythes of the Emperor Terminator Shoulder Pad | ✓ | | | ✓ |
| 155-Scaled Rimless Power Armor Pad | ✓ | | ✓ | |
| 156-Scaled Tactical Power Armor Pad | ✓ | | ✓ | |
| 157-Scaled with Rim Power Armor Shoulder Pad | ✓ | | ✓ | |

| Chapterhouse Products | Copyright Infringement | | Fair Use | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| 158-Hot Shot Lasgun Pack | | ✓ | | |
| 159-Shrike Conversion Kit for Tyranid Warrior Models | ✓ | | | ✓ |
| 160-Dark Elf Arch Torturess | ✓ | | | ✓ |
| 163-Heraldic Knight Shoulder Pads | ✓ | | ✓ | |

If there are any Chapterhouse products for which you answered "Yes" for Copyright Infringement and "No" for Fair Use, you should continue and determine damages. Otherwise, you should skip the question of damages and proceed to Section B regarding Trademark Infringement.

What is the amount of damages you find Games Workshop entitled to for Chapterhouse's profits from its infringement of Games Workshop's Copyrights:

$ 25,000.00

**B.     Trademark Infringement claims**

*1.     Trademarks on which the Court has previously ruled that Games Workshop owns the trademark.*

For each of the trademarks listed in this section, the Court has previously ruled that Games Workshop owns the trademark. For each of these trademarks, under the "Trademark Infringement" heading, check "Yes" if you find that Games Workshop has proven infringement by a preponderance of the evidence, and check "No" if you find that Games Workshop has not proven infringement by a preponderance of the evidence.

8

If you check "No" under the Trademark Infringement heading on a particular product, do not check either "Yes" or "No" under the "Fair Use" heading.

If you check "Yes" under the Trademark Infringement heading on a particular product, then you should proceed to consider Chapterhouse's defense of fair use. Under the Fair Use heading, check "Yes" if you find that Chapterhouse has proven fair use by a preponderance of the evidence, and check "No" if you find that Chapterhouse has not proven fair use by a preponderance of the evidence.

| Games Workshop Trademarks | Trademark Infringement | | Fair Use | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| 1-Warhammer | ✓ | | ✓ | |
| 2- [WARHAMMER 40,000 logo] | | ✓ | | |
| 3-40K | ✓ | | ✓ | |
| 4-40,000 | ✓ | | ✓ | |
| 5-Eldar | ✓ | | ✓ | |
| 6-Dark Angels | ✓ | | ✓ | |
| 7-Space Marine | ✓ | | ✓ | |
| 8-Tau | ✓ | | ✓ | |
| 9- [Imperial Aquila logo] | | ✓ | | |
| 1-Adeptus Mechanicus | ✓ | | | ✓ |
| 2-Assault SpaceMarine | ✓ | | ✓ | |

| Games Workshop Trademarks | Trademark Infringement | | Fair Use | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| 3- Alpha Legion | | ✓ | | |
| 4- Black Templars | ✓ | | ✓ | |
| 5-Blood Angels | ✓ | | ✓ | |
| 6-Carnifex | | ✓ | | |
| 7-Chaos Space Marines | | ✓ | | |
| 8-Chimera | | ✓ | | |
| 9-Crimson Fists | ✓ | | ✓ | |
| 10-Death Watch | | ✓ | | |
| 11-Devastator Space Marine | | ✓ | | |
| 12- Dreadnought | | ✓ | | |
| 13- Drop Pod | ✓ | | ✓ | |
| 14-Eldar Farseer | | ✓ | | |
| 15-Eldar Jet Bike | | ✓ | | |
| 16-Eldar Warlock | | ✓ | | |
| 17-Flesh Tearers | ✓ | | | ✓ |
| 18-Gaunt | ✓ | | ✓ | |
| 19-Genestealer | ✓ | | | ✓ |
| 20-Heavy Bolter | ✓ | | ✓ | |
| 21-Heresy Armour | | ✓ | | |
| 22-High Elf | | ✓ | | |
| 23-Hive Tyrant | ✓ | | ✓ | |

| Games Workshop Trademarks | Trademark Infringement | | Fair Use | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| 24-Horus Heresy | | ✓ | | |
| 25-Howling Griffons | ✓ | | | ✓ |
| 26-Imperial Fists | ✓ | | ✓ | |
| 27-Imperial Guard | ✓ | | | ✓ |
| 28-Inquisition | ✓ | | ✓ | |
| 29-Iron Hands | ✓ | | | ✓ |
| 30-Land Raider | ✓ | | | ✓ |
| 31-Land Speeder | | ✓ | | |
| 32-Legion of the Damned | ✓ | | ✓ | |
| 33-Librarian | ✓ | | ✓ | |
| 34-Mk V Armour | | ✓ | | |
| 35-Predator | ✓ | | | ✓ |
| 36-Rhino | ✓ | | | ✓ |
| 37-Salamander | ✓ | | | ✓ |
| 38-Striking Scorpion | | ✓ | | |
| 39-Soul Drinker | ✓ | | | ✓ |
| 40-Space Wolves | ✓ | | ✓ | |
| 41-Stormraven | ✓ | | | ✓ |
| 42-Storm Shield | ✓ | | | ✓ |
| 43-Tactical Space Marine | ✓ | | ✓ | |
| 44-Techmarine | ✓ | | | ✓ |

