**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:10-cv-08103 |
| v. | ) |
| | ) |
| CHAPTERHOUSE STUDIOS LLC, | ) |
| | ) Judge Matthew F. Kennelly |
| Defendant. | ) |

**DECLARATION OF SARAH J. KALEMERIS**

I, Sarah J. Kalemeris, being duly sworn on oath, depose and state:

1. I am an associate with the law firm of Marshall, Gerstein & Borun LLP and am one of the attorneys of record for Defendant, Chapterhouse Studios LLC ("Chapterhouse"), in the above-captioned matter. I am a member in good standing of the Bar of this Court.

2. I have personal knowledge of the Bill of Costs which is filed with this Declaration.

3. The costs contained and summarized in the Bill of Costs are correct, were reasonably and necessarily incurred in the case, and the services for which fees were charged were actually and necessarily performed.

4. The list of costs does not include all expenses incurred by Chapterhouse in litigating this action. Rather, Chapterhouse claims only those items that are taxable and for which expenses could be ascertained with reasonable certainty.

5. Exhibit J to the Bill of Costs lists the fees for printed or electronically recorded transcripts necessarily obtained for use in this case. Pursuant to Local Rule 54.1(b), these costs are properly taxable as costs against the adverse party. The costs listed are that of the Deposition

1

2

of Martin Footitt, video of which was played at trial. $1,120.50 reflects costs of videotaping the deposition, a taxable expense pursuant to 28 U.S.C. § 1920(2). Similarly, $236.00 is for court reporter attendance, also taxable pursuant to § 1920(2). $846.40 of this expense is for the costs of obtaining a transcript, which is within the permissible expense range for a transcript with an additional copy. $214.80 reflects the cost of scanning and printing the exhibits used in this deposition, a taxable expense under § 1920(4). Finally, $117.00 reflects additional necessary costs in taking this deposition.

6. Exhibit K to the Bill of Costs lists the costs of airfare for Robert Lippman, a witness who testified live at trial. These costs are properly taxable pursuant to 28 U.S.C. § 1821(c)(1).

I declare under the penalty of perjury that the foregoing is true and accurate.

Dated:  July 18, 2013                                                     By: /s Sarah J. Kalemeris

## **CERTIFICATE OF SERVICE**

  I, Sarah J. Kalemeris, an attorney, hereby certify that on July 18, 2013, I caused to be filed electronically the foregoing DECLARATION OF SARAH J. KALEMERIS IN SUPPORT OF CHAPTERHOUSE STUDIOS LLC'S BILL OF COSTS with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

               /s/ Sarah J. Kalemeris_____