**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>                          Plaintiff,<br><br>      v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON<br>PAULSON d/b/a PAULSON GAMES<br><br>                          Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

**JOINT MOTION TO EXTEND DEADLINE FOR MOTION FOR ATTORNEYS' FEES**

Plaintiff Games Workshop Limited ("Games Workshop") and Defendants Chapterhouse Studios LLC ("Chapterhouse") hereby move to alter the schedule for a possible Motion for Attorneys' Fees in light of the Court Ordered mediation. In support of this motion, the parties state as follows:

1. Judgment, although not final judgment, was entered in this case on June 28, 2013 (Dkt. 403).

2. Games Workshop has filed its petition for costs under Federal Rule of Civil Procedure 54 on July 29, 2013 (Dkt. No. 416). As Games Workshop has previously informed the Court, it does not contemplate seeking an award of attorneys fees in this case.

3. Chapterhouse has filed its petition for costs under Federal Rule of Civil Procedure 54 on July 18, 2013 (Dkt. No. 414). Chapterhouse contemplates that it may seek an award of fees under applicable Copyright and/or Trademark statutes.

4. On July 16, 2013, the Court declined to enter a briefing schedule on the petitions for costs and ordered the parties to participate in a Settlement Conference with Judge Gilbert (Dkt. No. 411). The parties contemplate that the Court will set a briefing schedule on these petitions after the Settlement Conference is complete.

5. A Settlement Conference with Magistrate Judge Gilbert is currently set for September 16, 2013.

6. Pursuant to Local Rule 54.3(b), any motion for attorneys fees must be filed no later than 91 days after the entry of judgment on which the motion is founded. Prior to this date, the Local Rule requires the exchange of detailed billing information from both parties and the drafting of a joint statement regarding fee disputes.

7. Local Rule 54.3(g) provides that, "The court may on motion filed pursuant to this section, or on its own initiative, modify any time schedule provided for by this rule."

8. The parties respectfully believe that good cause exists to alter the schedule provided for by Rule 54.3. As the Court noted in delaying entry of a briefing schedule on the pending motions for judgment as a matter of law, the petitions for costs, and on the entry of an injunction, the parties are better served in focusing on the upcoming settlement conference instead of expending more of the parties' and the Court's time and resources preparing and filing additional motions in this case.

9. Moreover, as a fundamental dispute exists as to whether Chapterhouse is entitled to any award of attorneys fees, the parties believe that good cause exists for the motion to be directed to this gateway issue.

10. Thus, the parties request that if any motion for attorneys fees is filed (within 30 days of the settlement conference), it should be directed solely to the issue of whether the party is entitled to any attorneys' fees. If the Court decides that a party is entitled to any award of attorneys' fees, the parties would immediately exchange the required information and submit a Joint Statement within 30 days of this Court's decision.

The movant would then file a Second Motion for Attorneys' Fees within 21 days of the filing of the Joint Statement.

|  |  |
|---|---|
| Dated: August 21, 2013 | Respectfully submitted,<br>/s/  Jason J. Keener |

Jason J. Keener (Ill. Bar No. 6280337)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654-5313
Telephone:  312.832.4500
Facsimile:  312.832.4700
Email:  jkeener@foley.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone:  (212) 682-7474
Facsimile:  (212) 687-3229
Email:  jmoskin@foley.com

*Attorneys for Plaintiff*
*Games Workshop Limited*

By: */s/*Imron T. Aly
Julianne M. Hartzell
Sarah J. Kalemeris
Marshall, Gerstein & Borun LLP
6300 Willis Tower
233 S. Wacker Dr.
Chicago, IL 60606
T: 312.474.6300
F: 312.474.0448
E: jhartzell@marshallip.com
E: skalemeris@marshallip.com

Jennifer Golinveaux (CA Bar No. 203056)
Thomas J. Kearney (CA Bar No. 267087)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Phone: (415) 591-1000
Fax: (415) 591-1400
jgolinveaux@winston.com
tkearney@winston.com

Imron T. Aly (IL Bar No. 6269322)
Bryce A. Cooper (IL Bar No. 6296129)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-1695
Phone: (312) 558-5600
Fax: (312) 558-5700
ialy@winston.com
bcooper@winston.com

*Attorneys for Defendant Chapterhouse Studios LLC*

**CERTIFICATE OF SERVICE**

I, Imron T. Aly, an attorney, hereby certify that on August 21, 2013, I caused to be filed electronically JOINT MOTION TO EXTEND DEADLINE FOR MOTION FOR ATTORNEYS' FEES with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

    /s/ Imron T. Aly