```
 1                IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3

 4   GAMES WORKSHOP LIMITED,        )
                                    )
 5                    Plaintiff,    )   Docket No. 10 C 8103
                                    )
 6              vs.                 )
                                    )
 7   CHAPTERHOUSE STUDIOS, LLC,     )   Chicago, Illinois
     et al.,                       )   June 5, 2013
 8                                  )   9:45 a.m.
                      Defendants.   )
 9

10                           VOLUME 3
                     TRANSCRIPT OF PROCEEDINGS
11      BEFORE THE HONORABLE MATTHEW F. KENNELLY AND A JURY

12
     APPEARANCES:
13

14   For the Plaintiff:      FOLEY & LARDNER, LLP
                             BY:  MR. JONATHAN E. MOSKIN
15                           90 Park Avenue
                             New York, New York   10017
16

17                          FOLEY & LARDNER, LLP
                             BY:  MR. JASON J. KEENER
18                           321 North Clark Street
                             Suite 2800
19                           Chicago, Illinois   60610

20

21   For the Defendant:      WINSTON & STRAWN, LLP
                             BY:  MR. IMRON T. ALY
22                           35 West Wacker Drive
                             Chicago, Illinois  60601
23

24                          WINSTON & STRAWN, LLP
                             BY:  MS. JENNIFER A. GOLINVEAUX
25                           101 California Street
                             San Francisco, California  94111
```

1                       MARSHALL, GERSTEIN & BORUN
                        BY:  MS. JULIANNE M. HARTZELL

2                       233 South Wacker Drive
                       Willis Tower #6300

3                       Chicago, Illinois   60606

4

5   Also Present:               MR. NICHOLAS VILLACCI

6                       MS. GILLIAN STEVENSON

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23          LAURA M. BRENNAN - Official Court Reporter
           219 South Dearborn Street - Room 2102

24               Chicago, Illinois  60604
                 (312) 435-5785

25

1    (The following proceedings were had in open court out
2  of the presence and hearing of the jury:)
3    THE CLERK:  10 C 8103, Games Workshop v.
4  Chapterhouse.
5    We have got the same lawyers here.  The jury is
6  getting lined up.
7    Is there anything we need to take up before we start?
8    MR. MOSKIN:  I will just put on the record -
9    THE COURT:  He can come back up here.
10    MR. MOSKIN:  I will just note on the record that I
11  provided opposing counsel the certification.  I don't know if
12  it needs to be filed or if it's sufficient --
13    THE COURT:  For me, no.  If there is an issue, you
14  will tell me and I will deal with it.
15    MR. ALY:  We received it.
16    And there is one other thing I talked with Mr. Keener
17  about.  That is, Mr. Villacci, which is the corporate
18  representative, he probably will not be called today, but when
19  he is called, I understand plaintiffs want to call him
20  adversely.  And I suppose we can just get to the actual
21  questioning part and not have to lay the foundation.
22    THE COURT:  You don't have to lay the foundation.
23  He's adverse, period, end of discussion.
24    MR. ALY:  But then maybe your Honor would just like
25  to explain to the jury why he is being called in the case.

Merrett - cross

1     That's what we have discussed with counsel.

2             THE COURT:  Sure, I can do that.

3             MR. ALY:  Thank you.

4             THE COURT:  Honestly, if people aren't aware that

5     it's an issue, they don't understood why it needs to be

6     explained.  But I'm happy to do it.

7             MR. ALY:  Thank you.

8             THE COURT:  Let's bring the jury out.

9        (The following proceedings were had in the presence and

10    hearing of the jury:)

11            THE COURT:  Everyone can have a seat.

12            Good morning, ladies and gentlemen.

13            THE JURY:  Good morning.

14            THE COURT:  Mr. Merrett, do you understand you're

15    still under oath?

16            THE WITNESS:  Yes.

17            THE COURT:  All right, you can proceed, Ms. Hartzell.

18       ALAN R. MERRETT, PLAINTIFF'S WITNESS, PREVIOUSLY SWORN

19                    CONTINUED CROSS EXAMINATION

20    BY MS. HARTZELL:

21    Q    Good morning, Mr. Merrett.

22            I'd like to start by correcting one of my questions

23    from yesterday.  We were talking about conversion kits, and I

24    asked you about the conversion kit for the Storm Raven.

25            I referred to that as the -- as by the name

Merrett - cross

1  conversion kit for Storm Raven.  So let's take a look at

2  actual website page for that product.

3          Looking at Exhibit PX-435 at page 1110, the actual

4  name of the product as shown in the lower paragraph of that

5  page TRU-Scale Conversion Kit for the Games Workshop Space

6  Marine Storm Raven.

7          Do you see that?

8  A    I see that text, yes.

9  Q    And as we discussed yesterday, the actual name of the

10  product still makes apparent that the product is designed to

11  be used with the Games Workshop Space Marine Storm Raven, is

12  that correct?

13  A    Which product are we talking about, the product on the

14  screen?

15  Q    No.  The next page shows the photo because this continues

16  lower.  So it's at the top right-hand side of the image there.

17  A    So that text refers to that product.  Yes, I can see that.

18  Sorry.  The question, can you repeat?  I'm a bit confused.

19  Q    Sure.

20  A    Repeat the question.

21  Q    The actual name of the product that I just read and that

22  we saw on the screen makes apparent that this product is

23  designed to be used with the Games Workshop Space Marine Storm

24  Raven, correct?

25  A    That is what the text says, yes.

Merrett - cross

1  Q    And that is understood by you to be referring to the Games

2  Workshop product?

3  A    Yes.

4  Q    And TRU-Scale which is used here is not a name that Games

5  Workshop uses on its products, right?

6  A    It is not.

7  Q    You testified yesterday that you reviewed the claim charts

8  in this case to make sure that the release dates for Games

9  Workshop's products were accurate.

10         Do you remember testifying to that?

11 A    Yes.

12 Q    And that's true?

13 A    To the best of my knowledge, that's true, yes.

14 Q    You said you went through the chart endless times to check

15 and recheck the dates of the products and drawings in the

16 chart?

17 A    I said we went through the chart endless times.

18 Q    And the purpose of that search was to make sure that the

19 products that Games Workshop contends that Chapterhouse copied

20 actually existed before Chapterhouse made its products, right?

21 A    In some cases products, in some cases imagery, but to make

22 sure that --

23         Well, we checked that the references were correct for

24 the comparison purposes, yes.

25 Q    Because if Chapterhouse had not been able to see the Games

Merrett - cross

1    Workshop image or drawing or product, then it couldn't have

2    copied that item, right?

3    A    Well, no.  It couldn't have done.

4    Q    So if we look at the claim chart PX-1020 at page 25, would

5    you agree that in most instances on the claim charts that you

6    have submitted here, there is a date associated with the Games

7    Workshop product or image?

8          You're familiar with the claim charts, right?

9    A    Oh, the claim chart, yes.

10   Q    And in most instances the Games Workshop product is

11   associated with some date?

12   A    The image or the products are associated with the date,

13   yes, usually the date of publication.

14   Q    And those were the dates you were talking about that you

15   went back and reviewed?

16   A    We checked them, yes, as thoroughly as we could.

17   Q    And looking at the product on the right-hand side of PX-

18   1020 at page 25, on the top there's a ForgeWorld power fist.

19   Do you see that?

20   A    Yes.

21   Q    And that product doesn't have a date associated with it;

22   do you agree?

23   A    There is not a date on the claim chart for that product.

24   Q    When was that product released?

25   A    I don't know.

Merrett - cross

1  Q   So you can't say for sure what date that product was

2  released?

3  A   I can't recall the specific -- that specific product date

4  release, no.

5  Q   Do you believe --

6           So you can't state that that product was released

7  before the Chapterhouse product?

8  A   No, I can't state that.

9  Q   Pulling up the product 27 slide, and this is product 27,

10 the power fist, you testified about the similarities that you

11 believed were present between the Chapterhouse product

12 identified on the left-hand side and the Games Workshop

13 product identified on the right-hand side, correct?

14 A   Correct.

15 Q   And you testified that both have slightly elongated

16 segmented fingers?

17 A   Correct.

18 Q   And that both contain one, two or three segments?

19 A   I think three segments is what I said.

20 Q   And you testified that one of the similarities was the

21 location of the thumb?

22 A   Yes.

23 Q   And you pointed out the cable linking the power fist to

24 the upper arm?

25 A   Yes.

1  Q   I'm going to hand you a document.

2         Please review the highlighted portions of that

3  document and let me know if that refreshes your recollection

4  as to when the Games Workshop power fist was first released.

5  A   Well, I'm not sure what this is.  Is this a --

6  Q   Mr. Merrett, I'm just asking if it refreshes your

7  recollection as to the date when the product was released.

8  A   No, it doesn't because I don't remember when it was

9  released.  Sorry.  No, it doesn't refresh my memory because I

10 have no memory of when that was released.

11 Q   So there is no evidence in the chart identifying the

12 release date for that product?

13 A   No.

14 Q   And you can't provide any evidence regarding the release

15 date for the product?

16 A   I can't swear on it on oath because I can't remember.

17 Q   So there is no evidence that this product was released

18 prior to the Chapterhouse product?

19 A   Not in the claim chart.

20 Q   In the case at all, there is no evidence that this product

21 was released prior to Chapterhouse product?

22 A   There is no -- we have not provided any evidence that that

23 product was released before the Chapterhouse product.

24         Sorry.  Excuse me.

25         There is no evidence -- we have not provided any

1   evidence in the claim chart that that was released before the

2   Chapterhouse product.

3   Q   Or in the case at all?

4   A   Or in the case at all.

5   Q   Let's look at the conversion beamer weapon and harness kit

6   shown in PX-1011 at page 8.

7         And in the bottom right-hand side, there's a Games

8   Workshop product.  Do you recognize that product?

9   A   I recognize that product.

10  Q   What was the release date for that product?

11  A   I can't remember the exact release date for that product,

12  but I believe that was a product we released in the 1990s.

13  Well, actually I couldn't swear to the exact date.

14  Q   In general in Warhammer 40K, when players collect armies,

15  they frequently pick one army that they collect, right?

16  A   Yes and no.  They frequently collect lots of armies.

17  Q   But some players develop a loyalty for a particular army,

18  correct?

19  A   Yes, they do, yes.

20  Q   And as part of the game, they build units or groups of

21  characters in that army?

22  A   Yes.

23  Q   And a typical unit may be more than 20 pieces?

24  A   In the Warhammer 40K game, no.  Typically a unit might be

25  one piece.

1   Q    For a full unit?

2   A    Well, a big tank is one unit.

3   Q    And a typical army might have more than 20 pieces,

4   correct?

5   A    Yes.

6   Q    Customers buy kits containing full armies from Games

7   Workshop, right?

8   A    Some customers do, yes.

9   Q    And some customers choose to individualize those armies,

10  right?

11  A    Some customers choose to individualize those armies, that

12  is correct, yes.

13  Q    And to do that, they may buy other separate characters

14  individually?

15  A    Yes.

16  Q    Is it accurate to say that you believe the name of the

17  company Chapterhouse is based upon Games Workshop Space Marine

18  chapters?

19  A    We think it's a hauntingly familiar name and an odd

20  coincidence.

21  Q    But you don't have a trademark on the word "Chapterhouse"?

22  A    No, we don't have a trademark on the word "Chapterhouse."

23  Q    You don't have a trademark on the word "chapter"?

24  A    I'm not sure that we do.

25       Sorry.  I'm trying to think if we actually ever use

Merrett - cross

1  it in the context of it being a trademark.  I suspect we have

2  used it as a trademark on occasions, yes.

3  Q    You don't have a registered trademark on the word

4  "chapter"?

5  A    We don't have registered trademark, no, but you asked if

6  we used it as a trademark, and I think we have used it as a

7  trademark.

8  Q    And in this case against Chapterhouse, you're not

9  asserting infringement of the name -- of the word "chapter"?

10 A    No.

11 Q    So yesterday I asked you about the Chapterhouse shoulder

12 pad products where you claim that the only copyright

13 infringement is in the shape and size of the shoulder pad.

14        Do you remember that?

15 A    Shape, size and general proportions of the shoulder pad,

16 yes.

17 Q    And that's a section of an Exhibit PX-1010.  At the very

18 end there are two pages discussing only those products where

19 the surface decoration is not accused of infringing, right?

20 A    That's correct.

21 Q    And if we look at page 31 of that exhibit, PX-1010, the

22 product in the bottom left-hand side is a winged skull

23 shoulder pad, right?

24 A    That's correct.

25 Q    And this is a product for which Games Workshop has not

Merrett - cross

1    identified intellectual property that is infringed by the

2    surface decoration of that product, right?

3    A    That's correct.

4    Q    I'm going to put the physical shoulder pad product on the

5    Elmo.

6            (Brief interruption.)

7    BY MS. HARTZELL:

8    Q    This is a winged skull shoulder pad that we were just

9    looking at, correct?

10   A    It looks like it.

11   Q    And it has a skull carved into it?

12   A    No.  It has a skull sort of applied on top of it.

13   Q    It has a skull sculpted onto it?

14   A    Onto it, yes.

15   Q    And the skull does not have a lower jaw, is that correct?

16   A    It doesn't have a lower jaw.

17   Q    You testified yesterday when discussing a shoulder pad

18   with the skull that doesn't have a lower jaw that a skull is

19   just a skull, correct?

20   A    On that particular one, yes, the skull was just a skull.

21   Q    And on this particular product, the skull is also just a

22   skull, right?

23   A    But it's not -- yes.  It's a skull with wings coming out

24   either side of it.

25   Q    That was my next question.

1          The shoulder pad also includes wings in connection

2     with the skull, right?

3     A    Correct.

4     Q    But Games Workshop is not claiming copyright infringement

5     based on the combination of the skull with no lower jaw and

6     wings, right?

7     A    In this instance, no.

8     Q    You also --

9          Let's go back to the Exhibit 1011.

10         (Brief interruption.)

11         MS. HARTZELL:  For the record, I will note that the

12    last exhibit that we looked at was Defense Exhibit DX-405, the

13    winged skull shoulder pad.

14         Perhaps we should go back to the Elmo.

15         (Brief interruption.)

16    BY MS. HARTZELL:

17    Q    So this shoulder pad, the physical identified as DX-405,

18    is another of the products that is only accused of

19    infringement based upon the size, shape and general proportion

20    of the shoulder pad and not on the surface decoration,

21    correct?

22    A    Correct.

23    Q    And this is a banded shoulder pad?

24    A    It has banding on it, yes.

25    Q    And you don't contend that Chapterhouse is the first

1　entity ever to use banding on a shoulder pad, do you?

2　A　Sorry?

3　Q　Do you believe that Games Workshop was the first entity

4　ever to use banding on a shoulder pad?

5　A　I don't know.  I can't -- I can't testify to that being

6　true or not.

7　Q　So you're here to testify about what copyrights are owned

8　by Games Workshop, right?

9　A　Yes.

10　Q　And you testified for several hours yesterday about what

11　elements are original to Games Workshop, right?

12　A　Yes.  And we think the size, shape and proportion of the

13　shoulder pad is original and the shoulder pads with banding on

14　are original.

15　Q　So is it your contention that the idea of a shoulder pad

16　with banding is original to Games Workshop?

17　A　Our contention is the shoulder pad of this general size,

18　shape and proportion of our Space Marine shoulder pad with

19　banding is copyright -- has copyrightable elements of Games

20　Workshop.  That's just what we're contending.

21　Q　So this shoulder pad also includes a raised mechanical

22　looking rim, correct?

23　A　Yes.  You could describe it in lots of different ways.

24　It's castellated.

25　　　　　Why would it be mechanical?  What is the --

1   Q   A raised rim, correct?

2   A   It looks like a castle wall, couldn't it?  It's just a

3   shape.

4   Q   And the shoulder pad also includes a cog?

5   A   A cog?  It's got a large nut on it, a hexagonal nut.

6   Q   And Games Workshop is not claiming copyright infringement

7   based upon the banded shoulder pad with the cog and the rim in

8   combination?

9   A   Sorry.  Point out the cog because I can't see a cog on it.

10  I can see a hexa --

11  Q   All right.

12  A   -- six.

13  Q   Games Workshop is not claiming copyright infringement

14  based upon the banded shoulder pad with the nut and the rim?

15  A   We're not contesting copyright on this one because we

16  think it's sufficiently different.  It's not --

17          It's not a --

18          The surface detail is not something we think is --

19  no, we're not contesting that.

20          We're contesting the size, shape and general

21  proportions of the shoulder pad.

22  Q   And if we turn the shoulder pad over, this product does

23  not contain the internal markings that you testified about

24  yesterday, does it?

25  A   This particular pad, no.

Merrett - cross

1    Q    You also testified yesterday about the Chapterhouse wolf

2    shield product.  Let me put that up on the screen.

3            Do you recall testifying about that product?

4    A    I do.

5    Q    And you testified that it had a lozenge shape or diamond

6    shape?

7    A    Yes.

8    Q    And for the record, I will note that that exhibit is

9    Defense Exhibit DX-83.

10           And that lozenge or diamond shape was one of the

11   bases for your infringement claim?

12   A    In combination with the snarling wolf head, yes.

13   Q    I'm not sure how long this will take, but let's go back

14   now to the comparison charts that you testified about

15   yesterday.

16           Looking at Exhibit PX-1011 at page 2, do you recall

17   testifying about the thunder hammer products?

18   A    Yes.

19   Q    And that's what is shown on this page?

20   A    Yes.

21   Q    You testified that the thing that was of concern to you is

22   that the hammers are impossibly sized, pseudo-mechanic,

23   pseudo-technological weapons.

24           Do you remember that?

25   A    Yes.

Merrett - cross

1    Q    But these are sculpted products, right?

2    A    Yes.

3    Q    So the Chapterhouse products do not actually have any

4    pseudo-mechanic or pseudo-technological abilities?

5    A    No.  They're models of things that have those

6    characteristics.

7    Q    And you agree that not a single one of the three hammers

8    that Chapterhouse sells are a literal copy of any of the Games

9    Workshop products on the right-hand side?

10   A    No.  We feel that it contains elements copied from the

11   Games Workshop thing -- images shown on the right-hand side of

12   the claim chart.

13   Q    But the overall shape of each of the hammers varies from

14   those shown in the Games Workshop side of the chart?

15   A    To a lesser or greater extent, yes.

16   Q    So you're really concerned that Chapterhouse has used the

17   idea of an impossibly sized hammer?

18   A    It's a product called thunder hammer.

19   Q    You may recall that yesterday we talked about --

20           THE COURT:  I don't think he finished his answer.

21           MS. HARTZELL:  Sorry.

22           THE WITNESS:  Yes.  This is a product that

23   Chapterhouse calls thunder hammer, and it shares the salient

24   characteristics of the Games Workshop thunder hammer.  It's a

25   long-handled hammer with a very large business end, if you

Merrett - cross

1  like.  The business end -- the hammer end of it is

2  fantastically enlarged.  And it has -- carries --

3          The Games Workshop thunder hammers carry iconography,

4  and then the Chapterhouse ones are picking up some of those

5  same design cues like the aquilla on the left-hand hammer.

6          On the central and the right-hand hammer on the

7  Chapterhouse chart, side of the chart, it's picking up the

8  cues of the snarling lizard come dragon icon that we used for

9  our Salamanders.

10          That's what I think I testified yesterday.  Was it

11  yesterday?  Yesterday.

12  Q   Yes, it was.

13          You also testified yesterday about the Tervigon

14  conversion kit for Tyranid Carnifex model sold by

15  Chapterhouse.

16          Do you remember that?

17  A   I remember that, yes.

18  Q   The name of that product indicates that it's for use with

19  the Tyranid Carnifex model sold by Games Workshop?

20  A   I believe so.

21  Q   I've handed you an exhibit that is identified as DX-37.

22  Do you agree that these are the parts to the Tervigon

23  conversion kit that Chapterhouse sells?

24  A   I've never seen them before, but they look very much like

25  they are, yes.

1    Q    So in determining whether the Chapterhouse product

2    infringed the Games Workshop product, you didn't review the

3    physical products sold by Chapterhouse?

4    A    We looked at the photograph of the kits on the website.

5    Q    Is that true for the majority of the Chapterhouse

6    products?

7    A    I'm not entirely sure actually because our team did

8    acquire quite a lot of Chapterhouse products and did

9    side-by-side comparisons with physical product and Games

10   Workshop product, but I personally didn't do those

11   comparisons.

12          I've only seen a handful of Chapterhouse products

13   kind of in the flesh, as it were.

14   Q    So as the individual testifying on behalf of Games

15   Workshop about your copyright infringement claims, you have

16   only seen a handful of the physical products sold by

17   Chapterhouse?

18   A    I've reviewed all the work that my team have done over the

19   last however many years on this five years, is it, that we

20   have been going.

21   Q    Turning to page PX-1011 at page 26, do you recall

22   testifying about the jet packs pictured here?

23   A    The jump packs pictured here, yes.

24   Q    And you testified that the round things on the back of --

25   in both the image and the product are turbines?

Merrett - cross

1    A    Yes.  I said they're like giant turbines.

2    Q    And these turbines are a rather standard shape for a

3    turbine, aren't they?

4    A    Well, that's irrelevant.  Their standard shape is being

5    combined to create something distinctive and unique in the

6    illustration.

7    Q    But do you agree that the individual objects that you have

8    identified as turbines are a pretty standard shape for a

9    turbine?

10   A    Well, it was irrelevant because you can take perfectly

11   normal, common or garden items and combine them in new

12   creative ways to create a new work, a new creative work.

13   Q    Whether it is relevant or not, the question I'm asking you

14   is if the shape -- if the elements that you have identified as

15   turbines are a standard turbine shape?

16   A    I don't know what a standard turbine shape would be.  But

17   these are big round things attached to a backpack and depicted

18   on a fantastical future warrior.

19              So, yes.  They're not -- there's no -- you could

20   describe them in lots of different ways, huge barrels, but I

21   said they were turbine-like.  But turbines come in all

22   different shapes and sizes, don't they?

23   Q    I also asked you yesterday about the Chapterhouse Lizard-

24   Ogre product and you seemed confused.  So let's look at the

25   Chapterhouse website.

Merrett - cross

1          Turning to PX-690 at page 230, this product -- this

2     page is the announcement of Chapterhouse's new release of its

3     Lizard-Ogre products, is that correct?

4     A     Correct, yes.

5     Q     And you testified about this product?

6     A     Yes.

7     Q     We can go back to the page.

8          Look at the left-hand side of the Chapterhouse

9     website, this product appears under the tab, Lizardman Fantasy

10    Figures, right?

11    A     Yes.

12    Q     And there is nothing about that a name that you believe

13    Games Workshop owns?

14    A     No.  I don't think we own it, but it's a name we use to

15    describe our -- it's our Lizard -- Warhammer Fantasy Lizardman

16    army is called Warhammer Lizardman.

17          So it is a trademark we use, and our name, I think,

18    is Lizardman without -- as a single word -- and it's not -- I

19    don't believe it's a registered trademark.

20    Q     And the name of the Chapterhouse product, the Lizard ogre,

21    is that a name that you contend infringes?

22    A     No.

23    Q     Let's go back to the comparison chart that you used when

24    discussing this product.  It's PX-1021 at page 47.

25          PX-1021 at page 47.  Thank you.

Merrett - cross

1   BY MS. HARTZELL:

2   Q   Do you remember testifying about these two products, about

3   these products?

4   A   Yes.

5   Q   Looking at the left-hand side, that's the Chapterhouse

6   Lizard-Ogre product with axe, correct?

7   A   That's correct.

8   Q   On the right-hand side are the Games Workshop products

9   identified as having been infringed, correct?

10  A   Correct.

11  Q   The lizardmen being compared here, the Chapterhouse versus

12  the Games Workshop, have a number of design differences on

13  their bodies, correct?

14  A   Point them out to me.

15  Q   Can you contend these are literal copies of one another?

16  A   I didn't say that.  I just asked you to point out -- you

17  said there are differences.

18  Q   So if you agree that they're not literal copies, you can

19  see differences between them?

20  A   Yes, of course.  I wanted you to point out something

21  specific.

22  Q   Well, you testified yesterday that one of the reasons that

23  this is a copy is that Games Workshop Kroxigors use obsidian

24  weapons and that you believed the Chapterhouse product

25  incorporated this detail.

1    So looking at the Games Workshop products on the

2 right-hand side, none of those are actually made of obsidian,

3 right?

4 A    No, they're models.  They're made of resin.  This sounds

5 silly, but they represent obsidian.  They represent stone.

6 That's the -- that's what the sculptors sculpt them to

7 represent.

8 Q    So all three of them represent obsidian?

9 A    Yes, band with gold or brass metals and mounted on a

10 wooden haft or some kind of nonmetallic haft.

11 Q    That's what you meant by obsidian?

12 A    Well, obsidian is type of stone.  It's hard stone.

13 Q    Right.  And none of those weapons on the right-hand side

14 have obsidian in them, right?

15 A    Well, no, because they're models of obsidian weapons.

16 Q    So which portion of those weapons is supposed to represent

17 obsidian?

18 A    Well, you can't quite see it in the pictures, in all of

19 the pictures, but the big round thing on the top, the figure

20 on the left is wielding, and the two other figures have got

21 gold bands, obsidian heads on their axes.

22    We had other illustrations on our claim chart, on the

23 side-by-side comparisons, the illustrations of those weapons.

24 Q    And those demonstrated that they were made of obsidian

25 stone?

Merrett - cross

1   A    The illustrations of the weapons to represent them, yes.

2   Q    So you have also complained that some of Chapterhouse's

3   products use color schemes that are similar to Games

4   Workshop's, right?

5   A    For some of the 40K models, yes.

6   Q    But that's not true of this product, correct?

7   A    No, that's not true in this product.  So it's evidently

8   not true in these products.

9   Q    And you have already testified that Games Workshop does

10  not claim to own a copyright on the idea of lizardmen,

11  correct?

12  A    That is correct.  Not on --

13        Well, we claim a copyright on our expression of the

14  Lizardman idea.

15  Q    Correct.  But you don't own the entire idea of Lizardmen?

16  A    Nobody owns the entire idea of Lizardmen because that's --

17  the ideas are not ownable.

18  Q    And that's because Lizardmen as an idea is wildly used in

19  science fiction and fantasy?

20  A    No, it's not because of that.  It's because it's the basic

21  rule of copyright, isn't it, that you can't own an idea but

22  you own the expression of the idea.

23  Q    That's exactly right.  You cannot own an idea in

24  copyright.

25  A    You can own an expression of the idea, and we contend that

1    we own this specific expression of the Lizardman idea and that

2    this Chapterhouse Lizard creature actually is a copy of our

3    Lizardman expression.

4    Q    But it's also true that Lizardmen are widely used in

5    fantasy?

6    A    Well, they're used in fantasy.  I am not sure it is widely

7    used, but they are used in fantasy.

8    Q    Let's turn to Exhibit PX-1016.

9          You recall yesterday when you were testifying

10   about -- on the title page, page 1.

11         You recall that you testified yesterday about a

12   summary chart that was identified as the Imperial Guard chart,

13   correct?

14   A    Correct.

15   Q    And Games Workshop is claiming that it owns the name

16   Imperial Guard as a trademark, right?

17   A    No.  We're claiming -- no, we're not claiming that we own

18   Imperial Guard as a trademark, I don't think.  I think we use

19   Imperial Guard as a trademark.

20   Q    But you're not asserting it in this case?

21   A    No, I don't think we are.

22   Q    Okay.  Let's turn to page 2 of this exhibit.

23         You testified that your primary copyright concern

24   with this product is its angled barrel, correct?

25   A    The sort of muzzle, bright muzzle, the muzzle sleeve, yes.

1  Q   Okay.  And for the rest of the gun, it would be fair to

2  say that it's generally shaped like any gun, isn't it?

3  A   It's nondescript is how I would describe it, yes.

4  Q   Okay.  And turn to page 3 of the exhibit, you testified --

5       This is the hot shot lasgun pack.  Do you remember

6  testifying about this?

7  A   Yes.

8  Q   And you testified regarding the unusual flexible nature of

9  the cord connecting the backpack to the lasgun; do you

10 remember that?

11 A   Yes.

12 Q   Games Workshop has not identified any miniature that it

13 sells that combines a lasgun with a backpack in this chart,

14 correct?

15 A   I thought in the detailed chart we had, the summary chart,

16 we used this image.

17 Q   We may be able to access the chart.  Am I able to access

18 Exhibit 1021 at Pages 1 and 2?

19      (Brief interruption.)

20 BY MS. HARTZELL:

21 Q   So this is the first page of the more detailed claim chart

22 you were referencing.  Do you see that?

23 A   Yes.

24 Q   And on this page, Games Workshop has not identified any

25 miniature that shows a backpack connected to a lasgun with a

1  flexible cord?

2  A   No, because the first part of the chart is looking at that

3  shape of the muzzle brake.

4  Q   Okay.  Let's turn to page 2.

5       And this is the remainder of the products identified

6  by Games Workshop as being infringed by Chapterhouse, correct?

7  A   We're looking at the gun and the backpack and the

8  attachment to the cable into the gun leading from the gun to

9  the backpack.

10 Q   Correct?

11 A   As in the illustration there.

12 Q   Correct.

13      But there is no miniature sold by Games Workshop that

14 is identified in this chart that has that image?

15 A   No, not identified in the chart.  I thought we had on that

16 thing.  Sorry.

17 Q   So when you talked about the unique flexible nature of the

18 cord connecting the backpack to the lasgun, that is not

19 something that Games Workshop has claimed as being infringed

20 here?

21 A   Sorry.  What claim is being infringed here is that

22 specific design of a sort of -- the lasgun -- I said lasgun

23 myself -- the lasgun being attached to a backpack with that

24 flexible pipe or those cabling or whatever they are supposed

25 to represent, a power conduit or something.

Merrett - cross

1   Q   But that feature is not something that Games Workshop has

2   used in a miniature that is identified?

3   A   It is, yes.  We just haven't got them on this claim chart,

4   but that's an illustration of the 1995 iteration of the idea.

5   Q   And you had the opportunity to indicate in this claim

6   chart every product that you contend that Chapterhouse

7   infringed?

8   A   Yes, I know we did.  Well, the ones there that we should

9   have gotten in there.  But the illustration is dated 1995

10  which is I think when we introduced the idea to the Imperial

11  Guard.

12  Q   Let's turn to Exhibit 690 at page 168.  Do you recognize

13  this product?

14  A   Yes.

15  Q   And this is a product that remains in the case because it

16  is accused of trademark infringement but not copyright

17  infringement, correct?

18  A   I can't honestly testify because I'm not sure.  I know we

19  took it out of the copyright claim.

20  Q   You understand that this product is marketed as being

21  sized to fit with Games Workshop products?

22  A   No, that wasn't my understanding.  Is that what it says on

23  that piece of text down there?

24          MS. HARTZELL:  Is it possible to zoom in on the

25  description?  The wording at the bottom.  Okay, thank you.

1  BY MS. HARTZELL:

2  Q   "This pewter set of three ammo belts is designed to fit on

3  heavy bolter and psybolter components from Games Workshop

4  Space Marine and Gray Knight products."

5      Do you see that?

6  A   Yes.

7  Q   So you agree that it is marketed as designed to fit

8  particular Games Workshop products?

9  A   Yes.

10 Q   And it is -- as a result of that, it must be sized to fit

11 on those products?

12 A   Yes, but that's the irony, isn't it, because it's being

13 designed to fit on the -- to actually fit on those components.

14 Therefore, to say then it has to be sized on those opponents,

15 but that is the intention of the design.

16 Q   Correct.

17 A   It says "the three ammos designed to fit on the heavy

18 bolter and the psybolter components."

19      So ipso facto, they must be that size if they have

20 been designed to fit there.

21 Q   So the fact that they are designed to fit Games Workshop

22 products does not itself constitute infringement because

23 you're not asserting copyright infringement on this product,

24 right?

25 A   I'm not sure those things follow.  I don't know if they do

Merrett - cross

1  fit.  They're designed to fit, but I don't know if they do fit

2  because I've not personally tried to fit them on the

3  components.

4  Q    But it's correct that these are designed or are marketed

5  as designed --

6  A    They're marketed that way, yes.

7  Q    And you are not asserting copyright infringement on this

8  product?

9  A    No.

10  Q    Let's --

11  A    We're not claiming copyright infringement on this because

12  there is very little -- because we don't think there is any

13  copyright in them.

14  Q    So even though they take into account in the design the

15  size and shape of the Games Workshop product, there is nothing

16  copyrightable about that?

17  A    Yes, except I think it's irrelevant because -- I don't

18  think there is any aspect of them that would be pertinent to

19  the size of the Space Marine -- of the Games Workshop

20  products.

21         Those little flexible things could be ten feet long

22  or five feet long or 63 feet long.  It doesn't matter.  So

23  they're not -- the size they are isn't relevant.  They have

24  little flexible things, so they could be this long or this

25  long.

1  Q   So for purposes of copyright infringement, it's irrelevant

2  if they are designed to fit the Games Workshop product?

3  A   I didn't say that because that might be a -- that might

4  not be an appropriate use of our trademarks and all sorts of

5  other things.

6  Q   Let's take a look at Exhibit PX-416 at page 2.

7          This is the website for the Games Workshop assault

8  squad shoulder pads, correct?

9  A   It looks like very much like it, yes.  I assume that it

10 is.

11         MS. HARTZELL:  Can we zoom in on the pricing box in

12 the middle?

13     (Brief interruption.)

