1                IN THE UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF ILLINOIS
2                        EASTERN DIVISION

3

4  GAMES WORKSHOP LIMITED,      )

5                  Plaintiff,  )  Docket No. 10 C 8103
                          )
6          vs.           )

7  CHAPTERHOUSE STUDIOS, LLC,  )  Chicago, Illinois
    et al.,               )  June 6, 2013
8                      )  9:30 a.m.
                Defendants.  )
9

10                       VOLUME 4
                TRANSCRIPT OF PROCEEDINGS
11    BEFORE THE HONORABLE MATTHEW F. KENNELLY AND A JURY

12
   APPEARANCES:
13

14  For the Plaintiff:     FOLEY & LARDNER, LLP
                    BY:  MR. JONATHAN E. MOSKIN
15                   90 Park Avenue
                   New York, New York   10017
16

17                   FOLEY & LARDNER, LLP
                    BY:  MR. JASON J. KEENER
18                   321 North Clark Street
                   Suite 2800
19                   Chicago, Illinois   60610

20

21  For the Defendant:     WINSTON & STRAWN, LLP
                    BY:  MR. IMRON T. ALY
22                        MR. BRYCE COOPER
                        MR. THOMAS KEARNEY
23                   35 West Wacker Drive
                   Chicago, Illinois  60601
24

25

1                WINSTON & STRAWN, LLP
                    BY:  MS. JENNIFER A. GOLINVEAUX
2                101 California Street
                San Francisco, California  94111

MARSHALL, GERSTEIN & BORUN
                    BY:  MS. JULIANNE M. HARTZELL
233 South Wacker Drive
Willis Tower #6300
Chicago, Illinois   60606

Also Present:           MR. NICHOLAS VILLACCI

                       MS. GILLIAN STEVENSON

1    (The following proceedings were had in open court out of

2    the presence and hearing of the jury:)

3        THE CLERK:  10 C 8108, Games Workshop v.

4    Chapterhouse.

5        THE COURT:  All right.  It's been a couple days since

6    I have had you put the lawyers' names on the record.  So why

7    don't you put on the record the names of all the people who

8    are here.

9        MR. KEENER:  For Games Workshop, Jason Keener, Foley

10   & Lardner; also Jonathan Moskin of Foley & Lardner; and at

11   counsel table is Gill Stevenson of Games Workshop.

12       MR. ALY:  Here today, Imron Aly for Chapterhouse.

13   And with me also from Winston & Strawn is Bryce Cooper and

14   Jennifer Golinveaux and Tom Kearney.

15       And we also have from the Marshall Gerstein firm

16   Julianne Hartzell and Sarah Kalemeris.

17       THE COURT:  I think you just said Marshall Gerstein

18   from Julianne Hartzell.  She's not the name of the firm.  I'm

19   just pulling your chain a little bit.

20       What were the issues that you needed to bring up?

21       MR. KEENER:  Just two issues.  The first was the

22   parties are going to try and work on a proposed verdict form

23   over the weekend --

24       THE COURT:  Good, okay.  Very good.

25       MR. KEENER:  -- and so on Monday to be able to

1    address with the Court if we have any issues.

2               And the second is I think a scheduling issue.

3               MR. ALY:  I will address that.

4               MR. KEENER:  Yes, you can address that.

5               MR. ALY:  So for the defendants' witnesses, we're not

6    sure how many minutes or hours we'll have tomorrow, and our

7    witnesses are not available to fly in.  So I didn't want --

8               THE COURT:  So tomorrow is going to be, we're going

9    to go from 9:00 to 5:00.

10              MR. ALY:  I know.  And so if we run short, your

11   Honor, we're just going to dock time from the Chapterhouse

12   presentation, and I wanted you to know that now.

13              THE COURT:  So do you think you will be finished by

14   tomorrow with witnesses you're calling?

15              MR. KEENER:  It depends how long their cross of Mr.

16   Villacci goes because they may put their whole case in.  It

17   depends.

18              But it's expected that we may fill tomorrow with all

19   the witnesses that are planned for tomorrow and their

20   witnesses for tomorrow, but we may be a few hours short.

21              THE COURT:  All right.

22              MR. KEENER:  And they're willing --

23              MR. ALY:  That will be on us.  I just wanted you to

24   know that.

25              THE COURT:  All right.

1        MR. ALY:  Thank you, your Honor.

2        THE COURT:  So just do what you need to do.  Talk

3   amongst yourselves or something.  As soon as the person gets

4   here, we'll get going.

5        (Brief recess.)

6        THE COURT:  The juror is here.  They're on their way

7   out.

8     (The following proceedings were had in the presence and

9   hearing of the jury:)

10       THE COURT:  All right, you can have a seat.

11       Mr. Jones, do you understand you are still under

12  oath?

13       THE WITNESS:  Yes.

14       THE COURT:  All right, you can proceed.

15     ANDREW JONES, PLAINTIFF'S WITNESS, PREVIOUSLY SWORN

16              CONTINUED CROSS EXAMINATION

17  BY MR. COOPER:

18  Q   Good morning, Mr. Jones.

19  A   Good morning.

20  Q   Mr. Jones, we left off yesterday talking about the term

21  Exorcist; do you recall that?

22  A   I do, yes.

23  Q   And you understand that there are other miniature

24  companies besides Games Workshop that use the term Exorcist to

25  describe their products, correct?

Jones - cross

1    A    I don't know about that, to be honest.

2    Q    You haven't personally looked for other companies who use

3    the term Exorcist, right?

4    A    Right.

5    Q    Games Workshop did not consult any type of independent

6    expert to evaluate the term Exorcist in the market, correct?

7    A    Correct.

8    Q    And Games Workshop has not offered any consumer survey

9    regarding the term Exorcist, correct?

10   A    Correct.

11   Q    I think we talked earlier about where Games Workshop has

12   used the term assault cannon; do you recall that?

13   A    Yes.

14   Q    And the way that Games Workshop uses the term assault

15   cannon, it refers to a cannon that is used in an assault,

16   correct?

17   A    It's a ranged weapon, yes.

18   Q    So in the Warhammer universe, the product would be used to

19   assault someone, right?

20   A    It will be in the Warhammer 40,000 universe, the science

21   fiction Warhammer fantasy environment.

22   Q    So assault cannon is a pretty accurate term to describe

23   what the product is, is that fair to say?

24   A    Well, assault is usually --

25             You would usually use the word "assault" in terms of

Jones - cross

1  like a hand-to-hand combat, an assault.  If you assault

2  somebody, you typically hit them and so on and so forth.

3          An assault cannon, it's a ranged weapon.  It's not

4  used in -- you know, it's not like a hand-to-hand weapon.  You

5  don't use it to physically assault somebody.  You don't hit

6  them with a gun.  So it's a ranged weapon.  It's a distance

7  weapon.

8  Q    You use it to attack someone?

9  A    Yes.

10 Q    And you understand that the term assault cannon is used in

11 other science fiction contexts?

12 A    Possibly.  And, again, I haven't searched that.

13 Q    You have heard of Star Wars.

14 A    Yes.

15 Q    So you know assault cannon is a term that is used in Star

16 Wars, right?

17 A    No, I don't know.  I know they have got iron cannons and

18 so on.

19 Q    You have heard of the science fiction game Halo; yes?

20 A    Yes.

21 Q    And you know that assault cannon is also used in Halo?

22 A    No.  I'm not sure about that because I remember at my

23 deposition, you showed me one thing from Halo.  I can't

24 remember if that was the assault cannon or not.

25 Q    Would it surprise you to discover that other miniature

1 companies also use the term assault cannon to describe their

2 products?

3 A    Describe their products?  I don't know actually.  Would it

4 surprise me?

5        Given that if I go on to Google and search assault

6 cannon and I get pages and pages of our models and very little

7 else under an image search, yes, it is kind of surprising when

8 you go, there's somebody else doing it.

9 Q    So have you done a Google search for the term assault

10 cannon?

11 A    I'm not sure if it's for assault cannon.  But when I was

12 waiting for hours and hours and hours at our last deposition

13 we did in London, as I told you at the time, I used that time

14 to look up some of those things just to make sure that I could

15 actually see some products using those trademarks.

16 Q    So have you done a Google search of the term assault

17 cannon and miniatures?

18 A    Yes -- well, given that I searched for quite a lot of

19 them, I will say yes.

20 Q    And you didn't see any other miniature company using the

21 term assault cannon, is that right?

22 A    Not to my memory.

23 Q    Have you heard of the miniatures company EM4 Miniatures?

24 A    Say it again.

25 Q    EM4 Miniatures.  Have you heard of them?

1    A    EM4.  I haven't heard of EM4 Miniatures.

2    Q    Games Workshop has asserted the term Terminator as a

3    trademark, correct?

4    A    In our class of goods.

5    Q    But there is no Games Workshop that's just called

6    Terminator, right?

7    A    There is no Games Workshop?

8    Q    Product.  Excuse me.

9         There is no Games Workshop product that's just called

10   Terminator?

11   A    You mean there are Terminator Space Marines?

12   Q    So the product is not just called Terminator?

13   A    No, I don't think so.  It's Terminator Space Marine or

14   Wolf Guard Terminator or whatever.

15   Q    You understand that the term Terminator is used outside of

16   tabletop miniature war games, right?

17   A    In movies, yes.

18   Q    There's a pretty famous movie called Terminator, and

19   that's a movie from the early 1980s?

20   A    Yes.

21   Q    And you understand in that movie, a Terminator is a super

22   strong soldier; is that a fair description?

23   A    No, I don't think it is a fair description at all.

24   Q    It's very strong, correct?

25   A    The Terminator in the movies is actually a mechanical,

Jones - cross

1   robotic creature.  It's not a human at all.

2   Q   It is very strong?

3   A   Well, yes, strong.

4   Q   And Games Workshop's Terminator line of products are very

5   strong soldiers, correct?

6   A   This feels very thin.  It's true that Terminator -- I

7   think as I said earlier, that the Terminator Space Marines

8   individually as characters, they're no stronger than any other

9   Space Marines, but they're wearing the most powerful armor, if

10  that's what you mean.

11           So, no, individually as characters, they are no

12  stronger than any other Space Marine.

13  Q   Have you personally looked whether there are any other

14  companies, miniatures companies, that use the term Terminator

15  to describe their products?

16  A   No, I haven't.

17  Q   And you haven't presented any consumer survey or expert

18  analysis regarding the mark Terminator, correct?

19  A   No.

20  Q   Thunder Hammer is another one of Games Workshop's

21  trademarks in this case, correct?

22  A   Yes.

23  Q   And it is not a registered trademark?

24  A   No.

25  Q   Thunder Hammer, it describes a type of Games Workshop

Jones - cross

1  hammer weapon, is that right?

2  A    Correct.

3  Q    Have you personally looked to see whether any other

4  miniature companies use the term Thunder Hammer to describe

5  any of their products?

6  A    No, I have not.

7  Q    So you don't know if any other miniature companies use the

8  term Thunder Hammer to describe their products?  You don't

9  know that, right?

10 A    Do I know that?  I know that we have been selling Thunder

11 Hammers for many, many years, and I also know that we have got

12 a very wide net of our 400 stores and all of our trade

13 accounts, and, you know, those -- well, 1.2 million unique

14 visitors to our website every month, and they are very

15 diligent actually in reporting in to us when they think

16 somebody is copying us or using our trademarks.

17         That's our first line of defense really.  They're

18 like our early warning system.

19         And so I can say that I heard nothing in my best part

20 of 30 years at Games Workshop to suggest that anybody else is

21 selling products called Thunder Hammers, and I know that we do

22 sell Thunder Hammers.  But do I know how far --

23         Do I know that there is not somebody running a little

24 shop in Timbuktu somewhere making something called a Thunder

25 Hammer?  No, I don't.  I don't have an exhaustive knowledge of

Jones - cross

1  the entire world, no.

2  Q   But not an exhaustive knowledge.  You have never done a

3  personal -- you have never personally done an Internet search

4  to determine whether --

5  A   But even if I had --

6  Q   -- any other company --

7  A   Even if I had, I still wouldn't know because I might not

8  find them.

9  Q   You have never yourself done any Internet searching to

10 determine whether other companies, miniatures companies, have

11 products called Thunder Hammers, correct?

12 A   Right.

13      THE COURT:  You know, let's just answer it directly.

14 I think you will minimize your time on the witness stand that

15 way.

16      THE WITNESS:  Okay, thank you.

17 BY MR. COOPER:

18 Q   You haven't presented any consumer survey or expert report

19 discussing the term Thunder Hammer, correct?

20 A   Correct.

21 Q   The word drop pod, that's not a registered trademark of

22 Games Workshop, right?

23 A   I don't think so, no.

24 Q   And drop pod describes a Games Workshop product that drops

25 from the sky in the story, correct?

Jones - cross

1   A   Yes.

2   Q   And it's a pod-like shape, right?

3   A   I don't know what you mean by pod.

4   Q   Like an egg-like shape?

5   A   Kind of, I guess.

6   Q   And you said you have heard of the game Halo, right?

7   A   Yes.

8   Q   You understand there are drop pods in Halo?

9   A   Yes, I think that's actually the one you pointed out.

10  Q   And you have not presented any consumer survey or expert

11  report analyzing the term drop pod, right?

12  A   No, we haven't.

13  Q   Games Workshop is claiming the trademark jump pack, right?

14  A   I do think I need to say on Halo, because Halo is a

15  computer game and what we do is tabletop hobby war games, so

16  there's a distinct difference.

17  Q   Games Workshop is claiming the trademark jump pack?

18  A   Sorry.  Yes.

19  Q   That's not a registered trademark, right?

20  A   No.

21  Q   And you know jump pack is also another term found in Halo?

22  A   Yes.

23  Q   Jump pack describes a Games Workshop product that goes on

24  a Space Marine's back, right?

25  A   Yes.

Jones - cross

1    Q    And jump packs are used to shoot them up into the air?

2    A    Yes.

3    Q    And you have not presented any consumer survey or expert

4    report on what tabletop miniatures customers think when they

5    hear the term jump pack, right?

6    A    Correct.

7    Q    Heavy flamer is another term Games Workshop claims as a

8    trademark; yes?

9    A    Yes.

10   Q    It's not a registered trademark?

11   A    No.

12   Q    This is a Games Workshop product that shoots flames,

13   correct?

14   A    Yes.

15   Q    And regular flamers, they just have one nozzle on them,

16   right?

17   A    Yes.

18   Q    And heavy flamers have two, right?

19   A    Yes.

20   Q    They're larger?

21   A    Yes.

22   Q    So heavy flamer is a pretty accurate description of what

23   that product is, wouldn't you say?

24   A    It's a title of the product.  You know, you keep saying

25   it's a description of a product.  Jump pack, drop pod, they're

Jones - cross

1    the titles, the marks.

2    Q    It's also an accurate description of the product, right?

3    A    Yes.

4    Q    And you haven't presented any consumer survey or expert

5    report on what tabletop miniature customers think of when they

6    hear heavy flamer, right?

7    A    Correct.

8    Q    Librarian is another term that Games Workshop claims?

9    A    Yes.

10   Q    And it's not registered?

11   A    No.

12   Q    You have not offered any consumer survey or expert report

13   on that term?

14   A    Correct.

15   Q    Lightning claw is another registered trademark of Games

16   Workshop.  It's not -- excuse me.

17         Lightning claw is not a registered trademark of Games

18   Workshop?

19   A    Correct.

20   Q    And you haven't presented any consumer survey or expert

21   report on that term?

22   A    No.

23   Q    And land speeder is another term Games Workshop claims as

24   a trademark, right?

25   A    Yes.

Jones - cross

1  Q   It's not a registered trademark?

2  A   Correct.

3  Q   The land speeder in Warhammer 40K is a type of vehicle,

4  right?

5  A   Yes.

6  Q   It's a fast vehicle, is that true?

7  A   Yes, pretty fast.

8  Q   And it speeds across the land?

9  A   Yes.

10 Q   So land speeder, that's a pretty accurate description of

11 what that product does, right?

12 A   It's the --

13        Well, it's a description of how it moves.  It does

14 lots of other stuff.  So it fights.  It has a role in the

15 combat.  It's not just a mode of conveyance.

16 Q   So you're saying it's a product name?

17 A   Yes.

18 Q   But it also accurately describes what it does?

19 A   Well, part of what it does, yes, part of what it does.

20 Obviously, like I say, it's not just a mode of conveyance.  It

21 has guns and all sorts of other stuff.

22 Q   You know there are land speeders in Star Wars, too, right?

23 A   Yes.

24 Q   And, of course, you know there are Star Wars miniatures

25 out there, right?

1    A    Yes.

2    Q    And Games Workshop has not offered any consumer survey or

3    expert report on that term either?

4    A    No.

5    Q    I want to talk briefly about alternative product bits.

6            Do you remember testifying about those yesterday?

7    A    Yes.  You mean of shoulder pads and the like?

8    Q    That Games Workshop sells, yes.

9    A    Yes.

10   Q    And you talked yesterday about how Games Workshop sells

11   these parts through its ForgeWorld website; do you remember

12   that?

13   A    And through the main Games Workshop website as well.  You

14   can say accessory parts there, too.

15   Q    And you showed us PEX-416.  Can we bring that up?  You

16   talked about this exhibit yesterday, right?

17   A    Yes.

18   Q    And you talked specifically about seven alternative bits,

19   parts, that Games Workshop sells?

20   A    Seven.  If that's how many were shown yesterday, then

21   that's what we talked about.

22   Q    Aside from those seven, for every other product accused in

23   this case, Chapterhouse is the only one who is selling that

24   replacement bit, correct?

25   A    I don't know actually.  We have looked at seven bits.  I

 1  don't know the entire ForgeWorld or Games Workshop range.

 2  Like I said, there's two or three thousand codes in Games

 3  Workshop alone.

 4  Q   Let's take a look first at what you showed us.

 5          Now, this is a replacement door that you showed us

 6  yesterday, right?

 7  A   Yes.

 8  Q   They have the emblems of the Alpha Legion Space Marine on

 9  them?

10  A   Yes.

11  Q   But Chapterhouse doesn't sell an Alpha Legion replacement

12  door product, right?

13  A   You know, I can't remember what they called it.  I don't

14  know.  They may well.  They sell so many things based on our

15  products that I can't remember them all.

16  Q   There's not a Chapterhouse Alpha Legion replacement door

17  product on your claim chart?

18  A   Okay.

19  Q   Let's go to page 44 of the exhibit.

20          This shows a Games Workshop Thunder Hammer conversion

21  pack, is that right?

22  A   Yes.

23  Q   And you showed the jury this product yesterday because

24  Chapterhouse sells a type of Thunder Hammer bit product, too?

25  A   Yes.

1   Q   If you blow up the Thunder Hammer conversion pack title

2   there, Games Workshop doesn't put a TM after Thunder Hammer in

3   there, does it?

4   A   No, it doesn't.  You don't have to.

5   Q   If we can zoom back out.

6           Now, you know, Mr. Jones, that Games Workshop started

7   selling this alternative bit product after Chapterhouse

8   started selling its Thunder Hammer product; you know that?

9   A   Right.

10  Q   Let's go to page 37.  And you showed us this product

11  yesterday, right?

12  A   Yes.

13  Q   It's called the Space Marine character conversion set?

14  A   Yes.

15  Q   And you said one of the parts in this kit has an

16  alternative arm product that you talked about, right?

17  A   Well, I actually said there's four alternative arms on

18  there because I made the point that when you finished with

19  this kit, you would have some extra bits to go in your bits

20  box unless you're making some warrior with four arms.  If you

21  remember, that's what I actually said.

22  Q   There's more than just arm parts in this product?

23  A   Evidently, yes.

24  Q   You understand Chapterhouse sells a power arm product by

25  itself as a --

1  A   Sells?

2  Q   A power arm product by itself as an alternative bit?

3  A   Yes.

4  Q   And you understand that Games Workshop started selling

5  this product after Chapterhouse started selling its power arm

6  replacement product?

7  A   And -- yes, maybe.  Actually I don't know that.

8       So what we were using this is to show Games Workshop

9  has, since I have been at the company, has been selling

10  accessory and add-on components.

11       That's what these were for, to show that actually

12  with a Games Workshop product, you get lots of choice in the

13  box.  And then we also sell lots of other add-on things,

14  whatever they might be.  And this is an example of one.

15  Q   But this is an example of a product that Games Workshop

16  didn't sell until after Chapterhouse started selling its power

17  arm product, is that correct?

18  A   It may well be, but that wasn't the point of the exhibit.

19  Q   My point --

20       If that is true, then you will agree that

21  Chapterhouse couldn't have copied this particular product; you

22  will agree with that?

23  A   No.  I don't think we're saying Chapterhouse is copying

24  this specific product.  We were using this as an example of

25  the fact that you can get many different extras and add-ons

Jones - cross

1    for our range.

2    Q    Can we go to page 2?

3    A    And actually I was talking about trademarks.

4         THE COURT:  There is no question pending.

5         THE WITNESS:  Sorry.

6    BY MR. COOPER:

7    Q    You showed the jury this page, Games Workshop assault

8    squad shoulder pads?

9    A    Yes.

10   Q    And, again, you understand that Games Workshop started

11   selling this product after Chapterhouse started selling an

12   alternative bits shoulder pad product, right?

13   A    You know, I'm not sure about that.

14   Q    But do you know, if we go down to the bottom of the page

15   and blow up the date there, you see that that says

16   August 10th, 2011, right?

17   A    Yes.  That would be the date that that was printed out.

18   I'm not sure what that's supposed to prove.

19   Q    And that's after this litigation started?

20   A    Yes.  That's when this piece of paper or document was

21   printed out.  I don't know what that proves as regard to what

22   you're saying about the product, but --

23   Q    There are 163 Chapterhouse products on the claim chart,

24   right?

25   A    Something like that, yes.

Jones - cross

1    Q   And you will agree that for 159 of them, Games Workshop

2    did not sell an alternative bit product before Chapterhouse

3    sold an alternative bit product, right, or do you know?

4    A   I don't know.

5    Q   But after two and a half years of litigation, you will

6    agree that the claim chart is what you talked about and are

7    offering into evidence today?

8    A   Yes.

9    Q   Games Workshop also claims that it has trademarks on

10   certain images, right?

11   A   Yes.

12   Q   Mr. Jones, you know you don't just get a trademark on any

13   picture you draw, right?

14   A   Sure.

15   Q   And you don't have a registered trademark on any of the

16   icons that you were shown and talked about yesterday, right?

17   A   Actually, no, that's not true, is it, because if I

18   remember rightly, the Warhammer 40,000 logo and the Double-

19   Headed Eagle, the Warhammer 40,000 Aquilla logo, those are

20   registered trademarks.  Yes, they are; so that's not correct.

21   Q   My mistake.  Other than those two, the other icons that

22   you talked about are not registered?

23   A   Correct.

24   Q   One of the images you are claiming is a trademark is for

25   what you have called the Soul Drinkers icon, right?

Jones - cross

1    A    Right.

2    Q    Let's take a look at your chart first, PEX-1019, and go to

3    page 7.

4              And the Soul Drinkers icon is there on the right side

5    of the chart, right?

6    A    Yes.

7    Q    And that is Games Workshop's image?

8    A    Yes.

9    Q    And this is a picture of a chalice or cup, is that fair?

10   A    Yes.

11   Q    And Games Workshop doesn't think it has a trademark on all

12   chalices?

13   A    No.

14   Q    And now this chart, it takes a snapshot, but that's not

15   the full page, correct?

16   A    Sorry.  Say that again.

17   Q    This chart, it takes a little snippet from a Games

18   Workshop product, right?

19   A    Yes.

20   Q    And you can identify the Games Workshop product by looking

21   at PEX-325, is that right?  If you look under the Games

22   Workshop picture, there is a citation.

23   A    Okay, yes.

24   Q    Now, this chart with the snippet, that was made for this

25   litigation?

1    A    Yes.

2    Q    And it was made by your lawyers?

3    A    Yes.

4    Q    So let's take a look at where this image comes from PEX-

5    325.

6              And this is a book that is sold by Games Workshop,

7    right?

8    A    Yes.

9    Q    Now, if you're looking at this book cover, you see the

10   term Soul Drinker, right?

11   A    Right.

12   Q    That's the word Soul Drinker you see?

13   A    Yes.

14   Q    And if you are looking at it, you can see Ben Counter,

15   right?

16   A    Yes.

17   Q    You said that's a fairly famous author in the Warhammer

18   40K?

19   A    Yes.

20   Q    You can also see the Warhammer 40,000 logo down there at

21   the bottom, right?

22   A    Correct, yes.

23   Q    And that's easy to see on the cover?

24   A    Yes.

25   Q    And the Warhammer 40,000 logo, it's well-known in the war

1  game community, right?

2  A    Yes.

3  Q    And Warhammer 40,000 there, that's a brand, right?

4  A    Yes.

5  Q    Warhammer 40,000, you said that's an actual registered

6  copyright -- trademark.  Excuse me.

7  A    Yes.

8  Q    By the way, can you think of any other products that you

9  sell for Warhammer 40,000 that do not have that Warhammer

10 40,000 logo on it?

11 A    Any products that we sell for Warhammer 40,000 that don't

12 have the Warhammer 40,000 logo on them.  Probably most of --

13        I'm not sure actually.  I would have to look at the

14 ForgeWorld Warhammer 40,000 products.  I'm not sure that they

15 carry the Warhammer 40,000 logo.  They will carry the

16 ForgeWorld logo.

17 Q    All --

18 A    As an example.  Again, we have got two or three thousand

19 products.  So I can't exhaustively remember every single one

20 of them and think, does that have the 40K logo on it or not.

21 But in general terms, Warhammer 40,000 products will bear the

22 Warhammer 40,000 logo.

23 Q    Okay.  So looking back at this book, you see that there is

24 some text at the top, right, that says, "In the grim darkness

25 of the far future, there's only war."

Jones - cross

1      Do you see that?

2   A   Yes.

3   Q   And that's kind of a Warhammer 40,000 slogan, right?

4   A   Yes.

5   Q   But you're not alleging that's a trademark, right?

6   A   Well, what we said about -- where these logos and what

7   have you came in, we were talking about the fact that there

8   are some things that aren't specifically a trademark in terms

9   of words or icons.  Some icons are trademarks and we actually

10  use them on products.

11      But we're holding that actually there are some icons

12  that rather like, if you remember the Daily Planet example we

13  gave, that they're uniquely associated in the minds of our

14  customers.  When you combine this particular chalice with the

15  name Soul Drinker and a Space Marine shoulder pad, that it's

16  uniquely and irrevocably part of our universe, and our

17  customers will think of it in the same way.

18      They will see that chalice.  They will see that

19  combination of elements and go, that's a Soul Drinker Space

20  Marine shoulder pad.

21  Q   I'm sorry.  Let me ask my question again just to make sure

22  that you heard it.

23      You're not claiming that that text I just read up

24  there is a trademark, correct?

25  A   Correct.

1  Q   Now, if you look at this book cover, you see a Space

2  Marine, right?

3  A   Yes.

4  Q   And when you are looking at this book cover, you see that

5  that Space Marine has a skull icon on his knee.  Do you see

6  that?

7  A   Yes.

8  Q   You're not claiming that that skull icon on his knee is an

9  icon, right?  Excuse me.  Is a trademark, correct?

10  A   No.

11  Q   And if you look, you can see that he has --

12  A   Well, actually, I'm not so knowledgeable in our IP that I

13  would know necessarily what -- our customers may look at that

14  icon on his knee and go, that is immediately identified with a

15  particular part of the Warhammer 40,000 mythos in the same way

16  the Daily Planet may be associated with Superman.  I'm not

17  sure about that.

18          But in this claim, we're not -- we're certainly -- I

19  don't believe we're saying that Chapterhouse are infringing

20  that particular mark, no, if a mark it is.

21  Q   You can't know what your customers think, right?

22  A   No.

23  Q   And if you look on his chest, there's an Eagle-type icon.

24  Do you see that?

25  A   That's under the chalice, winged chalice, I believe,

1  because they're the Soul Drinkers.  I think that's right.

2  Q    Can we blow that up on his chest, please?

3         THE WITNESS:  Yes.

4  BY MR. COOPER:

5  Q    Do you see on --

6  A    It's another version of the Soul Drinkers chalice mark.

7  Q    Do you see on his gun, he's got a wing as well; do you see

8  that?

9  A    Yes.

10  Q    And that's not an icon that you're claiming is a

11  trademark, right?

12  A    In this case, no.

13  Q    And so if you look, you can also see an icon of a chalice

14  on his shoulder pad, right?

15  A    Yes.

16  Q    You haven't shown us any other examples of this Soul

17  Drinker icon on the covers of any Games Workshop products,

18  right?

19  A    Right.

20  Q    And you haven't shown, for example, a series of books

21  where this icon appears?

22  A    There's a series of Soul Drinkers novels, and I know that

23  the icon appears on this one.  And without seeing the

24  individual covers of the other ones, I'm not sure whether it's

25  on there or not.

Jones - cross

1   Q   You haven't shown a series of books that have this icon?

2   A   Okay, no.

3   Q   And, Mr. Jones, you haven't presented any customer surveys

4   showing that customers buy this book because they see this

5   icon, right?

6   A   We have not created customer surveys, no.

7   Q   Let's go back to your chart a second at 1019.  And I don't

8   want to walk through each one of these.

9   A   Right.

10  Q   I think that we'll all be happy about that.

11       But please feel free to refer to PX-1019 in your

12  binder because I'm going to ask you a couple general questions

13  about the chart.

14       Now, you talked about all of the icons in this chart

15  during your direct examination, right?

16  A   No.  We talked about the Blood Angels, I think it is, icon

17  on the right there.  Isn't that the one we talked about?

18  Q   I mean, in all of the pages, you walked through all of the

19  pages in this exhibit during the direct examination?

20  A   Yes.

21  Q   And this exhibit contains all of the Games Workshop icons

22  that you think are infringed in the right-hand column,

23  correct?

24  A   Yes.

25  Q   Now, Games Workshop is -- you think Games Workshop is

1  proud of its Warhammer 40,000 icon that is registered, right?

2  A    Right.

3  Q    It's proud of its double Eagle icon as well, right?

4  A    Yes.

5  Q    And so that's why Games Workshop makes sure to put that

6  Warhammer 40,000 logo on its product covers, right?

7  A    Yes.

8  Q    And it makes sure to put the name Games Workshop on its

9  products?

10  A    Yes.

11  Q    Now, for each of the products that the Games Workshop

12  icons appear on in the right-hand column, do you know of any

13  that are sold without the Games Workshop name or without the

14  Warhammer 40,000 logo on them?

15  A    Sorry.  Say that again.

16  Q    Yes.

17        Do you know for any of the products in the right-hand

18  column of any that are sold without the Games Workshop name on

19  the cover or without the Warhammer 40,000 icon on the cover?

20  A    I can't definitely say either way.  As I said, if

21  ForgeWorld is selling products with those icons, just as an

22  example, they're unlikely to have a Games Workshop logo or a

23  Warhammer 40,000 logo as well.  So there may well be.

24  Q    Do you know of any in the right-hand column?

25  A    No.

1  Q   And for all of the icons that you talked about yesterday

2  in that right-hand side of the chart, you haven't presented

3  any consumer survey showing why the customers buy the products

4  that these icons appear in?

5  A   No.

6  Q   And you haven't talked about any evidence that you say

7  evidences that a customer who is buying a Chapterhouse product

8  in the left-hand side of the column actually thought it was a

9  Games Workshop product because it had one of those icons?  You

10 didn't present any evidence like that?

11 A   No, I didn't.

12 Q   Okay.  Let's talk about the way that Chapterhouse has

13 actually used some of the trademarks Games Workshop is

14 bringing in this case.

15         Now, Mr. Jones, do you recall yesterday giving an

16 example of replacement wiper blades for your Mercedes?  Do you

17 recall that?

18 A   I do.

19 Q   And you agree that if Chapterhouse says in the description

20 of its product that it is compatible with Games Workshop, then

21 that would be fine with you?

22 A   So long as -- we would be fine so long as it uses the

23 minimum that it needs to identify that.  It's not an

24 opportunity to go, hey, this would be great to be used as this

25 or that, or you could try doing this with that.

Jones - cross

1     It's just that factual, like with the wiper blades,
2  you look down the charts and wiper blade 33B is compatible
3  with Mercedes X.
4  Q   But Mr. Jones, that's exactly what Chapterhouse does,
5  isn't it?
6  A   No.
7  Q   Now, there is more than one way to say compatible; you
8  would agree with that?
9  A   No.  I would say compatible is fairly straightforward.
10 Q   You don't think there is any other synonym or term that
11 would also mean compatible?
12 A   Well, I would say the word "compatible with" is fairly
13 clear.  That would certainly be my starting point.  Compatible
14 with means compatible with.
15 Q   That would be your starting point, but you understand that
16 there are other words in the English language that mean
17 compatible, right?
18 A   Well, I would look at those on a case-by-case basis and
19 see do I think that's true or not.
20 Q   And I think we'll do that, but just overall, you will
21 agree that there are words that mean compatible, right?
22 A   Well, let's look at some, shall we?  I'm not going to --
23     I think that the language "compatible with" is so
24 very, very clear that in terms of trademark usage, going
25 further than that is unnecessary.  That's a perfectly

 1  acceptable and adequate way of doing it.

 2  Q   That would be one way of doing it, but there can be

 3  others, too?

 4  A   I don't know.  Let's have a look, shall we?

 5  Q   You talked about Chapterhouse's website yesterday, right?

 6  A   Correct.

 7  Q   And you specifically looked at PEX-690, page 51, if we

 8  could take a look at that.

 9      (Brief interruption.)

10  BY MR. COOPER:

11  Q   Page 51, please.  And if we could blow up the top half of

12  that page.  Down a little more.

13          And you said you had a problem with the tabs on the

14  left because you said they're organized by your trademarks,

15  correct?

16  A   Yes, by and large.  Eldar and Imperial Guard and

17  Lizardmen, Space Marines, Tau, Tyranid.  So by and large,

18  they're our trademarks.

19  Q   So, for instance, Eldar is one of your trademarks,

20  correct?

21  A   Yes.

22  Q   Do you see where that tab says "Eldar compatible bits"?

23  You see that, right?

24  A   Yes.

25  Q   I think you also mentioned that you have a problem with

Jones - cross

1  Chapterhouse's icon at the top of the page, is that right?

2  A    Well, only inasmuch as coincidentally.  It's an Eagle

3  motif which is, of course, as you have said, the most

4  established registered Warhammer 40,000 icon, yes.

5  Q    But are you saying that Games Workshop thinks that

6  Chapterhouse's Eagle infringes Games Workshop's icon?  Are you

7  saying that?

8  A    I think we're saying that it's -- no, we're not.  It's

9  a -- it's just a part of that overall accumulation of

10  coincidence.

