IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GAMES WORKSHOP LIMITED,           )
                                  )
                    Plaintiff,    )   Docket No. 10 C 8103
                                  )
          vs.                     )
                                  )
CHAPTERHOUSE STUDIOS, LLC,        )   Chicago, Illinois
et al.,                           )   June 10, 2013
                                  )   9:40 a.m.
                    Defendants.   )

VOLUME 6
TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE MATTHEW F. KENNELLY AND A JURY

APPEARANCES:

For the Plaintiff:      FOLEY & LARDNER, LLP
                        BY:  MR. JONATHAN E. MOSKIN
                        90 Park Avenue
                        New York, New York    10017


                        FOLEY & LARDNER, LLP
                        BY:  MR. JASON J. KEENER
                        321 North Clark Street
                        Suite 2800
                        Chicago, Illinois    60610


For the Defendant:      WINSTON & STRAWN, LLP
                        BY:  MR. IMRON T. ALY
                             MR. BRYCE COOPER
                             MR. THOMAS KEARNEY
                        35 West Wacker Drive
                        Chicago, Illinois    60601

WINSTON & STRAWN, LLP
BY:  MS. JENNIFER A. GOLINVEAUX
101 California Street
San Francisco, California  94111

MARSHALL, GERSTEIN & BORUN
BY:  MS. JULIANNE M. HARTZELL
233 South Wacker Drive
Willis Tower #6300
Chicago, Illinois   60606

Also Present:            MR. NICHOLAS VILLACCI

                         MS. GILLIAN STEVENSON

LAURA M. BRENNAN - Official Court Reporter
219 South Dearborn Street - Room 2102
Chicago, Illinois   60604
(312) 435-5785

1    (The following proceedings were had in open court out of

2    the presence and hearing of the jury:)

3         THE COURT:  10 C 8103, Games Workshop v. Chapterhouse

4    Studios.

5         Can one person for each side give the names of the

6    lawyers?

7         MR. KEENER:  Good morning, your Honor; Jason Keener

8    of Foley & Lardner; Jonathan Moskin of Foley & Lardner and

9    Gill Stevenson of Games Workshop for plaintiff.

10        MR. ALY:  Good morning.  Imron Aly here with Julianne

11   Hartzell, Jennifer Golinveaux, Tom Kearney, and Sarah

12   Kalemeris at Bryce Cooper.

13        THE COURT:  Okay.  Where did you get as far as

14   exhibits?

15        MR. KEENER:  So I'm happy to report we have

16   completely agreed on all the exhibits that should be admitted

17   into evidence up to this point in time.

18        THE COURT:  Okay.

19        MR. KEENER:  So I have a list ready to hand to you,

20   or after we close our case with Traina later today, we can

21   submit our file with that agreed list.

22        THE COURT:  Why don't you give me the list now and

23   we'll talk about it after you finish up.

24     (Brief interruption.)

25        THE COURT:  Okay.  My suggestion actually is going to

1   be that you just file this thing electronically.  I think that

2   would be sort of the cleanest -- rather than me sitting here

3   or you sitting here and reading, you know, 150 numbers into

4   the record.

5           MR. MOSKIN:  Right.  The question was:  Do you want

6   us to file it at this point or after we close our case because

7   there's a few exhibits to add to with Traina?

8           THE COURT:  Wait until you close your case.

9           MR. KEENER:  Okay.

10          THE COURT:  Then if there's a couple of other things

11  to add, then you can have a comprehensive list at that point.

12          MR. KEENER:  Yes.

13          THE COURT:  Anything else to take up before the jury

14  comes in?

15          MR. KEENER:  Yes.  The second issue is a little later

16  today, they're calling their expert, Dr. Grindley, and we have

17  some objections to some of the exhibits they want to use.  I

18  don't know if you want to cover that now.

19          THE COURT:  How soon do we think we're going to get

20  to him?

21          MR. ALY:  He's the second witness, so probably around

22  11:00 o'clock.

23          THE COURT:  Oh, so it will this morning.  Let's do

24  this.

25          MR. ALY:  11:30.

1          THE COURT:  Let's finish the witness that we have

2    got.  Let's finish the first witness, and then we'll take a

3    break.

4          MR. KEENER:  He will actually be the third witness.

5    We're reading a short deposition.

6          THE COURT:  We're finishing up the one.

7          MR. KEENER:  Well, we're reading Traina.  We have not

8    started Traina yet, but that's a short reading of a

9    deposition.  Then they're calling a witness.  That will

10   probably take two hours, two and a half hours, and then we'll

11   go on to the expert.

12         THE COURT:  So we'll either do this at the mid-

13   morning break or at lunch, wherever is the most appropriate

14   place.

15         MR. KEENER:  Okay.  The third issue is we didn't --

16   we wanted to know how the judge wants -- how you want to

17   handle the verdict forms and the charting conference.

18         THE COURT:  Give it to me.

19         MR. KEENER:  We have exchanged verdict forms, and

20   there's significant differences, and we wanted to know how you

21   want to handle this.

22         THE COURT:  So let me ask you this.  What is your

23   sense on the defense side?  I mean, besides the witnesses

24   being called this morning and Dr. Grindley, who else is there?

25         MR. ALY:  Then we have three videos and then another

1   expert tomorrow morning, Bill Brewster.

2              THE COURT:  The videos are long, short, in between?

3              MR. ALY:  They're an hour and 15 minutes in total.

4              THE COURT:  Collectively?

5              MR. ALY:  Right.

6              THE COURT:  And then one witness in the morning.

7              MR. ALY:  That's right.

8              THE COURT:  That's an expert?

9              MR. ALY:  That's correct.

10             THE COURT:  And is it likely there's going to be

11  rebuttal?

12             MR. KEENER:  There will probably be two short

13  rebuttal witnesses.  We don't expect that to take more than

14  30 minutes.

15             THE COURT:  So my goal is to give you a draft of the

16  jury instructions tomorrow morning.  If things go the way

17  you're talking about, I think probably the most sensible way

18  of doing it is going to be to have you argue on Wednesday

19  morning.  We finish the evidence tomorrow, we spend whatever

20  time we have in the afternoon finishing up the jury

21  instructions.  We have all those in place, you go home with

22  the jury instructions, and you come back Wednesday and argue.

23             I can imagine it coming out in a different way, but

24  that kind of sounds like the most sensible way to do rather

25  than having you start with arguments at like 2:00 in the

1  afternoon and then everybody is rushing to finish.

2      So what I am going -- so if you can give me your

3  competing drafts of the verdict form in hard copy and then

4  also email me an electronic version sometime today, that would

5  be great.

6      MS. HARTZELL:  Okay.

7      THE COURT:  Anything else?

8      MR. KEENER:  That's the issues we have.

9      MR. ALY:  We have two issues, your Honor.

10      Number one is one of the witnesses from Friday was

11  Lippman, and there was a jury question about a timing of

12  events for when he looked at certain things and if it was

13  before he was working or while he was working or after.  And

14  your Honor said, well, we're not sure if that was in evidence

15  or not.

16      The only thing I would like to raise, your Honor, to

17  the extent the transcript says what he looked at while he was

18  working on something, I just wanted to argue that at closing,

19  and I didn't want to cause any concern with that, and I've

20  informed --

21      THE COURT:  You guys are getting the transcript,

22  right?

23      MR. ALY:  That's right.

24      THE COURT:  So you have a way better sense of what's

25  -- specifically what is being said than I do.

1    MR. ALY:  I just want to say it is what it is and not

2  have it be something conflicting with what your Honor had

3  ruled.

4    THE COURT:  All right.

5    MR. ALY:  And the final issue, your Honor, is the

6  exhibit list.  This is those PEX-1020 and 1021, the

7  side-by-side comparisons which --

8    THE COURT:  Referred to as the claim charts.

9    MR. ALY:  As the claim charts, you're absolutely

10  right.

11    Those claim charts have highlighting for the

12  trademark terms, but it's no dispute at this point that a lot

13  of the trademark terms have been dropped from the case or

14  don't apply or weren't brought and shouldn't have been

15  highlighted to begin with.  So we have asked plaintiff to

16  please remove the highlighting for those terms which are no

17  longer in issue because it would confuse the jury.

18    Their response has been that it would confuse the

19  jury to keep them in.

20    MR. KEENER:  Our hesitation is Mr. Jones on the stand

21  already explained that as we got closer to trial, we moved

22  some of the trademarks from the case, and, therefore, there's

23  some extraneous highlighting of the chart.  If we remove --

24    THE COURT:  How much extraneous highlighting is

25  there?

1    MR. KEENER:  Not a significant amount.

2         For example, for certain terms like "lasgun" that

3    we're not longer asserting as a trademark, that will be

4    highlighted throughout the chart as "lasgun."

5         MS. HARTZELL:  For Games Workshop, which shows up a

6    lot.

7         MR. KEENER:  So the concern is that if we remove that

8    highlighting now, when the jury sees the exhibit, they're

9    going to remember the testimony.  There's some extraneous

10   highlighting for nonasserted terms in here, not seeing any and

11   thinks -- we're worried about --

12        THE COURT:  You think they have been taking careful

13   notes on what's highlighted, eh?

14        MR. KEENER:  I think the easiest is they're going to

15   get a list in both the verdict form, both competing verdict

16   forms, and the other exhibit lists exactly which trademarks

17   are still in the issue.

18        THE COURT:  Let's take the highlighting out of the

19   terms that aren't currently part of the claim trademarks or

20   whatever.  I don't think it's going to be a huge thing one way

21   or another, but I think it just makes more sense to do it that

22   way.  I can't imagine the jury thinking, oh, my, this has

23   changed.  I just have a hard time seeing that.

24        MR. KEENER:  All right, so take the highlighting out

25   for the nonasserted terms?

1    THE COURT:  Yes.

2    MR. KEENER:  And that can be for tomorrow, I assume?

3    For witnesses today, we don't need to deal with that?

4    THE COURT:  Right.

5    MR. KEENER:  Okay.

6    THE COURT:  You can bring the jury out.

7    (The following proceedings were had in the presence and

8    hearing of the jury:)

9    THE COURT:  You can all have a seat.

10   Good morning.  I hope everybody had a good weekend.

11   Go Hawks.

12   All right.  So we're now going to have another

13   deposition that is going to be read to you.  This one is way

14   shorter than the other ones, at least from what I understand.

15   So we'll be using the same procedure.  A person, not the

16   witness, is going to be reading the witness' part.  The person

17   is going to be reading the questions.  You shouldn't read

18   anything into any inflexion that the witness gives because

19   he's just reading from the paper.  And aside from that, you

20   should take this just as if it was the witness testifying here

21   in court.

22   And the name of the witness is?

23   MR. KEENER:  Wyatt Traina.

24   THE COURT:  W-y-a-t-t T-r-a-i-n-a.  W-y-a-t-t

25   T-r-a-i-n-a.

1    Okay, we can go ahead.

2    WYATT TRAINA, PLAINTIFF'S WITNESS, THROUGH DEPOSITION

3    DIRECT EXAMINATION

4    BY MR. KEENER:

5    "Q   Can you please state your name and address for the

6    record?

7    A   My name is Wyatt Traina, and I live at 775 Parker Street

8    in Boston, Massachusetts.

9    Q   Just briefly, could you state your educational background

10   for me?

11   A   I have a BS in cellular and molecular biology from the

12   University of Maine, and I'm currently enrolled in a four-year

13   DMD program at Boston University Dental School.

14   Q   When did you first learn of Chapterhouse?

15   A   I first learned of Chapterhouse when I was on

16   Heresy-Online, I think, and he had a post on there that he was

17   looking for freelance sculptors to do some work for him.

18   Q   What did you do upon seeing this post?

19   A   I think what I did is I emailed him a response with a

20   photo of some of the sculpting that I had done.

21   Q   Did you ever enter into a business relationship with

22   Chapterhouse?  Are you aware of any pieces he makes for other

23   products other than Warhammer 40K?

24   A   I did -- I don't know.

25   Q   You can't name any as we're sitting here today?

Traina - deposition

1  A    No.

2  Q    Did you ever enter into a business relationship with

3  Chapterhouse?

4  A    I did some freelance work for Chapterhouse.

5  Q    And how long did you have this freelance relationship with

6  Chapterhouse?

7  A    Less than a year.

8  Q    So did it end sometime in 2010?

9  A    I believe so, yeah.

10 Q    What were the terms of the freelance relationship with

11 Chapterhouse?

12 A    Nick would tell me what he needed made and I would make it

13 basically.  And then I would mail the sculpt to him and he

14 would pay me.

15 Q    Can you describe all of the various things you did?

16 A    Yup.  I worked on a power armor shoulder pad, a terminator

17 shoulder pad, some vehicle icons.  I also made another set of

18 vehicle icons that never made it into production because they

19 were lost in the mail.

20 Q    What were the payment terms?

21 A    We would just hammer that out beforehand and just agree on

22 how much I would get paid before I made whatever it was.  It

23 was usually, I think, $60 or less for each thing.

24 Q    So since you listed four things in total, you received

25 something around or less than $240 from Chapterhouse?

1  A    Around or less than -- probably around $100 actually.  60

2  was the top end.

3  Q    What Warhammer 40K books or materials do you have,

4  excluding models?

5  A    I own the rule book and several Codexes.  The Ork Codex,

6  the Imperial Guard Codex.  I think just the Codexes from the

7  army that I have.

8  Q    Other than the one rule book and those five Codexes, do

9  you have any Games Workshop materials other than models?

10  A    I have some Black Library books.

11  Q    Do you know how Chapterhouse markets its products?

12  A    I think they post on forums and word of mouth.

13  Q    Do you know what forums they post on?

14  A    Like I said, I have seen posts of theirs online on

15  Heresy-Online and dakkadakka.

16  Q    Let's start with Plaintiff's Exhibit 189, which is a

17  five-page email chain beginning with WT30 and ending with

18  WT34.  Let me know when you have that.

19  A    Yes.

20  Q    This is an email chain that ultimately you received from

21  sales at ChapterhouseStudios.com on or about October 30, 2009,

22  is that right?

23  A    Yes.  This looks familiar.

24  Q    Was I right characterizing it as an email that you

25  ultimately received from ChapterhouseStudios.com on or about

Traina - deposition

1  October 30, 2009?

2  A    Yes.

3  Q    Do you recall this email chain?

4  A    Yes.

5  Q    Even though the email address says sales at

6  ChapterhouseStudios.com, do you know who personally it was

7  writing the messages?

8  A    That was the email that Nick gave me to contact him.

9  Q    And Nick, again, is Mr. Villacci?

10  A    Correct.

11  Q    Page 4, first paragraph.  The first sentence says:

12        "I understand that you're looking to go forward with

13  some Space Wolves stuff."

14        Do you see that sentence?

15  A    Yes.

16  Q    What are Space Wolves?  You mentioned that once before

17  already.

18  A    That is a different chapter of Space Marines.

19  Q    The term Space Wolves, is that a Games Workshop related

20  term?

21  A    Yes.  I think it could be.

22  Q    Did you make any Space Wolves items for Chapterhouse?

23  A    I did not.

24  Q    Page 3, middle.  Going up one more email, that's an email

25  from Chapterhouse to you beginning "Space Wolves."  You see

Traina - deposition

1   that?

2   A    Yes.

3   Q    The first sentence is:

4         "I'm not too sure about making pads for them as they

5   are pretty well-accessorized in the new box sets, tons of

6   pads, weapons, et cetera."

7         Do you see that sentence?

8   A    Yes.

9   Q    What did you understand that sentence to mean?

10  A    That Games Workshop has already got that area covered.  I

11  guess -- I don't know.

12  Q    The next sentence says:

13        "I do want to make a Land Raider set for them like

14  our Salamander one."

15        What's a Land Raider?

16  A    A Land Raider is a large tank for Space Marines.

17  Q    Is that a specific type of vehicle in the 40K universe?

18  A    Yes.

19  Q    What is a Salamander?

20  A    Salamander is another chapter of Space Marines.

21  Q    Bottom of page 2 to top of page 3.

22        If you go up one more email, this one begins on

23  page 31 but goes over to page 32.  It's an email from

24  Chapterhouse to you.  Do you see that?

25  A    Yes.

Traina - deposition

1   Q   It starts out:

2           "Do you have a Space Marines Codex?"

3           What is a Space Marines Codex?

4   A   It's the army book for Space Marines.

5   Q   What is included in an Army book for Space Marines?

6   A   The rules for using them in the game as well as some

7   pictures of painted models.

8   Q   Does it include illustrations for that army?

9   A   Yes.

10  Q   Does it include banners or symbols that that army might

11  use?

12  A   Yes.

13  Q   The next sentence is:

14          "We have a lot of requests for Flesh Tearers pads."

15  What is that?

16  A   Again, Flesh Tearers is another chapter of Space Marines.

17  Q   What is a pad?

18  A   I believe he's describing a shoulder pad.

19  Q   The next sentence says:

20          "We need it to be more ornate than the icon in the

21  Codex, basically a saw blade."

22          Do you see that?

23  A   Um-hmm.

24  Q   Sorry.  Is that a yes?

25  A   Yes.

Traina - deposition

1  Q    When he's referring to the icon in the Codex, what is he

2  referring to?

3  A    I assume he's referring to a picture in the Space Marine

4  Codex.

5  Q    Do you know what the Flesh Tearers icon is in the 40K

6  universe?

7  A    Yes, I do.

8  Q    What is it?

9  A    It's a saw blade with a blood drop on it.

10  Q    Page 2, third from last paragraph.  The second paragraph

11  starts out:

12         "Remember, it can't be too ornate that it won't be

13  recognizable as the FT icon."

14         Do you see that?

15  A    Can you direct me to it again?

16  Q    Sure.  It's about in the middle of page 31, that same

17  email from Mr. Villacci to you.  It's the second paragraph

18  right before he signs off Nick.

19  A    Yes.

20  Q    What did you understand FT icon to mean?

21  A    Probably stands for Flesh Tearer.

22  Q    So what did you understand this sentence to mean to you?

23  A    He wants the icon to be recognizable but still

24  interesting.

25  Q    Did you understand it was important for 40K players to be

1  able to recognize it as the Flesh Tearer icon?

2  A    That could be.

3  Q    Is this a piece that you sculpted?

4  A    This is a piece that I sculpted, yes.

5  Q    Did you, as a sculptor, take this as an instruction that

6  whatever you did, make sure it was still recognizable to 40K

7  players as a Flesh Tearer icon?

8  A    Yes.

9  Q    Did it have to be recognizable to 40K players as a Flesh

10  Tearer icon?

11  A    So people could convert a Flesh Tearer or build a Flesh

12  Tearer army.

13  Q    Page 1, second paragraph.  The next paragraph says:

14         "Still we have gone through a lot of resources to

15  design our own stuff from scratch, while using the same

16  dimensions in 3D applications."

17         You see that?

18  A    Yes.

19  Q    What is your understanding of what he meant by using the

20  same measured dimensions in 3D applications?

21  A    I'm guessing he was just making sure it would fit onto a

22  power armor model.

23  Q    Let's look at Plaintiff's Exhibit 191.  It's Bates labeled

24  CHS6504 through CHS6505.

25         Do you have that exhibit?

Traina - deposition

1  A    Yes.

2  Q    Page 2.  Looking at the oldest email chain that's on the

3  last page of the document, it's an e-mail from you to Mr.

4  Villacci, correct?

5  A    Um-hmm.

6  Q    Is that a yes?

7  A    Yes.

8  Q    You state:

9       "I got the pads in the mail yesterday.  I noticed

10 there are a few different ones.  There is one with a raised

11 ridge and some normal ones, too.  Do you have a preference on

12 the one I work on?"

13      What are you referring to?

14 A    Before I started sculpting, he sent me a little packet of

15 pewter pads that he'd made, and they were a couple different

16 variations on the pads.

17 Q    Page 1, bottom paragraph.  He says:

18      "Unless you are doing anything different with the

19 whole pad face, scales, studs, et cetera, I would just use the

20 GW rimmed look alike instead of the flat one."

21      Do you see that?

22 A    Um-hmm.

23 Q    Is that a yes?

24 A    Yes, yes.

25 Q    Prior paragraph.  And your response above that says:

Traina - deposition

1    "If I make a raised saw blade with a raised blood

2    drop on top, that's not going to violate any copyright or

3    anything, correct?"

4        You see that?

5    A   Yes.

6    Q   What was your concern?

7    A   My concern was since I didn't know anything about

8    copyright law, I didn't want to step on any toes.

9    Q   How did you resolve that concern?

10   A   He responded to me and said that it would be fine.

11   Q   Let's go to Plaintiff's Exhibit 192, which is labeled

12   CHS6443 through 45.

13       I want to start with the second email on the first

14   page, which is an email from Chapterhouse to you starting with

15   "great" and a smiley face.

16       You see that?

17   A   Yes.

18   Q   Middle paragraph.  The next paragraph refers to a Blood

19   Angel pad.  What is a Blood Angel?

20   A   A Blood Angel is another chapter of Space Marines.

21   Q   And it says, it, quote, would use a drop and wings, end

22   quote.  You see that?

23       What is the icon of Blood Angels according to 40K

24   universe?

25   A   I believe it's a blood drop with wings.

1  Q   The next paragraph says:

2          "Blood Angels are coming out in a few months, so that

3  could be cool."

4          You see that?

5  A   Yes.

6  Q   Why was it important that the Blood Angels Codex and

7  miniatures were released by Games Workshop?

8  A   I'm guessing he wanted to do Blood Angel stuff because

9  when they get re-released, people tend to buy a lot of angel

10 armies if they want to spice up some custom pieces.

11 Q   What was your understanding as a sculpting of what you

12 could and could not do regarding sculpting?

13 A   My understanding was that I wasn't allowed to make a copy

14 of Games Workshop bits or -- that's what I couldn't do.

15 Q   When you mean you couldn't make a copy, do you mean

16 casting it off of a bit or copying the design or something

17 else?

18 A   The former.

19 Q   You couldn't physically cast a piece off of a Games

20 Workshop piece?  Is that what you mean?

21 A   Well, I didn't do any casting myself, but I wasn't to

22 submit to Nick for any casting any Games Workshop pieces.

23 Q   As the sculptor of the case, what understanding did you

24 have of what you could use and couldn't use in relation to

25 Games Workshop pieces?

1   A    My understanding was that I couldn't submit to Nick any

2   sculpting inspired by any Games Workshop models or art such

3   that it was recognizable in the universe, the background 9 of

4   40K.

5   Q    What was your understanding of what you could do with

6   respect to Games Workshop icons and symbols?

7   A    I could use them as inspiration and make an icon that was

8   recognizable to one of the chapters or the background of 40K.

9   Q    Let's make it a concrete example.  I think you said the

10  Flesh Tearers icon was a saw blade with a drop of blood in it.

11  A    Right.

12  Q    That's from the Games Workshop Codexes and materials?

13  A    I recall that, yes.

14  Q    Was it your understanding you could make a saw blade with

15  a drop of blood to represent the Flesh Tearers icon in your

16  sculpting?

17  A    Yes.  That was my understanding.  However, there's

18  variations within that as to number of serrations on the saw

19  blade, size, relative size of the saw blade and blood drop to

20  each other.

21  Q    When you were sculpting it, what was your understanding of

22  how different you had to make it?

23  A    My understanding of how different I should make, it was

24  that I wasn't supposed to use -- I just had to make it myself,

25  and I couldn't use any other -- any Games Workshop bits for

1  it.

2  Q   What did you do to make your saw blade with the drop of

3  blood on it different from the Games Workshop icon of a Flesh

4  Tearer?

5  A   My saw blade had fewer serrations, larger individual

6  cutting teeth, and my blood drop was detachable.

7  Q   Any other differences?

8  A   Not that I can think of.  I'd have to see them both

9  together.

10  Q   What did you do to make sure it was recognizable as a

11  Flesh Tearer icon, in your words?

12  A   I think anything that looked like a saw blade with a drop

13  of blood on it would be recognizable enough.

14  Q   Why?

15  A   Because a saw blade with a blood drop on it is the icon of

16  Flesh Tearers.

17  Q   So anyone interested in building a Flesh Tearer would know

18  a saw blade with a drop of blood was a Flesh Tearer icon?

19  A   Yes.  They probably would know that.

20  Q   The rules of how you could sculpt and what you could and

21  could not do, how did you gain that understanding?

22  A   Emails from Nick and --

23  Q   So Mr. Villacci --

24  A   What he said I could and couldn't do with regard to

25  sculpting.

Traina - deposition

1  Q   And the rules he related to you were things like, we can't

2  use Games Workshop bits while you're consulting?

3  A   Correct.

4  Q   One of the instructions from Mr. Villacci, I think what

5  you said, was that you could have slight variations as long as

6  it's still recognizable as the Games Workshop icon and be

7  okay?

8  A   I'd say that's a pretty accurate paraphrase.

9  Q   Mr. Traina, what's in front of you is Plaintiff's

10 Exhibit 193 bearing Bates labeled CHS3639 to 3640.  Do you

11 have that?

12 A   Yes.

13 Q   Page 2, let's start on the second page 3640.  I want to

14 ask you about the first email on that page.  It's an email

15 from Mr. Villacci to you on November 25, 2009.

16     Do you see that?

17 A   Yes.

18 Q   First email, last paragraph.  The last sentence Mr.

19 Villacci writes in that email is:

20     "I don't think the blade sticking out of the pad

21 would go too well for most players.  Most players are very

22 hard-core players who don't like deviating too much from the

23 40K norm.  Sorry."

24     Do you see that?

25 A   Yes.

Traina - deposition

1  Q   What was your understanding of this sentence?

2  A   I think he was trying to say my idea about making the

3  blade come out of the pad wasn't a good one.

4  Q   So your idea was instead of having the saw blade flat on

5  the pad, you would have it sticking out of the pad?

6  A   Yes, basically.

7  Q   Why did Mr. Villacci tell you that was a bad idea?

8  A   Because he said they don't like deviating too much from

9  the norm, I guess.  That's what it says.

10  Q   What does that mean to you, deviate from the norm?

11  A   I think he means it's more recognizable if it's not

12  sticking out.

13  Q   So as the sculptor of this icon, what do you take this

14  instruction from Mr. Villacci to mean?

15  A   Don't have the blade sticking out of the pad.

16  Q   And instead do what?

17  A   Do it the way that we ended up doing it.

18  Q   Which was what?

19  A   Lie it up flat against the pad.

20  Q   And that's because it's more recognizable to 40K players

21  as the, quote, 40K norm?

22  A   Yes.

23  Q   Let's go to Plaintiff's Exhibit 194.  This is a document

24  labeled CHS3597 to 3599.  The subject of the email, "Eldar

25  Warlock jetbike rider concept art"?

1   A   Yes.

2   Q   What's Eldar?

3   A   Eldar is another race in the Warhammer 40K universe.

4   Q   What is an Eldar Warlock?

5   A   It's a unit in the Eldar army.

6   Q   So a 40K person would understand that to be a very

7 specific unit in this army?

8   A   Yes.

9   Q   What is a jetbike?

10   A   It's a bike that floats.

11   Q   So an Eldar Warlock jetbike, is that something specific in

12 the Games Workshop 40K universe?

13   A   It's in the rules but not as a model.

14   Q   What do you mean by that?

15   A   I mean that GW never made -- to my knowledge, I don't

16 think they made a jetbike Warlock.

17   Q   As an actual model, you mean?

18   A   Correct.

19   Q   Page 2.  Looking at page 2, do you know what these

20 drawings are supposed to represent?

21   A   They look like the head gear for an Eldar character.

22   Q   What makes you say it looks like the head gear for an

23 Eldar character?

24   A   They kind of have like a sleek look to them.

25   Q   As a 40K hobbyist over the past 15 years, looking at this

1   makes you think it's an Eldar character or style?

2   A   Yes.

3   Q   When you first found out about the lawsuit, were you ever

4   asked by Mr. Villacci or anyone else to save any documents?

5   A   No.

6   Q   So did anyone ask you to save documents during that time

7   frame?

8   A   No."

9         MR. KEENER:  No more questions.

10        THE COURT:  And you are going ask some others?

11        MR. KEENER:  No.

12        THE COURT:  That's it.

13        MR. KEENER:  And, your Honor, plaintiffs rest their

14   case.

15        THE COURT:  Okay.  And we're going to deal with --

16   we'll finalize the issue on exhibits later.

17        I will just tell the jury something that I think I

18   said earlier, but if I didn't, you probably figured it out

19   anyway.  You really shouldn't draw any conclusion from who

20   calls a particular witness.  So you will notice that the

21   plaintiffs called as part of their case representatives of the

22   defendants.  They're allowed to do that.  That's normal.

23        And what I did, as the judge, was basically say that

24   once a witness was on the stand, that all the parties would

25   ask all of their questions so we wouldn't have witnesses kind

1　of coming back and forth.  So you won't see those people in

2　all likelihood called back in the defendants' case.  You

3　shouldn't hold that against them, obviously.

4　　　　　So call the next witness.

5　　　　　MR. ALY:  Your Honor, we have the issue we discussed

6　Friday.

7　　　　　THE COURT:  It's the motion we talked about.  We'll

8　deal with that during the next break.

9　　　　　Call the next witness.

10　　　　　MR. ALY:  Your Honor, we call Jeffrey Nagy to the

11　stand.

12　　　　　THE COURT:  The breakdown was 87/13 on that one?

13　　　　　MR. ALY:  Correct.

14　　　　　THE COURT:  Okay.

15　　　(Witness sworn.)

16　　　　　MR. ALY:  If it please the Court.

17　　　　　JEFFREY NAGY, DEFENDANTS' WITNESS, DULY SWORN

18　　　　　　　　　DIRECT EXAMINATION

19　BY MR. ALY:

20　Q　What's your name?

21　A　Jeffrey Nagy.

22　Q　Can you please spell the last name?

23　A　N-a-g-y.

24　Q　And where do you live, Mr. Nagy?

25　A　I presently live in Austin, Texas.

Nagy - direct

1  Q   Are you being paid for your testimony today?

2  A   No, I'm not being paid.

3  Q   I'm handing you a binder of materials that we may go

4  through today.

5  A   Thank you.

6  Q   How long have you lived in Texas?

7  A   I just moved there three weeks ago.

8  Q   What did you do before that?

9  A   Before then I lived in the Philadelphia area where I

10 worked as a mechanical engineer for a company producing

11 munitions for the government.

12 Q   Do you work for Chapterhouse today?

13 A   No, I do not.

14 Q   Are you an employee of Chapterhouse?

15 A   No, I'm not.

16 Q   What is your connection then with Chapterhouse?

17 A   At the time I was a designer for them where I produced

18 digital 3D models for them that they used in their production.

19 Q   Was that a full-time job for you, sir?

20 A   No.  It was purely a hobby-time job.

21 Q   What type of products did you make?

22 A   Predominantly I made the blank shoulder pads and

23 substrates they used to -- as an intermediate step in

24 producing their products that they would take and then sculpt

25 upon to produce their unique works.

Nagy - direct

1    Q    And did you make any characters, Mr. Nagy?

2    A    No, I did not make any characters.

3    Q    What is your educational background?

4    A    I studied mechanical engineering at Villanova University.

5         After I graduated, I went on to work for a consumer

6    product company in the area where as a mechanical -- well,

7    design and manufacturing engineer would be the best

8    description, where I did both digital design work and

9    production of consumer products and subassemblies.

10   Q    What is digital design work?

11   A    It entails the creation of the 3D digital models as well

12   as all the supporting equipment used to then manufacture the

13   metal and plastic consumer products.

14   Q    Was there a computer software that you used to do that

15   modeling?

16   A    Yes.

17   Q    What was it?

18   A    Pro/E Wildfire.

19   Q    Is there a special category that that program fits under?

20   A    Yes.  It's an engineering software specifically for

21   manufacturing.  It's a parametric 3D modelling program that

22   allows specifically the creation of components and the

23   analysis to test their fit.

24   Q    Did you learn any other software tools in your design

25   career?

1   A    I also utilized auto-CAD, which is a more rudimentary

2   program that does a similar task.

3   Q    What is CAD?

4   A    Computer aided design.  It's a --

5        All the software that falls under this umbrella will

6   allow you to digitally create a model and allow the creation

7   of a file format so that that model can then be reproduced

8   physically.

9   Q    Let's see how that applies to the gaming aspect here.  How

10  did you become involved in gaming, sir?

11  A    Oh, I got into gaming at a young age.  I was about seven.

12  At first, you know, when I was growing up, you know, my

13  brothers, my father and I on weekends would play Dungeons and

14  Dragons and other tabletop board games.

15       And through that we kind of incorporated miniatures

16  into that gaming, and over time I accumulated a collection,

17  some of which was Games Workshop's products.  And I, you

18  know -- and that kind of led into building Games Workshop

19  armies and such, you know, from those collections.

20  Q    Over the years how many Games Workshop products have you

21  amassed for your armies?

22  A    Too many.  In the thousands of pieces.

23  Q    In the thousands?

24  A    Yes.

25  Q    Is there a particular army that you collect?

Nagy - direct

1    A    I collect several different armies.

2    Q    What are those?

3    A    Space Marines, Chaos Space Marines, Little Dark Eldar,

4    Imperial Guard.  For fantasy, I have Dark Elves and

5    Bretonnians.

6    Q    And just looking at the Space Marines, how many individual

7    Space Marine characters do you have in your collection?

8    A    Oh, Space Marine models, probably close to 600.

9    Q    And those are ones that you bought from Games Workshop?

10   A    Yes.

11   Q    What drew you to tabletop war gaming in the first place?

12   A    Well, it's a hobby.  You know, I grew up in a little West

13   Texas town originally before I went off to school.  And, you

14   know, you have a lot of spare time when you're in such a small

15   town, and the hobby was a good way to stay busy and out of

16   trouble.

17        You know, you pick up a miniature here, you work on

18   it, you clean it up, you do some sculpting, and at the end of

19   the day, you have this piece of art that you have put -- you

20   have painted up.

21   Q    Did you do all those steps yourself?

22   A    Yes.

23   Q    And why did you become interested in Warhammer 40,000 in

24   particular?

25   A    In particular, the store that would sell these in my home

1   town, you know, there were always people hanging around

2   playing the Warhammer 40K games.  You know, you sit around on

3   a Saturday afternoon, you're all working together.  You're all

4   talking.  It's this community, and it kind of fosters this

5   game play, you know.

6        You know, it's self-feeding where, you know, you get

7   something, you paint it up.  Your friends say, that's awesome,

8   you know, and so you want to do more.  And they at the same

9   time see what you have done and they want to do more.

10  Q   How did this interest in the hobby from Games Workshop

11  lead you to Chapterhouse?

12  A   I guess it was in early '09 that I -- you know, on one of

13  the forums that I frequent that covers a lot of war gaming,

14  dakkadakka.com, I saw a thread posted by Nick Villacci

15  discussing some of these works that him and his partner had

16  produced and had -- and that they intended to sell.

17  Q   Did you reach out to one of them?

18  A   I reached out to Nick.  Originally like at that time I had

19  created -- you know, through my own playing around with 3D

20  modelling, I created my own pieces that I was interested in

21  pursuing and having made up, and, you know, ran into some

22  hurdles and reached out to Nick for advice for help with that.

23  Q   Why did you need advice if you already had drawn up the

24  models on your computer?

25  A   There's a -- I mean, with this type of, you know, cottage

1  industry type, you know, hobby of like making small pieces,

2  it's hard to just go out and get a one off piece made without

3  an extreme cost.

4         You know, there's an economy of scale that you can

5  only accomplish, that you can only achieve, if you're willing

6  to produce six or seven hundred of a single piece.  And so

7  reaching out to a company that seemingly was pursuing such a

8  venture seemed like it was -- they would be helpful.

9  Q   And about when was this that you reached out to

10 Chapterhouse?

11 A   It was towards the summer of 2009.

12 Q   And in 2009, when you sent the request to Nick, why didn't

13 you just send the request to Games Workshop?

14 A   Games Workshop at the time did not have any sort of means

15 of reaching out to them beyond their customer service email

16 and hot line.

17 Q   Do they have a service today where you can submit ideas to

18 be made?

19 A   No, not I'm aware of.

20 Q   What service then did you want from Chapterhouse?

21 A   In particular, I was looking to take advantage of any

22 casting services they may have had access to.

23 Q   Why couldn't you do casting yourself?

24 A   I attempted to do casting myself.  It just requires a lot

25 of specialized equipment and time that didn't work out too

Nagy - direct

1    well.  It didn't work out when I tried to make some of my own

2    pieces.

3    Q   And since you had bought so many things from Games

4    Workshop, why wasn't that enough?  It seems like you had a

5    pretty large collection.

6    A   Well, I mean, both what I was doing and what Chapterhouse

7    was about is creating these personalized statements, these

8    customizable options, that just don't exist, you know.

9         You build this army of a hundred or more pieces.  The

10   next guy builds an army of a hundred and more pieces.  You buy

11   Space Marines, he buys Space Marines.

12        If you don't do more, if you don't make it your own,

13   if you don't find different ways of putting your own

14   personalized touch on it, you end up with two armies that look

15   very much the same except for the most minor, you know, the

16   most minute details, but on the tabletop, you set them next to

17   each other and there tends to be confusion.

18   Q   What were you hoping then for Chapterhouse to provide to

19   you?

20   A   I mean, an artistic outlet for the most part because I was

21   making these pieces on my own and, you know, I was having fun

22   doing it.

23   Q   Do you have an understanding of whether Games Workshop

24   says it's okay to customize your products?

25   A   They not only say it's okay, they generally endorse it.

1    You look back through the years of their White Dwarf

2    publication, they have articles on how to sculpt, how to

3    paint, how to do these different things.

4           I mean, that's how I learned to sculpt and paint and

5    do everything else, was reading their magazine, reading their

6    publication that taught me how to customize, how to do these

7    things.

8    Q   When you started working with Chapterhouse, what was the

9    first type of product that you worked on?

10   A   The first set of products I worked on were the blank

11   shoulder pads and the flat -- the blanks for some of the

12   vehicle kits.

13   Q   What's a blank?

14   A   It's like producing the canvas that Nick -- that Nick's

15   partner, Tomas, would then be able to sculpt upon, but

16   allowing him to both sculpt upon something easily and

17   guarantee that it would then interface properly and sit right

18   on the Games Workshop product it was meant to complement.

19   Q   Now, for the blanks, I think you said it was a shoulder

20   pad blank, is that right?

21   A   Well, it's a shoulder pad blank, but also the vehicle kits

22   components you could consider blanks as well.

23   Q   Let's start with the shoulder pad blanks.  For the

24   shoulder pad blanks, were they designed for a particular Games

25   Workshop unit?

1  A    I mean, they were all designed with the idea that you

2  could switch them out between any of Games Workshop's large

3  array of Space Marine models.

4  Q    And why did you want to design shoulder pads for Space

5  Marines?

6  A    Largely because it's one of the armies that is most --

7  what's the word -- they're only --

8         Like in the game, in the background, you have --

9  there are in the war roughly a thousand chapters.  Games

10  Workshop can't really -- it really hasn't shown any desire to

11  support all of them.  You know, it's too much.  No one can do

12  that much.  But they also, in that same vein, endorse through

13  their written works people to come up with their own chapters,

14  their own subfactions of Space Marines that they can call

15  their own, that they can go on to write their own stories

16  about.

17         And through that, you know, you come up with icons

18  and your own heraldry that you put on your models.  And

19  Chapterhouse was producing a larger array and option of those

20  types of symbols and heraldry so that people could come up

21  with their own and support their own armies.

22  Q    Let's take a look at some of the work you did on those

23  shoulder pads, shall we?

24  A    Okay.

25  Q    Pulling up DX-704 -- I'm sorry.  That's mislabeled.  It's

Nagy - direct

1  PX, Plaintiff's Exhibit 704.  That is this box kit that I'm

2  holding in my hand.

3  A    Yes.

4  Q    Have you seen this before?

5  A    Yes.

6  Q    What is it?

7  A    It's a Space Marine tactical squad model kit.

8  Q    And what comes inside?

9  A    It comes with -- it comes with enough components to

10 produce a Space Marine tactical squad of about ten models.

11 Q    Is this the thing that comes inside these plastic parts?

12 A    Yes.

13 Q    What are these plastic parts?

14 A    They are sprues.  They are the result of injection molding

15 of components.  They are basically the --

16        In addition to the pieces, they are also the trees

17 left over when you create a mold and you have to -- you have

18 to make sure that the plastic is fed into that mold in such a

19 way that it fills all the cavities properly.

20 Q    And can you just connect for us what it is that you do

21 with these in relation to the hobby aspect you were describing

22 earlier?

23 A    Oh, yes.

24        Well, first, you take the sprues -- using an Exacto

25 knife or a pair of side cutters, you clip all the pieces off.

Nagy - direct

1   You clean off any mold lines or flash that might be on the

2   model.  And then you assemble them based on the type -- the

3   nature of the unit you're putting together.

4   Q   And does it come with shoulder pads?

5   A   Yes.  It comes with, I believe, more than enough shoulder

6   pads to actually assemble the unit.  It comes with a couple

7   spares to allow for a little bit of variation.

8   Q   Now, inside the box, does it come with instructions for

9   how to assemble the pieces?

10  A   Yes.  I believe that's what we're looking at here.

11  Q   So on the screen PX-704, we're looking at an excerpt from

12  the assembly guide?

13  A   Yes.

14  Q   Now, on the assembly guide, can you describe where the

15  shoulder pad fits on the shoulder?

16  A   Yes.  It's this section of the shoulder.  The shoulder pad

17  itself --

18              MR. KEENER:  The document --

19              THE COURT:  Pardon me?

20              MR. KEENER:  That document is nowhere in the box.

21  It's a different document.

22              MR. ALY:  This is it right here.

23              THE COURT:  It's a package insert?

24              MR. KEENER:  On the bottom, it's different.

25              MR. ALY:  Can I just put this up on the Elmo?

Nagy - direct

1    MR. KEENER:  I'm saying that's a different document.

2    MR. ALY:  It's the same thing.

3    THE COURT:  Fine.  Put the package insert up.  You

4 may have to switch the thing on.  I think it's turned off

5 right now.

6    (Brief interruption.)

7 BY MR. ALY:

8 Q   Mr. Nagy, can you continue to explain what the shoulder

9 pad is and how it fits with the shoulder?

10 A   Yes.  The shoulder pad is this piece, and that is the

11 shoulder.  The shoulder pad has a cutaway on the inside that

12 allows it to then rest upon this surface and allow gluing.

13 Q   What is the purpose of the shoulder pad in the game?

14 A   The shoulder pad in the game is largely used to allow the

15 player to denote the unit, both its type and the -- and to

16 delineate them from each other.

17    That is, if you have multiple tactical squads or

18 multiple devastator squads, you tend to want some way of

19 representing them from each other, to distinguish them from

20 each other, because on the tabletop when you're playing, you

21 might have multiples of these and they might be clustered

22 relatively close to each other, but you have to retain -- you

23 have to know which ones go with which unit because over the

24 course of the game, units attack other units and you have to

25 remove pieces specifically from a particular unit.

1  Q   Other than the identification of units, Mr. Nagy, does the

2  shoulder pad change the rules of the game at all?

3  A   No.

4  Q   Now, what's the shape of the shoulder pad?

5  A   The Games Workshop shoulder pad?

6  Q   Yes.  Let me restate the question.

7      What is the shape of the Games Workshop shoulder pad?

8  A   It's largely a cap that fits over the shape of the

9  shoulder.

10  Q   Is the shoulder pad a solid object; in other words, it's

11  like a quarter of a sphere or something like that?

12  A   No, no.  It has a cutaway, specifically the negative of

13  the shoulder.

14  Q   What do you mean by negative of the shoulder?

15  A   Its interlocking surfaces.  These two surfaces have to

16  connect, you know, have to sit on each other.  If they don't

17  sit on each other, you would either have to do a lot more cut

18  to get the shoulder pad onto that shoulder, you know, cut one

19  piece or the other to get them to sit with each other.

20  Q   Let's take a look at that, and we can go back to it.

21      Mr. Nagy, you were describing the fit.  Can you show

22  us what is shown here?  It's PEX-765, a few pages from that.

23  A   Well, this is an example of a Space Marine arm.  This is a

24  shoulder pad and this is the inside of that shoulder pad with

25  the cutaway to allow it to rest upon this piece.

Nagy - direct

1    Q    And if these shoulder pads come with the game already,

2    what were you looking to do with Chapterhouse with this

3    shoulder pad project?

4    A    To supplement Games Workshop's products.

5    Q    Let's turn to some specific Chapterhouse products that you

6    worked on.

7            Did you work on the --

8            When you were working on the blank, what was it that

9    you were unhappy with in terms of the Games Workshop

10   alternatives?

11   A    With the --

12   Q    Let me ask you another question.

13           When you get the Games Workshop product in the box,

14   does it come with any labels to help identify which units are

15   which?

16   A    It comes with a decal sheet, but the decals that are

17   provided are some of the most finicky part of the hobby that

18   most people end up getting too frustrated with to actually

19   bother.  They end up just kind of throwing their hands up and

20   throwing the sheet away because it involves cutting out each

21   of these individual symbols with an Exacto knife, taking that

22   piece, dropping it in a small plate of water, letting it sit

23   for just the right amount of time, and then using a toothpick

24   and a fine brush, sliding it onto the Games Workshop shoulder

25   pad to then mark it.  And you --

Nagy - direct

1      It's one of those things that too much water in the

2  thing, it's ruined, it's useless.  You have to just cut

3  another one and try again.  And too little and it doesn't come

4  off the paper and you end up kind of shredding the paper while

5  you're trying to do that.

6      So, yes.

7  Q   Assuming everything worked out, Mr. Nagy, did you like the

8  look of the decal on the shoulder pad?

9  A   They tend to be very flat.  You know, they --

10      I mean, they conform to the surface of the shoulder

11  pad.  So, really, unless you're standing at just the right

12  vantage, they don't -- you don't see too much of them, and

13  they don't really add too much.

14  Q   And the next slide is from PEX-115 showing the decal

15  compared to DX-642 showing a picture of one of the products in

16  the case.

17      Do you recognize this product?

18  A   Yes.

19  Q   What is it?

20  A   It is Tomas' -- the Raven shoulder pad.

21  Q   What part of it is yours?

22  A   The underlying -- the underlying surface, the shoulder pad

23  that he then sculpted upon.

24  Q   When you were working on the shoulder pad, how did you

25  come up with the dimensions it should have?

Nagy - direct

1    A    I started off by looking at the actual shoulder of the

2    Games Workshop Space Marine, and I created --

3            You know, from that I was able to create the general

4    arch, the two-dimensional arch, of that shoulder.  And then I

5    simply created a shell, like a thickness was added to that

6    arch and then drawn out to make three-dimensional like you

7    would pulling bubbles through the air, that sort of motion to

8    flip it over along a common axis.

9    Q    When you designed the shoulder pad, did you measure the

10   Games Workshop shoulder pad and then just copy those

11   dimensions?

12   A    No.  I looked at the --

13           I looked at the Space Marine shoulder and then simply

14   ensured that the material of the shoulder pad was adequate for

15   casting from my experience working with the resins and metals.

16   Q    What did the shoulder tell you about how to design the

17   pad?

18   A    I mean -- well, I mean, with the -- with the shoulder and

19   even the rest of the model, you know, it sets the parameters.

20   It sets the confinement.  You can't exceed these dimensions or

21   else it just won't work with their model.  It won't sit on

22   their model.

23           And then you have made something that is, you know,

24   useless to Tomas or Nick to sculpt upon.

25   Q    What is your understanding then of how this pad, the

Nagy - direct

1  shoulder pad, with the Raven on it was created?

2  A   Well, I mean, it's really a nice piece.  It's very -- it's

3  a very involved sculpt.  I mean, you can see how three-

4  dimensional it is compared to the normal shoulder pad, the way

5  it comes off that surface, which creates a lot of difficulties

6  in the casting process because these types of recesses and

7  edges there tend to shred the mold when you pull them out.

8        So getting it just right, you know, involves some,

9  you know, real sculpting know-how to get it, to get those

10 gentle angles that you need to then pull it out.

11       But, I mean, he sculpted on one of my -- on one of my

12 blank shoulder pads, and this is, you know, exactly what I

13 envisioned them being used for.

14 Q   Did you make shoulder pads other than blank shoulder pads?

15 A   I made a few other ones.

16 Q   Let's look at another one.  In terms of the project that

17 you had engaged, this is DX-596, page 1.  What are we looking

18 at here, Mr. Nagy?

19 A   This is a -- this is one of our earliest emails discussing

20 some of the various blanks I was working on for them.

21       I guess this would have been when I first completed

22 the digital models for the three earliest blanks.

23 Q   Did you send pictures of those blanks, what they would

24 look like?

25 A   Yes.

Nagy - direct

1  Q    The next slide shows the attachment to that email.  What

2  are we looking at here, Mr. Nagy?

3  A    These are the three blanks that I initially created.

4        One -- the first one is just a solid shell.  The

5  other one has these reliefs cut into it, and the third one is

6  a rimmed one.

7  Q    And, Mr. Nagy, we have the next email talking about the

8  shoulder pad projects, DX-598.  What was this email about?

9  A    Well, one of the things they wanted me to experiment with

10  was putting on various insignias onto these shoulder pads so

11  that they would have these more eye-popping sort of symbols,

12  three-dimensional depth on these.

13  Q    Can you describe for the jury the four images that are on

14  the bottom here?

15  A    Yes.  The first one is a -- is a kind of -- it's a

16  shoulder pad with the addition of a neck guard which was

17  common to medieval armor to block glancing blows to the neck.

18        The second is a shoulder pad with an upward pointing

19  arrow.  The second is a shoulder pad with a chevron.  And the

20  last one is a shoulder pad with crossed arrows.

21

22

23

24

25

Nagy - direct

1  Q   Had you seen those images, the arrow, the chevron and the

2  crossed arrows, in the Games Workshop games you had played?

3  A   Yes.

4  Q   If you'd seen them there, why did you put them on the pads

5  you were working on?

6  A   Because I had seen them elsewhere and believed them to be

7  generic.

8  Q   Why do you believe them to be generic?

9  A   Because many of those symbols are used in various military

10  designations and markings.

11  Q   Have you seen the use of the combination of the chevron,

12  for example, with the Roman numeral anywhere outside of Games

13  Workshop?

14  A   Yes.  On various platoon banners and such.

15  Q   Did you then design a shoulder pad that also had that

16  combination?

17  A   Yes.

18  Q   Were you familiar with the different categories of Space

19  Marines and what different designations they used within the

20  game?

21  A   Yes.

22  Q   The next slide shows an excerpt from email DX 584.  Can

23  you describe what you were discussing there?

24  A   Yes.  These were the various blank shoulder pads I created

25  as of the date that this email was written.

Nagy - direct

1  Q  And that's June 23rd, 2009?

2  A  Yes.

3  Q  What were you providing to Chapterhouse at this time?

4  A  I was providing them with general makeup for how these

5  would -- these blanks could be used for additional -- for

6  their sculpting.

7  Q  Is one of the ideas that you had to make a griffon-type

8  shoulder pad?

9  A  The griffon was originally a customer request.  They

10  had -- they wanted to paint up an army using a griffon as the

11  symbol on the shoulder pad and for their army.

12  Q  How did you know it was a customer request to make a

13  griffon on a pad?

14  A  They furnished a collection of medieval art.

15  Q  Next slide shows on PEX 115.  This is a finished product

16  from Chapterhouse.  Had you seen this before?

17  A  Yes.

18  Q  What are these?

19  A  These are the various squad shoulder pads that I worked on

20  for them.

21  Q  Did you end up making a griffon pad as well?

22  A  I did.  It was a test to see how well the 3D modeling

23  would work for producing such a fine detailed sort of surface

24  feature as the shoulder pad icons and ultimately proved that

25  Tomas's hands were better, you know, the physical sculpting

1    was better than the digital sculpting.

2          MR. ALY:  And for the record, this information, the

3    pictures are also on PEX 1020.

4    BY MR. ALY:

5    Q    Next slide is DX 642 showing one of the Chapterhouse

6    shoulder pads.  What is this pad?

7    A    This is the griffon shoulder pad that Games Workshop

8    ultimately sold.

9    Q    That who sold?

10   A    I mean Chapterhouse.

11   Q    Did you work on this project?

12   A    Yes, both by producing the blank and some of the initial

13   sort of digital modeling involved for that griffon.

14   Q    The next slide is DX 582.  This is an email dated June

15   22nd, 2009.

16          Mr. Nagy, what were you writing about here?

17   A    I was writing about how the griffon -- I was playing

18   around with was a freehand drawing that I had done on the

19   computer creating initially a two-dimensional image and then

20   extruding that into a three-dimensional one.

21   Q    The drawing on the bottom left there, can you describe

22   what that is and how you made it?

23   A    I mean, producing a two-dimensional image in probably

24   Wildfire basically involves connecting dots and from those

25   dots and points determining whether you want it to be a

Nagy - direct

1   straight line or an arc, and so I basically did that going

2   point to point to point along the outside, creating the

3   outline, the perimeter of that shape.

4   Q    And is that one of the shoulder pads that you know was

5   sold by Chapterhouse?

6   A    In a form.

7   Q    What do you mean by that?

8   A    Well, they took it, and it didn't -- I don't believe it

9   turned out too well in the 3D printing, and they ultimately

10  had Tomas go in and do some touch-up work.

11  Q    And I'm holding -- I'm going to hand you DX 14.

12  A    Um-hum.

13  Q    What is DX 14?

14  A    It is the final product of this shoulder pad effort.

15  Q    Can you hold it up and show it to the jury?

16       Is that the shoulder pad, Mr. Nagy, that once you

17  assembled the Space Marine that piece would be added to it?

18  A    Yes.

19  Q    Mr. Nagy, did you work on other products besides shoulder

20  pads?

21  A    Yes, I did.

22  Q    Let's take a look at the next one.  This is from PX 1020,

23  entry 109.

24       Did you work on something called the rapid response

25  wheeled kit for Chimera?

Nagy - direct

1  A  Yes, I did.

2  Q  What was that?

3  A  It was a -- through discussion, the idea had come up to

4  produce a kit that would supplement Games Workshop's Chimera

5  armored personnel carrier model and transform it into

6  something that resembled more of a modern idea of a armored

7  personnel carrier.  In this instance the characteristic

8  feature was the addition of wheels, which is in this type of

9  pattern indicative of urban combat vehicles.

10  Q  What work did you do to assemble and come up with this kit

11  that you were talking about?

12  A  Well, I mean, the starting point was looking at where it

13  would have to mesh and sit on the Games Workshop Chimera kit.

14  Q  Then what did you do?

15  A  Well, from that profile, I had to create a

16  three-dimensional shape of various angles and proportion the

17  location of the wheels such that it would tend to look like a

18  modern vehicle and something that could actually work.

19  Q  Did you send emails about this idea to Nick at

20  Chapterhouse?

21  A  Yes.

22  Q  Next slide is DX 628 from page 4.

23      Mr. Nagy, is this an email that you sent?

24  A  Yes.

25  Q  And what are you describing to Nick?

Nagy - direct

1  A    In this instance I'm going further on it, saying, you

2  know, that there are other ways we can adapt this particular

3  model, you know, do more to the Chapterhouse add-on kit that

4  would make it look suitable to other modern concepts of

5  warfare.  In this case I'm talking about a half track vehicle,

6  which was something used quite commonly in World War II and

7  World War I.

8  Q    Did you end up making a conversion kit?

9  A    Yes.

10  Q    Do you know if Chapterhouse sold the conversion kit?

11  A    I do not believe in this case they sold it.

12  Q    Did they sell the wheels to go with the Chimera for the

13  Games Workshop product?

14  A    Yes, they sold that kit.

15  Q    And for that kit do you have an understanding of whether

16  it's one of the items accused of copy infringement?

17  A    It is not.

18  Q    Did you work on products other than this wheeled

19  conversion kit?

20  A    I also worked on a variety of add-on kit pieces for their

21  other vehicles such as the Rhino and the Land Raider.

22  Q    What's a Rhino?

23  A    In this setting it is the -- it is analogous to an M 113

24  armored personnel carrier.  It's basically a armored box with

25  tracks that carry troops around the battlefield.

Nagy - direct

1  Q   What's M 113?  Is that something from Games Workshop?

2  A   No.  It's a real-life modern armored vehicle that we used

3  starting in the 50s through Vietnam, and the British had their

4  own versions of it.  But it basically is analogous to the

5  general shape, function of this vehicle.

6  Q   Putting up DX 642, and this image is also in PEX 1020.

7  Product 82 is the reference number for this product.

8         What is the product on the left?

9  A   That is Games Workshop's Rhino model kit.

10  Q   Is that the tank that you were describing a moment ago?

11  A   Yes.

12  Q   And what did you do in terms of making a product that goes

13  with that?

14  A   Well, initially I produced pieces, blank door panels that

15  Chapterhouse went on to use here and here that fit in the

16  bezel of the Games Workshop model.

17  Q   What's a bezel?

18  A   A bezel is basically the pocket in which these components

19  sit in.  There's an interfacing surface.  You know, square

20  peg, square hole or, you know, a round hole is not -- you

21  know, a square peg doesn't fit in a round hole.

22  Q   I'm showing you an email with an attachment, DX 588.  What

23  is shown here?

24  A   This is one of those components I made.  It's a piece from

25  the retro Mark I Rhino kit, add-on kit that Chapterhouse

Nagy - direct

1 produced and sold.

2 Q   Did the Rhino that Games Workshop sold, did that come with

3 doors?

4 A   Yes.

5 Q   So why were you making doors to go with it?

6 A   It's just part of an individual player's personalized

7 statement about -- and theme that they want for their

8 particular army that you can't necessarily produce with just a

9 Games Workshop model.

10 Q   When it comes to these doors, for the dimensions did you

11 take the doors that Games Workshop had and copy those?

12 A   No.   I mean, this is the front panel, but with the doors

13 and with these different panels, it was looking at where these

14 pieces had to sit on the model so that they would actually

15 mesh with it, you know, like a body kit for a Ford Mustang.

16 You know, that changes whether it looks more street racer or

17 more sports car, you know, they make kits.   You switch out

18 pieces of the body panel.   Same thing.   Same idea.

19 Q   Did you also work, Mr. Nagy, on the Chapterhouse jetbike

20 product?

21 A   Yes, I did.

22 Q   What work did you do on that product?

23 A   I --

24 Q   And I'm pulling up images from PEX 15, 113 and 1020.

25 A   I produced the underlying digital -- the digital model for

Nagy - direct

1    the underlying jetbikes sans the rider and some of the

2    ornamentation and weapons.

3    Q    So you're pointing to the image on the right.  Is that the

4    Chapterhouse jetbike that you were working on?

5    A    Yes.

6    Q    What's on the bottom left of this image?

7    A    The bottom left is an -- is a Eldar jetbike.

8    Q    Did Games Workshop sell that jetbike at the time you were

9    working on a jetbike?

10   A    Yes, they did.

11   Q    So if Games Workshop was already selling a jetbike, why

12   did you need to make another one?

13   A    I mean, this was something that a lot of players had shown

14   interest in.  It's just -- it was just an idea that we had

15   come up with together and had thrown around.  Hey, here's this

16   common sort of sci-fi theme.

17   Q    What do you mean it's a common sci-fi theme?

18   A    Everyone from Buck Rogers to Flash Gordon had a jetbike

19   and so on.  You know, I mean, the concept of a jet powered

20   motorcycle ridden, you know, style ridden vehicle is common to

21   a lot of works.

22   Q    When it comes to the word jetbike, do you associate that

23   word with Games Workshop in particular?

24   A    No.

25   Q    Why not?

Nagy - direct

A     Besides being generic, it's existed and been used in other

places such -- you know, to describe the general concept of a

jet engine powered flying machine where the rider rides it

like they would a motorcycle.

Q     Now, Mr. Nagy, is that something you're saying just for

this litigation, or is it something you knew before this case

even started?

A     I knew before.

Q     Now, Mr. Nagy, what's the image on the top left?

A     That image is Emperor's Children jetbike from the Horus

Heresy card game and subsequently the Collected Visions art

book.

Q     Had you seen that image at any time before you worked on

your jetbike?

A     Yes.   2007 when that book first came out I purchased a

copy of it and had seen it then.

Q     When you were designing your jetbike, were you trying to

copy that image?

A     No.

Q     What were you trying to do?

A     I was trying to come up with our own sort of version of a

jetbike, of the general concept of a jetbike that would look

bulky enough to support both -- you know, to support someone

that's supposed to be like a thousand pound rider as well as

have the modularity to also be used to create an alternate

Nagy - direct

1  version of this bike that would allow for a lighter normal

2  sized rider.

3  Q   Mr. Nagy, the bike that was sold on the lower left, the

4  Eldar jetbike you were referring to, could that be used with a

5  Space Marine unit sitting in it?

6  A   No.

7  Q   Why not?

8  A   Different weapons, different rules, different faction.  It

9  would look incredibly out of place.

10 Q   What about the jetbike on the right?  Is that one you had

11 made for Space Marines?

12 A   In general, yes.

13 Q   And it's been pointed out, Mr. Nagy, that the front of the

14 jetbike that you designed has these rims, or I don't know what

15 they are, you'll tell us, and then over here in the Games

16 Workshop image in the book that you were talking about also

17 has these rims.  Can you explain why those look the same?

18 A   Well, initially I'd created the prow of this jetbike to

19 resemble an ancient Greek ramming ship, and Nick had emailed

20 me and pretty much asked me to make it more like a Cadillac,

21 you know, bulkier.  And so, you know, Cadillacs are known for

22 their vertical grilles on the front, and this is supposed to

23 be a big jet engine, and that's supposed to be the large air

24 intake for such a vehicle.

25 Q   Let's look at that email.  This is DX 623.

Nagy - direct

1      When you were referring to looking like a Cadillac,

2    is this the email you were talking about?

3    A    Yes.

4    Q    And what is this email?

5    A    This is an email from Tomas discussing the jetbike as well

6    as a couple of other projects where he had talked about the

7    idea of streamlining it and making it more Cadillac-like.

8    Q    Now, on the jetbike that you had designed, was it made for

9    a particular unit within the Space Marines?

10   A    I mean, it's really made -- at the time it was really just

11   made notionally like for a player to have this model cause

12   there really weren't rules for a Space Marine jetbike at the

13   time.

14   Q    And the jetbike, it has a character sitting in it.  Did

15   you make that character?

16   A    I did not make the character.

17   Q    Do you know if Chapterhouse sells the jetbike with the

18   character or if this was for marketing purposes or anything

19   like that?

20   A    This was for the website that they took this picture.  I

21   believe Tomas, I'm not sure, but I believe it was Tomas who

22   sculpted just a set of legs and a set of arms to provide along

23   with it so that Games Workshop components could be used with

24   it and position those parts to fit on there such that, you

25   know, it would look correct for the rider.

Nagy - direct

1  Q  Where would people get the rest of the body to work with

2  the jetbike?

3  A  They would have to buy a Games Workshop kit.

4  Q  Now, going back to these lines in the front, where do

5  those lines -- is there a function to those within the design

6  that you're aware of?

7  A  Well, I mean, it goes with the notion of a jet engine.

8  You know, jet engines have a large air intake for their

9  compressor, you know, before the combustion, and to protect

10  the internal mechanisms of a jet engine, jet engines have to

11  have some form of protection to prevent things from striking

12  against the delicate ceramic blades inside.

13  Q  Did you discuss -- from the artistic point of view did you

14  have discussions with the other people on the team about how

15  it should look, this jetbike?

16  A  Oh, yes.  It was -- I mean, this was a -- this started off

17  with a lot of open discussion about the very concept.

18  Everyone did a little bit of concept artwork, sketches and

19  such, and they were passed around, discussed, and, you know,

20  this was kind of the design that was settled on.

21          You know, there was some -- I did a rough -- you

22  know, it was a very iterative process that went from concept

23  sketches to a rough digital model, back to some more sketches

24  and then eventually this final product.

25  Q  Showing an excerpt from PX 59, an email from you to Tomas

Nagy - direct

1   and then on the bottom from Tomas to you.  Start on the
2   bottom.

3   A   He sent that email first, and that was my response.

4   Q   And this is -- the bottom email, let's start there, is
5   dated October 24th, 2010.  This is from Tomas F.  Do you know
6   who that is?

7   A   Yes.

8   Q   Who is he?

9   A   Tomas, I can never say his last name.  I don't know how to
10  pronounce it.  But he was the physical sculptor of -- for
11  Chapterhouse.

12  Q   And he's referring here to something called the A. Smiths
13  custodian jetbikes.  Do you know what those are?

14  A   I believe he is referring to an alternate piece of artwork
15  of that same particular image that we saw on the previous
16  page.  It's just the same basic design from a different angle
17  with the different riders on it.

18  Q   And were you then -- did you take this as an instruction
19  to go find that image and copy it?

20  A   No.

21  Q   Did you even look at that image while you were designing
22  your jetbike?

23  A   Not while I was designing.

24  Q   When did you look at it?  Did you look at it again after
25  designing it?

1  A    After the fact I looked at it.

2  Q    Why did you do that?

3  A    Out of caution, out of concern that there may have been an

4  inadvertent resemblance between our design and their design.

5  Q    On the top you're saying to Tomas that you have the Horus

6  Heresy books and I've been looking at them.  What does that

7  mean?

8  A    Well, like I said, I own -- like I've said previously, I

9  own that particular art book, series of art books that he's

10 referring to when he asks about these different images.  It's

11 one of -- it's one of a couple -- you know, 40 or 50 different

12 books I have of Games Workshop's.

13 Q    But here were you telling Tomas, though, Mr. Nagy, that

14 you were looking at them so that you could copy from them?

15 A    No.

16 Q    What were you saying?  Why did you refer to the Horus

17 Heresy book at all?

18 A    I was being rather blunt with him because he doesn't --

19 English really isn't his first language, and he kind of

20 stumbles over things when -- if I got too verbose, for part of

21 it.  But, I mean, really I was -- at this point it was a very

22 late stage in the design.  He was still pushing for additional

23 changes and, you know, pointing at the book, and I was like,

24 you know, I've seen them, but I think the design is really

25 done at this point.

Nagy - direct

1  Q  Did you like your design better than the one in the book?

2  A  Yeah.

3  Q  Why?

4  A  I think the design in the book doesn't really -- I think

5  there are parts of the design that don't look proportionally

6  sound.  You know, it's a compositional, it's a more artistic

7  sort of argument against the design, like the composition of

8  the balance of it seemed a bit off.

9  Q  When you're referring to the proportion, what do you mean?

10         I'm showing you now page 623, page 1, another email

11  excerpt.  And does this email address the question you raised

12  about proportionality?

13  A  Yes.

14  Q  How so?

15  A  Well, I mean, you know, the notion of this jetbike is that

16  it's supposed to be carrying someone who, you know, weighs

17  several hundred pounds and is wearing, you know, several

18  hundred pounds more of armor.  And so if you are to believe

19  that there is a machine capable of propelling such a person

20  through the air, you know, it has to look like it could

21  actually do it.  It shouldn't -- it shouldn't be something

22  that is so far out of the realm of reality as to be

23  disbelieved.

24  Q  Did you draw any inspiration or reference to other

25  vehicles besides the Games Workshop vehicles?

Nagy - direct

1   A    Yes.  I mean, we looked at a lot of larger sort of

2   motorcycles that have been made over the years by different

3   companies to see how they dealt with the whole notion of a

4   larger, more powerful engine.

5   Q    Why were you looking at motorcycles?

6   A    The concept's a jetbike, so it's a jet engine ridden like

7   a bike.  There's a clear correlation between those two forms,

8   you know, that both fit in -- into what we were doing and the

9   collective consciousness of what a jetbike is.

10  Q    Mr. Nagy, I hear you saying today that you looked at a

11  motorcycle, but did you talk about motorcycles during the

12  emails that you had?

13  A    Yes, we did.

14  Q    Let's look at, this is going to be DX 633, an email.

15  Let's first start with the top of that email, which is dated

16  November 9th, 2010.

17       Is this an email that you wrote, Mr. Nagy, to Nick?

18  A    Yes.

19  Q    And what are you telling him here?

20  A    Well, I'm bringing up my concerns about the proportions on

21  this because we were trying to balance the use of this because

22  he had intended that we have two -- that we could make two

23  different variances of this, one in which it was intended for

24  a lighter rider and as well as a heavier rider, so I was

25  trying to say like, you know, we have to get these proportions

1  right or it's going to look lopsided compositionally.  You'll

2  look at it and it will seem like something that should be

3  flying like this instead of like this.

4          MR. ALY:  Let the record reflect there's some angles

5  from the hand.

6  BY MR. ALY:

7  Q    And is it that email that you also then referred to

8  real-life motorcycles?

9  A    Yes.

10 Q    What are you describing here, Mr. Nagy, in the remainder

11 of that same email?

12 A    Well, I was talking about different riding styles of

13 motorcycles in this particular instance, whether the bike

14 would be ridden like a chopper or a Harley Davidson in this

15 case or whether it would be ridden like more one of these

16 Japanese-style racing motorcycles, over the engine as opposed

17 to behind the engine.

18 Q    What did you decide?

19 A    Behind the engine.

20 Q    And from these -- these are just links.  We don't have

21 pictures.  But what were these links to?

22 A    Examples of those two different larger bikes with those

23 particular types of riding styles.

24 Q    When it came to the designing of the jetbike, what steps

25 did you take to do the designing?

Nagy - direct

1    A    Well, like I said, there was a lot of initial sketches

2    that everyone did that were passed back and forth with

3    critiques and comments, and then there was a rough digital

4    model created and shown to everyone involved, and additional

5    notes and work were done.  Eventually that model was made into

6    something more closely resembling what was finally produced.

7    And additional requests to then, you know, balance the look of

8    it and some of those aesthetic changes that Tomas requested.

9    Q    You were mentioning a digital model.  I'm showing you DX

10   479.  Is this an image of what that digital model would look

11   like?

12   A    Yes.

13   Q    What is shown here in the picture?

14   A    This is an orthographic view of the -- of that jetbike

15   model from different vantages.  You know, it's -- it was

16   really a neat sort of model playing with the sizes of things.

17   Like I particularly always like that vantage in the left-hand

18   corner.  You know, it's easy from the different angles to lose

19   perspective on the way -- you know, it's supposed to be a

20   jetbike, so these air intakes have to have a clear flow of air

21   into them, and you lose it when you see it from an angle, but

22   when you look straight on it, you see how the sides come out.

23   They flare out, and they allow the air to scoop in, not just

24   on the front, but along the sides as well.

25           THE COURT:  We're going to take our break right here.

1    We'll break for ten minutes.  Then we'll go till 12:30.

2              All rise.

3              (Recess taken.)

4              (The following proceedings were had in the presence

5              and hearing of the jury:)

6              THE COURT:  Mr. Aly, you can resume.

7    BY MR. ALY:

8    Q   Mr. Nagy, did you also work on a combi weapon?

9    A   Yes, I did.

10   Q   I'm showing an excerpt from PX 1020.  This is item 34,

11   combi weapon magnetic kit.  Did you work on this product?

12   A   Yes, I did.

13   Q   What is this product?

14   A   It is a multi-part kit for the assembling of a weapon that

15   has a number of variances to it.

16   Q   Where did you come up with the idea to use a combi weapon?

17   A   Well, I mean, the notion of an under-slung weapon, you

18   know, has existed for, you know, a good amount of time, so

19   it's not really new.

20   Q   What do you mean by under-slung weapon?

21   A   Well, I mean like, for example, most common in our

22   military, we have -- or army, the soldiers carry an M 16 or an

23   M 4 assault rifle that has a M 203 grenade launcher under

24   slung where the one weapon is mounted immediately below the

25   barrel of the other.

Nagy - direct

1  Q   Did you use that idea to create the combi weapon magnetic
2  kit?

3  A   The notion of one, yes.

4  Q   These are obviously really small.  Why are they the size
5  and shape that they are?

6  A   Well, one of the goals we set out with was to create one
7  in which these upper assemblages could be switched out.  You
8  can see they're separate pieces, and this lower section is a
9  fifth piece, and a magnet could be placed on the inside
10 allowing these parts to be switched out between different
11 gaming sessions.

12 Q   Were these weapons designed to fit with a particular
13 product?

14 A   With the Space Marines.

15 Q   How did you know that they would fit with Space Marines?

16 A   I had to look at the boxiness of the foregrip and the
17 distance from this portion of the -- for the pistol grip to
18 that foregrip to maintain compatibility with the Games
19 Workshop Space Marine.  That is, Games Workshop's Space
20 Marines have arms that are fixed in this position, you know.
21 They have ten -- they may have ten, 20 variances of this
22 position, but it's effectively this position with those
23 dimensions being identical between all of their -- all of
24 their models so that their models can be cross compatible with
25 themselves.

Nagy - direct

1   Q   Did Games Workshop sell weapons for use with their Space
2  Marines?

3   A   They sold them as part of larger kits.

4   Q   Why were you making this combi weapon magnetic kit, then?

5   A   Well, it's a convenience factor.  I mean, it's about
6  convenience because, you know, someone builds a model, this
7  guy may represent his general or just a sergeant in his
8  particular army, and they want to give him a combi weapon, but
9  they may want to switch this out between different gaming
10  sessions for a number of reasons, and this allows them to have
11  one model that they've really put a lot of the effort into
12  with this ability to switch it out as opposed to having, say,
13  five identical pieces with one change made to them.

14   Q   How does your design help swapping out?  I don't
15  understand that part.

16   A   Well, we sized it such that a very small, half a
17  millimeter I believe is what it was, magnet could be fitted
18  into the back end of these upper assemblies and another magnet
19  could then be inserted into the top of this lower assembly so
20  that when you pull -- you could pull it off and drop in the
21  other magnetized piece and they would lock together and stay
22  together throughout the, you know, generally rough handling of
23  a gaming session.

24   Q   Now, did Games Workshop have, at the time you were working
25  on this, did they have a magnetic interchangeable piece for

Nagy - direct

1    their weapons?

2    A    No, they did not.

3    Q    Why did you think that would be important to have?

4    A    Well, I mean, it goes back to just allowing players to

5    personalize their pieces by giving them as many options as

6    possible.

7    Q    Did you also work on another weapon, the SCAR lasgun?

8    A    Yes, I did.

9    Q    Showing you --

10        Before we go to that next weapon, let me first show

11   you an email about the combi weapons, PX 100, and the email is

12   dated January 20th, 2010.

13        Is this an email describing your work on the combi

14   weapon?

15   A    Yes, it is.

16   Q    What were you telling Nick here in this email?

17   A    I was discussing the fact that the very notion of this

18   type of weapon has existed for some time, that there are

19   modern counterparts and modern -- this is a modern concept of

20   a single weapon with multiple capabilities.

21   Q    And this notion that you were talking about of the

22   combination weapon, is that the same under-slung weapon you

23   were describing earlier, this idea of the M 16 with the

24   grenade launcher?

25   A    Exactly.  It's exactly the weapon I was describing

Nagy - direct

1  earlier.

2  Q    Next showing you DX 627.  And let's start with the bottom

3  email, October 6, 2009.  And you're writing to Nick that when

4  it comes to making the combi-bolter interchangeable, that's a

5  lofty goal.  Why did you think that was a lofty goal?

6  A    Well, it's hard to see it without having the physical

7  piece in front of you, but the magnets -- you know, you can

8  only buy magnets that are so small, and to make a little

9  pocket in the back of these components that allow it to fit

10  together while still retaining these proportions that make it

11  necessary to fit on a model require a lot of fine tuning of

12  the details to hide the seams, to allow enough material to

13  allow that magnet to be hidden inside the model.

14  Q    Were you able to come up with a design that eventually

15  turned into a product?

16  A    Yes.

17  Q    And did Chapterhouse sell that product?

18  A    Yes, they did.

19  Q    When you were talking about the dimensions of the magnet,

20  I'm showing you now DX 628, page 3 of that email from January

21  20th, 2010.  Did you discuss these difficulties of the design

22  with the team?

23  A    Yes, I did.

24  Q    And what is this email describing?

25  A    Well, in this particular instance I was raising concern

Nagy - direct

1    about, you know, the size of magnets that we were going to

2    use, because I was only aware of magnets that were so small,

3    and Nick eventually found magnets that were even smaller, you

4    know, so instead of dealing with whole millimeters or, you

5    know, an eighth of an inch like here, you know, we ultimately

6    found a magnet that was fractions of a millimeter, you know,

7    the tiniest magnets anyone makes of this sort of hobby magnet.

8    Q    And when discussing this project, this is PX 67 from June

9    24th, 2009, you were -- this is an email from you?

10   A    Yes.

11          This was earlier on when we were generally sort of

12   playing around with ideas of, you know, laying the groundwork

13   for this project, and I was in this instance discussing, you

14   know, the various heavy armaments that have been used over

15   time that have a particular bulk to them as a inspiration for

16   how to fill out, you know, the size of that grip, you know,

17   that the Space Marine has and the distances between them.

18   Q    And when you're talking about the design, you wrote, "The

19   critical thing is, if we make anything a Marine holds, it

20   needs to fit the standard arms."  What does that mean?

21   A    Well, like I was saying before, this -- you know, the

22   Space Marine has a hand that's open this much, and the

23   distance from this hand to the other is a particular distance,

24   and if you're off by even a little bit, the model can't hold

25   it or it doesn't -- you know, or it looks kind of ridiculous

Nagy - direct

1    on there.  You know, he's holding it and his hand's off, you

2    know, out here, not even touching it.  You know, you have to

3    get it right there or it doesn't look right.

4    Q    Other than fit, were you copying anything from Games

5    Workshop?

6    A    No.

7    Q    I'm going to show you and hand you DX 34.  And, Mr. Nagy,

8    can you explain to the jury what that is?

9    A    This is a instance of the combi weapon kit with the

10   magnets.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1  Q.  Can you hold it up so we can appreciate the size of it?

2  A.  (Witness complies.)

3  Q.  Did you also work, Mr. Nagy, on that SCAR lasgun we

4  talked about a moment ago?

5  A.  Yes, I did.

6  Q.  I'm showing you an excerpt from PX 1020, Item 117.

7       But before we do that, what were you just doing?

8  You were inserting a tiny piece, it looked like, into another

9  tiny piece.  That's what I --

10 A.  Yes.  I was fitting the two components together.  You

11 know, it's next to impossible to see from over there, sorry,

12 but, you know, it just shows these little pieces are so

13 small, you know, they can fit together seamlessly, really,

14 when the magnet is in there.

15 Q.  Thank you.

16      Let's talk about this item -- this is, again, from

17 PX 1020, the claim chart.  This is Item 117 called SCAR

18 lasgun's 28-millimeter.  Did you work on this product?

19 A.  Yes.

20 Q.  What gave you the idea for this particular set?

21 A.  Well, this was a part of a series of weapons we did upon

22 the request -- someone on-line had contacted me requesting we

23 do some -- a particular rendition of a modern military

24 assault rifle.  It was a SCAR, which is one of the weapons in

25 competition to replace the M-16.  And he asked for basically

1  a version of this that was proportioned and adjusted to fit

2  an Imperial Guard model's hands.

3  Q.   When you were designing this particular unit, did you

4  say it was a customer idea to get --

5  A.   It was a customer idea to produce a scaled

6  representation of that real life weapon.

7  Q.   And is the SCAR a real life weapon?

8  A.   It is a real life weapon.  It comes in two different

9  variances, very modular, made by Fabrique Nationale, I

10  believe.

11  Q.   So today, you know, we're in trial, but you're saying it

12  was based on a real life weapon.  Was that something you

13  discussed with the team when you were designing it?

14  A.   Yeah.  It was why we felt like it was a perfectly

15  legitimate design to pursue.

16  Q.   I'm showing you the next page, DX 627, excerpts from an

17  e-mail October 6th, 2009.  Can you explain what's shown here?

18  A.   This was a breakdown of different -- some of it were

19  different items that I produced digital models of for them,

20  No. 1 and 2.  Some of them were things that I thought these

21  have either immediate counterparts or things that, you know,

22  I kind of imagined being similar to these different concepts

23  in proportions.

24  Q.   And by real, are you referring to the SCAR M-14 and

25  MP-34?

1   A.   Yeah.   The SCAR, like I said, is a modern assault rifle.

2   The M-14 is a marine -- is a real life, you know, U.S. Marine

3   sniper rifle, and the MP-34 was, I believe, a German

4   submachine gun.   And the M-249 SAW, the M-50 Barret, the

5   MP-60 and the Lewis gun are also references -- direct

6   references to real life firearms.

7   Q.   And we're going back to the images of the products, Mr.

8   Nagy.   There's an angled tip to these weapons that's been

9   brought to our attention, this angled tip here.   Where did

10  you get the idea to use an angled tip?

11  A.   Well, as a direct consequence of the 1994 Clinton era

12  assault weapons ban, imported assault weapons had to have

13  fewer than a certain number of features, one of which was a

14  flash suppressor.   And so, weapons with a flash suppressor

15  that were being imported would have their barrels chopped at

16  an angle so as to render the flash suppressor non-functioning

17  and allow it to be then imported into the country.

18  Q.   Had you seen that type of a slanted tip before you

19  designed your product?

20  A.   Yes.   One of the most common and most numerous firearms

21  in the world, the AK-47, which was imported even during that

22  era into the U.S., instances of that were very common with

23  that type of slanted barrel cut.

24  Q.   Let's talk about some other issue.   The next issue I

25  would like to talk about is your overall work with

1  Chapterhouse.

2          Over the course of your time with the company, how

3  many products did you personally work on?

4  A.   I worked on about 70 different pieces that were, you

5  know, packaged into different kits, you know; some of them

6  were lumped together, some of them were separated.

7  Q.   When you were working on the design, was it your

8  intention -- was it your goal to take something that Games

9  Workshop was selling?

10  A.   No.  It didn't make sense to me.  It -- I saw no purpose

11  in trying to replicate something that had already been done.

12  This was about -- for me, this was -- or this was for fun.

13  This was me doing it for fun.  I was trying to, you know,

14  come up with -- you know, I would have ideas.  You know, I

15  would work on my own stuff, I would have ideas.  You know,

16  this would be neat, wouldn't it be cool to see a model that

17  was like this, you know.  And, you know, these were things

18  that Games Workshop just wasn't doing.

19  Q.   If that's so, was there a time when you would have an

20  idea and then see that Games Workshop is doing it and then

21  stop?

22  A.   We abandoned a number of ideas, you know, where it was

23  just like -- you know, we would have an idea, we would sit

24  there, we would discuss it and ultimately decide, no, this --

25  this doesn't sit right with us.

1    Q.    I'm going to show you DX 633, an e-mail from

2    November 2010.  On Page 2 there's an e-mail on the top here,

3    from November 8th, from Nick to you.  It says:  (Reading:)

4            Sounds like they are already done with the Venom.

5            What does that mean to you?

6    A.    Well, the Dark Eldar Venom is basically a -- it's a --

7    they -- it's basically a varying of one of their larger Eldar

8    jetbikes that could have a -- it had a little platform on the

9    rear that could carry additional troops on it.  And we were

10   looking at it as -- well, Games Workshop ultimately purchased

11   it as just one big kit, but we were looking at making a

12   little add-on platform to add to one of their pre-existing

13   kits because that's effectively what the design is.

14           And, you know, we threw around the idea -- we

15   didn't even do any concept drawings.  We just talked about it

16   and then ultimately settled on the fact that this -- it

17   wasn't worth pursuing.

18   Q.    Why not?

19   A.    Well, creatively it just retread what had already been

20   done at that point.

21   Q.    And this is the next part of that same e-mail from

22   November 9th, 2010.  This is Nick Villacci writing to you:

23   (Reading:)

24           It's a bit redundant to compete directly with GW.

25           What did that mean to you?

1    A.   Well, it means -- I mean, if Games Workshop sells it,

2    people will buy it.  That's plain and simply what it is.

3         And to create something that Games Workshop sells,

4    most people would rather -- you know, no matter what

5    Chapterhouse does, people want the Games Workshop product.

6    And if Chapterhouse were to hypothetically create something

7    in -- that did compete directly, they would never sell

8    anything.

9    Q.   On the products that you made, Mr. Nagy, the 70, 75

10   products, if Games Workshop had made those, would you have

11   bought them from them?

12   A.   Most certainly.

13   Q.   What happened instead?

14   A.   Um --

15   Q.   Sorry.  Because Games Workshop did not have those

16   particular products you wanted, what did you do?

17   A.   Well, I mean, I -- that's ultimately why I sought out

18   Chapterhouse and why a lot of people seek out companies like

19   Chapterhouse to produce these types of supplementary

20   products.

21   Q.   When you were working on the products that you worked

22   on, at any time did you copy something Games Workshop did?

23   A.   No.

24   Q.   Did Nick ever instruct you to copy something?

25   A.   No.

1    Q.   Did he give you any instructions about copying or not

2    copying?

3    A.   He gave plenty of instructions not to copy, you know.

4    It was a very strong message, you know, we were not going to

5    copy anything.  We had to stay away from anything that could

6    be misconstrued as that.

7    Q.   I'm showing you now an excerpt from PX 105, an e-mail

8    dated June 25th, 2009, from Nick to you.  It says:

9    (Reading:)

10        I guess I want to see your 3-D creativity, so pick a

11   vehicle, Space Wolf project, and run with it, you know the

12   rules, no GW IP.

13            What does that mean to you?

14   A.   Well, it was a very clear instruction not to produce

15   something that, you know, Games Workshop was -- had made a

16   model of or was actively producing a model of.  You know, we

17   -- you know, he wanted me to be creative.  He would

18   oftentimes seek out my ideas, you know, and most of those --

19   you know, most of those ideas were supplementary things.

20            And in this instance what was borne out of it was

21   the Mark I Retro Rhino add-on kit, which is not -- it's a

22   non-issue in this case as far as the design goes.

23   Q.   What do you mean by it's a non-issue?

24   A.   Games Workshop has withdrawn its contention on its

25   design.

 1    Q.   I want to talk to you about some other subjects, Mr.

 2    Nagy.

 3            One of the subjects in this case has to do with the

 4    design of the shoulder pad and whether or not the idea has

 5    been out there for the size and shape of the shoulder pad.

 6            Before this case started, had you personally seen

 7    characters, fictional characters, with large, blocky shoulder

 8    pads?

 9    A.   Yes.

10    Q.   What's an example?

11    A.   Well --

12            MR. KEENER:  Your Honor, I think it's the subject

13    of expert testimony now.

14            THE COURT:  I can't hear you.

15            MR. KEENER:  I think it's the subject of expert

16    testimony now.

17            THE COURT:  I disagree.  Overruled.

18            You can answer.  Go ahead.

19    BY THE WITNESS:

20    A.   Well, in particular, I'm personally a fan of the British

21    comic book series -- it's a whole franchise, 2000 AD, in

22    particular Judge Dredd.

23    BY MR. ALY:

24    Q.   What's Judge Dredd?

25    A.   You know, it's kind of -- you know, Dirty Harry in the

1  future is the best way to describe him.  You know, he's the

2  cop who is out on the beat, you know, and he, you know -- he

3  is, you know, ornamented with various armor, you know, and

4  one of which is a large, bulky shoulder pad that comes down

5  his shoulder and is adorned with a giant golden eagle, you

6  know, as a -- you know, that resembles like an officer's

7  badge.

8  Q.   Do you know of any connection between Games Workshop and

9  this 2000 AD or Judge Dredd?

10 A.   Yes.  Well, I mean -- yes, prior to Games Workshop

11 producing Warhammer 40K, they had the license to produce both

12 the miniatures and a game for this particular setting.

13 Q.   And had you personally, Mr. Nagy, seen the pieces, the

14 miniature pieces?

15 A.   Yes.

16 Q.   Can you describe the shoulder pads and what they looked

17 like?

18 A.   They were generally bulky and rounded.

19 Q.   Let me talk to you about some of the trademarks that

20 have been discussed in this case.

21        The first one I would like to ask you about is the

22 words space marine.  Outside of the context of Games

23 Workshop, had you heard of the phrase space marine?

24 A.   Yes.

25 Q.   Where?

1  A.    In a number of places.  I mean, I've been a big fan of

2  like classic sci-fi, you know, 1950s Heinlein.  You know, he

3  wrote Starship Troopers, and space marines is one of the

4  terms that was borne out of that, to describe his concept of

5  this futuristic soldier that is dropped from space and, you

6  know, lands on the ground combat-ready, you know.  You know,

7  it's the only work of science fiction that's required reading

8  in our military academies.

9  Q.    Had you seen the term space marines used anywhere else?

10 A.    Yes.  Growing up I had a number of toys, you know, where

11 -- for the -- I guess it was for the movie Aliens, in which

12 the -- on the toys the protagonists were described as space

13 marines.

14 Q.    Now, this space marines, even within the Games Workshop

15 world -- so I'm talking about people who play the game -- is

16 that space marines word used as a proper noun, as far as you

17 know?

18 A.    I believe the more -- the more prominently used proper

19 noun is Adeptus Astartes, which is what they used in the

20 fiction to describe these space marines, you know, the

21 general notion of -- you know, who these people are.  You

22 know, you have these space marines but, you know, it's

23 like -- you know, it's like you would say, you know, cop

24 instead of police officer, you know.  It's more just a

25 general description than what you're going to, you know,

1    formally call someone.

2    Q.   And what is Adeptus Astartes then?

3    A.   That is the institutional name for the concept of the

4    space marines.

5    Q.   Let's talk about some other of these trademark words in

6    the case.  Jetbike, you've talked about that one, but just to

7    summarize it, what -- have you seen that word outside of the

8    Games Workshop context?

9    A.   Yes.

10   Q.   To mean what?

11   A.   To mean a flying vehicle that is generally ridden by one

12   person in the fashion of a motorcycle.

13   Q.   Another one is Eldar.  Have you seen that word outside

14   of Games Workshop?

15   A.   Yes.  It's in modern English most commonly like

16   associated with Tolkien.  He -- it was an older word that he

17   brought back to describe the notion of an elf, you know.  He

18   used it synonymously with the word elf in "The Lord of the

19   Rings" and "The Hobbit".

20   Q.   Now, these words that we've been discussing, is that

21   something you learned or researched during the litigation or

22   is this knowledge you already had before it started?

23   A.   Before.  I've read all those books.

24   Q.   What about imperial guard?  Is that a term you had come

25   across personally?

1    A.    Historically the imperial -- you know, the term imperial

2    guard has been used in a number of different places, you

3    know, generally to refer to either the military or the

4    personal guard of any empire.  You know, the -- the word is

5    used synonymously to describe the ancient Romans praetorian

6    guards, which were the emperor's bodyguards, for example.

7    The czars, their guards were called imperial guard.

8    Q.    In your personal knowledge, Mr. Nagy, had you heard the

9    phrase land raider outside of the Games Workshop world

10   before?

11   A.    Yes.  In the Judge Dredd setting the -- they have a

12   large, heavy armored vehicle used for transporting personnel

13   that's covered in weapons and it's called a land raider.

14   Q.    What about landspeeder, Mr. Nagy?  Had you seen that

15   outside the context of Games Workshop?

16   A.    Yes.  It's in -- in the Star Wars setting it's the

17   phrase used to describe Luke's hover car that you see him

18   driving in the first -- in the original movie.

19   Q.    The word list that we've gone through, Mr. Nagy, when

20   you see or hear those words is the first thing you think of

21   Games Workshop?

22   A.    Not necessarily.

23   Q.    All right.  Why not?

24   A.    Because they have common English usage outside of how

25   Games Workshop chooses to use them.

Nagy

1  Q.   Now, let's -- in conclusion, let's wrap up, Mr. Nagy.

2  Why is it that you worked with Chapterhouse?

3  A.   I mean, for me it was an artistic outlet, you know.

4  It's -- you know, it was very fulfilling to go through this

5  design process to create something, you know, and develop my

6  professional modeling skills, you know, to -- you know, that

7  -- you know, through working with other people, create this

8  artistic piece, see it, you know, from the sketch phase, to

9  the rendering phase, to the 3-D printed phase, to being cast,

10  to being, you know -- to being eventually painted up, to

11  seeing it in the hands of friends and other people who would

12  buy them and, you know, combine them with Games Workshop's

13  products and use them.  And, you know, it's a very fulfilling

14  sort of process.

15  Q.   How did you feel when you saw, for example, these

16  products that you were showing to the jury actually in life,

17  in real life?

18  A.   Oh, I -- I still think they're some of the coolest

19  things I've had a chance to work on, you know, and I've

20  worked with the bombs.  I mean, that's -- I mean, it's just

21  kind of neat, you know.

22  Q.   Thank you for your time.

23        MR. ALY:  No further questions, your Honor.

24        THE COURT:  Cross?

25              CROSS EXAMINATION

1   BY MR. KEENER:

2   Q.   Good morning, Mr. Nagy.

3          I want to first follow up on a couple of things

4   counsel for Chapterhouse asked you.

5          Do you remember testifying that Games Workshop

6   encourages its customers to personalize and customize their

7   models?

8   A.   Yes.   They endorse using their pieces to supplement

9   Games Workshop's.

10  Q.   Maybe I misspoke.

11         You testified that Games Workshop encourages its

12  customers to personalize their own models, correct?

13  A.   That's correct.

14  Q.   And by that you mean Games Workshop encourages its

15  customers to paint the models in one way?

16  A.   That is one of many ways.

17  Q.   Or to put together Games Workshop pieces in different

18  ways?

19  A.   That is another way.

20  Q.   Or even a person for their own personal army, Games

21  Workshop encourages and teaches how to sculpt and modify the

22  pieces to personalize them themselves?

23  A.   They do.

24  Q.   Now, you are aware that Games Workshop does not

25  encourage and expressly prohibits using their designs and

1    images and logos for commercial purposes?  You understand

2    that, right?

3    A.    Generally, yes.

4    Q.    And it's actually even on their website:  Do not --

5    you're allowed to make a fan forum and use our names and

6    copyrights in the fan forum or in your own personal design

7    but not for commercial purposes, right?

8    A.    Could you --

9    Q.    Sure.

10            You're not suggesting in any way that Games

11   Workshop encourages third party companies to use Games

12   Workshop's designs and logos and names to allow other people

13   to customize their Games Workshop products?

14   A.    I am not aware of any prohibition or endorsement of

15   using third party products.

16   Q.    But you are aware that Games Workshop does prohibit

17   third party companies from using Games Workshop designs and

18   logos and names?

19   A.    Yes.

20   Q.    Now, when we saw the quote from Mr. Villacci saying no

21   GW IP, I believe you testified that means that if Games

22   Workshop is already doing a model, we won't do it, but if

23   they don't have the model out yet, it's okay for us to make

24   that model?  Is that generally what you testified to?

25   A.    Generally.

1    Q.   So, for example, while Games Workshop has depicted in
2    its artwork and books a Space Marine jetbike, Games Workshop
3    didn't sell a Space Marine jetbike, right?
4    A.   Correct.
5    Q.   So you and Chapterhouse thought it was okay to then make
6    the Space Marine jetbike --
7    A.   Their --
8    Q.   Correct?
9    A.   I mean, the process of creating something like that, I
10   mean, involved a larger -- a much, much larger degree of, you
11   know, conceptual interpretation than just looking at an
12   image.
13   Q.   And that wasn't my question.  I appreciate that.
14            My question is:  That is an example of where Games
15   Workshop had artwork for a Space Marine jetbike but no model,
16   and you and Chapterhouse thought, therefore, it was okay to
17   make a Chapterhouse Space Marine jetbike?
18   A.   Because -- well, yes, because our design was original.
19   Q.   You also testified about this wheeled chimera conversion
20   kit.
21   A.   Yes.
22   Q.   Do you remember that?
23   A.   Yes, I do.
24   Q.   It's where you design this -- this track system with
25   wheels that go on one of Games Workshop's tanks to make it --

1    instead of a treaded vehicle it had wheels?

2    A.    Yes.

3    Q.    And you didn't copy anything from Games Workshop to do

4    that design, right?

5    A.    Only the interfacing surface.

6    Q.    And Games Workshop doesn't sell or depict in its artwork

7    any wheeled chimera vehicle, right?

8    A.    Does not depict any wheeled version of that.

9    Q.    And Games Workshop is not alleging that Chapterhouse

10   infringes any copyrights with that wheeled chimera vehicle

11   that Chapterhouse is selling?  You understand that, right?

12   A.    Yes.

13   Q.    You testified at the very end about Judge Dredd.  Do you

14   remember that?

15   A.    Yes.

16   Q.    Now, Chapterhouse has been in this lawsuit for almost

17   five years now.  You didn't show the jury any picture of any

18   Judge Dredd shoulder pads, did you?

19   A.    No, I did not.

20   Q.    Or any Judge Dredd weapons?

21   A.    No, I did not.

22   Q.    Or any Judge Dredd flying vehicles?

23   A.    No, I did not.

24   Q.    Or any Judge Dredd tanks?

25   A.    No.

1    Q.   So other than your representation that those things are

2    out there and that they look something like Games Workshop's

3    products, you didn't show them any picture they can use to

4    actually make that determination themselves, did you?

5    A.   No.

6    Q.   And you also mentioned that at one point Games Workshop

7    made some Judge Dredd miniatures?

8    A.   Yes.

9    Q.   Do you remember that?

10   A.   They had the license to produce miniatures for that

11   comic book setting.

12   Q.   And again, over this five years there's been no pictures

13   shown to the jury of any Judge Dredd miniature that looks

14   anything like any of the products in this case, right?

15   A.   I don't believe Games Workshop submitted catalogs going

16   far enough back to show them, no.

17

18

19

20

21

22

23

24

25

Nagy - cross

1  Q.   You have not shown any pictures to the jury of any Judge
2  Dredd miniatures, right?
3  A.   No, I have not.
4  Q.   You talked about an author named Robert Heinlein and a book
5  he called Starship Troopers?
6  A.   That's correct.
7  Q.   And this was in your discussion about the term Space Marine,
8  correct?
9  A.   Yes.
10 Q.   Now, you would agree with me that nowhere in the entire
11 Starship Troopers book does the term Space Marine appear.
12 A.   In the physical book, no.
13 Q.   Okay.  So --
14 A.   In supplemental books to describe it, yes.
15 Q.   Nowhere in the book Starship Troopers does the term Space
16 Marine appear, correct?
17 A.   That's correct.
18 Q.   Instead he uses a term Mobile Infantry?
19 A.   That is used as the proper noun, yes.
20 Q.   And, again, you didn't show the jury any portion of any
21 Heinlein book that uses the term Space Marine, did you?
22 A.   No, I did not.
23 Q.   Similar with Tolkien.  You said he uses Eldar
24 interchangeably throughout the book for elf?
25 A.   Yes.

PDF created with pdfFactory trial version www.pdffactory.com

Nagy - cross

1   Q.   Again, you didn't show the jury any page from any Tolkien
2   book where he used the word Eldar at all, did you?
3   A.   No.
4   Q.   Let's talk about how Chapterhouse decides what products to
5   create.  Would you agree with me that Chapterhouse looks at
6   Games Workshop's line to find holes where there's things missing
7   to try and take advantage of those holes in Games Workshop's
8   product line?
9   A.   I think we tended to look for places where the ideas fell
10  outside the scope of what Games Workshop produced.
11  Q.   Let's take a look at Plaintiff's Exhibit 41.  And this is a
12  string of e-mails between you and Mr. Villacci, right?
13  A.   Um-hm
14  Q.   Is that a yes?
15  A.   That's correct, yes.
16  Q.   Let's turn to Page 3, your first sentence.  Did Mr. Villacci
17  tell you, quote, "I think if we can take advantage of any old
18  line GW has stopped doing."  Do you see that?
19  A.   He says that.
20  Q.   So, Mr. Villacci was telling you let's look to see what
21  Games Workshop made before and they're not doing right now, and
22  let's take advantage of that market opportunity; is that right?
23  A.   Contextually we were discussing specifically the Imperial
24  Guard, which are Games Workshop's analog to human -- generic
25  human soldiers.  And in this instance we were going into the

Nagy - cross

1   idea that, you know, Games Workshop presents human soldiers of a

2   particular flavor.  But, you know, in real life we have people

3   who fight in the jungle, we have people who fight in the snow,

4   we have people who fight in an urban setting.

5           And it was to say these are themes that Games Workshop

6   doesn't bother looking at anymore.  Why can't we, you know,

7   produce something that is about an urban or snow covered theme.

8   And in this instance this discussion is what ultimately resulted

9   in the Wheeled Chimera that Games Workshop doesn't have an issue

10  with.

11  Q.   So, for example, if Games Workshop was about to release a

12  new army book, a new codex, for a new Space Marine chapter,

13  Chapterhouse and you would rush to design products for that new

14  Space Marine chapter to take advantage of what Games Workshop

15  was about to release, right?

16  A.   Well, it's no different than when I worked for the company

17  that I did right out of school which produced components and

18  subassemblies for consumer electronics.  One of our big product

19  lines was cases for iPhones.  Even -- you know, we produced them

20  for half the companies that ultimately released them  And so,

21  obviously, leading up to the release of a new iPhone, you're

22  flooded with these supplemental products that are not produced

23  for Apple.

24  Q.   Again --

25  A.   It's no different than that.  It's just we would look at

Nagy - cross

1    what Games Workshop was doing, and we said how can we supplement

2    Games Workshop.  How can we further these kits that Games

3    Workshop is releasing.  How can we do something to allow people

4    to have a different theme in mind when they look at these

5    models.

6    Q.   So, I'm not sure if you answered my question yes or no.   In

7    Chapterhouse's business of deciding which products to make, if

8    Games Workshop was about to release a new codex for Space Wolves

9    Space Marine, Chapterhouse would then be looking to make Space

10   Wolves products to sell?

11   A.   Space Wolf supplemental products, generally.  But I mean, in

12   that instance --

13            THE COURT:  You've answered the question.  You need to

14   confine your answers to the question that's asked.

15            THE WITNESS:  All right.

16            THE COURT:  Go ahead.

17   BY MR. KEENER:

18   Q.   So, again, yes or no.  In the example of Games Workshop

19   about to release a new army book, such as Space Wolves Army for

20   Space Marines, Chapterhouse would be looking to then release

21   before or at the same time various Space Wolf related products?

22   A.   Generally.

23   Q.   Thank you.

24            Now, I think during your direct testimony, you

25   discussed that you designed a number of shoulder pads for

Nagy - cross

1  Chapterhouse; is that right?

2  A.  That's correct.

3  Q.  And, in fact, you designed a lot of master templates that

4  are used as the base of most of Chapterhouse's shoulder pads,

5  right?

6  A.  Yes.

7  Q.  Now, let's talk about the basic shoulder pad templates you

8  designed.  You did those on a computer in some computer-aided

9  design program?

10  A.  Yes, probably Wildfire.

11  Q.  And in one of those designs, you had the shoulder pad with

12  that big large rim banding around the side of it as shown

13  typically in a Space Marine shoulder pad?

14  A.  Generally.

15  Q.  And do you recall Mr. Villacci complaining about one of your

16  earlier designs of the pad because the thickness of the rim you

17  made was too thick compared to the one Games Workshop uses?

18  A.  I'm not sure if I can recall that particular message.

19  Q.  Similarly, you designed the little squad symbol, the arrows

20  and crosses and chevrons, that go on the pad?

21  A.  Yes.

22  Q.  And do you remember Mr. Villacci complaining about your

23  earlier designs saying you need to make them larger to more

24  closely match what the icons look like in the Games Workshop

25  books?

Nagy - cross

1    A.   Well, I mean, as part of the collaborative effort, you know,

2    we ultimately didn't make that change.   There was a conscious

3    effort to avoid that particular change.

4    Q.   Do you remember him asking you to make them more looking

5    exactly like it does in the Space Marine army books?

6    A.   Everyone has opinions on how something should be changed,

7    but that doesn't necessarily mean you follow through with them

8    Q.   Again, that wasn't my question.   My question is do you

9    recall Mr. Villacci asking you to make the squad symbols more

10   direct copies of what's in the Games Workshop Space Marine Army

11   books.

12   A.   He said it.   I ignored it.

13   Q.   Let's look at Plaintiff's Exhibit 41.   This is again the

14   e-mail we looked at earlier just a minute ago.   Let's turn to

15   Pages 13 to 14.

16          On June 16th, 2009, does Mr. Villacci tell you, "The

17   only thing I can see doing different is reducing the trim height

18   on the shoulder pads, it seems larger than the GW dimensions."

19   Do you remember him saying that to you?

20   A.   I'm vaguely recalling it, seeing this in front of me.

21   Q.   And then he continues, "As well as increasing the size of

22   the squad type markings.   I like how GW paints the ones they

23   show in the codexes.   They seem to start at the bottom of the

24   pad and extend pretty far up.   See photo."   Do you see that?

25   A.   Do you have the photo of those particular pieces?

Nagy - cross

1  Q.   No, there was no photo attached to this e-mail that we

2  received.  Do you see that?

3  A.   Um-hm  I see it.

4            THE COURT:  Say yes.

5  BY THE WITNESS:

6  A.   Yes.

7  BY MR. KEENER:

8  Q.   Now, let's look at some of these shoulder pad templates you

9  designed.  Let's turn to Plaintiff's Exhibit 385.  And is this

10  an e-mail you sent to Mr. Fiertek on June 19, 2009?

11  A.   Yes.

12  Q.   Now, in the middle of this e-mail, you discuss three

13  different types of shoulder pad templates you created?

14  A.   Yes.

15  Q.   So, let's look at the first one.  If we can split it there

16  with the template.  The first one you say, "I made three basic

17  blank shoulder pads.  The first is the standard trimmed shoulder

18  pad."  Do you see that?

19  A.   Um-hm  Yes.

20  Q.   And those pictures on the right are the pictures of the

21  standard trimmed shoulder pad you designed?

22  A.   That I modeled, yes.

23  Q.   And as the standard trim, you're referring to the standard

24  Space Marine trim shoulder pad, right?

25  A.   I'm referring to its use to produce variances of that, yes.

PDF created with pdfFactory trial version www.pdffactory.com

Nagy - cross

1    Q.   But not some standard in something else.   When you mean the

2    standard design, you mean the standard Games Workshop Space

3    Marine trimmed shoulder pad?

4    A.   The most ubiquitous.

5    Q.   The most iconic?

6    A.   Ubiquitous.

7    Q.   And you're the one who on the back put these series of

8    notches around the rim of the shoulder pad?

9    A.   Yes.

10   Q.   And you also put that little notch on the bottom back center

11   of the shoulder pad?

12   A.   Yes.

13   Q.   Now, let's look at the second shoulder pad you made.   The

14   second shoulder pad is a completely blank shoulder pad.   That's

15   what we see on the right?

16   A.   Yes.

17   Q.   And it's the same design shoulder pad, just without the

18   trim?

19   A.   Um-hm.

20   Q.   Yes?

21   A.   Yes.

22   Q.   And you describe that as "As was commonly seen on some older

23   power armor patterns;" is that right?

24   A.   Yes, that is how I describe it.

25   Q.   And what you're referring to is in the artwork of older

PDF created with pdfFactory trial version www.pdffactory.com

Nagy - cross

1    Space Marine designs, they have this exact same shoulder pads,

2    including having it blank with no trim?

3    A.   Yes.

4    Q.   And, again, you're the one who put all these notches and

5    ridges on the back of the design?

6    A.   Yes.

7    Q.   And let's look at the third design.  It says, "The third

8    arched shoulder pad was something I made up."  Do you see that?

9    A.   Yes.

10   Q.   And the pictures on the right-hand from that exhibit are the

11   arched shoulder pad?

12   A.   Um-hm

13   Q.   Yes?

14   A.   Yes.

15   Q.   Now, that arch idea was something you came up with yourself,

16   right?

17   A.   It was something that we had not previously discussed, and

18   so I was bringing it to their attention.

19   Q.   And was that something you had seen on Games Workshop's

20   artwork or models?

21   A.   Generally, no.

22   Q.   So, this was a design that really was not a design that you

23   had seen previously from Games Workshop.

24   A.   Generally, no.

25   Q.   Now, so, this third design that's not like the different

Nagy - cross

1  Space Marine shoulder pads Games Workshop makes, do you know how
2  many Chapterhouse products you're selling now based on that
3  design?
4  A.   On this particular one?
5  Q.   Yes.
6  A.   Well, I know -- I'm pretty certain that that ornate Raven is
7  based off of this one, for example.
8  Q.   Any others?
9  A.   I'm not sure.   I have not kept up with Chapterhouse's
10 products.
11 Q.   In fact, the basic templates Chapterhouse uses to make
12 virtually all of their shoulder pads were the first two designs
13 we looked at, right, not this third design?
14 A.   Well, I mean, these aren't intended as the final product.
15 They are -- you know, they're a transitionary step in the
16 product-making process.
17 Q.   But we haven't seen any images of any shoulder pads from
18 Chapterhouse with these various arches underneath it.   Would you
19 agree?
20 A.   Well, like I said, I'm pretty sure that he utilized this to
21 produce that large Raven shoulder pad.
22 Q.   Now, you testified during your direct testimony that you
23 thought it was okay to put these Games Workshop squad markings,
24 the crossed arrow and the upward facing big fat arrow and the
25 chevron on the shoulder pads, because you thought that these

PDF created with pdfFactory trial version www.pdffactory.com

Nagy - cross

1    were commonly used in the military.  Do you remember that
2    testimony?
3    A.   In various militaries.  Yes, I remember.
4    Q.   Now, again, you didn't show this jury any picture of
5    anywhere in the military where a shoulder pad, an armored
6    shoulder pad, has any of those designs, did you?
7    A.   Not an armored shoulder pad, no.  No, we did not produce
8    pictures of that.
9    Q.   And especially the armor shoulder pad of the iconic Space
10   Marine design, that combination with those squad markings, you
11   agree with me that that combination doesn't exist anywhere in
12   prior military history?
13   A.   The combination of commonly used symbols, no.
14   Q.   So, again, the answer to my question --
15   A.   No.
16   Q.   -- is you haven't seen anywhere the combination of Games
17   Workshop's iconic Space Marine shoulder pad with those various
18   squad markings on it as a combination.  That's a unique
19   combination you have never seen in military history.
20   A.   No.
21   Q.   Let's go to Plaintiff's Exhibit 1010 at Page 4.  Now, on the
22   left-hand side here, we see various Chapterhouse products,
23   shoulder pads.  Do you see that?
24   A.   Yes.
25   Q.   And these are the tactical ones with the big, fat upward

Nagy - cross

1    facing arrow?

2    A.   Yes.

3    Q.   And you designed the ones that get these Roman numerals on

4    them, right?

5    A.   Yes, I produced the models.

6    Q.   And for the tactical ones, the Roman numerals you put on are

7    I through VI?

8    A.   Yes.

9    Q.   And can we turn the page?  And again on the left-hand side

10   are the Chapterhouse assault shoulder pads?

11   A.   Um-hm

12   Q.   Yes?

13   A.   Yes.

14   Q.   And Chapterhouse decided to put on here the Roman numerals

15   VII and VIII?

16   A.   Yes.

17   Q.   And let's turn one more page.   And these are the Devastator

18   shoulder pads?

19   A.   Yes.

20   Q.   And Chapterhouse decided to put on here the Roman numerals

21   IX and X?

22   A.   Yes.

23   Q.   Now, when designing these shoulder pads, you weren't quite

24   sure which numbers to put on which shoulder pads, right?

25   A.   The intent was to produce shoulder pads that would allow the

PDF created with pdfFactory trial version www.pdffactory.com

Nagy - cross

1  player to make the same types of denotions between squads that

2  GW's pictures reference.

3  Q.   Again, that wasn't my question.

4  A.   Okay.

5  Q.   In designing the shoulder pads, you weren't sure which

6  numbers to put on which --

7  A.   I was sure which numbers.

8  Q.   -- right?

9  A.   I was sure of which numbers to put on there from personal

10 experience.

11 Q.   Let's go to Plaintiff's Exhibit 392.   This is an e-mail

12 chain between you and Mr. Villacci; is that correct?

13 A.   Yes.

14 Q.   Let's turn to Page 2, the second e-mail, the first

15 paragraph.   This is you writing to Mr. Villacci and you say,

16 "You had asked me to put Roman numerals on the shoulder pads

17 with the tactical/assault/Devastator markings.   How many

18 different numbers do you want and on which pads?"

19 A.   Um-hm

20 Q.   Do you remember asking him that question?

21 A.   Yes.

22 Q.   And Mr. Villacci responded to you and told you exactly which

23 numbers to put on which pads based on the exact same designs

24 from the Games Workshop universe, right?

25 A.   Yes.

PDF created with pdfFactory trial version www.pdffactory.com

Nagy - cross

1   Q.   And he tells you, as we quote here, "Tacticals are

2   historically" -- and he means according to the Games Workshop

3   designs, right?

4   A.   By the denotions that those units have on the tabletop, yes.

5   Q.   In the Games Workshop universe.  Not some other military

6   culture, right?

7   A.   Yes.

8   Q.   And in the Games Workshop created military culture that they

9   created, tacticals are I through VI, assaults are VII and VIII,

10  and Devastators are IX and X, correct?

11  A.   Yes.

12  Q.   And so, that's why you put those exact Roman numerals on

13  those pads?

14  A.   Yes.

15  Q.   And, again, you testified that the concept of a Roman

16  numeral is used in militaries around the world, right?

17  A.   Yes.   The Roman Legion denoted their legions with Roman

18  numerals.

19  Q.   And you haven't shown the jury any pictures of using any of

20  these I through VI numbers with an arrow, did you?

21  A.   No.

22  Q.   Or Roman numerals VII and VIII with a crossed arrow, did

23  you?

24  A.   No.

25  Q.   Or the chevron with IX and X, did you?

Nagy - cross

1    A.    No.

2    Q.    And you agree with me that those combinations of those

3    specific Roman numerals with those specific designs is not

4    commonly used anywhere in military history, correct?

5    A.    Correct.

6    Q.    Because Games Workshop created that combination, they

7    thought that up, right?

8    A.    That particular combination and distinction, yes.

9    Q.    Now, back to this e-mail, Mr. Villacci further tells you

10   about these numbers, if you look on Page 1 in the middle, "If

11   you look at the codex for Marines on Pages 18 to 19, I like the

12   placements of those numbers."  Do you remember him saying that

13   to you?

14   A.    Yes.

15   Q.    Do you recall what your response was?

16   A.    What?

17   Q.    Do you recall what your response was?

18   A.    Excuse me?

19   Q.    Do you recall your response to Mr. Villacci's comment to you

20   saying I really like how Games Workshop does it on Pages 18 to

21   19 of their Space Marine codex?

22   A.    Yes.   I pretty much am asking him if he can provide a

23   pictorial reference for me to examine.

24   Q.    So, you actually asked him, instead of coming up with your

25   own design, "Do you have a link to picture?  I sadly can't bring

Nagy - cross

1    my codecies to work."  Is that what you write?

2    A.   Yes.

3    Q.   Do you recall Mr. Fiertek -- he's the other owner of

4    Chapterhouse, right?

5    A.   Yes.

6    Q.   Do you recall him with regards to the use of these various

7    numbers with these various markings, him ever telling you that

8    what Chapterhouse is doing is making direct copies of Games

9    Workshop's artwork?

10   A.   I do not -- well, I think I recall what you're talking

11   about, the e-mail that you're addressing.

12   Q.   Yes.  Let's take a look at that e-mail.  Let's go to

13   Plaintiff's Exhibit 68.  So, what we're looking at is an e-mail

14   from Mr. Fiertek to you copying Mr. Villacci on the e-mail, as

15   well, right?

16   A.   Yes.

17   Q.   Now, if we look down a little bit, about in the middle,

18   Mr. Fiertek writes to you, "Any word from anybody on the

19   legality of the number, Devastator, assault and arrow pads?

20   They are direct copies of GW art, at least with the normal rim "

21   Do you see that?

22   A.   He believed that.

23   Q.   So, Mr. Fiertek, one of the co-owners of Chapterhouse, was

24   telling you and Mr. Villacci that the designs you were making

25   were direct copies of Games Workshop art, correct?

PDF created with pdfFactory trial version www.pdffactory.com

Nagy - cross

1    A.   He believed that, and he did say that.

2    Q.   Now, let's talk about some of the weapons you designed.

3    Now, one of the weapons you designed was Chapterhouse's version

4    of the Lasgun, right?

5    A.   Yes, as a variant to the scar.

6    Q.   And there was various testimony from Games Workshop that

7    their Lasgun design, a characteristic feature, was a slanted tip

8    at the end of the Lasgun?

9    A.   Yes.

10   Q.   And your products also had that same characteristic slanted

11   tip, right?

12   A.   One of them, of many variances, yes.

13   Q.   And in your direct testimony you said but I seen that design

14   before.  I've seen it in AK-47s or other things that were

15   imported into the U.S. due to the assault weapons ban.

16   Something like that was in your testimony, right?

17   A.   Weapons modified to be brought into the country legally

18   under that legal restriction.

19   Q.   And in order for this jury to do their job to see whether

20   that is actually a true statement that it actually looked the

21   same as Games Workshop's and Chapterhouse's design, did you show

22   them any pictures of any of those weapons that you're saying you

23   were looking at?

24   A.   No, I did not.

25   Q.   Did you see any e-mail attaching a picture, my design is

PDF created with pdfFactory trial version www.pdffactory.com

Nagy - cross

1  based off of this I saw from the assault weapons ban?

2  A.   No.

3  Q.   Let's turn to Plaintiff's Exhibit 1011 at Page 6.  Now, on

4  the left-hand side, you see the Chapterhouse Combi weapons

5  product, right?

6  A.   Yes.

7  Q.   Now, the concept of these Combi weapons in the Games

8  Workshop universe is that you've got a bolt gun, the standard

9  gun of a Space Marine, as part of it, right?

10 A.   Could you repeat that?

11 Q.   So, in the Games Workshop universe, they have weapons called

12 Combi weapons for the Space Marine?

13 A.   Right.

14 Q.   And typically it could be a bolt gun combined with a melta

15 gun is one variation, right?

16 A.   Yes.

17 Q.   Or a bolt gun combined with a flamer?  Yes?

18 A.   Yes.

19 Q.   Or a bolt gun combined with a plasma gun, right?

20 A.   Yes.

21 Q.   And Games Workshop depicts those types of combinations in

22 its artwork and miniatures, right?

23 A.   Yes.

24 Q.   And the concept of Chapterhouse was instead of having

25 someone actually buy each of these variations from Games

PDF created with pdfFactory trial version www.pdffactory.com

Nagy - cross

1    Workshop or make their own by cutting up Games Workshop's
2    various weapons and gluing them together as part of the hobby,
3    Chapterhouse would make it more convenient for them by making
4    one model with all the various plasma and melta and flamer
5    attachments that they can put on and off of the weapon to make
6    the various combinations.  Is that the concept?
7    A.   The interchangeability was a big aspect of the Chapterhouse
8    product.
9    Q.   And part of the importance when you're playing the game is
10   that you want to make sure the person on the other side can look
11   at a model and see what weapon is on the model, right?
12   A.   Yes.
13   Q.   So, if it's supposed to have a bolt gun and a plasma gun,
14   you want to make sure it looks like a Games Workshop bolt gun
15   and plasma gun so when the other person looks at the model, they
16   can say, oh, I know exactly what weapon he's carrying.
17   A.   That's the idea.
18   Q.   Do you recall -- in relation to this product, do you recall
19   Mr. Villacci telling you in regard to the Combi weapons to as
20   closely copy the Games Workshop Combi weapons as possible?
21   A.   I do not recall that particular communication.
22   Q.   Let's look at again Plaintiff's Exhibit 41.  This is a long
23   chain of e-mails we've looked at a couple times now, and let's
24   turn to Page 15 at the bottom  This is an e-mail from
25   Mr. Villacci to you.

PDF created with pdfFactory trial version www.pdffactory.com

Nagy - cross

1    And is it right that he writes to you, "We could also

2  closely copy the GW Combi weapons as we would only be using the

3  very end of the weapons in our design."  And he continues,

4  "These would sell like hotcakes if it works."  Did Mr. Villacci

5  tell you that?

6  A.  I believe he did tell me that.

7  Q.  Let's talk about another product you made, the jetbike.

8  A.  Yes.

9  Q.  Could we turn to Plaintiff's Exhibit 1011 at Page 24?  So,

10  the product on the left is the Chapterhouse jetbike that you

11  helped design, right?

12  A.  Yes.

13  Q.  Now, in the process of designing this product, Mr. Fiertek

14  of Chapterhouse sent you a drawing that he said was based on the

15  Horus Heresy book artwork, right?

16  A.  I guess so.

17  Q.  Well, let's confirm  Let's go to Plaintiff's Exhibit 59.  I

18  think you discussed this chain of e-mails during your direct?

19  A.  Yes, okay.

20  Q.  It's an e-mail between you and Mr. Fiertek about the

21  jetbike, right?

22  A.  Yes.

23  Q.  Let's turn to Page 2, the last paragraph.  He says he drew,

24  among other design products he's talking about, "a jetbike

25  inspired by the PH art with engines stacked on top of each other

Nagy - cross

1    and a longer, thinner Cadillac feel to it;" is that right?

2    A.   Yes.

3    Q.   And you understand the PH art, that's the pre-Heresy art.

4    That's the pictures in the Horus Heresy books of Games Workshop,

5    right?

6    A.   Yes, that's what they're referring to.

7    Q.   And this is when we were talking in your direct testimony

8    about the Cadillac look?

9    A.   Um-hm

10   Q.   Yes?

11   A.   Yes, the general idea of a Cadillac grille.

12   Q.   Now, in your direct testimony you said, well, we got from

13   Cadillac the idea of these big grilles on the front.  Do you

14   remember that testimony?

15   A.   Yes.

16   Q.   I don't see anywhere in here a talk of any of the grilles of

17   a Cadillac, do you?

18   A.   Well, all grilles for the Cadillac are vertical grilles.

19   Q.   Again, that wasn't my question.

20   A.   Okay.

21   Q.   In this e-mail referring to Cadillac, the only Cadillac

22   e-mail we have, there's no discussion of grilles at all, right?

23   A.   Um-hm

24   Q.   Yes?

25   A.   Yes.

Nagy - cross

1   Q.   Instead it's talking about the size, making it longer and

2   thinner, right?

3   A.   Yes.

4   Q.   Is that a yes?

5   A.   Yes.

6   Q.   And, actually, Cadillac grilles themselves aren't just big,

7   vertical straight lines.  It's characterized by these long

8   horizontal lines going through it, as well, right?

9   A.   I do not believe so.

10  Q.   Now, your response to Mr. Fiertek was that you thought a

11  long, thin look would be too slim and wouldn't really fit in

12  with Games Workshop's Imperial style, right?

13  A.   I mean, it was more notionally about the concept of it

14  carrying a larger person.

15  Q.   Let's look at what you said.  Let's go to Page 1, bottom

16  e-mail, the first sentence.  Your response to Mr. Fiertek is "I

17  think it looks slim, maybe too slim relative to the beefy look

18  of Imperial tech."

19  A.   Yes.

20  Q.   That's talking about Imperial technology, right?

21  A.   I believe so.  If you put a Space Marine on it, it has to

22  look like it carries a Space Marine.

23  Q.   And then Mr. Fiertek responds to you, "Think of a normal SM

24  bike with some added length to it."  Do you see that?

25  A.   Yes.

PDF created with pdfFactory trial version www.pdffactory.com

Nagy - cross

1    Q.   Yes.

2    A.   Yes.

3    Q.   And SM bike, what does that mean?

4    A.   I guess an abbreviation for Space Marine.

5    Q.   So, now he's telling you not just look at the artwork, but

6    now look at the actual physical model of a Space Marine bike

7    that Games Workshop sells, right?

8    A.   Yes.

9    Q.   And if we turn back, if we can, to Plaintiff's Exhibit 1011

10   at Page 24.  The bottom right there, that is the Space Marine

11   bike that Mr. Fiertek's now asking you to take a look at as part

12   of the design process, right?

13   A.   At that late stage, yes.

14   Q.   Now, turning back to the e-mail, Plaintiff's Exhibit 59,

15   Mr. Fiertek also asks you whether he should now send you various

16   pictures of what a Space Marine jetbike looks like in the Horus

17   Heresy books, right?

18   A.   Yes.

19   Q.   And your response back to him, can you read it off to the

20   jury?

21   A.   "I have the Horus Heresy books, and I've been looking at

22   them."

23   Q.   Thank you.

24            MR. KEENER:   No more questions.

25            THE COURT:   Redirect?

PDF created with pdfFactory trial version www.pdffactory.com

Nagy -

1        MR. ALY:   No.   Thank you, your Honor.

2        THE COURT:   Do any of the jurors have any questions for

3    the witness?

4        (Brief pause.)

5        (The following proceedings were had at the sidebar, out of

6            the presence and hearing of the jury:)

7        THE COURT:   The first question is where in Tolkien --

8    what's the right pronunciation of that, anyway?

9        MR. KEENER:   Tolkien.

10       THE COURT:   Tolkien.   Does he refer to Eldar.   In other

11   words, in what Tolkien work does Tolkien refer to Eldar as

12   elves.

13       MR. ALY:   No objection.

14       THE COURT:   Okay.   When designing the shoulder pads,

15   whose idea was it to put the notches in the back of the shoulder

16   pads, and where did they get that idea from?   She drew a little

17   picture.

18       MR. KEENER:   No objection.

19       MR. ALY:   I have a problem with that.   That's kind of

20   an evidence issue whether it appears the same, but --

21       THE COURT:   I can't hear you.

22       MR. ALY:   No problem

23       THE COURT:   All right.   You stated you contacted

24   Chapterhouse because you wanted to make some models you had

25   designed.   Then the first thing you designed were blank shoulder

Nagy -

1    pads.   Why wasn't your first thing one of your designs?

2              Anybody have a problem with that?

3              MR. KEENER:  No.

4              MR. ALY:  No.

5              THE COURT:  How many products have you worked on that

6    Chapterhouse sells that are not part of the lawsuit?  Is he

7    going to know the answer to that?

8              MR. KEENER:  He's not going to know the answer to that.

9              MR. ALY:  He might.

10             MR. KEENER:  I mean, with the current list, the claim

11   charts.

12             MR. ALY:  It changes.

13             MR. KEENER:  I don't think he can answer that.

14             THE COURT:  So, I'm not going to ask that.

15        (The following proceedings were had in open court, in the

16         presence and hearing of the jury:)

17             THE COURT:  Where does Tolkien refer to -- use the term

18   Eldar that I think you said was some sort of elf or something?

19   In other words, which book, which story, which work.

20             THE WITNESS:  I believe it's --

21             THE COURT:  You're still talking to them, even

22   though --

23             THE WITNESS:  Yes.

24             THE COURT:  Okay.

25             THE WITNESS:  I'm pretty sure -- it's been awhile since

PDF created with pdfFactory trial version www.pdffactory.com

Nagy -

1    I've read the book, but my recollection is that it occurs when
2    the party of adventurers first gets to Rivendell, and he's kind
3    of describing the life of these elves.  He uses the word
4    interchangeably with the word elfs, you know, partially to avoid
5    the repetition of saying elf, elf, elf, elf, elf over and over
6    again.
7              THE COURT:  Okay.  Switch of gears here.  When
8    designing the shoulder pads, whose idea was it to put the
9    notches in the back of the shoulder pads?  A little picture was
10   drawn here, just so that you know what's being discussed.
11             THE WITNESS:  Thank you.
12             THE COURT:  Whose idea was that?  Let me take it back.
13             THE WITNESS:  I did that.  That was mine.
14             THE COURT:  Where did you get the idea from?
15             THE WITNESS:  I mean, it was partially the general
16   concept of layered armor and how that's manufactured.
17             THE COURT:  You said that you contacted Chapterhouse
18   because you wanted to make some models that you had designed,
19   but then the first thing you designed were blank shoulder pads.
20   So, why wasn't the first thing one of your own designs?
21             THE WITNESS:  Well --
22             THE COURT:  If there's something wrong with the premise
23   of the question, it's okay to say that.
24             THE WITNESS:  Okay.  No.  Nick really didn't have an
25   interest in some of my initial design.

PDF created with pdfFactory trial version www.pdffactory.com

1       THE COURT:  And there's one other question that I'm not

2  going to ask because it would really be outside of the scope of

3  his knowledge.

4       Okay.  Any follow-up questions, Mr. Aly?

5       MR. ALY:  No, thank you.

6       THE COURT:  Mr. Keener?

7       MR. KEENER:  No.

8       THE COURT:  You're excused.

9       THE WITNESS:  Thank you.

10  (Witness excused.)

11       THE COURT:  Is the next person a live witness?  I'll

12  tell you.  This is what we're going to do.  Rather than starting

13  a witness at 12:25, we're going to stop here, and we'll start at

14  1:25 after lunch.  So, we'll break still an hour, but we'll

15  start up at 1:25.  The jurors can come with me.

16  (The following proceedings were had in open court, out of

17      the presence and hearing of the jury:)

18       THE COURT:  Okay.  Let's deal with the -- everybody can

19  have a seat.  Let's deal with the Rule 50 motion.  Do you have a

20  copy I can look at?

21       MR. ALY:  Yes, your Honor.  We have the Rule 50 motion,

22  and it comes with attachments.  Would you like the exhibits, as

23  well, at this time, your Honor?

24       THE COURT:  Let's just give me the motion to start off

25  with.  Start there, and we'll work forward.

1    MR. ALY: I'm approaching with the motion, and I'll

2    hand a copy to counsel.

3        THE COURT: Just give me a couple minutes to look

4    through it here.

5    (Brief pause.)

6        THE COURT: You know, I think I'm going to want to read

7    this over the noon hour. So, I'm going to do that. I guess my

8    general inclination is to exercise my authority under Rule 50

9    and simply take it under advisement at this point, but let me

10   think about that. And I guess I would say to the plaintiff just

11   be prepared to respond, but I may say let's hold it until the

12   end. Okay?

13       MR. MOSKIN: Respond after lunch?

14       THE COURT: After lunch, yes. Right. So, come back at

15   1:25. And if I have you respond, I'll just tell the jury it's

16   going to be a few minutes, and we'll go from there.

17       Anything else anybody wants to take up before we --

18       MR. KEENER: We have those Grindley exhibits. He's the

19   next witness.

20       THE COURT: Oh, right, right, right, right, right. You

21   had mentioned that earlier. Okay. So, let's talk about that

22   now.

23       MR. KEENER: So, there's a number of prior images he's

24   going to show we don't have a problem with, but there's three

25   buckets that we have an issue with.

1    THE COURT:  Okay.

2    MR. KEENER:  So, the first bucket is he's got three

3  different website printouts of prior images that are fictional

4  websites with fictional, made-up dates of "This robot is made in

5  1980, and part of this Endolfin project."  And they're just

6  fictional made-up pages of a robot.

7    THE COURT:  When you say fictional made up, I don't

8  understand what you mean.

9    MR. KEENER:  I can show you an example.

10    THE COURT:  He made them up himself?

11    MR. KEENER:  No, no.  The website.

12    THE COURT:  Oh, okay.

13    MR. KEENER:  It's a picture of the website with a robot

14  and fictional information about the robot, including the date of

15  creation of the robot.  But it's a fictional creation.

16    THE COURT:  I see.  Okay.

17    MR. KEENER:  So, there's a series of exhibits like that

18  that we have an objection to.

19    THE COURT:  Why don't I look at what you're talking

20  about here.  Is there a copy I can borrow?

21    (Said document was tendered to the court.)

22    THE COURT:  It's a little blurry.

23    MR. KEENER:  It is blurry, but it says --

24    THE COURT:  Where should I be looking here?

25    MR. KEENER:  It says built 1980, kind of the left-hand

1    in the middle under the technical specifications section.  But

2    it's all made-up technical specifications.

3         THE COURT:  I see what you're saying.  And so, your

4    concern is that the jury might think that's when this was

5    actually designed.

6         MR. KEENER:  Right.  I mean, Mr. Grindley just searched

7    for pictures on the Internet and found some and put those in his

8    report.  Using this as an exhibit is prejudicial.

9         THE COURT:  Actually, the entry says roll-out, and it

10   says -- it's hard to make out what this says.  It looks like it

11   says 1990 to 1998 AD, and they all seem to say something

12   relatively similar to that.

13        So, is there going to be any foundational testimony

14   that that's the date on which they actually were designed or

15   appeared?

16        MR. ALY:  Yes, your Honor.  Apart from the fiction,

17   this is a witness who's the science fiction expert.  So, he can

18   testify to that character in the movie appears in the movie in a

19   particular year.  I believe it's either '89 or '90.

20        THE COURT:  What movie are we talking about?  Like

21   Transformers or something?  No.  I probably displayed my

22   complete ignorance of all this.

23        MR. ALY:  I've never seen the movie.  Patlabor.  That's

24   the name on the document.

25        THE COURT:  What's the movie?

1    MR. ALY:  Patlabor.  P-a-t --

2    THE COURT:  It must have been straight to video.

3    MR. ALY:  If that.

4    THE COURT:  If that.  Okay.

5    MR. KEENER:  And, your Honor, I guess our concern with

6    this and some of the other exhibits is he's not testifying about

7    the dates being relevant because he's not testifying anyone

8    copied from these.  It's just whether or not these pictures are

9    out there in general sci fi.

10   So, we wouldn't have an objection to the pictures

11   themselves coming in, just not the entire exhibit with dates or

12   any testimony about when these were actually out there.

13   MR. ALY:  Judge, these dates have been -- I'm sorry to

14   speak without permission.

15   THE COURT:  Go ahead.  That's all right.  Go ahead.

16   MR. ALY:  Your Honor, in the report -- these dates are

17   all in the report, and Dr. Grindley has gone through 14 hours of

18   questioning on the dates or anything else --

19   THE COURT:  I guess I'm just not persuaded that the

20   dates are unfairly prejudicial.  I mean, it seems to me that

21   it's part of his testimony that this stuff is out here.  It's

22   been out there for a long time.  And it sounds like to me that

23   there's going to be foundational testimony from him that, you

24   know, those dates are about right.  So, that particular

25   objection is overruled.

1     MR. KEENER:   The second --

2     THE COURT:   What's the next one?

3     MR. KEENER:   The second group of exhibits is various

4  exhibits printed out from Wikipedia or various Wiki type web

5  pages.

6     THE COURT:   There's nothing from WikiLeaks, I'm hoping.

7     MR. KEENER:   No.   But Wikipedia, Marvel Wikia,

8  different Wikias with pictures on it, and then in the Wikipedia

9  entries they have the dates that those were used, and those are

10  the dates they're relying upon.   And so, we have a problem with

11  that.

12     THE COURT:   What about that, Mr. Aly?

13     MR. ALY:   Two things, your Honor.   Either it will be

14  personal knowledge in those cases where he has personal

15  knowledge or Rule 703 where he can rely on the materials that

16  are available.

17     THE COURT:   So, somebody's going to -- so, he's going

18  to get up here and say that people in his field can rely on the

19  accuracy of Wikipedia.

20     MR. ALY:   In the science fiction genre, they're

21  apparently different.

22     THE COURT:   You're going to need to -- you would need

23  to lay that foundation, and I'm not sure I --

24     MR. ALY:   That's fine.   To the extent we can do it

25  through personal knowledge or magazines --

1    THE COURT:   Personal knowledge is a different story.

2    If he lays the foundation, he says, yeah, I know that this was

3    actually used in X, and X corresponds with what's on the

4    Wikipedia entry, I'm not sure why you'd need the Wikipedia entry

5    in that situation.

6         MR. ALY:  I understand.

7         THE COURT:  It just seems to me it's just buttressing.

8    But if he can't do that, then no.

9         MR. ALY:  Understood.

10        MR. KEENER:  Now, your Honor, the personal knowledge

11   would be him being around when that was released, not him saying

12   I've looked into this, and in Wikipedia it says 1994.

13        THE COURT:  Well, yeah.  You'd need to know what the

14   personal knowledge is from, right.  It's not just that I

15   happened to read it in, you know, Weekly World News over the

16   weekend.

17        MR. ALY:  Right.  But, of course, it can be -- so, just

18   to be clear --

19        THE COURT:  The article about Hillary and the space

20   aliens, by the way.

21        MR. ALY:  And to be clear, if the question is something

22   like, "Did you do research to find out the date?  Yes, I did.  I

23   found out this was the date," would that be sufficient?

24        THE COURT:  Well, but then it all kind of circles back

25   to Wikipedia, and I mean, I guess, you know -- I suppose I could

PDF created with pdfFactory trial version www.pdffactory.com

1    get somebody in here to sort of confirm for me that Wikipedia

2    has now become the equivalent of the Encyclopedia Britannica,

3    but I seriously doubt it.

4            MR. ALY:  There's law both ways on it.

5            But at least that is -- how about this, your Honor?

6    There are citations also in the Wikipedia for things like those

7    dates.  And so, the expert can say --

8            THE COURT:  Give me a for instance.

9            MR. ALY:  So, for instance, the Incredible Hulk is one

10   of the images.

11           THE COURT:  That was around when I was a kid.

12           MR. ALY:  So, there's a Wikipedia entry about it, and

13   that's the Marvel dot Wikia dot com

14           THE COURT:  Actually, that depends on how you define

15   kid, just to be clear about it.

16           MR. ALY:  No comment.

17           THE COURT:  Yeah.

18           MR. ALY:  In that particular instance, we've got a

19   magazine that's November 1974.  And so, that's what the page

20   says.  But there's also a picture of the magazine, the comic

21   book, and a citation to the comic book to confirm that, and

22   that's what the expert can add to his foundation.

23           THE COURT:  So, you said -- was all this stuff in his

24   report?

25           MR. ALY:  Yes, your Honor.

1    THE COURT:  You wouldn't have had to have questioned

2    him about this at the deposition, but did you and what did you

3    derive from that?

4    MR. KEENER:  Yes.  If you recall, part of our motion in

5    limine was his methodology, and he testified that his

6    methodology was searching on the Internet of thousands of

7    images, and the first couple I found that had the image showing

8    the element I want I included in my report.

9    THE COURT:  Right.  And I think I concluded that any

10   issue there went to weight, not admissibility.

11   MR. KEENER:  That's right, for the images.  But now I'm

12   going to -- he can show the images.  I don't want the exhibits

13   with the dates come in from Wikipedia.

14   THE COURT:  Yeah.  So, this is really a --

15   MR. KEENER:  And even if it is 703, he might be able to

16   rely on it, but that doesn't get published to the jury.

17   THE COURT:  No, no.  That's what I was going to say.

18   It's a 703 question, and 703 basically says that an expert can

19   rely on material that's not otherwise admissible in evidence

20   assuming that there's a foundation laid that experts in the

21   field would reasonably rely on these kinds of fact and data.

22   But that doesn't make the underlying exhibits automatically

23   admissible.  I have to conclude that their probative value in

24   helping the jury evaluate the opinion substantially outweighs

25   their prejudicial effect.

1    So -- and I will tell you that my general view of that

2    is that -- I mean, first of all, just from the rule, it's the

3    proponent that has to show that the probative value of the

4    document, you know, in addition to the testimony, is something

5    that substantially outweighs the prejudicial effect.  I guess

6    I'm just not persuaded of that here.

7    So, I don't have a problem with him testifying about

8    this stuff, but I guess I'm just not persuaded at this point

9    that the documents are admissible, the underlying Wikipedia

10   entries or whatever.

11   MR. KEENER:  For the record, can I said which exhibits

12   those are?

13   THE COURT:  Yes.

14   MR. KEENER:  Defendant's 353, 356, 359, 361, 362, and

15   276.

16   THE COURT:  Okay.  What's the third issue then?

17   MR. ALY:  Your Honor, may I make a request on that?

18   THE COURT:  Sure.

19   MR. ALY:  Just I want to be crystal clear on what we do

20   and make sure it's not wrong, your Honor.

21   THE COURT:  Yes.

22   MR. ALY:  If we don't show the document, but show the

23   date on there, is that the same issue in your view, or is that

24   different?

25   THE COURT:  Yes, it's the same issue.

1    MR. ALY:   Just making sure because it's part of the

2  document.   Thank you.

3    MR. KEENER:   And then the next group of exhibits is a

4  various set of exhibits with just no date on them whatsoever

5  they can ascertain the date.

6    THE COURT:   So, again, these are things that's sort of

7  his source material for saying this image was out there.

8    MR. KEENER:   Images he picked off the Internet with no

9  date on them whatsoever, and now they want to put slides up

10  there with dates.

11    THE COURT:   So, can you shed any light on this,

12  Mr. Aly?

13    MR. ALY:   That would be kind of the same analysis where

14  there is research done to find out where the images are and then

15  where the dates are for those.   That's also Internet-based

16  research primarily, but that's the kind of research he did to

17  get the date.

18    THE COURT:   So, in other words, so that the image off

19  of the Internet, I take it, Mr. Keener, does not have a date on

20  it, but the exhibit has a date on it.

21    MR. KEENER:   For this group of exhibits, there is no

22  date.

23    THE COURT:   Okay.

24    MR. KEENER:   For the demonstrative power point

25  presentation they want to show, they're showing these pictures

1   with dates on them

2           THE COURT:  So, the date information is going to come

3   from testimony --

4           MR. ALY:  That's correct.

5           THE COURT:  -- I take it.

6           MR. ALY:  And it was in his report.

7           THE COURT:  The demonstrative that you're talking

8   about, I haven't obviously.  The power point and demonstrative,

9   that's something that you're going to use to sort of work

10  through his testimony.  You're not offering it as an exhibit.

11          MR. ALY:  Correct.

12          MR. KEENER:  But, again, it's not -- if it's 703, the

13  dates shouldn't be on there for the jury.

14          THE COURT:  Well, but it's not something that's coming

15  into evidence, and, I mean, I can -- if you can flag for me when

16  these particular images come up, I mean, I can come up with some

17  sort of a thing to tell the jury that -- I mean, you can maybe

18  draft some sort an instruction, a sentence or two, that I could

19  read at that point in time.

20          I'm not going to make them tweak the power point

21  because it sounds like that the power point is going to have

22  some foundation if his testimony is that, you know, he believes

23  that this was available as of such and such a date.

24          MR. KEENER:  Thank you, your Honor.

25          THE COURT:  Okay.  Does that cover everything?

1    MR. ALY:   That is.

2    THE COURT:   All right.

3    (Whereupon, the within trial was recessed to 1:25 o'clock

4    p.m of the same day.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

PDF created with pdfFactory trial version www.pdffactory.com

```
 1                 IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                          EASTERN DIVISION

 3

 4   GAMES WORKSHOP LIMITED,        )
                                    )
 5                   Plaintiff,     )   Docket No. 10 C 8103
                                    )
 6            vs.                   )
                                    )
 7   CHAPTERHOUSE STUDIOS, LLC,     )   Chicago, Illinois
     et al.,                        )   June 10, 2013
 8                                  )   1:25 p.m.
                     Defendants.    )
 9

10                            VOLUME 6
                       TRANSCRIPT OF PROCEEDINGS
11      BEFORE THE HONORABLE MATTHEW F. KENNELLY AND A JURY

12
     APPEARANCES:
13

14   For the Plaintiff:      FOLEY & LARDNER, LLP
                               BY:  MR. JONATHAN E. MOSKIN
15                             90 Park Avenue
                               New York, New York   10017
16

17                            FOLEY & LARDNER, LLP
                               BY:  MR. JASON J. KEENER
18                             321 North Clark Street
                               Suite 2800
19                             Chicago, Illinois   60610

20

21   For the Defendant:      WINSTON & STRAWN, LLP
                               BY:  MR. IMRON T. ALY
22                                  MR. BRYCE COOPER
                                    MR. THOMAS KEARNEY
23                             35 West Wacker Drive
                               Chicago, Illinois   60601
24

25
```

1                             WINSTON & STRAWN, LLP
                               BY:  MS. JENNIFER A. GOLINVEAUX

2                             101 California Street
                             San Francisco, California  94111

3

4                           MARSHALL, GERSTEIN & BORUN
                               BY:  MS. JULIANNE M. HARTZELL

5                             233 South Wacker Drive
                             Willis Tower #6300

6                           Chicago, Illinois   60606

7

8   Also Present:              MR. NICHOLAS VILLACCI

9                         MS. GILLIAN STEVENSON

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24            LAURA M. BRENNAN - Official Court Reporter
              219 South Dearborn Street - Room 2102

25                 Chicago, Illinois  60604
                    (312) 435-5785

1        (The following proceedings were had in open court out of

2    the presence and hearing of the jury:)

3            THE COURT:  All right, we're back on the record.

4            So on the Rule 50 motion, the first argument that is

5    made, I mean, I just -- the argument about evidence of

6    likelihood of confusion, I think it really confuses likelihood

7    of confusion and actual confusion.  You know, there doesn't

8    have to be evidence of actual confusion.  The fact that it

9    wasn't offered, it's a factor but it's not dispositive.  So

10   I'm rejecting that one for that reason.

11           Let me hear -- well, I have a question about the

12   state law stuff, and we'll circle back around to that.

13           So talk to me about the amendments, Mr. Moskin, under

14   headings 2 and 3.

15           MR. MOSKIN:  2 and?

16           THE COURT:  2 and 3, and I may ask you about 4 as

17   well.

18           So 2 is about the one -- you didn't show any evidence

19   that these, you know, dozen or so terms were actually used as

20   trademarks.

21           MR. MOSKIN:  Understood.

22           I mean, these are a series of marks that have been

23   briefed in the summary judgment motions, and I can only by

24   general description cite to you some of the cases we have

25   cited.  There's a line of cases, including one -- they are

1   parallel cases in New York and in the Seventh Circuit.  I

2   remember the name of the New York case, which was Time Warner

3   against Gay Toys.  There was almost the exact same case in the

4   mid-1980s here in Illinois where the Seventh Circuit held that

5   there was -- that the character, there was a name -- in Dukes

6   of Hazzard, there was a car called the Dixie racer.

7           THE COURT:  Oh, yes.

8           MR. MOSKIN:  And because the defendant before Time

9   Warner had a chance to sell anything, put its product out

10  there, that was deemed a form of trademark infringement, akin

11  to a kind of unfair competition.

12          More recently defendant itself has cited a case, the

13  Johnny Blastoff case, where before the Los Angeles Rams

14  resettled in St. Louis and had no actual use of the mark St.

15  Louis Rams, the Court said, well, we knew they were going to

16  do it, or there was sufficient evidence, sufficient public

17  association of the name, that even though they hadn't begun

18  using the mark actually in commerce, that was an example where

19  because the mark was sufficiently associated with the claimed

20  trademark owner already, it would be unfair and confusing to

21  allow the defendant to appropriate it.

22          And the cases they have cited in response in their

23  motion I looked at are two trademark trial and appeal board

24  cases.  And the jurisdiction of the trademark trial and appeal

25  board is very limited, and it does not include this sort of

1   unfair competition claim.  They're limited very narrowly to

2   technical use of trademarks.  And we have never contended --

3           THE COURT:  Move on to the third --

4           MR. MOSKIN:  Originality.

5           THE COURT:  On the copyright claims.

6           MR. MOSKIN:  They start in sort of chronologically

7   with the testimony of Mr. Naismith because he testified that

8   in 1985 how he created this Space Marine figure itself as well

9   as various vehicles, that there were no -- they had no

10  references in front of him.  These things were all created out

11  of his imagination.  They did pull little references to

12  Napoleonic blanket rolls and Roman helmet designs and so

13  forth, but there were no -- there were no references they had

14  before them.

15          In just the same way, Mr. Merrett said he was there

16  at the outset.  He was working with the designers at the

17  beginning.  He knew that there were no -- they didn't have a

18  reference library.  They had nothing to look at other than

19  their own, you know, their own ingenuity to draw on.

20          And he also testified that over the course of time in

21  his role as head of IP, global head of IP, it's been his

22  responsibility to ensure that they don't copy.

23          Moreover, we have already heard testimony from Mr.

24  Villacci as part of our case and to some extent, I suppose, as

25  part of defendants' own case, that there is no evidence that

1    any one of these works, that there is a reference for any one

2    of these works.  So I think you can take --

3           A jury can fairly infer from Mr. Merrett's testimony

4    that he oversees, even if he hasn't -- he actually has

5    designed a number of these.  He said he wrote the Index

6    Astartes which has almost all the icons in it.  So he is

7    actually the author of the icons.  And so he knows from his

8    personal knowledge, from his role as head of IP, that they're

9    instructed not to copy.  At the relevant time when most of

10   these things were created, he was -- there were no references

11   for them to look at.

12          And what I think defendants' argument mostly relates

13   to is that there have been some recent, you know, refinements

14   and improvements on these characters, but they're designed

15   largely, or almost all of them come from the original artwork.

16   I mean, if you go back to the --

17          THE COURT:  Okay, you have told me enough about that.

18          Then the last point, and I kind of anticipated I was

19   going to see something about this, it refers to a couple of

20   spots in Mr. Merrett's testimony where he says, no, we're not

21   making a claim based on this, and I guess I figured maybe he

22   messed up on a couple of those.  I don't know.

23          MR. MOSKIN:  Well, he said --

24          I mean, I haven't -- I only quickly read this.  I

25   know he said, for example, that he thought that the claim on

1  the mycetic spore was weak.  Now, I frankly think it's quite a

2  strong claim for various reasons.

3  　　　　THE COURT:  No, no.  "Weak" I don't think they're

4  relying on here.  That would be an easy one.  I mean, I think

5  what they are relying on is that are you saying that this

6  infringes this, are you saying that you have a copyright claim

7  on this, and he said flat-out no.

8  　　　　MR. MOSKIN:  Yes.  If he said that, then I don't

9  remember.

10  　　　　THE COURT:  Well, I guess what I am going to ask you

11  to do on that is go back and look at these references.

12  There's some from him.  There's some from Mr. Jones.  The

13  things that were dropped, you don't have to deal with,

14  obviously.  We're going to deal with that in some way.  So

15  let's just table that one.

16  　　　　Mr. Aly, let me hear from you on the other two points

17  that Mr. Moskin addressed.

18  　　　　MR. ALY:  Yes, your Honor.

19  　　　　On issue number two, what Mr. Moskin talked about was

20  characters and books, and he's drawing from famous marks or

21  famous iconic figures like the Dixie and things along those

22  lines that are in the books.  If there was a foundation for

23  that level of familiarity with the name as a character per

24  such that was commonly known, that would be one thing.  But

25  the proof problem here, your Honor, is that these are just

1  words in a book as it is, and there is no record that the jury

2  could find that any of these had that kind of association with

3  them.

4       That is the basis of the motion, and the cases that

5  we found said when there is races of characters or even

6  character names that are inside, unless and until much more is

7  shown, that on its own is not enough, and we believe that the

8  proof so far is --

9       THE COURT:  The fact that the Patent and Trademark

10 Office wouldn't allow trademark protection to the term

11 "Romulans," I mean, that is no more binding authority than a

12 decision by a district judge in another district, I take it,

13 right?

14      MR. ALY:  That's correct, your Honor.

15      THE COURT:  All right.

16      MR. ALY:  We're using it to inform of that particular

17 rule.

18      THE COURT:  What about the other point, the one about

19 the heading 3, the originality issue?

20      MR. ALY:  Sure.  Heading 3 on copyright and

21 originality, what I heard Mr. Moskin to say was that they did

22 not have a reference before them.  So there is no evidence in

23 the reference point.

24      THE COURT:  Right.

25      MR. ALY:  But the test is not whether they were

1  slavishly copying one versus the other.  It's about

2  originality.

3          THE COURT:  But isn't it inferential, though?  In

4  other words, if the evidence is that there wasn't any prior

5  reference, then a reasonable person could infer that it was,

6  in fact, original.

7          MR. ALY:  Yes, your Honor, but the evidence was

8  otherwise.

9          Mr. Naismith, for example, there was a picture of a

10  tank.  And he said when making the Land Raider, he looked at

11  this tank image, or he knew it in his head.  He didn't put it

12  side by side to draw it out, but that's what he was thinking

13  of when he made that.  And, therefore, when it comes to

14  original features, there was no evidence that said, here's

15  what I thought was different or original over that tank.

16  That's one example.

17          He also said he had seen military emblems, logos and

18  other just things in the world that he knew of at the time

19  that he was making the design.

20          THE COURT:  Okay.  I'm going to take these under

21  advisement.  I don't know if I will rule on any of it before

22  the case goes to the jury.

23          So before I get the jury, is there anything we need

24  to take up?

25          MR. MOSKIN:  Just two things.  Would you like us to

1    make a more formal submission in response to these?  I mean,

2    there are additional comments I could make in response.

3            THE COURT:  I would say not at this point.  If I

4    think I need more, I will let you know.

5            MR. MOSKIN:  The only other thing I can --

6            Oh, on that point, I will try to get, obviously, get

7    this to you as soon as possible, dealing where Mr. Merrett or

8    Mr. Jones may have acknowledged.

9            THE COURT:  Yes, and let's figure that we're going to

10   talk about that tomorrow.  So just look back at those

11   references.

12           MR. MOSKIN:  Okay.  And the one other thing I would

13   say is we don't have the electronic copy, but if you would

14   like, I can hand up the one physical copy we have here in

15   court of plaintiff's proposed jury verdict form.

16           THE COURT:  Oh, okay.  Does somebody have a hard copy

17   on your side?

18           MR. MOSKIN:  We will get one.

19           THE COURT:  Just make sure I have it this afternoon.

20   Okay.

21           MR. MOSKIN:  We'll, of course, deliver the electronic

22   copy as well as soon as we get back to the office.

23           THE COURT:  All right, I'm going to go get the jury.

24       (The following proceedings were had in the presence and

25   hearing of the jury:)

1    THE COURT:  Everyone can have a seat.  And you can
2    call the next witness.

3    MR. COOPER:  Chapterhouse calls Dr. Carl Grindley.

4    THE COURT:  I think these are the exhibits from the
5    previous witness.  Oh, my mistake.  This one is from the
6    previous one.

7    (Witness sworn.)

8    THE COURT:  Have a seat.

9    THE WITNESS:  Thank you.

10    CARL J. GRINDLEY, DEFENDANTS' WITNESS, DULY SWORN
11                  DIRECT EXAMINATION
12    BY MR. COOPER:

13    Q   Good afternoon, Dr. Grindley.  Could you please state your
14    full name?

15    A   I'm Carl James Grindley.

16    THE COURT:  Spell Grindley, if you would, please.

17    THE WITNESS:  G-r-i-n-d-l-e-y.

18    THE COURT:  Thanks.

19    BY MR. COOPER:

20    Q   Are you here to testify as an expert witness today?

21    A   I am.

22    Q   Will you please tell us what you were asked to do as an
23    expert in this case?

24    A   I was asked to examine claims made by Games Workshop for
25    some of their products and compare them to products made by

1  Chapterhouse Studios.

2  Q    And what specifically were you looking for when you were

3  doing this comparison?

4  A    I was looking for shared similarities between the two sets

5  of products, and where I found shared similarities, I was

6  attempting to determine whether or not these shared

7  similarities were due to them both having a sort of origin in

8  standards of science fiction fantasy or history.

9  Q    And how did you go about determining that?

10  A    Well, I did research on the field.

11  Q    And did you rely on anything else besides research?

12  A    I relied on the knowledge that I have built up over 20 or

13  so years in teaching and publishing and writing.

14  Q    And about how long did you spend researching in this case?

15  A    About 120 hours.

16  Q    And have you reached any conclusions based on your

17  research and experience?

18  A    Yes, I have.

19  Q    Okay.  And just an overview real quick, what are the main

20  conclusions you reached in this case?

21  A    I have two main conclusions:  One, that Chapterhouse

22  Studios and Games Workshop products do share superficial

23  similarities, that these similarities are due to their origins

24  or their sort of shared use of standard sci-fi imagery; and

25  that once you acknowledge those shared standards, what you're

1 left with is a lot of differences between the products that

2 really make them different expressions of the same standards.

3 Q   Before we go on, I want to ask you some questions about

4 your background to serve as an expert in this case.

5          Where do you currently work?

6 A   I work at the City University of New York.

7 Q   Could you please tell us a little bit about the City

8 University of New York?

9 A   The City University of New York is one of the United

10 States' largest research institutions.  We have approximately

11 23 sort of smaller component parts spread across the five

12 boroughs and somewhere around 400,000 full-time, part-time and

13 continuing education students.

14 Q   What is your position at the city?

15 A   I'm a tenured associate professor of English.

16 Q   How long have you been there?

17 A   I began working there in August of 2004.

18 Q   What did you do professionally before that?

19 A   Before that immediately I was an assistant professor of

20 the English at the University of British Columbia in

21 Vancouver, Canada.

22          Before that I was a visiting member of the faculty at

23 Yale University, and before that I was a post-doctoral fellow

24 at the University of Victoria in British Columbia, Canada.

25 Q   What is your educational background?

1  A    I hold a Ph.D. in English language from the University of

2  Glasgow in Scotland.  I hold a master's of arts in English

3  literature from the University of Victoria, and I hold a

4  bachelor's of fine arts in creative writing from the

5  University of Victoria.

6  Q    Has your work throughout your career had any focus on any

7  specialties or areas of interest?

8  A    I tend to divide my time between a number of different

9  specialties.  So I do creative writing, I do work on medieval

10  studies, and I do work on popular culture.

11  Q    Now, those three sound like very diverse things.  How do

12  those interact with each other?

13  A    Well, the way it works is that I noticed that very few

14  people were doing popular culture work when I was beginning my

15  career, and I was able to take my sort of, I guess, hobby love

16  of pop culture from when I was a little kid and sort of blend

17  that in with the formal study of the Middle Ages and the

18  Renaissance, and I was able to sort of make -- make my own

19  thing out of it.

20  Q    Does your study of popular culture include works of

21  science fiction?

22  A    Yes, it does.  Science fiction and sort of other aspects

23  of popular culture, especially for me, medieval studies are

24  twinned together.

25           For example, if I'm going to be at a conference and

1   I'm going to be speaking about, say, a time travel movie to

2   the Middle Ages, then, obviously, it's not only medieval

3   studies; it's also science fiction, but it's also film and

4   it's also a host of other subdisciplines all at once.

5   Q    Have you taught on the subject of popular culture and

6   science fiction?

7   A    Yes, I have.  I've taught a number of classes in science

8   fiction, but science fiction also appears in my other classes

9   as well.

10          For example, when I teach the Bible in literature,

11  which is something I teach, I will frequently teach some books

12  of the Bible, and then I will teach maybe a Kurt Vonnegut

13  sci-fi novel to show how even an atheist fiction writer will

14  rely upon images and standards taken from religion.

15  Q    Can you describe any other classes that you have taught

16  that dealt with science fiction?

17  A    The last time I taught science fiction, I did a themed

18  version of the class.  So we looked at challenges faced by the

19  earth, and we read a number of books, but we also watched some

20  movies.

21          We watched Soylent Green, which is a wonderful film

22  from the seventies, with Charlton Heston facing global

23  warming.  And, of course, you know, Soylent Green is people.

24          We also looked at Blade Runner by Ridley Scott, which

25  is a great film that focuses mostly on philosophy.  And we

1  also watched Children of Men, which, again, it's science

2  fiction, but it's also the story of Mary and Joseph and baby

3  Jesus.

4  Q   Have you spoken or lectured at any conferences on these

5  subjects?

6  A   Yes, I have, a large number of them.

7        The last time I lectured on this was at Plymouth

8  State University's 39th -- 39th Conference on Medieval and

9  Renaissance -- sorry -- 39th Forum on Medieval and Renaissance

10  Studies.  And that was in April.  And I spoke about science

11  fiction time travel films, this time European sort of versions

12  of these films.

13  Q   Are you a member of any organizations or societies focused

14  on popular culture?

15  A   Yes.  In 2004, I cofounded with Michael Torregrossa of

16  Rhode Island the Society For the Study of Popular Culture in

17  the Middle Ages.

18  Q   Have you published any articles in the field?

19  A   Yes, I have.

20  Q   And do you have any other types of publications?

21  A   Yes.  I read a lot of poetry.  I write traditional

22  scholarship.  I write the scholarship of teaching and

23  learning.  And I've even published three science fiction

24  novellas.

25  Q   Dr. Grindley, have you ever worked for Chapterhouse

Grindley - direct

1    Studies before this case?

2    A    No, I have not.

3    Q    Have you ever worked for Games Workshop?

4    A    No, I have not.

5    Q    Have you ever testified before as an expert witness in a

6    case?

7    A    No.  This is my first time.

8    Q    And are you being compensated in any way for your work

9    that you're doing here today?

10   A    No.  I'm doing this pro bono.

11   Q    Dr. Grindley, why would you offer your services pro bono

12   in this case?

13   A    Well, one of the duties that you have as an academic is

14   you have to perform relevant community service.  And at the

15   City University of New York, we don't define community

16   service as, say, me volunteering at an animal shelter.  I have

17   to do something that relates to my scholarly area of

18   expertise.

19          And since I do, you know, popular culture work, this

20   is one of the few opportunities I think I will probably have

21   in my entire life to give something back to the community in

22   my actual area of expertise.

23   Q    Okay.  Now, Dr. Grindley, you mentioned that science

24   fiction works often have interplay between other things.

25          Could you describe a little bit more what you mean by

1 that?

2 A   Well, science fiction will often --

3        The way it works is it builds up a kind of visual and

4 shared language of ideas and symbols, things in academia we

5 call tropes.  So it will build up this vast number of these

6 tropes, and as time goes by, writers will bring them in from

7 other areas like religion or the arts or medieval studies or

8 even the Western.

9        They will bring these things into the world of

10 science fiction, and then other writers will borrow from them

11 and develop them, and you get this sort of standard language,

12 these standard ideas of science fiction that you find pretty

13 much over and over again.

14 Q   Could you give an example where you have seen a feature

15 over and over again?

16 A   Yes.  I think the one that probably is most relevant right

17 now is this idea of a future soldier.  And, you know, you

18 start to see this kind of character, you know, back right

19 before the golden age of science fiction, so back in the

20 thirties, maybe 1932 in Amazing Stories.  '36 you get the

21 first mentions of Space Marines.  You get all kind of future

22 soldiers developing from those models throughout the golden

23 era.

24        You know, you will get -- what are they called, in

25 James Cameron's movie Aliens, they're colonial marines.  Even

Grindley - direct

1  you get space rangers in Toy Story with Buzz Lightyear.

2  Q   And where were futuristic space soldiers first described

3  in the arts?

4  A   In the arts, I think, I would say, back in the 1930s, and

5  they really came into their own, I think -- and it's been

6  mentioned before.  I think they really came into their own in

7  the works of Robert Heinlein.

8  Q   Is that the Starship Troopers novel that we have heard

9  about?

10  A   Yes.  Starship Troopers, as it has been rightly pointed

11  out, you know, used the term "mobile infantry."  Heinlein used

12  the term "Space Marines" in his other works, in at least three

13  other works in the 1940s.

14          But really Starship Troopers is the important one.

15  And it introduces this character of this, you know, advanced

16  fighting person who has to undergo a horribly brutal training

17  process which they may or may not survive, and then when they

18  go on their missions, they are wearing this 2,000 pound

19  armored space suit that allows him to make, you know, little

20  short hopping flights and they have got a backpack with cable

21  and laser weaponry or, you know, flamer weaponry or whatever

22  it was called in the book, and, you know, they fly around

23  wearing their armor.

24  Q   Were there illustrations that went along with this

25  Starship Troopers?

1  A    Yes.  The book has been in print continuously since the

2  1950s, and it's been translated into a lot of different

3  languages, so you get a lot of covers with it.

4  Q    So did you bring any pictures today with you of art from

5  Starship Troopers?

6  A    Yes, I did.

7  Q    Do you recognize these pictures?

8  A    Yes, I do.

9  Q    For the record, these are from DX-300.  Could you describe

10  them, please?

11  A    Yes.  The one on the left is a Polish translation of

12  Starship Troopers from 1979, and the one on the right is an

13  American edition of it from 1980.

14  Q    What are some of the design elements you see in this

15  pictures?

16  A    Well, some of the design elements --

17          Can I use a laser thing?

18  Q    Please do.

19  A    I've never used this one.  I think it's just a button.  A

20  button, there we are, okay.

21          In this particular slide, what you can see is you can

22  see the character is wearing a power pack, and that power pack

23  has these little nozzles that allow the character to make

24  short flights.  In the book it's almost described like they

25  can hop almost like, you know, giant mechanical grasshopper

1  kind of distances.

2        You can also see there's a cable here that attaches

3  the power pack to his energy weapon.  You can see that he's

4  got armor on.  You can see those armored legs and the armored

5  knees.  His boots, you can see the little hinge there on the

6  boots.  He's got a space helmet.

7        Again, on the American version of it, you can see the

8  space helmet.  You can see the back of the power pack.  You

9  can see that he's got his shoulder insignia on it, and his

10  elbow pads and the rest of his armor, even the chest details

11  where you can see the sort of hint of stomach muscles of the

12  kind of thing that you have seen in armor from Roman curasis,

13  you know, that are thousands of years old.

14  Q    Do these design elements appear in science fiction works

15  after this?

16  A    Yes, they do.  These become pretty much standard images in

17  science fiction.

18  Q    And have you brought any other pictures of futuristic

19  soldier armor?

20  A    Yes, I have.

21  Q    Can you please describe what this image is from DX-313?

22  A    Yes.  I am really hoping this is familiar to everyone

23  because it's such a fantastic film.  And I hope everybody has

24  seen it.  This is from Ridley Scott's movie Alien from 1979.

25  And I wanted to use Alien because it's a great film.  Its

1    importance can't be understated.  It's, I think, the very

2    first film, in sci-fi at least, where there's a female hero,

3    and it pretty much made the career of Sigourney Weaver.

4            What you see here is you see one of the props from

5    the movie.  This was worn by Captain Dallas, who unfortunately

6    meets his end rather early on.  And what you have got is you

7    have got a suit of environmental armor, and you can see it's

8    outlined here.  This is the chest piece.

9            There's, you know, these massive shoulder plates that

10   are on it.  There's a belt with some utility equipment there,

11   and, you know, there is a big opening for the head to go

12   through.

13   Q   Now, how does this phenomenon of design elements showing

14   up again and again, how does that help you form your opinion

15   in this case?

16   A   Well, in this case, what a knowledge of these standards of

17   science fiction helps me to do is it helps me when I am

18   comparing and contrasting products by Chapterhouse and Games

19   Workshop to be able to identify the features of both that are

20   actually just science fiction standards.

21   Q   Now, you said there are certain common design features in

22   science fiction works, but are there any elements that you

23   believe are mandatory for science fiction?

24   A   I don't think there are any elements that would be

25   mandatory.  There is sort of a number of common elements that

1  you see over and over again.

2         Imagine you go to, you know, a buffet restaurant and

3  you have got your plate and you're walking down the aisle and

4  you have got the roast beef and you have got the -- you know,

5  the chicken and you have got the peas and the carrots and all

6  these other things.  So you load your plate up, and, you know,

7  you have made your own individual choices, and the person next

8  to you has made their own individual choices, but you have

9  still been to the same buffet.  You have still got basically

10 the same stuff there.

11 Q   In your experience, can a certain combination of those

12 choices, can that create a somehow less standard science

13 fiction work?

14 A   Theoretically, yes.  Theoretically there can be great

15 originality, but interestingly enough, you usually end up

16 seeing people making more or less the same choices.

17 Q   Now, in your work in this case, did you look for every

18 single specific combination of design elements in the Games

19 Workshop and Chapterhouse Studios works?

20 A   No, I didn't think that was my role here.

21 Q   Why is that?

22 A   Well, what I thought would be most helpful for me to do is

23 just to be able to outline what the standards are and, you

24 know, what some of the similarities and differences between

25 the two sets of products.

1    Q    Now, thank you for that background, and I'd like to turn

2    your attention to the specific claims that Games Workshop has

3    brought in this case.

4            What were you asked to do to form an expert opinion?

5    A    Well, I was given a chart that I guess had been created by

6    Games Workshop in which they listed some of their products and

7    then some products by Chapterhouse Studios.

8    Q    Is this similar to the claims chart that we have seen

9    throughout trial?

10   A    I think it is.

11   Q    And what did you do after receiving that chart?

12   A    Well, after receiving that chart, I did some research.

13   Q    What kind of research did you do?

14   A    I relied on the knowledge that I built up over my years in

15   the field in teaching and doing research and doing

16   presentations.  I relied on research that I had conducted for

17   my own publications.

18           I also did some visits to museums and art galleries

19   in New York, and I also conducted some Internet research.

20   Q    What were you looking for in that research?

21   A    I was looking for just decent, useful, expedient sort of

22   standards of science fiction that more or less lined up with

23   the kind of things that I saw from both Chapterhouse and Games

24   Workshop.

25   Q    So did you identify any similarities between the Games

Grindley - direct

1   Workshop and Chapterhouse products?

2   A    Similarities, only --

3   Q    I'm sorry.  Before doing your research.

4   A    Before doing my research, I kind of relied on what I

5   already know just to see what I thought were common elements

6   between the two, what I considered to be important common

7   elements, and, you know, then using my background, tried to

8   determine whether or not those things were standards in

9   science fiction.

10  Q    And once you found other science fiction works to support

11  your research and opinions, what did you do with those images?

12  A    I created a third column for that claims chart, and I put

13  those images into the claims chart.

14  Q    And what was your purpose of putting those images into the

15  claim chart?

16  A    Just so that people could have a reference point so they

17  could see what, you know, another expression of that standard

18  is, just so that maybe the jury could have a little bit of

19  help with their work.

20  Q    And were these examples that you found included generally

21  the first things you found in your research?

22  A    Generally the first things that I found.

23       But the thing about the first thing that you find in

24  doing this sort of research is sometimes the first thing you

25  find is the thing that is very representative of that

1  standard.

2  Q   Now, when were these other science fiction works that you

3  found created?

4  A   Well, what I tried to do is that Games Workshop provided

5  in the claims chart a list of dates that went along with their

6  products.

7       So I tried to make sure that I found something that,

8  you know, was either documented or that I just knew through

9  common knowledge predated the dates that they provided.

10 Q   And why did you do that?

11 A   Just to show that it was a standard image out there.  I'm

12 not suggesting that Games Workshop's designers had any

13 knowledge of the specific things that, you know, I'm producing

14 in this chart.

15      I just wanted to show that the standard was already

16 out there.

17 Q   So you're not expressing an opinion about whether any of

18 the Games Workshop products are uniquely original, is that

19 right?

20 A   No, I'm not.

21 Q   And so you're not expressing an opinion about whether how

22 creative those works are, correct?

23 A   No, I'm not.

24 Q   Now, did you do any type of survey to determine exactly

25 how often each of these design elements you're talking about

1  occur in science fiction?

2  A   No, I did not.

3  Q   So you can't say design element X shows up in exactly Y

4  percent of all science fiction works, is that right?

5  A   No, I don't think that was necessary.

6          And, again, just to use the example in front of us

7  here, if we look at this shoulder armor on, you know, the

8  Dallas' environmental space suit, if I were to try and go

9  through every single incarnation of shoulder armor just in

10 science fiction film, it would be a really daunting task, and

11 it wouldn't even be all that relevant because all, you know, I

12 am very -- really all I'm interested in is showing that that

13 standard is there.  I don't need to catalog every single

14 instance of its appearance.

15 Q   So without this sort of survey, what is your basis for

16 saying that a common design element is standard?

17 A   My basis is just my knowledge of the field.

18 Q   And just again, what was the purpose of creating this

19 third column to show to the jury here today?

20 A   I created the third column so that the jury could have a

21 reference point so they could compare for standard features

22 between Chapterhouse Studios products and Games Workshop's

23 products so they could -- so the jury could see, you know, if

24 they're looking at a certain object, what components of that

25 object are standard features and which are not.

1  Q   Did you include all of the images you found in your

2  presentation here today?

3  A   All the images that I found during the entire course of my

4  research, no.

5  Q   Why not?

6  A   It would have -- I don't think it would have been

7  necessary.  I think one is really good enough, or two or

8  sometimes three.

9  Q   Did you bring an example of what you did in this chart you

10  created?

11  A   Yes, I did.

12  Q   Okay.  Turning to slide 4, what do we see here?

13  A   Okay.  What we see here is we see on the left-hand column,

14  which is over here, you see little robot heads made by

15  Chapterhouse Studios.

16          And I guess what you're supposed to do with these

17  little robot heads is you're supposed to use them to customize

18  Games Workshop product that you have already purchased, and in

19  this case, it's one of these little robot guys here.  So, you

20  know, if you want to make your experience of playing with

21  these toys a little more fun, I guess you don't use that head;

22  you put this head on.

23  Q   Now, does this particular product have a name for

24  Chapterhouse Studios' product?

25  A   Yes.  Number 135, alternate heads for Tau crisis suits.

1  Q   Do you have an understanding as to whether the

2  Chapterhouse products are sold or how they are sold?

3  A   I believe that the Chapterhouse Studios products are sold

4  in an unpainted resin sort of state.  They're just little

5  plastic bits, and, you know, you take your little model paints

6  and you paint them up the best you can, and then you use them

7  on the Games Workshop figure, which I guess you also assemble

8  and paint yourself.

9  Q   When were the Games Workshop products that you see in this

10  slide released?

11  A   According to the chart provided by Games Workshop, they

12  were released between 2001 and 2005.

13  Q   So did you do a visual comparison of the Chapterhouse and

14  Games Workshop products at issue here?

15  A   Yes, I did.

16  Q   Did you find any similarities between them?

17  A   Yes, I did.

18  Q   Do you understand that Mr. Merrett testified last week

19  that these products have the same basic configuration?

20  A   Yes, I do.

21  Q   Do you agree with that level of assessment?

22  A   Yes, I do.

23  Q   What similarities do you see?

24  A   They're both robot heads.  I mean, that's obviously a

25  little bit flip, but they are robot heads.

1    If you want to go deeper into it, we can take a look

2    here.  You can see right here and then right here and right

3    here and right here and again right here, you have some sort

4    of communications array, almost like an antenna.  And this I

5    guess would be used for the robot to be controlled by whoever

6    is controlling it.  You see it there, too.

7    The other thing that you would see on this robot head

8    is you would see the presence of what appears to be cameras

9    that the robot would use for eyes, and you can see them there

10   and you can see them here.

11   You can also tell that the robot head has -- it's got

12   some armor to protect, I guess, its delicate instrumentation

13   from whatever may happen to it.

14   You can also see that the robot head isn't quite a

15   human shape head; it's not like a C-3PO head.  It's more like

16   an actual robot.  So, yes, it does have those things in

17   common.

18   Q   Did you believe that those were standard science fiction

19   elements?

20   A   I have seen those before myself for a long time.  So, yes,

21   everything from, you know, an old Farrah Fawcett movie called

22   Saturn 3 all the way to Wall-E, you see, you know, an armored

23   robot head with little camera eyes and some sort of antenna.

24   Q   So what did you do to confirm your belief about those

25   design elements?

1  A    I found a couple of images online, and I provided them in

2  that third column.

3  Q    And did you bring examples of that?

4  A    Yes, I did.

5  Q    Let's look at now what is in column 3 coming from DX-325

6  and DX-349.  Could you describe what is in the top image

7  there?

8  A    The top image there is an image from Japanese anime from

9  sometime in either the late eighties or early nineties.  There

10  were a number of these Patlabor movies made from I think from

11  '89 to '92, something like that.  And what you have got there

12  is --

13  Q    Sorry, Dr. Grindley.  I just want to ask you real quick

14  before you go on, were you aware of those movies before you

15  started this case?

16  A    Sadly, it is Japanese anime, so, yes.

17  Q    Could you describe why you chose that image to put in your

18  chart?

19  A    It's a really standard look for a robot.  It's just a

20  robot.

21  Q    And could you describe the second image in your chart?

22  A    The second image is from Palladium Books, and Palladium

23  was known in the, I guess, late seventies to sometime in the

24  late eighties for making role-playing games.  And, again, I

25  have to say that, sadly, when I was a little kid, I rolled my

1  fair share of multi-sided dice.

2  Q   Now, in the design elements that you talked about earlier

3  that are shared between Chapterhouse and Games Workshop, did

4  you see those same design elements in the images you provided?

5  A   Yes, I did.  For example, it's pretty clear in this one,

6  you can see that there's a little camera eye.  You can see the

7  robot's head is armored.  It's not quite a human shape.  And

8  it's got what looks to be some sort of antenna sticking off

9  the top.

10         The same thing from down here.  You can see the kind

11  of camera eyes.  You can see the odd shape.  This one doesn't

12  have an antenna sort of in the kind of regular place.  It's

13  got kind of like a little protrusion there.

14  Q   So with that understanding about those design elements you

15  mentioned, what do you see when you compare the Chapterhouse

16  and Games Workshop products at issue in 135?

17  A   Well, once we have recognized that there are standard

18  images for, you know, the design of a robot head in science

19  fiction, once we have kind of recognized that, then we can

20  start moving on to the differences in terms of expression of

21  this standard.

22  Q   Did you see differences between these two products?

23  A   Yes.  I can go through some of these.

24  Q   Please do.

25  A   Okay.  The most obvious one is the orientation of the

1    cameras that the robot uses for eyes for its stereo vision.

2         You can see in the Chapterhouse Studios, the eyes are

3    oriented vertically in an up and down sort of manner there.

4    Here the eyes are oriented side by side, horizontally.

5         You can also see that there's a difference in the

6    shape of the head.  This is very much sort of an up-and-down

7    head.  This is more squat and sort of sideways.

8         You can also see, if you look carefully enough, that

9    the armor plating for the robot head juts out further over the

10   sensory array here than it does over here.

11        You can see a similar sort of thing in this picture,

12   too.  You can see the armor sticks out further.

13        You can also see that, you know, there are different

14   arrangements for these antennas or even different shapes to

15   them.  So the antenna in the Games Workshop product, it's kind

16   of long and straight.  The antenna in the Chapterhouse

17   Studios, it's shorter and in different shape.

18   Q   Now, these details that you have described, do you

19   consider that that is nit-picking a little bit, Doctor?

20   A   Well, once you acknowledge that there are certain

21   standards you're going to see when someone designs a robot

22   head, then all you're really left with are these sort of

23   details in how that concept of robot head is individually

24   expressed.  These are both --

25   Q   And --

1    A    I'll just sort of --

2           I don't mean to ramble, but these are basically, you

3    know, two different expressions of the same kind of standard

4    concept of robot head.

5    Q    Now, do you understand whether there are any other

6    Chapterhouse products compatible with Games Workshop Tau

7    heads that are accused in this case?

8    A    Yes, I do.

9    Q    During the course of your investigation, did you examine

10   product 136, the alternative heads for Tau crisis suits, set

11   number two?

12   A    Yes, I did.

13   Q    Is your opinion the same with respect to product 136 as it

14   is to 135?

15   A    Yes, it is.

16   Q    Did you undertake this analysis for more accused products

17   in this case?

18   A    Yes, I did.

19   Q    Okay.  Take a look at the next image.  What do you see in

20   the first two columns?

21   A    Well, in the first two columns, in the left column I see a

22   little gun kit made by Chapterhouse Studios.

23           In the middle column, I see some drawings made by

24   Games Workshop.  And both of these are of some sort of

25   futuristic energy weapon.

Grindley - direct

1   Q   What is the name of product accused in this claim?

2   A   Hot shot lasgun pack.

3   Q   And that's product 128?

4   A   That's product 128, yes.

5   Q   Now, when you --

6           Do you have an understanding of what design elements

7   that Games Workshop believes are at issue here in the hot shot

8   lasgun pack?

9   A   Yes.  I believe it's the angled sort of muzzle tip there,

10  what we would, you know, best call like a muzzle brake.

11  Q   Does the Chapterhouse product have an angled muzzle?

12  A   It does.  It's not really a muzzle; it's a muzzle brake.

13  Q   Muzzle brake.

14  A   Muzzle brake.  It's got an angled muzzle brake right

15  there.

16  Q   So would that be a similarity between the two?

17  A   That would be a similarity between the two.

18          In real life what a muzzle brake is used for is to

19  deflect hot gases from projectile weapons.

20          Either of these I don't think are projectile weapons,

21  but it's still an example of one of these things where science

22  fiction picks up kind of influences from the real world.  So,

23  you know, it borrows from actual, you know, real life weapons

24  even though that borrowing might not be appropriate because

25  you're firing, you know, blasts of energy rather than

Grindley - direct

1  projectiles powered by a gas explosion.

2  Q    Based on your experience when you recognized that

3  similarity, did you believe that an angled muzzle brake was a

4  standard science fiction design element?

5  A    Yes, I did.

6  Q    Did you do research for other works to confirm that

7  belief?

8  A    Yes, I did.

9  Q    And what did your research reveal?

10 A    I found some metal miniatures back from the 1980s.

11 Q    And is that what is referenced in the third column from

12 DX-344?

13 A    Yes.  And you can see on these they have got the angled

14 tips.  And again, you know, this is just an example of science

15 fiction borrowing from the real world.

16 Q    Did you include any other examples of this design element?

17 A    Yes, I did.

18 Q    Can we take a look at the next slide?

19      Could you describe what is in your third column now

20 which come from DX-343 and DX 339?

21 A    The top image is from Palladium Books, which I said before

22 was a role-playing game company.  And this is an illustration

23 of one of the weapons for their system.

24      The bottom image, I think -- well, I hope everyone

25 recognizes, it's the Nintendo Zapper.  You know, if you were

1  playing Duck Hunt back in the eighties, this was what you were

2  blasting away at with your t.v. set and your Nintendo

3  entertainment system.

4  Q    And why did you include these images in your chart?

5  A    Well, I included them to show that, yes, you know, there

6  is this slanted muzzle on these, but also just to, you know,

7  remind people of the 1980s and that, you know, this is

8  something that I think was fairly common.  And I know I had

9  one.

10  Q    Now, are you able to tell us exactly what percentage of

11  sci-fi guns have an angled muzzle brake in them?

12  A    No, I'm not.

13  Q    But what is your ultimate conclusion about that particular

14  design element?

15  A    To me that particular design element is just one of those

16  standard features that, when someone is designing a sci-fi

17  weapon, they can include as part of the design.

18  Q    Aside from the angled gun nozzle, were there any other

19  similarities that you identified between the Chapterhouse and

20  Games Workshop products?

21  A    Oh, yes.

22  Q    Could you tell us what that is?

23  A    Absolutely.  Let's go through these things.

24       Okay.  First of all, both of these products have a

25  cable that provides energy to the weapon that goes from the

1   gun itself into the powered pack.  And, of course, both of

2   these weapons, you know, have a power pack.

3   Q   Is that a design element that you considered standard in

4   science fiction for guns?

5   A   Yes, absolutely.

6          And in my opinion, you know, these all date back to

7   the design of maybe like the M2 Flamethrower from the Second

8   World War which had this backpack and the nozzle and, you

9   know, the cables.

10          And you can see that in all kind of films, including

11  The Thing they even used that.

12  Q   Did you include any works that you found in your research

13  showing that similarity?  Did you bring them with you today?

14  A   No, I don't think I did.

15  Q   Any pictures of a --

16  A   Oh, yes, I did.  I did bring more stuff.

17  Q   Okay.  Column number 3 now has an image from DX-299.  Do

18  you recognize that?

19  A   Yes, I do.

20  Q   And could you describe why you included that image in your

21  chart?

22  A   That's a cover from Analog Science Fiction magazine from

23  the 1970s.  And in this particular magazine, what you can see

24  is you can see that there's a soldier here.  He's got his

25  backpack.  He's got his energy weapon.  It's got a little

1  cable connecting it.

2  Q    Did you include any other images?

3  A    Yes, I did.

4  Q    Now, looking at column 3, which has an image from DX-321,

5  can you explain why you included that one?

6  A    Yes.  That's our good old friend, GI Joe.  And in this

7  particular GI Joe, which comes again from the 1970s -- I wish

8  I had one here because then we could all play our GI Joes with

9  all of our little other action figures.

10         But this one, he's got his energy weapon here.  It's

11  connected by a cable to his backpack.  So it just sort of

12  shows the common nature of that standard weapon arrangement.

13  Q    With your understanding of those standard elements that

14  you described, what do you see when you look at the

15  Chapterhouse and Games Workshop products?

16  A    Okay.  Well, once I actually, you know, recognized the

17  sort of most -- the standard features of this sort of weapon,

18  then I can start to look at the differences between them.

19  And --

20  Q    Could you explain what those difference are that you see?

21  A    Sorry.  I'm just really eager.  This is fun.

22         Okay.  So, for example, if you look at this, you can

23  see the cabling attaches to where sort of a removable magazine

24  would be if this was an actual, you know, real weapon whereas

25  on Games Workshop's product, you can see the cable attaches to

1  the pistol grip of the weapon.

2          If you look at, you know, the backpack, you can see

3  that it almost looks like a lunch box really, and it's got a

4  handle on the top.

5          If you look over at the Games Workshop version of the

6  backpack, it ends with this weird canister thing, which to me

7  looks almost like a German World War I or World War II gas

8  mask canister.

9          You can also see some important differences between

10  the two weapons themselves.  For example, the Games Workshop

11  item has a scope on the top, you know, that sticks out like

12  this.  I can't see a scope here.

13          The Games Workshop's stock to me really closely

14  resembles a German MG42 machine gun, as does the pistol grip

15  here, whereas the stock on the Chapterhouse Studios product

16  doesn't really resemble it, and the pistol grip certainly

17  doesn't.

18          Another small detail which is kind of a little bit

19  difficult to see at this distance -- it's fairly clear in

20  front of me -- would be that there's, oddly enough, there's a

21  magazine sticking out the right-hand side, although why it

22  would need a magazine if it's being powered externally, I

23  don't quite know.

24          And, also, there's a feed tube you can see underneath

25  this weapon.  Now, this kind of feed tube is something you

1   might see on like, you know, your trusty old Remington 780

2   Express shotgun.  It's where in a shotgun the shells would be

3   before being loaded into the receiver, and that doesn't -- and

4   that's not sticking out there.

5           Even like the length of the barrels is different.

6           So to me there's a lot of differences between these

7   two products that clearly separate them once we know what the

8   standard features of both of them are.

9   Q   Are there any other Chapterhouse power pack products that

10  are accused in this case that you examined?

11  A   Yes, there are.

12  Q   And are you referring to product 158?

13  A   Yes, I am.

14  Q   And is your opinion with regards to product 158 the same

15  as 128?

16  A   Yes, it is.

17  Q   Looking at the next product here, could you describe what

18  Chapterhouse product is accused?

19  A   Okay.  This will take a little bit of explaining to do.

20  What this is, is this is a conversion kit, and what a

21  conversion kit is, it's a number of extra little parts that

22  you have that you can use to customize a product that you have

23  already bought by Games Workshop.

24          So here is one of these little dudes here.  And, you

25  know, say, you're not happy with the shape of his backpack,

Grindley - direct

1   you can buy this kit with all these different parts in it and

2   you can put a different backpack on him, I guess, to customize

3   him and to make your experience a little bit happier.

4   Q   And this is the product 126, TRU-Scale Knights Praetorius

5   conversion kit, is that right?

6   A   That's what it's called, yes.

7   Q   Now, did you analyze each --

8           There are multiple parts here, right?

9   A   There are multiple parts.

10  Q   So did you analyze each of them individually?

11  A   Yes, I did.

12  Q   Can we take a look at the backpack products first?  Did

13  you identify any similarities between the two products?

14  A   Yes, I did.

15  Q   What were they?

16  A   Well, they're both, you know, power packs that would

17  provide energy for, you know, energy weapons or whatever and

18  also to help the characters to make some kind of flight, I

19  guess.

20  Q   Do you believe this was a standard element in science

21  fiction?

22  A   Yes, I did.

23  Q   Did you research other futuristic soldiers to confirm that

24  belief?

25  A   Yes, I did.

1  Q    And did you bring examples with you?

2  A    I did.

3  Q    Thank you.

4         If we take a look now at what is in column 3 from

5  DX-300, could you describe this image and why you included it

6  in your chart?

7  A    I included this image because, again, it's from Starship

8  Troopers which is this, you know, seminal work in science

9  fiction.  And, you know, it's just a really good example in

10 that it shows the character wearing the power pack.

11        It shows the nozzles from the pack pointing downwards

12 so he can make short flights.  It just shows that these things

13 are out there.

14 Q    With your understanding of what is involved in a power

15 pack, what do you see when you compare the Chapterhouse and

16 Games Workshop pieces here?

17 A    Well, once I've recognized that these are both power

18 packs, then I can start to look at the differences between

19 them.

20 Q    And what do you see as differences?

21 A    Okay.  Well, we'll start off with a couple of the obvious

22 ones.

23        First of all, you can see that on the Games Workshop

24 product, the nozzles are pointing down, which actually makes a

25 great deal more sense than the Chapterhouse Studios product

1  where the nozzles are pointing sideways.  I guess this guy

2  could move left or right like really, really quickly whereas

3  this guy would be able to fly somewhat.

4          You can also see a difference in the shape of the

5  pack.  This one's got kind of like a vee-shape to it whereas

6  the Chapterhouse Studios one is square.

7          You can also see that on the Games Workshop product,

8  there's a heat shroud right here, and it's got ventilation

9  holes.  I guess this thing must get really hot, so it has to

10  have some sort of protection on it so you don't burn your

11  hands if you touch the thing.

12          You can also see that on the Games Workshop piece,

13  there's a little skull decoration, and this skull decoration

14  occurs on a lot of their products.  I guess it's one of their

15  things for their little guys.

16          On the Chapterhouse Studios, there is no such

17  decoration.  There is no heat shroud.

18          So, you know, when I -- when you recognize that

19  they're both power packs, what you're left with is the

20  differences between both of them.

21  Q   Let's take a look at the leg pieces next.  Did you see

22  similarities between these two pieces?

23  A   Yes, I did.

24  Q   And could you describe what those are?

25  A   Well, they're both, you know, anatomically human-esque

1  legs.  You're only going to have so much freedom with legs.

2  Not only are they just legs, they're also armored legs.

3          And in order for an armored leg to function, it more

4  or less has to have the same component parts.  You know, you

5  have to have -- you have to have a crotch where the legs join

6  into; otherwise you won't be able to walk.

7          You have to have articulated knee joints; otherwise

8  you won't be able to walk.

9          You will have to have some sort of gap between your

10 shin armor and your boots; otherwise, again, you won't be able

11 to walk.

12         You also have to have a toe cap or you won't be able

13 to bend your feet.

14         So there are certain things that kind of have to be

15 in, you know, armor, and they have to be in human anatomy for

16 just reality to work.

17 Q   And did you believe that those design elements you just

18 mentioned were standard for armored legs?

19 A   Oh, yes.  No, I have seen them before.  I mean, Buzz

20 Lightyear, that's what his legs look like.  So these are

21 pretty common.

22 Q   Did you bring any examples of other science fiction works

23 with those elements?

24 A   Yes, I did.

25 Q   Could you describe to us what is in column 3 from DX-351?

1  A   That's Iron Monger, and I'm hoping that we all saw the

2  Iron Man movie a couple of years ago, but this is actually

3  from the comic book back in the eighties, and it's one of the

4  Iron Man suits.  It's not like a good guy suit; it's one of

5  the bad guy suits.  It's like sort of Tony Stark's, you know,

6  sort of business mentor Obadiah.  He's the one who wears this

7  and goes on a rampage.

8  Q   Why did you include this in your chart?

9  A   I included this because, you know, one, Iron Monger is

10 just one of those things that I would expect everybody to know

11 of.

12         And, two, it's a great example where you have got the

13 crotch armor, you have got the leg armor, you have got the,

14 you know, the articulated knees.  You have got the heavy shin

15 armor and you have got the big metal boots.  It basically

16 looks the same as these other two.

17 Q   Is this the only expression of armored legs that you

18 found?

19 A   No.  No, I found more.

20 Q   But you can't give us a precise percentage about how many

21 science fiction works have armored legs with the elements you

22 have described, is that right?

23 A   No.

24 Q   So with the understanding of the elements you have

25 described so far, what do you see now when you look at the

1  Chapterhouse and Games Workshop products?

2  A    Well, once you have recognized that there's only so many

3  options you have for human anatomy and only so many options

4  you have for how armor fits on human anatomy, then you look

5  at -- then you're stuck with looking at these details, what I

6  think you called it nit-picking.  So we're left at these

7  nit-picking details, and I guess it's time to pick some nits.

8            So if you look at the Games Workshop leg, you can see

9  there is lots of decoration on it.  For example, on this

10  thigh, you can see that there's a little nubbin.  There's a

11  seam that runs down the middle, I guess, where the plates

12  would fit together.

13            There's even decoration on the crotch of -- I don't

14  know what that decoration is for, but I imagine it serves some

15  sort of function.

16            You can also see down here, there is some sort of --

17  maybe it's a hydraulic thing that helps the character move his

18  legs around.

19            You can take a look at, say, for example, on the

20  Chapterhouse Studios product, it's got different decoration.

21  There's a little sort of rectangular protuberance there.

22  There's one on the inside there of the thigh.

23            You can look at the shape of the actual knee joints

24  in this one, and you can see in the Games Workshop, it's a

25  different profile.  It's more of a teardrop shaped whereas in

1  Chapterhouse Studios, it's more like, I don't know, volleyball

2  or skateboarding or hockey knee pads.

3        You can also look and see, for example, where the

4  shin armor ends, and you can see that it ends relatively far

5  down the foot in this particular one, and it ends a lot higher

6  up in this one, I guess, to give the feet a greater range of

7  motion.

8        You can even see differences, for example, in the

9  kneeling figure, in their stance.  The Chapterhouse Studios is

10  kneeling in a position that I think makes better anatomical

11  sense than the Games Workshop one.  I actually crawled around

12  in my apartment trying to replicate this pose, and I just

13  couldn't do it.

14        So I think this one, you can see that there is a

15  difference in which way the legs are bending in the two.

16        So it's not only in terms of these elements of design

17  as far as the detailing goes but also, you know, how they are

18  modeled.

19

20

21

22

23

24

25

1   Q   Okay.  Let's take a look at torsos here in this product.
2   Did you compare these pieces?
3   A   Yes, I did.
4   Q   And what -- did you find any similarities between them?
5   A   Oh, yes, I did.
6   Q   Could you tell us what those were?
7   A   Yeah.  The similarities are the torso armor.  So it's
8   designed to fit on the human anatomy.  And, you know, you can
9   look at torso armor going back to Roman curasis from, you
10  know, the time of Christ.  These things are just a standard of
11  arms and armor for, you know, a couple of thousand years and
12  then many thousands of years in the imagination.
13          And if you look at these particular ones, you can see
14  that there are a number of similarities.  One, you've got a
15  basic anatomical shape where the chest is larger than the
16  waist.  There's a belt or belt-like device.  You can see
17  there's an opening for the head.  And, you know, there's --
18  sometimes there's, I guess, the hint of some sort of abdominal
19  cutout.
20  Q   Now, the design elements that you just mentioned, did you
21  research for other science fiction works that contain those
22  standard elements?
23  A   Yes, I did.
24  Q   Now, looking at number three in -- column three in your
25  chart with images from DX 361 and DX 313, could you first

1   identify what the top image is?

2   A   Yeah.  It's a metal miniature from back in the 80s.

3   Q   And why did you include that in your chart?

4   A   Just to show that even in the world of miniatures, you

5   know, even if you chose one pretty much at random from, you

6   know, jeez, I guess it's a long time ago now, 30 years ago,

7   you're still going to see, you know, these features even in

8   miniature building.

9   Q   Could you describe, again I think we've seen the image,

10  the second part of the column?

11  A   Yeah.  I'm a huge Ridley Scott fan, so I'm going to be

12  relying on Alien as much as I can cause it's such a great

13  film, but, again, it's the environmental armor from the 1979

14  film Alien, and you can see that it follows this same general

15  human anatomy.  It's got the same kind of in this case an

16  oversized utility belt.  You know, it's got an opening for the

17  head.  And it's got some decoration on the chest that actually

18  doesn't seem to really serve much of a purpose because I don't

19  think anybody's chest actually bends in these articulations.

20  Q   Are those similarities in the third column that you've

21  also found in the Chapterhouse and Games Workshop products?

22  A   Yes, it is.

23  Q   So with that understanding of those similarities, when you

24  look at the Chapterhouse and Games Workshop products, what do

25  you see?

Grindley - direct

1  A   Well, one side acknowledged that there are standards that

2  you have to have because of human anatomy or standards that

3  have existed for the last couple of thousand years in terms of

4  actual armor.  Then I'm left with the differences between the

5  two products.

6  Q   And what differences do you see here?

7  A   Well, let's go through a number of them.

8       First of all, if we look at the shape of that, it's

9  not really a cutout because these aren't actually stomach

10 muscles.  This is just, you know, decorative features.  And,

11 like I said earlier, you could see these decorative features

12 in the armor of Rome.  But if you look at the shape of this,

13 you know, cutout, you can see that it's more oval in the

14 Chapterhouse Studios product.  It's more circular in the Games

15 Workshop product.

16      You can see the Games Workshop product has

17 significantly more detailing on the chest.  You can see this

18 almost like a bandolier with these little details.  And you

19 can see that that detail is even reproduced in the belt.

20 There's these little horizontal notches.

21      The belt in one has that skull motif.  You know, here

22 it has a sort of a -- kind of like an inset kind of motif.  It

23 looks like it's excised.

24      Here you can see that on this abdominal cutout it

25 almost looks like the radiating fins from an old, you know, an

1  old airplane motor, one of those exposed ones.  Here it looks

2  more like the traditional stomach muscles that you'd see in

3  Roman armor.

4      You also see that there's more levels of detail on

5  this one.  This one's got the skull motif here.

6      You can see that the hole for the neck is cut out

7  differently on the Games Workshop products than on the

8  Chapterhouse products.  See this way this guard that would go

9  to protect your neck from being, you know, severed goes all

10 the way around.  Whereas this one it's notched out on the

11 front in both of the products.

12     So you can see there's actually a number of detailed

13 differences between these two things, which, you know,

14 there -- obviously they're the same -- you know, using the

15 same standard of torso armor, but they are expressing that

16 standard in much different ways.

17 Q   Thank you.

18     And now let's take a look at the final thing in this

19 product, which is the shoulder pads.  Did you identify

20 similarities between the Chapterhouse and Games Workshop

21 shoulder pads?

22 A   Yes, I did.

23 Q   Could you describe what they are?

24 A   Well, they're both examples of shoulder armor.

25 Q   Do they have any particular size to them?

Grindley - direct

1  A    These ones are I guess what you'd call oversized, so

2  they -- you know, in the -- we can't tell right now because

3  they're not in the context of the model, but in the context of

4  the model they extend sort of further down the bicep than you

5  would typically see in other examples of shoulder armor.

6  Q    Do you believe that the oversized shoulder pads were a

7  design element that was standard in science fiction?

8  A    Yes.  Not only science fiction but also fantasy.

9  Q    And did you do research to confirm that belief?

10  A    Yes, I did.

11  Q    Did you compile some images that you found onto your

12  chart?

13  A    Yes, I did.

14  Q    Let's take a look at the next slide with images from DX

15  301, DX 313, DX 317, DX 300 and DX 320.

16        Now, Dr. Grindley, what was your point in compiling

17  the images in this chart?

18  A    I just wanted to show the ubiquity of shoulder armor in

19  everything from real honest to goodness, you know, medieval

20  and Renaissance armor all the way up to, you know,

21  contemporary films like Star Wars and Alien, and also to, you

22  know, comic books and book covers, so crossing a really wide

23  spectrum of popular culture that, you know, this kind of

24  shoulder armor is just something you're going to see.

25  Q    Do the shoulder armor that you included here from other

1  works, do they have a particular general size that you would

2  describe?

3  A  Some of them are oversized.  You know, like obviously this

4  is oversized because it's actually resting on top of a smaller

5  plate.  This is something that one would use in a jousting

6  context.  You can see that one, you know, of my favorite ones

7  here from Alien, you can see that's oversized.  You know, the

8  Michael Devlin character from Earth 88194, you can see that's

9  oversized.

10        But I just wanted to show that, you know, these

11  things were just a standard image that you might get.

12        There were more images I wanted to find, but I

13  just -- to tell you the truth, my DVD was scratched so I

14  couldn't get a bunch of them.

15  Q  Now, do any of these science fiction shoulder pads from

16  other sources that you've shown, do they have the exact same

17  size and shape as the Games Workshop shoulder pad?

18  A  No, they don't.

19  Q  So with that understanding about oversized shoulder pads,

20  what is your opinion with respect to the differences between

21  the two products?

22  A  Well, once we've, you know, acknowledged that these are

23  oversized elements of shoulder armor, then we can actually

24  examine the differences between the two of them.  And for

25  example, we started at these two here.  You can see there's a

1  superficial resemblance.  They've both got some kind of

2  nubbins on them, but you can see on the Games Workshop piece

3  they're rounded, there's not that many of them.  Over on the

4  Chapterhouse Studios side you can see there's spikes, and

5  there's lots of them.

6          On the other one here you can see that there is kind

7  of a -- kind of like a rope banding around the bottom edge.

8  And I've actually seen this rope banding in real life on

9  medieval armor.  It's something that typically you might see

10 if you go to one of these armories and see these real suits.

11         On the right, on Games Workshop you can see it's a

12 lot plainer, but it's got, I guess, a place here where they

13 can get, I don't know, maybe a unit number or something else

14 that you, you know, can affix a sticker to or you can paint to

15 decorate it.

16         So, you know, there's a lot of differences between

17 the two.

18         I have to say I don't know if these things are

19 exactly to scale to each other.  And I would have liked to

20 have been able to compare exactly what the dimensions are.

21 The way these are presented, it does look like they have

22 different profiles, but I can't be sure because I didn't

23 physically examine these things because I was only working

24 from the claims chart.

25 Q    You understand that there are a lot of shoulder pads at

1   issue in this case, right?

2   A   There are tons of shoulder pads at issue in this case.

3   Q   And you understand that there's detailing on all of them?

4   A   There is detailing on all of them.  There's even detailing

5   in them and around them and a bunch of stuff, yes.

6   Q   So and we're not going to go through every shoulder pad in

7   the case but --

8   A   Please, no.

9   Q   But is it your opinion that you should do this sort of

10  analysis for each shoulder pad in order to determine -- in

11  order to come to an opinion?

12  A   Yeah.  I think that, you know, a careful comparison of

13  every single one is probably necessary, but I think it would

14  probably also result in the same conclusion, that although

15  these things bear a superficial resemblance because they're

16  both oversized elements of shoulder armor, when you examine

17  them up close, you know, you're going to see differences

18  between them.

19          And right now what we're looking at too is we're

20  looking at ones that are cherry picked to be as similar as

21  possible.  You know, we're actually going out of our way to

22  choose ones that are as close together as we can find.

23  Whereas, you know, if you were actually conducting a whole

24  scale comparison between the entire lines of both companies'

25  shoulder pads, you know, are we comparing this to this or are

1  we comparing this to this or, you know, how are we doing our

2  comparison.  So I think that if you went through it all, you

3  would reach the same conclusion that, yes, you know, they're

4  both shoulder pads, but I think they're different expressions

5  of that same standard.

6  Q   Now, taking a look back, because there are many pieces in

7  this product, could you tell us what your ultimate conclusion

8  was for product 126?

9  A   My ultimate conclusion for product 126 is that we have a

10  bunch of standards here.  We have this leg standard.  We have

11  the shoulder armor standard.  We have the curasis, you know,

12  we have the torso arm standard.  But we have the power pack

13  standard.  And once we acknowledge that, you know, these are

14  science fiction standards, once we acknowledge that, then we

15  are left with a host of differences between those two

16  individual sets of products that really make them different

17  expressions.

18  Q   Now, do you understand that there are other TRU-Scale

19  Knights Praetorius products at issue in this case, including

20  product 143?

21  A   Yes, I do.

22  Q   And do you have the same opinion for that product as

23  you've just described for 126?

24  A   Yes, I do.

25  Q   Now, we talked about how there are a number of shoulder

1  pads, and would you agree that these are something of a

2  generally ovular or ovoid shape?

3  A  Yes.

4  Q  Okay.  And you understand that there are some shoulder

5  pads at issue in this case that have a generally different

6  shape than ovular?

7  A  Yes.

8  Q  Okay.  Did you look at those as well?

9  A  Yes.

10 Q  Let's take a look at a comparison from PX 1021, which is

11 the claims chart, and this is for product 140, Heresy-Era

12 shoulder pads for Terminator Type C.  Did you do a comparison

13 of these two pieces or works here?

14 A  Sorry.  Excuse me for one second.

15 Q  Of course.

16 A  Okay.  Yes, I did compare Heresy-Era shoulder pads for

17 Terminators Type C.

18 Q  And could you describe what is on the slide right now?

19 A  On the slide, in the left-hand column is a Chapterhouse

20 Studios product, which is, you know, one of these little --

21 little shoulder pads, and in the right-hand column is a

22 drawing, I guess, from one of Games Workshop's publications.

23 Q  Did you identify any similarities between these two works?

24 A  You know, to tell you -- you know, the only real

25 resemblance to me is that they're both sort of alluding to the

1    armor of Rome.

2    Q    And when you looked at them, do you see any differences?

3    A    Pretty much all I see are differences.

4    Q    Do you understand that Mr. Merrett testified that he

5    believed these products were similar because they have two big

6    armor plates and hanging leather straps?

7    A    I don't even think that that's actually an accurate

8    characterization of what we're looking at.

9    Q    Could you describe what you believe is different between

10   these two?

11   A    Okay.  On the left-hand side figure here, it's obviously

12   not two metal plates.  We can see there are one, two, three

13   overlapping plates on the top portion of the armor and

14   presumably at least two, probably three or more overlapping

15   plates on the bottom part of the armor.

16            You can see in the Chapterhouse Studios product it

17   looks like it's been painted to be leather straps with little

18   iron rivets, you know, one at the top and one at the bottom of

19   each strap.  Whereas you can see on the Games Workshop

20   drawing, to me, and it looks like these are cloth -- these are

21   fabric straps with maybe little buckle endings, you can see on

22   the Games Workshop drawing that it's got elaborate decoration

23   ranging from this sort of central motif in a rosette to, you

24   know, what might be, I don't know, sort of like a golden sort

25   of detailing on the side there.  And that -- I mean, this is

1 also colored gold, but it's just, you know, plain rivets in

2 a -- in sort of banding as if it's almost structural.

3 You can see on the Games Workshop product that it's

4 got a very, very circular profile and then a scalloped edge.

5 So it's like a rounded edge here. Whereas over on the

6 Chapterhouse Studios it's very angular. It's almost like the

7 letter L here.

8 You can also see that these two plates in the Games

9 Workshop drawing are stacked one on top of each other almost

10 like the tiles in like a Spanish roof. Whereas here you can

11 see that the two plates are -- or two collections of plates

12 are very different shapes. So this bottom one in the

13 Chapterhouse Studios sticks out quite far. You know, it's got

14 a different profile edge than the top plate. To me these two

15 things don't resemble each other even superficially.

16 Q   Did you analyze any other products at issue in this case?

17 A   Yes, I did.

18 Q   Let's take a look at product 130, the magnetic turret kit

19 for Storm Raven. Could you describe what you see in this part

20 or the claims chart?

21 A   Okay. What I see in this part of the claims chart is on

22 the left-hand column there's a Chapterhouse Studios I guess we

23 don't call it a conversion kit. I guess we call it like a

24 turret kit for a Games Workshop vehicle. And I guess the

25 thing's called a Storm Raven. And you can see part of the

1    detail of the Storm Raven right here.

2          Now, when you build your Storm Raven, as I

3    understand, you've got this little piece here that's going to

4    be sort of fixed in position.  And some people, I guess, when

5    they have this toy, they want to customize it so they can have

6    more fun with it, so what they do is they get this add-on

7    part, and what it is, is it's kind of -- I think it's kind of

8    clever now that I know how it works.  It's got a little magnet

9    on the base here, so you can turn it and you can swap it in or

10   swap it off, and it's got a little turret.  And that turret

11   itself actually has these guns, but these guns also have

12   magnets, so you can change the guns on the turret.  So it's

13   kind of, I think, a lot -- I think -- if I played this stuff,

14   which I don't, but if I did, it would be the kind of thing I'd

15   be interested in getting.

16   Q   And so there are several different weapons in this kit

17   that Chapterhouse sells; is that right?

18   A   That's correct.

19   Q   Did you look at them individually?

20   A   Yes, I did.

21   Q   Taking a look at this slide, did you see any similarities

22   between the Chapterhouse and Games Workshop pieces here?

23   A   Yes, I did.

24   Q   And what were they?

25   A   The main similarity that I saw is they both contain

Grindley - direct

1   multi-barrelled weapons.

2   Q    And did you find that a common element?

3   A    Yes, indeed it is.

4   Q    Did you include any other works or images that would

5   express that?

6   A    Yes, I did.

7   Q    Taking a look at your third column now, which is from DX

8   298 and DX 346, could you describe what we're looking at here?

9   A    What you're looking at is actually real-life weapons.

10  These are real-life mini-guns, which are, you know, projectile

11  weapons with rotating barrels.  And you can see ones in

12  service up here, and you can see one down here from the movie

13  Predator that had Arnold Schwarzenegger and Billy D. Williams

14  in it and a bunch of cool people, and you can see the

15  character is using the mini-gun, you know, firing it from the

16  hip, like that would ever work.  The barrels are spinning, and

17  the projectiles are coming out.

18  Q    What is your purpose of including these images in your

19  chart?

20  A    I wanted to show that, you know, not only are, you know,

21  the idea of multiple-barreled weapons kind of a standard in

22  science fiction, they're a standard in real life.  And, again,

23  it's a case where science fiction borrows from the real world

24  in order to kind of populate its own standards.

25          And, indeed, you know, multi-barreled weapons have

1  been around since, you know, the mid-1800 with the first

2  hand-cranked Gatling guns.

3  Q   Now, did you include every instance that you could find in

4  history of a multi-barreled weapon in your chart?

5  A   No.  No.  I didn't.

6         And, again, I'm -- you know, maybe it's the wrong

7  thing; maybe it's the right thing.  I don't know.  I'm

8  assuming that sort of like people would know of the existence

9  of Gatling guns and be able to once, you know, shown one

10  example or two examples, be able to say, yeah, you know,

11  they're Gatling guns.  They've been around.

12  Q   What is the basis of your understanding personally?

13  A   My personal understanding is I that, you know, I saw

14  Predator at the theater when I was a kid because, you know, I

15  had a best friend whose parents were divorced, so every Friday

16  night we got to go out with divorced dad and see movies we

17  probably didn't need to see because we were too young to see

18  them, and those were some of the experiences that hooked me on

19  science fiction.  So when I see these things now, I recognize

20  what they are, and I've grown up watching all these films, and

21  I keep watching them today and teaching them today.

22  Q   So if you take a look now with that understanding at the

23  Chapterhouse and Games Workshop products, did you identify any

24  differences?

25  A   Yes, I did.

1   Q   What are they?

2   A   Okay.  There's a couple of really big ones that we'll get

3   to right off the bat.

4         Okay.  Number one, this product here, it doesn't

5   turn.  It's not an actual like -- I mean, it's a weapons

6   placement, but it's not like a spinning turret.  This one

7   here, it's a turning turret.

8         This one here, you can see there's like a little

9   cockpit, so there's a little dude in there who operates these

10  guns.  This one, it's, you know, robotically controlled, and

11  you can see there's some kind of sensor array there.  It's not

12  sculpted like a camera, so I don't think it's a camera.  I

13  think it's probably more like a sonar, you know, kind of

14  sensor array thing there for aiming.

15        You can also see that there's differences in the

16  armor around the weapons.  You can see that in the Games

17  Workshop product the entire upper and lower receiver of the

18  weapon, you know, the part where, if it were a projectile

19  weapon, where the projectiles would feed into and be ejected

20  from, is covered by an armored shrouding.  Whereas the armored

21  shrouding on the Chapterhouse Studios product, it's a lot

22  different, and it's got that scalloped sort of -- or not

23  scalloped.  It's got like an L-shaped edge there, and it

24  exposes part of the weapon's receiver there.

25  Q   Now, again I see that these images are taken from PX 1021.

1  And is that the claim chart that we're familiar with in this

2  case?

3  A  Yes, it is.

4  Q  And you personally reviewed all of the images in the claim

5  chart?

6  A  Yes, I did.

7  Q  Now, for -- we'll take this product, for instance.  Were

8  there multiple images in the claim chart for that product?

9  A  Yes, there were.

10 Q  But you haven't shown every single image in the claim

11 chart in your analysis here, right?

12 A  No.  No, I have not.

13 Q  But did you look at them yourself in your analysis?

14 A  Yes, I did.

15 Q  And do any of the other images in the claim chart change

16 your opinion in any way?

17 A  No, they don't.

18 Q  So what is your ultimate conclusion about this product

19 130, magnetic turret kit for Storm Raven, considering the

20 design elements you've discussed so far?

21 A  Considering the design elements that I've discussed so

22 far, my ultimate conclusion is that, you know, they're both

23 weapons placements for some sort of armored vehicle.  And

24 beyond that, they're just greatly different expressions of

25 that standard of, you know, a weapons placement.

1    And, you know, you think about like, you know, the

2    old World War II bombers with their little Plexiglass domes

3    with their guns or, you know, and the Millennium Falcon when

4    they're shooting down Thai Fighters, all their weapons

5    placements.  You know, all of these kind of vehicles all the

6    way up to modern tanks will have these -- or ships will have

7    these weapons placements, and they just differ in terms of how

8    they're expressed.

9    Q   Let's take a look at product No. 132, which is the open

10   fisted power claws.  Could you describe what you see in this

11   part of the claim chart?

12   A   Okay.  What I see in the left-hand column is a character's

13   arm for, you know, one of the little dudes that Games Workshop

14   makes.  And this arm, it's armored, and it's got a couple of

15   claws on it.  In the right-hand column I see another armored

16   arm for Games Workshop.  Only this one's made by Games

17   Workshop, and it too has sort of claws on it.

18   Q   Did you identify any similarities between these two

19   pieces?

20   A   Oh, yes, I did, a great number of them.

21   Q   Could you describe what they are?

22   A   Sure.

23       Okay.  First of all, these are both armored arms.

24   This part is pretty obvious.  They've both got cabling that

25   provides either hydraulic or electric or some kind of spacey

1  power to the claw apparatus.  You can also see they've both

2  got claws.  They've both got some sort of, you know, elbow

3  articulation.  And they've both got some sort of piston

4  because I guess these claws are really, really heavy, so

5  you've got to have some sort of mechanical hydraulic help to

6  try and raise and lower your arm.

7       So they do have, you know, these shared elements.

8  Q  And focusing first on power claws, did you find the

9  existence of power claws a standard element in science

10 fiction?

11 A  Claws are pretty common whether it's science fiction or

12 fantasy or whatnot.  There's a lot of things where you've got

13 claws.

14 Q  Did you bring any other examples of that?

15 A  Yes, I did.

16 Q  If we look at your third column, it has DX 353.  Could you

17 explain what that image is and why you included it in your

18 chart?

19 A  I'm assuming actually a lot of people are going to

20 recognize this.  This is our friend Wolverine from Marvel

21 Comics, and this is -- he's fighting The Hulk.  This is back

22 in the days when The Hulk actually fought against other cool

23 superheroes.  This is back in the 70s.

24 Q  And do you personally know why this was -- how do you know

25 that was from back in the 70s?

1   A   Because, unfortunately, I'm an old, old man, and at 47

2   years old, I actually was alive back in the 70s and reading,

3   sadly enough, comic books when I should have been reading, I

4   don't know, Shelley and Keats and, you know, Joyce and stuff

5   that would make me better as a human.

6   Q   Why did you include this image in your chart, doctor?

7   A   I just wanted to show that this idea of, you know, these

8   indestructible, adamantine claws, you know, was a staple in

9   this sort of literature.

10   Q   Now, aside from that, you mentioned a few details that you

11   also saw were similar between these products, right?

12   A   Yeah.

13   Q   And do you understand that Mr. Merrett has testified that

14   he believes the details of these products are similar?

15   A   Yes.

16   Q   And do you agree with Mr. Merrett?

17   A   I agree that some of the details may superficially appear

18   to be quite similar, and they're the ones that I outlined to

19   you. But I think there are an even greater number of

20   differences.

21   Q   Could you describe what those are?

22   A   Sure.

23       Let's start with the really obvious one. If we count

24   these claws, we can see that there are two. And if we count

25   these claws, we can see there're four.

1      We can see these claws are relatively short and they

2  extend out from the knuckles of the glove.  We can see here

3  the claws are really long and they extend out from the rear of

4  the back of the hand.

5      You can see that the hydraulic line here extends from

6  the shoulder cap to the sort of the midpoint of the hand and

7  then feeds around into the claws themselves.  On this one you

8  can see that the hydraulic or power or whatever it is line

9  goes from the elbow and feeds directly into the claw apparatus

10  in only one -- in one motion.

11      You can see also that here there's decoration again.

12  Games Workshop is really good with this level of detail that

13  they put on their products.  And you don't see that level of

14  detail here.  There's no little emblems or skulls or whatnot

15  that there are here.

16      You can see that there's a difference in elbow size.

17  I think this is a proportion problem with the Games Workshop

18  product.  Either that or the hand is supposed to be

19  considerably more massive than the hand in the Chapterhouse

20  Studios product.  Otherwise, I can't see any need for the

21  elbow sizes to be so disparate.

22      You can see there's minor differences in that

23  hydraulic piston, you know, that allow for the articulation of

24  the arm.  You know, here it's -- I think it's a little bit

25  longer, and it seems to have two really clear parts, so you

1  can see the piston going in.  Here it's a little bit more

2  rudimentary.

3       And you can see that the cutout is different.  It's a

4  little longer of a cutout in that shoulder cap.

5       And the shoulder cap itself also appears to be on a

6  different scale between these two parts.

7  Q   So with that understanding of the both similar and

8  different design elements you've mentioned, what is your

9  ultimate conclusion about product 132.

10 A   My ultimate conclusion is that they're -- you know,

11 they're both clawed armored arms, and in that, you know,

12 they're like a standard of science fiction and fantasy.  And

13 once you recognize they're a standard of science fiction and

14 fantasy, then you're left with all of these differences in

15 detail between the two.  And I think that makes them, like

16 I've been saying, different expressions of the same standard.

17 Q   Do you understand that there are -- there's another

18 accused product that is called closed fisted power claws

19 compatible with Games Workshop Space Marine model?

20 A   Yes, I do.

21 Q   And that's product 133?

22 A   Yes.

23 Q   Do you have the same opinion for product 133 as you do for

24 132?

25 A   Yes, I do.

1   Q   If we take a look at product 159, the Shrike conversion

2   kit for Tyranid Warrior model, I think the jury has heard a

3   little bit about what conversion kits are, but could you

4   explain one more time, please?

5   A   Okay.  One more time.  Hopefully, this will be the last

6   time I get to explain conversion kits, but what you have here

7   on your left-hand column is you have the body of a Games

8   Workshop figure, and it's the same body as is right here.  So

9   it's the same body, same tail, right there.  And what the

10  conversion kit is, it's these two wings, these two legs and a

11  head that comes in two pieces that you assemble.

12  Q   And --

13  A   And in the right-hand column you see the Games Workshop

14  product that you would buy in order to even use this

15  Chapterhouse Studios product.  This is the Games Workshop

16  product you'd buy in the form that you would assemble it if --

17  you know, right out of the box.

18  Q   And did you do a comparison between these two -- the

19  pieces in these two products?

20  A   Yes, I did.

21  Q   Did you see any similarities between the wings and talons

22  and heads that you mentioned?

23  A   Yes, I did.

24  Q   Could you describe what they are?

25  A   Yes.  Okay.  These are -- I mean, there's a number of ways

1  we can describe these things.  We can say that they're bat

2  wings; we can say that they're early bird wings; we can say

3  that they're -- you know, this is where I have to be overly

4  specific.  I want to say like flying dinosaur wings, but I

5  know that terradons aren't actually flying dinosaurs; they're

6  actually flying reptiles.  Technically they're not dino -- I

7  hate to do that level of specificity, but it's -- you know,

8  it's like they -- we'll call them dinosaurs.  So terradon

9  wings, anything with the sort of finger structure with a

10  membrane, you know, with little claws at the end.  We can also

11  see that they both got legs that end in talons, and they've

12  both, you know, got weird shaped heads.  This one it's kind of

13  like a squished in thing, and, you know, it's kind of like a

14  bonier kind of thing.  I mean, these are weird, weird looking

15  creatures.

16  Q    Did you consider any of those elements standard in science

17  fiction or other works?

18  A    Yes, I did.

19  Q    And did you do anything to confirm that belief?

20  A    Yeah.  I mean, I remember a lot of this stuff from a kid.

21  I remember when I was a little kid splurging a lot of money on

22  like a miniature dragon, you know, for my Dungeons and Dragon

23  days.  But, you know, I also thought, well, you know, maybe

24  the thing we should focus on would be, you know, these wings,

25  so I did some research, and I found a couple of images.

1  Q   And, now, taking a look at column number three, which is

2  DX 363, and that appears to be a miniature; is that correct?

3  A   Yes.

4  Q   But does that have any relation to the miniature you were

5  just discussing a second ago?

6  A   No, no, no.  I had like a long dragon, and I painted him

7  red, and he had like the folding wings.  He looked like Smaug,

8  I guess.  This one doesn't look like that.  But they still

9  have the same dragon bat wing things that we all --

10 Q   Why did you include this image in your chart?

11 A   I just wanted to show the, you know, strangely shaped

12 head, you know, with the bony protuberances.  I wanted to show

13 the bat wings, and I wanted to show, you know, legs with these

14 taloned claws on them.

15 Q   And those design elements you just mentioned, do you see

16 those in each of the columns here?

17 A   Yes, I do.

18 Q   Did you bring any other works to put in column three here?

19 A   Yes, I did.

20 Q   Looking at what is taken from DX 276, could you describe

21 what that top image is?

22 A   Yeah.  It's a little on the rude side, but it's an

23 illustration by H.R. Giger, and it's one of the inspiration

24 drawings that Ridley Scott saw before embarking on his film

25 Alien.  And you can see that although it's not, you know, a

1   sort of a flying dragon, it still shares some of the design

2   features and, you know, the strange shaped head that in this

3   case is both squashed and elongated.  You can see like the

4   modeling that's -- and in the Games Workshop original it's got

5   this kind of skeletal structure to it.  It's got this weird

6   other worldly kind of look that is common in all of these

7   figures.

8   Q   Do you know when the Giger image that you've put there was

9   made -- created?

10  A   Well, if Alien came out in 1979, it means Alien was made

11  prior to '79.  I believe that this particular book came out in

12  '76, I'm thinking.  I actually remember owning a copy of it,

13  but that was after '76, but I believe that it came out in

14  about '76.

15  Q   But you've seen this image before?

16  A   Oh, yeah.  I used to own this book when I was much

17  younger.

18  Q   And you see a cover of a book below that.  Could you

19  explain where you got that from?

20  A   That book was found in the reference library for Games

21  Workshop.

22  Q   And, now, doctor, you're not saying that the Games

23  Workshop designer who created the middle column looked at that

24  book while designing it; is that right?

25  A   I am absolutely not saying that.

1  Q   Did you bring any other works with you?

2  A   Yes, I did.

3  Q   Could you describe what's in column three, DX 362?

4  A   This is one of my favorites actually.  And I taught it --

5  I'm actually teaching it right now as we speak, although I'm

6  not really because I'm in court and not in New York.  But what

7  you see on the top there is you see Satan from John Milton's

8  book of Paradise Lost, and he's fallen from heaven, and he's

9  no longer Lucifer, the beautiful angel.  He's lost his

10  feathers there, and now he's got these wretched bat wings.  He

11  still looks kind of handsome and heroic.  You know, he hasn't

12  sort, you know, sort of changed and transmuted into the

13  horrible creature he is towards the end of Paradise Lost.

14          And what this is, it's a steel engraving from the

15  19th century by this artist named Gustaf Dore, who's also

16  known for illustrating the Bible and for illustrating Don

17  Quixote and for my favorite, Dante's Divine Comedy.

18  Q   Now, what is the design element that you were trying to

19  show an example of through the Dore image here?

20  A   Cool, evil bat wings.

21  Q   And could you explain why there is a cover of a book on

22  the bottom right column?

23  A   Yeah.  That's actually -- it's not an edition of Paradise

24  Lost.  It's merely Dore's illustrations for it sort of

25  published separately.

1    Q    Now, with your understanding of the design elements that
2    you've described so far, what do you see when you compare the
3    Games Workshop and Chapterhouse pieces at issue in this
4    product?
5    A    Well, once I'd, you know, gotten over the talons and the
6    bat wings and the weird shaped heads -- and, of course, you
7    know, we have to remember these two bodies are exactly the
8    same because they're both Games Workshop products.  Once we
9    get over the kind of standard shared features, then we can
10   look at the differences between -- between these two -- these
11   two designs.
12   Q    What differences do you see?
13   A    Okay.  Well, let's do a couple of really obvious ones
14   first.
15         Okay.  Can you see this sort of thing right here?
16   This sort of thing right here isn't a feature of the wing.
17   It's actually the rear claw of this creature's leg.  All
18   right.  So there's the thigh.  There's the shin.  And it's got
19   these -- this massive backwards facing claw and then a smaller
20   claw here.  If you look at the Chapterhouse Studios part, you
21   can see, and this is kind of weird, the anatomy is
22   substantially different in that there's a thigh, there's a
23   shin, and then there's like another shin and then there's a
24   foot, and it ends in three equally sized claws.
25         You can also see a difference in the wing design.

1    You can see that in the Games Workshop wing there's a membrane

2    for that thumb finger.  There's no membrane in the

3    Chapterhouse Studios one for that thumb finger.  You can see

4    there's a different level of tautness and of scalloping of the

5    modeling for the actual membrane between the wing fingers.

6    You can see that.  You can also see that that bottom membrane

7    stretches considerably further down than it does in the

8    Chapterhouse Studios product.  You can also see, although it's

9    kind of difficult from this angle, you can see the head is

10   modeled a lot differently between the two.

11   Q    Dr. Grindley, why do you think it's necessary to analyze

12   that in the kind of level of detail you just described there?

13   A    I think it's necessary because once we rule out -- or not

14   rule out.  Once we acknowledge that, you know, bat wings are

15   bat wings and clawed legs are clawed legs, I think once we

16   acknowledge that, then all we're really left with are these

17   differences.

18         And actually, you know, when I look at this, I think,

19   you know, it would be kind of cool to have -- you know, buy

20   two of the Games Workshop ones and then get the parts because

21   it looks like they're like totally separate animals.

22   Q    Take a look at product 134, which is the Pilum Imperial

23   attack jetbike from the claims chart.  Could you describe what

24   we're looking at in this slide?

25   A    Yeah.  What we looking at in the left-hand column is we're

1  looking at -- this is one of these combination parts where --

2  I think this was described earlier, that the legs and the arms

3  and the bike are made by Chapterhouse, and the little torso

4  and the head are made by Games Workshop, and this is -- you

5  know, so this is their jetbike.  And then, you know, here's an

6  equivalent jetbike product from Games Workshop, and it's got a

7  little guy on it, and he's also on his bike.

8  Q   Did you identify any similarities between these two

9  products when you analyzed them?

10  A   Well, I mean, they're both jetbikes, and they both got --

11  they both have a single seat, and they both got a guy on them,

12  and they both have what appears to be built-in weaponry on

13  them.

14  Q   Did you identify any differences between them?

15  A   Yes, I did.

16  Q   Could you describe those?

17  A   Sure.

18      Let's start off with the obvious.  This one has

19  wheels.  This one there's no wheels.  That's an obvious one.

20      Another obvious one is you can see the weapons in

21  this particular one.  You can see them right here, and then

22  you can kind of see it right here.  They're front mounted.

23  Whereas the weapons right here are rear mounted.  You can see

24  them right there at the back of the bike.

25      You can also see that in the Games Workshop product

1  there's no stabilizing fin in the back.  Whereas on the

2  Chapterhouse Studios one there is a fin right here.

3  You can see also that, you know, this particular one

4  has, you know, I can't remember how it was described earlier,

5  but, you know, that was the artist talking.  To me, as someone

6  who looks at art, to me this looks more like a cow catcher

7  from a steam locomotive, you know, and this one has the front

8  wheel.

9  I was kind of reassured earlier to hear that, you

10  know, the Honda V-1000 was a possible inspiration because I

11  was going to say that in that you can see the gas tank here,

12  and then you can actually see that flat, you know, split six

13  that's on those big V-1000s made by Honda.

14  You can see that the stance of the rider is a little

15  bit different.  This one it's kind of sitting up and begging

16  like an American highway cruiser.  Whereas this one it's more

17  like a cafe kind of style where his legs are leaning backwards

18  and he's sort of grabbing flat bars.

19  I think there's a number of important differences

20  between these two things, and, you know, yeah, they're both

21  jetbikes, but I think they're completely different versions of

22  the jetbike.

23  Q   Do you understand Games Workshop has listed another of its

24  works in the claims chart for this item?

25  A   Yes, I do.

1  Q   If we take a look at that, could you describe whether you

2  see any similarities between the two of these products?

3  A   Yeah.  Again, they're both jetbikes.

4  Q   And is that about it?

5  A   That's really about it.  And I'll tell you why.

6      We've heard a lot about this grille thing.  And to

7  me, I -- you know, it's just not visually -- to me this isn't

8  visually anything to do with any kind of Cadillac thing.  To

9  me this is this cow catcher kind of device from a steam train

10 or maybe even what the artist said, maybe like an attack prow

11 from a Greek ship or something.  To me it's a cow catcher.

12     Whereas if you look at the drawing made by Games

13 Workshop, it's got that sort of nose forward shape that we all

14 love from BMWs.  So it's kind of like leaning forward.  And,

15 you know, I think to me that's an iconic BMW appearance.

16     You can see on the drawing that there's a hood

17 ornament, and it's, you know, this, I guess this imperial

18 eagle or whatever.  And here there isn't one.

19     You can also see that -- when you're thinking about

20 motorcycles, one of the terms you use is a nacelle.  And a

21 nacelle is, nowadays it's either plastic or fiberglass, and

22 it's kind of aerodynamic shrouding that goes over a

23 motorcycle.  Most frequently you'll see this in, you know,

24 Japanese motorcycles you'll see them or, you know, Italian

25 motorcycles with this nacelle covering the engine.  And in

1  this one you do.  You've got this nacelle covering the motor.

2  Here the motor and the gas tank are exposed.

3          Here you can also see that there's upward facing

4  almost I think like a manifold kind of thing, although I don't

5  think it's going towards the exhaust of the rear.  It seems to

6  be some kind of decoration.

7          So to me even these two things that don't have

8  wheels -- you know, let's get that clear, this doesn't have

9  wheels.  This doesn't have wheels either.  They are both

10  floating jetbikes.  But even then they are still these, you

11  know, different expressions of the jetbike.

12  Q  And is that your ultimate conclusion on product 134?

13  A  That is my ultimate conclusion.  They're both jetbikes,

14  but they're different jetbikes.

15  Q  If we could take a look at product 144, the Werecroc,

16  could you describe what is in this slide?

17  A  Okay.  In the left-hand column we have an Angry Lizardman

18  holding a weapon, and he's made by Chapterhouse Studios.  And

19  in the right-hand column we have another Angry Lizardman, and

20  he's holding a weapon, and he's made by Games Workshop.

21  Q  Did you see any similarities between these two products?

22  A  Yes, I did.

23  Q  Could you describe those?

24  A  Yeah.  They're both Angry Lizardmen.  And these are -- you

25  know, again, this is a standard that we know and love from

1   Star Trek when Captain Kirk fights the Gorn all the way to my

2   misspent youth rolling 20-sided dice fighting Lizardmen.

3   Q   And did you identify other works that have that

4   similarity?

5   A   Yes, I did.

6   Q   And did you bring them with you?

7   A   Yes, I did.

8   Q   Taking a look at what's in your third column from DX 367

9   and DX 327, could you describe what these images are?

10  A   Yes.  These are images from Empire of the Petal Throne,

11  which is a game.  It's a role-playing game from the 1970s.

12  And you can see that in their little world they also have

13  Lizardmen.

14  Q   Why did you include this image in your chart?

15  A   I just wanted to -- you know, if we don't remember Captain

16  Kirk or if we don't remember playing Dungeons and Dragons, you

17  know, we recognize that Lizardmen are out there.

18  Q   And are these with Lizardmen also holding weapons?

19  A   They're also holding weapons.

20  Q   With that understanding of that element, what do you see

21  when you compare the Chapterhouse Studios and Games Workshop

22  products here?

23  A   What I see are two really different expressions of the

24  Lizardmen ideal.  And I think, you know, Lizardmen there's

25  room for all kinds of Lizardmen in the world, and I'd love to

Grindley - direct

1  go over the differences between these two.

2  Q   Okay.  Go ahead.

3  A   Okay.  So the Chapterhouse Studios Lizardman, if you look

4  at the shape of his head there, it's not really like a lizardy

5  kind of shape.  It's more a snake kind of shape.  And

6  actually -- you know, I've had some pet snakes, and one of the

7  kinds that I had is I had a boa -- not a boa.  I had a -- I

8  only know the Latin name, python regius, a bald python.  He's

9  a basal snake.  He's a primitive snake.  And he has a head

10  shape very much like that.  Whereas if you look at the Games

11  Workshop product, it's not only more of a crocodilian head,

12  it's also got horns on the front.  So you can see the horns

13  there.

14          And I say crocodilian because of the sort of length

15  of the snout, the design of the snout, and also the fact that

16  these teeth jut out of the jaw and kind of overlap each other.

17  You know, so if you've been to the zoo lately and you've seen

18  cayman or alligators or crocodiles, you know, you've seen this

19  kind of tooth arrangement.

20          When you look at these guys, they also have some

21  other differences too.  If you look at their sort of belly

22  scales, these ones are much more elongated belly scales.

23  These ones are much more sort of like sort of rounded squares

24  on him.

25          This dude here, he's got like a really smooth tail,

1  kind of like a snake tail really.  Whereas this guy here, he's

2  got a little sort of like bumps on his tail like an alligator

3  or a crocodile does and that also kind of run down his back.

4       So he's modeled in a different way almost like he's a

5  different kind of reptile man than this guy's origins, like

6  they evolve from -- you know, one guy evolved from snakes or

7  one guy evolved from crocodiles.

8       You can also see how the head attaches to the anatomy

9  of the shoulders.  This guy's shoulders are way up here,

10 right, so his head is hanging down.  Whereas this guy, his

11 head is more in like a human aspect.

12      You know, so once you acknowledge that, yeah, they're

13 both Lizardmen, I think there's a lot of differences between

14 the two.

15 Q   And so what is your ultimate conclusion about product 144?

16 A   My ultimate conclusion is that, you know, yeah, they're

17 Lizardmen, but they're different expressions of that Lizardman

18 ideal.

19 Q   If we take a look at product 160, the Dark Elf Torturess,

20 could you describe what is on this slide?

21 A   Okay.  On the left-hand side you see a Chapterhouse

22 Studios figure of this Dark -- Dark -- Dark Elf Torturess.

23      I think they should try and make products that are

24 easier to say when you're trying to get words out.

25      Dark Elf Torturess here, this is what we've got right

Grindley - direct

1  here, and then in the right-hand column you've got a product

2  by Games Workshop.

3  Q    Did you identify any similarities between these two

4  products?

5  A    Yes, I did.

6  Q    What did you see?

7  A    Well, what I saw was I saw -- and, again, I'm going to

8  have to use some minor pop culture terms.  Both characters

9  look kind of Gothy in their own weird way.  I mean, this is

10  Chicago, right.  This is the city of the Smashing Pumpkins.

11  So if you've seen Billy Corgan, you've kind of seen these

12  things with the long black cloaks.  You can see, you know,

13  there's the pale aspect to the skin even though that's painted

14  and you could paint it, theoretically, any color.  You can see

15  that it's floating and barefooted there.  And it's got

16  multiple arms.  This one's got multiple arms.  This one's got

17  multiple arms.

18  Q    Now, these Gothy design features that you mentioned, did

19  you find -- did you consider those common when you first did

20  your comparison?

21  A    Oh, yeah.

22  Q    And did you do anything to confirm that belief?

23  A    Yes, I did.

24  Q    And did you include any images in your chart to express

25  that?

1    A   Yes, I did.

2    Q   Could you tell us now what's in column three from DX 332?

3    A   In column three we have an illustration of the goddess

4    Kali.

5    Q   And why did you include this in your chart?

6    A   I included Kali because, you know, she's kind of neat, and

7    she's got multiple arms, and she's, you know, this goddess of

8    death, and she's holding a severed human head, and she's

9    looking, although in a Hindu context, she's looking kind of

10    Gothy to me.

11    Q   And did you include any other images in your chart?

12    A   Yes, I did.

13    Q   Could you describe what's now in column three from DX 330?

14    A   This is an illustration by Gerald Brom.  And this

15    particular one shows you a multi-arm figure.  It's kind of

16    hard to tell from this distance, but it's a floating figure

17    with its feet together, although they're not bare.  You can

18    see that it's got this pallid kind of Goth look to it.  And

19    you can see the arms, although they're not holding weapons,

20    they're -- well, they're holding some weapons.  There's knives

21    here.  They're holding different objects.

22    Q   And those design elements you just described in this

23    picture in column three, do you also see those in columns one

24    and two?

25    A   Yes, I do.

Grindley - direct

1    Q    Let's take a look at what's in your third column now from

2    DX 364.  Could you describe this and why you put it in there?

3    A    This is another illustration by Gerald Brom, and it shows,

4    you know, this kind of Gothic-looking character with the, you

5    know, pale-looking skin, you know, scantily clothed.  Kind of

6    impractical if you're going to be doing any torturing, which I

7    assume she's going to be doing because she's got this syringe

8    apparatus on her glove there.

9            And we've seen these syringe hand things everywhere,

10   even in one of the Freddy Krueger movies.  Instead of having

11   claws, Freddy had like syringes on his hand.

12           You can see the character's floating.  She's got her

13   feet together although they're -- they're not bare.

14   Q    And do each of the Chapterhouse and Games Workshop

15   products have the features you just described?

16   A    Yeah.  I mean, they've also both each got syringes, I

17   believe.

18   Q    Now, looking at what's in column three now from DX 371,

19   what is that from?

20   A    That's a book cover by Gerald Brom, and that was actually

21   in the reference library of Games Workshop.

22   Q    Do you know if any Games Workshop designers looked at that

23   book before designing that product?

24   A    I have no idea whether they looked at it or whether they

25   didn't look at it or whether anyone ever opened it in their

1  business.

2  Q   Now, with an understanding of the design --

3        Well, first I'm going to ask are those products that

4  we just looked at in column three, are those all the images

5  you identified when you were doing your research?

6  A   No.  I mean, I know people who actually -- I mean, I've

7  actually owned a couple of pair of PVC pants myself when I was

8  younger and much, much thinner.  And it's a horrible thing to

9  say, I've been to a Goth club or two.  I haven't seen people

10  with multiple arms, but I've certainly seen people, you know,

11  dressed pretty much like this.  And it is a standard in art.

12  I mean, the Hell Raiser movies and even Cabin in the Woods,

13  you know, had its own little Goth torture dude in there.

14  Q   But you haven't offered a precise number as to what

15  percentage of works there are out there where you can find

16  those design elements; is that right?

17  A   No, I haven't.  And this is one of the situations where I

18  kind of expect it to be a familiar image to just about

19  everybody.

20  Q   Now, when you look at the Chapterhouse and Games Workshop

21  products with that understanding of the elements you just

22  described, what do you see?

23  A   What I see now, once I kind of separate those standard

24  images of Goth stuff, are a number of differences between

25  these two individual expressions of, you know, Goth torture

1  creatures.

2  Q  And what do you see?

3  A  Okay.  Well, let's start off with the obvious one.  Let's

4  count arms.  Okay.  One, two, three, four arms.  One, two,

5  three, four, five arms.  So we have a different number of arms

6  between these two creatures.

7         Another one, this one, female, this one not quite so

8  female.

9         This one kind of attractive in her own little kind of

10  -- kind of tortury way.  This one not so much.  A face only a

11  mother could love.

12         This one, she's wearing almost like a cloak and then

13  a bustier.  Whereas this guy is wearing like a long jacket

14  that's just kind of open.

15         This one the arms are articulated in a slightly

16  different pattern, to me kind of reminiscent -- well, both of

17  them really reminiscent of, you know, John Carpenter's Thing

18  for some of the creatures when it sprouts multiple arms.

19         You know, they have slightly different items in each

20  of their hands.

21         You know, yes, they're both floating Goth creatures,

22  but I think there's, you know, a lot of differences between

23  the two.  To me, you know, female versus male, number of arms.

24  I think there's enough substantial differences where we could

25  say, yeah, they're just different expressions of this Gothic

Grindley - direct

1    torture monster standard.

2            THE COURT:  We're going to stop for a moment right

3    there, and then we'll resume in about ten minutes.

4            All rise.  The jurors can come with me.

5            (Recess taken.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1      (Jury entered the courtroom.)

2           THE COURT:  Okay.  You can all have a seat.

3           And, Mr. Cooper, you can proceed.

4           MR. COOPER:  Thank you.

5  BY MR. COOPER:

6  Q.   Dr. Grindley, we've discussed a number of specific

7  Chapterhouse products that Games Workshop alleges are

8  infringing in this case and their corresponding Chapterhouse

9  accused products.  But do you understand from the testimony

10 of Games Workshop employees whether Games Workshop has made

11 any other more general allegations in this case?

12 A.   Yes, I understand they have.

13 Q.   What do you consider?

14 A.   I think they've claimed a kind of look and feel for

15 their whole universe.

16 Q.   And did you address that claim?

17 A.   Yes.

18 Q.   What did you conclude?

19 A.   I concluded what I concluded about each individual

20 claim, and that's that, you know, like I explained earlier,

21 you've got a smorgasbord of different choices you can make

22 for, you know, your science fiction or fantasy universe, and

23 different people are going to have different expressions of

24 it.  And, for me, the Games Workshop one is a predictable

25 group of choices for creating a science fiction and fantasy

1    universe.

2              MR. COOPER:  Thank you very much for your time

3    today, Dr. Grindley.

4              I have no further questions.

5              THE COURT:  All right.  Cross.

6                        CROSS EXAMINATION

7    BY MR. KEENER:

8    Q.   Good afternoon.

9    A.   Good afternoon.

10   Q.   I want to first talk a little bit about your background,

11   okay?

12   A.   Sure.

13   Q.   Now, you're not an expert in miniature war gaming,

14   right?

15   A.   No, I'm not.

16   Q.   You're not an expert in miniatures in any way, right?

17   A.   No.

18   Q.   In fact, your only experience with miniatures before

19   this case was over 30 years ago, when you played Dungeons &

20   Dragons for a year or two when you were 12 years old?

21   A.   Yeah.  Now it's, I think, 34 years.  And I also played

22   Traveller.

23   Q.   So prior to this case you have had no experience with

24   Warhammer or Warhammer 40K whatsoever?

25   A.   No, none whatsoever.

1    Q.   All right.  So you're not offering any opinions on what

2    would be standard or essential in designing miniatures,

3    right?

4    A.   Correct.

5    Q.   Standard or essential in designing a futuristic table

6    top war game?

7    A.   Correct.

8    Q.   You're talking about generally just the field of science

9    fiction, right?

10   A.   Yes, I am.

11   Q.   I want to see what else you're not expressing opinions

12   on.

13              Now, you only came into this case -- it's been

14   going on for five years -- relatively recently, in 2012,

15   right?

16   A.   Yes.  I believe it's December 2012.

17   Q.   So you've only been experiencing this for six months or

18   so.  And that was because Chapterhouse had released some new

19   products on its website since the case started, and you came

20   in only to address that subset of new products, right?

21   A.   I actually have no idea.

22   Q.   You have no idea?  Okay.

23              You -- to perform your analysis you were given a

24   claim chart, right?

25   A.   That's correct.

1    Q.   And, if you recall, that claim chart started with
2    product 124 or so?
3    A.   I get it.  I remember.  Because it says new claims
4    chart.  And I guess it's what the "new" means.
5    Q.   But the number -- it started with about 124, 125,
6    somewhere around that number?
7    A.   Yeah.  At the time I didn't understand it.  I thought it
8    was just like some legal numbering thing.
9    Q.   But -- I know you haven't been sitting in court all last
10   week, right?
11   A.   No, I have not.
12   Q.   But you have been receiving and reading the transcript
13   of everything that's been going on?
14   A.   I read the first day transcript and I think I read -- I
15   mean, some of the transcript of Mr. Merrett.
16   Q.   Okay.  So from that you have an understanding that
17   there's two claim charts, one covering products 100 to 125
18   and the second covering products 126 to about 160?
19   A.   I have to confess that I kind of skimmed it.
20   Q.   Okay.  But you understand -- why don't we pull up
21   Plaintiff's Exhibit 1020.
22          This is the claim chart for the first set of
23   products.  This looks utterly foreign to you, right?
24   A.   I have never seen this.
25   Q.   So if we flip through slowly, every single product in

1  here you have never seen and have not analyzed?

2  A.   Well, I don't know yet because we haven't flipped

3  through them all.

4  Q.   But so far this chart looks utterly unfamiliar to you,

5  right?

6  A.   So far, yes.

7         THE COURT:  Before we get -- since we're on Item 5,

8  it's five out of how many?

9         MR. KEENER:  This is out of 125.

10         THE COURT:  Okay.  So can there be a stipulation

11  that he hasn't evaluated the rest of the ones in this claim

12  chart?

13         MR. COOPER:  Yes.

14         THE COURT:  Okay.

15         MR. KEENER:  Thank you, your Honor.

16  BY MR. KEENER:

17  Q.   So let's turn to the second claim chart, Plaintiff's

18  Exhibit 1021.  This one looks more familiar, right?

19  A.   It does.

20  Q.   So you've analyzed the products in this chart and this

21  chart alone?

22  A.   Yes.

23  Q.   Okay.  And even in this chart there are products for

24  which you didn't express any opinion on during your direct

25  testimony today, right?

1    A.    Yes.

2    Q.    So, for example, turning to Page 3, product 129, the

3    Iconoclast conversion kit for Space Marine Landraider, you

4    did not express a single opinion on that product in your

5    direct testimony, correct?

6    A.    Correct.

7    Q.    Page 54, the Hammer of Dorn pad, again, product in the

8    second chart, you didn't express a single opinion on this in

9    your entire testimony, correct?

10   A.    Correct.

11   Q.    And again, on Page 59, product 153, the Scythes of the

12   Emporer pad, again, you didn't express a single opinion on

13   this product today, correct?

14   A.    Correct.

15   Q.    And since they're not in this chart, you're not

16   expressing any opinion on things like the Eldar?  Do you even

17   know what that is?

18   A.    I know what it is in Tolkien.  It's the plural of Eldi.

19   Q.    In the Warhammer 40K, the products called Eldar, you're

20   not expressing any opinion on those?

21   A.    I don't think so, no.

22   Q.    Or the products called Tyranids?

23   A.    Wait.  Didn't I express an opinion on the Tyranid

24   conversion --

25   Q.    The Shrike.  Well, let's be more specific --

1    A.    That's a Tyranid thing, isn't it?

2    Q.    The other Tyranid products in this case, the Tervigon or

3    the mycetic spore?

4    A.    Yeah.  Never heard of them.

5    Q.    Okay.  And then all of these shoulder pads they've heard

6    about all last week, with all these unusual designs and icons

7    on them, you haven't expressed any opinions on any of those,

8    right?

9    A.    Correct.

10   Q.    And you understand this case involves both copyright and

11   trademark issues, right?

12   A.    No, I don't.

13   Q.    You don't understand that from the portion of the

14   transcript you read on the first day or two of the case?

15   A.    I'm not a legal expert and it's not my role here to have

16   legal opinions and -- to be frank, I still don't understand

17   what's meant between copyright or trademark.  I just don't

18   understand it.  I'm just here to just show things in sci-fi

19   and fantasy and history and try and be helpful.

20   Q.    All right.  But you're not making any opinion on Games

21   Workshop's or Chapterhouse's use of any various terms or

22   terminology, right?

23   A.    Well, I can say things are -- you know, that I've heard

24   before, like Space Marines or, you know, Eldars and things

25   like that, but I'm not making like a legal opinion on it.

1    Q.   You're not making any opinion about term -- various

2    terms or terminology used by either party, right?

3    A.   I think so, yeah -- or no -- I don't know.

4    Q.   Well, why don't I just ask you about --

5    A.   Why don't you rephrase the question?  Sorry.

6    Q.   I've had a chance to talk to you before today, right,

7    when I deposed you once or twice?

8    A.   That's why I'm confused, because we got into like cross

9    purposes over what was like copyright or what was creative or

10   --

11   Q.   Sure.

12   A.   -- and I think we just confused each other.

13   Q.   In your binder there's a copy of your transcripts.

14   A.   Sure.

15   Q.   Now, the deposition, it was a formal situation, right,

16   where I was able to ask you questions?

17   A.   Yeah.  We did it twice, actually.

18   Q.   And there was a court reporter there taking down all the

19   questions and answers?

20   A.   That's right.

21   Q.   And before you gave testimony they swore you in to tell

22   the truth and all that, just like here today?

23   A.   Absolutely.

24   Q.   Okay.  Let's take a look at your first transcript.

25   A.   Sure.

1    Q.   If you would turn to Page 171.  The bottom of 171,

2    starting at Line 122, I asked you:  (Reading:)

3         So you're not making any opinion anywhere about the use

4    of various terms or terminology, correct?

5    A.   I --

6    Q.   Do you see where I asked you that?

7    A.   You're making me do a horrible thing here and it's

8    putting on my glasses and revealing that I'm wearing

9    bifocals.

10        Bottom of Page 171, you say?

11   Q.   Bottom of Page 171, starting at Line 22.  Is it correct

12   that I asked you:  (Reading:)

13        So you're not making any opinion anywhere about the use

14   of various terms or terminology, correct?

15   A.   No, I'm not, nor do I know anything about trademark law.

16   Q.   Okay.  Now, in your direct testimony I was surprised

17   because you said that to me earlier, and now you start

18   talking about the term Space Marine and Heinlein.

19        Now, my question is:  You agree that in Starship

20   Troopers the word space marine doesn't appear anywhere?

21   A.   It does not, no.

22   Q.   And you have not shown this jury any evidence, the

23   actual book or a quotation from a book, of it appearing in

24   any other Heinlein book, right?

25   A.   I've just said it in passing.  I thought it was just

1    common knowledge.

2    Q.   Now, you're not offering any opinion on how Games

3    Workshop created any of its works, right?

4    A.   Absolutely not.  I cannot look into the creative minds

5    of other people.

6    Q.   And you're not offering any opinion on whether any of

7    Games Workshop's works or any elements of those works were

8    derived from anything prior existing?

9    A.   Correct, I'm not doing that.

10   Q.   And you're not offering any opinion today on whether

11   Games Workshop's designs depart from or fail to depart from

12   any prior existing works?

13   A.   Correct.

14        Wait.  Was that a correct or incorrect answer or

15   yes or no answer?

16   Q.   Correct is fine.

17   A.   Okay.  Correct is good.

18   Q.   And you haven't offered any opinion on whether any of

19   the Chapterhouse designers copied the Games Workshop designs

20   in creating their works?

21   A.   No, I have not.

22   Q.   Now, you agree, using your buffet analogy, that the

23   Games Workshop designers made a number of design choices in

24   creating each of the products at issue in this case, right?

25   A.   Correct.

1   Q.   And you're not forming any expert opinion that the

2   combination of design elements that Games Workshop chose is

3   the same combination of design elements that you found in any

4   of these prior works, right?

5   A.   Correct.

6   Q.   And again, with all these prior images you saw, you're

7   not offering any opinion that even Chapterhouse looked at or

8   had knowledge of or used any of those works in creating their

9   products?

10  A.   Correct.

11  Q.   And you're not offering any opinion on whether any of

12  Games Workshop's designs are original, right?

13  A.   Correct.

14  Q.   You're not offering any opinion on whether any element

15  or any combination of elements in any of Games Workshop's

16  products is an original combination?

17  A.   Correct.

18  Q.   Let's talk about what is one of your opinions.

19       I believe it's your opinion that in all the Games

20  Workshop products you looked at, you didn't find a single

21  combination of features in any of the Games Workshop products

22  that you thought was not already a combination present

23  somewhere in science fiction?

24  A.   I think that's not quite what I said.  I can explain it

25  again if you want.

1    Q.   Do you believe that Games Workshop's products contain

2    combinations of features that are not present in science

3    fiction?

4    A.   Um, I hate to do this, but since they are in science

5    fiction, then, yes, they are in science fiction because

6    that's what they are.  They're science fiction.

7         So they are present in science fiction.  So, yeah.

8    Q.   Excluding --

9    A.   Excluding themselves --

10   Q.   -- themselves --

11   A.   Excluding themselves, I think the answer is no or is the

12   answer yes?

13        I'm trying to say that when I think that Games

14   Workshop has created, you know, one of the little dudes

15   that -- you know, they have created one of their little

16   dudes, they've made their own expression of that thing, you

17   know, they're doing something to themselves there.

18   Q.   So they made their own unique combination of features?

19   A.   Yes, they have.

20   Q.   Now, let's talk about the methodology and how you came

21   to the opinions you gave today.

22        Now, you formed your opinions without ever looking

23   at the Chapterhouse website, right?

24   A.   That's correct.

25   Q.   You formed your opinions without ever looking at the

1  Games Workshop website?

2  A.   Correct.

3  Q.   And you formed your opinions without handling and

4  looking at any of the Chapterhouse products at issue in this

5  case?

6  A.   Correct.

7  Q.   You couldn't pick them up and look at them from

8  different angles and turn them around?

9  A.   Correct.

10  Q.   And you formed your opinions without looking at any of

11  the Games Workshop products, physical products at issue in

12  this case?

13  A.   Correct.

14  Q.   You couldn't pick them up and turn them around and look

15  at them?

16  A.   Correct.

17  Q.   The only thing you ever looked at was the chart?

18  A.   The chart that Games Workshop provided, yes.

19  Q.   Are you aware that Games Workshop also provided

20  Chapterhouse thousands and thousands of detailed pictures of

21  its models from all different angles and physical samples as

22  well?

23  A.   No, I'm not.

24  Q.   Are you aware that Chapterhouse likewise provided to

25  Games Workshop thousand of pictures of all of its products

1  and actual physical samples of every product at issue in this

2  case?

3  A.   I actually saw the physical things for the first time in

4  my life the other day.

5  Q.   And you didn't think you needed to look at any of that

6  to form your opinions today?

7  A.   No.  The pictures were self-evident.

8  Q.   Now, let's talk about the various images you showed the

9  jury.

10          Now, you agree that the images you showed, except

11  for some error with your CD player, were the best images you

12  could find to support your opinion?

13  A.   Not the best images, just the most expedient ones.

14  Q.   But you tried to give the jury the best representative

15  pictures you could give?

16  A.   Not necessarily the best representative pictures I could

17  get.  The most expedient representative pictures I could get,

18  ones that were, you know, a good, stable expression of that

19  kind of standard.  And some of them were favorites.  You

20  know, like the Alien one, it's a favorite of mine.  Maybe

21  there's better ones.  I happen to like that one.

22  Q.   So your methodology was you looked at seven, 800 images

23  from the science fiction Traveller books?

24  A.   Yeah, yeah, I did.  That took a long time.

25  Q.   You looked at over 50 years of color illustrations from

1   50 different science fiction magazines containing thousands

2   of images?

3   A.   Yep.

4   Q.   You looked at over a hundred different book covers from

5   Robert Heinlein from the 1950s to the present across all the

6   translations?

7   A.   Yep -- sorry.  Yes.  I don't mean to say "yep."

8   Q.   You went to the Museum of Art and looked at hundreds of

9   different styles and shapes of armor on display?

10  A.   Yes, I did.

11  Q.   You looked at hundreds, if not thousands, of images on

12  the internet?

13  A.   Yes.

14  Q.   And then out of those thousands or tens of thousands of

15  images you looked at, you picked out a few images that you

16  think have -- bear some similarity to the Games Workshop

17  products, right?

18  A.   I wouldn't say to the Games Workshop products.  I would

19  say to both Chapterhouse Studios and the Games Workshop

20  products.  It's kind of like a -- like I've been saying, that

21  standard.

22  Q.   So -- and you didn't include in your -- in showing to

23  the jury, or on your report or otherwise, the other hundreds

24  or tens or thousands of images that looked nothing like the

25  Games Workshop's Space Marine, for instance, right?

1    A.    No, I did not.

2    Q.    Because there would be hundreds of thousands of future

3    soldiers that look nothing like a Space Marine?

4    A.    Which Space Marine?

5    Q.    Games Workshop's Space Marine.

6    A.    Yeah, there probably would be hundreds of thousands of

7    images that do not look exactly like the Games Workshop's

8    Space Marine.

9    Q.    Okay.  So with your buffet analogy, there are almost a

10   limitless number of combinations on the buffet line, right?

11   A.    Yes.

12   Q.    And there is not only three or four or five pieces of

13   food to choose from; there's almost an unlimited number of

14   pieces of food to choose from to put on your plate, right?

15   A.    Yeah, but who really wants that ambrosia salad that's

16   been sitting out for weeks?

17   Q.    And your methodology was that as soon as you found two,

18   three or four images showing a feature, you assumed it was a

19   common feature in science fiction, right?

20   A.    I didn't assume because most of the time I was looking

21   for things that I already knew existed out there.

22   Q.    All right.  Let's look at your second deposition.  It's

23   also the second tab under your chart.

24   A.    Sure.

25   Q.    If you can turn in there to Page 167.

1    A.    There's a lot of stuff --

2    Q.    Are you there?

3    A.    No.  I'm only on 120.  167, you said?

4    Q.    Yes.

5    A.    There's like 700 pages of this stuff.

6                Okay, I'm at 167 now.

7    Q.    Starting at Line 7, did I ask you:  (Reading:)

8                So to the extent of your methodology -- I'm sorry.  Let

9    me repeat.

10          So, to the extent of your methodology was if you could

11   find four or five examples, you assumed it was common?

12   A.    Yes.

13   Q.    What was your answer?

14   A.    My answer was yes.

15   Q.    Now, after making this assumption, or hypothesis, that

16   some element you found in a few pictures was common, you

17   didn't do anything to actually test that hypothesis, did you?

18   A.    No, I did not.

19   Q.    Because actually testing that hypothesis to see how

20   common it was in science fiction to have a certain element,

21   such as a certain style of legs or a certain backpack, that

22   would be an incredibly tough task to do, right?

23   A.    It wouldn't be a tough task.  It would just be a really

24   laborious one.

25   Q.    Let's look again at your transcript, Page 304.

1    A.    Which one, the first --

2    Q.    The second one.

3    A.    I thought it only went to 270.

4          Okay.  304, let me find it.

5        (Brief pause.)

6    BY THE WITNESS:

7    A.    Sorry.  I apologize.  Okay, I found it.

8    BY MR. KEENER:

9    Q.    Starting at Line 5 I asked you:  (Reading:)

10         And did you do any of that methodology to test your

11   hypothesis?

12         What was your answer?

13   A.    (Reading:)  Lord, no!  I mean, I'm sure you appreciate

14   how much work that would be.

15   Q.    And then I asked you:  (Reading:)

16         That would be the same for all of the elements that

17   you're saying are common to the genre?  They're the elements

18   you thought are obvious to you based on your experience, but

19   you didn't go out and do anything to test that hypothesis?

20         What was your answer?

21   A.    (Reading:)  Yes, absolutely.  Each one of these tasks

22   would almost be like -- sorry -- would almost like be between

23   a -- my language was falling apart at this part of the

24   afternoon.  (Continuing:)

25         Each one of these tasks would be almost like

1    between an M.A. and a Ph.D. type of project.  It would mostly

2    be unpublishable, really boring, really obvious.  People

3    would say, oh, yeah, space helmets, good for you.

4    Q.    Now I want to talk about the impact of your opinion.

5    A.    Sure.

6    Q.    Now, you -- I think you mentioned you read the first day

7    or two of the transcripts so far, right?

8    A.    Like I said, I skimmed them.

9    Q.    Did you pay any attention to the Court's instructions to

10   the jury, kind of telling what the case is about?

11   A.    No.  Actually, what I did was I just -- I wanted to see

12   --

13              THE COURT:  Tell you what, just answer his

14   question.  Don't volunteer.

15              THE WITNESS:  Okay.

16              THE COURT:  The answer is no.  Next question.

17   BY THE WITNESS:

18   A.    No.

19   BY MR. KEENER:

20   Q.    So I'll represent to you that the Court told the jury on

21   the very first day that for copyright, protected expression

22   means any expression in Games Workshop's work that was

23   created independently, meaning it was not copied from some

24   other work and involved some creativity.  Okay?

25   A.    Yeah, sure.

1    Q.   All right.  So with that definition of protected
2    expression, you're not offering any opinion that Games
3    Workshop's works were not created independently?
4    A.   I don't think that's my place to give that opinion.  I
5    think that's the jury's place.
6    Q.   I think you already said you're not offering any opinion
7    --
8    A.   I'm not offering an opinion either affirmative or
9    negative.  I'm not offering an opinion.
10   Q.   And you're not offering any opinion on whether Games
11   Workshop's products involve some level of creativity?
12   A.   No, I'm not.
13   Q.   So then putting those together, you're not offering any
14   opinion on whether Games Workshop's models have protected
15   expression?
16   A.   No, I don't think I am.
17   Q.   Okay.  Now --
18   A.   I think you're losing me in the law here.  I'm sorry.
19   Q.   Well, I think you understand the language.  The Court
20   instructed the jury that protected expression does not
21   include matter that is indispensable or standard in the
22   treatment of a particular subject.
23           Do you understand that?
24   A.   Indispensable or standard in the treatment of the
25   subject?

1   Q.   Yes.

2   A.   Could you give me a quick example?

3   Q.   Well, I'm trying to figure out if that's where your

4   opinions come in.

5            Are you trying to say that various things are

6   indispensable or standard in the treatment of table top

7   gaming, therefore, they are not protected expression?

8   A.   I'm not making an opinion about table top gaming.

9   Q.   Okay.  Are you giving an opinion that certain elements

10  are standard or -- I'm sorry, indispensable or standard in

11  the treatment of science fiction and, therefore, not

12  protectable expression?

13  A.   I'm making an opinion about standards, like tropes or

14  ideas.  I'm not saying that any collection of individual

15  tropes is in itself a like -- like a standard, like the

16  metric system is a standard.  I think maybe we're operating

17  on different definitions of standard.

18  Q.   Okay.  Let's start with indispensable.  You're not

19  making any opinion that anything is indispensable in the

20  field of science fiction?

21  A.   No, I'm not.

22  Q.   Okay.  And as far as standard, you are offering some

23  sort of opinion that certain elements are standard or very

24  common in science fiction?

25  A.   Yes.

1   Q.   So you agree that the only impact of all of those

2   various images that you showed has is if the jury agrees with

3   you that something in those images has been shown to be

4   standard in science fiction?

5   A.   I think that's simplifying things too much.

6   Q.   If they merely think something in one of those pictures

7   is similar to something in Games Workshop, that's not quite

8   relevant to any issue, right?

9   A.   It's part of a larger issue, I think.

10  Q.   They have to first find that that element is somehow

11  standard or indispensable in science fiction, right?

12  A.   They -- well, I mean, they don't even have to do that

13  much because they can also just look that the two items are

14  completely dissimilar.

15       So it's kind of like two parts.  You can say, yes,

16  these are standard elements, and you can say, hey, you know,

17  once these are standard elements, then we look at the

18  differences, or you can just omit the standard elements

19  altogether and say look at the differences between these two

20  products.

21  Q.   Let my give you an example.  I'm focusing on your

22  opinion about prior images, okay?

23  A.   Okay.

24  Q.   Let's assume a Games Workshop person created the iconic

25  Space Marine figure and image in 1985.

1    A.    Okay.

2    Q.    Imagine you were able to find an exact same drawing of

3    the exact same Space Marine that somebody else drew,

4    completely independently, it's completely random, in

5    California somewhere with no knowledge whatsoever.  It just

6    happened to come out looking identical.  Okay?

7    A.    Okay.

8    Q.    Now, you understand that those two both could be

9    independently created?

10   A.    Yes, they could.

11   Q.    And the fact that you're able to show later an image,

12   even if it's an identical image, doesn't take away the

13   protected expression that Games Workshop had unless something

14   in that image is so indispensable and standard that then it's

15   not entitled to protection?

16   A.    I actually couldn't answer that because isn't that a

17   legal question?

18   Q.    Okay.  Let's talk about some of the specific products

19   you looked at.

20          Let's talk first about the Space Marine.  Can we

21   get Plaintiff's Exhibit 1018 at Page 3.

22          This is one of the products you examined, right?

23   A.    Not in this form, but I think so, yes.

24   Q.    And the Games Workshop ones are on the right?

25   A.    Yes.

1  Q.   And the Chapterhouse products are on the left?

2  A.   No -- yes -- yes and no, because the image at the top,

3  because this is one of these conversion kits -- the image at

4  the top appears to be a combination of Chapterhouse parts and

5  Games Workshop parts, sort of assembled and painted.  So the

6  bottom half of the image, yeah, that's the Chapterhouse

7  Studios parts but not the top.

8  Q.   And do you know if that picture on the top left

9  Chapterhouse uses to market and display its product on its

10  website?

11  A.   I've never seen their website.

12  Q.   Now, starting with the shoulder pads, you don't believe

13  that Games Workshop and Chapterhouse shoulder pads are

14  similar in any way, do you?

15  A.   Yes, I do.

16  Q.   Now, the jury has heard a lot of testimony -- I don't

17  know if you've read it -- about various features of these

18  shoulder pads; they have almost become experts on it.  And

19  one thing they've heard a lot about is, if you turn them over

20  there's all these weird little notches and grooves and

21  indents in them.  You've never turned one over, right?

22  A.   No.  The first time I saw the interior of one was today

23  actually watching testimony.

24  Q.   So you're not offering any opinion at all on whether

25  such features are standard or indispensable in table top

1   gaming?

2   A.   I'll say this much:  I've only made my opinions about

3   these two-dimensional representations of three-dimensional

4   objects and only from the images provided to me in that

5   original claims chart.

6   Q.   Now, looking at the Games Workshop Space Marine, I think

7   you agree that the Games Workshop designers made a number of

8   design choices in making that Space Marine, right?

9   A.   Yes.

10  Q.   They chose the style of the backpack?

11  A.   Yes, they did.

12  Q.   They chose the style of the shoulder pad?

13  A.   Yep.

14  Q.   They chose the style of the torsos?

15  A.   Yes.

16  Q.   And the belt?

17  A.   Yes.

18  Q.   And the legs?

19  A.   Yes.

20  Q.   And the shoes?

21  A.   Yes.

22  Q.   And if we're in a buffet, each of those could be a

23  completely different island of the restaurant.  And you go to

24  the leg section and there's hundreds, if not an infinite

25  amount, of ways to do the legs, right?

1    A.    Absolutely.

2    Q.    And the same with the shoulder pad section?

3    A.    Yes.

4    Q.    And then I walk over to the backpack section; there's

5    lots of ways to do backpacks?

6    A.    Yes.

7    Q.    And then I walk over to the torso section and there's

8    lots of ways to do a torso, right?

9    A.    Correct.

10   Q.    And Games Workshop picked something from each of those

11   sections of the buffet?

12   A.    Correct.

13   Q.    And you have not found any image anywhere where someone

14   else has picked those same selections off the buffet line?

15   A.    Not even in Chapterhouse Studios.

16   Q.    Let's focus on the legs.  Let's go to Grindley Page 14.

17          Now, I think you agree that there are a number of

18   similarities between the Chapterhouse and Games Workshop

19   legs, right?

20   A.    Yes.

21   Q.    They have low toe caps?

22   A.    Yes.

23   Q.    You see a sole on the bottom of the foot?

24   A.    Yes.

25   Q.    And you can see the shin armor flaring out over the

1   boot?

2   A.   Yes.

3   Q.   And you can see kind of a hemispherical circle on top of

4   the boot of the shin armor?

5   A.   In the Games Workshop ones, yes.

6   Q.   Looking at the top for Chapterhouse, you don't see a

7   curved ridge at the bottom of the shin?

8   A.   Yes, but it's a different profile.

9   Q.   And then you see a curve going the other way at the top

10  of the shin?

11  A.   Yes, I do.  But again, it's a slightly different

12  profile.

13  Q.   And you see both have kind of separate, articulating

14  knee pads?

15  A.   Yes.

16  Q.   Now --

17  A.   Well, except for the lower ones, because in the Games

18  Workshop ones the lower kneeling figure does not have

19  separate knee pads, whereas on the Chapterhouse Studios one,

20  the character does have knee pads.

21  Q.   Now, Games Workshop's combination of those elements, of

22  the toe cap and the shoe and the sole and the flaring leg,

23  you didn't make any attempt to identify how common this

24  expression was anywhere in the thousands of images you looked

25  at, right?

1  A.   No.  I just mentioned a couple, like Buzz.

2  Q.   Let's look at the chest pieces, Grindley 16.

3       Now, you agree they -- let's focus on the two

4  bottom ones.  They both have this big, rounded, curved

5  stomach section, right?

6  A.   Correct.

7  Q.   And they both have this belt?

8  A.   Correct.

9  Q.   And the belt has almost an oval shaped buckle with a

10  circle in the middle?

11  A.   Yes.

12  Q.   And they both have kind of a high neck collar in the

13  back of the neck?

14  A.   Yes.

15  Q.   Now, looking through all of the hundreds of thousands of

16  images you looked at, you didn't make any attempt to identify

17  how common that representation of torso was in any of those

18  images?

19  A.   No.

20  Q.   Let's turn to the backpack, Grindley 12.

21       Now, you agree that both of the backpacks have kind

22  of a large vent or exhaust on the top sides, right?

23  A.   Yes.

24  Q.   And you agree that they both have kind of three

25  protrusions on each side of the backpack going down the

1    backpack?

2    A.    Yes.

3    Q.    And you agree they both have some sort of circular vent

4    kind of in the middle of the back of the backpack?

5    A.    I thought you just said that.  But, yes.

6    Q.    No.  I think we talked about the ones on the side, the

7    three going down each side, now there's one big central one

8    in the back, right?

9    A.    Okay.  I'm sorry.  I misunderstood the first time -- I

10   thought you were talking about the middle one the first time.

11   Q.    Okay.  But you agree with all those similarities, right?

12   A.    Oh, yeah, absolutely.

13   Q.    And other the one Heinlein book you showed where you

14   can't even see the backpack except for one little vent on the

15   side, you haven't shown the jury anything from science

16   fiction with that same combination of elements?

17   A.    Yeah, not even the Chapterhouse Studios one.

18   Q.    Okay.  We just agree that the backpack has two vents on

19   the top, both of them, a single backpack in the middle, both

20   of them, and then six vents around the sides, both of them,

21   right?

22   A.    Right.

23   Q.    And you haven't shown or found a single backpack

24   anywhere in science fiction with that same combination of

25   three features?

1    A.    No.

2    Q.    And you're not making any opinion on how common any of

3    those features are in science fiction either, right?

4    A.    No.

Grindley - cross

1   Q.   Now, let's turn back to the shoulder pad.  Let's look at

2   Grindley 18.  Now, we have a Games Workshop shoulder pad on the

3   top left, right?

4   A.   Yes.

5   Q.   Now, you would agree that in designing a shoulder pad, again

6   you have an almost limitless number of possibilities on how to

7   design it?

8   A.   Well, not limitless because you're bounded by the realities

9   of human anatomy.

10   Q.   You could have different shapes?

11   A.   Yes, you could.

12   Q.   Different sizes?

13   A.   Absolutely.

14   Q.   Different banding?

15   A.   Yes.

16   Q.   Different decorations?

17   A.   Yes.

18   Q.   You could have straight lines or curvy lines?

19   A.   Yes.

20   Q.   It could be articulated or kind of like the alien one on the

21   top right where it kind of folds and bends as you move, or it

22   could be fixed?

23   A.   Yes, that's correct.

24   Q.   It could extend into the chest area like you see in that

25   Michael Devlin one?

Grindley - cross

1   A.  Yes.

2   Q.  Or it could just be on the shoulder pads?

3   A.  Yes.

4   Q.  It could have additional neck protection like you see in

5   that medieval armor one on the bottom left, right?

6   A.  Yes.  It's awesome, isn't it?

7   Q.  It could be integrated with the rest of your armor where

8   it's not a separate piece?

9   A.  Yes.

10   Q.  It could have separate pieces, like the Michael Devlin one,

11   that kind of have cutouts and separate plates that are part of

12   the shoulder pad?

13   A.  Yes.

14   Q.  These are all different types of shoulder pads, right?

15   A.  Absolutely.

16   Q.  And in your research in shoulder pads, you found thousands

17   of other types of shoulder pads with all different designs,

18   right?

19   A.  Yes.

20   Q.  Let's take a look at a few.  Can we go to Defendant's

21   Exhibit 301?  Start with Page 1.

22        These are some of your pictures from the museum, right?

23   A.  Yes.

24   Q.  And this one is a shoulder pad, right?

25   A.  Yes, it is.

Grindley - cross

1  Q.   It's got neck protection?

2  A.   Yes, it does.

3  Q.   Kind of curvy chest area?

4  A.   Yes.

5  Q.   And some sort of articulating sleeve?

6  A.   Yes.

7  Q.   That doesn't look anything like Chapterhouse's or Games

8  Workshop's shoulder pad, right?

9  A.   Correct.

10  Q.   Let's turn to Page 2.  Here's another design.  This is one

11  where it's completely integrated with the armor, not a separate

12  piece at all, right?

13  A.   No.  It is actually a separate piece.  It's a piece of armor

14  that you'd wear over the top of your normal armor to sort of

15  stiffen up the entire thing for jousting.  So, you can see on

16  the right-hand arm where the lance thing is, you can see it's

17  just a flat plate.  So, it just goes over top of everything that

18  you're already wearing.

19  Q.   Okay.  So, it's a grand guard for jousting?

20  A.   Yes, it's a grand guard.

21  Q.   So, there's actually no back to it?

22  A.   There is no back to it.

23  Q.   So, again, very different than from the Space Marine and

24  Chapterhouse shoulder pads.  It's only half a shoulder pad?

25  A.   Yes.

PDF created with pdfFactory trial version www.pdffactory.com

Grindley - cross

1   Q.   Let's turn to Page 4.   Another design, right?

2   A.   Yes.

3   Q.   Kind of a curvy indent into the chest area and goes back

4   out?

5   A.   Yes.

6   Q.   Again, completely dissimilar to Chapterhouse and Games

7   Workshop?

8   A.   Yes.

9   Q.   Page 9.   This is the one you used in your presentation

10   today, right?

11   A.   Yes.

12   Q.   Again, with separate neck protection?

13   A.   Yes.

14   Q.   Page 14.   Yet another style of shoulder pad with kind of

15   sleeves on it?

16   A.   Yes.

17   Q.   That kind of articulate as you move?

18   A.   Yes.

19   Q.   Page 16.   Another shoulder pad?

20   A.   Yes.

21   Q.   And this has extra neck protection flaring up?

22   A.   Yes, and nice decoration.

23   Q.   And some sort of arching and ribbing along the sides, a

24   curvy kind of motif?

25   A.   Yes.

Grindley - cross

1    Q.    Now, Chapterhouse could have used any of these designs with

2    the hundreds of thousands of other designs for shoulder pads you

3    saw in your research, right?

4    A.    Well, I don't think so because they also were -- they were

5    trying to make a piece that would fit onto a little plastic

6    dude's shoulder, right?  So, I think they were kind of limited

7    in some ways.

8    Q.    Yes.  So, it wouldn't be the same size of this.  This is an

9    actual shoulder pad.  But they could have made that smaller and

10   out of plastic and just made sure it fit on top, right?

11   A.    Yeah, they could have built it out or put some special

12   mechanism in there for the thing to stick on.  Yeah, they could

13   have done that.

14   Q.    But they didn't do that, did they?

15   A.    No.

16   Q.    They copied the exact same style as Games Workshop?

17   A.    Oh, I don't think they -- I couldn't say they copied it or

18   not.

19   Q.    You were in here when Mr. Nagy was testifying this morning,

20   right?  You were actually in the courtroom?

21   A.    Yes, I was.

22   Q.    And you heard him testify how they made the exact dimensions

23   and were basically making the blank exact shoulder pad of Games

24   Workshop, the same size, that they could then use as the

25   template for all their shoulder pads?

PDF created with pdfFactory trial version www.pdffactory.com

Grindley - cross

1    A.   I don't think that's what he testified.  I think what he

2    testified was that he didn't copy the actual shoulder pad.

3    Instead he measured and made sure that the blank would fit on

4    top of the shoulder, and I think that's a different thing.  As a

5    matter of fact, I'm pretty sure he specifically said that they

6    did not copy the shoulder pad.

7    Q.   In all the hundreds of thousands of images you looked at,

8    you didn't find a single shoulder pad design that made the same

9    design choices that Games Workshop did in designing its shoulder

10   pad, did you?

11   A.   No, I did not.

12   Q.   Now, if we just limit it to the design choices Games

13   Workshop made as the size of the shoulder pad, the shape of the

14   shoulder pad, and having this iconic banding around it, just

15   those three elements, you didn't find a single image anywhere of

16   a person wearing armor with a shoulder pad of that design, did

17   you?

18   A.   No.

19   Q.   And you're not making any expert opinion that this

20   combination of three elements, the size, the shape, and the

21   banding, is some sort of standard or common feature in science

22   fiction?

23   A.   No, I'm not.

24   Q.   You agree that there are no standard ways to make a shoulder

25   pad, correct?

PDF created with pdfFactory trial version www.pdffactory.com

Grindley - cross

1    A.   Sort of correct, but I'll say yes, if that will help.

2    Q.   You agree with me that there's a virtually unlimited number

3    of ways you can design a shoulder pad, right?

4    A.   Well, no, not really.   You still got to pay attention to

5    human anatomy.

6    Q.   Let's go back to your transcript, your first one, Page 266.

7    A.   Okay.   Yes.

8    Q.   Starting at line 20, I ask you, "And there's no standard

9    ways that they would have to make it."   What's your answer?

10   A.   "No, there isn't."

11   Q.   And I asked you again.   "There's a virtual unlimited amount

12   of ways?"   What's your answer?

13   A.   "Yes."

14   Q.   I asked you, "And you're not identifying any characteristics

15   that you believe are indispensable?"   What's your answer?

16   A.   No.   I say no.   I think we were assuming that it was

17   anatomy.   But, I mean, even with anatomy, you could do it a

18   zillion different ways.

19   Q.   So, a virtually limited number of ways, even with anatomy?

20   A.   Yeah, but they'd be so minutely, you know.

21   Q.   And, again, you didn't do any sort of analysis to attempt to

22   identify any elements you believe were common in any of the

23   shoulder pads you found, right?

24   A.   Right.

25   Q.   Now, we went through a number of different shoulder pads

PDF created with pdfFactory trial version www.pdffactory.com

Grindley - cross

1    from medieval times and showing that there's lots of different

2    ways you could do it, right?

3    A.    Absolutely.

4    Q.    But let's take a look in the world of science fiction.

5    A.    Okay.

6    Q.    Could we have Defense Exhibit 229?  Or let's go to 300,

7    Page 2.  This is another cover of Starship Troopers, right?

8    A.    Yes.

9    Q.    That's a potential design for a future soldier?

10   A.    Yes.

11   Q.    Of a Mobile Infantry?

12   A.    Yes.

13   Q.    And you would agree that it's a completely different design

14   than what Games Workshop chose for its Space Marine, right?

15   A.    Yes.  I mean, there are some standard things, like he's got

16   the backpack, he's got the energy weapon with the hose

17   connecting it to that, he's got a helmet, he's got a space suit

18   on.  So, I mean, there's some standard things there, but it's a

19   completely different expression, yes.

20   Q.    Page 4.  This is the one we've seen before, right?

21   A.    Yes.  It's a slightly different edition.  It's a couple of

22   years later.  They've cleaned up the image.  They've turned it

23   from being more of a flamer weapon to more of like a laser

24   weapon.

25   Q.    Page 7.  Another Starship Troopers cover?

PDF created with pdfFactory trial version www.pdffactory.com

Grindley - cross

1   A.   Absolutely.

2   Q.   And, again, the shoulder pads look nothing alike?

3   A.   You're right.

4   Q.   You can't even see the chest or the belt or the legs in this

5   one, right?

6   A.   No, you can't.

7   Q.   Let's look at Defendant's Exhibit 299.  These are covers you

8   found from the science fiction magazine Analog, right?

9   A.   That's correct.

10  Q.   And this is another future warrior?

11  A.   Yes, it is.

12  Q.   Again, the armor, nothing like a Space Marine, right?

13  A.   Nothing like a Space Marine.

14  Q.   Another potential future soldier that Chapterhouse could

15  have designed?

16  A.   Yes.

17  Q.   Page 2.  Another suit of armor a man can wear?

18  A.   Yes.

19  Q.   In science fiction?

20  A.   Yes.

21  Q.   And, again, there's no resemblance whatsoever with the Space

22  Marine, right?

23  A.   A superficial one, I'd say, but only because they're a

24  shared standard.

25  Q.   Other than there being a person inside a suit of armor,

PDF created with pdfFactory trial version www.pdffactory.com

Grindley - cross

1     there's nothing similar about the shoulder pads, right?

2     A.   No.

3     Q.   Or the torso?

4     A.   I mean, yes.

5     Q.   Or the belt?

6     A.   I think -- when you asked me, I think I said no, meaning

7     that yes, they're oversized, big, bulbous shoulder pads.

8     Q.   Different shape and design, though?

9     A.   Yeah, but they share the -- you know, the scale.

10    Q.   And the torso is different in the Space Marine torso?

11    A.   Yes.

12    Q.   The legs are different to the extent that you can even see

13    them?

14    A.   To the extent that you can see them, it's difficult to tell

15    because they're just legs.

16    Q.   Page 3.   Another picture of a future soldier?

17    A.   Yes.

18    Q.   Again, nothing at all similar to a Space Marine, right?

19    A.   Correct.

20    Q.   Page 4.   Another future infantry soldier?

21    A.   Yes.

22    Q.   And focusing on his armor, you don't see any similarity

23    between him and a Space Marine, right?

24    A.   No.

25    Q.   Let's go to Defense Exhibit 302.   Another future science

PDF created with pdfFactory trial version www.pdffactory.com

Grindley - cross

1  fiction soldier?

2  A.   Yes.

3  Q.   And, again, you don't think that looks anything like a Space

4  Marine, right?

5  A.   Not really.  I just think -- like I said, there are

6  different expressions of that same science fiction standard.

7  Q.   And Chapterhouse could have done any of those images instead

8  of a Space Marine image, right?

9  A.   Yes.

10  Q.   Let's turn to the one that you focused on.  Let's go to

11  Grindley 13.  It's Iron Monger, right?

12  A.   Yes.

13  Q.   And the only thing you commented on in your testimony was

14  the similarity of the legs, right?

15  A.   That's because I was discussing legs in this slide.

16  Q.   You didn't offer any opinion anywhere in your direct

17  testimony commenting on any other feature of Iron Monger, right?

18  A.   No.

19  Q.   Would you agree with me that the knees, for instance, are

20  kind of rectangular knees?

21  A.   Yeah, I'd say rectangular.

22  Q.   And there's kind of this ribbed banding around the ankle?

23  A.   Um-hm

24  Q.   Is that a yes?

25  A.   Yes.  Sorry.  I'm sorry.

Grindley - cross

1    Q.   And there's no really flaring of the leg armor to come over

2    across the boot?

3    A.   I think there is in this, actually.

4    Q.   In the same way you see in the Chapterhouse and Games

5    Workshop products, where the shin armor kind of flares outward

6    and kind of covers the boot?  You think that's the same thing as

7    shown in Iron Monger?

8    A.   Close to it.

9    Q.   You see in the Chapterhouse and Games Workshop where you

10   have this little toe cap cutout, kind of reversed toe cap?

11   A.   Yes.

12   Q.   We don't see that anywhere in Iron Monger, do we?

13   A.   No.

14   Q.   Let's go to Grindley 8.  A Hotshot Lasgun pack, right?

15   A.   Yes.

16   Q.   Again, we've got the Chapterhouse on the left and the Games

17   Workshop in the middle and one of your prior images on the

18   right?

19   A.   Yes.

20   Q.   And that's GI Joe on the right?

21   A.   Yes, it is.

22   Q.   And this is kind of another representation of a future

23   soldier?

24   A.   Yes.

25   Q.   And, again, this is another way you could make a future

PDF created with pdfFactory trial version www.pdffactory.com

Grindley - cross

1  soldier that's completely different than Games Workshop's Space

2  Marine, right?

3  A.  Yes.

4  Q.  Now, let's just focus on the Hotshot Lasgun pack.  Now, I

5  think you'd agree with me that the Games Workshop picture shows

6  a laser rifle, right?

7  A.  You know, it's kind of difficult to tell because of that

8  extra magazine.  Well, the two extra magazines on it.  But I'm

9  assuming so, yes.  Like I said, I haven't read the codexes, and

10  I haven't played the game.  So, I'm going to take your word for

11  it.

12  Q.  You didn't bother to take a look at the codex to see what

13  this weapon was.  You just looked at the picture?

14  A.  I just looked at the picture.

15  Q.  You would at least agree that the tip is a sort of slanted

16  tip we've heard a lot about?

17  A.  Yes.

18  Q.  And it's got a cable going to the backpack?

19  A.  Yes.

20  Q.  And if you can zoom in on the cable in the Games Workshop

21  picture on the bottom  And it's not just any cable.  It's kind

22  of this dual cable connected side by side to each other.  Do you

23  agree?

24  A.  Yes, from the pistol grip.

25  Q.  All right.  Let's zoom back out.  And then it's connected to

PDF created with pdfFactory trial version www.pdffactory.com

Grindley - cross

1   a backpack, right?

2   A.   Yes.

3   Q.   Now, you would agree on that level, those four features, the

4   Chapterhouse product has those same four features, right?  Let's

5   go through them

6   A.   Wait.  I think I can -- the tip, the two cables.  What else?

7   Q.   The tip, a cable going to a backpack, a special designed

8   cable of two side-by-side cables, and having it connect to the

9   backpack.  Let's just leave it at those four similarities.  You

10  agree with those, right?

11  A.   Yes.

12  Q.   And you would agree with me that you didn't find any prior

13  works of any of the thousands of images you looked at showing

14  that same combination of four features, right?

15  A.   No.

16  Q.   You're agreeing with me?

17  A.   I think so.  It's just that the cables in the Chapterhouse

18  ones are of unequal size whereas the two cables in the Games

19  Workshop one are the same size.

20  Q.   Let's turn to Grindley 22.  This is another product you

21  commented on, right?

22  A.   Yes.

23  Q.   And the one on the right is the Games Workshop Storm Raven?

24  A.   Yes.

25  Q.   And you commented on one of your obvious differences was the

Grindley - cross

1  Games Workshop turret doesn't turn.   How do you know that?

2  A.   Well, it doesn't seem to have any mechanism by which it

3  could turn.

4  Q.   You don't think that potentially could be a turret that you

5  can actually physically turn on the model?

6  A.   I don't think so, no.   Not by looking at it.

7  Q.   You didn't look for any more pictures of it or actually take

8  a look at the actual physical product?

9  A.   No, I did not.

10 Q.   Now, again, Chapterhouse sells these turrets they can use to

11 replace that turret on the Storm Raven, right?

12 A.   Yes.

13 Q.   And they also sell very similar turrets that you can use to

14 replace on another Games Workshop vehicle called a Razorback?

15 A.   Yes.

16 Q.   Now, in your comparison of similarities and differences --

17 well, first let's start.   Let's step back.

18       This is not a product where you showed any images of

19 prior art turrets, right?

20 A.   No, I didn't.

21 Q.   And then so your comparison of similarities and differences

22 were only between the turrets on the left and the Storm Raven on

23 the right, right?

24 A.   Correct.

25 Q.   Let's take a look at one of the products you didn't show the

PDF created with pdfFactory trial version www.pdffactory.com

Grindley - cross

1  jury.  Can we go to Plaintiff's Exhibit 1011 at Page 23?  So,

2  now on the right, you see that to be the Razorback, right?

3  A.  On the right, yes.

4  Q.  Can we blow up the top right pictures there and compare that

5  to the Chapterhouse ones?

6       Okay.  So, now instead of comparing the Storm Raven man

7  turret with the guns on the side, we see that Games Workshop

8  actually sells this turret for the Razorback that looks

9  strikingly similar to the one Chapterhouse is selling, right?

10 A.  I disagree.

11 Q.  Okay.  Now, let's take a look at the Games Workshop one

12 compared to the Chapterhouse one.  You would agree that they

13 both have two-barreled weapons that are just right next to each

14 other, right?

15 A.  Actually, I would not.

16 Q.  Okay.

17 A.  Can I explain why?

18 Q.  That's all right.

19      You would agree they both have armored cowling that

20 covers portions of the side and the top of the turret, right?

21 A.  If I were to be going through this slide myself, I would

22 point out the differences in the cowling depth.

23 Q.  And, again, I haven't asked that question.

24 A.  I know you haven't.

25      THE COURT:  Then don't answer it.

Grindley - cross

1       THE WITNESS:   Okay.  I won't answer it.   Sorry.

2   BY MR. KEENER:

3   Q.   You would agree that they both have armored shielding or

4   cowling that covers portions of the side and the top the turret,

5   right?

6   A.   Correct.

7   Q.   And they both have some sort of electronic equipment or

8   sensor array on the top of the turret?

9   A.   Correct.

10  Q.   And even the design of the cowling on the side, they both

11  have a kind of cutout in the side where the side doesn't extend

12  as far as the armor plating on the top?

13  A.   Correct.

14  Q.   Now, you see the various combinations that Chapterhouse

15  sells?  The top left are two assault cannons.   Do you understand

16  that?

17  A.   Yes.

18  Q.   The top right are two Lascannons?

19  A.   Are you sure it's two?  It looks like one.

20  Q.   You think there's only one there?

21  A.   It's hard to tell from the image.   It's a little grainy.

22  Q.   Now, you didn't offer any opinion anywhere in your testimony

23  about the Lascannon, did you?

24  A.   No.

25  Q.   And that Lascannon on the top right is a big giant laser

Grindley - cross

1    cannon, right?

2    A.   Yes.

3    Q.   And you haven't shown the jury any prior examples of giant

4    laser cannons?

5    A.   No.   Right.

6    Q.   And, again, we've got this angled tip to the laser cannon,

7    right?

8    A.   Yes.

9    Q.   And so that at least shape design of the tip is the same

10   laser cannon we see in the bottom picture for Games Workshop,

11   right?

12   A.   Yes.

13   Q.   Now, you haven't testified that any of the features of the

14   turret itself are common or standard in the field of science

15   fiction, have you?

16   A.   No.

17   Q.   Now, you did make comments about the assault cannon, right?

18   The shape of the assault cannon?

19   A.   Yes.

20   Q.   Let's take a look at that picture.   That was Grindley 23.

21        Okay.   So, your opinion was Chapterhouse sells a

22   multi-barreled weapon, Games Workshop sells a multi-barreled

23   weapon, and look.   I found in the military in the movie Predator

24   the use of multi-barreled weapons, right?

25   A.   Yes.

Grindley - cross

1    Q.    Now, even the concept of a multi-barreled weapon can be

2    expressed in different ways, right?

3    A.    Yes.

4    Q.    Now, looking at the prior images you have, do you see the

5    front of the barrel?  It's flat, right, on both images?

6    A.    Yes.

7    Q.    Now, you see the Games Workshop one?  There's this strange

8    protrusion of the bottom barrel, kind of like that's where the

9    bullet will exit on the bottom of the gun?

10   A.    Yes.

11   Q.    And that's not really anything like the prior images you

12   have, right?  You have flat fronts.

13   A.    No.

14   Q.    And lo and behold, the design Chapterhouse chooses, even for

15   its simple multi-barreled gun, is exactly the same shape and

16   design as Games Workshop's, right?  It's got that same little

17   protrusion on the bottom to make sure everyone knows it's an

18   assault cannon?

19   A.    No.

20   Q.    Let's go to talk about the power claws, and that was

21   Grindley 27.

22          Now, the only prior image you have for the entire

23   opinion on the power claws is the picture of Wolverine?

24   A.    Yes.

25   Q.    And Wolverine is not even wearing any armor, right?  His

Grindley - cross

1  armor's inside his bones or something?

2  A.   No.   His armor is affixed to his bones.   He's a mutant with

3  the power to regenerate damage very quickly.   So, what

4  scientists were able to do were they were able to cut him open

5  and actually affix this strange interior adamantine structure to

6  his actual skeleton.

7  Q.   Okay.   More than I wanted to know.

8       He's not wearing an armored glove, right?   His armor is

9  his bones.   He's not wearing anything over his skin.

10  A.   Right.   It's more like the armored glove is wearing him

11  Q.   Okay.   And then these claws coming out, those aren't things

12  attached to a glove he's wearing.   They're actually his bones

13  coming out of his skin, right?

14  A.   No.   It's like I said.   It's like the armor is on the

15  inside, and then his flesh is over top of it.   So, they are kind

16  of like armored gloves.   They're just on the inside of his

17  hands.

18  Q.   So, other than finding a picture of Wolverine, you're not

19  making any opinion that any of the other design features in here

20  are similar to or common to anything else you were able to find

21  in the images, in all the thousands of images you looked at.

22  A.   No.   I think I mentioned in my report Predator.

23  Q.   I'm trying to figure out what you talked about in your

24  testimony today.

25  A.   In the testimony.   In the testimony I don't think I

Grindley - cross

1  mentioned, you know.

2  Q.  So, the only thing possibly the jury could exclude, if they

3  think it's standard in science fiction, is the concept of claws

4  on a hand.  That's the only testimony you gave them, right?

5  A.  That's the only testimony I gave them

6  Q.  Okay.  So, all the other similarities are not something you

7  testified are standard or common in science fiction?

8  A.  No.

9  Q.  Okay.  So, let's look at those similarities, since we can't

10  exclude them out.  Now, looking at the front here, you'd agree

11  they both have a dome-shaped shoulder?

12  A.  Yes.

13  Q.  With a little cutout, kind of rectangular cutout in the

14  bottom of the shoulder?

15  A.  Yes.

16  Q.  Where there's then a hydraulic piston?

17  A.  Yes.

18  Q.  Which then attaches to a little circular round elbow joint?

19  A.  Yes.

20  Q.  And that elbow joint has kind of a reinforced armor piece on

21  it?

22  A.  Yes.

23  Q.  And then there's some sort of cabling hanging down under the

24  arm?

25  A.  No.

PDF created with pdfFactory trial version www.pdffactory.com

Grindley - cross

1    Q.   Okay.   Underneath the arm, there's a cabling on the Games
2    Workshop one, right?
3    A.   Connected to the shoulder in the Games Workshop.
4    Q.   Again, that wasn't my question.
5             Underneath the arm, there's a cable on the Games
6    Workshop product, right?
7    A.   I'm going to have to say no.
8    Q.   Okay.   Now, let's look -- you didn't talk about the other
9    side of these.   Were you able to flip them over?
10   A.   No, I did not have these pieces in front of me.
11   Q.   But we actually did in the claim chart you looked at showed
12   you the other side of the image, as well, right?
13   A.   That's right.
14   Q.   So, let's take a look at that.   Can we go to Plaintiff's
15   Exhibit 1021 at 14?  And let's blow up the back of this hand and
16   the back of this hand.
17            All right.   So, let's take a look at the back of these
18   products.   Now, again, this is kind of an armor placed over the
19   palm, right, in both products?
20   A.   Yes.
21   Q.   On the bottom of the palm, you've got this circular
22   hemispherical cutout on Chapterhouse?
23   A.   Yes.
24   Q.   And Games Workshop has that same similar hemispherical
25   cutout?

Grindley - cross

1    A.   No.

2    Q.   Okay.   And you've got this kind of arched cutout on the top

3    of the palm on Chapterhouse's products?

4    A.   Where are we looking?

5    Q.   Up here.   I've got a pointer.

6    A.   Oh, I see.   Oh, thank you.

7    Q.   See the little arched cutout on the palm?

8    A.   Yes.

9    Q.   And you see that same arched cutout on the palm on Games

10   Workshop's product?

11   A.   I see a similar one, yes.

12   Q.   And then you kind of see the part of the palm that extends

13   out of the armor, there's a little line in between the two, I

14   guess, meaty portions of the palm?

15   A.   Yes.

16   Q.   And you see that same line here in the Games Workshop

17   product?

18   A.   Yes.

19   Q.   And even the fingers.   You see how it's articulated fingers

20   in the Chapterhouse product?

21   A.   Yes.

22   Q.   And articulated fingers in the Games Workshop product?

23   A.   Yes.

24   Q.   And if we count the articulations, there's three

25   articulations on each?

Grindley - cross

1    A.   Yes.

2    Q.   And, again, you haven't commented on any of those features

3    being something indispensable or standard in making models for

4    tabletop war gaming, right?

5    A.   No.

6    Q.   Or any of those features being standard or indispensable in

7    science fiction in general?

8    A.   Anatomy.

9    Q.   Let's go to Grindley 35.  This is the jetbike, right?

10   A.   Yes.

11   Q.   And, again, this is not a product that you identified any

12   prior image in your testimony to support any opinion that

13   something is standard or indispensable in the field of science

14   fiction, right?

15   A.   Correct.

16   Q.   So, then any substantial similarities we see between the

17   products can't be ruled out because it's a standard feature in

18   science fiction, right?

19   A.   It can't be ruled out through my testimony, no.

20   Q.   Okay.  Now, one of the differences you noted you said was,

21   well, on the Chapterhouse product it's got guns on the side,

22   while the Games Workshop product it's got guns on the front.  Do

23   you remember that?

24   A.   Yes, I do.

25   Q.   Now, you would agree that the Chapterhouse product has two

PDF created with pdfFactory trial version www.pdffactory.com

Grindley - cross

1    guns on the front, as well, right?

2    A.   No.   And we argued about this in the deposition.   I'm still

3    not entirely sure what that thing is, but I don't think it's a

4    gun.

5    Q.   And you didn't go to the website to find out?

6    A.   No.

7    Q.   You didn't ask Chapterhouse?

8    A.   No.

9    Q.   Or look at the product?

10   A.   No.   I relied on the documentation given by Games Workshop.

11   Q.   Now, did you read the testimony from Mr. Villacci about this

12   product, discussing its design?

13   A.   No.

14   Q.   How he made a light version of this with just the weapons on

15   the front and a heavy version that has those weapons, as well as

16   the side weapons?

17   A.   No, I did not.

18   Q.   Let's see if we can find a better picture.   Let's turn to

19   Plaintiff's Exhibit 1020 at Page 113.   Now, let's zoom in on

20   this picture down here.

21         Now, this is the light version, the same thing without

22   the extra heavy weapons on the side.   Now, looking at the better

23   picture, don't you agree that this has two bolt guns on the

24   front of the jetbike, just like Games Workshop's?

25   A.   I wouldn't say just like Games Workshop's, but I would say

PDF created with pdfFactory trial version www.pdffactory.com

Grindley - cross

1   there are two weapons on the front.

2   Q.   So, you now agree that they are both having bikes with two

3   weapons on the top front mounted of the bike?

4   A.   But that wasn't the one I was comparing.   This is a

5   different product.

6   Q.   You understand this is the same product without the

7   extension of the wing and the heavy weapons, which is their

8   heavier jetbike?

9   A.   Right.   But wouldn't that be a different product?

10  Q.   Let's go to Grindley 36.   Kroxigor.

11          All right.   So, first you found these two prior images,

12  right?

13  A.   Yes.

14  Q.   Now, the only thing you're suggesting from these prior

15  images is that the concept of a lizard warrior has been out

16  there, right?

17  A.   Yes.

18  Q.   And you haven't done any sort of analysis to say whether or

19  not even that concept is some standard or indispensable thing in

20  science fiction, right?

21  A.   Yes.

22  Q.   You have done some sort of study or analysis to say how

23  common lizard warriors are?

24  A.   Oh, sorry.   No.   Sorry.   I didn't get your wording.   No.

25  Q.   You've done nothing to determine how common even the concept

Grindley - cross

1    of a lizard warrior is in science fiction?

2    A.   Well, that I encountered it in Star Trek and in my childhood

3    kind of indicated to me that it was.

4    Q.   Okay.  So, you found it in Star Trek, which we don't have a

5    picture of, and you found these two images.  But have you done

6    anything to say how common it is in science fiction?

7    A.   No.

8    Q.   Anything to support that it's indispensable in the field of

9    science fiction?

10   A.   No.

11   Q.   Now, other than the fact that these are potentially lizards,

12   you're not suggesting that there's anything else about these

13   that shows some sort of element of the lizardman that's

14   essential or standard in science fiction, are you?

15   A.   No.

16   Q.   Because these images are quite different than both the

17   Chapterhouse and Games Workshop products, right?

18   A.   Yes.

19   Q.   Just looking at them, it appears they have beaks almost,

20   wouldn't you agree?

21   A.   Yes.

22   Q.   And this one at the top has birdlike feet?

23   A.   Yes.

24   Q.   And they're both wearing clothes and armor?

25   A.   Yes.

Grindley - cross

1  Q.   And their weapons are very different styles than the weapons

2  in the Games Workshop and Chapterhouse products?

3  A.   Yes.

4  Q.   So, even if the jury were to believe you that the concept of

5  a lizardman is somehow common or indispensable or standard in

6  science fiction, all that means is Chapterhouse can create some

7  sort of lizardman, as long as it's not substantially similar to

8  Games Workshop, right?

9  A.   Yes.

10  Q.   And it's your opinion that these two Kroxigors are not

11  substantially similar in any way?

12  A.   Yes.

13  Q.   Did you read the testimony of Mr. Lippman, who testified

14  last week, the person who designed Chapterhouse's Kroxigor?

15  A.   No.

16  Q.   Would it help you inform your opinion on whether these two

17  are substantially similar in any way if he were to tell you his

18  whole purpose was to design something to stand in and be a proxy

19  for Games Workshop's Kroxigor?

20  A.   No.

21  Q.   Or the whole concept started out when he only had four

22  Kroxigor miniatures.  He wanted six.  So, instead of buying two

23  more, he decided just to build his own, but to make sure that

24  they fit in and looked similar?

25  A.   I don't think that would help, no.

Grindley - cross

1    Q.   Now let's take a look at the Kroxigor a little more.   Can we

2    go to Plaintiff's Exhibit 1017 at Page 2?   Because Chapterhouse

3    sells two different Kroxigor models that they call the

4    Lizard-Ogre or Werecroc, right?

5    A.   Yes.

6    Q.   One with an axe and one with a club?

7    A.   Yes.

8    Q.   And I think we disagree whether those are Polynesian weapons

9    or Meso-American weapons, but you understand there's some sort

10   of style there.   What would you call it?

11   A.   I would say that those would be -- I guess the best way to

12   say would be neolithic weapons.

13   Q.   Neolithic weapons.   And you would agree that Games

14   Workshop's Kroxigors likewise have neolithic weapons?

15   A.   Yes.

16   Q.   And an axe in a neolithic style similar to Chapterhouse's

17   axe in a neolithic style?

18   A.   I wouldn't entirely say -- well, yeah, similar.

19   Q.   And a spiked club in a neolithic style similar to the spiked

20   club that Games Workshop depicts in a neolithic style?

21   A.   Which one on the right are you talking about?

22   Q.   On this drawing.   Let's look at the one second from the

23   left.   That's similar to the spiked club, same neolithic style,

24   as the one in Chapterhouse's product, right?

25   A.   No.

PDF created with pdfFactory trial version www.pdffactory.com

Grindley - cross

1  Q.   Let's limit the concept to just Games Workshop's concept of

2  a lizardman warrior carrying neolithic weaponry, okay?

3  A.   Okay.

4  Q.   And say that's the only similarity we see between these two.

5  I think there's a lot more, but let's say that's the only

6  similarity.

7  A.   Okay.

8  Q.   Are you offering -- have you ever offered any opinion in

9  your direct testimony whether the combination of lizard warriors

10 and neolithic weaponry has ever been found in anything you found

11 in science fiction?

12 A.   No, I'm not.

13 Q.   So, you're not suggesting in any way that that combination

14 that Games Workshop came up with of giant lizardmen warriors

15 holding neolithic weapons is somehow standard or essential in

16 science fiction, right?

17 A.   I have not testified to that, no.

18 Q.   Let's turn to the Shrike, Grindley 29.

19       Now, I think I heard your testimony that this is a

20 product you buy complete assembled from Games Workshop, right?

21 A.   Yes.

22 Q.   How do you know that?

23 A.   Because it's a conversion kit, and that's what conversion

24 kit means.

25 Q.   Now, I understand you didn't listen to Mr. Villacci's

PDF created with pdfFactory trial version www.pdffactory.com

Grindley - cross

1    testimony or read it, but I think you testified that Games

2    Workshop sells a Tyranid warrior that's actually kind of a

3    walking creature, and that's where this body comes from, and

4    Games Workshop separately sells a conversion kit of wings to

5    convert that into the Shrike?

6    A.   I was not aware of that.

7    Q.   Okay.   You have no idea.

8    A.   No.

9    Q.   And that Chapterhouse likewise sells a similar set of wings

10   to again convert the same Tyranid warrior body into another

11   Shrike?

12   A.   Yes.   Wait.   Yes?

13   Q.   You understand that to be what Chapterhouse is doing, right?

14   A.   Yes.

15   Q.   And, again, you don't see any substantial similarities

16   between these two products?

17   A.   No, I don't.

18   Q.   Now, you made a big point about the bottom legs on the Games

19   Workshop product ending in a giant talon weapon, right?

20   A.   Yes.

21   Q.   Now, on the Chapterhouse product, all they've done is move

22   that to the upper arm instead of the lower arms, right?   It's

23   not missing.

24   A.   But that makes it not the same.

25   Q.   You don't see that's similar in any way?

Grindley - cross

1  A.  No, not as far as legs go or arms.

2  Q.  Let's turn to the Haemonculus, Plaintiff's Exhibit 1013 at

3  Page 2.  You recall this product, right?

4  A.  Yes.

5  Q.  And Games Workshop has depicted the Haemonculus in a couple

6  different ways, right?

7  A.  Yes.

8  Q.  And these are some of the ways that you didn't show the jury

9  at all in your testimony, right?

10  A.  Correct.

11  Q.  When you were pointing out the differences and similarities?

12  A.  Correct.

13  Q.  Now, you would agree that a sculptor making even an evil

14  torturing model would have a number of design choices to make,

15  right?

16  A.  Yes.

17  Q.  They could pick what pose to make, right?

18  A.  Yes.

19  Q.  And you could have the legs together, right?

20  A.  Yes.

21  Q.  Or legs apart?

22  A.  Yes.

23  Q.  Or kneeling or standing or almost virtually unlimited number

24  of poses, right?

25  A.  Yes.

Grindley - cross

1  Q.   Now, are you trying to suggest the fact that you found a
2  couple images of people standing with a pose of their legs
3  together means that's a common, standard, indispensable feature
4  in science fiction?
5  A.   Not an indispensable one, no.
6  Q.   And both the Chapterhouse product and the various Games
7  Workshop products show a syringe, right?
8  A.   Correct.
9  Q.   And, again, a design choice for the sculptor to make this
10  model holding a syringe?
11  A.   Yes.
12  Q.   And the Chapterhouse product has two kind of nonhuman, weird
13  jointed arms coming up off the back of the shoulder, right?
14  A.   Correct.
15  Q.   And that's similar to Games Workshop's designs, right?
16  A.   It's similar to some of their designs.
17  Q.   And let's go back to the page you used for this comparison,
18  which is Grindley 42.  And this is one you chose to compare it
19  to, right?
20  A.   Correct.
21  Q.   And comparing these two, they both have those two weird,
22  deformed arms coming off the back of their shoulders?
23  A.   Correct.
24  Q.   And Chapterhouse's is wearing this long cloak or open robe
25  that's splayed open?

PDF created with pdfFactory trial version www.pdffactory.com

Grindley - cross

1    A.   Yes.

2    Q.   And Games Workshop's again is wearing this big similar cloak

3    that's splayed open?

4    A.   I think I described it as a coat rather than a cloak because

5    it seems to have arms whereas the Chapterhouse Studios one has

6    bare arms.

7    Q.   Besides it not having arms, the pose of the cloak and being

8    splayed open is still the same?

9    A.   Yes.

10   Q.   And they both have this almost butcher like type apron

11   covering the front of them?

12   A.   Yes.

13   Q.   And they both have sort of a dark elf look to them in their

14   face instead of some other humanoid or other creature?

15   A.   I think I disagree with that.

16   Q.   They both have bare feet?

17   A.   Yes.

18   Q.   Again, another design choice?

19   A.   Yes, a design choice.

20   Q.   Now, none of those design choices are the types that you

21   would characterize as common features that would have to be used

22   in creating a creature of this type, right?

23   A.   Correct.  Well, sorry.  I'll take that back.  The cloak

24   thing, you do see that a lot.

25   Q.   It's a common feature you need to have in these creatures?

PDF created with pdfFactory trial version www.pdffactory.com

Grindley - cross

1    A.   You don't need to have it.  You just see it an awful lot.

2    Q.   And what about the design of the cloak, of it being splayed

3    open like that?  Is that an essential feature in making this

4    model?

5    A.   It's not essential.  It's just a common one.

6    Q.   Let's take a very simple combination here.  A floating

7    person with their feet together, a flowing cloak, and a syringe.

8    Ignore even the multiple arms.  Were you able to find a single

9    picture anywhere in science fiction with that combination of

10   features?

11   A.   Okay.  What did -- you said flowing --

12   Q.   You're floating with your feet together.

13   A.   Yeah.  And you've got a syringe?

14   Q.   Yes, a syringe.

15   A.   Then that would be that Brom illustration that I found.

16   Q.   And you had this flowing cloak?

17   A.   Oh, not with a flowing cloak, no.

18   Q.   With those four features, you didn't find anything similar?

19   A.   No.

20   Q.   How about just someone with regular hands and then two

21   anatomically incorrect arms on them?  Did you show any image

22   like that?

23   A.   No.

24   Q.   All your images had human type arms on them, regular arms?

25   A.   Yes.

PDF created with pdfFactory trial version www.pdffactory.com

Grindley - cross

1   Q.   So, you're not suggesting at all that the presence of those

2   extra set of arms is in any way common or standard in science

3   fiction.  You haven't made that testimony, have you?

4   A.   I think I mentioned The Thing, in which case there are the

5   weird arms in that particular film

6   Q.   You haven't shown the jury any pictures from The Thing, have

7   you?

8   A.   No, but I think I testified to that.

9   Q.   And you didn't include a picture of The Thing in any of the

10   materials and reports and charts you gave us in this case, have

11   you?

12   A.   No.

13   Q.   So, there's nothing for the jury to go back looking at to

14   see whether or not you're right that The Thing has such arms?

15   A.   No.

16   Q.   Or even if The Thing did have some weird arms on it, the

17   presence of one picture out there with weird arms on it wouldn't

18   make that feature some sort of common or standard feature in

19   science fiction, would it?

20   A.   Well, the film itself has risen to the level of archetype

21   and cult classic since it was created in 1980.

22   Q.   So, you would say the fact that you found one example in The

23   Thing by definition would make that a common or standard feature

24   in science fiction?

25   A.   No.  I said that it's become an archetype and a cult film

PDF created with pdfFactory trial version www.pdffactory.com

Grindley - cross

1    Q.   Well, what if you just make it the simple combination Games

2    Workshop made of the concept of a Gothic multi-limbed floating

3    figure?  Do you think you identified any of those?

4    A.   Yes.   Gothic multi-limbed floating figure, definitely that

5    first Brom illustration.

6    Q.   So, we've got a picture of someone who's floating,

7    multi-limbed, and Gothic looking?

8    A.   Yes.

9    Q.   Did you make any attempt to determine how common or standard

10   that feature was in the field of science fiction?

11   A.   No.

12   Q.   Did you make any attempt to see how common or standard those

13   combinations of features were in model war gaming, tabletop war

14   gaming?

15   A.   No.

16   Q.   Now, the entire premise of your testimony on whether

17   features are standard or common is that if they're standard or

18   common features, then that similarity can be excluded when

19   looking at the Games Workshop and Chapterhouse products, right?

20   A.   Yes.

21   Q.   And so, you take the Games Workshop product and you look at

22   various features of it and say, "I've seen legs like that on

23   Iron Monger," right?

24   A.   Yes.

25   Q.   "And I've seen a chest like that on some miniature," right?

Grindley - cross

1    A.   Yes.

2    Q.   "And I've seen a shoulder pad, an oversized shoulder pad,

3    somewhere else," and you exclude that, right?

4    A.   Yes.

5    Q.   And by this process of elimination, you're saying once we

6    take all that away, there's nothing left to the model that's

7    similar between Chapterhouse and Games Workshop, right?

8    A.   Yes.

9    Q.   Now, you didn't testify in your direct about any combination

10   of features, of those types of features that you found anywhere

11   in the thousands of images you looked at, right?

12   A.   Correct.

13   Q.   So, you're not making any testimony that any combination of

14   features is standard in science fiction?

15   A.   No, I'm not.

16   Q.   So, if the jury somehow finds that Games Workshop's creative

17   genius came up with a combination of features, even if they're

18   common features, but a unique combination of features, they get

19   to protect that, don't they?

20   A.   Yes.   This is the jury's sacred right under American law.

21   Q.   And even if they wanted to pick apart each model on one

22   feature here and one feature there, if they disagree with you

23   and they feel that you haven't sufficiently shown that that

24   feature is indispensable or standard in science fiction, then

25   the image you show about it is irrelevant, right?

Grindley - cross

A.   I think that the -- at the end of the day, what is relevant
that happens in this room is what the members of the jury decide
is their verdict and how they reach it.  I'm just here to be
helpful to both sides, just to let you know what my experience
and expertise is, and if I can assist the jury, no matter how
they make up their minds --

THE COURT:  I'll tell you what.  You know what?  It's
4:45 in the afternoon.  We can do without the speech.

MR. KEENER:  Thank you.  No more questions.

THE COURT:  Redirect.

MR. COOPER:  I have no questions, your Honor.

THE COURT:  Questions by the jurors.  I don't see
anybody looking down and writing.  So, you're excused.

(Witness excused.)

THE COURT:  The next thing is a deposition.  We're
going to start with it.  We've got about 15 minutes.  Is this is
a video or a reading of a deposition?

MS. HARTZELL:  Video.

THE COURT:  It's a video.

MS. HARTZELL:  We call Mr. John Blanche.

THE COURT:  Okay.  Do we know about how long the
recording is?

MS. HARTZELL:  24 minutes.

THE COURT:  So, we're not going to get the whole thing
done, but we'll get close.

### Blanche - deposition

1        Spell the name of the witness.  John is the first name.

2  What's the last name?

3        MS. HARTZELL:  Blanche, B-l-a-n-c-h-e.

4        THE COURT:  Thanks.  And just remember on these, just

5  after court today or maybe you can first thing in the morning

6  just give me an allocation on the time as between plaintiff and

7  defendant.

8        LAURENCE JOHN BLANCHE, DEFENDANT'S WITNESS, SWORN

9        DEPOSITION

10  BY MR. OH:

11  Q.  Could you please state and spell your full name for the

12  record?

13  A.  It's Laurence John Blanche.  L-a-u-r-e-n-c-e J-o-h-n

14  B-l-a-n-c-h-e.

15  Q.  And what name do you commonly go by?

16  A.  John.

17  Q.  Can you please identify your current employer and position?

18  A.  It is Games Workshop, and my position is art director.

19  Q.  At some point did you become a Games Workshop employee?

20  A.  Yes.

21  Q.  When was that?

22  A.  1984 would be full time.

23  Q.  What were some of the influences for this futuristic

24  universe for Warhammer 40K?

25  A.  The fantasy game of Warhammer itself was the main driving

PDF created with pdfFactory trial version www.pdffactory.com

Blanche - deposition

1  force behind that.  Being an artist, the influences are constant

2  and many fold.  I have points of reference or points of

3  references that constantly inspire me on an artistic and

4  creative basis.

5  Q.  What were some, outside of the original Warhammer game, what

6  were some of the points of references for the Warhammer 40K

7  game?

8  A.  Historical costume, the pageant of warfare, certainly

9  classical art, certain literature.  It probably sounds

10  frivolous, but very important to me personally as an artist, the

11  weather, the environment, geology, so everything I am surrounded

12  with.

13  Q.  Were there any futuristic points of references?

14  A.  Some, but I would regard that as being very minimal in my

15  own personal case because I tend to view everything in a very

16  archaic dystopian way, so, for instance, a busy shopping center

17  will influence me in a 40K sense more than most things.

18  Q.  Were there any futuristic themed literature that was a point

19  of reference?

20  A.  I said certain literature.  Tolkien had a massive influence.

21  Mervin Peake with Gormanghast trilogy books.  I tend not to have

22  read many science fiction.  Treasure Island.

23  Q.  Do you remember when Mr. Goodwin made these figures?

24  A.  I am sorry, no, I don't remember.

25  Q.  Was it before the development of Warhammer 40K?

PDF created with pdfFactory trial version www.pdffactory.com

Blanche - deposition

1    A.   I couldn't say.   I don't know.

2    Q.   Are you familiar with any artwork related to Michael

3    Moorcock outside of the figures that Mr. Goodwin made?

4    A.   Could you repeat that question?

5    Q.   Are you familiar with any artwork related to Michael

6    Moorcock besides the figures that Mr. Goodwin made?

7    A.   A few, vaguely, through an artist called Rodney Matthews.

8    Full stop.

9    Q.   Can you describe what those figures by -- actually, strike

10   that.

11         Can you describe the works you were referring to by

12   Rodney Matthews?

13   A.   Essential fantastical environment with creatures like

14   dragons and warriors with big swords and winged helmets.

15   Q.   Any other symbols you recall?

16   A.   Not at all, no.

17   Q.   Do you remember the first time you saw something by

18   Mr. Matthews related to Michael Moorcock?

19   A.   No.

20   Q.   Would it have predated the development of Warhammer 40K?

21   A.   Possibly, but it probably would be happening all around

22   about the same time.

23   Q.   Are you familiar with something called 2000 AD?

24   A.   Yes.

25   Q.   What is it?

PDF created with pdfFactory trial version www.pdffactory.com

Blanche - deposition

1   A.   It was a comic.

2   Q.   Can you describe what this comic was?

3   A.   The comic was released about the same time as the punk music

4   explosion in the UK, and the comic overturned people's

5   perception of comic book heros, in as much as traditional comic

6   heros were clean-cut, the 2000 AD took on this punks esthetic,

7   and heros became more anti-heros, therefore it was a very

8   popular thing for youth cultures in England at that time.

9   Q.   Approximately when was this time?

10  A.   Late seventies.

11  Q.   Were there any characters you recall related to 2000 AD?

12  A.   Johnny Alpha.   There was the big one, Judge Dredd.   My

13  knowledge is very limited.   I never bought the comic.

14  Q.   Can you describe who Judge Dredd is?  And is that D-r-e-d-d?

15  A.   Yes, he is a law enforcement officer of near future America,

16  I believe, American cities, which had become vast and very

17  dystopian, and he is known for riding a motorbike.

18  Q.   What did Judge Dredd look like?

19  A.   He wore a black tight suit, big boots, and helmet, sort of

20  like a futuristic police uniform, I suppose.

21  Q.   Do you recall if Judge Dredd had big shoulder pads as parts

22  of his uniform?

23  A.   Yes, I suppose he did.

24  Q.   And what was your role as part of the development of

25  Warhammer 40K?

PDF created with pdfFactory trial version www.pdffactory.com

Blanche - deposition

1    A.   I was an artist or illustrator.

2    Q.   Before the break you mentioned that Tolkien was a point of

3    reference for the Warhammer 40K works.  Is that correct?

4    A.   It was the base point for a whole generation becoming aware

5    of fantasy as a wider subject matter.

6    Q.   And by Tolkien, you mean J.R.R. Tolkien?

7    A.   I do, yes.

8    Q.   Are you familiar with the term heraldry?

9    A.   Yes.

10    Q.   Can you describe what that is?

11    A.   It is a system of symbols used in medieval society by the

12    aristocratic families to define that particular family's badges

13    or symbols.

14    Q.   Before the break, you mentioned historical costumes and I

15    believe pageantry for warfare?

16    A.   Yes.

17    Q.   Is heraldry and livery related to the historical costume and

18    pageantry for warfare?

19    A.   Yes.

20    Q.   And so, is heraldry also a point of reference for the

21    Warhammer 40K work?

22    A.   Yes.

23    Q.   And can you describe how?

24    A.   Particularly Space Marines and their color schemes and their

25    symbols on their shoulder pads, et cetera, that would be a

PDF created with pdfFactory trial version www.pdffactory.com

Blanche - deposition

1   strong part of their specific chapter heraldry.

2   Q.   Are you familiar with heraldry, classical symbols used in

3   heraldry?

4   A.   Yes.

5   Q.   Can you name examples of classical symbols used in heraldry?

6   A.   Like rampant lions.

7   Q.   What is a rampant lion?

8   A.   It is a lion rearing up on its hind legs with its four limbs

9   sort of extended in an aggressive pose.

10   Q.   Is that the same thing as a Griffin?

11   A.   No.

12   Q.   Is a Griffin a classic heraldry symbol?

13   A.   It is derived from classical Greek mythology, being part

14   lion, part eagle.

15   Q.   Are Griffin used in heraldry?

16   A.   Yes.

17   Q.   Can you name other classic heraldic symbols?

18   A.   Unicorn, wyverns.

19   Q.   What are wyverns?

20   A.   They are dragons without forelimbs.  They are a two-limbed

21   dragon.

22   Q.   And are dragons used in heraldry, also?

23   A.   Yep.

24   Q.   Any other animals?

25   A.   Gosh, there is lots of mythological animal shapes that are

PDF created with pdfFactory trial version www.pdffactory.com

Blanche - deposition

1    used in various forms.  I am not familiar with all the names,

2    but --

3    Q.   Can you describe some of these classical shapes used in

4    heraldry?

5    A.   Sort of sea serpents with unicorn forefronts.

6    Q.   Anything else?

7    A.   You are only concerned with animals?  There is lots of

8    abstract shapes used in heraldry like chevrons, flowers,

9    squares, diamonds and squares and ermine's tails, and crowns and

10   castles and chains and swans, ships, sea, just hundreds and

11   hundreds.

12   Q.   Too many to name right now?

13   A.   Too many.

14          THE COURT:  And that's where we'll stop.  5:00 o'clock.

15   So, start time should be 9:45 tomorrow.  Don't discuss the case

16   with anyone, and we'll -- oh, I was going to give you something

17   on the schedule.  Hang on one second.  Let me just see the

18   primary lawyers at sidebar.

19      (Off-the-record discussion.)

20          THE COURT:  Okay.  So, here's my sense of how this is

21   going to work.  I think the odds are pretty strong that we will

22   finish the testimony, finish the evidence, tomorrow sometime,

23   probably before the end of the day, but not certainly, but

24   probably before the end of the day.  If we do, we're not going

25   to go right into the closing arguments.  The lawyers and I are

1  going to have to spend some additional time on the instructions

2  regarding the law.  We've spent a lot of time offline on that,

3  but we're going to need to spend some in-court time, and so we'd

4  probably use the rest of the afternoon to do that, and then

5  you'll hear arguments on Wednesday morning.

6          So, that's my prediction at this point in time.  You

7  know, everything's subject to change, but I think that's pretty

8  close to accurate.  So, you'll have the case, in other words,

9  and your deliberations will start sometime on Wednesday.

10         So, tomorrow morning, 9:45, and we'll resume then.

11      (Whereupon, the within trial was adjourned to Tuesday,

12      June 11, 2013, at 9:45 o'clock a.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25