1      IN THE UNITED STATES DISTRICT COURT
       NORTHERN DISTRICT OF ILLINOIS
2         EASTERN DIVISION

3

4 GAMES WORKSHOP LIMITED,   )
              )
5       Plaintiff, ) Docket No. 10 C 8103
              )
6     vs.     )
              )
7 CHAPTERHOUSE STUDIOS, LLC, ) Chicago, Illinois
 et al.,        ) June 12, 2013
8           ) 9:45 a.m.
       Defendants. )
9

10          VOLUME 8
       TRANSCRIPT OF PROCEEDINGS
11  BEFORE THE HONORABLE MATTHEW F. KENNELLY AND A JURY

12
 APPEARANCES:
13

14 For the Plaintiff:  FOLEY & LARDNER, LLP
          BY: MR. JONATHAN E. MOSKIN
15         90 Park Avenue
          New York, New York 10017
16

17         FOLEY & LARDNER, LLP
          BY: MR. JASON J. KEENER
18         321 North Clark Street
          Suite 2800
19         Chicago, Illinois 60610

20

21 For the Defendant:  WINSTON & STRAWN, LLP
          BY: MR. IMRON T. ALY
22            MR. BRYCE COOPER
            MR. THOMAS KEARNEY
23         35 West Wacker Drive
         Chicago, Illinois 60601
24

25

1                 WINSTON & STRAWN, LLP
                    BY:  MS. JENNIFER A. GOLINVEAUX
2                 101 California Street
                 San Francisco, California  94111

3

4                 MARSHALL, GERSTEIN & BORUN
                    BY:  MS. JULIANNE M. HARTZELL
5                 233 South Wacker Drive
                 Willis Tower #6300
6                 Chicago, Illinois   60606

7

8  Also Present:             MR. NICHOLAS VILLACCI

9                    MS. GILLIAN STEVENSON

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24         LAURA M. BRENNAN - Official Court Reporter
          219 South Dearborn Street - Room 2102
25            Chicago, Illinois   60604
               (312) 435-5785

1    (The following proceedings were had in open court in the
2    presence and hearing of the jury:)

3         THE COURT:  Okay, everyone can have a seat.

4         You have all got a copy of the jury instructions.
5    I'm also going to read them.  Don't ask me why.  It's just one
6    of those things we traditionally do, but actually you can
7    understand things better if you read them and hear them at the
8    same time.

9         I've got these on what amounts to a teleprompter, so
10   it's just going to take a second for it to come up.  Please
11   feel free to follow along.

12        Members of the jury, you have seen and heard all the
13   evidence, and you're about to hear the arguments of the
14   attorneys.  Now I will instruct you on the law.

15        You have two duties as a jury.  Your first duty is to
16   decide the facts from the evidence in the case.  This is your
17   job and yours alone.  Your second duty is to apply the law
18   that I give you to the facts.  You must follow these
19   instructions even if you disagree with them.

20        Each of the instructions is important, and you must
21   follow all of them.  You must also continue to follow the
22   instructions that I gave you at the start of the trial, that
23   you may not communicate about the case or about people
24   involved in the case with anyone other than your fellow jurors
25   until after you have returned your verdict.

1   Perform these duties fairly and impartially.  Each

2   party to the case is entitled to the same fair consideration.

3   Do not law sympathy, prejudice, fear or public opinion to

4   influence you.  You should not be influenced by any person's

5   race, color, religion, national ancestry, age or sex.  Nothing

6   I'm saying now and nothing I said or did during the trial is

7   meant to indicate any opinion on my part about what the facts

8   are or about what your verdict should be.

9   The evidence consists of the testimony of the

10  witnesses and the exhibits admitted in evidence.  In

11  determining whether any fact has been proved, you should

12  consider all of the evidence bearing on that fact regardless

13  of who offered the evidence.  You must make your decision

14  based on what you recall of the evidence.  You will not have a

15  written transcript of the testimony to consult.

16  Certain things are not evidence.  I will list them

17  for you.

18  First, if I told you to disregard any testimony or

19  exhibits or struck any testimony or exhibits from the record,

20  such testimony or exhibits are not evidence and must not be

21  considered.

22  Second, anything that you may have seen or heard

23  outside the courtroom is not evidence and must be entirely

24  disregarded.  This includes any press, radio, Internet or

25  television reports you may have seen or heard.  Such reports

1    are not evidence and your verdict must not be influenced in

2    any way by such publicity.

3          I'm actually going to interject one thing here, and

4    it's really a repeat of an instruction I gave you earlier in

5    the case.  I know there's probably going to be a temptation

6    for people to go want to look up stuff on the Internet, you

7    know, images things like that.  Don't do that.  And so when I

8    say that what you consider is just what was presented here in

9    court, it's really important that we keep it that way.  As I

10   told you at the beginning of the case, it's not fair to either

11   side if people are consulting things or consulting evidence

12   that nobody has had a chance to address.

13         So back to the instructions.

14         Third, questions and objections or comments by the

15   lawyers are not evidence.  Lawyers have a duty to object when

16   they believe a question is improper.  You should not be

17   influenced by any objection, and you should not infer from my

18   rulings that I have any view as to how you should decide the

19   case.

20         Fourth, the lawyers' opening statements and closing

21   arguments to you are not evidence.  Their purpose is to

22   discuss the issues and the evidence.  If the evidence as you

23   remember it differs from what the lawyers said, your memory is

24   what counts.

25         In addition, any notes that you have taken during

1  this trial are only aids to your memory.  The notes are not

2  evidence.  If you have not taken notes, you should rely on

3  your independent recollection of the evidence and not be

4  unduly influenced by the notes of other jurors.  Notes are not

5  entitled to any greater weight than the recollections or

6  impressions of each juror about the testimony.

7  You should use common sense in weighing the evidence

8  and consider the evidence in light of your own observations in

9  life.  In our lives we sometimes look at one fact and conclude

10  from it that another fact exists.  In law we call this an

11  inference.  A jury is allowed to make reasonable inferences so

12  long as they are based on the evidence in the case.

13  You may have heard the phrases "direct evidence" and

14  "circumstantial evidence."  Direct evidence is proof that does

15  not require an inference such as the testimony of someone who

16  claims to have personal knowledge of a fact.  Circumstantial

17  evidence is proof of a fact or a series of facts that tends to

18  show that some other fact is true.  You are to consider both

19  direct and circumstantial evidence.  The law allows you to

20  give equal weight to both types of evidence, but it is up to

21  you to decide how much weight to give to any evidence in the

22  case.

23  I have my teleprompter set on a slow speed today, so

24  slower than I normally talk, which I'm sure the court

25  reporters are happy about.

1    You must decide whether the testimony of each of the

2    witnesses is truthful and accurate in part, in whole or not at

3    all.  You must also decide what weight, if any, you give to

4    the testimony of each witness.  In evaluating the testimony of

5    any witness, including any party to the case, you may

6    consider, among other things, the ability and opportunity the

7    witness had to see, hear or know the things that the witness

8    testified about; the witness' memory; any interest, bias or

9    prejudice the witness may have; the witness' intelligence; the

10   manner of the witness while testifying; the reasonableness of

11   the witness' testimony in light of all the evidence in the

12   case; and any inconsistent statements or conduct by the

13   witness.

14   The law does not require any party to call as a

15   witness every person who might have knowledge of the facts

16   related to this trial.  Similarly, the law does not require

17   any party to present as exhibits all papers and things

18   mentioned during this trial.  You may find the testimony of

19   one witness or a few witnesses to be more persuasive than the

20   testimony of a larger number of witnesses.  You need not

21   accept the testimony of the larger number of witnesses.

22   You have heard witnesses give opinions about certain

23   subjects involving special knowledge or skill.  You should

24   judge this testimony in the same way that you judge the

25   testimony of any other witness.  You do not have to accept

1   these witnesses' opinions.  In deciding how much weight to

2   give to this testimony, you should consider the witnesses'

3   qualifications, how they reached their opinions and the

4   factors I have described for determining the believability of

5   testimony.

6           So everything else from here on in is going to talk

7   about the actual issues in the case.

8           The plaintiff in this case is Games Workshop Limited.

9   The defendant in this case is Chapterhouse Studios, LLC.

10  Games Workshop claims that Chapterhouse has infringed

11  copyrights and trademarks that Games Workshop owns relating to

12  a tabletop war game called Warhammer 40,000 or Warhammer 40K.

13  Chapterhouse denies Games Workshop's claims.

14          The following instructions include several references

15  to previous rulings that I have made in this case.  These

16  rulings are binding on you in your consideration of the case.

17          First, I am going to define the term "preponderance

18  of the evidence."  In the following instructions, I will use

19  the term "preponderance of the evidence."  When I say that a

20  party has to prove something by a preponderance of the

21  evidence, I mean that the party must prove that the particular

22  proposition is more likely true than not true.

23          So the next several instructions concern the

24  copyright claims.  Games Workshop claims that Chapterhouse has

25  infringed Games Workshop's copyrights.  To prevail on its

1   claim with regard to a particular copyrighted work, Games

2   Workshop must prove three elements by a preponderance of the

3   evidence.

4          Number 1.  The particular work is the subject of a

5   valid copyright.

6          Number 2.  Games Workshop owns the copyright in the

7   work.

8          I have previously found that Games Workshop owns the

9   copyrights for all of the specific works involved in its

10  copyright claims.

11         Number 3.  Chapterhouse copied protected expression

12  from the work.

13         I will explain what I mean by each of these terms.

14         If you find that Games Workshop did not prove each of

15  these elements by a preponderance of the evidence as to a

16  particular work, then you must find for Chapterhouse as to

17  that work.  If, on the other hand, you find that Games

18  Workshop proved each of these elements by a preponderance of

19  the evidence as to a particular work, then you must go on to

20  consider Chapterhouse's defense of fair use as to that work.

21  And I will define that in a moment.

22         So the next part has to do with definitions of the

23  terms that I have just used.  The first is "valid copyright."

24  To be eligible for copyright protection, a work must be

25  original and in a form that can be seen, heard, reproduced or

1   communicated.  A work is original if it was created

2   independently and with at least a minimal degree of

3   creativity.  A work can be original even if it incorporates

4   elements that are not original to the author, but only the

5   original elements added by the author are protected by

6   copyright.

7           The originality required for copyright protection can

8   include original combinations of elements even if some or all

9   of the elements are not themselves original.  I have

10  previously ruled that the size, shape and proportion of the

11  Space Marine shoulder pad includes sufficient originality to

12  afford copyright protection.

13          I have also previously ruled that a circular saw and

14  teardrop shape are merely two geometric shapes placed one atop

15  the other and, even when combined, do not provide sufficient

16  originality to afford copyright protection.  However, when

17  that design is combined with the Space Marine shoulder pad,

18  the combination is copyrightable overall.

19          The next definition is "protected expression."

20  "Protected expression" means any expression in Games

21  Workshop's work that was created independently, meaning that

22  it was not copied from some other work and involves some

23  creativity.  Copyright law protects only original expression

24  in the work.  This includes the way that ideas and concepts

25  are expressed in the work.  It does not conclude the ideas or

1  concepts themselves.  Protected expression also does not

2  include matter that is indispensable or standard in the

3  treatment of a particular subject.

4       The next definition is "copying."  Copying may be

5  proved by direct evidence of copying.  In addition, you may

6  infer that Chapterhouse copied a particular work of Games

7  Workshop if Chapterhouse had a reasonable opportunity to view

8  the work before creating its own work and the two works are so

9  similar that a reasonable person would conclude that

10  Chapterhouse took protected expression from Games Workshop's

11  work.

12       You may also infer that Chapterhouse copied Games

13  Workshop's work if the similarities between the two works can

14  be explained only by copying rather than by coincidence,

15  independent creation, or the existence of a common source for

16  both works.  In determining whether Games Workshop has proved

17  copying, you may consider evidence that Chapterhouse's work

18  was created independently of Games Workshop's copyrighted

19  work.

20       Next I'm going to define the defense of fair use.

21  Chapterhouse contends that even if it copied protected

22  expression in Games Workshop's works, that is allowed under

23  what the law calls fair use.  Chapterhouse must prove this

24  defense by a preponderance of the evidence.  In deciding

25  whether Chapterhouse has proven fair use as to a particular

1  instance of copying, you should consider the following

2  factors:

3       First, the purpose and character of Chapterhouse's

4  use, including whether the use was of a commercial nature or

5  transformed Games Workshop's work into something of a

6  different character from Games Workshop's usage of the work.

7       Second, the degree of creativity involved in Games

8  Workshop's work.

9       Third, whether Games Workshop's work was published or

10 unpublished.

11      Fourth, the amount of Games Workshop's work that

12 Chapterhouse copied and the significance of the portion copied

13 in relation to Games Workshop's copyrighted work as a whole.

14      And, fifth, how Chapterhouse's use affected the value

15 of or the potential market for Games Workshop's work.

16      If you find that Chapterhouse did not prove fair use

17 by a preponderance of the evidence as to a particular work,

18 then you must find for Games Workshop as to that work.  If, on

19 the other hand, you find that Chapterhouse proved fair use by

20 a preponderance of the evidence as to a particular work, then

21 you must find for Chapterhouse as to that work.

22      So the next instruction includes damages on the

23 copyright claims.  With regard to Games Workshop's copyright

24 claims, if you find in favor of Games Workshop as to any

25 particular work, then you will be required to determine the

1  amount of damages that Games Workshop is entitled to recover

2  from Chapterhouse for infringement of Games Workshop's

3  copyright in that work.

4         If you find in favor of Chapterhouse on all of Games

5  Workshop's copyright claims, as to all of Games Workshop's

6  works that are at issue, then you will not consider the

7  question of damages on Games Workshop's copyright claims.

8         If you find that Games Workshop has proved that

9  Chapterhouse infringed one or more of its copyrights, then

10  Games Workshop is entitled to recover the profits that

11  Chapterhouse made because of the infringement.  Chapterhouse's

12  profits are the revenues that it made because of the

13  infringement minus Chapterhouse's expenses in producing,

14  distributing, marketing and selling the particular product.

15  Games Workshop is required to prove only Chapterhouse's

16  revenues.  Chapterhouse must prove its own expenses and any

17  portion of its profits that it contends resulted from factors

18  other than infringement of Games Workshop's copyright.

19         So the next series of instructions concern the

20  trademark claims.  Just one sec.

21     (Brief interruption.)

22         THE COURT:  Games Workshop claims that Chapterhouse

23  has infringed a number of Games Workshop's trademarks.

24  Chapterhouse denies Games Workshop's claim.

25         A trademark is a word, symbol or combination of words

1    or symbols used to identify a product, distinguish it from

2    those manufactured or sold by others, and indicate the source

3    of the product.  The purpose of trademark law is to prevent

4    confusion among consumers about the source of products and to

5    permit trademark owners to show ownership of their products

6    and control their products' reputation.

7            To prevail on its claim with regard to a particular

8    trademark, Games Workshop must prove each of the following

9    elements by a preponderance of the evidence:

10           Number 1.   Games Workshop owns the symbol or term as

11   a trademark.

12           Number 2.   The symbol or term is a valid trademark.

13           Number 3.   Chapterhouse used the symbol or term in a

14   manner that is likely to cause confusion about the source,

15   origin, sponsorship or approval of Chapterhouse's product.

16           I will explain what I mean by these terms in a

17   moment.

18           If you find that Games Workshop did not prove each of

19   these elements by a preponderance of the evidence as to a

20   particular trademark, then you must find for Chapterhouse as

21   to that trademark.  If, on the other hand, you find that Games

22   Workshop proved each of these elements by a preponderance of

23   the evidence as to a particular trademark, then you must go on

24   to consider Chapterhouse's defense of fair use as to that

25   trademark.

1    There are several pages of definitions here.  The

2    first involves ownership of trademark.  Games Workshop owns a

3    symbol or term as a trademark if it used the symbol or term in

4    interstate or foreign commerce in a way that allowed consumers

5    to identify it with Games Workshop or its product before

6    Chapterhouse began to use the symbol or term.  I have

7    previously ruled that Games Workshop owns 71 of the claimed

8    trademarks that are at issue in the case.  A list of these

9    trademarks will be provided as part of the verdict form that

10   I'm giving you, and we'll discuss the verdict form in a few

11   minutes.

12        I have made no determination regarding ownership of

13   the other claimed trademarks that are at issue in this case.

14   That determination is one of the matters that you will have to

15   decide.

16        The next definition is "valid trademark."  A "valid

17   trademark" is a symbol or term that is distinctive.  In other

18   words, it is capable of distinguishing the trademark owner's

19   product from the products of others.

20        I have previously ruled that the following terms are

21   valid trademarks owned by Games Workshop:  Space Marine;

22   Eldar; Tau, T-a-u; and Warhammer.  I have made no

23   determination regarding ownership of the other claimed

24   trademarks that are at issue in this case.

25        A symbol or term may be considered distinctive if it

1    is inherently distinctive or if it acquired distinctiveness

2    before Chapterhouse began to use the symbol or term.  An

3    inherently distinctive trademark is one that almost

4    automatically tells a consumer that it refers to a brand or a

5    source for a product.  A trademark is inherently distinctive

6    if it's a fanciful, arbitrary or suggestive symbol or term.

7            A fanciful symbol or term is a newly created word or

8    parts of common words that are used in a fictitious,

9    unfamiliar or fanciful way.  For example, Exxon for gasoline

10   is a fanciful trademark.

11           An arbitrary symbol or term is a common symbol or

12   term used in an unfamiliar way.  For example, Apple for

13   computers is an arbitrary trademark.

14           A suggestive symbol or term implies some

15   characteristic or quality of the product.  If the consumer

16   must use imagination, reflection or additional reasoning to

17   understand the meaning of the mark -- what I mean by that is

18   trademark -- as used with the product, then the trademark is

19   suggestive.  For example, Coppertone for sun tan lotion is a

20   suggestive trademark because it is suggestive of sun-tanned

21   skin.

22           Another type of valid trademark is a descriptive

23   symbol or a term that has acquired distinctiveness.  A

24   descriptive symbol or term directly identifies or describes

25   some characteristic or quality of the product in a

1  straightforward way that requires no imagination or reasoning

2  to understand the meaning of the trademark.  So, for example,

3  All-Bran for cereal is a descriptive trademark because it

4  describes a characteristic of the cereal.

5          A descriptive trademark can be valid only if it has

6  acquired distinctiveness.  To show that a symbol or term has

7  acquired distinctiveness, Games Workshop must prove:

8          Number 1.  A substantial portion of the consuming

9  public identifies Games Workshop's symbol or term with a

10  particular source whether or not consumers know who or what

11  that source is.  The consuming public consists of people who

12  may buy or use or consider buying or using the product or

13  similar product.

14          And number 2.  Games Workshop's symbol or term

15  acquired distinctiveness before Chapterhouse first began to

16  use its symbol or term.

17          To decide whether Games Workshop's symbol or term has

18  acquired distinctiveness, you may consider the following

19  factors:  The amount and manner of advertising, promotion and

20  other publicity of Games Workshop's product using its symbol

21  or term, the sales volume of Games Workshop -- pause for a

22  second.

23          Is there a word missing there?  What's the word

24  that's missing?  None of us caught this.

25          MS. HARTZELL:  Products.

1    THE COURT:  Products, okay.

2    MR. MOSKIN:  Products.

3    THE COURT:  Products, plural.

4    Take your pencils or pens and write in, and so it

5  should say:

6    The sales volume of Games Workshop's products using

7  its symbol or term.

8    All right.  The next bullet point says the length and

9  manner of use of Games Workshop's symbol or term and consumer

10  testimony.  You may also consider any other evidence that

11  bears on the question of whether Games Workshop's symbol or

12  term has acquired distinctiveness.

13    So the next definition concerns the term "likelihood

14  of confusion."  Games Workshop must prove a likelihood of

15  confusion among a significant number of people who buy or use

16  or consider buying or using the product or similar products.

17  In deciding this, you should consider the following:

18    First of all, whether the overall impression created

19  by Chapterhouse's trademark is similar to that created by

20  Games Workshop's trademark in appearance, sound or meaning.

21    Secondly, whether Chapterhouse and Games Workshop

22  used their trademarks on the same or related products.

23    Third, whether Games Workshop's and Chapterhouse's

24  products are likely to be sold in the same or similar stores

25  or outlets or advertised in similar media.

1    Fourth, the degree of care that purchasers or

2   potential purchasers are likely to exercise in buying or

3   considering whether to buy the product.  This may depend on

4   the level of sophistication of potential buyers of the product

5   and the cost of the product.

6    Fifth, the degree to which purchasers or potential

7   purchasers recognize Games Workshop's trademark as an

8   indication of the origin of Games Workshop's product.  You may

9   consider my previous instructions concerning distinctiveness

10  to help you assess this factor.

11   Sixth, whether Chapterhouse's use of the trademark

12  has led to instances of actual confusion among purchasers or

13  potential purchasers about the source, origin, sponsorship or

14  approval of Games --  or excuse me -- or approval of

15  Chapterhouse's product.  However, actual confusion is not

16  required for a finding of likelihood of confusion.

17   Seventh, whether Chapterhouse intended to pass off --

18  it should say, its product as that of Games Workshop or

19  intended to confuse consumers.

20   The weight to be given to each of these factors is up

21  to you to determine.  No particular factor or number of

22  factors is required to prove likelihood of confusion.

23   So the next instruction includes the fair use defense

24  on the trademark claims.

25   Chapterhouse claims that its use of Games Workshop's

1  trademarks is permitted because Chapterhouse made fair use of

2  the trademarks.  You are to consider this defense with regard

3  to a particular trademark only if you have found that Games

4  Workshop has proven the elements of its claim with regard to

5  that trademark.

6  　　　　To prevail on this defense with regard to a

7  particular trademark, Chapterhouse must prove each of the

8  following elements by a preponderance of the evidence:

9  　　　　Number 1.  In every instance in which Chapterhouse

10  used the trademark, it did so to refer to a Games Workshop

11  product that cannot easily be identified without using the

12  trademark.  A product cannot be easily identified without

13  using a trademark if there are no equally informative words to

14  identify the product or there is no other effective way to

15  refer to it or identify it without using the trademark.

16  　　　　Number 2.  In every instance in which Chapterhouse

17  used the trademark, it did so only as much as was reasonably

18  necessary to identify the product.  A reasonably necessary use

19  of a trademark occurs when the product is used -- excuse me --

20  when the trademark is used no more prominently than is needed

21  to identify the product and enable consumers to understand the

22  reference.

