```
                 IN THE UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION


GAMES WORKSHOP LIMITED,        )
                               )
               Plaintiff,      )   Docket No. 10 C 8103
                               )
          vs.                  )
                               )
CHAPTERHOUSE STUDIOS, LLC,     )   Chicago, Illinois
et al.,                        )   June 13, 2013
                               )   9:30 a.m.
               Defendants.     )


                            VOLUME 9
                    TRANSCRIPT OF PROCEEDINGS
        BEFORE THE HONORABLE MATTHEW F. KENNELLY AND A JURY


APPEARANCES:


For the Plaintiff:     FOLEY & LARDNER, LLP
                       BY:  MR. JONATHAN E. MOSKIN
                       90 Park Avenue
                       New York, New York   10017




For the Defendant:     MARSHALL, GERSTEIN & BORUN
                       BY:  MS. JULIANNE M. HARTZELL
                       233 South Wacker Drive
                       Willis Tower #6300
                       Chicago, Illinois   60606




          LAURA M. BRENNAN - Official Court Reporter
            219 South Dearborn Street - Room 2102
                   Chicago, Illinois   60604
                        (312) 435-5785
```

1  (The following proceedings were had in open court out of
2  the presence and hearing of the jury:)
3     THE CLERK:  10 C 8103, Games Workshop v.
4  Chapterhouse.
5     THE COURT:  Good morning.
6     Give your names for the record, if you would.
7     MR. MOSKIN:  Jonathan Moskin of Foley & Lardner for
8  plaintiff Games Workshop.
9     MS. HARTZELL:  Julianne Hartzell of Marshall,
10 Gerstein & Borun on behalf of defendant Chapterhouse.
11    THE COURT:  Okay.  So I just wanted to put on the
12 record the discussions that we had had.  There was a note from
13 the jury yesterday.  I read that into the record yesterday.  I
14 asked the parties to confer about a response.  I got an email
15 from all the lawyers this morning with a proposed response.
16    I prepared a letter -- and I told the lawyers I was
17 going to do this.  I prepared a letter to the jury which
18 basically referenced their question and then quoted the
19 response.  I've got a copy here for both sides.
20    Marcia, if you could hand that out there.
21    And attached to it is the jurors' note so that you
22 have got that as well.
23    And, Marcia, here is the one that we need to docket.
24    So it basically says:
25    You provided a page from one of the claim charts that

1  states in the left-hand column, Chapterhouse Death Angel Land
2  Raider Doors, 114, the right column, Games Workshop Heavy
3  Flamer and Assault Cannon, and your note asked, "What are we
4  considering on this exhibit?"  And then I plugged in the
5  answer that I got from the parties, which is, quote:
6      "On product 114, Games Workshop contends that
7  Chapterhouse copied protected expression from the Games
8  Workshop's weapons pictured on the right in making the weapons
9  that appear on the left and right-hand Chapterhouse doors,"
10 close quote.
11      So you can go.
12      MR. MOSKIN:  Thank you, your Honor.
13      MS. HARTZELL:  Thank you, your Honor.
14      THE COURT:  Take care.
15      (Recess taken at 9:35 a.m.)