# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Games Workshop Limited
                        Plaintiff,

v.                                             Case No.: 1:10−cv−08103
                                             Honorable Matthew F. Kennelly

Chapterhouse Studios LLC
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 16,2013:

      MINUTE entry before Honorable Jeffrey T. Gilbert: Settlement conference held on 9/16/13. The parties are going to meet to discuss a proposal on the table at the conclusion of the settlement conference. Once that meeting is set, counsel jointly will advise the Court of the date for that meeting and the Court will set a status conference after that meeting to take stock of the situation and discuss next steps as appropriate. Mailed notice(mr, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If an order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.