**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:10-cv-08103 |
| v. | ) |
| | ) |
| CHAPTERHOUSE STUDIOS LLC | ) |
| | ) Judge Matthew F. Kennelly |
| | ) |
| Defendant. | ) |

**CHAPTERHOUSE STUDIOS' BRIEF IN OPPOSITION TO GAMES WORKSHOP'S MOTION FOR JUDGMENT AS A MATTER OF LAW**

**Index of Exhibits**

| Exhibit | Trial Exhibit | Document Description | Document Bates Range |
|---|---|---|---|
| A | n/a | Transcript Excerpts | n/a |
| B | PX-1020 | Claim Chart | n/a |
| C | PX-1021 | Claim Chart | n/a |
| D | PX-189 | GW Ex. 9 | WT00000030-34 |
| E | PX-5 | GW Ex. 10 | GW0002525-42 |
| F | PX-435 | GW Ex. 11 | CHS00000028-30 |
| G | PX-690 | Portion of CHS Website (Excerpt) | CHS00028506-07 |