# EXHIBIT A

527

Naismith - deposition

1  So, I was able to make quite a lot of figures that would just
2  help us get going with play testing.
3  Q.  You mentioned something about the level of briefing that was
4  done.  Could you describe what you mean by that?
5  A.  The amount of brief that we got at that point was very
6  minimal.  We would just have a brief, they would say, "Let's
7  have a code of fighters or Paladins," and for fantasy that is
8  pretty easy, because you would know, generally speaking, what a
9  Paladin was.  A Paladin was like a noble fully armed potent
10 warrior, you know, whereas a normal fighter might just be an
11 average guy, so he would be less well armed, less well equipped,
12 less skilled.  So, you would make models that would reflect
13 that.
14          That is really -- that came from us having our
15 background in making historical models, because the historical
16 war gaming market and sculpting for that meant that we had a
17 depth of knowledge on military costume across all these
18 different periods that I referred to earlier, and we were able
19 to draw on that resource of knowledge of military history and
20 apply it to the models.  But because it was fantasy, you could
21 apply it in an ad hoc manner, so you didn't have to -- you had
22 no rules.
23          You know, if you wanted to combine a Samurai armor with
24 a GI's equipment, you could do so because that was allowed.  So,
25 we had very little in the way of brief beyond those basic

529

Naismith - deposition

1  Q.  Correct me if I'm wrong, did you say that you took an
2  overall feel from the references --
3  A.  Yeah.  Sometimes, yes, but not -- we didn't lift an entire
4  look from a movie or a book or anything.  We would glean, as we
5  had done with the historical stuff, we would say, "That's a nice
6  touch, I like that.  The way that descriptor of that -- the way
7  that helmet works in that comic, the way that glove looks or
8  that particular gun, that's got a nice mechanic to it."
9          And you would visually take that in, if you like.  You
10 wouldn't say, "I'm going to photocopy that and file it."  It
11 didn't work like that.  It was just a case of you having an
12 ambient appreciation of what was going on outside.
13 Q.  You referred to themes and overall flavors.
14 A.  Yes.
15 Q.  Would you say that Warhammer 40K falls into the realm of
16 science fiction?
17 A.  Yes.
18 Q.  Did you mention that you took inspiration from certain
19 movies, books, and comics that sculptors in the field generally
20 were aware of in the 1980s?
21 A.  I can give you names of movies that were around at the time,
22 but they would only be examples of the general field of like,
23 say, science fiction movies.  There were not that many science
24 fiction movies, so we tended to watch them all, you know, so you
25 would have watched things, like you would have watched Star

528

Naismith - deposition

1  descriptions.  Fighter, Paladin, cleric, chaos thug, you know.
2  All these things were all like subgroups that we readily
3  understood, and we could just then go away and make models, and
4  as long as they were of the right size and were good models, you
5  know, they were viable for production, and then they would go
6  ahead.
7  Q.  Are there any references you took inspiration from in
8  designing your models?
9  A.  For which group, for the Fantasy or --
10 Q.  For the Warhammer 40K.
11 A.  For Warhammer 40K, not really, no.  Warhammer 40K, again it
12 was because guys had been doing historical stuff who then
13 started doing fantasy stuff, who were then asked to do science
14 fiction stuff.  Really, it was like a kind of logical extension
15 of all the things that we knew and understood about the logic of
16 military equipment and how it would go together, you know.  That
17 is what we carried forward.
18          There would be extra information.  You like -- we would
19 all like to read comics, we would all like to read books, we
20 would all like to watch movies, and we might bring some small
21 part of that into it, you know, more to do with the feel, you
22 know, because we knew that our customers were out there reading
23 the same books, reading the same comics, and watching the same
24 films.  So, we wanted to make sure that people understood what
25 the model was about.

921

Villacci - cross

1  for my birthday one day.  Just we were closing up the shop, and
2  I saw him buying some stuff.  I had no idea what he was doing.
3  And he's like, "Here, here you go."  I was like, "Cool."  And
4  that kind of sucked me into the whole Games Workshop world.
5  Q.  And what was it about Warhammer 40K that appealed to you?
6  A.  I mean, just giant superhumans in armor.  Space knights I
7  guess you could call them.  Fighting demons.  It's kind of like
8  the regular fantasy movie, but with a space twist to it.
9          I think one of my favorite things was it was so
10 dynamic.  Back then when you like shot at a tank, the tank
11 didn't just go away.  There was a big old chart you had to look
12 at if a tank got hit.  Did a wheel get blown off, did it go out
13 of control, run over a bunch of people, did it get stuck, did
14 the vehicle blow up.  It was very dynamic and realistic.  It
15 wasn't static and boring.
16 Q.  And did you participate at all in the painting side of the
17 hobby?
18 A.  I had always been a painter before this.  I was always
19 painting model planes and tanks and stuff like that.  So, that
20 was just one more way of sucking me in.
21 Q.  And let's pull out PX909 at Page 54.  What's this a picture
22 of?
23 A.  This is a picture of a Games Workshop Land Raider tank with
24 Chapterhouse Studios additional components, and it's actually my
25 personal Land Raider.

---

922

Villacci - cross

1  Q. So, you have a personal collection of Games Workshop parts?

2  A. Yeah, I do.

3  Q. Do you have particular armies that you collect?

4  A. Yes.

5  Q. Which ones?

6  A. Currently, I have a Tau army, a Necron army, a Salamander

7 Space Marine Army. Let me think. A Tyranid army. Can't forget

8 about them. Thank God that's all I have.

9  Q. And if we look at PX909 at 18, what is that?

10  A. That is one of my first Tau battle suits that I ever bought.

11  Q. And PX909 at 22.

12  A. That is one of my almost completely painted Salamander Space

13 Marines.

14  Q. And are the parts on that product Games Workshop or

15 Chapterhouse?

16  A. They are both.

17  Q. Which parts are from Chapterhouse?

18  A. The shoulder pad on the right-hand side with the big orange

19 dragon head on it, that's our product. And, sadly, the

20 unpainted gun in his hand is also our product because it's not

21 painted.

22  Q. How long have you been playing Warhammer 40K?

23  A. Let's see. I was 15, I think, when I started. 16. I'm

24 afraid to say how old I am. Seventeen years.

25  Q. And how did you first get started creating your own

---

923

Villacci - cross

1 miniatures?

2  A. Just wanted to add onto my personalization of my stuff. You

3 see I got a ton of stuff here. One of the aspects of the hobby

4 is individualizing your units, making them different looking.

5 your own flare to them. And also I'm very competitive in the

6 gaming community. We play tournaments and stuff like that, and

7 one of the major parts of the tournaments, you could even -- I

8 mean, you could do great in the actual gaming part of it and win

9 all your games, but if you don't have anything painted well or

10 it doesn't look good, you could lose to someone else who did

11 better.

12     It was painting and converting, converting meaning

13 adding your own flare and twist to a model or sculpting onto and

14 stuff like that stuff. That's what made me want to get into it,

15 to, I guess, win more competitions.

16  Q. And how did you get ideas for your customization?

17  A. Initially, it was on the forums. The forums have been such

18 a big part of this whole case. Everyone goes there and talks.

19 They get on there to brag about their stuff. Look at this.

20 Look what I did. Oh, that's great.

21     I ran into a guy who played Salamanders, as well, and I

22 saw these awesome looking shoulder pads. I was like, oh, that's

23 awesome. There's nothing out there like that. And it's such a

24 simple thing to add that onto your figure, but it makes it look

25 totally different than the guy next to him with a plain, boring.

---

924

Villacci - cross

1 flat surface.

2     So, I contacted Tomas, who's been talked about, and

3 he's like, yeah, you know, I sculpt these by hand, and I'm like

4 holy cow. And at the time I knew how -- I don't know why I was

5 getting into learning how to do resin casting in my garage,

6 but -- actually, I don't even know if I knew how to do it at the

7 time, but I think they sell kits at Hobby Lobby where you can

8 buy your little resin casting kit, and it gives you instruction

9 how you do it, and you can do it on your table.

10     So, I told him, hey, if you send me some of those, I'll

11 make you a few hundred of them for your personal collection.

12 And Tomas, he's like awesome, you know. I don't know how to

13 cast. All I know how to do is sculpt this by hand. So, that's

14 what happened. You know, two people meeting on the Internet --

15 sounds weird -- got together, and we started doing this just for

16 ourselves.

17     And then that same forum I met him, we posted our stuff

18 on there, and everyone's like, oh, those are awesome. Where did

19 you get those. Games Workshop doesn't have anything like that,

20 you know. So, through private messages they sent Tomas and

21 myself or just posting on the forum, we told them we had them,

22 and people started paying for them. And I think a lot of

23 businesses start that way. You do something small, and you're

24 not really looking to make any money, but there was a demand for

25 it, and that's how we started.

---

929

Villacci - cross

1 else's products, making accessories for someone else's products.

2  Q. And what about for selling the products? Did you do

3 anything to start your own shop?

4  A. Workshop?

5  Q. A place where you could sell your products.

6  A. A web shop?

7  Q. A website.

8  A. Yeah. I mean, I think the website was launched shortly

9 after we became Chapterhouse Studios, and it was a very cheap

10 and basic website, but it worked. And, I mean, I didn't have to

11 receive e-mails from people and process the orders that way.

12 They could just place an order on the website, and it definitely

13 spun up the process of becoming a viable business.

14  Q. Let's take a look at your early website, PX435 at Page 1033.

15 Can we zoom in on the top of the page? Is this a version of

16 your early website?

17  A. Yes.

18  Q. And when would you say that it was created?

19  A. Wow. 2007 or 2008.

20  Q. Looking at the top of the page, what is that logo?

21  A. That is a Raven.

22  Q. And below the name Chapterhouse, what's its tagline?

23  A. Specializing in custom sculpts and bits for Warhammer 40,000

24 and Fantasy.

25  Q. And what's that mean?

930

Villacci - cross

1  A.  That our main line of business was doing custom sculpts and
2  components for the Warhammer 40,000.
3  Q.  And when you refer there to Warhammer 40,000, what is that
4  referring to?
5  A.  The Games Workshop Warhammer 40,000 product line.
6  Q.  Turning to the next page of the same exhibit, PX435, what's
7  at the bottom of the web page?
8  A.  A disclaimer.
9  Q.  And what's the first line say?
10  A.  "This website is completely unofficial and in no way
11  endorsed by Games Workshop Limited."
12  Q.  Why did you put that on there?
13  A.  We didn't want to get in legal trouble with Games Workshop.
14  So, besides going to an attorney and finding out what he told
15  us, we went to the Games Workshop --
16          MR. MOSKIN:  Objection, your Honor.
17          THE COURT:  Basis?
18          MR. MOSKIN:  There's been no defense in this case of --
19          THE COURT:  I'll tell you what.  Here's what we're
20  going to do.  We're going to need to discuss this a little bit
21  further.  So, it's almost five minutes to 5:00.  We're going to
22  break for the day.  Remember we're starting at 9:00 tomorrow.
23  Please time your schedules to make sure you get here by 9:00.  I
24  have nothing else scheduled.  We'll start right at 9:00.  Don't
25  discuss the case.

931

1          I'll take the jury out and come back out.
2          (The following proceedings were had in open court, out of
3          the presence and hearing of the jury:)
4          THE COURT:  Okay.  So, finish the thought, Mr. Moskin.
5          MR. MOSKIN:  Through the course of this litigation,
6  Chapterhouse has repeatedly asserted attorney-client privilege
7  in any communications even remotely connected with counsel and
8  has not asserted an opinion of counsel defense in the case.
9          THE COURT:  Repeat the first part of what you said.
10  There was a discovery --
11          MR. MOSKIN:  During the course of discovery, they
12  have --
13          THE COURT:  Privilege was asserted.
14          MR. MOSKIN:  -- claimed attorney-client privilege in
15  all manner of communications that refer in any way to
16  discussions with lawyers.  And we actually --
17          THE COURT:  Okay.  Let's just start with that.  What
18  about that?
19          MS. HARTZELL:  I don't think we have any intention of
20  disclosing the communications with an attorney.
21          THE COURT:  Well, wait a second.  You just did.  I
22  mean, he's talking about how he went and got advice from
23  attorneys so he wouldn't get crosswise with Games Workshop.  If
24  there's anybody on the jury who doesn't get that, then I'd be
25  really surprised.

952

Villacci - cross

1  A  That was mid-2009.
2  Q  When did you first release that product?
3  A  I want to say the first -- I don't know if it's on here.
4  I don't see it on here, but I want to say it was the first or
5  second month of 2010.
6  Q  And looking at the right-hand side of the exhibit, do you
7  see the image at the bottom from the Tyranid, Warhammer
8  Tyranids book?
9  A  Yes.
10  Q  Was the image shown from that page published at the time
11  that you designed your product?
12  A  No.
13  Q  So did you copy any elements from that picture?
14  A  No.
15  Q  Why do you consider this product, the Ymgarl heads, to be
16  an add-on to Games Workshop's products?
17  A  Because the Games Workshop Genestealer kit comes with all
18  the components to make a Genestealer, what you see pictured
19  over on the right-hand side.  They have a number of
20  components, and one of those separate components is the head.
21  Our head looks different and gives the players another option
22  to individualize their models apart from everyone else on the
23  tabletop.
24          So, again, you can't play with a bunch of little
25  heads on the army.  You've got to have actual physical

953

Villacci - cross

1  representations of these creatures.
2          And as far as I know, there is no character or
3  creature in the Games Workshop book that is just a head.  You
4  can't play with a bunch of little heads.  They actually
5  supplement the Games Workshop product.
6  Q  Where did the ideas for your products come from?
7  A  Myself, Tomas, our concept artist.  A lot of them come
8  from customers.
9  Q  Can you give me examples of ideas that you have referenced
10  outside of the Games Workshop universe in creating your
11  products?
12  A  Sure.  I'm pretty much a bookworm.  I read lots of books.
13  So there's that; movies, Star Wars.  Star Wars is another one
14  with a -- there's a character in Return of the Jedi called
15  Squid Head.  I don't know if anyone played with Star Wars when
16  they were little kids, with toys, but there's an actual action
17  figure called Squid Head that looks like that, too.
18          So movies, pop fiction, I mean, just everything and
19  anything I have seen throughout my life.
20  Q  If you have an idea for a product or if a customer brings
21  you an idea for a product, what factors do you consider in
22  determining whether to actually make it?
23  A  Whether there will be an actual demand for it.  We have
24  gotten some really crazy ideas from customers, and while they
25  can still order that product, that influences the price

1  structure, what we charge them.
2          If it's something that I think other customers would
3  like, I don't charge them so much because I know we'll get the
4  capital back that we invest in creating that product with
5  them.  But if it's something I know the customers will like
6  and we just really haven't touched upon it, we work on it,
7  flesh it out, make sure there's not a Games Workshop icon that
8  matches that or anything like that.
9          It's very important that we don't copy Games
10  Workshop's icons, and I've turned down a number of requests,
11  paid requests, to do stuff, but that's something I don't want
12  to do.
13          And basically also the forums.  I read the forums,
14  the fan sites, the miniature companies sites.  The general
15  miniature forums, they talk about ideas, and some of them have
16  real good ideas.  And if I see one, you know, I will contact
17  the person and say, you know, I like your ideas, is it okay to
18  use this going forward.  And I don't think I've ever had a
19  customer say, no, you can't use my idea.
20          I mean, we have the resources to make these ideas
21  come to life.  They don't.  So they're just glad someone can
22  do it.  And usually I will say, you know, I will give you five
23  or ten copies of this, you know, just for letting us use your
24  idea, and they're happy about that.
25          But we do watch what Games Workshop comes out with,

1  and if we see a way we can improve upon it and transform upon
2  it, make it look better, I don't see any reason not to.  They
3  still have to buy Games Workshop product.
4          In fact, there was one product called a Storm Raven
5  conversion kit.  You guys saw that up there.  And it extends
6  out the body of the kit.  There was a pretty large consensus
7  of online postings anyway that they did not like the way the
8  kit looked.
9          MR. MOSKIN:  Objection.
10          THE COURT:  Basis?
11          MR. MOSKIN:  Hearsay.
12          THE COURT:  It came a little late in that answer.
13  I'm not going to strike that answer.  Get up quicker the next
14  time.
15          THE WITNESS:  There was a general consensus --
16          THE COURT:  I think the answer has been completed.
17  Ask another question.
18  BY MS. HARTZELL:
19  Q  All right.  You were asked about the third party designers
20  that you work with when Mr. Moskin was questioning you.  How
21  do you find the designers that you work with?
22  A  Mostly through the online forums and sometimes customers
23  refer us to them.
24  Q  Are any of your designers affiliated with Games Workshop?
25  A  They don't work for Games Workshop currently, if that's

1  what you mean.
2  Q  Have any of your designers at any time worked for Games
3  Workshop?
4  A  Yes.
5  Q  Who?
6  A  I believe Sean Bullough worked for Games Workshop and also
7  Roberto Cirillo.
8  Q  Why would you hire somebody that used to work at Games
9  Workshop?
10  A  Well, I think it shows a little expertise and skill set
11  that since they worked for Games Workshop, they also have
12  something that would be useful for us.  They know their job.
13  Obviously, Games Workshop hires some of the best sculptors in
14  the world and the concept artists, so I think that's an
15  absolute, you know, big checkmark on their resume, you can
16  think.
17          Also, you know, they're familiar with war gaming in
18  general.  I can hire a concept artist, but he may not be
19  familiar with war gaming.  He may be a concept artist for
20  architecture or vehicle design for like automobiles or he
21  might just draw fantasy, but that doesn't mean he understands
22  that --
23          When you're doing concept art for a miniature line,
24  you have to be conscious of the fact of how the miniature is
25  molded and produced, how many components it can be made into,

1  they also don't like that.
2  Q.  Okay.  And Mr. Moskin asked you about a statement in the
3  document PX 744.  So this may take just a minute.
4          If we can rotate that to the right.  I think --
5          MR. KEENER:  Your Honor, this is supposed to be
6  redacted.
7          THE COURT:  Take it off.  First of all, take it
8  down.
9          MS. HARTZELL:  Yeah, take it down.
10          THE COURT:  Okay.  Sort it out.
11          MS. HARTZELL:  Okay.  We can skip that one.
12  BY MS. HARTZELL:
13  Q.  Mr. Moskin asked you about an e-mail marked PX 653.  Can
14  we pull that one up?
15          And you were asked about a customer asking you for
16  a space marine.  Let's zoom in on the top e-mail.
17          What was your response to that customer?
18  A.  I quickly let him know what they referred to in our
19  catalog, the correct name for them.
20  Q.  And what was the correct name?
21  A.  The Knights Praetorius.
22  Q.  Now, in your testimony you've mentioned, when we're
23  talking about shoulder pads, power pads and terminator pads.
24  What's the difference?
25  A.  One pad is -- the terminator pad is larger in diameter,

1  so the inside concave part that fits on the shoulder has to
2  be larger.
3  Q.   So how can a customer who wants to buy one or the other
4  tell which one they're buying?
5  A.   By the name that we categorize them under on our
6  website, otherwise it would be very difficult for them to
7  figure out which one is which.
8  Q.   When you're setting the prices for your products, what
9  factors do you take into account?
10 A.   I would say the same factors any business takes:  Cost
11 to produce, labor involved, what the market will be able to
12 sustain.
13 Q.   What do you generally charge for shoulder pads?
14 A.   $1.
15 Q.   And do you remember Mr. Merrett testifying that certain
16 Games Workshop shoulder pads cost $8.25 for a pack of ten?
17 A.   Yes.
18 Q.   How does that compare to your pricing?
19 A.   Our pricing is a little more expensive.
20 Q.   How much does your Warrior Priestess product cost?
21 A.   I want to say $16.
22 Q.   What was it?
23 A.   I want to say 16 or 16.50, somewhere around there, or it
24 might be 13.50.  I can't remember.
25 Q.   Turning back to the shoulder pads just to clarify, we

1  talked about yours being $1 for one shoulder pad, right?
2  A.   Yes.
3  Q.   And Games Workshop's being $8.25 for ten shoulder pads?
4  A.   Yes.
5  Q.   So that was why you were saying that yours was more
6  expensive?
7  A.   Yeah.  If you wanted ten of those, you had to pay $10
8  versus $8 and change from the Games Workshop site.
9  Q.   And then you said that your Warrior Priestess is $16 --
10 or I forget what you said.  How much?
11 A.   I want to say it's 16.
12 Q.   Okay.  And Mr. Merrett testified that the Striking
13 Scorpion product that Games Workshop says is infringed by
14 that product costs $41 for six figurines?
15 A.   Okay.
16 Q.   So how does that compare to your product?
17 A.   16 times six, if you want to compare apples to apples,
18 as he would want -- $96, I guess?  Is that correct?  16 times
19 six?  Yeah.
20 Q.   Is it more or less expensive?
21 A.   More expensive.
22 Q.   Okay.  Now, we've heard a lot about trademark usage and
23 words that Games Workshop contends are trademarks.
24      Why do you have to use those words on your website?
25 A.   To accurately describe what our products can be used for

1  in the players' armies or what parts they're compatible with.
2  Q.   And have you ever used the double-headed eagle Aquila
3  trademark that Games Workshop has asserted?
4  A.   No.
5  Q.   And let's look at PX 316.  And can we zoom in on the
6  symbol in the middle?
7       What's that symbol?
8  A.   That's the Games Workshop's logo for Warhammer 40,000.
9  Q.   Have you ever used that logo in connection with the
10 advertising of any product?
11 A.   Never.
12 Q.   Let's talk about some of the other words that Games
13 Workshop says are trademarks.
14      What does the phrase assault cannon mean to you?
15 A.   A big cannon that shoots bullets.
16 Q.   And are you familiar with the use of that term outside
17 of the Games Workshop universe?
18 A.   Yes.
19 Q.   Where?
20 A.   I was in the army, so we referred to things as assault
21 cannons sometimes in the army.
22      Also, my very first miniature war gaming was Battle
23 Tech, FASA's Battle Tech.  They have assault cannons in their
24 fiction.  And that was 1985 I believe the first time I saw
25 that.  Star Wars toys have assault cannons, Halo has assault

1  Q   When he's referring to the icon in the Codex, what is he
2  referring to?
3  A   I assume he's referring to a picture in the Space Marine
4  Codex.
5  Q   Do you know what the Flesh Tearers icon is in the 40K
6  universe?
7  A   Yes, I do.
8  Q   What is it?
9  A   It's a saw blade with a blood drop on it.
10 Q   Page 2, third from last paragraph.  The second paragraph
11 starts out:
12      "Remember, it can't be too ornate that it won't be
13 recognizable as the FT icon."
14      Do you see that?
15 A   Can you direct me to it again?
16 Q   Sure.  It's about in the middle of page 31, that same
17 email from Mr. Villacci to you.  It's the second paragraph
18 right before he signs off Nick.
19 A   Yes.
20 Q   What did you understand FT icon to mean?
21 A   Probably stands for Flesh Tearer.
22 Q   So what did you understand this sentence to mean to you?
23 A   He wants the icon to be recognizable but still
24 interesting.
25 Q   Did you understand it was important for 40K players to be

1233

1  able to recognize it as the Flesh Tearer icon?
2  A  That could be.
3  Q  Is this a piece that you sculpted?
4  A  This is a piece that I sculpted, yes.
5  Q  Did you, as a sculptor, take this as an instruction that
6  whatever you did, make sure it was still recognizable to 40K
7  players as a Flesh Tearer icon?
8  A  Yes.
9  Q  Did it have to be recognizable to 40K players as a Flesh
10 Tearer icon?
11 A  So people could convert a Flesh Tearer or build a Flesh
12 Tearer army.
13 Q  Page 1, second paragraph.  The next paragraph says:
14       "Still we have gone through a lot of resources to
15 design our own stuff from scratch, while using the same
16 dimensions in 3D applications."
17       You see that?
18 A  Yes.
19 Q  What is your understanding of what he meant by using the
20 same measured dimensions in 3D applications?
21 A  I'm guessing he was just making sure it would fit onto a
22 power armor model.
23 Q  Let's look at Plaintiff's Exhibit 191.  It's Bates labeled
24 CHS6504 through CHS6505.
25       Do you have that exhibit?

1249

1  industry type, you know, hobby of like making small pieces,
2  it's hard to just go out and get a one off piece made without
3  an extreme cost.
4       You know, there's an economy of scale that you can
5  only accomplish, that you can only achieve, if you're willing
6  to produce six or seven hundred of a single piece.  And so
7  reaching out to a company that seemingly was pursuing such a
8  venture seemed like it was -- they would be helpful.
9  Q  And about when was this that you reached out to
10 Chapterhouse?
11 A  It was towards the summer of 2009.
12 Q  And in 2009, when you sent the request to Nick, why didn't
13 you just send the request to Games Workshop?
14 A  Games Workshop at the time did not have any sort of means
15 of reaching out to them beyond their customer service email
16 and hot line.
17 Q  Do they have a service today where you can submit ideas to
18 be made?
19 A  No, not I'm aware of.
20 Q  What service then did you want from Chapterhouse?
21 A  In particular, I was looking to take advantage of any
22 casting services they may have had access to.
23 Q  Why couldn't you do casting yourself?
24 A  I attempted to do casting myself.  It just requires a lot
25 of specialized equipment and time that didn't work out too

1234

1  A  Yes.
2  Q  Page 2.  Looking at the oldest email chain that's on the
3  last page of the document, it's an e-mail from you to Mr.
4  Villacci, correct?
5  A  Um-hmm.
6  Q  Is that a yes?
7  A  Yes.
8  Q  You state:
9       "I got the pads in the mail yesterday.  I noticed
10 there are a few different ones.  There is one with a raised
11 ridge and some normal ones, too.  Do you have a preference on
12 the one I work on?"
13       What are you referring to?
14 A  Before I started sculpting, he sent me a little packet of
15 pewter pads that he'd made, and they were a couple different
16 variations on the pads.
17 Q  Page 1, bottom paragraph.  He says:
18       "Unless you are doing anything different with the
19 whole pad face, scales, studs, et cetera, I would just use the
20 GW rimmed look alike instead of the flat one."
21       Do you see that?
22 A  Um-hmm.
23 Q  Is that a yes?
24 A  Yes, yes.
25 Q  Prior paragraph.  And your response above that says:

1250

1  well.  It didn't work out when I tried to make some of my own
2  pieces.
3  Q  And since you had bought so many things from Games
4  Workshop, why wasn't that enough?  It seems like you had a
5  pretty large collection.
6  A  Well, I mean, both what I was doing and what Chapterhouse
7  was about is creating these personalized statements, these
8  customizable options, that just don't exist, you know.
9       You build this army of a hundred or more pieces.  The
10 next guy builds an army of a hundred and more pieces.  You buy
11 Space Marines, he buys Space Marines.
12       If you don't do more, if you don't make it your own,
13 if you don't find different ways of putting your own
14 personalized touch on it, you end up with two armies that look
15 very much the same except for the most minor, you know, the
16 most minute details, but on the tabletop, you set them next to
17 each other and there tends to be confusion.
18 Q  What were you hoping then for Chapterhouse to provide to
19 you?
20 A  I mean, an artistic outlet for the most part because I was
21 making these pieces on my own and, you know, I was having fun
22 doing it.
23 Q  Do you have an understanding of whether Games Workshop
24 says it's okay to customize your products?
25 A  They not only say it's okay, they generally endorse it.

1251

Nagy - direct

1 You look back through the years of their White Dwarf
2 publication, they have articles on how to sculpt, how to
3 paint, how to do these different things.
4        I mean, that's how I learned to sculpt and paint and
5 do everything else, was reading their magazine, reading their
6 publication that taught me how to customize, how to do these
7 things.
8 Q   When you started working with Chapterhouse, what was the
9 first type of product that you worked on?
10 A   The first set of products I worked on were the blank
11 shoulder pads and the flat -- the blanks for some of the
12 vehicle kits.
13 Q   What's a blank?
14 A   It's like producing the canvas that Nick -- that Nick's
15 partner, Tomas, would then be able to sculpt upon, but
16 allowing him to both sculpt upon something easily and
17 guarantee that it would then interface properly and sit right
18 on the Games Workshop product it was meant to complement.
19 Q   Now, for the blanks, I think you said it was a shoulder
20 pad blank, is that right?
21 A   Well, it's a shoulder pad blank, but also the vehicle kits
22 components you could consider blanks as well.
23 Q   Let's start with the shoulder pad blanks.  For the
24 shoulder pad blanks, were they designed for a particular Games
25 Workshop unit?

