# EXHIBIT B

**Comparison Chart for 1ˢᵗ Set of Products**

The terms shown in yellow highlighting are terms that Games Workshop believes are trademarks that Chapterhouse is unfairly using.  The highlighting does not appear on Chapterhouse's product description or online materials.

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| 1 | Eagle Thunder Hammer (PEX 435 at CHS0000457)<br><br><br><br>This is hammer sculpted with a Eagle or Feather theme in mind. It can be used as a power weapon or a thunder hammer.  It is well suited as a imperial thunder hammer for 28mm miniatures. Customers have also used this for high elf and empire fantasy armies.  It is a pewter bit. | <br><br>**Miniatures designed by Jes Goodwin, Martin Footit and Dave Thomas. (PEX 510 )**<br><br>40K is the generally accepted abbreviation for Warhammer 40,000. It is registered as a CTM in classes 9, 16 and 28, and in the US in class 28.<br><br><br><br>PLAINTIFF EXHIBIT PX-1020<br><br>Space Marine Collector's Guide 2003, page 14  (PEX 473 at p.14) |

1

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---|---|
| | | **Thunder Hammer**<br><br>The Thunder Hammer is built around a power generator rather like a power axe, sword or glove. In this case the generator is triggered to energise only at the instant of contact, thus enabling it to conserve energy while delivering a particularly effective blow. As the hammer is brought down upon the target, a blue energy field explodes with an almighty crack, knocking a smoking hole in the enemy while blue sparks crackle and leap about the ruined armour. The Thunder Hammer is often combined with the type of power shield known as a Storm Shield.<br><br>p10, Warhammer 40,000 Compilation, 1991 (PEX 470 at p.10)<br><br>**Simon Smith**<br><br><br><br>p101, Codex Space Marines 2008 **(NH902 / Neil Hodgson / 2008 )**<br>WD116 – Thunder and Lightning 1989 (PEX 423 at GW001169) |

2

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
|    |                                                   |  Imperial Fist Assault Terminator<br><br>p45, Index Astartes IV 2004 **(NH Imperial Fist / Neil Hodgson / 2001 ) (PEX 423 at GW001195)** |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| 2 | Shoulder Pad w/ Shield & Studs for 28 mm marine – Tactical (PEX435 at CHS00001657)<br><br><br><br> <br><br>This is a studded shoulder pad a shield on the side. This is similiar to the Heresy era shoulder pads that early space marines used. This shoulder pad works well with any loyalist or chaos space marine® armies, works especially well with black templars. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models. |  <br>Mk5 "Heresy" Pattern    Mk6 "Corvus" Pattern<br>p20 Codex Space Marines 2008 **(NH_SM_20 / Neil Hodgson / 2008 )**<br>(PEX 846 at GW0017557)<br><br>The Black Templars are a Space Marine Chapter.<br><br> <br><br>Index Astartes II 2003, page 45 (PEX 858 at GW0015353)<br>**(NH663 / NH672 / Neil Hodgson / 2000) (PEX 858 at GW0015353)** |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
|    |                                                   |  Cover art, Codex Black Templars 2005 **(PD292 / Paul Dainton / 2005 ) (PEX 445)**<br><br>Tactical refers to a type of Space Marine squad. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| 3 | Skull or Chaplain Head Bit for Power Armor (PEX 435 at CHS00001677)<br><br><br><br>This is a unique sculpt of a skull power armor head for 28 mm scale. Great non-Games Workshop replacement for the original chaplain head. Same scale as 28mm marine. | <br><br>**Miniature designed by Juan Diaz Ramos (PEX 119)**<br><br>Space Marine Chaplain<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1050244&rootCatGameStyle= |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| | |  p6 Codex Space Marines 2004 **(PD269 / Paul Dainton / 2004 ) (PEX 424 at GW001224)**  p58 Codex Space Marines 2008 **(PD414 / Paul Dainton / 2008 ) (PEX 846 at GW0017595)** |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| 4 | Shoulder Pads for ==Blood Eagle== – ==Tactical== (PEX 435 at CHS00001541)<br><br><br><br>This is a shoulder pad with a Eagle or ==Blood raven== on the face, the wings of the bird are surrounding an inverted blood drop or gem. This shoulder pad works well with ==Blood Raven== or ==Blood Angel== themed armies. This is the standard size s==pace marine®== ==Tactical== Marine shoulder pad cast in pewter. | The Blood Ravens are a Space Marine Chapter.<br><br><br><br>The Art of Warhammer 40,000 2006, page 71<br>**(NH Blood Raven / Neil Hodgson / 2005) (PEX 844 at GW0017303)**<br><br>Forge World sell a Blood Raven decal/transfer sheet on their website - http://www.forgeworld.co.uk/Warhammer-40000/BLOOD-RAVENS-TRANSFER-SHEET.html<br><br>Decals are used to decorate Space Marines, including shoulder pads.<br><br><br><br>**(Blood Raven Transfer / Paul Rudge / 2010) (PEX 487)**<br>The Blood Angels are a Space Marine Chapter. Their iconography includes blood drops. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| | | **(NH Angels Graph Paper/ Neil Hodgson / 2001) (PEX 858 at GW0015339)**<br>**(WE322 Blood Angels Icon / Wayne England / 1995) (PEX 858 at GW0015339)**<br><br>Index Astartes II 2002, page 31 |
| 5 | Shoulder Pads for <mark>Blood Eagle</mark> – <mark>Terminator</mark> (PEX 435 at CHS00001549)<br><br><br><br>This is a shoulder pad with a Eagle or <mark>Blood raven</mark> on the face, the wings of the bird are surrounding an inverted blood drop or gem. This shoulder pad works well with <mark>Blood Raven</mark> or <mark>Blood</mark> | The Blood Ravens are a Space Marine Chapter.<br><br> The Art of Warhammer 40,000 2006, page 71<br>**(NH Blood Raven / Neil Hodgson / 2005) (PEX 844 at GW0017303)**<br><br>Forge World sell a Blood Raven decal/transfer sheet on their website -<br>http://www.forgeworld.co.uk/Warhammer-40000/BLOOD-RAVENS-TRANSFER-SHEET.html<br>Decals are used to decorate Space Marines, including shoulder pads. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| | **Angel** themed armies. This is the standard size **space marine®** **Terminator** shoulder pad cast in pewter. | <br>**(Blood Raven Transfer / Paul Rudge / 2010) (PEX 487)**<br>The Blood Angels are a Space Marine Chapter. Their iconography includes blood drops.<br><br><br>**(NH Angels Graph Paper/ Neil Hodgson / 2001) (PEX 858 at GW0015339)**<br>**(WE322 Blood Angels Icon / Wayne England / 1995) (PEX 858 at GW0015339)**<br>Index Astartes II 2002, page 31 |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| 6 | Left Arm Shoulder Pad Bit Tactical for Celestial Lions Players (PEX 435 at CHS00001153)<br><br><br><br>This is a Lion Shoulder pad for the left arm, can be used for Celestial Lions or Lions Rampant. This is the standard 28mm scale shoulder pad. | There are no IP issues with this product other than the shape/design of the underlying shoulder pad. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| 7 | Right Arm Tactical Shoulder Pad for Celestial Lions Players (PEX 435 at CHS00001418)<br><br><br><br>This is a Lion Shoulder pad for the Right arm, can be used for Celestial Lions or Lions Rampant.  This is 28mm scale tactical shoulder pad cast in pewter.  Similar to a standard 28mm Space Marine Shoulder pad. | There are no IP issues with this product other than the shape/design of the underlying shoulder pad. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| 8 | Shoulder Pads for Deathwatch Ruinic- Tactical (PEX 435 at CHS00001573)<br><br>This is shoulder pad is sculpted with a number of gothic style icons on the face of the shoulder pad. It would look good in any deathwatch, inquisition or dark angels themed army. This is the same scale as a 28mm space marine® tactical shoulder pad cast in pewter. | The product implicates trademark issues only, not copyright. |
| 9 | Shoulder Pads for Deathwatch Ruinic– Terminator (PEX 435 at CHS00001577)<br><br><br><br>This is shoulder pad is sculpted with a number of gothic style icons on the face of the shoulder pad. It would look good in any deathwatch, inquisition or dark angels themed army. This is the same scale as a 28mm space marine®terminator shoulder. | <br><br>(DG1019_DA_OC / Dave Gallagher / 2006) (PEX 420 at GW0000889) |

