# EXHIBIT C

**Comparison Chart for 2nd Set of Products**

The terms shown in yellow highlighting are terms that Games Workshop believes are trademarks that Chapterhouse is unfairly using. The highlighting does not appear on Chapterhouse's product description or online materials.

| 124 | | |
|-----|--|--|
| 125 | | |
| 126 | | |
| 127 | | |
| 128 | **Hotshot Lasgun Pack (PEX 690 at CHS00028588)**  <br><br> This is a 2 piece metal model of a heavy laser and a power pack. Designed to be compitable with 28mm wargaming miniatures and can be used to convert Imperial Guard Storm Trooper models. <br><br> This product is sold unpainted and some cleaning may be required. |  <br> Imperial Guard Cadian Shock Troops <br> http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod2070014 <br> **Miniatures designed by Brian Nelson (PEX 415 at GW0004637)** <br><br>  <br> Lasgun with attached scope <br> p38 Codex Imperial Guard 2008 <br> **(DH051 / Des Hanley / 1995 ) (PEX 479 at p.38)** <br><br> Hot-shot lasguns/Hot-shot Laser Power pack <br><br> PLAINTIFF EXHIBIT PX-1021 |

1



p21, 'Codex Imperial Guard' ©1995
**DH064k Stormtrooper / Des Hanley / 1995 (PEX 480 at p.21)**



Imperial Guard Storm Trooper Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod810031a
**Sculpted by Mark Bedford**
Released January 2000 (PEX 767 at GW0012068)

2

129 | **Iconoclast** Conversion kit for **Space Marine Land Raider** (PEX 690 at CHS00028592)



MkIIb LAND RAIDER (Forge World)
http://www.forgeworld.co.uk/Warhammer-40000/Space_Marines/Red_Scorpions/MkIIb-LAND-RAIDER.html
**Sculpted by Jes Goodwin and Will Hayes (PEX 758 at GW001180)**
On Sale 2004



This resin kit consist of 12 components that when combined with the Games Workshop Space Marine® Land Raider will create a more heavily armored vehicle to transport your toy soldiers on the battlefield. The Iconoclast conversion kit consist of the following components - 2 side armored sponsons, 2 sponson upper components, 2 weapon mounts, 2 side hatches, 2 armored sensor units, 1 central hull and turret mount



p39 Epic 40,000 Rule Book 1997
(PS013 / Paul Smith / 1996 ) (PEX 1004 at p.39)

4

| | | |
|---|---|---|
| | and 1 upper turret armor piece.<br><br>The ==Iconoclast== conversion kit is designed to be fully compatible with all plastic versions of Games Workshop's ==Space Marine Land Raider==.  As this kit will require modification of the sponson weapons to attach to the drum weapon mounts, modeling experience is recommended.<br><br>==Land Raider== modell shown is not included and is displayed to illustrate use of the conversion kit and compatibility.<br><br>Components sold unpainted and unassembled. | |
| 130 | **Magnetic Turret Kit for the ==Storm Raven== (PEX 1001)**<br><br><br>MAGNETIC TURRET KIT FOR SPACE MARINE STORM RAVEN | The Stormraven Gunship is a Space Marine flying vehicle which comes with a selection of turret options.<br><br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a<br>**Sculpted by Jes Goodwin and Dale Stringer (PEX 513 at GW0004811)**<br>Released Feb 2011 |



### MAGNETIC TURRET KIT FOR SPACE MARINE STORM RAVEN

GAMES WORKSHOP STORM RAVEN KIT SHOWN FOR COMPATIBILITY PURPOSES ONLY

MAGNETIC TURRET KIT FOR SPACE MARINE STORM RAVEN

The Chapterhouse Studios "Magnetic Turret Kit for the Storm Raven" is a resin model kit that modifies the Games Workshop Storm Raven vehicle. It is composed of 13 pieces - 7 piece turret, 2 laser cannons, 2 plasma cannons, 2 assault cannons and 8 magnets. Our turret design allows you to easily switch between the lascannon, plasma cannon or assault cannon options available to the Storm Raven game piece



Stormraven Turret Lascannon included in the 'Stormraven Gunship' product
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a
**Sculpted by Jes Goodwin and Dale Stringer (PEX 415 at GW004813)**
Released Feb 2011



Stormraven Turret Assault Cannon included in the 'Stormraven Gunship' product
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a
**Sculpted by Jes Goodwin and Dale Stringer**
Released Feb 2011



6

according to the rules published by Games Workshop.

