

CITADEL FINECAST

Armour Through the Ages (PEX 484 at GW0004463)
http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat520002a&prodId=prod1710010a
Miniature designed by Jes Goodwin

| 141 | Heresy-Era Shoulder Pads for Terminators Type A - 2 pads (PEX 690 at CHS00028564)  |  |
| --- | --- | --- |



This is a set of 2 pewter shoulder pads designed to fit on Games Workshops ==Space Marine== ® ==Terminator== figures. Each pad is designed in a style that will fit in with ==Heresy Era== collections and the bad itself has draping armored segments flowing down and 3 distinct armored sections on the upper armor.

This component comes unpainted and is designed to fit on Games Workshop ==Space Marine== ® ==Terminator== figures (figure shown for scale and one example of use only).

p274 Horus Heresy Collected Visions
**Andrea Uderzo**
**(PEX 969 at GW0018660)**



MK1 'Thunder Armour' from
Armour Through the Ages
(PEX 484 at GW0004463)



Armour Through the Ages
http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat520002a&prodId=prod1710010a
**Miniature designed by Jes Goodwin**
(PEX 484 at GW0004463)

41

142 | **TRU-Scale Knight Praetorius "Order of the Empress's Tears" Conversion Kit – 6 (PEX 690 at CHS00028775)**





(right) p113 Imperial Armour Volume 9 The Badab War Part 1
**Kenton Mills and Sam Lamont (PEX 459 at p.113)**



The "Knights Praetorius" are the Empress' most loyal soldiers. Each order has a history as well as heraldry that is unique to its ranks. The Order of the Empress's Tears is named so because of the near

annihilation the order faced when they were the sole defense for the Empress when her Flagship came under assault during the Battle of Permidian. Isolated and without support, the order was annihilated to almost the last soldier before reinforcements had arrived. Only 2 soldiers survived the Kin'rth attack against the Empress and her closest advisors. Because of this sacrifice, the Empress renamed the unit and the units heraldry includes the "red tears" of the empress as its main standard.

Each resin kit comes **unassembled and unpainted**. The 28 mm TRU-Scale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown*. Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.

**Examples of assembled and painted models by Worthy Painting Artist Alistair Armes are available here.**

| 143 | **TRU-Scale Knight Praetorius Conversion Kit -6** (PEX 690 at CHS00028768) | See product 126 |

### TRU-Scale Knight Praetorius Conversion Kit -6
(PEX 690 at CHS00028768)



The "Knights Praetorius" are the Empress' most loyal soldiers. Each is endowed with a touch of the Empress' psychic powers when admitted into the unit. While few in number, each is a match for 10 lesser men, the psychic unity with the Empress allows a measure of prescience as well as formidable endurance. Both men and woman are allowed to test to join the unit, but few survive this testing.

*In a future where knowledge and technology rule. Aliens and humans battle for resources over countless worlds in a race to the become the dominate power.*
*Earth has been divided into two warring factions although each faction has claimed a whole system to rule over-, they continue to fight over who should rule over earth.*

*Queen Eva Kimlar is the leader of the Valnarian Empire, a powerful psyker that has merged psionics with technology. Kimlar is the*

See product 126
The model in the image comprises parts from:

- 'TRU-Scale Knight Praetorius Conversion Kit -6' (126),
- 'Open Fisted Power Claws Compatible with Games Workshop Space Marine Model' (321)
- 'Spikey Marine Heads' (79)
- 'Combi Weapon Magnetic Kit' (34)

*manipulator of men and can influence their thoughts, it is almost impossible for a male to deceive her as she can see your innermost secrets in your eyes as if watching them play out on a screen. As a the strongest known psyker in existance she shares a link with her most loyal followers on a level a normal human could not comprehend. Her influence on peoples actions are stronger over men than women, thus she has to use her strong political skills and natural charisma to win over the female population.*

Each resin kit comes **unassembled and unpainted**. The 28 mm TRU-Scale kit comes with enough components to assemble a squad of 6 "Knight Praetorius" - 12 assorted armored pauldrons, 6 torsos, 6 sets of legs and 6 equipment backpacks. *Please note it is necessary to purchase heads, arms, weapons and bases to assemble as shown.* Chapterhouse Studios Marine Heads and weapons are scaled appropriately for use with this kit. We recommend 28mm scale model kits for assembly with this kit.

