# EXHIBIT D



EXHIBIT
21
KK 3.15.12

**From:** Sales - Chapterhousestudioss <sales@chapterhousestudios.com>
**Sent:** Friday, October 30, 2009 2:27 PM
**To:** 'Wyatt Traina' <wtraina@gmail.com>
**Subject:** RE: Freelance scluptor

Gw pretty much has no legal say about what people make to use with their models as long as it isn't direct copies or recast of the models.

Still we have gone through a lot of resources to design our own stuff from scratch, while using the same measured dimensions, in 3d applications. Its just a legal safety thing, we have it done just in case. Did I ever email you that Nondisclosure agreement for you to sign and scan and email back (LOL)?

Nick

-----Original Message-----
**From:** Wyatt Traina [mailto:wtraina@gmail.com]
**Sent:** Friday, October 30, 2009 4:16 PM
**To:** Sales - Chapterhousestudioss
**Subject:** Re: Freelance scluptor

I will send some photos when I finish. I still have a lot of rivets to do.

Yes, pewter pads are fine. I was actually pretty curious about how the legal stuff works out. My address is:

147 Sherman St
Apartment 204
Cambridge MA
02140

-Wyatt

On Fri, Oct 30, 2009 at 4:58 PM, Sales - Chapterhousestudioss <sales@chapterhousestudios.com> wrote:
Glad to hear it ☺

Send some photos of your Skullhamma, id be interested in seeing that.

If I sent you a couple of our standard plain pads, they are pewter, can you work on those? I just hate using anything GW as a model, even if it is a plain pad, stupid legal stuff :P

Nick

-----Original Message-----
**From:** Wyatt Traina [mailto:wtraina@gmail.com]
**Sent:** Friday, October 30, 2009 3:47 PM
**To:** Sales - Chapterhousestudioss
**Subject:** Re: Freelance scluptor

Nick,
Not at all scared off! Im very excited about the prospect in fact. I'm trying to finish off a friends Skullhamma for his ork army that he paid me for so I can devote my energies to this project.

The fleshtearer insignia is no problem at all. I think you are dead right about making a circle first and then notching in the blades after. It would be much easier.

**PLAINTIFF EXHIBIT**
PX-189

If I understand it correctly, you guys have basic shoulder pads that I sculpt on to, correct? If not, no big deal, I must have a thousand shoulder pads kicking around.

-Wyatt

On Fri, Oct 30, 2009 at 4:10 PM, Sales - Chapterhousestudioss <sales@chapterhousestudios.com> wrote:
Wyatt,

You get scared off by the demands of sculpting ? ☺

Let me know how its going.

Nick
CHS

-----Original Message-----
**From:** Wyatt Traina [mailto:wtraina@gmail.com]
**Sent:** Wednesday, October 28, 2009 3:50 PM
**To:** Sales - Chapterhousestudioss
**Subject:** Re: Freelance scluptor

I was thinking you would have a raised circular saw blade on the pad proper, and then a blood drop in the center with a slight raised outline around the drop. Maybe an ornamental drop or two somewhere. The real cool part would be you would take the bottom raised ridge of the shoulder pad and add saw teeth to it, so if you were to look at the pad top down, where most games are played, you would see half of a circular saw on each shoulder pad. I was thinking you could do it all the way around the ridge, but if you did that there might be interference with the backpack's power exhausts.

-Wyatt

On Wed, Oct 28, 2009 at 4:45 PM, Sales - Chapterhousestudioss <sales@chapterhousestudios.com> wrote:
Cool deal then. I know you said sketching isnt your strong point, but lets do this. The Fleshtearer Icon is very simple I think (I remember it just being a saw blade). How can we embellish this? I will send you our standard Shoulder Pad when they come in today or tommorow, but until then, lets brainstorm on how we want to do the pad.

Remember it cant be too ornate that it wont be recognizable as the FT Icon, but we tend to shy away from flat boring icons as well.

Nick

-----Original Message-----
**From:** Wyatt Traina [mailto:wtraina@gmail.com]
**Sent:** Wednesday, October 28, 2009 3:14 PM
**To:** Sales - Chapterhousestudioss
**Subject:** Re: Freelance scluptor

Yes, I have a marines codex, and I am familiar with the flesh tearers. Ill give it a whirl! Ill start soon and keep you updated on my progress.

-Wyatt

On Wed, Oct 28, 2009 at 3:32 PM, Sales - Chapterhousestudioss <sales@chapterhousestudios.com> wrote:
Do you have a Space Marines codex?

HIGHLY CONFIDENTIAL

We have alot of request for a Fleshtearers Pad. But we need it to be more ornate then the icon in the codex. (basically a sawblade).

What do you think of trying your hand with that pad?

