# EXHIBIT E

ebY
Sign in

Search | Advanced Search | Buy | Sell | My eBay | Community | Help

Site Map

Categories ▼  Motors  Express  Stores

eBay Security & Resolution Center

← Back to My eBay    Listed in category: Toys & Hobbies > Games > Miniatures, War Games > Warhammer > 40K > Space Marines

## Space Marine 40k 10 squad bit kit Salamanders Dragon
Custom Salamanders Dragon Weapon & Shoulder Pads 10

Item number: 280240772142

The listing has been reported.

Thank you for your report to eBay. We will review it as soon as possible and inform you of our actions.

| | | | |
|---|---|---|---|
| | Current bid: | US $3.75 | |
| | Your maximum bid: | US $ [ ]  Place Bid > | |
| | | (Enter US $4.00 or more) | |
| | End time: | Jul-04-08 19:56:20 PDT (4 days 11 hours) | |
| | Shipping costs: | To United Kingdom -- Check item description and payment instructions or contact seller for details | |
| | Ships to: | N. and S. America, Europe, Asia, Australia | |
| | Item location: | Grand Prairie, TX, United States | |
| | History: | 5 bids | |
| View larger picture | High bidder: | g***a ( 126 ☆ ) | |
| | You can also: | Watch This Item | |
| | | Get SMS or IM alerts | Email to a friend | |

**Meet the seller**
Seller: custom:minis79 ( 16 ☆ )
Feedback: 94.4 % Positive
Member: since Apr-18-08 in United States
- See detailed feedback
- Ask seller a question
- Add to Favorite Sellers
- View seller's other items

**Buy safely**
1. Check the seller's reputation
   Score: 16 | 94.4% Positive
   See detailed feedback
2. Check how you're protected
   PayPal Up to $200 in buyer protection. See eligibility

Listing and payment details: Hide

Starting time: Jun-27-08 19:56:20 PDT
Starting bid: US $0.99
Duration: 7-day listing

Payment methods: PayPal (preferred)
See details

## Description (revised)

Item Specifics - Item Condition
Condition:  New
Game:       Warhammer+40k

You are bidding on a custom kit for a 10 man squad of marines for warhammer 40k. I use these for Salamanders Chapter marines, but you can use them for any dragon based chapter or second founding chapter. We dont have any Blood Angels, Dark Angels, Ultra Marines, Space Wolves or Black Templars. Sorry.

These are all provided unpainted.

This kit includes:

10 left arm shoulder pads with a dragon or salamander head sculpted on it.

10 Salamander - Dragon specific backpacks, scales and flames are sculpted on the back

1 Power Hammer or Power Claw, your choice.

Enough bits to create a whole 10 man squad of Salamander marines and 1 seargeant with a power weapon.

I may also choose to send freebies from my personal casting collection. I only SELL original sculpting, no GW or FW recast.

PLEASE NOTE: I am not a foundry.

My castings do have some flash and moldlines to clean as well as little casting nodules that are easily removed with an exacto blade, to remove these myself would drastically cut down on casting and sculpting time. bid knowing these are not from a factory (some person left me a negative for having mold lines and flash without even communicating with me about the issue!) and will need cleaning that requires some modeling experience (how not to slice your hand with a blade ;) ).

See the pictures below for detailed photos.

PLAINTIFF
EXHIBIT
PX-5

GW0002525



We also can provide custom sculpted rhino armor for Salamanders. We can be hired on to sculpt any chapter icons if we are provided sketches. Please realize these are all original sculpts and GW owns any icons or trademarks they have created.

Shipping will be by US Postal Service.

Thanks and hope you enjoy.



## Shipping and handling

**Ships to**
N. and S. America, Europe, Asia, Australia

Country: Show all available ▼  Update

| Shipping and Handling | To | Service | Insurance |
|---|---|---|---|
| US $5.50 | United States | US Postal Service First Class Mail® Estimated delivery 2-5 days* | None |

Contact the seller for shipping costs and services to N. and S. America, Europe, Asia, Australia.

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

## Return policy

Return policy not specified
Read item description for any reference to return policy.

