# EXHIBIT F

## Our Store

- Infantry and Shoulder Pad Bits compatible with Space Marine® models
- Heads compatible with Space Marines®
- 28mm Weapons, Jump Packs and Shields compatible with Games Workshop Models
- Vehicle Replacement Part Kits that fit on Games Workshop Models
- Bits/Conversion kits compatible with Eldar armies
- Bits/Conversion kits compatible with Tyranids
- Bits/Conversions for 28mm for imperial guard
- Super Heavy Vehicle Kits

List All Products

Product Search

[Search]

Advanced Search

Username

Password

Remember me ☑
[Login]

Lost Password?
Forgot your username?
No account yet? Register

We accept Paypal!


### 28MM Celtic, Tech-Wolf Shields and Hammer available now!

Friday, 29 January 2010 14:23

Hello guys and gal,

The Jetbike Seer Council kit





PLAINTIFF EXHIBIT
PX-435

CHS00000028

This kit has been completed by the sculptor and is in transit to me for final approval. Once it arrives and passes quality check it will be molded in resin (and maybe pewter). This is a complete kit with arms, legs, torsos, heads, weapon options and bike accessories. All you would want is the Jetbike model to add to this. There will be a Warlock and a Farseer kit to choose from. They will have options for a sword or spear.

Estimatated time for this kit to hit production is 2-3 weeks. I want the price to be in the $14-17.00 price range.

I wanted to give you all an update on our new and upcoming 28mm conversion bits.

Firstly, we have 2 new shields available for sale for $2.00 each on the website.

The much anticipated Celtic Shield, it is 28mm scale, its less bulky then our previouse shields so best suited for regular power armor. It is lightweight white metal and comes with a seperate spiked knuckle guard.



The second new shield release is perfect for all you Space Wolf players out there. Its a Techno Wolf Shield (good size for terminator armor).



Also up, is a new generic Power Hammer, also in 28mm scale. Does great things for fantasy or sci-fi conversions. This is available for $1.50.



I have also updated the Fleshtearer - sawblade and jewel shoulder pad photos:



Lastly some news on the upcoming Ymargl Genestealer heads and Xenomorph Gaunt heads. These are being molded this week. Our price point for the Ymargl Genestealer heads will most likely be $6.00 for a sprue of 6 white metal heads (3 different bits). The Xenomorph heads are going to be $6.50 per sprue of 6 resin heads (2 different bits).

The reason we went metal on the Ymargls is that they have some slender parts that wont survive resin casting, they also have a nob to allow easy glueing to the bodies. The Xenomorph heads have no pertrusions for glueing so need to be resin in order to be usable.

These will be on the site next week and if you are interested in preordering feel free to email me at nick@chapterhousestudios.com .

**Boneswords and Lashwhips**

These are being sculpted this week, and will be molding in 2-3 weeks. Price point is 2-4$ a set (pewter).

I dont think I forgot anything so enjoy!

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.

Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

Webdesign and hosting by Mahonlap.com



SSL certificates

Archived by Cloud Preservation(TM) on Fri Aug 05, 2011 at 05:52:22 AM GMT
http://www.chapterhousestudios.com/webshop/news/21-28mm-celtic-tech-wolf-shields-and-hammer-available-now

CHS00000030