# EXHIBIT G





Shopping Cart | Checkout

**PRODUCTS**

- Dark Elf & Eldar Compatible Kits
- Eldar Compatible Bits
- Imperial Guard Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Lizard Man Fantasy Figures
- Space Marine Compatible Bits
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS

Search

**PRESENTING:**
**Custom Sculpt**
**ChapterHouse Studios Miniatures**

ChapterHouse is excited to enter the world of full miniature sculpting! Our line of full metal models will be constantly growing so keep an eye on this space, or head on over to the CH forums to discuss what you would like to see next!

▶ Learn more



Cart is empty

E-Mail Address:

Password:

Forgotten Password

[Login]

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

## Welcome to ChapterHouse Studios

ChapterHouse Studios specializes in the creation of high end resin and metal miniature kits and parts applicable for use in a wide variety of Fantasy and Sci-fi Roleplaying and Wargaming. Our mission is to help address public demand for unavailable parts and iconography with the highest standards possible. As our company grows, so to does our ambition, and in the upcoming months we will be introducing some truly fantastic conversion kits and brand new miniatures! We can't wait to share our new work with you, so stay tuned!

### Featured


**TRU-Scale Knight Praetorius Conversion Kit - 6**
$22.50
★★★★☆


**Javelin Imperial Jet Bike**
$14.00
★★★★★


**Shrike Conversion Kit for Tyranid Warrior Models**
$9.00







