**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| GAMES WORKSHOP LIMITED, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 1:10-cv-08103 |
| v. | ) | |
| | ) | |
| CHAPTERHOUSE STUDIOS LLC | ) | |
| | ) | Judge Matthew F. Kennelly |
| | ) | |
| Defendant. | ) | |

**CHAPTERHOUSE STUDIOS' OPPOSITION TO GAMES WORKSHOP'S PETITION
FOR COSTS**

**Index of Exhibits**

| Exhibit | Trial Exhibit | Document Description | Document Bates Range |
|---|---|---|---|
| A | DX-175 | Letter from J. Moskin to N. Villacci | GW0003339-3390 |
| B | DX-639 | Email from J. Moskin to N. Villacci | n/a |
| C | n/a | GW Second Supplemental Response to CHS Interrogatories Set 4 | n/a |
| D | n/a | GW Fourth Supplemental Response to CHS Interrogatories Set 4 | n/a |
| E | n/a | Transcript Excerpts | n/a |
| F | n/a | Declaration of Bryce A. Cooper | n/a |
| G | n/a | GW Ex. I | n/a |