# EXHIBIT D

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br>Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

**PLAINTIFF GAMES WORKSHOP LIMITED'S FOURTH SUPPLEMENTAL RESPONSE TO DEFENDANT CHAPTERHOUSE STUDIOS LLC'S INTERROGATORIES SET FOUR**

Pursuant to Fed.R.Civ.P. Rules 26 and 33, Games Workshop responds as follows to the Fourth Set Interrogatories of Defendant Chapterhouse Studios LLC.

**GENERAL OBJECTIONS**

1. Games Workshop incorporates by reference the general objections in Games Workshop Limited's Response and Supplemental Responses to Defendant Chapterhouse Studios LLC's Interrogatories Set Four.

**INTERROGATORIES**

**INTERROGATORY NO. 18:**

Separately for each mark YOU allege in this action, provide the date of first "use in commerce" of the mark (as that term is defined in 15 U.S.C. § 1127) by you in the U.S., and the nature of such use.

**SUPPLEMENTAL RESPONSE:**

Games Workshop objects that this request seeks information that is irrelevant and not likely to lead to the discovery of admissible evidence insofar as Chapterhouse does not purport to claim priority of use over Games Workshop with respect to any of its marks in issue. As a result

the request is also overbroad and unduly burdensome.

Without prejudice to or waiver of the foregoing objections, Games Workshop states that the following marks were used by Games Workshop to identify itself and its Warhammer 40K line of books, magazines, miniatures, boxed sets, and other similar merchandise. The nature of such use involved the use in commerce of the Mark in the United States through the sale of a book, magazine, miniature, boxed set, or other similar merchandise at least as early as the date specified.

| Mark | Date of first "use in commerce" in the U.S. at least as early as |
|---|---|
| Warhammer | 1983 |
| Warhammer 40K | 1987 |
| 40K | 1987 |
| 40,000 | 1987 |
| Games Workshop | 1981 |
| GW | 1981 |
| Space Marine | 1986 |
| Eldar | 1988 |
| Dark Angels | 1987 |
| Tau | 2001 |
| Aquila | 1987 |
| Adeptus Mechanicus | 1987 |
| Assault Cannon | 1992 |
| Assault Space Marine | 1987 |
| Alpha Legion | 1996 |
| Black Templars | 1993 |
| Blood Angels | 1997 |
| Blood Ravens | 2004 |
| Cadian | 1995 |
| Carnifex | 1993 |

| | |
|---|---|
| Chaos Space Marines | 1989 |
| Chaplain | 1987 |
| Chimera | 1995 |
| Crimson Fists | 1987 |
| Dark Angel | 1987 |
| Death Watch | 2001 |
| Devastator Space Marine | 1989 |
| Dreadnought | 1987 |
| Drop Pod | 1990 |
| Eldar | 1987 |
| Eldar Farseer | 1990 |
| Eldar Jet Bike | 1988 |
| Eldar Warlock | 1990 |
| Eldar Seer Council | 2000 |
| Empire | 1986 |
| Exorcist | 1989 |
| Flesh Tearers | 1987 |
| Gaunt | 2002 |
| Genestealer | 1987 |
| Heavy Bolter | 1987 |
| Heavy Flamer | 1987 |
| Heresy Armour | 1991 |
| Hellhound | 1995 |
| High Elf | 1992 |
| Hive Tyrant | 1987 |
| Horus Heresy | 1988 |
| Howling Banshee | 1991 |
| Howling Griffons | 1998 |
| Iconoclast | 2009 |
| Imperial Fists | 1991 |
| Imperial Guard | 1989 |

| | |
|---|---|
| Inquisition | 1987 |
| Iron Hands | 1987 |
| Jetbike | 1987 |
| Jump Pack | 1987 |
| Land Raider | 1987 |
| Land Speeder | 1987 |
| Lascannon | 1987 |
| Legion of the Damned | 1988 |
| Librarian | 1989 |
| Lightning Claw | 1989 |
| Melta | 1987 |
| Mk II Armour | 1991 |
| Mk V Armour | 1991 |
| Mycetic Spore | 1995 |
| Plasma | 1987 |
| Power Claw | At least as early as 2004 |
| Predator | 1989 |
| Rhino | 1988 |
| Salamander | 1989 |
| Striking Scorpion | 1991 |
| Soul Drinker | 2002 |
| Space Wolves | 1987 |
| Stormraven | 2009 |
| Storm Shield | 1989 |
| Tactical Space Marine | 1989 |
| Techmarine | 1989 |
| Termagants | 1993 |
| Terminator | 1989 |
| Tervigon | 2010 |
| Thousand Sons | 1988 |
| Thunder Hammer | 1989 |

| | |
|---|---|
| Tyrant | 1987 |
| Tyranid | 1987 |
| Tyranid Bonesword | 1995 |
| Tyranid Lashwhip | 1995 |
| Tyranid Warrior | 1987 |
| Ymgarl | 1987 |
| Black Templars Icon | 2005 |
| Blood Angels Icon | 1987 |
| Blood Ravens Icon | 1987 |
| Celestial Lions Icon | 1993 |
| Dark Angels Winged Sword Icon | 2006 |
| Exorcist Skull Icon | 1989 |
| Flesh Tearers Icon | 1987 |
| Howling Griffons Icon | 1989 |
| Imperial Fists Icon | 1987 |
| Iron Snakes Icon | 2002 |
| Legion of the Damned Icon | 2004 |
| Chaos Space Marines Eight-Pointed Star Icon | 1988 |
| Soul Drinkers Icon | 1987 |
| Salamanders Icon | 1989 |
| Tau Empire Icon | 2001 |
| Space Marine Tactical Squad Icon | 1991 |
| Space Marine Assault Squad Icon | 1995 |
| Space Marine Devastator Squad Icon | 1995 |
| Ultramarine Icon | 1987 |
| Adeptus Mechanicus Cog Icon | 1995 |
| Iron Hands Icon | 1987 |

| | |
|---|---|
| Space Wolves Icon | 1989 |
| Thousand Sons Icon | 2004 |
| Mantis Warrior Icon | 1988 |
| Iconoclast | 2009 |
| Assault Cannon | 1992 |
| Lascannon | 1987 |
| Heavy Flamer | 1987 |
| Power Claw | 2004 |

Dated: March 4, 2013    Respectfully submitted,

By:  /s/ Jonathan E. Moskin
     Jonathan E. Moskin

Jason J. Keener (Ill. Bar No. 6280337)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654
Telephone:  (312) 832-4500
Facsimile:  (312) 832-4700
Email: jkeener@foley.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Telephone:  (212) 682-7474
Facsimile:  (212) 687-3229
Email:  jmoskin@foley.com

*Attorneys for Games Workshop Limited*

## **CERTIFICATE OF SERVICE**

I, Jonathan Moskin, an attorney, hereby certify that on March 4, 2013, I caused a copy of the foregoing GAMES WORKSHOP LIMITED'S FOURTH SUPPLEMENTAL RESPONSE TO INTERROGATORIES SET FOUR to be served on the interested parties by causing copies of this document to be served on the following *via* email on counsel of record for Chapterhouse Studios.

   /s/ Jonathan Moskin
Jonathan Moskin