# EXHIBIT F

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 1:10-cv-08103 ) ) |
| CHAPTERHOUSE STUDIOS LLC | ) ) Judge Matthew F. Kennelly |
| Defendant. | ) ) ) |

**DECLARATION OF BRYCE A. COOPER IN SUPPORT OF
CHAPTERHOUSE STUDIOS' OPPOSITION BRIEF TO GAMES WORKSHOP'S
PETITION FOR COSTS**

I, Bryce A. Cooper, declare as follows:

1. I submit this declaration in support of Chapterhouse Opposition to Games Workshop's Petition for Costs. I am an Associate in the Chicago office of Winston & Strawn LLP and am one of the attorneys for Chapterhouse in the above-captioned case. I am familiar with the facts, legal issues, and proceedings in this case, and have knowledge of and am competent to testify concerning the matters set forth herein.

2. Chapterhouse was represented *pro bono* by Winston & Strawn LLP.

3. Chapterhouse was represented *pro bono* by Marshall Gerstein & Borun.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

2

Executed October 24, 2013.

                /s/ Bryce a. Cooper
                  Bryce A. Cooper