# Exhibit 1

Case: 1:10-cv-08103 Document #: 453-1 Filed: 10/24/13 Page 2 of 2 PageID #:25307

Upcoming Chapterhouse Studios releases - Shoulder Pads and Rhino/Land Raider Kits - Page 2 - Forum - DakkaDakka | Tougher than ... Page 16 of 19



**Sgt.Roadkill wrote:**
just out of interest what ever happened to the armored predator front panels you guys were working on a while back?

Yes, but we have to walk a fine line there. It is hard to predict what people will buy when it comes to existing chapters. how close to the original Iron Hands icon do we have to stay to make some money off it?

Exalt This Post +1

2009/10/05 02:12:30

**Sgt.Roadkill**
Dakka Veteran

10 Gallery Images
Gallery Votes: 0
Posts: 1052

Joined: 2008/12/04 20:53:26
Location: USA
Offline
Filter Thread

GW0011683