# Exhibit 3



# Bartertown.com Trading Board

Warhammer 40,000, Warmachine, 40k, WHFB for Sale



- Board index
- Check References
- FAQ
- Warhammer40k.com

- Board index ‹ Futuristic Gaming ‹ Warhammer 40k For Sale / Wanted
- Change font size
- Print view

- FAQ
- Register
- Login

## FS:Custom Iron Snake, Salamander, Soul Drinker Shoulder Pads

Moderator: Moderators

Post a reply
5 posts • Page 1 of 1

### FS:Custom Iron Snake, Salamander, Soul Drinker Shoulder Pads

by **nvillacci** on Mon Nov 24, 2008 12:09 pm

Hello guys,

**Warning! Lots of awesome photos!**

Myself and a friend have started a small enterprise. He sculpts shoulder pads for chapters that you never see, making shoulder pads for (as well as many custom designs) and we have them cast in pewter!
We have done our research and spoken to lawyers and stayed away from direct copies of GW Intellectual Property. That is why you wont see GW Salamander Icons or direct reproductions on our work. So we are legit and plan to stay that way!
These are pewter and the rhino parts are resin.
These are not identical to any published icons out there, a bit generic, but similiar that you should be able to use them with little problem.

Prices:
$1.00 for any pads (if you buy 50 or more of a type you get them for .85 each)
$17.50 for rhino kits
1.50 for the salamander Hammer or Powerclaw..

Notice we have Terminator and Power Armor pads for each type

We have a Salamander head (or dragon head), its very 3D and sells well.

PLAINTIFF
EXHIBIT
PX-6



Smooth Scale Mosaic Salamander Pads:

http://www.bartertown.com/trading/viewtopic.php?f=8&t=75950        25/11/2008

GW0002513







Salamander Hammer and Power Claw:



We also have a rhino armor and door kit:

Case: 1:10-cv-08103 Document #: 453-3 Filed: 10/24/13 Page 6 of 14 PageID #:25321



Next up is our newer snake or Iron Snakes shoulder pad line, weve taken the greek idea and added chains on the edges of the pads:

GW0002516



Case: 1:10-cv-08103 Document #: 453-3 Filed: 10/24/13 Page 8 of 14 PageID #:25323









Last but not least is our Chalice pad that can be used as soul drinkers or even blood angels second founding chapter:

GW0002518



StarFox or Space Wolf founding:

GW0002519

Case: 1:10-cv-08103 Document #: 453-3 Filed: 10/24/13 Page 10 of 14 PageID #:25325



GW0002520



We also have a flaming fist and a "I" pad that can be used as the Squad 1 or "I" for imperial or inquisition.





We can do custom designs, but there is a cost for the time to sculpt and mold creation.
Anyone serious about custom chapter pads, you can expect to spend about $130 for the sculpting, the mold making and then you have to pay for the pads themselves.

If this becomes a business, I am already talking with Lin about sponsoring (we dont even have a website yet though). Btown is the best...

Please feel free to email me with any questions and order request- droppods@verizon.net

Thanks!

Nick
check my bartertown references**HERE!**


nvillacci ( 76 )
  Journeyman Trader

   Posts: 105
   Joined: Thu Sep 11, 2003 8:49 am
   Location: Dallas, TX, USA
   • YIM

Top

### Re: FS:Custom Iron Snake, Salamander, Soul Drinker Shoulder Pads

☐by ebola on Mon Nov 24, 2008 1:25 pm

Just posting to say that the pictures don't do justice as to the quality and awesomeness of these. Nick is a great guy as well and terrific to deal with.

ebola ( 10 )
  New Trader

   Posts: 19
   Joined: Mon Apr 07, 2008 5:17 am

Top

---

### Re: FS:Custom Iron Snake, Salamander, Soul Drinker Shoulder Pads

by **HarveyDent** on Mon Nov 24, 2008 1:55 pm

is each shoulderpad a single piece of plastic/resin/whatever? i'm seriously thinking of picking up some of these for a project.

HarveyDent ( 264 )
Journeyman Trader

Posts: 176
Joined: Tue Jan 17, 2006 8:00 pm
Location: Norfolk, VA

Top

---

### Re: FS:Custom Iron Snake, Salamander, Soul Drinker Shoulder Pads

by **nvillacci** on Mon Nov 24, 2008 2:18 pm

> *HarveyDent wrote:* is each shoulderpad a single piece of plastic/resin/whatever? i'm seriously thinking of picking up some of these for a project.

Each pad is a single pewter piece, there is very little flash or mold lines. I would almost say you can use these straight from us without any filing or other modifications, just paint up.

We can just about sculpt anything that isnt done by another company already.
check my bartertown references **HERE!**

nvillacci ( 76 )
Journeyman Trader

Posts: 105
Joined: Thu Sep 11, 2003 8:49 am
Location: Dallas, TX, USA
- YIM

Top

---

### Re: FS:Custom Iron Snake, Salamander, Soul Drinker Shoulder Pads

by **SonofMedusa** on Mon Nov 24, 2008 5:12 pm

Sent you guys an email.

thanks,
SoM
My Refs: http://www.bartertown.com/ref/index.php ... andllc.com

User avatar

SonofMedusa ( 24 )
BTown Regular

Posts: 55
Joined: Wed Jul 06, 2005 10:09 am
Location: Tennessee, USA

Top

---

Display posts from previous:  All posts  Sort by  Post time  Ascending  Go

Post a reply
5 posts • Page 1 of 1

Return to Warhammer 40k For Sale / Wanted

Jump to:   Warhammer 40k For Sale / Wanted   Go

#### Who is online

Users browsing this forum: Fish_&_chips, Massawyrm, Rcl411, redstarone, Solax636, WingWong and 2 guests

- Board index
- The team • Delete all board cookies • All times are UTC - 6 hours

Powered by phpBB © 2000, 2002, 2005, 2007 phpBB Group