# Exhibit 4

# WARSEER

Home    Forum    Gallery    What's New?

Advanced Search

New Posts   Private Messages   FAQ   Calendar   Community   Forum Actions   Quick Links

MODEL BITS   40K, Fantasy, Forgeworld and more all available from stock, no waiting lists. Neodymium magnets and Resin bases too!

🏠 Forum    The WarSeer Trading Forum    Trading Forum    Services and Stores    Chapterhouse Studios

Hello bikerbabe,
Our records indicate that you have never posted to our site before! Why not make your first post today by saying hello to our community in our Introductions forum.

Why not start with your first post today and become an active part of Warseer now!

+ Reply to Thread

Results 1 to 20 of 129   Page 1 of 7   1   2   3   ...   ▶   Last ▶▶

## Thread: Chapterhouse Studios

View First Unread    Thread Tools    Search Thread    Display

| 25-08-2010, 02:07 |
|---|

**nvillacci**

Veteran Sergeant

CHAPTERHOUSE

Join Date:   Mar 2006
Posts:        102
Feedback Score: 2 (100%)

### Chapterhouse Studios

Hello Gamers,

We have been busy here at Chapterhouse Studios. I know many of you have been chomping at the bit for an affordable yet legally usable in GW tournaments Tervigon proxy kit. I have the molds being made right now for a conversion kit that will utilize your Carnifex kits.

It is a nice design that builds upon the Carnifex kit, yet fits true to what most tyranid players envision the Tervigon to be like on the table.

So here are the shots I took of an assembled kit before the masters went into resin molding. I am hoping to keep the kit in the $20-30 price range. It is 5 pieces that include an oval base.

---

**PLAINTIFF
EXHIBIT
PX-168**





#1

Chapterhouse Studios







Chapterhouse Studios



Our first awesome Preheresy Terminator Pads, this time around for Thousand
Sons players.



Something that all Space Marine Players can use - Tactical Rhino Doors



**25-08-2010, 13:51**                                                              #2

**Erwos**

Chapter Master

Join Date:    Jul 2005
Location:     Rockville, MD
Posts:        1,764

Feedback Score:  0

### Re: Chapterhouse Studios New Releases - Tervigon Kit, 1K Heresy Sons, Mantis Warriors

So, are you guys licensed by GW? It's nice to see someone other than FW playing in that space.

---

Armies: Iron Warriors (CSM), The Black Crusade (CSM), Jenen Ironclads (IG, ABG)

Whenever you colorize your posts, you make it a real PITA for the rest of us to quote them. Are you here for a discussion, or to state an opinion and show us how great you are with markup?

Reply  |  Reply With Quote

**25-08-2010, 14:10**

**Chaos and Evil**

Chapter Master

Join Date:    Jul 2005
Posts:        5,688

Feedback Score:  0