| | |
|---|---|
| **To:** | Nick Chapterhouse[droppods@verizon.net] |
| **From:** | Honda Kowabunga |
| **Sent:** | Tue 9/6/2011 11:57:13 AM |
| **Importance:** | Normal |
| **Subject:** | RE: Just curious... |
| **Categories:** | [65.54.190.142] |

Soooo...if I understand English, by using the word "pilot", the inference is that it flies/skims. Would I also be able to infer that in order to field a similar type of vehicle in the current setting of the game, I would have to look to a codex that features slim people in tight clothing with pointed ears?

When might images of this PH vehicle be available for viewing?

As far as BnC goes, I'm sorry to hear that. It's still the site that I call "home", primarily because it's one of the few places where my kids can go and I don't have to worry about content or language, and the community is extremely supportive of people of all skill levels.

Perhaps his opinions will change sometime in the future after "details" settle themselves out.

Thanx for the PH tip and I'll be looking forward to seeing pictures.

Honda


"Putting the 'pure' into Puritan, one heretic at a time"

- Apocalypse Lords



From: droppods@verizon.net
To: hkowabunga@hotmail.com
Subject: RE: Just curious...
Date: Mon, 5 Sep 2011 20:15:50 -0500


Right now we are putting the finishing touches on a Heresy vehicle that is on everyones wish list… it's a 1 man vehicle though, if that gives you any hints ☺

**PLAINTIFF
EXHIBIT
PX-681**

CHS00022274

The vehicle is finished we are just working on a heavy variant for it as well as legs for the pilot.

Also we have some Tau components in the pipe-line.  Right now they are in the concept and design phase.

Oh yeah.. a much needed magnetized option for space marine vehicles will be out in the next month ☺

BTW, the owner of BandC banned us a couple of years ago since hes good friends with many GW managers… he thought we are doing things illegally and made a point of banning talks of our items and myself (for no reason really).

Nick

-----Original Message-----
**From:** Honda Kowabunga [mailto:hkowabunga@hotmail.com]
**Sent:** Monday, September 05, 2011 5:36 PM
**To:** Nick Chapterhouse
**Subject:** RE: Just curious...

That is awesome news and I'm very excited for you guys.

A thread on you Chapterhouse popped up on Bolter and Chainsword and I put a plug in for you. I figure it's the least I can do. I hope this kit is a huge success.

I don't know what you have on the bench, but if you are looking for suggestions:

1. An enclosed hull Medusa plug for the Basilisk kit. Maybe include a Medusa gun and a Colossus gun to swap out.

2. Hydra turret, though maybe with gatling barrels like the 2S6 Tunguska (Russian AA vehicle)

3. Possibly something that plugs into the front of the new Dreadknight to make the pilot look less like the "baby strapped in front of Momma". Possibly more weapons for the DK.

4. And something that would elevate you to legendary status with space marine players forever...a Thunderhawk equivalent...or maybe the pre-heresy Stormbird.

My current project is a pre-Heresy/Crusade era Custodes army using the GK codex, hence my interest in the Dreadknight.

CHS00022275

Anyway, all is well.

Thanx again for all your efforts.

Honda

"Putting the 'pure' into Puritan, one heretic at a time"

- Apocalypse Lords

From: droppods@verizon.net
To: hkowabunga@hotmail.com
Subject: RE: Just curious...
Date: Mon, 5 Sep 2011 10:15:36 -0500

Honestly I sorta predicted what it would do based off of the request we had. I waited to launch the sales until we had 131 kits in hand (I think we sold about 70 or so preorders a month and a half ago).

131 sold out by yesterday noon (about 32 hours after I launched the sales).

Today we are sold out of this weeks projected resupply..

I changed the product info to a 14 day wait since we are now selling next weeks projected allotment..

So yep, its doing pretty good, especially considering the underground environment we deal in (maybe 1 in 10 40K players know about us, if that).

Nick

-----Original Message-----
**From:** Honda Kowabunga [mailto:hkowabunga@hotmail.com]
**Sent:** Monday, September 05, 2011 10:06 AM
**To:** Nick Chapterhouse

CHS00022276

**Subject:** Just curious...

...how did the first weekend of sales go for extension kits?

A friend of mine that listens to podcasts said a couple of weeks ago that this kit was like dropping a stone in the 40K pond and that there would be some very interesting ripples...like good ones.

So I'm interested to see if the community actually delivers.

Cheers,

Honda

"Putting the 'pure' into Puritan, one heretic at a time"

- Apocalypse Lords

From: droppods@verizon.net
To: hkowabunga@hotmail.com
Subject: RE: Storm Raven TRU kit Not showing up on site
Date: Sat, 3 Sep 2011 09:21:58 -0500

You too Honda (shouldnt I get more money for the fast and repeated emails? :) ).

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

    -----Original Message-----
    **From:** Honda Kowabunga [mailto:hkowabunga@hotmail.com]
    **Sent:** Saturday, September 03, 2011 9:19 AM
    **To:** Nick Chapterhouse
    **Subject:** RE: Storm Raven TRU kit Not showing up on site

CHS00022277

Ok, they are there and I'm getting three.

Do I get a coupon for pestering you every day since June?  lol j/k

Have a great weekend and thanx for everything.

Honda

"Putting the 'pure' into Puritan, one heretic at a time"

- Apocalypse Lords

From: droppods@verizon.net
To: hkowabunga@hotmail.com
Subject: RE: Storm Raven TRU kit Not showing up on site
Date: Sat, 3 Sep 2011 09:06:23 -0500

Its up as of 9 am.

