# Exhibit 7

| | |
|---|---|
| **From:** | Sales - Chapterhouse Studios <sales@chapterhousestudios.com> |
| **Sent:** | Thursday, February 23, 2012 10:57 AM |
| **To:** | 'Sebastian' <seb.zet@web.de> |
| **Subject:** | RE: Enquiry Sebastian |

Hi Sebastian,

Actually they are "Knights Praetorius"!

Here is a photo the sculptor did. It will take some cutting to work, but they should.

Nick Villacci

Ph: +1 (214) 662-1697

www.chapterhousestudios.com


-----Original Message-----
From: Sebastian [mailto:seb.zet@web.de]
Sent: Thursday, February 23, 2012 4:03 AM
To: sales@chapterhousestudios.com
Subject: Enquiry Sebastian


Hi there,
I have a little question about your new Land Raider kit.
Does the flame cannon of the Land Raider Redeemer fit with your kit? You have only tried the lascannon. I would be very dissapointed if that doesn't fit together.

Btw. I can't order until august this year :S

The idea with the true scale Space Marine is awesome.

Thank you, greetings from germany

PLAINTIFF EXHIBIT PX-653

HIGHLY CONFIDENTIAL　　　　　CHS00022783