# Exhibit 8

**From:** Chapterhouse Verizon <droppods@verizon.net>
**Sent:** Monday, June 6, 2011 10:37 AM
**To:** 'Ken Perry' <kenperry13@yahoo.com>
**Subject:** RE: TS Kits + add on Pre-Heresy Helmets Request

Yeah.. that will be interesting comparison if it ever gets to court..


Sincerely,


Nick - Sales and Design

Chapterhouse Studios


> -----Original Message-----
> **From:** Ken Perry [mailto:kenperry13@yahoo.com]
> **Sent:** Sunday, June 05, 2011 11:59 AM
> **To:** Chapterhouse Verizon
> **Subject:** RE: TS Kits + add on Pre-Heresy Helmets Request
>
> Nick,
>
> Excellent - thanks for the update!
>
> And, it looks like your resin is doing a bit better than GW's "Finecast" blend!
>
> Ken
>
> --- On **Fri, 6/3/11, Chapterhouse Verizon** <droppods@verizon.net> wrote:
>
>> From: Chapterhouse Verizon <droppods@verizon.net>
>> Subject: RE: TS Kits + add on Pre-Heresy Helmets Request
>> To: "'Ken Perry'" <kenperry13@yahoo.com>
>> Date: Friday, June 3, 2011, 10:49 AM
>>
>> Shipping out that order today:)
>>
>>
>> Sincerely,
>>
>>
>> Nick - Sales and Design
>>
>> Chapterhouse Studios

PLAINTIFF EXHIBIT PX-655

HIGHLY CONFIDENTIAL                                                                      CHS00025669

-----Original Message-----
**From:** Ken Perry [mailto:kenperry13@yahoo.com]
**Sent:** Monday, May 16, 2011 10:13 AM
**To:** Chapterhouse Verizon
**Subject:** TS Kits + add on Pre-Heresy Helmets Request

Nick,

Hello!

Per your PM request on Dakka, I'm e-mailing you to ask you to add one set of "Pre-Heresy Helmets" to my TS Marine Kit order (already paid for).

Please let me know how you'd like to handle this!

Thanks,

Ken

--- On **Thu, 5/5/11, Chapterhouse Verizon** *<droppods@verizon.net>* wrote:

> From: Chapterhouse Verizon <droppods@verizon.net>
> Subject: RE: TS Kits - Pics and prices?
> To: "'Ken Perry'" <kenperry13@yahoo.com>
> Date: Thursday, May 5, 2011, 9:06 PM
>
> Oh I wont, I process orders in the order payment is received and archive the payments when I process each order.
>
>
> Sincerely,
>
>
> Nick - Sales and Design
>
> Chapterhouse Studios
>
>
>> -----Original Message-----
>> **From:** Ken Perry [mailto:kenperry13@yahoo.com]
>> **Sent:** Thursday, May 05, 2011 7:56 PM
>> **To:** Chapterhouse Verizon
>> **Subject:** RE: TS Kits - Pics and prices?
>>
>> Nick,
>>
>> Payment sent - thanks!
>>
>> Don't forget to put me on your 'to do list' for when you get back from

HIGHLY CONFIDENTIAL

CHS00025670

vacation!

Ken

--- On **Thu, 5/5/11, Chapterhouse Verizon** *<droppods@verizon.net>* wrote:

> From: Chapterhouse Verizon <droppods@verizon.net>
> Subject: RE: TS Kits - Pics and prices?
> To: "'Ken Perry'" <kenperry13@yahoo.com>
> Date: Thursday, May 5, 2011, 8:46 PM
>
> invoice on its way
>
> Sincerely,
>
> Nick - Sales and Design
>
> Chapterhouse Studios
>
> -----Original Message-----
> **From:** Ken Perry [mailto:kenperry13@yahoo.com]
> **Sent:** Thursday, May 05, 2011 6:25 PM
> **To:** Chapterhouse Verizon
> **Subject:** RE: TS Kits - Pics and prices?
>
> Nick,
>
> OK!
>
> I'd like 2 of the 'Angel' versions and 1 of the 'Plain' version, please!
>
> PayPal invoice to this e-mail.
>
> Thanks!
>
> Ken Perry
> 31 Jarry St.
> New Bedford, MA 02745
>
> --- On **Thu, 5/5/11, Chapterhouse Verizon** *<droppods@verizon.net>* wrote:
>
>> From: Chapterhouse Verizon <droppods@verizon.net>

HIGHLY CONFIDENTIAL
CHS00025671

Subject: RE: TS Kits - Pics and prices?
To: "'Ken Perry'" <kenperry13@yahoo.com>
Date: Thursday, May 5, 2011, 6:01 PM

They run $23 for a set to outfit 6 marines. Let me know what you want, your paypal email address and your shipping and I can send you an invoice to pay with paypal.

FYI, Im leaving for vacation friday, so they wont ship till the week after next.

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
From: Ken Perry [mailto:kenperry13@yahoo.com]
Sent: Thursday, May 05, 2011 3:57 PM
To: droppods@verizon.net
Subject: RE: TS Kits - Pics and prices?

Nick,

Awesome!

I'd like to buy some of each - how much, and how do I order?

Thanks!

Ken

--- On **Thu, 5/5/11, Nick - New Host *<nick@chapterhousestudios.com>* wrote:**

> From: Nick - New Host <nick@chapterhousestudios.com>
> Subject: RE: TS Kits - Pics and prices?
> To: "'Ken Perry'" <kenperry13@yahoo.com>
> Date: Thursday, May 5, 2011, 4:15 PM
>
> Hi Ken, youve seen the basic kit, here is the Winged Angel one we have as well.

HIGHLY CONFIDENTIAL
CHS00025672

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** Ken Perry
[mailto:kenperry13@yahoo.com]
**Sent:** Thursday, May 05, 2011 2:43 PM
**To:** nick@chapterhousestudios.com
**Subject:** TS Kits - Pics and prices?

Nick,

Hello!

As requested, here's an email so I can get more info, pics, prices and ordering instructions on the TS Marine kits! :)

Thanks!

Ken