# Exhibit 9



PLAINTIFF
EXHIBIT
PX-1008

GW0019013



Description    Shipping and payments

Print | Report item

Seller assumes all responsibility for this listing.

Item number.  321111938918

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New: Objet neuf et intact, n'ayant jamais servi, non ouvert. Consulter l'annonce du vendeur pour avoir ... Read more | Type: | Jeux de Figurines, Wargames |
| Jeu: | Warhammer 40 K | Sous-type: | Figurines |
| Option Warhammer 40 K: | Eldars | | |

1 AUTARQUE/EXARQUE eldar avec toutes les options d'équipements présents sur la photo, figurine non peinte

1 eldar autarch/exarch with all the options equipments on the picture, no painted

Si vous remportez plusieurs de mes objets je ne facturerais qu'un seul frais de port.

Paiement par paypal ou par chèque

### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

**00010**

### See what other people are watching

Feedback on our suggestions

| DICE CUP - ONE BLACK, LINED CUP ... | Lot of 40 Jenga NATURAL WOOD ... | VINTAGE 1965 * MYSTERY DATE * ... | 28 LARGE 1 3/4" VINTAGE BLACK... | NEW Set of 10 Snap Together Spinners 4 ... |
|---|---|---|---|---|
| $3.50 | $11.99 | $15.00 | $15.50 | $4.99 |
| Buy It Now | Buy It Now | Buy It Now | 4 bids | Buy It Now |

Back to search results

Return to top

Related searches : Eldar Exarch, 40K Eldar, Warhammer 40K Dark Eldar, 40K OOP Eldar, Warhammer 40K Painted Dark Eldar

About eBay   Community   Announcements   Security Center   Policies   Site Map   eBay official time   Preview new features   Contact us   Tell us what you think

Copyright © 1995-2013 eBay Inc. All Rights Reserved. User Agreement and Privacy Policy.

GW0019014



PLAINTIFF
EXHIBIT
PX-1009

GW0019015

GW0019016