# Exhibit 10

eb                Search   Advanced    Buy   Sell   My eBay   Community   Help
                           Search
                                                              Site Map

Categories ▾   Motors   Express   Stores                      eBay Security &
                                                              Resolution Center

⟲ Back to My eBay     Listed in category:  Toys & Hobbies > Games > Miniatures, War Games > Warhammer > 40K > Space Marines

## Space Marine 40k 10 squad bit kit Salamanders Dragon
Custom Salamanders Dragon Weapon & Shoulder Pads 10              Item number: 280240772142

**The listing has been reported.**

Thank you for your report to eBay. We will review it as soon as possible and inform you of our actions.

| | | |
|---|---|---|
| Current bid: | **US $3.75** | |
| Your maximum bid: | US $ [____] | Place Bid > |
| | (Enter US $4.00 or more) | |
| End time: | **Jul-04-08 19:56:20 PDT** (4 days 11 hours) | |
| Shipping costs: | To United Kingdom -- Check item description and payment instructions or contact seller for details | |
| Ships to: | N. and S. America, Europe, Asia, Australia | |
| Item location: | Grand Prairie, TX, United States | |
| History: | 5 bids | |
| High bidder: | g***a ( 126 ☆ ) | |

View larger picture

You can also:     Watch This Item

Get SMS or IM alerts | Email to a friend

### Meet the seller
Seller:  custom-minis79 ( 16 ☆ )
Feedback: 94.4 % Positive
Member:  since Apr-18-08 in United States

• See details | feedback
• Ask seller a question
• Add to Favorite Seller
• View seller's other items

### Buy safely
1. **Check the seller's reputation**
Score: 16 | 94.4% Positive
See detailed feedback

2. **Check how you're protected**
_PayPal_ Up to $200 in buyer protection.  See eligibility

### Listing and payment details:  Hide

| | | |
|---|---|---|
| Starting time: | Jun-27-08 19:56:20 PDT | |
| Starting bid: | US $0.99 | |
| Duration: | 7-day listing | |

Payment methods: **PayPal** (preferred)
See details

## Description (revised)

**Item Specifics - Item Condition**
Condition        New
Game             Warhammer+40k

You are bidding on a custom kit for a 10 man squad of marines for warhammer 40k.  I use these for Salamanders Chapter marines, but you can use them for any dragon based chapter or second founding chapter.  We  dont have any Blood Angels, Dark Angels, Ultra Marines, Space Wolves or Black Templars. Sorry.

These are all provided unpainted.

This kit includes:

10 left arm shoulder pads with a dragon or salamander head sculpted on it.

10 Salamander - Dragon specific backpacks, scales and flames are sculpted on the back.

1 Power Hammer or Power Claw, your choice.

Enough bits to create a whole 10 man squad of Salamander marines and 1 seargeant with a power weapon.

I may also choose to send freebies from my personal casting collection.  I only SELL original sculpting, no GW or FW recast.

PLEASE NOTE. I am not a foundry.

My castings do have some flash and moldlines to clean as well as little casting nodules that are easily removed with an exacto blade, to remove these myself would drastically cut down on casting and sculpting time.  bid knowing these are not from a factory (some person left me a negative for having mold lines and flash without even communicating with me about the issue!) and will need cleaning that requires some modeling experience (how not to slice your hand with a blade ;) ).

See the pictures below for detailed photos.

PLAINTIFF
EXHIBIT
PX-5

GW0002525



We also can provide custom sculpted rhino armor for Salamanders. We can be hired on to sculpt any chapter icons if we are provided sketches. Please realize these are all original sculpts and GW owns any icons or trademarks they have created.

Shipping will be by US Postal Service.

Thanks and hope you enjoy.



## Shipping and handling

Ships to
N. and S America, Europe, Asia Australia

Country  Show all available ⌄      Update

| Shipping and Handling | To | Service | Insurance |
|---|---|---|---|
| US $5 50 | United States | US Postal Service First Class Mail® Estimated delivery 2-5 days* | None |

Contact the seller for shipping costs and services to N. and S. America, Europe, Asia, Australia

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

## Return policy

Return policy not specified
Read item description for any reference to return policy.