11

| Games Workshop Trademarks | Trademark Infringement | | Fair Use | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| 45-Termagants | | ✓ | | |
| 46-Terminator | ✓ | | ✓ | |
| 47-Thousand Sons | ✓ | | | ✓ |
| 48-Thunder Hammer | ✓ | | | ✓ |
| 49-Tyrant | ✓ | | | ✓ |
| 50-Tyranid | ✓ | | | ✓ |
| 51-Tyranid Warrior | ✓ | | ✓ | |
| 52-Blood Angels Icon | | ✓ | | |
| 53-Flesh Tearers Icon | ✓ | | | ✓ |
| 54-Imperial Fists Icon | ✓ | | | ✓ |
| 55-Legion of the Damned Icon | | | | |

| Games Workshop Trademarks | Trademark Infringement | | Fair Use | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| | ✓ | | | ✓ |
| 56-Tau Empire Icon | | ✓ | | |
| 57-Space Marine Tactical Squad Icon | ✓ | | | ✓ |
| 58-Space Marine Devastator Squad Icon | ✓ | | | ✓ |
| 59-Iron Hands Icon | ✓ | | | ✓ |
| 60-Space Wolves Icon | ✓ | | | ✓ |

13

| Games Workshop Trademarks | Trademark Infringement | | Fair Use | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| 61-Salamanders Icon | ✓ | | | ✓ |
| 62-Space Marine Assault Squad Icon | ✓ | | | ✓ |

### 2. Trademarks on which there has been no previous ruling regarding whether Games Workshop owns the trademark.

For each of the trademarks listed in this section, there has been no previous ruling regarding whether Games Workshop owns the trademark. For each of these trademarks, under the "Trademark Infringement" heading, check "Yes" if you find that Games Workshop has proven infringement by a preponderance of the evidence, and check "No" if you find that Games Workshop has not proven infringement by a preponderance of the evidence.

If you check "No" under the Trademark Infringement heading on a particular product, do not check either "Yes" or "No" under the "Fair Use" heading.

If you check "Yes" under the Trademark Infringement heading on a particular product, then you should proceed to consider Chapterhouse's defense of fair use. Under the Fair Use heading, check "Yes" if you find that Chapterhouse has proven fair use by a preponderance of the evidence, and check "No" if you find that Chapterhouse has not proven fair use by a preponderance of the evidence.

| Games Workshop Trademarks | Trademark Infringement | | Fair Use | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| 1-Assault Cannon | | ✓ | | |
| 2-Heavy Flamer | ✓ | | ✓ | |
| 3-Iconoclast | | ✓ | | |
| 4-Lascannon | ✓ | | ✓ | |
| 5-Power Claw | | ✓ | | |
| 6-Blood Ravens | ✓ | | | ✓ |
| 7-Exorcist | ✓ | | | ✓ |
| 8-Jetbike | | ✓ | | |
| 9-Jump Pack | ✓ | | | ✓ |
| 10-Lightning Claw | ✓ | | ✓ | |
| 11-Mycetic Spore | ✓ | | | ✓ |
| 12-Tervigon | ✓ | | | ✓ |
| 13-Tyranid Bonesword | | ✓ | | |
| 14-Tryanid Lashwhip | | ✓ | | |
| 15-Ymgarl | ✓ | | | ✓ |
| 16-Exorcist Skull Icon | ✓ | | | ✓ |
| 17-Howling Griffons Icon | | ✓ | | |

| Games Workshop Trademarks | Trademark Infringement | | Fair Use | |
|---|---|---|---|---|
| | Yes | No | Yes | No |
| 18-Iron Snakes Icon | ✓ | | | ✓ |
| 19-Soul Drinkers Icon | ✓ | | | ✓ |
| 20-Scythes of the Emperor Icon | ✓ | | | ✓ |
| 21-Hammer of Dorn Icon | ✓ | | | ✓ |

Please sign and date the verdict form on the next page.

Please sign and date the form below:

_____  _____
Presiding juror              Madison E. Gayda

_____  _____

_____  _____
William M. Potter            Juanita Mora

_____  _____
Lynne Inglesby

_____  _____
                             Marian B. Stenner

_____  _____
                             Gina M. Barger

Date: June 14, 2013

17