14         MS. HARTZELL:  Thank you.

15 BY MS. HARTZELL:

16 Q   So these shoulder pads are sold by Games Workshop for

17 $8.25, is that correct?

18 A   Yes.

19 Q   And the set includes ten assault squad shoulder pads?

20 A   Sorry.  Can I qualify that?  We may have had a price rise

21 since then.

22 Q   At the time that this website was printed, they were

23 offered for $8.25 for a set of ten?

24 A   Yes.

25 Q   And turning to page PEX-14, at page 2, this is the Games

1  Workshop website page for the Eldar Striking Scorpions, right?

2  A   Correct.

3  Q   And if we --

4       Can you see the price without zooming?

5  A   Yes.

6  Q   Okay.  This product sells for 41 dollars -- or at the time

7  this web page was printed, this product sold for $41.25 for

8  six figurines?

9  A   Apparently so, yes.

10  Q   And you testified yesterday about the helmet of the Eldar.

11  Do you recall that?

12  A   Yes.

13  Q   And you said that the helmet was merely defining of the

14  Eldar?  Do you remember that?

15  A   Correct.

16  Q   Do you recognize this?

17  A   That's a very, very old copy of White Dwarf magazine.

18       MR. MOSKIN:  Can we have the exhibit number?

19       MS. HARTZELL:  It has not been numbered.

20       THE COURT:  If it's not, then you can't put it up on

21  the screen until it's in evidence.

22       MS. HARTZELL:  Okay.

23       THE COURT:  You can show it to him if you want to.

24  You should show it to Mr. Moskin first, though.

25       (Brief interruption.)

1    BY MS. HARTZELL:

2    Q    Do you recognize this document?

3    A    This is a very -- this is a very old White Dwarf magazine.

4    Yes, I do recognize it.

5    Q    At sometime Games Workshop was licensed to sell products

6    by Michael Moorcock, is that correct?

7    A    No.  The products --

8           We had a license to produce some miniatures based on

9    Michael Moorcock's fiction.

10   Q    And based on the universe created by Michael Moorcock in

11   his fiction?

12   A    Well, on the works.  On the works of Michael Moorcock,

13   yes.

14          MS. HARTZELL:  I move to enter into evidence the

15   document identified by the witness as Defense Exhibit 421.

16          THE COURT:  Give me the number again, 4?

17          MS. HARTZELL:  421.

18          THE COURT:  Is there any objection to 421?

19      (Brief interruption.)

20          MS. KALEMERIS:  645.

21          THE COURT:  645, are we sure?

22          MS. KALEMERIS:  Yes.

23          THE COURT:  Any objection to it?

24          MR. MOSKIN:  I don't know the relevance of it until

25   she asks the witness.

1    THE COURT:  I'm going to admit it.  It's admitted.

2         (Brief interruption.)

3  BY MS. HARTZELL:

4  Q    The line of miniatures that were licensed from Michael

5  Moorcock's Fantasy were sold under the Eternal Champion name,

6  correct?

7  A    These particular ones were, yes.

8  Q    And because they were based on Michael Moorcock's fiction,

9  these products do not depict Eldar, correct?

10  A    That's correct, they do not depict Eldar.  Those depict

11  Melniboneans, I believe.

12  Q    So their helmets are not Eldar helmets?

13  A    These are Melnibonean miniatures.

14  Q    You were asked during direct examination about the book

15  Insignium Astartes.  Do you recall that?

16  A    Yes.

17  Q    And this is a book that you wrote the text of that

18  includes rules about Space Marine uniforms, right?

19  A    Not rules.  It's a guidebook to the uniforms of the Space

20  Marines.

21  Q    And you testified that there are hundreds of Space Marine

22  chapters, right?

23  A    Correct.

24  Q    And each of those hundreds of Space Marine chapters are

25  assigned a color scheme, right?

1    A    A heraldry and associated iconography, yes, badges and

2    symbols and such like.

3    Q    Also, you assert a color scheme that --

4    A    Sorry.

5    Q    Are you okay?

6    A    Yes.

7    Q    All right.  There is a particular color scheme that you

8    assert is associated with each chapter, right?

9    A    Yes.  It's a slightly odd way of putting it, yes.

10   Chapterhouse has its own unique heraldry and associated

11   iconography, symbols, badges, et cetera.

12   Q    So looking at PX-842, starting with page 55, this is a

13   portion of the Insignium Astartes, correct?

14   A    Correct.

15   Q    And this shows color schemes of some of the Space Marine

16   chapters, correct?

17   A    Just some of them, yes.

18   Q    And if we scroll through to the next few pages, we see

19   some additional colors that are used?

20   A    Correct.

21   Q    And, in general, you would agree that there are Space

22   Marine chapters and color combinations including blue, white,

23   red, green, gray, black, purple, yellow and, I assume, others?

24   A    Yes.

25   Q    And you are asserting that no one else can paint their

1  figures using these color schemes?

2  A    No, we're not asserting that.

3  Q    Games Workshop has a registered trademark for the term

4  "Space Marine," correct?

5  A    Correct.

6  Q    But that is not a term that Games Workshop made up, right?

7  A    It's a term we made up for our miniatures.

8  Q    But it's a term that has been used in science fiction?

9  A    Not generally.

10 Q    You have not heard the term "Space Marine" used in science

11 fiction?

12 A    In science fiction, meaning it's a bit broad.  Narrow it

13 down for me.

14 Q    You have never heard --

15 A    I've never heard it in a science fiction movie, for

16 example.

17 Q    And you have never heard it in a science fiction book?

18 A    What kind of book?

19 Q    A science fiction.

20 A    I've never read a novel with science -- with the word

21 "Space Marine" in it.

22 Q    But you have read a factual book with the word "Space

23 Marine" in it?

24 A    No, not a factual book.  So you have got to narrow it

25 down.

1          In science fiction, what do you mean by that?  In the

2    broad areas of what?  In fiction or publishing drama, t.v.,

3    films, radio, gaming, where?

4    Q    Well, we started with films and you said you had never

5    heard the term "Space Marine" used in films.

6    A    Films, yes.

7    Q    And then we moved to books, and you said you had never

8    heard the term "Space Marine" used?

9    A    No, I was asking the question about books.  Of course, we

10   have published books with the word "Space Marine" in, novels

11   and game books.

12   Q    Outside of the Games Workshop universe?

13   A    Okay.

14   Q    You have never --

15   A    I'm aware of one novel that used the title -- used "space

16   men" in the title.

17   Q    And what novel was that?

18   A    It was a novel called "Spots, the Space Marine," I think.

19   Q    And that's the only time you have ever heard the word

20   "Space Marine" used in fiction outside of the Games Workshop

21   universe?

22   A    Yes, I think so; to the best of my knowledge it is.  I

23   can't recall another occasion where anybody has used that term

24   in a novel.

25   Q    And in a science fiction video game, you have never heard

1  the term "Space Marine" used?

2  A   Outside of the Games Workshop licensed ones, I would

3  struggle to think of one.

4  Q   And you have never heard of any other miniatures or action

5  figures that used the word "Space Marine"?

6  A   Not miniature.  Well, no, not miniatures, and not action

7  figures or dolls or anything else like that.

8  Q   Games Workshop --

9          Although you testified that at the time that you

10  created Warhammer 40K, Games Workshop did not maintain a

11  library of reference materials; you currently have reference

12  materials at Games Workshop, correct?

13  A   We have -- well, in the 25 years subsequent to that, yes,

14  we have accumulated all kinds of reference materials, yes.

15  Q   And many of those are not published by Games Workshop?

16  A   Many of those are not published by Games Workshop, that's

17  correct.

18  Q   And those books include books about military history?

19  A   Yes.

20  Q   And about heraldry?

21  A   Yes.

22  Q   And about weapons?

23  A   Yes.

24  Q   Each designer at Games Workshop has access to those books?

25  A   No.

Merrett - cross

1  Q    Many designers at Games Workshop have access to those

2  books?

3  A    Yes.

4  Q    And we talked a little bit earlier about the fact that

5  Games Workshop has licensed work from other science fiction

6  universes, right?

7  A    Yes.  Sorry, I have to just go back in time because it's a

8  long time ago.  So I have to go back and think, were those

9  science fiction universes.

10         It's debatable whether some of them were or not, but,

11  yes.

12  Q    And Games Workshop, as we already discussed, licensed

13  Michael Moorcock's Eternal Champions products?

14  A    Yes.

15  Q    And for a period of time, Games Workshop also licensed

16  Dungeons and Dragons miniatures?

17  A    Yes, it's true.

18  Q    And for a period of time, Games Workshop licensed Judge

19  Dread miniatures?

20  A    Yes.

21  Q    And for a period of time, Games Workshop licensed Lord of

22  the Rings miniatures?

23  A    Yes.

24  Q    So while during the periods of time that those were

25  licensed, Games Workshop designers had access to each of those

1 universes?

2 A    To a lesser or greater degree depending on their

3 involvement in the various projects, and for some of the

4 licenses, there were no reference materials.

Merrett - cross

1    Q    Going back to our discussion of the term Space Marine,

2    never seen it used in connection with the role playing game?

3    A    I don't know if the thing I saw was a role playing game.

4    Q    What is the thing you saw?

5    A    A game book that was published in the late 70s possibly.

6    I don't know when -- exactly when it was published.

7    Q    So you're aware of the use of Space Marines in connection

8    with some type of game in the 70s at least?

9    A    Yes.  I became aware of that quite recently.

10   Q    We were then talking about the access that Games

11   Workshop's designers had to all of the universes that you

12   licensed.  Despite that access, you believe that the Games

13   Workshop designers do not rely at all on other sources of

14   science fiction in creating their products, correct?

15   A    I wouldn't say despite the access.  I'd say almost because

16   of the access, it makes it even more imperative that they

17   actually keep all the licensed -- well, it's certainly our

18   practice to keep all the licensed work and the Games Workshop

19   work separated.

20          When you actually acquire a licenses, one of the

21   things that you actually set yourself out to do is to make

22   sure that you don't do the wrong thing by the license holder.

23   Q    And you believe that the designers that Games Workshop

24   employs are creative and able to think things up from their

25   own imagination?

1  A    I believe that's absolutely the case.

2  Q    And that's true despite the fact that they've had access

3  to other materials?

4  A    Yes.  I think that's actually what makes them the

5  brilliant designers that they are.

6  Q    And --

7  A    Sorry.  Yes.

8          The fact that they're creative and super talented

9  sculptors, designers and CAD designers makes it possible for

10 them to be able to turn their hand to all manner of subjects

11 and skills, and inventing and creating original works is

12 actually part of -- the major part of the work they've done

13 over all those years.  The license work they've done is a

14 relatively small part of that, but actually it's the fact that

15 they're able to be creative and original that makes that

16 possible to happen.

17 Q    And Roberto Zerrillo (phonetic) was one of Games

18 Workshop's designers?

19 A    He was a concept artist that we employed for a short

20 period of time.

21 Q    And Sean Bullock also worked for Games Workshop?

22 A    Can't recall the name Sean Bullock.  He may have done.  I

23 can't recall his name.

24 Q    You've been handed a book that's marked as Defense Exhibit

25 DX 615.  Is that the book that you referenced?

Merrett - cross

1    A    It doesn't have a mark on it.

2         Yes.  I've never seen one in the flesh before.

3    Q    But that's the book that you testified you were aware of

4    that used the name Space Marine?

5    A    Yes, became aware -- I became aware of this, gosh, about

6    two months ago.

7         MR. MOSKIN:  Excuse me, your Honor.  I haven't seen

8    that exhibit before.

9         THE COURT:  Okay.  All right.

10        (Brief pause.)

11        MS. HARTZELL:  Your Honor, we move to admit Defense

12   Exhibit 615 into evidence.

13        THE COURT:  6-1-5?

14        MS. HARTZELL:  6-1-5.

15        MR. MOSKIN:  There's no foundation.  The witness just

16   testified a moment ago that he'd only first seen it a week --

17   very recently, and in fact this is --

18        Maybe we should approach side bar.

19        THE COURT:  Okay.  The objection is lack of

20   foundation.  Can you describe to me how you think the

21   foundation has been laid at this point?

22        MS. HARTZELL:  Based upon the fact that the witness

23   testified that this is the book that he was talking about.

24        THE COURT:  I'm going to overrule the objection.

25   It's admitted.

1  BY MS. HARTZELL:

2  Q   Mr. Merrett, this is the book that you mentioned that you

3  became aware of that was -- that used the name Space Marines?

4  A   Yes.

5  Q   And the title of that book is Space Marines Science

6  Fiction Miniature Rules Tactical Ground Combat; is that

7  correct?

8  A   Yes.

9  Q   Is this the book that you testified you became aware was

10  from the 70s?

11  A   Yes.

12  Q   And by 70s you mean 1970s?

13        Yes?

14  A   What are you saying about my age?

15        THE COURT:  I was around in the 70s too.

16        MS. HARTZELL:  No offense intended.

17  BY MS. HARTZELL:

18  Q   Just to clarify the record, you meant the 1970s?

19  A   I believe so, yeah.  To be honest, it's not a product I'm

20  at all familiar with.  That is literally the first time I've

21  ever clapped eyes on the actual physical version of it, and I

22  only became aware of it must be within the last two months or

23  so.  I can't quite remember the exact time when we became

24  aware of it.

25  Q   I believe you testified yesterday, or possibly the day

Merrett - cross

1    before, that Games Workshop has U.S. sales in excess of fifty

2    million dollars a year; is that correct?

3  A    No, I didn't testify to that at all.

4  Q    No?

5  A    No.  I wouldn't know what our U.S. sales numbers are, to

6    be honest.

7  Q    Okay.

8  A    That's not my field.

9  Q    You've not testified about any sales that you lost to

10   Chapterhouse, correct?

11 A    I've not testified to that at all, no.

12 Q    And Games Workshop hasn't changed the pricing of any of

13   its products as a result of Chapterhouse's business, correct?

14 A    That would be correct.

15 Q    And you haven't created new products that you were not

16   previously planning to release based on Chapterhouse's

17   business?

18 A    I'm sorry.  Can you just repeat the question, then?

19 Q    Let me withdraw that one.

20        You talked a little bit about concerns about your

21   licensees.  You have not lost a single licensee as a result of

22   Chapterhouse's business, correct?

23 A    We don't know whether we have or not.  No licensee has

24   ever -- potential licensee has cited that as a reason for not

25   signing a license with us but --

Merrett - cross

1   Q   And no current licensee has ever broken their license or

2   refused to renew their license based upon the existence of

3   Chapterhouse?

4   A   That's not been the reason that any of them have cited for

5   breaking a relationship with us, no.

6   Q   And you were asked yesterday about harm that Chapterhouse

7   might do to your business.  You responded, "I can't give any

8   evidence of the harm they might do to, say, ourselves because

9   that would be impossible to track down."  Do you recall that?

10  A   I do.

11  Q   So you haven't had documents over the course of the five

12  years that Chapterhouse has been in business showing any harm

13  to Games Workshop resulting from Chapterhouse's existence?

14  A   Not my area, so I don't know.  We may have had some, but,

15  I mean, other witnesses may testify to that.

16  Q   So you as the head of intellectual property at Games

17  Workshop are not aware of any documents over the course of the

18  five years that Chapterhouse has been in business showing any

19  harm to Games Workshop resulting from Chapterhouse's

20  existence?

21  A   Personally I'm not aware of that, no.

22  Q   And the release of Chapterhouse's products has had no

23  business impact on Games Workshop?

24  A   Again, some of the other witnesses may have some testimony

25  about that, but --

1       I'm sorry.  I've lost the thread there a little bit

2   about what the question was.

3   Q   You as the head of intellectual property for Games

4   Workshop are not testifying about any harm to Games Workshop

5   resulting from any business impact on Games Workshop from

6   Chapterhouse's products?

7   A   I am not testifying to that, no.

8   Q   In the same conversation where you discussed

9   Chapterhouse's business and your concern about your licensees,

10  you acknowledged that there are things in Games Workshop's

11  range that you can't claim to be completely original.  Do you

12  remember that?

13  A   Yes.

14  Q   And you said it would be insane and stupid of you to even

15  claim that?

16  A   Yes.  I'm not sure -- was that the language I used?  Gosh.

17  Q   I believe it was.

18  A   Okay.

19  Q   And you understand that copyright protection does not

20  extend to elements of your design that are not original?

21  A   No, I don't.  That's not how -- my understanding of how

22  copyright works.  Copyright can be vested in original

23  combinations of standard or otherwise noncopyrightable

24  elements.  It's possible to create a new work by combining

25  previously noncopyrightable elements and creating a new work

Merrett - cross

1    which is copyrightable.

2    Q    But you under --

3    A    But that's the basis of most copyrights because words,

4    letters of the alphabet are not individually copyrightable,

5    but you can string them all together and you create copyrights

6    by creating a novel combination of such things.

7    Q    So you --

8    A    And that's true in art and music as well, isn't it?  And

9    it's also true in sculpture.

10   Q    So you testified earlier that you understand that

11   copyright does not extend to ideas, correct?

12   A    I can't say what my -- my humble understanding of the law

13   on these matters is, is that actually copyright is invested in

14   original creative work.

15   Q    And it only protects that portion of the work that is

16   original, which may include combinations?

17   A    Yes.

18   Q    So to the extent that the jury determines that the items

19   for which Games Workshop claims copyright protection are not

20   original, then you agree that they could not find in Games

21   Workshop's favor?

22   A    Well, that would be for the jury to decide.  I wouldn't

23   dare to presume upon their judgment in this matter.

24   Q    But you understand that nonoriginal content is not

25   protected?

 1 | A   As I said, with the proviso that original combinations

 2 | are.

 3 |           MS. HARTZELL:  Thank you.  I have nothing further.

 4 |           THE COURT:  All right.  We're going to take a break

 5 | before we start the redirect.  We'll break for ten minutes.

 6 |           All rise.  The jurors can come with me.

 7 |           (Recess taken.)

 8 |           (The following proceedings were had in the presence

 9 |           and hearing of the jury:)

10 |           THE COURT:  Everyone can have a seat.

11 |           Mr. Moskin, you can go ahead.

12 |                    REDIRECT EXAMINATION

13 | BY MR. MOSKIN:

14 | Q   Mr. Merrett, I'd like to show you that page you were just

15 | shown from Defendant's Exhibit 645 of The Eternal Champion.

16 | And do you know who made these figures?

17 | A   Yes.

18 | Q   And who made these figures?

19 | A   These were designed by Jes Goodwin.

20 | Q   And who is Jes Goodwin?

21 | A   He's a designer at Games Workshop.

22 |           Sorry.  The figures at the top were designed by Jes

23 | Goodwin.  The figures at the bottom were designed by Aly

24 | Morrison, who is also a designer at Games Workshop.

25 | Q   Thank you.

1      And in your testimony a moment ago you mentioned

2  something called Spots the Space Marine?

3  A   Yeah.  I think it's called or Spot the Space Marine or

4  something.

5  Q   And can you tell me what that is?

6  A   It was a -- or is a book that's -- novel that's published

7  on or bought through Amazon and maybe other places.  I don't

8  know exactly.

9  Q   And when did you first learn of Spots the Space Marine?

10 A   Earlier this year, maybe three, four months ago.  I'm not

11 sure exactly when it was.  I think it was this year.  March

12 time maybe.

13 Q   And how was it that it came to your attention?

14 A   It came to my attention because there was a request by

15 Games Workshop to Amazon to have the -- well, I can't remember

16 exactly what happened, but we objected to the book being sold

17 because it used Space Marine in the title.  That's how it came

18 to my attention.

19 Q   So Games Workshop contended that use of the title was an

20 infringement of --

21 A   It did yes.  And that created something of a media storm.

22      MR. MOSKIN:  In case I didn't identify it for the

23 record and I was asking the question a moment ago, I was

24 referring to Exhibit 645, Defendant's Exhibit 645, in regard

25 to The Eternal Champions.

1  BY MR. MOSKIN:

2  Q    And opposing counsel also showed you what was marked as

3  Defendant's Exhibit 615, and can you tell me how this came --

4  when did you first see or hear of this?

5  A    I can't remember exactly who said, somebody at Games

6  Workshop, and I can't remember who it was, said, oh,

7  apparently there's a set of game rules called Space Marines

8  that were published in the 70s.

9  Q    And when did that happen?  When did you learn of that?

10 A    It was about two months ago.  I can't remember exactly

11 when it was, but it was recently.  And it was brought to our

12 attention primarily because of this lawsuit, that someone at

13 the company went, perhaps you should know about this.

14 Q    And are you aware that any copies of this book or any

15 board game associated with it have ever been sold anywhere at

16 any time?

17 A    I'm not aware of any -- of any of that, no.  I don't know

18 anything at all about it other than it was published in the

19 70s, at some point in the 70s, and that's all I know.  I don't

20 know if it was sold.  I have no -- I just don't know.

21 Q    And were you aware of Exhibit 615 in the mid 1980s when

22 Games Workshop created its Space Marines?

23 A    No.

24        MR. MOSKIN:  Your Honor, I would move to exclude

25 Exhibit 615 as being irrelevant.

1    THE COURT:  I think it goes to weight.  The motion is

2    overruled.  You'll argue at the appropriate point what weight

3    should be given to the exhibit, if any.  It's up to the jury

4    to decide that.

5    MR. MOSKIN:  That's fine.  Thank you.

6    BY MR. MOSKIN:

7    Q    You were asked some questions yesterday about, and I may

8    mangle the name myself, Ymgarls?

9    A    Ymgarls Genestealers, yes.

10   Q    And where did that name come from?

11   A    It was originally the name of the moons where the

12   Genestealers were first discovered by the Imperium, and that's

13   cited in the 1987 Warhammer 40,000 Rouge Book, the very first

14   edition of the 40K game.

15   Q    And so was that -- it might be the same question, but is

16   that when the Ymgarl were introduced into the fiction?

17   A    That's when the name was first coined, yes.

18   Q    And are -- subsequent to that has Games Workshop

19   incorporated any descriptions of the Ymgarl in its fiction?

20   A    In the subsequent Tyranid codex it was listed as a

21   variation of a Genestealer unit.

22   Q    I'm sorry, of the?

23   A    Of a Genestealer unit in the game.

24   Q    I'd like to show, if we can bring up Plaintiff's Exhibit

25   425, is that the -- one of the codexes you're referring to?

1    A    Yes, I believe so.

2    Q    And if I can direct the witness's attention to I think

3    it's page 12 of the codex.

4            Can you read that?

5    A    Yes.

6    Q    And is there any description of the Genestealers and the

7    Ymgarl on this page?

8    A    Yes.  If you see -- I'll use my little pointer.  Just

9    here, text.

10   Q    And how are the Ymgarl described?

11   A    They're described as tentacle-mawed Ymgarl Genestealers.

12   Q    And what is a -- do you understand what is a tentacle maw?

13   A    That would suggest to me a creature with tentacles instead

14   of a sort of a mouth.  It's the maw, isn't it, the mouth.

15   Q    And if I can refer you to I think it's the inside cover of

16   the -- or it's page 3.  Can you tell me the copyright date of

17   this book?

18   A    As always, they're really hard to find.  It's down there,

19   isn't it.  And it's 2008, printed in China, and the copyright

20   date is 2004, reprinted in 2008.  So 2004, which suggests that

21   we would have probably been working on it in 2002, 2003.

22   Q    And you're not a lawyer, are you?

23   A    No, I'm not a lawyer.

24   Q    Do you know the technical difference between a trademark

25   and a copyright?

Merrett - redirect

1    A    I think I do.  I'm not sure I've got a complete technical

2    grasp of that.

3    Q    Regardless whether you call it a copyright or a

4    trademark --

5            And maybe we can bring up -- that's all right.

6            Regardless of if -- whether you call it a copyright

7    or a trademark, can you just summarize again what are your

8    concerns about the taking of any original elements from Games

9    Workshop's Ymgarl characters by Chapterhouse?

10           And just a second.  Maybe we'll bring up the claim

11   chart.

12   A    Okay.

13   Q    Okay.  Again, just to repeat the question, regardless

14   whether you call it a copyright or a trademark, can you just

15   tell us again what your concerns about the Chapterhouse's

16   selling of a 28 millimeter Ymgarl model head?

17   A    Okay.  This is familiar, the whole balance of coincidences

18   that go, we, Games Workshop, many, many, many years ago

19   created a backstory for the Tyranids, which included these

20   terrible creatures called Genestealers, and there's a variant

21   of the Genestealers that come from the moons of a planet

22   called Ymgarl, which we made up, and they're described as

23   tentacle-mawed, as you can see from the -- I've forgotten that

24   specific description.  And then there are models of heads that

25   have been designed to specifically fit onto the Games Workshop

1    Genestealer, Tyranid Genestealers that have tentacle maws and

2    are described by Chapterhouse as Tyranid Genestealers to

3    represent Ymgarl Genestealers.

4            And it's that -- for me, it's that whole, as you say,

5    not from the perspective of a lawyer, but from the perspective

6    of someone who's been involved in creating the Ymgarl

7    Genestealers and working on the Ymgarl Genestealer idea over

8    the last 25 plus years and counting, that feels like that --

9    well, that just feels like that's just too many coincidences,

10   too many appropriations of what I would think of -- what I

11   would regard as being Games Workshop's expressions.

12           Again, like you said, I can't talk from the

13   perspective of a trademark/copyright lawyer because I'm not

14   one, but my understanding is that -- well, my feeling is that

15   that shouldn't be -- that that isn't an appropriate thing for

16   Chapterhouse to do.

17           MR. MOSKIN:  I have no further questions, your Honor.

18           THE COURT:  Ms. Hartzell, anything else?

19           MS. HARTZELL:  Nothing further.  Thank you.

20           THE COURT:  All right.  You may remember that I said

21   you would have the opportunity to propose questions, so now's

22   the time.  If you have any questions, write them out or finish

23   writing them out.  Or if you've already written them out, you

24   can just kind of pass them down to the end, and once I see

25   people passing, we'll have my court reporter come over and get

Merrett -

1   them.

2       (Side bar conference:)

3       THE COURT:  I'm just going to go through these and

4   you'll tell me if you have any problems.

5       What was the dual purpose kit of which the Tervigon

6   was part?  Just asking to clarify something.

7       MS. HARTZELL:  Yes.

8       THE COURT:  Anybody have a problem with that?

9       MS. HARTZELL:  No.

10      THE COURT:  Exhibit 10-11, question mark, before

11   1012, was the comparison top and bottom for CHS versus GWS, or

12   was it side to side?

13      Do you know what he's talking about?

14      MS. HARTZELL:  They're all side to side.

15      THE COURT:  They're all side to side?  Can I just

16   tell them that?

17      MS. HARTZELL:  Yes.

18      MR. MOSKIN:  Yes.

19      THE COURT:  Okay.  All right.

20      Are there any companies that make 3D characters for

21   GW, licensed or not?

22      MR. MOSKIN:  I don't know the answer, but I have no

23   objection to that particular question.

24      MS. HARTZELL:  I have no objection.

25      THE COURT:  When a customer goes to purchase

1   miniatures but they only need certain parts of the figures,

2   for example, the legs, are customers able to buy Games

3   Workshop individual parts such as legs or other parts, or do

4   they have to buy the whole box of parts?

5           Anybody have a problem with that?

6           MR. MOSKIN:  No.

7           MS. HARTZELL:  No.

8           THE COURT:  Are customers able to buy individual

9   parts for Games Workshop vehicles, or do they have to buy the

10  entire box?  Same thing.

11          MS. HARTZELL:  No.

12          THE COURT:  When did you become aware of Chapterhouse

13  allegedly stealing our ideas, and what steps were taken to

14  resolve the situation?

15          That may be a little problematic.

16          Were there any settlement negotiations before the

17  lawsuit?

18          MS. HARTZELL:  Not that I'm aware of.

19          MR. MOSKIN:  They were -- honestly, I don't even know

20  because there were discussions back and forth starting in

21  2009, I think.

22          THE COURT:  I mean, I guess I'm sort of inclined to

23  say that this is not relevant.

24          MR. MOSKIN:  I think he's not going to know anyway

25  because Gill Stevenson would know the answer to that, but he

Merrett -

1  won't.

2         THE COURT: I'm going to say it's not relevant.

3         There's one more. What happens in game play,

4  according to the Games Workshop codex, when a player

5  introduces a wholly unique modification to or an entire --

6  modification to an entire model? I don't know what that

7  means.

8         MR. MOSKIN: I think what he's --

9         THE COURT: Does the question make sense?

10        MR. MOSKIN: I think what he's getting at is if you

11  make your -- if you buy let's say a Space Marine figure and

12  you modify it, individualize it yourself.

13        THE COURT: Yes.

14        MR. MOSKIN: I don't know the answer, but I think you

15  can -- certainly you can use these in games.

16        THE COURT: Okay. This is coming from the first guy,

17  the gamer, the first guy in the first row.

18        MR. MOSKIN: He just wants to know.

19        THE COURT: He just wants to know.

20        Who owns Citadel Modeling and Black Library?

21        MR. MOSKIN: I think I covered that in the direct.

22        THE COURT: Yeah, but he probably missed it.

23        Are the Ymgarl and the Tyranids partially inspired by

24  the works of H.P. Lovecraft? Anybody have a problem with

25  that?

1           MS. HARTZELL:  No.

2           MR. MOSKIN:  No.

3           (The following proceedings were had in the presence

4           and hearing of the jury:)

5           THE COURT:  Okay.  There's one question that I'm not

6    going to ask because it's not relevant to any of the issues,

7    and you shouldn't speculate on what the answer might have

8    been.

9           Okay.  So what was the dual purpose kit of which the

10   Tervigon was a part?

11          THE WITNESS:  That's a kit that Games Workshop sells

12   that is called Tyrannofex -- Tyranid Tyrannofex, stroke,

13   Tervigon.  Slash Tervigon.

14          THE COURT:  Stroke is British for --

15          THE WITNESS:  Yes, slash.

16          THE COURT:  -- slash.

17          THE WITNESS:  Sorry.

18          THE COURT:  You did that before.  I was going to say

19   it before, but now you gave me another opportunity.

20          There was a question I think it's really more for me

21   or for the lawyers.  The question is whether when you saw

22   those claim charts whether the comparison is going side to

23   side or up and down.  It's always side to side.  Okay.

24          Next question for Mr. Merrett:  Are there any other

25   companies that make 3D characters for Games Workshop, whether

1    they're licensed or not?

2              THE WITNESS:  Oh.  Yes.

3              THE COURT:  Okay.  Do people have an issue with me

4    asking follow-up?

5              MS. HARTZELL:  No, your Honor.

6              THE COURT:  Let's ask about companies that you've

7    licensed.  Are there other companies that you've licensed to

8    make 3D characters?

9              THE WITNESS:  No.

10             THE COURT:  Okay.  All right.

11             THE WITNESS:  Well, okay, sorry, Judge, can I --

12             THE COURT:  That's okay.

13             THE WITNESS:  -- qualify that?

14             The company that -- Fantasy Flight, who we licensed

15    to do board games, we've given them special permission to

16    include some three-dimensional tokens in some of their games.

17             THE COURT:  With the board games.

18             THE WITNESS:  But they're part of the board games.

19             THE COURT:  Okay.

20             When a customer goes to purchase miniatures, let's

21    say they only need certain parts of the figures.  Let's say

22    they only need the legs.  Okay.  Are they able to buy

23    individual parts such as legs or other parts, or do they have

24    to buy the whole box of parts?

25             THE WITNESS:  Generally speaking, they have to buy

1   the whole box of parts, but there are some occasions where

2   there might be supplemental kits that only have certain parts.

3           THE COURT:  Okay.

4           THE WITNESS:  And we used to -- we have sold

5   individual components from kits in the past, but we don't do

6   that anymore.

7           THE COURT:  The next question is related.  I suspect

8   it will be the same answer.  Are customers able to buy

9   individual parts for the vehicles, or do they have to buy the

10  whole part?  Is it the same answer basically?

11          THE WITNESS:  No.  That's probably more likely that

12  we do a lot more add-on or component kit, conversion kits or

13  component kits for vehicles.  So our Forge World division

14  produces a whole range of Rhino door kits and laminated door

15  kits and such like.

16          THE COURT:  All right.  Next question is about

17  playing the game.  What happens in game play, according to the

18  codex, if a player introduces a unique modification of a

19  model, in other words, makes his or her own modifications to

20  it?  How does that affect the game play under the codex?

21          THE WITNESS:  It wouldn't affect it at all provided

22  they agreed with their opponent what that modification

23  represented.

24          THE COURT:  All right.  So you'd have to reach an

25  agreement?

1    THE WITNESS:  Yeah.  And typically someone would say,

2    oh, I've adapted this model in this way to represent this

3    option or this variant or this choice, and depending on the

4    players, they would reach an agreement about whether that was

5    acceptable.

6         Generally speaking, what we advise people to do is

7    not try to confuse their opponent when they're playing because

8    that would be kind of cheating, say.  It's usually make it

9    really clear to your opponent what's going on.

10    THE COURT:  Who owns Citadel Modeling and Black

11    Library?

12    THE WITNESS:  Games Workshop do.

13    THE COURT:  Are the -- and I know I'm going to

14    mispronounce this too.  Are the Ymgarl and the Tyranids, are

15    they partially inspired by the works of H.P. Lovecraft?

16    THE WITNESS:  I can't answer that --

17    THE COURT:  Okay.

18    THE WITNESS:  -- in any reasonable way.

19    THE COURT:  To your knowledge, are they inspired?

20    THE WITNESS:  Well, inspired possibly, but not

21    referenced from.