11  Q    So you would agree that you didn't present any evidence

12  yesterday that Chapterhouse has infringed the Games Workshop

13  Aquilla or Eagle icon; you would agree with that?

14  A    Yes.

15  Q    Okay, let's talk about a few specifics.  We have talked

16  about how you contend that Games Workshop owns a trademark of

17  the phrase Blood Angels, correct?

18  A    Yes.

19  Q    And you have accused Chapterhouse of infringing that mark?

20  A    Right.

21  Q    But you know Chapterhouse doesn't use the term Blood Angel

22  in the product names of any of its products, right?

23  A    I would have to look at that and we'll see, yes.

24  Q    Okay.  Then let's take a look at PEX-1020 and go to

25  page 8, please.

Jones - cross

1            Now, product 4 here is called shoulder pads for Blood

2   Eagle Tactical.  Do you see that?

3   A   Yes.

4   Q   And now, first, you have highlighted some terms in this

5   chart, right?

6   A   Yes.

7   Q   Or you haven't highlighted; the lawyers highlighted?

8   A   They have been highlighted, yes.

9   Q   And the words in the left-hand column are taken from

10  Chapterhouse's website?

11  A   Yes.

12  Q   But, of course, those words aren't highlighted in

13  Chapterhouse's website, right?

14  A   Correct.

15  Q   And, also, Blood Eagle, that's not a trademark that you

16  are alleging is infringed in this case?

17  A   That's right.  But what we are saying is that Blood Eagle

18  is a proxy for Blood Raven.  It's a nod-nod-wink-wink -- it's

19  our Blood Ravens chapter.

20  Q   You're not bringing a claim for trademark infringement for

21  a proxy, right?

22  A   No.

23  Q   And you would agree that the word "tactical" by itself is

24  not a trademark that is being alleged infringed in this case?

25  A   No, that's right.

Jones - cross

1   Q   And you testified yesterday that you're not using all of

2   the highlighted terms as trademarks, so you don't get too hung

3   up on that is what you said.

4        You recall that, right?

5   A   Yes.

6   Q   So this snippet in the Chapterhouse left-hand side of the

7   column, that doesn't show everything that customers would see

8   if they went to the Chapterhouse website, right?

9   A   Sorry.  Say that again.

10  Q   This is just a snippet from the Chapterhouse website?

11  A   Yes.

12  Q   So this doesn't show everything that a customer would see

13  if they went to the Chapterhouse website, right?

14  A   I guess not, no.

15  Q   Let's go to the Chapterhouse website at PEX-435, page CHS

16  1541.  Back just one more, please.

17        So this is a page from the Chapterhouse website,

18  right?

19  A   Yes.

20  Q   And you know that because it says Chapterhouse Studios at

21  the top?

22  A   Yes.

23  Q   And to the left of Chapterhouse Studios, you see what was

24  the old Chapterhouse Studios icon, correct?

25        if we can blow up the top, the Chapterhouse Studios

Jones - cross

1    header.

2    BY MR. COOPER:

3    Q    Do you see where it says Chapterhouse Studios at the top

4    of the web page?

5    A    Yes.

6    Q    And to the left is the old Chapterhouse logo?

7    A    Yes, the Eagle motif, yes.

1  Q   And underneath it says "specializing in custom sculpts and

2  bits for Warhammer 40,000 and Fantasy."  You see that?

3  A   Yes.

4  Q   If we zoom back out on this web page, Chapterhouse is

5  selling a product called Shoulder Pad for Blood Eagle

6  Tactical, right, and that corresponds with what we just looked

7  at in the chart?

8  A   Yes.

9  Q   And the term Blood Angel is not used in the name of the

10 Chapterhouse products, right?

11 A   Correct.

12 Q   The term Blood Angel is in the description that's below

13 the product's name?

14 A   Yeah.

15 Q   And in its description of this product Chapterhouse says,

16 "This is a shoulder pad with Eagle or Blood Raven on the face.

17 The wings of the bird are surrounding an inverted blood drop

18 or gem.  This shoulder pad works well with Blood Raven or

19 Blood Angel themed armies."  Do you see that?

20 A   I do.

21 Q   Do you see where it says "works well with"?

22 A   Yes.

23 Q   You'd agree, wouldn't you, that works with is synonymous

24 with compatible, right?

25 A   No, I wouldn't.  I think this goes -- what I was saying

1  yesterday, I think this goes far beyond that.  This is

2  saying -- all this needs to say is here's a shoulder pad, it's

3  compatible with Games Workshop Space Marines.  I don't see why

4  it has to go into anymore detail and description on how it

5  works well with this or it works well with that.  That's not

6  saying compatible.  Compatible is about -- compatible is about

7  factual fit.  Factual.  Fact, this Space Marine, this shoulder

8  pad.  I mean, apart from the copyright issues on shape and all

9  of that, the factual thing, which is what compatibility is

10  about, is factually this thing fits on the physical shape of a

11  particular model, a kit, a model soldier or a vehicle.  Works

12  well as is going well past that.

13  Q   So you just said that if it says works with Games

14  Workshop's Space Marine, that's okay?

15  A   Compatible with Games Workshop Space Marines.

16  Q   Because you think works with is different than compatible?

17  A   Yes.  Well, you're saying works well.  You're not saying

18  works -- you know, you were saying works well with Blood Raven

19  or Blood Angel themed armies.  The point of the compatibility

20  is literally to say does it physically fit, is it something

21  like a component from a vehicle, is it compatible with that

22  engine.  You know, that's what it means.  That's what

23  compatible means.

24  Q   But if it says just works with without the well, that

25  would be okay?

Jones - cross

1   A   No.  Well, it depends on what the other bit is.  If it's

2   works with, loads of crazy this, that and the other -- works

3   with isn't an excuse to then have that as a preface for a

4   whole lot of descriptive stuff coming after it.  If it says

5   works with, and then what's the minimum you need to say?

6   Games Workshop Space Marine models.

7   Q   Now, if you look at the bottom of this web page, if we

8   zoom out.  And the bottom of the web page goes on to the next

9   page, if we could put that up.  Thank you.

10          Do you see at the bottom of this web page -- let's

11  blow it up so it's a little larger.

12          You see there's a disclaimer here, right?

13  A   Yeah.

14  Q   Okay.  Can we blow up the disclaimer.

15          You've seen this website before, right?

16  A   Yes.

17  Q   You've seen that there are disclaimers at the bottom of

18  Chapterhouse's website, right?

19  A   Yeah.

20  Q   Do you see at the top where it says, "This website is

21  completely unofficial and in no way endorsed by Games Workshop

22  Limited"?  You see that, right?

23  A   I do, yes.

24  Q   And you agree that that statement is accurate?

25  A   Yes.

1  Q   And then it goes on and it gives a long list of terms.

2  You see that?

3  A   Yeah.

4  Q   And in that first line, two thirds of the way through do

5  you see the term Blood Angels?

6  A   Yeah.

7  Q   So Blood Angels is in that disclaimer list, correct?  And

8  if you look down at the end of that long list of items, yes,

9  right there, it says -- ends with "Warhammer 40,000 universe

10 are either R, with a circle around it, TM and/or C, with a

11 circle around it, copyright Games Workshop Limited, 2000 to

12 2010 variably registered in the UK and other countries around

13 the world.  Used without permission.  No challenge to their

14 status intended.  All rights reserved to their respective

15 owners."

16        Do you see that?

17 A   Yes.

18 Q   Do you recognize that disclaimer?

19 A   How do you mean do I recognize it?

20 Q   The disclaimer was written by Games Workshop, correct?

21 A   I'm not sure about that.

22 Q   Okay.  Let's take a look at --

23 A   I think it comes from our IP policy.

24 Q   Let's pull up DX 177.

25        Do you see DX 177 in the bottom sheet there?

1   A   I can't read it, to be honest.

2   Q   Do you see where it says Games Workshop at the top?

3   A   I can see the Games Workshop logo, yeah.

4   Q   Do you see that's a Games Workshop web page?

5   A   Yes.

6   Q   Let's zoom out and look at the title of the page.  Right

7   there, yes.

8          Do you see where it says disclaimers and trademark

9   lists?

10  A   Yes.

11  Q   Now, Games Workshop wrote this page, correct?

12  A   Yes.

13  Q   And the first line under disclaimers and trademark lists

14  says, "Please choose the relevant disclaimer out of the

15  following and place it on your site."  Do you see that?

16  A   I need to say here you're using this completely out of

17  context because this is a set of guidance for noncommercial

18  websites.  This is for fan sites, and saying that if you've

19  got a fan site and you're not making any money, you don't sell

20  products on it, then we'll let you do that so long as you

21  follow these guides.  That's what our I -- intellect -- if

22  that's where this is from, this is not -- we do not anywhere

23  on our website say if you want to set up a commercial website

24  selling products.

25          MR. COOPER:  Can I ask -- I'm sorry.  Could I ask you

Jones - cross

1    to instruct the witness to answer the question.

2           THE COURT:  Okay.  Please answer the question.

3           Put your question again so he has it in mind.

4    BY MR. COOPER:

5    Q    My question is, do you see where it says, "Please choose

6    the relevant disclaimer out of the following and place it on

7    your site"?  Do you see that?

8    A    Yeah, I do see it.

9    Q    And then under general it says, "This website is

10   completely unofficial and in no way endorsed by Games Workshop

11   Limited."  Do you see that?

12   A    I see that, yes.

13   Q    And then there's a long list of names under that.  Do you

14   see that?

15   A    Yes.

16   Q    And that's the language that we just looked at on the

17   Chapterhouse website, correct?

18   A    Yes.

19   Q    Now, Imperial Guard is another one of your trademarks that

20   you say Chapterhouse has infringed, right?

21   A    Yes.

22   Q    Let's look at PX 1020 at page 109.  109, please.

23          Now, product 115 here is called SCAR Rifle Variety

24   Set 28 Millimeters.  Do you see that?

25   A    Sorry, where were you --

1          SCAR Rifle Variety Set 28 Millimeter, yeah.

2   Q   And you see this product implicates trademark issues only,

3   not copyright, right?

4   A   Yes.

5   Q   Under the name of the Chapterhouse product there's a

6   description of that product.  Do you see that?

7   A   Yeah.

8   Q   And, again, that's from the Chapterhouse website?

9   A   Yes.

10  Q   But that's not all that customers are going to see if they

11  go to the Chapterhouse website?

12  A   No.

13  Q   Let's take a look at the Chapterhouse website, PX 690 at

14  CHS 28721.

15          Okay.  We'll move on for a second.

16          I want to talk to you about the word Space Marine

17  first.

18  A   Okay.

19  Q   Space Marine is one of the trademarks you say that

20  Chapterhouse has infringed?

21  A   Um-hum, yes.

22  Q   And the Warhammer Space Marine, the Warhammer 40K Space

23  Marine is a type of soldier, right?

24  A   Yes.

25  Q   Hence, the name marine?

Jones - cross

1   A   Yeah.

2   Q   And you know marine is a branch of the U.S. Navy?

3   A   Yes.

4   Q   You don't have a license from the Navy to use the term

5   marine?

6   A   No.

7   Q   You didn't ask permission from the U.S. government?

8   A   No.  I don't think they do tabletop fantasy war games.

9   Q   And the Games Workshop space marine, they're futuristic

10  marines?

11  A   Yes.

12  Q   And they can travel through space?

13  A   Hum.

14  Q   Is that a yes?

15  A   Yes.

16  Q   So when people refer to space marine, they could just be

17  referring to marines in space and not your product, correct?

18  A   They -- they could.

19  Q   And Games Workshop is not the first company to use the

20  term space marine on product covers or packaging, right?

21  A   Correct.

22  Q   And you've not presented any consumer survey or expert

23  record analyzing the term space marine, correct?

24  A   Correct.

25  Q   Let's look at your chart, PX 1020, and turn to page 62.

Jones - cross

1          Product 70 you see is called Shield Compatible With

2    Iron Hands Style Armies?  Do you see that?

3    A    Yes.

4    Q    And this product also implicates trademark, not copyright?

5    A    Yes.

6    Q    And under the name of the Chapterhouse product there's a

7    description of that product.  Do you see?

8    A    Yeah.

9    Q    And that's taken from the website of Chapterhouse?

10   A    Yeah.  If you say so, yes.  Yes, it is, yeah.

11   Q    Let's take a look at the Chapterhouse website this is

12   from.  Will we be able to pull up PX 435 at CHS 1527.

13          Okay.  This is a page from Chapterhouse's website,

14   yes?

15   A    Yes.

16   Q    And you know that because it says Chapterhouse Studios

17   again on top?

18   A    Yes.

19   Q    And there's the Chapterhouse logo on the left.

20          In this website you don't see the Games Workshop logo

21   anywhere, right?

22   A    Correct.

23   Q    Now, Chapterhouse is selling the product Shield Compatible

24   With Iron Hands Style Armies on this page, right?

25   A    Yeah.

Jones - cross

1   Q   So you see that the product title here says compatible

2   with in it, correct?

3   A   Yeah.

4   Q   So you would not have a problem with that use of --

5   A   Don't have a problem with the words compatible with, but

6   given that Chapterhouse say that their business is making a

7   wide range of things, accessories compatible with a wide range

8   of science fiction and fantasy war games, why they have to

9   then go straight to our IP and, rather than shield, compatible

10  with 28 millimeter scale models?  That's what it's compatible

11  with.

12  Q   What you said earlier is that you don't have a problem if

13  Chapterhouse uses the term compatible with.  That's what you

14  said?

15  A   I said compatible with the -- that if you're establishing

16  that as a matter of fact which kit it works with, and then I

17  said that does not then excuse, the words compatible with do

18  then not excuse any catalog of other people's trademarks or --

19  Q   So what you're saying is you did say that compatible with

20  is okay, but now you're saying that you have to look at the

21  rest of the business?  That's what you're saying now?

22  A   I haven't changed anything I've said.  What I said a few

23  minutes ago was compatible with is there so that you can say

24  it's compatible with and then matter of fact the actual

25  product that it's compatible with.  So I've made it very clear

Jones - cross

1  that just saying the words compatible with does not then

2  excuse any list of nonspecific product other people's IP

3  references.

4        So in this case it's a shield that's compatible with

5  28 millimeter scale models.  Fact.  Done.  That's all you need

6  to say.

7  Q   Do you see where it says in the product name "Shield

8  Compatible With Iron Hands Style Armies."  Do you see that?

9  A   I do see it, yes.

10 Q   And, now, below if you look in the description, you see in

11 the first sentence that it says this -- "a high detail 28

12 millimeter shield based on the mailed fist theme, useful for

13 fantasy models as well as Iron Hand or other hand-based Space

14 Marine models."  You see that, right?

15 A   Yes.

16 Q   And after Space Marine it has the registered copyright

17 symbol?

18 A   Yeah.

19 Q   If you look at the bottom of the website, which goes on to

20 the next page, you see that same disclaimer, correct?

21 A   The one you're using out of context.  Yes, I do.

22 Q   Do you see that same disclaimer?

23 A   Yes, I do.

24 Q   Now, you also showed the jury yesterday a couple of eBay

25 pages.  Do you remember that?

Jones - cross

1    A    I do, yes.

2    Q    Okay.  Let's take a look at PEX 5 and start with page 10.

3    You remember calling -- talking about this yesterday?

4    A    I do, yes.

5    Q    And you know how eBay works, right?

6    A    Yeah.

7    Q    So you can do a search on eBay and then a bunch of search

8    results come up, right?

9    A    Yeah.

10   Q    And those search results show the titles of products?

11   A    Yes.

12   Q    And then if you click on one of those titles, you get this

13   sort of listing page?

14   A    Yeah.

15   Q    It brings you to this type of page, I mean?

16   A    Yes.

17   Q    So what you showed us yesterday or what you talked about

18   yesterday was the title here, which says Resin Drop Pod For

19   40K Warhammer 40,000 Space Marines, right?  You remember that?

20   A    Yes.

21   Q    Now, what you did not show yesterday was the whole

22   description box below, correct?

23   A    Yes.

24   Q    Let's blow that up.

25        You didn't talk about the description here, right?

1  A    No.

2  Q    Okay.  Now, this says, "This is a custom sculpt drop pod."

3  Do you see that?

4  A    Yes.

5  Q    "This is hand-sculpted and completely original."  Do you

6  see that?

7  A    I can see -- I can see it, yes.

8  Q    "It can be used in any science fiction game.  I used them

9  for my 40K Space Marine army."  Do you see that?

10  A    Yes.

11  Q    And then do you see a couple of sentences later, "The one

12  shown" --

13        Sorry.  I can't read that.

14  A    It says, "The one shown is a Salamanders chapter pod."

15  Q    Thank you.

16        And it goes on, "But you can use these for Blood

17  Angels, Dark Angels, Space Wolves, Ultramarines, Black

18  Templars and any other chapter of your choosing or creation."

19  Do you see that?

20  A    Yes.

21  Q    And a couple of other lines down it says, "This is not a

22  Forge World drop pod or a recast of one."

23  A    Yes.

24  Q    And then it says, parentheses, "That would be copyright

25  infringement," end parentheses.  Do you see that?

Jones - cross

1    A    I do.

2    Q    It says, "This is an original sculpt," correct?

3    A    Yes.  Well, it says that, yes.  I'm not saying that's

4    correct.

5    Q    Now, if we zoom back out, if you look at the bottom right

6    of this page, you can see the date, hopefully, if we can zoom

7    in.

8    A    Yep.

9    Q    I think you can just barely see that that says June 30th,

10   2008, right?

11   A    Yes.

12   Q    And you haven't shown any eBay pages after the lawsuit was

13   filed in 2010, correct?

14   A    I don't think so, no.

15   Q    And Mr. Villacci now has a website to sell his products

16   on, right?

17   A    Yes.

18   Q    Okay.  You also showed us page 7 of this exhibit

19   yesterday.  Do you remember that?

20   A    Yes, I do.

21   Q    And you pointed out the title yesterday, correct?

22   A    Yes.

23   Q    You didn't talk about description, correct?

24   A    No.

25   Q    Okay.  Let's blow up the description.

Jones - cross

1        First, you know that this product is not an accused

2 product in the lawsuit?

3 A  Sure.

4 Q  And do you see the first line, "Okay, folks, due to

5 overwhelming demand, I have made some custom Salamander Rhino

6 parts"?  Do you see that?

7 A  I can see that.

8 Q  And then below that, "These can easily be used for any

9 Space Marine chapter out there."  You see that?

10 A  Yeah.

11 Q  And a couple of paragraphs down it says, "The parts fit

12 right on where the regular Rhino parts would fit.  Easy to

13 do."  You see that?

14 A  Yes.

15 Q  Okay.  Thank you.  You can take that down.

16        Now, Mr. Jones, yesterday you suggested that if

17 Chapterhouse is selling something that's a shoulder pad, what

18 they need to say is here's a shoulder pad for use with 28

19 millimeter scale war games.  That's what you suggested?

20 A  Yes.

21 Q  And that's all they should use?

22 A  Yeah.

23 Q  But, of course, you understand that Chapterhouse makes

24 dozens of different shoulder pad products, right?

25 A  Yeah.

1   Q   So if they were all described as shoulder pad for use with

2   28 millimeter scale war games, that would not differentiate

3   them from each other, correct?

4   A   Correct.

5   Q   There needs to be more of a description to identify what

6   shoulder pad Chapterhouse is selling, correct?

7   A   I'm not sure I agree with that.  In fact, I don't.

8   Chapterhouse say they sell accessories and parts for use in a

9   wide range of games, which evidently they don't, and then they

10   have these shoulder pads.  Well, they either are Games

11   Workshop based shoulder pads or they're not.  And in terms of

12   that compatible with, they're just making shoulder pads.

13   Fact.  And obviously there's some copyright issues there.  But

14   compatible with science fiction 28 mill figures.  That's the

15   minimum they need to say.  That's the identifier.  That's the

16   fact of the matter.

17   Q   But Chapterhouse sells dozens of shoulder pads that are

18   compatible with 28 millimeter figurines; is that right?

19   A   Yes.

20   Q   Let's bring up your claims chart, PEX 1020.

21       Now, you walked through your claims chart at length

22   yesterday.  You recall that?

23   A   Yes, I do.  Yes.

24   Q   And I will try to make this as quick as possible.

25   A   Thank you for that.

Jones - cross

1   Q   Now, for almost every single trademark you talked about,

2   Chapterhouse used that trademark to describe compatibility

3   with a Games Workshop product, correct?

4   A   No.

5   Q   Let's look.

6   A   We can -- yeah, sure.

7   Q   Now, in this first product, and that's called Eagle

8   Thunder Hammer, and you talked about the title?

9   A   Yes.

10  Q   You didn't talk about description, which, if you look at

11  it, says, "It can be used as a power weapon or a thunder

12  hammer."  Do you see that?

13  A   Yes.

14  Q   And it says, "It is well suited as an imperial thunder

15  hammer for 28 millimeter miniatures."  Do you see that?

16  A   Yes.

17  Q   Let's go to page 4.

18          And, now, this product, you remember talking about

19  this one, right?

20  A   Yes.

21  Q   And, now, tactical, that's not a trademark that Games

22  Workshop is alleging is infringed?

23  A   No.

24  Q   And down there, Heresy, that's not one either, right?

25  A   Yeah.  But that's a clear reference to Horus Heresy, which

1    is one of our trademarks.

2    Q   Okay.  And you see where it says, "This shoulder pad works

3    well with any Loyalist or Chaos Space Marine, copyright" --

4    A   Yes.

5    Q   -- "armies."

6         And it says, "works especially well with Black

7    Templars."  Do you see that?

8    A   Yeah.  Which I think goes --

9    Q   And this is --

10   A   -- well beyond the compatible with.

11   Q   Do you see where it says, "This is a pewter model that

12   fits on Tactical Space Marine, registered copyright"?  Do you

13   see that?

14   A   Yes.

15   Q   If we could go to page 13.

16        And product 9, in the product title you see that it

17   says Shoulder Pads for Deathwatch Ruinic Terminator.  Do you

18   see that?

19   A   Yes.

20   Q   And in the description it says, "It would look good in any

21   Deathwatch, Inquisition, or Dark Angels themed army.  This is

22   the same scale as a 28 millimeter Space Marine, copyright,

23   Terminator."  Do you see that?

24   A   Yes, I do see it, yes.

25   Q   If you could go to page 16, and in the 13th product it

Jones - cross

1   says Terminator shoulder pad for Flesh Tearers.  You do see
2   that?

3   A    Yes.

4   Q    In the description down there it says, "This pad looks
5   spectacular on Flesh Tearer Space Marine, copyright"?

6   A    Yes, that's what it says.

7   Q    Trademark.  Excuse me.

8        Page 17.  Now, product 14, you talked about the
9   product title, correct?

10  A    Yeah.

11  Q    But if you look in the description, it says, "These work
12  perfectly for Howling Griffon Space Marines."  Do you see
13  that?

14  A    I do see that, yes.

15  Q    And it says, "This fits standard Space Marine, registered
16  trademark, armored shoulder pads and should fit in with any
17  standard Space Marine, registered trademark," correct?

18  A    I see that.

19  Q    Go to page 20.

20       You don't have any problem with the title of this
21  product?

22  A    No.

23  Q    And if you look at the description, it says, "This
24  shoulder pad works well with any Loyalist Space Marine,"
25  copyright -- excuse me again -- "trademark, army."  Do you see

Jones - cross

1    that?

2    A    Yes.

3    Q    And it would also fit on Tactical Space Marine, trademark,

4    correct?

5    A    Which, again, goes well beyond is compatible, yeah.

6    Q    If we go to page 23.

7         You see that Chapterhouse describes this product as a

8    shoulder pad, right?

9    A    Um-hum.  Yes.

10   Q    You know Chapterhouse makes lots of shoulder pads, right?

11   A    Yes.

12   Q    So you see on this description where it says Shoulder Pad

13   for Chalice or Soul Drinker Tactical.  You see that?

14   A    Yes, I see that.

15   Q    And in the description again it says the shoulder pad

16   works well with Soul Drinker themed armies, right?

17   A    Um-hum.  Yes.

18   Q    It describes it as the standard size Space Marine tactical

19   shoulder pads, right?

20   A    Yes.

21   Q    And the standard size that we're talking about here is 28

22   millimeter?

23   A    No.  That's a scale.  28 millimeter is a scale of models.

24   Standard size, that refers to our copyright shape and size of

25   shoulder pad.

Jones - cross

1   Q  You didn't write that sentence, though?

2   A  No.

3   Q  Page 25.

4       And you had a problem with the title, yeah?

5   A  Sorry.  Which one are we doing?

6   Q  On product 27.

7   A  Okay.

8   Q  And but you didn't talk about the description?

9   A  No.

10   Q  And the description of this product says, "A left arm that

11  can be used as a power fist or lightning claw on regular

12  infantry size miniatures and works well on terminator or power

13  armor"?

14   A  Yes.

15   Q  Page 28.

16       On product 32 you see in the parentheses it says

17  "fits on Space Marine Land Raider," right?

18   A  Yes.

19   Q  And that describes where it is meant to be used?

20   A  That's in the title of the product.

21   Q  So in the description you see several things that are

22  included in the product, right?

23   A  Yes.

24   Q  And if you look at 33, the product title says Vehicle

25  Icons for Flesh Tearers, yeah?

Jones - cross

1    A    Yes.

2    Q    And it's described as good for Land Raiders or Rhinos,

3    right?

4    A    Yes.

5    Q    If you go to page 31.

6              Once again the title here is a Conversion Kit For

7    Farseer Jetbike Rider, right?

8    A    Yes.

9    Q    The title isn't conversion kit, right?

10   A    Sorry?

11   Q    The title isn't conversion kit, right?

12   A    No.  The title is Conversion Kit For Farseer, our

13   trademark, Jetbike, our trademark, Rider, yes.  That's the

14   title, isn't it.

15   Q    So the title is not just conversion kit?

16   A    No.

17   Q    There's lots of conversion kits in Chapterhouse's

18   inventory, right?

19   A    Yeah.

20   Q    So this describes that it's a conversion kit for Farseer

21   jetbike rider.  Do you see that?

22   A    Doesn't describe it.  That's the title of the product.

23   He's using our trademarks in the title of the product.

24   Q    You see that the title is a Conversion Kit For Farseer

25   Jetbike?

1    A    Yes.

2    Q    And down in the description you see where it says that the

3    "Games Workshop jetbike kit, and not included as shown above

4    and for scale purposes only, parentheses, used without

5    permission"?

6    A    I can see that, yes.

7    Q    It says that on the website?

8    A    Yes, it does.

9    Q    And in the last sentence it says, "It is meant to aid

10   players in converting a regular jetbike kit inot a Farseer on

11   jetbike model."

12   A    I don't think that's actually in English but --

13   Q    There's a typo there.

14        It says what it is not for, though?

15   A    I don't understand what it's saying, actually.

16   Q    Let's go to page 36.

17        Oh, I'm sorry.  Could we go back up one page.

18        The product here is a conversion -- once again, this

19   is another conversion kit, right?

20   A    Yeah.

21   Q    And it doesn't just say conversion kit full stop?  It

22   doesn't say that?

23   A    No, it doesn't.

24   Q    So the product title is a Conversion Kit For Tyranid

25   Tervigon, right?

1    A    Yes.

2    Q    And then in the description it says the "Chapterhouse

3    Studios resin set contains five high detail components that

4    fit with the Games Workshop Carnifex kit," right?

5    A    Yes.

6    Q    And Games Workshop is highlighted here, but that's not a

7    trademark that you say is infringed in this case?

8    A    No.

9    Q    And then in --

10         I'm sorry.  Was that a yes?

11   A    Sorry.  I answered you.

12   Q    I didn't hear you.

13   A    And what was the question again?

14   Q    Games Workshop is not a trademark that's alleged in this

15   case?

16   A    Right.

17   Q    And then it describes -- or do you see where it says "fits

18   in between the two side torsos of the Carnifex"?

19   A    Yes.

20   Q    And that's where this product is meant to go, correct?

21   A    I guess, yes.

22   Q    Let's go to page 36.

23         Oh, I'm sorry.  Page 39.

24         The title of this is Female Heads Imperial Guard 28

25   Millimeter, right?

Jones - cross

1    A    Yes.

2    Q    And the description says that it looks great on imperial

3    guard figures, right?

4    A    Yes.

5    Q    Page 46.

6         Assault is not a trademark that's alleged infringed

7    in this case, right?

8    A    Correct.

9    Q    So looking at the description of this, at the last

10   sentence it says, "This is the standard size Space Marine

11   tactical shoulder pad."  Do you see that?

12   A    Yes.

13   Q    Page 50.

14        Again, Devastator is not an alleged infringed

15   trademark?

16   A    Right.

17   Q    Page 61.

18        You see that product 69 is the Cog Shoulder Pad Power

19   Armor?  Do you see that?

20   A    The one at the very bottom.

21   Q    At the very bottom.

22   A    Yeah.

23   Q    There's no problem with trademark in that title, right?

24   A    No.

25   Q    Let's go to the description on the next page of the

Jones - cross

1    product.

2                And again it describes this shoulder pad as looking

3    spectacular as an Iron Hand Space Marine, right?

4    A    Yeah.   And that goes far way than what it needs to say.

5    The title's great.   The title's fine.   It says what it is.

6    Q    That's your opinion?

7    A    Yes.

8    Q    At page 68, please.

9                Now, MKV, that's not a trademark that's alleged

10   infringed in this case, right?

11   A    I'm not sure, actually.   If you say not, then okay.

12   Q    You can look at page 10 -- Exhibit 1023 in your binder

13   real quick, if you will.

14   A    This binder?

15   Q    Yes.

16   A    Yes.

17   Q    MKV is not an alleged trademark in this case?

18   A    No.   That's correct.

19   Q    And this is for product 75 --

20   A    Yes.

21   Q    -- in the Chapterhouse chart?

22                GW is also not an alleged --

23   A    Yes.

24   Q    -- trademark in this case.

25                And could we go to page 69.

Jones - cross

1          And this is product 76, right?  Correct?

2  A   Yes.

3  Q   Heresy is not a trademark in this case, right?

4  A   Correct.

5  Q   And we've talked about jump packs as a trademark before?

6  A   Yes.

7  Q   And in the last sentence of this description it says,

8  "Compatible with the Games Workshop Assault Space Marines."

9  Do you see that?

10  A   Yes.

11  Q   Could we go to page 75.

12         This is Product 82.  And you see in the description

13  where it says that this kit replaces components from the Games

14  Workshop Space Marine kit?

15  A   Yes.

16  Q   And it says it looks great when used for space wolf --

17  A   See that, yes.

18  Q   Page 81.

19         Product 88, do you see this?

20  A   Yes.

21  Q   And do you see in the description of the product that this

22  is a new armored predator kit for Space Marines?  Do you see

23  that?

24  A   Yes.

25  Q   The last sentence says that it fits the standard Games

Jones - cross

| | |
|---|---|
| 1 | Workshop Space Marine predator kit? |
| 2 | A   Sorry.  Where are we looking? |
| 3 | Q   Do you see that? |
| 4 | A   Yes. |
| 5 | Q   Page 87. |
| 6 |         Now, in product 96 you've got one term that -- |
| 7 | Heresy, that's not a trademark, right? |
| 8 | A   Sorry.  Say that again. |
| 9 | Q   96, Heresy is not a trademark? |
| 10 | A   Right. |
| 11 | Q   And -- |
| 12 | A   It's a clear reference to our Horus Heresy trademark, but |
| 13 | yes. |
| 14 | Q   The full title is Pre-Heresy Scarab Shoulder Pads for |
| 15 | Thousand Sons?  Do you see that? |
| 16 | A   Yeah. |
| 17 | Q   And, again, Chapterhouse sells, as we've seen, a lot of |
| 18 | shoulder pads? |
| 19 | A   Yeah. |
| 20 | Q   So this one is described below as designed to replace the |
| 21 | current era Space Marine Terminator shoulder pads, right? |
| 22 | A   Yes. |
| 23 | Q   Go to page 101. |
| 24 |         And product 109, the title is Rapid Response Wheeled |
| 25 | Kit For Chimera? |

1   A   Yeah.

2   Q   Now, and if you look at the last paragraph, it says that

3   it's "shown assembled model uses Games Workshop Imperial Guard

4   Chimera, which is not a Chapterhouse Studios product."  It

5   says that?

6   A   Yes.

7   Q   And page 102.

8          Product 111 in the description says that it's a

9   TRU-Scale conversion kit, right?

10  A   It says that, yes.

11  Q   And there's a number of conversion kits that we've seen,

12  right?

13  A   Yeah.

14  Q   And so this isn't just conversion kit?

15  A   Well, it is just a conversion kit, yeah.  It's nothing

16  else.

17  Q   It's not described as just a conversion kit?

18  A   No.

19  Q   Because there's a lot of conversion kits; is that right?

20  A   Yeah.

21  Q   So this one says in the description that it's a conversion

22  kit for the Games Workshop Space Marine Storm Raven.  Do you

23  see that?

24  A   I do see that.

25          And that's all it needs to say.

Jones - cross

1  Q   So that sentence that I just read, that is okay with you?

2  A   If it said conversion kit compatible for Games Workshop

3  Storm Raven kit, that would be fine because it's factually

4  saying this is a conversion kit to be used and it fits, it's

5  compatible with the Games Workshop Storm Raven kit.

6  Q   It's a fact --

7  A   You can change the words a little bit, but, you know,

8  you'd say compatible with and establish the fact that this

9  conversion kit is compatible with the specific kit that it's

10 compatible with, and that's it.  That's what you need to do.

11 Q   So that's a factually true statement, that TRU-Scale

12 conversion kit for the Games Workshop Space Marine Storm

13 Raven?  That's a factually true statement?

14 A   Yes.

15 Q   Correct?

16         If we could go to PEX 1021, and go to page 3, please.

17         Product 129's title is Iconoclast Conversion Kit For

18 Space Marine Land Raider, right?

19 A   Yes.

20 Q   This is another conversion kit?

21 A   Yes.

22         And what we were contesting there, of course, was the

23 iconoclast trademark.  That's a title, yeah.  If it just said

24 conversion kit compatible with Space Marine Land Raider in the

25 description, that would be okay.

Jones - cross

1   Q   The statement conversion kit for Space Marine Land Raider,

2   that's a factually true --

3   A   In the description.

4   Q   I'm sorry.

5   A   In the description.

6           THE WITNESS:  Sorry.

7           THE COURT:  You can't talk over each other, so wait

8   for him to finish the question.

9           THE WITNESS:  Sorry.

10  BY MR. COOPER:

11  Q   The statement conversion kit for Space Marine Land Raider,

12  that is a factually true statement, correct?

13  A   I'm not sure whether it's supposed to be a statement or a

14  product title.  And those things are different.  We're talking

15  about trademarks, not --

16          Are you talking about a description or is this the

17  title of the product?  So I don't quite understand what you're

18  saying.