23  　　　　Number 3.  Chapterhouse did not do anything in

24  connection with any use of the trademark to suggest that Games

25  Workshop sponsored or endorsed Chapterhouse or its product.

1    If you find that Chapterhouse did not prove each of
2    these elements by a preponderance of the evidence as to a
3    particular trademark, then you must find for Games Workshop as
4    to that trademark.

5    If, on the other hand, you find that Chapterhouse
6    proved each of these elements by a preponderance of the
7    evidence as to a particular trademark, then you must find for
8    Chapterhouse as to that trademark.

9    Next concerns damages on the trademark claims.  Games
10   Workshop is not requesting damages on its trademark claims.
11   On those claims you will simply be making a finding of
12   liability as to each trademark that is at issue.

13   All right.  So now we're done with the claims that
14   you are going to be considering, and these are some more
15   general instructions.  Once you are all in the jury room, the
16   first thing you do should do is choose a presiding juror,
17   which we used to call a foreperson.  The presiding juror
18   should see to it that your discussions are carried on in an
19   organized way and that everyone has a fair chance to be heard.
20   You may discuss the case only when all jurors are present.

21   Once you start deliberating, do not communicate about
22   the case or your deliberations with anyone except other
23   members of your jury.  You may not communicate with others
24   about the case or your deliberations by any means.  This
25   includes oral or written communication as well as any

1  electronic method of communication such as by using a

2  telephone, cell phone, smart phone, iPhone, BlackBerry,

3  Android or a computer, by using text messaging, instant

4  messaging, the Internet, chatrooms, blogs, websites or

5  services such as Facebook, LinkedIn, Google Plus, YouTube or

6  Twitter, or by using any other method of communication.

7          If you need to communicate with me while you are

8  deliberating, send a note through the court security officer.

9  And at some point you will see an officer show up here.  He'll

10  be sitting outside here while you're deliberating.  The note

11  should be signed by the presiding juror or by one or more

12  members of the jury.  To have a complete record of this trial,

13  it is important that you not communicate with me except by a

14  written note.

15          I may have to talk to the lawyers about your message,

16  so it may take me some time to get back to you.  You may

17  continue your deliberations while you wait for my answer.  If

18  you send me a message, do not include the breakdown of your

19  votes.  In other words, don't tell me that you're split 6 to

20  6, 8 to 4, or whatever your vote happens to be.

21          A verdict form has been prepared for you.  You will

22  take this form with you to the jury room.  And I didn't give

23  it to you yet, but I'm now going to pass it out.  And I don't

24  want to scare anybody here.  It's kind of long.  We printed it

25  on one side of the page only because we thought it would be

1　easier for you to work that way.  And I'm actually going to

2　send back some extra ones that you may be able to use them as

3　worksheets.  So here's seven for the back row and here's five

4　for the front row.  Pass them down.

5　　　　　So I'm just going to tell you the -- it's long, okay.

6　It's 17 pages long.  The reason it's long is that, as you

7　know, because you have sat here for the last seven and a half

8　days, there are a lot of claims at issue in the case.  And as

9　you will see when you work through this, you need to make

10　separate findings as to each particular item that is involved.

11　So I want to work through this and walk through it with you

12　just briefly.

13　　　　　So the first section involves the copyright

14　infringement claims.  And if you go on to page 2, you will see

15　that there's a long list of claims, and there's several

16　columns.

17　　　　　So as to each --

18　　　　　And then on the left-hand side, it lists the

19　Chapterhouse product, and there is a number, and that number

20　corresponds with one or more of the claim charts that you have

21　as exhibits, and I will tell you about the exhibits in a

22　second.

23　　　　　And so for each product under the copyright

24　infringement heading, you will check off "yes" if you find

25　that Games Workshop has proven infringement by a preponderance

of the evidence.  And you check "no" if you find that Games

Workshop has not proven infringement by a preponderance of the

evidence.

1    Then the next two columns have a heading that says

2    fair use.  If you've checked no under the copyright

3    infringement heading, then you don't consider fair use.  You

4    don't do those columns at all.  It says this on the first

5    page.  But if you've checked yes under the copyright

6    infringement heading on a particular product, then you go on

7    to consider the defense of fair use.  And you'll check off yes

8    under that if you find that Chapterhouse has proven fair use

9    by a preponderance of the evidence and no if Chapterhouse

10   hasn't proved it by a preponderance of the evidence.

11   So the first -- the copyright infringement claims go

12   through, it's about halfway through, goes up to about page 8.

13   Then on page 8 you'll see that there's a section that says if

14   there's any Chapterhouse products for which you answered yes

15   for copyright infringement and no for fair use, you should

16   continue and determine damages, and I've given you an

17   instruction about that.  Otherwise you'll skip the question of

18   damages, and then there's a blank for you to fill in what

19   damages you find if those conditions are met.

20   Then there's a section about the trademark

21   infringement claims.  It's very similar.  You consider

22   infringement first.  There's yes or no.  If you check no,

23   you're done on that particular line.  If you check yes, you go

24   on to consider the defense of fair use.

25   You'll see that some of the trademarks are just

1  pictures.  They're in color.  At least they were supposed to

2  be in color.  Are they in color on yours?

3      A JUROR:  Yes.

4      Some of them on the back.

5      THE COURT:  Okay.  Some of them are in color; some of

6  them aren't.  Yeah.  I think the ones that aren't in color are

7  the ones that aren't in color, and the ones that are in color

8  are the ones that were in color.  So, not to be too pedestrian

9  about it, but -- and, again, these numbers will correspond to

10  things, and I think the lawyers will be talking about those.

11      And then at the very end on the very last page

12  there's a place for you to sign and date the verdict form.

13      Okay.  So back to the instructions.

14      When you've reached unanimous agreement, your

15  presiding juror will fill in and date the verdict form and

16  each of you will sign it.

17      Advise the court security officer once you've reached

18  a verdict.  When you come back to the courtroom, I will read

19  the verdict aloud, and I will have a lot of water before I do

20  that to read through all 17 pages.  I'm not sure I'll read all

21  17, just to be clear about it.

22      Actually, the last instruction on the last page I'm

23  going to hold until after the lawyers have given their closing

24  arguments.

25      So we're going to start with the closing arguments

1   now.  The way that's going to proceed is the plaintiff, Games

2   Workshop, will give closing argument.  Chapterhouse will give

3   a closing argument.  Games Workshop will then give a rebuttal.

4        They're still on the clock.  I'll be telling them

5   you've used X amount of time and so on.

6        I believe we will finish these before lunch.  We will

7   take a break right after you hear Games Workshop's argument,

8   and then we'll kind of plow through to the end.  I'm going to

9   have to play it by ear.  If it looks like we can't reasonably

10  get this done within a reasonable hour, we may break for lunch

11  and make lunch shorter.  And we'll be getting lunch for you

12  today, and then start back after that.

13       If you have a question, write it out.  Do you have a

14  question?

15       A JUROR:  About the instruction, yes.

16       THE COURT:  So from here on out any questions are

17  going to have to wait until you get back there and sort of

18  consider what to do.

19       Okay.  So we're ready for the closing argument on

20  behalf of Games Workshop.

21       MR. MOSKIN:  Before I begin, your Honor, as I

22  mentioned yesterday, I hope I can conclude my closing remarks

23  in under an hour and reserve whatever time is left afterwards

24  for a possible rebuttal, which I also hope will be shorter

25  than --

1    THE COURT:  I'll just be letting you know how much

2    you've used.

3    MR. MOSKIN:  Understood.  I appreciate that.  Thank

4    you.

5    First of all, let me thank you profusely.  You

6    probably feel a little bit as if you're running a marathon and

7    the finish line is almost in sight.  We, actually both sides

8    need your attention for just a little bit longer, so as I

9    begin, I really do appreciate your patience and endurance.

10   And I will try to keep my remarks as brief as I can, but there

11   is a lot of evidence to cover.

12   So you've now had a chance to take a glimpse of this

13   dark world from the 41st millennium when only superhumans

14   called Space Marines, which you've now gotten to know a little

15   bit, can save humanity.  We now have to turn to you to help

16   save these very same Space Marines from two common copyists,

17   who, as I think we've shown during the trial, haven't been

18   able to give any credible or coherent explanation for their

19   copying.  And I think we've also shown that their real motive

20   is simply to make money from copying Games Workshop's highly

21   original intellectual property.

22   The chief designer of these products, Mr. Fiertek,

23   the co-owner of the company, of the defendant company, has not

24   even made an appearance at trial to defend his actions.  And

25   if you step back, I think you'll see this case could scarcely

1    be more simple.  It's a company formed by two people who claim

2    to love the game Warhammer 40,000 and its incredibly bizarre,

3    we think highly original story and game, and have built an

4    entire business on copying these original characters and

5    images, yet now say nothing original in the whole game, so

6    they're free to copy it.

7         On the subject of what's original, just a little

8    summary of what you've heard.  You heard Bob Naismith explain

9    how he created the original Space Marine character back in

10   1985.  And he did this with no references in front of him.  He

11   drew some inspiration very loosely from things like Napoleonic

12   blanket rolls and Roman helmets and American infantry

13   backpacks, but then these were all combined into something

14   very new and very different that doesn't look like any of

15   those things.  And among the other things he did was to add

16   the enormously oversized shoulder pad design, which, as he

17   said, was done for no other reason than to give the figures

18   presence or charisma on the gaming table.

19        In the same way, Mr. Merrett explained to you in his

20   capacity for almost 30 years as head of IP at Games Workshop

21   that in those early years the company had no reference

22   materials whatsoever and that in the ensuing years he oversaw

23   the development of all these products and these books and the

24   story and the game to ensure that it remained original.

25        And there's been no contrary testimony or evidence

1  presented in the case.  The only thing you've heard is from,

2  at the very end of defendant's case, was little snippets of

3  testimony from four or five of the current designers who said

4  that they -- what they principally look at in making some of

5  the modern revisions to the game and the materials are some of

6  the old -- are the army books, that is, the codexes, Games

7  Workshop's own codexes, and occasionally they do look outside

8  to things like National Geographic and some other materials,

9  but just to add flavor, for example, how the mud hangs off a

10  tank or how -- Mr. Footitt explained he, when he was

11  redesigning the new edition of the Kroxigors, he looked up

12  what lizard skin looks like.

13       But we're not saying that Chapterhouse even copied

14  any of these things.  And you should understand, that said,

15  the evidence is what's been presented, and clearly they've had

16  opportunities to take extensive discovery in depositions from

17  all of these new, the new designers, and what they've shown

18  you, those little snippets, that's the best they could find.

19  And, again, there's nothing in there about anything concerning

20  the originality of anything that we're claiming in this case.

21       Now, to put this, all this in context of what is

22  original and what isn't and what we're claiming, I think a

23  very good starting point is what the judge told you just a

24  moment ago about the basic shape, again, of the same shoulder

25  pad, that that basic shape just by itself is sufficiently

1    original and creative to be copyrightable.  Again, bear in

2    mind the definition of copyrightable means it only has to have

3    a minimum degree of creativity and not have been copied from

4    something else.

5         Now, we think most of the far more elaborate

6    characters that you've seen have abundant, vast amounts of

7    creativity, but even something as simple as this merits

8    protection under copyright law.  And, again, Mr. Merrett,

9    you'll recall he said that, you know, a book or a song, every

10   one of those things has to be composed of individual words or

11   notes, constituent elements.

12        Now, we don't claim every element in these works are

13   original.  For example, we don't claim to own chevrons or --

14   in and of themselves or Roman numerals in and of themselves.

15   But I think you've seen and I hope we've made it sufficiently

16   clear we claim combinations of these things, very complex

17   combinations of these things that are wholly original.

18        Now, you've also heard the court say just a moment

19   ago, and this simplifies your job a bit, that Games Workshop

20   owns all of the copyrights at issue in this case.  On the

21   other side of the equation, on the other side of the ledger

22   we've heard no testimony from any Chapterhouse designer that

23   he or she made any correspondingly original efforts in

24   creating what Chapterhouse sells.  To the contrary, you heard

25   Mr. Villacci's testimony that he, after testifying at length,

1    can identify no work that Chapterhouse created independently

2    of Games Workshop.  And we'll go through that in a little more

3    detail in a moment.

4         You also heard the judge say that copying simply

5    requires finding of taking of protected expression.  Instead

6    of this standard, the standard you've repeatedly heard

7    Chapterhouse refer to in this case and in its own product

8    development is that unless it makes an exact copy or

9    physically recasts Games Workshop's materials, it's not a

10   copy.  And here again is a quote that tells you what

11   Chapterhouse understands it must do is it must make all of its

12   works immediately recognizable to the people who play

13   Warhammer 40,000 or else they cannot sell them.

14        Equally telling, maybe the most telling is that

15   Chapterhouse names almost every one of its products using

16   Games Workshop's names.  Why would it do that?  It's because

17   those products have no independent significance except within

18   the Warhammer 40,000 universe.  In other words, they all take

19   protectible expression, which is all that's required to find

20   copy infringement.

21        And, again, you saw, for example, on their website

22   all of these products are headed under tabs that say Tau or

23   Eldar or Imperial Guard or Space Marine and so forth.  They

24   recognize that the only way these things can sell is by -- is

25   because they have enough content, enough protected expression

1   to make them immediately recognizable.  Again, that's shown in
2   this slide and other evidence you've seen.

3         That's also why Mr. Nagy explained in designing the
4   guns, they can't vary very much because you put the products
5   on the gaming table, and if the guns don't look right, if they
6   don't look sufficiently like the Games Workshop originals,
7   you'll confuse your adversary.  He won't know what weapons
8   you're bringing to the game.

9         Now, as part of this what we think is a fundamentally
10  mistaken approach, Chapterhouse presented evidence from two
11  expert witnesses.  Now, Dr. Grindley said, abundantly made
12  clear he can't talk about, he's not challenging the
13  originality of anything Games Workshop created.  None of those
14  other images he showed you had anything to do, he doesn't say
15  Games Workshop looked at any of those.  Nor does he say that
16  any of those were sources of inspiration for Chapterhouse.
17  What he said was, through reviewing tens of thousands of
18  images, he was able to find one or two, or in some cases not
19  even one to show you, and said based on that, you should
20  conclude that the only elements in Games Workshop's works are
21  somehow common or standard.

22        Now, we think what his actual research shows and the
23  fact that he could only find one or two images or in some
24  cases none at all proves exactly the opposite of what he wants
25  you to believe because clearly there is no standard.  If there

1   were a standard, he would have been able to find hundreds or

2   thousands of these images.  He told you he didn't even try to

3   save those images.

4        So let's try to understand what Dr. Grindley's

5   testimony really is.  I think you've probably all seen the

6   image of Spiderman.  What Dr. Grindley seems to be telling you

7   is that if you could find an image of a spider, and there are

8   plenty of them out there, far more than anything he showed,

9   well, you can take that away from it.  You can subtract that

10  out of the Spiderman character.  And if you find instances of

11  webbing, take that away as well.  Just have to find one or two

12  instances.  Color red, now, that's ubiquitous.  Everybody

13  knows the color red.  The color blue, you know, tights, masks,

14  each one of those things individually is not protectible.

15       So what Dr. Grindley is basically telling you, if you

16  believe his testimony, or the premise of his testimony, every

17  one of you, if you think he's right, should now be able to

18  feel free to go out and make your own copies of Spiderman

19  because you've subtracted out one by one each of the elements.

20  That's not what copying -- that's not what copyright

21  infringement involves.

22       And, in fact, you also saw how, although Dr. Grindley

23  didn't show you this, Jes Goodwin showed you yesterday on the

24  board that if you tried to actually put any of his images into

25  the actual Space Marine model, it wouldn't look anything like

1   what Games Workshop sells.

2          If you step back and think about it, it's scarcely

3   imaginable that the number of coincidences we've seen is

4   possible without -- the number of instances of similarities is

5   possible without a conclusion that there was actual direct

6   copying.

7          We think that the Chapterhouse website is, it's kind

8   of like publishing a catalog of Games Workshop knock-offs.

9   And, therefore, we think that in going through the verdict

10  form, if you believe that the overall website, the collection

11  of products there is an infringement overall of Games

12  Workshop's intellectual properties, that you can simply --

13         MR. ALY:  Objection, your Honor.  That's against the

14  instruction, the overall, the reference to overall.

15         THE COURT:  Well, the instructions tell you how

16  you're to evaluate these things.  You can certainly consider

17  any evidence as it bears on individual items that are alleged,

18  but you do have to work through these things on an

19  item-by-item basis.

20         MR. MOSKIN:  They sell 116 products that we contend

21  are infringing.  And, again, remember the example I gave you

22  at the outset.  Imagine you've just gone to see the Harry

23  Potter movie and you decided afterwards that you could make

24  Gryffindor ties and Nimbus 2000 broomsticks and Slitherine

25  jackets and so forth.  That's what Chapterhouse does but on an

1    exponentially larger scale, 116 products.

2         Now, the defense that Chapterhouse has raised, at

3    least that would seem to be their principal defense, and I've

4    taken their slides from their opening, is that it's okay,

5    these are all just add-ons.  But we've seen that that very

6    notion is just preposterous because any number of their

7    products don't add onto anything.  They're independent

8    characters.  They're stand-alone figures.

9         Now, moreover, the products they showed you as to

10   demonstrate what's a permissible add-on, those were all

11   generic.  They were, you know, cars, spoilers, fuzzy dice.

12   That's all fine.  And here if we cull out from their slide an

13   example, you'll see exactly what we mean.  So here's a wheel

14   that came off their slide.  Now, it's quite possible that this

15   wheel incorporates intellectual property of the wheel

16   manufacturer.  But they want to use -- let's assume that the

17   one in the middle is generic, nobody owns any intellectual

18   property.  So that -- everybody would agree that one's fine,

19   this one's somewhat in question.  But where do you cross the

20   line?  Let's look at the third wheel.  If you add somebody

21   else's intellectual property to it, it ceases to be --

22   whatever you call it, an add-on or not, it ceases to be

23   permissible.  Again, what the judge just told you, you only

24   need to find that there is protectible expression that was

25   taken.  So whether you call it an add-on or not is irrelevant.

1  Now, Chapterhouse does sell some products with which

2  we take no issue, at least on the copyright front.  For

3  example, on their website they sell a product called a wheeled

4  conversion kit for Chimera.  We have an objection to their use

5  of the trademark Chimera, but the product itself, those side

6  sponsons and the wheels, they don't correspond to anything in

7  Games Workshop's intellectual property.  That's a permissible

8  add-on because it doesn't take anything of protected

9  expression.

10  They could have made battlescapes like the ones

11  you've seen here, again, provided it doesn't take intellectual

12  property belonging to Games Workshop.

13  Now, Chapterhouse has also said that there's some

14  crucial distinction here in the fact that they ship and sell

15  their products only unpainted and unassembled.  But where is

16  the evidence that Chapterhouse presented that that matters to

17  consumers?  They didn't even show you any of their unpainted

18  products, with the possible exception I know they showed

19  Mr. Merrett a little cog nut shoulder pad, and they showed you

20  the unpainted pieces of their Tervigon kit.  But the reality

21  is, as I mentioned at the outset, it's like selling a jigsaw

22  puzzle of an image of Harry Potter or a Lego kit with the --

23  taken with the image of a -- made so you can build the Star

24  Ship Enterprise or something like that from Star Trek.  What

25  they are selling is the same fantasy that Games Workshop has

1  created, and the way they do that is they put the pictures in

2  color on their website and on their forums where they promote

3  the products and so that everybody knows that you can get at

4  least some of that same fantasy protected competition lifted

5  right out of Games Workshop's fantasy that it has created.

6  And here you see, contrary to their theory of the

7  case, Mr. Villacci admitted he makes a rule that he won't show

8  products on his website unless they are painted, and that's

9  also why he has hired ten painters, as he acknowledged.

10  What people want to participate in and share in is

11  the fantasy that Games Workshop has created, and that's why

12  Games Workshop shows its products on the boxes, its boxes in

13  color.  There's another box in front of you on the table, it's

14  Exhibit 714, of the Tyrannofex and Tervigon kit that Games

15  Workshop sells.  It's why it sponsors these Golden Demon

16  painting competitions, because people want to paint them in

17  the Games Workshop's own colors.  It's why it publishes a book

18  such as How to Paint a Space Marine.  It's the fantasy that's

19  being sold, and that's the only way Games Workshop can sell

20  its products.

21  Now, one of their defenses is -- to the copyright

22  claims is fair use.  At the outset we heard statements that

23  Chapterhouse simply sells things that are meant to be of

24  benefit, they provide options for Games Workshop's own

25  customers.  But is that really what it's doing?  What he

1    actually has stated before he came to court is that he's

2    simply looking to make money off of Games Workshop.  Now,

3    that's not a fair use, just a commercial use like that.  A

4    fair use, a real fair use would be, for example, if he wanted

5    to write a book about the development of the Warhammer 40,000

6    game or where the Space Marines came from, in that context for

7    a different purpose, not to compete directly with Games

8    Workshop, sure, it would be understandable.  You have to make

9    reference to the originals in order to tell people what you're

10   talking about.  That's a fair use.  That's a transformative, a

11   different use.  But all he's doing is making products that

12   compete directly with Games Workshop, and that is the very

13   opposite of a fair use, because there is no transformative

14   purpose.  A transformative purpose, as Judge Kennelly just

15   told you, must be a purpose different from the one that Games

16   Workshop uses its products for.  And, again, there is none.

17          Now, just a word on damages.  As Judge Kennelly just

18   told you, we're not claiming any damages for trademark

19   infringement, so that simplifies your task.  But also we --

20   understand, we're not looking to be punitive, as we've said

21   all along.  All we've ever wanted is for Chapterhouse to stop

22   selling its infringing products.  We understand it's a small

23   company.  All we ask you, therefore, even on the copyright

24   side, is not to have to wade through figuring out whether he's

25   given you an accurate accounting of where his profits are.

1    And you've seen a sales sheet from six months ago where as of

2    that point in time he had already sold almost half a million

3    dollars worth of product, and in the ensuing six months who

4    knows how much more he's sold.  We would be -- to make -- send

5    a message to Mr. Villacci and Chapterhouse, we ask just a

6    simple nominal sum of $25,000, which quite clearly is well

7    below even his claimed 15 percent profit rate.