1255

Nagy - direct

1        MR. KEENER:  I'm saying that's a different document.
2        MR. ALY:  It's the same thing.
3        THE COURT:  Fine.  Put the package insert up.  You
4 may have to switch the thing on.  I think it's turned off
5 right now.
6        (Brief interruption.)
7 BY MR. ALY:
8 Q   Mr. Nagy, can you continue to explain what the shoulder
9 pad is and how it fits with the shoulder?
10 A   Yes.  The shoulder pad is this piece, and that is the
11 shoulder.  The shoulder pad has a cutaway on the inside that
12 allows it to then rest upon this surface and allow gluing.
13 Q   What is the purpose of the shoulder pad in the game?
14 A   The shoulder pad in the game is largely used to allow the
15 player to denote the unit, both its type and the -- and to
16 delineate them from each other.
17        That is, if you have multiple tactical squads or
18 multiple devastator squads, you tend to want some way of
19 representing them from each other, to distinguish them from
20 each other, because on the tabletop when you're playing, you
21 might have multiples of these and they might be clustered
22 relatively close to each other, but you have to retain -- you
23 have to know which ones go with which unit because over the
24 course of the game, units attack other units and you have to
25 remove pieces specifically from a particular unit.

1256

Nagy - direct

1 Q   Other than the identification of units, Mr. Nagy, does the
2 shoulder pad change the rules of the game at all?
3 A   No.
4 Q   Now, what's the shape of the shoulder pad?
5 A   The Games Workshop shoulder pad?
6 Q   Yes.  Let me restate the question.
7        What is the shape of the Games Workshop shoulder pad?
8 A   It's largely a cap that fits over the shape of the
9 shoulder.
10 Q   Is the shoulder pad a solid object; in other words, it's
11 like a quarter of a sphere or something like that?
12 A   No, no.  It has a cutaway, specifically the negative of
13 the shoulder.
14 Q   What do you mean by negative of the shoulder?
15 A   Its interlocking surfaces.  These two surfaces have to
16 connect, you know, have to sit on each other.  If they don't
17 sit on each other, you would either have to do a lot more cut
18 to get the shoulder pad onto that shoulder, you know, cut one
19 piece or the other to get them to sit with each other.
20 Q   Let's take a look at that, and we can go back to it.
21        Mr. Nagy, you were describing the fit.  Can you show
22 us what is shown here?  It's PEX-765, a few pages from that.
23 A   Well, this is an example of a Space Marine arm.  This is a
24 shoulder pad and this is the inside of that shoulder pad with
25 the cutaway to allow it to rest upon this piece.

1257

Nagy - direct

1 Q   And if these shoulder pads come with the game already,
2 what were you looking to do with Chapterhouse with this
3 shoulder pad project?
4 A   To supplement Games Workshop's products.
5 Q   Let's turn to some specific Chapterhouse products that you
6 worked on.
7        Did you work on the --
8        When you were working on the blank, what was it that
9 you were unhappy with in terms of the Games Workshop
10 alternatives?
11 A   With the --
12 Q   Let me ask you another question.
13        When you get the Games Workshop product in the box,
14 does it come with any labels to help identify which units are
15 which?
16 A   It comes with a decal sheet, but the decals that are
17 provided are some of the most finicky part of the hobby that
18 most people end up getting too frustrated with to actually
19 bother.  They end up just kind of throwing their hands up and
20 throwing the sheet away because it involves cutting out each
21 of these individual symbols with an Exacto knife, taking that
22 piece, dropping it in a small plate of water, letting it sit
23 for just the right amount of time, and then using a toothpick
24 and a fine brush, sliding it onto the Games Workshop shoulder
25 pad to then mark it.  And you --

1    It's one of those things that too much water in the
2    thing, it's ruined, it's useless.  You have to just cut
3    another one and try again.  And too little and it doesn't come
4    off the paper and you end up kind of shredding the paper while
5    you're trying to do that.
6        So, yes.
7    Q    Assuming everything worked out, Mr. Nagy, did you like the
8    look of the decal on the shoulder pad?
9    A    They tend to be very flat.  You know, they --
10       I mean, they conform to the surface of the shoulder
11   pad.  So, really, unless you're standing at just the right
12   vantage, they don't -- you don't see too much of them, and
13   they don't really add too much.
14   Q    And the next slide is from PEX-115 showing the decal
15   compared to DX-642 showing a picture of one of the products in
16   the case.
17       Do you recognize this product?
18   A    Yes.
19   Q    What is it?
20   A    It is Tomas' -- the Raven shoulder pad.
21   Q    What part of it is yours?
22   A    The underlying -- the underlying surface, the shoulder pad
23   that he then sculpted upon.
24   Q    When you were working on the shoulder pad, how did you
25   come up with the dimensions it should have?

1    A    I started off by looking at the actual shoulder of the
2    Games Workshop Space Marine, and I created --
3        You know, from that I was able to create the general
4    arch, the two-dimensional arch, of that shoulder.  And then I
5    simply created a shell, like a thickness was added to that
6    arch and then drawn out to make three-dimensional like you
7    would pulling bubbles through the air, that sort of motion to
8    flip it over along a common axis.
9    Q    When you designed the shoulder pad, did you measure the
10   Games Workshop shoulder pad and then just copy those
11   dimensions?
12   A    No.  I looked at the --
13       I looked at the Space Marine shoulder and then simply
14   ensured that the material of the shoulder pad was adequate for
15   casting from my experience working with the resins and metals.
16   Q    What did the shoulder tell you about how to design the
17   pad?
18   A    I mean -- well, I mean, with the -- with the shoulder and
19   even the rest of the model, you know, it sets the parameters.
20   It sets the confinement.  You can't exceed these dimensions or
21   else it just won't work with their model.  It won't sit on
22   their model.
23       And then you have made something that is, you know,
24   useless to Tomas or Nick to sculpt upon.
25   Q    What is your understanding then of how this pad, the

1    shoulder pad, with the Raven on it was created?
2    A    Well, I mean, it's really a nice piece.  It's very -- it's
3    a very involved sculpt.  I mean, you can see how three-
4    dimensional it is compared to the normal shoulder pad, the way
5    it comes off that surface, which creates a lot of difficulties
6    in the casting process because these types of recesses and
7    edges there tend to shred the mold when you pull them out.
8        So getting it just right, you know, involves some,
9    you know, real sculpting know-how to get it, to get those
10   gentle angles that you need to then pull it out.
11       But, I mean, he sculpted on one of my -- on one of my
12   blank shoulder pads, and this is, you know, exactly what I
13   envisioned them being used for.
14   Q    Did you make shoulder pads other than blank shoulder pads?
15   A    I made a few other ones.
16   Q    Let's look at another one.  In terms of the project that
17   you had engaged, this is DX-596, page 1.  What are we looking
18   at here, Mr. Nagy?
19   A    This is a -- this is one of our earliest emails discussing
20   some of the various blanks I was working on for them.
21       I guess this would have been when I first completed
22   the digital models for the three earliest blanks.
23   Q    Did you send pictures of those blanks, what they would
24   look like?
25   A    Yes.

1    Q    The next slide shows the attachment to that email.  What
2    are we looking at here, Mr. Nagy?
3    A    These are the three blanks that I initially created.
4        One -- the first one is just a solid shell.  The
5    other one has these reliefs cut into it, and the third one is
6    a rimmed one.
7    Q    And, Mr. Nagy, we have the next email talking about the
8    shoulder pad projects, DX-598.  What was this email about?
9    A    Well, one of the things they wanted me to experiment with
10   was putting on various insignias onto these shoulder pads so
11   that they would have these more eye-popping sort of symbols,
12   three-dimensional depth on these.
13   Q    Can you describe for the jury the four images that are on
14   the bottom here?
15   A    Yes.  The first one is a -- is a kind of -- it's a
16   shoulder pad with the addition of a neck guard which was
17   common to medieval armor to block glancing blows to the neck.
18       The second is a shoulder pad with an upward pointing
19   arrow.  The second is a shoulder pad with a chevron.  And the
20   last one is a shoulder pad with crossed arrows.

Nagy - direct                    1262

1  Q   Had you seen those images, the arrow, the chevron and the
2  crossed arrows, in the Games Workshop games you had played?
3  A   Yes.
4  Q   If you'd seen them there, why did you put them on the pads
5  you were working on?
6  A   Because I had seen them elsewhere and believed them to be
7  generic.
8  Q   Why do you believe them to be generic?
9  A   Because many of those symbols are used in various military
10 designations and markings.
11 Q   Have you seen the use of the combination of the chevron,
12 for example, with the Roman numeral anywhere outside of Games
13 Workshop?
14 A   Yes.  On various platoon banners and such.
15 Q   Did you then design a shoulder pad that also had that
16 combination?
17 A   Yes.
18 Q   Were you familiar with the different categories of Space
19 Marines and what different designations they used within the
20 game?
21 A   Yes.
22 Q   The next slide shows an excerpt from email DX 584.  Can
23 you describe what you were discussing there?
24 A   Yes.  These were the various blank shoulder pads I created
25 as of the date that this email was written.

Nagy - direct                    1263

1  Q   And that's June 23rd, 2009?
2  A   Yes.
3  Q   What were you providing to Chapterhouse at this time?
4  A   I was providing them with general makeup for how these
5  would -- these blanks could be used for additional -- for
6  their sculpting.
7  Q   Is one of the ideas that you had to make a griffon-type
8  shoulder pad?
9  A   The griffon was originally a customer request.  They
10 had -- they wanted to put up an army using a griffon as the
11 symbol on the shoulder pad and for their army.
12 Q   How did you know it was a customer request to make a
13 griffon on a pad?
14 A   They furnished a collection of medieval art.
15 Q   Next slide shows on PEX 115.  This is a finished product
16 from Chapterhouse.  Had you seen this before?
17 A   Yes.
18 Q   What are these?
19 A   These are the various squad shoulder pads that I worked on
20 for them.
21 Q   Did you end up making a griffon pad as well?
22 A   I did.  It was a test to see how well the 3D modeling
23 would work for producing such a fine detailed sort of surface
24 feature as the shoulder pad icons and ultimately proved that
25 Tomas's hands were better, you know, the physical sculpting

Nagy - direct                    1264

1  was better than the digital sculpting.
2          MR. ALY:  And for the record, this information, the
3  pictures are also on PEX 1020.
4  BY MR. ALY:
5  Q   Next slide is DX 642 showing one of the Chapterhouse
6  shoulder pads.  What is this pad?
7  A   This is the griffon shoulder pad that Games Workshop
8  ultimately sold.
9  Q   That who sold?
10 A   I mean Chapterhouse.
11 Q   Did you work on this project?
12 A   Yes, both by producing the blank and some of the initial
13 sort of digital modeling involved for the griffon.
14 Q   The next slide is DX 582.  This is an email dated June
15 22nd, 2009.
16          Mr. Nagy, what were you writing about here?
17 A   I was writing about how the griffon -- I was playing
18 around with was a freehand drawing that I had done on the
19 computer creating initially a two-dimensional image and then
20 extruding that into a three-dimensional one.
21 Q   The drawing on the bottom left there, can you describe
22 what that is and how you made it?
23 A   I mean, producing a two-dimensional image in probably
24 Wildfire basically involves connecting dots and from those
25 dots and points determining whether you want it to be a

Nagy - direct                    1265

1  straight line or an arc, and so I basically did that going
2  point to point to point along the outside, creating the
3  outline, the perimeter of that shape.
4  Q   And is that one of the shoulder pads that you know was
5  sold by Chapterhouse?
6  A   In a form.
7  Q   What do you mean by that?
8  A   Well, they took it, and it didn't -- I don't believe it
9  turned out too well in the 3D printing, and they ultimately
10 had Tomas go in and do some touch-up work.
11 Q   And I'm holding -- I'm going to hand you DX 14.
12 A   Um-hum.
13 Q   What is DX 14?
14 A   It is the final product of this shoulder pad effort.
15 Q   Can you hold it up and show it to the jury?
16          Is that the shoulder pad, Mr. Nagy, that once you
17 assembled the Space Marine that piece would be added to it?
18 A   Yes.
19 Q   Mr. Nagy, did you work on other products besides shoulder
20 pads?
21 A   Yes, I did.
22 Q   Let's take a look at the next one.  This is from PX 1020,
23 entry 109.
24          Did you work on something called the rapid response
25 wheeled kit for Chimera?

Nagy - direct
1266

1  A  Yes, I did.

2  Q  What was that?

3  A  It was a -- through discussion, the idea had come up to

4  produce a kit that would supplement Games Workshop's Chimera

5  armored personnel carrier model and transform it into

6  something that resembled more of a modern idea of a armored

7  personnel carrier.  In this instance the characteristic

8  feature was the addition of wheels, which is in this type of

9  pattern indicative of urban combat vehicles.

10  Q  What work did you do to assemble and come up with this kit

11  that you were talking about?

12  A  Well, I mean, the starting point was looking at where it

13  would have to mesh and sit on the Games Workshop Chimera kit.

14  Q  Then what did you do?

15  A  Well, from that profile, I had to create a

16  three-dimensional shape of various angles and proportion the

17  location of the wheels such that it would tend to look like a

18  modern vehicle and something that could actually work.

19  Q  Did you send emails about this idea to Nick at

20  Chapterhouse?

21  A  Yes.

22  Q  Next slide is DX 628 from page 4.

23     Mr. Nagy, is this an email that you sent?

24  A  Yes.

25  Q  And what are you describing to Nick?

---

Nagy - direct
1267

1    In this instance I'm going further on it, saying, you

2  know, that there are other ways we can adapt this particular

3  model, you know, do more to the Chapterhouse add-on kit that

4  would make it look suitable to other modern concepts of

5  warfare.  In this case I'm talking about a half track vehicle,

6  which was something used quite commonly in World War II and

7  World War I.

8  Q  Did you end up making a conversion kit?

9  A  Yes.

10  Q  Do you know if Chapterhouse sold the conversion kit?

11  A  I do not believe in this case they sold it.

12  Q  Did they sell the wheels to go with the Chimera for the

13  Games Workshop product?

14  A  Yes, they sold that kit.

15  Q  And for that kit do you have an understanding of whether

16  it's one of the items accused of copy infringement?

17  A  It is not.

18  Q  Did you work on products other than this wheeled

19  conversion kit?

20  A  I also worked on a variety of add-on kit pieces for their

21  other vehicles such as the Rhino and the Land Raider.

22  Q  What's a Rhino?

23  A  In this setting it is the -- it is analogous to an M 113

24  armored personnel carrier.  It's basically a armored box with

25  tracks that carry troops around the battlefield.

---

Nagy - direct
1268

1  Q  What's M 113?  Is that something from Games Workshop?

2  A  No.  It's a real-life modern armored vehicle that we used

3  starting in the 50s through Vietnam, and the British had their

4  own versions of it.  But it basically is analogous to the

5  general shape, function of this vehicle.

6  Q  Putting up DX 642, and this image is also in PEX 1020.

7  Product 82 is the reference number for this product.

8     What is the product on the left?

9  A  That is Games Workshop's Rhino model kit.

10  Q  Is that the tank that you were describing a moment ago?

11  A  Yes.

12  Q  And what did you do in terms of making a product that goes

13  with that?

14  A  Well, initially I produced pieces, blank door panels that

15  Chapterhouse went on to use here and here that fit in the

16  bezel of the Games Workshop model.

17  Q  What's a bezel?

18  A  A bezel is basically the pocket in which these components

19  sit in.  There's an interfacing surface.  You know, square

20  peg, square hole or, you know, a round hole is not -- you

21  know, a square peg doesn't fit in a round hole.

22  Q  I'm showing you an email with an attachment, DX 588.  What

23  is shown here?

24  A  This is one of those components I made.  It's a piece from

25  the retro Mark I Rhino kit, add-on kit that Chapterhouse

---

Nagy - direct
1269

1  produced and sold.

2  Q  Did the Rhino that Games Workshop sold, did that come with

3  doors?

4  A  Yes.

5  Q  So why were you making doors to go with it?

6  A  It's just part of an individual player's personalized

7  statement about -- and theme that they want for their

8  particular army that you can't necessarily produce with just a

9  Games Workshop model.

10  Q  When it comes to these doors, for the dimensions did you

11  take the doors that Games Workshop had and copy those?

12  A  No.  I mean, this is the front panel, but with the doors

13  and with these different panels, it was looking at where these

14  pieces had to sit on the model so that they would actually

15  mesh with it, you know, like a body kit for a Ford Mustang.

16  You know, that changes whether it looks more street racer or

17  more sports car, you know, they make kits.  You switch out

18  pieces of the body panel.  Same thing.  Same idea.

19  Q  Did you also work, Mr. Nagy, on the Chapterhouse jetbike

20  product?

21  A  Yes, I did.

22  Q  What work did you do on that product?

23  A  I --

24  Q  And I'm pulling up images from PEX 15, 113 and 1020.

25  A  I produced the underlying digital -- the digital model for

1  the underlying jetbikes sans the rider and some of the

2  ornamentation and weapons.

3  Q   So you're pointing to the image on the right.  Is that the

4  Chapterhouse jetbike that you were working on?

5  A   Yes.

6  Q   What's on the bottom left of this image?

7  A   The bottom left is an -- is a Eldar jetbike.

8  Q   Did Games Workshop sell that jetbike at the time you were

9  working on a jetbike?

10 A   Yes, they did.

11 Q   So if Games Workshop was already selling a jetbike, why

12 did you need to make another one?

13 A   I mean, this was something that a lot of players had shown

14 interest in.  It's just -- it was just an idea that we had

15 come up with together and had thrown around.  Hey, here's this

16 common sort of sci-fi theme.

17 Q   What do you mean it's a common sci-fi theme?

18 A   Everyone from Buck Rogers to Flash Gordon had a jetbike

19 and so on.  You know, I mean, the concept of a jet powered

20 motorcycle ridden, you know, style ridden vehicle is common to

21 a lot of works.

22 Q   When it comes to the word jetbike, do you associate that

23 word with Games Workshop in particular?

24 A   No.

25 Q   Why not?

1  A   Besides being generic, it's existed and been used in other

2  places such -- you know, to describe the general concept of a

3  jet engine powered flying machine where the rider rides it

4  like they would a motorcycle.

5  Q   Now, Mr. Nagy, is that something you're saying just for

6  this litigation, or is it something you knew before this case

7  even started?

8  A   I knew before.

9  Q   Now, Mr. Nagy, what's the image on the top left?

10 A   That image is Emperor's Children jetbike from the Horus

11 Heresy card game and subsequently the Collected Visions art

12 book.

13 Q   Had you seen that image at any time before you worked on

14 your jetbike?

15 A   Yes.  2007 when that book first came out I purchased a

16 copy of it and had seen it then.

17 Q   When you were designing your jetbike, were you trying to

18 copy that image?

19 A   No.

20 Q   What were you trying to do?

21 A   I was trying to come up with our own sort of version of a

22 jetbike, of the general concept of a jetbike that would look

23 bulky enough to support both -- you know, to support someone

24 that's supposed to be like a thousand pound rider as well as

25 have the modularity to also be used to create an alternate

1  version of this bike that would allow for a lighter normal

2  sized rider.

3  Q   Mr. Nagy, the bike that was sold on the lower left, the

4  Eldar jetbike you were referring to, could that be used with a

5  Space Marine unit sitting in it?

6  A   No.

7  Q   Why not?

8  A   Different weapons, different rules, different faction.  It

9  would look incredibly out of place.

10 Q   What about the jetbike on the right?  Is that one you had

11 made for Space Marines?

12 A   In general, yes.

13 Q   And it's been pointed out, Mr. Nagy, that the front of the

14 jetbike that you designed has these rims, or I don't know what

15 they are, you'll tell us, and then over here in the Games

16 Workshop image in the book that you were talking about also

17 has these rims.  Can you explain why those look the same?

18 A   Well, initially I'd created the prow of this jetbike to

19 resemble an ancient Greek ramming ship, and Nick had emailed

20 me and pretty much asked me to make it more like a Cadillac,

21 you know, bulkier.  And so, you know, Cadillacs are known for

22 their vertical grilles on the front, and this is supposed to

23 be a big jet engine, and that's supposed to be the large air

24 intake for such a vehicle.

25 Q   Let's look at that email.  This is DX 623.

1          When you were referring to looking like a Cadillac,

2  is this the email you were talking about?

3  A   Yes.

4  Q   And what is this email?

5  A   This is an email from Tomas discussing the jetbike as well

6  as a couple of other projects where he had talked about the

7  idea of streamlining it and making it more Cadillac-like.

8  Q   Now, on the jetbike that you had designed, was it made for

9  a particular unit within the Space Marines?

10 A   I mean, it's really made -- at the time it was really just

11 made notionally like for a player to have this model cause

12 there really weren't rules for a Space Marine jetbike at the

13 time.

14 Q   And the jetbike, it has a character sitting in it.  Did

15 you make that character?

16 A   I did not make the character.

17 Q   Do you know if Chapterhouse sells the jetbike with the

18 character or if this was for marketing purposes or anything

19 like that?

20 A   This was for the website that they took this picture.  I

21 believe Tomas, I'm not sure, but I believe it was Tomas who

22 sculpted just a set of legs and a set of arms to provide along

23 with it so that Games Workshop components could be used with

24 it and position those parts to fit on there such that, you

25 know, it would look correct for the rider.

1 Q   Where would people get the rest of the body to work with
2 the jetbike?
3 A   They would have to buy a Games Workshop kit.
4 Q   Now, going back to these lines in the front, where do
5 those lines -- is there a function to those within the design
6 that you're aware of?
7 A   Well, I mean, it goes with the notion of a jet engine.
8 You know, jet engines have a large air intake for their
9 compressor, you know, before the combustion, and to protect
10 the internal mechanisms of a jet engine, jet engines have to
11 have some form of protection to prevent things from striking
12 against the delicate ceramic blades inside.
13 Q   Did you discuss -- from the artistic point of view did you
14 have discussions with the other people on the team about how
15 it should look, this jetbike?
16 A   Oh, yes.  It was -- I mean, this was a -- this started off
17 with a lot of open discussion about the very concept.
18 Everyone did a little bit of concept artwork, sketches and
19 such, and they were passed around, discussed, and, you know,
20 this was kind of the design that was settled on.
21       You know, there was some -- I did a rough -- you
22 know, it was a very iterative process that went from concept
23 sketches to a rough digital model, back to some more sketches
24 and then eventually this final product.
25 Q   Showing an excerpt from PX 59, an email from you to Tomas

1 and then on the bottom from Tomas to you.  Start on the
2 bottom.
3 A   He sent that email first, and that was my response.
4 Q   And this is -- the bottom email, let's start there, is
5 dated October 24th, 2010.  This is from Tomas F.  Do you know
6 who that is?
7 A   Yes.
8 Q   Who is he?
9 A   Tomas, I can never say his last name.  I don't know how to
10 pronounce it.  But he was the physical sculptor of -- for
11 Chapterhouse.
12 Q   And he's referring here to something called the A. Smiths
13 custodian jetbikes.  Do you know what those are?
14 A   I believe he is referring to an alternate piece of artwork
15 of that same particular image that we saw on the previous
16 page.  It's just the same basic design from a different angle
17 with the different riders on it.
18 Q   And were you then -- did you take this as an instruction
19 to go find that image and copy it?
20 A   No.
21 Q   Did you even look at that image while you were designing
22 your jetbike?
23 A   Not while I was designing.
24 Q   When did you look at it?  Did you look at it again after
25 designing it?

1 A   After the fact I looked at it.
2 Q   Why did you do that?
3 A   Out of caution, out of concern that there may have been an
4 inadvertent resemblance between our design and their design.
5 Q   On the top you're saying to Tomas that you have the Horus
6 Heresy books and I've been looking at them.  What does that
7 mean?
8 A   Well, like I said, I own -- like I've said previously, I
9 own that particular art book, series of art books that he's
10 referring to when he asks about these different images.  It's
11 one of -- it's one of a couple -- you know, 40 or 50 different
12 books I have of Games Workshop's.
13 Q   But here were you telling Tomas, though, Mr. Nagy, that
14 you were looking at them so that you could copy from them?
15 A   No.
16 Q   What were you saying?  Why did you refer to the Horus
17 Heresy book at all?
18 A   I was being rather blunt with him because he doesn't --
19 English really isn't his first language, and he kind of
20 stumbles over things when -- if I got too verbose, for part of
21 it.  But, I mean, really I was -- at this point it was a very
22 late stage in the design.  He was still pushing for additional
23 changes and, you know, pointing at the book, and I was like,
24 you know, I've seen them, but I think the design is really
25 done at this point.

1 Q   Did you like your design better than the one in the book?
2 A   Yeah.
3 Q   Why?
4 A   I think the design in the book doesn't really -- I think
5 there are parts of the design that don't look proportionally
6 sound.  You know, it's a compositional, it's a more artistic
7 sort of argument against the design, like the composition of
8 the balance of it seemed a bit off.
9 Q   When you're referring to the proportion, what do you mean?
10       I'm showing you now page 623, page 1, another email
11 excerpt.  And does this email address the question you raised
12 about proportionality?
13 A   Yes.
14 Q   How so?
15 A   Well, I mean, you know, the notion of this jetbike is that
16 it's supposed to be carrying someone who, you know, weighs
17 several hundred pounds and is wearing, you know, several
18 hundred pounds more of armor.  And so if you are to believe
19 that there is a machine capable of propelling such a person
20 through the air, you know, it has to look like it could
21 actually do it.  It shouldn't -- it shouldn't be something
22 that is so far out of the realm of reality as to be
23 disbelieved.
24 Q   Did you draw any inspiration or reference to other
25 vehicles besides the Games Workshop vehicles?

Nagy - direct 1278

1 A  Yes.  I mean, we looked at a lot of larger sort of
2 motorcycles that have been made over the years by different
3 companies to see how they dealt with the whole notion of a
4 larger, more powerful engine.
5 Q  Why were you looking at motorcycles?
6 A  The concept's a jetbike, so it's a jet engine ridden like
7 a bike.  There's a clear correlation between those two forms,
8 you know, that both fit in -- into what we were doing and the
9 collective consciousness of what a jetbike is.
10 Q  Mr. Nagy, I hear you saying today that you looked at a
11 motorcycle, but did you talk about motorcycles during the
12 emails that you had?
13 A  Yes, we did.
14 Q  Let's look at, this is going to be DX 633, an email.
15 Let's first start with the top of that email, which is dated
16 November 9th, 2010.
17      Is this an email that you wrote, Mr. Nagy, to Nick?
18 A  Yes.
19 Q  And what are you telling him here?
20 A  Well, I'm bringing up my concerns about the proportions on
21 this because we were trying to balance the use of this because
22 he had intended that we have two -- that we could make two
23 different variances of this, one in which it was intended for
24 a lighter rider and as well as a heavier rider, so I was
25 trying to say like, you know, we have to get these proportions

Nagy - direct 1279

1 right or it's going to look lopsided compositionally.  You'll
2 look at it and it will seem like something that should be
3 flying like this instead of like this.
4      MR. ALY:  Let the record reflect there's some angles
5 from the hand.
6 BY MR. ALY:
7 Q  And is it that email that you also then referred to
8 real-life motorcycles?
9 A  Yes.
10 Q  What are you describing here, Mr. Nagy, in the remainder
11 of that same email?
12 A  Well, I was talking about different riding styles of
13 motorcycles in this particular instance, whether the bike
14 would be ridden like a chopper or a Harley Davidson in this
15 case or whether it would be ridden like more one of these
16 Japanese-style racing motorcycles, over the engine as opposed
17 to behind the engine.
18 Q  What did you decide?
19 A  Behind the engine.
20 Q  And from these -- these are just links.  We don't have
21 pictures.  But what were these links to?
22 A  Examples of those two different larger bikes with those
23 particular types of riding styles.
24 Q  When it came to the designing of the jetbike, what steps
25 did you take to do the designing?

Nagy - direct 1280

1 A  Well, like I said, there was a lot of initial sketches
2 that everyone did that were passed back and forth with
3 critiques and comments, and then there was a rough digital
4 model created and shown to everyone involved, and additional
5 notes and work were done.  Eventually that model was made into
6 something more closely resembling what was finally produced.
7 And additional requests to then, you know, balance the look of
8 it and some of those aesthetic changes that Tomas requested.
9 Q  You were mentioning a digital model.  I'm showing you DX
10 479.  Is this an image of what that digital model would look
11 like?
12 A  Yes.
13 Q  What is shown here in the picture?
14 A  This is an orthographic view of the -- of that jetbike
15 model from different vantages.  You know, it's -- it was
16 really a neat sort of model playing with the sizes of things.
17 Like I particularly always like that vantage in the left-hand
18 corner.  You know, it's easy from the different angles to lose
19 perspective on the way -- you know, it's supposed to be a
20 jetbike, so these air intakes have to have a clear flow of air
21 into them, and you lose it when you see it from an angle, but
22 when you look straight on it, you see how the sides come out.
23 They flare out, and they allow the air to scoop in, not just
24 on the front, but along the sides as well.
25      THE COURT:  We're going to take our break right here.