13

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
|    |                                                   | <br><br>**(PEX 420 at GW0000889)**<br>The Death Watch is a Space Marine Chapter.<br>The Inquisition is a Warhammer 40,000 army. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
| 10 | Power Armour Pad for Exorcist Players (PEX 435 at CHS00001268)<br><br><br><br>This power armor sized shoulder pad has a demon skull sculpted on the front as well as a raised rim with the word "perdition" etched into it.  Similar to the exorcist space marine®chapter from the Games Workshop universe.  Looks good as a pad for Librarians as well. | Games Workshop's Space Marine Chapter is called Exorcists in the plural.<br><br><br><br>White Dwarf magazine issue 249, page 33<br>**(NH672c Exorcists/ Neil Hodgson / 2000) (PX 427 at GW0001503)**<br><br>Librarian is a rank in the Space Marine army. |
| 11 | Terminator pad for Exorcist Marine (PEX 435 at CHS00001907)<br><br><br><br>This terminator sized shoulder pad has a demon skull sculpted on a pentagram as well as a raised rim with the word "perdition" etched into it.  Styled after the Exorcist space marine® chapter. Looks good as a pad for Librarians as well. | Exorcists & Librarians - see product 10 |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| 12 | Sawblade Shoulder Pad & Jewel (PEX 435 at CHS00001500, CHS00001238<br><br><br><br>This is a shoulder pad that fits is about the same size a GW shoulder pad. It has a sawblade on it and we also include a seperate jewel drop. This looks great as an evil sun or if you use the jewel drop, looks spectacular for "Fleshtearer" space marine® shoulder pads. Supplied in pewter. | The Flesh Tearers are a Space Marine Chapter.<br><br><br><br>Index Astartes II, page 49<br>**(NH672c Flesh Tearers/ Neil Hodgson / 2000) (PEX 859 at GW0015477)**<br>Games Workshop's Flesh Tearers shoulder pads - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod550012a&rootCatGameStyle=<br><br> (PEX 550 at GW0002452) |
| 13 | Terminator Shoulder Pad for Flesh Tearers (PEX 435 at CHS00001913)<br><br><br><br>This is a shoulder pad that fits is about the same size a GW terminator shoulder pad. It has a stone sawblade on it adorned with a jeweled drop and 2 smaller drops in the corner. This pad looks spectacular on "Fleshtearer" space marines®. | The Flesh Tearers are a Space Marine Chapter.<br><br><br><br>Index Astartes II, page 49<br>**(NH672c Flesh Tearers/ Neil Hodgson / 2000) (PEX 859 at GW0015477)**<br>Games Workshop's Flesh Tearers shoulder pads - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod550012a&rootCatGameStyle=<br><br> (PEX 550 at GW0002452)<br>Terminator is a style of Space Marine armour. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
| 14 | Howling Griffon Style Marine Shoulder Pads 28mm (PEX 435 at CHS00001066)<br><br><br><br>If you are searching for Howling Griffon shoulder pads, you have come to the right website. These work perfectly for Howling Griffons space marines or any other chapters that use Griffons as their chapter symbol. This fits standard space marine® armored shoulders and should fit in with any standard space marine® model shoulder pads. This is a single shoulder pad - quality cast in pewter. | The Howling Griffons are a Space Marine Chapter.<br><br><br><br>The Art of Warhammer 40,000 2006, page 71<br>**(NH Howling Griffon / Neil Hodgson / 2005) (PEX 844 at GW0017303)** |
| 15 | Shoulder Pads for Flaming Fist - – Tactical Marines (PEX 435 at CHS00001583)<br><br>This is a shoulder pad with mailed fist on it, the fist has a wreath of flame or leaves along the top. This shoulder pad works well with any loyalist or Imperial Fist (Crimson Fist) or second founding space marine® chapter. This is a pewter model that is the same scale as a 28mm space marine® models as well as other sci-fi models. | The product implicates trademark issues only, not copyright. |
| 16 | Shoulder Pad for Flaming Fist – Terminator Marine (PEX 435 at CHS00001629)<br><br>This is a shoulder pad with mailed fist on it, the fist has a wreath of flame or leaves along the top. This shoulder pad works well with any loyalist or Imperial Fist (Crimson Fist) or | The product implicates trademark issues only, not copyright. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| | second founding space marine® chapter. This is a pewter model that is the same scale as a 28mm space marine® models as well as other sci-fi models. | |
| 17 | Iron Snake Compatible Shoulder Pad - Tactical (PX 435 at CHS00001097)<br><br><br><br>This is a Serpent or snake in a Greek style, the edges of the pads have chains on them. This is the standard size space marine® tactical shoulder pad cast in pewter. This shoulder pad fits well with any greek, serpent or iron snakes themed army. | The Iron Snakes are a Space Marine Chapter.<br><br><br><br>The Art of Warhammer 40,000 2006, page 70<br>(NH Iron Snakes / Neil Hodgson / 2005) (PEX 844 at GW0017302)<br><br><br><br>(CL Bro of Snake / Clint Langley / Black Library / 2007) (PEX 949 at GW0018271) |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| 18 | Iron Snake Compatible Shoulder Pad – Terminator (PX 435 at CHS00001105)<br><br><br><br>This is a Serpent or snake in a Greek style, the edges of the pads have chains on them. This is the standard size space marine® terminator shoulder pad cast in pewter. This shoulder pad fits well with any greek, serpent or iron snakes themed army. This pad is meant for the right arm.<br><br>There are two variants of this pad that ship out, on with a scroll and another with a tooth (not available for individual order). | The Iron Snakes are a Space Marine Chapter.<br><br><br><br>The Art of Warhammer 40,000 2006, page 70<br>(NH Iron Snakes / Neil Hodgson / 2005) (PEX 844 at GW0017302)<br><br><br><br>(CL Bro of Snake / Clint Langley / Black Library / 2007) (PEX 949 at GW0018271) |