==Storm Raven== model hull shown is not included and is displayed to illustrate use of the conversion kit.

Components sold unpainted and unassembled.

Storm Raven Turret Plasma Guns included in the 'Stormraven Gunship' product
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a
**Sculpted by Jes Goodwin and Dale Stringer(PEX 415 at GW004812)**
Released Feb 2011

The Space Marine Razorback is a Space Marine tank vehicle which comes with a selection of turret options.



http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1140044a
**Sculpted by Jes Goodwin and Tim Adcock (PEX 534 at GW0007260)**
Released 2003



Space Marine Razorback - Turret
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1140044a
**Sculpted by Jes Goodwin and Tim Adcock (PEX 534 at GW0007260)**

Released 2003



p37 Codex Grey Knights 2010. (AB1003 / Alex Boyd / 2010 ) (PEX 848 at GW0018045)



p101 Codex Space Marines 2008.
Assault Cannon.
**(NH Wargear / Neil Hodgson / 2006) (PEX 849 at GW0018051)**

p101 Codex Space Marines 2008. **(NH Wargear / Neil Hodgson / 2006)**
Lascannon. (PEX 849 at GW0018051)

131

## Magnetic Turret Kit for the Razorback (PEX 1000)



MAGNETIC TURRET KIT FOR SPACE MARINE RAZORBACK TANK



Space Marine Razorback
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1140044a
Sculpted by Jes Goodwin and Tim Adcock
Released 2003 (PEX 534 at GW0007260)



Lascannon
+++MK VII: Alternate sighting array+++
As pure and wroth as justice itself.

p101 Codex Space Marines 2008. (NH Wargear / Neil Hodgson / 2006)
Lascannon. (PEX 849 at GW0018051)



**MAGNETIC TURRET KIT FOR SPACE MARINE RAZORBACK TANK**

GAMES WORKSHOP RAZORBACK TANK SHOWN FOR COMPATIBILITY PURPOSES ONLY

The Chapterhouse Studios "Magnetic Turret Kit for the Razorback" is a resin model kit that modifies the Games Workshop Space Marine Razorback vehicle. It is composed of 17 pieces - 7 piece turret, 2 heavy bolt guns, 2 laser cannons, 2 heavy flamethrowers, 2 assault cannons, 2 plasma guns and 12 magnets. Our turret design allows you to easily switch between the lascannon, lascannon with twin-linked plasma guns, heavy bolter, heavy flamers or the assault cannon options available to the Razorback tank game piece according to the rules published by Games Workshop.

Razorback tank model shown is not included and is displayed to illustrate use of the conversion kit.

Components sold unpainted and unassembled



p101 Codex Space Marines 2008.
Assault Cannon. (PEX 849 at GW0018051)
**(NH Wargear / Neil Hodgson / 2006)**

Plasma guns on Games Workshop vehicles:



Leman Russ Demolisher
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod50019a
**Sculpted by Tom Walton and Dale Stringer (PEX 759 at at GW0011910)**
Released 2009



Storm Raven Turret Plasma Guns
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a
Sculpted by Jes Goodwin and Dale Stringer
Released Feb 2011 (PEX 415 at GW004812)



p5 Codex Space Marines 2004.
Space Marine Razorback with twin-linked lascannon turret. (PD198 / Paul Dainton /

**2002 ) (PEX 424 at GW001223)**



p35 Codex Space Marines 2004. (PEX 424 at GW001253)
Razorback with twin-linked heavy bolter. **(NH Wargear / Neil Hodgson / 2006)**

13

132 | **Open-Fisted Power Claws compatible with Games Workshop Space Marine model (PEX 690 at CHS00028697)**



This is a pair of resin power claw arms for 28 mm figures. They are designed to be compatible with Games Workshop Space Marine models.