Displayed model painted by Jose Veiga and incorporates kits from Chapterhouse Studios - **Spiky Marine Head**, **Open Fist Power Claws**, and **Combi-Flamer Component**

**Examples of assembled and painted models by Stephen Smith and consist of numerous components from different manufactures for the weapons, arms, heads and weapon effects are available here.**

| 144 | Lizard-Ogre with Ax (PEX 690 at CHS00028638) | |
|---|---|---|



**Left panel:**

CHAPTERHOUSE
STUDIOS

LIZARD-OGRE WITH AX

SCULPTED BY
ROBERT LIPPMAN

**Right panel:**

CITADEL FINECAST

Lizardmen Kroxigor
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1610066a
Sculpted by Martin Footitt
Released February 2009
(PEX 757 at GW0011851)



KK258_Lizardmen Weapons, Karl Kopinski - 2002
p70 'Warhammer Armies: Lizardmen' 2003
(PEX 1002 at p.70)

145 | Lizard-Ogre with Club (PEX 690 at CHS00028642)



CHAPTERHOUSE
STUDIOS

LIZARD-OGRE WITH
CLUB

SCULPTED BY
ROBERT
LIPPMAN

CITADEL FINECAST

Lizardmen Kroxigor
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1610066a
Sculpted by Martin Footitt
Released February 2009
(PEX 757 at GW0011851)





KK258_Lizardmen Weapons, Karl Kopinski - 2002
p70 'Warhammer Armies: Lizardmen' 2003
(PEX 1002 at p.70)

| 146 | Iron Hand Nut Power Armor Pad (PEX 690 at CHS00028784)<br> | Size and shape of pad. Not surface decoration<br>Shoulder pad designed to fit on Games Workshop's Space Marine figures. |
|---|---|---|
| 147 | Iron Hand Nut Terminator Pad (PEX 690 at CHS00028784) | Size and shape of pad. Not surface decoration<br>Shoulder pad designed to fit on Games Workshop's Space Marine Terminator figures. |

| | | |
|---|---|---|
| |  | |
| 148 | **Winged Skull Power Armor Pad (PEX 690 at CHS00028785)** | Size and shape of pad. Not surface decoration<br>Shoulder pad designed to fit on Games Workshop's Space Marine figures. |



| 149 | Hammer of Dorn Pad (PEX 690 at CHS00028785) | |
|---|---|---|



Imperial Fists Space Marine Chapter
**Neil Hodgson and Darius Hinks**
p53 Insignium Astartes 2002
(PEX 842 at GW0016906)



Hammers of Dorn Space Marine Chapter
Artwork from p57 The Art of Clint Langley
(PEX 1003 at p.57)

| 150 | **Hammer of Dorn <mark>Terminator</mark> Pad (PEX 690 at CHS00028786)** | Imperial Fists Space Marine Chapter |
|---|---|---|

Hammer of Dorn <mark>Terminator</mark> Pad (PEX 690 at CHS00028786)