Nick

>  -----Original Message-----
>  **From:** Wyatt Traina [mailto:wtraina@gmail.com]
>  **Sent:** Wednesday, October 28, 2009 2:03 PM
>  **To:** Sales - Chapterhousestudioss
>  **Subject:** Re: Freelance scluptor
>
>  Yeah, sure, whatever you guys need. Njal Stormcaller in Power armor would also do well I suspect. Or even just conversion kits for some of the characters, like Njal, or Arjac.
>
>  On Wed, Oct 28, 2009 at 11:58 AM, Sales - Chapterhousestudioss <sales@chapterhousestudios.com> wrote:
>  Space Wolves..
>
>  Im not too sure about making pads for them as they are pretty well accessorized in the new box sets, tons of pads, weapons etc.
>
>  I do want to make a Landraider set for them like our Salamander one.
>
>  What do you think about vehicle accessory kits? I have been thinking about making a kit for Land Speeders, but really need to nail down the ideas.
>
>  Nick
>
>  >  -----Original Message-----
>  >  **From:** Wyatt Traina [mailto:wtraina@gmail.com]
>  >  **Sent:** Wednesday, October 28, 2009 1:18 PM
>  >  **To:** Sales - Chapterhousestudioss
>  >  **Subject:** Re: Freelance scluptor
>  >
>  >  My sketching is Ok. Im pretty good with proportions and such, but not so great at perspective, which is why sculpting is easier for me.
>  >
>  >  I usually use Gmail chat since I leave it on at my day job. They frown upon messengers, but Email is ok. Go figure. Luckily, gmail has a messenger built in, so I can get away with it. I do have MSN on my home PC though which is usually on when I am home.
>  >
>  >  -Wyatt
>  >  On Wed, Oct 28, 2009 at 10:01 AM, Sales - Chapterhousestudioss <sales@chapterhousestudios.com> wrote:
>  >  Dallas here..
>  >
>  >  We have some ideas for space wolves.. let me think about what we need, in the meantime are you good at sketching?
>  >
>  >  Also do you use MSN chat? Jamison_gaunt@hotmail.com is my user name.
>  >
>  >  Nick
>  >
>  >  >  -----Original Message-----
>  >  >  **From:** Wyatt Traina [mailto:wtraina@gmail.com]

HIGHLY CONFIDENTIAL

**Sent:** Wednesday, October 28, 2009 11:58 AM
**To:** Sales - Chapterhousestudioss
**Subject:** Re: Freelance scluptor

Sounds great Nick,

I understand that you are looking to go forward with some space wolves stuff. My buddy is building a space wolves army for Adepticon this year, and if I could do a space wolf piece bit, shoulder pad or whatever and send it off, then even if you don't like it, I can give it to my friend.

I forgot to mention that I live in the Boston area.
-Wyatt

On Wed, Oct 28, 2009 at 12:51 PM, Sales - Chapterhousestudioss <sales@chapterhousestudios.com> wrote:
Nice looking army Wyatt.

Well you have seen our stuff (I hope) and you have probably noticed we work with many small conversion parts and kits. What do you think your strengths are? I see your good at organics, alot of work we do involves very detailed straight lines and accurate symetry.

I have noticed that alot of sculptors excel at organics (hair, bodys etc) but have a hard time with enything requiring close attention to geometric shapes and dimensions (alot of our shoulder pads and kits use icons with small geometrics involved).

I really need some good part-time sculpting help, this is what I usually do, call it an audition of sorts. We get you to do a sample piece, most of the time its something we need for our product line up. You do it while recieving feedback from me (sending pictures to me during the process, etc). Once we seem to reach an endpoint, you send the sample to me, and if it works for us, we then pay you going rate for the sculpt.

Let me know what you think. This is a part-time job, so you can do it at your own pace for the most part, we do need someone who can do work on a weekly basis (a pad or 2, etc).

If you agree, we will send you our NDA and go from there (we pay cash via paypal by the way).

Thanks
Nick
CHS

-----Original Message-----
**From:** Wyatt Traina [mailto:wtraina@gmail.com]
**Sent:** Wednesday, October 28, 2009 11:16 AM
**To:** sales@chapterhousestudios.com
**Subject:** Freelance scluptor

Hello,
I saw your site linked online and noticed you were looking for a freelance sculptor to do some work for you. I am a 23 year old male who is planning on attending dental school next year. I have a 9-5 job, but I am looking to

HIGHLY CONFIDENTIAL

have a good part time job which I enjoy. I have considered starting a commission service, but I don't really want to get bogged down by the extra stuff involved in that. I have attached several pictures of some of my work. My army won Best Hybrid Army at adepticon 2008. Let me know what you think!
-Wyatt Traina

http://s11.photobucket.com/albums/a160/Valandir/?action=view&current=HPIM0475.jpg

http://s11.photobucket.com/albums/a160/Valandir/?action=view&current=HPIM0476.jpg

http://s11.photobucket.com/albums/a160/Valandir/?action=view&current=HPIM0477.jpg

http://s11.photobucket.com/albums/a160/Valandir/?action=view&current=HPIM0478.jpg

HIGHLY CONFIDENTIAL
WT00000034