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
| PayPal  VISA [cards] BANK | Seller Preferred | PayPal Up to $200 in buyer protection. See eligibility |

Learn about payment methods



GW0002526

#### Helpful information

**eBay recommended services**

This seller prefers to be paid with PayPal, the safe and easy way to pay online. Sign up for PayPal it is free!

#### VeRO Reporting Tool

Before reporting a listing, please review it carefully and be prepared to enter a specific reason why it infringes your rights.

Report Listing

#### Take action on this item                                                    Help

Item title: **Space Marine 40k 10 squad bit kit Salamanders Dragon**

Place a bid

Current bid:   US $3.75

Your maximum bid: US $ [    ]   (Enter US $4.00 or more)

Place Bid >   You will confirm in the next step.

eBay automatically bids on your behalf up to your maximum bid. Learn about bidding

#### Other options

← Back to My eBay | Report this item | Printer Version | Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

GW0002527

**eb** Sign out | Search | Advanced Search | Buy Sell My eBay Community Help
Site Map

Categories ▼ Motors Express Stores | eBay Security & Resolution Center

← Back to list of items | Listed in category: Toys & Hobbies > Games > Miniatures, War Games > Warhammer > 40K > Space Marines

## Space Marine 40k Terminator Squad Bits for Salamanders
Custom Salamanders Dragon 10 Shoulder Pads and Weapons

Item number: 280240771849

**The listing has been reported.**

Thank you for your report to eBay. We will review it as soon as possible and inform you of our actions.

| | | |
|---|---|---|
| Current bid: | US $0.99 | |
| Your maximum bid: | US $ [    ] Place Bid > | |
| | (Enter US $1.04 or more) | |
| End time: | Jul-04-08 19:54:24 PDT (4 days 11 hours) | |
| Shipping costs: | To United Kingdom -- Check item description and payment instructions or contact seller for details | |
| Ships to: | N. and S. America, Europe, Asia, Australia | |
| Item location: | Grand Prairie, TX, United States | |
| History: | 1 bid | |
| High bidder: | b***p ( 0 ) | |
| You can also... | Watch This Item | |
| | Get SMS or IM alerts | Email to a friend | |

View larger picture

**Meet the seller**
Seller: customminis79 ( 16 ☆ )
Feedback: 94.4 % Positive
Member: since Apr-18-08 in United States
- See detailed feedback
- Ask seller a question
- Add to Favorite Sellers
- View seller's other items

**Buy safely**
1. Check the seller's reputation
   Score: 16 | 94.4% Positive
   See detailed feedback
2. Check how you're protected
   **PayPal** Up to $200 in buyer protection. See eligibility

**Listing and payment details:** Hide

| | |
|---|---|
| Starting time: | Jun-27-08 19:54:24 PDT |
| Starting bid: | US $0.99 |
| Duration: | 7-day listing |
| Payment methods: | PayPal (preferred) See details |

### Description

| Item Specifics - Item Condition | |
|---|---|
| Condition: | New |
| Game: | Warhammer+40k |

You are bidding on a custom kit for a 10 man squad of Terminator Space marines for warhammer 40k. I use these for Salamanders Chapter marines, but you can use them for any dragon based chapter or second founding chapter. We dont have any Blood Angels, Dark Angels, Ultra Marines, Space Wolves or Black Templars. Sorry.

These are all provided unpainted.

This kit includes:

9 Right arm shoulder pads with a dragon or salamander head sculpted on it specifically for Terminators (displayed as main photo)

1 Right arm shoulder pad for a Captain or Terminator Sergeant

1 Power Hammer or Power Claw (power clam will have to be modeled for terminator arms by bidder), your choice

Enough bits to create a whole 10 man squad of Salamander Terminators and 1 seargeant with a power weapon or thunderhammer.

I may also choose to send freebies from my personal casting collection. I only SELL original sculpting, no GW or FW recast.

PLEASE NOTE: I am not a foundry.