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** Honda Kowabunga [mailto:hkowabunga@hotmail.com]
**Sent:** Saturday, September 03, 2011 9:01 AM
**To:** Nick Chapterhouse
**Subject:** FYI: Storm Raven TRU kit Not showing up on site
**Importance:** High

I know you said you were going to launch something and then travel, so I just wanted to let you know that if you launched, it's hasn't shown up yet and can not be selected.

HIGHLY CONFIDENTIAL

Honda

"Putting the 'pure' into Puritan, one heretic at a time"

- Apocalypse Lords

From: droppods@verizon.net
To: hkowabunga@hotmail.com
Subject: RE: Storm Raven TRU kit
Date: Mon, 29 Aug 2011 13:40:19 -0500

Yep,

The same sculptor is working on a male aspect similar to banshees.

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** Honda Kowabunga [mailto:hkowabunga@hotmail.com]
**Sent:** Monday, August 29, 2011 11:33 AM
**To:** Nick Chapterhouse
**Subject:** RE: Storm Raven TRU kit

Well, keep up all the awesome work! I'll be ready.

BTW, the new Eldar Scorpion turned out quite nice. Are you guys planning on expanding more into figures?

HIGHLY CONFIDENTIAL

Honda

"Putting the 'pure' into Puritan, one heretic at a time"

- Apocalypse Lords

From: droppods@verizon.net
To: hkowabunga@hotmail.com
Subject: RE: Storm Raven TRU kit
Date: Mon, 29 Aug 2011 10:11:41 -0500

It will probably be early in the morning as I am heading out of town that day and will have everything ready to launch and hopefully go with a push of a button.

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** Honda Kowabunga [mailto:hkowabunga@hotmail.com]
**Sent:** Monday, August 29, 2011 9:51 AM
**To:** Nick Chapterhouse
**Subject:** RE: Storm Raven TRU kit

I saw the note on your main page about the kits becoming available on 9/3. Excellent news.

I'd like to get mine as soon as they go up for sale, so can you say what time the store will open with them? (CST, I'm out here in Katy, TX)

Honda

"Putting the 'pure' into Puritan, one heretic at a time"

HIGHLY CONFIDENTIAL

- Apocalypse Lords

From: droppods@verizon.net
To: hkowabunga@hotmail.com
Subject: RE: Storm Raven TRU kit
Date: Tue, 16 Aug 2011 13:15:08 -0500

Hi Honda,  Ill probably be putting them on the site next weekend or a few days after.  We have shipped all the preorders and are just waiting to see how many we get in this Friday and a forecast for next weeks shipment.

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** Honda Kowabunga [mailto:hkowabunga@hotmail.com]
**Sent:** Tuesday, August 16, 2011 9:03 AM
**To:** Nick Chapterhouse
**Subject:** RE: Storm Raven TRU kit

Hey Nick!

Just checking on the SR kits. Do you think they will be available by the end of this week?

I'll keep checking the site every day if you want me to...just trying to get a feel for how close we are to seeing them for sale.

I know you're doing your best.

Keep up the good work!

Honda

HIGHLY CONFIDENTIAL

CHS00022281

"Putting the 'pure' into Puritan, one heretic at a time"

- Apocalypse Lords

From: droppods@verizon.net
To: hkowabunga@hotmail.com
Subject: RE: Storm Raven TRU kit
Date: Mon, 8 Aug 2011 12:43:08 -0500

They are coming, just dont want to run out on the first day so working on production.

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** Honda Kowabunga [mailto:hkowabunga@hotmail.com]
**Sent:** Monday, August 08, 2011 12:28 PM
**To:** Nick Chapterhouse
**Subject:** RE: Storm Raven TRU kit

Nick,

I just got four packs of the new resin IG guns. Brilliant work.

Now all I need are three... :)

Honda

"Putting the 'pure' into Puritan, one heretic at a time"

CHS00022282

- Apocalypse Lords

From: droppods@verizon.net
To: hkowabunga@hotmail.com
Subject: RE: Storm Raven TRU kit
Date: Thu, 4 Aug 2011 14:30:56 -0500

The preorders are almost done being sent and I sent the masters to another company for mass production, so im hoping in 10-14 days to have them on the site.

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** Honda Kowabunga [mailto:hkowabunga@hotmail.com]
**Sent:** Thursday, August 04, 2011 1:12 PM
**To:** droppods@verizon.net
**Subject:** RE: Storm Raven TRU kit

Hey!

Just checking in on the Storm Raven kits. Is your back log build up progressing as planned? Will it be another week or so until they are available for sale?

Cheers,

Honda

"Putting the 'pure' into Puritan, one heretic at a time"

HIGHLY CONFIDENTIAL
CHS00022283

- Apocalypse Lords

From: nick@chapterhousestudios.com
To: hkowabunga@hotmail.com
Subject: RE: Storm Raven TRU kit
Date: Wed, 27 Jul 2011 10:30:24 -0500

Im hoping 2-3 weeks.

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** Honda Kowabunga [mailto:hkowabunga@hotmail.com]
**Sent:** Tuesday, July 26, 2011 9:04 PM
**To:** nick@chapterhousestudios.com
**Subject:** Storm Raven TRU kit

Hey there!

I just wanted to say thanx for all the cool stuff you guys are producing
and I'm hoping that the backlog for the Storm Raven kit get's built up
real soon as I am waiting (i.e. dying) to purchase three of the kits.

Cheers,

Honda

"Putting the 'pure' into Puritan, one heretic at a time"

- Apocalypse Lords

HIGHLY CONFIDENTIAL

CHS00022284