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
| **PayPal** AMEX VISA DISC BANK | Seller Preferred | **PayPal** Up to $200 in buyer protection  See eligibility |

Learn about payment methods

GW0002526

Space Marine 40k 10 squad bit kit Salamanders Dragon - eBay (item 280240772142 end time Jul-04-08 19:56:20 PDT)    http://cgi.ebay.com/ls/eBayISAPI.dll?ViewItem&item=280240772142

Helpful information

eBay recommended services

This seller prefers to be paid with PayPal, the safe and easy way to pay online. Sign up for PayPal it is free!

VeRO Reporting Tool

Before reporting a listing, please review it carefully and be prepared to enter a specific reason why it infringes your rights

Report Listing

Take action on this item                                                                                                   Help

Item title: Space Marine 40k 10 squad bit kit Salamanders Dragon

Place a bid

Current bid        US $3.75

Your maximum bid  US $ [        ]    (Enter US $4.00 or more)

Place Bid >    You will confirm in the next step.

eBay automatically bids on your behalf up to your maximum bid. Learn about bidding

Other options

↩ Back to My eBay | Report this item | Printer Version | Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help
Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.
eBay official time

GW0002527

Sign out

Categories ▾    Motors    Express    Stores

Search    Advanced Search        Buy    Sell    My eBay    Community    Help

Site Map

eBay Security & Resolution Center

← Back to list of items    Listed in category: Toys & Hobbies > Games > Miniatures, War Games > Warhammer > 40K > Space Marines

## Space Marine 40k Terminator Squad Bits for Salamanders
Custom Salamanders Dragon 10 Shoulder Pads and Weapons                                    Item number: 280240771849

**The listing has been reported.**

Thank you for your report to eBay. We will review it as soon as possible and inform you of our actions.

| | | |
|---|---|---|
| Current bid | US $0.99 | |
| Your maximum bid | US $ _____ | Place Bid > |
| | (Enter US $1.04 or more) | |
| End time | Jul-04-08 19:54:24 PDT (4 days 11 hours) | |
| Shipping costs | To United Kingdom -- Check item description and payment instructions or contact seller for details | |
| Ships to | N. and S. America, Europe, Asia, Australia | |
| Item location | Grand Prairie, TX, United States | |
| History | 1 bid | |
| High bidder | b****p ( 0 ) | |
| You can also | Watch This Item | |
| | Get SMS or IM alerts \| Email to a friend | |

View larger picture

### Meet the seller
Seller:    custommnis79 ( 16 ☆ )
Feedback  94.4 % Positive
Member:  since Apr-18-08 in United States
• See detailed feedback
• Ask seller a question
• Add to Favorite Sellers
• View seller's other items

### Buy safely
1. Check the seller's reputation
   Score: 16 | 94.4% Positive
   See detailed feedback
2. Check how you're protected
   PayPal  Up to $200 in buyer protection.  See eligibility

## Listing and payment details:  Hide
Starting time  Jun-27-08 19:54:24 PDT
Starting bid:  US $0.99
Duration  7-day listing

Payment methods:  PayPal (preferred)
See details

## Description

*Item Specifics - Item Condition*
Condition    New
Game         Warhammer+40k

You are bidding on a custom kit for a 10 man squad of Terminator Space marines for warhammer 40k.  I use these for Salamanders Chapter marines, but you can use them for any dragon based chapter or second founding chapter.  We  dont have any Blood Angels, Dark Angels, Ultra Marines, Space Wolves or Black Templars. Sorry

These are all provided unpainted

This kit includes:

9 Right arm shoulder pads with a dragon or salamander head sculpted on it specifically for Terminators (displayed as main photo)

1 Right arm shoulder pad for a Captain or Terminator Sergeant

1 Power Hammer or Power Claw (power claw will have to be modeled for terminator arms by bidder), your choice

Enough bits to create a whole 10 man squad of Salamander Terminators and 1 sergeant with a power weapon or thunderhammer.