22    THE COURT:  Follow-up questions, Mr. Moskin?

23    MR. MOSKIN:  No, your Honor.

24    THE COURT:  Ms. Hartzell.

25    MS. HARTZELL:  No, your Honor.

1    THE COURT:  All right.  You're excused.

2    THE WITNESS:  Thank you, your Honor.

3    THE COURT:  Next witness, please.

4    The lawyers asked this question at side bar, so I

5    will answer it for you as well.  They asked whether -- since

6    I'm charging time to people, whether the time for your

7    questions is charged to either side.  It's not.  It's outside

8    of the time charging system.

9    MR. MOSKIN:  Your Honor, the next witness we'd want

10   to call is by video.

11   THE COURT:  It's a video deposition?

12   MR. MOSKIN:  And I will say, you know, because it's

13   now 11:30, it runs, I think, a little less an hour.  If we can

14   take the break at 12:30, if that's acceptable.

15   THE COURT:  Okay.  All right.

16   All right.  So you're next going to see a video

17   deposition.  I need to explain to you a little bit what a

18   deposition is.  You may have heard some references to

19   depositions.

20   So a deposition -- in a civil case, before trial the

21   lawyers are permitted to question witnesses, typically the

22   other side's witnesses or witnesses who are not associated

23   with either party, under oath just like they're here in court.

24   Sometimes it's just taken down by a court reporter and there's

25   a paper transcript which would be read.  This one happens to

Naismith - deposition

1   be on video.  So you're to take this testimony just as if it

2   were the witness on the stand giving testimony.

3           And the name of the witness is?

4           MR. MOSKIN:  The name of the witness is Robert

5   Naismith.

6           THE COURT:  Okay.  N-a-i-s-m-i-t-h.

7           MR. MOSKIN:  Right.

8     ROBERT NAISMITH, PLAINTIFF'S WITNESS, THROUGH DEPOSITION

9   BY MR. COOPER:

10  Q   Could you please state your name for the record.

11  A   Robert Naismith.

12  Q   Mr. Naismith, as I said, my name is Bryce Cooper.  I am an

13  attorney for Chapterhouse Studios.  And do you understand

14  you're here regarding a lawsuit that has been brought against

15  them by Games Workshop?

16  A   Yes, I do.

17  Q   Do you understand you're here to provide testimony related

18  to that case?

19  A   I do.

20  Q   Are you here voluntarily today?

21  A   Um-hum.  Yes.

22  Q   First off, could you tell me where you received your

23  education?

24  A   I grew up in Scotland.  My art education began in

25  Aberdeen.  I studied graphics and silversmithing for five

Naismith - deposition

1   years, and then, yes, pretty much started making toy soldiers

2   from then.

3   Q   When did you graduate from Aberdeen?

4   A   1979.

5   Q   When did you become interested in art?

6   A   I had always been interested in art, as a child.

7   Q   Why is that?

8   A   Just a good way to express yourself really.

9   Q   Did you specialize in any type of art while at school?

10  A   Figurative art really, drawing, sculpting, ceramics, stuff

11  like that.

12  Q   How are you currently employed?

13  A   I'm self employed.  I'm a freelance sculptor, so I do work

14  for companies much smaller than Games Workshop but in similar

15  fields.

16  Q   How long have you been a freelance sculptor?

17  A   Since I left -- no, since a year after I left Games

18  Workshop, which would be round about 1991, January '91, I

19  think.

20  Q   Could you describe the types of work you do now as a

21  freelancer?

22  A   It is broadly divided into either working for the toy

23  trade, people like Hasbro, or for the giftware trade, making

24  tourist products and souvenirs for what I call the hobby

25  trade, which is war gaming in general.  That would be

1   historical, science fiction, fantasy.

2   Q   How much time do you spend on sculpting for war gaming?

3   A   About 95 percent I would say.

4   Q   Why did you choose to be a freelancer in 1991 through

5   today?

6   A   Measure of self control really. You know, I had been

7   working with Games Workshop for six years, had a great time.

8   I found that the early years, if you like, at Games Workshop,

9   the unrestricted years gave you a lot of creative freedoms,

10  and as the company grew and developed, then its structure got

11  more resolved, and that meant that the amount of design input

12  that you had was going down, and really that was why I decided

13  to move on, because I liked the idea of being free to be able

14  to, you know, throw in ideas and have an effect on the product

15  rather than being a renderer of the product.

16  Q   And did you say you've never worked for Chapterhouse

17  Studios?

18  A   Never.

19  Q   I'd like to take you back to after you graduated from

20  university. Where did you work after you graduated?

21  A   I had an unartistic job for about six months. I worked as

22  gardener in a convent, but I was still sculpting when I was

23  doing that. And then I set up with some colleagues a company

24  called Naismith Design, which still exists, although I'm not

25  part of it anymore. And we make or we made 15 millimeter and

1  25 millimeter historical war games figures for the most part.

2  I also did some work for a company called Nav War,

3  who were part owners of Naismith Design.  And they were mainly

4  making 124 hundredths and 136 hundredths ships, you know,

5  Second World War, First World War, ancient, all sorts of

6  stuff.

7  Q  When you say historical war games figures, could you

8  describe what those are?

9  A  Aztecs, Incas, Napoleonics, English Civil War, American

10  Civil War, Second World War, colonial wars.  That's it really.

11  Didn't do much modern stuff.

12  Q  Could you describe the process you go through when you are

13  designing a war game model?

14  A  Designing it.  If it's a historical model, then the brief

15  is -- it's got to be quite tight, you know.  You've got a

16  scale.  You will have a base size to consider.  You will have

17  the question of if you're making stuff to fit in with an

18  existing range, so you want to make sure it fits with that.

19  The rules will stipulate, you know, okay, it's got to be, I

20  don't know, late -- late Second World War German MG team,

21  which is completely different from an early Second World War

22  MG team.  So you have to look at the detail of the uniforms

23  and the equipment and try and reflect that in the model.

24  That's the design process.

25  The actual sculpting process is the basic

1 construction of the models.  You know, they are nearly always

2 human beings, so you make a little metal skeleton.  You

3 animate that skeleton into the required pose, and then you

4 start applying the epoxy putty onto the model, and you do that

5 successively as the putty sets until you arrive at the

6 finished product.

7 　　　　We use epoxy putties because the original mold making

8 process is -- we stole that, if you like, from the jewelry --

9 cheap jewelry making process where you have semi-vulcanized

10 rubber, which is essentially tire rubber, and it comes in two

11 disks which are in this half cooked state, so you take your

12 original epoxy model and you sandwich it between two layers of

13 the rubber.  You put that whole assembly into a press, which

14 applies pressure and temperature, and that pressure and

15 temperature completes the vulcanization of the rubber.  What

16 that means is that the rubber sets into a position, and as it

17 sets, it flows and that's what picks up the shape of the

18 original model.

19 　　　　So that's the process.

20 Q    You started working at Games Workshop sometime around

21 1983, '84?

22 A    Yeah.  That's fine, yes.

23 Q    And how did you receive that job?

24 A    I -- as I say, I'd been working for Naismith Design, and

25 it was okay, but it was a small company.  It wasn't doing many

1  exciting things.  And I knew that Citadel, who it was at the

2  time --

3  Q   Citadel was Games Workshop at the time?

4  A   Citadel was the miniatures arm, which started off

5  independent, and then Games Workshop kind of took it over.

6       So Citadel was the company at the time that I

7  recognized who were doing lots of exciting fantasy things.

8  And I'd been making historical stuff for quite some time, and

9  I knew Brian Ansell, who was the owner and runner of Citadel

10  at the time.  I had spoken to him several times on the phone,

11  and I had seen in the press the model -- the military modeling

12  magazine, I believe, that they were looking for sculptors.  So

13  I phoned him up and I said, are you looking for sculptors?

14  And he said, yeah, are you interested?  So I said yes, and

15  came down to Newark, where they were at the time, met Brian

16  and Richard Ellard, made a couple of test pieces, I think, for

17  them, which they seemed happy enough with, and I just I

18  arranged, then, to stop working for Naismith Design I think

19  about three months after that and start working for Citadel.

20  Q   What type of miniatures did Citadel make at the time?

21  A   At that time my awareness is that they were making fantasy

22  figures for the most part.  Warhammer had just come out, I

23  think, after I had joined them.  I think they were working on

24  the second edition.  So it was primarily fantasy figures.

25       They'd also just got licensed for a range of Middle

1   Earth products as well, and I remember working on those also.

2   Q   Was Warhammer the first fantasy tabletop game?

3   A   I've got to say no.  I don't think so.  No.  You know, if

4   I've got any old magazines that go back that far, but I'm sure

5   there were plenty of other.

6   Q   Could you describe the process of the story creation and

7   miniature design, how they coordinated?

8   A   In the first instance, they were not really coordinated to

9   any great degree.  Citadel was a small outfit.  I couldn't

10  tell you how many staff it had, but it wasn't many.  And the

11  design resource consisted mainly of John Blanche and Tony

12  Ackland in the art department, who drew like mad things all

13  the time and did graphics, Rick Priestly, who was like the

14  rules writer, Brian, who was in charge.  Alan was there, Alan

15  Merrett, who was there as kind of in charge of the sculptors.

16  A bit of factory management as well.  Alan was always there

17  doing stuff.  And then the sculptors.

18          But at that point I don't think any of the sculptors

19  were actually working on the premises of Citadel.  They were

20  all working from home.

21

22

23

24

25

Naismith - deposition

1    Q.   So were he sculptors different than the people who were

2    coming up with the rules?

3    A.   Yes.

4    Q.   Were you at Games Workshop when Warhammer 40K was created?

5    A.   Yes.

6    Q.   Could you describe what Warhammer 40K is?

7    A.   Warhammer 40K is their science fiction version, if you like,

8    of the Warhammer Fantasy.   There is a difference in the sense in

9    war games terms -- fantasy, broadly speaking, is based on

10   medieval weapons and weaponry.   You know, troops tend to be

11   armed with swords and shields and armor and tend to fire cannon,

12   if they have any, or catapults, if they don't, whereas Warhammer

13   40,000 has got its feet much more firmly placed in a modern

14   world, where infantry men have guns of varying sizes, automatic,

15   semiautomatic weaponry, hand-held projectile launchers, like

16   bazookas, mortars, and things like that.

17          The way that the war game unfolds on the table is

18   different.   In Warhammer there is serried ranks of armies that

19   face each other, and they kind of march towards each other in a

20   steady fashion, have a battle in the middle, and the thing

21   resolves itself.   40K is much more mobile, so I would argue it

22   is probably a more dramatic rule set.

23   Q.   When was Warhammer 40K developed?

24   A.   It was developed when I was there, and they were just

25   starting to talk about it.   So, I was involved with some of the

PDF created with pdfFactory trial version www.pdffactory.com

Naismith - deposition

1    early play testing with Rick and with John before any rules

2    really got to any printed state or even preprinted state.  You

3    know, they existed in Rick's folder only as such, and we would

4    help test those rules.  Yes, it was good times.

5    Q.   Were you involved in the design of any of the early

6    miniatures for Warhammer 40K?

7    A.   Yes.  At the outset we had nothing really that was any

8    science fiction stuff, so we started just using surrogates.  In

9    other words, you just would take any old mold and put it on the

10   table and use that.

11           But it became apparent pretty soon that Bryan, who was

12   in charge of the whole thing, wanted us to have models.  So, we

13   started making science fiction models without any real brief or

14   design, you know.  We knew that, broadly speaking, we were going

15   to be minicking the races that were in Warhammer fantasy.  So,

16   we knew we would have humans, we would have orks, we would have

17   dwarves, and we would have elves.

18           So, you know, we naturally went to the guys who had

19   been making the dwarves, which was the Perrys, and said, "Can

20   you make some science fiction dwarves," and went to the guys who

21   made the orks and so on and ditto, and the guys who made the men

22   at that point, myself, the twins, and Ali and Jes, were all

23   involved making humanoids, if you like, so we ended up making

24   them   I made most of them at that point because I was so

25   facile, I was so iterative, I could make figures quite quickly.

PDF created with pdfFactory trial version www.pdffactory.com

Naismith - deposition

1    So, I was able to make quite a lot of figures that would just

2    help us get going with play testing.

3    Q.   You mentioned something about the level of briefing that was

4    done.   Could you describe what you mean by that?

5    A.   The amount of brief that we got at that point was very

6    minimal.   We would just have a brief, they would say, "Let's

7    have a code of fighters or Paladins," and for fantasy that is

8    pretty easy, because you would know, generally speaking, what a

9    Paladin was.   A Paladin was like a noble fully armed potent

10   warrior, you know, whereas a normal fighter might just be an

11   average guy, so he would be less well armed, less well equipped,

12   less skilled.   So, you would make models that would reflect

13   that.

14         That is really -- that came from us having our

15   background in making historical models, because the historical

16   war gaming market and sculpting for that meant that we had a

17   depth of knowledge on military costume across all these

18   different periods that I referred to earlier, and we were able

19   to draw on that resource of knowledge of military history and

20   apply it to the models.   But because it was fantasy, you could

21   apply it in an ad hoc manner, so you didn't have to -- you had

22   no rules.

23         You know, if you wanted to combine a Samurai armor with

24   a GI's equipment, you could do so because that was allowed.   So,

25   we had very little in the way of brief beyond those basic

PDF created with pdfFactory trial version www.pdffactory.com

Naismith - deposition

1    descriptions.  Fighter, Paladin, cleric, chaos thug, you know.

2    All these things were all like subgroups that we readily

3    understood, and we could just then go away and make models, and

4    as long as they were of the right size and were good models, you

5    know, they were viable for production, and then they would go

6    ahead.

7    Q.   Are there any references you took inspiration from in

8    designing your models?

9    A.   For which group, for the Fantasy or --

10   Q.   For the Warhammer 40K.

11   A.   For Warhammer 40K, not really, no.  Warhammer 40K, again it

12   was because guys had been doing historical stuff who then

13   started doing fantasy stuff, who were then asked to do science

14   fiction stuff.  Really, it was like a kind of logical extension

15   of all the things that we knew and understood about the logic of

16   military equipment and how it would go together, you know.  That

17   is what we carried forward.

18           There would be extra information.  You like -- we would

19   all like to read comics, we would all like to read books, we

20   would all like to watch movies, and we might bring some small

21   part of that into it, you know, more to do with the feel, you

22   know, because we knew that our customers were out there reading

23   the same books, reading the same comics, and watching the same

24   films.  So, we wanted to make sure that people understood what

25   the model was about.

PDF created with pdfFactory trial version www.pdffactory.com

Naismith - deposition

1    Q.   Correct me if I'm wrong, did you say that you took an

2    overall feel from the references --

3    A.   Yeah.   Sometimes, yes, but not -- we didn't lift an entire

4    look from a movie or a book or anything.   We would glean, as we

5    had done with the historical stuff, we would say, "That's a nice

6    touch, I like that.   The way that descriptor of that -- the way

7    that helmet works in that comic, the way that glove looks or

8    that particular gun, that's got a nice mechanic to it."

9            And you would visually take that in, if you like.   You

10   wouldn't say, "I'm going to photocopy that and file it."   It

11   didn't work like that.   It was just a case of you having an

12   ambient appreciation of what was going on outside.

13   Q.   You referred to themes and overall flavors.

14   A.   Yes.

15   Q.   Would you say that Warhammer 40K falls into the realm of

16   science fiction?

17   A.   Yes.

18   Q.   Did you mention that you took inspiration from certain

19   movies, books, and comics that sculptors in the field generally

20   were aware of in the 1980s?

21   A.   I can give you names of movies that were around at the time,

22   but they would only be examples of the general field of like,

23   say, science fiction movies.   There were not that many science

24   fiction movies, so we tended to watch them all, you know, so you

25   would have watched things, like you would have watched Star

Naismith - deposition

1    Wars, you would have watched Dark Star.  You would have

2    watched -- what was the other one -- Battle Beyond the Stars.

3    Some of these movies were not very good, but the imagery in them

4    was interesting.  Lots of stuff like that.  Blade Runner, you

5    know.

6            So, there was a lot of movies around, and they together

7    constituted the world, if you like, the science fiction milieu,

8    the appreciation that people had.  We were just as much fans as

9    the buyers, as the punters out there, so we were trying to make

10   stuff that we would like and we knew therefore that they would

11   like.

12           So, we would draw on those little snippets, you know,

13   from all of these different places, from comics, from film, from

14   books.  Books are difficult because, of course, there is

15   different images in different people's minds, but it is

16   certainly the case that the idea of like science fiction and

17   science fiction battles and stuff like that had already been

18   invested in, you know, Doc Smith's Linesman series of books, the

19   Heinlein books, they all show -- or not show, but they describe

20   battles between men in armor and aliens of various shapes.

21   Q.   You mentioned the word logical progression earlier.

22   A.   Yes.

23   Q.   What do you mean by that?

24   A.   What I mean is that when we are making a model, especially a

25   science fiction model, the logic of it is that it is nonsense.

PDF created with pdfFactory trial version www.pdffactory.com

## Naismith - deposition

1  It doesn't exist.  So, you have to give it a sense of reality,

2  and, therefore, you inbue that, you get that reality into the

3  model by taking elements of things which you already know work,

4  like the way a set of webbing might work on an infantry man or

5  where his pouches might be located on his body so that he can

6  access them easily.  And you take that information and you apply

7  it to your science fiction figure so that it still looks

8  believable.

9          You know, when you are making a gun, you make sure that

10  it is clear, you can see where the ammunition is held, you can

11  see where the projectile or the energy or whatever it is that

12  comes out of the weapon comes out, you know.  So, you try to use

13  what you've got in your historical image archive, if you like,

14  and apply it to the models to make them convincing.

15  Q.  I would like to talk about some of the first models you made

16  at Games Workshop.  What are some of the first models you made

17  at Games Workshop?

18  A.  As I said already, I remember making those early Car Wars

19  models, the plastic stuff.  In terms of whole figures, I

20  remember making Chaos Warriors, I think, which were frankly not

21  very good, but, again, because the brief was so loose, we had no

22  artistic direction as such.

23  Q.  Have you heard of the product Space Marine?

24  A.  There was a product Space Marine, which was a box of epic

25  stuff, but that was the whole product.  The idea of the term

Naismith - deposition

1    Space Marine was -- we didn't generate it, we, the sculptors.

2    It was a Games Workshop/Citadel thing at that point.

3            I now know that the term Space Marine kind of predates

4    that, but at that point my first knowledge of the word Space

5    Marine was as given to me by Games Workshop, and that was the

6    descriptor for what our kind of core military figure was going

7    to be, and it was going to be the main protagonist in the game.

8    Q.   What do you mean, you now know Space Marine predated that?

9    A.   Because with all this hoo-ha that we are sitting here

10   talking about, you can see that the term Space Marine predates

11   Games Workshop's use of it.  It is mentioned -- I think it is

12   mentioned in Heinlein or it is mentioned in Doc Smith in his

13   Linesman series, as a passing reference, not as a core thing.

14   It is not all about the Space Marines, but it did mention Space

15   Marines.  Of course, the term marine is common military

16   parlance.

17   Q.   Did you design the first Space Marine?

18   A.   Yes.

19   Q.   Is it fair to call a Space Marine a type of futuristic

20   soldier?

21   A.   Yes, a marine in military terms is kind of like the shock

22   troops.  They are people who are put into threatening positions,

23   tend to be the first wave of an attack.  So, these are -- the

24   term marine describes people who are there to get into trouble,

25   as it were, you know, to fight.

Naismith - deposition

1    Q.   Was the concept of a futuristic soldier original in the

2    1980s?

3    A.   No, it is not, no.  It was predated, like by the books and

4    so on.

5    Q.   Could you generally describe the development process of your

6    first Space Marine product?

7    A.   Well, again, it was pretty much along the same lines as

8    everything else, in the sense that we didn't have any art

9    direction as such.  I had a conversation with Rick Priestley,

10   and Rick described what a Space Marine was.  He was like an

11   augmented human being.  He was wearing a fully enclosed suit of

12   powered armor which would give him superhuman strength and

13   enable him to work in a hostile environment and take damage that

14   a normal human being couldn't do.  We talked about the gun that

15   he would use, and that was pretty much it, I think.  Then I just

16   went off and started making this model in the same way that I

17   had made all the other models.  I didn't realize it was going to

18   be the core piece.  It was a single -- just a model like any

19   other.

20   Q.   How did you go about determining what artistic design

21   elements went into the Space Marine?

22   A.   I already had Rick's brief.  I already knew that what we

23   wanted was this model which would have presence on the table.

24   It had to have an aspect to it which was obviously human, but

25   more than human.  It was going to be big and strong and tough

Naismith - deposition

1    and intimidating.

2            And one of the things that we were aware of as war

3    gamers is that when you put a model on the table and you stand

4    three feet away from it, any signals that it has have to be

5    strong signals.  You have to be able to instantly understand

6    that this is a powerful figure or a weak figure or an active

7    figure or slow or fast.  So, you have to make sure that those

8    design elements are in there.  So, the idea of making that

9    figure imposing was important.

10           The all-enclosing armor was really a development of

11   again my historical information, you know, the idea of like

12   medieval armor with knee armor that had to articulate, you know,

13   that the feet would have to articulate but still be armored.

14   These are common elements in medieval play armor, full play

15   armor.

16           The helmet, again, we knew it was fully enclosed.  We

17   knew that these guys were going to be, I suppose, kind of like

18   Roman soldiers.  So, they were like legions.  There were going

19   to be loads of these guys, loads of them  So, the helmet was

20   loosely based on, I suppose, like a Roman legionary's helmet

21   with neck, neck protector, ear protectors, that roll over the

22   ear, and sometimes you would have a heavy browband.

23           The fact that it was enclosed meant that it then needed

24   to have goggles, and because it had to survive in a hostile

25   environment, he had to have a breathing mask, which was loosely

PDF created with pdfFactory trial version www.pdffactory.com

Naismith - deposition

1    based on like a jet pilot's breathing mask, so that would sit on

2    his face and that would enclose the whole face, and that really

3    describes the helmet design.  We did have a sighting mechanism

4    which we put on the helmet which would tie in with the weaponry

5    and would help augment the look of the model, but it was placed

6    asymmetrically.  It was off to the side, as I remember.

7            The equipment around him, again the design called for

8    this breathing apparatus so that he could survive in hostile

9    environment, so we had hosing which went around to his backpack.

10   Now, the backpack was kind of, in design terms, again it was

11   almost kind of like it had a historical root in my mind, in the

12   sense that it is a cylindrical form at the top which was -- you

13   could say it was like based on a rolled blanket from historical

14   periods, like the Napoleonics.  There was a backpack type shape

15   in the center, which, if anything, probably resembles like a

16   Second World War American GI's backpack.  Then the nozzles at

17   the bottom were surrogates for some of the equipment packs that

18   I referred to earlier on, so that the guy looked like he always

19   had equipment with him

20           At that point we -- and by we I mean Citadel designers

21   and Rick, we decided that the Space Marines would always have

22   these backpacks on.  They would all have them, part of the look,

23   and it added to their bulk, their presence on the table.  The

24   shoulder pads again also were there to add presence and give the

25   model charisma on the table.

Naismith - deposition

1    Q.    Thank you.   What about the shoulder pads do you believe

2    added presence on the table?

3    A.    Very much so, yes.   I suppose the simplest thing to imagine

4    is a Space Marine without shoulder pads.   It then goes back to

5    being just a man.   So, it is part of the signal.

6             If you look at American football jocks with their

7    shoulder protectors, they look really imposing, you know, by the

8    time they've got their helmet on, and they're all six-foot

9    something tall, so they are big men with big shoulders, and in

10   the real world they're intimidating.   So, the tie with the Space

11   Marines was to use shoulder pads to give some of that feeling to

12   the design, so that any normal human being standing next to a

13   Space Marine looked like a lesser being.

14   Q.    The court reporter has handed you what she has marked as

15   Exhibit 19.   Do you see that there are a number of images in

16   that exhibit?

17   A.    Yes.

18   Q.    Do you recognize what those images are of?

19   A.    Yes, they're what looks like a Roman legionary's helmet.

20   Oh, different helmets.

21   Q.    Can you describe what design elements are in the Space

22   Marine helmet that are also found in the Roman legionary helmet?

23   A.    The Roman legionary is again a functional object.   So, its

24   first function is to protect the skull.   So, you have a helmet

25   bowl, which is common to all helmets, and a Space Marine has

Naismith - deposition

1    that, too.  It has a neck guard to protect any attacks that the

2    soldier or Space Marine might receive.  Our Space Marine had

3    such a thing.  The cheek guards are the game, and the ear

4    protectors do not enclose the ear, rather they protect the ear

5    from damage in the same way as the neck guard does.

6           So, the general arrangement is the same.  But I take

7    you back to that idea that it is the logic of the construction

8    that takes you to that place, you know, and it is that idea to

9    try to build a realism into the model that takes us to that

10   design.

11   Q.   Did you describe the helmet as a functional object?

12   A.   Yes, its function is to protect the head.

13   Q.   And would you describe the shoulder pad as a functional

14   object?

15   A.   No.  The main -- well, it does protect the arm, but in the

16   case of the Space Marine, it is there to give presence to the

17   model and also to give a good place to put, you know, ID

18   iconography.

19          In the first Space Marine that we made, one shoulder

20   pad was plain, and the other shoulder pad had a rivet detail

21   across, but when we made the subsequent Space Marines, the guys

22   at Workshop, Alan Merrett and Rick, suggested that we do away

23   with the rivets because we then have two shoulder pads to put

24   identification markers on.

25   Q.   Who puts the identification markers on the shoulder pads?

PDF created with pdfFactory trial version www.pdffactory.com

Naismith - deposition

1   A.   At that point it was down to the people who were actually

2   building the armies.   It was a sort of the painted on thing or

3   like electroset numbers, like rub down lettering.

4   Q.   So, the consumers are the ones who put the ID markers on the

5   shoulder pads?

6   A.   At that point, yes, very early on.   This was not what I did

7   but other people did, like Jes and so on, who were really

8   interested in the iconography, they started to develop the

9   badges and symbols.   They were an early presence, if you like,

10  in the 40K world to let people understand that the Ultramarines

11  had this symbol, and the armor was painted blue, and the Crimson

12  fist had this symbol, and all the armor was painted red.

13  Q.   You've mentioned the name Jes a couple of times.

14  A.   Yes, Jes Goodwin.

15  Q.   Did Jes work on the design of any of the original Warhammer

16  40K product?

17  A.   Yes.   I mean, 40K, as far as the Space Marines is concerned,

18  I sculpted the first Space Marine, that limited edition model.

19  Then I did a small code of perhaps ten models, eight or ten, not

20  many, which had no rivets on the shoulder pads, had my design of

21  helmet on it, and these were a code we put out there because we

22  could see the Space Marine was becoming a popular design, and we

23  did that code.

24          Then I think Bryan Ansell wanted us to get started on

25  making the plastic set, the plastic Space Marine set.   This was

Naismith - deposition

1  not our first foray into making plastics.  We had done a couple

2  of sets beforehand, but the perceived importance that this set

3  was going to have meant that he wanted it to have us fully

4  focused on it.  So, we were allowed then to take the resources,

5  and instead of having one sculptor work on it, we had myself,

6  Jes, and Ali Morrison and Michael and Alan Perry, who were all

7  employed at that time as sculptors, and we all worked as a team

8  on the set of the parts.

9          It is my memory that Jes came up with the design for

10  the bolt gun, which was more resolved by that point.  All the

11  other parts of the Space Marine model that were in the plastic

12  set were all worked by all of us.

13  Q.  Were you working alongside the other sculptors?

14  A.  At that time we were all in one room, yes.

15  Q.  And could you just tell us again who the designers were in

16  that room?

17  A.  It was myself, Jes Goodwin, Ali Morrison and Michael and

18  Alan Perry, and we all shared the load on sculpting because it

19  was not the easiest media to work in.

20  Q.  Would you describe the Space Marine as an iconic Warhammer

21  40K character?

22  A.  I think so, yes.  It is central to what 40K is about,

23  really.

24  Q.  What are the names of some of the other iconic Warhammer 40K

25  products that you were involved in developing?

Naismith - deposition

1  A.  Quite a lot.  The Rhino, the Land Raider, the Titans, which

2  were the giant walking robots.  Dreadnoughts.  Terminators for

3  Space Hulk.  That was a collaboration between myself and Jes.

4  Not a collaboration as such, it was a sort of successive

5  evolutions of sculpts.  We did one sculpt, then Jes did one,

6  then I think I did another one, and then we ended up making the

7  plastic model, and Jes did a set of the metal ones.

8  Genestealers.  As far as 40K is concerned, that is probably

9  about it from me.  I was an employee at Games Workshop for about

10  six years.

11  Q.  Could you describe to me the process of creating the Land

12  Raider?

13  A.  Yes.  The Land Raider and the Rhino were similar, insofar as

14  Games Workshop wasn't as wealthy as it is now, and we had to

15  work within quite a tight budget.  The way we decided to get

16  around that was to design a tool that would make a mold -- a

17  tool is the injection molded -- the engineering that creates the

18  plastic object, and we were going to make the tool that would

19  make a frame, that is a sprue rectangular frame with all sorts

20  of components on it, and the idea was that two of those

21  moldings, two identical moldings, on two of those frames, would

22  have enough parts to make one vehicle, and that is what we did

23  with the Land Raider and with the Rhino.

24       So, a lot of the design of these vehicles arose out of

25  the fact that we needed to make use of symmetry in the various

PDF created with pdfFactory trial version www.pdffactory.com

Naismith - deposition

1    design parts, like the track units on the Rhino are symmetrical,

2    so that we made simply one track unit on that frame, two

3    moldings, two track units, helped us build the model.  The top

4    and bottom of the Rhino are rhomboid shape, which is actually

5    the same shape, so there was two of the identical pieces put

6    together made the hull and so on.

7            The Land Raider was similar.  We made one track unit,

8    which could be flipped, and make the other side.  I think

9    actually the Land Raider, we had another frame, because we had

10   to do -- the symmetry of the Land Raider track was not

11   horizontal.  It was at an angle.  What that meant was that the

12   side opening, the side sponson, if you like, the boxed structure

13   that stuck out beyond the track unit, couldn't be flipped, it

14   was outlooking, odd.  So, we had another frame which had those

15   unique components on it.

16           But I think the thing is that in both cases the

17   evolution with the design was kind of it was born of this

18   constraint to make the vehicles at a budget, and we didn't want

19   to make the vehicles too big because Rick, in the rules, a

20   figure moves four inches, and we didn't want the vehicles to be

21   much more than four inches, otherwise we would take more than

22   one turn to get from one end of the vehicle to the other.  So,

23   that is it.

24           I mean, it was not that -- we just didn't go into a

25   box, into an office, and create the whole design without it

PDF created with pdfFactory trial version www.pdffactory.com

Naismith - deposition

1  being seen.  So, it was seen by Bryan, by Alan as we developed

2  it and made proposals about how we would resolve the various

3  design issues.

4  Q.  As far as the specific design elements that went into the

5  Land Raider, did you have any reference images in your mind as

6  you created them?

7  A.  Not images.  Again, it is very much like sculpting a figure.

8  We were figure sculptors, really.  So, the tanks were almost

9  like making a big figure, so again we drew on our own knowledge

10  of First World War tanks, Second World War tanks, tractors,

11  construction vehicles, basically any kind of heavy engineering,

12  we used that knowledge.

13         Little snippets of them, you know, the armored exhaust

14  on the Rhino, you could say owe something to the exhaust on,

15  say, like a big tractor unit from a big rig, articulated rig, or

16  from the rear of a Tiger tank, you know.  They all have armored

17  exhausts, so essentially, the exhaust -- and then you have to

18  have a plate of armor around it.  So, again it is a logical

19  thing.  It is very basic.  You know, it's very basic.  There are

20  not many innovative things.  I think we sparked the imperial

21  eagle onto the Rhino.

22  Q.  Can you think of any other innovative additions to the Land

23  Raider?

24  A.  We had bolt guns, heavy bolt guns, fitted on, which again

25  were large versions of the bolt guns we had already featured on

PDF created with pdfFactory trial version www.pdffactory.com

Naismith - deposition

1    the plastics set.  So, there was a correlation.  Again, it is

2    that attempt to create a reality out of -- making a logical

3    extension, you know, if the infantry were carrying this weapon,

4    it is quite likely a heavy version of that weapon would be

5    included on the armored vehicle.

6    Q.   Are there any other purely innovative design elements that

7    you can think of that you added to the Land Raider?

8    A.   I like the shape of it.  I like the truncated rhomboid shape

9    of the track unit, which I suppose you could say came from the

10   First World War tanks, you know, British male or female.  But

11   the mounting of the guns on either side, again, you could say

12   was kind of like a World War One tank, but the arrangement of

13   them externally, as they are on the Land Raider, it wasn't, you

14   know, historically, that was not the case, you know, most of the

15   gun was inside the tank and it was only the barrel that poked

16   out, whereas in the Land Raider it is the whole gun is out

17   there.  Again, because it is science fiction and again because

18   we want people to see the model and understand what that

19   particular gun is, in this case it was a twin Lascannon, I

20   think.

21   Q.   The court reporter has handed you what has been marked as

22   Exhibit 20.  Do you recognize what that is an image of?

23   A.   Yes.  It is a British Mark IV, I think it is a female tank.

24   There were two kinds, male and female tank.

25   Q.   Are there any design elements that you see in this tank that

PDF created with pdfFactory trial version www.pdffactory.com

Naismith - deposition

1   are also present in the Land Raider you developed?