19  Q   That says Iconoclast Conversion Kit for Space Marine Land

20  Raider.  That's right, yes?

21  A   It does say that, yes.

22  Q   And if you go to the next page, at the bottom in the

23  description it says that it is designed to be --

24          Oh, I'm sorry.  That's the next page.

25          Do you see there where it says it's designed to be

Jones - cross

1    fully compatible with all plastic versions of Games Workshop

2    Space Marine Land Raider?  Do you see that?

3    A    I do see that.

4    Q    And could we go to page 11.

5            And this is product 131.  If you go back one page, I

6    think this is probably the title.  Do you see this is the

7    magnetic turret kit for the Razorback, right?

8    A    Yes.

9    Q    And there are more than one Chapterhouse magnetic turret

10   kits?  You know that, right?

11   A    Yeah.

12   Q    This one is for the Razorback, though?  Yes?

13   A    Yeah.

14   Q    Could we go to page 14.

15           And product 132, the title is Open Fisted Power Claws

16   Compatible with Games Workshop Space Marine Model, right?

17   A    Yes.

18   Q    And if you see at the bottom of the page it says that,

19   "This is a pair of resin power claw arms for 28 millimeter

20   figures."  You see that?

21   A    Yes.

22   Q    It says, "They are designed to be compatible with Games

23   Workshop Space Marine models."  Do you see that?

24   A    I do, yes.

25   Q    Go to page 35.

Jones - cross

1       This is product 137.  And Heresy era is not a

2   trademark in this case, right?

3   A   Correct.

4   Q   And this title is called Heresy Era Shoulder Pads For

5   Terminators.

6   A   Yes.

7   Q   And you understand that Chapterhouse sells multiple

8   shoulder pads, correct?

9   A   Yes.

10  Q   They sell multiple Heresy era shoulder pads, in fact,

11  right?

12  A   Yes.

13  Q   But this one is for Terminators, right?

14  A   Sorry.  For?

15  Q   This one is for Terminators, right?

16  A   Apparently so.

17  Q   And if you look down at the description, it says that,

18  "This is a set of two pewter shoulder pads designed to fit on

19  Games Workshop's Space Marine Terminator figures."  Do you see

20  that?

21  A   I do, yes.

22  Q   And it says, "Each pad is designed in a style that will

23  fit in with Heresy era collections."  Do you see that?

24  A   I do.

25  Q   At very bottom it says, "The component comes unpainted and

Jones - cross

1    is designed to fit on Games Workshop Space Marine Terminator

2    figures," right?

3    A    Yes.

4    Q    Now, you have not accused any Chapterhouse product

5    packaging of trademark infringement, right?

6    A    Correct.

7    Q    All of your trademark infringement allegations are

8    entirely focused on how Chapterhouse markets its products on

9    its website?

10   A    And if it does stuff on eBay and forums and so on and so

11   forth.

12   Q    On the Internet?

13   A    Yes.

14   Q    And for the Chapterhouse website pages, anyway, you agree

15   that for all of the trademarks Chapterhouse is accused of

16   infringing on its website, there's a disclaimer at the bottom

17   of the web page, correct?

18   A    There is.

19   Q    And you understand that for every single mark Chapterhouse

20   is accused of infringing, when Chapterhouse uses the mark on

21   its website, at the top of the web page there's Chapterhouse

22   Studios and the Chapterhouse icon?  You agree with that?

23   A    I do agree with that, yes.

24        THE COURT:  We're going to take a ten-minute break

25   right here.

1           (Jury entered the courtroom.)

2                THE COURT:  You can resume.

3    BY MR. COOPER:

4    Q.   Okay.  Mr. Jones, I just have three more products.

5           The first one is going to be PDX 1020 at Page 12,

6    and this is product No. 7, right?

7           And you see in the product title it says, right arm

8    tactical shoulder pad for Celestial Lions players.  Do you

9    see that?

10   A.   Yes.

11   Q.   Now, Chapterhouse sells a lot of right arm shoulder

12   pads, correct?

13   A.   Correct.

14   Q.   And so the statement right arm tactical shoulder pad for

15   Celestial Lions is a true statement.  You agree with that?

16   A.   It's a true -- yeah, it's a true statement.

17   Q.   That's what that product underneath is?

18   A.   If in the description of the -- it's a shoulder pad

19   compatible with 28-millimeter science fiction figures.  Why

20   it has to have a raft of our trademarks in it, I'm at a loss.

21   That doesn't stop it obviously being factual, you're quite

22   right.

23   Q.   The product title -- that's not a false statement,

24   correct?

25   A.   Well, only -- I think even that's arguable, simply

1  because it -- anybody who is playing a science fiction war

2  game might want to use that particular pad.  They might look

3  at it -- if indeed it's true, that what Chapterhouse is doing

4  is creating these great new add-ons and icons of their own

5  creation, then anybody, whether they're a Celestial Lion

6  player or whether they've got Star Wars models, might want to

7  use this.  So it could be used by any number of people.

8  Q.  You don't know what people might want to do?

9  A.  No.

10  Q.  Okay.  So -- and there are Celestial Lions players in

11  the Games Workshop --

12  A.  Yes.

13  Q.  -- universe?

14      So you see where this product description --

15  A.  Actually, again, I don't know -- and the same is I don't

16  -- I don't know -- I'm assuming they're Celestial Lions --

17  Q.  Well, you've personally seen people play the Warhammer

18  40,000 who are Celestial Lions players, right, in your

19  experience?

20  A.  No, I haven't, actually.  I've not seen anybody -- I

21  don't know anybody who has a Celestial Lions army, if that's

22  what you're --

23  Q.  That is one of the armies in Warhammer 40,000?

24  A.  They are one of the Space Marine armies in the

25  mythology, yes.

1    Q.   And so you see that product title says, right arm

2    tactical shoulder pad for Celestial Lions players? You see

3    that?

4    A.   Yes, I do see that.

5    Q.   Could we go to Page 60, please. And this is product 67,

6    right?

7    A.   Yes, yeah.

8    Q.   And the title is Salamander or Dragon head bit for

9    28-millimeter Marine? Do you see that?

10    A.   Yes.

11    Q.   And underneath is a picture of that product, right?

12    A.   Yes.

13    Q.   And it's a head, correct?

14    A.   Yes.

15    Q.   And that's a salamander, correct?

16    A.   Salamander Space Marine head, yes.

17    Q.   So the product title Salamander head bit for

18    28-millimeter Marine, that's also a true statement, correct?

19    A.   Yes.

20    Q.   Could we go to Page 63, and let's focus on product 71.

21        You see that the product title is shoulder pad

22    compatible with Iron Hands power armor, correct?

23    A.   I can read that, yes.

24    Q.   And then the picture below is the product, right?

25    A.   Yes.

1  Q.   So that product is compatible with Iron Hands power

2  armor, correct?

3  A.   Well, the Iron Hands power armor is a fictional

4  invention, so how this particular thing can fit with Iron

5  Hands power armor I have no idea because it doesn't actually

6  exist.  But it's compatible with 28-millimeter war gaming

7  figures, yes.

8  Q.   Again, there are many shoulder pads that Chapterhouse

9  sells that are compatible with 28-millimeter --

10  A.   So they say, yes.

11  Q.   And Chapterhouse doesn't name them all the exact same

12  thing?  Chapterhouse doesn't do that, right?

13  A.   No.

14  Q.   Mr. Jones, you have not presented any evidence that any

15  customer was ever confused and thought that a product

16  anywhere on the left-hand side of your chart was a Games

17  Workshop product, right?  You haven't presented any evidence

18  of that?

19  A.   I thought we had -- I haven't personally, no, in my

20  testimony.

21  Q.   Now, you testified yesterday that Games Workshop has

22  been damaged by Chapterhouse in a number of ways.  Do you

23  recall that testimony?

24  A.   Yes.

25  Q.   And you said --

1   A.    Games Workshop -- I'm sorry.  Carry on.

2   Q.    You said that they're making money out of selling

3   products using your trademarks, and that's damage to you

4   because that should be your money, correct?  You said that?

5   A.    Yeah.

6   Q.    And you said your reputation could be damaged because

7   you have no quality control over Chapterhouse's products.  Do

8   you recall that?

9   A.    I do.

10  Q.    And you said that you're damaged because you're not

11  getting license fees from Chapterhouse, correct?

12  A.    Yeah.

13  Q.    And you said that you're damaged because Games Workshop

14  should be able to make figures that are in its books and --

15  A.    Yes.

16  Q.    -- other products, correct?

17  A.    Yes.

18  Q.    But -- so you listed all of those ways yesterday?

19  A.    Yes.

20  Q.    But in over two years Games Workshop has never said any

21  of that before yesterday.  Did you know that, Mr. Jones?

22  A.    No, I didn't.

23  Q.    You understand that Chapterhouse asked you during the

24  case to describe the ways in which it was damaged?  You did

25  know that, right?

1    A.   No, I didn't, actually.

2    Q.   Okay.  Could you take a look at DX 149, please?  And

3    we'll put it up here, too.

4              THE COURT:  Is it in evidence?

5              MR. COOPER:  Yes.

6              THE COURT:  Okay.

7    BY THE WITNESS:

8    A.   Where is that going to be?  Sorry.

9    BY MR. COOPER:

10   Q.   If you take a look in your binder first and we'll pull

11   up a --

12   A.   D --  (Indicating.)

13   Q.   No, the other one.

14             THE COURT:  You're telling me this whole document

15   is in evidence?

16             MR. COOPER:  No, it's not.

17             THE COURT:  Take it off the screen.  That's what I

18   asked you; you said yes.

19             MR. COOPER:  Well, the document isn't, but we're

20   only going to show the --

21             THE COURT:  I asked you whether it's in evidence

22   and you said yes.  You can't put something on the screen

23   that's not in evidence.  Now you just told me it's not in

24   evidence.  So which is right?

25             MR. COOPER:  There is no objection to the document

1    on the exhibit list, but we've agreed with counsel to only

2    show portions of the document.

3            MR. KEENER:  He's only supposed to show us portions

4    without any legal objections whatsoever.

5            THE COURT:  Yeah, which is the opposite of what was

6    just shown.  So you got to get it fixed.  You put up

7    something that had all sorts of other extraneous stuff on it.

8            Go look on his screen at what he just put up there.

9      (Brief pause.)

10           THE COURT:  Do you see what I'm saying?

11           MR. COOPER:  I do.

12           THE COURT:  Okay.

13    BY MR. COOPER:

14    Q.  I'm sorry about that.

15           Mr. Jones, if you could just personally look in

16    your binder at DX 149.  I just want to ask you what the title

17    of this document is before we put anything up.

18    A.  This one here?

19    Q.  Okay, yes.

20           And you see the title of that document is Plaintiff

21    Games Workshop Studios LLC's Response to Interrogatories to

22    Games Workshop Limited Set Two (sic)?  Do you see that?

23    A.  Yes.

24    Q.  You understand that interrogatories are a legal term

25    that mean questions to the parties?

1   A.   Yes.

2   Q.   And so you understand that these interrogatories are

3   exchanged in litigation, right?

4   A.   Yes.

5   Q.   Now, let's go to Interrogatory No. 7 -- I'm sorry.

6   Let's go to Page No. 7 under Interrogatory No. 13.  And

7   that's what we'll put up on the screen here.

8        And we have it up here on the screen if you would

9   like to look at it.

10  A.   Okay.  I've got it, yeah.

11  Q.   Okay.  Do you see where it says:  (Reading:)

12       Describe in detail, including a quantification, all

13  actual damages you claim to have suffered as a result of the

14  infringement you allege in this case?

15       Do you see that?

16  A.   I do, yes.

17  Q.   And then the response says:  (Reading:)

18       Games Workshop objects that this request is a contention

19  interrogatory best deferred to the close of discovery,

20  including receipt of discovery from Chapterhouse regarding

21  its sales.

22       Do you see that?

23  A.   I do.

24  Q.   And Games Workshop didn't ever provide any other answer

25  at the end of the discovery to this question, right?

```
 1    A.    I don't know.  I don't know whether we ever got the
 2    receipts from Chapterhouse or anything else, for that matter.
 3    This is quite a technical thing and I --
 4              THE COURT:  We need a sidebar.  Can I have the
 5    court reporter, please?
 6              (Proceedings had at sidebar:)
 7              THE COURT:  I have to say, I'm not understanding,
 8    A, what's going on here and, B, why there isn't an objection.
 9              So you're trying to put up there an objection and
10    then the fact that there wasn't a further answer, and you're
11    trying to draw some sort of impeachment by omission out of
12    that?
13              MR. COOPER:  Just that he disclosed yesterday for
14    the first time what the damages are.
15              THE COURT:  Okay.  So that's a yes?
16              MR. COOPER:  Yes.
17              THE COURT:  Okay, right.  Better if you --
18              MR. KEENER:  If that's where he's going, I would
19    object to --
20              THE COURT:  Honestly, so where was the motion to
21    compel?  I mean, I'm now going to have to explain to the jury
22    the process of interrogatories.
23              You know, it seems to me to be -- first of all,
24    it's a tiny point, No. 1.  No. 2, if somebody says, you know,
25    I object, it's better suited for the end of discovery, nobody
```

1    comes in to me to ask to compel, I don't see how you can

2    legitimately get any kind of an admission out of it.

3         So now is your chance, otherwise I'm going to

4    strike it.  I don't care who talks.

5         MR. ALY:  Judge, I was involved in that idea as

6    well, so I apologize for that.

7         What I remember from your ruling is if it's on a

8    pretrial order in the exhibit list --

9         THE COURT:  Yeah, I understand.  But, I mean --

10        MR. ALY:  In addition -- I'm sorry to cut you off,

11   your Honor.

12        But in addition, I also asked counsel to work it

13   out amongst themselves and that's where --

14        THE COURT:  I'm striking it on my own motion.

15        MR. KEENER:  One more issue I have --

16        THE COURT:  Are you pretty close to done?

17        MR. COOPER:  I am.

18        MR. KEENER:  There was a motion for sanctions and

19   two hearings regarding the eBay pages and their failure to

20   preserve --

21        THE COURT:  First of all, you're talking too fast.

22   Slow down.  They're not listening to you.  Listen.

23        Start over.

24        MR. KEENER:  There was a motion for sanctions and

25   two hearings regarding their failure to preserve their

1    hundreds of eBay pages and --

2              THE COURT:  Yes, I recall what you're talking

3    about.

4              MR. KEENER:  You had ruled that, yes, they had a

5    duty to preserve those and failed, but you withheld an

6    adverse --

7              THE COURT REPORTER:  Excuse me, can you repeat

8    that?

9              MR. KEENER:  Now they have him on the stand and

10   saying, all you showed was the eBay pages from 2008.  You

11   haven't shown the jury any eBay pages since then, have you?

12             THE COURT:  But you're not going to be able to get

13   that in through this witness.  I understand you may have an

14   issue, but what are you going to do with this witness --

15             MR. KEENER:  We're asking for a limiting

16   instruction from you that the reasons we don't have these

17   hundreds of other pages --

18             THE COURT:  What I would like you to do is I would

19   like it to be off-line, propose something to them, you know,

20   in terms of language.  You'll argue whether, A, you think I

21   should give one and, B, whether you think the language is

22   right and we'll deal with it later.  We don't have to deal

23   with it right at the moment.

24             MR. KEENER:  Thank you.

25             (Proceedings had in open court)

1    THE COURT:  I need to give the jury an instruction

2  here.

3    So, first of all, the discussion regarding the

4  interrogatory and what you saw on the screen and the

5  questions about it are stricken.  You're directed to

6  disregard it.  And the questioning about, you know, this

7  being the first time something was mentioned, you're also

8  directed to disregard that.  You can't consider it as part of

9  the evidence.

10    Proceed.

11  BY MR. COOPER:

12  Q.   Mr. Jones, we've talked at length about the term Space

13  Marines, correct?

14  A.   Yeah.

15  Q.   And have you seen this exhibit before, PX -- DX 415,

16  which has been admitted into evidence?

17  A.   Yes.

18  Q.   You see on the cover that it says Space Marines, right?

19  A.   Yes.

20  Q.   And see on the cover it says Science Fiction Miniatures

21  Rules, correct?

22  A.   Yes.

23    MR. COOPER:  May I approach?

24    THE COURT:  Sure.  You don't need to ask.  It's

25  fine, just go ahead and do it.

1    BY MR. COOPER:

2    Q.   Mr. Jones, could you just turn to the first copyright

3    page there?  And do you see there where it says the copyright

4    is 1980?

5    A.   Yes.

6    Q.   So that is a book called Space Marines that was made in

7    1980, right?

8    A.   Yeah.

9    Q.   Now, if you look on the front cover, you see an image of

10   a Space Marine as well, correct?

11   A.   Yes.

12           MR. COOPER:   I have no further questions, your

13   Honor.

14           THE COURT:   Redirect?

15                    REDIRECT EXAMINATION

16   BY MR. KEENER:

17   Q.   Can we go to PX 1023 at Page 2.

18           Now, yesterday do you recall being asked by counsel

19   for Chapterhouse whether or not Eldar by itself was anywhere

20   on this list on this page?

21   A.   Yes.

22   Q.   And it doesn't appear there, does it?

23   A.   No.

24   Q.   Will you turn back to Page 1, the list of the registered

25   trademarks of Games Workshop.

1   A.   Oh, there it is.

2   Q.   Does Eldar by itself appear on that page?

3   A.   Yes, it does.

4   Q.   Can we go to Plaintiff's Exhibit 690 at Page 101.

5        Do you recall being asked whether Chapterhouse uses

6   the terms Eldar and Farseer together?

7   A.   Yes.

8   Q.   And can you explain why Games Workshop believes they're

9   using Eldar and Farseer together?

10       You might need to scroll down a little bit, too.  I

11  want the tab on the side.  There you go.

12  A.   So it's the Eldar tab and then the Farseer jetbike, the

13  use of the term Eldar and Farseer together there.

14  Q.   Thank you.

15       Let's go to PX 865, Page 5.  Do you remember

16  talking a lot about the sales spreadsheet?

17  A.   Yes.

18  Q.   Can we go to the line that says jetbike.

19       What was the example product you identified for

20  jetbike?

21  A.   The Eldar jetbike.

22  Q.   And we talked about how that's the actual title of the

23  product?

24  A.   Yes.

25  Q.   And do you remember questions about not showing the jury

1    pictures or packaging of these words?

2    A.    Yes.

3    Q.    Can we go to Plaintiff's Exhibit 491.

4          What do we see here?

5    A.    That's the packaging of the -- our Eldar jetbike kit.

6    Q.    So that's a product packaging that goes with the entry

7    we just saw?

8    A.    Yes.

9    Q.    And where do we find the title?

10   A.    Well, right there, in -- under the Warhammer 40,000

11   logo, Eldar jetbike.

12   Q.    And is that where Games Workshop typically puts the

13   titles on its products?

14   A.    Yes.

15   Q.    Can we go to Plaintiff's Exhibit 416 at Page 10.

16         What are we looking at here?

17   A.    Again, that's the Eldar jetbike.  It's a page from our

18   website.

19   Q.    And on the website for this product, where is the title

20   put for the product?

21   A.    Right there in big letters, Eldar jetbike.

22   Q.    And is that where Games Workshop displays the titles of

23   its products on its website?

24   A.    Yes.

25   Q.    So if we went through the rest of the chart and the

1    names, would we find the names used similarly on the products

2    and packaging on the website of Games Workshop?

3    A.    Yes.

4    Q.    Do you recall being shown an exhibit with some other

5    companies using the word jetbike on their miniatures?

6    A.    Yes, yes, I do.

7    Q.    Can we go to Defendant's Exhibit 377, Page 9.

8              And this was one of them?

9    A.    Yes.

10   Q.    I see the website says Maxmini.eu.  Do you see that?

11   A.    Yes.

12   Q.    Are they an American company?

13   A.    No, they're not.  They're European.

14   Q.    Do you have any knowledge of them selling this to anyone

15   in the United States?

16   A.    No.

17   Q.    Can we go to Page 13.

18             This is another one that he showed you?

19   A.    Yes.

20   Q.    And the website there is listed as Kromlech.eu?

21   A.    Yes.

22   Q.    Are they an American company?

23   A.    No, they're not.

24   Q.    Do you have any knowledge of them selling this product

25   to anyone in the United States?

1    A.    No.

2    Q.    Do you know where either of these two companies are

3    located?

4    A.    Oh, gosh! I think they're in Poland.

5    Q.    And the other two companies he mentioned were Scibor and

6    Hitech Miniatures. Are either of those American companies?

7    A.    No.

8    Q.    Where are they located?

9    A.    I think -- if I remember rightly, Hitech I think are

10    based in China and Scibor are another Polish company.

11    Q.    So is there any evidence at all that these Polish or

12    Chinese companies are selling any products in the United

13    States with the word jetbike?

14    A.    No.

15    Q.    Do you remember counsel for Chapterhouse asking you this

16    morning about the Alpha Legion door set sold by Games

17    Workshop?

18    A.    Yes.

19    Q.    And he made a point asking whether Chapterhouse sells an

20    Alpha Legion door set?

21    A.    Yes.

22    Q.    Can we go to Plaintiff's Exhibit 1020 at Page 94.

23          This is product 103, the dragon door kit. Do they

24    -- can you -- what do you see in their description of that

25    product?

1  A.   This is where they say that it is -- they're trying to

2  say that it is good for Alpha Legion.

3  Q.   So they're describing it as an Alpha Legion door set?

4  A.   Yes, they're describing it as an Alpha Legion product

5  door set.

6            MR. KEENER:  No more questions.  Thank you.

7            THE COURT:  Anything else?

8            MR. COOPER:  No questions.

9            THE COURT:  Do any of the jurors have any questions

10  for this witness?  If so -- I see a couple people looking

11  down and writing, so I'll just wait.  Just pass them down to

12  the end and the court reporter will come get them.

13       (Brief pause.)

14       (Proceedings had at sidebar:)

15            THE COURT:  All right, so we'll just go through

16  these and you'll tell me whether you have any objections to

17  it.

18            No. 1:  Is Forge World a licensed distributor or

19  part of Games Workshop?

20            MR. KEENER:  No objection.

21            THE COURT:  Do you have a problem with that

22  question?

23            MR. COOPER:  No.

24            THE COURT:  (Reading:)  Does Chapterhouse help

25  boost your sales for your products by making parts to fit

1      your products?

2              Does anybody have an objection to that question?

3              MR. COOPER:  No, your Honor.

4              MR. KEENER:  I don't think he's going to know the

5      answer but --

6              THE COURT:  It's a completely legitimate question,

7      though.  (Reading:)

8              Who is the seller on the eBay pages that were shown

9      as evidence?  Was it a fan, was it Chapterhouse, another

10     company?

11             MR. KEENER:  No objection.

12             MR. COOPER:  No objection.

13             THE COURT:  Okay.  (Reading:)

14         How many other companies sell 28-millimeter size

15     miniatures?

16             MR. COOPER:  No objection.

17             MR. KEENER:  No objection.

18             THE COURT:  (Reading:)  Is there anything within

19     Warhammer 40K that's called a Blood Eagle?

20             Does anybody have a problem with that?

21             MR. KEENER:  No objection.

22             MR. COOPER:  No.

23             THE COURT:  (Reading:)  Does Games Workshop or

24     Forge Work -- is that --

25             MR. KEENER:  Forge World.

1             THE COURT:  Forge World.  (Continuing:)

2         Does Games Workshop or Forge World offer a means for

3     players to request or order custom bits designed by the

4     player or a method to provide feedback where they could

5     request kits which Games Workshop evaluates for potential

6     future products?

7             I think what they're getting at is, do you have a

8     way for customers to give you ideas and things to do.

9             MR. KEENER:  I think that would be a fair question.

10            MR. COOPER:  Yes.

11            THE COURT:  Okay, fine.  (Reading:)

12            Are you legally permitted to trademark a term that

13    was previously coined by someone else in the same business as

14    you even though you weren't the first to coin that term, but

15    you were not aware that the term had been coined before you

16    had done so?

17            I think that's phrased -- I think that's really not

18    a proper question for the witness to answer.

19            MR. COOPER:  I agree.

20            MR. KEENER:  I think it either would be an

21    instruction from you on the law or --

22            THE COURT:  I'm going to tell them that.

23    (Reading:)

24            What's the difference between an unregistered and a

25    registered trademark in terms of protection under the law?

1   That's the same deal.

2         (Reading:)  Are there companies in America besides

3   Chapterhouse that produce miniature jetbike figures?

4         I can ask him his knowledge.

5         MR. KEENER:  I think he answered that but --

6         THE COURT:  Sometimes people miss things, so I'll

7   ask that one.

8         This guy's handwriting I have a hard time with.

9   (Reading:)

10     How is Chapterhouse's use of Games Workshop's names in

11   the title of its products or in, quote, for use with

12   Tyranids, close quote, any different than when I buy a third

13   party manufacturer's I-Phone case that says for use with

14   I-Phone 5, close quote?

15         Well, I guess it shows somebody was listening to

16   the defendant's opening statement.  I'm not sure what to do

17   with that.

18         MR. KEENER:  Yeah, I mean, that could -- a lot of

19   those are actually licensed by Apple the same, made for

20   I-Phone 5.  All those issues -- that's a legal issue, whether

21   that's okay?  I'm not sure if that's an appropriate question

22   because that is under license.  That's the issue.

23         MR. COOPER:  I think he doesn't say the word

24   license here, and he's given a number of opinions about what

25   is proper and what is not in the descriptions and what he

1    believes should be allowed and should not be allowed.  So I

2    think it's a legitimate question.

3                THE COURT:  I'll come back to that one.

4                The other one by the same juror is:  (Reading:)

5          Why is it okay to use, quote, conversion kit compatible

6    with Tyranid Tervigon but not okay to use, quote, shoulder

7    pad compatible with Blood Raven Space Marine, close quote?

8    Why must it state, quote, 28-millimeter shoulder pad to be

9    used with 28-millimeter table top war game something or

10   other?

11               MR. KEENER:  I think --

12               THE COURT:  So I think -- I mean, I understand what

13   he's getting at.  So that the witness has basically sort of

14   on cross largely drawn some distinctions between, you know,

15   what he thinks is okay and what he thinks isn't, and they're

16   arguably fine distinctions.  I honestly think it's more

17   appropriate for argument rather than -- it's kind of an

18   argumentative question, I guess is what I'm saying.

19               The other one, the previous one, I think it sort of

20   approaches a legal question.  I mean, I understand that the

21   guy gave opinions.  That happened without objection.  I'm not

22   saying you should have objected; I think it was okay.  But I

23   don't think that that necessarily sort of opens him up as

24   kind of a legal expert that can opine on something like this.

25   So I'm not going to ask that one either.  All right.

Jones -

1    (The following proceedings were had in open court, in the

2        presence and hearing of the jury:)

3            THE COURT:  Okay.  So, there are a couple or three of

4    the questions that essentially ask legal questions, whether

5    something's legally permitted or not and what's the difference

6    between A and B and if this is okay, why isn't that okay.  I'm

7    not going to ask those questions.  I just want to tell you why

8    sort of in a nutshell.

9            Number one, to the extent that some of these are legal

10   questions, they're really not appropriate for a witness to

11   answer, but, more importantly, they will be addressed in the

12   jury instructions that I give you at the end of the case.  Some

13   of the questions ask essentially for opinions, and I'm not

14   suggesting that that makes it inappropriate, but I think they're

15   more things in my view that are better addressed by lawyer

16   argument once you have the instructions rather than by a

17   witness.  So, everything else I'll ask.

18           So, first of all, is Forge World a licensed distributor

19   of Games Workshop, or is it part of Games Workshop?

20           THE WITNESS:  It's part of Games Workshop.

21           THE COURT:  It's part of Games Workshop.

22           THE WITNESS:  Yes.  It's a wholly owned subsidiary.

23           THE COURT:  Wholly owned subsidiary.  Okay.

24           And you're definitely going to want to look at me to

25   hear the question, but then you're going to want to turn back

PDF created with pdfFactory trial version www.pdffactory.com

Jones -

1    there to answer them

2              THE WITNESS:   Okay.

3              THE COURT:   Does Chapterhouse help you boost your sales

4    for your products by making parts that fit your products?   First

5    of all, do you understand the question?

6              THE WITNESS:   I do understand.

7              THE COURT:   Okay.   Go ahead.

8              THE WITNESS:   No, we believe that Chapterhouse doesn't

9    help boost the sales of our products.   In fact, in many cases

10   just the opposite because we -- for example, when we put the

11   book together, like the Tyranid book that we showed you, we

12   spend a great deal of time and effort and energy planning that

13   and making sure it's got all the right artwork and so on and so

14   forth in it, and then we plan when we're going to release the

15   products that are described in that book.   And to do that, we

16   then spend again a lot of money and time and effort designing

17   the products, making the tools, and so on and so forth.   So,

18   that term spoiling the well, you know, that's what happens when

19   Chapterhouse goes, oh, Games Workshop haven't made this product

20   that they showed and described in their book.   They've decided

21   not to make it yet.   Why don't we make one.   Well, that doesn't

22   help boost our sales.   It does just the opposite.

23             THE COURT:   Next question has to do with the eBay pages

24   that were shown on the screen as part of the evidence.   And I

25   don't know the extent to which you remember all of them   Who

Jones -

1   was the seller on those eBay pages?  Was it a fan or a player?

2   Was it Chapterhouse, or was it some other company, as you

3   understand it?

4          THE WITNESS:  Yes, I understand it.  To the best of our

5   knowledge, those were Chapterhouse pages.

6          THE COURT:  How many other companies to your knowledge

7   sell 28 millimeter size miniatures?

8          THE WITNESS:  Oh, gosh.  Hundreds.  There are many,

9   many, many making historical figures, science fiction figures of

10  their own in all sorts of different scales and sizes.  There are

11  many companies of various sizes making tabletop war game models.

12         THE COURT:  Are there any companies in the United

13  States other than Chapterhouse, to your knowledge, that produce

14  miniature jetbike figures or jetbike whatever you'd call them?

15         THE WITNESS:  To my knowledge, no.

16         THE COURT:  Okay.  Is there anything within Warhammer

17  40,000 that's actually called a Blood Eagle?

18         THE WITNESS:  No.

19         THE COURT:  Does either Games Workshop or Forge World

20  have any kind of a means or a mechanism by which a player can

21  request sort of the making of a custom bit or a kit?  In other

22  words, "I'd like something like this.  Can you make it?"

23         THE WITNESS:  Well --

24         THE COURT:  Or does that ever -- if you don't have a

25  mechanism, does it ever happen?

Jones -

1    THE WITNESS:  Does it ever happen.  I'd say, to be
2    honest, it's unlikely, but we do -- you know, we're in regular
3    communication with hundreds and thousands of our customers, and
4    they turn up at our events, and they tell us what they like, and
5    tell us what they might like to come along.  And so, that is
6    obviously taken into account.  But customers can't like
7    literally ring us up and say can you make me one of these or one
8    of those.

9         THE COURT:  All right.  Thanks.

10        Follow-up questions, Mr. Keener?

11        MR. KEENER:  None, your Honor.

12        THE COURT:  Any on the defense side?

13        MR. COOPER:  No, your Honor.

14        THE COURT:  You're excused.  Please call the next
15   witness.

16     (Witness excused.)

17        THE COURT:  Would you raise your right hand, please?

18     (Witness duly sworn.)

19        THE COURT:  So, we've got I think both sides' binders
20   for Mr. Jones.  Maybe if you could come up and collect those.
21   And then there's this other, I guess, magazine or whatever it
22   is.  Catalog.  Get that out of there.

23        THE WITNESS:  Thank you.

24        THE COURT:  Why don't you just have a seat, and I'll
25   move the microphone.

PDF created with pdfFactory trial version www.pdffactory.com

Stevenson - direct

1      GILLIAN STEVENSON, PLAINTIFF'S WITNESS, SWORN

2                  DIRECT EXAMINATION

3    BY MR. KEENER:

4    Q.   Can you introduce yourself to the jury?

5    A.   Yes.   My name is Gill Stevenson.

6             THE COURT:   Spell Stevenson.

7             THE WITNESS:   S-t-e-v-e-n-s-o-n.

8    BY MR. KEENER:

9    Q.   And where do you work?

10   A.   I work at Games Workshop.

11   Q.   What do you do there?

12   A.   I'm senior legal counsel.

13   Q.   What does that mean?

14   A.   I'm a member of the legal team, and I'm responsible for

15   pursuing litigation for the business.

16   Q.   When did Games Workshop first learn of Chapterhouse?

17   A.   June 2008.

18   Q.   How did it learn of Chapterhouse?

19   A.   We received an e-mail into our legal inbox telling us about

20   some auctions on eBay that were infringing Games Workshop's

21   trademarks and copyright.

22   Q.   So, what did you do?

23   A.   There's a system called VeRo where you can report auctions

24   on eBay for trademark and copyright infringement.   So, we did

25   that.

PDF created with pdfFactory trial version www.pdffactory.com

Stevenson - direct

1  Q.   And happened next?

2  A.   When you report an auction, eBay sends an automatic standard

3  letter to the vendor telling them why their auction has been

4  removed, and they also send the person reporting the auction the

5  contact details of the vendor.

6  Q.   And who did you learn was the vendor of those eBay postings

7  you had been seeing?

8  A.   That was Nick Villacci.

9  Q.   So, what did you do upon learning that Mr. Villacci of

10  Chapterhouse was selling those products?

11  A.   Well, he contacted us, having had the automatic response

12  from eBay, and there was then an exchange of correspondence

13  where he told us that he had had legal advice.  He said that his

14  use of our trademarks and copyright was legitimate.  We replied

15  to say that we didn't believe that was the case.  He said that

16  he wanted to work with us, but it was left that we were at

17  disagreement as to whether or not he could use those terms and

18  those items.

19  Q.   What happened next?

20  A.   We carried on reviewing the site or reviewing his eBay

21  auctions, and it became clear that he was expanding his range,

22  and then at some point around the beginning of 2009, he launched

23  the Chapterhouse Studios website.  That clearly set out that he

24  was again continuing to expand his range using our trademarks

25  and our copyright.  So, by summer of 2009, we sent him a further

PDF created with pdfFactory trial version www.pdffactory.com

Stevenson - direct

1    cease and desist letter, to which we had no response.

2    Q.   At any point did you acquire any Chapterhouse products?

3    A.   Yes, I bought a number of items.  I bought some Rhino doors,

4    some drop pod doors, and one of the Super Heavy Walkers.

5    Q.   Can we go to Plaintiff's Exhibit 1020 at Page 39?  And do we

6    see the walker on this page sold by Chapterhouse?

7    A.   Yes.  It's on the left-hand side.

8    Q.   And do you recall hearing testimony throughout the trial

9    that they don't use the word Tau anywhere in that title and

10   description?

11   A.   I've heard that, but it isn't true.

12   Q.   And why is that?

13   A.   Well, there's two reasons, really.  If you look at their

14   website, this item you can search.  If you search Tau, you will

15   find this item  It's also under the tab for Tau products.

16          But, more importantly, I had an e-mail from Nick

17   Villacci when I bought the product where he clearly referred to

18   it as a Tau Super Heavy Walker.