8              So now let's dig down to some more specifics.  As I

9    showed you in the slide a moment ago, Mr. Villacci doesn't

10   contend, has not shown any evidence that anything he's created

11   was created independently.  We've also seen that on his

12   website he names everything using -- puts it under the tab of

13   Games Workshop's own character names.  Can't possibly be a

14   coincidence that he's doing this.  Rather, it's because these

15   products he sells have no independent existence or meaning

16   other than as parts in the Games Workshop game.  They all take

17   protected expression.

18             Mr. Villacci also claimed total ignorance of the fact

19   that this Hammer of Dorn product, shoulder pad product he

20   sells was an infringement of Games Workshop and that's he's --

21   that he was surprised to see it.  But his co-owner, who again

22   is not here, when he testified, he acknowledged that he was

23   looking specifically at the picture in designing his product,

24   the picture of the Hammer of Dorn.

25             Now, Mr. Villacci is solely responsible for putting

1  content up onto his website.  You've heard that he has decades

2  of experience with this game.  He's collected thousands of the

3  products, hundreds of their books.  Do you believe, really

4  believe that he'd put up the very specific name Hammer of Dorn

5  if it was without sharing the same knowledge as his

6  co-designer had that this was a copy, specifically requested

7  as a copy of the Games Workshop original?  The question of

8  credibility is something you should weigh in assessing all of

9  the defenses to copying made by the defendant.

10        Similarly, Mr. Villacci on the witness stand said,

11  oh, no, our Space Marine jetbike wasn't copied from the Horus

12  Heresy image, even notwithstanding the distinctive cow catcher

13  grille and other features.  But his actual designer said just

14  the opposite.  And here's some of the testimony.  He was

15  asked, the designer was asked if he needed more copies of the

16  images from the Horus Heresy.  He said, no, no, no.  It's

17  okay.  I already have the books.  I've been looking at them.

18  And you also saw testimony and there was a document that

19  showed they also were measuring the dimensions of the Games

20  Workshop other -- the jetbike for Space Marines.

21        Mr. Villacci also said when I asked him about the

22  email in which he and his designer were talking about looking

23  at the dimensions of the Shrike wings, he said, no, no, that

24  wasn't -- that it wasn't any Games Workshop product we were

25  measuring for the dimensions, but his designer said he was

1  pretty sure that in fact that's exactly what he was looking

2  at.

3      Now, it should come as no surprise, as we showed you

4  at the outset, that in Plaintiff's Exhibit 185, the enormous

5  collection that Mr. Villacci has amassed over the years of

6  Games Workshop materials.  This is his reference library,

7  nothing else.  There's been no other -- no other reference

8  materials have been entered in evidence in this case other

9  than Plaintiff's Exhibit 185.

10     And when it comes to his co-designer, who's not here,

11 the actual -- the one who sculpts most of these models,

12 Mr. Fiertek admitted he's deleted many of the copies of his

13 own Games Workshop original materials.  Again, consider the

14 credibility of the witnesses when you assess the reality of

15 their denials of copying.

16     Again, we've shown you enumerable emails where there

17 are many specific references to copying from Games Workshop,

18 but where are the emails from Chapterhouse showing that it

19 relied on other sources of inspiration?  There are none.  I

20 mean, I'll come back to this later.  I mean, he said

21 that there's a reference to the word Cthulhu on his website in

22 relation to his Ymgarl product, but where's the evidence?

23 Where's the proof other than -- he put it on his website, but

24 where's the proof that he actually looked at something other

25 than Games Workshop?  That's why he named it an Ymgarl head.

1  He didn't name it a Cthulhu head.

2          In the same way, Mr. Villacci, and this goes to his

3  credibility, said he picked the name Chapterhouse not because

4  he sells hundreds of products dealing with the chapters of the

5  Space Marine, but because it's the definition -- one of the

6  definitions is of a church building, and because he happened

7  to have had somewhere a book called Chapterhouse Doom, which

8  has absolutely nothing to do with anything he sells.

9  Credibility.

10          Now, Chapterhouse's own product development story is,

11  we think, quite ironic, and this is their own most favorable

12  foot forward how they'd like you to understand what they do.

13  You'll see in their concept slide or image there's -- as

14  you've seen, the only concepts they've ever looked to are from

15  Games Workshop.

Moskin - closing

1    And in the next slide of their sketches of how they go

2    from concept to product development, the sketch pad is empty.

3    Now, they have shown you a couple images of sketches they've

4    done, but every one of those was copied from Games Workshop.

5    And, in fact, you've seen that the original sources for

6    their ideas are exclusively things like the Horus Heresy book

7    and other Games Workshop material, after which they take a

8    digimeter to Games Workshop's products and make exact replicas

9    of Games Workshop products as the template for their own future

10   assessment, and they then put these things on a 3D printer,

11   which can be sent off to China to make multiple copies.

12   It also shows here that in the product development

13   phase, this picture is an exact copy -- when I said using a

14   digimeter, this is an exact copy of a Games Workshop product,

15   the shoulder pad, onto which only then later do they sculpt

16   other images, most of which, as we'll see in a moment and you've

17   scene during the trial, are themselves taken from Games

18   Workshop.

19   So, bearing in mind what the judge told you a moment

20   ago that that shoulder pad design is in itself copyrightable,

21   everything they add to it could almost be treated as irrelevant

22   because they've already started -- their basic template is to

23   start with the taking of protected expression.

24   And, again, as part of that product development, you've

25   seen their philosophy, which is not the standard for copyright

PDF created with pdfFactory trial version www.pdffactory.com

Moskin - closing

1   infringement that Judge Kennelly just told you of taking a

2   protected expression, but a thorough disregard for the rights of

3   Games Workshop, feeling they can dismissively take whatever they

4   want, unless it's a direct copy or a recast, and some of these,

5   frankly, are direct copies and recasts.

6           Now, you don't have to believe me and what I said in my

7   opening remarks last week.  Listen to what Chapterhouse itself

8   has said and what its customers have said, and I'll come to

9   those a moment later in my remarks.

10          The very fact that Chapterhouse uses our product names,

11  as I said a moment ago, is also very telling.  Although

12  Mr. Merrett expressed some confusion whether product names are

13  part of a copyright claim, think of it this way.  If I draw a

14  cartoon mouse, there are many ways to render a mouse as a

15  cartoon.  But as soon as I call it Mickey Mouse, you know

16  exactly what it is because names of characters are integral

17  parts of what they are and who they are and how we identify

18  them

19          And although, again, Mr. Merrett was not a lawyer and

20  wasn't purporting to express views as a lawyer, Andy Jones made

21  absolutely clear that all of these character names that

22  Chapterhouse has copied, such as Tervigon and Tyranid and Eldar,

23  these are all integral to the characters, the characters that

24  Games Workshop has built up over the years in its extensive

25  fiction and, of course, in its products that it sells.

PDF created with pdfFactory trial version www.pdffactory.com

Moskin - closing

1    Now, when you come to assessing infringement, we put

2    together in one relatively small binder Plaintiff's Exhibits

3    1020 and 1021, the claims charts, as well as the more shortened

4    comparison summaries of the pictures.  Those are the principal

5    images that you can look at.  There are other images that you

6    can look at, as well, in the claim charts, but this can be the

7    principal source of reference, we believe, for you in assessing

8    whether there's been taking of protected expression.  Now, you

9    could also look at the website itself.  That's a little more

10   complicated.  But their whole website, the old version and the

11   new version, are in evidence.

12   Let's talk about some of the specific products.  You

13   heard Mr. Naismith's testimony about how he, with no references

14   in mind, created the Space Marine character.  Let's look again

15   at how Chapterhouse develops its specific products, in

16   particular, since so many of these products are shoulder pads,

17   look at the shoulder pad design.

18   And what Mr. Fiertek testified is, consistent with that

19   image I just showed you of the blank shoulder pad, that some of

20   these original products, in fact, contrary to Chapterhouse's

21   stated philosophy, were simply recast directly from Games

22   Workshop where they used the actual Games Workshop physical

23   models in making their own products.

24   Moreover, Mr. Nagy testified two days ago using

25   computer modeling techniques, he created an exact replica of the

PDF created with pdfFactory trial version www.pdffactory.com

Moskin - closing

1   Games Workshop shoulder pad, including all those notches in the

2   back that have no functional purpose, so that that could be the

3   template from which all of the other shoulder pads would be

4   made.

5           Again, as the judge said, that shoulder pad design is

6   protectible, it's copyrightable.  Everything else that they add

7   on top of it does not take away from the infringement.  There's

8   already been a taking of protected expression.  But, in fact, it

9   only gets worse.

10          Mr. Villacci says we will not copy Games Workshop

11  chapter icons.  Here's the proof of that you've seen, and there

12  are many more that you've seen in evidence.  I submit to you

13  this is hardly proof that Chapterhouse will not copy Games

14  Workshop's icons, unless you mean that it has to be an exact

15  one-to-one copy, which, again, is not the test.  There clearly

16  has been the taking of protectible expression.

17          One of these icons bears particular mention because as

18  Judge Kennelly said a moment ago, this specific combination of

19  just a saw blade and what this is supposed to be, a blood drop,

20  those two things alone or just together, but just by themselves,

21  those are not copyrightable.  We don't claim that they are.

22  However, Judge Kennelly also said that he's already made a

23  finding that the specific combinations of those things on the

24  original Games Workshop shoulder pad design is copyrightable,

25  and that doesn't even include the colors in which they're

PDF created with pdfFactory trial version www.pdffactory.com

Moskin - closing

1  painted.  So, again, you start with an infringing shoulder pad

2  design, you add to it an infringing logo design, the taking of

3  protectible expression is clear.

4       The Games Workshop squad markings.  Now, you heard

5  Mr. Brewster testify yesterday and showed you some images of

6  isolated elements from history -- a chevron here, an arrow

7  there, Roman numerals here or there, or a drop of blood.  Do you

8  really think any of those slides he showed you look anything

9  like anything that Chapterhouse makes or that Games Workshop

10 created before it?

11      Even something as simple as an arrow, the one arrow he

12 showed you was pointing off at an angle.  The fact that

13 Chapterhouse has copied the very specific dimensions of the

14 arrow and the direction in which it points, together with all

15 these other features that are wholly original -- this is a very

16 complex system -- Mr. Brewster said no precedent for it anywhere

17 in history.  He's their expert.  He's their own expert in

18 military history.  Unprecedented.

19      Take the basic shoulder pad design, add to it -- which

20 is copyrightable -- add to it this intricate array of original

21 symbols and themes that Games Workshop created, all of those we

22 contend are wholly original, the combinations, even if little

23 elements are not.  The taking of protectible expression could

24 not be more clear.  In fact, there's testimony you heard.

25 Mr. Fiertek admitted that the Chapterhouse squad marking pads

Moskin - closing

1    were direct copies of the Games Workshop original.

2           The only specific shoulder pad marking or icon that

3    Chapterhouse specifically challenged was this Blood Eagle.  We

4    agree.  It's not an exact copy.  But start again with the

5    underlying shoulder pad, which is an exact copy, add to it a

6    symbol that's clearly reminiscent of the Blood Raven icon, which

7    is, of course, why he refers to it as a Blood Raven icon, taking

8    a protected expression once again is very clear.

9           The Heresy Era shoulder pads.  Dr. Grindley took one

10   image of these and asked you to compare that alone to all of the

11   other copies that Chapterhouse has made.  But you're not so

12   limited.  You can look at all of these.  And bear in mind what

13   Mr. Fiertek testified, that that's what he was looking at.  He

14   was specifically looking at -- and he told you the specific

15   pages he was looking at from the Horus Heresy books he had in

16   his own possession.  And that's why Mr. Fiertek said his own

17   copies in his own words screamed Heresy Era.  We think that's

18   quite accurate.  Taking a protected expression is clear.

19   There's nothing like this anywhere in history that's been shown.

20   It's all original to Games Workshop.  It's been copied by

21   Chapterhouse.

22          Some of the other products, again, bear in mind.

23   Mr. Villacci said we will not copy Games Workshop chapter icons,

24   and yet on their replacement doors -- and this is just a couple

25   of the ones we showed you -- they take copies of -- that's a

Moskin - closing

1    very unusual salamander. That's not like any salamander I've

2    ever seen, you know, friendly little newts. That's a copy of

3    Games Workshop's chapter symbol which you put on a door that

4    exactly copies the dimensions here of the Games Workshop

5    original.

6             Again, it's a copy of the chapter icons, which he says

7    he won't copy, which he puts on his replacement doors for the

8    Games Workshop vehicle. And, of course, to make these things

9    work, he has to copy the exact physical dimensions of the Games

10   Workshop original. In each instance, again, Chapterhouse has

11   taken protected expression.

12            Let's look at their turret kit. Again, Dr. Grindley

13   said, oh, just look at these weapons alone. But Mr. Merrett

14   explained that's not the specific -- that's not the sole focus

15   because not only are these weapons copies of these weapons, but

16   the turret itself, the cowling that goes over the weapons, is a

17   clear and obvious copy from a Games Workshop product, even right

18   down to these little nubs at the end. There's no reason you

19   need to use these. They're there because they're present on the

20   Games Workshop original. Again, taking a protected expression.

21            Weapons. Now, here I would concede some of the weapon

22   designs have less original or creative expression on the Games

23   Workshop side. However, when you think about Mr. Villacci's

24   testimony, well, why did he make his Combi weapons and other

25   weapons he's copied, it's because -- he said the purpose was

Moskin - closing

1    specifically so they could replace the Games Workshop originals

2    and so that you wouldn't have to buy multiple copies of games

3    from Games Workshop of models and saw off the guns so that you

4    could swap them in and out.  Here he's clearly copying the gun

5    designs so that you don't have to buy from Games Workshop, you

6    can just buy his replacement copies.

7           And, again, Jeffrey Nagy said the gun designs have to

8    be very, very similar, or else they'll confuse players in the

9    game.  Again, these are -- we concede that some of the weapon

10   designs are more -- have less protected expression in them, but

11   what protected expression is in there Chapterhouse has clearly

12   tried to copy and has appropriated.

13          One of the other weapons that does warrant a brief

14   mention is this gun halberd design.  You heard the testimony.

15   It would be insane to put a gun at the end of a long stick.  You

16   couldn't realistically shoot such a thing.  Not a single witness

17   from Chapterhouse has even attempted to argue that its product

18   is not a direct copy from the Games Workshop artwork.

19          Now, these are some of the simpler models that

20   Chapterhouse sells.  Let's look at some of the more complicated

21   ones.  Again, as I said, the notion that these are add-ons,

22   under any -- even if the term add-on had any legal meaning, as a

23   practical matter it does not make sense for these full models to

24   call them add-ons.  And he sells numerous such things, such as

25   not only the Eldar figures, but the TRU-Scale Space Marines, the

PDF created with pdfFactory trial version www.pdffactory.com

Moskin - closing

1     jetbike, the Tau walker, the Mycetic Spore product, their Dark

2     Eldar figures, the Kroxigor figures.  Each one of those -- and I

3     probably left out one or two -- those are stand-alone products.

4     They don't add on to anything.

5                    And I won't spend a great deal of time because I think

6     the copying here is so obvious and is shown again by the fact

7     that the Eldar figures are placed on the Eldar section of the

8     Chapterhouse website and have all these unusual things, like

9     these strange things coming up from the head.  The fact that he

10    calls it a Doomseer, where we call it a Farseer.  Again, I don't

11    think I need to spend much time on these because the copying is

12    so obvious.

13                   Similarly, he sells a product that all the weapons, the

14    pose, the figure, the features of the Games Workshop Eldar

15    Striking Scorpion, and we'll show in a moment there are people

16    who have referred to it, customers have referred to it as a

17    Striking Scorpion.  It's an obvious copy, and I don't think we

18    need to dwell on it much.  There's so much original here that's

19    been misappropriated.

20                   Likewise, the Dark Elf Torturess.  His own designer --

21    although Mr. Villacci said, oh, it wasn't a copy, his own

22    designer, Mr. Fiertek, you saw the e-mail in which he referred

23    to theirs as a Dark Eldar Haemonculi.  Again, the copying is so

24    obvious, I don't think we need to dwell on this very long.

25                   The Space Marine product, the TRU-Scale Space Marine.

PDF created with pdfFactory trial version www.pdffactory.com

Moskin - closing

1    You saw Mr. Villacci when I showed him this Space Marine,

2    detailed Space Marine of his, sitting on their jetbike.  He

3    said, oh, no.  It's not similar at all.  If they're not similar

4    at all, why does he promote the product by making direct

5    comparisons to the Games Workshop Space Marine.

6            And if they're not essentially identical copies, when

7    you assemble them all, why does his designer call it -- Stephen

8    Smith call it on his website an art scale Space Marine.  And why

9    did Mr. Villacci himself in his e-mails with his painter -- you

10   remember those e-mails that the Re line said nothing and that it

11   was Mr. Villacci who inserted in the subject line "real size

12   marine."  He knows what they are.  Everybody knows what they

13   are.  But he won't admit it.

14           Now, Dr. Grindley tried to muddle the issues here by

15   showing you just isolated parts of the TRU-Scale Space Marine

16   and pointing out what he himself said were nitpicking details.

17   But he never tried to show you the whole thing assembled into a

18   whole, and that's what the people are buying.  People are not

19   buying these individual parts.  They have no independent meaning

20   or significance.  They only work in the world as part of

21   Chapterhouse's copy of its Space Marine, but just a bigger Space

22   Marine, true to some other scale.

23           But Jes Goodwin showed you yesterday, if you look at

24   the thing, the actual Space Marine, to try to put in --

25   substitute in some of these different parts that Dr. Grindley

PDF created with pdfFactory trial version www.pdffactory.com

Moskin - closing

1   showed you.  It was ridiculous.  It wouldn't look anything like

2   a Space Marine.

3         The Tau products.  Now, again, the Heavy Walker and the

4   replacement heads for the battle suit, Tau battle suit figures,

5   those were all presented on the Chapterhouse website under the

6   Tau tab.  No accident there.

7         Mr. Villacci initially said that big model, the Heavy

8   Walker, which has the Tau logo on kind of the knee, originally

9   said there are similarities.  He then backtracked and said, oh,

10  they're only superficial.  But we showed you with Mr. Merrett,

11  we went through in detail the many specific similarities,

12  including some very telling similarities, that the guns that are

13  used on the Heavy Walker, the rail gun and the blast gun, are

14  almost exact copies.

15        We also showed you -- Ms. Stevenson showed you when she

16  ordered one of these things, her customer receipt called this a

17  Tau Heavy Walker.  Obviously, he's backed off a little bit in

18  the course of the lawsuit.  But he himself recognizes

19  independently when he made the replacement heads for the Tau

20  battle suits and hired Games Workshop's former artist, Roberto

21  Cirillo, to make these things, he recognized in his e-mail to

22  Mr. Cirillo there is a recognizable -- specifically to people

23  who play the game, there's a recognizable Tau idea and style.

24  And it's that style that has been copied in all of these Tau

25  products.  He didn't refer to anything else in his design, such

Moskin - closing

1    as those couple pictures that Dr. Grindley showed you.  He only

2    talked about the Tau style.

3            Look at the -- again, I'll just very quickly.  We've

4    already been through this.  But to remind you, there's another

5    stand-alone product with extensive copying admitted by the

6    designer, Jeffrey Nagy, and there's further evidence that they

7    further looked at and copied the dimensions of the Games

8    Workshop actual jetbike.

9            Another very telling example where the taking of

10   protected expression we think is just obvious.  Mr. Lippman

11   explained the derivation, the idea behind his creation of his

12   Kroxigors was that he had four original Games Workshop

13   Kroxigors, and he needed another two to play the game.  So, he

14   made this one to be sufficiently compatible with the Games

15   Workshop's on either side, but they would fit seamlessly right

16   in the game.

17           And the fact that he at some later point in time, which

18   he didn't tell you when, he went on the Internet and found some

19   images of Aztec weapons, that misses the point.  We're not

20   claiming that we own all manner of lizards.  We're not claiming

21   we own all Aztec or any Aztec weapons in and of themselves.

22   It's this very unusual combination of a humanoid lizard standing

23   upright like that.  It's got recognizable hands.  It has jewelry

24   on its arms.  Those elements -- any number of other features,

25   the overall look of this, is obviously the same look as the

Moskin - closing

1   Games Workshop Kroxigor.  Again, taking a protected expression.

2   It's obvious.  And that's why there are so many customer

3   comments saying, "Oh, that's a great Kroxigor you made there,"

4   and I'll come to those in a moment.

5           Now, just so you can understand the Games Workshop

6   philosophy, its own approach of how it deals with its customers,

7   this is a great example.  If Mr. Lippman had decided to make one

8   of these sculpts on his own for his personal use, that's

9   precisely the sort of thing that Games Workshop says that's

10  great.  That's fun.  It adds to the hobby.  We don't mind if you

11  do that.  Where he crossed the line and where Chapterhouse

12  crossed the line is when he started mass producing these things

13  for commercial purposes and then selling them to the general

14  public.

15          So, let me address a couple of issues that came up,

16  specific issues that came up during the trial, particularly

17  Games Workshop's proof of priority of all of its images.  Now,

18  as Mr. Merrett said, he went through great lengths -- we as a

19  team went through great lengths to make sure all of the images

20  in those claim charts that are right here showed prior Games

21  Workshop works that Chapterhouse could have copied and had

22  access to, which is what we have to show.

23          Now, again, this image here, we can see that one may

24  not have been out there in the public, but this one was, and we

25  cited to you the 2004 Tyranid codex which had a description of

Moskin - closing

1    the tentacled-mawed Yngarl.  The fact that Chapterhouse called

2    its product an Yngarl makes abundantly clear there's been taking

3    a protected expression.

4            Same way with the Kroxigor and the Mycetic Spore.  Very

5    quickly, you can see the development.  It takes the name Mycetic

6    Spore.  It starts with -- it knows it was started with the codex

7    art, made a version that looks almost identical to this --

8    admittedly, it's not a fully fleshed out drawing or image by

9    Games Workshop -- and ended up with this.  Taking a protected

10   expression, using the name, and clearly recognizable details,

11   even if the details are somewhat blurry.

12           We also saw evidence that Chapterhouse made this

13   Tervigon copied directly from an illustration in the codex.  It

14   professed to be a set that we then copied it, but you heard the

15   true story now, that we had to redesign our Tervigon because he

16   had interfered with our right as the copyright holder to make

17   this work derived directly from our own art.  He cited no other

18   independent source for his art.