Nagy - direct 1281

1 We'll break for ten minutes.  Then we'll go till 12:30.
2      All rise.
3      (Recess taken.)
4      (The following proceedings were had in the presence
5      and hearing of the jury:)
6      THE COURT:  Mr. Aly, you can resume.
7 BY MR. ALY:
8 Q  Mr. Nagy, did you also work on a combi weapon?
9 A  Yes, I did.
10 Q  I'm showing an excerpt from PX 1020.  This is item 34,
11 combi weapon magnetic kit.  Did you work on this product?
12 A  Yes, I did.
13 Q  What is this product?
14 A  It is a multi-part kit for the assembling of a weapon that
15 has a number of variances to it.
16 Q  Where did you come up with the idea to use a combi weapon?
17 A  Well, I mean, the notion of an under-slung weapon, you
18 know, has existed for, you know, a good amount of time, so
19 it's not really new.
20 Q  What do you mean by under-slung weapon?
21 A  Well, I mean like, for example, most common in our
22 military, we have -- or army, the soldiers carry an M 16 or an
23 M 4 assault rifle that has a M 203 grenade launcher under
24 slung where the one weapon is mounted immediately below the
25 barrel of the other.

1   Q   Did you use that idea to create the combi weapon magnetic
2   kit?
3   A   The notion of one, yes.
4   Q   These are obviously really small.  Why are they the size
5   and shape that they are?
6   A   Well, one of the goals we set out with was to create one
7   in which these upper assemblages could be switched out.  You
8   can see they're separate pieces, and this lower section is a
9   fifth piece, and a magnet could be placed on the inside
10  allowing these parts to be switched out between different
11  gaming sessions.
12  Q   Were these weapons designed to fit with a particular
13  product?
14  A   With the Space Marines.
15  Q   How did you know that they would fit with Space Marines?
16  A   I had to look at the boxiness of the foregrip and the
17  distance from this portion of the -- for the pistol grip to
18  that foregrip to maintain compatibility with the Games
19  Workshop Space Marine.  That is, Games Workshop's Space
20  Marines have arms that are fixed in this position, you know.
21  They have ten -- they may have ten, 20 variances of this
22  position, but it's effectively this position with those
23  dimensions being identical between all of their -- all of
24  their models so that their models can be cross compatible with
25  themselves.

1   Q   Did Games Workshop sell weapons for use with their Space
2   Marines?
3   A   They sold them as part of larger kits.
4   Q   Why were you making this combi weapon magnetic kit, then?
5   A   Well, it's a convenience factor.  I mean, it's about
6   convenience because, you know, someone builds a model, this
7   guy may represent his general or just a sergeant in his
8   particular army, and they want to give him a combi weapon, but
9   they may want to switch this out between different gaming
10  sessions for a number of reasons, and this allows them to have
11  one model that they've really put a lot of the effort into
12  with this ability to switch it out as opposed to having, say,
13  five identical pieces with one change made to them.
14  Q   How does your design help swapping out?  I don't
15  understand that part.
16  A   Well, we sized it such that a very small, half a
17  millimeter I believe is what it was, magnet could be fitted
18  into the back end of these upper assemblies and another magnet
19  could then be inserted into the top of this lower assembly so
20  that when you pull -- you could pull it off and drop in the
21  other magnetized piece and they would lock together and stay
22  together throughout the, you know, generally rough handling of
23  a gaming session.
24  Q   Now, did Games Workshop have, at the time you were working
25  on this, did they have a magnetic interchangeable piece for

1   their weapons?
2   A   No, they did not.
3   Q   Why did you think that would be important to have?
4   A   Well, I mean, it goes back to just allowing players to
5   personalize their pieces by giving them as many options as
6   possible.
7   Q   Did you also work on another weapon, the SCAR lasgun?
8   A   Yes, I did.
9   Q   Showing you --
10          Before we go to that next weapon, let me first show
11  you an email about the combi weapons, PX 100, and the email is
12  dated January 20th, 2010.
13          Is this an email describing your work on the combi
14  weapon?
15  A   Yes, it is.
16  Q   What were you telling Nick here in this email?
17  A   I was discussing the fact that the very notion of this
18  type of weapon has existed for some time, that there are
19  modern counterparts and modern -- this is a modern concept of
20  a single weapon with multiple capabilities.
21  Q   And this notion that you were talking about of the
22  combination weapon, is that the same under-slung weapon you
23  were describing earlier, this idea of the M 16 with the
24  grenade launcher?
25  A   Exactly.  It's exactly the weapon I was describing

1   earlier.
2   Q   Next showing you DX 627.  And let's start with the bottom
3   email, October 6, 2009.  And you're writing to Nick that when
4   it comes to making the combi-bolter interchangeable, that's a
5   lofty goal.  Why did you think that was a lofty goal?
6   A   Well, it's hard to see it without having the physical
7   piece in front of you, but the magnets -- you know, you can
8   only buy magnets that are so small, and to make a little
9   pocket in the back of these components that allow it to fit
10  together while still retaining these proportions that make it
11  necessary to fit on a model require a lot of fine tuning of
12  the details to hide the seams, to allow enough material to
13  allow that magnet to be hidden inside the model.
14  Q   Were you able to come up with a design that eventually
15  turned into a product?
16  A   Yes.
17  Q   And did Chapterhouse sell that product?
18  A   Yes, they did.
19  Q   When you were talking about the dimensions of the magnet,
20  I'm showing you now DX 628, page 3 of that email from January
21  20th, 2010.  Did you discuss these difficulties of the design
22  with the team?
23  A   Yes, I did.
24  Q   And what is this email describing?
25  A   Well, in this particular instance I was raising concern

1  about, you know, the size of magnets that we were going to
2  use, because I was only aware of magnets that were so small,
3  and Nick eventually found magnets that were even smaller, you
4  know, so instead of dealing with whole millimeters or, you
5  know, an eighth of an inch like here, you know, we ultimately
6  found a magnet that was fractions of a millimeter, you know,
7  the tiniest magnets anyone makes of this sort of hobby magnet.
8  Q   And when discussing this project, this is PX 67 from June
9  24th, 2009, you were -- this is an email from you?
10 A   Yes.
11          This was earlier on when we were generally sort of
12 playing around with ideas of, you know, laying the groundwork
13 for this project, and I was in this instance discussing, you
14 know, the various heavy armaments that have been used over
15 time that have a particular bulk to them as a inspiration for
16 how to fill out, you know, the size of that grip, you know,
17 that the Space Marine has and the distances between them.
18 Q   And when you're talking about the design, you wrote, "The
19 critical thing is, if we make anything a Marine holds, it
20 needs to fit the standard arms." What does that mean?
21 A   Well, like I was saying before, this -- you know, the
22 Space Marine has a hand that's open this much, and the
23 distance from this hand to the other is a particular distance,
24 and if you're off by even a little bit, the model can't hold
25 it or it doesn't -- you know, or it looks kind of ridiculous

1  on there. You know, he's holding it and his hand's off, you
2  know, out here, not even touching it. You know, you have to
3  get it right there or it doesn't look right.
4  Q   Other than fit, were you copying anything from Games
5  Workshop?
6  A   No.
7  Q   I'm going to show you and hand you DX 34. And, Mr. Nagy,
8  can you explain to the jury what that is?
9  A   This is a instance of the combi weapon kit with the
10 magnets.

1  Q   Can you hold it up so we can appreciate the size of it?
2  A   (Witness complies.)
3  Q   Did you also work, Mr. Nagy, on that SCAR lasgun we
4  talked about a moment ago?
5  A   Yes, I did.
6  Q   I'm showing you an excerpt from PX 1020, Item 117.
7          But before we do that, what were you just doing?
8  You were inserting a tiny piece, it looked like, into another
9  tiny piece. That's what I --
10 A   Yes. I was fitting the two components together. You
11 know, it's next to impossible to see from over there, sorry,
12 but, you know, it just shows these little pieces are so
13 small, you know, they can fit together seamlessly, really,
14 when the magnet is in there.
15 Q   Thank you.
16         Let's talk about this item -- this is, again, from
17 PX 1020, the claim chart. This is Item 117 called SCAR
18 lasgun's 28-millimeter. Did you work on this product?
19 A   Yes.
20 Q   What gave you the idea for this particular set?
21 A   Well, this was a part of a series of weapons we did upon
22 the request -- someone on-line had contacted me requesting we
23 do some -- a particular rendition of a modern military
24 assault rifle. It was a SCAR, which is one of the weapons in
25 competition to replace the M-16. And he asked for basically

1  a version of this that was proportioned and adjusted to fit
2  an Imperial Guard model's hands.
3  Q   When you were designing this particular unit, did you
4  say it was a customer idea to get --
5  A   It was a customer idea to produce a scaled
6  representation of that real life weapon.
7  Q   And is the SCAR a real life weapon?
8  A   It is a real life weapon. It comes in two different
9  variances, very modular, made by Fabrique Nationale, I
10 believe.
11 Q   So today, you know, we're in trial, but you're saying it
12 was based on a real life weapon. Was that something you
13 discussed with the team when you were designing it?
14 A   Yeah. It was why we felt like it was a perfectly
15 legitimate design to pursue.
16 Q   I'm showing you the next page, DX 627, excerpts from an
17 e-mail October 6th, 2009. Can you explain what's shown here?
18 A   This was a breakdown of different -- some of it were
19 different items that I produced digital models of for them,
20 No. 1 and 2. Some of them were things that I thought these
21 have either immediate counterparts or things that, you know,
22 I kind of imagined being similar to these different concepts
23 in proportions.
24 Q   And by real, are you referring to the SCAR M-14 and
25 MP-34?

1   A.   Yeah.  The SCAR, like I said, is a modern assault rifle.
2   The M-14 is a marine -- is a real life, you know, U.S. Marine
3   sniper rifle, and the MP-34 was, I believe, a German
4   submachine gun.  And the M-249 SAW, the M-50 Barret, the
5   MP-60 and the Lewis gun are also references -- direct
6   references to real life firearms.
7   Q.   And we're going back to the images of the products, Mr.
8   Nagy.  There's an angled tip to these weapons that's been
9   brought to our attention, this angled tip here.  Where did
10  you get the idea to use an angled tip?
11  A.   Well, as a direct consequence of the 1994 Clinton era
12  assault weapons ban, imported assault weapons had to have
13  fewer than a certain number of features, one of which was a
14  flash suppressor.  And so, weapons with a flash suppressor
15  that were being imported would have their barrels chopped at
16  an angle so as to render the flash suppressor non-functioning
17  and allow it to be then imported into the country.
18  Q.   Had you seen that type of a slanted tip before you
19  designed your product?
20  A.   Yes.  One of the most common and most numerous firearms
21  in the world, the AK-47, which was imported even during that
22  era into the U.S., instances of that were very common with
23  that type of slanted barrel cut.
24  Q.   Let's talk about some other issue.  The next issue I
25  would like to talk about is your overall work with

1   Chapterhouse.
2            Over the course of your time with the company, how
3   many products did you personally work on?
4   A.   I worked on about 70 different pieces that were, you
5   know, packaged into different kits, you know; some of them
6   were lumped together, some of them were separated.
7   Q.   When you were working on the design, was it your
8   intention -- was it your goal to take something that Games
9   Workshop was selling?
10  A.   No.  It didn't make sense to me.  It -- I saw no purpose
11  in trying to replicate something that had already been done.
12  This was about -- for me, this was -- or this was for fun.
13  This was me doing it for fun.  I was trying to, you know,
14  come up with -- you know, I would have ideas.  You know, I
15  would work on my own stuff, I would have ideas.  You know,
16  this would be neat, wouldn't it be cool to see a model that
17  was like this, you know.  And, you know, these were things
18  that Games Workshop just wasn't doing.
19  Q.   If that's so, was there a time when you would have an
20  idea and then see that Games Workshop is doing it and then
21  stop?
22  A.   We abandoned a number of ideas, you know, where it was
23  just like -- you know, we would have an idea, we would sit
24  there, we would discuss it and ultimately decide, no, this --
25  this doesn't sit right with us.

1   Q.   I'm going to show you DX 633, an e-mail from
2   November 2010.  On Page 2 there's an e-mail on the top here,
3   from November 8th, from Nick to you.  It says:  (Reading:)
4            Sounds like they are already done with the Venom.
5            What did that mean to you?
6   A.   Well, the Dark Eldar Venom is basically a -- it's a --
7   they -- it's basically a varying of one of their larger Eldar
8   jetbikes that could have a -- it had a little platform on the
9   rear that could carry additional troops on it.  And we were
10  looking at it as -- well, Games Workshop ultimately purchased
11  it as just one big kit, but we were looking at making a
12  little add-on platform to add to one of their pre-existing
13  kits because that's effectively what the design is.
14           And, you know, we threw around the idea -- we
15  didn't even do any concept drawings.  We just talked about it
16  and then ultimately settled on the fact that this -- it
17  wasn't worth pursuing.
18  Q.   Why not?
19  A.   Well, creatively it just retread what had already been
20  done at that point.
21  Q.   And this is the next part of that same e-mail from
22  November 9th, 2010.  This is Nick Villacci writing to you:
23  (Reading:)
24           It's a bit redundant to compete directly with GW.
25           What did that mean to you?

1   A.   Well, it means -- I mean, if Games Workshop sells it,
2   people will buy it.  That's plain and simply what it is.
3            And to create something that Games Workshop sells,
4   most people would rather -- you know, no matter what
5   Chapterhouse does, people want the Games Workshop product.
6   And if Chapterhouse were to hypothetically create something
7   in -- that did compete directly, they would never sell
8   anything.
9   Q.   On the products that you made, Mr. Nagy, the 70, 75
10  products, if Games Workshop had made those, would you have
11  bought them from them?
12  A.   Most certainly.
13  Q.   What happened instead?
14  A.   Um --
15  Q.   Sorry.  Because Games Workshop did not have those
16  particular products you wanted, what did you do?
17  A.   Well, I mean, I -- that's ultimately why I sought out
18  Chapterhouse and why a lot of people seek out companies like
19  Chapterhouse to produce these types of supplementary
20  products.
21  Q.   When you were working on the products that you worked
22  on, at any time did you copy something Games Workshop did?
23  A.   No.
24  Q.   Did Nick ever instruct you to copy something?
25  A.   No.

1   Q.   Did he give you any instructions about copying or not
2   copying?
3   A.   He gave plenty of instructions not to copy, you know.
4   It was a very strong message, you know, we were not going to
5   copy anything.  We had to stay away from anything that could
6   be misconstrued as that.
7   Q.   I'm showing you now an excerpt from PX 105, an e-mail
8   dated June 25th, 2009, from Nick to you.  It says:
9        (Reading:)
10       I guess I want to see your 3-D creativity, so pick a
11  vehicle, Space Wolf project, and run with it, you know the
12  rules, no GW IP.
13       What does that mean to you?
14  A.   Well, it was a very clear instruction not to produce
15  something that, you know, Games Workshop was -- had made a
16  model of or was actively producing a model of.  You know, we
17  -- you know, he wanted me to be creative.  He would
18  oftentimes seek out my ideas, you know, and most of those --
19  you know, most of those ideas were supplementary things.
20       And in this instance what was borne out of it was
21  the Mark I Retro Rhino add-on kit, which is not -- it's a
22  non-issue in this case as far as the design goes.
23  Q.   What do you mean by it's a non-issue?
24  A.   Games Workshop has withdrawn its contention on its
25  design.

1   Q.   I want to talk to you about some other subjects, Mr.
2   Nagy.
3        One of the subjects in this case has to do with the
4   design of the shoulder pad and whether or not the idea has
5   been out there for the size and shape of the shoulder pad.
6        Before this case started, had you personally seen
7   characters, fictional characters, with large, blocky shoulder
8   pads?
9   A.   Yes.
10  Q.   What's an example?
11  A.   Well --
12       MR. KEENER:  Your Honor, I think it's the subject
13  of expert testimony now.
14       THE COURT:  I can't hear you.
15       MR. KEENER:  I think it's the subject of expert
16  testimony now.
17       THE COURT:  I disagree.  Overruled.
18       You can answer.  Go ahead.
19  BY THE WITNESS:
20  A.   Well, in particular, I'm personally a fan of the British
21  comic book series -- it's a whole franchise, 2000 AD, in
22  particular Judge Dredd.
23  BY MR. ALY:
24  Q.   What's Judge Dredd?
25  A.   You know, it's kind of -- you know, Dirty Harry in the

1   future is the best way to describe him.  You know, he's the
2   cop who is out on the beat, you know, and he, you know -- he
3   is, you know, ornamented with various armor, you know, and
4   one of which is a large, bulky shoulder pad that comes down
5   his shoulder and is adorned with a giant golden eagle, you
6   know, as a -- you know, that resembles like an officer's
7   badge.
8   Q.   Do you know of any connection between Games Workshop and
9   this 2000 AD or Judge Dredd?
10  A.   Yes.  Well, I mean -- yes, prior to Games Workshop
11  producing Warhammer 40K, they had the license to produce both
12  the miniatures and a game for this particular setting.
13  Q.   And had you personally, Mr. Nagy, seen the pieces, the
14  miniature pieces?
15  A.   Yes.
16  Q.   Can you describe the shoulder pads and what they looked
17  like?
18  A.   They were generally bulky and rounded.
19  Q.   Let me talk to you about some of the trademarks that
20  have been discussed in this case.
21       The first one I would like to ask you about is the
22  words space marine.  Outside of the context of Games
23  Workshop, had you heard of the phrase space marine?
24  A.   Yes.
25  Q.   Where?

1   A.   In a number of places.  I mean, I've been a big fan of
2   like classic sci-fi, you know, 1950s Heinlein.  You know, he
3   wrote Starship Troopers, and space marines is one of the
4   terms that was borne out of that, to describe his concept of
5   this futuristic soldier that is dropped from space and, you
6   know, lands on the ground combat-ready, you know.  You know,
7   it's the only work of science fiction that's required reading
8   in our military academies.
9   Q.   Had you seen the term space marines used anywhere else?
10  A.   Yes.  Growing up I had a number of toys, you know, where
11  -- for the -- I guess it was for the movie Aliens, in which
12  the -- on the toys the protagonists were described as space
13  marines.
14  Q.   Now, this space marines, even within the Games Workshop
15  world -- so I'm talking about people who play the game -- is
16  that space marines word used as a proper noun, as far as you
17  know?
18  A.   I believe the more -- the more prominently used proper
19  noun is Adeptus Astartes, which is what they used in the
20  fiction to describe these space marines, you know, the
21  general notion of -- you know, who these people are.  You
22  know, you have these space marines but, you know, it's
23  like -- you know, it's like you would say, you know, cop
24  instead of police officer, you know.  It's more just a
25  general description than what you're going to, you know,

1  formally call someone.

2  Q.   And what is Adeptus Astartes then?

3  A.   That is the institutional name for the concept of the

4  space marines.

5  Q.   Let's talk about some other of these trademark words in

6  the case.  Jetbike, you've talked about that one, but just to

7  summarize it, what -- have you seen that word outside of the

8  Games Workshop context?

9  A.   Yes.

10 Q.   To mean what?

11 A.   To mean a flying vehicle that is generally ridden by one

12 person in the fashion of a motorcycle.

13 Q.   Another one is Eldar.  Have you seen that word outside

14 of Games Workshop?

15 A.   Yes.  It's in modern English most commonly like

16 associated with Tolkien.  He -- it was an older word that he

17 brought back to describe the notion of an elf, you know.  He

18 used it synonymously with the word elf in "The Lord of the

19 Rings" and "The Hobbit".

20 Q.   Now, these words that we've been discussing, is that

21 something you learned or researched during the litigation or

22 is this knowledge you already had before it started?

23 A.   Before.  I've read all those books.

24 Q.   What about imperial guard?  Is that a term you had come

25 across personally?

1  A.   Historically the imperial -- you know, the term imperial

2  guard has been used in a number of different places, you

3  know, generally to refer to either the military or the

4  personal guard of any empire.  You know, the -- the word is

5  used synonymously to describe the ancient Romans praetorian

6  guards, which were the emperor's bodyguards, for example.

7  The czars, their guards were called imperial guard.

8  Q.   In your personal knowledge, Mr. Nagy, had you heard the

9  phrase land raider outside of the Games Workshop world

10 before?

11 A.   Yes.  In the Judge Dredd setting the -- they have a

12 large, heavy armored vehicle used for transporting personnel

13 that's covered in weapons and it's called a land raider.

14 Q.   What about landspeeder, Mr. Nagy?  Had you seen that

15 outside the context of Games Workshop?

16 A.   Yes.  It's in -- in the Star Wars setting it's the

17 phrase used to describe Luke's hover car that you see him

18 driving in the first -- in the original movie.

19 Q.   The word list that we've gone through, Mr. Nagy, when

20 you see or hear those words is the first thing you think of

21 Games Workshop?

22 A.   Not necessarily.

23 Q.   All right.  Why not?

24 A.   Because they have common English usage outside of how

25 Games Workshop chooses to use them.

1  Q.   Now, let's -- in conclusion, let's wrap up, Mr. Nagy.

2  Why is it that you worked with Chapterhouse?

3  A.   I mean, for me it was an artistic outlet, you know.

4  It's -- you know, it was very fulfilling to go through this

5  design process to create something, you know, and develop my

6  professional modeling skills, you know, to -- you know, that

7  -- you know, through working with other people, create this

8  artistic piece, see it, you know, from the sketch phase, to

9  the rendering phase, to the 3-D printed phase, to being cast,

10 to being, you know -- to being eventually painted up, to

11 seeing it in the hands of friends and other people who would

12 buy them and, you know, combine them with Games Workshop's

13 products and use them.  And, you know, it's a very fulfilling

14 sort of process.

15 Q.   How did you feel when you saw, for example, these

16 products that you were showing to the jury actually in life,

17 in real life?

18 A.   Oh, I -- I still think they're some of the coolest

19 things I've had a chance to work on, you know, and I've

20 worked with the bombs.  I mean, that's -- I mean, it's just

21 kind of neat, you know.

22 Q.   Thank you for your time.

23           MR. ALY:  No further questions, your Honor.

24           THE COURT:  Cross?

25                     CROSS EXAMINATION

1  BY MR. KEENER:

2  Q.   Good morning, Mr. Nagy.

3           I want to first follow up on a couple of things

4  counsel for Chapterhouse asked you.

5           Do you remember testifying that Games Workshop

6  encourages its customers to personalize and customize their

7  models?

8  A.   Yes.  They endorse using their pieces to supplement

9  Games Workshop's.

10 Q.   Maybe I misspoke.

11          You testified that Games Workshop encourages its

12 customers to personalize their own models, correct?

13 A.   That's correct.

14 Q.   And by that you mean Games Workshop encourages its

15 customers to paint the models in one way?

16 A.   That is one of many ways.

17 Q.   Or to put together Games Workshop pieces in different

18 ways?

19 A.   That is another way.

20 Q.   Or even a person for their own personal army, Games

21 Workshop encourages and teaches how to sculpt and modify the

22 pieces to personalize them themselves?

23 A.   They do.

24 Q.   Now, you are aware that Games Workshop does not

25 encourage and expressly prohibits using their designs and

1   images and logos for commercial purposes?  You understand
2   that, right?
3   A.   Generally, yes.
4   Q.   And it's actually even on their website:  Do not --
5   you're allowed to make a fan forum and use our names and
6   copyrights in the fan forum or in your own personal design
7   but not for commercial purposes, right?
8   A.   Could you --
9   Q.   Sure.
10          You're not suggesting in any way that Games
11  Workshop encourages third party companies to use Games
12  Workshop's designs and logos and names to allow other people
13  to customize their Games Workshop products?
14  A.   I am not aware of any prohibition or endorsement of
15  using third party products.
16  Q.   But you are aware that Games Workshop does prohibit
17  third party companies from using Games Workshop designs and
18  logos and names?
19  A.   Yes.
20  Q.   Now, when we saw the quote from Mr. Villacci saying no
21  GW IP, I believe you testified that means that if Games
22  Workshop is already doing a model, we won't do it, but if
23  they don't have the model out yet, it's okay for us to make
24  that model?  Is that generally what you testified to?
25  A.   Generally.

1   Q.   So, for example, while Games Workshop has depicted in
2   its artwork and books a Space Marine jetbike, Games Workshop
3   didn't sell a Space Marine jetbike, right?
4   A.   Correct.
5   Q.   So you and Chapterhouse thought it was okay to then make
6   the Space Marine jetbike --
7   A.   Their --
8   Q.   Correct?
9   A.   I mean, the process of creating something like that, I
10  mean, involved a larger -- a much, much larger degree of, you
11  know, conceptual interpretation than just looking at an
12  image.
13  Q.   And that wasn't my question.  I appreciate that.
14          My question is:  That is an example of where Games
15  Workshop had artwork for a Space Marine jetbike but no model,
16  and you and Chapterhouse thought, therefore, it was okay to
17  make a Chapterhouse Space Marine jetbike?
18  A.   Because -- well, yes, because our design was original.
19  Q.   You also testified about this wheeled chimera conversion
20  kit.
21  A.   Yes.
22  Q.   Do you remember that?
23  A.   Yes, I do.
24  Q.   It's where you design this -- this track system with
25  wheels that go on one of Games Workshop's tanks to make it --

1   instead of a treaded vehicle it had wheels?
2   A.   Yes.
3   Q.   And you didn't copy anything from Games Workshop to do
4   that design, right?
5   A.   Only the interfacing surface.
6   Q.   And Games Workshop doesn't sell or depict in its artwork
7   any wheeled chimera vehicle, right?
8   A.   Does not depict any wheeled version of that.
9   Q.   And Games Workshop is not alleging that Chapterhouse
10  infringes any copyrights with that wheeled chimera vehicle
11  that Chapterhouse is selling?  You understand that, right?
12  A.   Yes.
13  Q.   You testified at the very end about Judge Dredd.  Do you
14  remember that?
15  A.   Yes.
16  Q.   Now, Chapterhouse has been in this lawsuit for almost
17  five years now.  You didn't show the jury any picture of any
18  Judge Dredd shoulder pads, did you?
19  A.   No, I did not.
20  Q.   Or any Judge Dredd weapons?
21  A.   No, I did not.
22  Q.   Or any Judge Dredd flying vehicles?
23  A.   No, I did not.
24  Q.   Or any Judge Dredd tanks?
25  A.   No.

1   Q.   So other than your representation that those things are
2   out there and that they look something like Games Workshop's
3   products, you didn't show them any picture they can use to
4   actually make that determination themselves, did you?
5   A.   No.
6   Q.   And you also mentioned that at one point Games Workshop
7   made some Judge Dredd miniatures?
8   A.   Yes.
9   Q.   Do you remember that?
10  A.   They had the license to produce miniatures for that
11  comic book setting.
12  Q.   And again, over this five years there's been no pictures
13  shown to the jury of any Judge Dredd miniature that looks
14  anything like any of the products in this case, right?
15  A.   I don't believe Games Workshop submitted catalogs going
16  far enough back to show them, no.

### 1306

Nagy - cross

1  Q.  You have not shown any pictures to the jury of any Judge
2  Dredd miniatures, right?
3  A.  No, I have not.
4  Q.  You talked about an author named Robert Heinlein and a book
5  he called Starship Troopers?
6  A.  That's correct.
7  Q.  And this was in your discussion about the term Space Marine,
8  correct?
9  A.  Yes.
10  Q.  Now, you would agree with me that nowhere in the entire
11  Starship Troopers book does the term Space Marine appear.
12  A.  In the physical book, no.
13  Q.  Okay.  So --
14  A.  In supplemental books to describe it, yes.
15  Q.  Nowhere in the book Starship Troopers does the term Space
16  Marine appear, correct?
17  A.  That's correct.
18  Q.  Instead he uses a term Mobile Infantry?
19  A.  That is used as the proper noun, yes.
20  Q.  And, again, you didn't show the jury any portion of any
21  Heinlein book that uses the term Space Marine, did you?
22  A.  No, I did not.
23  Q.  Similar with Tolkien.  You said he uses Eldar
24  interchangeably throughout the book for elf?
25  A.  He says that.