19

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| 19 | Shoulder Pad w/ Studs and Skull for 28mm marine - Tactical (PX 435 at CHS00001667)<br><br><br><br>This is a shoulder pad with a skull on it, the rest f the shoulder pad has armored studs. This shoulder pad works well with any loyalist space marine® army. Would work great for legion of the damned marines. This could also be a chapter icon for the left shoulder. This is a pewter model that fits on tactical space marine® models as well as other sci-fi models. | Chaos Space Marines are a Warhammer 40,000 army.<br><br> <br>Mk5 "Heresy" Pattern      Mk6 "Corvus" Pattern<br>p20 Codex Space Marines 2008 **(NH_SM_20 / Neil Hodgson / 2008) (PEX 846 at GW0017557)**<br><br>Chaos Space Marines are a Warhammer 40,000 army.<br><br>The Legion of the Damned is a Space Marine Chapter.<br><br><br><br>How to paint Space Marines 2004, page 85<br>**(NH Legion of the Damned/ Neil Hodgson / 2005) (PEX 421 at GW0001067)** |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
|    |                                                   | Games Workshop sells Legion of the Damned models on its website - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod380007a&rootCatGameStyle=  **Miniatures designed by Juan Diaz Ramos. (PEX 553 at GW0002462)** Tactical is a Space Marine squad designation. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| 20 | Shoulder Pad w/ Skull and Flames for 28mm marine- Tactical (PEX 435 at CHS00001647)<br><br><br><br>This is a shoulder pad with Skull on it, the skull has flames coming out of the top. This shoulder pad works well with any loyalist marine army. This shoulder pad would look especially good on legion of the damned armies. This could also be a chapter icon for the left shoulder. This is a pewter model that fits on 28mm models as well as other sci-fi models. | <br><br>Warhammer 40,000 Chaos Space Marines 2007, page 21<br>**(NH CH_Sanct / Neil Hodgson / 2007) (PEX 455 at p.21)**<br><br>The Sanctified is a Chaos Space Marine Legion.<br><br>Chaos Space Marines is a Warhammer 40,000 army.<br><br>Legion of the Damned is a Space Marine Chapter.<br><br>Tactical is a Space Marine squad designation. |
| 21 | Shoulder Pad Star Fox or Wolf Tactical (PEX 435 at CHS00001587)<br><br>This is a stylized fox or wolf head shoulder pad. This is the standard size tactical space marine® shoulder pad cast in pewter. This pad works well with fox, or luna wolves style armies. | There are no IP issues with this product other than the shape/design of the underlying shoulder pad. |