Space Marine Terminator Powerfist (PEX 418 at GW0005208)
from the Space Wolves Wolf Guard Terminators set
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod260002a
Miniatures designed by Jes Goodwin, Matt Holland, Neil Langdown and Dave Thomas.
Released 2009

Each set of claws come consist of 8 parts - 4 open-fisted <mark>power claws</mark> or blades, 2 armored arms and 2 power cables.

The shoulder armor pieces are approximately the same size as the shoulder armor on a Games Workshop <mark>Terminator</mark> model and will easily accept any of our "<mark>Terminator</mark> Shoulder Pads". The shoulder armor can be easily cut down in size to accomodate any of our "Power Armor Shoulder Pads". These can be used as <mark>ligntning claws</mark> or any sort of power blades.

Components sold unpainted and unassembled.

**Released March 2012.**



(PEX 415 at GW0004773)



Space Marine Terminator Close Combat Squad
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060025
**Miniatures designed by Jes Goodwin, Martin Footit and Dave Thomas. (PEX 510)**

'Space Marine Terminator Weapon Set'



Lightning Claw
+++Angel's Talon type+++
The talons of vengeance, the
scythe to sweep away those
who would deny the
Emperor's dream.

p101 Codex Space Marines 2008. (NH Wargear / Neil Hodgson / 2006)
Lightning Claw. (PEX 846 at GW0017638)



p92 Codex Space Marines 2008. (DG1157 / Dave Gallagher / 2008 )
(PEX 849 at GW0018050)

## Lightning Claw



This fierce slashing weapon is worn in pairs, one on each hand, doubling the ferocity of its attack. It is a difficult weapon to master and its devotees prefer an individual style of fighting. The weapon consists of long slashing blades very much like the long claws of a primeval cat. However, like other power weapons, these claws are sheathed in a deadly energy. As the razor sharp knive edges are drawn across armour they hook into it and tear it away, exposing the soft flesh and inner workings to further assault.

p10 Warhammer 40,000 Compilation 1991. ( Nick Coleman )
(PEX 470 at p.10)



p53 Codex Ultramarines 1995. **(DH020 / Des Hanley / 1994 )**
(PEX 465 at p.53)

| 133 | **Close-Fisted Power Claws compatible with Games Workshop Space Marine model (PEX 690 at CHS00028512)** | |
|---|---|---|





This is a pair of resin power claw arms for 28 mm figures. They are designed to be compatible with Games Workshop Space Marine models. Each set of claws come consist of 8 parts - 4 close-fisted power claws or

Space Marine Terminator Powerfist
from the Space Marine Terminators set
(PEX 415 at GW0004781)

blades, 2 armored arms and 2 power cables.

The shoulder armor pieces are approximately the same size as the shoulder armor on a Games Workshop ==Terminator== model and will easily accept any of our "==Terminator== Shoulder Pads".  The shoulder armor can be easily cut down in size to accomodate any of our "Power Armor Shoulder Pads".  These can be used as ==ligntning claws== or any sort of power blades.

Components sold unpainted and unassembled.



Space Marine Terminators
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060028
**Miniatures designed by Jes Goodwin, Martin Footit and Dave Thomas.**
Released 2005 (PEX 559 at GW0002473)

## Lightning Claw



This fierce slashing weapon is worn in pairs, one on each hand, doubling the ferocity of its attack. It is a difficult weapon to master and its devotees prefer an individual style of fighting. The weapon consists of long slashing blades very much like the long claws of a primeval cat. However, like other power weapons, these claws are sheathed in a deadly energy. As the razor sharp knive edges are drawn across armour they hook into it and tear it away, exposing the soft flesh and inner workings to further assault.