Imperial Fists Space Marine Chapter



**Neil Hodgson and Darius Hinks**
p53 Insignium Astartes 2002 (PEX 842 at GW0016906)

Hammers of Dorn Space Marine Chapter
Artwork from p57 The Art of Clint Langley (PEX 1003 at p.57)

| 151 | **V Power Armor Pad (PEX 690 at CHS00028786)**<br><br>This is a single pewter shoulder pad with an V or roman numeral 5 on the shoulder and laurels.<br><br>Designed to fit on Games Workshop Space Marine® figures. | Size and shape of pad. Not surface decoration<br>Shoulder pad designed to fit on Games Workshop's Space Marine figures. | |

| 152 | V Terminator Pad (PEX 690 at CHS00028786) | Size and shape of pad. Not surface decoration |
|---|---|---|
| |  | Shoulder pad designed to fit on Games Workshop's Space Marine Terminator figures. |

| 153 | **Power Armor Shoulder Pad for Scythes of the Emperor (PEX 690 at CHS00028787)**  This is a single pewter shoulder pad with a a pair of crossed biological scythes on the surface.<br><br>Designed to fit on Games Workshop Space Marine® figures. | The Scythes of the Emperor are Space Marine Chapter.  **Neil Hodgson** p88 'How to Paint Space Marines' 2004 (PEX 421 at GW0001070) |
| --- | --- | --- |

| 154 | **Scythes of the Emperor Terminator Shoulder Pad (PEX 690 at CHS00028788)**  | The Scythes of the Emperor are Space Marine Chapter.<br><br>Scythes of the Emperor<br><br>**Neil Hodgson**<br>p88 'How to Paint Space Marines' 2004<br>(PEX 421 at GW0001070) |

| 155 | **Scaled Rimless Power Armor Pad (PEX 690 at CHS00028788)** | Size and shape of pad. Not surface decoration |
|---|---|---|
| |  | Shoulder pad designed to fit on Games Workshop's Space Marine figures. |
| | This is a single pewter shoulder pad with scale patern and no rim. | |
| | Designed to fit on Games Workshop Space Marine® figures. | |

| | | |
|---|---|---|
| 156 | **Scaled <mark>Tactical</mark> Power Armor Pad (PEX 690 at CHS00028789)**<br><br><br><br>This is a single pewter shoulder pad with scale pattern and a Tactical Arrow on the surface with a rim on the edge.<br><br>Designed to fit on Games Workshop <mark>Space Marine</mark>® figures. | Shape of pad and use of arrow and trim. Not scales pattern<br>Tactical is a type of Space Marine squad.<br><br>Games Workshop Tactical shoulder pads<br><br><br><br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1110189&rootCatGameStyle= (PEX 562 at GW0002478)<br><br><br><br>**Neil Hodgson and Darius Hinks**<br>Insignium Astartes 2002, page 32<br>(PEX 842 at GW0016866) |

| 157 | **Scaled with Rim Power Armor Shoulder Pad (PEX 690 at CHS00028789)** | Size and shape of pad. Not surface decoration |
|---|---|---|
| |  This is a single pewter shoulder pad with scale patern and a rim. Designed to fit on Games Workshop ==Space Marine==® figures. |  Index Astartes III 2003, page 23 (NH Ultramarines Graph / Neil Hodgson / 2001) (PEX 422 at GW0001105) |

| | | |
|---|---|---|
| 158 | **Hot Shot Lasgun Pack (PEX 690 at CHS00028588)** | |



This is a 2 piece metal model of a heavy laser and a power pack. Designed to be compitable with 28mm wargaming miniatures and can be used to convert Imperial Guard Storm Trooper models.



Imperial Guard Cadian Shock Troops
http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod2070014
**Miniatures designed by Brian Nelson (PEX 415 at GW0004637)**



Lasgun with attached scope
p38 Codex Imperial Guard 2008
**(DH051 / Des Hanley / 1995 ) (PEX 479 at p.38)**



p21, 'Codex Imperial Guard' ©1995 (PEX 480 at p.21)

**DH064k Stormtrooper / Des Hanley / 1995**



Imperial Guard Storm Trooper Squad

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod810031a

**Sculpted by Mark Bedford**

Released January 2000 (PEX 767 at GW0012068)

| 159 | **Shrike Conversion Kit for** <mark>Tyranid Warrior</mark> **Models (PEX 690 at CHS00028733)** | |
|---|---|---|







This Chapterhouse Studios resin set contains 6 high detail modular components that fit with the current Games Workshop Tyranid Warriors kit that can be used to model a single flying monster. Please note this set does NOT include a Games Workshop Tyranid Warrior and is not a Games Workshop model.