My castings do have some flash and moldlines to clean as well as little casting nodules that are easily removed with an exacto blade, to remove these myself would drastically cut down on casting and sculpting time. bid knowing these are not from a factory (some person left me a negative for having mold lines and flash without even communicating with me about the issue!) and will need cleaning that requires some modeling experience (how not to slice your hand with a blade ;) ).

See the pictures below for detailed photos.

GW0002530

**make your own**     **view all images**

We also can provide custom sculpted rhino armor for Salamanders. We can be hired on to sculpt any chapter icons if we are provided sketches. Please realize these are all original sculpts and GW owns any icons or trademarks they have created.

Shipping will be by US Postal Service.

Thanks and hope you enjoy.



## Shipping and handling

**Ships to**
N. and S. America, Europe, Asia, Australia

Country: Show all available ▼    Update

| Shipping and Handling | To | Service | Insurance |
|---|---|---|---|
| US $5.50 | United States | US Postal Service First Class Mail® Estimated delivery 2-5 days* | None |

Contact the seller for shipping costs and services to N. and S. America, Europe, Asia, Australia.

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

## Return policy

Return policy not specified.
Read item description for any reference to return policy.

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
| PayPal  VISA [DISC VER] [BANK] | Seller Preferred | PayPal Up to $200 in buyer protection. See eligibility |

Learn about payment methods

## Helpful information

eBay recommended services

This seller prefers to be paid with PayPal, the safe and easy way to pay online. Sign up for PayPal it is free!

VeRO Reporting Tool

Before reporting a listing, please review it carefully and be prepared to enter a specific reason why it infringes your rights.

Report Listing

Take action on this item                                                                                                                    Help

Item title: Space Marine 40k Terminator Squad Bits for Salamanders

Place a bid

Current bid:    US $0.99

Your maximum bid: US $ [            ]  (Enter US $1.04 or more)

Place Bid >   You will confirm in the next step.

eBay automatically bids on your behalf up to your maximum bid. Learn about bidding.

Other options

← Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

eb   Sign out

Search | Advanced Search    Buy  Sell  My eBay  Community  Help
Site Map

Categories ▼  Motors  Express  Stores

eBay Security & Resolution Center

← Back to list of items    Listed in category: Toys & Hobbies > Games > Miniatures, War Games > Warhammer > 40K > Space Marines

# Rhino Armor Kit Salamanders Warhammer 40K Space Marines

Item number: 280239798454

The listing has been reported.

Thank you for your report to eBay. We will review it as soon as possible and inform you of our actions.

| | | |
|---|---|---|
| Current bid | US $1.90 | |
| | PayPal account required | |
| Your maximum bid | US $ [     ] | Place Bid > |
| | (Enter US $2.15 or more) | |
| End time: | Jul-01-08 17:55:46 PDT (1 day 9 hours) | |
| Shipping costs: | To United Kingdom -- US $13.50 USPS First Class Mail International™ Service to United Kingdom (more services) | |
| Ships to: | Worldwide | |
| Item location: | Grand Prairie, TX, United States | |
| History: | 3 bids | |
| High bidder: | g***a ( 126 ☆ ) | |
| You can also: | Watch This Item | |
| | Get SMS or IM alerts | Email to a friend | |

1 of 2

View larger picture

**Meet the seller**
Seller:  customminis79 ( 16 ☆ )
Feedback: 94.4 % Positive
Member: since Apr-18-08 in United States
  See detailed feedback
  Ask seller a question
  Add to Favorite Sellers
  View seller's other items

**Buy safely**
1. Check the seller's reputation
   Score: 16 | 94.4% Positive
   See detailed feedback
2. Check how you're protected
   PayPal Up to $200 in buyer protection. See eligibility

**Listing and payment details:** Hide

| | |
|---|---|
| Starting time: Jun-24-08 17:55:46 PDT | Payment methods: PayPal (preferred), Money order/Cashiers check |
| Starting bid: US $0.99 | See details |
| Duration: 7-day listing | |

## Description

Item Specifics - Item Condition
Condition:     New
Game:          Warhammer 40k             Chapter:   **Salamanders**

OK folks, due to overwhelming demand I have made some custom Salamander Rhino parts! This kit is composed of extra or ablative armor for the rhino. It also has a custom sculpted front hatch, side door and back hatches for the Salamanders with icons on each piece. These can easily be used for any Space Marine chapter out there! I personally believe these are superior to any other items as my plastic is much better and these are sculpted by me of course!