I may also choose to send freebies from my personal casting collection.  I only SELL original sculpting, no GW or FW recast.

PLEASE NOTE: I am not a foundry

My castings do have some flash and moldlines to clean as well as little casting nodules that are easily removed with an exacto blade, to remove these myself would drastically cut down on casting and sculpting time.  bid knowing these are not from a factory (some person left me a negative for having mold lines and flash without even communicating with me about the issue!) and will need cleaning that requires some modeling experience (how not to slice your hand with a blade :) )

See the pictures below for detailed photos.

GW0002530



We also can provide custom sculpted rhino armor for Salamanders.  We can be hired on to sculpt any chapter icons if we are provided sketches.  Please realize these are all original sculpts and GW owns any icons or trademarks they have created.

Shipping will be by US Postal Service.

Thanks and hope you enjoy.



## Shipping and handling

#### Ships to
N. and S. America, Europe, Asia, Australia

Country  [ Show all available ▼ ]    Update

| Shipping and Handling | To | Service | Insurance |
|---|---|---|---|
| US $5.50 | United States | US Postal Service First Class Mail® Estimated delivery 2-5 days* | None |

Contact the seller for shipping costs and services to N. and S. America, Europe, Asia, Australia.

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

## Return policy

Return policy not specified
Read item description for any reference to return policy.

## Payment details

| Payment method | | Preferred/Accepted | | Buyer protection on eBay |
|---|---|---|---|---|
| **PayPal** | | | | **PayPal** Up to $200 in buyer protection. See eligibility |
| VISA  MC-VD  BANK | | Seller Preferred | | |

Learn about payment methods

## Helpful information

GW0002531

Case: 1:10-cv-08103 Document #: 453-10 Filed: 10/24/13 Page 7 of 23 PageID #:25374

**eBay recommended services**

This seller prefers to be paid with PayPal, the safe and easy way to pay online. Sign up for PayPal it is free!

VeRO Reporting Tool

Before reporting a listing, please review it carefully and be prepared to enter a specific reason why it infringes your rights.

Report Listing

### Take action on this item                                                   Help

Item title: Space Marine 40k Terminator Squad Bits for Salamanders

Place a bid
_____

Current bid:        US $0.99

Your maximum bid: US $ [          ]      (Enter US $1.04 or more)

Place Bid >      You will confirm in the next step.

eBay automatically bids on your behalf up to your maximum bid. Learn about bidding.

### Other options

⇦ Back to list of items  |  Report this item  |  Printer Version  |  Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help
Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the
eBay User Agreement and Privacy Policy.

eBay official time

GW0002532

eb

Sign out!

Search   Advanced   Buy  Sell  My eBay  Community  Help
         Search
                                                            Site Map

Categories ▾   Motors   Express   Stores                    eBay Security &
                                                            Resolution Center

← Back to list of items | Listed in category: Toys & Hobbies > Games > Miniatures, War Games > Warhammer > 40K > Space Marines

# Rhino Armor Kit Salamanders Warhammer 40K Space Marines                Item number: 280239788454

The listing has been reported:

Thank you for your report to eBay. We will review it as soon as possible and inform you of our actions.

| | |
|---|---|
| Current bid: | **US $1.90** |
| | PayPal account required |
| Your maximum bid: | US $ [    ]   Place Bid > |
| | (Enter US $2.15 or more) |
| End time: | Jul-01-08 17:55:46 PDT (1 day 9 hours) |
| Shipping costs: | To United Kingdom -- US $13.50 |
| | USPS First Class Mail International™ |
| | Service to United Kingdom |
| | (more services) |
| Ships to: | Worldwide |
| Item location: | Grand Prairie, TX, United States |
| History: | 3 bids |
| High bidder: | o***a ( 126 ☆ ) |