2   A.   Well, you can see there's a rhomboid shape to the track

3   unit.   The Land Raider was truncated, in other words, the rear

4   upper point of the rhombus is cut off, which gives the Land

5   Raider its distinctive shape.   So, that is not a shape that is

6   on this image.   This tank has sponsons, which are the

7   rectangular structures sticking out of the side, which the Land

8   Raider also has.   It also has a central hull.

9           But in a way it is almost like you are describing, you

10  know, what a man looks like.   He has two legs, and he has a

11  body, and he has two arms.   It is like an armored vehicle has to

12  have a means of moving around and a means of protecting people,

13  and that is what you are looking at when you look at these

14  structures.

15          I do think when we started making Land Raiders and

16  Rhinos, particularly the Land Raider, science fiction vehicles

17  before then had a kind of smooth, glossy look to them   You

18  know, this idea of a kind of heavy industrialized look to the

19  vehicles was something that had not really been around.   So, I

20  think that was why the Land Raider was so successful, I think,

21  because we had this new look to it, this kind of used history

22  feel.

23  Q.   I just want to clarify because I am not sure I asked you a

24  question, but I appreciate the clarification.   Just so we can

25  say it in response to a question, as between yourself and Games

Naismith - deposition

1    Workshop, whom do you think owns any intellectual property right

2    in the Rhino, the Space Marine, or other works you created while

3    you were working with the company?

4    A.    I would say Games Workshop owns that because at the time

5    when I was working, I was an employee of them, and I always

6    thought that in a sort of master and servant relationship like

7    that that the IP was owned by the company.

8    Q.    Looking at what was marked as Exhibit 20, when you were

9    working on creating the Games Workshop Rhino and Land Raider

10   models, did you have this picture in front of you?

11   A.    No.

12   Q.    Did you work off of any other specific reference material?

13   A.    No.   It was all just memory of -- there is the company that

14   make model kits in this country called Airfix, and old boys

15   probably used to have the equivalent in the States, with kits,

16   and there was a kit that I would argue that every boy of my age

17   probably had and built it, and it was one of these tanks, as a

18   teenager.   So, that was my last actual physical holding of this

19   model or seeing pictures of it, but it is just one of those

20   iconic shapes and designs that kind of locks in your mind.

21   Q.    You described certain constraints that you worked under in

22   creating the Land Raider and the Rhino.   Do you know if actual

23   tanks had the same sort of symmetry you were describing?

24   A.    Do you know, I wouldn't be surprised if they didn't.   I

25   don't know and I cannot give you any examples, but I would

Naismith - deposition

1    imagine that a lot of these tanks historically were built by

2    tractor factories, you know, or construction equipment

3    factories.   So, they would have been used to using the same

4    components in many different places.   The whole point about mass

5    production is you make one piece and you keep reusing it.   So,

6    that I think is a design basic.

7    Q.   In making the scale or the design of the Land Raider and the

8    Rhino units, did you have any references in mind?

9    A.   Only the gaming one, really.   Again, we needed to have

10   something which would have presence on the table.   So, the Land

11   Raider we made tall, so the fact, if you like, the happy

12   accident that symmetry gave the Land Raider a taller profile

13   gave it a presence on the table, which meant that it was easily

14   identified as different from a Rhino.

15   Q.   But you are not aware of any prior designs in military or

16   toys that had that same profile, that high profile?

17   A.   There were some, I think some French World War One tanks

18   that were a bit tall, and there was a German one, for the life

19   of me I can't remember what it was called, but it was

20   essentially a brick.   It was like a giant rectangular box, and

21   it was tall, but it didn't have the -- beauty is too strong a

22   word, but there was not a thrust, there was not a direction to

23   it that you have in the Land Raider.   This German tank was

24   literally a box so you would not know which way it was supposed

25   to go, whether it was going to the left or right, backwards or

Naismith - deposition

1   forwards, whereas the Rhino has got a direction to it.

2   Q.  When you were creating the Space Marine model, did you have

3   in front of you the specific image as Exhibit 19?

4   A.  Yes -- Exhibit 19, which I'm holding, no.  Again, I take you

5   back to that way that we had of making the figure which was

6   making use of our knowledge of military history, you know.  I

7   mean, in Exhibit 19, Page 3, there is an illustration of an

8   Asian helmet, which I am pretty sure Alec Morrison would have

9   used on his goblins and orks because of that onion shape, you

10  know.  So, it is a resource that we used repeatedly, you know,

11  this idea of taking historical information and transposing it

12  onto one of these science fiction or fantasy figures.

13  Q.  Did you have any references actually in front of you when

14  you made the Space Marine model?

15  A.  No, none.

16  Q.  You say there was a function to a helmet.  In the Space

17  Marine, does the helmet have any actual function?

18  A.  Well, it has to protect the head.  It has to make sure that

19  that the individual inside can survive in hazardous

20  environments.  So, it has to be sealed, it has to be all one,

21  you know.  I think that is probably where that idea of the Space

22  Marine helmet is kind of unique, I suppose, because we borrowed

23  from the Roman soldier to make the bowled helmet, and we took

24  the goggles, and we took the mask, but we made it all into one

25  piece, so it was a kind of consistent whole.  I don't recall a

PDF created with pdfFactory trial version www.pdffactory.com

Naismith - deposition

1    design which was like that.  There are other designs of all

2    enclosing helmets, like a Star Wars Storm Trooper helmet, but it

3    is not a Space Marine helmet.

4    Q.  Were the dimensions of the helmet for the Space Marine or

5    features made to serve any actual protective function for a real

6    human?

7    A.  Well, this is about us convincing people that we're in a

8    kind of semi-real world, you know, that they believe in it.  So,

9    from that point of view, the dimensions are real.  We do allude

10   to the fact that you could have a human being inside, even

11   although in fact there is not.

12   Q.  So, it is a fictitious function, not a real function.

13   A.  Yes, it's part of the story we are trying to tell to

14   convince people that this is a real thing, you know, which is

15   why we will have like the knee armor articulating and so on.

16        THE COURT:  Let's pause it right there.  I know there's

17   only a little bit left, but I have to deal with something else.

18   So, we're going to break right here.  We'll resume at 1:30.  The

19   jurors can come with me.

20        (Whereupon, the within trial was recessed to 1:30 o'clock

21        p.m  of the same day.)

22

23

24

25

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| 1 | IN THE UNITED STATES DISTRICT COURT |
| | NORTHERN DISTRICT OF ILLINOIS |
| 2 | EASTERN DIVISION |
| 3 | |
| 4 | GAMES WORKSHOP LIMITED,           ) |
| 5 |                    Plaintiff,   )   Docket No. 10 C 8103 |
| 6 |           vs.                    ) |
| 7 | CHAPTERHOUSE STUDIOS, LLC,        )   Chicago, Illinois |
| | et al.,                          )   June 5, 2013 |
| 8 |                                  )   1:30 p.m. |
| |                    Defendants.  ) |
| 9 | |

```
                            VOLUME 3
                    TRANSCRIPT OF PROCEEDINGS
       BEFORE THE HONORABLE MATTHEW F. KENNELLY AND A JURY

APPEARANCES:

For the Plaintiff:      FOLEY & LARDNER, LLP
                        BY:  MR. JONATHAN E. MOSKIN
                        90 Park Avenue
                        New York, New York   10017


                        FOLEY & LARDNER, LLP
                        BY:  MR. JASON J. KEENER
                        321 North Clark Street
                        Suite 2800
                        Chicago, Illinois   60610


For the Defendant:      WINSTON & STRAWN, LLP
                        BY:  MR. BRYCE A. COOPER
                             MR. IMRON T. ALY
                        35 West Wacker Drive
                        Chicago, Illinois   60601


                        WINSTON & STRAWN, LLP
                        BY:  MS. JENNIFER A. GOLINVEAUX
                        101 California Street
                        San Francisco, California   94111
```

MARSHALL, GERSTEIN & BORUN
BY:  MS. JULIANNE M. HARTZELL
      MS. SARAH J. KALEMERIS
233 South Wacker Drive
Willis Tower #6300
Chicago, Illinois   60606


Also Present:          MR. NICHOLAS VILLACCI

                       MS. GILLIAN STEVENSON

LAURA M. BRENNAN - Official Court Reporter
219 South Dearborn Street - Room 2102
Chicago, Illinois   60604
(312) 435-5785

1      (The following proceedings were had in open court out of

2   the presence and hearing of the jury:)

3           THE CLERK:  10 C 8103, Games Workshop v.

4   Chapterhouse.

5           THE COURT:  All right.  Somebody had an issue you

6   wanted to bring up.

7           MR. KEENER:  Yes.  This is an agreed issue.  We just

8   wanted to make the Court aware of it.  It's an effort to save

9   time for the jury.

10          The Court has already ruled that Games Workshop owns

11  all of the copyrights at issue in this case.  So we're going

12  to forego introducing all the hundreds of registrations and

13  applications for the copyrights.  And Chapterhouse is not

14  going to contend that, where are the applications, where are

15  the registrations or there is any lack of standing because

16  they are not in evidence or any issue because those aren't in

17  evidence.

18          THE COURT:  Okay.

19          MR. ALY:  We did --

20          Just to be clear, we did agree not to mention it

21  during trial.  But when he says "any issue," we have not

22  studied the legal effect of that.  We'll let them know.

23          THE COURT:  Legal effect of what?

24          MR. ALY:  The legal effect of not having a

25  registration in evidence.

Naismith - deposition

1      MR. KEENER:  Well --

2      MR. ALY:  -- issue is my point.

3      THE COURT:  I wouldn't imagine how this could be any

4  different from any other issue in the entirety of the legal

5  system, which is if somebody agrees to it, it doesn't matter.

6      MR. ALY:  Done.

7      THE COURT:  Okay.  All right.  You can get the jury.

8      MR. ALY:  Thanks.

9      (Brief interruption.)

10      THE COURT:  Is it queued up ready to go where we left

11  off?

12      MR. MOSKIN:  Yes.

13      THE COURT:  All right.  You guys need to give me a

14  breakdown on the time for this deposition, percentage-wise or

15  numbers or whatever.

16    (The following proceedings were had in the presence and

17  hearing of the jury:)

18      THE COURT:  Everyone can have a seat.

19      We're going to pick up where we left off on the

20  Naismith deposition.  It should just be a couple more minutes.

21  We will wait until everybody is seated.

22      Okay, you can go ahead.

23           DEPOSITION OF ROBERT NAISMITH

24  "BY MR. COOPER:

25  Q   You may have said this, and I just want to clarify.

1    At what point in time did you create your first model

2 of a Space Marine?

3 A  If I joined them in 83/84, we started, I moved down to

4 Nottingham, because originally I was still staying in

5 Edinburgh when I started employment with them."

6    THE COURT:  You may want to turn the volume up.

7    THE WITNESS:  "We moved down in May '85 and I made it

8 I think when I was down in Nottingham, so it would have been

9 in the early summer, summer '85, I believe.

10 Q  In the same way I asked you the question about the

11 function of the helmet, does the shoulder pad on a Space

12 Marine have any actual function?

13 A  Its main function is this idea of communicating the

14 presence and power of the Space Marine in his armor.  This is

15 the story that we are trying to tell.

16 Q  Does that have anything to do with the size of the

17 shoulder pad in relation to the figure itself?

18 A  Only insofar as because it is larger than is if you like

19 required, it adds a presence to the model.

20 Q  Are there any other elements in the Space Marine that you

21 intended to appear functional in order to convince people that

22 it was or could be a real person?

23 A  Well, because it was a suit that had to be worn, the

24 individual inside, the theoretical individual, would have to

25 move and do things that we anticipate, then you had to have

Naismith - deposition

1    articulation at those points where the human being, were he to

2    be inside, would have to articulate.

3            So you would have to have a way for his chest to move

4    into a different relationship with from his hips.  You would

5    have to have a way for his thighs to move in a different

6    relationship to his hips, his calves to his thighs and his

7    foot and so on.

8            Again, if you extend this premise of telling the

9    story of a suit of powered armor, it has to be divided

10   logically at points.  There is no point dividing it halfway up

11   the upper arm because there is no joint there.  You would have

12   to divide it at the elbow where the arm articulates.  That is

13   the sort of thing we do.

14           In the original one we had hosing and -- I'm not sure

15   in later iterations of the Space Marine how much of the hosing

16   appeared, but in the early days, it physically extended from

17   the helmet, came down to the chest to a chest box, and then

18   two supplementary hoses went round under the arms.

19           Again, it was all about trying to create this kind of

20   pseudo-reality to the thing so that you could believe that

21   there was breathing going on, even if in reality there was

22   not.

23   Q    So are the Games Workshop figurines -- you might have said

24   this -- are they 28 millimeter scale?

25   A    I think nominally they are 28.  They may be larger than

Jones - direct

1    that now.

2         There is a term in the hobby which is called scale

3    creep, which there is kind of an escalation like a kind of

4    arms war in making the next figure more charismatic, more

5    powerful, and, therefore, the figures tend to get larger with

6    each new issue.

7    Q   Are there other war game miniatures also made in 28

8    millimeter scale?

9    A   Yes, there are many."

10             THE COURT:  Is that it?

11             Okay, next witness then, please.

12             THE COURT:  The laser pointer is still up here.

13             MR. KEENER:  He may need it.

14             (Witness sworn.)

15             THE COURT:  You don't have to wait for me.  Just go.

16             ANDREW JONES, PLAINTIFF'S WITNESS, DULY SWORN

17                          DIRECT EXAMINATION

18   BY MR. KEENER:

19   Q   Good afternoon.

20             Could you introduce yourself to the jury?

21   A   Sure.  My name is Andrew Jones, and I work for Games

22   Workshop in the U.K.

23   Q   And what is your current title at Games Workshop?

24   A   It's quite a long one.  I'm head of legal licensing and

25   strategic projects, and I have a bunch of other things

1  reporting into me, too.

2  Q   What does that mean?  What do you do?

3  A   Well, what I do is I am part of what we call the group

4  executive body at the firm.

5      And my day job is I have a number of departments that

6  report in to me.  So I have the legal department; that reports

7  in to me.  I have a licensing department.  They're the guys

8  who go out and license our intellectual property to computer

9  games companies and board game companies and so on.  That

10  reports through to me.

11      And then we have a bunch of guys, very good project

12  managers, because as a global company, we're always looking

13  for ways to improve what we do and do things better.  So we

14  have these big strategic initiatives going on every year, and

15  that reports through me as well.

16  Q   How long have you worked at Games Workshop?

17  A   I joined Games Workshop in September 1986.

18  Q   And what was your first job there?

19  A   Yes.  I joined in telesales.  So fresh after college,

20  playing too many games at college, waited to get Games

21  Workshop out of my system before I got a proper job.  That's

22  what my parents said, and so I had joined Games Workshop for

23  six months doing telesales, and I have been with the company

24  ever since.

25  Q   Can you briefly describe how your roles have changed from

1  telesales in 1986 to the head of legal, licensing and

2  strategic projects?

3  A    Sure.  Well, okay.

4         So I started off in telesales, and I was selling to

5  our trade accounts primarily in the UK, Europe.  And then I

6  ended up running the sales office.

7         And after that I had a stint organizing -- I was our

8  events organizer.  One of the things we do is we organize big

9  conventions where thousands of Games Workshop fans turn up for

10 the day to play games and meet the designers and so on.

11        Those take quite a lot of organizing.  So after the

12 sales job, I was doing that, organizing those events, and we

13 did the first called the Demon awards and we did -- which is

14 our international painting championship.  And I organized the

15 games in England where we launched 440,000 in 1987.  So I did

16 that for a while.

17        And then I was asked to join the design studio, which

18 is great.  And there I ran numbers of design teams and

19 actually got to design some games and had some games

20 published.  One of them, actually a game called Warhammer

21 Quest, just came out last week on the iPad, which is

22 fantastic.

23        So I was in the design studio for a while.  And while

24 I was there, we also -- one of the things I had to do is

25 establish sets of a publishing business for the company.

1  That's a business that we call the Black Library which

2  publishes novels, fiction, based on our characters, stories,

3  worlds, all of that.  So I set that up, and that involved

4  coming over to the States quite a bit and working with the

5  likes of Simon & Schuster to set up the distribution deals and

6  so on.

7          And I then picked up the licensing.  Initially that

8  was licensing our products which we were making English

9  language into German and French and so on, and then working

10  with computer game companies such as Electronic Arts and THQ.

11          So, yes, because they want to take our intellectual

12  property, our characters and settings into their areas of

13  business.

14          And perhaps the first big project which might be how

15  I got into the project sort of things is we decided that we

16  wanted to take a license for the Lord of the Rings movies.  We

17  don't really -- we don't often take, very rarely, take

18  licenses of other people's IP.  We did back at the very start

19  of the company, but for the last -- well, since I have been

20  there, not really, but that was a very big undertaking, and I

21  headed that team up and then acquired responsibility for all

22  of our strategic projects.

23          So that's how you get from telesales straight out of

24  the college into what I'm doing today.  Never a dull moment,

25  you could say.

1  Q   And you talked about when you're controlling the

2  publishing aspect and overseeing the stories and characters

3  that are being used.  Are the names of characters at all part

4  of the story?

5  A   Yes, a very important part of the story.  You know,

6  there's many examples.

7          There's a couple of characters called Gotrek and

8  Felix from our fantasy world where there's a whole stream of

9  novels based on those guys.  And there's novels based on Space

10  Marines and based on chapters of Space Marines.  Soul Drinkers

11  is a great example.  There's a whole series of novels based on

12  that.

13          "Organization of Space Marines" by an author called

14  Ben Counter, they're very good.  So, yes, the names are an

15  integral part.  We just don't call our characters character

16  number one, character number two.  We always try and make sure

17  that the name is an evocative and essential part of that

18  character.

19  Q   Now, as Games Workshop's head of legal licensing and

20  strategic projects, what familiarity do you have with Games

21  Workshop's marketing and sales in the United States?

22  A   Well, quite a lot actually because, firstly, as part of

23  our exec team, I get to see all the regular sales reports and

24  all of that and what's going on.

25          The other thing is actually we're quite an

1  essentially organized business.  So what happens in one sales

2  business in terms of marketing is what is happening everywhere

3  else.  So we have kind of a unified approach.  So that helps

4  out.

5          And, also, I do get to visit.  I go and see the guys

6  in Memphis.  That's where our American operation is based.  So

7  I get to go and visit them fairly regularly.  And then, of

8  course, from the strategic projects side of things, and we

9  work on big projects with the sales guys in the States.  We

10 have just during the last few years, we had a project all

11 about reorganizing how we do retail sales through our own

12 stores.

13         And we have just completed another big project which

14 is all about how we deal with independent retailers.  We have

15 about 1,300 independent trade accounts across the United

16 States who sell our products, and so we have had a big project

17 about how do we codify that and how do we do that.  So I'm

18 fairly familiar with what the guys in America do.

19 Q   And can you describe how Games Workshop markets its

20 various products in the United States?

21 A   Sure, yes.  It's going to be a bit of a weird answer

22 because they're sort of --

23         When you think about marketing, from the traditional

24 what does marketing mean point of view, Games Workshop doesn't

25 really do any of that.  The reason for that is quite simple.

1    It's because -- although we're a kind of medium-sized PLC,

2    we're not a huge, big corporation selling things, utilities or

3    whatever that everybody around the world might want.  Actually

4    there's relatively few people who are going to want to collect

5    little plastic soldiers, no matter how exquisite.

6          We talk about them -- these are the people who have

7    what we call the hobby gene.  We call it the hobby gene, and

8    you know as soon as somebody picks one of these things up

9    whether they love what we do or not.  And so the object is to

10   find those people, and that's really hard work.

11         But you don't do it by t.v. advertising.  You don't

12   do it by putting leaflets through the door.  You don't do it

13   by running adverts in cinemas or any of those things that you

14   might -- or even advertising in other people's magazines, we

15   don't do any of that.

16         What we do do is, first of all, we have got a chain

17   of 400 hobby stores around the world that sell nothing but our

18   product.  They're our stores, Games Workshop stores, and

19   there's 84 of those in the USA, and there's 12 in the Chicago

20   area.  And the guys who run those stores are experts.  We call

21   them hobby centers actually rather than stores.  They're

22   experts in our hobby, in playing the games, in painting the

23   models and all of that.

24         So you can imagine they're our evangelists.  It's

25   word of mouth.  Somebody who is into what we do, they bring

1   their friends along, and our guys will teach them and recruit

2   them and show them how it's done.  So that's a real key bit of

3   marketing.

4          Then as I said, we have got 1,300 independent trade

5   accounts around the U.S., and we organize our products into

6   specific bracketing and specific ranges so that it best

7   represents itself.

8          Then we have a magazine.  We have a magazine called

9   White Dwarf, and that's our issue.  It's currently at issue

10  402.  It is a monthly magazine.  I'm afraid my mental

11  arithmetic isn't brilliant, but that must be something like

12  30 years.  So we have our own magazine.

13         And in the U.S. we sell, it's about 17,000, 17 and a

14  half thousand copies of that every month.  It's got a retail

15  price of $10, so that's about $2 million in business a year

16  just from our magazine.

17         And we have got -- we have the Games Workshop website

18  where we get many, many visitors every month, something

19  like -- we get 1.2 million unique visitors every month visit

20  because it's our website, 250,000 of those from the States

21  every month.

22         And we have other website, too.  We have got a

23  company called ForgeWorld and a company called -- the

24  publishing company I told you about, the Black Library.  They

25  have got their own website as well.  So that is very

1 effective. They all have newsletters that people can

2 subscribe to, and they will get all the latest information

3 about what we're doing and all of that.

4 And then as I said a minute ago, we also have events.

5 We have the games day event where our fans can turn up for a

6 whole day of meeting the designers and playing their favorite

7 games and entering competitions and all of that cool stuff.

8 And we also have, sometimes as part of that,

9 sometimes separately, a competition tournament that we call

10 the Golden Demon awards, which is about finding who are the

11 very best people at painting our models to exquisite detail

12 and they convert them and they add bits and all of that.

13 So I think that's principally -- I would say that's

14 principally how we do marketing.

15 Q   Let's focus on the website. How much of the Games

16 Workshop product is available on the website?

17 A   All of it. Well, yes. We have got three websites. So

18 the Games Workshop core range, there's about two or three

19 thousand codes, and that is all available on the website.

20 Then we have another company called, or a sister

21 company, if you will, called ForgeWorld, and they make all

22 sorts of accessories and kits for the really high end

23 collector.

24 If somebody who's got -- if 2,000 or 3,000 products

25 isn't enough for you, then go to ForgeWorld and you will get

1  some really, really complicated amazingly detailed stuff

2  there.  And then the Black Library, that's the novels and so

3  on.

4  Q   Let's look the website.  Can you put up Plaintiff's

5  Exhibit 416, page 9.

6           What are we looking at?

7  A   So this is a typical page from our Games Workshop website.

8  And I will use this.  I'm sorry.  I don't know how this works.

9      (Brief interruption.)

10          THE COURT:  Just avoid hitting the microphone.

11          THE WITNESS:  Hitting the microphone, yes.  Sorry

12  about that.  Boys and toys.

13          So this is a typical page from our website, and it's

14  got the title of the product there, "Eldar Farseer with

15  spear."  It will tell you the price, give you a description

16  about who the character is, and you can order it.

17          We'll either -- by the way, it can be dispatched to

18  your home address, or we also do like a click and collect, so

19  you can have it delivered to your local Games Workshop store

20  and pick it up there next time you're in.

21  Q   Let's go to page 35 of the same exhibit.  What are we

22  looking at here?

23  A   So, again, it's another page from our web store, and this

24  is showing our Space Marine terminator squad.  So it's --

25          And it tells you that it's a multi-part, multi-part

1 plastic kit.  Most of our things are in plastic, to be fair.

2 And, yes, Space Marines, they're one of our most

3 popular iconic characters.  Again, you can add them to your

4 cart.  There's a price there.  There's some information about

5 them and all of that.

6 Q   Now, when a customer buys a box of models from Games

7 Workshop, how many ways can you put together models with that

8 box set?

9 A   Oh, many, many, many ways.  Yes, that's a good point.

10 It's not like buying -- I guess if you buy -- I'm

11 trying to think of an example.  If you buy a model of a

12 Sherman tank, when you finished it, what you've got is a

13 Sherman tank and you have used all the bits typically in the

14 kit.

15 What we tend do is we give lots and lots of choice in

16 the box set that you buy.  So there will be lots of choice of

17 do you want to put this badge or that badge or use this

18 weapon.  So our kits can be assembled and customized in many,

19 many different ways.

20 Q   Do you have any left over after you're done assembling?

21 A   Oh, yes.  As you might have gathered, I'm a fan myself.

22 And anybody who is a gamer or a modeler, you end up with what

23 you might call your -- we call them, it's our bits box.  So

24 you don't use all the bits from a kit.  You make the

25 Terminator squad that you're happy with, with the weapons

Jones - direct

1  load-outs and what have you.

2          And then you are left with a whole bunch of cool

3  stuff that you can use with other kits.  So over time you end

4  up with quite a big boxful of extra cool weapons and things to

5  customize your models as you go along.

6  Q    Now, what if a customer is just not satisfied with that

7  level of customization?  Does Games Workshop sell anything to

8  allow further customization?

9  A    Yes.  On the web store actually, you can get anything from

10  individual packs of just the shoulder pads or just particular

11  guns or, I don't know, conversion packs to take -- to turn a

12  regular trooper into some kind of special character.

13          But if the product -- this is why I was talking about

14  ForgeWorld a minute ago.  If the products on our main website

15  don't give you that -- if those two or three thousand products

16  don't give you the choice you need, well, you can go to our

17  ForgeWorld website, and there you can buy everything from --

18  well, things that I can't assemble, frankly, but they're

19  brass-edged components and very, very sophisticated modeling

20  extras and add-ons to really customize your own collection.

21  Q    So to be clear, when I buy a box and I get a sprue of all

22  sorts of pieces in the box set, if I want just a replacement

23  leg of one of those pieces, can I buy that one replacement

24  piece from the sprue from Games Workshop?

25  A    Unfortunately not.  That would be really difficult

1    because, obviously, to get that sprue, you have got a huge

2    great machine that slams together the two sides of the metal

3    mold, injects liquid plastic, and then if the two sides come

4    apart, you're left with this unique sprue.

5            What we can't do is go around chopping out individual

6    bits because, A, you would be left with 90 percent of the

7    frame is useless that nobody is going to want to buy because

8    that gun's -- or he hasn't got a left leg.  So that's just

9    really difficult.

10           But, you know, there is so much choice there and

11   there is such a wide range of extra add-ons.  And then like I

12   say, you can go to ForgeWorld.  Very rarely do you see people

13   having an issue there.

14   Q    So looking at Plaintiff's Exhibit 704, would this be an

15   example of a sprue?

16   A    Yes.

17   Q    So you're saying I can't go and say I want an extra one

18   piece of this torso and buy that from Games Workshop?

19   A    No.

20   Q    But Games Workshop does sell separately other ways to

21   customize the models?

22   A    Yes.

23   Q    Can we turn to page 2 of the same exhibit, of Exhibit 416?

24   A    There you go.

25   Q    What are we looking at?

Jones - direct

1   A   So there you're looking at -- yes.  So if you want --

2       So these are shoulder pads for assault Space Marines

3   for your assault squad, and the assault squad Space Marines,

4   they have a unique -- it's a crossed symbol.  That means it's

5   part of the assault squad.

6       Now, as it happens you can either -- some fans would

7   prefer to paint that on a plain shoulder pad as part of their

8   painting of the models.  Some would like to have a water slide

9   transfer or a decal.  You can get those.  But some would

10  actually prefer to have them in 3D.  And so we make that

11  available for them.  They can go and buy just those shoulder

12  pads.

13  Q   Can we turn to page 5 of the same exhibit?  What do we see

14  here?

15  A   Well, these are -- again, they're shoulder pads.  And

16  those are --

17      I should say they don't come painted, and these --

18  one of our Space Marine chapters, Space Marines -- I don't

19  know whether -- you've probably been through all this.  Space

20  Marines are organized into groups that we call chapters.

21      And so one of the chapters is called the Crimson

22  Fists, and they have a specific and unique design that says

23  I'm part of the Crimson Fists.  So every Crimson Fists guy

24  will have that icon somewhere on him.

25      If you're collecting Space Marines and you want to

1 make your own -- you want to theme your army for the Crimson

2 Fists, then you can buy these shoulder pads and stick them on

3 your Marines and it immediately identifies them as Crimson

4 Fist Space Marines.

5 Q One more. How about page 14? What are we seeing here?

6 A It's the same layout essentially. We have got another

7 chapter of Space Marines who are charmingly called the Flesh

8 Tearers. And this is -- if you want to collect a Flesh

9 Tearers army, you can buy your Marine box sets.

10 And then you could -- like I say, you could either

11 paint the icon on or we'll sell you -- you can buy

12 three-dimensional molded shoulder pads with that design built

13 in. There we are.

14 Q Now, other than these replacement shoulder pads, does

15 Games Workshop sell any other customizable add-on bits?

16 A Yes. There will be power claws, guns, all sorts of

17 different weapons, badges.

18 And like I say, if you go to ForgeWorld, then they're

19 in sheets of really thinly -- I don't know how they make them

20 actually, but they're like little sheets of actual -- in

21 brass, actual pieces, metal, highly detailed insignia and

22 things that you can add to your models as well.

23 Q Let's look at some of these other ones. How about page 1?

24 What are we looking at here?

25 A Okay. So a product here we have -- this is some of the

1  things you can get from ForgeWorld.

2         So, again, we have got a chapter in the Space Marines

3  called the Alpha Legion.  We have a vehicle kit, a vehicle

4  called the land raider.  So these are --

5         If you are collecting Space Marines, and you think,

6  you know what, I want my Space Marines to be part of the Alpha

7  Legion, and why wouldn't you, so then you can go to ForgeWorld

8  and buy replacement doors that are specifically themed with

9  the unique icons and emblems of our Alpha Legion Space

10  Marines.

11  Q    Page 26, what do we see here?

12  A    So this is the same thing, but this is for a chapter of

13  Space Marines called the Salamanders.  So, again, you're

14  collecting your Space Marine army.

15         You go to the books and you think, hey, I really like

16  the look of these and I enjoy the fiction and I've perhaps

17  seen some pictures that I really like.  So I think, yes, you

18  know, I'm going to collect Salamanders.

19         And so when you buy your tank kit, your land raider,

20  when you buy the land raider for your Space Marines, you may

21  choose to go to ForgeWorld and buy these specific doors which

22  mark your vehicle as a Salamander Space Marine land raider.

23  Q    One more door.  How about page 39?

24  A    So this is -- it's another chapter of Space Marines.

25  These guys are called the Space Wolves, and, again, they have

1  some very unique and characterful iconography and badges and

2  so on and so forth.  So any of our players would look at these

3  badges and go, wow, those are part of the Space Wolves.

4  　　　　And we do a vehicle called a Rhino, Space Marine

5  Rhino vehicle kit.  If you're collecting Space Marines and you

6  want to make them Space Wolves and you've got your Rhino, hey,

7  you can go to ForgeWorld and get some specific Space Wolf

8  Rhino doors.

9  Q   Now, other than the shoulder pads we looked at and the

10  replacement doors we looked at, does Games Workshop also sell

11  other customizable bits?

12  A   Yes, well, all sorts of things.  Like I say, you can buy

13  individual bigger, heavier power-armored arms and claws and

14  guns and stuff like that.

15  Q   Let's look at page 37.  What are we looking at here?

16  A   So this is a conversion pack again from ForgeWorld, and

17  this is -- so you have got your box of Space Marines, and they

18  come with a whole wide range of stuff in that box, remember.

19  　　　　But if you really want to go to town on them and

20  convert them into a special character for your army, then you

21  go here and you can see you have got this massive --

22  　　　　You look at the size of that arm there.  It's a huge

23  powered arm, you know, and massive sword there, and so some

24  really nice conversion pieces.  And, again, even in this, you

25  can imagine if you're making a character for your army and you

1  buy this pack, you're going to be left with a whole load of

2  things to go in your bits box because you're not going to

3  fit -- unless you're making something with four arms, then

4  you're going to be left with quite a bit of spare weapons and

5  arms and things for your future modelling projects.

6  Q    Page 45, please.  Let's do page 44.

7        What do we see here?

8  A    Okay.  So we have some characters called Terminator Space

9  Marines, and they're the most heavily armored Space Marines in

10  our mythos.  And one of their special weapons that they get to

11  use is called a thunder hammer.

12        And so this -- if you have got a box of Space Marine

13  Terminators and you want to turn them all into guys with

14  thunder hammers, you buy this conversion pack and you get the

15  hammer for each of them, and that's called a storm shield.  So

16  that goes with it.  So thunder hammers and storm shields for

17  your Terminator Space Marines, so there's another conversion

18  pack.

19  Q    Now, we spent a lot of time discussing copyright so far

20  with the jury in this case.  And I want to direct your

21  attention to the trademark issues.

22        Does Games Workshop have any trademarks?

23  A    Yes, yes, we have many, many trademarks.

24  Q    Can we pull up Plaintiff's Exhibit 1023?

25        (Brief interruption.)

Jones - direct

1  BY MR. KEENER:

2  Q    What are we looking at here?

3  A    Okay.  So these are the -- this is an exhibit which is the

4  registered trademarks that were -- that were at issue in this

5  case.

6  Q    So Games Workshop has registered each of these marks?

7  A    Yes.  These are all registered.  And you can see some of

8  them are words and some of them are actual icons or symbols.