19   Q.   Let's look at that e-mail.  Can we go to Plaintiff's

20   Exhibit 127?  And what are we looking at here?

21   A.   I had paid for the items that I had ordered from Nick

22   Villacci, and he forwarded this e-mail on to me to tell me that

23   I hadn't paid the correct shipping for the Tau Heavy Walker.

24   Q.   And where does he say Tau Heavy Walker?

25   A.   It's in the first line of his e-mail.

PDF created with pdfFactory trial version www.pdffactory.com

Stevenson - direct

1    Q.    So, that was Mr. Villacci himself calling his product a Tau

2    product?

3    A.    Absolutely.

4    Q.    As part of your job, have you heard of a website called

5    WarSmith?

6    A.    I have indeed.

7    Q.    What can you tell us about it?

8    A.    WarSmith was a miniatures company run by a guy called

9    Stephen Smith in the UK.   We contacted him earlier on this -- I

10   think last year it was.   He was selling, amongst other things,

11   TRU-Scale Space Marines or art scale Space Marines.

12   Q.    Let's go to Plaintiff's Exhibit 898 at Page 3.   What are we

13   looking at here?  What's the description and the pictures?

14   A.    This is a page from the WarSmith website.

15   Q.    And what is being advertised?

16   A.    It's an art scale Space Marine squad.

17   Q.    In your job do you know what the term art scale means?

18   A.    Yeah.   Art scale or TRU-Scale, the best way I find to

19   describe it is if you look at a painting or a picture of a Space

20   Marine, he's taller than if you look at the miniature.   So,

21   they're just stretched.

22   Q.    Now, let's take a better look at one of these pictures.   Can

23   we go to Page 5?  Now, is this a picture from the WarSmith

24   website?

25   A.    Yes, it is.

Stevenson - direct

1  Q.  Do you know if WarSmith is still selling this miniature?

2  A.  No, they're not.  We had some correspondence with Stephen

3  Smith last year concerning his use of our trademarks and

4  copyright, and he agreed to close his site down.  We didn't

5  require him to stop selling everything, just the infringing

6  things, but that was the result.

7  Q.  Have you seen this picture being advertised anywhere else?

8  A.  Yes.  I've seen this picture previously on some Chapterhouse

9  marketing.  I can't say exactly where, but I've seen it on some

10  of their marketing.

11  Q.  Let's go to Plaintiff's Exhibit 651.  Can we do a split

12  screen?  And the screen we were just looking at.

13        Is that the same picture?

14  A.  It looks it to me, yeah.

15  Q.  And what is it that we're looking at on the left on

16  Plaintiff's Exhibit 651?

17  A.  That is an e-mail from Nick Villacci.

18  Q.  And what is the e-mail advertising?

19  A.  Advertising the Chapterhouse TRU-Scale Knight Praetorius

20  Squad.

21  Q.  And on the picture, who does it credit the design to?

22  A.  The model is painted and designed by Stephen Smith.

23  Q.  Now, are there any other companies out there without a

24  license from Games Workshop that make products that could be

25  used in Warhammer 40K?

Stevenson - direct

1   A.   Yeah.   There are other companies who make things like carry

2   cases or terrain, gaming boards like the one you've seen there.

3   But equally they could make their own army.   As long as it

4   doesn't infringe our trademark or copyright, we're quite happy

5   for people to create their own Tigermen or whatever they want to

6   come up with, as long as it's their own unique idea.

7   Q.   And as long as it doesn't use Games Workshop's copyrights or

8   names?

9   A.   Absolutely.   As long as it doesn't infringe our trademarks

10  or copyright, they can go for it.

11  Q.   Now, as part of your job, have you discovered any evidence

12  of customer confusion between Games Workshop and Chapterhouse

13  products?

14  A.   Yes, I have.

15  Q.   And where have you found that confusion?

16  A.   We have e-mails.   We have a legal inbox that people can send

17  e-mails to through the Games Workshop website, and we've had

18  e-mails of confusion into our inbox.

19  Q.   Let's turn to Plaintiff's Exhibit 107.   On Page 1 here, what

20  are we looking at?

21  A.   This document is a file note.   Within the legal team, we

22  have a case management system for managing our case load, and

23  you save an e-mail into that, and if you then want to print it

24  out, it looks like this, but it's actually just an e-mail.

25  Q.   All right.   So, let's look at the text of the e-mail at the

PDF created with pdfFactory trial version www.pdffactory.com

Stevenson - direct

1   bottom   If you'd scroll down.   And some of it continues onto

2   the next page, if we can show that.

3           Can you describe what you were being told?

4   A.   Yes.   So, this was an e-mail from Wil and Vicky, whoever

5   they are, to say that they had found the Chapterhouse websites

6   and that they were seeing resin kits for Space Marine Rhinos and

7   Land Raiders, and they were confused as to whether they were

8   allowed to do that, i.e., had a license, or whether that was

9   something that they shouldn't be doing.

10  Q.   Let's turn to Page 3 of this exhibit.   What are we looking

11  at here?

12  A.   Again, this is an e-mail from a customer who is contacting

13  us concerned about the Chapterhouse website.   And if you have a

14  look at it, it says, "It looks remarkably similar to the stuff

15  I've seen produced by yourselves," and then further down he

16  says, "My question is are they legit.   Is what they are doing

17  even legal, or does it infringe on your IP and trademark

18  policies."

19  Q.   And let's go to Page 4.   What are we looking at here?

20  A.   Another report of infringement.

21  Q.   And what is this person saying?

22  A.   He says, "I was thinking of the Power Fist and the leg parts

23  for the chaplain.   They are clearly Citadel parts," which is

24  Citadel being Games Workshop, "with added details sculpted to

25  them," asking is this legal.

Stevenson - direct

1    Q.    Now, beyond customers coming to Games Workshop and being

2    confused about Chapterhouse, do you find any other confusion?

3    A.    Yeah.   A couple of weeks ago on eBay I had a couple of

4    auctions reported to me for somebody who was selling

5    Chapterhouse products using their photos, but equally using our

6    trademarks.   So, clearly either they were confused or they were

7    trying to confuse end users.

8    Q.    Let's take a look at one of those.   Plaintiff's

9    Exhibit 1008.   1008, 1009.

10            Beyond the eBay pages we've talked about and seen

11   already, do you know if Chapterhouse had continued to sell on

12   eBay?

13   A.    Yes, he's continued to sell on eBay.

14   Q.    And do you know how many eBay auctions he's had since then?

15   A.    I've got no idea how many eBay auctions he's had.   We don't

16   carry on pulling the auctions down because that's an initial

17   warning shot to people, and we'd get their contact details from

18   that.   But if they're going to carry on selling, then we decided

19   that this case would be settled here rather than by me paying

20   someone to pull eBay auctions down all day.

21            So, I've got no idea how many there are, but I do know

22   that there was a court order requiring Chapterhouse to produce

23   all of their eBay auctions, and they haven't done so.

24   Q.    So, you made an attempt to ask Chapterhouse to collect and

25   produce all their eBay postings as part of this lawsuit?

Stevenson - direct

1    A.   Absolutely.   They were ordered to do that by the judge.

2    Q.   And did they --

3              MS. GOLINVEAUX:   Objection, your Honor.

4              THE COURT:   The reference to an order by the judge is

5    sustained.   It's not relevant, and the jury is directed to

6    disregard it.

7    BY MR. KEENER:

8    Q.   Do you know if any eBay posts were produced to Games

9    Workshop?

10   A.   No, they were not produced.

11   Q.   Showing you what's been marked Plaintiff's Exhibit 1008,

12   what are we looking at here?

13   A.   This is one of the eBay auctions that I removed a few weeks

14   ago for selling Chapterhouse products using Games Workshop

15   trademarks.

16   Q.   Now, are you suggesting that Chapterhouse was selling this a

17   few weeks ago?

18   A.   No.   In fact, it was somebody in France from recollection.

19   Q.   So, now why do you think this shows customer confusion?

20   A.   Well, because the images are Chapterhouse image.   It's taken

21   directly from their website.

22             MS. GOLINVEAUX:   Objection.

23             THE COURT:   I'm sorry.   Basis?

24             MS. GOLINVEAUX:   Relevance.

25             THE COURT:   Overruled.   Complete your answer.

Stevenson - direct

1    BY THE WITNESS:

2    A.   So, it's a Chapterhouse image, and actually the description

3    reads a bit like a Chapterhouse description from recollection.

4    But if you look at the product title, it says one -- I don't

5    speak French, but the words I can say are Exarque Scorpion Eldar

6    Eldars Warhammer 40K 40,000.

7    BY MR. KEENER:

8    Q.   So, are you concerned about confusion here on the seller or

9    the buyer?

10   A.   Both.

11   Q.   Can you explain what you mean?

12   A.   Well, the seller maybe doesn't know what they're selling, or

13   alternatively the buyer could be confused as to whether he's

14   buying a Games Workshop product or a Chapterhouse product.

15   Q.   Let's go to Plaintiff's Exhibit 1009.   What are we looking

16   at here?

17   A.   This is the other auction that I referred to pulling down a

18   few weeks ago.

19   Q.   And why do you believe this shows customer confusion?

20   A.   Again, the image is the image taken from the Chapterhouse

21   website, but you can read the title of the auction is Eldar

22   Farseer Eldars Warlocks Warhammer 40K 40,000, which are Games

23   Workshop trademarks.

24   Q.   And again are you worried about confusion from the buyer or

25   the seller here?

Stevenson - direct

1    A.   Well, again, it's both.

2    Q.   And why is that?

3    A.   Because either the seller doesn't know what he's selling or

4    the buyer doesn't know what he's buying.

5    Q.   Now, in your role at Games Workshop, have you done anything

6    to demonstrate potential confusion between the Games Workshop

7    and Chapterhouse products?

8    A.   Yes, I have.  So, I gave some images from the Chapterhouse

9    website off their products to our hobby team, who are the very

10   talented painters who painted the models on the board at the

11   front, and I asked them to take an equivalent Games Workshop kit

12   and to pose it in the same pose as the Chapterhouse product and

13   paint it using their color scheme to give a very visual

14   representation of whether people could be confused.

15   Q.   Let's look at Plaintiff's Exhibit 1022 at Page 2.  What are

16   we looking at here?

17   A.   This is a chart that I had put together.  As I said, the

18   images on the left-hand side are the Chapterhouse images from

19   their website, and on the right-hand is a Games Workshop model

20   that has been prepared using an Eldar Farseer kit, as you can

21   see, it says.  And it has been posed and painted using entirely

22   Games Workshop parts, and that is all one kit, painted in their

23   color scheme to show how easy it would be to be confused once

24   you've got a final finished product.

25   Q.   Why do you think this shows potential confusion?

Stevenson - direct

1    A.    Well, if they were on a tabletop or if they were on the

2    Internet, I wouldn't be able to tell them apart, and I'm sure

3    that you can all see that for yourselves.

4    Q.    Let's go to Page 4.  What are we looking at here?

5    A.    So, on the left-hand side is the Chapterhouse TRU-Scale

6    Knights Praetorius kit.  Images are shown on their website.  And

7    on the right-hand side we have a Games Workshop Space Marine kit

8    that has been posed and assembled by the hobby team for me and

9    painted in their color scheme.

10   Q.    Now, the ones that were made on the right-hand side, are

11   those Games Workshop trying to find all the right pieces in its

12   millions of bits to put together to look like Chapterhouse?

13   A.    No, that's a standard kit that comes out of a box.

14   Q.    So, all those pieces on the right-hand side were out of the

15   standard Space Marine Tactical box set, Plaintiff's Exhibit 704?

16   A.    Absolutely, yeah.

17   Q.    What about that guy in that kneeling position and pose?

18   A.    Yeah.  We have kneeling Space Marines.

19   Q.    You didn't do anything to cut up the pieces and modify and

20   mold them to make them look like Chapterhouse, did you?

21   A.    No, no.  That's just how it came off the frame.  They just

22   picked the right legs.

23   Q.    And why do you think this shows potential confusion?

24   A.    Well, because, again, if they were on a tabletop and you

25   were playing against somebody, you wouldn't know whether it was

PDF created with pdfFactory trial version www.pdffactory.com

### Stevenson - direct

1    a Games Workshop product or a Chapterhouse product.    The

2    Chapterhouse one is a just a little bit taller.    Or, equally, if

3    you were selling it as a secondhand product or selling it on the

4    Internet, you would have no idea because there's no markings to

5    tell you.

6    Q.    Let's get to Page 7, one more.    What are we looking at here?

7    A.    This is the same thing.    Again, on the left-hand side you've

8    got images taken from the Chapterhouse website showing their

9    TRU-Scale Knight Praetorius, and on the right-hand side was some

10   Space Marines that I got the hobby team to paint up in the

11   similar color scheme and pose as the Chapterhouse models.

12   Q.    And what is Games Workshop's belief as to whether people

13   could confuse a Chapterhouse and a Games Workshop product?

14   A.    Absolutely, they could.

15   Q.    And why is that?

16   A.    Because they're just pretty much identical in relation to --

17   in relation to these products.    Some of the products you can

18   really tell because they're of poor quality.    But in relation to

19   that, absolutely you could be confused.

20           MR. KEENER:    Thank you.    No more questions.

21           THE COURT:    Ms. Golinveaux.

22           MS. GOLINVEAUX:    Your Honor, Jennifer Golinveaux for

23   defendant Chapterhouse.

24

25

Stevenson - cross

CROSS EXAMINATION

BY MS. GOLINVEAUX:

1 Q.   Good afternoon, Ms. Stevenson.

4 A.   Good afternoon.

5 Q.   So, you told us you're the senior legal counsel for

6 plaintiff Games Workshop; is that right?

7 A.   That's right.

8 Q.   And you've been Games Workshop's lawyer for --

9 A.   Five and a half years.

10 Q.   For more than five years now; is that right?

11 A.   Absolutely.

12 Q.   And you're in charge of running Games Workshop's legal team;

13 is that right?

14 A.   Well, Andy Jones has responsibility above me.  I report in

15 to him, but yeah.

16 Q.   But you are responsible for managing the legal team, is that

17 right?

18 A.   Because of my time that I've been involved in this case, we

19 have another manager who's come in to take management

20 responsibilities so that I can focus on this case because it's

21 such an important thing for us.  So, at the moment I only have

22 one direct report, and there are other members of the legal team

23 who report elsewhere.

24 Q.   Thank you for that.

25       And, in fact, you've been working with Games Workshop's

PDF created with pdfFactory trial version www.pdffactory.com

Stevenson - cross

1    lawyers and running this lawsuit ever since it was filed; is

2    that right?

3    A.   And before that, yes.

4    Q.   And it's the legal team's responsibility to protect Games

5    Workshop; is that right?

6    A.   That's quite a broad phrase.  Can you be more specific?

7    Q.   Do you consider it the legal team's responsibility to

8    protect Games Workshop?

9    A.   Yes.  I don't think it's solely the legal team's

10   responsibility.

11   Q.   To protect Games Workshop's intellectual property?

12   A.   Again, I don't think that's solely the legal team's

13   responsibility.  That also sits with the design studios in

14   making sure that our stuff is unique.  In our marketing

15   department -- well, we don't have a marketing department, but

16   the people who put together and use letters in the website, to

17   make sure that they protect it appropriately.

18   Q.   As well as the legal team?

19   A.   Yes, we have our part to play.

20   Q.   And you're testifying today on behalf of Games Workshop,

21   your employer, right?

22   A.   Yes, that's right.

23   Q.   And that's part of your -- you're here as part of your job,

24   correct?

25   A.   Yes.

Stevenson - cross

1  Q.   You're not getting paid extra to testify or anything like

2  that?

3  A.   That would be nice.   No, I'm not.

4  Q.   And, Ms. Stevenson, you're a lawyer in England, right?

5  A.   Yes, I am

6  Q.   But you're not qualified to practice law in the United

7  States, are you?

8  A.   I'm not.

9  Q.   And you don't have any U.S. legal degrees, do you?

10 A.   I don't.

11 Q.   Ms. Stevenson, I'd like to talk about Games Workshop's

12 decision to sue Chapterhouse initially.

13 A.   Okay.

14 Q.   Now, you said you bought a number of Chapterhouse products

15 to examine; is that right?

16 A.   That's right.

17 Q.   Would you say that you reviewed many of Chapterhouse's

18 actual products in deciding what claims to bring?

19 A.   As opposed to the things on their website.

20 Q.   The actual products is what my question is directed at.

21 A.   No, I wouldn't say we reviewed many of the physical

22 products.

23 Q.   Well, in fact, you only obtained samples of a handful of the

24 actual products before deciding what claims to bring; is that

25 right?

Stevenson - cross

1    A.   I reviewed the entire website.   So, I didn't think I needed

2    to review the physical products in that much detail.   I got what

3    I needed from the products I bought.

4    Q.   And my question is you only examined a handful of actual

5    products in deciding what claims to bring; is that right?

6    A.   I don't think the examination of the products was relevant

7    to the decision on what claims to bring.

8    Q.   But that's not my question.   Do you remember the question?

9    A.   Yeah, but I don't think it makes sense.

10   Q.   Well, do you understand the question?

11   A.   Do you want to repeat it for me?

12   Q.   Of course.   Games Workshop only examined a handful of

13   Chapterhouse's actual products before deciding what claims to

14   bring in this lawsuit; is that right?

15   A.   That's a slightly different question, but that is a yes.

16   Q.   That is a yes?

17   A.   Yes.

18   Q.   Thank you.

19        Approximately half a dozen total?  Do you think that's

20   about right?

21   A.   That's probably about right, yes.

22   Q.   Half a dozen?

23   A.   Yes.

24   Q.   Of all the Chapterhouse products that are in the case?

25   A.   Yeah.   Well, I wasn't going to spend a fortune giving Nick

PDF created with pdfFactory trial version www.pdffactory.com

Stevenson - cross

1    Villacci money.

2    Q.   And how about the Chapterhouse products -- strike that.

3         We were just talking about what products you examined

4    when deciding what claims to bring, right?

5    A.   Well, no.  That was what you said, but I said that wasn't

6    relevant.

7    Q.   I understand you don't think it's relevant.

8         THE COURT:   So, just ask a question.

9    BY MS. GOLINVEAUX:

10   Q.   How about Chapterhouse's products added in the second phase

11   of the litigation last December?  How many actual Chapterhouse

12   products did Games Workshop inspect before adding those claims?

13   A.   I honestly don't know.

14   Q.   Would it surprise you if the answer was zero?

15   A.   No.  As I already told you, it wasn't relevant to our

16   decision.

17   Q.   So, did you examine any Chapterhouse products in deciding

18   what products to add in the second phase?

19   A.   No.  I carried out a thorough examination of their website

20   to see what new products they had released.

21   Q.   Now, Ms. Stevenson, you're aware that Chapterhouse's

22   attorneys were permitted to inspect Games Workshop's reference

23   materials earlier this year; is that right?

24   A.   Yes, that's right.

25   Q.   And that inspection took place at Games Workshop's

PDF created with pdfFactory trial version www.pdffactory.com

Stevenson - cross

1    headquarters in Nottingham; is that right?

2    A.   That's right.

3    Q.   And you were there for that inspection, weren't you,

4    Ms. Stevenson?

5    A.   I was.

6    Q.   And when Chapterhouse's attorney arrived for the inspection,

7    is it true that all the reference materials had been boxed up in

8    blue boxes?

9    A.   Yeah, blue crates.

10   Q.   Blue crates.   Approximately 200 blue crates?

11   A.   Approximately 200 blue crates.

12          MR. KEENER:   Objection, your Honor.   Sidebar.

13          THE COURT:   The objection is sustained.   We don't need

14   a sidebar.   I'll explain it at the break.

15   BY MS. GOLINVEAUX:

16   Q.   Ms. Stevenson, you testified about a couple types of

17   confusion that you think has happened because of Chapterhouse's

18   alleged activity; is that right?

19   A.   I did.

20   Q.   And you talked about what you called post-sale confusion

21   potentially, and you showed some pictures of eBay auction sites;

22   is that right?

23   A.   I did.

24          MS. GOLINVEAUX:   Okay.   Could we have Plaintiff's

25   Exhibit 1008, please?   And can you blow up the right-hand

PDF created with pdfFactory trial version www.pdffactory.com

Stevenson - cross

1  column?

2  BY MS. GOLINVEAUX:

3  Q.  Do you see where it identifies the seller name there?

4  A.  I do, yes.

5  Q.  The seller has a username of Inroi, right?

6  A.  Absolutely.

7  Q.  And you have no evidence that Inroi was confused, do you?

8  A.  Well, it is self-evident from the listing, I believe.

9  Q.  You have no evidence to present today on that fact, do you?

10  A.  Well, yeah, because it's self-evident from the listing.

11  Q.  In fact, this page indicates the seller is in France,

12  doesn't it?

13  A.  It does, yes.  Well, it's on French eBay.  So, I can only

14  assume from that that the person is in France.

15  Q.  And the price here is listed in euros; is that right?

16  A.  It is, yes.

17  Q.  So, you have no reason to believe anyone in the United

18  States purchased this product, do you?

19  A.  I've got no reason to believe it or not to believe it.

20         MS. GOLINVEAUX:  Could we see Plaintiff's Exhibit 1009,

21  please?  And can we blow it up again, please?

22  BY MS. GOLINVEAUX:

23  Q.  We'll come back to that.

24         Now, Ms. Stevenson, you've testified that there's

25  evidence of confusion in this case, right?  And you talked about

PDF created with pdfFactory trial version www.pdffactory.com

Stevenson - cross

1  a few e-mails; is that right?

2  A.  That's right, yes.

3  Q.  And you're talking about confusion created by Chapterhouse's

4  references to Games Workshop's trademarks; is that right?

5  A.  I don't think that that was what the e-mail said, no.

6  Q.  Okay.  We'll get into the individual e-mails.

7      Has Games Workshop done a consumer survey to find out

8  if any consumers are likely to be confused by Chapterhouse's

9  products?

10  A.  No, but we got evidence of actual confusion, so --

11  Q.  Well, and we'll get to that in a minute, but my question is

12  as to the survey.

13  A.  No, we didn't do a survey.

14  Q.  And any survey to determine whether consumers are likely to

15  be confused by the way Chapterhouse references the terms?

16  A.  I'm sorry.  Can you repeat the question?

17  Q.  Sure.  Have you done any survey to determine whether there's

18  likely to be confusion as to the way Chapterhouse references

19  Games Workshop's terms?

20  A.  No, we haven't done any surveys.

21  Q.  And Chapterhouse and Games Workshop have coexisted in the

22  marketplace for more than five years; is that right?

23  A.  It was June 2008 when I first became aware of them, and at

24  that time they were not selling as Chapterhouse.  The eBay name

25  was Custom Mini 79.  So, I can't honestly say that Chapterhouse

Stevenson - cross

1  and Games Workshop have coexisted for five years because as of
2  June 2008 when I removed those auctions from eBay, there was no
3  reference to Chapterhouse, and the e-mail I got from Nick
4  Villacci in June '08 didn't refer to Chapterhouse.  My
5  understanding is that Chapterhouse didn't exist until 2009.
6  Q.  So, but either their products that you claim Mr. Villacci
7  was selling on eBay and Chapterhouse together coexisted for
8  about five years; is that right?
9  A.  Coexisted in probably the most unhappy sense rather than
10  coexisting happily.
11  Q.  But coexisting in the marketplace.
12  A.  Yeah.
13  Q.  And today you testified about three e-mails that you claim
14  evidence some degree of consumer confusion; is that right?
15  A.  I did, yes.
16  Q.  Before we get to those e-mails, it's true, isn't it, that
17  Games Workshop has no evidence of confusion as to products it
18  added to the case in the second phase; is that right?
19  A.  Yeah.  I mean, the jury have heard quite a lot about the
20  forums that people who are fans of Warhammer 40,000 look at and
21  post on, and actually -- I know you're not allowed to look at
22  the Internet, but if you were allowed to look at the Internet,
23  what you would see is an awful lot of speculation about this
24  case, and actually our customers, our staff, and even just
25  people who are interested all know about this case and have for

PDF created with pdfFactory trial version www.pdffactory.com

Stevenson - cross

1    a very long time.  So, the likelihood of there being any

2    confusion where there's such a publicly well known case, it's

3    just not really very likely because people know.

4    Q.   But, Ms. Stevenson, you haven't presented any evidence of

5    confusion as to the products added in the second phase of the

6    case, have you?

7    A.   No.

8    Q.   And Games Workshop's not aware of any complaints about the

9    quality of those products, either, is it?

10   A.   Not from people who buy the products directly, but --

11           THE COURT:   That's the answer.   Thanks.   Next question.

12   BY MS. GOLINVEAUX:

13   Q.   Turning to the products that you first sued on, they're

14   listed in a comparison chart for --

15           THE COURT:   Actually, if you're going to go to a

16   different topic, this is where we're going to stop.   So, we'll

17   resume at 1:30.   I'll be right back out to talk to the lawyers.

18   All rise.

19      (The following proceedings were had in open court, out of

20         the presence and hearing of the jury:)

21           THE COURT:   The reason for the sustaining of the

22   objection in the early part of the cross is I don't think it's

23   at all relevant how the materials in question were arranged for

24   production, and even if it was somehow relevant, which I don't

25   think it is in the least bit, it's unnecessarily confusing in a

1   way that far outweighs its probative value.

2         All of that aside, I think there was a motion about

3   this by Chapterhouse.  I think I denied it.  I mean, I think it

4   was a request for sanctions or something, which I think I

5   denied.

6         MR. ALY:  You are absolutely correct.

7         THE COURT:  Yes.  So, that would be the third reason,

8   but I don't even need to get there because I just don't think

9   it's relevant.  Anyway, that's the basis for the ruling.  See

10   you at 1:30.

11         MR. KEENER:  And, your Honor, do you want to handle the

12   limiting instruction when you come back before we start again?

13         THE COURT:  Have you worked on something?

14         MR. KEENER:  No.  We'll work on it over lunch.

15         THE COURT:  Do that over lunch.

16         MR. KEENER:  Thank you.

17     (Whereupon, the within trial was recessed to 1:30 o'clock

18     p.m of the same day.)

19

20

21

22

23

24

25

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


GAMES WORKSHOP LIMITED,            )
                                   )
                    Plaintiff,     )    Docket No. 10 C 8103
                                   )
            vs.                    )
                                   )
CHAPTERHOUSE STUDIOS, LLC,         )    Chicago, Illinois
et al.,                            )    June 6, 2013
                                   )    1:30 p.m.
                    Defendants.    )


VOLUME 4
TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE MATTHEW F. KENNELLY AND A JURY

APPEARANCES:


For the Plaintiff:      FOLEY & LARDNER, LLP
                        BY:  MR. JONATHAN E. MOSKIN
                        90 Park Avenue
                        New York, New York    10017


                        FOLEY & LARDNER, LLP
                        BY:  MR. JASON J. KEENER
                        321 North Clark Street
                        Suite 2800
                        Chicago, Illinois    60610


For the Defendant:      WINSTON & STRAWN, LLP
                        BY:  MR. IMRON T. ALY
                             MR. BRYCE COOPER
                             MR. THOMAS KEARNEY
                        35 West Wacker Drive
                        Chicago, Illinois    60601

```
 1                            WINSTON & STRAWN, LLP
                              BY:  MS. JENNIFER A. GOLINVEAUX
 2                            101 California Street
                              San Francisco, California  94111
 3

 4                            MARSHALL, GERSTEIN & BORUN
                              BY:  MS. JULIANNE M. HARTZELL
 5                            233 South Wacker Drive
                              Willis Tower #6300
 6                            Chicago, Illinois   60606

 7

 8   Also Present:           MR. NICHOLAS VILLACCI

 9                           MS. GILLIAN STEVENSON

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24            LAURA M. BRENNAN - Official Court Reporter
               219 South Dearborn Street - Room 2102
25                     Chicago, Illinois  60604
                           (312) 435-5785
```

 1      (The following proceedings were had in open court out of
 2   the presence and hearing of the jury:)
 3           THE COURT:  All right, everybody all set?
 4           MR. KEENER:  The limiting instruction.
 5           THE COURT:  Oh, yes.  Okay, go ahead.
 6           MR. KEENER:  We mostly agreed on the limiting
 7   instruction with one disputed sentence.
 8           Do you want to see it?
 9           THE COURT:  Yes, just hand it to Augie there.
10   (Brief interruption.)
11           THE COURT:  Okay.  So let me just read this whole
12   thing into the record so we have a record of it, and I will
13   point out the part that is objected to.  Quote:
14           "Chapterhouse asked a witness why Games Workshop had
15   not presented eBay postings from Chapterhouse after 2008.  It
16   is undisputed that Chapterhouse has sold various of its
17   products on eBay since 2008."
18           The next sentence is the one that is disputed:
19           "I have found that Chapterhouse failed to preserve
20   these posts."
21           The next sentence is not disputed:
22           "As a result, you're free to infer that these eBay"
23   -- these or those -- I can't tell which it says -- "eBay posts
24   use Games Workshop's trademarks in a manner similar to the one
25   you have seen."

1    So here's what I need you to do before I can --
2    before I make a decision on this.  And, again, I don't think
3    it's crucial that we do this this afternoon.  We could do it
4    in the morning.  I know you guys have ordered the transcripts
5    from everything that has ever happened from the beginning of
6    the case to the end.  Somebody needs to find me the one where
7    I dealt with this.  And either just give it to me or tell me
8    where to find it.  If it's on the docket, you could tell me
9    where to find it so that I can look at it and just refresh my
10   memory about what I concluded.
11   Or is it not in a transcript?
12   MR. ALY:  It may not be because that's what we did
13   just try looking for, I think the last thing.  It might have
14   been by phone, your Honor.  I don't remember.
15   MR. KEENER:  I remember it being the first pretrial
16   conference, but I would have to go back and check the
17   transcript.
18   THE COURT:  The first pretrial conference.
19   MR. MOSKIN:  The second one.
20   MR. KEENER:  And the second one.  I think it was
21   probably raised at both.
22   THE COURT:  So I know guys you have got transcripts
23   of those because I know you've given them to me.
24   MR. ALY:  That's right.
25   But after the second one, the status report was

 1    requested, and that's the last thing that I think we have is

 2    on April 22nd.

 3              THE COURT:  But if you could give me --

 4              MR. ALY:  Sure.

 5              THE COURT:  If somebody could just give me a hard

 6    copy of the transcript of pretrial conference one and pretrial

 7    conference two and the status report, I can skim through them,

 8    and that will help me.

 9              MR. ALY:  Absolutely.

10              THE COURT:  I can do that while some of the extremely

11    scintillating testimony is happening.

12              MR. ALY:  Understood.

13              MR. KEENER:  Are we able to get it to you first thing

14    in the morning?

15              THE COURT:  You can give them to me now.  If you've

16    got them now, you can give them to me now.

17              MS. HARTZELL:  I've got the hearing transcripts.  I

18    don't think I have the --

19              THE COURT:  Go ahead and give me the hearing

20    transcripts.  I will look at those.

21              MR. KEENER:  You have got the joint status report

22    here.

23              MR. ALY:  I've got the joint status report here.

24              THE COURT:  Okay, so you've got it all.

25              MR. MOSKIN:  It's marked up, which I think I would

1  agree would be prejudicial.

2      THE COURT:  Okay.  You would have to take all the

3  references to idiot out of the margins.

4      MS. HARTZELL:  Wait.  Give it back.

5      MR. ALY:  I'm sure hers are talking about me, but

6  here you go.

7      THE COURT:  I'm confident all of the idiot references

8  are about yours truly.  All right, thanks.

9      Okay, we can bring the jury out.

10     (The following proceedings were had in the presence and

11  hearing of the jury:)

12     THE COURT:  You can all have a seat.

13     Ms. Stevenson, do you understand you're still under

14  oath?

15     THE WITNESS:  I do.

16     THE COURT:  Give it one second here.

17     (Brief interruption.)

18     THE COURT:  Okay, you can proceed.

19     MS. GOLINVEAUX:  Thank you, your Honor.

20        GILLIAN STEVENSON, PLAINTIFF'S WITNESS, DULY SWORN

21              CONTINUED DIRECT EXAMINATION

22  BY MS. GOLINVEAUX:

23  Q   Hi again, Ms. Stevenson.

24  A   Hi.

25  Q   Now, before lunch, we were discussing a French eBay site;

Stevenson - direct

1  do you remember that?

2  A    I do.

3  Q    So can we pull back up PX-1008, please, and if you could

4  blow up the top portion of the page.

5         So, Ms. Stevenson, you identified the seller here as

6  Inroi -- I think that's 551 -- and the location is France, is

7  that right?

8  A    That's right, yes.

9  Q    And above the location in the gray scale box, do you see

10 where it has the number of bids identified?

11 A    Yes.  It says there's no bids.

12 Q    Zero bids?

13 A    Zero bids.

14 Q    Can we move to PX-1009, please?  I think you can blow up

15 the same top portion of the page.

16        Ms. Stevenson, is the seller here the same Inroi 551?

17 A    It is.

18 Q    And is the seller location also in France?

19 A    I believe so, yes.

20 Q    And what is the number of bids on this one?

21 A    No bids.

22        Again, this auction was reported to me almost

23 immediately it was put up.  So I pulled it down straight away

24 before anyone had a chance to bid.

25 Q    Okay.  You can take that exhibit down, please.

1    Can we turn to PX-1022, please?  And let's start at
2  page 2.

3    Now, Ms. Stevenson, as you recall, you testified that
4  this chart was put together at your direction by Games
5  Workshop's hobby team, and they painted and posed the Games
6  Workshop figures on the right column to look like the colors
7  and poses of the Chapterhouse products, is that right?

8  A    Almost.  The hobby team didn't put the chart together, but
9  they did build and paint the model.

10 Q    And you said that you found this confusing when you see
11 them side by side like this?

12 A    I find it compelling.

13 Q    You said you found it confusing, correct?

14 A    I said customers could find it confusing.

15 Q    But you haven't offered any evidence that customers have
16 ever been confused by these two products, have you?

17 A    Well, they haven't seen these two images side by side, so
18 they couldn't be.

19 Q    So that's a no?

20 A    Um --

21 Q    Have you offered any evidence that any customers have
22 found these two products confusing?

23 A    I said that I thought it was obvious that they would be
24 confusing.

25 Q    But that's not my question.

1        Have you offered any evidence today that any

2   customers ever found these two products confusing?

3   A    Other than that I believe they're confusing, no.

4   Q    And, Ms. Stevenson, can you please identify for me,

5   focusing your attention on the Games Workshop figurine, the

6   trademark that appears on that figure that Games Workshop is

7   claiming in this case?

8   A    The figure is an Eldar Farseer figure, but the trademark

9   would appear on the product or on the website.

10  Q    And --

11  A    This isn't being offered for sale, so there is no

12  trademark on it.

13  Q    So on the figure in the Games Workshop column, there is no

14  trademark that Games Workshop is claiming in this case, is

15  that right?