19           Now, again, I said you don't have to believe the

20   lawyers so much.  I'm going to go -- because I'm using a little

21   too much time --

22           THE COURT:  You're right at 50 minutes.

23           MR. MOSKIN:  Thank you.

24           Now, there are innumerable instances in the record, and

25   I've summarized some of them here, but you saw all those during

Moskin - closing

1   the trial of customers saying either on web forums or directly

2   to Chapterhouse, you know, that Eldar Scorpion turned out great.

3   You know, those add-ons for Space Marines.  The true scale Space

4   Marine is awesome.  And so forth.  So, it's a Space Marine,

5   right?  If I want Space Marines, why would I buy them from you?

6   I mean, the lizardman that looks just like Games Workshop's.

7            And this one, which is again -- there are plenty more

8   of those.  This one at the bottom that -- because it goes to

9   Games Workshop's reputation.  A customer saying that he thinks

10  that Chapterhouse's products suck and that they're overpriced.

11  And we talked about pricing.  Games Workshop does not have to

12  put its reputation at risk from some other party using its

13  intellectual property.

14           I just want to show you very quickly.  These are some

15  more comments, people acknowledging that the Kroxigor looks to

16  them to be a copy.

17           When we come to assessing damages and whether there's

18  been copying or fair use as their defense, look at what their

19  real motive is.  It is to make some money off of copying Games

20  Workshop.

21           I just want to show you -- the judge already went

22  through this.  So, I can skip right quickly.  There is in the

23  verdict form all of the products that Chapterhouse sells on the

24  left.  If you believe that we've proven infringement, you would

25  find that yes, there's been copyright infringement.  If you

Moskin - closing

1  think there's been a fair use -- we think there's been none

2  shown or not even really any sincere attempt to show fair use of

3  the copyrights, then you would check no.

4          Turning quickly to the trademarks, again referring you

5  to the special verdict form, as the judge said, there are some

6  71 trademarks that it's been established that they've been

7  previously used and owned by Games Workshop.  If you go down

8  this list, it goes all the way down to number 62 plus the

9  original nine of the registered trademarks.

10          I do want to say a couple words specifically about one

11  of the registered trademarks in particular, namely, the Space

12  Marine, because that registration is incontestably registered.

13  It's not subject to challenge.  So, all the loose talk you heard

14  about whether or not the word Space Marine may or may not have

15  appeared in some Heinlein book, whether there was a game that

16  was sold or published in 1980, for which there's no evidence in

17  the record that it ever really was sold or actual sales, those

18  things are all relevant.  They don't show that -- they're not

19  basis to challenge or attack the Space Marine trademark.

20          Now, for the remaining 21 marks, and these are shown

21  again on the verdict form, where there has not been -- we have

22  not previously established prior use and ownership, these you

23  would have to go through, and we acknowledge that it's our

24  burden to show that we did make prior use of these things.

25          But I think as Andy Jones went through with you, we did

Moskin - closing

1    prove, and I don't think there's any contrary evidence presented

2    by Chapterhouse, that every one of these marks on the verdict

3    form were actually used by Games Workshop before Chapterhouse,

4    and that, of course, is exactly why Chapterhouse picked the

5    identical name to Games Workshop, because it knew of them   It

6    has a reference material that knows exactly where to find

7    everything that Games Workshop has ever done.

8              Now, we think almost every one of these is -- the ones

9    that we haven't established, it's our burden here at trial to

10   establish priority.  We think almost every one of these is

11   inherently distinctive.  And you'll recall the judge's

12   instructions on inherently distinctive marks not requiring --

13   they immediately identify a product.  You know, a mark such as

14   Tyranid, for example.  That's inherently distinctive.  It

15   doesn't mean anything outside the Games Workshop universe.

16             We do acknowledge that there are six marks for which we

17   have not proven prior use for ownership -- well, we think we

18   have proven it at trial.  But these terms -- assault cannon,

19   heavy flamer, Lascannon, power claw, jetbike, jump pack --

20   there's a reason why Chapterhouse devoted almost all of its

21   trial time on trademarks to these marks.  We acknowledge these

22   are descriptive.  I think All Bran was the example that the

23   judge gave.  The example I gave in my opening statement was

24   American Airlines.  American Airlines, those are two words that

25   have obvious meaning outside.  It could be meaning anything.

PDF created with pdfFactory trial version www.pdffactory.com

Moskin - closing

1    But through use they've come to be associated in the airline

2    industry with the company that you may love or hate.

3              In this case we don't need to prove that the entire

4    world knows that these terms -- assault cannon, heavy flamer,

5    Lascannon, and so forth -- are known to the entire world.  As

6    Judge Kennelly explained to you, we only have to prove that to

7    the relevant market, the consumers of these products, these

8    names are recognizable.  And the simplest proof of that is the

9    very fact that Chapterhouse has used exact names for every one

10   of its corresponding products.

11             You recall I asked Mr. Villacci, well, why did you use

12   the name jump pack.  Your own lawyer said it's better described

13   as turbines for lifting.  He didn't call it a turbine lifter.

14   He called it a jump pack because he knows, based on his

15   extensive experience in this field and his intimate knowledge

16   over several decades with Games Workshop, that jump pack has a

17   meaning to players of the game whereas turbine lifter doesn't.

18   And that, again, we think is very clear evidence that these

19   terms for which we have given you sales records are associated

20   with Games Workshop, which is exactly why Chapterhouse uses

21   them

22             Now, turning to the question of infringement, we don't

23   say that every use by Chapterhouse of our marks is an

24   infringement.  What we've simply tried to show to you is that

25   there is at least one instance for every one of the trademarks

Moskin - closing

1  on that list where Chapterhouse has infringed.  We're not asking
2  you, again, to allocate profits from any of these uses.  But if
3  you find that any one use is an infringement and is not excused
4  or explained by fair use, then you can find for us, and then it
5  will be up to the court and the parties to figure out what is
6  the appropriate relief.
7          So, it is Chapterhouse's burden to show in fair use
8  that every one of its descriptions of uses of our name is a fair
9  use.  We only tried to show you at least one example for every
10 one of these marks.  And so, to run through some of these very
11 quickly, and I know Andy Jones spent several hours going through
12 these in detail.  Something here, title very prominently in the
13 website, Warhammer 40,000.  That we think is an infringing
14 direct copy identical mark that we use.
15
16
17
18
19
20
21
22
23
24
25

PDF created with pdfFactory trial version www.pdffactory.com

Moskin - closing

1     This logo, this eagle logo, is obviously

2     reminiscent, we believe, of the Aquilla logo which is

3     registered and owned by Games Workshop,

4           The website again, it uses our exact names.  They use

5     the word in between, but these are Dark Eldar products, Eldar

6     products, Imperial Guard.  It does obviously have a different

7     name.  He calls it Space Marine.  Again, Space Marine, Tau,

8     Tyranid.  The website itself tells you a great deal about the

9     unfair use of our trademarks.

10          We showed you eBay postings.  As the judge explained,

11    Chapterhouse did not save any of its eBay postings.  But he

12    did instruct you that based on the ones you have seen that

13    Games Workshop found on its own, that you can conclude and you

14    should conclude that in all of the other eBay postings that he

15    didn't save and show you, he made similar use of Games

16    Workshop's trademarks.

17          And you can see, again, if you look at some of these,

18    these are referring to Space Marine, 40K, Salamanders, again

19    Space Marine, Terminator, Heresy.  And as I said, Heresy,

20    that's -- we don't have to show likelihood of confusion, and

21    we don't have to show use of the exact same marks.  So like

22    the example I cited earlier, if I say Coke, you all understand

23    that is a shortened form of Coca-Cola.  To say something is a

24    Heresy pad or a jump pack, everybody in this market, which is

25    the only market we really care about, will understand that's a

1  reference to the Horus Heresy.  Again, running through these

2  very quickly, mycetic spore, Carnifex, Tyranid, Ymgarl, these

3  are all direct references to Games Workshop trademarks.

4       The icons.  Each one of these icons, and there's a

5  separate chart that is in evidence, Exhibit 1019.  Each one of

6  these, we have talked about these icons as copyright

7  infringement, but these are also -- these are the badges that

8  his products carry out into the world.  They also --

9  therefore, particularly since there are no other markings,

10  permanent markings, on any of Chapterhouse's products, these

11  carry the identity of those products.  They are all

12  infringements.  They are all inherently distinctive, and

13  there's a list of them in the verdict form showing it all.

14       Andy Jones went through with you in great detail, and

15  I can't possibly do that now, examples of specific uses of

16  things here:  Death Watch, Tactical, which is part of the

17  Space Marine, Space Marine Terminator, and so forth,

18  Salamander.  You look through -- you can look through the web

19  pages and you will see numerous examples where he makes

20  specific use of our trademarks.  And, again, whether or not

21  these are fair use, that is something for them to prove.

22       We have also shown how the fact that these products

23  are sold essentially as Games Workshop products has led to

24  what is called post-sale confusion.  So here are some

25  examples:  Somebody posting Chapterhouse products that it was

1  selling on eBay as Exarch, Scorpion, Eldar.  That's the

2  product he says doesn't look anything like our -- his

3  Armana'serq.  That doesn't look, he said, anything like ours.

4  Well, of course, we think it's a copyright infringement, but

5  that is also use of our trademarks to identify these products.

6  Again, there are no permanent markings on them, so they're

7  only identifiable to the relevant market because of Games

8  Workshop's trademarks.  Again, this shows you that this seller

9  is herself confused, or himself confused, or is going to

10 confuse others in the market by reselling these under our

11 trademarks.

12          Now, there are several factors that the judge said

13 you have to go through in considering infringement.  It's not

14 just actual confusion.  It's the similarity of the products,

15 the similarity of the trade channels through which they're

16 sold, the sophistication of the users, the intent to copy.

17 The intent, obviously, is abundantly clear.

18          Actual confusion is just one of those elements.  We

19 don't have enormous volumes of it.  As Ms. Stevenson said,

20 after the lawsuit was filed, the people who were most likely

21 to complain, they stopped complaining.  But after the lawsuit

22 is over, if there is no injunction against him to continuing

23 to use the names, there is no reason to think it won't

24 continue.

25          And, moreover, we have also seen examples of actual

1  confusion on the Internet forums.  People ask:  Are you guys

2  licensed by Games Workshop?  We come back, and I want to draw

3  to a close right now, and again, actual confusion is just one

4  of many factors to consider, every one of which we think is

5  directly in our favor:  The identity of the products, the

6  direct competition, the fact that they are marketed under the

7  same trade channels, particularly the forums which are favored

8  by Games Workshop's fans.

9        Again, in assessing overall, what is the business

10  model that we're complaining about?  The business model we're

11  complaining about is that Chapterhouse feels it is entirely

12  free to take whatever it wants, protected expression of

13  trademarks that we have created, we have labored for years to

14  develop the goodwill, this enormous following of fans, that he

15  feels free to take it just so he can make some money off of

16  it.  We think that is wrong and that is why we are here and we

17  have been here the last several weeks.

18        Thank you.

19        THE COURT:  Okay, we're going to take a 10-minute

20  break at this point before we continue with the defendants'

21  argument.

22      (The following proceedings were had out of the presence

23  and hearing of the jury:)

24        THE COURT:  Okay, ten minutes.  It was an hour and

25  two.

Aly - closing

1          (Brief recess.)

2       (The following proceedings were had in the presence and

3    hearing of the jury:)

4               THE COURT:  You can all have a seat.

5               Next we'll hear the closing argument for

6    Chapterhouse.

7               MR. ALY:  May it please the Court.  May I approach

8    the jury, your Honor?

9               THE COURT:  Yes.  But that little space there is no

10   man's land.

11              MR. ALY:  Understood.  This is as far as I will need

12   to get.

13              THE COURT:  You have just got to make sure you keep

14   your voice up because you're not miked over there.

15              CLOSING ARGUMENT ON BEHALF OF THE DEFENDANTS

16              MR. ALY:  Ladies and gentlemen of the jury, when we

17   started this case, I told you it was about Games Workshop

18   selling its products, its box sets, its kits and its models to

19   its fans, and Chapterhouse is about adding onto those,

20   providing supplements so that its fans can use them.  That's

21   the fact that hasn't changed throughout this whole case.

22              And when we look at the example that I know I've used

23   a few times, but it makes the point, I think fairly, is this

24   is the box that you can buy from Games Workshop, and this is

25   the add-on part, the shoulder pad, that you can get from

1  Chapterhouse.  It's only after you buy this that this has any
2  meaning.
3        I agree, they're connected, but they're connected in
4  a way that's an add-on.  It doesn't take anything away from
5  Games Workshop and, in fact, only adds to the enjoyment of the
6  game for the fans that have hundreds of the Games Workshop
7  products.  If Games Workshop sold this, people would buy that,
8  too, from Games Workshop, but they don't, and that's why we
9  are here.
10        If it were up to Games Workshop and its witnesses, no
11  one else could make any accessory that would ever do anything
12  with Games Workshop.  That's their story.  That's what Ms.
13  Stevenson said yesterday on the stand.  Their view of the
14  world is we own our world because we made it.  No one else can
15  refer to it.  No one else can make anything that works with
16  it.  And forget it if you're going to try to make an add-on or
17  replacement part that might interact with our particular
18  products.
19        And I am here to argue today that that is fair, that
20  the law says it's completely fair and reasonable to take
21  products that exist out there that we buy as consumers and add
22  on to them.  And if someone can't -- if they don't have their
23  own shop, they don't have their own garage like Nick does,
24  where he can put a spin-casting machine to make these parts,
25  if they don't have that, it's okay to pay somebody else to

1  say, please help me make that and make my dreams come true.

2  That's what this company is all about.

3  The overview for today, I will go through a lot of

4  the issues that are here because they argue what Games

5  Workshop is doing is using copyright law and trademark law in

6  a way that's unfair, that's unreasonable.  And the reason it's

7  unfair and unreasonable is because we are adding onto and

8  supplementing.  We're not taking anything away from Games

9  Workshop.  They didn't say they had any lost sales.  There's

10  no dollar charts that say here's what our company used to be

11  at and now here's where we are today.

12  To the contrary, when asked about pricing, Mr.

13  Merrett said, I think there's been a price rise.  We're

14  charging more.  We're getting more money from our products.

15  The Games Workshop universe isn't harmed by this, and that's

16  important for whether there is copyright infringement,

17  trademark infringement and fair use.  And I will discuss those

18  issues with you today.

19  On copyright infringement, ladies and gentlemen,

20  originality is an important element that plaintiffs will have

21  to prove.  So they will have to prove and have convinced you

22  that, in fact, what they came up with was original and that

23  the original things that they came up with, that that's what

24  Chapterhouse took.  There's a difference between the idea of

25  something and the expression.  We've talked a little bit about

Aly - closing

1  that.

2         But here's the point, that Games Workshop says they

3  came up with something new, here's what that new thing is, and

4  you took it from us.  You took that new thing.  They haven't

5  been able to do that.  To the contrary, yesterday, as we

6  learned, the art of Warhammer is a regurgitation of old ideas,

7  a regurgitation of old ideas.  And when Mr. Moskin was saying,

8  well, where are the people to talk about Chapterhouse's case,

9  Mr. Fiertek lives in Sweden.  We learned that.  But what we

10  didn't learn is why didn't Games Workshop designers come here

11  in person and tell you here is what I did that was different

12  than before, here's what I did that was original, here's where

13  I drew from some things but here's what I added to what was

14  already there.  That didn't happen.

15         You heard from people from their intellectual

16  property team.  That's who their live witnesses were in the

17  case:  Mr. Merrett, Ms. Stevenson, Mr. Jones.  That's their IP

18  team.  That's their enforcement team that exists solely to say

19  that people are out there copying, and that's who their case

20  rests upon.  When we're looking at the elements of copyright

21  law, it's important, though, that we should have had some

22  designers talk about something because, as I said and as the

23  judge read and you will see in the instructions, only the

24  original expression in the work is protectable.  That's it,

25  only what is original.  There can't be infringement.  That's

1   why it's important because the verdict form asks you two

2   questions:  Infringement and fair use.

3           And I am here to tell you that on the infringement

4   side, when you read through that instruction, it will tell

5   you, you can't infringe unless you took something that was

6   original expression.  So you have to prove what's original,

7   and Games Workshop has to say, this is what was original and

8   that Chapterhouse took it.  They have not done that.

9           They also have to show that what was taken, even if

10  it's the same, wasn't the idea but the expression of that idea

11  because no one can protect the idea of something.  They can

12  only protect their specific expression.  This was really the

13  essence of the point of Dr. Grindley who came here to testify

14  and tell you that the idea of something at a general high

15  level, there's a lot of different things that can happen on

16  details, but at a general high level, there's a grab bag and

17  we put things together in it.

18          At a detail level, people can express details

19  differently, so maybe there's a lot of differences in this

20  case, but if we agree -- that's only if we agree that at a big

21  concept level, at a big picture high level -- you know, for

22  example, these are both Lizardmen.  Once you understand that,

23  they're going to have some things in common.  But then if you

24  look at the details if that matters on the expression of how

25  you express the idea of a Lizardman, that might be different.

Aly - closing

1   And that's what his whole point was.

2          And, of course, the cross examination of plaintiff

3   said, well, you didn't find this specific combination of this

4   specific thing and all the references that he looked at.  He

5   didn't, but that wasn't his point.  His point was those

6   specific examples are different, but at the general concept

7   level, they're the same.  There's some things you can take and

8   there's some things that you can't, and plaintiffs haven't

9   proven the difference.

10          Instead they show you pictures of Spiderman and say,

11  trust us, we're Spiderman.  They haven't done that.  What is

12  original in what they took?

13          Let's look at what the witnesses did testify.  Mr.

14  Merrett, the first witness in the case.  And Mr. Merrett said,

15  you know what, I wasn't the individual identified as the

16  designer.  And what he's referring to there, ladies and

17  gentlemen, is the binders that you will have.  And in these

18  binders we have got those claim charts that counsel told you

19  about.

20          In those claim charts, there's going to be the two

21  columns.  One column is the Chapterhouse product on the left,

22  and on the right is the Games Workshop column.  And it was

23  important to have a designer for this reason, that when you

24  look at the claim chart, and I have on the screen from that

25  PX-1021, one of those claim charts, item 128.  And in

1    item 128, it's hot shot lasgun pack.  And on the right side on

2    these entries it will say, miniatures designed by Brian

3    Nelson.  There's a drawing.  Where there's a drawing, it will

4    say Dennis Hanling.  These are the authors.  These are the

5    artists that did that particular work.

6         Well, you didn't hear from those people.  We don't

7    know what is original about this hot shot lasgun from the

8    point of view of the designer.  All we heard instead was Mr.

9    Merrett saying, I told people not to copy from the prior art.

10   I told people not to take things that were already out there,

11   and I'm sure they did that.  But when we actually heard from

12   the witnesses themselves, we heard a different story.

13        Remember Mr. Naismith.  Now, this was a deposition,

14   so it was a little bit different, but his face was on the

15   screen.  He went through the design process and he explains to

16   you that he doesn't sit there and just come up with things

17   from scratch purely from his imagination.  He doesn't just

18   copy something from the past either.  But what he does is he

19   draws something from what is already known that is out there,

20   what is real, and then applies it to the war gaming world.

21   That's the point because this science fiction game, as much as

22   it's a game, is really just drawn from real world experiences

23   and real world products.

24        So in Mr. Naismith's testimony, he talked about how

25   we drew on our own knowledge of First World tanks, Second

Aly - closing

1    World War tanks, tractors, construction vehicles.  Basically

2    any kind of engineering, we use that knowledge.  And that is

3    one example of what these designers did.  They took real world

4    concepts and applied them into the game.

5         The example of that that he testified about is this

6    tank.  So he saw a tank, and he said, I remembered his tank

7    image.  Now, I wasn't copying it down when I was making my

8    design, but here is the Land Raider that he made.  What is

9    original about the Land Raider?  We don't have any testimony

10   about what they did that was original, what was new, what was

11   different, so that they could say, hey, Chapterhouse, when you

12   used this particular door on our Land Raider and made a door

13   that fits in its place, you copied us.  There is no proof of

14   that.  There is no evidence of that.  They don't have the

15   designer here to tell you that.

16        Instead, we know from Mr. Naismith and the other

17   designers that they drew inspiration from things they knew

18   about, they have seen in the real world, and now they're

19   putting it into the game context.  That is their creativity.

20   That is their originality.  And we question it.  We say:  What

21   is original about that?  Maybe there's details that are

22   original, but they should have said what those details are and

23   why it's important that we took them.  They didn't do that.

24        Instead, we have Mr. Naismith summing it up.  It's

25   really the work they did was they knew and understood about

1   the logic of military equipment and how it would go together.

2   That's what they applied and that's what they carried forward

3   into the game setting.  That's what they did.

4        Military wasn't the only inspiration, in fact, that

5   the designers drew from.  Mr. Naismith again says:

6        "We would all like to read comics.  We would all like

7   to read books.  We would all like to watch movies, and we

8   might bring some small part of that into it."

9        So they're drawing from all of the science fiction

10  world.  He talked about the movies that he watched, Star Wars,

11  BattleTech.  He talked about the different inspirations that

12  he had because, as a designer, as an artist, it's not like he

13  had never seen anything before.  He had seen things, drew from

14  them and made them different, made them his own.  That's what

15  Games Workshop did, but they didn't explain to you what was

16  new, what was different and why it was wrong for Chapterhouse

17  to essentially do the same thing.

18        There was another witness, Mr. Blanche.  Now, he was

19  also called by deposition, and we heard from him this week.

20  And Mr. Blanche testified along the same lines but referring

21  to another source of inspiration, another thing that is out

22  there in this common well of information and common well that

23  everyone should be allowed to draw from when making a tabletop

24  game, when drawing something up or when playing with their

25  toys.  Anyone should be able to do that, and he's one of those

1  anyones.

2      And what he did, Mr. Blanche, is he had, as

3  references for the 40K world, symbols.  So he was the guy that

4  was looking into, well, what symbols can we put on our

5  different Space Marine chapters.  And he didn't just sit down

6  and say, well, let's just make some up out of thin air like

7  something we have never seen before.  He said, let's look at

8  what other people did.  And he said, we used rampant lions, we

9  used griffin, and then he had also seen classic heraldic

10  symbols, unicorns and wyverns, and wyvern he described was a

11  type of a dragon.