### 1308

Nagy - cross

1  idea that, you know, Games Workshop presents human soldiers of a
2  particular flavor.  But, you know, in real life we have people
3  who fight in the jungle, we have people who fight in the snow,
4  we have people who fight in an urban setting.
5         And it was to say these are themes that Games Workshop
6  doesn't bother looking at anymore.  Why can't we, you know,
7  produce something that is about an urban or snow covered theme.
8  And in this instance this discussion is what ultimately resulted
9  in the Wheeled Chimera that Games Workshop doesn't have an issue
10  with.
11  Q.  So, for example, if Games Workshop was about to release a
12  new army book, a new codex, for a new Space Marine chapter,
13  Chapterhouse and you would rush to design products for that new
14  Space Marine chapter to take advantage of what Games Workshop
15  was about to release, right?
16  A.  Well, it's no different than when I worked for the company
17  that I did right out of school which produced components and
18  subassemblies for consumer electronics.  One of our big product
19  lines was cases for iPhones.  Even -- you know, we produced them
20  for half the companies that ultimately released them.  And so,
21  obviously, leading up to the release of a new iPhone, you're
22  flooded with these supplemental products that are not produced
23  for Apple.
24  Q.  Again --
25  A.  It's no different than that.  It's just we would look at

### 1307

Nagy - cross

1  Q.  Again, you didn't show the jury any page from any Tolkien
2  book where he used the word Eldar at all, did you?
3  A.  No.
4  Q.  Let's talk about how Chapterhouse decides what products to
5  create.  Would you agree with me that Chapterhouse looks at
6  Games Workshop's line to find holes where there's things missing
7  to try and take advantage of those holes in Games Workshop's
8  product line?
9  A.  I think we tended to look for places where the ideas fell
10  outside the scope of what Games Workshop produced.
11  Q.  Let's take a look at Plaintiff's Exhibit 41.  And this is a
12  string of e-mails between you and Mr. Villacci, right?
13  A.  Um-hm.
14  Q.  Is that a yes?
15  A.  That's correct, yes.
16  Q.  Let's turn to Page 3, your first sentence.  Did Mr. Villacci
17  tell you, quote, "I think if we can take advantage of any old
18  line GW has stopped doing."  Do you see that?
19  A.  He says that.
20  Q.  So, Mr. Villacci was telling you let's look to see what
21  Games Workshop made before and they're not doing right now, and
22  let's take advantage of that market opportunity; is that right?
23  A.  Contextually we were discussing specifically the Imperial
24  Guard, which was Games Workshop's analog to human -- generic
25  human soldiers.  And in this instance we were going into the

### 1309

Nagy - cross

1  what Games Workshop was doing, and we said how can we supplement
2  Games Workshop.  How can we further these kits that Games
3  Workshop is releasing.  How can we do something to allow people
4  to have a different theme in mind when they look at these
5  models.
6  Q.  So, I'm not sure if you answered my question yes or no.  In
7  Chapterhouse's business of deciding which products to make, if
8  Games Workshop was about to release a new codex for Space Wolves
9  Space Marine, Chapterhouse would then be looking to make Space
10  Wolves products to sell?
11  A.  Space Wolf supplemental products, generally.  But I mean, in
12  that instance --
13         THE COURT:  You've answered the question.  You need to
14  confine your answers to the question that's asked.
15         THE WITNESS:  All right.
16         THE COURT:  Go ahead.
17  BY MR. KEENER:
18  Q.  So, again, yes or no.  In the example of Games Workshop
19  about to release a new army book, such as Space Wolves Army for
20  Space Marines, Chapterhouse would be looking to then release
21  before or at the same time various Space Wolf related products?
22  A.  Generally.
23  Q.  Thank you.
24         Now, I think during your direct testimony, you
25  discussed that you designed a number of shoulder pads for

## 1310

Nagy - cross

1  Chapterhouse; is that right?
2  A.  That's correct.
3  Q.  And, in fact, you designed a lot of master templates that
4  are used as the base of most of Chapterhouse's shoulder pads,
5  right?
6  A.  Yes.
7  Q.  Now, let's talk about the basic shoulder pad templates you
8  designed.  You did those on a computer in some computer-aided
9  design program?
10  A.  Yes, probably Wildfire.
11  Q.  And in one of those designs, you had the shoulder pad with
12  that big large rim banding around the side of it as shown
13  typically in a Space Marine shoulder pad?
14  A.  Generally.
15  Q.  And do you recall Mr. Villacci complaining about one of your
16  earlier designs of the pad because the thickness of the rim you
17  made was too thick compared to the one Games Workshop uses?
18  A.  I'm not sure if I can recall that particular message.
19  Q.  Similarly, you designed the little squad symbol, the arrows
20  and crosses and chevrons, that go on the pad?
21  A.  Yes.
22  Q.  And do you remember Mr. Villacci complaining about your
23  earlier designs saying you need to make them larger to more
24  closely match what the icons look like in the Games Workshop
25  books?

## 1311

Nagy - cross

1  A.  Well, I mean, as part of the collaborative effort, you know,
2  we ultimately didn't make that change.  There was a conscious
3  effort to avoid that particular change.
4  Q.  Do you remember him asking you to make them more look
5  exactly like it does in the Space Marine army books?
6  A.  Everyone has opinions on how something should be changed,
7  but that doesn't necessarily mean you follow through with them.
8  Q.  Again, that wasn't my question.  My question is do you
9  recall Mr. Villacci asking you to make the squad symbols more
10  direct copies of what's in the Games Workshop Space Marine Army
11  books.
12  A.  He said it.  I ignored it.
13  Q.  Let's look at Plaintiff's Exhibit 41.  This is again the
14  e-mail we looked at earlier just a minute ago.  Let's turn to
15  Pages 13 to 14.
16      On June 16th, 2009, does Mr. Villacci tell you, "The
17  only thing I can see doing different is reducing the trim height
18  on the shoulder pads, it seems larger than the GW dimensions."
19  Do you remember him saying that to you?
20  A.  I'm vaguely recalling it, seeing this in front of me.
21  Q.  And then he continues, "As well as increasing the size of
22  the squad type markings.  I like how GW paints the ones they
23  show in the codexes.  They seem to start at the bottom of the
24  pad and extend pretty far up.  See photo."  Do you see that?
25  A.  Do you have the photo of those particular pieces?

## 1312

Nagy - cross

1  Q.  No, there was no photo attached to this e-mail that we
2  received.  Do you see that?
3  A.  Um-hm.  I see it.
4      THE COURT:  Say yes.
5  BY THE WITNESS:
6  A.  Yes.
7  BY MR. KEENER:
8  Q.  Now, let's look at some of these shoulder pad templates you
9  designed.  Let's turn to Plaintiff's Exhibit 385.  And is this
10  an e-mail you sent to Mr. Fiertek on June 19, 2009?
11  A.  Yes.
12  Q.  Now, in the middle of this e-mail, you discuss three
13  different types of shoulder pad templates you created?
14  A.  Yes.
15  Q.  So, let's look at the first one.  If we can split it there
16  with the template.  The first one you say, "I made three basic
17  blank shoulder pads.  The first is the standard trimmed shoulder
18  pad."  Do you see that?
19  A.  Um-hm.  Yes.
20  Q.  And those pictures on the right are the pictures of the
21  standard trimmed shoulder pad you designed?
22  A.  That I modeled, yes.
23  Q.  And as the standard trim, you're referring to the standard
24  Space Marine trim shoulder pad, right?
25  A.  I'm referring to its use to produce variances of that, yes.

## 1313

Nagy - cross

1  Q.  But not some standard in something else.  When you mean the
2  standard design, you mean the standard Games Workshop Space
3  Marine trimmed shoulder pad?
4  A.  The most ubiquitous.
5  Q.  The most iconic?
6  A.  Ubiquitous.
7  Q.  And you're the one who on the back put these series of
8  notches around the rim of the shoulder pad?
9  A.  Yes.
10  Q.  And you also put that little notch on the bottom back center
11  of the shoulder pad?
12  A.  Yes.
13  Q.  Now, let's look at the second shoulder pad you made.  The
14  second shoulder pad is a completely blank shoulder pad.  That's
15  what we see on the right?
16  A.  Yes.
17  Q.  And it's the same design shoulder pad, just without the
18  trim?
19  A.  Um-hm.
20  Q.  Yes?
21  A.  Yes.
22  Q.  And you describe that as "As was commonly seen on some older
23  power armor patterns;" is that right?
24  A.  Yes, that is how I describe it.
25  Q.  And what you're referring to is in the artwork of older

## 1314

Nagy - cross

1  Space Marine designs, they have this exact same shoulder pads,
2  including having it blank with no trim?
3  A.  Yes.
4  Q.  And, again, you're the one who put all these notches and
5  ridges on the back of the design?
6  A.  Yes.
7  Q.  And let's look at the third design.  It says, "The third
8  arched shoulder pad was something I made up."  Do you see that?
9  A.  Yes.
10  Q.  And the pictures on the right-hand from that exhibit are the
11  arched shoulder pad?
12  A.  Um-hm.
13  Q.  Yes?
14  A.  Yes.
15  Q.  Now, that arch idea was something you came up with yourself,
16  right?
17  A.  It was something that we had not previously discussed, and
18  so I was bringing it to their attention.
19  Q.  And was that something you had seen on Games Workshop's
20  artwork or models?
21  A.  Generally, no.
22  Q.  So, this was a design that really was not a design that you
23  had seen previously from Games Workshop.
24  A.  Generally, no.
25  Q.  Now, so, this third design that's not like the different

## 1316

Nagy - cross

1  were commonly used in the military.  Do you remember that
2  testimony?
3  A.  In various militaries.  Yes, I remember.
4  Q.  Now, again, you didn't show this jury any picture of
5  anywhere in the military where a shoulder pad, an armored
6  shoulder pad, has any of those designs, did you?
7  A.  Not an armored shoulder pad, no.  No, we did not produce
8  pictures of that.
9  Q.  And especially the armor shoulder pad of the iconic Space
10  Marine design, that combination with those squad markings, you
11  agree with me that that combination doesn't exist anywhere in
12  prior military history?
13  A.  The combination of commonly used symbols, no.
14  Q.  So, again, the answer to my question --
15  A.  No.
16  Q.  -- is you haven't seen anywhere the combination of Games
17  Workshop's iconic Space Marine shoulder pad with those various
18  squad markings on it as a combination.  That's a unique
19  combination you have never seen in military history.
20  A.  No.
21  Q.  Let's go to Plaintiff's Exhibit 1010 at Page 4.  Now, on the
22  left-hand side here, we see various Chapterhouse products,
23  shoulder pads.  Do you see that?
24  A.  Yes.
25  Q.  And these are the tactical ones with the big, fat upward

## 1315

Nagy - cross

1  Space Marine shoulder pads Games Workshop makes, do you know how
2  many Chapterhouse products you're selling now based on that
3  design?
4  A.  On this particular one?
5  Q.  Yes.
6  A.  Well, I know -- I'm pretty certain that that ornate Raven is
7  based off of this one, for example.
8  Q.  Any others?
9  A.  I'm not sure.  I have not kept up with Chapterhouse's
10  products.
11  Q.  In fact, the basic templates Chapterhouse uses to make
12  virtually all of their shoulder pads were the first two designs
13  we looked at, right, not this third design?
14  A.  Well, I mean, these aren't intended as the final product.
15  They are -- you know, they're a transitory step in the
16  product-making process.
17  Q.  But we haven't seen any images of any shoulder pads from
18  Chapterhouse with these various arches underneath it.  Would you
19  agree?
20  A.  Well, like I said, I'm pretty sure that he utilized this to
21  produce that large Raven shoulder pad.
22  Q.  Now, you testified during your direct testimony that you
23  thought it was okay to put these Games Workshop squad markings,
24  the crossed arrow and the upward facing big fat arrow and the
25  chevron on the shoulder pads, because you thought that these

## 1317

Nagy - cross

1  facing arrow?
2  A.  Yes.
3  Q.  And you designed the ones that get these Roman numerals on
4  them, right?
5  A.  Yes, I produced the models.
6  Q.  And for the tactical ones, the Roman numerals you put on are
7  I through VI?
8  A.  Yes.
9  Q.  And can we turn the page?  And again on the left-hand side
10  are the Chapterhouse assault shoulder pads?
11  A.  Um-hm.
12  Q.  Yes?
13  A.  Yes.
14  Q.  And Chapterhouse decided to put on here the Roman numerals
15  VII and VIII?
16  A.  Yes.
17  Q.  And let's turn one more page.  And these are the Devastator
18  shoulder pads?
19  A.  Yes.
20  Q.  And Chapterhouse decided to put on here the Roman numerals
21  IX and X?
22  A.  Yes.
23  Q.  Now, when designing these shoulder pads, you weren't quite
24  sure which numbers to put on which shoulder pads, right?
25  A.  The intent was to produce shoulder pads that would allow the

Nagy - cross

1  player to make the same types of denotions between squads that
2  GW s pictures reference.
3  Q.  Again, that wasn't my question.
4  A.  Okay.
5  Q.  In designing the shoulder pads, you weren't sure which
6  numbers to put on which --
7  A.  I was sure which numbers.
8  Q.  -- right?
9  A.  I was sure of which numbers to put on there from personal
10  experience.
11  Q.  Let's go to Plaintiff's Exhibit 392.  This is an e-mail
12  chain between you and Mr. Villacci; is that correct?
13  A.  Yes.
14  Q.  Let's turn to Page 2, the second e-mail, the first
15  paragraph.  This is you writing to Mr. Villacci and you say,
16  "You had asked me to put Roman numerals on the shoulder pads
17  with the tactical/assault/Devastator markings.  How many
18  different numbers do you want and on which pads?"
19  A.  Um-hm.
20  Q.  Do you remember asking him that question?
21  A.  Yes.
22  Q.  And Mr. Villacci responded to you and told you exactly which
23  numbers to put on which pads based on the exact same designs
24  from the Games Workshop universe, right?
25  A.  Yes.

Nagy - cross

1  A.  No.
2  Q.  And you agree with me that those combinations of those
3  specific Roman numerals with those specific designs is not
4  commonly used anywhere in military history, correct?
5  A.  Correct.
6  Q.  Because Games Workshop created that combination, they
7  thought that up, right?
8  A.  That particular combination and distinction, yes.
9  Q.  Now, back to this e-mail, Mr. Villacci further tells you
10  about these numbers, if you look on Page 1 in the middle, "If
11  you look at the codex for Marines on Pages 18 to 19, I like the
12  placements of those numbers."  Do you remember him saying that
13  to you?
14  A.  Yes.
15  Q.  Do you recall what your response was?
16  A.  What?
17  Q.  Do you recall what your response was?
18  A.  Excuse me?
19  Q.  Do you recall your response to Mr. Villacci's comment to you
20  saying I really like how Games Workshop does it on Pages 18 to
21  19 of their Space Marine codex?
22  A.  Yes.  I pretty much am asking him if he can provide a
23  pictorial reference for me to examine.
24  Q.  So, you actually asked him, instead of coming up with your
25  own design, "Do you have a link to picture?  I sadly can't bring

Nagy - cross

1  Q.  And he tells you, as we quote here, "Tacticals are
2  historically" -- he means according to the Games Workshop
3  designs, right?
4  A.  By the denotions that those units have on the tabletop, yes.
5  Q.  In the Games Workshop universe.  Not some other military
6  culture, right?
7  A.  Yes.
8  Q.  And in the Games Workshop created military culture that they
9  created, tacticals are I through VI, assaults are VII and VIII,
10  and Devastators are IX and X, correct?
11  A.  Yes.
12  Q.  And so, that's why you put those exact Roman numerals on
13  those pads?
14  A.  Yes.
15  Q.  And, again, you testified that the concept of a Roman
16  numeral is used in militaries around the world, right?
17  A.  Yes.  The Roman Legion denoted their legions with Roman
18  numerals.
19  Q.  And you haven't shown the jury any pictures of using any of
20  these I through VI numbers with an arrow, did you?
21  A.  No.
22  Q.  Or Roman numerals VII and VIII with a crossed arrow, did
23  you?
24  A.  No.
25  Q.  Or the chevron with IX and X, did you?

Nagy - cross

1  my codecies to work."  Is that what you write?
2  A.  Yes.
3  Q.  Do you recall Mr. Fiertek -- he's the other owner of
4  Chapterhouse, right?
5  A.  Yes.
6  Q.  Do you recall him with regards to the use of these various
7  numbers with these various markings, him ever telling you that
8  what Chapterhouse is doing is making direct copies of Games
9  Workshop's artwork?
10  A.  I do not -- well, I think I recall what you're talking
11  about, the e-mail that you're addressing.
12  Q.  Yes.  Let's take a look at that e-mail.  Let's go to
13  Plaintiff's Exhibit 68.  So, what we're looking at is an e-mail
14  from Mr. Fiertek to you copying Mr. Villacci on the e-mail, as
15  well, right?
16  A.  Yes.
17  Q.  Now, if we look down a little bit, about in the middle,
18  Mr. Fiertek writes to you, "Any word from anybody on the
19  legality of the number, Devastator, assault and arrow pads?
20  They are direct copies of GW art, at least with the normal rim."
21  Do you see that?
22  A.  He believed that.
23  Q.  So, Mr. Fiertek, one of the co-owners of Chapterhouse, was
24  telling you and Mr. Villacci that the designs you were making
25  were direct copies of Games Workshop art, correct?

1322

Nagy - cross

1  A.  He believed that, and he did say that.
2  Q.  Now, let's talk about some of the weapons you designed.
3  Now, one of the weapons you designed was Chapterhouse's version
4  of the Lasgun, right?
5  A.  Yes, as a variant to the scar.
6  Q.  And there was various testimony from Games Workshop that
7  their Lasgun design, a characteristic feature, was a slanted tip
8  at the end of the Lasgun?
9  A.  Yes.
10  Q.  And your products also had that same characteristic slanted
11  tip, right?
12  A.  One of them, of many variances, yes.
13  Q.  And in your direct testimony you said but I seen that design
14  before.  I've seen it in AK-47s or other things that were
15  imported into the U.S. due to the assault weapons ban.
16  Something like that was in your testimony, right?
17  A.  Weapons modified to be brought into the country legally
18  under that legal restriction.
19  Q.  And in order for this jury to do their job to see whether
20  that is actually a true statement that it actually looked the
21  same as Games Workshop's and Chapterhouse's design, did you show
22  them any pictures of any of those weapons that you're saying you
23  were looking at?
24  A.  No, I did not.
25  Q.  Did you see any e-mail attaching a picture, my design is

PDF created with pdfFactory trial version www.pdffactory.com

1323

Nagy - cross

1  based off of this I saw from the assault weapons ban?
2  A.  No.
3  Q.  Let's turn to Plaintiff's Exhibit 1011 at Page 6.  Now, on
4  the left-hand side, you see the Chapterhouse Combi weapons
5  product, right?
6  A.  Yes.
7  Q.  Now, the concept of these Combi weapons in the Games
8  Workshop universe is that you've got a bolt gun, the standard
9  gun of a Space Marine, as part of it, right?
10  A.  Could you repeat that?
11  Q.  So, in the Games Workshop universe, they have weapons called
12  Combi weapons for the Space Marine?
13  A.  Right.
14  Q.  And typically it could be a bolt gun combined with a melta
15  gun is one variation, right?
16  A.  Yes.
17  Q.  Or a bolt gun combined with a flamer?  Yes?
18  A.  Yes.
19  Q.  Or a bolt gun combined with a plasma gun, right?
20  A.  Yes.
21  Q.  And Games Workshop depicts those types of combinations in
22  its artwork and miniatures, right?
23  A.  Yes.
24  Q.  And the concept of Chapterhouse was instead of having
25  someone actually buy each of these variations from Games

PDF created with pdfFactory trial version www.pdffactory.com

1324

Nagy - cross

1  Workshop or make their own by cutting up Games Workshop's
2  various weapons and gluing them together as part of the hobby,
3  Chapterhouse would make it more convenient for them by making
4  one model with all the various plasma and melta and flamer
5  attachments that they can put on and off of the weapon to make
6  the various combinations.  Is that the concept?
7  A.  The interchangeability was a big aspect of the Chapterhouse
8  product.
9  Q.  And part of the importance when you're playing the game is
10  that you want to make sure the person on the other side can look
11  at a model and see what weapon is on the model, right?
12  A.  Yes.
13  Q.  So, if it's supposed to have a bolt gun and a plasma gun,
14  you want to make sure it looks like a Games Workshop bolt gun
15  and plasma gun so when the other person looks at the model, they
16  can say, oh, I know exactly what weapon he's carrying.
17  A.  That's the idea.
18  Q.  Do you recall -- in relation to this product, do you recall
19  Mr. Villacci telling you in regard to the Combi weapons to as
20  closely copy the Games Workshop Combi weapons as possible?
21  A.  I do not recall that particular communication.
22  Q.  Let's look at again Plaintiff's Exhibit 41.  This is a long
23  chain of e-mails we've looked at a couple times now, and let's
24  turn to Page 15 at the bottom.  This is an e-mail from
25  Mr. Villacci to you.

PDF created with pdfFactory trial version www.pdffactory.com

1325

Nagy - cross

1  And is it right that he writes to you, "We could also
2  closely copy the GW Combi weapons as we would only be using the
3  very end of the weapons in our design."  And he continues,
4  "These would sell like hotcakes if it works."  Did Mr. Villacci
5  tell you that?
6  A.  I believe he did tell me that.
7  Q.  Let's talk about another product you made, the jetbike.
8  A.  Yes.
9  Q.  Could we turn to Plaintiff's Exhibit 1011 at Page 24?  So,
10  the product on the left is the Chapterhouse jetbike that you
11  helped design, right?
12  A.  Yes.
13  Q.  Now, in the process of designing this product, Mr. Fiertek
14  of Chapterhouse sent you a drawing that he said was based on the
15  Horus Heresy book artwork, right?
16  A.  I guess so.
17  Q.  Well, let's confirm.  Let's go to Plaintiff's Exhibit 59.  I
18  think you discussed this chain of e-mails during your direct?
19  A.  Yes, okay.
20  Q.  It's an e-mail between you and Mr. Fiertek about the
21  jetbike, right?
22  A.  Yes.
23  Q.  Let's turn to Page 2, the last paragraph.  He says he drew,
24  among other design products he's talking about, "a jetbike
25  inspired by the PH art with engines stacked on top of each other

PDF created with pdfFactory trial version www.pdffactory.com

1326

Nagy - cross

1  and a longer, thinner Cadillac feel to it;" is that right?
2  A.  Yes.
3  Q.  And you understand the PH art, that's the pre-Heresy art.
4  That's the pictures in the Horus Heresy books of Games Workshop,
5  right?
6  A.  Yes, that's what they're referring to.
7  Q.  And this is when we were talking in your direct testimony
8  about the Cadillac look?
9  A.  Um-hm.
10 Q.  Yes?
11 A.  Yes, the general idea of a Cadillac grille.
12 Q.  Now, in your direct testimony you said, well, we got from
13 Cadillac the idea of these big grilles on the front.  Do you
14 remember that testimony?
15 A.  Yes.
16 Q.  I don't see anywhere in here a talk of any of the grilles of
17 a Cadillac, do you?
18 A.  Well, all grilles for the Cadillac are vertical grilles.
19 Q.  Again, that wasn't my question.
20 A.  Okay.
21 Q.  In this e-mail referring to Cadillac, the only Cadillac
22 e-mail we have, there's no discussion of grilles at all, right?
23 A.  Um-hm.
24 Q.  Yes?
25 A.  Yes.

1327

Nagy - cross

1  Q.  Instead it's talking about the size, making it longer and
2  thinner, right?
3  A.  Yes.
4  Q.  Is that a yes?
5  A.  Yes.
6  Q.  And, actually, Cadillac grilles themselves aren't just big,
7  vertical straight lines.  It's characterized by these long
8  horizontal lines going through it, as well, right?
9  A.  I do not believe so.
10 Q.  Now, your response to Mr. Fiertek was that you thought a
11 long, thin look would be too slim and wouldn't really fit in
12 with Games Workshop's Imperial style, right?
13 A.  I mean, it was more notionally about the concept of it
14 carrying a larger person.
15 Q.  Let's look at what you said.  Let's go to Page 1, bottom
16 e-mail, the first sentence.  Your response to Mr. Fiertek is "I
17 think it looks slim, maybe too slim relative to the beefy look
18 of Imperial tech."
19 A.  Yes.
20 Q.  That's talking about Imperial technology, right?
21 A.  I believe so.  If you put a Space Marine on it, it has to
22 look like it carries a Space Marine.
23 Q.  And then Mr. Fiertek responds to you, "Think of a normal SM
24 bike with some added length to it."  Do you see that?
25 A.  Yes.

1328

Nagy - cross

1  Q.  Yes.
2  A.  Yes.
3  Q.  And SM bike, what does that mean?
4  A.  I guess an abbreviation for Space Marine.
5  Q.  So, now he's telling you not just look at the artwork, but
6  now look at the actual physical model of a Space Marine bike
7  that Games Workshop sells, right?
8  A.  Yes.
9  Q.  And if we turn back, if we can, to Plaintiff's Exhibit 1011
10 at Page 24.  The bottom right there, that is the Space Marine
11 bike that Mr. Fiertek's now asking you to take a look at as part
12 of the design process, right?
13 A.  At that late stage, yes.
14 Q.  Now, turning back to the e-mail, Plaintiff's Exhibit 59,
15 Mr. Fiertek also asks you whether he should now send you various
16 pictures of what a Space Marine jetbike looks like in the Horus
17 Heresy books, right?
18 A.  Yes.
19 Q.  And your response back to him, can you read it off to the
20 jury?
21 A.  "I have the Horus Heresy books, and I've been looking at
22 them."
23 Q.  Thank you.
24        MR. KEENER:  No more questions.
25        THE COURT:  Redirect?

1329

Nagy -

1        MR. ALY:  No.  Thank you, your Honor.
2        THE COURT:  Do any of the jurors have any questions for
3  the witness?
4        (Brief pause.)
5        (The following proceedings were had at the sidebar, out of
6        the presence and hearing of the jury:)
7        THE COURT:  The first question is where in Tolkien --
8  what's the right pronunciation of that, anyway?
9        MR. KEENER:  Tolkien.
10       THE COURT:  Tolkien.  Does he refer to Eldar.  In other
11 words, in what Tolkien work does Tolkien refer to Eldar as
12 elves.
13       MR. ALY:  No objection.
14       THE COURT:  Okay.  When designing the shoulder pads,
15 whose idea was it to put the notches in the back of the shoulder
16 pads, and where did they get that idea from?  She drew a little
17 picture.
18       MR. KEENER:  No objection.
19       MR. ALY:  I have a problem with that.  That's kind of
20 an evidence issue whether it appears the same, but --
21       THE COURT:  I can't hear you.
22       MR. ALY:  No problem.
23       THE COURT:  All right.  You stated you contacted
24 Chapterhouse because you wanted to make some models you had
25 designed.  Then the first thing you designed were blank shoulder

---

1330

Nagy -

1  pads.  Why wasn't your first thing one of your designs?
2      Anybody have a problem with that?
3      MR. KEENER:  No.
4      MR. ALY:  No.
5      THE COURT:  How many products have you worked on that
6  Chapterhouse sells that are not part of the lawsuit?  Is he
7  going to know the answer to that?
8      MR. KEENER:  He's not going to know the answer to that.
9      MR. ALY:  He might.
10      MR. KEENER:  I mean, with the current list, the claim
11  charts.
12      MR. ALY:  It changes.
13      MR. KEENER:  I don't think he can answer that.
14      THE COURT:  So, I'm not going to ask that.
15      (The following proceedings were had in open court, in the
16      presence and hearing of the jury:)
17      THE COURT:  Where does Tolkien refer to -- use the term
18  Eldar that I think you said was some sort of elf or something?
19  In other words, which book, which story, which work.
20      THE WITNESS:  I believe it's --
21      THE COURT:  You're still talking to them, even
22  though --
23      THE WITNESS:  Yes.
24      THE COURT:  Okay.
25      THE WITNESS:  I'm pretty sure -- it's been awhile since

---

1331

Nagy -

1  I've read the book, but my recollection is that it occurs when
2  the party of adventurers first gets to Rivendell, and he's kind
3  of describing the life of these elves.  He uses the word
4  interchangeably with the word elfs, you know, partially to avoid
5  the repetition of saying elf, elf, elf, elf, elf over and over
6  again.
7      THE COURT:  Okay.  Switch of gears here.  When
8  designing the shoulder pads, whose idea was it to put the
9  notches in the back of the shoulder pads?  A little picture was
10  drawn here, just so that you know what's being discussed.
11      THE WITNESS:  Thank you.
12      THE COURT:  Whose idea was that?  Let me take it back.
13      THE WITNESS:  I did that.  That was mine.
14      THE COURT:  Where did you get the idea from?
15      THE WITNESS:  I mean, it was partially the general
16  concept of layered armor and how that's manufactured.
17      THE COURT:  You said that you contacted Chapterhouse
18  because you wanted to make some models that you had designed,
19  but then the first thing you designed were blank shoulder pads.
20  So, why wasn't the first thing one of your own designs?
21      THE WITNESS:  Well --
22      THE COURT:  If there's something wrong with the premise
23  of the question, it's okay to say that.
24      THE WITNESS:  Okay.  No.  Nick really didn't have an
25  interest in some of my initial design.

---

1332

1      THE COURT:  And there's one other question that I'm not
2  going to ask because it would really be outside of the scope of
3  his knowledge.
4      Okay.  Any follow-up questions, Mr. Aly?
5      MR. ALY:  No, thank you.
6      THE COURT:  Mr. Keener?
7      MR. KEENER:  No.
8      THE COURT:  You're excused.
9      THE WITNESS:  Thank you.
10      (Witness excused.)
11      THE COURT:  Is the next person a live witness?  I'll
12  tell you.  This is what we're going to do.  Rather than starting
13  a witness at 12:25, we're going to stop here, and we'll start at
14  1:25 after lunch.  So, we'll break still an hour, but we'll
15  start up at 1:25.  The jurors can come with me.
16      (The following proceedings were had in open court, out of
17      the presence and hearing of the jury:)
18      THE COURT:  Okay.  Let's deal with the -- everybody can
19  have a seat.  Let's deal with the Rule 50 motion.  Do you have a
20  copy I can look at?
21      MR. ALY:  Yes, your Honor.  We have the Rule 50 motion,
22  and it comes with attachments.  Would you like the exhibits, as
23  well, at this time, your Honor?
24      THE COURT:  Let's just give me the motion to start off
25  with.  Start there, and we'll work forward.