22

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
| 22 | Shoulder Pad Star Fox or Wolf - <mark>Terminator</mark> (PEX 435 at CHS00001593)<br><br>This is a stylized fox or wolf head shoulder pad. This pad works well with fox, or luna wolves style armies. This is the standard size <mark>space marine® terminator</mark> shoulder pad cast in pewter. This sculpt to be used as a right arm pad. | There are no IP issues with this product other than the shape/design of the underlying shoulder pad. |
| 23 | Shoulder Pads for Chalice or <mark>Soul Drinker</mark> – <mark>Tactical</mark>(PEX 435 at CHS00001557)<br><br><br><br>This is a shoulder pad with a grail or chalice sculpet on the face, the upper ridge has a raised face with details sculpted along the edge. This shoulder pad works well with <mark>Soul Drinker</mark> themed armies. This is the standard size <mark>space marine® tactical</mark> shoulder pad cast in pewter. | The Soul Drinkers are a Space Marine Chapter.<br><br><br><br>Soul Drinkers 2002, front cover<br>**(PAS030C Soul Drinker / Adrian Smith / Black Library / 2002) (PEX 325 at GW00008925)**<br><br>Tactical is a Space Marine squad designation. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
| 24 | Shoulder Pads for Chalice or Soul Drinker – Terminator (PEX 435 at CHS00001563)<br><br><br>This is a shoulder pad with a grail or chalice sculpet on the face, the upper ridge has a raised face with details sculpted along the edge. This shoulder pad works well with Soul Drinker themed armies. This is the standard size space marine® terminator shoulder pad cast in pewter. | The Soul Drinkers are a Space Marine Chapter.<br><br><br>Soul Drinkers 2002, front cover<br>**(PAS030C Soul Drinker / Adrian Smith / Black Library / 2002) (PEX 325 at GW00008925)**<br><br>Tactical is a Space Marine squad designation. |
| 25 | Salamanders Dragon Skull Shoulder Pad for Space Marine Model (PEX 435 at CHS00001439)<br><br>This is a Dragon or Salamander skull on a scaled background. This is the standard size space marine® tactical shoulder pad cast in pewter. | The product implicates trademark issues only, not copyright. |
| 26 | Salamanders Dragon Skull Shoulder Pad – Space Marine Terminator (PEX 435 at CHS00001447)<br><br>This is a Dragon or Salamander Skull on a scaled background. This is the standard size space marine® terminator shoulder pad cast in pewter. This sculpt to be used as a right arm pad. | The product implicates trademark issues only, not copyright. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
| | | |
| 27 | Dragon or Salamander Power Fist (PEX 435 at CHS0000395)<br><br><br><br>A left arm that can be used as a power fist or lightning claw on regular infantry size miniatures, works well on terminator or power armor.  There are scales sculpted onto the forearm. | The Salamanders are a Space Marine Chapter.<br><br>Forge World power fist<br>http://www.forgeworld.co.uk/Warhammer-40000/SPACE-MARINE-CHARACTER-CONVERSION-SET.html<br><br><br><br>**Model designed by Phil Stutcinskas**, (PEX 416 at GW0002457)<br><br><br>Cover art, Warhammer 40,000 – Codex Imperialis 1993<br>**(JB124  / John Blanche / 1993) (PEX 457)**<br>Terminator is a style of Space Marine armour. |
| 28 | Dragon or Salamander Storm Shield Diamond Scales (PEX 435 at CHS0000405)<br><br>A high detail shield based on dragon theme, useful on high elf or emperor fantasy models as well as dragon or salamanders space marine models. | The product implicates trademark issues only, not copyright. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|----|----|
|  | The front of this shield has dragon skull on the top and diamond scales sculpted onto the front, the rear of the shield has a hand hold that enables power armor marines to hold the shield (not shown in photo). It is designed to be modeled on 28mm scale models. This highly detailed bit is cast in PEWTER. |  |
| 29 | Dragon or Salamander Storm Shield - Smooth no skull (PEX 435 at CHS0000415)<br><br>A high detail shield based on dragon theme, useful on high elf or emperor fantasy models as well as dragon or salamanders space marine® models.<br><br>The front of this shield has dragon head and scales sculpted onto it, the rear of the shield has a hand hold that enables power armor marines to hold the shield (not shown in photo). It is designed to be modeled on 28mm scaled marines. This highly detailed bit is cast in PEWTER | The product implicates trademark issues only, not copyright. |
| 30 | Dragon or Salamander Storm Shield - Smooth w/ skull (PEX 435 at CHS0000425)<br><br>A high detail shield based on dragon theme, useful on high elf or emperor fantasy models as well as dragon or salamanders space marine® models.<br><br>The front of this shield has dragon head and scales sculpted onto it as well as as skulls, the rear of the shield has a hand hold that enables power armor marines to hold the shield (not shown in photo). It is designed to be modeled on 28mm scaled models. This highly detailed bit is cast in white metal | The product implicates trademark issues only, not copyright. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