p10 Warhammer 40,000 Compilation 1991. **( Nick Coleman )**
(PEX 470 at p.10)



p53 Codex Ultramarines 1995. **(DH020 / Des Hanley / 1994 )**
(PEX 465 at p.53)

134 | **Pilum Imperial Attack <mark>Jet Bike</mark>** (PEX 690 at CH00028703)





Emperor's Children Space Marine Jet Bike Squad.
p15, *Horus Heresy: Collected Visions* ©2007
**(2034_Jet Bike Squad / Eric Ren / 2003)**
(PEX 969 at GW0018399)



## CHAPTERHOUSE STUDIOS

### PILUM ATTACK JET BIKE WITH SIDE MOUNTED BOLT GUNS

This multi-part customizable resin kit contains 21 resin components. This set includes our standard Javelin Jet Bike kit as well as 12 new components to upgrade it to an "attack" variant - the Pilum Jet Bike. Two side mounted weapon options are included - our Heavy Bolt Gun and a Heavy Melta Gun. **This kit is specifically designed to allow the two heavy weaponf options to be magnetized and this kit includes 6 magnets as well.**

We also included 2 different bolt gun mounts that will allow the addition of different special weapons (plasma, melta, grenade launchers etc). These conveniently fit our combi-weapon conversion bits.

Also included in the kit are a set of legs and arms that will allow you to use other companies torsos and heads to model an armored rider. Flight stand will be included. Please note the peg hole is sized for Games Workshops flight bases, in order to use our bases you will have to widen the holes diameter slightly.

(Riders Shoulder Pads, Torso and Head not included and sold seperately)

Models supplied unassembled and unpainted as always.

Space Marine Bike Sprue (PEX 762 at GW0011962)



23



http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060092
**Miniature designed by Jes Goodwin (PEX 504 at GW004719)**

Multi-melta: as seen on Games Workshop vehicle models





Leman Russ Demolisher (PEX 839 at GW0013438)
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod50019a
Sculpted by Tom Walton and Dale Stringer
Released 2009




(PEX 839 at GW0013438)



Heavy Bolter: as seen on Games Workshop vehicle models



Space Marine Attack Bike (PEX 57)
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060100
Sculpted by Jes Goodwin and Norman Swales
Released 1997



(PEX 57)



Multi-melta
+++Maxima pattern+++

| | | |
|---|---|---|
| | | p101 Codex Space Marines 2008. **(NH Wargear / Neil Hodgson / 2006) (PEX 846 at GW0017638)**<br><br><br><br>Heavy Bolter<br>+++Astartes MK IVₐ+++<br><br>p101 Codex Space Marines 2008. **(NH Wargear / Neil Hodgson / 2006) (PEX 846 at GW0017638)** |
| 135 | **Alternative Heads for Tau Crisis Suits - Set #1 (PEX 690 at CHS00028476)**<br><br> | <br><br>Tau XV8 Crisis Battlesuit<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060253<br>**Sculpted by Jes Goodwin**<br>Released 2001 (PEX 770 at GW0012136)<br><br>Released 2006 |





Forge World - TAU XV9-01 WITH FUSION CASCADES
http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-BATTLESUITS-AND-DRONES/TAU-XV9-01-WITH-FUSION-CASCADES.html
Sculpted by Daren Parrwood
On Sale 2005 (PEX 771 at GW0012176)



Forge World - TAU BATTLESUIT COMMANDER SHAS'O R'ALAI WITH DRONES



A pewter set of 3 new alternative head sculpts designed to fit on the Games Workshop <mark>Tau</mark> Crisis or Broadside Battlesuits. Each set comes with 3 different robotic heads as well as a sprue of antenna to further modify the components.

Games Workshop <mark>Tau</mark> Crisis Suit model is shown for scale and example of use only and not included.