Each kit contains 6 pieces:

Left and Right Wings that fit on the upper appendage slots

Left and Right replacement taloned legs

Upper and lower Head components

Please note while this kit is sculpted to fit an **unassembled Tyranid Warrior** kit, some modification may be necessary to the minute variations that are present in both the Games Workshop and



Tyranid Warrior Wings Conversion Kit
http://www.forgeworld.co.uk/Warhammer-40000/Tyranids/TYRANID-WARRIOR-WINGS-CONVERSION-KIT.html
Sculpted by Mark Bedford
On sale in 2006
(PEX 772 at GW0012202)

|  | Chapterhouse models.<br><br>Model supplied unassembled and unpainted, Games Workshop <mark>Tyranid Warrior</mark> Model is necessary to assemble as shown.<br><br>Sculpted by Jae Lee & Tomas Fiertek, Painted by Jose Viega |  |
|---|---|---|
| 160 | **Dark Elf Arch Torturess (PEX 690 at CHS00028546)**<br> | <br>Urien Rakarth (This character is a Dark Eldar Haemonculous).<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1160052a<br>**Sculpted by Juan Diaz**<br>Released November 2010 (PEX 773) |





CHAPTERHOUSE
STUDIOS

DARK ELF
ARCH-TORTURESS

SCULPTED BY JAE
LEE AND TOMAS
FIERTEK

PAINTED BY JOSE VIEGA

Once a prisoner is taken by the Dark Elf forces, their destination is the dungeons of the dark lords and the hands of their master torturers. Skilled in all forms of pain, esoteric and physical, these "artist" are able to keep the vicitms alive so each possible moment of pain can be endured and captured for their masters.

Masters of dark surgeries, it is common for them to experiment on themselves. This path to "perfection" means that on the battlefield they are armed with all sort of pain-dealing weaponry as well as grotesque limbs.

Model is a two-part unpainted metal miniature. Comes with plastic base.

Sculpted by Jae Lee & Tomas Fiertek, Painted by Jose Viega

DG1222_Urien_Rakarth
Dave Gallagher - 2010
p54 Codex: Dark Eldar 2010 (PEX 851 at GW0018059)

70



http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1190038a
Sculpted by Jes Goodwin
Released June 2011 (PEX 755 at GW0011605)





**AB977_Haemonculus, Alex Boyd - 2009**
p37 Codex: Dark Eldar 2010
(PEX 851 at GW0018058)

| | | |
|---|---|---|
| 161 | **Thunderstike Missile Rack (PEX 690 at CHS00028689)**<br><br>This kit consist on 1 missile rack with seperate targeter that is scaled for use on 28 mm figures.<br><br>This kit is designed to fit on the upper carapace of Games Workshop's Space Marine Terminator Models.<br><br>Components come unassembled and unpainted.<br><br>Sculpted by Tomas Fiertek, painted by Jose Veiga. | The product implicates trademark issues, not copyright. |
| 162 | **Large Ammo Belts for Heavy Weapons – 3 (PEX 690 at CHS00028623)**<br><br>This pewter set of 3 ammo belts is designed to fit on heavy bolter and psybolter components from Games Workshops Space Marine and Grey Knight products. The ammo bands are made of resin to allow flexibility with a lower chance of the peices breaking. | The product implicates trademark issues, not copyright. |

| 163 | **Heraldric Knight Shoulder Pads – 5 (PEX 690 at CHS00028691)** | <span style="color:red">Not surface decoration just shape of pad</span> |
|---|---|---|



Index Astartes III 2003, page 23
(NH Ultramarines Graph / Neil Hodgson / 2001)
(PEX 422 at GW0001105)

75