Salamanders are so under-represented in the warhammer 40000 40k world I had to take matters into my own hands and sculpt parts for my space marines. These are perfect for people who like to make a cursed founding chapter such as the black dragons or who play salamanders OR who have their own DIY chapter with a dragon in their iconography.

The parts fit right on where the regular rhino parts would fit, easy to do!

I am also available to make custom shoulder pads and other rhino parts for other chapters.

Kit is composed of 12 parts -2 rear hatch doors, 1 side door, 1 front panel, and 8 extra armor pieces that are scaled like dragon scales.

✱ make your own   ✱ view all images   Rhino not included!

I may also choose to send freebies from my personal casting collection. I only SELL original sculpting, no GW or FW recast.

PLEASE NOTE I am not a foundry. My castings do have some flash and moldlines to clean. bid knowing these are not from a factory (some person left me a negative for having mold

lines and flash without even communicating with me, jeesh!).

Larger pictures are viewable from: http://s251.photobucket.com/albums/gg288/nvillacci/Salamanders/Rhino%20Armor/

Feel free to email me with any questions at droppods@verizon.net

Games Workshop, the Games Workshop logo, Warhammer and the Warhammer 40,000, Space Marines are either ®, TM and/or © Games Workshop Ltd 199x-2008, variably registered in the EU and other countries around the world. All Rights Reserved

Select a picture




00071
Powerful identity theft protection. Guaranteed recovery. Only from Experian.

## Shipping and handling

**Ships to**
Worldwide

Country: United Kingdom  Update

| Shipping and Handling | To | Service | Insurance |
|---|---|---|---|
| US $13.50 | United Kingdom | USPS First Class Mail International™ | None |

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

## Return policy

Return policy not specified.
Read item description for any reference to return policy.

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
| PayPal VISA BANK | Seller Preferred | PayPal Up to $200 in buyer protection. See eligibility |
| Money order/Cashiers check | Accepted | Not Available |

Learn about payment methods

## Helpful information

**eBay recommended services**

This seller prefers to be paid with PayPal, the safe way to pay with your credit card on eBay. Sign up for PayPal it is free!

## VeRO Reporting Tool

Before reporting a listing, please review it carefully and be prepared to enter a specific reason why it infringes your rights.

Report Listing

## Take action on this item

Help

30/6/08 4:34 pm

GW0002536

Item title: Rhino Armor Kit Salamanders Warhammer 40K Space Marines

### Place a bid

Current bid     US $1.90

Your maximum bid: US $ [          ]   (Enter US $2.15 **or more**)

Place Bid >   You will confirm in the next step
(PayPal account required)

eBay automatically bids on your behalf up to your maximum bid. Learn about bidding.

### Other options

← Back to list of items | Report this item | Printer Version | Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

# eb
Sign out

Categories ▼  Motors  Express  Stores

Search | Advanced Search | Buy  Sell  My eBay  Community  Help

Site Map

eBay Security & Resolution Center

← Back to list of items     Listed in category: Toys & Hobbies > Games > Miniatures, War Games > Warhammer > 40K > Space Marines

## Resin Drop Pod for 40K Warhammer 40000 Space Marines

Item number: 280239798068

**The listing has been reported.**

Thank you for your report to eBay. We will review it as soon as possible and inform you of our actions.

| | | |
|---|---|---|
| | Current bid: | US $30.00 |
| | | PayPal account required |
| | Your maximum bid: | US $ _____ Place Bid > |
| | | (Enter US $31.00 or more) |
| 1 of 2 | End time: | Jul-01-08 17:53:37 PDT (1 day 9 hours) |
| | Shipping costs: | To United Kingdom -- US $13.50 |
| | | USPS First Class Mail International™ |
| | | Service to United Kingdom |
| | | (more services) |
| View larger picture | Ships to: | Worldwide |
| | Item location: | Grand Prairie, TX, United States |
| | History: | 6 bids |
| | High bidder: | t***e ( 204 ☆ ) |
| | You can also: | Watch This Item |
| | | Get SMS or IM alerts | Email to a friend |