◁  ▷  ▷|     1 of 2

View larger picture

You can also:   Watch This Item

Get SMS or IM alerts | Email to a friend

**Meet the seller**

Seller:       custommnis79 ( 16 ☆ )
Feedback:  94.4 % Positive
Member:   since Apr-18-08 in United States

  See detailed feedback
  Ask seller a question
  Add to Favorite Sellers
  View seller's other items

**Buy safely**

1.  **Check the seller's reputation**
    Score: 16 | 94.4% Positive
    See detailed feedback

2.  **Check how you're protected**

    **PayPal** Up to $200 in buyer protection.  See eligibility

Listing and payment details:  Hide

| | |
|---|---|
| Starting time: | Jun-24-08 17:55:46 PDT |
| Starting bid: | US $0.99 |
| Duration: | 7-day listing |

Payment methods:  **PayPal** (preferred),
Money order/Cashiers check
See details

## Description

Item Specifics - Item Condition
Condition:    New
Game:        Warhammer 40k              Chapter :    **Salamanders**

OK folks, due to overwhelming demand I have made some custom Salamander Rhino parts!  This kit is composed of extra or ablative armor for the rhino.  It also has a custom sculpted front hatch, side door and back hatches for the Salamanders with icons on each piece.  These can easily be used for any Space Marine chapter out there.  I personally believe these are superior to any other items as my plastic is much better and these are sculpted by me, of course!

Salamanders are so under-represented in the warhammer 40000 40k world I had to take matters into my own hands and sculpt parts for my space marines.  These are perfect for people who like to make a cursed founding chapter such as the black dragons or who play salamanders OR who have their own DIY chapter with a dragon in their iconography.

The parts fit right on where the regular rhino parts would fit, easy to do!

I am also available to make custom shoulder pads and other rhino parts for other chapters.

Kit is composed of 12 parts -2 rear hatch doors, 1 side door, 1 front panel, and 8 extra armor pieces that are scaled like dragon scales.

make your own    view all images    Rhino not included!

I may also choose to send freebies from my personal casting collection.  I only SELL original sculpting, no GW or FW recast.

PLEASE NOTE  I am not a foundry.  My castings do have some flash and moldlines to clean,  bid knowing these are not from a factory (some person left me a negative for having mold

GW0002535

lines and flash without even communicating with me, jeesh!)

Larger pictures are viewable from: http://s251.photobucket.com/albums/gg288/nvillacci/Salamanders/Rhino%20Armor/

Feel free to email me with any questions at droppods@verizon.net

Games Workshop, the Games Workshop logo, Warhammer and the Warhammer 40,000, Space Marines are either ®, TM and/or © Games Workshop Ltd 199x-2008, variably registered in the EU and other countries around the world. All Rights Reserved

Select a picture





00071

Powerful identity theft protection. Guaranteed recovery. Only from Experian.

## Shipping and handling

Ships to
Worldwide

Country: United Kingdom     Update

| Shipping and Handling | To | Service | Insurance |
|---|---|---|---|
| US $13.50 | United Kingdom | USPS First Class Mail International™ | None |

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

## Return policy

Return policy not specified.
Read item description for any reference to return policy.

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
| **PayPal** VISA MC BANK | Seller Preferred | **PayPal** Up to $200 in buyer protection. See eligibility. |
| Money order/Cashiers check | Accepted | Not Available |

Learn about payment methods

## Helpful information

eBay recommended services

This seller prefers to be paid with PayPal, the safe way to pay with your credit card on eBay. Sign up for PayPal it is free!

## VeRO Reporting Tool

Before reporting a listing, please review it carefully and be prepared to enter a specific reason why it infringes your rights.