9  Q    Can we pull up Plaintiff's Exhibit 315?  What are we

10  looking at here?

11  A    So this is the registration certificate, and you can see

12  that it's over here.  So that goes to 2003, and that's the

13  registration for Warhammer.  And you can see the --

14        In terms of trademarks, you register your trademarks.

15  You register trademarks in classes of goods.  So that's this

16  bit down here where it says what we're registering for.

17        So you can see for Warhammer, we have registered in

18  computer games, video games and so on and so forth, role-

19  playing game magazines, books and manuals.

20        Over on the right there, top right, it's talking

21  about equipment sold as a unit for playing tabletop battle

22  games and so on and so forth.  So it's our registration for

23  the classes of goods that we operate in.

24  Q    So is Games Workshop contending that no one else can use

25  the term Warhammer for any products?

1    A    No, no, of course not.

2          Well, apart from anything else, a Warhammer is a

3    historical thing.  I can go to a museum and see a Warhammer.

4    If I'm lucky, they would let me pick it up, you know, and

5    that's what it's called.  It's a Warhammer.  So we certainly

6    don't own that word.

7          And I guess if somebody wanted to set up a Warhammer

8    garbage disposal, then that's got nothing to do with us.

9          What we claim is there's a trademark.  We own

10   Warhammer in the areas that we do business, and that's what

11   this certificate is about.

12   Q    And Plaintiff's Exhibit 316, what is this?

13   A    So this is the -- that was Warhammer, the word.  This is

14   our Warhammer logo, Warhammer 40,0000 logo.  So this is a

15   registration for that.

16         Again, you can see computer games, software,

17   instruction manuals, card games, tabletop war games, all the

18   things that you would imagine that we're involved in.

19   Q    Can we pull up Plaintiff's Exhibit 317?  What is this?

20   A    So this is --

21         Again, you can't possibly -- how can you own 40,000?

22   And we're saying, well, 40,000, that's shorthand for Warhammer

23   40,000.  It's one of the, if not the, best known types of war

24   games out there.  And so purely again in the areas that we're

25   operating in, we claim that's a trademark.

Jones - direct

1     We don't say that we own those numbers.  It's rather
2     like -- actually I suppose a good example is -- I will use
3     Apple.  Apple, they don't own the word "apple."  You can still
4     go into the supermarket and buy apples.  You don't have to pay
5     a royalty to Apple computers for doing that.

6           But in iPods, iPads, computers and so on, they're the
7     only guys who can sell something and call it Apple.

8     Q    Let's look at Plaintiff's Exhibit 320.

9     A    So this is, again, Space Marine.  So there's a
10    registration from 1995 for Space Marine.  It's one of our key
11    brands.  It's one of our key trademarks.  And, again, it's
12    registered for board games, parlor games, war games, hobby
13    games.  That's the class.

14    Q    And do you see where it says what is the date of first
15    use?

16    A    Yes, 1987.  That doesn't mean we had it as a registered
17    trademark in 1987.  The registration goes to 1995, but we were
18    selling Space Marines in 19 -- I thought we were selling them
19    a little bit before that, but we were selling Space Marines as
20    long ago as 1987.

21    Q    Now, the jury has heard some testimony that there was some
22    book in the seventies with Space Marine in the title.  Are you
23    aware of that?

24    A    I am now, yes, only from -- as part of the research in
25    this claim, yes.

Jones - direct

1    Q    Other than the books being published sometime in the

2    seventies, are you aware of anyone using the term "Space

3    Marine" in the trade of your fields of use since you started

4    using it in 1987?

5    A    No, no.  Well, actually, except for Chapterhouse, no.

6    It's our trademark.  It's registered.  There's a certificate.

7    Nobody else uses it in tabletop hobby war games.

8    Q    Can we put up the next exhibit?  I think it's 321,

9    plaintiff's exhibit.

10            What is this?

11   A    This is the same again for one of the races that we have

12   in our universe called the Eldar, and so that's a very

13   important trademark for us.

14            And, again, it's registered in 1996, and it's for

15   equipment sold as a unit for playing hobby games, war games,

16   skirmish.  It's pretty specific.  It's to establish this is

17   our trademark, our registered trademark, for the areas in

18   which we do business.

19   Q    Plaintiff's Exhibit 322, what is this?

20   A    Dark Angels.  So Dark Angels are one of the most famous

21   chapters of Space Marines.  So we sell lots of Dark Angel

22   books and products.  And so here is our registration

23   certificate for Dark Angels going back to 1995.

24            And once again, you can see it's very specific to

25   show the areas that we're actually going to use the trademark

Jones - direct

1  in.

2  Q   Plaintiff's Exhibit 323, what is this?

3  A   Well, in Warhammer 40,000, we have another race, a bunch

4  of creatures called the Tau.  So this is a registration from

5  2004 for Tau.  Again, in publications, books, magazines,

6  featuring war games and so on and so forth.

7          So, again, it's a registration for those classes that

8  we're interested in and that we operate in.

9  Q   And the last one, Plaintiff's Exhibit 324, what are we

10 looking at here?

11 A   This is the -- actually this is probably the most famous

12 Games Workshop icon, unique icon, there is.  And it's the --

13         It's the Double-Headed Eagle from Warhammer 40,000.

14 It's the sign of the race that is -- well, it's the imperium

15 of man.  This is mankind in the future.  This is their symbol.

16 And this is the registration certificate for it, again, in the

17 classes that we're particularly interested in.

18 Q   Let's go back to Plaintiff's Exhibit 1023.

19         We have now gone through all the trademarks on

20 page 1, the registered trademarks.  Let's turn to page 2, and

21 if we can show pages 2 and 3 together.

22         What are we looking at here?

23 A   So what we're looking at here are trademarks of Games

24 Workshop that aren't registered.  What that means is that we

25 have been selling products using these trademarks for quite

1  some time, many years.  And we're relying on the fact that we

2  can pull up all these different boxes and other products using

3  these names to show that these are good and valid trademarks.

4  We have not actually registered them.

5        And on my screen I can't really see.  If you look at

6  the bit in brackets at the top there, what this is --

7        Yes.  With regard to this claim, there were quite a

8  lot of trademarks, over a hundred of them initially,

9  Chapterhouse was using of ours.  And this is the list of

10 trademarks, nonregistered trademarks, for which there is --

11 the parties agree, there is no dispute, that Games Workshop

12 used these marks or symbols in commerce as a trademark before

13 Chapterhouse ever did.  That's what this big list is.

14        So these are things that there is no argument that

15 Games Workshop used these trademarks before Chapterhouse did.

16 Q    Let's turn to page 4.

17        THE COURT:  What is this exhibit number again?

18        MR. KEENER:  1023.

19        THE COURT:  Thanks.  Still 1023, okay.

20 BY MR. KEENER:

21 Q    Page 4 of 1023 now.  What is this list?

22 A    So after all of that and going through these, these are

23 our registered trademarks and here's a whole load of other

24 trademarks and here's proving that we used them before

25 Chapterhouse did, there's still 21 trademarks of one form or

1  another, there is still some dispute about whether Games

2  Workshop, whether we used the mark or symbol in commerce

3  before Chapterhouse did.

4           And that's what this list here is.

5  Q   Now, these are the ones where there is a dispute about who

6  used the mark first.  So let's walk through this list.

7           Does Games Workshop maintain any sales records?

8  A   Yes, we do.  We do.  Well, we maintain pretty exhaustive

9  sales records, as it hammers.  And we use the system -- some

10 of you may be familiar with it.  We use a system called Sage,

11 and we maintain -- we keep sales records down to individual

12 products in individual stores.

13          And so when you think about how many stores we have

14 got around the world, that's a lot of data and across all the

15 different SKUs we have.  So, yes, we do keep sales data.

16 Q   And is there anything done to ensure that this data is

17 accurate?

18 A   Yes.  Well, we are a PLC, public limited -- a publicly

19 listed company.  And what that means is we have to -- our

20 accounts and our numbers and everything have to be audited so

21 that we can put out our annual statements.  And the next

22 general audit -- so it could be Deloitte's or PWC, any of

23 those guys -- they have to crawl all over our -- I mean, yes,

24 they visit us, you could say, with monotonous regularity, and

25 crawl all over our numbers, and they get to sign off, yes,

Jones - direct

1    these numbers are good, and the account, they look at our

2    accounts, so, yes.

3    Q    And is it possible to break down those sales records to

4    identify sales in the United States?

5    A    Yes, it is, absolutely.

6    Q    Now, before we dive into some of the sales numbers for

7    these products, how much does Games Workshop sell in the

8    United States each year?

9    A    It's around -- it's about $54 million a year.  That's

10   about the size of our U.S. business.

11   Q    And for the 40K part of Games Workshop, about how much of

12   40K stuff?

13   A    You're going to make me do mental arithmetic again now.

14         It's -- it depends.  Actually the answer is it

15   depends because we have Warhammer products, we have Warhammer

16   40,000 products and so on.  And so if we're having a year

17   where we're really concentrating Warhammer 40,000, it will be

18   a bigger percentage.

19         But typically it runs it at about somewhere between

20   50 and 60 percent of our income.  55 to 60 in the States is

21   Warhammer 40,000 products.

22         So I guess that works out at about $30 million,

23   something like that.

24   Q    Let's turn to Plaintiff's Exhibit 865, page 5.

25         And if we could, blow up the kind of top left side.

Jones - direct

1  Can you describe what we're looking at?

2  A    Yes.  What we did because, obviously, it's one thing to

3  say, hey, these are our trademarks, but the clue's in the

4  title.  It's a mark of trade.  You have to be able to

5  demonstrate that you have actually -- that you have sold

6  things with that name using that name.

7            And so for all of the trademarks that we contended

8  were ours, we went out there and we went, okay, so here's the

9  trademark.  You can see the trademarks all down this side, the

10  type of mark.

11            So is it a registered trademark with one of those

12  certificates or is it unregistered?  And then -- because we

13  will use a trademark like assault cannon on a number of

14  products.  You know, there will be quite a lot of products

15  that are assault cannon based products or have assault cannon

16  as part of their title.

17            So we picked some examples.  So for assault cannon,

18  the example product we use is the Wolf Guard Terminator

19  assault cannon product.

20            For the Cadians, it was the Cadian Kasrkin squad box.

21  So you are looking at the trademark, what the market is and an

22  example of an actual product that uses that mark.

23  Q    If we scroll over, what are the next columns?

24  A    Okay.  So then you have got, that's the product -- that's

25  our internal product code, so the unique identifier for it.

1      And then you can see that -- what you're starting to

2   see here, if we could scroll just a little bit, reveal a few

3   more of those.  What we did was we put together the --

4      If you remember, the top gray bar is the actual

5   trademark.  So this says that in 2004, I think it was assault

6   cannon was the top one, we made $16,000 worth of sales in the

7   U.S. out of assault cannons.

8      And for the specific space war products, we sold

9   three and half thousand dollars.  And you can see each year it

10  tells you.  So in 2005 it was 16, 14 and so on.

11     And we did that for every trademark to show an

12  aggregated this is how much money in total for that trademark

13  we made in a particular year.  And I believe the end column

14  will say "total to date," or something.  Yes, there you go.

15  Q   So now using this chart, one of the first disputed terms

16  about who used it first was the term assault cannon?

17  A   Yes.

18  Q   Can you tell me when Games Workshop if it was using it

19  before Chapterhouse or not?

20  A   Well, yes, it was because Chapterhouse came into

21  existence, I believe, in 2008, and that's why this chart goes

22  back to 2004, because that shows that we have got at least

23  four years' prior use on Chapterhouse.

24     I should say that although it says -- you know, it

25  goes back to 2004.  For a lot of these trademarks, we were

1    selling earlier than that, but we figured, gosh, we could

2    spend forever just going and looking at sales data back to

3    1990s and what have you.

4            But let's stick with 2004 because that gives us four

5    years priority on top of Chapterhouse.

6    Q   Another one of the disputed terms was heavy flamer.  What

7    can you tell me about when Games Workshop started using the

8    term "heavy flamer" on its products?

9    A   Well, if we get back to the titles, it should be listed on

10   here somewhere.  There you go, heavy flamer.

11           So it's an unregistered trademark.  And the example

12   product, you will see, is called the -- we have a bunch of

13   characters called the Sisters of Battle, the Battle Sisters,

14   and you can buy the Battle Sisters heavy flamer product.

15           And then just like with the Wolf Guard Terminator

16   assault cannon, the next few columns will show you each year

17   since 2004 how much money have we made out of that specific

18   product.

19           And the line above it says overall for things

20   involving heavy flamers how much money have we made.

21           So $4,000 or thereabouts on heavy flamer Battle

22   Sisters and $18,000 in total in that year.

23   Q   And then the next disputed term is iconoclast.

24   A   Yes.

25   Q   Can you tell me when Games Workshop started using

1  iconoclast?

2  A   Well, if we look for it on the list, there we go.

3       So iconoclast, that was used on -- we have a game

4  called Battle Fleet Gothic, which is a game of spaceship

5  combat.  So you get to fly model spaceships around.

6       And we have some spaceships called iconoclast

7  destroyers.  That's the example product.  And then if you

8  scroll over, you will get to the column where we first started

9  using it.  There you go.  So that's a bit later.  So that's

10  2009.

11  Q   And the next one is jetbike?

12  A   Yes.

13  Q   Can you tell me when Games Workshop started using the term

14  "jetbike" on its products?

15  A   Well, again, we have been selling things called jetbikes

16  for quite some time, but we restricted ourselves to go, well,

17  2004 is long enough ago.  It's four years before Chapterhouse

18  was selling anything.  So there's your jetbike.

19       The product we're using is the Eldar jetbike.  And,

20  again, if you scroll over, there is the product code.  And if

21  you get going, you will get some sales numbers.  There we go.

22  So it's here.  So in whatever year that is, it will be 2006, I

23  imagine.  So in 2006 we sold -- there we go -- $13,000 worth.

24  And then the next year is $26,000 and so on.  So we were

25  selling Eldar jetbikes from at least from 2004 onwards.

1  Q    How about the term "lascannon"?

2  A    Yes.  Well, again, it will be on here, I imagine.  We sell

3  products.  We sell lascannons for our models.

4         So the example product is a Chaos Space Marine Havoc.

5  Havoc is a type of Chaos Space Marine.  So Chaos Space Marine

6  Havoc with lascannon.  This is the product code.  Again, you

7  will start seeing from 2004 the numbers coming in, $7,000 of

8  sales, $6,000 of sales, $8,000 of sales and so on.  So there's

9  your annual sales.

10 Q    How about --

11 A    Once again actually, you know, don't forget there's the

12 title Lascannon.  That's just an example product.  The overall

13 sales for products with lascannon were 34,000, 28,000, 50,000,

14 yes.

15 Q    And the next disputed term was lightning claw.  When did

16 Games Workshop start selling lightning claw products?

17 A    If you go down a few lines, we can see because there's the

18 Lightning Claw Terminators.  I told you about those really

19 heavily armored Space Marines.  One of their specific weapons

20 is a lightning claw.

21        In terms of that individual conversion and things,

22 you can buy just a left hand lightning claw.  That's the

23 product code for it.

24        And in 2004 we made $20,000 selling those, and about

25 another 20,000 in the next year and see on.

1    Q    And the next term is power claw.

2         When did Games Workshop start selling power claw?

3    A    Well, if we go down again, that will be a Chaos Reaver

4    power claw is the product.  There's its product code.

5         You might just slide along a little bit more.  There

6    we go.  So we started selling it in whatever year that would

7    be, 2008, 2009, 2010.

8    Q    Now, if we look at the power claw and look at the gray

9    line above it, what is that gray line supposed to mean?

10   A    So the gray line above it is the aggregated sales for all

11   the products that have power claw.

12   Q    So what does that tell you about your sales of products

13   with the term power claw in 2004?  Were there any sales?

14   A    No.

15   Q    That would be the first column.  Maybe we can get to over

16   here.  What does 269 represent?

17   A    Oh, sorry, yes.  We were selling -- yes.

18        We weren't selling the specific product, the example

19   I used.  We only started selling here.  But we were selling

20   other products that used the term "power claw" as far back as

21   that will be 2005 actually.

22   Q    Now, for this list of disputed trademarks, are all of them

23   used on products that are actually sold as the name of a

24   product?

25   A    Yes.  That's the --

1          Because we have just been looking at the titles of

2     the products and the actually code of the products.

3     Q    Right, and that's for the ones on this list.  Are there

4     other trademarks Games Workshop is asserting that are disputed

5     as to who used them first that are not names of actual

6     products?

7     A    Yes, there are.  There are a few.

8     Q    All right.  So let's talk about the next one that is

9     disputed, Blood Ravens.  Can we go to Plaintiff's Exhibit 1020

10    at page 8?

11         Can you tell me when Games Workshop started using the

12    term Blood Ravens?

13    A    Yes.  We published a book called "The Art of Warhammer

14    40,000" which, apart from anything else, looks at lots of

15    Space Marine chapters.

16         And you can see that this is a picture from that

17    book, and it was dated.  That book came out in 2006, and here

18    are the Blood Ravens, one of the Space Marine chapters.

19    Here's their badge.  Here's their color scheme.  This is who

20    they are.

21         So we were showing and talking about Blood Ravens

22    back in 2006.

23    Q    Now, since it's not the name on an actual product you were

24    selling back then, why is Games Workshop contending that it's

25    a trademark?

1  A    Well, because we have got a wide and complicated

2  intellectual property, and we have got all sorts of icons and

3  stories going on and pictures and characters and so on and so

4  forth.  And when our fans see something called a Blood Raven,

5  they know exactly what it is.  They go straight to this look

6  and this chapter and this character.  And they will uniquely

7  associate it with Games Workshop.

8         I guess in a similar way, as an example, I could say

9  that if you know the -- if you know the Superman comic, you

10  know, everybody knows the Superman comic where we have the

11  mild-mannered Clark Kent who goes into a phone box as a

12  journalist and then comes out in a Superman costume and saves

13  the world and sometimes the whole universe.  Well, in that

14  story line, in the Superman comic, Clark Kent is a reporter on

15  a newspaper called the Daily Planet.  So the Daily Planet is a

16  really important part of the Superman story, background,

17  world, call it what you will.

18         And if anybody brought out a newspaper -- because at

19  the end of the day, DC Comics, they don't actually publish a

20  newspaper called the Daily Planet.  It's not a real thing.

21  It's not a product, if you will.  But if somebody else brought

22  out a newspaper called the Daily Planet, then folks would

23  immediately make the connection, oh, that's something to do

24  with Superman.  That's about Superman.  They would be --

25         And so DC would be, I would imagine, would be fairly

1    angry about that and would want to do something about it and

2    would regard their Daily Planet brand as a trademark.

3           And for us, Blood Ravens are a great example of

4    something similar to that.  Our customers will know exactly

5    what the Blood Ravens are.

6    Q   And another one that there is a dispute about when it was

7    used is Howling Griffons.  Can we turn to page 17?

8           Can you tell me when Games Workshop started using the

9    trademark Howling Griffons?

10   A   Sure, let me fill this up.

11          So it's the same book in this case.  It's "The Art of

12   the Warhammer 40,000," page 71.

13          That book was published in 2006.  And, again, this is

14   showing -- this is another chapter of Space Marines with a

15   unique color scheme called the Howling Griffons, which is a

16   fairly unique name, and this is their shoulder pad design.

17   Q   And another trademark Chapterhouse has contested with

18   whether Games Workshop used it first is the term Exorcist?

19   A   Yes.

20   Q   Can we turn to page 15?

21          Can you tell me when Games Workshop started using the

22   term Exorcist?

23   A   Yes.  This is -- actually I talked about White Dwarf

24   magazine earlier.  It's currently at issue 402.  This is from

25   issue 249.  And that was published in 2000.  And, again, it's

1   -- this is the color scheme and the look and the feel for the

2   end of the Space Marine chapter who were called the Exorcists.

3   So Exorcists is their chapter name, and then this is their

4   unique symbol.

5           So anybody who sees this associated with that.  So

6   Exorcist, the name, Exorcist -- that particular skull with the

7   down-turned horns symbol mounted on our shaped shoulder pad,

8   they will be like, oh, wow, that's a Games Workshop Exorcist

9   Space Marine shoulder pad.

10  Q   So Chapterhouse has contended that they have used both the

11  word Exorcist before Games Workshop and the Exorcist skull

12  icon --

13  A   Yes.

14  Q   -- before Games Workshop?

15          From this, can you tell when both of those had been

16  used by Games Workshop?

17  A   Well, yeah, because you can see it's in the magazine dated

18  2000, and there's the icon.  And there's the name.

19          And you can see underneath, this says the Exorcist

20  chapters badge, and there it is.

21          So, yes, the name and the icon in the same

22  publication as far back as the year 2000.

23  Q   Now, another term that has been disputed about who used it

24  first is the term jump pack?

25  A   Yes.

1    Q    Do you know when Games Workshop started using that term?

2            MR. COOPER:  Objection, your Honor.

3            THE COURT:  Basis?

4            MR. COOPER:  Mr. Keener is mischaracterizing what is

5    under dispute, not who used it first.  There's two aspects of

6    this.

7            THE COURT:  Put your question again, Mr. Keener, so I

8    have it in mind.

9    BY MR. KEENER:

10   Q    Chapterhouse has disputed whether or not Games Workshop

11   has used the term jump pack prior to Chapterhouse in commerce

12   as a trademark.

13           Do you know when Games Workshop started using the

14   term jump pack?

15   A    Yes.  It will be -- if we can have a look at the exhibit?

16   Q    Can we go to 956?  Exhibit 956.

17   A    It will be the tactical -- or the assault Space Marines

18   box pack.  There we go.

19   Q    What are we looking at here?

20   A    So this is one of those boxes that we talked about

21   earlier, box pack of Space Marine models.  And this is the

22   Space Marine assault squad.

23           And one of the unique characters of the Space Marine

24   assault squad, these guys, is they have this big jump pack

25   that can get them into battle really quickly.

1          And so on the back of the -- yes, there they are, on

2   the back of the box.

3   Q   Turn to the back of the box, page 2.

4   A   So you can see bolt pistols, chain saws, they're jump

5   packs.   These guys use jump packs.   It's one of the key

6   identifying features of the Space Marines.

1    Q.    And when was Games Workshop selling this product?

2    A.    Right.  So all of our products will have an identifying

3    date on them.  And this one -- it's down there in the corner,

4    sort of in the middle there.  So this box set goes back to

5    1998.

6    Q.    Now, the next ones, there's a dispute about various

7    Tyranid terms, mycetic spore?

8    A.    Yeah.

9    Q.    Tervigon?

10   A.    Uh-huh.

11   Q.    Tyranid bone sword and Tyranid lash whip?

12   A.    Yes.

13   Q.    Do you know where we would find those products?

14   A.    Well, yeah, we -- one of the things and one of the types

15   of products that we bring out, we bring out what we call --

16   they're army books.  For Warhammer 40,000 we call them

17   codexes.

18            And so for each of our races, each of our armies,

19   there will be a unique book which gives you all the

20   information.  It will give you stories, pictures, the rules,

21   all of that stuff about the set of characters and the army

22   that you want to collect.

23            And what we do is we -- those books are about 150

24   pages, 130 pages, something like that.  And we reiterate them

25   every three of four years.  So we'll do the Tyranid book, and

1    that will have a whole bunch of models and pictures and

2    characters in it, and three or four years later we'll go back

3    and we'll do a new, even better Tyranid book, and we carry on

4    from there.  So I imagine we'll find those in the Tyranid

5    codex.

6    Q.   Let's turn to the Tyranid codex, Plaintiff's Exhibit 47.

7         Is this the Tyranid codex?

8    A.   Yes.

9    Q.   Can you tell me when this codex was published?

10        Can we turn to the -- I think it's the third from

11   the last page.

12   A.   Yeah.  So I don't know whether you guys can read that.

13   There's a bit at the bottom here.  Actually, you need --

14   yeah, that's it.  So if you just scroll left a little.

15        So this actual print run goes to -- it was in 2010,

16   but this edition -- this book is from -- the first time we

17   printed this was in 2009, this particular Tyranid codex.

18   Q.   And this codex from 2009, does it use the term Mycetic

19   Spore in it?

20   A.   Yeah, there will be a page about Mycetic Spores.

21   Q.   Could we go to Page 56?

22   A.   So in our army books we'll describe the different troop

23   types, the different characters, the different heros and all

24   of that for each army.

25        So in the Tyranid book you'll see pages for each of

1   the specific Tyranid creatures.  And so you'll get -- on that

2   page you'll get the name of it, the Mycetic Spore.  You'll

3   also get some background, a bit of story about who they are

4   and what they do and how they function.

5           And then you'll also get the rules, that's -- we

6   call it the stat line.  That's -- each of those tell you

7   something about in the game, weapon skill, ballistic skill,

8   strength, toughness, wounds, initiative, attacks, leadership

9   and strength, I believe.

10          And all of the -- this is then specific game rules

11  for that creature.  And then -- yeah, you can see -- look,

12  it's got some special rules for use in the game.

13          And then -- yeah, I don't know whether it's the

14  angle.  It's much clearer on my screen but -- and then we

15  have a picture of it.

16  Q.   And why don't we turn to Page 54.  Another disputed term

17  is Tervigon.  Is that found in this book?

18  A.   Well, yeah.  Here it is.  There's a whole page about it.

19  So it's the same thing.  It's another page.  There's a

20  specific creature in the Tyranid army called a Tervigon, and

21  this tells you it's a massive creature with a towering spined

22  carapace, and so on and so forth.

23          So here's his name, here's the story, the

24  description about it.  There will be -- just underneath

25  there's a picture of him, charming looking character.  And

1　　then there will be the rules, special rules, a stat line and
2　　all of that.

3　　　　　　And then sometimes at the bottom you'll see -- this
4　　is what's fondly called in our games -- the game has referred
5　　to this as fluff, which is kind of background quotes and
6　　stories, as if the world was real.  So this is a quote
7　　attributed to one of the most famous Space Marines, a guy
8　　called Marneus Calgar.  So this is what he has to say about
9　　Tyranids.
10　　Q.　　Another disputed term is Tyranid bone sword.  Do you
11　　find that in this book?
12　　A.　　That will be under -- the Tyranid bone sword and the
13　　Tyranid lash whip, they are the weapon of choice of a
14　　creature called a Hive Tyrant.

15　　　　　　And again, you can see there's a page about the
16　　Hive Tyrant, where he sits in the whole mythos, what he does.
17　　They are the commanders of the Tyranid swarm.  And then there
18　　will be a picture of him.

19　　　　　　And then we're talking specifically, I think, about
20　　-- actually about lash whips and bone swords, and those are
21　　specific weapons used by the Hive Tyrant, and there they are.
22　　The rules and all of that will be in there.  So Bonded
23　　Exoskeleton, lash whip and bone sword.

24　　Q.　　Now, the jury has heard a lot about a term called
25　　Ymgarl.

1  A.   Yeah, Ymgarl.

2  Q.   Ymgarl.  Was that term used prior to 2009 by Games

3  Workshop?

4  A.   Yes.  Yes, it was.

5  Q.   Where would we find that?

6  A.   Well, like I was saying, the -- this is -- it's a

7  mistake to think of this as the Tyranid codex.  This will be

8  our -- you know, I don't know how many iterations this is,

9  but this might be Tyranid Codex 3.  So three or four years

10  before this there will have been an earlier Tyranid codex.

11        And we were talking about Genestealers in there

12  from Ymgarl stealers -- in fact, we were talking about Ymgarl

13  as far as back as 1987 in the original Warhammer 40,000 book.

14  But, yeah, you can go back to the 2005, I think -- '4 or '5

15  Tyranid book.

16  Q.   Let's go to Plaintiff's Exhibit 425.  What is this?

17  A.   So this is the earlier Tyranid codex, one of the earlier

18  books.

19  Q.   Let's go to Page 3.  When was this earlier codex of

20  Tyranid --

21  A.   I believe this would be around the 2004, 2005, I

22  believe.  I'm just looking for the date.

23        Yeah, actually that's the -- that's reprinted in

24  September 2008.  There we go.  Copyright is -- is that --

25  copyright Games Workshop 2004.

1    Q.   And let's turn to Page 38 -- I'm sorry, Page 14.   Where

2    do we find Ymgarl in this book?

3    A.   Oh, crikey!   It will be in the -- here we are, look.   So

4    it's in here.   So this is -- their presence amongst the

5    Tyranid hordes -- this is talking about Genestealers of a

6    particular monster -- was testament this theory was in error.

7    Genetic samples confirmed that even the Tentacle-Mawd -- so

8    these -- the Ymgarl Genestealers, were Tyranid creatures.

9         So this is talking about a particular type of

10   Genestealer that comes from the moons of a planet called

11   Ymgarl.   So we were talking back in 2004.

12   Q.   There's only four more of these disputed terms to go.

13        Let's go to Plaintiff's Exhibit 1020 at page 96.

14   Another disputed term was Iron Snakes icon, the actual logo

15   of the Iron Snakes.

16   A.   Yep.

17   Q.   Can you tell me when Games Workshop started using that

18   icon?

19   A.   Well, you remember the book we looked at earlier, the

20   Art of Warhammer 40,000 from 2006.   Here it is again.   And

21   the Iron Snakes are another chapter of Space Marines.   There

22   are actually first -- there is another magazine called

23   Inferno which has Iron Snakes on the cover.   But this shows

24   them back as far as 2006.

25        And then we also sell novels based by an author

1    called Dan Arnett that are all about the Iron Snakes Space

2    Marines.

3    Q.   And do we see the icon on that novel?

4    A.   Well, actually, if you zoom in on the guy's shoulder

5    pad, yes, the icon is right there.

6    Q.   The next disputed term is the Soul Drinkers icon or

7    logo.   Can we go to Page 23?

8        Can you tell me when Games Workshop started using

9    the Soul Drinkers icon?

10    A.   Yeah.   Soul Drinkers is a series of novels.   Again, Soul

11    Drinkers is a chapter of Space Marines, and the front cover

12    of the first Soul Drinker's novel I think was in 2002.   And

13    you can see the Soul Drinkers icon on the guy's shoulder pad

14    there.   And that's when it was used.

15    Q.   The next one is the Scythes of the Emperor icon.   Can we

16    go to Plaintiff's Exhibit 1021 at Page 59?

17        When did Games Workshop start using Scythes of the

18    Emperor?

19    A.   Well, this is from a book called "How to Paint Space

20    Marines."   You know, you're talking about customization and

21    what you can do with your models, and so we had this book

22    called "How to Paint Space Marines" and how to paint the

23    specific various Space Marine color schemes, depending on

24    which chapter you're interested in and excited by.

25        The Scythes of the Emperor, the end of the Space

1   Marine chapter, this is their color scheme.  And here is

2   their specific shoulder pad logo, and that was in our "How to

3   Paint Space Marines" book from 2004.  So all of our customers

4   would go, ah, Scythes of the Emperor, recognize that, that's

5   a Games Workshop mark.

6   Q.   And the last one is the Hammer of Dorn icon.  Can we go

7   to Page 54, and scroll to the next page?

8           When did Games Workshop first start using that icon

9   we see on the shoulder pad?

10  A.   Well, if you can just go up, because the actual date

11  isn't on here -- there we go.

12          So again, we had a book called the "Insignium

13  Astartes".  The Astartes is another name that we use for the

14  Space Marines.  And so Insignium is their badges and color

15  schemes, and so we had a whole book on this.  And one of the

16  most famous Space Marine chapters is the Imperial Fists, and

17  this is their symbol.

18  Q.   And how about in the next page, the particular icon that

19  you see there, where was that used?

20  A.   That was used on a novel cover, I believe.

21  Q.   Can we scroll down?

22  A.   It's one of our artists, a guy called Clint Langley.

23  Q.   And what is the "Art of Clint Langley?"

24  A.   It's a book about all of his artwork.

25  Q.   And this is Plaintiff's Exhibit 1003.  Is this that

1    book?

2    A.    Yes.

3    Q.    I will hand it to you.

4           Can you tell me when that book was published?

5    A.    It was first published in the U.K. in 2008.

6    Q.    Now, for all of these trademarks we've gone through

7    where they are described in the stories and the books of

8    Games Workshop but not used as a name on a product Games

9    Workshop is selling, what does that mean on whether or not

10   Games Workshop will sell those products?

11   A.    Well, as I said a little while ago, we create a rich,

12   unique and expansive universe.  We spend an inordinate amount

13   of time and effort and money employing people, very talented

14   people, to do this.

15          And so, once we put an army book out and once we

16   come up with these designs, generally speaking, we fully

17   intend to release something based on an actual product at

18   some point.

19          But at the end of the day it's our intellectual

20   property, we own it; it's up to us whether we want to make

21   models or whether we want to leave it as a novel or a

22   picture.  That's our choice.  But, generally speaking, yes,

23   we will intend to release products, you know, based on the

24   things that we come up with.

25   Q.    Now, there's a long list of trademarks in this case.

1    Are any of those trademarks words that Games Workshop made up

2    themselves?

3    A.   Yes.  So words like -- I mean, Ymgarl is a good one, or

4    Tervigon.  There are some words that are not, what would you

5    say -- they are not commonly used words in the English

6    language; they're words that we've made up.

7    Q.   And are there other trademarks that Games Workshop did

8    not make up?

9    A.   Yes, yes.  There's lots of those.  So those are -- we

10   talked about -- well, assault canon or even Space Marine.