16  A    No.  That figure isn't being offered for sale in that

17  format.

18  Q    Okay.  Can we turn to page 7 of this exhibit, please?  And

19  these are -- this is column 142.

20        And, again, you said that this was -- the Games

21  Workshop model was painted for demonstrative purposes in the

22  pose and color schemes of Chapterhouse, Chapterhouse's models,

23  is that right?

24  A    That's right, yes.

25  Q    And as with the other one, you haven't offered any

1    evidence that any consumer has actually been confused between

2    these products, have you?

3    A    No consumer has seen those side by side.

4    Q    So you haven't offered any evidence of that, have you?

5    A    They haven't been seen, so, no.

6    Q    And, Ms. Stevenson, focusing your attention on the figures

7    that show in the Games Workshop column, what are the

8    trademarks that appear on those figures that Games Workshop is

9    claiming in this case?

10   A    Again, there are no trademarks on those figures.  The name

11   Space Marine is written above for identification purposes, but

12   those figures aren't being offered for sale in that format.

13   Q    So there are no trademarks that appear on the Games

14   Workshop figures that you are claiming in this case?

15   A    There will be a trademark on the bottom of the base.

16   Q    Can we see it?

17   A    No, I don't have them with me.

18   Q    A picture?

19   A    No.

20   Q    Okay.

21        MS. GOLINVEAUX:  You can take this exhibit down.

22   BY MS. GOLINVEAUX:

23   Q    Now, let's turn to the three emails that you testified

24   earlier were, in your opinion, evidence of confusion in this

25   case.  And those emails referred to Chapterhouse Studios,

Stevenson - direct

1  right?

2  A    That's my recollection from earlier, yes.

3  Q    Okay.  Well, let's take a look at them.

4         Could you please pull up Plaintiff's Exhibit 107 at

5  page 3.

6         So, Ms. Stevenson, do you recognize this as one of

7  the emails you testified about this morning?

8  A    Yes, the email in the format of a file note, yes.

9  Q    And you explained to us what the file note indicated,

10  that --

11  A    That it's an e-mail that has been saved into our case

12  management system within the legal team, and when you then

13  print it out, it prints as a file note rather than in the

14  usual email format.

15  Q    Thank you for that.

16         If you could please blow up the email portion of this

17  exhibit?  No, the entire email portion.  Thank you.

18      (Brief interruption.)

19  BY MS. GOLINVEAUX:

20  Q    So this appears to be a September, an email -- strike

21  that.

22         This appears to be an email dated September 27th,

23  2009, that was sent to legal at games-workshop.co.uk, is that

24  right?

25  A    That's correct.

1 Q   And I'm reading from the beginning of the paragraph.

2 Beginning there it says:

3        "Dear sir/madam, I have recently come across this

4 website and it provides the URL for a ChapterhouseStudios.com

5 page selling conversion bits for Games Workshop kits."

6        Do you see that part?

7 A   I do see that.

8 Q   And looking at the last sentence of that paragraph, it

9 says:

10        "I'm looking at their Space Marine shoulder pads

11 here, Salamander, Luna Wolves, et cetera, which look

12 reasonable enough, but perhaps lack the sharpness and detail

13 of, quote, unquote, official Games Workshop products."

14        Do you see that?

15 A   It says "GW," but, yes.

16 Q   In that last sentence, the person's distinguishing the

17 Chapterhouse products that he saw from, quote, unquote,

18 official GW products, isn't he?

19 A   Yes, but the key is in the following question, isn't it?

20 Q   Well, that's something you discussed this morning, but I'm

21 focusing on my questions now.

22        So he's distinguishing them from official Games

23 Workshop products, isn't he?

24 A   I -- sorry.

25        Can you repeat the question?

1    Q    Sure, let's move on.  If you would look, please, at the
2    "from" line in the email header; do you see that?
3    A    I do, yes.
4    Q    It says that this email is from an @btinternet.com email
5    address?
6    A    Indeed.
7    Q    Do you have an understanding of what btinternet indicates
8    in the email address?
9    A    Well, "bt" is shorthand for British telecom, which is a
10   telecom company in the U.K.
11           Does that answer the question?
12   Q    It does.  Thank you.
13           So there is no reason to believe that this individual
14   was in the United States, is there?
15   A    Well, it's a dot com address, which would suggest it was
16   in the U.S.  I don't know whether bt offers telecom services
17   in the U.S. or not, but most -- most U.K. email addresses are
18   dot co or dot uk.
19   Q    Let's turn to Plaintiff's Exhibit 107 at page 4.  It's the
20   same exhibit, page 4.
21       (Brief interruption.)
22   BY MS. GOLINVEAUX:
23   Q    Ms. Stevenson, this is another one of the emails you
24   discussed this morning, correct?
25   A    Absolutely.

Stevenson - direct

1   Q   If we could blow up the email portion of it, not the file

2   note.

3           And this person -- I'm reading from the text of the

4   email.  Before the text starts, there is also -- he's provided

5   a ChapterhouseStudios.com URL, is that right?

6   A   That's right.

7   Q   Okay.  And then the email itself says:

8           "I was thinking of the power fist and the leg parts

9   for the Chaplain.  They are clearly Citadel parts with added

10  details sculpted to them."

11          Do you see that?

12  A   Yes.

13  Q   Do I read that properly?

14  A   Yes, you did.

15  Q   Okay.  And if you could look --

16          Well, actually, this email doesn't show the sender's

17  email address at all, does it?

18  A   Not that I can see, no.

19  Q   Okay.  Let's turn in the same exhibit, let's turn to

20  pages 1 and 2.

21      (Brief interruption.)

22  BY MS. GOLINVEAUX:

23  Q   As he's getting the second page loaded up -- there it is.

24  So this is the third email that you discussed this morning, is

25  that right?

Stevenson - direct

1    A    I don't know what order I discussed them in, but it looks

2    like one of the three emails, yes.

3    Q    Okay.  And this email, if we could blow up the email

4    portion of the bottom third of the first page, this one is

5    also sent to legal U.K.

6              I assume that's Games Workshop legal, is that right?

7    A    That's right.

8    Q    Okay.  And, again, it provides a URL for a

9    ChapterhouseStudios.com web page, is that right?

10   A    That's right.

11   Q    And the text says:

12             "Hi.  I've just found this website, and they are

13   offering their own resin cast conversion kits for Space Marine

14   Rhino and Land Raider."

15             Do you see that?

16   A    Yes.

17   Q    Okay.  And looking back up to the email header, do you see

18   the address where it says the email address is at an

19   @Yahoo.co.uk?

20   A    I do.

21   Q    And I believe a moment ago you indicated that that would

22   indicate a U.K. email address, is that right?

23   A    That's right.

24   Q    So do you have any reason to believe this individual was

25   in the U.S.?

1  A   No, but Chapterhouse Studios were.

2  Q   But the individual sending you the email reporting about

3  it was not?

4  A   Not so far as I'm aware.

5  Q   And you have no reason to believe they were in the U.S.?

6  A   No, although they could have been in the U.S. accessing

7  the U.S. website and emailing from a U.K. email address.  I

8  don't know.

9  Q   But the fact is they had a U.K. email, a co.uk email

10  address, correct?

11  A   Yes.

12  Q   If we can look at Defendants' Exhibit 170, please.

13        Again, we have the format with the file note on the

14  top, and can you blow up the content where it starts with

15  "from" on the bottom third of the page?

16      (Brief interruption.)

17  BY MS. GOLINVEAUX:

18  Q   Okay.  This is Defendants' 170, if you can blow up the

19  bottom third of the page, please.

20        Ms. Stevenson, this appears to be a September 22nd,

21  2010, email, again sent to legal U.K. indicating Games

22  Workshop legal, is that right?

23  A   That's right.

24  Q   Okay.  And this email said:

25        "Thought you might find this link of interest.  I

1    don't usually care if someone is doing something GW style, but

2    there is a line for me and this has crossed it."

3         Do you see that?

4    A    Yes.

5    Q    Ms. Stevenson, this person is aware that Games Workshop

6    isn't the source of these products, isn't he?

7    A    I can't testify what the person is aware of.

8    Q    This -- do you consider this to be evidence of confusion?

9    A    I don't think he's necessarily confused.  He's clearly

10   unhappy.

11   Q    So he doesn't appear confused to you?

12   A    No.

13   Q    Okay.

14        MS. GOLINVEAUX:  Can we have Defendants' 171, please?

15        (Brief interruption.)

16   BY MS. GOLINVEAUX:

17   Q    Can you pull up the -- go up a little bit to the blank

18   space in the middle of the page, okay, and pull up from there

19   down.

20        Ms. Stevenson, it appears you forwarded that last

21   email, and we see a message here:

22        "And another one who clearly is not confused,

23   exclamation point."

24        Do you see that?

25   A    I do see that.  That was an email to my external lawyers,

Stevenson - direct

1    yes.

2    Q    Your external lawyers?

3    A    Yes, and it was an email which was following an earlier

4    email which I sent two seconds earlier referring to someone

5    who was confused.  So it was here's one who is and here's one

6    who isn't.

7    Q    And that's your name underneath where I just read,

8    "another one who clearly is not confused"?

9    A    Yes.  One who was, one who wasn't, as I said.

10   Q    So that's your name right there?

11   A    That's right.

12           MS. GOLINVEAUX:  You can take that exhibit down.

13   BY MS. GOLINVEAUX,

14   Q    So, Ms. Stevenson, what you are telling us that in the

15   five years that you have been aware of Mr. Villacci and

16   Chapterhouse Studios, that you have received these three

17   emails that you think are evidence of confusion, is that

18   right?

19   A    Yes, and they're all prior to his issuing the court

20   proceedings.

21   Q    And what is the relevance of that?

22   A    Well, the public knowledge afterwards would mean that

23   people wouldn't be confused.

24   Q    So the litigation itself has mitigated any likelihood of

25   confusion; is that fair to say?

1    A    I don't know that you could actually say that because we

2    have had evidence from the French eBay vendor, and actually as

3    we have seen from the side-by-side documents, there's clearly

4    scope for confusion.

5    Q    But in light of the litigation, people aren't likely to be

6    confused?

7    A    People who don't know about it might be.

8    Q    And so you have identified three emails that you consider

9    to be evidence of confusion, is that right?

10   A    Absolutely.

11   Q    And two of those emails were sent from what appears to be

12   U.K. email addresses?

13   A    That's right.

14   Q    And the third one didn't show the sender's email address

15   at all, did it?

16   A    It didn't.

17   Q    Okay.  And Games Workshop has no way of knowing if any of

18   these three individuals were in the United States, does it?

19   A    No.

20   Q    And the most recent of those three emails was dated

21   February 15th, 2010, is that right?

22   A    I don't know.  Sorry.

23   Q    Well, we can go back through them, if you would like.

24   A    Not really.  Yes, we can do that.

25   Q    Let me represent to you that the most recent one was dated

1  February 15th, 2010, since we just looked at them and it's in

2  the record.

3        So that was nearly three and a half years ago, wasn't

4  it, Ms. Stevenson?

5  A    Yes.

6  Q    Then there is a fourth email where you say, "another one

7  who is clearly not confused," isn't there?

8  A    Yes.   That was an email following an earlier email, as I

9  said.

10 Q    As you said, thank you very much.

11       THE COURT:  Redirect.

12                    REDIRECT EXAMINATION

13 BY MR. KEENER:

14 Q    I'm bringing up Plaintiff's Exhibit 1008, which is the

15 French eBay posting we have been discussing so far.

16       And counsel for Chapterhouse pointed out that the

17 price for the post is in Euro; do you remember that?

18 A    I do, yes.

19 Q    It also lists the price in U.S. dollars?

20 A    It does, yes.

21 Q    Counsel for Chapterhouse also mentioned that the seller is

22 in France?

23 A    That's right.

24 Q    Do you remember that?

25       Does it list where the seller is willing to ship this

1  product to?

2  A    It ships worldwide.

3  Q    So someone in the U.S. can see and purchase this product?

4  A    Absolutely.

5  Q    Let's move to Plaintiff's Exhibit 1009.

6        Is this product also offered in U.S. dollars?

7  A    It is, yes.

8  Q    And where do they ship this product?

9  A    Again, worldwide.

10 Q    Can we pull up Plaintiff's Exhibit 1007?

11       (Brief interruption.)

12       MR. KEENER:  It should be in your binder.  I'm sorry,

13 107.  Thank you.  There we go.

14 BY MR. KEENER:

15 Q    Now, if you blow up the bottom part of this email, this is

16 what counsel for Chapterhouse just read to you:

17       "Hi.  I've just found this website and they're

18 offering their own resin kit -- their own resin cast

19 conversion kits for Space Marine Rhino and Land Raider."

20       Do you remember that?

21 A    Yes, I do.

22 Q    And she didn't finish reading the sentence.

23       Can you finish reading the sentence and the next

24 sentence?

25 A    Yes.  It says:

1        "Space Marine Rhino and Land Raider tanks along with

2    a few other GW things.  I don't know if they are doing this

3    under license, but thought you may want to take a look at this

4    just in case."

5    Q    So would you think this customer has any confusion?

6    A    I was convinced he was confused.

7    Q    About what?

8    A    About whether they were legitimate or had a license.

9    Q    So the confusion wasn't whether or not that product was

10   made by Games Workshop, but what was the confusion?

11            MS. GOLINVEAUX:  Objection, your Honor.  Leading.

12            THE COURT:  Overruled.

13            THE WITNESS:  They were confused as to whether Games

14   Workshop had given a license to these people to make the Rhino

15   and Land Raider.

16            MR. KEENER:  Thank you.  No more questions.

17            THE COURT:  Ms. Golinveaux, anything else?

18            MS. GOLINVEAUX:  No, your Honor.

19            THE COURT:  Any of the jurors have any questions for

20   this witness?

21            I don't see anyone writing.  Okay, the witness is

22   excused.

23            THE WITNESS:  Thank you.

24            (Witness excused.)

25            THE COURT:  Please call the next witness.

1    MR. MOSKIN:  Plaintiffs call as their next witness

2 Nicholas Villacci.

3    THE COURT:  I'm not sure that I need to explain this

4 to you all, but I will anyway.  There is no limitation on

5 whether one side can call the other side's people in their

6 case.  The only difference that you might see is what

7 lawyers --

8    You can come up, Mr. Villacci.

9    -- what lawyers sometimes call leading questions, in

10 other words, where the question sort of suggests an answer,

11 leads the person in a particular way.  Generally speaking, a

12 lawyer is not allowed to ask those on direct examination of

13 their own witnesses.  They can only ask them on cross

14 examination.  But when the witness is somebody from the other

15 side, they're allowed to ask leading questions on direct

16 examination.

17    That may be more information -- that may be TMI, as

18 they say these days.  But if it is, don't worry about it.

19 Just put it out of your mind.

20    (Witness sworn.)

21    NICHOLAS VILLACCI, PLAINTIFF'S WITNESS, DULY SWORN

22    DIRECT EXAMINATION

23 BY MR. MOSKIN:

24 Q   Good afternoon, Mr. Villacci.

25 A   Good afternoon.

1  Q   You have been playing --

2         THE COURT:  Let's have him state his name and spell

3  his name first.

4         MR. MOSKIN:  All right.

5         THE COURT:  Do that.

6         THE WITNESS:  Nicholas Villacci.

7         THE COURT:  Spell the last name, if you would.

8         THE WITNESS:  V, as in Victor, i-l-l-a-c-c-i.

9         THE COURT:  Thanks.  Go ahead, Mr. Moskin.

10  BY MR. MOSKIN:

11  Q   You have been playing the game Warhammer 40,000 since the

12  19 -- early 1990s, correct?

13  A   Yes.

14  Q   And at one point when you were younger, you worked in a

15  store, a hobby store, that sold Games Workshop Warhammer

16  40,000 products, correct?

17  A   Yes.

18  Q   And over the years, would it be safe to say that you have

19  acquired a rather large collection of Games Workshop Warhammer

20  40,000 materials?

21  A   Yes.

22         MR. MOSKIN:  Can we bring up Plaintiff's Exhibit 70?

23  BY MR. MOSKIN:

24  Q   And principally because I don't want to show you the whole

25  thing -- it's 185.  I'm sorry.

1    (Brief interruption.)

2    BY MR. MOSKIN:

3    Q    I want to show you the actual physical collection of

4    photographs, and as we scroll through on the video screen

5    these images, can you confirm this is, in fact, your

6    collection of Warhammer 40,000 materials, right?

7    A    I definitely recognize those pieces, yes.

8    Q    And it goes on for several hundred pages, correct,

9    Exhibit 185?

10    A    I will take your word for that, yes.

11    Q    I didn't hear the answer.

12    A    I will take your word for that, yes, unless --

13    Q    That's why I gave you the binders, so you could see.

14    A    Yes.

15    Q    Now, you formed Chapterhouse in, was it in 2009?

16    A    I would think that's a good approximation of that date,

17    yes.

18    Q    And there are two owners of the company, you and a Thomas

19    Fiertek?

20    A    Yes.

21    Q    And you own 51 percent of the company; he owns 49 percent?

22    A    I think so, yes.

23    Q    All right.  Can we bring up Plaintiff's Exhibit 435 at

24    pages 1062 to 63?

25             And this is more or less what the home page of your

1   website looked like -- well, that's not the home page yet.

2         1062, that's what the home page of your website

3   looked like initially, correct?

4   A    Yes.

5   Q    With that tag line, specializing in custom sculpts and

6   bits for Warhammer 40,000?

7   A    Yes, we did have that tag line out there.

8   Q    And can we bring up Plaintiff's Exhibit 690 at page 28506?

9         And this is now what the website, the home page of

10  the website looks like?

11  A    Yes.

12  Q    So after the lawsuit, you removed the tag line,

13  specializing in custom sculpts and bits for Warhammer 40,000,

14  right?

15  A    Sometime after the lawsuit, yes.

16  Q    Now, there was some testimony earlier today about a

17  disclaimer at the bottom of the page of this website, and we

18  don't need to look at it, but do you recall that testimony?

19  A    Yes.

20  Q    Now, Games Workshop did not compel you to put the

21  disclaimer there, did it?

22  A    No.

23  Q    You chose that of your own free will?

24  A    Yes.

25  Q    Over the years your company has employed -- and I don't

Villacci - direct

1    need the exact number, but we can figure it out if we want to

2    do the math.

3            I figure roughly 23 designers, not including yourself

4    and Mr. Fiertek, is that about right?

5    A    Yes.

6    Q    Okay.  And ten people who have painted products for you?

7    A    That seems about right, yes.

8    Q    Now, you market your products.

9            Other than on your own website, you market your

10   products specifically on the Internet forums that Mr. Merrett

11   described, correct?

12   A    Yes.

13   Q    And so these include forums such as belloflostsouls and

14   dakkadakka and bartertown, Heresy-online, WarSeer.com,

15   frothersunite, and so forth?

16   A    I think so, yes.

17   Q    And also on eBay, correct?

18   A    Yes.

19   Q    And you make a particular point, don't you, to market your

20   products on your website and on these forums in color?

21   A    Yes.

22           MR. MOSKIN:  Can we pull up Plaintiff's Exhibit 168

23   at pages 30 to 31?

24       (Brief interruption.)

25   BY MR. MOSKIN:

1   Q   WarSeer is one of those Internet forums, correct, that

2   caters to fans of Warhammer 40,000?

3   A   Yes.

4   Q   And if we --

5           That's not it.  At pages 30 to 31.  There we go.  Can

6   we zoom in on the statement at the bottom, and particularly

7   the language.

8           If we back up, for example, so you can see the page

9   and make sure that you know that's yours, that's your forum

10  post there at the bottom, correct?

11  A   Yes.

12  Q   Now if we can zoom in.

13          You state there:

14          "I have made a rule not to show products until I have

15  painted pictures of them."

16          Do you see that?

17  A   Yes, I do.

18  Q   And you made that statement on that forum, right?

19  A   Yes.

20  Q   Okay.  And if you continue down to this page, you say:

21          "I have a few more products I will be showing next

22  week as soon as the paint jobs are done," right?

23  A   Yes.

24  Q   And here you are referring to parts compatible with Space

25  Marine troops and so forth, is that correct?

1    A    Yes.

2    Q    Now, if you follow over to the next page, you see at the

3    beginning there, it says:

4              "I want to throw open a job opening."

5              And what kind of person were you looking to hire?

6    A    Professional level commission painter.

7    Q    And that is because having unpainted products is one of

8    your biggest delays to releasing new bits and models, correct?

9    A    Yes.

10             THE COURT:  What is the exhibit number here?  I'm

11   sorry, Mr. Moskin.  My fault.

12             MR. MOSKIN:  168.

13             THE COURT:  Thanks.

14             MR. MOSKIN:  Pages 30 to 31.

15   BY MR. MOSKIN:

16   Q    Now, let's pull up Plaintiff's Exhibit 144.

17             And this is another posting by Chapterhouse.  Well,

18   was this by Chapterhouse or by you personally?

19   A    Since I'm pretty much Chapterhouse, I guess you could say

20   both.

21   Q    And Bartertown is one of those Internet forums we were

22   just describing and that Mr. Merrett discussed?

23   A    Yes.

24   Q    And here is it correct to say that --

25             I see, okay.  In the top of the first line, it says

1   that you and your friend have started a small enterprise, and

2   I want to focus on the second sentence there.  It says:

3          "He sculpts shoulder pads for chapters that you never

4   see."

5          Do you see that?

6   A   Yes.

7   Q   And those chapters that you never see are chapters of the

8   Space Marines, correct?

9   A   Yes.

10  Q   And among those chapters that you never see, would that

11  include chapters taken from books like the The Horus Heresy?

12  A   It could.

13  Q   Okay.  And because when you say at the bottom that these

14  are not identical to any published works out there, a bit

15  generic, but similar that you could be able to use them with

16  little problem -- first of all, do you see that?

17  A   Yes.

18  Q   When you say, similar that you should be able to use them,

19  that means so that people playing Warhammer 40,000 would be

20  able to use them playing the game, right?

21  A   Yes.

22  Q   So in order to make products to appeal to customers of

23  Warhammer 40,000, they have to be similar enough to be

24  recognizable to them with the context or reference to the game

25  Warhammer 40,000?

1    A    Not necessarily.

2    Q    But that's what you wrote here.  That's what your goal is

3    to do is to make products similar enough that they could be

4    used with little problem by people playing Warhammer 40,000?

5    A    That's what I said there, yes.

6    Q    Okay.  Let's look at Plaintiff's Exhibit 147.

7            Now, this is one of the products that -- this is a

8    product announcement from one of the products that you have

9    sold, correct, power armor pad for Exorcist players?

10   A    Yes.

11   Q    And the name Exorcist has a specific meaning in Warhammer

12   40,000, right?

13   A    Yes.

14   Q    So in order to be similar enough for a player of Warhammer

15   40,000, you couldn't put on an Exorcist player's pad a picture

16   of a rose, for instance?

17   A    You could.

18   Q    But that wouldn't be recognizable to them as an Exorcist

19   pad, right?

20   A    Not as depicted as the GW idea of Exorcist.

21   Q    I didn't hear that.  Not as depicted by?

22           Why don't you just state it back again.

23   A    Not as depicted as GW's idea of Exorcist.

24   Q    Okay.  But in theory you could put a rose or a castle or a

25   sword on a product and call it an Exorcist shoulder pad,

Villacci - direct

1   right?

2   A    Yes.

3   Q    But that's not what you chose to do?

4   A    No.

5   Q    Because you want to make products that are similar enough

6   to the Games Workshop products so that it could be immediately

7   recognizable to players of Warhammer 40,000?

8   A    No.

9   Q    So that's just a coincidence that you happened to pick a

10  shoulder pad design that looks just like the Exorcist design

11  of Warhammer 40,000 rather than a rose or a sword or a castle?

12  A    No, that's not a coincidence.  But you said we want to

13  make products that were similar to GW products.  That's

14  incorrect.

15  Q    Okay.  Similar enough so that they could be used by

16  players in the game.

17  A    Yes.

18  Q    And to achieve that, they have to be recognizable to them

19  as similar to the GW reference point?

20  A    Yes.

21  Q    Let's look at one more example of a shoulder pad product,

22  and we'll look at Plaintiff's Exhibit 149.

23          And this is a shoulder pad for chalice or Soul

24  Drinkers, is that right?

25  A    Yes.

Villacci - direct

1    Q    That's a product that Chapterhouse has sold?

2    A    Yes.

3    Q    Okay.  Now, it says here that the products are in a

4    standard size in the text there, the bottom.

5         Do you see that?

6    A    Yes.

7    Q    And what does that mean?

8    A    They're a standard size of a Space Marine shoulder pad.

9    Q    So, in other words, they pretty closely, if not exactly,

10   match the dimensions of an actual Games Workshop shoulder pad

11   for a Space Marine?

12   A    Yes.

13   Q    And in order to achieve that near or exact identity

14   dimensions, you use a tool called a digimeter to measure the

15   dimensions of the Games Workshop shoulder pad?

16   A    I personally didn't do anything like that, no.

17   Q    Fair enough.

18        Designers at Chapterhouse have used tools which I

19   think you previously explained to me was called a digimeter.

20   A    I've never heard of it myself.

21   Q    So is that correct, that designers for Chapterhouse have

22   used that tool?

23   A    Yes, we have used that tool.

24   Q    And for that reason, to make sure that the dimensions are

25   as close as possible to the Games Workshop original?

Villacci - direct

1    A    I'm not sure about the process they went in to design our

2    shoulder pads in particular, no.

3    Q    But it's your understanding that a digimeter allows you to

4    take very precise measurements, correct?

5    A    Yes.

6    Q    And, hence, you're able to offer a product in a standard

7    size for a Space Marine tactical shoulder pad?

8    A    I think you're inferring what a digimeter does allows you

9    to do that.  It could.  But like I said, I didn't design the

10   specific pad itself.  So I don't know what process they went

11   through to do that.

12   Q    But, nonetheless, by referring to the standard size here

13   and in Exhibit 149, what you're talking about is matching

14   fairly closely the actual dimensions of a Games Workshop Space

15   Marine shoulder pad?

16   A    Yes.

17   Q    All right.  Let's look at Plaintiff's Exhibit 189, and can

18   you tell us what this is?

19   A    It looks like an email dated October 30th, 2009, from

20   myself to Wyatt Traina.

21   Q    Wyatt Traina is somebody who worked as a designer for

22   Chapterhouse?

23   A    Yes.

24   Q    I want to focus on at the end of the second paragraph, and

25   it says:

1    "While using the same measured dimensions in 3D

2    applications," starting there.

3    A    Okay.

4    Q    So what does that mean, that you are --

5         Why don't you tell me what that means, to using the

6    same measured dimensions in 3D applications.

7    A    Can we scroll down so I can read the rest of the email?

8    Q    Sure.  And you have a book of all these exhibits in front

9    of you as well.

10   A    189.  Okay.  Can you repeat your question?

11   Q    So you have said to Mr. Traina:

12        "We have gone through a lot of resources to design

13   our own stuff from scratch while using the same measured

14   dimensions and 3D applications."

15        I'm just asking what you meant there.

16   A    That we -- you know, whenever we want to design a product

17   that fits on a specific Games Workshop product, we need to

18   make sure it fits and that the customer doesn't have to buy

19   our product, then cut into it and try to get it -- jam it into

20   a space that fits.  So we measure our products to make sure

21   they fit correctly.

22   Q    And if you look at the top line of that, it says:

23        "GW has no legal say."

24        Does that pretty much sum up your feeling, that whole

25   paragraph, the top paragraph, that GW has no legal say, that

1   what people make to use with their models as long as it isn't

2   a direct copy or recast?

3   A    Yes.

4   Q    Okay.  Let's pull up Plaintiff's Exhibit 170 because I

5   would like to explore with you a little further what is the

6   company philosophy, and we'll go to page -- it's 12 pages from

7   the back.  No, not that, 12 pages back.

8        (Brief interruption.)

9             MR. MOSKIN:  That looks like it, I think.  Yes, okay.

10  BY MR. MOSKIN:

11  Q    And that's the Chapterhouse logo on the left?

12  A    Yes.

13  Q    And so that's a forum post by you?

14  A    Yes.

15  Q    And you see that --

16           I will cut out some of the offensive language, but

17  you see there's a question that says that "peeps are making

18  requests.  How about some iron hands stuff?"

19           Do you see that?

20  A    Yes.

21  Q    You said in response -- why don't you read out loud what

22  you wrote in response.

23  A    "We have been considering that chapter for a while.  We

24  just need to be able to create an icon similar enough to the

25  real GW icon while being acceptable to players as well, but we

1    can't copy the GW one straight on.  It's a tricky thing."

2    Q    Let's continue to Plaintiff's Exhibit 744.  And it's -- if

3    you look at the very top, it says dakkadakka?  Do you see in

4    the --

5    A    Yes.

6    Q    -- the navigation line at the top?

7    A    Yes.

8    Q    Okay.  And do you see in the middle, there's a question

9    put to you by a potential customer or somebody.  It says:

10            "Just out of interest, whatever happened to the

11   armored predator front panels you guys were working on a while

12   back?"

13            Do you see that?

14   A    I honestly can't make it out.

15   Q    Can you back it out a little to make it legible?

16            Again, you can refer to the --

17   A    Which exhibit is this?

18   Q    It's 744.  There's only one page in that exhibit.

19   A    I'm sorry.  I'm not -- these just aren't in number order.

20   Q    No, no.  They're sort of in sequence that I'm going.

21   A    Okay.

22   Q    So you see where in the middle there, the customer says:

23            "Just out of interest, whatever happened to the

24   armored predator front panels you guys were working on a while

25   back?"

Villacci - direct

1   A    Yes.

2   Q    And can you read your response?

3   A    Is that --

4   Q    Yes.

5   A    Because it looks like there's something blacked out there.

6   That could be a response.

7   Q    Right.  We have --

8        THE COURT:  I think you should just assume that the

9   response is what is not blacked out.  Is that a fair

10  statement?

11       MR. MOSKIN:  Yes.  There may have been an additional

12  part of your response, but the parties have agreed.

13       THE COURT:  The blacked out stuff is not relevant,

14  and so we didn't want to just sort of clutter up things with

15  irrelevant stuff.

16       MR. MOSKIN:  Thank you, your Honor.

17       THE COURT:  All right.

18       THE WITNESS:  Do you want me to read it still?

19  BY MR. MOSKIN:

20  Q    Can you read that part of your response to this customer?

21  A    "Yes, but we had to walk a line there.  It's hard to

22  predict what people buy when it comes to existing chapters.

23  How close to the original iron hands icon do we have to stay

24  to make some money off it?"

25  Q    "To make some money off it," that's what you wrote?

1  A   That's what it says.

2  Q   That's what you wrote?

3  A   Yes.

4  Q   And let's look at Plaintiff's Exhibit 183.  And do you

5  have that in front of you?

6  A   Yes.

7  Q   And is this an email exchange between you and Mr. Fiertek,

8  your co-owner?

9  A   Yes.

10 Q   If we look at the second page, under the number 3, do you

11 see the question that Mr. Fiertek put to you?

12        "If 2D, how alike must it be -- how alike must it be

13 the GW Raven Guard shape?  Does it have to look like an, aha,

14 it's Raven Guard when viewed from the front?"

15        Do you see that?

16 A   Yes.

17 Q   And Raven Guard is a chapter of the Space Marines?

18 A   Yes.

19 Q   And let's go back to the first page.  And can you read

20 your response, the first paragraph at the top?

21 A   First paragraph?

22 Q   "For our Raven Guard."

23 A   Yes.

24        "For our Raven Guard, a separate work from Mike's

25 Blood Ravens, I think the outside profile should be the same

Villacci - direct

1    roughly but with 3D added to it.  So if a customer wanted to

2    paint the Raven all black, it would look the same as GW's

3    profile, but with tons of 3D detail added to it.  It would

4    just be hard to see painted black."

5    Q    And the GW you are referring to there is Games Workshop?

6    A    Yes.

1  Q   And the GW you're referring to there is Games Workshop?

2  A   Yes.

3  Q   And when you market your products, you also make some

4  effort to time the release, don't you, so that it can be

5  coordinated with Games Workshop's releases of its new codexes?

6  A   No.

7  Q   No?  Okay.

8      Well, let's look at Plaintiff's Exhibit 177.  And I

9  think you'll agree this is the same Mr. Traina we mentioned a

10 moment ago, who was one of your designers?

11 A   Yes.

12 Q   And this is an email.  It's -- at the top it says -- I

13 can't see the attachment, and that looks like it's from

14 Mr. Traina, right?

15 A   Yes.

16 Q   And then below that is your message to him?

17 A   Yes.

18 Q   Okay.  And can you read the last line of that message

19 to -- that you wrote to Mr. Traina?

20 A   "Well, we can release your stuff in time for the Blood

21 Angels codex coming up."

22 Q   "Well, I think if you time your sculpting well, we can

23 release your stuff in time for the Blood Angels codex coming

24 up," that's what you wrote to him, right?

25 A   That's the complete sentence.

Villacci - direct

1    Q   So in fact you do make some effort, at least, to time the

2    release of your products to be coordinated with the release of

3    Games Workshop's codexes, right?

4    A   Yes.

5    Q   Let's go to one of the products you sell called the

6    Javelin Class jetbike.

7         And if you could bring up on the comparison chart

8    Plaintiff's Exhibit 1011 at page 24.

9         And this depicts the two different -- this depicts

10   the Javelin Class jetbike that Chapterhouse sells, correct?

11   A   Yes.

12   Q   And if you'd go to the next page, that's the Pilum

13   Imperial jetbike that Chapterhouse sells?

14   A   Yes.

15   Q   And the main difference is that you've added the fin at

16   the back and some extra weaponry?

17   A   Yeah.  That could be accurate, yes.

18   Q   And let's take a look at Plaintiff's Exhibit 163.  And

19   this is, I think, an announcement by Chapterhouse Studios of a

20   delay in the release of the jetbike?

21   A   Yes.

22   Q   And if you look at the second page of the release, it says

23   here, and you see the end of the second line that, "Looking

24   for the next toy release for the Heresy era 40K players."  Do

25   you see that?

1    A    Yes.

2    Q    And that reference to Heresy, that's a reference to the

3    Horus Heresy by Games Workshop?

4    A    Yes.

5    Q    And in designing this product, you were specifically

6    inspired, weren't you, by the image from the Horus Heresy

7    shown at Exhibit 969, page 18763?

8         And I refer you to in the middle on the right.  Do

9    you see that?

10   A    Yes.

11   Q    Okay.  And that was the specific source of inspiration for

12   Chapterhouse in making its jetbike?

13   A    No.

14   Q    It wasn't.

15   A    No.

16   Q    Okay.  In making your jetbike, you did look, I think

17   you -- perhaps you'll agree, at the actual Games Workshop bike

18   that Games Workshop sells, the physical model it sells, right?