12      So Mr. Blanche also agreed and explained to you by

13  video that, in fact, everything he drew from also was inspired

14  by these common symbols that were there in England that he

15  knew about because of this field of heraldry.

16      There was another witness, Mr. Hodgson.  He also

17  testified by deposition and said the same thing.  He was asked

18  about these heraldic symbols, the heraldry that goes with the

19  different knights in armor and what kind of banners they wear,

20  what kind of markings they have.  He says, quote, "pick a

21  shape.  It's been used."

22      And the list he went through was a rather long one:

23  Lions, griffins, crosses, skulls, circles, triangles, Roman

24  numerals, dragons.  These are the lists and the types of

25  things that you have seen in these shoulder pad decorations

1  that Games Workshop says it should own because it put them in

2  a book along with a thousand other Space Marine chapters and

3  now it automatically owns all of them and no one else can make

4  anything like that in any setting for a tabletop game

5  regarding this war setting.  And that is just not fair because

6  that's public knowledge that goes back to the ancient form of

7  heraldry.  That's not owned by Games Workshop.

8        There is yet another designer that we were able to

9  show you by deposition, Mr. Martin Footitt, and Mr. Footitt

10  explained that he made some other things, but when he made

11  them, he looked at the Internet.  Now, in the modern era, he

12  says, well, I just look at Internet pages because I want to

13  show that when I am doing something, that it looks like the

14  real thing, down to the level of how scales on the Lizardman

15  look in full.  So this isn't just something imaginary and

16  creative.  He's saying, I actually just took something from

17  the Internet and I added to it.  That's what I did.  And he's

18  admitting that plainly that he did something different.

19  That's fine.  He has something different, slightly different,

20  but the differences aren't in the idea.  They're in his

21  individual expression.

22        The importance of copyright law.  And then when we

23  shift to what did Chapterhouse do with that information,

24  you're going to find out is that we worked to create things

25  independently.  Now, that doesn't mean that we didn't look at

1    Games Workshop for also to see what is in this common well of

2    ideas.  We did.  But then what Chapterhouse did was they said,

3    what can we do that's different, what can we do that's better,

4    what can we do that customers who already follow a particular

5    chapter might like to add to that chapter.

6            So here we have witnesses, and you have heard from

7    Mr. Lippman, from Mr. Villacci, from Mr. Nagy.  These are

8    folks that are huge fans.  They have hundreds and thousands of

9    these Games Workshop characters and miniatures.  They

10   basically buy whatever it is Games Workshop sells for their

11   chapter.  The problem is there's some things Games Workshop

12   doesn't sell, can't sell, won't sell.  Why?  Because they're

13   too custom.  They're too individual.  They're too specific.

14   And as Andy Jones said, we can't punch them out individually

15   just because somebody wants one.  There is no way to

16   particularly do that.

17           Another reason it is important to consider why this

18   business is what it is is because Chapterhouse is not

19   competing with Games Workshop; rather, it's adding to it by

20   providing a service that people can't do for themselves.

21   People submit, therefore, that's why customers submit ideas to

22   them by email and say here's what I'd like.  They look at that

23   idea.  They see if they can do it.  And if they can't,

24   Chapterhouse does it.  That is why about 30 to 40 percent of

25   the work that they produce comes from customer ideas saying, I

1    collect this or I would like to see that, or can you do this

2    for me, and they try to do that as long as it does not copy

3    Games Workshop.

4         These are the many factors that you will be

5    considering when you say, well, on the copyright side, what is

6    it that Chapterhouse is doing assuming that, yes, Games

7    Workshop has come up with something.  Even if they had, here

8    is what we would look at.  Did Games Workshop show you -- and

9    this is in our case -- that, in fact, we copied exactly that

10   thing.  There is nothing that we said that we copied.  That's

11   just not shown.

12        And Mr. Moskin's first sentence was that Chapterhouse

13   is a common copyist, but then three minutes later, he said

14   they didn't copy anything.  We're not saying they copied

15   anything.  We're just saying that they took something and made

16   it different.  And that is what we did.  We took something,

17   the idea, and expressed it differently.  And if you look at

18   what Games Workshop sells versus what Chapterhouse sells, you

19   will see Chapterhouse sells something different, and it's

20   transformed.

21        The degree of creativity in what Games Workshop did

22   is very thin because they have not proven it.  It's published.

23   Some things we have seen in the books but not products.  And

24   as far as the amount and the significance because little is

25   needed; for example, make sure something fits on a product,

Aly - closing

1  it's okay, and that has it affected the value, and that's what

2  we have spent some time showing you that, in fact, if

3  anything, we don't affect the value of Games Workshop.  We add

4  to it by supplementing its products.

5  　　　　　So where does Chapterhouse fit into this background?

6  As I showed you in the beginning, Chapterhouse's goal is to

7  provide the gamer with an affordable and unique alternative,

8  unique alternative.  Do your own thing.  That's what they want

9  because otherwise you're stuck with what Games Workshop has,

10  which is simple decals or time consuming sculpting.  Learn it

11  and do it yourself.  So their mission is we're going to give

12  you an alternative and we're going to do the service for you.

13  That's what their whole company is about.  It's not about

14  copying.  It's a service to say here is something that is

15  different.

16  　　　　　And how they accomplish that particular goal is they

17  allow people to say, if you want to personalize something, if

18  you want to have options for something, if you want to have

19  choices, here is how you can add on.  And every single one of

20  their requests is saying, here is what we already have from

21  Games Workshop, here is what we would like to see that we

22  can't get from Games Workshop.  That's what all the emails

23  will say.  We don't have this.  Does anybody have this?  Have

24  you seen this?

25  　　　　　Nobody is out there asking them to copy something.

1   And if they do, Chapterhouse says, no, we're not going to do

2   that.  We're not interested in copying.  We're interested in

3   doing something different, giving people choices.

4           As a matter of fact, that's what the instructions are

5   that Nick gives to everybody.  We are not going to copy.  And

6   the whole point of this is to show that, in fact, we want to

7   do something that's different.  And we want to take something

8   that might be an idea and express it a little bit differently.

9           Now, there was one instance, this Hammer of Dorn

10  patent, Mr. Moskin showed you, and when Mr. Villacci learned

11  of it a couple months ago, he told you, yes, I learned of it

12  and I stopped doing it because I found out that it was too

13  close.  But that goes against the whole philosophy and process

14  that they did for every other product, which was if anyone

15  says it's a copy, if anyone says it's close, then that's not

16  something we're going to do.  It's a team, and you will see

17  the emails.  When anybody goes, hey, I think it's wrong to do

18  that, I think that might be too close, it just doesn't do it.

19  It's not sold.

20          And that's why you will only find this one issue that

21  came up and we learned about, and it's not something that he

22  sells anymore.  And if you look at the sales spreadsheets, you

23  will see that in the history of that pad, there are about $200

24  in sales.  And they have stopped.  So that's that one pad.

25  But as a whole, you will see that the point of this company is

1    to show what we can do different, what we can add onto the

2    pads, and they're not interested in taking anything from Games

3    Workshop.  If they did that, they wouldn't be a business that

4    would cater to the people that want something different.

5          I'm going to now talk to you about the different

6    categories of products.  So there are a lot of products, and

7    you will get a box that has our products in case you wanted to

8    look through any of them.  But I want to categorize them so we

9    don't have to talk about all of them in a row.

10          And the categories that I would like to address are

11   shoulder pads, other add-ons, vehicles and characters.  Now,

12   on the shoulder pads, I'm going to first start there and tell

13   you about two different types of shoulder pad claims.  For

14   some claims, Games Workshop says it's only the pad itself, the

15   underlying design, but we don't care that you put something on

16   top of it because we think that the thing you put on top of it

17   is really different from our stuff.

18          For other claims, they're saying, well, we think the

19   whole pad is a problem, including the thing that's on top of

20   the pad.  And we don't have to guess at which ones are which.

21   I wanted to show you an example.

22

23

24

25

 1          When we get to the shoulder pad section, the claim

 2     chart will show you, it will say only the surface area is not

 3     accused -- or only the pad and not the surface areas on some

 4     of them, and on some of them it will just say the whole thing.

 5     And when we get to that I'll be able to show you that.

 6          Now, when it comes to the infringement claims, here's

 7     one example.  It's product 128, the Hotshot Lasgun Pac.  And I

 8     want to start with this particular example because it shows

 9     the originality and the idea expression points that I've been

10     talking about so far.

11          What it shows is there's a product in the middle,

12     this is the Games Workshop -- and when I say "product," here's

13     the drawing of a product.  And here's Chapterhouse's

14     interpretation of, hey, what a lasgun pac might look like.

15     And what Dr. Grindley said was, wait a minute -- well, first

16     let's start with Mr. Merrett was what's really protectible

17     about this is not the whole gun, that's kind of a gun, but

18     it's really just this tip that they think is different, and

19     look over here, there's a different tip.  But what

20     Dr. Grindley showed you is guns are guns and that if it really

21     comes down to this tip, yes, they're out there.  People have

22     had that expression even of that idea.  And as Mr. Nagy

23     explained, that expression is because it's a real world thing

24     where apparently people chop off parts of the end of the gun,

25     and that's what it looks like.  It has that angled tip.

1          So when we're looking at the copyright infringement

2   question, the question is what was original, if anything,

3   about the middle column and did we take it.  If we didn't,

4   then there's no copyright infringement and Chapterhouse would

5   be able to continue selling those particular products and stay

6   in business.

7          And we don't have to look very far to see this

8   because it's not like Games Workshop made a big deal out of

9   it.  Mr. Merrett actually said the gun part is the gun, it's

10  nondescript, and the only part he had a problem with was this

11  angled barrel, the sort of muzzle that's at the tip.  That's

12  the only thing he had a problem with.

13         So we've shown that that part, even that little part

14  was out there.  People have expressed the idea in the same

15  way.  There's nothing new here.  As Mr. Moskin said, he

16  doesn't think the gun claims are the most exciting claims.

17  And I know why.  It's because there's nothing original there.

18         But that's just one example of the problem with the

19  case as it now stands because there's no proof to you that

20  here's what was original and I can show you why it was

21  original.  That's what is missing.

22         As if we needed a little bit more on the angled tip,

23  Mr. Merrett said, you know, he knows this sounds kind of crazy

24  to us, but that what's really important to him was that every

25  one of the Chapterhouse guns had the same kind of muzzle

1 break.  That's all that it came down to.  That's the only

2 thing he was worried about.  But why was that a new expression

3 of the idea of the gun?  There's no proof that it was.

4 I want to talk to you about another product.  This is

5 Product 45, the super heavy assault walker.  And what pictures

6 can't show you, and that's why I think these products in some

7 cases may be helpful, is that this is the kit that comes with

8 the super heavy assault walker.  It's a giant, big walking

9 robotic thing, and it doesn't have any logos or emblems on it.

10 Doesn't even have a Tau symbol.  So why is this particular

11 walker here?  It's because, as Mr. Moskin showed you, it's got

12 that one piece that's a long gun.  He thinks that's a new and

13 inventive thing to have a long gun on the top of a tank.  And

14 if you look at the Games Workshop model, they had a long tank

15 here.

16 Well, what's original about that?  Why is that new?

17 Why is that exciting?  Why should we care?  The rest of the

18 thing we know is completely new, and we know that because

19 Mr. Merrett himself said that when you look at that walker,

20 this vehicle is clearly nothing like either of the Games

21 Workshop ones.  What are we doing talking about this giant

22 product in this case if there's really just no similarity to

23 them?  It's a copyright claim.  They have to prove that we

24 copied.  This is not a copy.

25 Another product, product 63, the dragon drop pod

1    door.  This gives an example of that particular category.

2    Here's what that looks like.  I'm holding up DX 63.  So that

3    will be one of the items in the box, 63.  And in that

4    particular product, that's a door that goes onto and instead

5    of that door.  So if you buy that drop pod, which has the

6    little omega on it, but you want a picture of a dragon on it,

7    you can put the dragon door on it.

8         And Mr. Moskin says, well, hey, that's a Salamander.

9    I've never seen a Salamander on it.  It's a dragon head, and

10   we call it a dragon drop pod door.  So it's a dragon head on

11   the door, and that's not something that Games Workshop owns.

12   That's not something they've said they own.  Instead, what

13   they're really worried about here is that this fits into the

14   larger drop pod.  But fit, ladies and gentlemen, is not

15   copyright infringement.  That's not a creative expression to

16   say here's how your thing fits into my thing.  But that's the

17   problem that they had with it.

18        Mr. Merrett said, he agrees that it makes it

19   different.  What are the product doors?  They're these

20   Chapterhouse doors.  What's the purpose?  "Obviously to change

21   the look, but by replacing specific components."  What matters

22   here is that Chapterhouse changed the look.  We made it

23   different.  We changed it into something else.  So Games

24   Workshop has its thing, but if you replace the door, now it's

25   different.  It changes the look.  And that's what the company

1   is about.  That's not copyright infringement.

2          The same is true with a lot of the other add-on

3   doors, a lot of the add-on products, the things that work with

4   the Games Workshop pieces.  And this is yet another example.

5   It's product 114.  Going to be a bag.  You're going to see

6   some doors in that one.  And they look like what I've depicted

7   here.

8          And when it comes to these doors, what's the problem

9   that Games Workshop has with them?  We're also concerned about

10  the shape of these components because these are tailored to

11  fit onto our Land Raider kit.  But where's the law that says

12  you can't make something to fit onto something else?  It's not

13  here, and that's not a copyright infringement claim, and

14  Mr. Moskin hasn't shown to you that there's something wrong

15  with making something to fit something else.

16         These are customers who bought the Games Workshop

17  product.  They own it.  It's theirs.  And they want to put

18  another door on it.  That's what they want to do, and that's

19  what they're allowed to do.

20         Talk to you about another product, product 140,

21  Heresy-era shoulder pads.  Now, those shoulder pads are going

22  to be those same small add-on size shoulder pads.  They're in

23  the box.  And what Games Workshop says is, look, we have this

24  drawing over here, and we think you've copied that drawing.

25  And they showed you a bunch of drawings.  But when it comes to

1    whether something's copied and what kind of use you have and

2    what's the nature and purpose of the use, look at what's going

3    on here.  Games Workshop sells these shoulder pads in the box

4    that come with their product.  Now, if somebody wants a

5    cooler, different-looking product, they can't buy this.  They

6    can't buy it from Games Workshop.  And that's a picture in a

7    book somewhere.  They've obviously cut out a lot of the

8    picture just to try to zoom in on one little piece of it.  But

9    in that little piece of it they can't show you a product that

10   they sell.  There's no product that they sell.  This is why

11   they're not harmed, because they don't have something in the

12   middle that appeals to people.

13          Everybody who's ever bought this Chapterhouse

14   shoulder pad already had the shoulder pads that Games Workshop

15   Limited sells.  They had that one.  But they wanted something

16   different.  They want something with a little more flair to

17   it.  And as Dr. Grindley pointed out, there's differences

18   here.  But the idea of a layered pad goes back to the Romans.

19   And that's something that Mr. Merrett agreed with.  So here's

20   Mr. Merrett, asked about what the Romans wore, and he answers:

21   "I mean, the Roman era lasted a long time, and they had all

22   manner of different kinds of armor."

23          So there's no disagreement.  It's the common well of

24   ideas that anybody should be allow to draw from unless Games

25   Workshop proves it owns something and it did something new,

1    original, different, creative.  Haven't done that.  Have not

2    done that.

3           Let's talk about the combi weapon kit.  These are

4    just guns, and Games Workshop says, well, you're selling guns

5    that we should have been selling.  That's not how this works.

6    The kit comes with guns.  They're guns that go into the kit.

7    So the customer has already bought the Games Workshop gun, and

8    they say, you know what, I just want a little extra little

9    piece.  And Mr. Nagy showed you what those little pieces look

10   like, and he was playing with the magnet to put them in to

11   show you how it goes.  And they want to do something different

12   with them.  They want to magnetize them.  It's just a gun, and

13   now they're putting a little magnet so that these little

14   pieces on the end here can be snapped onto this magnet over

15   here.  And if you're playing the game, because you're a Games

16   Workshop fan and you have a thousand products and you want to

17   take out this little bit and put this little bit in, you don't

18   have to take the plastic part, saw it off and put a new one on

19   with glue or whatever.  You can just snap the magnet off and

20   put this magnet on.

21          It's a different purpose of the use.  We've changed

22   it.  Chapterhouse has made it better and something that's

23   alternative that's in addition to.  It only adds to whatever

24   it is Games Workshop already sells.

25          So when Mr. Merrett says, well, you can't do that,

Aly - closing

1  his view of the world is different than the instructions that

2  you have received and you'll see in your paper.  His view of

3  the world, this is Mr. Merrett, says add-on is a meaningless

4  phrase to him and the point -- the problem he has is these

5  replace the Games Workshop parts, but he acknowledges, he

6  agrees with us, in fact, if anything, the Games Workshop bits

7  have to be added onto those bits to make them into complete

8  models.  So he agrees with that part, but here's what he goes

9  on to say, "but they're using -- it's our," it should be IP,

10  "it's our IP.  They're the same."  And the reason he thinks

11  that is because they're the same shape and structure and

12  design as our Space Marine product component.

13         So he's saying if you copy something that's our shape

14  or design and make it work with our product, then that's

15  copying.  But that's not copyright infringement.  You're

16  allowed to make things that work with, that fit with different

17  things because there's nothing original about the way things

18  fit or you holding a weapon in your hand.  It's not original.

19         There's a scale to it.  You got to measure it.  I get

20  that.  But that's only so that it fits with and works with the

21  Games Workshop model.  That's not wrong.  GW's view of the

22  world is wrong.  It's unreasonable.  And that's shown again

23  here.

24         Now, characters I told you was a different category,

25  and the reason it's a different category is this:  They are

Aly - closing

1    stand-alone models.  Games Workshop was right about that.  But

2    they still don't work by themselves, and you heard the

3    testimony to explain why.  Mr. Merrett said when people are

4    collecting these armies, they'll have a lot of them to play a

5    game, twenty, fifty, a hundred.  You need a lot of little

6    pieces to play the game.  And some of them you want to have

7    your own expression so you can say, hey, I want to identify

8    with that little piece on the game.  So, for example, if we're

9    over here looking at the models that Games Workshop has

10   brought, say you have a unit here of these five people and you

11   want to make one that stands out a little bit different from

12   those that are there because you want to identify with it.

13   You want to say during the game, hey, that's my little guy out

14   there, and I'm calling a charge and attacking your little guys

15   over here.  You can do that because there's alternatives that

16   Games Workshop doesn't provide.  Otherwise they all look the

17   same.  They all look the same.

18          And that's what happened here when Mr. Lippman, who

19   explained to you, I wasn't copying, I wanted to do something,

20   yes, it's a Lizardman, but I got inspiration from other

21   sources that were out there, I took from the idea of the

22   common well of ideas and said I want a Lizardman with this

23   weapon, and he got his ideas and sculpted himself from scratch

24   this particular Lizardman.

25          Now, does it fit with the game that Games Workshop

1  made? Yeah, because it's a Lizardman. So you're not going to

2  confuse a Lizardman with the Rat Army, which is the other army

3  he made, but that doesn't mean his lizard is a copy of

4  somebody else's lizard. It's not. And, in fact, the pictures

5  themselves that Games Workshop put up show you that, yeah,

6  they're similar because they're both Lizardmen, but there's a

7  lot of other small differences in the way they're expressed.

8  One's hunched over, and Mr. Lippman wanted one that's more

9  humany, standing upright, showing him in action in a dynamic

10  pose and doing things that designers do. And it was

11  Mr. Lippman, the designer for Chapterhouse, that explained

12  what it is that he did and what his design process is and what

13  he thought was original about it, fully acknowledging that

14  he's drawing from ideas that are already out there and that

15  Games Workshop, seeing what they did and wanting something

16  different, wanting kind of a hybrid creature, wanting

17  something that was different in the way that it worked with

18  the parts that he bought.

19      And the customers, they had mixed reviews, obviously,

20  but people definitely liked it too. They said, well, that is

21  different. I like the Werecroc. That is something that's

22  awesome. And I love the crocs. That's what people responded

23  to when they saw that. So there's definitely something that

24  was different because people recognized that. The customers

25  knew that, hey, you've got something different and I can

Aly - closing

1    recognize that it's -- if I like it, I like it.  If I don't, I

2    don't.  But at least I know it's different.  That's product

3    1444, the Werecroc.  And it's an example of the characters to

4    say you can't use even any of the characters on their own

5    because they don't field that army.  They only work with the

6    armies that Games Workshop sells.  But the characters are in a

7    different category.

8           As it comes to the Lizardman, here's what Mr. Merrett

9    did say, that the overall style is basically that or a very

10   close approximation of that same idea.  Again, he just doesn't

11   have the law quite right here.  As you're going to see in the

12   instructions and you've heard from the judge, you can't

13   protect an idea.  You can protect an expression of the idea,

14   but you can't protect the idea.  So when Mr. Merrett comes

15   here and says, well, I think that's copying our Lizardman

16   because it's the same idea, that's just wrong legally.  It's

17   not something Games Workshop can protect.  That's not

18   something Games Workshop owns.  It just isn't.

19          Here's the idea.  To be more specific, this isn't

20   just an idea of a Lizardman.  The idea, he says, is the

21   Lizardmen live in the Warhammer version of South America.

22   Well, now you're getting some more elements into it, but

23   you're still not showing how to express it.  So just by giving

24   those words alone, Mr. Lippman explained to you why he thinks

25   it's consistent with that idea to express it differently,

1  because that's how the real world was in this old era in

2  talking about these old weapons.

3        Dr. Grindley said the same thing.  If you're talking

4  about this era, this Mesoamerican era that's out there, that

5  historically that's the kind of weapons they had.  This

6  neolithic world kind of had stone things on clubs and hammers

7  and maces.  That's the kind of world that it is.  Well, that's

8  what you're going to have.  There's only so many ideas that

9  are there, but you can express them differently, and you can

10 use things that are hundreds and thousands of years old.  And

11 that's what Games Workshop did.  They regurgitated that idea,

12 and that's what Mr. Lippman did.  He said, I've seen that idea

13 and we're going to do the same kind of historical approach.