---

1333

1      MR. ALY:  I'm approaching with the motion, and I'll
2  hand a copy to counsel.
3      THE COURT:  Just give me a couple minutes to look
4  through it here.
5      (Brief pause.)
6      THE COURT:  You know, I think I'm going to want to read
7  this over the noon hour.  So, I'm going to do that.  I guess my
8  general inclination is to exercise my authority under Rule 50
9  and simply take it under advisement at this point, but let me
10  think about that.  And I guess I would say to the plaintiff just
11  be prepared to respond, but I may say let's hold it until the
12  end.  Okay?
13      MR. MOSKIN:  Respond after lunch?
14      THE COURT:  After lunch, yes.  Right.  So, come back at
15  1:25.  And if I have you respond, I'll just tell the jury it's
16  going to be a few minutes, and we'll go from there.
17      Anything else anybody wants to take up before we --
18      MR. KEENER:  We have those Grindley exhibits.  He's the
19  next witness.
20      THE COURT:  Oh, right, right, right, right, right.  You
21  had mentioned that earlier.  Okay.  So, let's talk about that
22  now.
23      MR. KEENER:  So, there's a number of prior images he's
24  going to show we don't have a problem with, but there's three
25  buckets that we have an issue with.

1334

```
 1          THE COURT:  Okay.
 2          MR. KEENER:  So, the first bucket is he's got three
 3   different website printouts of prior images that are fictional
 4   websites with fictional, made-up dates of "This robot is made in
 5   1980, and part of this Endolfin project."  And they're just
 6   fictional made-up pages of a robot.
 7          THE COURT:  When you say fictional made up, I don't
 8   understand what you mean.
 9          MR. KEENER:  I can show you an example.
10          THE COURT:  He made them up himself?
11          MR. KEENER:  No, no.  The website.
12          THE COURT:  Oh, okay.
13          MR. KEENER:  It's a picture of the website with a robot
14   and fictional information about the robot, including the date of
15   creation of the robot.  But it's a fictional creation.
16          THE COURT:  I see.  Okay.
17          MR. KEENER:  So, there's a series of exhibits like that
18   that we have an objection to.
19          THE COURT:  Why don't I look at what you're talking
20   about here.  Is there a copy I can borrow?
21          (Said document was tendered to the court.)
22          THE COURT:  It's a little blurry.
23          MR. KEENER:  It is blurry, but it says --
24          THE COURT:  Where should I be looking here?
25          MR. KEENER:  It says built 1980, kind of the left-hand
```

PDF created with pdfFactory trial version www.pdffactory.com

1336

```
 1          MR. ALY:  Patlabor.  P-a-t --
 2          THE COURT:  It must have been straight to video.
 3          MR. ALY:  If that.
 4          THE COURT:  If that.  Okay.
 5          MR. KEENER:  And, your Honor, I guess our concern with
 6   this and some of the other exhibits is he's not testifying about
 7   the dates being relevant because he's not testifying anyone
 8   copied from these.  It's just whether or not these pictures are
 9   out there in general sci fi.
10          So, we wouldn't have an objection to the pictures
11   themselves coming in, just not the entire exhibit with dates or
12   any testimony about when these were actually out there.
13          MR. ALY:  Judge, these dates have been -- I'm sorry to
14   speak without permission.
15          THE COURT:  Go ahead.  That's all right.  Go ahead.
16          MR. ALY:  Your Honor, in the report -- these dates are
17   all in the report, and Dr. Grindley has gone through 14 hours of
18   questioning on the dates or anything else --
19          THE COURT:  I guess I'm just not persuaded that the
20   dates are unfairly prejudicial.  I mean, it seems to me that
21   it's part of his testimony that this stuff is out here.  It's
22   been out there for a long time.  And it sounds like to me that
23   there's going to be foundational testimony from him that, you
24   know, those dates are about right.  So, that particular
25   objection is overruled.
```

PDF created with pdfFactory trial version www.pdffactory.com

1335

```
 1   in the middle under the technical specifications section.  But
 2   it's all made-up technical specifications.
 3          THE COURT:  I see what you're saying.  And so, your
 4   concern is that the jury might think that's when this was
 5   actually designed.
 6          MR. KEENER:  Right.  I mean, Mr. Grindley just searched
 7   for pictures on the Internet and found some and put those in his
 8   report.  Using this as an exhibit is prejudicial.
 9          THE COURT:  Actually, the entry says roll-out, and it
10   says -- it's hard to make out what this says.  It looks like it
11   says 1990 to 1998 AD, and they all seem to say something
12   relatively similar to that.
13          So, is there going to be any foundational testimony
14   that that's the date on which they actually were designed or
15   appeared?
16          MR. ALY:  Yes, your Honor.  Apart from the fiction,
17   this is a witness who's the science fiction expert.  So, he can
18   testify to that character in the movie appears in the movie in a
19   particular year.  I believe it's either '89 or '90.
20          THE COURT:  What movie are we talking about?  Like
21   Transformers or something?  No.  I probably displayed my
22   complete ignorance of all this.
23          MR. ALY:  I've never seen the movie.  Patlabor.  That's
24   the name on the document.
25          THE COURT:  What's the movie?
```

PDF created with pdfFactory trial version www.pdffactory.com

1337

```
 1          MR. KEENER:  The second --
 2          THE COURT:  What's the next one?
 3          MR. KEENER:  The second group of exhibits is various
 4   exhibits printed out from Wikipedia or various Wiki type web
 5   pages.
 6          THE COURT:  There's nothing from WikiLeaks, I'm hoping.
 7          MR. KEENER:  No.  But Wikipedia, Marvel Wikia,
 8   different Wikias with pictures on it, and then in the Wikipedia
 9   entries have the dates that those were used, and those are
10   the dates they're relying upon.  And so, we have a problem with
11   that.
12          THE COURT:  What about that, Mr. Aly?
13          MR. ALY:  Two things, your Honor.  Either it will be
14   personal knowledge in those cases where he has personal
15   knowledge or Rule 703 where he can rely on the materials that
16   are available.
17          THE COURT:  So, somebody's going to -- so, he's going
18   to get up here and say that people in his field can rely on the
19   accuracy of Wikipedia.
20          MR. ALY:  In the science fiction genre, they're
21   apparently different.
22          THE COURT:  You're going to need to -- you would need
23   to lay that foundation, and I'm not sure I --
24          MR. ALY:  That's fine.  To the extent we can do it
25   through personal knowledge or magazines --
```

PDF created with pdfFactory trial version www.pdffactory.com

1338

```
 1          THE COURT:  Personal knowledge is a different story.
 2   If he lays the foundation, he says, yeah, I know that this was
 3   actually used in X, and X corresponds with what's on the
 4   Wikipedia entry, I'm not sure why you'd need the Wikipedia entry
 5   in that situation.
 6          MR. ALY:  I understand.
 7          THE COURT:  It just seems to me it's just buttressing.
 8   But if he can't do that, then no.
 9          MR. ALY:  Understood.
10          MR. KEENER:  Now, your Honor, the personal knowledge
11   would be him being around when that was released, not him saying
12   I've looked into this, and in Wikipedia it says 1994.
13          THE COURT:  Well, yeah.  You'd need to know what the
14   personal knowledge is from, right.  It's not just that I
15   happened to read it in, you know, Weekly World News over the
16   weekend.
17          MR. ALY:  Right.  But, of course, it can be -- so, just
18   to be clear --
19          THE COURT:  The article about Hillary and the space
20   aliens, by the way.
21          MR. ALY:  And to be clear, if the question is something
22   like, "Did you do research to find out the date?  Yes, I did.  I
23   found out this was the date," would that be sufficient?
24          THE COURT:  Well, but then it all kind of circles back
25   to Wikipedia, and I mean, I guess, you know -- I suppose I could
```

1339

```
 1   get somebody in here to sort of confirm for me that Wikipedia
 2   has now become the equivalent of the Encyclopedia Britannica,
 3   but I seriously doubt it.
 4          MR. ALY:  There's law both ways on it.
 5          But at least that is -- how about this, your Honor?
 6   There are citations also in the Wikipedia for things like those
 7   dates.  And so, the expert can say --
 8          THE COURT:  Give me a for instance.
 9          MR. ALY:  So, for instance, the Incredible Hulk is one
10   of the images.
11          THE COURT:  That was around when I was a kid.
12          MR. ALY:  So, there's a Wikipedia entry about it, and
13   that's the Marvel dot Wikia dot com.
14          THE COURT:  Actually, that depends on how you define
15   kid, just to be clear about it.
16          MR. ALY:  No comment.
17          THE COURT:  Yeah.
18          MR. ALY:  In that particular instance, we've got a
19   magazine that's November 1974.  And so, that's what the page
20   says.  But there's also a picture of the magazine, the comic
21   book, and a citation to the comic book to confirm that, and
22   that's what the expert can add to his foundation.
23          THE COURT:  So, you said -- was all this stuff in his
24   report?
25          MR. ALY:  Yes, your Honor.
```

1340

```
 1          THE COURT:  You wouldn't have had to have questioned
 2   him about this at the deposition, but did you and what did you
 3   derive from that?
 4          MR. KEENER:  Yes.  If you recall, part of our motion in
 5   limine was his methodology, and he testified that his
 6   methodology was searching on the Internet of thousands of
 7   images, and the first couple I found that had the image showing
 8   the element I want I included in my report.
 9          THE COURT:  Right.  And I think I concluded that any
10   issue there went to weight, not admissibility.
11          MR. KEENER:  That's right, for the images.  But now I'm
12   going to -- he can show the images.  I don't want the exhibits
13   with the dates come in from Wikipedia.
14          THE COURT:  Yeah.  So, this is really a --
15          MR. KEENER:  And even if it is 703, he might be able to
16   rely on it, but that doesn't get published to the jury.
17          THE COURT:  No, no.  That's what I was going to say.
18   It's a 703 question, and 703 basically says that an expert can
19   rely on material that's not otherwise admissible in evidence
20   assuming that there's a foundation laid that experts in the
21   field would reasonably rely on these kinds of fact and data.
22   But that doesn't make the underlying exhibits automatically
23   admissible.  I have to conclude that their probative value in
24   helping the jury evaluate the opinion substantially outweighs
25   their prejudicial effect.
```

1341

```
 1          So -- and I will tell you that my general view of that
 2   is that -- I mean, first of all, just from the rule, it's the
 3   proponent that has to show that the probative value of the
 4   document, you know, in addition to the testimony, is something
 5   that substantially outweighs the prejudicial effect.  I guess
 6   I'm just not persuaded of that here.
 7          So, I don't have a problem with him testifying about
 8   this stuff, but I guess I'm just not persuaded at this point
 9   that the documents are admissible, the underlying Wikipedia
10   entries or whatever.
11          MR. KEENER:  For the record, can I said which exhibits
12   those are?
13          THE COURT:  Yes.
14          MR. KEENER:  Defendant's 353, 356, 359, 361, 362, and
15   276.
16          THE COURT:  Okay.  What's the third issue then?
17          MR. ALY:  Your Honor, may I make a request on that?
18          THE COURT:  Sure.
19          MR. ALY:  Just I want to be crystal clear on what we do
20   and make sure it's not wrong, your Honor.
21          THE COURT:  Yes.
22          MR. ALY:  If we don't show the document, but show the
23   date on there, is that the same issue in your view, or is that
24   different?
25          THE COURT:  Yes, it's the same issue.
```

1342

```
 1          MR. ALY:  Just making sure because it's part of the
 2   document.  Thank you.
 3          MR. KEENER:  And then the next group of exhibits is a
 4   various set of exhibits with just no date on them whatsoever
 5   they can ascertain the date.
 6          THE COURT:  So, again, these are things that's sort of
 7   his source material for saying this image was out there.
 8          MR. KEENER:  Images he picked off the Internet with no
 9   date on them whatsoever, and now they want to put slides up
10   there with dates.
11          THE COURT:  So, can you shed any light on this,
12   Mr. Aly?
13          MR. ALY:  That would be kind of the same analysis where
14   there is research done to find out where the images are and then
15   where the dates are for those.  That's also Internet-based
16   research primarily, but that's the kind of research he did to
17   get the date.
18          THE COURT:  So, in other words, so that the image off
19   of the Internet, I take it, Mr. Keener, does not have a date on
20   it, but the exhibit has a date on it.
21          MR. KEENER:  For this group of exhibits, there is no
22   date.
23          THE COURT:  Okay.
24          MR. KEENER:  For the demonstrative power point
25   presentation they want to show, they're showing these pictures
```

1343

```
 1   with dates on them.
 2          THE COURT:  So, the date information is going to come
 3   from testimony --
 4          MR. ALY:  That's correct.
 5          THE COURT:  -- I take it.
 6          MR. ALY:  And it was in his report.
 7          THE COURT:  The demonstrative that you're talking
 8   about, I haven't obviously.  The power point and demonstrative,
 9   that's something that you're going to use to sort of work
10   through his testimony.  You're not offering it as an exhibit.
11          MR. ALY:  Correct.
12          MR. KEENER:  But, again, it's not -- if it's 703, the
13   dates shouldn't be on there for the jury.
14          THE COURT:  Well, but it's not something that's coming
15   into evidence, and, I mean, I can -- if you can flag for me when
16   these particular images come up, I mean, I can come up with some
17   sort of a thing to tell the jury that -- I mean, you can maybe
18   draft some sort an instruction, a sentence or two, that I could
19   read at that point in time.
20          I'm not going to make them tweak the power point
21   because it sounds like that the power point is going to have
22   some foundation if his testimony is that, you know, he believes
23   that this was available as of such and such a date.
24          MR. KEENER:  Thank you, your Honor.
25          THE COURT:  Okay.  Does that cover everything?
```

1344

```
 1          MR. ALY:  That is.
 2          THE COURT:  All right.
 3   (Whereupon, the within trial was recessed to 1:25 o'clock
 4   p.m. of the same day.)
```

1345

```
 1               IN THE UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF ILLINOIS
 2                        EASTERN DIVISION
 3
 4   GAMES WORKSHOP LIMITED,        )
 5                 Plaintiff,       )   Docket No. 10 C 8103
                                    )
 6            vs.                   )
 7   CHAPTERHOUSE STUDIOS, LLC,     )   Chicago, Illinois
     et al.,                       )   June 10, 2013
 8                 Defendants.      )   1:25 p.m.
 9
10                       VOLUME 6
                   TRANSCRIPT OF PROCEEDINGS
11      BEFORE THE HONORABLE MATTHEW F. KENNELLY AND A JURY
12   APPEARANCES:
13
14   For the Plaintiff:   FOLEY & LARDNER, LLP
                          BY:  MR. JONATHAN E. MOSKIN
15                             90 Park Avenue
                               New York, New York   10017
16
17                        FOLEY & LARDNER, LLP
                          BY:  MR. JASON J. KEENER
18                             321 North Clark Street
                               Suite 2800
19                             Chicago, Illinois   60610
20
21   For the Defendant:   WINSTON & STRAWN, LLP
                          BY:  MR. IMRON T. ALY
22                             MR. BRYCE COOPER
                               MR. THOMAS KEARNEY
23                             35 West Wacker Drive
                               Chicago, Illinois   60601
24
25
```

1346

```
 1                    WINSTON & STRAWN, LLP
                   BY:  MS. JENNIFER A. GOLINVEAUX
 2                     101 California Street
                   San Francisco, California  94111
 3

 4                 MARSHALL, GERSTEIN & BORUN
                   BY:  MS. JULIANNE M. HARTZELL
 5                     233 South Wacker Drive
                       Willis Tower #6300
 6                   Chicago, Illinois   60606

 7

 8   Also Present:        MR. NICHOLAS VILLACCI

 9                        MS. GILLIAN STEVENSON

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24        LAURA M, BRENNAN - Official Court Reporter
           219 South Dearborn Street - Room 2102
25              Chicago, Illinois  60604
                      (312) 435-5785
```

1347

1  (The following proceedings were had in open court out of
2  the presence and hearing of the jury:)
3       THE COURT:  All right, we're back on the record.
4       So on the Rule 50 motion, the first argument that is
5  made, I mean, I just -- the argument about evidence of
6  likelihood of confusion, I think it really confuses likelihood
7  of confusion and actual confusion.  You know, there doesn't
8  have to be evidence of actual confusion.  The fact that it
9  wasn't offered, it's a factor but it's not dispositive.  So
10  I'm rejecting that one for that reason.
11       Let me hear -- well, I have a question about the
12  state law stuff, and we'll circle back around to that.
13       So talk to me about the amendments, Mr. Moskin, under
14  headings 2 and 3.
15       MR. MOSKIN:  2 and?
16       THE COURT:  2 and 3, and I may ask you about 4 as
17  well.
18       So 2 is about the one -- you didn't show any evidence
19  that these, you know, dozen or so terms were actually used as
20  trademarks.
21       MR. MOSKIN:  Understood.
22       I mean, these are a series of marks that have been
23  briefed in the summary judgment motions, and I can only by
24  general description cite to you some of the cases we have
25  cited.  There's a line of cases, including one -- they are

1348

1  parallel cases in New York and in the Seventh Circuit.  I
2  remember the name of the New York case, which was Time Warner
3  against Gay Toys.  There was almost the exact same case in the
4  mid-1980s here in Illinois where the Seventh Circuit held that
5  there was -- that the character, there was a name -- in Dukes
6  of Hazzard, there was a car called the Dixie racer.
7       THE COURT:  Oh, yes.
8       MR. MOSKIN:  And because the defendant before Time
9  Warner had a chance to sell anything, put its product out
10  there, that was deemed a form of trademark infringement, akin
11  to a kind of unfair competition.
12       More recently defendant itself has cited a case, the
13  Johnny Blastoff case, where before the Los Angeles Rams
14  resettled in St. Louis and had no actual use of the mark St.
15  Louis Rams, the Court said, well, we knew they were going to
16  do it, or there was sufficient evidence, sufficient public
17  association of the name, that even though they hadn't begun
18  using the mark actually in commerce, that was an example where
19  because the mark was sufficiently associated with the claimed
20  trademark owner already, it would be unfair and confusing to
21  allow the defendant to appropriate it.
22       And the cases they have cited in response in their
23  motion I looked at are two trademark trial and appeal board
24  cases.  And the jurisdiction of the trademark trial and appeal
25  board is very limited, and it does not include this sort of

1349

1  unfair competition claim.  They're limited very narrowly to
2  technical use of trademarks.  And we have never contended --
3       THE COURT:  Move on to the third --
4       MR. MOSKIN:  Originality.
5       THE COURT:  On the copyright claims.
6       MR. MOSKIN:  They start in sort of chronologically
7  with the testimony of Mr. Naismith because he testified that
8  in 1985 how he created this Space Marine figure itself as well
9  as various vehicles, that there were no -- they had no
10  references in front of him.  These things were all created out
11  of his imagination.  They did pull little references to
12  Napoleonic blanket rolls and Roman helmet designs and so
13  forth, but there were no -- there were no references they had
14  before him.
15       In just the same way, Mr. Merrett said he was there
16  at the outset.  He was working with the designers at the
17  beginning.  He knew that there were no -- they didn't have a
18  reference library.  They had nothing to look at other than
19  their own, you know, their own ingenuity to draw on.
20       And he also testified that over the course of time in
21  his role as head of IP, global head of IP, it's been his
22  responsibility to ensure that they don't copy.
23       Moreover, we have already heard testimony from Mr.
24  Villacci as part of our case and to some extent, I suppose, as
25  part of defendants' own case, that there is no evidence that

1350

1 any one of these works, that there is a reference for any one
2 of these works.  So I think you can take --
3         A jury can fairly infer from Mr. Merrett's testimony
4 that he oversees, even if he hasn't -- he actually has
5 designed a number of these.  He said he wrote the Index
6 Astartes which has almost all the icons in it.  So he is
7 actually the author of the icons.  And so he knows from his
8 personal knowledge, from his role as head of IP, that they're
9 instructed not to copy.  At the relevant time when most of
10 these things were created, he was -- there were no references
11 for them to look at.
12         And what I think defendants' argument mostly relates
13 to is that there have been some recent, you know, refinements
14 and improvements on these characters, but they're designed
15 largely, or almost all of them come from the original artwork.
16 I mean, if you go back to the --
17         THE COURT:  Okay, you have told me enough about that.
18         Then the last point, and I kind of anticipated I was
19 going to see something about this, it refers to a couple of
20 spots in Mr. Merrett's testimony where he says, no, we're not
21 making a claim based on this, and I guess I figured maybe he
22 messed up on a couple of those.  I don't know.
23         MR. MOSKIN:  Well, he said --
24         I mean, I haven't -- I only quickly read this.  I
25 know he said, for example, that he thought that the claim on

1351

1 the mycetic spore was weak.  Now, I frankly think it's quite a
2 strong claim for various reasons.
3         THE COURT:  No, no.  "Weak" I don't think they're
4 relying on here.  That would be an easy one.  I mean, I think
5 what they are relying on is that are you saying that this
6 infringes this, are you saying that you have a copyright claim
7 on this, and he said flat-out no.
8         MR. MOSKIN:  Yes.  If he said that, then I don't
9 remember.
10         THE COURT:  Well, I guess what I am going to ask you
11 to do on that is go back and look at these references.
12 There's some from him.  There's some from Mr. Jones.  The
13 things that were dropped, you don't have to deal with,
14 obviously.  We're going to deal with that in some way.  So
15 let's just table that one.
16         Mr. Aly, let me hear from you on the other two points
17 that Mr. Moskin addressed.
18         MR. ALY:  Yes, your Honor.
19         On issue number two, what Mr. Moskin talked about was
20 characters and books, and he's drawing from famous marks or
21 famous iconic figures like the Dixie and things along those
22 lines that are in the books.  If there was a foundation for
23 that level of familiarity with the name as a character per
24 such that was commonly known, that would be one thing.  But
25 the proof problem here, your Honor, is that these are just

1352

1 words in a book as it is, and there is no record that the jury
2 could find that any of these had that kind of association with
3 them.
4         That is the basis of the motion, and the cases that
5 we found said when there is races of characters or even
6 character names that are inside, unless and until much more is
7 shown, that on its own is not enough, and we believe that the
8 proof so far is --
9         THE COURT:  The fact that the Patent and Trademark
10 Office wouldn't allow trademark protection to the term
11 "Romulans," I mean, that is no more binding authority than a
12 decision by a district judge in another district, I take it,
13 right?
14         MR. ALY:  That's correct, your Honor.
15         THE COURT:  All right.
16         MR. ALY:  We're using it to inform of that particular
17 rule.
18         THE COURT:  What about the other point, the one about
19 the heading 3, the originality issue?
20         MR. ALY:  Sure.  Heading 3 on copyright and
21 originality, what I heard Mr. Moskin to say was that they did
22 not have a reference before them.  So there is no evidence in
23 the reference point.
24         THE COURT:  Right.
25         MR. ALY:  But the test is not whether they were

1353

1 slavishly copying one versus the other.  It's about
2 originality.
3         THE COURT:  But isn't it inferential, though?  In
4 other words, if the evidence is that there wasn't any prior
5 reference, then a reasonable person could infer that it was,
6 in fact, original.
7         MR. ALY:  Yes, your Honor, but the evidence was
8 otherwise.
9         Mr. Naismith, for example, there was a picture of a
10 tank.  And he said when making the Land Raider, he looked at
11 this tank image, or he knew it in his head.  He didn't put it
12 side by side to draw it out, but that's what he was thinking
13 of when he made that.  And, therefore, when it comes to
14 original features, there was no evidence that said, here's
15 what I thought was different or original over that tank.
16 That's one example.
17         He also said he had seen military emblems, logos and
18 other just things in the world that he knew of at the time
19 that he was making the design.
20         THE COURT:  Okay.  I'm going to take these under
21 advisement.  I don't know if I will rule on any of it before
22 the case goes to the jury.
23         So before I get the jury, is there anything we need
24 to take up?
25         MR. MOSKIN:  Just two things.  Would you like us to

1354

1 make a more formal submission in response to these? I mean,
2 there are additional comments I could make in response.
3        THE COURT: I would say not at this point. If I
4 think I need more, I will let you know.
5        MR. MOSKIN: The only other thing I can --
6        Oh, on that point, I will try to get, obviously, get
7 this to you as soon as possible, dealing where Mr. Merrett or
8 Mr. Jones may have acknowledged.
9        THE COURT: Yes, and let's figure that we're going to
10 talk about that tomorrow. So just look back at those
11 references.
12        MR. MOSKIN: Okay. And the one other thing I would
13 say is we don't have the electronic copy, but if you would
14 like, I can hand up the one physical copy we have here in
15 court of plaintiff's proposed jury verdict form.
16        THE COURT: Oh, okay. Does somebody have a hard copy
17 on your side?
18        MR. MOSKIN: We will get one.
19        THE COURT: Just make sure I have it this afternoon.
20 Okay.
21        MR. MOSKIN: We'll, of course, deliver the electronic
22 copy as well as soon as we get back to the office.
23        THE COURT: All right, I'm going to go get the jury.
24        (The following proceedings were had in the presence and
25 hearing of the jury:)

---

1355

Grindley - direct

1        THE COURT: Everyone can have a seat. And you can
2 call the next witness.
3        MR. COOPER: Chapterhouse calls Dr. Carl Grindley.
4        THE COURT: I think these are the exhibits from the
5 previous witness. Oh, my mistake. This one is from the
6 previous one.
7        (Witness sworn.)
8        THE COURT: Have a seat.
9        THE WITNESS: Thank you.
10 CARL J. GRINDLEY, DEFENDANTS' WITNESS, DULY SWORN
11        DIRECT EXAMINATION
12 BY MR. COOPER:
13 Q   Good afternoon, Dr. Grindley. Could you please state your
14 full name?
15 A   I'm Carl James Grindley.
16        THE COURT: Spell Grindley, if you would, please.
17        THE WITNESS: G-r-i-n-d-l-e-y.
18        THE COURT: Thanks.
19 BY MR. COOPER:
20 Q   Are you here to testify as an expert witness today?
21 A   I am.
22 Q   Will you please tell us what you were asked to do as an
23 expert in this case?
24 A   I was asked to examine claims made by Games Workshop for
25 some of their products and compare them to products made by

---

1356

Grindley - direct

1 Chapterhouse Studios.
2 Q   And what specifically were you looking for when you were
3 doing this comparison?
4 A   I was looking for shared similarities between the two sets
5 of products, and where I found shared similarities, I was
6 attempting to determine whether or not these shared
7 similarities were due to them both having a sort of origin in
8 standards of science fiction fantasy or history.
9 Q   And how did you go about determining that?
10 A   Well, I did research on the field.
11 Q   And did you rely on anything else besides research?
12 A   I relied on the knowledge that I have built up over 20 or
13 so years in teaching and publishing and writing.
14 Q   And about how long did you spend researching in this case?
15 A   About 120 hours.
16 Q   And have you reached any conclusions based on your
17 research and experience?
18 A   Yes, I have.
19 Q   Okay. And just an overview real quick, what are the main
20 conclusions you reached in this case?
21 A   I have two main conclusions: One, that Chapterhouse
22 Studios and Games Workshop products do share superficial
23 similarities, that these similarities are due to their origins
24 or their sort of shared use of standard sci-fi imagery; and
25 that once you acknowledge those shared standards, what you're

---

1357

Grindley - direct

1 left with is a lot of differences between the products that
2 really make them different expressions of the same standards.
3 Q   Before we go on, I want to ask you some questions about
4 your background to serve as an expert in this case.
5        Where do you currently work?
6 A   I work at the City University of New York.
7 Q   Could you please tell us a little bit about the City
8 University of New York?
9 A   The City University of New York is one of the United
10 States' largest research institutions. We have approximately
11 23 sort of smaller component parts spread across the five
12 boroughs and somewhere around 400,000 full-time, part-time and
13 continuing education students.
14 Q   What is your position at the city?
15 A   I'm a tenured associate professor of English.
16 Q   How long have you been there?
17 A   I began working there in August of 2004.
18 Q   What did you do professionally before that?
19 A   Before that immediately I was an assistant professor of
20 the English at the University of British Columbia in
21 Vancouver, Canada.
22        Before that I was a visiting member of the faculty at
23 Yale University, and before that I was a post-doctoral fellow
24 at the University of Victoria in British Columbia, Canada.
25 Q   What is your educational background?