| | | |
| 31 | Dragon or Salamander Thunder Hammer (PEX 435 at CHS0000445)<br><br><br><br>This is a hammer sculpted with a dragon or salamander theme in mind.  It can be used as a power weapon or a thunder hammer.  It can be used for dragon or salamander 28mm models  Customers have also used this for high elf and empire fantasy armies.  It is a pewter bit. | Thunder Hammer<br><br><br><br>p101, Codex Space Marines 2008 **(NH902  / Neil Hodgson / 2008 ) (PEX 846 at GW0017638)**<br><br><br><br>p45, Index Astartes IV 2004 **(NH Imperial Fist  / Neil Hodgson / 2001) (PEX 423 at GW001195)**<br><br>Power armour is the most common style of Space Marine armour. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| | | The Salamanders are a Space Marine Chapter. |
| 32 | Salamander upgrade kit (Fits on Space Marine Land Raider) (PEX 435 at CHS00001466)<br><br>Our first conversion kit for the Games Workshop landraider tanks, its composedof 9 resin components and 4 pewter components. Included in this package are 2 Front side armor panels, 2 Rear side armor panels, 2 front track guards, 2 dragon head lascannon sponson covers, 1 dragon head Heavy Bolter/Assault Cannon cover and 2 Pewter Braziers. | The product implicates trademark issues only, not copyright. |
| 33 | Vehicle Icons for Flesh Tearers (PEX 435 at CHS00001944)<br><br>This kit consist of 7 pairs of sawblade/drops cast in resin.<br><br>Large icons measure 31 mm diameter (good for Land Raiders or Rhino top hatches)<br><br>Two medium icons measure 23.5 mm diameter (good for Rhino fronts and Land Raider side doors)<br><br>Four small icons measure 16 mm diameter (droppods, dreadnoughts, landspeeders, etc). | The product implicates trademark issues only, not copyright. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| 34 | Combi Weapon Magnetic Kit (PEX 435 at CHS0000287)<br><br><br><br>This kit consist of one bolter combi-weapon body, one combi flamer attachment, one grenade launcher attachment, one combi plasma gun attachment and one melta gun attachment. We also include 5 rare-earth magnets that fit in the pre-drilled holes on the main body and on each attachment. 9the holes and Magnets are 1/16th inch, please note that due to the casting pocess, these holes sometimes do not fully form on the Bolter.<br><br>This is a pewter kit that allows you to switch out your special weapon choices anytime you want. The magnet has the strength to keep the attachments from falling off with pretty heavy handling. Coupled with our unique fitting design, there is little chance of losing the attachments when on the mini.<br><br>Scaled for 28mm models. | Combi-melta<br><br> <br><br>p87 Codex Space Marines 2008.<br>**(DG1163 / Dave Gallagher / 2008 ) (PEX 846 at GW0017624)**<br><br>Combi-plasma |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
|    |                                                   |  COMBI-WEAPON<br>Underslung plasma gun; Single core containment<br><br>p49 Codex Dark Angels 2006.<br>**(NH Wargear / Neil Hodgson / 2006) (PEX 420 at GW0000939)**<br><br>Combi-flamer<br><br><br>Astartes MKIV-SV 'Pyros' Type Combi-Flamer<br>Fire Angels Chapter Forge Manufacture<br><br>p90 'Imperial Armour 9: The Badab War Part 1' 2010<br>**(Paul Rudge / 2006) (PEX 459 at p.90)** |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
| 35 | Conversion Kit for Farseer Jetbike Rider (PX 435 at CHS0000309)<br><br><br><br>Games Workshop Jetbike kit not included as shown above and for scale purposes only (used without permission)<br><br>This is a Chapterhouse Studios sculpted 12 piece resin conversion kit that can form the modle shown.  It is meant to aid players in converting a regular jetbike kit into a farseer on jetbike model. | A Farseer is a character from the Eldar army – see the 'Guide to the Warhammer 40,000 Universe' document. Games Workshop sells Eldar Farseers on its website - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060019&rootCatGameStyle=<br><br><br><br>**Miniature designed by Jes Goodwin and Martin Footit  (PEX 546 at GW002447)**<br><br> |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
|    |                                                   | p28 Codex Eldar 2006 **(PS192 / Paul Smith / 1999 )**<br><br>A jetbike is an Eldar army vehicle. Games Workshop sells Eldar jetbikes on its website – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1090102&rootCatGameStyle=<br><br><br><br>**Miniature designed by Jes Goodwin (PEX 492 at GW0004579)**<br><br><br><br>p37 Codex Eldar 2006. **(AB736 / Alex Boyd / 2006 ) (PEX 460 at p.37)** |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
|    |                                                   | <br><br>p40 Codex Eldar 2006. **(SK049 / Stefan Kopinski / 2003(SK / Stefan Kopinski) (PEX 845 at GW0017489)**<br><br>The Seer Council are a unit in the Eldar army. Games Workshop sells the Seer Council on its website - http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060064&rootCatGameStyle=<br><br><br><br>**Miniatures designed by Jes Goodwin and Adam Clarke (PEX 548 at GW0002449)** |