Components sold unpainted and unassembled.

http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-BATTLESUITS-AND-DRONES/TAU-BATTLESUIT-COMMANDER-SHAS-O-RALAI-WITH-DRONES.html
**Sculpted by Daren Parrwood**
On Sale 2005 (PEX 769 at GW0012126)



p34 Codex Tau Empire 2005. **(Neil Hodgson / 2005) (PEX 864 at GW0016745)**

29

| | | |
|---|---|---|
| | | <br>p45 Codex Tau Empire 2005. **(MG228 / Mark Gibbons / 2005 )**<br>(PEX 864 at GW0016756) |
| 136 | **Alternative Heads for <mark>Tau</mark> Crisis Suits - Set #2 (PEX 690 at CHS00028482)** | <br>Tau XV8 Crisis Battlesuit<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060253<br>**Sculpted by Jes Goodwin** (PEX 770 at GW0012136) |



Released 2001



Forge World - TAU XV9-01 WITH FUSION CASCADES
http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-BATTLESUITS-AND-DRONES/TAU-XV9-01-WITH-FUSION-CASCADES.html
**Sculpted by Daren Parrwood**
On Sale 2005 (PEX 771 at GW0012176)





Forge World - TAU BATTLESUIT COMMANDER SHAS'O R'ALAI WITH DRONES
http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-BATTLESUITS-AND-DRONES/TAU-BATTLESUIT-COMMANDER-SHAS-O-RALAI-WITH-DRONES.html
**Sculpted by Daren Parrwood**
On Sale 2005  (PEX 769 at GW0012126)





p34 Codex Tau Empire 2005. **(Neil Hodgson / 2005)**
**(PEX 864 at GW0016745)**

A pewter set of 3 new alternative head sculpts designed to fit on the Games Workshop Tau Crisis or Broadside Battlesuits. Each set comes with 3 different robotic heads as well as a sprue of antenna to further modify the components.

Games Workshop Tau Crisis Suit model is shown for scale and examble of use only and not included.

Components sold unpainted and unassembled.



p45 Codex Tau Empire 2005. **(MG228 / Mark Gibbons / 2005 )**
(PEX 864 at GW0016756)

| 137 | **Heresy-Era Shoulder Pads for Terminators Type E - 2 pads (PEX 690 at CHS00028582)** | Pre-Heresy and Heresy Era Terminator shoulder pads |





This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad itself has leather segments flowing down and 2 distinct armored sections on the upper armor.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).



'Cataphractii' Space Marine Terminator concept sketch p189 'Horus Heresy: Collected Visions'
John Blanche
(PEX 969 at GW0018575)



p274 Horus Heresy Collected Visions
**Andrea Uderzo**
(PEX 969 at GW0018660)

| 138 | **Heresy-Era Shoulder Pads for Terminators Type D - 2 pads (PEX 690 at CHS00028578)** | Pre-Heresy and Heresy Era Terminator shoulder pads |

### Heresy-Era Shoulder Pads for Terminators Type D - 2 pads (PEX 690 at CHS00028578)





This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has leather straps with metal rings on the ends flowing down and 2 distinct armored sections on the upper armor.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).

Pre-Heresy and Heresy Era Terminator shoulder pads



p78, Horus Heresy Collected Visions
**Franz Vohwinkel**
(PEX 969 at GW0018464)

37

139

### Heresy-Era Shoulder Pads for Terminators Type B - 2 pads (PEX 690 at CHS00028568)





This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has armor studs on the 2 upper armor surface and on the leather straps.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).

Pre-Heresy and Heresy Era Terminator shoulder pads



pp103 and 268 Horus Heresy Collected Visions
Ralph Horsley (left) and Kari Christensen (right)
(PEX 969 at GW0018489; GW0018654)

140

## Heresy-Era Shoulder Pads for Terminators Type C - 2 pads (PEX 690 at CHS00028574)





This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has leather straps flowing down and 2 distinct banded armored sections on the upper surface.

This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only).



p274 Horus Heresy Collected Visions
Andrea Uderzo
(PEX 969 at GW0018660)



MK1 'Thunder Armour' from
Armour Through the Ages
(PEX 484 at GW0004463)