**Meet the seller**
Seller: customminis79 ( 16 ☆ )
Feedback: 94.4 % Positive
Member: since Apr-18-08 in United States
- See detailed feedback
- Ask seller a question
- Add to Favorite Sellers
- View seller's other items

**Buy safely**
1. Check the seller's reputation
   Score: 16 | 94.4% Positive
   See detailed feedback
2. Check how you're protected
   PayPal Up to $200 in buyer protection. See eligibility

**Listing and payment details:** Hide

Starting time: Jun-24-08 17:53:37 PDT
Starting bid: US $0.99
Duration: 7-day listing

Payment methods: PayPal (preferred),
Money order/Cashiers check
See details

Get 0% APR until Jan 2009 on all your purchases made through July 31 with a new eBay MasterCard! U.S. Residents Only See Details | Apply Now

## Description

| Item Specifics | |
|---|---|
| Game: | Warhammer 40k |

This is a custom sculpted drop pod. This is hand sculpted and completely original. It can be used in any science fiction game, I use them for my 40K Space Marine army. The kit is composed of 5 wings, 5 panels, 1 base, one top, and one jet vent. This model comes unassembled and unpainted. It is to scale for most 25 mm table top games. The one shown is a Salamanders Chapter pod, but you can use these for Blood Angels, Dark Angels, Space Wolves, Ultra Marines, Black Templars and any other chapter of your choosing or creation.

I can also have custom parts (rhino armor, shoulder pads, dreadnoughts) for any chapter done, even Do-It-yourself chapters.

This auction is for a single pod kit.

This pod for sale is composed of 5 Identical wings, 5 identical side panels, 1 bottom base, 1 top section and 1 jet nozzle. So 13 parts in total.

This is not a Forge World Drop Pod or a recast of one (that would be copyright infringement). This is a original sculpt.

Feel free to email me with any questions at droppods@verizon.net

I may include freebies as a thank you for your purchase, these are not sold to you and are just that, free. I dont make money off them, they may be miscast that i cant sell etc.

Please know I dont own or run a professional foundry, there is mold lines and flash you need to remove for display purchases. This is an UNFINISHED model. Small bubbles and defects are normal in resin casting and you are bidding with the knowledge your item may contain small imperfections that are easily fixed with modeling putty. There may be defects on a part of the model that isnt on display (bottom of pod that the model sits of and is not shown when used in game).

Thanks for you bidding!

**Select a picture**

 

30/6/08 4:30 pm



00188
Powerful identity theft protection. Guaranteed recovery. Only from Experian.

### Shipping and handling

**Ships to**
Worldwide

Country: United Kingdom  [Update]

| Shipping and Handling | To | Service | Insurance |
|---|---|---|---|
| US $13.50 | United Kingdom | USPS First Class Mail International™ | None |

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

### Return policy

Return policy not specified
Read item description for any reference to return policy.

### Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
| PayPal  VISA  DISC  BANK | Seller Preferred | PayPal Up to $200 in buyer protection. See eligibility |
| Money order/Cashiers check | Accepted | Not Available |

Learn about payment methods

### Helpful information

**eBay recommended services**

This seller prefers to be paid with PayPal. Pay fast and get your item faster! Sign up for PayPal!

### VeRO Reporting Tool

Before reporting a listing, please review it carefully and be prepared to enter a specific reason why it infringes your rights.

[Report Listing]

### Take action on this item                                                                Help

Item title: Resin Drop Pod for 40K Warhammer 40000 Space Marines

GW0002541

## Place a bid

Current bid: US $30.00

Your maximum bid: US $ _____ (Enter US $31.00 or more)

Place Bid > You will confirm in the next step.
(PayPal account required)

eBay automatically bids on your behalf up to your maximum bid. Learn about bidding.

### Other options

← Back to list of items | Report this item | Printer Version | Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time