Report Listing

## Take action on this item

Help

GW0002536

Case: 1:10-cv-08103 Document #: 453-10 Filed: 10/24/13 Page 10 of 23 PageID #:25377

Item title: Rhino Armor Kit Salamanders Warhammer 40K Space Marines

Place a bid

Current bid　　US $1.90

Your maximum bid US $ [　　　]　　(Enter US $2.15 or more)

　　　　　　　　**Place Bid >**　　You will confirm in the next step
　　　　　　　(PayPal account required)

eBay automatically bids on your behalf up to your maximum bid. Learn about bidding

Other options

⮌　Back to list of items | Report this item | Printer Version | Sell one like this

Seller assumes all responsibility for listing this item

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time

GW0002537

Case: 1:10-cv-08103 Document #: 453-10 Filed: 10/24/13 Page 11 of 23 PageID #:25378

eb¥

Sign out

Search | Advanced Search    Buy  Sell  My eBay  Community  Help

Site Map

eBay Security & Resolution Center

Categories ▼   Motors   Express   Stores

‹ Back to list of items    Listed in category: Toys & Hobbies > Games > Miniatures, War Games > Warhammer > 40K > Space Marines

## Resin Drop Pod for 40K Warhammer 40000 Space Marines

Item number: 280239798068

The listing has been reported.

Thank you for your report to eBay. We will review it as soon as possible and inform you of our actions.

| | | |
|---|---|---|
| Current bid: | **US $30.00** | |
| | PayPal account required | |
| Your maximum bid: | US $ [       ]   Place Bid › | |
| | (Enter US $31.00 or more) | |
| End time: | **Jul-01-08 17:53:37 PDT** (1 day 9 hours) | |
| Shipping costs: | To United Kingdom -- **US $13.50** | |
| | USPS First Class Mail International™ | |
| | Service to United Kingdom | |
| | (more services) | |
| Ships to: | Worldwide | |
| Item location: | Grand Prairie, TX, United States | |
| History | 6 bids | |
| High bidder: | f***6 ( 204 ☆ ) | |

View larger picture

◁  ▷  ▷▷       1 of 2

**Meet the seller**

Seller: customminis79 ( 16 ☆ )
Feedback: 94.4 % Positive
Member: since Apr-18-08 in United States

• See detailed feedback
• Ask seller a question
• Add to Favorite Sellers
• View seller's other items

**Buy safely**

1. Check the seller's reputation
   Score: 16 | 94.4% Positive
   See detailed feedback

2. Check how you're protected
   PayPal Up to $200 in buyer protection. See eligibility

You can also     Watch This Item |

Get SMS or IM alerts | Email to a friend

Listing and payment details:  Hide

Starting time: Jun-24-08 17:53:37 PDT
Starting bid: US $0.99
Duration: 7-day listing

Payment methods: **PayPal** (preferred),
Money order/Cashiers check
See details

Get 0% APR until Jan 2009 on all your purchases made through July 31 with a new eBay MasterCard! U.S. Residents Only. See Details | Apply Now

## Description

| Item Specifics | |
|---|---|
| Game | **Warhammer 40k** |

This is a custom sculpted drop pod. This is hand sculpted and completely original. It can be used in any science fiction game. I use them for my 40K Space Marine army. The kit is composed of 5 wings, 5 panels, 1 base, one top, and one jet vent. This model comes unassembled and unpainted. It is to scale for most 25 mm table top games. The one shown is a Salamanders Chapter pod, but you can use these for Blood Angels, Dark Angels, Space Wolves, Ultra Marines, Black Templars and any other chapter of your choosing or creation.

I can also make custom parts (rhino armor, shoulder pads, dreadnoughts) for any chapter done, even Do-It-yourself chapters

This auction is for a single pod kit.

This pod for sale is composed of 5 identical wings, 5 identical side panels, 1 bottom base, 1 top section and 1 jet nozzle. So 13 parts in total.

This is not a Forge World Drop Pod or a recast of one (that would be copyright infringement). This is a original sculpt.

Feel free to email me with any questions at droppods@verizon.net

I may include freebies as a thank you for your purchase, these are not sold to you and are just that, free. I dont make money off them, they may be miscast that i cant sell etc.