11   You know, we don't claim to own the word "space" and "marine"

12   in regular -- in the regular English language any more than

13   Apple Computers can stop you calling a piece of fruit apple.

14          But in our -- remember those registration

15   certificates.  They are very focused on our business, on the

16   type of goods that we're selling and the areas that we're

17   involved in.  That's where we claim those as trademarks that

18   are uniquely ours.

19   Q.   So for those words that Games Workshop didn't make up

20   itself, is Games Workshop aware of anyone else in the field

21   of Games Workshop using any of those words to associate it

22   with their products?

23   A.   Well, apart from Chapterhouse, no.  Although I do have

24   one -- there is one exception to that, which is -- let me

25   think about it -- the jetbike model.  The guys from -- the

1    lawyers over here, in my deposition, very kindly pointed out

2    some of the people are infringing that.  So I'm sure that our

3    legal team are onto them even now.  So we did find some of

4    the jetbike copies.  But apart from that, no.  They're our

5    trademarks.

6    Q.   Now, I want to turn your attention now to the activities

7    of Chapterhouse that Games Workshop believes are infringing

8    its marks.

9           Now, the jury has seen a number of charts with

10   various highlighting of terms in it.  Can you tell me what

11   that highlighting is supposed to mean?

12   A.   Oh, you mean the yellow --

13   Q.   Yes.

14   A.   Well, that was -- there's been a lot of trademarks

15   questioned, and there's quite a complicated IP, intellectual

16   property.  And so when we went through those charts, we just

17   highlighted anything that was specifically a term from our

18   game.  So don't get too hung up on that.

19          We're not saying those are all trademarks, but they

20   are a reference -- anything that's highlighted yellow is a

21   specific reference to something somewhere in our games.

22   Q.   And has there been any effort to narrow down the

23   trademarks at issue?

24   A.   Yes.  Yes, definitely.  We -- there's something like --

25   there was another -- I can't remember the number, 30 or 40

1    extra trademarks that we were claiming.  In the end we went,

2    you know, we need to take a pragmatic approach here.

3         So there are some things that if that's all that

4    Chapterhouse was doing, we probably would have gone, okay,

5    let sleeping dogs lie.  This is -- in the scheme of things

6    that's okay.  Do we care?  Yeah, we care, but actually, we

7    wouldn't be too worried.

8         So in the context of over a hundred trademarks that

9    are being infringed, and all the products and the copyright

10   things that we think are being infringed, we nonetheless

11   said, yeah, let's put those 30 things to one side and

12   concentrate on the things that we do care about.

13   Q.   Now, besides in the chart where you've got Chapterhouse

14   website descriptions using Games Workshop terms, is there any

15   other place that Games Workshop is concerned about

16   Chapterhouse's use of words?

17   A.   Of our trademarks?

18   Q.   Yeah, of your trademarks.

19   A.   Yeah.  Yes, there is.  So obviously we've talked a

20   little bit about their website.  But they also use our

21   trademarks extensively when they're marketing and posting on

22   a fan site, Warhammer 40,000 gaming fan sites.  And

23   specifically they use our trademarks fairly liberally when

24   they're selling our products on eBay, for example.

25   Q.   Now, we're not going to take the time to go through

1 every time Chapterhouse has used a Games Workshop trademark,

2 but let's walk through an example for every trademark of

3 their use.

4 Let's start with the eBay pages you referenced,

5 Plaintiff's Exhibit 5. What are we looking at here?

6 A. Okay. So this is an eBay page. And the product that

7 they're selling, they're saying that they're selling a Space

8 Marine, that's our trademark, 40K, that's our trademark,

9 Salamanders, that's our trademark, too.

10 So there's a whole bunch of our trademarks -- Space

11 Marine, as we saw, is a registered trademark -- used in the

12 title of the product that they're selling on eBay. Well,

13 actually, those are our trademarks; we own those.

14 Q. Now, Chapterhouse has contended that they often need to

15 use these trademarks to identify what the product is. What's

16 your view on that?

17 A. Well, my feeling on that is that when -- well, here's

18 how it goes. You're selling a product. Now, Chapterhouse

19 makes a big play of saying that, hey, we make these

20 accessories and cool add-ons and things for a wide number of

21 science fiction and fantasy games that you can use with your

22 28-millimeter scale models. Well, that's cool. I don't have

23 a problem with that.

24 So when they're selling something that's a shoulder

25 pad, what they need to say is -- what they can say is, here's

1    a shoulder pad for use with 28-millimeter scale war games.

2    That's all they need to say.  In terms of using our

3    trademarks, what they should be using is the absolute minimum

4    that's required so that you know what it is.

5            It's a bit like -- well, I drive a Mercedes -- an

6    old Mercedes 4 by 4; I think you call them SUV's over here.

7    And I can -- if I were to buy windshield wiper blades -- if I

8    wanted to buy some wiper blades, well, I can go into the

9    after-market sales place, so I can go into the car spares

10   place, and I can either buy a genuine Mercedes windshield

11   wiper or I can buy a generic windshield wiper.  And the one

12   that gets to put the Mercedes logo on it and use the Mercedes

13   trademarks is the genuine Mercedes part.

14           Now, the other stuff, there's a big rack as long as

15   you like -- at least, you know, where I go there's a huge

16   rack of all these different wiper blades.  And, of course, I

17   have to know what I'm buying; I have to be able to identify

18   it.  And what normally happens is, there will be some sort of

19   a code, and then I'll look up on a chart and it will say, oh

20   yeah, I need No. 393, that's compatible -- the wording is

21   usually "compatible with Mercedes M class."  And that's fine.

22   That's okay.

23           But here they go way over that and they just --

24   they're using our trademarks very, very liberally, far beyond

25   what is needed to uniquely or -- you know, the minimum that's

1    required to identify what the thing is.

2    Q.   Let's go to Page 5 of the same exhibit, Exhibit 5.

3    And -- go back one, Page 4 -- go to 6, one more, one more.

4    There we go.

5              What are we looking at here?

6    A.   Okay.  So if you can just blow that up a bit.  It's a

7    little indistinct.

8              So again, here's another eBay posting, and they're

9    saying it's a Rhino Armor Kit Salamanders Warhammer 40K Space

10   Marines.  That's the product that they're claiming to be

11   selling.  Well, Rhino is a trademark of ours.  Salamanders --

12   we saw some Salamanders stuff earlier; that's ours.

13   Warhammer, that's our registered trademark.  40K is ours and

14   Space Marines are ours.

15             Now, if they were just to say armor kit for use

16   with science fiction vehicles as the product name, fine.

17   I've not got a problem with that.

18             They can even put in the description -- like,

19   remember when we were talking about buying -- when I was

20   talking about wiper blades a minute ago?  In the description

21   saying compatible with Games Workshop's Rhino kit, fine.

22   That would mean -- that's all you need to do to identify what

23   it is you're buying.

24   Q.   And when you're saying that's fine, you're meaning for

25   the trademark purposes only, not the copyright, is that

1    right?

2    A.    Oh, yeah.  I mean, I'm concentrating exclusively really

3    on the trademark side of things.  There's, you know -- you've

4    heard already for the last couple days all about the

5    copyright side to this case.  This is -- I'm talking here

6    about use of our trademarks.

7    Q.    Well, let's --

8    A.    If they just use the minimum to identify fact, factually

9    what the thing is they're selling, that would be fine.

10         So armor kit for Space Marine 28 -- armor kit for

11   science fiction vehicles compatible with Games Workshop's

12   Rhino kit.

13   Q.    Let's go to Page 10.  And what concerns Games Workshop

14   about this?

15   A.    Well, it's another eBay posting where Chapterhouse are

16   claiming to be selling a resin drop pod, trademark, for 40K,

17   trademark, Warhammer, trademark, 40,000, trademark, Space

18   Marines, registered trademark.

19         So again, rather than saying doors, or whatever it

20   is, for science fiction drop pods or science fiction

21   vehicles, and then saying compatible with Games Workshop's

22   drop pod, they're just liberally and freely using our

23   trademarks way above and beyond what's needed to identify

24   what the product is.

25   Q.    Let's go to their website, Plaintiff's Exhibit 690,

1  Page 51.

2          Does Games Workshop have any problems with

3  Chapterhouse's use of its trademarks on the website?

4  A.   Yes, we do.  Well, it's interesting, the -- they talk

5  about -- I mean, you can see it here.  Chapterhouse talks

6  about that they specialize in the creation of high-end resin

7  and metal miniature kits and parts for use in a wide variety

8  of fantasy and sci-fi role-playing and war-gaming.

9          So there's a lot of talk about, hey, our stuff is

10  for use with all sorts of games, it's not to do with Games

11  Workshop.  Our stiff is unique and we makes these bits and

12  accessories that you can use in all sorts of games.  And yet

13  their entire website -- if we look at the tabs on the left,

14  it's organized by our trademarks, by our armies.

15          They don't say, yeah, we make all this wide variety

16  of science fiction gaming kits.  So then they could have --

17  why doesn't this just say vehicles, doors, guns?  No.  It's

18  actually our trademarks:  Eldar, Imperial Guard, you know,

19  Lizardmen, Space Marine, Tau.  That's what they do.  They

20  just -- their entire website is organized around our

21  trademarks and nobody else's.

22          I don't see anything there that says, I don't know,

23  Romulan or Vulcan compatible bits, or any other science

24  fiction IP, for that matter.  It's all ours and nobody

25  else's.

1    Q.   Now, scrolling back out to see the whole website, is

2    there anything else that concerns you?

3    A.   Well, I think it's -- yeah.  I mean, our -- you know, I

4    said earlier -- do you remember the double-headed eagle icon?

5    That's our most -- it's the most famous icon that's redolent

6    and uniquely and unmistakably identified in the minds of our

7    customers with Warhammer 40,000.  And coincidently,

8    Chapterhouse's logo is a winged eagle design.  I don't think

9    that's a coincidence.

10   Q.   Now --

11   A.   As it happens, I could say as well -- because Space

12   Marines, they're organized, as we've heard repeatedly today,

13   in chapters.  The place they meet up is the Chapterhouse.

14   You know, the website is entirely based around our

15   trademarks.

16   Q.   Let's see what happens when you click on the Eldar

17   button.  Can we go down to Page 101?

18            What are we looking at here?

19   A.   Well, this is really interesting, isn't it, because on

20   the one hand it's, actually, we make these things that are

21   unique and they're new and they're not to do with Games

22   Workshop specifically, and then they organize the website by

23   our trademarks.

24            And then when you click on it, what -- especially

25   what we're looking at is Eldar compatible bits, but some of

1    these are complete figures, complete models.  They're not

2    bits, they're not accessories, they're complete models.  And

3    then it's, oh, no, it's not -- so this is, you know, oh, no,

4    this isn't a Striking Scorpion, it's -- no, no, no.  This

5    isn't one of Games Workshop's models.  It's nothing to do

6    with Games Workshop's IP.

7         Well, if that's the case, why is it listed under

8    Eldar?  Striking Scorpions -- we're saying that's a Striking

9    Scorpion and this is one of our Farseers, you've just copied

10   them.  No, no, no, we haven't.  No, no, of course we haven't.

11   Well, if you haven't copied them, why are you listing them

12   under Eldar?  They either are Eldar or they're not Eldar.

13        You know, you can't have your cake and eat it.

14   They're either generic figures for use in a wide variety of

15   games or they're Eldar.  Well, you list them under Eldar.

16   And they're certainly not bits.  They're complete models.

17        So our contention is there's a complete Eldar

18   Striking Scorpion model being sold as an Eldar model on the

19   website.

20   Q.   Now, let's turn to those infamous claim charts now.  Can

21   we start with Plaintiff's Exhibit 1020, Page 1.

22        Now, on this first product here, what concerns

23   Games Workshop about its trademarks?

24   A.   Well, Thunder Hammer is one of the trademarks which

25   isn't contested that we have for our use.  We have been

1  selling Thunder Hammers for quite some time.

2          So the Thunder Hammer is part of our IP, we own it,

3  the trademark is ours, we've been using it.  And you can see

4  -- here's our models on this side.  These are those Space

5  Marine terminators with Thunder Hammers and storm shields.

6          So then Chapterhouse blithely sells a product that

7  they're selling as a Thunder Hammer.  Well, we own Thunder

8  Hammer; it's our trademark.  And they agree it's our

9  trademark, that we use it.  It's why it's on that list of --

10  that we have established it's ours.  So it can't be -- this

11  can't be a Thunder Hammer because we own it.

12          Now, if they wanted to say science fiction hammer,

13  or mega hammer or killer hammer or any other cool name, that

14  would be fine.  They could even say super hammer for use with

15  28-millimeter scale war games.  But that's it.  They don't

16  need to -- it either is a Thunder Hammer and they're copying

17  us or it is a unique generic part you can use in many games,

18  as they contend.  But you can't have your cake and eat it.

19  You can't use our trademarks that we own in the name of your

20  product.

21          I can't just -- I could make cartoon duck medals --

22          MR. COOPER:  Objection, your Honor, to the

23  narrative.

24          THE COURT:  Sustained.

25          Just ask another question, Mr. Keener.

1    BY MR. KEENER:

2    Q.   Let's turn to Page 4.  I'm looking at this product.

3    What concerns you about the trademark usage?

4    A.   It's -- okay.  So, again, in the minds of our customers,

5    the word tactical there is --

6         MR. COOPER:  Objection.  Foundation, minds of our

7    customers.

8         THE COURT:  Yeah.  That reference is stricken.

9         THE WITNESS:  Okay.

10        THE COURT:  You can't say what's in somebody else's

11   mind.  So let's re-word your answer.

12   BY THE WITNESS:

13   A.   Okay.  So we use tactical -- it's one of the labels,

14   it's one of the types of Space Marines we have.  We have

15   tactical Space Marines, we have devastated Space Marines, we

16   have assault Space Marines, and so on.

17        So given that this is a shoulder pad that -- they

18   say here it's a shoulder pad, early Space Marines used them.

19   So they're clearly talking about Space Marines, chaos Space

20   Marines, early Space Marines.

21        These references down here, Black Templars --

22   that's one of our Space Marine chapters.  And they say it

23   fits on tactical Space Marines.

24        So rather than just saying this is a shoulder pad

25   for use on 28-millimeter models, well, you know what?  That

1   identifies what it is.  That's all you need to say, it's a

2   shoulder pad for use with a wide variety, as you claim, of

3   28-millimeter scale models.  Once you said that, you don't

4   need to then wax lyrical about all our stuff down here.  And

5   incidentally, nobody else is.

6   Q.   Now, you mentioned the term tactical Space Marines and

7   chaos Space Marines.  Are there any other terms in this

8   description that concerns Games Workshop?

9   A.   Black Templars, you know, saying it works especially

10  well with Black Templars.  That's not necessary.  To say it

11  works well with chaos Space Marines, Heresy era -- well, the

12  Horus Heresy is one of the most famous parts of our mythos

13  story line background and all of that.  So there's references

14  there.

15          So all of these things are, in our opinion,

16  entirely unnecessary in terms of identifying what the product

17  is so that people can go and use it.  It's a shoulder pad

18  that you can -- apart from the fact that we think the

19  copyright issue is around the shoulder pad shape -- if it was

20  just a plain square should pad or a triangular one, or

21  whatever unique, exciting shape Chapterhouse wanted to come

22  up with, we wouldn't have a problem with anybody saying, say,

23  here's a shoulder pad for use with 28-millimeter models, go

24  crazy, fine.

25  Q.   Let's turn to Page 8.  What concerns Games Workshop

1  about this description?

2  A.   Well, the same stuff about the whole tactical thing that

3  we just talked about.

4        The fact that -- we have a Space Marine chapter

5  called the Blood Ravens; they're saying that this is a

6  shoulder pad with an eagle or Blood Raven on the face.  So

7  they haven't quite decided which it is themselves.  So,

8  again, it's our chapter there.

9        It's Blood Angel themed armies, Space Marine

10  tactical marine shoulder pad.  They don't need any of that.

11  They can just say, hey, here's a shoulder pad for you to

12  customize your 28-millimeter science fiction models.  That's

13  what it is.  That's all they need to say.

14  Q.   Let's go to Page 13.

15        Now, looking at product No. 9 there, the shoulder

16  pads for Death Watch, Ruinic Terminator, what concerns does

17  Games Workshop have about the terms used by Chapterhouse?

18  A.   Well, you know, the Death Watch, there again, they're a

19  type of Space Marine from our IP, so we own that.

20        Terminator Space Marines, that's a trademark we use

21  in tabletop hobby war games, have done for many, many years.

22  And then they again talk about the Death Watch, the

23  Inquisition, Dark Angles, all elements of -- and, you know,

24  Space Marine Terminators, all elements of our IP rather than

25  just again saying, hey, here's another cool shoulder pad for

1    use with your 28-millimeter scale armies.

2    Q.    Let's turn to Page 15.  Now, with part No. 10, the power

3    armor pad for Exorcist players, what's the concern here?

4    A.    Well, as we discussed earlier, Exorcist is a specific --

5    excuse me, put my teeth back in -- it's a specific chapter of

6    Space Marines that we were showing in the year 2000.  So --

7    and that's both the name and the symbol on the shoulder pad

8    there.

9         And here we have -- again, rather than, hey, here's

10   a cool, unique design for a shoulder pad for use with your

11   28-millimeter scale science fiction or fantasy models,

12   they're saying -- they use our mark, Exorcist, in there.

13   It's obviously the same badge as ours as well, just to

14   compound that, and it's in the same shape of our Space Marine

15   shoulder pad.  And then they talk about similar to the

16   Exorcist Space Marine, and looks good as a pad for

17   librarians.

18        Now, librarians, believe it or not, are a type of

19   Space Marine.  They have psychic powers.  They're very --

20   they don't look after -- well, they do look after books but

21   not in -- they don't climb up and down ladders and stuff.

22   They're mighty warriors.  And they're called librarians, and

23   all Space Marines have those in their chapters.  So there's

24   no need here to say, looks good as a pad for librarians.

25        In terms of identifying what the product is, it's a

1    shoulder pad for 28-millimeter scale models.  End of fact.

2    That's all they need to say.

3    Q.   Let's turn to Page 16.  Let's look at product 13, the

4    Terminator shoulder pad for Flesh Tearers.  What's the

5    concern there?

6    A.   Well, again, in terms of their product title -- so their

7    product title is Terminator shoulder pad for Flesh Tearers.

8    And we talked about -- you know, the Flesh Tearers are a

9    chapter of our Space Marines, so that's our term, our mark,

10   from the year 2000.  So how can they use our mark in the

11   title of their product?  We own it.

12              And Terminator shoulder pads -- again, we've been

13   selling Terminator Space Marines as a good and valid

14   trademark for years and years and years.  So those are our

15   terms.  That's far and away above what you need to say to

16   identify what this thing is.

17

18

19

20

21

22

23

24

25

Jones - direct

1  Q   Turn to page 17.  And let's first focus on product 14, the

2  Howling Griffon style shoulder pads, 28 millimeter.  What's

3  the concern with that product?

4  A   It's the same concern, just a different trademark.  So,

5  again, we talked about the Howling Griffons from 2006.  It's

6  ours.  It's in our art book.  Here's the look of it.  Here's

7  the unique logo.  Here's the title.  And here we have a

8  product that's passing itself off as a Howling Griffon in the

9  title of the product.  And then some of the things we've

10 picked up before.  They say this would be great for Space

11 Marine and so on and so forth.

12 Q   Let's look at the next one, product 15 there, shoulder

13 pads for Flaming Fist Tactical Marines.  What's the concern

14 here?  Anything new?

15 A   Well, you've got -- we talked about the tactical stuff,

16 but, again, in the description it talks about Imperial Fist,

17 which is another one of our trademarks in another one of our

18 chapters.  So were the Crimson Fists.  We've talked about

19 Space Marines already.

20      So once again, rather than saying here's another

21 exciting, unique, original shoulder pad, they go straight to

22 our IP, straight to our trademarks and say, yeah, it's one of

23 those, and they just don't need to do that and shouldn't do

24 that.

25 Q   Let's go to page 20.  And for part No. 19, the shoulder

1   pad with studs and skull for 28 millimeter Marine Tactical.

2   A   Well --

3   Q   What haven't we talked about here yet?

4   A   Well, what we haven't talked about yet is that we have

5   another chapter of Space Marine.  There's a thousand chapters

6   of Space Marines, but don't worry, we're not going to look at

7   all of them, but there are many of them, and one of them is

8   The Legion of the Damned.  And so, again, there's no need

9   whatsoever to say this is a specific Legion of the Damned

10  thing.  We can just say here's another great, unique, original

11  add-on for your tabletop gaming models.  That's all that's

12  needed to be said.

13  Q   Page 23.

14          THE COURT:  After we do this one we're going to take

15  our break.

16  BY MR. MR. KEENER:

17  Q   Let's look at product 23, the shoulder pads for Chalice or

18  Soul Drinker Tactical.  What is the concern here?

19  A   It's Soul Drinkers.  We talked about the Soul Drinker

20  novels earlier, that we have a range of novels featuring the

21  Space Marines from the Soul Drinker chapter.  Here's theirs

22  there.  We talked about their symbol, that mark and that our

23  customers will -- that's a mark that we use.  And here we are

24  in the title of the product from Chapterhouse, it's a Soul

25  Drinker Tactical shoulder pad.  Well, Soul Drinker is ours.

Jones - direct

1    It's our term.  We own that.  So you can't use it in the title

2    of a product.  You could again say here's an exciting shoulder

3    pad for you to customize and add to your army of 28 millimeter

4    models, whatever they may be.

5              THE COURT:  Are you done with this one?  Okay.  We're

6    going to break for ten minutes.

7              I'll take the jury out, and I'll be out to talk about

8    the TRO.

9              (Jury out.)

10             (Whereupon, another case was called and heard:)

11             (The following proceedings were had in the presence

12             and hearing of the jury:)

13             THE COURT:  Okay.  Mr. Keener, you can go ahead.

14             MR. KEENER:  Put back up Plaintiff's Exhibit 1020.

15   BY MR. KEENER:

16   Q    And I apologize for the tedious nature.  We've gone

17   through about 30 of the 90 or so trademarks so far.  Let's

18   start on page 25.

19             And on page 25, focusing on product 27, the Dragon or

20   Salamander power fist, what trademark usage is Games Workshop

21   concerned about?

22   A    It's the Salamander.  I think we talked about those

23   already actually in some earlier products.  They're a chapter

24   of Space Marines.

25             And then lightning claws, if you remember on the

1    chart, we gave you the sales figures for lightning claws that

2    we sell.

3            Terminator Space Marines, that's ours too.

4    Q   And looking at the product on the bottom, product 28,

5    Dragon or Salamanders storm shield diamond scales, is there

6    any trademark we haven't talked about yet?

7    A   Storm shields.  You know, storm shields, thunder hammers

8    and storm shields go together with our Terminator Space

9    Marines.  They're products that we sell.  We own them.  So to

10   say that you're selling a storm shield for Salamanders is just

11   not right.  You know, you don't get to do that.  So, yes,

12   storm shields.

13   Q   Let's go to page 28.  28.  There we go.  And let's focus

14   on the top one on page -- product 32, Salamander upgrade kit.

15   What trademark usage are you concerned about?

16   A   Okay.  So and I'll concentrate on the ones that we haven't

17   talked about already.

18            So this is the new trademark they're talking about

19   here of ours is Land Raider.  That's our -- we've got a model

20   kit called the Land Raider.  We've been selling them for many

21   years.  And there they go calling their product a, you know,

22   Land Raider.  Heavy bolters, assault cannons, they just don't

23   need to do that.

24   Q   And is lascannon also used in that description?

25   A   Yes.

1  Q   Looking at the next product, product 33, what trademark

2  usage are you worried about there?

3  A   I think we talked about Flesh Tearers already.  We've just

4  talked about Land Raiders.  Now we've got the Rhino, another

5  one of our vehicles, another one of our products showing its

6  head.  And then we're talking about drop pods, dreadnoughts,

7  landspeeders, et cetera, all Games Workshop products, all

8  Games Workshop trademarks.

9  Q   Do you believe it's necessary to use any of those terms to

10  describe the product?

11  A   No.  Again, you could say, hey, here's a range of really

12  exciting icons and badges and things that we've created.  Our

13  creative people have come up with these really new badges that

14  look super on science fiction tank models, that's what they

15  are, to go with 28 millimeter scale science fiction tank kits

16  for use in various games.  That's all they need to say.

17      Now, they could put, if they really wanted to,

18  compatible with Games Workshop's Rhino kit, because that's

19  factual, like we said with logos talking about the wiper

20  blades.  This can be used on a Mercedes.  This is compatible

21  with Games Workshop's Rhino.  But that's it.  That tells you

22  what it is and where you use it.

23  Q   Let's turn to page 31, product 35, the conversion kit for

24  Farseer jetbike rider.  What's the issue here?

25  A   Well, again, we own Farseer.  Farseer is our trademark.

1    It's a character from our IP.  We sell Eldar jetbikes.  And,

2    you know, we talked about those earlier.  So this is either an

3    exciting generic product for use in many games, which is what

4    Chapterhouse contend on their first page that's what they

5    make, add-on bits for many science fiction or fantasy war

6    games, or they're copying our Farseer and our jetbike.

7            But, you know, again, you can't have your cake and

8    eat it.  It's one or the other.  And they're using our

9    trademark Farseer and jetbike there repeatedly, and that's the

10   concern.

11   Q    Page 34, product 36, the conversion kit for Warlock

12   jetbike.

13   A    Well, it's the same as exactly what we just talked about,

14   only now we're talking about Warlock jetbikes in the title of

15   their product.

16   Q    Page 35, what's the issue here with the product conversion

17   kit for Tyranid Tervigon?

18   A    Well, it's -- it's, again, the title.  It's a conversion

19   kit for a Tyranid Tervigon.  Well, you know what, as we looked

20   at earlier, Tyranid Tervigons are ours.  They're part of that

21   Tyranid book we looked at.  There was that page with a

22   description of it and the picture of it and the rules and what

23   it did and all of that.  And here we have a conversion kit to

24   make one of our products, and they actually call it that,

25   Tyranid Tervigon.  That's ours.

1    And then they say this fits, you know, with a Games

2    Workshop Carnifex kit and all of that stuff.  And then at the

3    bottom, which is quite funny, they say this is what's the kits

4    made up of, and some of the model soldiers that we sell for

5    the Tyranid army, there's a character called -- there are

6    characters called termagaunts, and we sell those models.  And

7    it says here that this kit contains embryonic termagaunts.

8    Well, they're ours.  You can't go making other people's models

9    or models of other people's IP.  I can't just go off and make

10   Spiderman models because I feel like it, and they can't, and

11   nobody else should be able to go off and make Tervigon models.

12   Q   Go to page 36.  And let's look at product 38 there, the

13   lashwhips tyrant size.

14   A   Oh, yeah.  Again, we looked at the Tyranid army book, and

15   if you remember, there was that character called the Hive

16   Tyrant, and his key weapons are lashwhips which, again, is not

17   a -- it's not exactly a regular word for use anywhere.  It's

18   uniquely us.  Tyrant size lashwhips associated with tyrants,

19   that's all about Tyranids.  So to have a product that's called

20   a lashwhip tyrant size is clearly using our IP, using our

21   trademarks.

22       Yeah, that's the concern there.

23   Q   Page 37.  Let's look at product 40, tyrant bonesword arms.

24   A   Well, it's the same character.  It's the Tyranid Hive

25   Tyrant, and his main weapons were the bonesword and the

1   lashwhip, which in that book we talk about them.  We show what

2   they do.  And here we have somebody else and on the one hand

3   claims to be making add-ons and extras for use in all sorts of

4   things, selling products called boneswords, tyrant boneswords.

5   Those are ours.

6   Q   How about 42 there, the Xenomorph 28 millimeter head bits?

7   A   Well, actually, do you know what, Xenomorph 28 millimeter

8   head bits, fantastic, praise the Lord.  That's a -- yeah,

9   these are Xenomorph 28 mill head bits that you can use on 28

10  mill models the world over.  Great.  That's -- isn't that

11  good?  Brilliant.  But then they go, "They work great on many

12  28 millimeter bodies, Gaunts, Genestealers and Tyranid

13  warriors," who are all ours and nobody else's.

14  Q   Let's go to page 38.  The infamous Ymgarl product, product

15  43, what's the problem here?

16  A   Well, it's the use of Ymgarl in the actual title of their

17  product, you know.  We've shown that we've used Ymgarl in our

18  products over a couple of iterations of the Tyranid army book,

19  and a lot for the -- and here it is, 28 millimeter Ymgarl

20  model heads.  And then they talk Tyranid Genestealers and so

21  on.  There they are.  So they're using our term in their

22  actual product title and then referring to Tyranids,

23  Genestealers and so on unnecessarily in the body of the text.

24  Q   Turn to page 39.  Look at the product 44, the female heads

25  Imperial Guard 28 millimeter.  What's the issue?

1  A   Well, the human armies, the regular mass of the Imperium,

2  human Imperium troopers are called The Imperial Guard.  That's

3  what they're called.  So Imperial Guard are the different

4  regimens from different planets.  That's what they're called

5  in Warhammer 40,000.  So female warrior heads for 28 mill

6  soldiers, fantastic.  But female heads Imperial Guard, why'd

7  you have to do that?  It's just not necessary.

8  Q   Page 46, product 46, the assault shoulder pad with No. 7,

9  what's the issue?

10 A   The issue there is -- well, actually, there's a

11 combination here of the assault associated with Assault Space

12 Marines.  Assault Space Marines have this shoulder pad with

13 this particular marking on it, that symbol.  That means that's

14 assault.  And actually as it happens, we actually sell that

15 product.  You know, we sell shoulder pads with the assault

16 symbol on them, with our assault -- we have Assault Space

17 Marines.  We sell boxes of the things.  And you can buy

18 Assault Space Marine shoulder pad products.  So then to be

19 saying that we're also selling assault shoulder pads.

20 Q   Let's turn to page 50, product 50, the Devastator shoulder

21 pad.

22 A   It's the same as the assault except this is for Devastator

23 Space Marines.  Yeah, for Devastator Space Marines.  And you

24 can see on the picture on the right, that's the symbol of the

25 Devastator Space Marines, and they're using -- they're not

Jones - direct

1　just saying, hey, here's an exciting shoulder pad.  They're

2　saying these are Devastator shoulder pads.  Well, that's our

3　term.  We get to make those.

4　Q　Let's go to page 62.  The product that's on the top, which

5　is actually product 69, the cog shoulder pad, what's the issue

6　with the cog shoulder pad?

7　A　Well, actually, if we can look at the title of it.

8　Q　Yeah.  Can you go to the previous page for a minute?

9　A　So if you look at the bottom here, so cog shoulder pad,

10　you think, okay, power armor, cool, no problem.  I don't think

11　we've got a problem with that.  It's when you go -- you then

12　go that -- tells you what it is.  But then it talks about Iron

13　Hands.  That's another specific Games Workshop Space Marine

14　chapter.  Adeptus Mechanicus, that's another group of people,

15　characters from Warhammer 40,000.  Techmarines, they're part

16　of the Adeptus Mechanicus faction.  And there's nothing here

17　that says it can be used in other games or other universes.

18　No, no.  It's just our trademarks again.

19　Q　Page 68, product 75, the studded rim shoulder pad Mark 5.

20　A　Well, Mark 5 is that reference to we have -- in our

21　history we have different versions of Space Marine armor that

22　gives extra flavor, extra character and shows how the designs

23　have changed over the millennia in our mythology.  And in the

24　picture you can see we have Mark 5 armor, and then we have

25　Mark 6 Corvus pattern armor.  And the Mark 5 armor you can see

1   is the shoulder pad covered in studs and so on and so forth.

2   And what do we have here?  We have a Mark 5 shoulder pad,

3   would you believe it, which is covered in studs.  So, yeah.

4   Q    Let's go to page 69, product 76, five Heresy era jump

5   packs, 28 millimeter.  What's the trademark usage here that

6   Games Workshop is concerned about?

7   A    We talked about Heresy earlier.  We've talked about

8   assault space resist -- it's jump packs.  We don't call them

9   jet packs or anything else or rocket packs.  They're jump

10  packs, and that's what Space Marines have.  And we looked to

11  that Assault Space Marines box set.  The jump pack's on the

12  back.  And here we have, oh, look, jump packs.  And it's an

13  assault jump pack, so it's for Assault Space Marines.

14  Q    Page 75, Product 82, the Wolf Rhino conversion kit, what

15  trademark usage are you concerned about here?

16  A    It's the Rhino.  It's the -- I mean to say here's a set of

17  cool door kits for your science fiction vehicles, that would

18  be fine.  And then in this particular case you could say,

19  rather like with the wiper blades, compatible with Games

20  Workshop's Rhino kit.  Fact.  That's all you need to say.  You

21  don't need to start going on about space wolves and so on.

22  Q    And is space wolves one of Games Workshop's trademarks?

23  A    Yes.  Space wolves is another -- I think we talked about

24  it.  Yeah, we talked about space wolves a little bit earlier.

25  They're another one of our key defining chapters of Space

1    Marines.

2    Q    Page 81, let's look at product 88, the armoured predator

3    armour kit side.

4    A    Okay.

5    Q    What haven't we talked about yet?

6    A    So what we haven't talked about here is predator, because

7    we have, believe it or not, we have another tank model,

8    plastic tank kit which is called a predator.  And so here we

9    have predator in the title of their product again.  And it's

10   an armored predator kit for Space Marines.  But the thing we

11   haven't talked about before specifically here is they're using

12   our predator trademark in the title of their product, which

13   they just shouldn't be able to do.