19   A    No.

20   Q    All right.  Well, let's call up Plaintiff's Exhibit --

21   A    I'm sorry.  Can I correct myself on that?

22   Q    Excuse me?

23   A    Can I correct myself on that?

24   Q    Absolutely.

25   A    Yes, Games Workshop bike.

1    Q    Yes.

2    A    They have a Games Workshop bike, yes.

3    Q    Right.  And we just saw that on the comparison chart on --

4    A    Which?

5    Q    A picture of the Games Workshop bike in addition to this

6    image of the Horus Heresy bike.

7          You can go back to Plaintiff's Exhibit 1011, page 24.

8    That's a Games Workshop bike at the bottom, right?

9    A    Yes.

10   Q    Okay.  Now, let's call up Plaintiff's Exhibit 158.  I'm

11   sorry.  174.

12          And can you see -- first of all, is this a series of

13   emails between you and one of the designers of the jetbike?

14   A    No.

15   Q    Well, that's you at the top, right?

16   A    Yes.

17   Q    And who designed the jetbike?

18   A    I believe it was myself, Jeffrey Nagy and Tim all had

19   input on how it ended up.

20   Q    And do you know somebody named Michio Okamura?

21   A    Yes.

22   Q    And was he involved in designing the jetbike?

23   A    Not the bike itself, no.

24   Q    Okay.  And he designed legs and arms for the rider on the

25   bike?

1    A    He did sculpt legs and arms.

2    Q    Okay.  And let's look at -- so this is an email chain

3    between you and Mr. Okamura, right?

4    A    Yes.

5    Q    Okay.  And let's -- and this was created before the bike

6    was released, right?

7    A    Yes.

8    Q    Let's look at page 1 of Plaintiff's Exhibit 174.

9         And you see in the middle, the second line down,

10   Mr. Okamura says to you, "The bike's overall size and length

11   matches with the GW, but the seats controls, handlebars, et

12   cetera, are proportionally too small for the rider," right?

13   A    Yes.

14   Q    So clearly in the course of creating your jetbike, one of

15   your designers was making specific reference to the Games

16   Workshop bike?

17   A    I feel it important to differentiate between the arms and

18   legs of the rider and the actual bike design.

19   Q    But he commented on the fact that the bike's -- your

20   bike's overall size and length matches with Games Workshop's

21   bike?

22   A    Our bike was done before he ever saw -- before this email

23   ever came up.

24   Q    Was it just a complete coincidence your bike matched the

25   size of Games Workshop's bike?

1   A   I can't testify if the bike matches the size of Games

2   Workshop's bike.  I've never compared it to --

3   Q   You --

4   A   Looks like he has.

5   Q   I'm sorry.  I didn't mean to interrupt.

6           So you have no explanation for why Mr. Okamura, one

7   of your designers, thinks that the overall size and length of

8   your bike matches the Games Workshop bike?

9   A   Yes.

10  Q   Yes, that is you have no explanation?

11  A   Yes.

12  Q   And if we go back to Plaintiff's Exhibit 1011, page 24,

13  the arms and legs on the Chapterhouse product on the left,

14  those were made by Chapterhouse?

15  A   Yes.

16  Q   Okay.  And they were made to look pretty much exactly like

17  Games Workshop Space Marine arms and legs, right?

18  A   No.

19  Q   No?

20          You don't think those look anything like the Games

21  Workshop Space Marine arms and legs?

22  A   They're armored arms and legs.  Games Workshop has armored

23  arms and legs.

24  Q   That's the extent of the similarity you see?

25  A   Yes.

Villacci - direct

1    Q    Okay.  And the rest of the rider, was that a Games

2    Workshop Space Marine?

3    A    No.

4    Q    You made that whole rider?

5    A    Yes.

6    Q    And would you agree that your rider on that bike looks

7    incredibly similar to the Games Workshop Space Marine?

8    A    No.

9    Q    You don't -- do you see any similarity?

10   A    Yes.

11   Q    Okay.  But you don't think it's particularly --

12          How similar do you think it is?

13   A    They're both armored, and they both have shoulder pads and

14   a helmet.

15   Q    Can you identify any differences between your design --

16   and you can refer -- it may not be the best example, but there

17   is a picture of a Games Workshop Space Marine on the lower

18   right.  Can you identify any differences, salient differences

19   between your design and the Games Workshop original Space

20   Marine?

21   A    Yes.

22   Q    Okay.  Please tell us.

23   A    Games Workshop's Space Marine seems to have a backpack on

24   the back of it.

25          The shoulder pads seem to have raised ridges on the

1    edge of the shoulder pad.  It's a flat surface on the edges --

2    on the shoulder pads themselves, no studs.

3            Games Workshop's helmet is different.  The eyes, the

4    eyes are the same color, but I can't really -- much detail.

5    If you look closely at the Chapterhouse Studios head, you can

6    see actual studs on the white portion of the helmet.  I don't

7    see any studs on the Chapterhouse -- the Games Workshop

8    helmet.  They look like they have round gas mask components on

9    the helmet.  I don't think you see those on Games Workshop

10   component either.

11           The face mask itself is kind of like a pointed, like

12   this on ours.  The Games Workshop helmet is the stereotypical

13   Space Marine flat nosed in the mouth area.

14           The torso itself is different.  I believe the Games

15   Workshop back of the torso is just a little round half

16   hemisphere so you can put their backpack on it.  Our torso

17   looks like it has mechanisms on there.  The front of our torso

18   also has a raised part neck guard.  I don't think this Games

19   Workshop torso incorporates that.  The Games Workshop torso

20   also has a icon of a winged -- the Games Workshop winged

21   aquila that they say is their trademark.  We don't use that on

22   our torso at all.  Our torso is unadorned, just the

23   stereotypical armored power armor torso.

24           I can't see what the belly area is on their torso

25   because it's kind of hidden behind the handlebars and stuff,

1   the cowling.

2           Looks like on our leg we have a mechanism on a thigh.

3   I don't see anything like that on the Games Workshop upper

4   tor -- thigh.

5           Besides that, the arms look armored.  I can't really

6   see much detail on the arms of the Games Workshop arm, so all

7   I can really see is the hands.

8   Q   Can we look again at Plaintiff's Exhibit 189 and the top

9   line again.

10          So this would be a specific example of your

11  philosophy that Games Workshop has no legal say about what

12  people make to use their models with as long as it isn't a

13  direct copy or recast; is that right?

14  A   That's what that says.

15  Q   And the Space Marine figure we were just looking at,

16  that's an embodiment of the philosophy that you expressed on

17  the top of Exhibit 189?

18  A   Which product are you referring to as Space Marine?

19  Q   The Space Marine figure on the bike, your bike.

20  A   Our bike, that's one of our Knights Praetorius figures.

21  Q   Okay.  One more time let me ask the question.  That figure

22  sitting on the bike, your bike, is an embodiment of the

23  philosophy you express here in Plaintiff's Exhibit 189 that

24  Games Workshop pretty much has no legal say about what people

25  make to use with their models as long as it isn't a direct

1  copy or recast?

2  A   I don't think that product is an embodiment of anything
3  I've said.

4  Q   Excuse me?

5  A   I don't think that product is an embodiment of anything
6  I've said.  It's a product.

7  Q   I'm saying it's an embodiment of your philosophy that you
8  seem to think you're free to copy pretty much exactly as long
9  as it's a little less than a perfect copy?

10 A   No.

11 Q   That's not -- that's the philosophy that you've expressed
12 at the top of page 189, correct?

13 A   What I said on the top of page 189 is what's typed in
14 there.  You're -- I mean, I'll read it again.  "GW pretty much
15 has no legal say about what people make to use with their
16 models as long as it isn't direct copies or recast of the
17 models."

18 Q   And what I'm asking you simply, and you don't have to
19 agree with me if you don't want to, that the figure sitting on
20 your jetbike is -- is it or is it not a reflection of the
21 philosophy that Games Workshop can't people -- can't stop
22 people from making copies as long as those copies aren't
23 direct exact copies or recasts?

24 A   No.

25 Q   That's -- okay.

1          Now, let's go back to looking at your jetbikes, and

2     let's look at the release announcement, which was, I think,

3     Exhibit 163.  And jump down another page.  Okay.  That's

4     probably good enough -- or maybe if you can show that and the

5     following page together so we can see the actual --

6          This physical model, this was produced, made on a 3D

7     printer?

8     A    The bike, yes.

9     Q    And so that means you use a computer program and you

10    generate a computer model of the design and then literally

11    print it out, and it was this new high tech device that allows

12    you to create physical models like a printer?

13    A    Yes.

14    Q    And in order to make products this way, you also need to

15    use computer programs called CAD programs or computer-assisted

16    design programs, right?

17    A    Yes.

18    Q    And this isn't the only product that Chapterhouse has made

19    that way, right?

20    A    No.

21    Q    And once you have the computer model, you can send it to a

22    manufacturer anywhere in the world to make up as many copies

23    as you'd like, right?

24    A    Yes.

25    Q    And, in fact, you used, for example, a production company

 1  in China to make the casts working off of these computer

 2  models?

 3  A    That's one of the companies we used, yes.

 4  Q    Now, let's look at Plaintiff's Exhibit 884, pages 1 to 2.

 5  This is -- can you tell us what we're looking at?

 6  A    Looks like a post from Chapterhouse Studios notifying the

 7  forum we're releasing this kit, among other kits.

 8  Q    All right.  Let's turn the page and see what the customer

 9  identified as West Side had to say about it.  Can you read

10  what he wrote at the top there?

11  A    West Side wrote:  "I was referring to the design on

12  jetbike, looks just like I remember the pre-Heresy jetbikes

13  looking like in the Sabertooth card game.  There's pictures of

14  a bike quite like this one (the inspiration for it?) in the

15  Horus Heresy Collected Visions art book."

16  Q    And that's the image we were just looking at a moment ago,

17  isn't it, from Plaintiff's Exhibit 969, the Horus Heresy

18  Collected Visions; is that right?

19  A    Is this the Horus Heresy Collected Visions?

20  Q    That image I just showed you a moment ago that's in the

21  claim chart, the image of the Heresy era jetbike.

22  A    Okay.

23  Q    That's the same image -- as far as you know, that's what

24  he's talking about?

25  A    I don't know what he's referring to.

1  Q   You don't know.  All right.

2          And you know you didn't copy the image from the Horus

3  Heresy jetbike in making your jetbike, right?

4  A   No.

5  Q   Okay.  Let's look at Plaintiff's Exhibit 885, and page 3.

6  A   Mine's all blacked out.

7  Q   Oh.

8  A   Like the whole post is blacked out.

9          THE COURT:  Can you just look at the one on the

10  screen?

11          THE WITNESS:  It's real small.

12  BY MR. MOSKIN:

13  Q   All I want to point you to is at the bottom there's a

14  posting by you.  It says Chapterhouse Studios.  Do you see?

15  A   Yes.

16          MR. MOSKIN:  And before -- I just want to be sure

17  we're not going to show him something that's unpermitted.  Let

18  me just check before we show it online what the next page is.

19          THE COURT:  Okay.

20          MR. MOSKIN:  Let me use the ELMO because I don't want

21  to show anything inappropriately.

22          MS. HARTZELL:  Can I see it?

23          MR. MOSKIN:  Yes, absolutely.

24          (Brief pause.)

25          MS. HARTZELL:  May we have a side bar, your Honor?

1       (The following proceedings were had at sidebar in the

2       presence but out of the hearing of the jury:)

3       THE COURT:  So what's the issue?

4       MR. MOSKIN:  Somehow, the unredacted went through,

5  your Honor.

6       THE COURT:  I'm confident that nobody could read it

7  because I was squinting and I still couldn't see it.

8       MR. MOSKIN:  So I just wanted to show him his image.

9  This is what we've agreed under --

10      THE COURT:  So what you're going to do, you're just

11  going to pop it on the ELMO and then blow it up?

12      MR. MOSKIN:  Right.

13      MS. HARTZELL:  I think our concern is that there's

14  text here that we believe is relevant.

15      THE COURT:  That you want in.

16      MS. HARTZELL:  Yes.

17      THE COURT:  Oh.  Okay.

18      MS. HARTZELL:  And this was, I agree, sent to us last

19  night, but we were looking for things that should have been

20  redacted that were not and not --

21      THE COURT:  Not the opposite.

22      MS. HARTZELL:  Yes.

23      THE COURT:  Do you have a copy of this that doesn't

24  have the blacked out part there?

25      MS. HARTZELL:  I do not.

Villacci - direct

1    MR. MOSKIN:  But it has the whole thing.

2    THE COURT:  Has the whole thing.  And it's just the

3  part above the image that you want in?

4    MS. HARTZELL:  Right.  It's the post.

5    THE COURT:  I assume he's got the capability of

6  looking something on his screen before it gets popped up?

7    MR. MOSKIN:  That's why I wanted to check.

8    THE COURT:  Maybe what you could do is you could have

9  him --

10    MS. HARTZELL:  Blow up.

11    THE COURT:  -- blow up just the top part.

12    MR. MOSKIN:  I think we have an objection to some of

13  the text.

14    THE COURT:  Oh.  Well, then I need to see it.  Does

15  somebody have something I can see?

16    MR. MOSKIN:  Can I make a different suggestion?

17    THE COURT:  I tell you what, I'm going to walk over

18  there.

19    MR. MOSKIN:  Thank you.

20    (The following proceedings were had in the presence

21    and hearing of the jury:)

22    THE COURT:  Don't mind me.  I have to look at

23  something that's only on the screen.  I know this is a breach

24  of protocol, but whatever.

25    (Brief pause.)

1          (The following proceedings were had at sidebar in the
2          presence but out of the hearing of the jury:)
3          THE COURT:  Okay.  So what's the thing up here that
4   you think is relevant, Ms. Hartzell?
5          MS. HARTZELL:  We think his listing of the
6   differences.
7          THE COURT:  "I see many differences," blah, blah,
8   blah.  Okay.  Let me just see some context here.
9          MS. HARTZELL:  And it may also be relevant to context
10  that it was posted before, posted a link to that picture that
11  Mr. Villacci was not provided.
12         THE COURT:  Well, so give me your argument as to why
13  this isn't relevant, Mr. Moskin.
14         MR. MOSKIN:  You know, I'm going to withdraw the
15  exhibit.
16         THE COURT:  I think it's relevant.
17         You're going to withdraw the exhibit.
18         MR. MOSKIN:  Yes.
19         THE COURT:  All right.  Fine.
20         (The following proceedings were had in the presence
21         and hearing of the jury:)
22         THE COURT:  Okay.  I think Mr. Moskin's is going to
23  move to a different point.
24         MR. MOSKIN:  Yes.  I am going to move on.
25  BY MR. MOSKIN:

1  Q   Okay.  Within the same exhibit, let's just refer instead

2  to page 2 of Exhibit 885.

3         THE COURT:  So just so you know, we'll be -- in 20

4  minutes is when we're going to take a break.  If you want to

5  make any adjustments, you can hold it till then.

6         MR. MOSKIN:  Okay.  We can come back to this later.

7         THE COURT:  Right.

8  BY MR. MOSKIN:

9  Q   Now, you sell a product called the Striking Scorpion,

10 right?

11 A   No.

12 Q   All right.  You sell a product called the Armana'serq,

13 right?

14 A   Yes.

15 Q   And that's your version of the Eldar Striking Scorpion,

16 right?

17 A   No.

18 Q   Let's look at Plaintiff's Exhibit 164.

19        First of all, that's your announcement, and that's

20 the Armana'serq Scorpion Warrior Priestess?

21 A   Yes.

22 Q   And it's just a coincidence that you call this a scorpion

23 warrior priestess and Games Workshop sells an Eldar scorpion,

24 Striking Scorpion, right?

25 A   No.

1    Q    No?

2         Your product, then, is in fact modeled after the

3    Games Workshop Eldar Striking Scorpion, correct?

4    A    The idea that they had.

5    Q    And once again when we say the idea, do you mean by that

6    the same philosophy we were discussing earlier that it's okay

7    to copy as long as you're not making exact recasts?

8    A    No.

9    Q    Let's look at Plaintiff's Exhibit 171.

10        And, first of all, is this the same Mr. Okamura that

11   we mentioned before as one of your designers?

12   A    Yes.

13   Q    And if you look at the bottom of page 2, you see in your

14   email to Mr. Okamura says, "I would like for you to explore

15   alternate sculpts for the Exarch Warriors (if GW makes a male

16   version, let's do a female nicer version and vice versa)"?

17   A    Yes.

18   Q    And the Games Workshop Striking Scorpion is one of its

19   Exarch Warriors?

20   A    I don't think you quite got that right, but you got it

21   close enough.

22   Q    Okay.  And the -- let's turn back to the first page, and

23   do you see your message at the very bottom, "What exarch do

24   you want to do first," and that's from you to Mr. Okamura?

25   It's at the very bottom of the page?

1    A    Yes.

2    Q    And can you read the -- Mr. Okamura's response to you in

3    the email immediately above?

4    A    "You mentioned Striking Scorpions, so I was going to start

5    with that."

6    Q    So you told him to look at the striking scorpions in the

7    Warhammer 40,000 as your inspiration for the Armana'serq

8    character?

9    A    Yes.

10   Q    And do you see at the top you instructed him that it could

11   include mandiblasters?  Do you see that?

12   A    Yes.

13   Q    And that's a feature of the Eldar Warriors in Games

14   Workshop's universe?

15   A    Yes.

16   Q    And do you see you ask, "I'm not sure what weapons she can

17   legally have"?  Do you see that?

18   A    Yes.

19   Q    So you wanted to be sure that she had the same weapons

20   that were permitted or contemplated by the Eldar codex, right?

21   A    Yes.

22   Q    When you say what weapons can she legally have, were you

23   worried about copyright infringement, or were you worried

24   about rules or customs in playing Warhammer 40,000?

25   A    The game rules.

1  Q   Okay.  So what does that mean in the context of Warhammer
2  40,000, to be legal within the game?
3  A   In the game it's a set of rules in the books, you know,
4  the codex Eldar.  By now I'm sure you know all about that
5  stuff.  Each army unit, troop, creature, is allowed certain
6  equipment, and that's what I was talking about.
7  Q   So, again, it had to suit the needs of Warhammer 40,000
8  players?
9  A   Right here, yes.
10 Q   I'm sorry?
11 A   What I'm talking about here, yes.
12 Q   And let's look at Plaintiff's Exhibit 181, and do you
13 recognize this email from somebody who identified themself as
14 Honda Kowabunga?
15 A   Is that 181?
16 Q   681.  I'm sorry.
17 A   Honda Kowabunga?
18 Q   Right.
19 A   Yes, I see that.
20 Q   If I can call him Mr. Kowabunga, this is a customer of
21 yours?
22 A   I couldn't tell if he was a customer of mine.  He
23 definitely emailed us.
24 Q   If you look at page 22 -- 22279, can you read how
25 Mr. Kowabunga at the very last line on the page referred to

1    your Armana'serq product?

2          It says, "by the way."

3    A    "The new Eldar Scorpion."

4    Q    Okay.  So he was referring to your Armana'serq as an Eldar

5    Scorpion, correct?

6    A    New Eldar Scorpion, yes.

7    Q    And that was the Armana'serq character?

8    A    I don't know what --

9    Q    Is there any other product you think it could be that you

10   sell?

11   A    No.

12   Q    So you yourself recognize that among all your products

13   this is obviously what he's referring to, the Armana'serq,

14   because it looks so much like the Games Workshop Striking

15   Scorpion?

16   A    It's the model we sculpted and modeled after the idea of

17   the unitype.

18   Q    And when you say "idea" --

19          Never mind.  I'll move along.

20          Now, you also sell a product called the Doomseer

21   Iyanar-Duanna?

22   A    Yes.

23   Q    Let's look at Plaintiff's Exhibit 161.

24          And is this the product?

25   A    Yes.

Villacci - direct

1   Q   And this product was modeled after the Eldar Farseer?

2   A   No.

3   Q   No.

4   A   It's --

5   Q   Sorry?

6   A   The concept of a psycher.

7   Q   And had nothing to do with Games Workshop at all?

8   A   We drew inspiration from Games Workshop.

9   Q   Okay.

10          And is that why in the little bit of fluff here on

11  this page you refer to her as someone with the ability to

12  foresee the slow death of her race?

13  A   I wouldn't say that, no.

14  Q   Because that, after all, is how the Eldar Farseers are

15  described in the fiction from Games Workshop, right?

16  A   No.

17  Q   No?  Okay.

18          So you disagree with Mr. Merrett that that's how the

19  Eldar Farseer are described in the Games Workshop fiction?

20  A   I'm not sure what Mr. Merrett's description was of that.

21  Q   And let's look at Plaintiff's Exhibit 172.

22          Is this a series of emails between you and

23  Mr. Okamura?

24  A   Yes.

25  Q   And he was involved -- was he involved in designing the

Villacci - direct

1    Doomseer product?

2    A    No.

3    Q    And if you'd look at the second to last page, page 28,

4    when you were telling Mr. Okamura about the new plans for the

5    Armana'serq, can you look at the middle at -- your email sort

6    of at the bottom, right here, how did you describe what you

7    wanted in the new Armana'serq as compared with the Doomseer?

8    A    Can you repeat the question?  I'm sorry.

9    Q    Well, I'll state it a different way.

10          When you were describing to Mr. Okamura what you

11   wanted him to do in creating the Armana'serq character, you

12   told him, didn't you, that "I would rather have the weapons

13   options included with the mini; we did this with the female

14   warseer"?  Do you see that?

15   A    Yes.

16   Q    And that female warseer is a reference to the Doomseer,

17   right?

18   A    Yes.

19   Q    So you were -- you thought it was important to include

20   with your Doomseer the weapons options that were available for

21   the Eldar Farseer, right?

22   A    Can I have a second to read the rest?  Thank you.

23          Sorry.  Can you ask your question one more time?

24   Q    When you were telling Mr. Okamura how to design the

25   Armana'serq character, you began by telling him to use the

Villacci - direct

1   same weapons options you did with the female warseer, right?

2   A   No.

3   Q   No?  That's not what that says?

4   A   No.

5   Q   Okay.

6        And -- but that reference to the female warseer,

7   that's a reference to the Doomseer, right?

8   A   Yes.

9   Q   Now, if you scroll up the page a little bit, you see it

10  says -- Mr. Okamura asks you, "How different do the designs

11  have to be from Games Workshop stuff?  Is the Eldar model I'm

12  working on different enough, or have I wasted my time on the

13  model?"  Do you see that?

14  A   Yes.

15  Q   Okay.  And there he's referring to the Armana'serq, the

16  Eldar model?

17  A   Yes.

18  Q   And if we go up one page to page 26, right here, can you

19  read what you wrote in response?

20       Or I'll read it for you.

21       "From what I see, that is plenty nice and original

22  enough."  Is that right?

23  A   Yes.

24  Q   So once again, is this a reflection of your philosophy

25  that it's okay to copy Games Workshop as long as the copies

1  aren't exact and as long as they're not just recasting their

2  products?

3  A   No.

4  Q   You mean something different.

5          Let's move on to Plaintiff's Exhibit 690 at page -- I

6  think it's page 101.

7          And here you've got all of your Eldar compatible bits

8  arrayed on your website, correct?

9  A   Yes.

10  Q   And here you include the Doomseer Iyanar-Duanna on the

11  left; is that right?

12  A   Yes.

13  Q   And that's the same product you just told me a moment ago

14  is not just an Eldar character?

15  A   It's not a character from the Eldar codex.

16  Q   And because it's not a character from the Eldar codex,

17  that's why you put it under your page under Eldar compatible

18  bits?

19  A   It's a character that may appeal to Eldar players.

20  Q   And the reason it appeals to Eldar plays is because it

21  looks almost exactly like an Eldar Farseer, right?

22  A   No.

23  Q   There's some other inherent reason about it that it would

24  appeal to Games Workshop players?

25  A   The general aesthetics.

Villacci - direct

1  Q   And likewise the Armana'serq, you advertised this here on

2  your web page as being an Eldar compatible product, right?

3  A   Yes.

4  Q   I guess we've already established that your designer was

5  looking at Eldar in making it, so that's why you advertise it

6  as an Eldar product, right?

7  A   I don't think we have established that.

8  Q   Okay.  You don't think we've established that your

9  designer was looking at the Eldar Striking Scorpion in making

10 his product for you?

11 A   I never saw him say that in his emails.

12 Q   You just read that email from him that he was modeling it

13 on an Eldar product, wasn't he?

14 A   Are you saying that he said he had an Eldar model in front

15 of him while he was sculpting it?

16 Q   I didn't say that.  But he was looking at an image, he had

17 something in front of him to reference specifically the Eldar

18 character the Striking Scorpion?

19 A   I don't remember seeing that in an email anywhere.

20 Q   Let's go back at the email we were just reviewing, which

21 is, I believe, was Plaintiff's Exhibit 172 at the second to

22 last page, and the same sentence I just referred to you, "How

23 different do the designs have to be from the GW stuff?  Is the

24 Eldar model I'm working on different enough, or have I wasted

25 my time on the model?"  Do you see that?

1   A   Yes.

2   Q   So do you disagree or do you have any reason to disagree

3   that Mr. Okamura was modeling his Armana'serq for you on an

4   Eldar model?

5   A   I think anyone familiar with the Eldar models and line has

6   a general idea of what his Eldary and a striking scorpion

7   looks like.  The features are hard angles and stuff like that.

8   I don't think that necessarily means he was looking at the

9   model.

10  Q   And let's look at Plaintiff's Exhibit 168, and it would be

11  pages 30 to 31.

12        And do you see at the bottom your post --

13  A   Mr. Moskin, I don't know if it makes a difference, but

14  that exhibit isn't the same one that's labeled in my binder.

15  Q   If we can, let's refer to this just for now.

16        You can see this text in Plaintiff's Exhibit 168,

17  right?

18  A   Yes.

19  Q   There we go.

20        And on I think that would be February 18, 2011, you

21  wrote that, again we showed you this earlier, that you made a

22  rule against showing products that are unpainted.  Do you see

23  that?

24  A   Yes.

25  Q   And you have -- you were working on a stand-alone proxy

Villacci - direct

1  for an Eldar unit.  Do you see that.

2  A    Yes.

3  Q    And were you referring there to the Striking Scorpion, or

4  were you referring to the Doomseer?

5  A    Neither.

6  Q    Oh, really.

7         Okay.  Well, let's go down one page and right at the

8  bottom, here, and I don't know why this laser pointer is not

9  pointing, and here on -- if you scroll over to the side, right

10 around the same time, it was on, again, February 18th, 2011,

11 you refer to -- you say in the middle, "If you have ever

12 wanted a female mage model for your Elfish or Space Elf

13 collections, this may be your lucky day."  Do you see that?

14 A    Yes.

15 Q    And what product are you referring to there?

16 A    The Doomseer.

17 Q    So let's look at the next page.  And that's your Doomseer

18 product right there, right?

19 A    Yes.

20 Q    So when you started earlier that day -- that same day, on

21 February 8th, you were talking about a new stand-alone product

22 as a proxy for an Eldar unit, and later on that same day you

23 showed people on this same forum the Doomseer model, right?

24 A    Yes.

25 Q    Okay.  But that Doomseer model is not a -- it's your

1   testimony that that Doomseer model is not a proxy for an Eldar

2   unit?

3   A   That's not the same product I was talking about.

4   Q   Okay.

5          THE COURT:  Are you moving to a different item?

6          MR. MOSKIN:  Just about.

7   BY MR. MOSKIN:

8   Q   Do you sell any other products that are proxies for Eldar

9   units?

10  A   We have other products that have not been released.

11  Q   Okay.

12         THE COURT:  Is this the spot?

13         MR. MOSKIN:  Yeah.

14         THE COURT:  If you're moving to a different item,

15  tell me.  Then we're going to break.

16         MR. MOSKIN:  Yes.

17         THE COURT:  If you're not done with this one yet,

18  then tell me that.

19         MR. MOSKIN:  We can take a break.

20         THE COURT:  Okay.  We're going to take a break for

21  ten minutes.

22         (Recess taken.)

23

24

25

1          (Jury entered the courtroom.)

2          THE COURT:   You can have a seat.

3          A juror made a comment to me about wanting to make

4    sure that people clearly identify what exhibit numbers

5    they're referring to.  So they're making -- they know they're

6    going to get the exhibits at the end, but they're making

7    notes and sometimes it gets by them pretty quickly.

8          So just make sure that you make -- and I'm going to

9    try to sort of police that a little bit better, but make sure

10   you make clear references to them.  In other words, if you go

11   from Page 14 to 16 of an exhibit, when you say that you're on

12   Page 16 it might make sense to say of Exhibit No. Blank

13   again.

14         Okay.  You can proceed.

15         MR. MOSKIN:   I should be more cognizant of that

16   anyway.

17   BY MR. MOSKIN:

18   Q.   Mr. Villacci, I would like you to refer to a page on

19   your website concerning the Dark Eldar products, which is

20   Plaintiff's Exhibit 690 at Page 89.

21         And that is your Dark Elf and Eldar -- the one and

22   only Dark Elf and Eldar compatible product?

23   A.   Yes.

24   Q.   And you call it a Dark Elf Torturess, right?

25   A.   Arch Torturess.

1  Q.  Right?

2  A.  Arch Torturess.

3  Q.  Thank you.

4         And this product was modeled directly after the

5  Games Workshop Dark Eldar Haemonculus, correct?

6  A.  No.

7  Q.  Well, you do identify it as a Dark Eldar, right?

8  A.  In the compatibility tab over there we say Dark Elf and

9  Eldar compatible kits.

10  Q.  And it's not identified as being compatible with

11  anything else in the whole world?

12  A.  No.

13  Q.  Let's look at Plaintiff's Exhibit 185 -- oh, excuse me.

14  685.

15         And this is -- it's some e-mail exchanges between

16  you and Mr. Fiertek?

17  A.  Yes.

18  Q.  And if you look at the second page, do you see at the

19  top how Mr. Fiertek refers to this product --

20  A.  Yes.

21  Q.  -- as a Dark Eldar Heamon, right?

22  A.  Yes.

23  Q.  And that clearly means Dark Eldar Haemonculus, right?

24  A.  Yes.

25  Q.  Okay.  And is it still your testimony that the

1    Chapterhouse product was not modeled directly on the Dark

2    Eldar Haemonculus?

3    A.   Yes.

4    Q.   Okay.  The -- and when you say that, do you simply mean

5    it was not a recast or exact copy of a Dark Eldar

6    Haemonculus?

7    A.   No.

8    Q.   Okay.  You think it's substantially different from the

9    Games Workshop Dark Eldar Haemonculus?

10   A.   Yes.

11   Q.   Okay.  Let's look at -- going back to Exhibit 690 -- and

12   before we do that, I just want to make sure.  So was it just

13   a coincidence that your designer referred to the product as a

14   Dark Eldar Haemonculus?

15   A.   No.

16   Q.   Okay.  It was because they all have some obvious

17   similarities, right?

18   A.   They share some features.

19   Q.   Okay.  Let's again look at Plaintiff's Exhibit 690, at

20   Page 304, your Tau compatible page.

21        And the only three products in your product line

22   that you identify as being Tau compatible are the Super Heavy

23   Walker, the -- and the two different alternative heads for

24   Tau Crisis suits, correct?

25   A.   Yes.

1    Q.   Okay.  Now, in creating these products you were trying

2    to emulate the overall style and feel of the Games Workshop

3    products, weren't you, the Tau products?

4    A.   Not on all these products.

5    Q.   In any of them?

6    A.   I would say the Heavy Walker on its own is sharing some

7    very superficial, you know, similarities and overall feel and

8    -- I don't know how else you put it, but the two head sculpts

9    over there are supposed to share aesthetics and feel.

10   Q.   They do?

11   A.   Yes.

12   Q.   Okay.  And, in fact, you hired Games Workshop's -- a

13   former Games Workshop employee, Roberto Cirillo, to do -- to

14   create the concept art for the Chapterhouse alternative heads

15   for Tau Crisis suits?

16   A.   Yes.

17   Q.   Okay.  And you were aware when you were working with him

18   that he was a former Games Workshop employee, right?

19   A.   Yes.

20   Q.   Let's look at Plaintiff's Exhibit 662.  And is this --

21   take a moment and look at it.

22         Is this a series of e-mails between you and

23   Mr. Cirillo, the designer of this product?

24   A.   Yes.

25   Q.   Okay.  And if you look at page Bates No. 25924, can --

1  this is your -- in the middle of the page, hi, Roberto, on

2  August 15 of 2011 -- that's your e-mail to Roberto Cirillo?

3  A.   Yes.

4  Q.   Okay.  And you explained to him what to do.  You said:

5  (Reading:)

6       There's not much of a brief honestly.  I would say keep

7  true to the Tau idea and style, we want heads that would fit

8  in with the current battle suits, mainly to give the players

9  more options on looks.

10       Do you see that?

11 A.   Yes.

12 Q.   So you are aware that there is such a thing as a Tau

13 style?

14 A.   I'm sure everything you look at has its own style,

15 appearance.

16 Q.   And when you were talking to Mr. Cirillo, it was so

17 clear what the Tau style was that you only had to say to him,

18 just use the Tau idea and style, right?  He didn't need to

19 know anything more?

20 A.   He was a former Games Workshop employee.  I think he was

21 familiar with the aesthetics for the Tau.

22 Q.   Right.  He was immediately familiar with the specific

23 styling unique to the Tau, right?

24 A.   I wouldn't say it was unique to the Tau, but it was

25 styling that Tau had, yes.

```
 1    Q.   Well, you didn't tell him to do the styling of something
 2    else, right?
 3              You told him to use the styling of the Tau with
 4    which you're familiar and you knew he was familiar, right?
 5    A.   Yes.
 6    Q.   Okay.  And so you didn't have to give him much of a
 7    brief?  He knew exactly what to do because he was familiar
 8    with Games Workshop Tau figures?
 9    A.   Yes.
10    Q.   Okay.  Let's talk for a moment about your Tervigon
11    figure.  And let's look at Plaintiff's Exhibit 47 at Page 54.
12              And --
13    A.   I'm sorry, Jonathan.  You said 47 or 647?
14    Q.   47.  And it's right up on the screen, if you want to
15    look there.
16    A.   Okay.
17    Q.   You've seen that image before, right?
18    A.   Yes.
19    Q.   And that's the Games Workshop Tervigon, right?
20    A.   Yes.
21    Q.   Let's see how you describe the product yourself.  Let's
22    go to Plaintiff's Exhibit 743.  And it's the first page,
23    right in the middle.
24              And as you said:  (Reading:)
25         My goal was to make a kit that is similar to Games
```

```
 1 │ Workshop's single illustration of the Tervigon.
 2 │          Do you see that?
 3 │ A.   Yes.
 4 │ Q.   Okay.  And when you say the single illustration of the
 5 │ Tervigon, that was the illustration we were just looking at,
 6 │ right?
 7 │ A.   Yes.
 8 │ Q.   Okay.  And let's go to Plaintiff's Exhibit 168 at
 9 │ Page 10.
10 │          And you see this is a forum post by you on -- I
11 │ can't see -- if you scroll down a little bit -- what form it
12 │ is.  Can --
13 │      (Brief pause.)
14 │ BY MR. MOSKIN:
15 │ Q.   The bottom of the page, on Warseer, right there.  Do you
16 │ see that?
17 │ A.   Yes.
18 │ Q.   Okay.  So let's go back up and look what you wrote on
19 │ Warseer.  You wrote:  (Reading:)
20 │      Our Tervigon conversion kit has the parts necessary to
21 │ turn your GW -- and I assume that's Games Workshop, right?
22 │ A.   Yes.
23 │ Q.   -- Games Workshop Carnifex into something that resembles
24 │ one of their pictures.
25 │          Correct?
```

1    A.    Yes.

2    Q.    And again, that's the same picture from the Tervigon

3    codex that we were just looking at?