14        And the problem here is that Games Workshop thinks --

15 it says that this is the problem that if we own the idea, but

16 they also readily admit when asked on cross examination they

17 don't own the idea.  You can't own the idea.  And Mr. Merrett

18 himself agrees now, finally, nobody owns the entire idea of

19 Lizardmen because that's -- the ideas are not ownable.

20        Now we're on the same page to say if we're at the

21 idea level, Lizardman holding a weapon, that's not

22 protectible.  How do people express it?  Well, maybe they can

23 have their differences there.  They might be small differences

24 because the idea looks like a Lizardman holding a weapon, but

25 Mr. Lippman went through his design process and explained to

1  you what's different about it, what he was trying to achieve

2  and why.  He wasn't just trying to add two things on and copy

3  them.  If he wanted to do that, he could have just copied

4  them.  He wanted to work with his son Ethan and say let's come

5  up with something different that we can play with and call our

6  own and then work with going forward.  That's why people buy

7  them from Chapterhouse.  It's not because they're cheaper or

8  knock-offs.  It's because they're different.

9          Here's the next product that I'd like to talk about,

10  and it's a representative of that product of vehicles I told

11  you about.  So we've got this jetbike.  You've got a spore

12  pod, which I guess is supposed to be some kind of a vehicle.

13  And that jetbike is not a copy.  And here we showed, Mr. Nagy

14  explained that these are commonly elements of bikes, he was

15  looking at old motorcycles, and that this grille is just a

16  simple grille.  It's not a copy of what Games Workshop had,

17  which is a different expression of a jetbike.  The proportions

18  Mr. Nagy didn't believe were correct here.  The decoration or

19  ornaments, well, we don't take those because we don't need

20  them.  And the only thing that we're showing here that works

21  with -- and to show that it's compatible with the Games

22  Workshop world is the hands, the arms and the legs.

23  Everything else is a Games Workshop product.

24          So even the vehicles, you can't just use them on

25  their own.  They have no purpose without something sitting in

1    them.  And why do we have the arms and leg?  It's because if

2    you just take the Games Workshop arms and legs, as Mr. Nagy

3    was explaining, they're kind of in a different position.

4    They're not in a holding the bars position.  They're in kind

5    of an aggressive fighting or holding a weapon position.  And

6    so they have the arms that are tailored to fit the bike.  But

7    that's it.  It's just the arms, legs and the bike, and you

8    have to stick the Games Workshop character in there to do

9    anything with it.  It's not a copy of this.  It's not a copy

10   of this.  It's an expression of a jetbike idea that Mr. Nagy

11   came up with.

12          He even showed you the technical drawings that he did

13   to make sure that the dimensions were right and how he liked

14   them and explained to you why he did what he did.

15          Another product, 135, shows you here that these are

16   just add-ons yet again.  And the simplest way I can show you

17   that is to hold up what those Tau heads look like.  These are

18   the Tau heads, this Product 135 in the bag that you'll see in

19   the box if you care to do so, that go with the rest of the

20   robot that somebody has to buy from Games Workshop.  And if

21   they want a little bit different-looking head, this is what

22   they do.  They buy these little parts, and they add them on so

23   that instead of having five of the identical robot, they can

24   have different ones that have different heads, and they can

25   associate with them and play with them and make the game more

Aly - closing

1   fun.  It's a game.  It's a toy.  If they want to put a little

2   head on it and make it more fun, they should be allowed to do

3   so.  And all of the more reason that's true is because Games

4   Workshop didn't come up with this robot idea from scratch.

5   And it's a robot.  And we know that because Mr. Merrett didn't

6   talk to the designers to explain what's new and original about

7   this.

8           But what we did do is have Dr. Grindley explain that.

9   I don't know what Games Workshop looked at, but this idea of a

10  robot head with a camera eye, that's been out there before.

11  And an antenna to communicate, I've seen that.  And I'm not

12  saying Games Workshop copied that, but what I am saying, this

13  is Dr. Grindley as well, those are standard ways to represent

14  the idea of this robot man.  And by standard ways, that when

15  somebody has an idea, they're going to express certain things

16  the same.  Maybe there's going to be a camera.  Maybe there's

17  going to be a shield on top of the camera.  Maybe there's

18  going to be an antenna.  Maybe there's going to be robotic

19  armor.  That's a standard package.  And all that's happening

20  here is that there's the head that looks like a robot head

21  that Chapterhouse is selling to add onto and to work with the

22  products that Games Workshop sells.  That's true for all of

23  the other products that we're going to look at that are the

24  little add-ons as well.

25          But what's interesting, as I mentioned, Mr. Merrett,

1 and he wasn't really sure where they got this idea.  What he
2 was saying when --

3          "Could the designers have drawn inspiration from
4 existing robots?

5          "Answer:  They could have done.  They could have
6 drawn inspiration from the clouds in the sky."

7          He just has no idea.  He doesn't know where the
8 designers got the idea for the robot head or anything else
9 because we didn't hear from and we didn't see designers saying
10 here's what I did, here's what was original, here's what was
11 new.  It's just a guess.  I told them not to do it, and they
12 might have gotten it from the clouds in the sky.  I don't
13 know.  That's what Mr. Merrett's response is on originality.

14          The same is going to be true for this Ymgarl.  So
15 I've explained to you ladies and gentlemen this idea and the
16 expression, and Mr. Moskin conceded, and I'm glad that he did,
17 that the Ymgarl picture that they have in the claim chart that
18 they said Chapterhouse copied, that picture didn't even exist
19 at the time Chapterhouse made its product.  Didn't even exist.
20 So what we're left with is words describing an idea.  This is
21 the idea, a monstrous head, tentacly head.  That's the idea.
22 That's the idea that he says is infringed because there's also
23 another monstrous head, tentacly head that's out there that
24 Chapterhouse sells.

25          There's a problem with that, and that's the law that

1  gets in their way.  And in addition to that, they were both

2  drawing from another common well of ideas.  They were drawing

3  from other experiences.  And what we heard was testimony about

4  how everybody that was doing this was drawing from a Cthulhu,

5  which is some kind of a, I guess they were describing it as a

6  tentacled head.

7       Now, remember that moment in the trial when

8  Mr. Moskin called Nick to the stand and said, Nick, you're

9  just making that up.  You didn't really draw inspiration from

10 the Cthulhu.  Show me where that is on the page.  Just show it

11 to me.  And all Nick did was said, yeah, I have it.  It's

12 right here.  That's what's going on here when there's the

13 common well of ideas and they call our witness to say why we

14 did something wrong and Nick can say here's the explanation

15 for that.

16      And the same exact thing happened with the name of

17 the company, when Mr. Moskin said, dude, you really haven't

18 read that, you're lying to us, tell us the character in here.

19 And he did, right off the top of his head.  And Mr. Moskin

20 said, okay, okay, give me another one, and he did, another

21 one.

22      So when Mr. Moskin says this case is about

23 credibility, I have no problem with that because we have

24 people here that are designers that came to tell you what they

25 did.  We have experts that took very little or even no money

 1 to tell you what they saw.  And we have people here that

 2 testified to that against a team of an intellectual property

 3 deployment that says this is our job to protect our IP so

 4 we're explaining why we think they copied.  That's the

 5 credibility issue that is in this case.  It's about fact,

 6 people saying here's what we did, versus an intellectual

 7 property legal team saying here's why we think you're wrong.

 8         And that applies to yet another product, Product 95,

 9 the mycetic spore.  This is just an easy example for us to

10 talk about because the mycetic spore that they say is copied

11 is this blurry image in the corner of a page in a book that

12 this picture is from.  This picture isn't even the whole page,

13 and there's a whole book of the Tyranid book.  If you go to

14 one of the pages, it will have this picture in one corner, and

15 then in one corner of that picture that's in one corner of the

16 page you see this thing falling from the sky, and that's what

17 Games Workshop says, well, Chapterhouse, you copied that.

18 There's your product.

19         The problem here is that on the stand Mr. Merrett

20 agreed, well, I can't really make out the copy.  First of all,

21 the drawing that they had is indistinct.  Mr. Merrett agrees,

22 it is rather indistinct.  That's not all.  When asked, well,

23 can you show us what's copied about this particular picture to

24 this particular product, Mr. Merrett says, well, if you close

25 your eyes and scrunch your face up, that's when you see it.

1    He's the head of IP, and he says that's what you have to do,

2    close your eyes and scrunch your face up, then you can see the

3    infringement.  But he couldn't show it to you.  And when asked

4    again, well, what's really the infringement?  That's not the

5    strongest one of our claims.  That's Mr. Merrett's view.  He's

6    just coming up here and saying it's not the strongest one of

7    our claims.

8           And the reason it's not a strong claim is that he

9    can't show you what was taken that was original.  That's the

10   whole point of copyright infringement.  They have to say

11   here's what we did that was new, here's where you took it.

12   They didn't do that with this product, and it's one example.

13          Not only is that one the not strong claim, we're

14   going to now talk about the shoulder pads issue for a little

15   bit.  One category of products, ladies and gentlemen, is the

16   shoulder pads where it's just the pad by itself, because Games

17   Workshop agrees that the surface decoration is new, different,

18   exciting or that it's just a lie.  Either way, they're saying

19   there's no problem with what's on the top of the pad, it's the

20   pad itself, just the shape and size of the pad.  And you'll

21   see that what I was referring to earlier when you read this

22   claim chart, you'll see on the right side it will say -- Games

23   Workshop will say there are no IP issues with this product

24   other than the shape/design of the underlying shoulder pad.

25   And what they're saying there is we don't have a problem with

1  the thing that's on the top of it.  We only have a problem

2  with the pad.

3        But why is there a problem with the pad?  The pad is

4  only there to make sure it fits on the shoulder that it's

5  supposed to go on.  That's the point.  Yes, the judge ruled

6  and you'll see in the instructions that the shape and size of

7  something can be protectible.  But it can also be a thin

8  version of protection that says, well, you're doing it just to

9  put a cap on a shoulder.  The jury can decide then that that's

10  a thin protection that somebody else can do because you're

11  putting a cap, and I see what you're doing here.  You're

12  covering the shoulder.  And you, ladies and gentlemen, will be

13  able to make the decision if the shoulder pad shape and size

14  is infringed because of what's taken, the nature of the work,

15  whether it's a fair use of the work, whether it's been changed

16  in the way that Chapterhouse sells it, and whether it's

17  hurting Games Workshop.  Those are the fair use factors for

18  this particular analysis.

19        And here you'll see, as you heard from the testimony,

20  that that shoulder pad, the underlying shape and size of the

21  shoulder pad is not a copy.  It's not a copy.  It's designed

22  to cover the shoulder.  And I'll show you that picture.

23        This same analysis would apply to a lot of the other

24  products even though they have on their face different shapes

25  and sizes, different representations on them.  These are all

1     examples, product 99, 146, and 148, where Games Workshop says

2     I don't have a problem with what's on the top; it's really

3     only that shape and size of the shoulder pad.

4          Let's talk about the shape and size of the shoulder

5     pad.  It's a protectible shape and size, but it is, as it

6     turns out, just a cap for the shoulder.  So if you see the

7     relationship that it's a cap for the shoulder, then you

8     realize that, well, you know what, hey, it's just covering

9     that shoulder up.

10         And there has been discussion about these little

11    ridges, these little grooves on there.  But I want to say two

12    things about them.  One, that's not in the claim charts

13    because that's not something they thought important enough to

14    put in the charts they prepared as an infringement.  And the

15    reason for that, two, is because it's on the underneath side

16    of the shoulder pad.  That's not something that's really

17    important to selling the shoulder pad.  Nobody cares if it has

18    these grooves that are irrelevant to anything that's not on

19    the website.  It's on their product.

20         And, frankly, I should conclude by saying it's not

21    even on all of the pads.  So if you wanted to look at the

22    shoulder pad and you thought that was an important thing to

23    look at, some of them will have that, but not all of them

24    will.  Some will just have a straight, flat edge.  And if

25    that's important to you, you can look at those pieces and show

1   you, but during the course of the trial we said some of them

2   have those and some of them don't.

3          But that's not what the case is about.  The case is

4   not about copyright infringement on that groove.  It's about

5   the pad shape and size.  And when we look at that pad shape

6   and size, what Dr. Grindley was able to tell you is that

7   there's nothing really exciting about a shoulder pad that just

8   covers the shoulder.

9          So, importantly, we're not talking about drawings

10  here that are in the book.  You know, Mr. Goodwin yesterday

11  did some nice drawings.  Mr. Moskin started his closing by

12  showing you an image from a book.  What we're talking about is

13  what Games Workshop sells, this pad, and whether copying it by

14  drawing from the common well of shoulder pads and saying

15  here's all the different kinds of shoulder pad variables that

16  are out there and we're making one that's different levels,

17  I've showed you that one, we've got ones that have different

18  layers in them, we've got one that just looked like covering

19  the shoulder, that's what's going on here.  We're just

20  covering the shoulder because it's a cap.  It's just a little

21  tiny thing that's a cap on the shoulder of the unit that you

22  have to buy from Games Workshop.

23          Mr. Nagy explained the importance of that design of

24  the shoulder pad, because he didn't copy that.  What his role

25  was, look at the Space Marine shoulder and simply ensure that

1   the material of the shoulder pad was adequate for casting from

2   my experience working with the resins and metals.  He wanted

3   to make sure it fit.  He wanted to make sure it fit on there,

4   and that's what the designs were done.  This isn't taking

5   something and copying.  He didn't say anything about a

6   digimeter.  He just said, I measured the shoulder, figured out

7   what a cap would be to go on it.  That's what he did.  And the

8   reason for that is to make custom pads that people could buy

9   and use with the armies they already have, an example being

10  this Howling Griffon that's been in the history of heraldry

11  that the witnesses Games Workshop we saw by deposition said

12  the same thing on video.  It's a heraldry design, rampant

13  lines.  Some people even held their hands up when they were

14  testifying about it.  And that's what it is.  It's a common

15  image.  It's a common design.  It's not something stolen from

16  Games Workshop.

17         And they have a griffon, too, but, interestingly,

18  they're not going to say this is a copy of the griffon as far

19  as the image is concerned.  It's because it's not a copy.  And

20  that's what goes back to this idea expression.  They don't own

21  all the ideas just because they put them in a book somewhere

22  and said here's a thousand things to choose from and we own

23  them all.  That's not how it works.

24         And so now when we're talking about there are going

25  to be pads with surface decorations that are combined, you're

1    going to see this eagle that's on top of the pad, and what

2    Games Workshop is saying is, well, that's a copy because

3    you're using this pad that fits on it, and the shape and size

4    of the pad itself is enough, and I think he just said

5    everything else is irrelevant.  Well, it's not irrelevant

6    because the copyright factors require showing that we took

7    what was original, it also requires showing that whether there

8    was fair use or not.  Okay.  So even if there's a pad that

9    fits, is it intended to fit with the shoulder pad that's there

10   and replace what people bought from Games Workshop?  Does it

11   have this really interesting, cool, different, unique

12   transformative view on top to say this is something you

13   haven't seen before?  It's a 3D.  It sticks out on the page as

14   compared to the stereotypical, plain, some call it blah

15   shoulder pad that comes with the box kit that you buy from

16   Games Workshop.

17           And this makes that distinction very clear.  When I

18   showed you what Chapterhouse was about, you could get decals

19   from Games Workshop.  They sell them.  But if you don't like

20   decals, here's an alternative.  So you've already bought the

21   Games Workshop kit.  You've already bought the shoulder pads.

22   You already got the decals.  But, you know what, now you want

23   something that looks different, looks cool.  And what Games

24   Workshop is saying in the claim charts, as you'll see, is that

25   this Chapterhouse product, the eagle, is a copy of this decal

1   sheet with the bird on it.  It's not.  That's a totally

2   different sculpture.  And we heard about the testimony of how

3   those things come to be and why that's creative.

4         The next example of shoulder pads we're going to talk

5   about are these military markings, okay, because what Games

6   Workshop says is we own military markings.  So when we look at

7   a particular chevron, that's all that this is, this V, and we

8   put a little Roman numeral on it, suddenly that becomes

9   copyrighted and that becomes something no one else can use

10   because we call ours I through VI, and VII and VIII have a

11   different one, and IX and X have a different one.

12         Yeah, that's a way of identifying those units.  I get

13   that.  It's not a copyright.  So if somebody else wants to say

14   here's something that works with unit number one, what are

15   they going to put on it?  Unit number one.  And that's a

16   compatibility issue.  That's a fit with because there's a

17   meaning in the game when you say I'm with unit one.  That's

18   something that you're putting out there on the table to say

19   this is the unit that I'm in.  That's why you have to take

20   what you can, the minimum amount that you can take to show

21   what its role is in the game.  But more importantly than that,

22   what's the originality in taking a chevron with a number and

23   putting it on a pad as an identifier?

24         That's what happens in the military.  That's what the

25   military does.  They put chevrons like that and markings with

Aly - closing

1  numbers.

2        And Mr. Brewster was here from the museum in

3  Cantigny, and Mr. Brewster explained to you that there are

4  military markings, and he showed you a lot of examples.  But I

5  don't know if you appreciated this, but when Games Workshop

6  cross examined him, they basically said your examples are too

7  complicated.  You didn't find something that's just a chevron.

8  Yours had two chevrons, dragon heads, snakes, arrows.  We have

9  something really, really weak, really, really common, really,

10 really generic.  You didn't find that out there, did you?

11       Of course not.  Why?  It's obvious.  You just take

12 the most simple element of that and take the one piece of it

13 and say now we own it?  That's not fair.  It's not right.

14 It's not reasonable to say that they can now forever take this

15 chevron, put a Roman numeral on it.

16       And the reason we know that is because Mr. Merrett

17 said where did they get that idea, where did they do that

18 from?  It's from organization that a real military unit might

19 have.  It's not something that just came out of thin air.

20 That's something that military units do.  They have markings

21 on them with numbers so when you're playing the game, just

22 like you would in real life, you could figure out which unit's

23 supposed to go where with the number on it.  That's all that

24 it comes down to.

25

Aly - closing

1    So, when it comes to an arrow and saying, well, that's

2  just our arrow, here's the best argument Games Workshop has on

3  shoulder patches and armor and these arrows.  Well, that arrow

4  goes on a shoulder pad that was used by the military.  That

5  points at an angle.  Look at our arrow.  It points straight up,

6  and Chapterhouse copied it.

7    That's not a serious argument, ladies and gentlemen, to

8  say that an arrow pointing up is somehow protectible than an

9  arrow pointing to the left and the right for our purpose of

10 identifying a product in a game that's a military unit.  These

11 are arrows.  They're out there.  That's how you design a unit.

12    In fact, if you want to produce something cool and

13 creative, maybe you can come up with these designs, circles, and

14 things, but that's not what Games Workshop did.  They want you

15 to believe that if you just make the simplest possible thing,

16 stick an arrow, stick an X, stick a chevron on there, that

17 somehow makes it theirs.  When something's more complicated,

18 they challenge and say, well, you didn't find our simple version

19 of just the shape by itself.

20    The military even uses combinations -- there's nothing

21 exciting about that -- of different logos and Roman numerals,

22 and that's because they're identifying different units,

23 different regiments, and Mr. Brewster explained all of that, as

24 well.

25    Now, what if you wanted to get a shoulder pad, and this

Aly - closing

1    is one of Games Workshop's arguments, and you wanted to get it

2    from them.  Well, you can do that because it comes with the

3    boxed set, and you can get the details, and you can even buy

4    certain of them, for example, the arrow by itself or the X by

5    itself.  That's it.  If you want any other kind of shoulder pad

6    that replaces theirs, you're kind of out of luck, and the reason

7    you're out of luck is because, as Mr. Merrett said, generally

8    speaking, they have to buy the whole box of parts.  Generally

9    speaking, that you have to buy the whole box of parts because

10   that's what Games Workshop does.

11           And I understand that.  It's not wrong to sell a whole

12   box of parts.  I'm not saying there's anything wrong with that.

13   But there's also nothing wrong with selling one of our parts

14   that help you customize your product.  That's what Chapterhouse

15   does.  Mr. Jones agrees they can't go out chopping individual

16   bits and that their business is different.

17           And as I wrap up on the copyright portion, and I'll do

18   this, is to show you that Chapterhouse is not a copy shop.

19   Okay?  There's going to be allegation, oh, they're in China.

20   They're not in China.  Mr. Villacci explained to you where they

21   make their products.  In Texas in his garage.  And their

22   pricing, it's not going to be something that they're trying to

23   undercut -- they're not trying to undercut anything that they're

24   doing.  In fact, one of the e-mails that Mr. Moskin put up said

25   our products are overpriced.  So, there's nothing that's saying

PDF created with pdfFactory trial version www.pdffactory.com

Aly - closing

1     that we're trying to undercut and just make a copy and sell.

2     That's not what their business is about because, in fact, as

3     DX633 shows, it's a bit redundant to compete with Games

4     Workshop.  It's a bit redundant.

5            All that it boils down to then, ladies and gentlemen,

6     is having options, and for copyright law it's not infringement

7     to take something that's not original, and it's also fair use if

8     you do it for a particular use that the law recognizes is fair.

9            I'm shifting now to the trademark part, and then we'll

10    be concluding.

11           THE COURT:  I'm going to pause there.  I want to ask

12    you a question, and I'm not going to hold you to it, but I just

13    want to get a sense because we're getting close to 12:30.  About

14    what percentage of the way are you through the entirety of your

15    argument?

16           MR. ALY:  I am through 70 percent.

17           THE COURT:  Okay.  So, that means probably another 20,

18    25 minutes or so.

19           MR. ALY:  Between 20 and 25, yes, your Honor.

20           THE COURT:  All right.  So, what we're going to do is

21    I'm going to let Mr. Aly finish his argument.  Then we're going

22    to break for lunch.  We're going to have a shorter lunch break,

23    since the officer is going to have you sort of in the building

24    here, and then we'll do the rebuttal right after that.

25           Okay.  Go ahead, Mr. Aly.

Aly - closing

1    MR. ALY:   Thank you, Judge.

2        I hate to be the person holding us up for lunch, but I

3    do think since we've all been here for over a week, I'll spend a

4    little time rather than rushing through the trademarks.   But in

5    15 minutes, I'll be done.   It's my last opportunity to speak

6    with you because I won't be able to anticipate and respond to

7    what Mr. Moskin will say next.