1  A   I hold a Ph.D. in English language from the University of
2  Glasgow in Scotland.  I hold a master's of arts in English
3  literature from the University of Victoria, and I hold a
4  bachelor's of fine arts in creative writing from the
5  University of Victoria.
6  Q   Has your work throughout your career had any focus on any
7  specialties or areas of interest?
8  A   I tend to divide my time between a number of different
9  specialties.  So I do creative writing, I do work on medieval
10 studies, and I do work on popular culture.
11 Q   Now, those three sound like very diverse things.  How do
12 those interact with each other?
13 A   Well, the way it works is that I noticed that very few
14 people were doing popular culture work when I was beginning my
15 career, and I was able to take my sort of, I guess, hobby love
16 of pop culture from when I was a little kid and sort of blend
17 that in with the formal study of the Middle Ages and the
18 Renaissance, and I was able to sort of make -- make my own
19 thing out of it.
20 Q   Does your study of popular culture include works of
21 science fiction?
22 A   Yes, it does.  Science fiction and sort of other aspects
23 of popular culture, especially for me, medieval studies are
24 twinned together.
25      For example, if I'm going to be at a conference and

1  you see over and over again.
2       Imagine you go to, you know, a buffet restaurant and
3  you have got your plate and you're walking down the aisle and
4  you have got the roast beef and you have got the -- you know,
5  the chicken and you have got the peas and the carrots and all
6  these other things.  So you load your plate up, and, you know,
7  you have made your own individual choices, and the person next
8  to you has made their own individual choices, but you have
9  still been to the same buffet.  You have still got basically
10 the same stuff there.
11 Q   In your experience, can a certain combination of those
12 choices, can that create a somehow less standard science
13 fiction work?
14 A   Theoretically, yes.  Theoretically there can be great
15 originality, but interestingly enough, you usually end up
16 seeing people making more or less the same choices.
17 Q   Now, in your work in this case, did you look for every
18 single specific combination of design elements in the Games
19 Workshop and Chapterhouse Studios works?
20 A   No, I didn't think that was my role here.
21 Q   Why is that?
22 A   Well, what I thought would be most helpful for me to do is
23 just to be able to outline what the standards are and, you
24 know, what some of the similarities and differences between
25 the two sets of products.

1  Q   Now, thank you for that background, and I'd like to turn
2  your attention to the specific claims that Games Workshop has
3  brought in this case.
4       What were you asked to do to form an expert opinion?
5  A   Well, I was given a chart that I guess had been created by
6  Games Workshop in which they listed some of their products and
7  then some products by Chapterhouse Studios.
8  Q   Is this similar to the claims chart that we have seen
9  throughout trial?
10 A   I think it is.
11 Q   And what did you do after receiving that chart?
12 A   Well, after receiving that chart, I did some research.
13 Q   What kind of research did you do?
14 A   I relied on the knowledge that I built up over my years in
15 the field in teaching and doing research and doing
16 presentations.  I relied on research that I had conducted for
17 my own publications.
18      I also did some visits to museums and art galleries
19 in New York, and I also conducted some Internet research.
20 Q   What were you looking for in that research?
21 A   I was looking for just decent, useful, expedient sort of
22 standards of science fiction that more or less lined up with
23 the kind of things that I saw from both Chapterhouse and Games
24 Workshop.
25 Q   So did you identify any similarities between the Games

1  Workshop and Chapterhouse products?
2  A   Similarities, only --
3  Q   I'm sorry.  Before doing your research.
4  A   Before doing my research, I kind of relied on what I
5  already know just to see what I thought were common elements
6  between the two, what I considered to be important common
7  elements, and, you know, then using my background, tried to
8  determine whether or not those things were standards in
9  science fiction.
10 Q   And once you found other science fiction works to support
11 your research and opinions, what did you do with those images?
12 A   I created a third column for that claims chart, and I put
13 those images into the claims chart.
14 Q   And what was your purpose of putting those images into the
15 claim chart?
16 A   Just so that people could have a reference point so they
17 could see what, you know, another expression of that standard
18 is, just so that maybe the jury could have a little bit of
19 help with their work.
20 Q   And were these examples that you found included generally
21 the first things you found in your research?
22 A   Generally the first things that I found.
23      But the thing about the first that you find in
24 doing this sort of research is sometimes the first thing you
25 find is the thing that is very representative of that

1371

Grindley - direct

1  occur in science fiction?

2  A  No, I did not.

3  Q  So you can't say design element X shows up in exactly Y

4  percent of all science fiction works, is that right?

5  A  No, I don't think that was necessary.

6       And, again, just to use the example in front of us

7  here, if we look at this shoulder armor on, you know, the

8  Dallas' environmental space suit, if I were to try and go

9  through every single incarnation of shoulder armor just in

10  science fiction film, it would be a really daunting task, and

11  it wouldn't even be all that relevant because all, you know, I

12  am very -- really all I'm interested in is showing that that

13  standard is there.  I don't need to catalog every single

14  instance of its appearance.

15  Q  So without this sort of survey, what is your basis for

16  saying that a common design element is standard?

17  A  My basis is just my knowledge of the field.

18  Q  And just again, what was the purpose of creating this

19  third column to show to the jury here today?

20  A  I created the third column so that the jury could have a

21  reference point so they could compare for standard features

22  between Chapterhouse Studios products and Games Workshop's

23  products so they could -- so the jury could see, you know, if

24  they're looking at a certain object, what components of that

25  object are standard features and which are not.

---

1372

Grindley - direct

1  Q  Did you include all of the images you found in your

2  presentation here today?

3  A  All the images that I found during the entire course of my

4  research, no.

5  Q  Why not?

6  A  It would have -- I don't think it would have been

7  necessary.  I think one is really good enough, or two or

8  sometimes three.

9  Q  Did you bring an example of what you did in this chart you

10  created?

11  A  Yes, I did.

12  Q  Okay.  Turning to slide 4, what do we see here?

13  A  Okay.  What we see here is we see on the left-hand column,

14  which is over here, you see little robot heads made by

15  Chapterhouse Studios.

16       And I guess what you're supposed to do with these

17  little robot heads is you're supposed to use them to customize

18  Games Workshop product that you have already purchased, and in

19  this case, it's one of these little robot guys here.  So, you

20  know, if you want to make your experience of playing with

21  these toys a little more fun, I guess you don't use that head;

22  you put this head on.

23  Q  Now, does this particular product have a name for

24  Chapterhouse Studios' product?

25  A  Yes.  Number 135, alternate heads for Tau crisis suits.

---

1373

Grindley - direct

1  Q  Do you have an understanding as to whether the

2  Chapterhouse products are sold or how they are sold?

3  A  I believe that the Chapterhouse Studios products are sold

4  in an unpainted resin sort of state.  They're just little

5  plastic bits, and, you know, you take your little model paints

6  and you paint them up the best you can, and then you use them

7  on the Games Workshop figure, which I guess you also assemble

8  and paint yourself.

9  Q  When were the Games Workshop products that you see in this

10  slide released?

11  A  According to the chart provided by Games Workshop, they

12  were released between 2001 and 2005.

13  Q  So did you do a visual comparison of the Chapterhouse and

14  Games Workshop products at issue here?

15  A  Yes, I did.

16  Q  Did you find any similarities between them?

17  A  Yes, I did.

18  Q  Do you understand that Mr. Merrett testified last week

19  that these products have the same basic configuration?

20  A  Yes, I do.

21  Q  Do you agree with that level of assessment?

22  A  Yes, I do.

23  Q  What similarities do you see?

24  A  They're both robot heads.  I mean, that's obviously a

25  little bit flip, but they are robot heads.

---

1374

Grindley - direct

1       If you want to go deeper into it, we can take a look

2  here.  You can see right here and then right here and right

3  here and right here and again right here, you have some sort

4  of communications array, almost like an antenna.  And this I

5  guess would be used for the robot to be controlled by whoever

6  is controlling it.  You see it there, too.

7       The other thing that you would see on this robot head

8  is you would see the presence of what appears to be cameras

9  that the robot would use for eyes, and you can see them there

10  and you can see them here.

11       You can also tell that the robot head has -- it's got

12  some armor to protect, I guess, its delicate instrumentation

13  from whatever may happen to it.

14       You can also see that the robot head isn't quite a

15  human shape head; it's not like a C-3PO head.  It's more like

16  an actual robot.  So, yes, it does have those things in

17  common.

18  Q  Did you believe that those were standard science fiction

19  elements?

20  A  I have seen those before myself for a long time.  So, yes,

21  everything from, you know, an old Farrah Fawcett movie called

22  Saturn 3 all the way to Wall-E, you see, you know, an armored

23  robot head with little camera eyes and some sort of antenna.

24  Q  So what did you do to confirm your belief about those

25  design elements?

Grindley - direct

1375

1 A  I found a couple of images online, and I provided them in
2 that third column.
3 Q  And did you bring examples of that?
4 A  Yes, I did.
5 Q  Let's look at now what is in column 3 coming from DX-325
6 and DX-349.  Could you describe what is in the top image
7 there?
8 A  The top image there is an image from Japanese anime from
9 sometime in either the late eighties or early nineties.  There
10 were a number of these Patlabor movies made from I think from
11 '89 to '92, something like that.  And what you have got there
12 is --
13 Q  Sorry, Dr. Grindley.  I just want to ask you real quick
14 before you go on, were you aware of those movies before you
15 started this case?
16 A  Sadly, it is Japanese anime, so, yes.
17 Q  Could you describe why you chose that image to put in your
18 chart?
19 A  It's a really standard look for a robot.  It's just a
20 robot.
21 Q  And could you describe the second image in your chart?
22 A  The second image is from Palladium Books, and Palladium
23 was known in the, I guess, late seventies to sometime in the
24 late eighties for making role-playing games.  And, again, I
25 have to say that, sadly, when I was a little kid, I rolled my

Grindley - direct

1376

1 fair share of multi-sided dice.
2 Q  Now, in the design elements that you talked about earlier
3 that are shared between Chapterhouse and Games Workshop, did
4 you see those same design elements in the images you provided?
5 A  Yes, I did.  For example, it's pretty clear in this one,
6 you can see that there's a little camera eye.  You can see the
7 robot's head is armored.  It's not quite a human shape.  And
8 it's got what looks to be some sort of antenna sticking off
9 the top.
10      The same thing from down here.  You can see the kind
11 of camera eyes.  You can see the odd shape.  This one doesn't
12 have an antenna sort of in the kind of regular place.  It's
13 got kind of like a little protrusion there.
14 Q  So with that understanding about those design elements you
15 mentioned, what do you see when you compare the Chapterhouse
16 and Games Workshop products at issue in 135?
17 A  Well, once we have recognized that there are standard
18 images for, you know, the design of a robot head in science
19 fiction, once we have kind of recognized that, then we can
20 start moving on to the differences in terms of expression of
21 this standard.
22 Q  Did you see differences between these two products?
23 A  Yes.  I can go through some of these.
24 Q  Please do.
25 A  Okay.  The most obvious one is the orientation of the

Grindley - direct

1377

1 cameras that the robot uses for eyes for its stereo vision.
2      You can see in the Chapterhouse Studios, the eyes are
3 oriented vertically in an up and down sort of manner there.
4 Here the eyes are oriented side by side, horizontally.
5      You can also see that there's a difference in the
6 shape of the head.  This is very much sort of an up-and-down
7 head.  This is more squat and sort of sideways.
8      You can also see, if you look carefully enough, that
9 the armor plating for the robot head juts out further over the
10 sensory array here than it does over here.
11      You can see a similar sort of thing in this picture,
12 too.  You can see the armor sticks out further.
13      You can also see that, you know, there are different
14 arrangements for these antennas or even different shapes to
15 them.  So the antenna in the Games Workshop product, it's kind
16 of long and straight.  The antenna in the Chapterhouse
17 Studios, it's shorter and in different shape.
18 Q  Now, these details that you have described, do you
19 consider that that is nit-picking a little bit, Doctor?
20 A  Well, once you acknowledge that there are certain
21 standards you're going to see when someone designs a robot
22 head, then all you're really left with are these sort of
23 details in how that concept of robot head is individually
24 expressed.  These are both --
25 Q  And --

Grindley - direct

1378

1 A  I'll just sort of --
2      I don't mean to ramble, but these are basically, you
3 know, two different expressions of the same kind of standard
4 concept of robot head.
5 Q  Now, do you understand whether there are any other
6 Chapterhouse products compatible with Games Workshop Tau
7 heads that are accused in this case?
8 A  Yes, I do.
9 Q  During the course of your investigation, did you examine
10 product 136, the alternative heads for Tau crisis suits, set
11 number two?
12 A  Yes, I did.
13 Q  Is your opinion the same with respect to product 136 as it
14 is to 135?
15 A  Yes, it is.
16 Q  Did you undertake this analysis for more accused products
17 in this case?
18 A  Yes, I did.
19 Q  Okay.  Take a look at the next image.  What do you see in
20 the first two columns?
21 A  Well, in the first two columns, in the left column I see a
22 little gun kit made by Chapterhouse Studios.
23      In the middle column, I can see some drawings made by
24 Games Workshop.  And both of these are of some sort of
25 futuristic energy weapon.

1379

1  Q   What is the name of product accused in this claim?
2  A   Hot shot lasgun pack.
3  Q   And that's product 128?
4  A   That's product 128, yes.
5  Q   Now, when you --
6         Do you have an understanding of what design elements
7  that Games Workshop believes are at issue here in the hot shot
8  lasgun pack?
9  A   Yes.  I believe it's the angled sort of muzzle tip there,
10 what we would, you know, best call like a muzzle brake.
11 Q   Does the Chapterhouse product have an angled muzzle?
12 A   It does.  It's not really a muzzle; it's a muzzle brake.
13 Q   Muzzle brake.
14 A   Muzzle brake.  It's got an angled muzzle brake right
15 there.
16 Q   So would that be a similarity between the two?
17 A   That would be a similarity between the two.
18         In real life what a muzzle brake is used for is to
19 deflect hot gases from projectile weapons.
20         Either of these I don't think are projectile weapons,
21 but it's still an example of one of these things where science
22 fiction picks up kind of influences from the real world.  So,
23 you know, it borrows from actual, you know, real life weapons
24 even though that borrowing might not be appropriate because
25 you're firing, you know, blasts of energy rather than

1381

1  playing Duck Hunt back in the eighties, this was what you were
2  blasting away at with your t.v. set and your Nintendo
3  entertainment system.
4  Q   And why did you include these images in your chart?
5  A   Well, I included them to show that, yes, you know, there
6  is this slanted muzzle on these, but also just to, you know,
7  remind people of the 1980s and that, you know, this is
8  something that I think was fairly common.  And I know I had
9  one.
10 Q   Now, are you able to tell us exactly what percentage of
11 sci-fi guns have an angled muzzle brake in them?
12 A   No, I'm not.
13 Q   But what is your ultimate conclusion about that particular
14 design element?
15 A   To me that particular design element is just one of those
16 standard features that, when someone is designing a sci-fi
17 weapon, they can include as part of the design.
18 Q   Aside from the angled gun nozzle, were there any other
19 similarities that you identified between the Chapterhouse and
20 Games Workshop products?
21 A   Oh, yes.
22 Q   Could you tell us what that is?
23 A   Absolutely.  Let's go through these things.
24         Okay.  First of all, both of these products have a
25 cable that provides energy to the weapon that goes from the

1380

1  projectiles powered by a gas explosion.
2  Q   Based on your experience when you recognized that
3  similarity, did you believe that an angled muzzle brake was a
4  standard science fiction design element?
5  A   Yes, I did.
6  Q   Did you do research for other works to confirm that
7  belief?
8  A   Yes, I did.
9  Q   And what did your research reveal?
10 A   I found some metal miniatures back from the 1980s.
11 Q   And is that what is referenced in the third column from
12 DX-344?
13 A   Yes.  And you can see on these they have got the angled
14 tips.  And again, you know, this is just an example of science
15 fiction borrowing from the real world.
16 Q   Did you include any other examples of this design element?
17 A   Yes, I did.
18 Q   Can we take a look at the next slide?
19         Could you describe what is in your third column now
20 which come from DX-343 and DX 339?
21 A   The top image is from Palladium Books, which I said before
22 was a role-playing game company.  And this is an illustration
23 of one of the weapons for their system.
24         The bottom image, I think -- well, I hope everyone
25 recognizes, it's the Nintendo Zapper.  You know, if you were

1382

1  gun itself into the powered pack.  And, of course, both of
2  these weapons, you know, have a power pack.
3  Q   Is that a design element that you considered standard in
4  science fiction for guns?
5  A   Yes, absolutely.
6         And in my opinion, you know, these all date back to
7  the design of maybe like the M2 Flamethrower from the Second
8  World War which had this backpack and the nozzle and, you
9  know, the cables.
10        And you can see that in all kind of films, including
11 The Thing they even used that.
12 Q   Did you include any works that you found in your research
13 showing that similarity?  Did you bring them with you today?
14 A   No, I don't think I did.
15 Q   Any pictures of a --
16 A   Oh, yes, I did.  I did bring more stuff.
17 Q   Okay.  Column number 3 now has an image from DX-299.  Do
18 you recognize that?
19 A   Yes, I do.
20 Q   And could you describe why you included that image in your
21 chart?
22 A   That's a cover from Analog Science Fiction magazine from
23 the 1970s.  And in this particular magazine, what you can see
24 is you can see that there's a soldier here.  He's got his
25 backpack.  He's got his energy weapon.  It's got a little

Grindley - direct

1383

1 cable connecting it.

2 Q   Did you include any other images?

3 A   Yes, I did.

4 Q   Now, looking at column 3, which has an image from DX-321,

5 can you explain why you included that one?

6 A   Yes.  That's our good old friend, GI Joe.  And in this

7 particular GI Joe, which comes again from the 1970s -- I wish

8 I had one here because then we could all play our GI Joes with

9 all of our little other action figures.

10         But this one, he's got his energy weapon here.  It's

11 connected by a cable to his backpack.  So it just sort of

12 shows the common nature of that standard weapon arrangement.

13 Q   With your understanding of those standard elements that

14 you described, what do you see when you look at the

15 Chapterhouse and Games Workshop products?

16 A   Okay.  Well, once I actually, you know, recognized the

17 sort of most -- the standard features of this sort of weapon,

18 then I can start to look at the differences between them.

19 And --

20 Q   Could you explain what those difference are that you see?

21 A   Sorry.  I'm just really eager.  This is fun.

22         Okay.  So, for example, if you look at this, you can

23 see the cabling attaches to where sort of a removable magazine

24 would be if this was an actual, you know, real weapon whereas

25 on Games Workshop's product, you can see the cable attaches to

Grindley - direct

1384

1 the pistol grip of the weapon.

2         If you look at, you know, the backpack, you can see

3 that it almost looks like a lunch box really, and it's got a

4 handle on the top.

5         If you look over at the Games Workshop version of the

6 backpack, it ends with this weird canister thing, which to me

7 looks almost like a German World War I or World War II gas

8 mask canister.

9         You can also see some important differences between

10 the two weapons themselves.  For example, the Games Workshop

11 item has a scope on the top, you know, that sticks out like

12 this.  I can't see a scope here.

13         The Games Workshop's stock to me really closely

14 resembles a German MG42 machine gun, as does the pistol grip

15 here, whereas the stock on the Chapterhouse Studios product

16 doesn't really resemble it, and the pistol grip certainly

17 doesn't.

18         Another small detail which is kind of a little bit

19 difficult to see at this distance -- it's fairly clear in

20 front of me -- would be that there's, oddly enough, there's a

21 magazine sticking out the right-hand side, although why it

22 would need a magazine if it's being powered externally, I

23 don't quite know.

24         And, also, there's a feed tube you can see underneath

25 this weapon.  Now, this kind of feed tube is something you

Grindley - direct

1385

1 might see on like, you know, your trusty old Remington 780

2 Express shotgun.  It's where in a shotgun the shells would be

3 before being loaded into the receiver, and that doesn't -- and

4 that's not sticking out there.

5         Even like the length of the barrels is different.

6         So to me there's a lot of differences between these

7 two products that clearly separate them once we know what the

8 standard features of both of them are.

9 Q   Are there any other Chapterhouse power pack products that

10 are accused in this case that you examined?

11 A   Yes, there are.

12 Q   And are you referring to product 158?

13 A   Yes, I am.

14 Q   And is your opinion with regards to product 158 the same

15 as 128?

16 A   Yes, it is.

17 Q   Looking at the next product here, could you describe what

18 Chapterhouse product is accused?

19 A   Okay.  This will take a little bit of explaining to do.

20 What this is, is this is a conversion kit, and what a

21 conversion kit is, it's a number of extra little parts that

22 you have that you can use to customize a product that you have

23 already bought by Games Workshop.

24         So here is one of these little dudes here.  And, you

25 know, say, you're not happy with the shape of his backpack,

Grindley - direct

1386

1 you can buy this kit with all these different parts in it and

2 you can put a different backpack on him, I guess, to customize

3 him and to make your experience a little bit happier.

4 Q   And this is the product 126, TRU-Scale Knights Praetorius

5 conversion kit, is that right?

6 A   That's what it's called, yes.

7 Q   Now, did you analyze each --

8         There are multiple parts here, right?

9 A   There are multiple parts.

10 Q   So did you analyze each of them individually?

11 A   Yes, I did.

12 Q   Can we take a look at the backpack products first?  Did

13 you identify any similarities between the two products?

14 A   Yes, I did.

15 Q   What were they?

16 A   Well, they're both, you know, power packs that would

17 provide energy for, you know, energy weapons or whatever and

18 also to help the characters to make some kind of flight, I

19 guess.

20 Q   Do you believe this was a standard element in science

21 fiction?

22 A   Yes, I did.

23 Q   Did you research other futuristic soldiers to confirm that

24 belief?

25 A   Yes, I did.

1   A   Well, one side acknowledged that there are standards that
2   you have to have because of human anatomy or standards that
3   have existed for the last couple of thousand years in terms of
4   actual armor.  Then I'm left with the differences between the
5   two products.
6   Q   And what differences do you see here?
7   A   Well, let's go through a number of them.
8       First of all, if we look at the shape of that, it's
9   not really a cutout because these aren't actually stomach
10  muscles.  This is just, you know, decorative features.  And,
11  like I said earlier, you could see these decorative features
12  in the armor of Rome.  But if you look at the shape of this,
13  you know, cutout, you can see that it's more oval in the
14  Chapterhouse Studios product.  It's more circular in the Games
15  Workshop product.
16      You can see the Games Workshop product has
17  significantly more detailing on the chest.  You can see this
18  almost like a bandolier with these little details.  And you
19  can see that that detail is even reproduced in the belt.
20  There's these little horizontal notches.
21      The belt in one has that skull motif.  You know, here
22  it has a sort of a -- kind of like an inset kind of motif.  It
23  looks like it's excised.
24      Here you can see that on this abdominal cutout it
25  almost looks like the radiating fins from an old, you know, an

1   A   These ones are I guess what you'd call oversized, so
2   they -- you know, in the -- we can't tell right now because
3   they're not in the context of the model, but in the context of
4   the model they extend sort of further down the bicep than you
5   would typically see in other examples of shoulder armor.
6   Q   Do you believe that the oversized shoulder pads were a
7   design element that was standard in science fiction?
8   A   Yes.  Not only science fiction but also fantasy.
9   Q   And did you do research to confirm that belief?
10  A   Yes, I did.
11  Q   Did you compile some images that you found onto your
12  chart?
13  A   Yes, I did.
14  Q   Let's take a look at the next slide with images from DX
15  301, DX 313, DX 317, DX 300 and DX 320.
16      Now, Dr. Grindley, what was your point in compiling
17  the images in this chart?
18  A   I just wanted to show the ubiquity of shoulder armor in
19  everything from real honest to goodness, you know, medieval
20  and Renaissance armor all the way up to, you know,
21  contemporary films like Star Wars and Alien, and also to, you
22  know, comic books and book covers, so crossing a really wide
23  spectrum of popular culture that, you know, this kind of
24  shoulder armor is just something you're going to see.
25  Q   Do the shoulder armor that you included here from other

1   old airplane motor, one of those exposed ones.  Here it looks
2   more like the traditional stomach muscles that you'd see in
3   Roman armor.
4       You also see that there's more levels of detail on
5   this one.  This one's got the skull motif here.
6       You can see that the hole for the neck is cut out
7   differently on the Games Workshop products than on the
8   Chapterhouse products.  See this way this guard that would go
9   to protect your neck from being, you know, severed goes all
10  the way around.  Whereas this one it's notched out on the
11  front in both of the products.
12      So you can see there's actually a number of detailed
13  differences between these two things, which, you know,
14  there -- obviously they're the same -- you know, using the
15  same standard of torso armor, but they are expressing that
16  standard in much different ways.
17  Q   Thank you.
18      And now let's take a look at the final thing in this
19  product, which is the shoulder pads.  Did you identify
20  similarities between the Chapterhouse and Games Workshop
21  shoulder pads?
22  A   Yes, I did.
23  Q   Could you describe what they are?
24  A   Well, they're both examples of shoulder armor.
25  Q   Do they have any particular size to them?

1   works, do they have a particular general size that you would
2   describe?
3   A   Some of them are oversized.  You know, like obviously this
4   is oversized because it's actually resting on top of a smaller
5   plate.  This is something that one would use in a jousting
6   context.  You can see that one, you know, of my favorite ones
7   here from Alien, you can see that's oversized.  You know, the
8   Michael Devlin character from Earth 88194, you can see that's
9   oversized.
10      But I just wanted to show that, you know, these
11  things were just a standard image that you might get.
12      There were more images I wanted to find, but I
13  just -- to tell you the truth, my DVD was scratched so I
14  couldn't get a bunch of them.
15  Q   Now, do any of these science fiction shoulder pads from
16  other sources that you've shown, do they have the exact same
17  size and shape as the Games Workshop shoulder pad?
18  A   No, they don't.
19  Q   So with that understanding about oversized shoulder pads,
20  what is your opinion with respect to the differences between
21  the two products?
22  A   Well, once we've, you know, acknowledged that these are
23  oversized elements of shoulder armor, then we can actually
24  examine the differences between the two of them.  And for
25  example, we started at these two here.  You can see there's a

1 superficial resemblance. They've both got some kind of
2 nubbins on them, but you can see on the Games Workshop piece
3 they're rounded, there's not that many of them. Over on the
4 Chapterhouse Studios side you can see there's spikes, and
5 there's lots of them.
6      On the other one here you can see that there is kind
7 of a -- kind of like a rope banding around the bottom edge.
8 And I've actually seen this rope banding in real life on
9 medieval armor. It's something that typically you might see
10 if you go to one of these armories and see these real suits.
11      On the right, on Games Workshop you can see it's a
12 lot plainer, but it's got, I guess, a place here where they
13 can get, I don't know, maybe a unit number or something else
14 that you, you know, can affix a sticker to or you can paint to
15 decorate it.
16      So, you know, there's a lot of differences between
17 the two.
18      I have to say I don't know if these things are
19 exactly to scale to each other. And I would have liked to
20 have been able to compare exactly what the dimensions are.
21 The way these are presented, it does look like they have
22 different profiles, but I can't be sure because I didn't
23 physically examine these things because I was only working
24 from the claims chart.
25 Q   You understand that there are a lot of shoulder pads at

1 issue in this case, right?
2 A   There are tons of shoulder pads at issue in this case.
3 Q   And you understand that there's detailing on all of them?
4 A   There is detailing on all of them. There's even detailing
5 in them and around them and a bunch of stuff, yes.
6 Q   So and we're not going to go through every shoulder pad in
7 the case but --
8 A   Please, no.
9 Q   But is it your opinion that you should do this sort of
10 analysis for each shoulder pad in order to determine -- in
11 order to come to an opinion?
12 A   Yeah. I think that, you know, a careful comparison of
13 every single one is probably necessary, but I think it would
14 probably also result in the same conclusion, that although
15 these things bear a superficial resemblance because they're
16 both oversized elements of shoulder armor, when you examine
17 them up close, you know, you're going to see differences
18 between them.
19      And right now what we're looking at too is we're
20 looking at ones that are cherry picked to be as similar as
21 possible. You know, we're actually going out of our way to
22 choose ones that are as close together as we can find.
23 Whereas, you know, if you were actually conducting a whole
24 scale comparison between the entire lines of both companies'
25 shoulder pads, you know, are we comparing this to this or are

1 we comparing this to this or, you know, how are we doing our
2 comparison. So I think that if you went through it all, you
3 would reach the same conclusion that, yes, you know, they're
4 both shoulder pads, but I think they're different expressions
5 of that same standard.
6 Q   Now, taking a look back, because there are many pieces in
7 this product, could you tell us what your ultimate conclusion
8 was for product 126?
9 A   My ultimate conclusion for product 126 is that we have a
10 bunch of standards here. We have this leg standard. We have
11 the shoulder armor standard. We have the curasis, you know,
12 we have the torso arm standard. But we have the power pack
13 standard. And once we acknowledge that, you know, these are
14 science fiction standards, once we acknowledge that, then we
15 are left with a host of differences between those two
16 individual sets of products that really make them different
17 expressions.
18 Q   Now, do you understand that there are other TRU-Scale
19 Knights Praetorius products at issue in this case, including
20 product 143?
21 A   Yes, I do.
22 Q   And do you have the same opinion for that product as
23 you've just described for 126?
24 A   Yes, I do.
25 Q   Now, we talked about how there are a number of shoulder

1 pads, and would you agree that these are something of a
2 generally ovular or ovoid shape?
3 A   Yes.
4 Q   Okay. And you understand that there are some shoulder
5 pads at issue in this case that have a generally different
6 shape than ovular?
7 A   Yes.
8 Q   Okay. Did you look at those as well?
9 A   Yes.
10 Q   Let's take a look at a comparison from PX 1021, which is
11 the claims chart, and this is for product 140, Heresy-Era
12 shoulder pads for Terminator Type C. Did you do a comparison
13 of these two pieces or works here?
14 A   Sorry. Excuse me for one second.
15 Q   Of course.
16 A   Okay. Yes, I did compare Heresy-Era shoulder pads for
17 Terminators Type C.
18 Q   And could you describe what is on the slide right now?
19 A   On the slide, in the left-hand column is a Chapterhouse
20 Studios product, which is, you know, one of these little --
21 little shoulder pads, and in the right-hand column is a
22 drawing, I guess, from one of Games Workshop's publications.
23 Q   Did you identify any similarities between these two works?
24 A   You know, to tell you -- you know, the only real
25 resemblance to me is that they're both sort of alluding to the

1 armor of Rome.