33

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| 36 | Conversion kit for Warlock Jetbike Rider (PEX 435 at CHS0000315)<br><br><br><br>Games Workshop Jetbike kit not included shown for example purposes only.<br><br>This is a 11 piece resin conversion kit. It is perfect for converting a regular jetbike kit into a Warlock on Jetbike model.<br><br>Each Warlock Jetbike Rider kit comes with 2 weapon choices, 1 left arm, 1 top torso, 1 lower torso,1 Warlock head, 1 control panel, 2 shield generators and 2 bike accessories. | A Jetbike is an Eldar army vehicle.<br><br>Seer Council are a unit in the Eldar army.<br><br>The Warlock is a character from the Eldar army – see the 'Guide to the Warhammer 40,000 Universe' document. Games Workshop sells Warlocks on its website – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060088&rootCatGameStyle=<br><br><br><br>**Miniature designed by Jes Goodwin (PEX 549 at GW0002451)** |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
| 37 | Conversion kit for Tyranid Tervigon (PX 435 at CHS00001921)  This Chapterhouse Studios resin set contains 5 high detail components that fit with the Games Workshop Carnifex kit. Once assembled, it adds much girth and armor.  Please note this set does NOT include a Games Workshop Tyranid Carnifex model. <br><br> Each kit contains 5 pieces: <br><br> Top Center Torso Spine piece (fits in between the two side torsos of the carnifex) <br><br> Central Armor and Spine Bank (fits on top of the upper torso) <br><br> Head mount piece <br><br> Lower abdomen containing birth sacs and embryonic termagaunts | Tyranids are a Warhammer 40,000 army. The Tervigon is a type of Tyranid creature.  Warhammer 40,000  Tyranids 2009, page 52 **(AB930_Tervagon / Alex Boyd / 2009) (PEX 47 at GW0001422)** <br><br> Chapterhouse's components are designed to fit on Games Workshop's Tyranid Carnifex model – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1050178&rootCatGameStyle= |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| | Standard Size Oval base (matches Trygon base diameter).<br><br>Please note while this kit is sculpted to fit a <mark>carnifex</mark> kit with no modification to either kit, some modification may be necessary to the minute variations that are present in both the Games Workshop and and Chapterhouse Kits. | <br><br>**Miniature designed by Jes Goodwin (PEX 565 at GW0002483)**<br><br>The Termagants and Trygon are also creatures from the Tyranid army. |
| 38 | <mark>Lashwhips</mark> - <mark>Tyrant</mark> Size (PEX 435 at CHS00001141)<br><br>This is a single pewter <mark>Lashwhip</mark> created by Chapterhouse Studios for <mark>Tyranid</mark>® monsters, it is sized to be used with <mark>Tyrants</mark> and other Large size models. Sculpted so it can be used on the right or left arm socket, it is also bendable due to the sculpting. These <mark>Lashwhips</mark> hold the foes still so a killing strike may be inflicted. | The product implicates trademark issues only, not copyright. |
| 39 | <mark>Lashwhips</mark> - Warrior Size  (PEX 435 at CHS00001147)<br><br>This is a single pewter <mark>Lashwhip</mark> created by Chapterhouse Studios for <mark>Tyranid</mark>® monsters, it is sized to be used with warriors and other medium size models. Sculpted so it can be used on the right or left arm socket, it is also bendable due to the sculpting. These <mark>Lashwhips</mark> hold the foes still so a killing strike may be inflicted. | The product implicates trademark issues only, not copyright. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| 40 | Tyrant Bonesword Arms (PEX 435 at CHS00001931)<br><br>This is a pair of Chapterhouse Studios resin Bonesword arms that are scaled in the same size as the 28mm Hive Tyrant or other monstrous creatures. Works great for converting a Swarmlord  Each pair consist of 1 left and 1 right arm scaled for the larger creatures.  Sculpted with details showing the symbiotic weapons, the swords have bio-organic crystaline growths that enable the weapons to inflict death on anyone they strike. | The product implicates trademark issues only, not copyright. |
| 41 | Warrior Bonesword Arms (PEX 435 at CHS00001956)<br><br>This is a pair of Chapterhouse Studios resin Bonesword arms. Each pair consist of 1 left and 1 right arm scaled for warriors. Sculpted with details showing the symbiotic weapons, the swords have bio-organic crystaline growths that enable the weapons to inflict death on anyone they strike. | The product implicates trademark issues only, not copyright. |
| 42 | Xenomorph 28mm Head bits (PEX 435 at CHS00001988)<br><br>This is a six (6) piece set of 28mm **resin** heads.  You will receive three(3) of Head A and three(3) of Head B.  These heads are sculpted in the style of the classic "Aliens" xenomorphs.  They work great on many of the 28mm bodies, gaunts, genestealers and tyranid warriors. | The product implicates trademark issues only, not copyright. |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
| 43 | 28mm Ymgarl model Heads (PEX 435 at CHS0000037)<br><br><br><br>This is a 6 piece set of pewter Alien Heads. These are scaled for 28mm heroic miniatures. You can use them as Cthulhu or Ymgarl heads on your models. We have many customers that use these on their Tyranid® Genestealers® to represent Ymgarl Genestealers® .<br><br>Each set of 6 heads includes 3 different variants, you will recieve 2 of each head in this set. There are almost no mold lines on these heads, so minimal clean-up is required. Superglue is recommended for assemblnig metal bits on plastic kits.<br><br>We developed these in 2009 as variant heads that would be useful on Tyranid® Genestealers® . When GW released the new Tyranid® codex, the Ymgarl Genestealers® look incredibly like these heads! We have dated post and concept art to prove our idea came first.<br><br>Regardless, these heads will set your miniatures apart from the rest of the crowd! | Genestealers are creatures in the Tyranid army. The Ymgarl is a variant of a Genestealer.<br><br>As part of the Tyranid Genestealer boxed set, Games Workshop included a head component which can convert a Genestealer model into an Ymgarl Genestealer. The components are © Games Workshop 2004.<br><br><br><br>**Miniature designed by Jes Goodwin and Mark Harrison (PEX 117 at GW001439)**<br><br><br><br>Warhammer 40,000 Tyranids 2010, page 61<br>**(DG1192_Ymgarl_Stealer/ Dave Gallagher / 2009) (PEX 47 at GW001431)** |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| 44 | Female Heads - **Imperial Guard** 28mm (PEX 435 at CHS0000955)<br><br>This is a sprue of 6 unpainted resin female human heads. These are scaled for 28mm heroic miniatures. Perfect additions to any miniature line, and look great on **imperial guard** figures. | The product implicates trademark issues only, not copyright. |
| 45 | SXV-141 Super-Heavy Assault Walker SAW (PX 435 at CHS00001819)<br><br><br><br>Our first vehicle kit, we decided to go crazy.<br><br>This is a resin model kit consisting of over 50 parts, weighing in at approximately 2kg and standing almost "30cm tall when complete. The kit components are supplied "as cast" and require cleanup, assembly and painting for the finished product.<br><br>Needless to say I think the Imperial Titans will have their hands/fist full. | The Tau refers to the Tau Empire, a Warhammer 40,000 army.<br><br>The Tau Empire use rail guns as weapons on their vehicles.<br><br><br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1090208 (PEX 515 at GW0004859)<br><br>Tau XV88 Battlesuit with Two Railguns |

39

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|--------------------------------------------------|----------------|
|    |  | |

p40 Codex Tau Empire 2005 **(NH / Neil Hodgson / 2005 ) (GW 864 at GW0016745)**

p17

Codex Tau 2001 **(JG Concept Sketches / Jes Goodwin / 2005 ) (PEX 464 at p.7)**

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|--------------------------------------------------|----------------|
|    | <br><br><br><br>http://chapterhousestudios.com/index.php?route=product/product&path=59&product_id=201 (PEX 690 at CHS000028753) | <br><br>**Miniature designed by Jes Goodwin**<br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1620020 (PEX 963 at GW0018299) |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
|    |                               |                |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| |  | |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|----|---------------------------------------------------|----------------|
| |  | |

| No | Chapterhouse Product Title, Picture & Description | Games Workshop |
|---|---|---|
| |  (DX 45) | (PEX 718) Cover Art, Codex: Tau ©2001 **AS098 Tau Codex detail cropped from larger original)By Adrian Smith** **(PEX 464)** |

| 46 | ==Assault== Shoulder Pad with number 7 (PEX 435 at CHS000088)<br><br><br><br>This is a number 7 ==Assault== Shoulder pad for regular power armor, it has raised crossed arrows on the pad with a roman numeral 7 above the arrows. This is the standard size ==space marine® tactical== shoulder pad cast in pewter. | Assault is a type of Space Marine squad. An Assault squad will have an 'X' symbol and their squad number shown on their right shoulder pads. The squad number will be between 1-10.<br><br>Games Workshop assault squad shoulderpads – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110190&rootCatGameStyle=<br><br><br><br>Tactical is a Space Marine squad designation. (PEX 543 at GW0002440)<br><br>The table below shows the Squad markings for a standard Space Marine Company. These are displayed on the right shoulder pad.<br><br>• Squads 1-6 are Tactical Squads (Arrow and numerals 1-6)<br>• Squads 7-8 are Assault Squads (Cross arrows and numerals 7-8)<br>• Squads 9-10 are Devastator Squads (Chevron and numerals 9-10) |