Please know I dont own or run a professional foundry, there is mold lines and flash you need to remove for display purchases. This is an UNFINISHED model. Small bubbles and defects are normal in resin casting and you are bidding with the knowledge your item may contain small imperfections that are easily fixed with modeling putty. There may be defects on a part of the model that isnt on display (bottom of pod that the model sits of and is not shown when used in game).

Thanks for you bidding!

Select a picture

 

GW0002540



00188

Powerful identity theft protection. Guaranteed recovery. Only from Experian.

## Shipping and handling

Ships to
Worldwide

Country  [United Kingdom        ▼]   [ Update ]

| Shipping and Handling | To | Service | Insurance |
|---|---|---|---|
| US $13.50 | United Kingdom | USPS First Class Mail International™ | None |

*Sellers are not responsible for service transit time. This information is provided by the carrier and excludes weekends and holidays. Note that transit times may vary, particularly during peak periods.

## Return policy

Return policy not specified
Read item description for any reference to return policy.

## Payment details

| Payment method | Preferred/Accepted | Buyer protection on eBay |
|---|---|---|
| PayPal  VISA  BANK | Seller Preferred | PayPal Up to $200 in buyer protection.  See eligibility |
| Money order/Cashiers check | Accepted | Not Available |

Learn about payment methods

## Helpful information

eBay recommended services

This seller prefers to be paid with PayPal. Pay fast and get your item faster! Sign up for PayPal

## VeRO Reporting Tool

Before reporting a listing, please review it carefully and be prepared to enter a specific reason why it infringes your rights.

[ Report Listing ]

## Take action on this item

Help

Item title: Resin Drop Pod for 40K Warhammer 40000 Space Marines

GW0002541

Case: 1:10-cv-08103 Document #: 453-10 Filed: 10/24/13 Page 13 of 23 PageID #:25380

**Place a bid**

Current bid    US $30.00

Your maximum bid US $ [        ] (Enter US $31.00 or more)

      **Place Bid >**    You will confirm in the next step
      (PayPal account required)

eBay automatically bids on your behalf up to your maximum bid. Learn about bidding.

**Other options**

⇦ Back to list of items | Report this item | Printer Version | Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the
eBay User Agreement and Privacy Policy.

eBay official time

GW0002542



EXHIBIT
144

PLAINTIFF
EXHIBIT
PX-644



Description    Shipping and payments

Print | Report item

Item number  271147101924

Seller assumes all responsibility for this listing

### Item specifics

Condition    New: A brand new, unused, unopened, undamaged item (including handmade items).
See the seller's listing...  Read more

The models shown are next to the pod are owned by Games Workshop, they are shown for scale purposes only

This is a resin version of a Alien Mycetic Spore Pod, very useful for 40k Tyranid players  The spore is a highly detailed 4 piece resin model which includes an external weapon arm (that can have a weapon glued on the end)  It is easily assembled (coming in 2 halves and a top piece)  Comes unassembled and unpainted

Each spore is large enough to realistically hold a swarm of models or even a large monstrous creature like the Games Workshop model carnifex or Kronoscope monsters as seen in the photos

The Mycetic Spore is approximately 6 inches tall and 4.5 inches in diameter  Weighs approximately 15.25 ounces

We ship by US Post Office

### Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

00118

### See what other people are watching

Feedback on our suggestions


Warhammer 40k
Tyranid army
$80.00

See suggestions


Warhammer 40k
Tyranid  Zoanthrope
$14.99

See suggestions


Warhammer 40K
Tyranid Hive
$40.55

See suggestions


Tyranid Codex
Warhammer 40k Ar
$26.39

See suggestions


Warhammer 40k
Tyranid oop metal
$25.00

See suggestions

Back to top

Return to top



Hi, Tom_Nanson (Sign in) | My eBay | Sell | Community | Customer Support | Cart

Browse by category | All Categories | Search | Advanced

Back to search results | Listed in category: Toys & Hobbies > Games > Miniatures, War Games > Warhammer > 40K > Tyranid

# Tervigon Conversion kit for Tyranid Carnifex model

Item condition: New

Quantity: 1

Price: US $28.50 | Buy It Now | Add to cart

Add to Watch list

Seller information
customminis79(604 ☆)
98.9% Positive feedback

Save this seller
See other items

Have one to sell? Sell it yourself

Tervigon Conversion Kit for Tyranid Carnifex Model | eBay                    Page 2 of 2

---

Description    Shipping and payments                                    Print | Report item

Item number: 280733135743

Seller assumes all responsibility for this listing.