14   Q    Page 84, let's talk about product 94, the Dragon or

15   Salamander style kit.  What haven't we talked about yet?

16   A    I think the only thing we haven't talked about -- we've

17   talked about Salamanders, Rhinos, Space Marines.  It's the

18   Alpha Legion, because the Alpha Legion are another chapter of

19   Space Marines.

20   Q    Go to page 85.  Product 95, the mycetic spore pod, what

21   trademark usage is Games Workshop concerned about?

22   A    Mycetic spore, actually.  It's -- we saw it in the book.

23   In the Tyranid army book you saw, you remember, the page that

24   was about the mycetic spore.  It had the picture.  It had the

25   story.  It had the rules.  It had all of that stuff in it.  So

1　making a model like this and saying alien egg pod or whatever

2　you might want to call it, come up with your own cool name.

3　That's fine.  But don't call it a mycetic spore.  That's ours.

4　We own mycetic spore in tabletop hobby war games.

5　Q　And in the description they use the word carnifex.  Is

6　Games Workshop concerned about that?

7　A　Yes, yes.  Carnifex is another one of our long-established

8　models, yes.

9　Q　Page 87, product 96, the pre-Heresy scarab shoulder pads

10　for Thousand Sons term, what's the issue?

11　A　The issue here, we've talked about Heresy and Horus Heresy

12　as being one of the key parts of our intellectual property and

13　key parts of the story.  And the Thousand Sons, guess what,

14　they're another chapter of Space Marines.  We sell thousands

15　of these product that, you know, and there it is in their

16　title rather than just here's another cool original accessory

17　for your model collection.

18　Q　Go to page 101.  Product 109, the rapid response wheeled

19　kit for Chimera?

20　A　Yeah, it's the -- what we're concerned about there is

21　Chimera because, again, we have a model kit which is a vehicle

22　with -- it's a tank with tracks, and it's called a Chimera.

23　And here it is in the title of their product.  Now, if they

24　were to say here's a set of armored wheels for your science

25　fiction tank kit, in the description they can say compatible

1   with Games Workshop's Chimera, but that's all they need to

2   say.  And not using our trademarks in the title of the

3   product, but just enough in the description to identify

4   factually what it is and what kit it's used with or compatible

5   with.

6   Q   Page 102, product 111, what's the issue here?

7   A   They're talking about -- rather -- again, rather than just

8   saying here's an expansion kit for your science fiction model

9   and then saying this specific thing is compatible with Games

10  Workshop's storm raven kit, which is that's what the kit on

11  the right painted red, they expound this whole stuff about it

12  can carry dreadnoughts, which is, again, a model we make.

13  They don't need to do that just to identify their product.

14  They really don't need to do that and shouldn't be doing that.

15  Q   Let's switch now to Plaintiff's Exhibit 1021 and start at

16  page 3.  What's the concern with product 129, the iconoclast

17  conversion kit?

18  A   Well, if you remember that chart, we sold spaceship models

19  called iconoclasts for several years, and we showed them, how

20  much money we made on those, and so that's the trademark

21  that's being used here.

22  Q   Let's go to page 11.  So for page 11 the product is the

23  magnetic turret kit for Space Marine Razorback tanks.

24  A   Yes.

25  Q   What's the issue here?

1  A    Well, you know, magnetic turret kit for your -- for model

2  tanks, fine.  For 28 millimeter scale science fiction model

3  tanks, fine.  Space Marine Razorback, guess what, we sell

4  model kits tanks called Razorbacks.  That's what we sell.  You

5  can buy -- go out and buy a Razorback model kit.  So they

6  should be saying this is a magnetic turret kit, if that's what

7  it is, for science fiction vehicle kits, compatible -- a

8  description shouldn't be anymore than compatible with Games

9  Workshop's Razorback tank.

10  Q    Now, one of the weapons that we haven't talked about yet

11  is heavy flamers and the description.  Did that cause any

12  concern?

13  A    Yes.  We sell heavy flamers.  That's one of our -- we

14  looked at it earlier in that list of products we sell using

15  heavy flamer as a trademark and how much money we've made on

16  them over the years.  So that's our trademark too.

17  Q    Page 14, product 132, the open-fisted power claws?

18  A    Power claws, that's the title, the trademark that's at

19  issue here.

20  Q    Page 15, this is the continued description of the power

21  claw.  Is there anything else in this description?

22  A    I'm not sure there is.  We've already talked about

23  Terminators.  I think we've talked about lightning claws

24  already.  Lightning claws is another specific weapon that the

25  Terminator Space Marines use.  And, yeah, it's just

Jones - direct

1  unnecessary verbiage in terms of describing what this thing is

2  factually to be used with.

3  Q    And page 35, it's the Heresy -- product 137, the Heresy

4  era shoulder pads for Terminators, what's the issue here?

5  A    I don't think there's an issue that we haven't discussed

6  already.  It's they're using our Terminators trademark,

7  Terminator Space Marines well established in terms of hobby

8  war games as being part of our IP.

9         Heresy era, that refers to the Horus Heresy, which,

10  as I've said, is a very important part of our mythos and story

11  line.  That's the issue there.  So they've got a product that

12  they're calling Heresy era shoulder pads for Terminators.

13  Q    I'm happy to say we've gone through all the words of

14  trademarks.  We've got a few icons left to go through.

15        Can we go to Plaintiff's Exhibit 1019.  And for page

16  1 here, the first icon is the Blood Angels icon.  Where does

17  Chapterhouse use that type of icon that concerns --

18  A    Well, they sell -- they sell these kits.  They call it

19  TRU-Scale Knight Praetorius.  I'm sure you've talked about

20  that for the copyright issues.  And some of the -- they mold

21  icons onto these parts, including our Blood Angels icon.

22  Q    And where do you see that here?

23        There?  Is it on any of the shoulder pads?

24  A    Let's have a look.

25        There.

1   Q   And how about the torsos?  Do you see one on the torso?

2   A   Yes.  Wing blood drop.

3   Q   All right.  So let's go to the next icon.  On page 2, the

4   Exorcist skull icon, where does Chapterhouse use the Exorcist

5   skull icon?

6   A   We talked earlier about The Exorcist, the chapter of Space

7   Marines called The Exorcist and what they look like, and their

8   unique identifying icon is this skull with the kind of

9   down-turned horns on it.  And here we have a product sold by

10  Chapterhouse saying it's for Exorcist players and using skull

11  with -- you know, it's the same shape shoulder pad.  It's got

12  the skull with the down-turned horns on it.  And guess what,

13  it's called an Exorcist shoulder pad.

14  Q   Let's turn to page 3, the Flesh Tearers icon.

15          Now, before we talk about the icon, I want to briefly

16  mention the product on the bottom there.

17  A   Right.

18  Q   Is Games Workshop contending the product on the bottom

19  infringes any copyrights of Games Workshop?

20  A   No, I don't think so.  I don't think so.  I mean, what

21  we're saying is in terms of trademarks, the chapter of Space

22  Marines called the Flesh Tearers, that's their identifying

23  mark.  You know, that's what identifies them.  That logo means

24  Flesh Tearers.  But, I mean, that's -- at the end of the day

25  in terms of copyright, down here what you've got looks like a

1  bunch of circular sawblades.  Just because something -- just

2  because it's not copyright protected doesn't mean it can't be

3  a trademark.  Again, you know, there are some very -- yeah,

4  there are some very simple and plain icons and logos that

5  nonetheless become very valuable trademarks.

6          So, again, look at our friends Apple.  Their

7  trademark logo unmistakably is a picture of an apple with a

8  bite out of it.  Well, they can't claim to own copyright in

9  pictures of apples, but that doesn't stop it being a

10 trademark.

11 Q   Now, where does Chapterhouse use the Flesh Tearers icon

12 for trademark infringement, in your view?

13 A   On this shoulder pad here and a version of it on here.

14 Q   Let's turn to page 4, the Howling Griffons icon, which is

15 No. 4 there.  Does Chapterhouse use that icon?

16 A   Well, yes.  You can see.  That's from the art book we

17 looked at earlier.  There's the Howling Griffons shoulder pad

18 with the griffon, Howling Griffon in that.

19         I mean, there's any number of ways you could draw a

20 griffon.  You could have a griffon's head.  You could have it

21 in a different pose.  No, look, there it is.  It's exactly the

22 same, Howling Griffon, sold as a Howling Griffon shoulder pad.

23 Q   And product 5 there as well, the Imperial Fist icon, does

24 Chapterhouse use that icon?

25 A   Yes.  We sell shoulder pads for our Imperial Fist, I think

1   we talked a little bit about earlier.  They're another famous

2   chapter of Space Marines.  And that's their shoulder pads with

3   the fist, the clenched fist design.  And here we have another

4   Space Marine shoulder pad for imperial fists.

5   Q   Page 5, the Iron Snakes icon there that we've seen many

6   times, does Chapterhouse use the Iron Snakes icon?

7   A   Yes.  Yes.  We can see here.

8   Q   Page 6, the Legion of the Damned icon, does Chapterhouse

9   use that icon?

10  A   Yes, in shoulder pads here.

11  Q   Page 7, the Soul Drinkers icon, does Chapterhouse use the

12  Soul Drinkers icon?

13  A   Yeah.  You remember we talked about the Soul Drinkers

14  novels by the author Ben Counter, and that, there again, Soul

15  Drinkers, they're another chapter of Space Marines, and this

16  is their symbol from the cover of the novel, and here's a Soul

17  Drinkers shoulder pad from Chapterhouse using our icon.

18  Q   Page 9, I think.

19      I'm sorry.  Go back to page 8.  The Salamanders icon,

20  does Chapterhouse use a Salamanders icon?

21  A   Yes.  Well, you can see there's the -- that is the icon

22  for the Salamanders chapter of Space Marines, and then here

23  you can see it on shoulder pads and on doors that fit our drop

24  pod.

25  Q   Can you go to the next page.  What do we see here?

1    A    Well, it's the same.  It's the Salamanders icon on some

2    more shoulder pads and then themed hammers that fit with the

3    Salamanders icon as well.

4    Q    Page 10.  And here?

5    A    If we can blow up the bottom, particularly you can see

6    down the bottom here.  There we go.  So there's that

7    Salamander -- remember the Salamanders icon from Games

8    Workshop?  Here it is on some doors specifically for our Rhino

9    model tank kit.  So our icon created by us on these doors for

10   our tank kit.

11   Q    Next page.  And do we see the Salamanders icon here too?

12   A    Yeah, on the door there.

13   Q    Next page, page 12.  The Tau Empire icon, where do we see

14   that?

15   A    This is -- Tau is another faction from Games Workshop,

16   very popular.  We just re-released the Tau, actually.  But

17   they're one of the very popular armies.  And this -- I mean I

18   don't know whether you -- it's very clear.  When you hold the

19   model, you can see it, but it has the Tau symbol on the knees,

20   I believe.

21   Q    It's right there on the knee in the red part?  Is that

22   where you're pointing to?

23   A    Yes.  Yes, there.

24   Q    Let's go to page 13.  The Space Marine Tactical Squad

25   icon, does Chapterhouse use that icon?

Jones - direct

1  A    Yes.  So as we discussed, Space Marine tactical squads,

2  they have this symbol on the Games Workshop, the Space Marine

3  shoulder pads.  We sell those.  And here, here's another whole

4  bunch of them that are using the same icon from Chapterhouse.

5  Q    And the next page?

6  A    Yeah.  There you go again.

7  Q    What do you see there?

8  A    Well, it's the same as the Tactical shoulder pad.  It's

9  the same design.  It's the same combination of our shoulder

10 pad design with the rim and what have you and the vertical

11 arrow, which denotes Tactical Space Marines, as they indeed

12 call it, Tactical shoulder pads.

13 Q    Page 15, the Space Marine Assault Squad icon, does

14 Chapterhouse use that icon?

15 A    Yeah.  This is the same argument that we've been through,

16 but we have Space Marines that are Assault Space Marines, and

17 this is their -- that denotes if your model has one of those

18 on it, says I'm an Assault Space Marine.  We sell those

19 shoulder pads as Assault Space Marine pads, and here's a bunch

20 of assault shoulder pads with the same icon.

21 Q    Next page, page 16, a Space Marine Devastator icon, does

22 Chapterhouse use that icon?

23 A    Yes, they do.  I mean, Devastator Space means the guys

24 with big, heavy weapons, missile launchers and the like.  This

25 says, hello, I'm a Devastator Space Marine.  And here we are.

1   Here's a bunch of Devastator shoulder pads.

2   Q    Page 17, the Iron Hands icon, does Chapterhouse use the

3   Iron Hands icon?

4   A    Yes.  This is -- the Iron Hands are another chapter of --

5   I think we talked about them earlier, actually, but there's

6   the Iron Hands chapter of Space Marines, and that's their

7   symbol.  And so here we have a bunch of shields compatible

8   with Iron Hands, and they're compatible because they've got

9   our symbol on them.

10  Q    Page 79 -- I'm sorry.  Page 18, the Space Wolves icon.

11  A    Yeah.

12  Q    Does Chapterhouse use either of those two space wolf

13  icons?

14  A    Yes.  You can see that some of the defining parts of

15  our -- Space Wolves, another -- they're a very feral chapter

16  of Space Marines.  And they use a stylized wolf head on a

17  specific kind of diamond-shaped background, and they also have

18  that diamond shape here, and then they have stylized wolf

19  skull designs.  And over here you can see there's those

20  stylized diamonds.  There's the wolf skulls.  You know, it's

21  our symbols.  It's our icons.

22  Q    The size of -- next page, page 19, the Scythes of the

23  Emperor icon, does Chapterhouse use that icon?

24  A    Well, yes.  Here it is.  But scythes on a shoulder pad

25  made of bones, yeah.  That's the symbol of the Scythes of the

1    Emperor.  That's our mark.  And here you have same color,

2    black shoulder pads with yellow bone scythes on being sold as

3    Scythes of the Emperor shoulder pads.

4    Q    And happy to say the last one, page 20, the Hammer of Dorn

5    icon there, does Chapterhouse use that icon from the shoulder

6    pad?

7    A    Yes.  Here we have it.  So it's the Imperial Fists and the

8    Hammer of Dorn.  Dorn was the leader of this chapter of Space

9    Marines.  That's his symbol.  And so here we have a bunch of

10   Hammer of Dorn shoulder pads.  So it's the clenched fist

11   holding the hammer.

12   Q    Now, we've gone through all of the trademarks at issue in

13   this case.  What is Games Workshop's position regarding the

14   similarity of appearance between the trademarks Games Workshop

15   has and the words used on Chapterhouse's marketing and

16   website?

17   A    Well, they use the same things.  We've just been through

18   something like a hundred of them:  That we say Space Marine;

19   they say Space Marine; we have Salamander; they say

20   Salamander.  So the trademarks are the same.

21   Q    So it's not like they're using different words, slightly

22   different?  They're the same words?

23   A    When they're using our trademarks, yes, they're using the

24   same words, yes.

25   Q    What is Games Workshop's position regarding whether Games

1  Workshop and Chapterhouse are using these marks on similar

2  products?

3  A    Well, of course they are.  All their pictures are showing

4  them on our products.  It's all of our 28 millimeter science

5  fiction war gaming, and it's all about -- you can see the way

6  their website is laid out, all about our armies and our races

7  and our titles and our characters and our products.  They're

8  using them on our products with our products.

9  Q    And what is Games Workshop's position regarding whether

10  the Games Workshop trademarks and the Chapterhouse words are

11  being used at the same time?

12  A    Yeah.  Yes, they're being -- of course.  Yes, yes, they're

13  being used at the same time.  You can go to Games

14  Workshop's -- well, you can go to a Games Workshop store or

15  you could go to our website and buy products using those

16  trademarks, and you can then at the same time go onto the

17  Chapterhouse web store and buy products using exactly the same

18  trademarks.  So yes, they're the -- yes, yeah, at the same

19  time, sure.

20  Q    Do you know whether Chapterhouse marks any of its products

21  in any way?

22  A    Sorry.  What do you mean?

23  Q    The actual products when you buy it.  Are there little

24  Chapterhouse things written on them or CHS or any markings on

25  the actual physical product once you buy it?

1    A    No.  Not as far as I'm aware.

2    Q    Does that case Games Workshop any concern?

3    A    Yeah, yes.  Yes, it can do because, obviously, we're very

4    proud of our products and the quality of them and the look of

5    them, and we want our customers to know that they're getting a

6    genuine Games Workshop product.  And so if somebody buys let's

7    say a Chapterhouse model or some -- or some shoulder pads of

8    whatever, sticks them on their models and then sells them

9    again on eBay, nobody will have the first clue whether they're

10   actually buying genuine Games Workshop products or not.

11           And also when you're gaming, you know, somebody is at

12   a tournament or a competition and it's an official Games

13   Workshop competition using Games Workshop models, once they're

14   stuck together and what have you, if both companies are

15   selling the same shoulder pads with the same designs on, who's

16   to tell whether you're actually using genuine Games Workshop

17   products or not, and whether you look at them, you think, you

18   know, maybe you think, oh, I'm not too happy with the quality

19   of this, and you mistakenly think it's Games Workshop.  Well,

20   yeah, that's a concern for us.

21

22

23

24

25

Jones - direct

1    Q.   Now, overall how is Games Workshop harmed by Chapterhouse's

2    use of Game Workshop's trademarks through its website marketing?

3                MR. COOPER:   Objection.   Foundation.   Opinion.

4                THE COURT:   Well, I don't think it's an opinion.   So,

5    that objection's overruled.   I think that sufficient

6    foundation's been laid.   The objection is overruled.

7                Do you want to put the question again?

8                MR. KEENER:   Sure.

9    BY MR. KEENER:

10   Q.   As the head of legal licensing and strategic products, how

11   is Games Workshop harmed by Chapterhouse's use of its

12   trademarks?

13   A.   Well, in a number of ways.   First of all, they're making

14   sales, they're making money out of selling products using our

15   proprietary trademarks.   So, that's just not fair.   That's

16   damage to us.   Arguably, that should be our money.   And, you

17   know, so that's a concern.

18                The other concern -- another concern I kind of touched

19   on a minute ago, which is the quality, that we spend -- I mean,

20   you can see the products on the table here.   We spend so much

21   time and energy and money really working to make sure that our

22   model designs are -- they're exquisite, and we like to think

23   that we make the best quality models in the world.   And here's a

24   bunch of products that are holding themselves out as essentially

25   being our products, and we've got no control over the quality

PDF created with pdfFactory trial version www.pdffactory.com

## Jones - direct

1    whatsoever.  So, that's a concern, big concern.  You know, our

2    reputation is built on the quality of our models.

3            Another concern is around -- we're very protective and

4    very concerned and very careful about materials we use in our

5    products, and we want to make sure that our products are

6    submitted for the appropriate product safety testing and have

7    the right certificates and all of that and the right warnings on

8    the products and the right packaging retained for future

9    reference, and all of that thing, and again here we have

10   absolutely no control over that here at all.

11           Then another concern is that we've worked for

12   30 years -- 30 years we've had guys working on -- well, 1987,

13   yeah.  Well, since I've been in the company, we've been working

14   on Warhammer 40,000, and we've had some very talented artists

15   and writers and designers pour their entire creativity and their

16   lives into developing these worlds and these stories and these

17   characters, this fantasy.

18           And one of the side effects of that, which is great for

19   Games Workshop, is that other companies recognize that.  So, for

20   example, computer game companies, like electronic -- big

21   companies, Electronic Arts, Sega, you know, they come to us and

22   say, "We love your characters, we love your stories, and we'd

23   like to ake a license from you to make computer games based on

24   them," and we think fabulous.  That's fantastic.  Let's do that.

25           And then over here we've got somebody who appears to be

PDF created with pdfFactory trial version www.pdffactory.com

**Jones - direct**

1    trying to do exactly the same thing with no license, with no

2    deal with us, no negotiation.  They just think they can walk in

3    and make models based on our characters without any kind of

4    contract or negotiation whatsoever, and that just can't be

5    right.  That's a big concern.

6           And then I guess another major concern is that -- you

7    know, you remember we looked at that Tyranid army book.  Now, we

8    bring out an Army book for each of our -- we have many factions

9    in our games, and we'll bring out an army book for each of those

10   factions, and that army book will be good for three or

11   four years, as I said.  And after that, we like to think we can

12   always go back and do it better and make some changes or make

13   even better models or perhaps change the artwork, make that even

14   better, and perhaps some new rules.  I don't know.  But we like

15   to go back and have another go at it and make it better and

16   better and better each time.

17          And the truth is that when you work, you know, for --

18   these things can take like two, three, four years to do the work

19   and the artwork and everything to build one of those books, and

20   we know that that book then has to be good for three, four years

21   until we come round to do it again.

22          And so, the army book contains all the creatures and

23   all the races and all the weapons and all the things that we're

24   planning and thinking, hmm, we're probably going to release that

25   at some point, hopefully.  We might not get to all of them, but

PDF created with pdfFactory trial version www.pdffactory.com

Jones - direct

1    that's our intention, before then we go back and do it again.

2            And so, that's what we do.  And then we put our book

3    out, and somebody else comes along and goes, oh, on Page 60 of

4    that book, there's this thing call a Tervigon, for example.

5    Games Workshop hasn't made one of those yet.  There's a picture

6    of it.  It shows you what it looks like.  There's rules for it

7    in the game, and there's some story about it.  Well, if Games

8    Workshop Limited hasn't made one of those, I think I'm going to

9    do it.

10           Well, that just can't be right.  It's ours.  It's in

11   our book.  It's up to us when we want to release that product,

12   and it might be we might release it at the same time as we

13   release the book, we might release it six months later, it might

14   be something we're saving up for two years later.  That's our

15   choice.  That's for us to do with our characters and our

16   stories.  You know, if there was --

17           MR. COOPER:  Objection, your Honor.  Narrative.

18           THE COURT:  Let's ask another question.

19           MR. KEENER:  I think that's all the questions I have

20   for now.

21   BY THE WITNESS:

22   A.  Yes.  And I think -- yes, so those are the concerns.

23           MR. KEENER:  Thank you.

24           THE COURT:  Okay.  Cross.  Remind me your name.

25           MR. COOPER:  Bryce Cooper.  For the record, Bryce

Jones - cross

1    Cooper on behalf of Chapterhouse.

2                    CROSS EXAMINATION

3    BY MR. COOPER:

4    Q.   Good afternoon, Mr. Jones.   You work for Games Workshop,

5    right?

6    A.   Yes.

7    Q.   And so, they pay your salary?

8    A.   Yes.

9    Q.   And you've been there since 1968.

10   A.   1986.

11   Q.   1986.   I'm sorry.   I dated you.

12   A.   I'm not that old.

13   Q.   So, in 27 years you haven't been employed by anyone else

14   other than Games Workshop?

15   A.   Correct.

16   Q.   And now you're -- oh, and excuse me.   You're not a trademark

17   lawyer, are you?

18   A.   I'm not a lawyer, no.

19   Q.   And you're head of legal, licensing, and strategic projects

20   at Games Workshop?

21   A.   Yes.

22   Q.   So, you're responsible for enforcing Games Workshop IP?

23   A.   What do you mean by that?

24   Q.   You're responsible for -- well, first, you're part of the

25   intellectual property protection group, correct?

Jones - cross

1    A.   Yes.

2    Q.   And Alan Merrett, who we've heard of, he's also a part of

3    this group?

4    A.   Yes.

5    Q.   And Ms. Stevenson here, who's at counsel table, she's also a

6    part of that group?

7    A.   Yes.

8    Q.   And so, that's the group that makes the decision what

9    alleged trademarks to pursue in litigation?

10    A.   Kind of.  That group won't necessarily line by line.

11    They'll get to consider reports that are brought to them, and

12    they might look at guidelines for the legal department.  But

13    every time the legal department wants to send a letter to

14    somebody to say, ooh, we think you're copying this thing, they

15    don't have to go to the intellectual property, you know, the

16    IPPG, to get permission to do that.  They'll have an established

17    set of guidelines.

18    Q.   But the IPPG considers those guidelines.

19    A.   Yes.

20    Q.   Now, we looked at a list of trademarks earlier today, and

21    it's PX1023.  You remember that list, right?

22    A.   Yes.

23    Q.   And for this case you've compiled this list of terms and

24    icons, right?

25    A.   Yes.

Jones - cross

1   Q.   And this list contains all of the terms Games Workshop

2   claims are its trademarks and Chapterhouse has infringed?

3   A.   Yes.

4   Q.   And by my count there are 92 terms and icons on that list.

5   Does that sound about right?

6   A.   That sounds about right.

7   Q.   And just to be clear, during your direct exam you didn't

8   present any evidence that shows that any customer has been

9   confused and thought that a Chapterhouse product that might have

10  used one of those terms was actually a Games Workshop product.

11  You didn't present any evidence like that.

12  A.   You mean this afternoon?

13  Q.   Yes.

14  A.   No.  No, I didn't.

15  Q.   Now, if you look at the first page of this list, it has what

16  are called registered trademarks; is that right?

17  A.   Yes.

18  Q.   And there are nine items on that list?

19  A.   Yes.

20  Q.   And you understand that registering a trademark gives you a

21  presumption of that trademark's validity, right?

22  A.   Yes.

23  Q.   You haven't done any consumer survey to show that people

24  recognize these marks as belonging to Games Workshop?

25  A.   No.

PDF created with pdfFactory trial version www.pdffactory.com

Jones - cross

1    Q.   And so, of course, you also understand that if you have not

2    registered a trademark, that means you do not get that

3    presumption of validity of a trademark.  You understand that,

4    right?

5    A.   Yes.

6    Q.   And most of your list here, if you go back to PX1023, in

7    fact the last three pages of it, those are unregistered

8    trademarks, correct?

9    A.   That's right.  And that's why we had to produce all that

10   evidence of prior use, which is those spreadsheets that we

11   showed you.

12   Q.   So, you're accusing Chapterhouse of infringing, by my count,

13   83 of your unregistered trademarks; is that right?

14   A.   If that's what the count is, yes.

15   Q.   Would that surprise you if it was 83?

16   A.   Sorry?

17   Q.   Would that surprise you that it was 83 terms and icons that

18   Games Workshop is accusing Chapterhouse of infringing?

19   A.   No.

20   Q.   Now, you understand you don't get a trademark on a word just

21   because you use it first, right?

22   A.   You get -- sorry.  Could you rephrase that?

23   Q.   Yes.   There's some terms that you have on this list that you

24   are claiming are your trademarks, right?

25   A.   Yes.   Most of the ones on the list are marks that both

PDF created with pdfFactory trial version www.pdffactory.com

## Jones - cross

1    parties have agreed are our trademarks with Games Workshop

2    having prior use.  So, it's not just us asserting that.

3    Q.   But you understand that just because you use a word first in

4    commerce, that doesn't mean you automatically get a trademark.

5    You understand that, right?

6    A.   No, actually.  If I've got -- I don't quite understand what

7    you're saying.  If I sell a product which has a title on it and

8    I'm using that as market trade for several years and

9    establishing prior use, then that's a trademark.

10   Q.   Let me give you an example that will probably help.  If you

11   have a product and it's a desk, and you sell your desk, and you

12   say this is a desk, that doesn't mean that you automatically get

13   a trademark on the term desk.  You understand that, right?

14   A.   Yes.

15   Q.   Okay.  And so, there are a lot of terms here on this list.

16   So, I just want to make sure that I got a few things correct.

17   Okay?  You didn't show today that Chapterhouse has used the term

18   Striking Scorpion in any of its products or advertisement.  You

19   didn't show that, did you?

20   A.   I'm trying to remember.  We've been through so many things.

21   I don't think we did, actually.  I don't think we talked

22   specifically about Striking Scorpion.

23   Q.   And I just want to make sure again.  You didn't show today

24   that Chapterhouse has ever used the term Eldar Farseer in any of

25   its products or on any of its advertising.  You didn't show that

Jones - cross

1   today, did you?

2   A.   No.

3   Q.   Okay.   And you didn't show today that Games Workshop has

4   ever used the term Eldar Jetbike on any of its products or any

5   of its descriptions.

6   A.   I'm sorry.   I'm just thinking about the Farseer thing.   So,

7   are you saying that the complete thing or elements of?

8   Q.   Can we go to the list here?   And it's probably on Page 2,

9   and it looks like in number 14, one of Games Workshop's

10  trademarks that it's saying has been infringed in this case is

11  Eldar Farseer.   That's the trademark, right?

12  A.   So, what we're saying -- so, I see.   I see what you're

13  saying.   So, the fact that Chapterhouse used words like Heresy

14  for Horus Heresy or Farseer, when it's associated with something

15  that looks like our model and it's using elements of our

16  trademarks, then that's what we're contending is the issue here.

17  Q.   Right.   So, let me just make sure that you've answered my

18  question, which is the term Eldar Farseer is the trademark that

19  Games Workshop is alleging is infringed in this case, right?

20  A.   Yes.

21  Q.   And you didn't show any evidence today that Chapterhouse has

22  ever used the word Eldar Farseer in any of its products or any

23  of its descriptions.

24  A.   Well, you've got the tab.   So, the website, Chapterhouse's

25  website, if I recall correctly, has the tab Eldar, and in there

Jones - cross

1    you've got a Farseer.  So, Chapterhouse certainly do use Eldar
2    Farseer on products.
3    Q.   Okay.  So, let me just phrase it again for you to get an
4    answer to this question, which is you haven't shown anywhere
5    where Chapterhouse has used the phrase Eldar Farseer together on
6    a product or in any descriptions of its products.  You haven't
7    shown that, have you?
8    A.   No, I don't think we have, and I don't think that's the
9    point.
10   Q.   And Eldar Warlock is another trademark that you allege is
11   infringed?
12   A.   Yes, and it's the same thing again.
13   Q.   So, you agree that you haven't shown --
14   A.   No.  What I'm saying is that Chapterhouse clearly used Eldar
15   and Warlock in combination with the copyright aspects to sell a
16   model that is an Eldar Warlock.
17   Q.   I understand.  What I want to ask you is that you haven't
18   shown any evidence today that Chapterhouse has ever used the
19   term Eldar Warlock on a product or in a description of a
20   product.  You haven't shown that.
21   A.   They use elements of it.  Warlock, for example, clearly on
22   their Eldar section, with models that have many of the copyright
23   elements of our Warlock, Eldar Warlock models.
24   Q.   Okay.  So, the term Eldar Warlock, you haven't shown
25   Chapterhouse ever used the term Eldar Warlock together as a name

Jones - cross

1    in its products or describing its products.  You haven't shown

2    that today, have you?

3    A.   No.   And, again, I don't think that's the point.

4    Q.   And another one of the terms on your list is Horus Heresy;

5    is that right?

6    A.   Yes.

7    Q.   And you haven't shown today that Chapterhouse has ever used

8    the phrase Horus Heresy in any of its products or any of its

9    product descriptions.  You haven't shown that.

10   A.   We've shown that they've used -- again, it's that kind of

11   unique association and combination of visual elements and

12   copyright elements, that unique combination, those associations.

13   And Chapterhouse talk about Heresy Era, Heresy this, Heresy

14   that.  So, clearly, they are making products to free-ride, if

15   you will, on our Horus Heresy trademark.

16   Q.   I understand.  And Mr. Keener asked you many questions

17   earlier today.  And so, I'm going to ask you to answer my

18   question, which is you have not shown that Chapterhouse has used

19   the phrase Horus Heresy in any of its products or any of its

20   product descriptions.

21   A.   No, not that specific combination.

22   Q.   Thank you.

23          And if you go back to the list, and you can look at

24   that in your binder, if you'd like to look at it a little bit

25   easier.  And it's PX1023.  The term Eldar is not on that list,

Jones - cross

1    correct?

2    A.   Sorry.  Eldar?

3    Q.   Just the term Eldar by itself, it's not on the list.

4    A.   No.

5    Q.   And you haven't shown today that Chapterhouse has ever used

6    the phrase Devastator Space Marine on any of its products or any

7    of its advertising, correct?

8    A.   We've shown in the name of a product they might call it

9    Devastator.  They might say for Devastator Marines.  Then they

10    might say suitable for -- you know, this looks great with

11    Devastator Space Marines.  So, they certainly use those

12    combinations of words.

13    Q.   So, you haven't claimed that the term Devastator is a

14    trademark in this case.  You haven't claimed that.

15    A.   No.  Devastator associated with Space Marines.

16    Q.   Okay.  You haven't claimed that the term Devastator is a

17    trademark in this case, correct?

18    A.   Yes.

19    Q.   You claim Devastator Space Marine is a trademark alleged as

20    infringed in this case, correct?

21    A.   Yes.

22    Q.   And so, you haven't shown today that Chapterhouse has used

23    the phrase Devastator Space Marine on any its products or any of

24    its advertising; is that correct?

25    A.   I think we've shown that Chapterhouse use the term

Jones - cross

1    Devastator in association with Space Marine abundantly.

2    Q.   But my question is you haven't shown that Chapterhouse has

3    used the term Devastator Space Marine on any of its products or

4    any of its advertising.

5    A.   It depends what you mean.   I mean, if you're saying -- I

6    think their products do say Devastator and space and marine.

7    Q.   Now, I want to talk about how Games Workshop has used some

8    of the terms in their product that are on the fourth page of

9    this sheet.   And you see there are 21 terms on the fourth page.

10   A.   Yeah.

11   Q.   Okay.   And at the top of that, it says that there's a

12   dispute as to whether Games Workshop used mark or symbol in

13   commerce as a trademark prior to Chapterhouse.   Do you see that?

14   A.   Yeah.

15   Q.   And specifically you see at the end where it says "as a

16   trademark," correct?