4    A.    Yes.

5    Q.    -- the Tyranid codex we were just looking at?

6    A.    Yes.

7    Q.    Your mycetic spore.  Let's look at Plaintiff's

8    Exhibit 47, Page 56.  That's the codex again.

9           And that's the mycetic spore page from the Games

10   Workshop codex, right?

11   A.    Yes.

12   Q.    All right.  And your product -- your mycetic spore

13   product was designed by somebody named Castro Navarro?

14   A.    And myself.

15   Q.    Okay.  And let's look at Plaintiff's Exhibit 160.

16          And I think what this is is -- tell me if I'm

17   wrong.  This is, in fact, two e-mails that were joined

18   together because they were both on January 7, 2010.  The

19   first is between you and Mr. Navarro.

20          Do you see that?

21   A.    Yes.

22   Q.    And if you go back two pages, the second to the last

23   page is between you and Mr. Nagy?

24   A.    Me and Mr.  --

25   Q.    Jeffrey Nagy?

1    A.    I'm sorry.  There's a string of e-mails here but -- I'm

2    looking at what's on the screen.  Yes.

3    Q.    Okay.  And you see that the heading on both of these

4    related e-mails refers to a spore pod on the first and -- a

5    spore pod for a Tyranid, and the second e-mail here,

6    revisions on the spore pod, right?

7    A.    Yes.

8    Q.    And the spore pod referred to is the mycetic spore

9    depicted by Games Workshop, right?

10   A.    I think we're actually talking about the mycetic spore

11   as depicted by Chapterhouse Studios in this instance.

12   Q.    And your -- the only source of reference in the entire

13   world, the real world, for a mycetic spore is that page of

14   the Tyranid codex that we were just looking at, right?

15   A.    For a mycetic spore, yes.

16   Q.    Okay.  If you look at the second page of this exhibit,

17   do you see --

18   A.    Can I correct myself on that last one?

19   Q.    Excuse me?

20   A.    Can I correct myself on that last one?

21   Q.    Sure.

22   A.    Okay.  Actually, we know -- I've been playing war games

23   for 20 years now, and I think about 15 years ago I bought a

24   known -- some mycetic spores that predated this, so --

25   Q.    But that's not what you were referring to in the design

1  of the mycetic spore that you sell?

2  A.   I don't think we referred to the Games Workshop photo

3  either.

4  Q.   Not at all?

5  A.   Just maybe for scale purposes.  That's about it.

6  Q.   Okay.  But you did refer to the Games Workshop fiction

7  in designing this product, right?

8  A.   Yes, we knew about the fiction.

9  Q.   So -- and that explains why Mr. Navarro said to you on

10  December 11:  (Reading:)

11      I see hive ships eject lots of spores towards planets

12  and little to no maneuver would be required.

13          Do you see that?  Because -- do you see that?

14  A.   Yes, I see that.

15  Q.   In the Games Workshop fiction, in Warhammer 40,000 the

16  Tyranids are hive creatures, right?

17  A.   They're kind of like a hive yes, a bug.

18  Q.   And that's how it's described on that page of the

19  Tyranid codex?

20  A.   I think you're reading into what he wrote, because if

21  you read the sentence above that:  (Reading:)

22      As for nid concept -- which is what we were trying to

23  develop -- the spore pod, I imagine these and think they

24  would maneuver like a nautilus but in case of small bursts of

25  gases.  He sees -- I see hive ships eject lots of spores --

1    THE COURT:  You really have to slow down.  Nobody
2    can understand you.  It's not going to help you.
3    BY THE WITNESS:
4    A.   Okay.  (Continuing:)
5        I see hive ships eject lots of spores towards planets
6    and little to no maneuver would be required.
7        So in his mind that's what he's seeing.
8    BY MR. MOSKIN:
9    Q.   Right.  And that's a specific reference to the way the
10   mycetic spore is designed -- is described in Games Workshop's
11   fiction as being a hive creature?
12   A.   No.
13   Q.   No.  Okay.  That's fine.
14       And when he refers at the bottom to chimneys, we --
15   we showed examples, didn't we, of how the Tyranids, including
16   on your Tervigon conversion kit, they have those distinctive
17   chimneys at the top, right?
18   A.   Tyranid creatures?
19   Q.   Yes.
20   A.   Some have --
21   Q.   The Tervigon creature.
22   A.   -- bony stacks, whatever.  I guess you could refer to
23   them as chimney shape.
24   Q.   On the Tervigon -- the character in the Tyranids?
25   A.   I believe the Tervigon has those, yes.

1    Q.   Okay.  And can -- let's go back to the first page.

2              And so again, I just want to understand.  Your

3    testimony is now that this mycetic spore had nothing to do

4    with the Tyranids, but yet you called it a spore pod for

5    Tyranid in the heading of the e-mail; is that your testimony?

6    A.   I said it had nothing to do with the artwork in the

7    codex.

8    Q.   Okay.  And is that because you look -- if we go down,

9    I'm sorry, to the next page -- the bottom of the next page,

10   your -- another designer who was consulted here, he referred

11   to another picture that he found and referred you to of --

12   taken from Dawn of War.  Do you see that?

13   A.   I see that.

14   Q.   Okay.  And Dawn of War is another Games Workshop

15   Warhammer 40,000 product, a computer game, right?

16   A.   Yes.

17   Q.   Okay.  And let's go back up to the top of the first

18   page, and then I'll soon be done with this.

19             Am I reading this correctly, that it says -- the

20   very first two lines:  (Reading:)

21        Saw the codex at the store today, they wouldn't let me

22   buy it.  Tyranofex and Tervigon.

23             Do you see that?

24   A.   Yes.

25   Q.   And that's what you wrote?

1    A.    Yes.

2    Q.    Okay.  Let's move along.

3          You sell a product called the Shrike, correct?

4    A.    I don't think that's the whole name to the unit.

5    Q.    Well, let's bring up Plaintiff's Exhibit 680.

6          And this is the Shrike conversion kid for Tyranid

7    warriors?

8    A.    Yes.

9    Q.    The name Shrike, that's a name that's referenced in the

10   Warhammer 40,000 literature in regard to its Tyranids, right?

11   A.    Yes.

12   Q.    Okay.  And in making this your own Shrike, you referred

13   specifically -- or your designer referred specifically,

14   didn't he, to the Games Workshop model?

15   A.    No.

16   Q.    No.  All right.

17         Let's look at Plaintiff's Exhibit 686 and Page 21

18   -- well, first of all, let's just look at the cover of 686.

19         And this is an e-mail exchange between you and

20   Mr. Fiertek?

21   A.    Yes.

22   Q.    Okay.  Let's go down -- and you see at the top it refers

23   to Tyranid warrior wings conversion?

24   A.    Yes, that's in the URL.

25   Q.    Okay.  And the question is, how thick do you think these

1    are?  And he's referring to a Forge World Tyranids page?

2    A.    To Forge World's Tyranids page.

3    Q.    Okay.  And let's jump down to Page 21661.

4          And do you see here Mr. Fiertek -- this is from

5    Mr. Fiertek -- wrote to you:  (Reading:)

6          How thick are the rev's wings?  That 2.25-millimeter

7    thickness should be okay.  That's about how thick Games

8    Workshop's are.

9          Right?

10   A.    I see that.

11   Q.    So in designing your Tyranid Shrike product, the

12   physical model, your designer was specifically referencing

13   the exact wing thickness of the Games Workshop Shrike model,

14   correct?

15   A.    No.

16   Q.    No.  He was referring to some other Games Workshop

17   model?

18   A.    The only reason he was looking at another company's

19   model was so we could figure out how thick we can do a wing.

20   So when you cast resin you're basically making a copy of what

21   you made, you know, you sculpted originally.  You got a mold

22   and you make a copy of that one so you can keep on making

23   more later on.  You don't have to sculpt 30 for every

24   customer who orders it.

25          If you make something too thin in resin-casting you

1   don't get as many pieces out of the mold.  Every time you

2   cast a piece in resin -- I don't want to say toxins, but

3   materials from the piece that was cast accumulate in the silt

4   in the resin mold.  And if your piece is too thin, as that

5   mold gets thinner and thinner from that accumulation of

6   material, you start getting holes in the actual production

7   piece.

8        So we were trying to figure out how safe it was and

9   how thick it was to make the wing so it didn't affect how

10  many products, pieces, we got out of the mold.  Because, like

11  I said, if you make it too thin, you're only going to get

12  15 pieces out of that mold before you got to remake it, as

13  opposed to if you make it just right, you can get 30 or

14  40 pieces.  That's the only reason he was referring to

15  another company's model.

16  Q.   Right.  But the specific product he was referring to was

17  not just anyone's product; it was the Games Workshop product,

18  right?

19  A.   I'm not sure which product he's referring to, looking at

20  this line.  I mean, he says that's about how thick GW's are,

21  but we don't know which product he was looking at.

22       GW has a number of wings.  They got dragon wings,

23  they got vampire wings, they got bat wings.  So he's

24  obviously looking at another company's product.

25  Q.   Not just another company's product.  A Games Workshop

1    product?

2    A.   Okay, a Games Workshop product.  He plays Games

3    Workshop.

4    Q.   Right.  And you can't, while you're sitting here, say --

5    identify any other product besides the Games Workshop Shrike

6    that he was looking at?

7    A.   Sure I can.

8    Q.   You know he was looking at a different product?

9    A.   I can identify other products he could have been looking

10   at.

11   Q.   But --

12   A.   I don't know for certain he was looking -- yeah, I don't

13   know for certain what he was looking at.

14   Q.   Okay.  But you can't say that he was not, in fact,

15   looking at the Games Workshop Shrike wings?

16   A.   I can say that with certainty.

17   Q.   You know for sure -- a second ago you said you didn't

18   know what he was looking at, and now you do know what he was

19   looking at?

20   A.   I can say with certainty he was not looking at the

21   winged Tyranid warrior wings.

22   Q.   And it doesn't refer to any product of any company other

23   than Games Workshop?

24   A.   I think it is apparent he was looking at a GW product,

25   yes.

1    Q.   All right.  And Mr. Fiertek is not here to tell us that

2    he, in fact, was looking at something other than the Shrike,

3    is he?

4    A.   No.

5    Q.   Okay.  Let's turn to the Tru-scale product that your

6    company sells.  And let's start by looking at -- I think it's

7    Page 1018 -- Exhibit, I'm sorry, 1018 -- oh, I'm sorry.

8              Let's look at Plaintiff's Exhibit 651.  I

9    apologize.  And this is an announcement of your so-called

10   Tru-scale Knight Praetorius, right?

11   A.   Yes.

12   Q.   Now, before you used the name Tru-scale, had you ever

13   heard that anywhere?

14   A.   Yes.

15   Q.   Okay.  So you're aware that's a term that's used in

16   connection with Warhammer 40,000 products, right?

17   A.   And other products, yes.

18   Q.   Okay.  And this is a picture of one of your Tru-scale

19   figures?

20   A.   No.

21   Q.   So you posted this picture as a model painted by your

22   designer, Stephen Smith, even though that's not your figure?

23   A.   Yes.

24   Q.   Okay.  Let's look at Plaintiff's Exhibit 647.

25             Before I ask you that, you do acknowledge that

1  Stephen Smith designed the Tru-scale figure for you, correct?

2  A.  Yes.

3  Q.  Okay.  And he painted it as well, right?

4  A.  He painted -- he did not paint this figure, no.

5  Q.  At any rate, the -- on Plaintiff's Exhibit 647, this is

6  on your website, right?  So you -- this is your Tru-scale

7  figure, right?

8  A.  Yes.

9  Q.  And we also looked at that Tru-scale figure a little

10  while ago sitting on a jetbike?

11  A.  Used some components from this kit, yes.

12  Q.  And the reality is, this is simply a bigger Space

13  Marine, correct?

14  A.  You could refer to it as a type of Space Marine.

15  Q.  And it's a little bit bigger than the size of Space

16  Marines that Games Workshop sells its figure -- its miniature

17  models, right?

18  A.  It's much bigger.

19  Q.  Okay.  And you -- and this product, in fact, is offered

20  for sale on your product (sic) under the Space Marine bit

21  section, right?

22  A.  I'm not sure, because on here it says Knight Praetorius

23  Tru-scale figure kits on the left-hand side.

24  Q.  All right.  Well, then, let's look at Exhibit 690 and

25  page -- let's look at page -- it's Bates numbered 28743.

1    A.    In 690?

2    Q.    Uh-huh.

3    A.    I don't have that page, Jonathan.

4    Q.    Well, we'll show up it on the screen.

5          Okay.  And you see this is the -- on the left this

6    is -- these are the Space Marine compatible bits?

7    A.    Yes.

8    Q.    Okay.  And let's go down a couple pages to 28746.  And

9    back up just a tiny bit so we can see -- you see at the top

10   it says Space Marine compatible bits?

11   A.    Yes.

12   Q.    Okay.  And depicted among the Space Marine compatible

13   bits is the Tru-scale Knight Praetorius?

14   A.    Yes.

15   Q.    Okay.  So it, in fact, is a Space Marine figure that

16   you've decided to call Tru-scale Knight Praetorius?

17   A.    I think that means that it's compatible with Games

18   Workshop's Space Marine models.

19   Q.    And is there some scale to which you were trying to be

20   true in creating this product?

21   A.    The 28-millimeter scale.

22   Q.    And how does that differ from any other miniature figure

23   that Games Workshop or perhaps you sell?

24          They are all 28-millimeter standard, right?

25   A.    Yes.

 1   Q.   And you said, though, this is bigger than the Space

 2   Marine figure, right?

 3   A.   It's a true to scale product.

 4   Q.   So what scale is -- it's not just -- you have added the

 5   term Tru-scale to suggest that it's being true to some scale

 6   that other products don't have, correct?

 7   A.   Yes.

 8   Q.   Right.  And so in -- and you said you're aware that the

 9   term Tru-scale has an established meaning among fans of

10   Warhammer 40,000, right?

11   A.   Among modelers and miniature modelers.

12   Q.   Including modelers and miniature modelers who are fans

13   of Warhammer 40,000?

14   A.   Yes.

15   Q.   And so you didn't pick that name, Tru-scale, just by

16   accident?

17   A.   We sort of wanted to brand our own scale.  That's why we

18   kind of spelled it kind of goofy, T-R-U, kind of make it our

19   own brand name, scale -- you heard Games Workshop say, oh,

20   they invented the 28-millimeter scale, et cetera.  I guess --

21   I never heard that before, but we were trying to do something

22   on a different scale ourselves and that's why we called it

23   Tru-scale.

24   Q.   But it's still a Space Marine, right?

25   A.   It's an armored space knight, and I guess Space Marine

1    could be considered an armored space knight, the archetype in

2    science fiction.  So I would agree it's a type of Space

3    Marine.

4    Q.   All right.  Well, let's look at what was introduced

5    earlier today as Plaintiff's Exhibit 898, Page 5.

6            And as you said, Stephen Smith was your designer of

7    this product, right?

8    A.   Yes.

9    Q.   Okay.  And this is the product -- this is the picture

10   shown in that image of yours we just saw in Plaintiff's

11   Exhibit 651, right?

12   A.   651?  Can you pull that up side by side, perhaps?

13   Q.   Sure.

14   A.   Yes, it looks like his same model.

15   Q.   Okay.  And this was under your heading, New -- in

16   Exhibit 651, New Tru-scale Knight Praetorius, and this is the

17   picture you showed?

18   A.   This is one picture we showed.

19   Q.   Okay.  So going back to the Warsmith page, Exhibit 898

20   -- let's back up a little so we can see the page in context.

21           Right up here your designer referred to it as an

22   art scale Space Marine, right?

23   A.   That's what he referred to it as.

24   Q.   Okay.  And let's go to Plaintiff's Exhibit 650.

25           And do you see your -- this customer wanted to know

1    how does the size compare with current standard Games
2    Workshop Space Marine legs.  Do you see that?
3    A.   Yes.

Villacci - direct

1    Q.   And if you turn the page, does that show a comparison that
2    you provided to the customer of how your product looks in
3    comparison to the Games Workshop Space Marine?
4    A.   Yes.
5    Q.   So, would you agree with me that your product looks
6    essentially identical to the Space Marine, just bigger?
7    A.   No.
8    Q.   And when you say it doesn't look identical or almost
9    identical, is that according to the same philosophy we discussed
10   earlier that as long as it's not an exact copy or a recast or
11   something that Games Workshop does, then it's okay?
12   A.   No.
13   Q.   So, you see genuinely significant differences between these
14   two?
15   A.   I see differences.
16   Q.   Okay.   That's fine.
17        Let's look at Plaintiff's Exhibit 168, Page 68, and
18   once again you posted the same picture on an Internet forum to
19   show the comparative size of the two?
20   A.   Yes.
21   Q.   And do you have any understanding as to why these people
22   wanted to be able to make a comparison with Games Workshop's
23   Space Marines?
24   A.   Because they wanted to use our parts with Games  Workshop's
25   parts to make a new model.

Villacci - direct

1   Q.   New models of Space Marines, right?

2   A.   A new model.

3   Q.   Of Space Marines, right?

4   A.   A new model, sir.

5   Q.   Okay.  So, you don't think your customers were interested in

6   it because it looks so much like a Space Marine.

7   A.   They could do what they wanted with it.

8   Q.   And let's look at Plaintiff's Exhibit 651.  I think we've --

9   yes, we've looked at that already.

10          Let's jump then -- oh, excuse me.  On Page 3 of this

11  exhibit, this is from you, this message, right?  Do you see

12  that?  You referred to the Chapterhouse Studios marine heads,

13  didn't you?

14  A.   Yes.

15  Q.   And in context you meant, didn't you, Space Marine heads,

16  right?

17  A.   Compatible heads with Space Marines.

18  Q.   Excuse me?

19  A.   Compatible heads with Space Marines.

20  Q.   But you referred to Chapterhouse Studios marines heads,

21  didn't you?

22  A.   That's what I said there.

23  Q.   Okay.  And that's because the TRU-Scale Knight Praetorius is

24  really just a bigger Space Marine, correct?

25  A.   No.

Villacci - direct

1    Q.   So, the fact that you called the heads of your product

2    marine heads, that again is just a coincidence?

3    A.   Again, I said that's because they're compatible with Space

4    Marine heads -- I mean, Games Workshop Space Marines.

5    Q.   And let's back up so we can see the whole text in context

6    with what preceded it.  You see down here in the text before you

7    referred to the product as having marine heads, if you look at

8    the follow-through, it doesn't say anything about them being

9    compatible, does it?

10   A.   Not on this page, no.

11   Q.   And if you follow over, the continuation paragraph, it just

12   refers to them as Chapterhouse Studios marine heads, right?  Not

13   as compatible.  Just as marine heads.

14   A.   Those are the only sorts of heads that we have in our

15   website, the heads that are compatible with marine heads -- I

16   mean, I'm sorry, Games Workshop models.

17   Q.   And, again, you think it's just coincidence that in

18   describing your product you said they have Chapterhouse marine

19   heads?

20   A.   They are compatible with Games Workshop Space Marines.

21   Q.   They're more than that.  I mean, they're virtually identical

22   to Space Marines, aren't they?

23   A.   The heads?

24   Q.   The whole figure, including the head.

25   A.   No.

Villacci - direct

1    Q.   Okay.   Let's turn to Exhibit 652.   And this was an e-mail

2    exchange between you and a customer named Mr. Duggan, Ronan

3    Duggan?

4    A.   Yes.

5    Q.   If you turn to Page 2, do you see how Mr. Duggan referred to

6    these products that you say are merely compatible with Space

7    Marines?   He says, "Thank you very much for making these resin

8    add-ons for Space Marines," correct?

9    A.   Yes.

10   Q.   He also says, "I have waited a long time to be able to make

11   true scale marines."   Do you see that?

12   A.   Yes.

13   Q.   So, this is an example of how before you picked the name

14   TRU-Scale, fans of the Space Marines also understood the term

15   true scale to mean something.

16   A.   Yes.

17   Q.   Let's look next at Exhibit 653.   And I believe this is

18   another e-mail from somebody named Sebastian.   Do you see that?

19   A.   Yes.

20   Q.   And let's go down toward the bottom of the page of this

21   e-mail to you when he's talking about the -- he's talking about

22   the Knights Praetorius here, isn't he?

23   A.   Yes.

24   Q.   Okay.   And let's see what he said about it.   Do you see

25   where he said here, "The idea with the true scale Space Marine

PDF created with pdfFactory trial version www.pdffactory.com

Villacci - direct

1   is awesome," right?

2   A.   Yes.

3   Q.   So, your customers understand this is just a true scale

4   Space Marine, regardless of what you may call it, right?

5   A.   That's what this customer said.

6   Q.   Let's look at Exhibit 654 because I think you yourself refer

7   to your product as a Space Marine.  Let's look at this -- who's

8   Jose Veiga at the top here?  This is a painter of yours, right?

9   A.   He's a professional painter, yes.

10  Q.   Okay.  Let's look at the last page of this exhibit.  And do

11  you see down at the bottom here what Mr. Veiga says?  He says,

12  "I finished the real size marine."  Do you see that?

13  A.   Yes.

14  Q.   And he also said -- and that's a reference to the TRU-Scale

15  what you call Knights Praetorius, right?

16  A.   I believe that's what he was painting.

17  Q.   And looking at the next part of that paragraph, is it true

18  you told him to try to paint in a way so it didn't look so

19  obviously like a Games Workshop model?

20  A.   I said I didn't want him to use any Games Workshop color

21  schemes.

22  Q.   All right.  And let's pull back a little bit and scroll up.

23  You'll see that e-mail, before we move, is dated 16 of May 2012.

24  Do you see that?

25  A.   Yes.

Villacci - direct

1  Q.   And let's move up.  The e-mail above it is from you, also on
2  May 16?
3  A.   Yes.
4  Q.   And you'll notice, by the way, that there's no subjects here
5  in the subject line, right?
6  A.   Yes.
7  Q.   All right.  Let's scroll up a little bit more, the preceding
8  page, and we're now at the bottom of the page on May 17, the
9  next day, a message from you to Mr. Veiga.  Again, there's no Re
10  line, right?
11  A.   Correct.
12  Q.   And then let's scroll up just a little bit more.  And
13  there's some response from Mr. Veiga, right?  Do you see that in
14  here, starting this part of the page?
15  A.   Yes.
16  Q.   And then immediately above it for the first time in your
17  message -- that's you, Mr. Villacci, right?
18  A.   Yes.
19  Q.   For the first time on May 21 we see the subject appear, real
20  size marine.
21  A.   Yes.
22  Q.   And so, the first time that appears in your exchange of
23  e-mails with Mr. Veiga was when you put it there, right?
24  A.   I did not put that there.
25  Q.   All right.  It just miraculously appeared?

PDF created with pdfFactory trial version www.pdffactory.com

Villacci - direct

1    A.   I think we've had this discussion before.   Whenever you

2    reply to an e-mail, the e-mail system usually puts Re.   That was

3    the subject.   And I've already explained this to Mr. Moskin in a

4    deposition.   Nowhere in this e-mail --

5           THE COURT:   Just to be clear, you don't need to refer

6    to that because the jury hasn't seen that.   So, just answer the

7    question.

8           THE WITNESS:   Okay.   I'm sorry, sir.

9    BY THE WITNESS:

10   A.   No, I didn't put that there.

11   BY MR. MOSKIN:

12   Q.   Okay.   So, it just -- for the first time -- and we've gone

13   through this chain of e-mails.   For the first time that this

14   phrase in the subject line, real size marine, appears is when

15   it's attached to your e-mail.   You would agree at least with

16   that?

17   A.   Yes.

18   Q.   Even if you say now you don't know how that got there.

19   A.   I know I did not put that there.

20   Q.   Okay.   Let's look at Plaintiff's Exhibit 655.   And this is

21   another set of e-mail exchanges between you and a customer Ken

22   Perry?

23   A.   Yes.

24   Q.   Let's go gown a page.   And do you see here where Mr. Perry

25   asks you to add, in addition to a pre-Heresy helmet, he wanted

Villacci - direct

1    you to send him a TS marine kit, right?

2    A.    Yes.

3    Q.    And that TS marine kit is what you call the Knights

4    Praetorius, right?

5    A.    Yes.

6    Q.    So, again, whatever you may decide to call it, your customer

7    certainly understands it's a true scale marine or Space Marine,

8    correct?

9    A.    Ken Perry called it that.

10   Q.    I'm sorry?

11   A.    Ken Perry called it that.

12   Q.    And just a few more questions about the Space Marine.   Let's

13   look at Plaintiff's Exhibit 742.   And this is a page from

14   Frothers Unite.   Do you see that?

15   A.    Yes.

16   Q.    And that's another one of these web forums where people are

17   particularly interested in Warhammer 40,000?

18   A.    I wouldn't say that, no.

19   Q.    But it's one of the subjects of interest on Warhammer on

20   this forum

21   A.    This website is more about the industry of sculpting and

22   modeling.   It's more for designers.

23   Q.    Regardless, here you see there's a posting regarding the

24   Chapterhouse not Space Marines.   Do you see that?

25   A.    Yes.

Villacci - direct

1   Q.   And below that is a picture of the figure painted by Stephen

2   Smith for you?

3   A.   Yes.

4   Q.   Let's turn the page.   And you see there are two comments by

5   other people posting.   Can you read what the first one says?

6   A.   "So, it's a Space Marine, right?"

7   Q.   Okay.   And what does the other poster say?

8   A.   "Disregarding everything else, if I want Space Marines, why

9   would I buy these instead of the nearly identical GW ones?"

10  Q.   So, the world at large, people think these are nearly

11  identical, but you think they're very different.

12  A.   I think there are differences, yes.

13  Q.   Let's turn to a couple quick questions about a product you

14  called -- I'm not sure what you're calling it now.   The

15  Were-Croc that we're saying looks a little bit like the

16  Kroxigor.   You know what I'm talking about?

17  A.   Yes.

18  Q.   And are you calling it now Lizard-Ogre?

19  A.   I think that's what it's always been called on our website.

20  Q.   Okay.   Let's go to Plaintiff's Exhibit 124.   And this again,

21  this is from Dakka Dakka.   Do you see that at the top?

22  A.   Yes.

23  Q.   And Dakka Dakka is another one of these forums that you

24  mentioned earlier that Mr. Merrett described?

25  A.   Yes.

Villacci - direct

1    Q.   All right.  And let's pull back and look at the bottom of

2    the page.  And you see that's a posting by Chapterhouse

3    regarding its Lizardman figure?

4    A.   Yes.

5    Q.   And if you go to Page 12 of this exhibit, can you read what

6    the customer said about it?

7    A.   "I like the 'not classic Kroxigor.'  They'll let me keep the

8    4th/5th edition vibe of my Lizards without the arduous task of

9    trying to find enough actual period Krox."

10    Q.   And Kroxigor, that's the name that Games Workshop uses for

11    its character from Warhammer, right?

12    A.   Yes.

13    Q.   So, this person posting referred to your product as a "not

14    classic Kroxigor," right?

15    A.   Yes.

16    Q.   And let's look at one more forum post, Exhibit 872.  And

17    once again on Page 872 (sic) -- now, this is on BOLS Lounge.

18    This is another forum of the kind we've been discussing?

19    A.   Yes.

20    Q.   It's really Bell of Lost Souls, right?

21    A.   Yes.

22    Q.   And again you see there's a picture of your Lizard-Ogre at

23    the bottom of Page 1 of Exhibit 872?

24    A.   Yes.

25    Q.   Well, let's turn the page and see what the first response

PDF created with pdfFactory trial version www.pdffactory.com

Villacci - direct

1   was to seeing your forum post or the picture of your product.

2   Do you see that?

3   A.   Yes.

4   Q.   And this individual identified as White Tiger 88 says,

5   "Really?  That looks exactly like the current Lizardman with a

6   different face and belly.  Even the same pose/weapons."  Do you

7   see that?

8   A.   Yes.

9   Q.   Would you agree that your Lizard-Ogre product looks quite

10  similar to the Games Workshop Kroxigor?

11  A.   No.

12  Q.   Do you think there's any similarity?

13  A.   Yes.

14  Q.   But you would agree that unbiased individuals just looking

15  at this on the Internet and seeing your pictures, they think

16  they look almost identical, right?

17  A.   You have shown that some people do think that, yes.

18  Q.   Now, the question came up earlier today.  Chapterhouse sells

19  some of its product on eBay, right?

20  A.   Yes.

21  Q.   When I say product, these are the products at issue in this

22  lawsuit, right?  Is that right?

23  A.   I think they are, yes.

24  Q.   Let's look at Plaintiff's Exhibit 644.  And is this another

25  example of an eBay posting by Chapterhouse?  And this is a

PDF created with pdfFactory trial version www.pdffactory.com

Villacci - direct

1    instance of a -- I wonder if we can zoom in.   A five resin

2    pre-Heresy Assault Jump Packs.   It says fit Space Marines, but I

3    think that means for Space Marines, right?

4    A.   It says fit.

5    Q.   It says fit.   All right.   But you're referring to your

6    product here on eBay with the term Space Marines, right?

7    A.   Saying it fits Space Marines.

8    Q.   Okay.   And it's a pre-Heresy assault jump pack?

9    A.   Correct.

10   Q.   And if we go down two pages, here we have another product

11   that Chapterhouse is selling on eBay called -- it's a resin

12   Mycetic Spore for Tyranid players.   Do you see that?

13   A.   Yes.

14   Q.   Now, and go down two more pages.   And here it's a little

15   faint, but you see it says that you're advertising your product

16   as a Tervigon conversion kit for Tyranid Carnifex model, right?

17   A.   Yes.

18   Q.   Two more pages.   Here on eBay you are referring to your

19   product as six metal Ymgarl heads fit Tyranid Genestealers.   Do

20   you see that?

21   A.   Yes.

22   Q.   And these are all postings you made on eBay, right?

23   A.   Yes.

24   Q.   In the course of this litigation, Chapterhouse has not saved

25   any of its own eBay postings; is that correct?

Villacci - direct

1    A.   No, that's incorrect.

2    Q.   That's not correct.  All right.  And what have you done with

3    these forum postings that you saved?

4    A.   All this information was provided to my attorneys.

5    Q.   And let's go down a page.  Oh, excuse me.  Let's go to,

6    excuse me, Exhibit 683.  And can you tell us what we're looking

7    at?

8    A.   It's a synopsis sales report for Chapterhouse Studios.

9    Q.   And if you look on the left-hand side of the page, it refers

10   to a whole bunch of products that Chapterhouse sells, right,

11   from their inventory?

12   A.   Yes.

13         THE COURT:   What's the number of this one again,

14   Mr. Moskin?

15         MR. MOSKIN:   683.

16         THE COURT:   Thanks.

17   BY MR. MOSKIN:

18   Q.   And let's go all the way down to the bottom, and the last

19   page, the very last page here, right here, which is if you

20   follow, this is under amount.  This column, the second column,

21   is amount.  Does that indicate that Chapterhouse Studios has

22   sold $427,226.35 of materials up to the date of this chart,

23   right?

24   A.   During this time span that's in the report.

25   Q.   Okay.  Let's go back to Page 1.  And this report is only

PDF created with pdfFactory trial version www.pdffactory.com

Villacci - direct

1    current as of January 8th, 2013, right?

2    A.   Yes.

3    Q.   So, in the last six months you've continued to sell lots of

4    product, right?

5    A.   Yes.

6    Q.   The name Chapterhouse, you've sold many products that are

7    compatible with the different chapters of the Space Marines,

8    right?

9    A.   Yes.

10   Q.   And the name Chapterhouse -- but you contend the name

11   Chapterhouse has nothing to do with the chapters of the Space

12   Marines, right?

13   A.   Yes.

14   Q.   I don't want to put it up on the screen, but you should have

15   in your binder Plaintiff's Exhibit 139.  And would you look at

16   Pages 21 to 22?  Do you see on Page 21 there's a question put to

17   you as Interrogatory Number 8?  "Set forth the meaning and

18   derivation of your company name Chapterhouse and identify all

19   sources consulted and used, reviewed, or relied on by

20   Chapterhouse in selecting the name."  Do you see that question?

21   A.   Yes.

22   Q.   And if you turn the page -- well, no.  Before you turn the

23   page, at the very bottom I'd like to read the first part of your

24   response to that question.  And you say here, and correct me if

25   I'm reading anything wrong, "Without waiving and subject to

Villacci - direct

1    various objections, Chapterhouse" --

2         MS. HARTZELL:  Objection, your Honor, to the inclusion

3    of the legal objection in the reading.

4         THE COURT:  Leave the objection out.

5         MR. MOSKIN:  I'm sorry.

6    BY MR. MOSKIN:

7    Q.  Forget the objections.  It says, "Chapterhouse responds that

8    the Oxford English dictionary defines chapterhouse as a building

9    attached to a cathedral, monastery, etc. in which meetings of

10   the chapter are held."  Do you see that?

11   A.  Yes.

12   Q.  Now, does Chapterhouse sell a lot of stuff for use in

13   churches?

14   A.  No.

15   Q.  No.  It doesn't sell anything for use in churches, right?

16   A.  No.

17   Q.  And so, the fact that there happens to be a dictionary

18   definition, that has absolutely nothing to do with the actual

19   meaning of the name Chapterhouse, right?

20   A.  Correct.

21   Q.  And if you turn the page, it says, "Chapterhouse responds

22   additionally that Frank Herbert's novel Chapterhouse Dune was

23   known to Chapterhouse when it selected its name."  Do you see

24   that?

25   A.  Yes.

Villacci - direct

1  Q.   Can you identify any of the main characters of the novel
2  Chapterhouse Dune?

3  A.   Paul Atreides.

4  Q.   I'm sorry?

5  A.   Paul Atreides.

6  Q.   Paul of the Tradies?

7  A.   Paul A-t-r-e-i-d-e-s.

8  Q.   Okay.  Any other characters?

9  A.   Duncan Idaho.

10  Q.   Now, does Chapterhouse sell on its website or anywhere
11  any -- and I've already forgotten the names that you just
12  said -- any products that have anything to do with those two
13  characters?