8        But I do want to say on trademark law that the elements

9    that the judge has read to you and that you will see on the

10   instructions is that it's Games Workshop's burden to prove

11   infringement.   If they get to infringement, then we can show you

12   that it's a fair use, and we think we've done that.

13       Now, on infringement, though, what Games Workshop has

14   to show is they own the symbol as a trademark, which they have

15   already been found to do for a lot of them, but not all of them

16   So, we want to make sure that that distinction is clear as I

17   talk with you about that issue.   They have to show it's a valid

18   trademark.

19       And this is really the most important part.   Trademark

20   law exists to avoid confusion, and that's why the law is there

21   to say likely to cause confusion.   So, what they're saying is,

22   well, we're afraid you're using our same icons, but what they

23   can't do is show confusion.   The whole point of trademark law is

24   to say if you're selling something, you shouldn't sell it using

25   our brand and selling it as if it's our brand, counterfeiting,

PDF created with pdfFactory trial version www.pdffactory.com

## Aly - closing

1    faking, broadening.

2         And so, when I put a BMW wheel on there and I sold it

3    to somebody saying this is a BMW wheel, that would be wrong.

4    But if I say it's a wheel for BMW, that's completely different.

5    That's the fair use.  And that's the distinction in this case

6    that apparently Games Workshop thinks is wrong because here's

7    their icons, here are their logos, but the problem here is you

8    won't see these on our products.  The one thing Chapterhouse is

9    not doing is trading off of Games Workshop's good will or its

10   trademarks.  If there's a trademark -- and Games Workshop, the

11   logo here as you see it or their double eagle, as you see it, if

12   there's a trademark out there, there's no reason for

13   Chapterhouse to do it because that's what's Games Workshop, and

14   people identify with it.

15        And so, when Chapterhouse sells something, they could

16   refer to where it comes from or what it's used with, but they're

17   not going to sell it and say it's a Games Workshop product.  To

18   the contrary, their things are sold online.  So, you've got to

19   go to their website.  You can go to their tabs and see the word

20   compatible.  This happens every time.  The plaintiffs will read

21   you the word Eldar or Tau, but they leave out the word

22   compatible, compatible, compatible that's on every one of those

23   tabs on the website to show the customer this is where you go if

24   you want something that's compatible with what?  Something

25   you've already bought from Games Workshop.

PDF created with pdfFactory trial version www.pdffactory.com

## Aly - closing

1     But there are some trademarks that are not proven to be

2 trademarks.  Okay?  So, when they're looking at what they own as

3 a trademark, they have to show you also that it's used as a

4 trademark.  And this was the issue that was discussed with

5 Mr. Jones is that some things are pages in a book.  So, you'll

6 see on the verdict form the word Mycetic spore, and that's an

7 entry that's in a book for this thing they call a Mycetic Spore.

8 I get that.  It's a thing that they call it.  But that thing,

9 that name, appears inside of a whole book.  That book is called

10 Tyranids, and it's a whole volume of all the Tyranids that they

11 own.  So, why is it that this one entry is a trademark when it's

12 not on the outside of the book, it's not why people buy it,

13 there's no proof that if anyone said here's the book, they would

14 say, oh, that's the Mycetic Spore book.  No.  They would say

15 that's the Tyranid book because that's what it says on the cover

16 and sold by Games Workshop.

17     So, we have to look at the last entry, and this is on

18 the verdict form, where all these little words that Games

19 Workshop has not proven that they own as a trademark, one of the

20 reasons is because they use it inside a book or in some way that

21 isn't really using it to sell a product.

22     Another example of that same issue is with Soul

23 Drinker, where the image that appears on the claim chart, there

24 is an image on this claim chart for the trademarks, but it comes

25 from the cover of a book, and it's one picture, and it's one pad

**Aly - closing**

1    on that picture.  As a matter of fact, there's other even

2    chalice type things that are on the same picture.  On the

3    breastplate here, down here, down here.  But this is the one

4    that they circle because they say, well, that's the one we think

5    yours is the closest to, when we say we own the Soul Drinker.

6          But why is somebody buying this book?  Is it because of

7    this image up here of Soul Drinker?  Or could it be because

8    there's a title, and that title is different than the image.

9    You'll see that on the verdict form for why there's color

10   images.  Or it could be because of this Warhammer 40,000, that

11   they're the ones that are putting this out, and that's their

12   trademark, and that's their logo.  So, if people want to buy a

13   book, they'll say, oh, that must be a Warhammer 40,000 thing.

14   Even if I've never even heard of this book named Soul Drinker

15   and never seen this image, I might still buy the book because

16   it's Warhammer 40,000.

17         And there's no proof that this book or any of these

18   other trademarks are BMWs or Spidermans or Mickey Mouses.

19   There's no evidence of that.  To the contrary, what Mr. Jones

20   did when he came here is he said trust me.  We sell these

21   things.  And the words are used somewhere in how we sell them

22         But on these disputed trademarks, the ones we say they

23   haven't really shown that they've used as a trademark, it's

24   important to see whether we want to just look at this chart that

25   Andy Jones submitted or look behind the chart.  Because if you

PDF created with pdfFactory trial version www.pdffactory.com

## Aly - closing

1   look behind the chart, there's a lot of examples of these -- we

2   showed you one -- which is it's not a trademark.

3              Now, this is supposed to be a trademark for jump pack.

4   And I had to look at this a little while and say, well, I'm

5   looking at the box front.  I don't see jump pack here.  I don't

6   see jump pack here.  Here's the back of it.  I don't see jump

7   pack here or here.  I don't see it here.  Here's where it

8   appears, in the middle of the second sentence on the back of a

9   box, and they say because of that, that's our word, that's our

10  trademark.  No one else can ever use that word on it.  It's a

11  jump pack.  Not only is it a descriptive term, that's what

12  people call these things, and we heard evidence about that.

13             But more importantly here, there's no proof that that

14  was used as a trademark.  All Mr. Jones showed you was a chart

15  that says, yes, we sell these miniatures, but if you go look at

16  them, you'll see that this is the only way that they use that

17  word.  It's not fair to say they own that word and no one else

18  can sell a jump pack because they used it in a second sentence

19  on the back of the box, but that's what they have to show for

20  these disputed trademarks.

21             A similar issue applies to these Space Marines because

22  a lot of the images that they find inside, including the

23  Salamander drawing that you'll see, all of those come inside

24  this book called How to Paint a Space Marine, and it's on

25  Page 88, and you see a whole bunch of these icons.  And so,

## Aly - closing

1  under their view of the world, Games Workshop, all of those are

2  trademarks because they're inside a book somewhere buried in

3  Page 88, and we can show you the picture here, but they don't

4  show you where they get it. They just zoom into the picture and

5  say, hey, you copied it.

6        But if it's not a trademark, it doesn't matter.

7  Because if it's a trademark, that's where you get trademark

8  infringement. But if it's not a trademark and it's on the

9  inside of the book, then they haven't shown that there's a

10  reason that people buy that product or they identify it with

11  Games Workshop. There's no proof of that. No evidence, no

12  consumer survey, where you basically just ask their customers,

13  hey, when you see this, do you think of Games Workshop. They

14  didn't ask their own customers that and show you that here's

15  what percentage identify this picture of a dragon head with

16  Games Workshop. No proof, no evidence.

17        You could have it surveyed. You could have polled

18  people on the Internet. You could have an expert come here and

19  tell. But they didn't do any of that. They just said here it

20  is inside our book, means it's a trademark, means no one else

21  can use it. That's not enough proof. We haven't even seen this

22  picture yet in the case because they didn't show you the cover

23  where they got Games Workshop plastered on the top, and it's

24  only inside that you see all these images that they have in

25  these claim charts.

## Aly - closing

1       Same problem is true with the words that they've

2  asserted that they say these words are somewhere in there.

3  Don't worry about where they are.  They're our words, we created

4  them, and now no one else can use them  Well, that's not true.

5  To say that no one else can use something as a trademark, you

6  have to actually show that you've done something, that you've

7  used it in commerce, that you own the mark, and that it's a

8  valid use of these marks, and that's where on these disputed

9  terms they have not done that for, just a couple of examples,

10  Land Raider, Land Speeder, Assault Cannon, Jetbike, Jump Pack.

11  These are words that are all over the place, and it should not

12  be true that Games Workshop gets to own them because they used

13  them somewhere.  They have to prove a lot more than that, and

14  they haven't done it.

15       Trademark law comes down to likelihood of confusion.  I

16  showed you that.  To prove likelihood of confusion, there's a

17  lot of factors to consider, and you should consider them  But

18  we didn't go over any of them because you'll see they don't

19  really help Games Workshop very much.

20       You have to understand what's the overall impression of

21  Chapterhouse's use.  Well, it's complementary.  People know,

22  even from the tagline I'll show you in a minute from the

23  website, that it's for 40,000.  So, it's a complementary use.

24       Related products that are Games Workshop products that

25  are sold in similar outlets.  Well, they have different

PDF created with pdfFactory trial version www.pdffactory.com

### Aly - closing

1    websites.  You don't buy these in the store next to each other.

2    So, there's less likelihood of confusion when you have to kind

3    of go out of your way to find the Chapterhouse products, as you

4    do.

5            There's the degree of care of the purchasers.  The

6    people who have bought hundred if not thousand Games Workshop.

7    They know what they have.  They want something different.

8    They're very careful, sophisticated aficionados.

9            And the degree that the trademark is recognized by

10   Games Workshop consumers.  That's where there's no proof.

11   There's no evidence.  They just say we used it.  Must mean it's

12   ours.  But it would be nice if they called some consumers or

13   took a survey and said here's why we know we own this mark.

14   They didn't do that.

15           Actual confusion.  No proof of that.  Because, in fact,

16   they proved the opposite.  The only e-mails they have -- there's

17   three of them -- say you know what?  This company over here is

18   doing something different.  Are they allowed to do that?  That

19   just shows you right there they're asking if it's legal or not,

20   I get that, but they know the difference between which company

21   is which.  Nobody's saying, hey, I think this is a Games

22   Workshop product, and they're over here selling it.  That's not

23   the question.  The question is it's a different company.  Are

24   they allowed to do that.  And those e-mails prove no confusion,

25   and there's no proof of confusion.

PDF created with pdfFactory trial version www.pdffactory.com

Aly - closing

1    And there's no intent of passing off.  We showed you

2    that, where we don't use even that Games Workshop logo or the

3    40,000 name.

4    What we're left with is an e-mail Ms. Stevenson talked

5    about, "Another one clearly is not confused."  So, they're

6    getting these internal messages, and they're writing to each

7    other saying there's no confusion.  People know they're

8    different companies.  People know that.  There's no confusion

9    whatsoever.

10    In fact, the test is likelihood of confusion under the

11    law that's written, and that's what Mr. Moskin agreed with.  But

12    on cross examination Ms. Stevenson, sitting here, said

13    yesterday -- I'm sorry -- last week that "the likelihood of

14    there being any confusion where there's such a publicly well

15    known case, it's just not really very likely because people

16    know."  If there's no likelihood of confusion, there's no

17    trademark infringement.  If there's no likelihood of confusion,

18    there's no trademark infringement.  It's as simple as that.  And

19    we have the proof of it right here from Ms. Stevenson.

20    Mr. Jones didn't add anything, either, because he was

21    asked do you know what's in the mind of your consumers for why

22    they're buying one thing versus another, and he agreed he

23    doesn't know what's in the mind.  He could have found out.  He

24    could have asked them, done a survey, polled them, asked an

25    expert, but he didn't do that.  So, there's no likelihood of

PDF created with pdfFactory trial version www.pdffactory.com

**Aly - closing**

1    confusion.   Everybody's clear that these are two different

2    companies, and there's no trademark infringement without

3    likelihood of confusion.   These are sophisticated consumers.

4         This is Mr. Fiertek.   He's a designer.   He explained to

5    you what it means to be a fan of Games Workshop.   What it means

6    is -- the question posed to him at the deposition was "You

7    stated that you didn't think people knowledgeable about the

8    hobby would confuse Chapterhouse products with Games Workshop

9    products.   Why is that, do you believe?"   And he explains to you

10   while he's into this field, he's into the hobby -- because

11   that's what they are.   He's another guy that's bought a hundred,

12   a thousand of these parts.   He knows the difference, and that's

13   what these fans are all about.   They know the difference.

14   That's why they want something different.

15        And he gave a simple example.   He's not a car person.

16   So, he may not quickly pick up on the differences between a Saab

17   or a Volvo, but if you put him into this hobby, he's quickly

18   going to know what's different and who's coming from what

19   particular company.   And there's no proof to the contrary.

20        So, when Mr. Moskin said, well, Mr. Fiertek wasn't

21   here, he doesn't live in this country.   He lives in Sweden.   So,

22   it's a little bit difficult to say he should have been here when

23   the case is filed in Chicago.

24        Other things that show that there's sophisticated

25   consumers are the website that you have to go to to buy it, the

Aly - closing

1    fact that the Chapterhouse logo is on their products, the fact

2    that there's a disclaimer saying that it's not from Games

3    Workshop, and the fact that the consumers are looking for

4    alternatives.  These are people who have already bought the

5    Games Workshop thing.  They know what they can do if they want a

6    box.  If they want one thing, they go to Chapterhouse.

7           The fair use defense is this, and this is what

8    Chapterhouse has had to show you and what we believe we have, is

9    that is that when we do refer to the Games Workshop names, when

10   we do that, it's not the fact that we do it that matters, it's

11   how we do it, and that's the fair use issue.  How do we refer to

12   that name.  Do we say that we're selling a Games Workshop

13   product, or do we say we're selling something that can be used

14   with a Games Workshop product.  Is it compatible with, or is it

15   really the same thing and we're cheating.

16          Every instance is that we're showing you something

17   that's compatible with.  It's referring to the Games Workshop

18   product, but not in a way that says this must be something from

19   Games Workshop.  It's in a way that's reasonably necessary and

20   to not suggest that it's from Games Workshop and that Games

21   Workshop has anything to do with it.

22          But when asked about this, Games Workshop has some

23   confusing position here because some of them want to say, yeah,

24   we think you are allowed to do something, but then on other

25   times they're saying no, we don't think you're allowed to do

PDF created with pdfFactory trial version www.pdffactory.com

Aly - closing

1    anything.   And here's an example of that.

2              Mr. Jones last week said what they should say, what

3    they need to say, what they can say is, quote, here's a shoulder

4    pad for use with 28 millimeter scale war games, and he said that

5    over and over and over.   28 millimeter scale war games.   28

6    millimeter war games.   That's what we're supposed to say because

7    that would be a true statement, that would be a fact, and that's

8    all we should say.   There's a problem with that.   If we called

9    every single one of our products shoulder pad for 28 millimeter

10   games, no one would know which one is which or how to find it.

11             So, what Mr. Jones wants is he wants us to confuse

12   customers and just put a generic name on there that they would

13   have no idea and to sort through them thereafter.   There's a

14   problem with that, and trademark law solves that problem by

15   saying you can have a fair use.   You can sell a shoulder pad and

16   say this is a shoulder pad for 28 millimeter games, and it's

17   compatible with the Space Marines that Games Workshop sells.   We

18   don't sell Games Workshop, but it's compatible with what they do

19   sell.   And that's the use to which we put it.

20             Mr. Jones then agreed that they could actually say

21   something is compatible with Games Workshop's products and use

22   Games Workshop's name and its trademarks, if it has them, on a

23   particular product.   He gave the example that doing that is just

24   like his Mercedes, that you can go to a store and say, hey,

25   where's the products, the shelf with all the Mercedes stuff.

PDF created with pdfFactory trial version www.pdffactory.com

Aly - closing

1   They'll say look over there, and you can look on the packaging,

2   and it will say compatible with Mercedes.  And that's the same

3   thing that Chapterhouse is doing.  It's the same thing that he

4   said was okay.

5           The problem was that he didn't agree that when

6   Chapterhouse was saying something other than those little words,

7   compatible with, he thought, well, that's just crazy.  No one's

8   going to know the difference, and they're all going to be

9   confused if instead of compatible with, you say works with, for

10  use in.

11          And the one that really got him upset, works well with,

12  because then he said that's crossing the line.  That's going

13  overboard.  It's not.  That's the fair use to say, per the law,

14  this is what it does, and this is what it does well, and that's

15  what Chapterhouse has shown.  Here's where Mr. Jones in the

16  trial thought that we had gone over the line by saying, quote,

17  works well as, is going well past that.  It's crossing the line.

18  That's somehow different than compatible with, when in reality

19  it's just showing you that it works together.  That's what we

20  do.

21          Then it came down to this, that as long as it's

22  factual -- this is where they ended up yesterday, as well.  As

23  long as it's factual, that's okay because it's fair use, and

24  Mr. Jones hinted at that last week saying compatible is about

25  factual fit.  Factual.  Fact.  Space Marine.  Shoulder pad.

PDF created with pdfFactory trial version www.pdffactory.com

## Aly - closing

1   Fits on shoulder pad.  He ended up with that would be okay

2   because it's true, and that's exactly what Games Workshop says

3   you're allowed to do.

4           We talked about this yesterday with Ms. Stevenson, how

5   there's this IP policy that they have -- it's not the law.

6   That's just their policy.  But the law is something different

7   that you guys will be able -- ladies and gentlemen will be able

8   to evaluate, and that's the fair use of the word that Games

9   Workshop recognizes because they say this doesn't mean that you

10  can't use our trademarks to talk about our stuff.

11          They clarify it.  You need to make it clear that the

12  description is the reason why you're using them  But that's

13  exactly what Chapterhouse is doing.  They're telling the truth

14  when they say they sell a product that works with a Games

15  Workshop product.  That's a true statement, and no one has come

16  here and said that's false, you're lying, it really doesn't work

17  the way you say it works, and that's what it all comes down to,

18  according to Ms. Stevenson, who testified yesterday, towards the

19  end of the cross examination, that all she wants to do is make

20  sure that they're true when people talk about the trademarks.

21  That's all that matters, and everything that Chapterhouse has

22  done here is true, and there's no evidence to the contrary.  And

23  when you look at all the website entries, look at the product

24  descriptions, they all say one thing.  They say works with, used

25  for, or works well with.

PDF created with pdfFactory trial version www.pdffactory.com

Aly - closing

1      And on top of that, they have a disclaimer.
2   Chapterhouse says, disclaimer -- came from Games Workshop
3   Limited -- this website is completely unofficial and in no way
4   endorsed by Games Workshop Limited.  Now, Chapterhouse provides
5   a service.  They say if you can't do it yourself, we're here to
6   help you do the custom stuff, but we ourselves are not Games
7   Workshop.  We're not endorsed by Games Workshop, which happens
8   to be one of the factors of the fair use consideration.
9      This is an example we showed you in the beginning.  It
10   hasn't changed.  When they sell the Warhammer product,
11   Chapterhouse writes it can be used for dragon or salamander
12   Space Marine armies.  It's a true statement.  That's what it can
13   be used for.  That's what you do with it.  It doesn't mean that
14   they're saying this is what we have.
15      Because we're on this website.  This is Chapterhouse
16   Studios.  And it says specializing in custom sculpts and bits
17   for Warhammer 40,000 and Fantasy.  So, there's really no --
18   there's no possibility of confusion and, even if there were,
19   there's no proof of confusion, and that's what it takes.  You
20   can't have trademark infringement without proof of confusion.
21      And the fair use, another example is that this shoulder
22   pad works well with Blood Raven or Blood Angel themed armies.
23   That's the concern that Mr. Jones had, even though the product
24   description is there, the product picture is there, Chapterhouse
25   Studios' website makes clear that it's doing something

PDF created with pdfFactory trial version www.pdffactory.com

Aly - closing

1    different.

2         So, in conclusion, what I'd like to ask, ladies and

3    gentlemen, is that when you fill out the verdict form, please

4    consider the evidence, look at the verdict form, look at the

5    claim charts, look at any products that you want, and find that

6    there's no copyright infringement on the products that

7    Chapterhouse created and that there's fair use of them, that the

8    trademarks that they use are used fairly and do not infringe

9    because there's no likelihood of confusion and that, therefore,

10   Chapterhouse can continue as a business.

11        We ask you to stand with us to say that Chapterhouse

12   should not be put out of business because they use copyrights

13   and trademarks in a fair way.  They don't do anything wrong.

14   They add to and do not subtract from, take away from, the world

15   that Games Workshop has and that you've heard about in this

16   trial.  Thank you very much for your time.

17        THE COURT:  Okay.  Quick question from Mr. Moskin.

18   Give me sort of an estimate about length of the rebuttal or

19   whoever's giving it.

20        MR. MOSKIN:  My hope is to be maybe 15 minutes.

21        THE COURT:  All right.  So, here's what we're going to

22   do.  It's 12:45.  We're going to resume at 1:30.  The officer

23   will take you down to the second floor for lunch.  He'll figure

24   out whether to bring you back up here or put you in a room down

25   there.

PDF created with pdfFactory trial version www.pdffactory.com

1    You haven't heard all the arguments yet.  So, don't

2  start deliberating.  You can't do that until all the arguments

3  are done.  We'll resume at 1:30.  My guess is we'll be done well

4  before 2:00 o'clock, and then you'll start deliberating at that

5  point.

6    (The following proceedings were had in open court, out of

7        the presence and hearing of the jury:)

8    THE COURT:  I had a couple of questions.  You can sit

9  down.  A, do we have a laptop ready to go?  We do.  That's a

10  yes.  Okay.  And, secondly, did you guys get resolved the

11  question about what defense exhibits were in?

12    MR. ALY:  We did.

13    THE COURT:  Is there some sort of list that's going to

14  get filed?  Just make sure you've made a record of it.

15    MR. ALY:  There is, yes.

16    THE COURT:  Okay.  Fine.

17    All right.  Good.  So, just make sure -- and my

18  suggestion is -- how voluminous are the hard copies?

19    MR. KEENER:  It's all on the cart.

20    THE COURT:  It's on this cart.  So, we'll probably just

21  wheel that cart back.

22    Okay.  See you at 1:30.  Thanks.

23    (Whereupon, the within trial was recessed to 1:30 o'clock

24        p.m of the same day.)