2 Q   And when you looked at them, do you see any differences?

3 A   Pretty much all I see are differences.

4 Q   Do you understand that Mr. Merrett testified that he

5 believed these products were similar because they have two big

6 armor plates and hanging leather straps?

7 A   I don't even think that that's actually an accurate

8 characterization of what we're looking at.

9 Q   Could you describe what you believe is different between

10 these two?

11 A   Okay.  On the left-hand side figure here, it's obviously

12 not two metal plates.  We can see there are one, two, three

13 overlapping plates on the top portion of the armor and

14 presumably at least two, probably three or more overlapping

15 plates on the bottom part of the armor.

16      You can see in the Chapterhouse Studios product it

17 looks like it's been painted to be leather straps with little

18 iron rivets, you know, one at the top and one at the bottom of

19 each strap.  Whereas you can see on the Games Workshop

20 drawing, to me, and it looks like these are cloth -- these are

21 fabric straps with maybe little buckle endings, you can see on

22 the Games Workshop drawing that it's got elaborate decoration

23 ranging from this sort of central motif in a rosette to, you

24 know, what might be, I don't know, sort of like a golden sort

25 of detailing on the side there.  And that -- I mean, this is

1 also colored gold, but it's just, you know, plain rivets in

2 a -- sort of banding as if it's almost structural.

3      You can see on the Games Workshop product that it's

4 got a very, very circular profile and then a scalloped edge.

5 So it's like a rounded edge here.  Whereas over on the

6 Chapterhouse Studios it's very angular.  It's almost like the

7 letter L here.

8      You can also see that these two plates in the Games

9 Workshop drawing are stacked one on top of each other almost

10 like the tiles in like a Spanish roof.  Whereas here you can

11 see that the two plates are -- or two collections of plates

12 are very different shapes.  So this bottom one in the

13 Chapterhouse Studios sticks out quite far.  You know, it's got

14 a different profile edge than the top plate.  To me these two

15 things don't resemble each other even superficially.

16 Q   Did you analyze any other products at issue in this case?

17 A   Yes, I did.

18 Q   Let's take a look at product 130, the magnetic turret kit

19 for Storm Raven.  Could you describe what you see in this part

20 or the claims chart?

21 A   Okay.  What I see in this part of the claims chart is on

22 the left-hand column there's a Chapterhouse Studios I guess we

23 don't call it a conversion kit.  I guess we call it like a

24 turret kit for a Games Workshop vehicle.  And I guess the

25 thing's called a Storm Raven.  And you can see part of the

1 detail of the Storm Raven right here.

2      Now, when you build your Storm Raven, as I

3 understand, you've got this little piece here that's going to

4 be sort of fixed in position.  And some people, I guess, when

5 they have this toy, they want to customize it so they can have

6 more fun with it, so what they do is they get this add-on

7 part, and what it is, is it's kind of -- I think it's kind of

8 clever now that I know how it works.  It's got a little magnet

9 on the base here, so you can turn it and you can swap it in or

10 swap it off, and it's got a little turret.  And that turret

11 itself actually has these guns, but these guns also have

12 magnets, so you can change the guns on the turret.  So it's

13 kind of, I think, a lot -- I think -- if I played this stuff,

14 which I don't, but if I did, it would be the kind of thing I'd

15 be interested in getting.

16 Q   And so there are several different weapons in this kit

17 that Chapterhouse sells; is that right?

18 A   That's correct.

19 Q   Did you look at them individually?

20 A   Yes, I did.

21 Q   Taking a look at this slide, did you see any similarities

22 between the Chapterhouse and Games Workshop pieces here?

23 A   Yes, I did.

24 Q   And what were they?

25 A   The main similarity that I saw is they both contain

1 multi-barreled weapons.

2 Q   And did you find that a common element?

3 A   Yes, indeed it is.

4 Q   Did you include any other works or images that would

5 express that?

6 A   Yes, I did.

7 Q   Taking a look at your third column now, which is from DX

8 298 and DX 346, could you describe what we're looking at here?

9 A   What you're looking at is actually real-life weapons.

10 These are real-life mini-guns, which are, you know, projectile

11 weapons with rotating barrels.  And you can see ones in

12 service up here, and you can see one down here from the movie

13 Predator that had Arnold Schwarzenegger and Billy D. Williams

14 in it and a bunch of cool people, and you can see the

15 character is using the mini-gun, you know, firing it from the

16 hip, like that would ever work.  The barrels are spinning, and

17 the projectiles are coming out.

18 Q   What is your purpose of including these images in your

19 chart?

20 A   I wanted to show that, you know, not only are, you know,

21 the idea of multiple-barreled weapons kind of a standard in

22 science fiction, they're a standard in real life.  And, again,

23 it's a case where science fiction borrows from the real world

24 in order to kind of populate its own standards.

25      And, indeed, you know, multi-barreled weapons have

1 been around since, you know, the mid-1800 with the first
2 hand-cranked Gatling guns.
3 Q  Now, did you include every instance that you could find in
4 history of a multi-barreled weapon in your chart?
5 A  No.  No.  I didn't.
6     And, again, I'm -- you know, maybe it's the wrong
7 thing; maybe it's the right thing.  I don't know.  I'm
8 assuming that sort of like people would know of the existence
9 of Gatling guns and be able to once, you know, shown one
10 example or two examples, be able to say, yeah, you know,
11 they're Gatling guns.  They've been around.
12 Q  What is the basis of your understanding personally?
13 A  My personal understanding is that, you know, I saw
14 Predator at the theater when I was a kid because, you know, I
15 had a best friend whose parents were divorced, so every Friday
16 night we got to go out with divorced dad and see movies we
17 probably didn't need to see because we were too young to see
18 them, and those were some of the experiences that hooked me on
19 science fiction.  So when I see these things now, I recognize
20 what they are, and I've grown up watching all these films, and
21 I keep watching them today and teaching them today.
22 Q  So if you take a look now with that understanding at the
23 Chapterhouse and Games Workshop products, did you identify any
24 differences?
25 A  Yes, I did.

1 Q  What are they?
2 A  Okay.  There's a couple of really big ones that we'll get
3 to right off the bat.
4     Okay.  Number one, this product here, it doesn't
5 turn.  It's not an actual like -- I mean, it's a weapons
6 placement, but it's not like a spinning turret.  This one
7 here, it's a turning turret.
8     This one here, you can see there's like a little
9 cockpit, so there's a little dude in there who operates these
10 guns.  This one, it's, you know, robotically controlled, and
11 you can see there's some kind of sensor array there.  It's not
12 sculpted like a camera, so I don't think it's a camera.  I
13 think it's probably more like a sonar, you know, kind of
14 sensor array thing there for aiming.
15     You can also see that there's differences in the
16 armor around the weapons.  You can see that in the Games
17 Workshop product the entire upper and lower receiver of the
18 weapon, you know, the part where, if it were a projectile
19 weapon, where the projectiles would feed into and be ejected
20 from, is covered by an armored shrouding.  Whereas the armored
21 shrouding on the Chapterhouse Studios product, it's a lot
22 different, and it's got that scalloped sort of -- or not
23 scalloped.  It's got like an L-shaped edge there, and it
24 exposes part of the weapon's receiver there.
25 Q  Now, again I see that these images are taken from PX 1021.

1 And is that the claim chart that we're familiar with in this
2 case?
3 A  Yes, it is.
4 Q  And you personally reviewed all of the images in the claim
5 chart?
6 A  Yes, I did.
7 Q  Now, for -- we'll take this product, for instance.  Were
8 there multiple images in the claim chart for that product?
9 A  Yes, there were.
10 Q  But you haven't shown every single image in the claim
11 chart in your analysis here, right?
12 A  No.  No, I have not.
13 Q  But did you look at them yourself in your analysis?
14 A  Yes, I did.
15 Q  And do any of the other images in the claim chart change
16 your opinion in any way?
17 A  No, they don't.
18 Q  So what is your ultimate conclusion about this product
19 130, magnetic turret kit for Storm Raven, considering the
20 design elements you've discussed so far?
21 A  Considering the design elements that I've discussed so
22 far, my ultimate conclusion is that, you know, they're both
23 weapons placements for some sort of armored vehicle.  And
24 beyond that, they're just greatly different expressions of
25 that standard of, you know, a weapons placement.

1     And, you know, you think about like, you know, the
2 old World War II bombers with their little Plexiglass domes
3 with their guns or, you know, and the Millennium Falcon when
4 they're shooting down Thai Fighters, all their weapons
5 placements.  You know, all of these kind of vehicles all the
6 way up to modern tanks will have these -- or ships will have
7 these weapons placements, and they just differ in terms of how
8 they're expressed.
9 Q  Let's take a look at product No. 132, which is the open
10 fisted power claws.  Could you describe what you see in this
11 part of the claim chart?
12 A  Okay.  What I see in the left-hand column is a character's
13 arm for, you know, one of the little dudes that Games Workshop
14 makes.  And this arm, it's armored, and it's got a couple of
15 claws on it.  In the right-hand column I see another armored
16 arm for Games Workshop.  Only this one's made by Games
17 Workshop, and it too has sort of claws on it.
18 Q  Did you identify any similarities between these two
19 pieces?
20 A  Oh, yes, I did, a great number of them.
21 Q  Could you describe what they are?
22 A  Sure.
23     Okay.  First of all, these are both armored arms.
24 This part is pretty obvious.  They've both got cabling that
25 provides either hydraulic or electric or some kind of spacey

---

1411

1  power to the claw apparatus.  You can also see they've both
2  got claws.  They've both got some sort of, you know, elbow
3  articulation.  And they've both got some sort of piston
4  because I guess these claws are really, really heavy, so
5  you've got to have some sort of mechanical hydraulic help to
6  try and raise and lower your arm.
7       So they do have, you know, these shared elements.
8  Q  And focusing first on power claws, did you find the
9  existence of power claws a standard element in science
10 fiction?
11 A  Claws are pretty common whether it's science fiction or
12 fantasy or whatnot.  There's a lot of things where you've got
13 claws.
14 Q  Did you bring any other examples of that?
15 A  Yes, I did.
16 Q  If we look at your third column, it has DX 353.  Could you
17 explain what that image is and why you included it in your
18 chart?
19 A  I'm assuming actually a lot of people are going to
20 recognize this.  This is our friend Wolverine from Marvel
21 Comics, and this is -- he's fighting The Hulk.  This is back
22 in the days when The Hulk actually fought against other cool
23 superheroes.  This is back in the 70s.
24 Q  And do you personally know why this was -- how do you know
25 that was from back in the 70s?

---

1420

1  Q  Now, with your understanding of the design elements that
2  you've described so far, what do you see when you compare the
3  Games Workshop and Chapterhouse pieces at issue in this
4  product?
5  A  Well, once I'd, you know, gotten over the talons and the
6  bat wings and the weird shaped heads -- and, of course, you
7  know, we have to remember these two bodies are exactly the
8  same because they're both Games Workshop products.  Once we
9  get over the kind of standard shared features, then we can
10 look at the differences between -- between these two -- these
11 two designs.
12 Q  What differences do you see?
13 A  Okay.  Well, let's do a couple of really obvious ones
14 first.
15      Okay.  Can you see this sort of thing right here?
16 This sort of thing right here isn't a feature of the wing.
17 It's actually the rear claw of this creature's leg.  All
18 right.  So there's the thigh.  There's the shin.  And it's got
19 these -- this massive backwards facing claw and then a smaller
20 claw here.  If you look at the Chapterhouse Studios part, you
21 can see, and this is kind of weird, the anatomy is
22 substantially different in that there's a thigh, there's a
23 shin, and there's like another shin and then there's a
24 foot, and it ends in three equally sized claws.
25      You can also see a difference in the wing design.

---

1421

1  You can see that in the Games Workshop wing there's a membrane
2  for that thumb finger.  There's no membrane in the
3  Chapterhouse Studios one for that thumb finger.  You can see
4  there's a different level of tautness and of scalloping of the
5  modeling for the actual membrane between the wing fingers.
6  You can see that.  You can also see that that bottom membrane
7  stretches considerably further down than it does in the
8  Chapterhouse Studios product.  You can also see, although it's
9  kind of difficult from this angle, you can see the head is
10 modeled a lot differently between the two.
11 Q  Dr. Grindley, why do you think it's necessary to analyze
12 that in the kind of level of detail you just described there?
13 A  I think it's necessary because once we rule out -- or not
14 rule out.  Once we acknowledge that, you know, bat wings are
15 bat wings and clawed legs are clawed legs, I think once we
16 acknowledge that, then all we're really left with are these
17 differences.
18      And actually, you know, when I look at this, I think,
19 you know, it would be kind of cool to have -- you know, buy
20 two of the Games Workshop ones and then get the parts because
21 it looks like they're like totally separate animals.
22 Q  Take a look at product 134, which is the Pilum Imperial
23 attack jetbike from the claims chart.  Could you describe what
24 we're looking at in this slide?
25 A  Yeah.  What we looking at in the left-hand column is we're

---

1422

1  looking at -- this is one of these combination parts where --
2  I think this was described earlier, that the legs and the arms
3  and the bike are made by Chapterhouse, and the little torso
4  and the head are made by Games Workshop, and this is -- you
5  know, so this is their jetbike.  And then, you know, here's an
6  equivalent jetbike product from Games Workshop, and it's got a
7  little guy on it, and he's also on his bike.
8  Q  Did you identify any similarities between these two
9  products when you analyzed them?
10 A  Well, I mean, they're both jetbikes, and they both got --
11 they both have a single seat, and they both got a guy on them,
12 and they both have what appears to be built-in weaponry on
13 them.
14 Q  Did you identify any differences between them?
15 A  Yes, I did.
16 Q  Could you describe those?
17 A  Sure.
18      Let's start off with the obvious.  This one has
19 wheels.  This one there's no wheels.  That's an obvious one.
20      Another obvious one is you can see the weapons in
21 this particular one.  You can see them right here, and then
22 you can kind of see it right here.  They're front mounted.
23 Whereas the weapons right here are rear mounted.  You can see
24 them right there at the back of the bike.
25      You can also see that in the Games Workshop product

1  there's no stabilizing fin in the back. Whereas on the
2  Chapterhouse Studios one there is a fin right here.
3        You can see also that, you know, this particular one
4  has, you know, I can't remember how it was described earlier,
5  but, you know, that was the artist talking. To me, as someone
6  who looks at art, to me this looks more like a cow catcher
7  from a steam locomotive, you know, and this one has the front
8  wheel.
9        I was kind of reassured earlier to hear that, you
10  know, the Honda V-1000 was a possible inspiration because I
11  was going to say that in that you can see the gas tank here,
12  and then you can actually see that flat, you know, split six
13  that's on those big V-1000s made by Honda.
14        You can see that the stance of the rider is a little
15  bit different. This one it's kind of sitting up and begging
16  like an American highway cruiser. Whereas this one it's more
17  like a cafe kind of style where his legs are leaning backwards
18  and he's sort of grabbing flat bars.
19        I think there's a number of important differences
20  between these two things, and, you know, yeah, they're both
21  jetbikes, but I think they're completely different versions of
22  the jetbike.
23  Q  Do you understand Games Workshop has listed another of its
24  works in the claims chart for this item?
25  A  Yes, I do.

1  Q  If we take a look at that, could you describe whether you
2  see any similarities between the two of these products?
3  A  Yeah. Again, they're both jetbikes.
4  Q  And is that about it?
5  A  That's really about it. And I'll tell you why.
6        We've heard a lot about this grille thing. And to
7  me, I -- you know, it's just not visually -- to me this isn't
8  visually anything to do with any kind of Cadillac thing. To
9  me this is this cow catcher kind of device from a steam train
10  or maybe even what the artist said, maybe like an attack prow
11  from a Greek ship or something. To me it's a cow catcher.
12        Whereas if you look at the drawing made by Games
13  Workshop, it's got that sort of nose forward shape that we all
14  love from BMWs. So it's kind of like leaning forward. And,
15  you know, I think to me that's an iconic BMW appearance.
16        You can see on the drawing that there's a hood
17  ornament, and it's, you know, this, I guess this imperial
18  eagle or whatever. And here there isn't one.
19        You can also see that -- when you're thinking about
20  motorcycles, one of the terms you use is a nacelle. And a
21  nacelle is, nowadays it's either plastic or fiberglass, and
22  it's kind of aerodynamic shrouding that goes over a
23  motorcycle. Most frequently you'll see this in, you know,
24  Japanese motorcycles you'll see them or you, know, Italian
25  motorcycles with this nacelle covering the engine. And in

1  this one you do. You've got this nacelle covering the motor.
2  Here the motor and the gas tank are exposed.
3        Here you can also see that there's upward facing
4  almost I think like a manifold kind of thing, although I don't
5  think it's going towards the exhaust of the rear. It seems to
6  be some kind of decoration.
7        So to me even these two things that don't have
8  wheels -- you know, let's get that clear, this doesn't have
9  wheels. This doesn't have wheels either. They are both
10  floating jetbikes. But even then they are still these, you
11  know, different expressions of the jetbike.
12  Q  And is that your ultimate conclusion on product 134?
13  A  That is my ultimate conclusion. They're both jetbikes,
14  but they're different jetbikes.
15  Q  If we could take a look at product 144, the Werecroc,
16  could you describe what is in this slide?
17  A  Okay. In the left-hand column we have an Angry Lizardman
18  holding a weapon, and he's made by Chapterhouse Studios. And
19  in the right-hand column we have another Angry Lizardman, and
20  he's holding a weapon, and he's made by Games Workshop.
21  Q  Did you see any similarities between these two products?
22  A  Yes, I did.
23  Q  Could you describe those?
24  A  Yeah. They're both Angry Lizardman. And these are -- you
25  know, again, this is a standard that we know and love from

1  Star Trek when Captain Kirk fights the Gorn all the way to my
2  misspent youth rolling 20-sided dice fighting Lizardmen.
3  Q  And did you identify other works that have that
4  similarity?
5  A  Yes, I did.
6  Q  And did you bring them with you?
7  A  Yes, I did.
8  Q  Taking a look at what's in your third column from DX 367
9  and DX 327, could you describe what these images are?
10  A  Yes. These are images from Empire of the Petal Throne,
11  which is a game. It's a role-playing game from the 1970s.
12  And you can see that in their little world they also have
13  Lizardmen.
14  Q  Why did you include this image in your chart?
15  A  I just wanted to -- you know, if we don't remember Captain
16  Kirk or if we don't remember playing Dungeons and Dragons, you
17  know, we recognize that Lizardmen are out there.
18  Q  And are these with Lizardmen also holding weapons?
19  A  They're also holding weapons.
20  Q  With that understanding of that element, what do you see
21  when you compare the Chapterhouse Studios and Games Workshop
22  products here?
23  A  What I see are two really different expressions of the
24  Lizardmen ideal. And I think, you know, Lizardmen there's
25  room for all kinds of Lizardmen in the world, and I'd love to

1  go over the differences between these two.
2  Q   Okay.  Go ahead.
3  A   Okay.  So the Chapterhouse Studios Lizardman, if you look
4  at the shape of his head there, it's not really like a lizardy
5  kind of shape.  It's more a snake kind of shape.  And
6  actually -- you know, I've had some pet snakes, and one of the
7  kinds that I had is I had a boa -- not a boa.  I had a -- I
8  only know the Latin name, python regius, a bald python.  He's
9  a basal snake.  He's a primitive snake.  And he has a head
10 shape very much like that.  Whereas if you look at the Games
11 Workshop product, it's not only more of a crocodilian head,
12 it's also got horns on the front.  So you can see the horns
13 there.
14          And I say crocodilian because of the sort of length
15 of the snout, the design of the snout, and also the fact that
16 these teeth jut out of the jaw and kind of overlap each other.
17 You know, so if you've been to the zoo lately and you've seen
18 cayman or alligators or crocodiles, you know, you've seen this
19 kind of tooth arrangement.
20          When you look at these guys, they also have some
21 other differences too.  If you look at their sort of belly
22 scales, these ones are much more elongated belly scales.
23 These ones are much more sort of like sort of rounded squares
24 on him.
25          This dude here, he's got like a really smooth tail,

1  kind of like a snake tail really.  Whereas this guy here, he's
2  got a little sort of like bumps on his tail like an alligator
3  or a crocodile does and that also kind of run down his back.
4          So he's modeled in a different way almost like he's a
5  different kind of reptile man than this guy's origins, like
6  they evolve from -- you know, one guy evolved from snakes or
7  one guy evolved from crocodiles.
8          You can also see how the head attaches to the anatomy
9  of the shoulders.  This guy's shoulders are way up here,
10 right, so his head is hanging down.  Whereas this guy, his
11 head is more in like a human aspect.
12          You know, so once you acknowledge that, yeah, they're
13 both Lizardmen, I think there's a lot of differences between
14 the two.
15 Q   And so what is your ultimate conclusion about product 144?
16 A   My ultimate conclusion is that, you know, yeah, they're
17 Lizardmen, but they're different expressions of that Lizardman
18 ideal.
19 Q   If we take a look at product 160, the Dark Elf Torturess,
20 could you describe what is on this slide?
21 A   Okay.  On the left-hand side you see a Chapterhouse
22 Studios figure of this Dark -- Dark -- Dark Elf Torturess.
23          I think they should try and make products that are
24 easier to say when you're trying to get words out.
25          Dark Elf Torturess here, this is what we've got right

1  here, and then in the right-hand column you've got a product
2  by Games Workshop.
3  Q   Did you identify any similarities between these two
4  products?
5  A   Yes, I did.
6  Q   What did you see?
7  A   Well, what I saw was I saw -- and, again, I'm going to
8  have to use some minor pop culture terms.  Both characters
9  look kind of Gothy in their own weird way.  I mean, this is
10 Chicago, right.  This is the city of the Smashing Pumpkins.
11 So if you've seen Billy Corgan, you've kind of seen these
12 things with the long black cloaks.  You can see, you know,
13 there's the pale aspect to the skin even though that's painted
14 and you could paint it, theoretically, any color.  You can see
15 that it's floating and barefooted there.  And it's got
16 multiple arms.  This one's got multiple arms.  This one's got
17 multiple arms.
18 Q   Now, these Gothy design features that you mentioned, did
19 you find -- did you consider those common when you first did
20 your comparison?
21 A   Oh, yeah.
22 Q   And did you do anything to confirm that belief?
23 A   Yes, I did.
24 Q   And did you include any images in your chart to express
25 that?

1  50 different science fiction magazines containing thousands
2  of images?
3  A.  Yep.
4  Q.  You looked at over a hundred different book covers from
5  Robert Heinlein from the 1950s to the present across all the
6  translations?
7  A.  Yep -- sorry.  Yes.  I don't mean to say "yep."
8  Q.  You went to the Museum of Art and looked at hundreds of
9  different styles and shapes of armor on display?
10 A.  Yes, I did.
11 Q.  You looked at hundreds, if not thousands, of images on
12 the internet?
13 A.  Yes.
14 Q.  And then out of those thousands or tens of thousands of
15 images you looked at, you picked out a few images that you
16 think have -- bear some similarity to the Games Workshop
17 products, right?
18 A.  I wouldn't say to the Games Workshop products.  I would
19 say to both Chapterhouse Studios and the Games Workshop
20 products.  It's kind of like a -- like I've been saying, that
21 standard.
22 Q.  So -- and you didn't include in your -- in showing to
23 the jury, or on your report or otherwise, the other hundreds
24 or tens or thousands of images that looked nothing like the
25 Games Workshop's Space Marine, for instance, right?

Grindley - cross                1450

1   A.   No, I did not.

2   Q.   Because there would be hundreds of thousands of future

3   soldiers that look nothing like a Space Marine?

4   A.   Which Space Marine?

5   Q.   Games Workshop's Space Marine.

6   A.   Yeah, there probably would be hundreds of thousands of

7   images that do not look exactly like the Games Workshop's

8   Space Marine.

9   Q.   Okay.  So with your buffet analogy, there are almost a

10  limitless number of combinations on the buffet line, right?

11  A.   Yes.

12  Q.   And there is not only three or four or five pieces of

13  food to choose from; there's almost an unlimited number of

14  pieces of food to choose from to put on your plate, right?

15  A.   Yeah, but who really wants that ambrosia salad that's

16  been sitting out for weeks?

17  Q.   And your methodology was that as soon as you found two,

18  three or four images showing a feature, you assumed it was a

19  common feature in science fiction, right?

20  A.   I didn't assume because most of the time I was looking

21  for things that I already knew existed out there.

22  Q.   All right.  Let's look at your second deposition.  It's

23  also the second tab under your chart.

24  A.   Sure.

25  Q.   If you can turn in there to Page 167.

---

Grindley - cross                1451

1   A.   There's a lot of stuff --

2   Q.   Are you there?

3   A.   No.  I'm only on 120.  167, you said?

4   Q.   Yes.

5   A.   There's like 700 pages of this stuff.

6        Okay, I'm at 167 now.

7   Q.   Starting at Line 7, did I ask you:  (Reading:)

8        So to the extent of your methodology -- I'm sorry.  Let

9   me repeat.

10       So, to the extent of your methodology was if you could

11  find four or five examples, you assumed it was common?

12  A.   Yes.

13  Q.   What was your answer?

14  A.   My answer was yes.

15  Q.   Now, after making this assumption, or hypothesis, that

16  some element you found in a few pictures was common, you

17  didn't do anything to actually test that hypothesis, did you?

18  A.   No, I did not.

19  Q.   Because actually testing that hypothesis to see how

20  common it was in science fiction to have a certain element,

21  such as a certain style of legs or a certain backpack, that

22  would be an incredibly tough task to do, right?

23  A.   It wouldn't be a tough task.  It would just be a really

24  laborious one.

25  Q.   Let's look again at your transcript, Page 304.

---

Grindley - cross                1452

1   A.   Which one, the first --

2   Q.   The second one.

3   A.   I thought it only went to 270.

4        Okay.  304, let me find it.

5        (Brief pause.)

6   BY THE WITNESS:

7   A.   Sorry.  I apologize.  Okay, I found it.

8   BY MR. KEENER:

9   Q.   Starting at Line 5 I asked you:  (Reading:)

10       And did you do any of that methodology to test your

11  hypothesis?

12       What was your answer?

13  A.   (Reading:)  Lord, no!  I mean, I'm sure you appreciate

14  how much work that would be.

15  Q.   And then I asked you:  (Reading:)

16       That would be the same for all of the elements that

17  you're saying are common to the genre?  They're the elements

18  you thought are obvious to you based on your experience, but

19  you didn't go out and do anything to test that hypothesis?

20       What was your answer?

21  A.   (Reading:)  Yes, absolutely.  Each one of these tasks

22  would almost be like -- sorry -- would almost like be between

23  a -- my language was falling apart at this part of the

24  afternoon.  (Continuing:)

25       Each one of these tasks would be almost like

---

Grindley - cross                1453

1   between an M.A. and a Ph.D. type of project.  It would mostly

2   be unpublishable, really boring, really obvious.  People

3   would say, oh, yeah, space helmets, good for you.

4   Q.   Now I want to talk about the impact of your opinion.

5   A.   Sure.

6   Q.   Now, you -- I think you mentioned you read the first day

7   or two of the transcripts so far, right?

8   A.   Like I said, I skimmed them.

9   Q.   Did you pay any attention to the Court's instructions to

10  the jury, kind of telling what the case is about?

11  A.   No.  Actually, what I did was I just -- I wanted to see

12       --

13       THE COURT:  Tell you what, just answer his

14  question.  Don't volunteer.

15       THE WITNESS:  Okay.

16       THE COURT:  The answer is no.  Next question.

17  BY THE WITNESS:

18  A.   No.

19  BY MR. KEENER:

20  Q.   So I'll represent to you that the Court told the jury on

21  the very first day that for copyright, protected expression

22  means any expression in Games Workshop's work that was

23  created independently, meaning it was not copied from some

24  other work and involved some creativity.  Okay?