Codex Ultramarines, 1995, p28. **(PEX 465 at p.28)**

| | | |
|---|---|---|
| | | <br>Insignium Astartes 2002, page 13 (PEX 842 at GW006866) |
| 47 | Assault Shoulder Pad with number 8 (PEX 435 at CHS0000102)<br><br><br><br>This is a number 8 Assault Shoulder pad for regular power armor, it has raised crossed arrows on the pad with a roman numeral 8 above the arrows. This is the standard size space marine® tactical shoulder pad cast in pewter. | Assault is a Space Marine squad designation.<br><br>Power armour is the most common style of Space Marine armour.<br><br>Tactical is a Space Marine squad designation.<br><br><br>Insignium Astartes 2002, page 13 (PEX 842 at GW006866) |
| 48 | Assault Squad Shoulder Pad - Plain (PEX 435 at CHS00000116)<br><br><br><br>This is a unmarked Assault shoulder pad for regular power armor, it has raised arrows on the pad. This is the standard size space marine® tactical shoulder pad cast in pewter. | Assault is a Space Marine squad designation.<br><br>Power armour is the most common style of Space Marine armour.<br><br>Tactical is a Space Marine squad designation.<br><br><br>Insignium Astartes 2002, page 32 (PEX 842 at GW0016885) |

| 49 | Crested Marine Shoudler Pad (PX 435 at CHS000321) <br><br>  <br><br> This is a shoulder pad with a raised crest on it.  This is a pewter model is scaled for 28mm models and fits well on Games Workshops <mark>space marine</mark>® shoulders. | Space Marine Captain <br> http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat440176a&prodId=prod1060070&rootCatGameStyle= <br><br>  <br><br> **Miniature designed by Juan Diaz Ramos (PEX 428 at GW0005404)** <br><br>  <br><br> p84 Codex Space Marines 2008 <br> **(DG810 / Dave Gallagher / 2004 ) (PEX 846 at GW0017621)** <br><br> Chaos Space Marines are a Warhammer 40,000 army. |

49

| | | Tactical is a Space Marine squad designation. |
|---|---|---|
| 50 | **Devastator** Shoulder Pad  (PEX 435 at CHS0000361)<br><br><br><br>This is a unmarked **devastator** shoulder pad scaled for 28mm power armor, it has a raised arrow on the pad.  Cast in pewter. | Devastator is a type of Space Marine squad. A Devastator squad has an inverted 'V' symbol on their right shoulderpads.<br><br><br><br>Warhammer 40,000 Space Marines 2004, page 70<br>**(NH SM Pads/ Neil Hodgson / 2004)  (PEX 424 at GW0001288)**<br><br><br><br>Index Astartes III 2003, page 23<br>**(NH Ultramarines Graph / Neil Hodgson / 2001) (PEX 422 at GW0001105)**<br><br>Power armour is the most common style of Space Marine armour. |

| 51 | IX <mark>Devastator</mark> Marine Shoulder Pad 28mm (PEX 435 at CHS00001121)  This is a number 9 <mark>Devestator</mark> Shoulder pad in 28mm scale it has raised arrow on the pad with a roman number 9 embossed into the arrow. Pad cast in pewter. | Devastator is a Space Marine squad designation. Tactical is a Space Marine squad designation.  Insignium Astartes 2002, page 13 (PEX 842 at GW0016866)  Codex Ultramarines, 1995, p28. **(PEX 465 at p.28)** |
| --- | --- | --- |
| 52 | X <mark>Devastator</mark> Shoulder Pad for 28mm marine players (PEX 435 at CHS00001996)  This is a number 10 <mark>Devestator</mark> Shoulder pad in 28mm scale it has raised arrow on the pad with a roman number 10 embossed into the arrow. Pad cast in pewter. | Devastator is a Space Marine squad designation. Tactical is a Space Marine squad designation.  Insignium Astartes 2002, page 13 (PEX 842 at GW0016866) |

| | | |
|---|---|---|
| | | <br>Codex Ultramarines, 1995, p28. **(PEX 465 at p.28)** |
| 53 | First Squad or I Shoulder Pads – tactical (PEX 435 at CHS00000961)<br><br>This is a shoulder pad with a roman numeral "1" or an I on the face, it is stylized and has more detail then the typical I shoulder pad.  This shoulder pad works well with any loyalist <mark>space marine</mark>® armies.  This could also be a chapter icon for the left shoulder.  This is a pewter model that fits on <mark>tactical space marine</mark>® models as well as other sci-fi models. | There are no IP issues with this product other than the shape/design of the underlying shoulder pad. |
| 54 | Generic Power Armour Shoulder Pad 28mm – (PEX 435 at CHS00001010)<br><br><br><br>Just a regular 28 mm scaled power armor pad, similar to the standard one with raised edges. | <br>Index Astartes III 2003, page 23<br>**(NH Ultramarines Graph / Neil Hodgson / 2001) (PEX 422 at GW001105)** |

| | | |
|---|---|---|
| 55 | Smooth Shoulder Pad for 28mm tactical – marine (PEX 435 at CHS00001697)<br><br><br><br>Another regular 28mm tactical shoulder pad, this one has no raised areas, perfectly smooth for something different.<br><br>Single pewter bit. | Space Marine shoulder pad – see product 54. |
| 56 | <mark>Tactical</mark> Shoulder Pad 28mm marines (PEX 435 at CHS00001835)<br><br>This is a <mark>Tactical</mark> Shoulder pad for regular power armor, it has a raised arrow on the pad. This is the same scale as a 28mm <mark>space marine®</mark>I shoulder pad cast in pewter. | Tactical is a type of Space Marine squad.<br><br>Games Workshop – Tactical shoulder pads<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110189&rootCatGameStyle=<br><br><br>(PEX 562 at GW0002478)<br>A Tactical squad member will have their squad number shown on their right shoulder pads. The squad number will be between 1-10.<br><br><br><br>Insignium Astartes 2002, page 32 (PEX 842 at GW0016866) |