Last updated on  Oct 10, 2011 18:21:44 PDT  View all revisions

Item specifics
Condition    New: A brand-new, unused, unopened, undamaged item (including handmade items).
             See the seller's listing ... Read more

This  resin kit contains 5 high detail modular components that fit with the current Games Workshop Carnifex kit.  Once assembled, it adds much girth and armor and birthing sacs
Please note this set does NOT include a Games Workshop Tyranid Carnifex and is not a Games Workshop model

Each kit contains 5 pieces

Top Center Torso Spine piece (fits in between the two side torsos of the carnifex)

Central Armor and Spine Bank (fits on top of the upper torso)

Head mount piece

Lower abdomen containing birth sacs and embryonic termagaunts

Standard Size Oval base (matches Trygon base diameter)

Please note while this kit is sculpted to fit a carnifex kit with no modification to either kit,  some modification may be necessary to the minute variations that are present in both the
Games Workshop and this resin kit

Questions and answers about this item
No questions or answers have been posted about this item
Ask a question

06985

See what other people are watching                                    Feedback on our suggestions


Tyranid Carnifex (3 Pack)
$41.00


Tyranid Tyrannofex Tervigon
$46.19


Warhammer 40K Tyranid Hive
$40.55


Warhammer 40k painted metal
$16.00

Tyranid Codex Warhammer 40k Ar
$26.39

See suggestions      See suggestions      See suggestions      See suggestions      See suggestions

Back to search results                                              Back to top

Set of 6 Metal Ymgarl Heads Fit Tyranid Genestealers | eBay                    Page 1 of 4

Hi Tom_Nanson (Sign in) Daily Deals
My eBay Sell Community Customer Support Cart
Browse by category
All Categories Search Advanced
Back to home page | Listed in category Toys & Hobbies > Games > Miniatures, War Games > Warhammer > 40K > Tyranid

# Set of 6 metal Ymgarl heads - fit Tyranid Genestealers

Item condition: New
Quantity: 1 More than 10 available / 142 sold
Price: US $6.50
Buy It Now
Add to cart
Add to Watch list

Shipping: $8.95 USPS First Class Mail Intl / First Class Package Intl Service | See details
Item location: Colleyville, Texas, United States
Ships to: Worldwide
Delivery: Varies for items shipped from an international location
Payments: PayPal | See details
Returns: 3 days item exchange only, buyer pays return shipping | Read details

|Add to Watch list

Seller information
customminis79(504 ☆)
98.9% Positive feedback
Save this seller
See other items

Have one to sell? Sell it yourself

Description Shipping and payments

Seller assumes all responsibility for this listing

Item specifics
Condition: New: A brand-new, unused, unopened, undamaged item (including handmade items) See the seller's listing Read more

This is a 6 piece set of pewter alien heads These are scaled for 28mm heroic miniatures You can use them as Cthulhu or Ymgarl heads on your models

Each set of 6 heads includes 3 different variants, you will recieve 2 of each head in this set There are almost no mold lines on these heads, so minimal clean-up is required Superglue is recommended for assembling metal bits on plastic kits

We developed these in 2009 as variant heads that would be useful on Tyranid® Genestealers® When Games Workshop released the new Tyranid® codex, the Ymgarl Genestealers® look incredibly like these heads! We have dated post and concept art to prove our idea came first

Regardless, these heads will set your miniatures apart from the rest of the crowd!

Questions and answers about this item
No questions or answers have been posted about this item
Ask a question

03682