17   A.   Yes.

18   Q.   Another thing I want to make sure from seeing what we looked

19   at today, you didn't show us today how Games Workshop has used

20   all of these terms in its products, right?

21   A.   Yes, I think we did.   There was that spreadsheets where we

22   said here's the trademark, and then we gave you an example of

23   the product and its title and how much money we've made each

24   year since 2004 for products using that program   That was for a

25   bunch of these, at least.

Jones - cross

1   Q.   Okay.   So, you referred to a couple of sales spreadsheets to

2   show that point?

3   A.   Yes.

4   Q.   And you said the terms are in the spreadsheet itself?

5   A.   No, that was the product.   If you remember the title, I

6   think it said product title.   Where they're in those

7   spreadsheets, I was using the title of the product.

8   Q.   Right.   And you made a couple of spreadsheets over the

9   course of this litigation to show that point?

10  A.   Yes.   Well, I personally didn't make them.   My operations

11  manager and the American team and finance team and what have you

12  pulled all that together.

13  Q.   And I see that Blood Ravens is one of the trademarks here on

14  this page, right?   Do you see that?

15  A.   Yes.

16  Q.   Can we take a look at PX125, please?   And if we'd look at

17  Page 3.   And feel free to look in your binder.   We'll blow it up

18  though, too.   This exhibit is one of those spreadsheets that you

19  referred to?

20  A.   I'm sorry.   Where is that?   In here somewhere?

21  Q.   Yes.   PX125.   I believe it's in a binder.

22  A.   Okay.

23  Q.   Just to confirm that it is, and then we'll blow things up on

24  the screen for you.

25  A.   Is that PEX125?

PDF created with pdfFactory trial version www.pdffactory.com

Jones - cross

1    Q.   It is.

2    A.   Yes.  Okay.

3    Q.   This is one of those spreadsheets you were referring to?

4    A.   Yes.

5    Q.   And this spreadsheet was created during this litigation,

6    correct?

7    A.   Yes.

8    Q.   It was created after you were deposed, actually, correct?

9    A.   I've been deposed twice.  So, it was created after the first

10   deposition, if my memory serves.

11   Q.   And you created this spreadsheet to show the sales of Games

12   Workshop products that each of these alleged trademarks is in?

13   A.   Yes.

14   Q.   And, of course, you understand that -- strike that.

15         Okay.  But what I'm saying is that this spreadsheet

16   doesn't show how Games Workshop uses the term on its product,

17   does it?

18   A.   I don't understand what you mean.  Could you blow it up a

19   little bit bigger so we can, I don't know, look at a particular

20   section or whatever?

21         MR. COOPER:  Blow it up a little bit more, maybe just

22   the first five rows.

23   BY MR. COOPER:

24   Q.   So, I guess what I'm saying is this spreadsheet doesn't show

25   if the mark is on the cover of a book, does it?

Jones - cross

1    A.   No.   It says that -- what it does do is it tells you what

2    the product is, and then it gives you the proof of it.   So, you

3    can go along to that column that says proof, and then you can

4    look in the Forge World catalog, for example, and you'll be

5    able -- if I was to go to assault, where we talked about Space

6    Marine Assault Squad, then what this is doing is saying here's a

7    product, for example, called the Deathwind Drop Pod with Assault

8    Cannons -- I think it's that one there -- and it says you'll

9    find that product in the Forge World catalog from 2004 on Page

10   14.   So, that's telling you where you'll find and be able to

11   look at how we've used those trademarks.

12   Q.   But you can't actually see the trademark on a product.   You

13   didn't show that to the jury today.

14   A.   No, no.   No, we didn't today.   We showed these spreadsheets.

15   Q.   Well, let's take an example of one of these spreadsheets and

16   blow up Blood Ravens.

17            MR. COOPER:   And we're going to have to zoom out and

18   back in, I think.

19   BY MR. COOPER:

20   Q.   And Games Workshop, they don't have a registered trademark

21   for Blood Ravens, correct?

22   A.   No.

23   Q.   And if you'd look at the product column, there you see a

24   list of products.   Warhammer 40,000 Dawn of War game box,

25   Warhammer 40,000 Dawn of War II game box.   You see that?

Jones - cross

1    A.   Yes.

2    Q.   So, what you're saying is that the mark Blood Ravens would

3    appear on that.

4    A.   No.  I think we made it really clear, actually, when we were

5    going through the trademarks earlier that there are some

6    trademarks or some marks -- we used the example of the Daily

7    Planet, if you remember.  Although we did say very clearly that

8    these might not actually be on a product, but nonetheless

9    they've acquired an inextricable linkage and a specific meaning

10   with our intellectual property and our product lines, in the

11   same way that the Daily Planet is uniquely associated with

12   Superman and that DC Comics would probably take a dim view if

13   somebody tried to release a newspaper called the Daily Planet.

14        And so, I'm pretty certain Blood Ravens, that's one of

15   those titles, marks that is associated with our IP in that

16   manner.  I think we made that very clear today.

17   Q.   Are you saying that Blood Ravens would not be on the

18   product --

19   A.   The Blood Ravens icon will be on a shoulder pad on a piece

20   of artwork, I would imagine, on one of the computer game box

21   sets, yeah, but --

22   Q.   But I'm asking about the Blood Ravens term that you've

23   asserted.  That's not going to be on the product?

24   A.   No.

25   Q.   That box that you've listed there?

Jones - cross

1    A.   And like I said, we've made that abundantly clear today.

2    Q.   But my question is it's not going to be on the product

3    packaging that you've listed?

4    A.   No.

5    Q.   I think one thing you showed the jury today was PX487.   If

6    we could pull that up.   And this shows some Blood Raven icons?

7    A.   I don't think we did.   I don't think I showed this to the

8    jury today.

9    Q.   Would you take a look at --

10   A.   This one?

11   Q.   Is there another page to it?

12   A.   (Indicating).

13   Q.   Did you talk about that?

14   A.   No, we didn't talk about that today.

15   Q.   If we look back at 1023 on Page 4, one of the Games Workshop

16   lists of alleged trademarks and one of the terms is assault

17   cannon; is that correct?

18   A.   Yes.

19   Q.   And this is one of the ones that's in dispute about whether

20   or not Games Workshop used that as a trademark in commerce,

21   correct?

22   A.   Yes.

23   Q.   And if we look back at your spreadsheet PX865 on Page 5.

24   And we can blow up on line one.   You see the term assault cannon

25   there, right?

Jones - cross

1    A.   Yes.

2    Q.   And so, this means you've made sales of a product that had

3    the word assault cannon on it?

4    A.   Yes.

5    Q.   You're sure this one doesn't have assault cannon somewhere

6    inside it?

7    A.   No, that's right.  That's why we called those things out

8    specifically today.

9    Q.   But you didn't show the jury a Wolf Guard Terminator Assault

10    Cannon so that they could see it, right?

11    A.   No.  But I said very clearly that's the product name.  We

12    have Wolf Guard Terminator Assault Cannon on it, on the front of

13    the product, and then that's its product code.  So, that's --

14    yeah, that's its product code there.  So, it's an actual product

15    called Wolf Guard Terminator Assault Cannon.

16    Q.   But you didn't show that to the jury, right?

17    A.   No.  Well, I showed them the name.  There it is.

18    Q.   But the jury couldn't see how the term assault cannon was

19    used on that product packaging, correct?

20    A.   Well, it was used in those words.  It was printed on the

21    front of it, like it's shown there.

22    Q.   You understand you don't get a trademark for any word you

23    use on the front of a product.  You understand that.

24    A.   Yes.  The title of the product.  The title of the product is

25    Wolf Guard Terminator Assault Cannon.

Jones - cross

1  Q.   Okay.   And you're sure that this Wolf Guard Terminator

2  Assault Cannon isn't a bit that comes in a kit?

3  A.   Yeah, absolutely certain.

4  Q.   It's something that you sell --

5  A.   Yeah, because --

6  Q.   -- by itself.

7  A.   Yes.   Otherwise, it wouldn't have its own unique product

8  code.

9  Q.   Okay.   But you didn't show the jury the actual product so

10  that they could see how assault cannon looks on the product,

11  right?

12  A.   No.   No, I didn't.   I showed them here's the title of the

13  product, here's its unique product code, and here's how much

14  money we made selling that specific product over the next series

15  of years.

16  Q.   Another term you claim that is your trademark is the word

17  Heavy Flamer; is that right?

18  A.   Yes.

19  Q.   And there's no Games Workshop product that is just called

20  Heavy Flamer, right?

21  A.   Yeah.   Actually, you know what?   I have to say I'm not

22  entirely sure about that.   Forge World may well sell some

23  individual Heavy Flamer models.

24  Q.   Okay.   Well, if we look on this spreadsheet and you go down

25  to line eight, you see Heavy Flamer there?

Jones - cross

1  A.  Yes.

2  Q.  And the product that's listed for that is Heavy Flamer

3  Battle Sister, right?

4  A.  Yes.

5  Q.  So, you haven't shown a product that's just called Heavy

6  Flamer, correct?

7  A.  Correct.

8  Q.  And the jury hasn't seen a product packaging that is called

9  Heavy Flamer Battle Sister.  They haven't seen that, right?

10  A.  No.  We have a trademark there called Battle Sister, and we

11  do lots of Battle Sister products, and we do lots of products

12  that have Heavy Flamer there, as well, in combination, so that,

13  you know, you can combine two trademarks together, like

14  Kellogg's Corn Flakes or Kellogg's Frosties.  You know, that's

15  perfectly fine.

16  Q.  What you are saying, the jury wasn't able to evaluate that

17  because they didn't get to see the product, correct?

18  A.  Well, they got to know the product title, and they got to

19  know the unique product number, and they got to know how much

20  money we've made selling that product over the last -- well,

21  since 2004, at least.

22  Q.  Another term you claim as your trademark is Iconoclast,

23  correct?

24  A.  Yes.

25  Q.  And there's no Games Workshop product that's just called

Jones - cross

1    Iconoclast, right?

2    A.   That we use Iconoclast as the -- as I explained, there are

3    some shaceship models for a game called Battlefleet Gothic.

4    Q.   And the jury didn't get to see that product.

5    A.   They didn't get to see a picture of it, no.  They got to see

6    its title and product code and the sales values for selling that

7    product from that specific product code over a number of years.

8    Q.   Another product that you claim is Lascannon, correct?

9    A.   Yes.

10   Q.   And there's no Games Workshop product that's just called

11   Lascannon?

12   A.   Again, you know, we've got 2,000 SKUs and -- sorry, the

13   individual products, and I wouldn't be at all surprised if Forge

14   World or even on our website you can buy Lascannons.  But the

15   example we used -- and remember, these are just examples --

16   that's a Chaos Space Marine Havoc with Lascannon.

17   Q.   I should rephrase that question.  You didn't show or testify

18   about any Games Workshop product that's just Lascannon, correct?

19   A.   Correct.

20   Q.   And the jury didn't see how the term Lascannon was used on

21   the product packaging for the Chaos SM Havoc with Lascannon?

22   They didn't say how Lascannon --

23   A.   I didn't show a picture of the actual blister pack, if

24   that's what you mean.

25   Q.   Another term -- thank you.  That is what I meant.

PDF created with pdfFactory trial version www.pdffactory.com

Jones - cross

1          Another term you claim as your trademark, Power Claw?

2     A.   Yes.

3     Q.   And there's no Games Workshop product that's just called

4     Power Claw, correct?

5     A.   Correct.

6     Q.   And the jury didn't get to see any product that had Power

7     Claw -- the term Power Claw on it, correct?

8     A.   They got to see the title of the products, and they got to

9     see its unique product code, and they got to see how much money

10    we've made over the years selling Chaos Rebirth Power Claw

11    models.

12    Q.   Now, you also claim that jump pack is one of your

13    trademarks, right?

14    A.   Yes.

15    Q.   And you did show a product with a jump pack, and that was

16    PX956, if we could pull that up.

17         (Brief pause.)

18              THE COURT:   What are we waiting on?

19              MR. COOPER:   To pull up an exhibit.

20    BY MR. COOPER:

21    Q.   But you could just look at in your binder.  We'll do that.

22    A.   I'm sorry.  What am I looking at?

23    Q.   PX956.  And that was in your direct exam binder.

24    A.   In here?

25    Q.   No.  It's in another one of your binders, the binder that

Jones - cross

1  you used on direct exam that says Jones Witness Binder.

2  A.  This one?

3  Q.  Yes.

4  A.  Right.  It's going to take me some while to find it, I'm

5  afraid.  Here we are.

6      MR. COOPER:  Sorry, Judge.  I'm going to have someone

7  turn this on, since I'm not sure how to do it.

8      THE COURT:  That's fine.

9  BY MR. COOPER:

10  Q.  Do you remember looking at this product, PX956?

11  A.  Yes.

12  Q.  And you said that those figures there are wearing jump

13  packs; is that right?

14  A.  Yes.

15  Q.  And this is the top cover of the box?

16  A.  It is.

17  Q.  Now, nowhere on the cover there does it say the word jump

18  pack, correct?

19  A.  That's true.

20  Q.  And this is the back of the box, correct?  The underneath?

21  A.  Yes.

22  Q.  And here there is the word jump pack, correct?

23  A.  Yeah.

24  Q.  And it's found right here, correct?

25  A.  Yes, there.

Jones - cross

1  Q.  And that's in a sentence that says, "Assault squads are

2  equipped with close combat weapons, such as bolt pistols and

3  chainswords.  Their jump packs enable them to strike hard and

4  fast, leaping over difficult terrain to quickly engage the

5  enemy."  Do you see that?

6  A.  Yes.

7  Q.  And you contend that jump pack is a trademark of Games

8  Workshop; is that right?

9  A.  Yes.

10  Q.  On PX1023 there are a number of terms that Games Workshop

11  believes are its trademarks that aren't on any of your

12  spreadsheets.  Do you remember that?

13  A.  I'm sorry.  Which bit are we looking at now?

14  Q.  1023.  It's your list of trademarks.  And we can blow it up

15  here.

16  A.  Okay.  I'll put this down.

17  Q.  So, Mycetic Spores is one of the words on this list, right?

18  A.  Yeah.

19  Q.  And the jury's heard a little bit about this already, I

20  know, but this is one that there's a dispute as to whether Games

21  Workshop has used that term as a trademark, correct?

22  A.  Yes.

23  Q.  And Games Workshop doesn't sell any products called Mycetic

24  Spore?

25  A.  No, I don't think we do.  Actually, no.

Jones - cross

1   Q.   And we looked at a book which is PX47.  If we could pull

2   that up, please.  And this is the Warhammer 40,000 Tyranids

3   book, right?

4   A.   Yes.

5   Q.   And we talked about how the word Mycetic Spore is not on the

6   cover of the book, correct?

7   A.   Correct.

8   Q.   You showed us earlier that it shows up on Page 54 inside the

9   book, correct?

10   A.   Yes.  Quite prominently so.

11   Q.   But you're not saying that customers are buying -- if we go

12   back to the cover, you're not saying that customers are buying

13   this Tyranids book because the term Mycetic Spore appears inside

14   of it.  You're not saying that, correct?

15   A.   Sorry.  I don't understand your question.  Say that again.

16   Q.   So, when customers see this book, they see the title

17   Tyranids, right?

18   A.   Yes.

19   Q.   They see Warhammer 40,000 on the top?

20   A.   Yes.

21   Q.   You're not saying that customers are buying this book

22   because the word Mycetic Spore is used somewhere inside it.

23   You're not saying that, correct?

24   A.   Well, how can I say why our customers are buying things.

25   They buy our products for a whole range of reasons.  I'm sure

Jones - cross

1    they pick them up and thumb through them and look at the titles

2    and the artwork and the characters, and all of that together is

3    what makes them decide to buy or not buy our product, including

4    a page about Mycetic Spores or Tervigons or any other of our

5    creatures.

6    Q.   You haven't presented any consumer surveys that show why

7    your customers buy your products at all, correct?

8    A.   No, we haven't.

9    Q.   You've also claimed the word Tervigon as one of your

10   trademarks, right?

11   A.   Yes.

12   Q.   And that's not on any of your sales spreadsheets, right?

13   A.   Correct.

14   Q.   It's inside this book, and we looked at it before.

15          And the term Yngarl is another one that you're

16   claiming, correct?  And that's inside the book, as well?

17   A.   Yeah.

18   Q.   Let's look at for a second Page 61 of this and look at the

19   Yngarl page.  Now, Mr. Jones, at the top you see where it says

20   Yngarl Genestealers, right?

21   A.   Yes.

22   Q.   It doesn't just say Yngarl by itself, right?

23   A.   No, it doesn't.  It says Yngarl Genestealers.

24   Q.   And you are not claiming Yngarl Genestealers as a trademark

25   in this case, correct?

Jones - cross

1    A.   No.

2    Q.   You also claim the term Tyranid bonesword is a Games

3    Workshop trademark, correct?

4    A.   Yes.   Boneswords and lash whips.

5    Q.   And those are terms that are disputed by Chapterhouse as to

6    whether or not Games Workshop has actually used them as a

7    trademark in commerce, correct?

8    A.   Yeah.

9    Q.   And Tyranid boneswords and Tyranid whish laps?

10   A.   Lash whips.

11   Q.   Lash whips.   Thank you.   Those aren't on your spreadsheets,

12   correct?

13   A.   Correct.

14   Q.   I believe you showed the jury PX47, which is this book.   If

15   we can go to Page 36.   And I believe you pointed out here on the

16   right-hand column.   You pointed to the jury to that right-hand

17   column about a third of the way down where it says Weapons and

18   Biomorphs.   If we can blow that up a little bit.   Down a little

19   more.   Yes, that's it.   And it says right there, Weapons and

20   Biomorphs:   Bonded Exoskeleton Lash Whip and Bonesword Scything

21   Talons.   Do you see that?

22   A.   Yes.

23   Q.   It doesn't say the phrase Tyranid Lash Whip there, does it?

24   A.   No, it doesn't.   It's in the Tyranid Army book.

25   Q.   It doesn't use the term, the phrase, Tyranid bonesword,

Jones - cross

1    either, does it?

2    A.   No, it does not.

3    Q.   Mr. Jones, I want to move on to some of the more generic

4    terms that Games Workshop has claimed as trademarks and you

5    mentioned briefly.  You'd agree that the term jetbike is used in

6    science fiction outside the Games Workshop world, right?

7    A.   I dare say, yeah.

8    Q.   And you'd agree that a term jetbike, it describes a bike

9    with jets, likely, correct?

10    A.   Who's to say.  I know what we use -- I know that we sell

11    products and have done for many years, specifically for tabletop

12    hobby war games called jetbikes.  That's been a -- we've sold

13    many of those products using that trademark.

14    Q.   And those bikes you're talking about, they have some sort of

15    jets on them, presumably?

16    A.   Yes.

17    Q.   And those products you're talking about, they're like bikes

18    open to the air, correct?

19    A.   They're not like bikes.

20    Q.   They're not enclosed vehicles is what I'm saying.

21    A.   No.  Actually, let me just think about that.  No, they're

22    not.  No.

23    Q.   Do you agree that the term jetbike is a commonly used term

24    in tabletop miniatures?

25    A.   Commonly, no.  No, it isn't.

PDF created with pdfFactory trial version www.pdffactory.com

Jones - cross

1  Q.   Games Workshop believes that the term jetbike is a valid

2  trademark it owns, and no other miniatures company can use that

3  term; is that correct?

4  A.   In tabletop -- in terms of tabletop hobby war games?

5  Q.   Yes.

6  A.   That's our belief, yes.

7  Q.   But jetbike is not Games Workshop's registered trademark,

8  right?

9  A.   No.

10  Q.   And you know that other companies besides Games Workshop do

11  use the term jetbike in their miniatures products?

12  A.   Yeah.   You kindly brought that to my attention during my

13  deposition.

14  Q.   Could you turn to Exhibit DX377?  We'll put it up here, too.

15  A.   I'm sorry.   Where -- which file am I looking in now?

16  Q.   I'm sorry.   It's the one that --

17  A.   DX377 did you say?

18  Q.   Yes.   The one that on the front says cross examination

19  document binder.

20  A.   Got it.

21  Q.   And that's the exhibit I showed you at your deposition,

22  right?  That's the exhibit I showed you at your deposition?

23  A.   Yes.

24  Q.   Let's turn to Page 6.   And we'll blow it up here, too, if

25  that's easier.   Do you see where it says -- and let's not blow

PDF created with pdfFactory trial version www.pdffactory.com

Jones - cross

1  that part up, but from right above Scibor -- well, the whole

2  thing from -- yep.

3          Do you see where it says Scibor releases new SF Roman

4  Legionary on Jetbike?  Do you see that?

5  A.  I do.

6  Q.  And Scibor is another miniatures company, correct?

7  A.  Yes.

8  Q.  And this is another miniatures company referring to its

9  jetbike as a jetbike, right?

10  A.  Yep.

11  Q.  Has Games Workshop sent Scibor Miniatures a letter to cease

12  and desist using that term?

13  A.  I'm not sure if I'm allowed to -- well, we're certainly in

14  communication with Scibor, yes.

15  Q.  Have you sent them a letter to cease and desist from using

16  the term jetbike?

17  A.  I'd be guessing.  We're definitely in communication with

18  Scibor about a number of alleged trademark and copyright

19  infringement issues.

20  Q.  Because Games Workshop believes Scibor has infringed

21  multiple of its trademarks?

22  A.  Yes.

23  Q.  At the bottom of the page, if we can zoom out, do you see

24  where it says New Xyster jetbike from Hitech Miniatures?  Do you

25  see that?

PDF created with pdfFactory trial version www.pdffactory.com

Jones - cross

1    A.   Yes.

2    Q.   And Hitech Miniatures is another miniatures company?

3    A.   Yes.

4    Q.   And if you zoom out and look at the next page, as well, side

5    by side, you'll see a picture of the Xyster jetbike.  Do you see

6    that?

7    A.   Yes.

8    Q.   So, this is another miniatures company referring to their

9    jetbike product as a jetbike, right?

10    A.   Yes.

11    Q.   Has Games Workshop sent them a letter to cease and desist?

12    A.   Hitech.  I believe we have been writing to Hitech.  Because

13    both of these things, as you can see, they're very new.  It's

14    not like these have been around for a long time.  You've got

15    December 2012 and October 2012.  So, these are newcomers on the

16    market, for sure.  So, I'm pretty certain we have been in touch

17    with Hitech.  I think they're a company from China, if I

18    remember rightly.

19    Q.   Turning to Page 8 of this exhibit, at the bottom do you see

20    where it says MaxMini.eu Gothic Jetbike released?  Do you see

21    that?

22    A.   Yes.

23    Q.   And MaxMini.eu is another miniatures company?

24    A.   Yes.

25    Q.   And then if we pull back and show the next page, as well.

PDF created with pdfFactory trial version www.pdffactory.com

Jones - cross

1    Yeah, there we go.  Do you see a picture of that jetbike?

2    A.   I do.

3    Q.   So, this is another miniatures company referring to its

4    jetbike product as a jetbike, right?

5    A.   It is another one that looks remarkably similar to the

6    artwork that Chapterhouse we've alleged to have copied, and it's

7    another one that's new, January of 2012, and I'm pretty certain

8    that MaxMini are another company that we're in touch with.

9    Q.   Have you sent them a cease and desist letter to stop using

10   the term jetbike?

11   A.   I can't swear to that.  I know that we're in contact with --

12   I'm pretty certain we are in contact with MaxMini on the

13   matter -- all these models you've just shown are all basically

14   derived from our -- the same piece of artwork that Chapterhouse

15   copied.

16   Q.   And MaxMini has other products that you're in communication

17   with them about infringing?

18   A.   I'm pretty certain so, yes.

19   Q.   If we could turn to Page 12.  Do you see there where it

20   says, Kromlech post painted jetbike photo?  Do you see that?

21   A.   I do.

22   Q.   And Kromlech is another miniatures company?

23   A.   Yes.

24   Q.   And that's another miniatures company referring to their

25   jetbike as a jetbike, right?

PDF created with pdfFactory trial version www.pdffactory.com

Jones - cross

1    A.   And again you'll see it's got the same features as our

2    jetbike painting.   These are all copies of Games Workshop's

3    jetbike.

4    Q.   You believe these are all copies of Games Workshop jetbikes?

5    A.   Yes.

6    Q.   Has Games Workshop sent Kromlech a letter to cease and

7    desist from using the term jetbike?

8    A.   I know Kromlech are on our list.   I'm not going to guess.   I

9    don't -- I'm not managing the legal on a day-by-day basis.   So,

10   I know Kromlech are one of the lists of our alleged infringers,

11   and what we generally do is we'll write to them, we'll engage in

12   conversation.   We don't actually issue legal proceedings

13   lightly.   So, Kromlech are likely to be one of those

14   companies -- they're certainly on the list.   I know who Kromlech

15   are.   You kindly showed us pictures of this product.   So, I'd be

16   very surprised if the legal department isn't in discussion with

17   them

18   Q.   And there are other Kromlech miniatures that Games Workshop

19   believes have infringed its trademarks?

20   A.   Yes.

21   Q.   Do you believe, Mr. Jones, that if a tabletop miniature

22   customer hears the word jetbike, then they automatically think

23   of only a Games Workshop jetbike?

24   A.   Well, I don't think it's for me to say what customers think.

25   That's my belief.   My personal belief, yes.   You know, we've

PDF created with pdfFactory trial version www.pdffactory.com

Jones - cross

1    sold jetbike models, Space Marine jetbike models, Eldar jetbike

2    models.   Mainly, it's an Eldar thing.   But Eldar jetbikes are

3    absolutely locked into the Games Workshop Eldar mythos.   It's

4    one of their key vehicles.

5           And, again, you know, on the spreadsheets we showed how

6    much money we've made out of Eldar jetbikes over the years.   So,

7    yeah, I do think in science fiction 28 millimeter scale tabletop

8    war gaming, you say jetbike, by and large customers would say,

9    ah, Eldar jetbike, Warhammer 40,000.

10   Q.   And you said that's your personal opinion.

11   A.   Yeah.

12   Q.   And it's a personal opinion that those customers, they don't

13   think of Hitech Miniatures' jetbike, right --

14   A.   Yeah.

15   Q.   -- when they hear that?  They don't think of MaxMini's

16   jetbike product.

17   A.   No.

18   Q.   They don't think of Kromlech's jetbike product.

19   A.   No.

20   Q.   They don't think of Chapterhouse's jetbike product, right?

21   That's your opinion.

22   A.   Yeah.

23   Q.   But, Mr. Jones, you don't have any proof of that opinion, do

24   you?

25   A.   No.   You asked for my opinion.

PDF created with pdfFactory trial version www.pdffactory.com

### Jones - cross

1 Q. I did. Games Workshop doesn't have any proof of that?

2 A. Well, some of the proof might be the fact that we've made a

3 great deal of money selling jetbike kits to tabletop hobby war

4 gamers for many, many years and the fact that, you know, where

5 do Chapterhouse market those jetbikes?  Who do they talk to

6 about then?  They go onto Warhammer 40,000 sites and say here's

7 a jetbike.  They don't go onto other generic science fiction

8 sites or onto Star Trek sites or Star Wars sites.  It's all on

9 Warhammer 40,000 sites.  And then the product that they sell is,

10 it's listed under Eldar.  So, jetbike --

11 Q. Games Workshop is the largest miniatures company in the

12 world, right?

13 A. I don't know about that.

14 Q. But you can't know what's in the minds of consumers.  You

15 will agree with me on that, right?

16 A. Yes.  Of course not.

17 Q. And Games Workshop -- strike that.

18   You haven't testified today about any consumer surveys

19 that Games Workshop did that show what consumers think when they

20 hear the time jetbike, have you?

21 A. That's true.

22 Q. And Games Workshop -- you haven't presented any testimonials

23 from consumers to say what they think when they hear the term

24 jetbike, right?

25 A. No.  But we think it's fairly compelling that, you know, for

PDF created with pdfFactory trial version www.pdffactory.com

Jones - cross

1    example, Chapterhouse, their website is organized --

2    Q.   I just asked if you did it --

3            THE COURT:   So, then what you do is you do not cut a

4    witness off in the middle of an answer.   You ask me to strike

5    his testimony.   So, please don't do that again.

6    BY THE WITNESS:

7    A.   Sorry.   What was the question again?

8            THE COURT:   He's going to ask another question now.

9    BY MR. COOPER:

10   Q.   Games Workshop hasn't conducted any studies to determine the

11   brand recognition for any of its alleged trademarks, right?

12   A.   Correct.

13   Q.   And Games Workshop hasn't commissioned any market share

14   studies by any independent research service to evaluate its

15   trademarks in the U.S., correct?

16   A.   Correct.

17   Q.   And Games Workshop has not engaged an independent expert in

18   this case to give his or her opinion about the trademarks at

19   issue, correct?

20   A.   Correct.

21   Q.   Let's talk about another example.   Games Workshop contends

22   that the word exorcist is one of its trademarks, right?

23   A.   Um --

24           THE COURT:   You have to say yes or no.

25           THE WITNESS:   I'm sorry.

Jones - cross

1    BY THE WITNESS:

2    A.   Yes.

3    BY MR. COOPER:

4    Q.   Games Workshop has never received a trademark registration

5    for the term exorcist, right?

6    A.   That's correct.

7    Q.   And you understand that the term exorcist is used outside of

8    miniature tabletop board games?

9    A.   Yes.

10   Q.   You understand that the term exorcist has a generally

11   understood meaning of referring to individuals that remove

12   demons?

13   A.   Yes.

14   Q.   And in the Games Workshop universe, the exorcists are demon

15   hunters, correct?

16   A.   Yes.

17   Q.   So, that name -- strike that.

18          And you don't call any of your products just plain

19   exorcist, right?

20   A.   No.   The exorcist was one of those things, again, I think we

21   were very clear that we said it's from one of our art books.

22   It's a name of one of our chapters that our customers will

23   recognize, and it's a long established part of our mythos, and

24   it's associated with a particular symbol on a particular

25   shoulder pad, and I think we made that very clear.

PDF created with pdfFactory trial version www.pdffactory.com

Jones - cross

1   Q.   My question was you don't use exorcist by itself as a game.

2   A.   No.   I'm saying we made that very clear, that that wasn't

3   the point we were making.

4   Q.   As part of your duties in protecting Games Workshop

5   intellectual property, have you searched or ever searched on the

6   Internet for any other miniatures company using the word

7   exorcist?

8   A.   Personally I haven't, no.

9   Q.   Do you care how other tabletop miniatures companies use the

10   word exorcist?

11   A.   Yes.

12   Q.   But you've never personally looked for the term?

13   A.   No, I haven't personally, but we've got however many -- you

14   know, I said earlier we've got two or 3,000 product codes.   The

15   legal department reports into me.   But I don't personally search

16   for each individual icon or what have you.   That would take up

17   all of my working life.

18   Q.   There are people at Games Workshop that are responsible for

19   looking on the Internet for potential trademark infringements,

20   right?

21   A.   Yes.

22   Q.   In fact, you have several hundred open case files at any one

23   time that are looking into exactly that issue, right?

24   A.   Yes.

25   Q.   And you send hundreds of communications to individuals or

Jones - cross

1   companies per year that you think are infringing your

2   trademarks, right?

3   A.   Yes.

4   Q.   Have you heard of Wyrd Miniatures?  W-y-r-d?

5   A.   No.   Personally I haven't.

6   Q.   But you said you've heard of Hitech Miniatures, right?

7   A.   Yes.

8   Q.   Could you just look in your binder at what's labeled Exhibit

9   AJ1?

10  A.   This binder?

11  Q.   Yes.

12          MR. KEENER:   Objection.   Could we have a sidebar?

13          THE COURT:   We're going to stop, and then I'll talk to

14  the lawyers.

15          I don't have anything else set for 9:30 tomorrow.   So,

16  we're going to start at 9:30.   All rise.   I'll be right back in.

17      (The following proceedings were had in open court, out of

18      the presence and hearing of the jury:)

19          THE COURT:   Okay.   What's the issue?

20          MR. KEENER:   In flipping through the binder, it looks

21  like they intend to show him various things that --

22          MR. COOPER:   Could we wait 'til the --

23          THE COURT:   No, we can't.

24          MR. COOPER:   Oh, okay.   All right.

25          THE COURT:   Keep talking.

PDF created with pdfFactory trial version www.pdffactory.com

1          MR. KEENER:  They're saying they just printed out from

2    the website at some point.  They've never produced these in

3    discovery.  They've never put them on the trial exhibit list.

4    There's absolutely no authentication of any of these, anyone to

5    say these are what they are or where they're from or lay any

6    sort of foundation for these.

7          THE COURT:  Okay.  Mr. Cooper.

8          MR. COOPER:  If I lay a foundation, then we would want

9    to use it.  If not, then we won't use it.

10         THE COURT:  But he's talking about a violation of the

11   pretrial order rule.

12         MR. COOPER:  For cross examination exhibits?

13         THE COURT:  It's about rebuttal.  It talks about

14   rebuttal.  You don't get to use stuff in cross examination that

15   you haven't listed.  I mean, unless you can show me some case

16   that says that --

17         MR. COOPER:  Okay.

18         THE COURT:  -- I'm not seeing it.

19         All right.  We're stopping.

20         MR. KEENER:  Thank you.

21         THE COURT:  The time for this objection is being

22   charged to the defendant.  We'll see you in the morning.

23         (Whereupon, the within trial was adjourned to Thursday,

24         June 6, 2013, at 9:30 o'clock a.m.)

25