14  A.   No.

15  Q.   It doesn't sell any products having anything to do with
16  anything from the novel Chapterhouse Dune, does it?

17  A.   No.

18  Q.   But it does sell lots of products having lots to do with the
19  chapters of the Space Marines.

20  A.   Yes.

21  Q.   Okay.  And, again, that had nothing to do with why you
22  picked the name Chapterhouse, that correspondence with Games
23  Workshop's Space Marine chapters?

24  A.   No.

25  Q.   Okay.  One or two other questions about trademarks.  In

PDF created with pdfFactory trial version www.pdffactory.com

Villacci - direct

1  fact, we were just looking at a picture on eBay of a product

2  that you were selling called a jump pack, right?

3  A.  Yes.

4  Q.  And we heard I think some questions the other day put to

5  Mr. Merrett that the Games Workshop jump pack looks like it has

6  two turbines.  Do you remember that testimony?

7  A.  Yes.

8  Q.  Now, you didn't call your product, though, a twin turbine

9  lifter, did you?

10  A.  No.

11  Q.  You called it a jump pack, right?

12  A.  Yes.

13  Q.  And that's because the name jump pack is uniquely associated

14  with Games Workshop in the context of miniature war games.

15  A.  No.

16  Q.  It had nothing to do with that?

17  A.  That wasn't the sole basis of us using that.

18  Q.  So, it did have something to do with it?

19  A.  Yes.

20  Q.  And the same is true of other products.  For example,

21  exorcist.  We all know there's a movie called Exorcist, but when

22  you put the exorcist symbol and name on some shoulder pads, you

23  could have called it the demon remover shoulder pad, right?

24  A.  Yes, we could have used that name.

25  Q.  You used the name that Games Workshop had previously used,

PDF created with pdfFactory trial version www.pdffactory.com

Villacci - direct

1   exorcist, because you knew that that name was already associated

2   with Games Workshop, right?

3   A.    Not necessarily.

4   Q.    Okay.   But that was certainly part of your thinking, right?

5   A.    Yes.

6   Q.    Okay.   And the word -- you use the word heresy here quite

7   frequently in context with your products, right?

8   A.    Yes.

9   Q.    And you recognize that that's a direct reference to Horus

10  Heresy, right?

11  A.    Yes.

12  Q.    In the same way if I say to you what does the word Coke

13  mean, what would you say?

14  A.    Soda.

15  Q.    Coca-Cola, right?

16  A.    Down South that's what we refer to all kind of drinks,

17  unless you are picking a specific item

18  Q.    Well, you don't need to hear the full name Coca-Cola to know

19  that a shortened version of it, Coke, means the same thing,

20  right?

21  A.    I would disagree with you.

22  Q.    All right.   But you do know -- still know it's referring to

23  a soda?

24  A.    Yes.

25  Q.    And if you were in the coal refining business, if you heard

PDF created with pdfFactory trial version www.pdffactory.com

Villacci - direct

1   the word coke, do you know what that would mean?

2   A.   I'm not in the coal refining business.

3   Q.   I realize that, but that is -- maybe you're not familiar,

4   but there is a term that's a coal by-product called coke from

5   processing of coal.   And you don't have to agree with me or not,

6   but would you agree with me that how you hear the meaning of a

7   word is how you hear it in context of where it's used?

8   A.   Yes.

9   Q.   I'd like to just refer you to a few more comments about your

10  products on the forums, and then I'll be done.   So, let's look

11  at Plaintiff's Exhibit 168, Page 8.   And Warseer again is one of

12  those forums we've been talking about.

13  A.   Is that a question?

14  Q.   The forum WarSeer, that's one of those forums we've been

15  talking about where whatever else is discussed, the Warhammer

16  40,000 products are discussed, right?

17  A.   Yes.

18  Q.   Okay.   Let's look again on Page 8.   Do you see that this

19  individual identified as Erwes says in respect to Chapterhouse

20  Studios' new releases Tervigon kit and so forth, "So, are you

21  guys licensed by GW?"   Do you see that?

22  A.   Yes.

23  Q.   So, would you agree that this person has a question whether

24  you're affiliated with Games Workshop?

25  A.   Whether we have a license.

PDF created with pdfFactory trial version www.pdffactory.com

Villacci - direct

1    Q.   Right.   And let's look at Plaintiff's Exhibit 170.   I think

2    it's the second to the last page of this exhibit.   And let's

3    zoom in on the bottom here.   And do you see under the subject

4    line Chapterhouse Studios Mark I shoulder pad, new conversion

5    kits for Space Marines.   Do you see that?

6    A.   Yes.

7    Q.   And can you read what this individual said in response?

8    A.   "It's the latest in a long chain.   FYI your products suck

9    and are more overpriced than GW s.   The closest you come to a

10   decent good looking product is that Mach I Rhino kit, and even

11   that's a direct copy of the original model in terms of look.   No

12   idea where you're pulling your prices from "

13               MR. MOSKIN:   I have nothing further for this witness.

14               THE COURT:   Ms. Hartzell.

15                          CROSS EXAMINATION

16   BY MS. HARTZELL:

17   Q.   Good afternoon, Mr. Villacci.

18   A.   Good afternoon.

19   Q.   We're going to back up to some background in a minute, but

20   first I want to ask you.   Did you agree with that last poster?

21   A.   No, but everyone's entitled to their opinions.

22   Q.   And the other question that came up at the end of

23   Mr. Moskin's questioning, why the name Chapterhouse Studios?

24   A.   It just rolled off the tongue, and one day me and Joe Moss

25   (phonetic) were discussing names for our company, and that

Villacci - cross

1    happened to be the book sitting next to me in my van while I was

2    working.

3    Q.   One second.

4         (Brief pause.)

5    BY MS. HARTZELL:

6    Q.   We'll go ahead and get started on that background now.   Tell

7    us where you live?

8    A.   Live in Hurst, which is a suburb of Fort Worth in Texas.

9    Q.   Before you started Chapterhouse, what did you do for work?

10   A.   I used to work at Verizon.   I was a telephone guy, the guys

11   you see climbing up on poles and fixing your telephones and

12   stuff like that.

13   Q.   Did you attend college?

14   A.   Yes.

15   Q.   What did you study?

16   A.   Initially, I got my couple associate's in -- I'm trying to

17   remember.   Business administration.   And from there I decided to

18   move into a Bachelor's of Information Technology Management, and

19   I think I'm five courses away from my accounting degree.

20   Q.   And when you're not working, how do you spend your time?

21   A.   Lots of time with my daughter.   I'm a single dad now.

22   Church has become really important to me in the last year and a

23   half.   Volunteering.   I recently moved into a house that I had

24   to remodel, working on that.   But it's mainly my daughter.   And

25   I've discovered soccer in the last year and a half.   I love

Villacci - cross

1    playing soccer.

2    Q.   Do you consider yourself to be a science fiction fan?

3    A.   Yes.

4    Q.   When did you first become interested in science fiction?

5    A.   When did Star Wars come out?  I think that was before I was

6    born.   Two or three when I remember seeing Empire Strikes Back

7    and Return of the Jedi.   Then from there I started watching

8    cartoons when I was little.  I don't know if anyone remember

9    Robotech.   That was a cartoon when I was little.   And

10   Transformers and Buck Rogers, all that.

11   Q.   At what point did you learn about Warhammer 40,000?

12   A.   I believe I was 15 and -- no, I'm sorry.  That's earlier

13   than that.   I think the first time I saw it was maybe when I was

14   eleven or twelve in a comic book store.  I saw a box of Games

15   Workshop products, and what caught my attention was it was

16   called Warhammer, and at that time I was interested in another

17   game from a company called FASA.  I don't think they're around

18   anymore.   But it's called BattleTech.   And one of their big

19   walking robots in the game was called Warhammer.   It was a

20   Warhammer vehicle.   So, I saw that.   I was like, oh, it's

21   Warhammer.   Oh, no.   It wasn't Warhammer.   But that's the first

22   time I ever saw their product.

23   Q.   And how did you initially get involved in BattleTech?

24   A.   I remember seeing it in a Nintendo Power Magazine when I was

25   seven or eight.   They were having a contest in the back because

Villacci - cross

1    one of the new games coming out was MechWarrior, and they were
2    running a contest to promote it, and they were giving it all
3    this BattleTech stuff, and I saw that.
4              And then when I actually got to play with the game was
5    maybe a year later when I was with my dad for the summer.  And
6    my parents were divorced, so I was trying to figure out
7    something I can get my dad to buy me, because that's what
8    happens when your parents are divorced, and we went to the hobby
9    store, and we got that game, and it was a pretty cool game with
10   little walking robots, and that's when I first got into that.
11   Q.   What kind of game was BattleTech?
12   A.   Miniature war gaming game.
13   Q.   As you got older, did you have any other interactions with
14   the comic book store in your town?
15   A.   Yeah.  I was just interested in comics.  I think most young
16   men either go towards comics and stuff like that or sports, and
17   at that age I was more into comic books and card games and stuff
18   like that.  So, yeah, just generally stayed in that zone for
19   awhile.
20   Q.   And did your interactions with the comic book store ever
21   change from being just a customer?
22   A.   Yes.  I think my third job, I think I was 16, was working at
23   a comic book store.
24   Q.   What kind of games did the comic book store sell?
25   A.   Collectible card games.  You may be familiar with Magic or

### Villacci - cross

1    Pokemon.  Back then that was the big thing, pushing new card

2    games.  It was a new idea for card games.  Board games.  Like I

3    remember jurors talking Imperium, Twilight Imperium, or

4    something like that.  Twilight of the Imperium?  I'm not sure of

5    the name.  I know they had that.  Like in Munchkin, regular

6    board games like Risk everyone's talking about.  We even had

7    Checkers, miniature role playing games.  I'm sorry.  Miniature

8    tabletop games.  They also had role playing games, as well.

9    Q.   Any examples of the miniature games that you became aware of

10   while you were working there?

11   A.   Warhammer for sure was one of the big ones.  They had

12   Dungeons & Dragons, which was a miniature game that they had a

13   system to play with miniatures.  There's been a number of them

14   Starship Troopers had a miniatures game.  I think that's come

15   and gone.  I think there was an aliens miniature games.  There's

16   all sorts of miniature games.  And, of course, BattleTech was

17   still alive back then.

18   Q.   At any point did you become a player of Warhammer 40K?

19   A.   Yes.

20   Q.   How did that happen?

21   A.   My manager at the time, I think they were running a demo

22   game to get customers into the game, and I kind of got

23   interested in it.  Like, again, I've been familiar with

24   miniature games, and this one is just another miniature game,

25   but it was kind of cool.  And he actually bought me some stuff

Villacci - cross

1    for my birthday one day.  Just we were closing up the shop, and

2    I saw him buying some stuff.  I had no idea what he was doing.

3    And he's like, "Here, here you go."  I was like, "Cool."  And

4    that kind of sucked me into the whole Games Workshop world.

5    Q.   And what was it about Warhammer 40K that appealed to you?

6    A.   I mean, just giant superhumans in armor.  Space knights I

7    guess you could call them  Fighting demons.  It's kind of like

8    the regular fantasy movie, but with a space twist to it.

9         I think one of my favorite things was it was so

10   dynamic.  Back then when you like shot at a tank, the tank

11   didn't just go away.  There was a big old chart you had to look

12   at if a tank got hit.  Did a wheel get blown off, did it go out

13   of control, run over a bunch of people, did it get stuck, did

14   the vehicle blow up.  It was very dynamic and realistic.  It

15   wasn't static and boring.

16   Q.   And did you participate at all in the painting side of the

17   hobby?

18   A.   I had always been a painter before this.  I was always

19   painting model planes and tanks and stuff like that.  So, that

20   was just one more way of sucking me in.

21   Q.   And let's pull out PX909 at Page 54.  What's this a picture

22   of?

23   A.   This is a picture of a Games Workshop Land Raider tank with

24   Chapterhouse Studios additional components, and it's actually my

25   personal Land Raider.

PDF created with pdfFactory trial version www.pdffactory.com

Villacci - cross

1    Q.    So, you have a personal collection of Games Workshop parts?

2    A.    Yeah, I do.

3    Q.    Do you have particular armies that you collect?

4    A.    Yes.

5    Q.    Which ones?

6    A.    Currently, I have a Tau army, a Necron army, a Salamander

7    Space Marine Army.  Let me think.  A Tyranid army.  Can't forget

8    about them  Thank God that's all I have.

9    Q.    And if we look at PX909 at 18, what is that?

10   A.    That is one of my first Tau battle suits that I ever bought.

11   Q.    And PX909 at 22.

12   A.    That is one of my almost completely painted Salamander Space

13   Marines.

14   Q.    And are the parts on that product Games Workshop or

15   Chapterhouse?

16   A.    They are both.

17   Q.    Which parts are from Chapterhouse?

18   A.    The shoulder pad on the right-hand side with the big orange

19   dragon head on it, that's our product.  And, sadly, the

20   unpainted gun in his hand is also our product because it's not

21   painted.

22   Q.    How long have you been playing Warhammer 40K?

23   A.    Let's see.  I was 15, I think, when I started.  16.  I'm

24   afraid to say how old I am  Seventeen years.

25   Q.    And how did you first get started creating your own

PDF created with pdfFactory trial version www.pdffactory.com

Villacci - cross

1    miniatures?

2    A.    Just wanted to add onto my personalization of my stuff.    You

3    see I got a ton of stuff here.    One of the aspects of the hobby

4    is individualizing your units, making them different looking,

5    your own flare to them    And also I'm very competitive in the

6    gaming community.    We play tournaments and stuff like that, and

7    one of the major parts of the tournaments, you could even -- I

8    mean, you could do great in the actual gaming part of it and win

9    all your games, but if you don't have anything painted well or

10   it doesn't look good, you could lose to someone else who did

11   better.

12          It was painting and converting, converting meaning

13   adding your own flare and twist to a model or sculpting onto and

14   stuff like that stuff.    That's what made me want to get into it,

15   to, I guess, win more competitions.

16   Q.    And how did you get ideas for your customization?

17   A.    Initially, it was on the forums.    The forums have been such

18   a big part of this whole case.    Everyone goes there and talks.

19   They get on there to brag about their stuff.    Look at this.

20   Look what I did.    Oh, that's great.

21          I ran into a guy who played Salamanders, as well, and I

22   saw these awesome looking shoulder pads.    I was like, oh, that's

23   awesome.    There's nothing out there like that.    And it's such a

24   simple thing to add that onto your figure, but it makes it look

25   totally different than the guy next to him with a plain, boring,

Villacci - cross

1    flat surface.

2              So, I contacted Tomas, who's been talked about, and

3    he's like, yeah, you know, I sculpt these by hand, and I'm like

4    holy cow.  And at the time I knew how -- I don't know why I was

5    getting into learning how to do resin casting in my garage,

6    but -- actually, I don't even know if I knew how to do it at the

7    time, but I think they sell kits at Hobby Lobby where you can

8    buy your little resin casting kit, and it gives you instruction

9    how you do it, and you can do it on your table.

10             So, I told him, hey, if you send me some of those, I'll

11   make you a few hundred of them for your personal collection.

12   And Tomas, he's like awesome, you know.  I don't know how to

13   cast.  All I know how to do is sculpt this by hand.  So, that's

14   what happened.  You know, two people meeting on the Internet --

15   sounds weird -- got together, and we started doing this just for

16   ourselves.

17             And then that same forum I met him, we posted our stuff

18   on there, and everyone's like, oh, those are awesome.  Where did

19   you get those.  Games Workshop doesn't have anything like that,

20   you know.  So, through private messages they sent Tomas and

21   myself or just posting on the forum, we told them we had them,

22   and people started paying for them  And I think a lot of

23   businesses start that way.  You do something small, and you're

24   not really looking to make any money, but there was a demand for

25   it, and that's how we started.

PDF created with pdfFactory trial version www.pdffactory.com

Villacci - cross

1    Q.   And is Tomas Mr. Fiertek?

2    A.   Yes.

3    Q.   Who is that?

4    A.   Tomas is a Swedish gentleman that I met on the forums, like

5    I just told you.  Mainly -- all he does is sculpt and come up

6    with new ideas in his head of new products to make, and I kind

7    of manage him, and we talk back and forth and trade ideas, and

8    he works with other designers, as well.

9    Q.   How do you communicate with one another mostly?

10   A.   E-mail.

11   Q.   How would you describe the tone of your communications?

12   A.   Well, he's Swedish, and there's an obvious language barrier

13   there, and I almost want to say there's -- everyone's different

14   in their part of the world.  You know, we act different than

15   Swedish.  We act different than, you know, the British.  So,

16   there's always some diversity in communications there.  But it's

17   pretty informal between me and him  That could be a good thing

18   and a bad thing sometimes.

19   Q.   And how frequently did you communicate?

20   A.   Quite often.

21   Q.   How did you start working together on original ideas?

22   A.   Just originally we stuck to only things that were for

23   ourselves.  The Salamanders, which we both loved.  And there

24   wasn't really any way to customize them with Games Workshop

25   components at that time.  They didn't branch out into the

Villacci - cross

1   Salamanders for years after we started doing our personal stuff

2   and the Chapterhouse stuff.

3           And then I guess it just slowly branched out.   I

4   started selling our Salamander stuff on eBay, and people would

5   see that, and they may not necessarily want dragon stuff on

6   their shoulders, but they wanted something else, and they would

7   contact us.   And I think our first few products that weren't

8   having to do with the Salamanders came about from customers

9   asking us to do stuff.

10  Q.   What kind of time frame are we talking about here?   When did

11  you first meet Mr. Fiertek?

12  A.   Wow.   Geez.   That was a long time ago.   2005.

13  Q.   And when did you start working together?

14  A.   In an official capacity or just --

15  Q.   Yes, in an official capacity.

16  A.   Maybe six months later, seven months later.

17  Q.   And you talked about some of the first products that you

18  started with were for Salamanders.   What kind of products did

19  you design?

20  A.   Generally, everything with Salamanders, there's a theme.

21  Dragons, flames, scales.   In the fiction they talk about how

22  they're great craftsmen.   They make their own weapons.   So,

23  anvils, hammers, where you forge swords and armor, stuff like

24  that.   That's generally the theme we tend to stay with when we

25  do our Salamander components.

Villacci - cross

1           And then they're generally components that fit on Games

2    Workshop models that we own because we want to individualize our

3    products.  So, they would fit on the Rhino, as everyone's seen.

4    We make doors that fit on their kit.  You don't have to use

5    their plain doors.  We make armor panels that don't replace

6    anything on their kit.  They just fit on the groove.  The drop

7    pod's like that, too.  It's not a drop pod door.  It's just a

8    panel that fits on their door, over the door.  You don't replace

9    a kit on that, any component of that kit.

10           Shoulder pads, those are really, like I said, something

11   that's easy to sculpt, but adds a lot of flare to your products.

12   Weapons.  So, I guess you could break it all down into weapons

13   and accessories.

14   Q.   Where did you first sell your products?

15   A.   Geez.  Definitely not a website, like our own company

16   website, at all.  I would say probably the first place we ever

17   sold them was that forum we met a long time ago.

18   Q.   And where else did you sell your products before you started

19   a website?

20   A.   On eBay, in person.  People would ask me, you know, if they

21   saw my stuff in a shop, they'd ask me do you have any more of

22   those, and that way.  Bartertown.

23   Q.   What's Bartertown?

24   A.   Bartertown, as the name might clue you in on, is a place

25   where people meet to barter stuff, and it's generally to do with

Villacci - cross

1    gaming, miniatures, role playing books, comic books, action

2    figures.  And people either barter, they trade stuff.  Hey, I

3    got this.  Do you want to trade it for this.  I'm looking for

4    this.  Or they sell stuff.

5    Q.   Why did you decide to make it into a business?

6    A.   Basically so I didn't have to work 60 hours a week,

7    overtime, you know, working late into the night.  This really

8    coincided with me having my daughter, and that's been my main

9    motivation.  I didn't want to have to, you know, work long hours

10   and miss out on my daughter's life.  Because that's what I did

11   for the first few years.  I was working 60, 70 hours a week late

12   at night.  My daughter had just been born.  I wanted to do

13   something where I could work at home and be available for her

14   right after school and that kind of thing.  That's really been

15   my drive to be clear.

16   Q.   And is that still where Chapterhouse is located, in your

17   home?

18   A.   Yes.

19   Q.   What steps did you take to make it into a business?

20   A.   We became an official LLC, which you just go to the state

21   register and file the paperwork and do that.  We also -- well,

22   we.  I also went to an attorney.  We wanted -- I keep saying we.

23   I wanted to make sure it was a viable business idea.  I didn't

24   want to put a lot of work into starting a business up if there

25   was no legal precedence for making conversion kits for someone

Villacci - cross

1    else's products, making accessories for someone else's products.

2    Q.    And what about for selling the products?  Did you do

3    anything to start your own shop?

4    A.    Workshop?

5    Q.    A place where you could sell your products.

6    A.    A web shop?

7    Q.    A website.

8    A.    Yeah.  I mean, I think the website was launched shortly

9    after we became Chapterhouse Studios, and it was a very cheap

10   and basic website, but it worked.  And, I mean, I didn't have to

11   receive e-mails from people and process the orders that way.

12   They could just place an order on the website, and it definitely

13   spun up the process of becoming a viable business.

14   Q.    Let's take a look at your early website, PX435 at Page 1033.

15   Can we zoom in on the top of the page?  Is this a version of

16   your early website?

17   A.    Yes.

18   Q.    And when would you say that it was created?

19   A.    Wow.  2007 or 2008.

20   Q.    Looking at the top of the page, what is that logo?

21   A.    That is a Raven.

22   Q.    And below the name Chapterhouse, what's its tagline?

23   A.    Specializing in custom sculpts and bits for Warhammer 40,000

24   and Fantasy.

25   Q.    And what's that mean?

Villacci - cross

1    A.    That our main line of business was doing custom sculpts and

2    components for the Warhammer 40,000 line.

3    Q.    And when you refer there to Warhammer 40,000, what is that

4    referring to?

5    A.    The Games Workshop Warhammer 40,000 product line.

6    Q.    Turning to the next page of the same exhibit, PX435, what's

7    at the bottom of the web page?

8    A.    A disclaimer.

9    Q.    And what's the first line say?

10   A.    "This website is completely unofficial and in no way

11   endorsed by Games Workshop Limited."

12   Q.    Why did you put that on there?

13   A.    We didn't want to get in legal trouble with Games Workshop.

14   So, besides going to an attorney and finding out what he told

15   us, we went to the Games Workshop --

16            MR. MOSKIN:   Objection, your Honor.

17            THE COURT:   Basis?

18            MR. MOSKIN:   There's been no defense in this case of --

19            THE COURT:   I'll tell you what.   Here's what we're

20   going to do.   We're going to need to discuss this a little bit

21   further.   So, it's almost five minutes to 5:00.   We're going to

22   break for the day.   Remember we're starting at 9:00 tomorrow.

23   Please time your schedules to make sure you get here by 9:00.   I

24   have nothing else scheduled.   We'll start right at 9:00.   Don't

25   discuss the case.

1          I'll take the jury out and come back out.

2          (The following proceedings were had in open court, out of

3          the presence and hearing of the jury:)

4              THE COURT:  Okay.  So, finish the thought, Mr. Moskin.

5              MR. MOSKIN:  Through the course of this litigation,

6     Chapterhouse has repeatedly asserted attorney-client privilege

7     in any communications even remotely connected with counsel and

8     has not asserted an opinion of counsel defense in the case.

9              THE COURT:  Repeat the first part of what you said.

10    There was a discovery --

11             MR. MOSKIN:  During the course of discovery, they

12    have --

13             THE COURT:  Privilege was asserted.

14             MR. MOSKIN:  -- claimed attorney-client privilege in

15    all manner of communications that refer in any way to

16    discussions with lawyers.  And we actually --

17             THE COURT:  Okay.  Let's just start with that.  What

18    about that?

19             MS. HARTZELL:  I don't think we have any intention of

20    disclosing the communications with an attorney.

21             THE COURT:  Well, wait a second.  You just did.  I

22    mean, he's talking about how he went and got advice from

23    attorneys so he wouldn't get crosswise with Games Workshop.  If

24    there's anybody on the jury who doesn't get that, then I'd be

25    really surprised.

1      MS. HARTZELL:  The fact of the attorney-client

2   communication at that time frame was disclosed in our privilege

3   log, the fact that that took place.

4      THE COURT:  Yeah, but I mean, you know, you're

5   eliciting from Mr. Villacci that he went and got advice from an

6   attorney so that he would not, you know, run afoul of whatever

7   restrictions, so he wouldn't get in trouble with Games Workshop

8   or whatever the lingo was that he used.

9      You can't do that on the one hand, having, you know, on

10  the other hand having withheld and objected to production of,

11  you know, communications with counsel because if -- I mean, if

12  you're going to rely on that, you open up the entirety of the

13  relationship.  The entirety of it.  The law is really clear on

14  that.

15     MS. HARTZELL:  And the question that I was asking him

16  that elicited that response was actually trying to get that he

17  started a website.

18     THE COURT:  Okay.  So, it was a nonresponsive answer is

19  what you're telling me.

20     MS. HARTZELL:  Yes.

21     THE COURT:  Okay.  Fine.  So, then a remedy for that

22  would be for me to specifically advise the jury first thing in

23  the morning is that any testimony that you've heard from

24  Mr. Villacci regarding consulting an attorney is stricken, you

25  may not consider it, and there is no defense in this case and

1     there will be no argument in this case that Chapterhouse,

2     Mr. Villacci, or anybody associated with Chapterhouse relied on

3     the advice of an attorney in any way, shape, or form

4              So, would you be comfortable with that instruction?

5              MS. HARTZELL:  Yes.

6              THE COURT:  Would that do it for you?

7              MR. MOSKIN:  That's fine.

8              THE COURT:  Okay.  So, the one other thing that was

9     under advisement was this limiting instruction regarding the

10    eBay postings.

11             MR. KEENER:  And, your Honor, there was testimony here

12    that actually makes it worse.

13             THE COURT:  Okay.  Well, let me just sort of back up a

14    little bit.  So, the issue that I dealt with in connection with

15    the pretrial conference and the motions in limine, really it was

16    I think a separate motion called motion for discovery compliance

17    or something like that.

18             MR. KEENER:  To enforce, yes.

19             THE COURT:  Had to do with whether there should be an

20    adverse inference based simply on the failure to preserve the

21    prior eBay postings.  And I concluded in the transcript I think

22    it was of the second pretrial conference on the 25th of April

23    that there wasn't a sufficient basis.  I think, if I'm recalling

24    it correctly -- it's been a couple hours since I read it --

25    there wasn't a sufficient basis to show that there was something

PDF created with pdfFactory trial version www.pdffactory.com

1 actually in existence that might have been favorable to Games

2 Workshop that had not been preserved as of the date on which I

3 concluded that there was a duty to preserve.

4    Now I think we're dealing with a different issue, and

5 that is -- what I gather is considered to be by Games Workshop,

6 at least, the affirmative use of the absence of evidence

7 introduced by Games Workshop of eBay postings.

8    MR. KEENER: And now it's even worse. On the stand on

9 cross he said yes, I saved all those eBay postings, and I gave

10 them to counsel. We've never seen an eBay posting from

11 Chapterhouse.

12    THE COURT: Yes, he did say something pretty darn close

13 to that when Mr. Moskin was questioning.

14    MR. KEENER: The only ones in this case are ones Games

15 Workshop found themselves. We've never seen an eBay post.

16    THE COURT: And so, I sort of wondered about that when

17 it happened because I guess I assumed that -- because I think I

18 said during the pretrial conference that counsel could go into

19 the issue of preservation at the trial, and I assumed that

20 that's what Mr. Moskin was doing at that point.

21    MR. MOSKIN: Right.

22    THE COURT: And then Mr. Villacci basically said no, I

23 gave everything to my lawyers. So, it is in some ways worse.

24    How should I deal with this?

25    MR. ALY: Yes, your Honor. I think that what that's

1   referring to is the investigation that -- I think you should

2   deal with it, your Honor, with either a limiting instruction or

3   follow-up cross examination because I believe what he's

4   referring to, and I can confirm this tonight or even right now,

5   is in the course of the investigation of the joint status report

6   that we submitted to your Honor, there was collections of

7   comments that were made on posts for products, and we asked him

8   to please help us double check that because we wanted to be

9   certain there weren't any other additional materials.

10          So, he did help us collect the forum post comments that

11  customers made to confirm that the only comments that had been

12  made were about products that Games Workshop had already found,

13  and there wasn't anything else.  And so, I'm sure that's what it

14  is regarding to, but I can confirm that a hundred percent, if

15  you give me five minutes.

16          THE COURT:  Well, so, but the problem, though -- the

17  problem, though, is that, you know, it was I think made pretty

18  clear during -- you know, in the submission of the status report

19  during the discussions we had about this at the pretrial

20  conference that there hadn't been any attempt to preserve eBay

21  postings up until a certain point in time.

22          MR. KEENER:  No.  I think ever.  The issue is even

23  after the lawsuit was --

24          THE COURT:  I mean, okay.

25          MR. KEENER:  He was still selling stuff on eBay and

1  never preserved any of those. Their argument was, well, you

2  found most of what we think is out there.

3  THE COURT: Okay. Fine. Mistake on my part. That

4  there hadn't been any effort to preserve eBay postings ever.

5  Games Workshop had located, you know, from a certain point

6  forward what they could find, but what was missing was, you

7  know, the period of time that predated that.

8  You know, it was I think my intention and I think I

9  said pretty clearly that the defense could go into that -- or

10  excuse me -- the plaintiff could go into that at the trial,

11  presumably when questioning Mr. Villacci. Now, the problem is

12  that Mr. Villacci seems to have given a different answer to what

13  I thought the question was, and, you know, maybe the question

14  wasn't worded precisely enough. I'm not going to deal with

15  that.

16  So, one way of dealing with that is to say okay. Look.

17  I'm going to let Mr. Moskin go back into this in redirect,

18  whether it's within the scope or not, and we'll see what

19  Mr. Villacci says then. And, you know, if there's something

20  along the lines of the answer that he already gave, which is I

21  gave everything to my lawyers, then there is absolutely no

22  question that I'm going to have to take other steps.

23  MR. ALY: Understood.

24  THE COURT: So, as far as -- the other point that you

25  made, Mr. Keener, had to do with the questioning just now. So,

PDF created with pdfFactory trial version www.pdffactory.com

1  repeat that for me again.

2          MR. KEENER:  The questioning just now was whether he

3  had saved eBay posts, and he said yes, he turned them over to

4  counsel.

5          MR. MOSKIN:  And he had said --

6          MR. KEENER:  And he said the same thing at deposition,

7  too.

8          MR. MOSKIN:  I'm looking for the testimony.  When I

9  asked him that question at his deposition, he said the same

10  thing, as well, and this was before any of this discussion we

11  had this morning.

12          THE COURT:  Before any of this discussion.  Okay.

13          MR. MOSKIN:  I can find the testimony somewhere in

14  here.

15          THE COURT:  Yes.  Well, one way or another, I don't

16  think that this instruction that I have really -- in some ways

17  it says too much, and in some ways it says not enough.  So, the

18  statement where it says I've found that Chapterhouse failed to

19  preserve these posts, I mean, I think that's -- I don't think

20  that that's something that's appropriately communicated to the

21  jury because, you know, the ruling that I made at the pretrial

22  conference was okay, Chapterhouse didn't preserve this stuff,

23  but now let's figure out what the sanction is.  And what I

24  concluded was -- what I concluded was as to, you know, the more

25  recent postings, there wasn't any prejudice and, therefore, no

PDF created with pdfFactory trial version www.pdffactory.com

1  basis for any kind of a spoliation type sanction because Games

2  Workshop had located eBay postings on its own.

3  With regard to earlier materials, I didn't think -- and

4  it's pretty clear in the transcript -- that there was the

5  necessary showing that there was something that was missing that

6  was likely to be favorable to Games Workshop.

7  So, for that reason, I just don't think saying I found

8  Chapterhouse failed to preserve these posts really is something

9  that ought to be communicated. By the same token, when it says

10  that, you know, you're free to infer that the eBay posts on an

11  earlier date are in a manner -- you know, are similar to the

12  ones you've seen, I'm not sure that says enough.

13  So, I think -- there's two things I'm going to have you

14  do is, A, you need to do some more work on this. I'm going to

15  give you back all these transcripts, as well as the draft of the

16  instruction. I think you need to do some more work on it

17  between now and the morning. I'd like you to e-mail me

18  something tonight, some sort of a draft. And you can just

19  include in the e-mail, but just make sure you make part of the

20  record, as well, to the extent you can't agree on something,

21  your respective views on the disagreed part.

22  And then the other thing is, you know, as far as the

23  current testimony -- and I think -- you know, I think,

24  Mr. Moskin, you should just figure that you're going to go into

25  this again on redirect. Who knows. It may get dealt with by

1    Ms. Hartzell tomorrow morning when she continues to question

2    Mr. Villacci.  But you should go into it on redirect, and we're

3    just going to have to see what happens.

4          But, I mean, I think you should, you know, just try to

5    sort of phrase the questions, you know, in a really clear and

6    concise way that makes it clear that what you're asking about is

7    eBay postings like this one from an earlier point in time.  And

8    you sort of did that, but it might be helpful to just sort of

9    have it up on the screen, and I'll just deal with it once we get

10   through all that.  Okay.  Is that clear enough for everybody?

11         MR. MOSKIN:  Just I'll note for the record here what he

12   said, and I don't want to belabor the point.

13         THE COURT:  You just told me he said in his deposition

14   something similar to what he said today.

15         MR. MOSKIN:  Yeah.  I found the place.

16         THE COURT:  And so, fine.  I mean, that's -- you know,

17   if that's his testimony, that's his testimony, but then there's

18   going to need to be some other way to get in that Chapterhouse

19   actually did not preserve eBay postings, and that can be by

20   stipulation or it can be by something else or it can be by me

21   saying something.  And so, I'll -- you know, I'll leave it to

22   you to propose something in the first instance.

23         MR. KEENER:  And, your Honor, should they not be

24   consulting with Mr. Villacci tonight about his testimony?

25         THE COURT:  Well, on that particular point I think it's

PDF created with pdfFactory trial version www.pdffactory.com

1    okay for you to talk to him  Not anything else because he's --

2    you know, he's essentially under questioning by other people now

3    or has been, at least.  But you can talk to him about that one

4    thing because I think that, you know, in some ways maybe the

5    simplest way to clear all this up is he fixes it.  I'm not

6    telling anybody what to say.  People should only say the truth.

7    That's to be clear about it.

8          MR. ALY:  Your Honor, I just want to confirm  Even

9    though he's our witness, we can't talk to him for --

10         THE COURT:  I just told you you could on this, on this

11    particular topic.

12         MR. ALY:  Understood.

13         THE COURT:  Okay.  All right.  See you in the morning.

14    (Whereupon, the within trial was adjourned to Friday,

15    June 7, 2013, at 9:00 o'clock a.m)

16

17

18

19

20

21

22

23

24

25