25

PDF created with pdfFactory trial version www.pdffactory.com

1               **IN THE UNITED STATES DISTRICT COURT**

             **FOR THE NORTHERN DISTRICT OF ILLINOIS**

2                    **EASTERN DIVISION**

3   **GAMES WORKSHOP LIMITED,**    )     **Docket No. 10 C 8103**

                          )

4            **Plaintiff,**    )     **Chicago, Illinois**

                          )     **Wednesday, June 12, 2013**

5          **v.**             )     **1:30 o'clock p.m**

                          )

6   **CHAPTERHOUSE STUDIOS LLC,**    )

                          )

7            **Defendant.**    )

8                      **VOLUME 8**

                  **TRANSCRIPT OF TRIAL**

9     **BEFORE THE HONORABLE MATTHEW F. KENNELLY, and a jury**

10  **APPEARANCES:**

11  **For the Plaintiff:**         **FOLEY & LARDNER**

                          **(321 N. Clark Street,**

12                        **Suite 2800,**

                         **Chicago, IL 60610) by**

13                        **MR. JASON KEENER**

14                        **FOLEY & LARDNER**

                         **(90 Park Avenue,**

15                        **New York, NY 10017) by**

                        **MR. JONATHAN E. MOSKIN**

16

17  **For the Defendant:**        **WINSTON & STRAWN LLP**

                        **(101 California Street,**

18                        **Suite 3900,**

                         **San Francisco, CA 94111) by**

19                        **MS. JENNIFER A. GOLINVEAUX**

                        **MR. THOMAS J. KEARNEY**

20                        **WINSTON & STRAWN LLP**

                        **(35 West Wacker Drive,**

21                        **Chicago, IL 60601) by**

                        **MR. BRYCE A. COOPER**

22                        **MR. IMRON T. ALY**

23

24

25

PDF created with pdfFactory trial version www.pdffactory.com

1

2 For the Defendant:            MARSHALL, GERSTEIN & BORUN
                                (233 S. Wacker Drive,
3                                Willis Tower #6300,
                                 Chicago, IL  60606) by
4                               MS.  JULIANNE M  HARTZELL
                                MS.  SARAH J.  KALEMERIS
5 Also Present:                 MS.  GILLIAN STEVENSON
                                MR.  NICHOLAS VILLACCI
6

7 Court Reporter:               Laura M  Brennan
                                219 S.  Dearborn Street,
                                Room 2102,
8                               Chicago, Illinois  60604
                                (312)  435-5785
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Moskin - final

1    (The following proceedings were had in open court, in the

2       presence and hearing of the jury:)

3              THE COURT:  Okay.  Everybody can have a seat.  Okay.

4    So, we're now ready to hear Games Workshop's rebuttal argument.

5    You can proceed, Mr. Moskin.

6              MR. MOSKIN:  Thank you, your Honor.

7              FINAL ARGUMENT ON BEHALF OF THE PLAINTIFF

8              MR. MOSKIN:  Just before lunch, you heard

9    Chapterhouse's closing argument, which was a great puzzlement to

10   me, much of it, because most of it concerned matters that are

11   just not at all at issue in this case and we think have been

12   raised simply to confuse you in doing your job in deciding

13   whether there has been taking of protected expression.

14              The very first slide that Mr. Aly showed you was a

15   quote from a book that they showed a witness yesterday in

16   which -- I don't even know who wrote it, but somebody said that

17   the idea of the Imperium of Man was derived in some way from

18   another author.  There's no claim in this case that Chapterhouse

19   has copied the Imperium of Man.  So, why are you being asked to

20   consider that?

21              The very next slide or one of their very next slides

22   they showed you were some pictures of some old tanks.  And can

23   we pull up slide 30?  But there's no claim in this case that

24   Chapterhouse has copied any tanks.  What we have said is that

25   they have copied certain what counsel would like to call our

Moskin - final

1    add-ons to tanks, and this is an example I showed you of their

2    magnetic turret for Storm Raven.   Pictures of World War I tanks

3    are just totally irrelevant to this case.   So, why are they

4    showing them to you?

5              Another slide, slide 26.   Now, he talked about the

6    fact -- and we concede.   We have never claimed we own chevrons.

7    We've never claimed we own Roman numerals.   This is an

8    enormously elaborate and complicated combination of symbols that

9    have a very specific meaning only to Warhammer 40,000, and

10   that's what we claim have been copied and what Mr. Fiertek in

11   his own testimony said he was worried these are, in his own

12   words, direct copies.   The issue is not whether something can be

13   found somewhere out there, but whether Chapterhouse has taken

14   original expression and combinations of original elements,

15   which, as the judge said, those are copyrightable.

16             Another example.   There was testimony that he read in

17   from various designers who were deposed readily conceding that

18   certain images can be found in heraldry.   But are any of these

19   images the ones that we really care about in this case?  Do they

20   have any references in heraldry?  Even a specific example, such

21   as the salamander, well, there may have been lizards in

22   heraldry, but there's no testimony -- and you know because you

23   saw excerpts from the depositions.   They had a chance to ask

24   every one of these designers "Was this copied from somewhere in

25   heraldry?"  And, of course, they didn't play you any such

PDF created with pdfFactory trial version www.pdffactory.com

Moskin - final

1   testimony because it wasn't, and that's the definition of

2   originality and copyrightability is simply that it wasn't

3   copied.  So, the fact that something may -- and we don't even

4   know what the heraldic lizards may have looked like because

5   they're not in the record.  They're not part of this case.  So,

6   why are we talking about any of those things.  They don't have

7   anything to do with the case.

8           Let's call up the next slide, the size and shape of the

9   shoulder pads.  Now, Mr. Aly said, well, go look in that box,

10  and you'll find some that don't have indents.  Well, of course,

11  some won't have indents because you heard the history of the

12  development of the shoulder pad, that they began by making

13  recasts off of a Games Workshop's shoulder pad before Mr. Nagy

14  did this computer model and this wonderful template that does

15  have all the indents.  So, the newer models will all have those

16  indents because he copied them

17          And, again, the judge said this is -- he didn't say

18  that there's a thin copyright.  He said that the basic size and

19  shape of the shoulder pad design is original.  It's

20  copyrightable.  That's the ruling in this case that you're not

21  supposed to question.

22          By the same token, because the size and shape of the

23  shoulder pads is copyrightable, I didn't hear anything in the

24  judge's instructions saying that the size -- the specific size

25  and shape of something, for example, of our drop pod doors,

Moskin - final

1    cannot be copyrightable, but that seems to be Chapterhouse's

2    position.  I don't know where they get that from  It's not an

3    issue in the case.  These are original if the dimensions are

4    original and created by Games Workshop.

5            Let's go to the next slide.  You heard Mr. Aly -- he

6    read some testimony from Mr. Merrett saying, well, nobody can

7    own the idea of the lizardman.  Well, of course, nobody can own

8    the idea of a lizardman, and Mr. Merrett's entire point was

9    that's not what we're claiming.  What we're claiming is

10   something very, very specific.

11           There's nothing in the record that there's ever been

12   anything like the specific lizardmen that Chapterhouse's

13   designer Mr. Lippman specifically copied.  It's all over his

14   forums.  They're all in evidence.  And it's the specific designs

15   of this upright lizard with human hands holding these Aztec type

16   weapons.  There's specific jewelry that they all wear.  They

17   copied all the signature features.  We're not claiming the idea

18   of a lizardman.  We're claiming the very specific expression.

19           And that's why Mr. Lippman was able to use his direct

20   copy, taking protected expression, abundantly taking protected

21   expression, to use so he could use it in the game.  And once

22   again, Chapterhouse misstates Games Workshop's entire position,

23   which is not that fans can't make this stuff.  Fans are entirely

24   free to make this stuff.  It's encouraged.  They can't sell it

25   commercially.

PDF created with pdfFactory trial version www.pdffactory.com

Moskin - final

1    Just very quickly let's go to the next slide.  Again,

2  the Mycetic Spore.  Mr. Aly said, oh, this is just an idea.  But

3  what is the idea.  This is a very specific rendering of

4  something described in the fiction that Games Workshop sells.

5  If there's some idea here, he hasn't said what it is.

6    The very notion that seems to underlie Chapterhouse's

7  defense of this case is the strange one that if we've published

8  something, it can be totally original, it can be very detailed

9  and specific, unusual, if it's just in one of our books, then

10  they're free to take it.

11    Now, I've never seen any miniatures made from the

12  Wizard of Oz movie, but just because -- I don't know if it was

13  Warner Brothers, whoever made the movie, just because they

14  didn't make miniatures, does that mean -- do you really think

15  you can go out and re-create little reproductions of Toto and

16  Dorothy and the straw man and so forth?  Of course not.

17    The judge didn't instruct you that if something is only

18  in a book, it doesn't have any copyright protection.  Of course,

19  books are copyrightable.  That's the very beginning of the

20  entire history of copyright law 300 or 400 years ago with the

21  Statute of Anne in England.

22    So, this whole notion that something is just an add-on

23  is entirely meaningless.  And in his entire closing statement,

24  Mr. Aly never once denied that there is taking of protected

25  expression in every work we've accused them of.  Again, I

PDF created with pdfFactory trial version www.pdffactory.com

Moskin - final

1     concede some of the guns, which he focused on, some of those are

2     not great claims, but still even there there's been taking of

3     protected expression.

4           And in focusing on whether these are just add-ons,

5     well, let's pull up P416.  The whole premise is just wrong.  You

6     heard Andy Jones go through in great length, we sell dozens of

7     what he just wants to called add-on products.  They're directly

8     competing with us.  We sell these Land Raider doors.  If you go

9     to the next page, Crimson Fists shoulder pads.  Here's some

10     other Flesh Tearers shoulder pads.  This is what Forge World

11     does, the division of Games Workshop.  It's part of what we do.

12           And it's not -- just calling it an add-on, as I said,

13     you know, the -- you can remember that picture I showed at the

14     beginning of the wheels.  If one said it's a generic wheel,

15     that's fine, but once you put intellectual property into it,

16     like the BMW logo, you can call it whatever you want, it's still

17     an infringement.  It takes protected expression.

18           Let's turn very quickly to their defense of -- and, by

19     the way, before I turn to trademarks, you'll notice again that

20     Mr. Aly nowhere in his closing statement attempted to persuade

21     you that any of their copyright infringement was a fair use.  He

22     never identified a transformative purpose, like writing a book

23     or something like.  They sell everything to compete directly

24     with us.  There's no transformative purpose here.  The fair use

25     defense is essentially, I would say, out of the case to

PDF created with pdfFactory trial version www.pdffactory.com

Moskin - final

1  copyright.

2  But what about the fair use defense to trademarks.  Our

3  fundamental position is that a basically false premise of

4  Chapterhouse's defense is that it can first make a copy of, say,

5  a Dark Eldar and then bootstrap onto that, well, once I've got

6  this copy, well, how can I describe it.  The only way I can

7  describe it is using Games Workshop's trademarks.  Well, that's

8  not a fair use.  That's just another, you know, building on the

9  copying.

10  So, there's nothing fair, we don't think, about any of

11  their references to our works because you'd have to start with

12  something that was not infringing.

13  And, again, as you go through the claim charts and the

14  evidence we've presented of trademark infringement,

15  particularly -- for example, look at the eBay postings.  We

16  found a bunch of eBay postings.  The judge has told you they

17  failed to preserve any of those, and you should infer that all

18  of the ones that they didn't show were evidence of trademark

19  infringement.

20  Their website prominently uses the name -- or did --

21  Warhammer.  We did go through a number of specific examples.

22  Now, but for the fact that they're starting from the false basis

23  that a copy of a copyrighted work can somehow even refer to it

24  fairly for trademark purposes, if you go through the examples

25  that Mr. Jones showed you, if you go through the eBay postings,

PDF created with pdfFactory trial version www.pdffactory.com

Moskin - final

1    you'll see all we were trying to show is at least one instance

2    for every trademark where the reference was unfair.

3    Undoubtedly, there are many others that would -- you know, but

4    for the starting premise of copying our copyrighted works, those

5    would otherwise be fair, but we're only asking you to find one

6    instance of unfair use of our trademarks in each instance.

7              And the great focus on the fact that Ms. Stevenson said

8    that this lawsuit, all the publicity has quelled for the time

9    being, at least, people's confusion, that entirely misses the

10   point because once this lawsuit is over, the publicity is going

11   to be gone, and they're going to be right back to what they're

12   doing and the instances of actual confusion, including -- it

13   wasn't just the e-mails to her.  We showed you on a forum post

14   people wondering if they are licensed, and the reason people

15   wonder if they're licensed is because the entire business is

16   built on copying, and one could only infer, unless you're very

17   carefully reading their disclaimer, that one can very properly

18   infer that they are a licensee, and that's the reason they're

19   able to make copies of all of our products.

20             Think of it this way.  If I created a website and put

21   on it a duck that I called Donald and I put on it some mice

22   called Mickey and Minnie and a dog on there called Pluto, and

23   then I tried to tell you that none of these were copied from

24   Disney, I think what you would call me is Goofy.

25             The purpose of intellectual property law is -- and if

PDF created with pdfFactory trial version www.pdffactory.com

Moskin - final

1   you can bring up the last side.  The purpose of intellectual

2   property laws is to reward originality.  Games Workshop's

3   designers and Mr. Merrett spoke about this I think fairly

4   eloquently.  Even though we didn't bring all of our designers

5   here, we didn't feel a need to because there's no real issue in

6   this case about originality.  Games Workshop's designers have

7   spent 25 to 30 years, sometimes longer, creating this elaborate,

8   bizarre, strange, novel world that the defendant and his partner

9   have grown to love.  They know -- and you can see it's stated

10  right in his own philosophy he posted on the website.  How close

11  to the original -- again, he calls it original -- Iron Hands do

12  we have to stay to make some money off it?

13          You can't just take other people's intellectual

14  property to make money off it yourself and say that that's fair.

15  It is simply unfair, and that is why we are requesting that you

16  simply help us put a stop to this once and for all.  Thank you

17  very much.

18          THE COURT:  Okay.  So, if you could turn back to that

19  very last page of the instructions, I'm going to read that one

20  to you at this point.

21          The verdict must represent the considered judgment of

22  each juror.  Your verdict must be unanimous.  You should make

23  every reasonable effort to reach a verdict.  In doing so, you

24  should consult with each other, express your own views, and

25  listen to your fellow jurors' opinions.

PDF created with pdfFactory trial version www.pdffactory.com

1    Discuss your differences with an open mind. Do not
2    hesitate to reexamine your own view and change your opinion if
3    you come to believe it is wrong. But you should not surrender
4    your honest beliefs about the weight or effect of evidence just
5    because of the opinions of your fellow jurors or just so that
6    there can be a unanimous verdict.
7         The twelve of you should give fair and equal
8    consideration to all the evidence. You should deliberate with
9    the goal of reaching an agreement that is consistent with the
10   individual judgment of each juror. You are impartial judges of
11   the facts.
12        Okay. So, let me just talk about a couple of logistic
13   things, and in a couple minutes here I'm going to swear in the
14   officer. I'm going to give him a few extras of the verdict
15   forms. Because they're so long, you might need a couple of
16   extra worksheets. So, we've printed out a few extras of those.
17        You've noticed that there's that big screen in there
18   with a cord. We're going to send back to you a laptop that has
19   all of the exhibits on it, along with instructions, number one,
20   for how to project it through the screen, assuming you're one of
21   the only groups of twelve people in the country who couldn't
22   figure out how to do that on their own, but I always hedge my
23   bets, and, secondly, instructions on how to get the exhibits up.
24        We're also going to send back one hard copy of
25   everything. That's what that cart is, and you'll see why we're

1   not sending back twelve hard copies of everything and why we put

2   the screen back there.  But you'll have a hard copy.  Some of

3   the exhibits are physical items, obviously, and so you do need

4   to have those.

5          One of the things that I'll be -- just to give you a

6   preview, one of the things I'll be asking you later on this

7   afternoon is just to give me a sense of your schedule.  In other

8   words, how long you want to go, within limits.  It's up to you.

9   But I'll need to know at some point so that we have the right

10  people here.  It's not intended to influence how long or short

11  you go.

12         And I think that that's everything I need to tell you.

13  So, when you go back, make sure you take your notebooks you've

14  been taking notes in, your jury instructions, and your verdict

15  form  As I said, I'll send a few extras back with the officer.

16     (Court security officer duly sworn.)

17         THE COURT:  All right.  So, let me just put it in this

18  folder here.  There's a bunch of verdict forms.  The exhibits

19  will be back to you within the next five minutes.

20     (The following proceedings were had in open court, out of

21     the presence and hearing of the jury:)

22         THE COURT:  Okay.  So, my suggestion is let's just put

23  the laptop and the instructions right on the cart, and we'll

24  just wheel the whole thing back there.  I'll just wheel the

25  whole thing back there.

1       So, I'm assuming that at some point early on somebody

2   got cell phone numbers from at least a couple of lawyers for

3   each side so that we can call you.  So, if you hear from us that

4   there's a question or a verdict, you've got to be here within

5   15 minutes, absolutely without question, and I'm hoping you can

6   be here a little bit quicker than that.

7       And I think I told folks the other day, I don't think

8   there's -- unless you want it here, you don't need to keep this

9   stuff all set up.  You can start tearing it down this afternoon.

10  I've got a couple of things going on in here starting at 2:00

11  that will probably run to about 3:00, but after that the

12  courtroom will be open.

13      Anything anybody needs to bring up with me before --

14      MR. ALY:  Judge, can I hand in the exhibit list, which

15  we also put on file?

16      THE COURT:  Yes.  Okay.  Good.

17      MR. ALY:  And I'll give a copy to counsel.  And I also

18  have a courtesy copy of the 50(a) motion which we filed, just so

19  you have it.

20      THE COURT:  Which one is this?

21      MR. ALY:  It's the one we filed after plaintiff's case,

22  just so you've got that.

23      THE COURT:  Okay.

24      MR. MOSKIN:  To whom should we give our cell phone

25  numbers?  I don't recall giving anybody my cell number.

PDF created with pdfFactory trial version www.pdffactory.com

1     THE COURT:  Give her your cell phone number and an
2  office number, two people per side.  So, we're off the record,
3  and the other stuff is starting at 2:00 then.
4     (Whereupon, deliberations commenced at 1:45 o'clock p.m)
5     (The following proceedings were had in open court, out of
6     the presence and hearing of the jury, at 5:00 o'clock p.m:)
7     THE COURT:  So, we're back on the record.  Mr. Moskin,
8  Mr. Keener, Mr. Aly are here, and Ms. Stevenson, as well.
9     So, the jury sent out a question which asks, "What are
10  we considering on this exhibit," and they sent out Page 9 of one
11  of the claim charts, which has on the left -- I guess it's Item
12  114, Chapterhouse Death Angel Land Raider Doors and on the right
13  Games Workshop Heavy Flamer and Assault Cannon.
14     If I were to interpret this question -- actually, when
15  I looked at this initially, superficially I thought there's a
16  mistake on the claim chart because it's a door on one side and a
17  gun on the other side.  But in looking at it more closely, I'm
18  assuming that what they're considering in the Chapterhouse
19  product is the apparent firearm that the little figure on the
20  door is holding.
21     MR. KEENER:  There's two different weapons.  You'll see
22  one has what they call -- has a double barrel stacked on top of
23  the other weapon.  That compares with one of the weapons on the
24  right-hand side.
25     THE COURT:  Is it this -- of the four images on the

1   left, is it the left one and the right one?

2          MR. KEENER:  Yes.  Each one's holding a different

3   weapon, and those correspond to weapons on the right.

4          THE COURT:  So, one way of answering this would be

5   you're considering on the Chapterhouse product the firearms that

6   are depicted on the leftmost and the rightmost images.  That

7   would be one way of answering it.

8          MR. KEENER:  That would be one way.

9          THE COURT:  Does anybody have a problem with that?

10         MR. ALY:  Your Honor, we do have a problem with that

11  because it directs attention to a comparison when, in fact, it

12  should be the whole piece considered for the copyright

13  infringement claim

14         So, we could modify that just slightly to say something

15  along the lines of that the jury is to compare the image on the

16  right with whatever --

17         THE COURT:  But they know that.

18         MR. ALY:  Okay.

19         THE COURT:  That's not an answer to their question.

20         MR. ALY:  Okay.  Looking for any -- the portion of the

21  product on the left which contains, if any, the -- infringes, if

22  any, the image on the right.  That kind of a thing.

23         MR. KEENER:  The only clarification we would say is

24  that the issue is also the shape and size of the doors.  This

25  page appears to be from Plaintiff's Exhibit 1011, which is the

PDF created with pdfFactory trial version www.pdffactory.com

1  summary condensed versions.  This same entry appears in 1020,

2  which is a longer one that has more pictures detailing exactly

3  what the elements are, the doors and the guns.

4          THE COURT:  So, you're saying on the other exhibit

5  there's more on the right than guns.  It's also doors?

6          MR. KEENER:  I believe there's also guns -- or doors,

7  as well.

8          MR. ALY:  We could do it you may find more

9  information --

10          THE COURT:  This is what I want you to do.  I told the

11  officer to tell them they should -- because it wasn't clear I'd

12  have an answer before 5:00 o'clock -- they should go ahead and

13  leave.

14          What I'd like you to do, since now you know what it

15  is -- and I can't let you take this with you.  Try to -- see if

16  you can agree on something.  My only guidance is that I'd like

17  to be able to tell them something, as opposed to saying

18  nothing --

19          MR. KEENER:  Right.

20          THE COURT:  -- in a nice way.  And if you want to sort

21  of cross -- one way to do it would be a cross-reference to

22  another exhibit.  Another way to do it would be to put both

23  side's contentions in the answer.  Games Workshop is contending

24  this.  Chapterhouse is contending that.  That would be a way of

25  doing it.

PDF created with pdfFactory trial version www.pdffactory.com

1         So, why don't you work on that. E-mail me something

2 later on. If I have a problem with it, I'll e-mail you back.

3 If I don't, why don't you come in at like -- why don't you come

4 in right at 9:30. I'll call it right first at 9:30. We'll put

5 it on the record, and I'll get them an answer then.

6         MR. ALY: Thank you, your Honor.

7         THE COURT: All right. So, you have in mind it's

8 Page 9 of whatever claim chart, and it's image number 114.

9         MR. KEENER: Yes.

10         THE COURT: Okay. I think I hear them leaving now.

11 So, they took the advice. So, I'll see you in the morning.

12 Thanks.

13         MR. MOSKIN: Thank you, your Honor.

14         MR. ALY: Thank you.

15     (Whereupon, the within trial was adjourned to Thursday,

16      June 13, 2013, at 9:30 o'clock a.m.)

17

18

19

20

21

22

23

24

25