25  A.   Yeah, sure.

Grindley - cross 1454

1 Q. All right. So with that definition of protected
2 expression, you're not offering any opinion that Games
3 Workshop's works were not created independently?
4 A. I don't think that's my place to give that opinion. I
5 think that's the jury's place.
6 Q. I think you already said you're not offering any opinion
7 --
8 A. I'm not offering an opinion either affirmative or
9 negative. I'm not offering an opinion.
10 Q. And you're not offering any opinion on whether Games
11 Workshop's products involve some level of creativity?
12 A. No, I'm not.
13 Q. So then putting those together, you're not offering any
14 opinion on whether Games Workshop's models have protected
15 expression?
16 A. No, I don't think I am.
17 Q. Okay. Now --
18 A. I think you're losing me in the law here. I'm sorry.
19 Q. Well, I think you understand the language. The Court
20 instructed the jury that protected expression does not
21 include matter that is indispensable or standard in the
22 treatment of a particular subject.
23     Do you understand that?
24 A. Indispensable or standard in the treatment of the
25 subject?

---

1508

Blanche - deposition

1 A. I was an artist or illustrator.
2 Q. Before the break you mentioned that Tolkien was a point of
3 reference for the Warhammer 40K works. Is that correct?
4 A. It was the base point for a whole generation becoming aware
5 of fantasy as a wider subject matter.
6 Q. And by Tolkien, you mean J.R.R. Tolkien?
7 A. I do, yes.
8 Q. Are you familiar with the term heraldry?
9 A. Yes.
10 Q. Can you describe what that is?
11 A. It is a system of symbols used in medieval society by the
12 aristocratic families to define that particular family's badges
13 or symbols.
14 Q. Before the break, you mentioned historical costumes and I
15 believe pageantry for warfare?
16 A. Yes.
17 Q. Is heraldry and livery related to the historical costume and
18 pageantry for warfare?
19 A. Yes.
20 Q. And so, is heraldry also a point of reference for the
21 Warhammer 40K work?
22 A. Yes.
23 Q. And can you describe how?
24 A. Particularly Space Marines and their color schemes and their
25 symbols on their shoulder pads, et cetera, that would be a

PDF created with pdfFactory trial version www.pdffactory.com

---

1505

Blanche - deposition

1 force behind that. Being an artist, the influences are constant
2 and many fold. I have points of reference or points of
3 references that constantly inspire me on an artistic and
4 creative basis.
5 Q. What were some, outside of the original Warhammer game, what
6 were some of the points of references for the Warhammer 40K
7 game?
8 A. Historical costume, the pageant of warfare, certainly
9 classical art, certain literature. It probably sounds
10 frivolous, but very important to me personally as an artist, the
11 weather, the environment, geology, so everything I am surrounded
12 with.
13 Q. Were there any futuristic points of references?
14 A. Some, but I would regard that as being very minimal in my
15 own personal case because I tend to view everything in a very
16 archaic dystopian way, so, for instance, a busy shopping center
17 will influence me in a 40K sense more than most things.
18 Q. Were there any futuristic themed literature that was a point
19 of reference?
20 A. I said certain literature. Tolkien had a massive influence.
21 Mervin Peake with Gormanghast trilogy books. I tend not to have
22 read many science fiction. Treasure Island.
23 Q. Do you remember when Mr. Goodwin made these figures?
24 A. I am sorry, no, I don't remember.
25 Q. Was it before the development of Warhammer 40K?

PDF created with pdfFactory trial version www.pdffactory.com

---

1509

Blanche - deposition

1 strong part of their specific chapter heraldry.
2 Q. Are you familiar with heraldry, classical symbols used in
3 heraldry?
4 A. Yes.
5 Q. Can you name examples of classical symbols used in heraldry?
6 A. Like rampant lions.
7 Q. What is a rampant lion?
8 A. It is a lion rearing up on its hind legs with its four limbs
9 sort of extended in an aggressive pose.
10 Q. Is that the same thing as a Griffin?
11 A. No.
12 Q. Is a Griffin a classic heraldry symbol?
13 A. It is derived from classical Greek mythology, being part
14 lion, part eagle.
15 Q. Are Griffin used in heraldry?
16 A. Yes.
17 Q. Can you name other classic heraldic symbols?
18 A. Unicorn, wyverns.
19 Q. What are wyverns?
20 A. They are dragons without forelimbs. They are a two-limbed
21 dragon.
22 Q. And are dragons used in heraldry, also?
23 A. Yep.
24 Q. Any other animals?
25 A. Gosh, there is lots of mythological animal shapes that are

PDF created with pdfFactory trial version www.pdffactory.com

1510

Blanche - deposition

1  used in various forms. I am not familiar with all the names,
2  but --
3  Q. Can you describe some of these classical shapes used in
4  heraldry?
5  A. Sort of sea serpents with unicorn forefronts.
6  Q. Anything else?
7  A. You are only concerned with animals? There is lots of
8  abstract shapes used in heraldry like chevrons, flowers,
9  squares, diamonds and squares and ermine's tails, and crowns and
10  castles and chains and swans, ships, sea, just hundreds and
11  hundreds.
12  Q. Too many to name right now?
13  A. Too many.
14  THE COURT: And that's where we'll stop. 5:00 o'clock.
15  So, start time should be 9:45 tomorrow. Don't discuss the case
16  with anyone, and we'll -- oh, I was going to give you something
17  on the schedule. Hang on one second. Let me just see the
18  primary lawyers at sidebar.
19  (Off-the-record discussion.)
20  THE COURT: Okay. So, here's my sense of how this is
21  going to work. I think the odds are pretty strong that we will
22  finish the testimony, finish the evidence, tomorrow sometime,
23  probably before the end of the day, but not certainly, but
24  probably before the end of the day. If we do, we're not going
25  to go right into the closing arguments. The lawyers and I are

---

1536

Brewster - direct

1  heraldry, those insignia will incorporate a collection of
2  symbols that somehow tell the history of the particular unit.
3  Q. How is heraldry relevant to your work, sir?
4  A. Again, our museum tells a story of the United States Army
5  Division that is made up of various components, and each of
6  the subunits within the division have their own distinctive
7  unit insignia and heraldry.
8  Q. Are you an expert in medieval heraldry?
9  A. No, I'm not.
10  Q. But you encounter heraldry as it relates to modern
11  material military culture, is that correct?
12  A. Yes, absolutely.
13  Q. So I would now like to ask you some questions about the
14  specific symbols that you saw in Games Workshop's works.
15  Let's start with chevrons. So what is a chevron?
16  A. A chevron is two bars that terminate in a point and that
17  can be oriented. The point can be oriented upward or
18  downward, so in a V or in an inverted V shape, or
19  horizontally.
20  Q. And are chevrons encountered in military insignia?
21  A. Yes. Chevrons are regularly encountered in military
22  insignia, particularly in United States military insignia,
23  starting in the 19th century.
24  They are commonly used for rank, insignia for non-
25  coms or for noncommissioned officers, sergeants, corporals,

---

1537

Brewster - direct

1  and for enlisted men.
2  And they are also used at times in current military
3  for unit designators, armored unit designators.
4  Q. Now, Mr. Brewster, I'm showing you what has been marked as
5  PX-1020 at entry 50. This is an example of one of
6  Chapterhouse's accused products in the case.
7  What is the design element on this product?
8  A. That appears to be a shoulder pad that incorporates a
9  single chevron.
10  Q. I'm now showing you examples of Games Workshop's claimed
11  works from Plaintiff's Exhibit 1020, entry 50 and entry 52.
12  What symbols do you see on these works?
13  A. Again, I believe those are two shoulder pads that
14  incorporate forms of chevrons and Roman numeral.
15  Q. Sir, have you brought images of chevrons appearing in
16  military material culture to discuss today?
17  A. Yes.
18  Q. Let's look at those.
19  I'm showing you now in the upper right corner, we're
20  seeing the two images from Plaintiff's Exhibit 1020 that we
21  just looked at, 50 and 52.
22  What is in the rest of the screen?
23  A. That's an image of an M1A1 Abrams tank, a United States
24  military tank, in the Gulf War, and it is incorporating two
25  different chevrons on the skirt around the body of the tank, a

---

1538

Brewster - direct

1  single large chevron and then a chevron with number 3.
2  Q. And during what time period was this particular insignia
3  used?
4  A. In this case, that's a unit designator. That dates from
5  the Gulf War from 1990 to 1991.
6  Q. Mr. Brewster, what is this book?
7  A. That's Stein's History of U.S. Heraldic Crests.
8  Q. Is this one of the reference books that you consulted in
9  looking for examples?
10  A. Yes.
11  Q. Again, we show examples of two of Games Workshop's claimed
12  works up in the upper right-hand corner.
13  Mr. Brewster, what are we looking at at the rest of
14  this slide here?
15  A. That's a distinctive unit insignia for the 198th armed
16  regiment. You can see it's a shield that incorporates a
17  single chevron with a dragon design and a motto at the bottom.
18  Q. Sir, during what time period was this insignia used?
19  A. Starting in the late 1960s and onward.
20  Q. And -- oh, sorry.
21  For the record, the last crest he was discussing is
22  Defendants' Exhibit 285 at pages 97 and 101.
23  Sir, I'm now showing you images from Defendants'
24  Exhibit 285 at pages 98 and 103.
25  What are we looking at here?

Brewster - direct                                                    1539

1  A   This image is from Stein's Heraldic Crests, and it is
2  another distinctive unit insignia from the 89th Army Reserve
3  command.  And in this particular image, it's using a pair of
4  chevrons with a torch and two fleur de lis.
5  Q   And, sir, during what time period was this insignia used?
6  A   In the late 1960s into the early 1970s, or into the 1970s.
7  Excuse me.
8  Q   Let's turn to arrows.  Did you see examples of arrows in
9  the works that Games Workshop is claiming in this case?
10 A   Yes, I did.
11 Q   Now, can you tell me which specific works contained
12 arrows?
13 A   Not individual pieces.  I didn't chart individual pieces.
14 Q   And are arrows encountered in military insignia?
15 A   Yes, they are.
16 Q   In what form?
17 A   They're incorporated into shoulder insignia and into
18 distinctive unit insignia.
19 Q   Mr. Brewster, I'm showing you an example of one of
20 Chapterhouse's products that is accused in this case.
21     This is from Plaintiff's Exhibit 1020, entry 55.  Can
22 you describe the symbol you see on that?
23 A   Yes.
24 Q   What is that?
25 A   That's an -- again, I believe it's a shoulder pad that is

Brewster - direct                                                    1540

1  using a single arrow symbol.
2  Q   I'm showing you now examples of Games Workshop's claimed
3  works in this case from Plaintiff's Exhibit 1020, images from
4  entry 56.
5     Can you describe the symbol we're looking at here?
6  A   Yes.  There are two shoulder pads, each with a single
7  arrow on them.
8  Q   And is this type of arrow typical of arrow designs that
9  you are familiar with from military insignia?
10 A   It's the most basic form of arrow, so, yes, certainly.
11 Q   Sir, I'm now showing you the cover from Defendants'
12 Exhibit 285.  This is page 12.  Can you tell us what resource
13 we're looking at here?
14 A   That's Britton's U.S. Military Shoulder Patches of the
15 United States Armed Forces.
16 Q   Sir, is this one of the books from your reference library
17 at work?
18 A   Yes, it is.
19 Q   Now, I'm showing you an enlarged image of one of the
20 symbols that appears on Defendants' 285, page 12.  What are we
21 looking at here?
22 A   That's the shoulder insignia of the first logistical
23 command.
24 Q   During what time period was that particular insignia used?
25 A   1960s, 1970s.

Brewster - direct                                                    1541

1  Q   Sir, I'm showing you what's been marked Defendants'
2  Exhibit 285 at pages 100 and 104.
3     Where did you find these images and what are we
4  looking at here?
5  A   Those images are from Stein's U.S. Army Heraldic Crests,
6  and that particular image is distinctive unit insignia from
7  the 562nd Air Defense Artillery, and it incorporates an arrow
8  piercing a second arrow with a winged dragon on a shield.
9  Q   During what time period was this insignia approved?
10 A   Through the 1960s.
11 Q   And I'm showing you what has been marked as
12 Defendants' 285 at pages 100 and 109.
13     Where is this from and what are we looking at here?
14 A   And that's from Stein's Heraldic Crests.  That's the
15 distinctive unit insignia of the Third Artillery.  It
16 incorporates a barred arrow in the upper field, a pair of
17 chevrons with arrows, a dragon, a fleur de lis, and I believe
18 that's a thistle on a shield.
19 Q   So let's turn to another symbol that you encountered in
20 Games Workshop's works.
21     The cruciform, can you tell us what a cruciform is?
22 A   In this sense, a cruciform is made of two bars that create
23 an X, and that's also referred to as a St. Andrews cross.
24     And this particular form that we're examining is
25 called an arrow cross.  There are arrow points at the ends of

Brewster - direct                                                    1542

1  each arm of the cross.
2  Q   And what is the history of this particular form of arrow
3  cross?
4  A   Well, it's most associated with Neo-Nazi and white
5  supremacy movements in the post World War II era, but you also
6  find it incorporated into military distinctive unit insignia
7  with no association with the supremacy groups.
8  Q   Does this particular form of cruciform have a name?
9  A   An arrow cross.
10 Q   Arrow cross?
11 A   Yes.
12 Q   I'm showing you an example of one of Chapterhouse's
13 accused products.  This is from Plaintiff's Exhibit 1020 at
14 entry 47.
15     What symbol do you see on this product?
16 A   It appears to be a shoulder pad that incorporates an arrow
17 cross there.
18 Q   And did you see examples of cruciforms in the works that
19 Games Workshop is claiming in this case that you reviewed?
20 A   Yes, I did.
21 Q   I'm showing you examples of Games Workshop's claimed works
22 from Plaintiff's Exhibit 1020 images, from image 46.  What
23 symbol do we see on these works?
24 A   Well, there's a shoulder pad and then two standalone
25 insignia.  They all incorporate the arrow cross.  Two of them

1  also incorporate Roman numerals.
2  Q   What form of -- is this the -- strike that.
3          Is this the form of cruciform that you were
4  describing earlier as an arrow cross?
5  A   Yes, it is.
6  Q   Mr. Brewster, I'm showing you an image from Defendants'
7  Exhibit 285 at page 94.
8          What are we looking at here?
9  A   That's an image, again, from Stein's U.S. Army Heraldic
10 Crests, and that is the distinctive unit insignia of the 125th
11 Air Traffic Control Battalion.  It incorporates, again, an
12 arrow cross with a yin and yang -- yin and yang, a Korean
13 symbol, and then lightning bolts at the top.
14 Q   During what time period was this particular insignia
15 approved?
16 A   That would have been in the 1980s.
17 Q   I'm sorry?
18 A   Late 1970s and early -- or into the 1980s.
19 Q   And I'm showing you an image from Defendants' 285 at
20 pages 94 and 97.
21         Mr. Brewster, what are we looking at here?
22 A   That is, again, from Stein's U.S. Army Heraldic Crests.
23 That's a distinctive unit insignia for the 50th Armor.
24         That presents a shield with an artillery piece,
25 cactus, again, a Korean symbol and then St. Andrews cross in

1  the canton.
2  Q   During what time period was this insignia used?
3  A   In the later 1960s.
4  Q   Let's turn to Roman numerals.
5          Are you aware of examples of Roman numerals in
6  military insignia?
7  A   Yes.
8  Q   How are -- strike that.
9          How are Roman numerals used?
10 A   Roman numerals are used as unit designators in the United
11 States military.
12 Q   And I'm showing you examples of Games Workshop's claimed
13 works in this case from Plaintiff's Exhibit 1020 at entries
14 46, 47 and 50.
15         What symbols do you see on these works?
16 A   And there are arrows, chevrons and also the arrow cross
17 that all incorporate Roman numerals, in particular with the
18 arrows and numerals in series.
19 Q   Mr. Brewster, I'm showing you an image from
20 Defendants' 285 at page 19.
21         What are we looking at here?
22 A   That's from U.S. military shoulder patches by Britton, and
23 those are shoulder insignia for marine air wings.  Again, they
24 incorporate several symbols, stars, wings, and Roman numerals
25 in series to designate units, specific marine air units.

1  Q   Which symbol is designating the particular unit?
2  A   The Roman Numeral I, II, III, and IV.
3  Q   During what time period were these insignias used?
4  A   World War II.
5  Q   Mr. Brewster, I'm showing you an image from Defendants'
6  Exhibit 285 at page 18.
7          What are we looking at here?
8  A   Again, those are from U.S. military shoulder patches by
9  Britton, and they are again representing marine air wings, and
10 they incorporate the marine eagle globe and anchor, wings and
11 then again Roman numerals in series designating the particular
12 air wings.
13 Q   The Roman numerals designate what?
14 A   The marine air wings.
15 Q   And during what time period were these used?
16 A   In 1940s, 1950s.
17 Q   Mr. Brewster, I'm showing you an image from Defendants'
18 Exhibit 285 at page 16.
19         What are we looking at here?
20 A   Those are from Britton's U.S. Military Shoulder Patches.
21 They are shoulder insignia for United States Army Corps and
22 logistical commands.  They are incorporating, again, several
23 symbols, in particular, numbers or Roman numerals in three
24 examples.
25 Q   During what time period was this in use?

1  A   World War II.
2  Q   Let's turn to blood drop symbols.
3          Are you familiar with examples of the use of blood
4  drops in military insignia?
5  A   Yes.  Blood drops appear singly and in multiples in
6  different U.S. military insignia from the 1940s onward through
7  into the 1960s.
8  Q   Did you see them in the military insignia from the Vietnam
9  conflict period?
10 A   Well, specifically from the Vietnam conflict period,
11 that's where you see the proliferation of the use of blood
12 drops, specifically in small unit patches, special forces,
13 unit insignia patches that were designed for them at the time
14 during the Vietnam War.
15 Q   Did you identify the use of blood drops in the Games
16 Workshop's works that you reviewed --
17 A   Yes, I did.
18 Q   -- in forming your opinion?
19         I'm showing you examples of Games Workshop's claimed
20 works in this case for Plaintiff's Exhibit 1020 at entries 4
21 and 12.
22         Are these consistent with images you reviewed of
23 Games Workshop's works in forming your opinion?
24 A   Yes, they are.
25 Q   What symbols do we see here?

Brewster - direct

1  A   One symbol -- it appears to be two different shoulder
2  pads.  One of them incorporates the use of a bird with a
3  single blood drop.
4         And the other appears to be a shoulder pad that
5  incorporates a circular saw blade with a single blood drop.
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

1         MR. ALY:  Because the original -- what makes it
2  original is partly inspired by whether they have come up with
3  it first, but it's also -- it's not original even if they came
4  up with it originally independently, but it's still scenes a
5  faire.
6         This goes to Mr. Keener's cross examination from
7  yesterday saying that, if you came up with it on your own,
8  that can still be original, but that doesn't mean it's still
9  copyrightable under this protected expression limiting factor.
10  So even if you come up with it on your own to summarize, but
11  that's the way everybody else treats whatever that subject
12  matter is, then it's still not protectable.
13         MR. MOSKIN:  A couple of things.
14         First of all, Dr. Grindley didn't talk at all about
15  the Eldar figures because they were in the first part of the
16  case.  And on the Dark Eldar figure, Mr. Villacci himself
17  acknowledged affirmatively that it could have been done an
18  infinite number of ways.  So there was no testimony they are
19  drilling down to specific levels.
20         On the guns, I would concede the guns are -- some of
21  the guns are the weakest part of our case.  But we did also
22  hear testimony from Mr. Nagy that the dimensions, the specific
23  dimensions, were copied.  The combi weapons were made
24  specifically where they could be swapped in and out, copying
25  those dimensions.

---

Goodwin - cross

1   A.   The Imperium is a civilization or the remnants of one.
2   Q.   Fine.  And so, the Imperium, the civilization, that's the
3   setting in which this game is to take place; is that right?
4   A.   Yep.
5   Q.   And that game is an amalgamation of so many ideas that were
6   floating around, taken from sources like 2000 AD, right?  Isn't
7   that true?
8   A.   That just doesn't finish off the sentence, does it?
9   Q.   Well, let's look at the rest of the sentence.  Taken from
10  2000 AD and Michael Moorcock novels and real history all put
11  into a big pot and regurgitated by us.  Do you see that?
12  A.   Yes.
13  Q.   Isn't that what Games Workshop did?
14  A.   That's a very, very simplistic reading of it, yes.
15  Q.   And that's in The Art of Warhammer book, right?
16  A.   Yes.
17         MR. ALY:  No further questions.
18         THE COURT:  Redirect?
19         MR. MOSKIN:  No, your Honor.
20         THE COURT:  Any questions from any of the jurors?  I
21  see nobody writing.
22         Okay.  Any further rebuttal on behalf of the plaintiff?
23         MR. MOSKIN:  Nothing further.
24         THE COURT:  Aside from our exhibit issues and other
25  stuff we're got to deal with, is there any further evidence on

---

1   So, again, I would concede as far as the guns go,
2   that that is the -- those are the weakest claims that we have
3   for copyright.
4         THE COURT:  Here is your document back.
5         Well, I have got to tell you -- I mean, I had -- you
6   know, Ms. Hartzell tried another copyright case in front of me
7   a few years back, and scenes a faire was one of the issues in
8   that case, too, I think.  It's hard sort of for me to draw a
9   clear line of demarcation between simply talking about
10  protected -- again, I'm quoting from the pattern instruction:
11         "Protected expression means expression in the
12  plaintiff's work that was created independently involving some
13  creativity."
14         It's hard for me to come up with a clear demarcation
15  between that concept and the concept that, quote, "protected
16  expression doesn't include settings, poses or characters that
17  are indispensable or at least standard in the treatment of a
18  particular subject," close quote, which is the Scenes a Faire
19  Doctrine.
20         It seems to me that those are almost two ways of
21  saying the same thing.  Having said that, you know, people who
22  sit on higher floors of the building than I do have said that
23  this is a doctrine of copyright law.  I'm not persuaded that
24  it's out of the case altogether.  I'm not persuaded that there
25  is not enough testimony to support the issue at all.  So I'm

1650

1 going to overrule that part.

2 I want to say one thing about an aspect of that part
3 of the motion, and this also gives me an opportunity to say
4 something I forgot to say yesterday with regard to the
5 defendants' Rule 50 motion.

6 So I have a question for you, Mr. Moskin. In the
7 section of the motion, of your motion, that concerns Dr.
8 Grindley, an argument is made that his testimony doesn't have
9 foundation and it should be stricken. Okay. So was that
10 objection made contemporaneously?

11 MR. MOSKIN: No, your Honor.

12 THE COURT: Okay. Now my question is -- I have a
13 similar question for Mr. Aly.

14 In the defendants' motion for judgment as a matter of
15 law, on the section about Section 3 about originality, there
16 was a contention made that Merrett -- Merrett's testimony
17 regarding how the designer's work was incompetent because he
18 didn't have personal knowledge. Was that objection made
19 contemporaneously?

20 MR. ALY: Yes.

21 THE COURT: Tell me when and how and show me in the
22 transcript which you have.

23 MR. ALY: Fine.

24 (Brief interruption.)

25 MR. ALY: It was on a sidebar. We'll find it.

1651

1 MS. HARTZELL: It was on --

2 THE COURT: I want to see it. So just put the page
3 number in the record. Cite the page number for the record,
4 and I will look at it.

5 MS. HARTZELL: All right. It began on page 309.
6 Line 22 was the objection, and it continued on to 310.

7 THE COURT: Let me see it.

8 (Brief interruption.)

9 THE COURT: Okay. I'm not sure that that is -- that
10 what is cited there at pages 310, or 309 to 311, is precisely
11 the same thing we're talking about in this motion. Let me
12 just look at one other thing for a second here.

13 (Brief interruption.)

14 THE COURT: But I get the point. An objection
15 similar to this was made. On the one that is referred to in
16 the plaintiff's memorandum, I mean, if it's not a
17 contemporaneous objection, it's forfeited. That's the bottom
18 line.

19 Okay. So we're done with the Rule 50 motions.

20 MR. MOSKIN: Just to clarify, there were -- we can
21 submit just for the record, just to preserve the point, the
22 full motion later today.

23 THE COURT: Oh, yes. There was the other issue that
24 you wanted to raise.

25 MR. MOSKIN: I already alluded to it, and there are

1652

1 two issues. The one with regard to Brewster who, again, he
2 offered no opinion that any of the squad markings or, you
3 know, skulls or things were common and on cross examination
4 conceded that it would be very unusual. I mean, the whole
5 point of squad markings is to distinguish one squad from
6 another. So these would not be common at all.

7 Moreover, we believe that the specific copying of the
8 entire range of tactical devastator and assault squad markings
9 1 through 10, that again, that specific combination, it's
10 conceded there is nothing like it in any reference, prior
11 reference, that a directed verdict can be granted that that
12 range can be deemed infringing on top of these shoulder pad
13 design.

14 THE COURT: I think there is jury questions on all
15 these. But I will tell you, though, that what you just said
16 in the first part of your comments there, I think is a pretty
17 decent illustration of the problem I have with the application
18 of the Scenes a Faire Doctrine in this case.

19 I mean, I think it all depends on the level of
20 generality at which one defines what is copyrightable.
21 Brewster said all military units have insignia. Of course
22 they do. The claim in this case isn't that we have insignia.
23 The claim is the particular insignia.

24 MR. MOSKIN: Right.

25 THE COURT: And the problem with the Scenes a Faire

1745

1 Fourth, the degree of care that purchasers or
2 potential purchasers are likely to exercise in buying or
3 considering whether to buy the product. This may depend on
4 the level of sophistication of potential buyers of the product
5 and the cost of the product.

6 Fifth, the degree to which purchasers or potential
7 purchasers recognize Games Workshop's trademark as an
8 indication of the origin of Games Workshop's product. You may
9 consider my previous instructions concerning distinctiveness
10 to help you assess this factor.

11 Sixth, whether Chapterhouse's use of the trademark
12 has led to instances of actual confusion among purchasers or
13 potential purchasers about the source, origin, sponsorship or
14 approval of Games -- or excuse me -- or approval of
15 Chapterhouse's product. However, actual confusion is not
16 required for a finding of likelihood of confusion.

17 Seventh, whether Chapterhouse intended to pass off --
18 it should say, its product as that of Games Workshop or
19 intended to confuse consumers.

20 The weight to be given to each of these factors is up
21 to you to determine. No particular factor or number of
22 factors is required to prove likelihood of confusion.

23 So the next instruction includes the fair use defense
24 on the trademark claims.

25 Chapterhouse claims that its use of Games Workshop's

1  trademarks is permitted because Chapterhouse made fair use of
2  the trademarks.  You are to consider this defense with regard
3  to a particular trademark only if you have found that Games
4  Workshop has proven the elements of its claim with regard to
5  that trademark.
6       To prevail on this defense with regard to a
7  particular trademark, Chapterhouse must prove each of the
8  following elements by a preponderance of the evidence:
9       Number 1.  In every instance in which Chapterhouse
10  used the trademark, it did so to refer to a Games Workshop
11  product that cannot easily be identified without using the
12  trademark.  A product cannot be easily identified without
13  using a trademark if there are no equally informative words to
14  identify the product or there is no other effective way to
15  refer to it or identify it without using the trademark.
16       Number 2.  In every instance in which Chapterhouse
17  used the trademark, it did so only as much as was reasonably
18  necessary to identify the product.  A reasonably necessary use
19  of a trademark occurs when the product is used -- excuse me --
20  when the trademark is used no more prominently than is needed
21  to identify the product and enable consumers to understand the
22  reference.
23       Number 3.  Chapterhouse did not do anything in
24  connection with any use of the trademark to suggest that Games
25  Workshop sponsored or endorsed Chapterhouse or its product.

1       If you find that Chapterhouse did not prove each of
2  these elements by a preponderance of the evidence as to a
3  particular trademark, then you must find for Games Workshop as
4  to that trademark.
5       If, on the other hand, you find that Chapterhouse
6  proved each of these elements by a preponderance of the
7  evidence as to a particular trademark, then you must find for
8  Chapterhouse as to that trademark.
9       Next concerns damages on the trademark claims.  Games
10  Workshop is not requesting damages on its trademark claims.
11  On those claims you will simply be making a finding of
12  liability as to each trademark that is at issue.
13       All right.  So now we're done with the claims that
14  you are going to be considering, and these are some more
15  general instructions.  Once you are all in the jury room, the
16  first thing you do should do is choose a presiding juror,
17  which we used to call a foreperson.  The presiding juror
18  should see to it that your discussions are carried on in an
19  organized way and that everyone has a fair chance to be heard.
20  You may discuss the case only when all jurors are present.
21       Once you start deliberating, do not communicate about
22  the case or your deliberations with anyone except other
23  members of your jury.  You may not communicate with others
24  about the case or your deliberations by any means.  This
25  includes oral or written communication as well as any