| 57 | <mark>Tactical</mark> Shoulder Pad for 28mm marine with number 1 (PEX 435 at CHS00001849)<br><br><br><br>This is a number 1 <mark>Tactical</mark> Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 1 inlaid in the arrow. This is the 28mm scale shoulder pad cast in pewter. | Tactical is a Space Marine squad designation.<br><br><br><br>Insignium Astartes 2002, page 13 (PEX 842 at GW0016866)<br><br><br><br>Codex Ultramarines, 1995, p42 (PEX 465 at p.42) |
|----|----|----|
| 58 | <mark>Tactical</mark> Shoulder Pad for 28mm marine with number 2 (PEX 435 at CHS0001859)<br><br><br><br>This is a number 2 <mark>Tactical</mark> Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 2 inlaid in the arrow. This is the 28mm <mark>tactical</mark> shoulder pad cast in pewter. | Tactical is a Space Marine squad designation.<br><br><br><br>Insignium Astartes 2002, page 13 (PEX 842 at GW0016866) |

| | | <br>Codex Ultramarines, 1995, p28 **(PEX465 at p.28)** |
|---|---|---|
| 59 | ==Tactical== Shoulder Pad for 28mm marine with Number 3 (PEX 435 at CHS00001873)<br><br>This is a number 3 ==Tactical== Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 3 inlaid in the arrow. This is a standard 28mm scale ==marine tactical== shoulder pad. | Tactical is a Space Marine squad designation.<br><br>Insignium Astartes 2002, page 13 (PEX 842 at GW0016866)<br><br>Codex Ultramarines, 1995, p43 **(PEX465 at p.28)** |
| 60 | ==Tactical== Shoulder Pad for 28mm marine with Number 4 (PEX 435 at CHS00001879)<br><br>This is a number 4 ==Tactical== Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 4 inlaid in the arrow. This is a 28mm scale. | Tactical is a Space Marine squad designation.<br> |

| | | Insignium Astartes 2002, page 13 (PEX 842 at GW0016866)  Codex Ultramarines, 1995, p43 (PEX465 at p.28) |
|---|---|---|
| 61 | ==Tactical== Shoulder Pad for 28mm marine with number 5 (PEX 435 at CHS00001889)  This is a number 5 ==Tactical== Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 5 inlaid in the arrow. This is in a 28mm scale. | Tactical is a Space Marine squad designation.  Insignium Astartes 2002, page 13 (PEX 842 at GW0016866)  Codex Ultramarines, 1995, p43 (PEX465 at p.28) |
| 62 | ==Tactical== Shoulder Pad for 28mm marine with number 6 (PEX 435 at CHS00001899)  This is a number 6 ==Tactical== Shoulder pad for regular power armor, it has a raised arrow on the pad with a roman numeral 6 inlaid in the arrow. This is in a 28mm scale. | Tactical is a Space Marine squad designation.  |

| | | |
|---|---|---|
| | | Insignium Astartes 2002, page 13 (PEX 842 at GW0016866)<br><br><br><br>Codex Ultramarines, 1995, p28 **(PEX465 at p.28)** |
| 63 | ==Salamanders== or Dragon ==Drop Pod== Armor or Door Panel (PEX 435 at CHS00001456)<br><br><br><br>This is a highly detailed resin _partan_ panel that fits on the ==Drop Pod== Kit door. It is a single piece that fits over the standard door, this is sculpted with a dragon or ==salamanders== icon in the center, surrounded by scales. This is a single door. We similar buying a set of 5 for the regular ==drop pod== model kit. | A drop pod is a Space Marine vehicle. Games Workshop sells drop pods on its website – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1560026&rootCatGameStyle=<br><br><br><br>**Miniature designed by Tom Walton (PEX 489 at GW0004533)**<br><br><br><br>Index Astartes 2004, page 19<br>**(NH Salamander Graph / Neil Hodgson / 2004) (PEX 423 at GW001169)** |

| 64 | ==Salamander== Dragon Skull Shoulder Pad Bit – ==Tactical== (PEX 435 at CHS0001429)  This is a Dragon or ==Salamander== Skull on a scaled background. This is the standard size ==space marine® terminator== shoulder pad cast in pewter.  This sculpter to be used as a right arm pad. |  Index Astartes 2004, page 19 **(NH Salamander Graph / Neil Hodgson / 2004) (PEX 423 at GW001169)** |
|---|---|---|
| 65 | ==Salamander== Dragon Skull Shoulder Pad – ==Terminator== (PEX 435 at CHS0001859)  This is a Dragon or ==Salamander== Skull on a scaled background. This is the standard size ==space marine® tactical== shoulder pad cast in pewter. |  Index Astartes 2004, page 19 **(NH Salamander Graph / Neil Hodgson / 2004) (PEX 423 at GW001169)** Tactical is a Space Marine squad designation. Terminator is a style of Space Marine armour. |

| 66 | ==Salamander== Dragon ==Thunder Hammer== – Smooth   (PEX 435 at CHS0001478)<br><br><br><br>This is a hammer sculpted with a dragon or ==salamander== theme in mind.  It can be used as a power weapon or a ==thunder hammer==.  It can be used for dragon or ==salamander space marine==® armies.  This is our new "smooth" ==salamander== hammer.  Customers have also used this for high elf and empire fantasy armies.  It is a pewter bit.<br><br>Please note this is smaller then the ==thunder hammers Terminators== normally have.  It may be more suitable for non-==terminator== units. | <br><br>Index Astartes 2004, page 19<br>**(NH Salamander Graph / Neil Hodgson / 2004) (PEX 423 at GW001169)**<br><br><br><br>p101, Codex Space Marines 2008 **(NH902  / Neil Hodgson / 2008 )**<br>**(GW846 at GW0017638)**<br><br><br><br>p45, Index Astartes IV 2004 **(NH Imperial Fist  / Neil Hodgson / 2001 )**<br>**(PEX 423 at GW001195)**<br>Terminator is a style of Space Marine armour. |