# EXHIBIT A

# ▪️FOLEY

**FOLEY & LARDNER LLP**

**ATTORNEYS AT LAW**

90 PARK AVENUE
NEW YORK, NY 10016-1314
212.682.7474 TEL
212.687.2329 FAX
foley.com

December 22, 2010

WRITER'S DIRECT LINE
212.338.3572
jmoskin@foley.com EMAIL

CLIENT/MATTER NUMBER
099251-0101

**VIA FEDEX AND E-MAIL**

Nick Villacci
Chapterhouse Studios LLC
PO Box 981
Colleyville, TX 76034

Re:     Games Workshop Group PLC

Dear Mr. Villacci:

I represent Games Workshop Group plc and its associated companies ("Games Workshop").

## 1.     Background

Games Workshop is the world's leading tabletop fantasy and futuristic battle games company. Its products are sold through over 300 Games Workshop hobby centers and stores worldwide as well as over 3,700 independent toy and hobby shops. Sales are also made by mail order and online from our client's main website at www.games-workshop.com (as well as from its sites, blacklibrary.com and forgeworld.co.uk).

### a.     Miniatures/accessories and background works

You are fully aware that our client designs and manufactures a vast range of miniatures and accessories for its fantasy, science fiction and table top hobby war games. These include armies for its games and a wide range of accessories for those armies and games, including weapons and vehicles (such as Rhino and Predator tanks and Eldar jetbikes) and shoulder pads and other accessories for its Space Marines.

The appearance and features of these miniatures and accessories derive from and are complemented by detailed background publications, including our client's Codexes (which contain, for a particular army, specific game rules and guides to collecting and painting) and other rule books, which have been created by our client and are protected by copyright.

These detailed works (which are supplemented by other written materials, such as specific game rules, novels, licensed products, hobby guides and datasheets separately protected by copyright and related rights) provide an expansive overview of the many armies used in our client's proprietary games and cover their unique characteristics, such as their language, culture, major worlds, weapons, methods of waging war, heraldry and iconography and how they look, behave and

| | | | | | |
|---|---|---|---|---|---|
| BOSTON | JACKSONVILLE | MILWAUKEE | SAN DIEGO | SILICON VALLEY | |
| BRUSSELS | LOS ANGELES | NEW YORK | SAN DIEGO/DEL MAR | TALLAHASSEE | |
| CHICAGO | MADISON | ORLANDO | SAN FRANCISCO | TAMPA | |
| DETROIT | MIAMI | SACRAMENTO | SHANGHAI | TOKYO | |
| | | | | WASHINGTON, D.C. | |

**DEFENSE
EXHIBIT**
DX-175

NYC_970968.1

Highly Confidential - AEO

GW0003339

DX-175.0001

**:FOLEY**

FOLEY & LARDNER LLP

Nick Villacci
Chapterhouse Studios LLC
December 22, 2010
Page 2

function. These original expressions are also protected by our client's copyright, notice of which is consistently applied by our client to its products and games.

There are very many examples of these original expressions. By way of specific example, the Codexes relating to Games Workshop Space Marine®[1] uniquely describe and portray those characters as having a range of specific characteristics, including that they each belong to a specific "Chapter" (of which there are many) and each Chapter has its own unique expressions (such as its own heraldry and iconography).

There are eight main styles of Space Marine armor (which are termed "marks" in Games Workshop's publications), each with their own unique characteristics. The following are examples of unique characteristics applicable to all styles:

- the leg armor is:

    - flared with angled edges to match the width of boots;

    - cut at the bottom of the leg around the shape of the boot; and

    - joined to the torso via cabling.

- shoulder pads:

    - are "over-sized" and cover an arm from the start of the shoulder (near the neck) to just above the elbow; and

    - have a thick border around their outer edge.

- the left shoulder pad has a squad marking.

- the right shoulder pad has a Chapter symbol.

- the helmet has:

    - breathing tubes extending out from a central face grill; and

    - a raised strip running along the centre of the top of the skull down the centre back of the helmet.

---

[1] The term "Space Marine", as you know, is a registered trade mark of our client, Reg. No. 2,100,767.

Highly Confidential - AEO

GW0003340
DX-175.0002



FOLEY & LARDNER LLP

Nick Villacci
Chapterhouse Studios LLC
December 22, 2010
Page 3

In addition, each style has an integral backpack with the design of the backpack differing between styles.

Attached at Annex A to this letter are extracts from our client's publications describing in further detail (and depicting) unique expressions applied by our client to its Space Marines. These include images of Space Marines (and their iconography) taken from our client's Space Marine Codex as well as extracts from our client's publications detailing heraldry and markings applied to Space Marine shoulder pads.

As we say above, these unique expressions (and the trade marks, registered and unregistered) which are described in and applied to our client's publications and products, are proprietary to our client.

In addition to the copyrighted works referred to above, our client's miniatures and accessories and the surface decoration of such items are protected by copyright as sculptural works. As you are aware, Games Workshop's games, accessories for its games and supporting materials (such as game rules), which in themselves are protected by copyright, frequently feature other iconography, including banners and icons used by the various Space Marine Chapters. Again, these items are protected by copyright owned by our client.

All of the copyrighted works referred to in this section have been created by our client or its agents. All such intellectual property rights therefore vest in our client.

b.    **Trademarks/names**

Our client's world-renowned brands and product names include Warhammer, Warhammer 40,000, Dark Angels, Eldar, Tyranid, Tau, Chaos and Space Marine, amongst others.

Our client has registered trade marks in a large number of jurisdictions for WARHAMMER, WARHAMMER 40,000, 40k, DARK ANGELS, ELDAR, TYRANID, TAU, CHAOS and SPACE MARINE. In each case these registrations are for and are used in relation to goods including miniatures and models for use with its games.

Our client's registered trade marks in the United States include:

| Trade Mark | Country | Registration Number |
|---|---|---|
| WARHAMMER | USA | 2718741 |
| WARHAMMER 40,000 | USA | 3707457 |
| 40k | USA | 3768909 |
| 40,000 | USA | 3751267 |
| SPACE MARINE | USA | 1922180 |
| ELDAR | USA | 1944847 |
| DARK ANGELS | USA | 1913474 |
| TAU | USA | 2820748 |

NYC_970968.1

GW0003341

DX-175.0003

**≡FOLEY**

FOLEY & LARDNER LLP

Nick Villacci
Chapterhouse Studios LLC
December 22, 2010
Page 4

Games Workshop's has very substantial annual sales of products bearing its WARHAMMER, WARHAMMER 40,000, 40k, DARK ANGELS, ELDAR, TAU and SPACE MARINE brand names, and our client invests considerable sums each year in marketing and promoting these brands and in developing new products under these brand names. Our client has thereby built up substantial goodwill and reputation in the marks WARHAMMER, WARHAMMER 40,000, 40k, DARK ANGELS, ELDAR, TAU and SPACE MARINE, which it uses in connection with its tabletop games and miniatures and accessories for such games.

Games Workshop also has a large number of well-known unregistered trade marks (including names of armies, Chapters and other products), for example: "Adeptus Mechanicus", "Alpha Legion", "Soul Drinkers", "Iron Snakes", "Luna Wolves", "Imperial Fist", "Death Watch", "Tervigon", "Blood Ravens", "Black Templars", "Legion of the Damned", "Salamanders", "melta gun", "Carnifex", "Crimson Fists", "Blood Angels", "Death Watch", "Celestial Lions", "Eldar Farseer", "Thousand Sons", "Horus Heresy", "Genestealer" "Assault Marines", "Devastator Marines" and "Tactical Marines". These marks are also very well known amongst the hobbying and gaming communities. Games Workshop's annual sales of products bearing these marks is likewise significant, and it invests great sums each year in marketing and promoting these brands and in developing new products under these brand names. As a result, Games Workshop has built up substantial goodwill and reputation in these unregistered trade marks in the USA, the UK and around the world.

## 2.     Chapterhouse's Infringing Activities

Chapterhouse manufactures and sells gaming miniatures and accessories, which it markets and sells at its website at www.chapterhousestudios.com ("the Website"). Our client has provided us copies of correspondence with you from 2008 and 2009 in which our client alerted Chapterhouse to its rights and the infringement by you of such rights. Despite this correspondence, which confirms that you are well aware of our client's rights, Chapterhouse's product range is growing and its activities continue to and increasingly infringe our client's rights.

On the Website and via various blogs, Chapterhouse makes no secret of the fact that its products are derived from and inspired by Games Workshop intellectual property. Indeed, the banner at the top of each page of the Website describes your business as "*Specializing in Custom Sculpts and Bits for Warhammer 40,000 and Fantasy*". Chapterhouse also makes widespread use of our client's registered and unregistered trade marks to market its products.

Contrary to the legal advice which you claim to have received in both correspondence with our client and various claims made on blogs, your activities infringe our client's intellectual property rights.

a.     Copyright and related rights

NYC_970968.1

GW0003342

DX-175.0004



**∎FOLEY**

FOLEY & LARDNER LLP

Nick Villacci
Chapterhouse Studios LLC
December 22, 2010
Page 5

The products that Chapterhouse markets and sells are plainly derived from and bear the unique characteristics and expressions of our clients copyrighted works, making clear that these items have all been copied from (and infringe upon) our client's intellectual property rights. Indeed, having carried out a review of the products Chapterhouse markets for sale on its Website, all of the 106 products currently marketed on your website infringe in some way our client's intellectual property rights. Examples of infringements are given below.

It is no defense that Chapterhouse's sculptural designs are copied from Games Workshop's literary works or that that Chapterhouse contends some of these products have never been rendered in three-dimensional form by Games Workshop. What matters is that the Chapterhouse products all bear unique expressions created and set forth in great detail in background published works described above and that Chapterhouse's development of its own derivative works based on these proprietary works of our client is without authorization and indeed preempts Games Workshop's ability to develop its own such derivative works. You will be aware that Games Workshop's Forge World has for a number of years been selling conversion kits, replacement doors and additional products for our client's customers to use to decorate their models.

Chapterhouse's activities thus infringe of our client's copyright. The wholesale and deliberate nature of the copying is magnified by the fact that copying of Games Workshop's copyrighted works and characters has taken place across almost all of Chapterhouse's products and that the products sold by you very directly relate to protected expression of our client's own copyrighted originals.

The products sold by you and the descriptions you apply to them do, by their very nature, feature, link to or call to mind our client's products, and although you state on your Website and elsewhere that some of your products are compatible with other third party gaming systems, practically they can only be used with or within our client's games. You have deliberately copied our client's products and in doing so have made unauthorized use of our client's intellectual property in a manner that infringes those rights.

b.    Unauthorized Trademark Use Likely to Cause Confusion

Beyond the copying of protected copyrighted elements of Games Workshop's works, Chapterhouse makes extensive unauthorized use of our client's trade marks in a manner that goes well beyond that permitted by fair use principles. Chapterhouse makes pervasive references to our client's trademarks to identify its products (and adopts a distinctly British phrasing by use of the term "bits" to underscore the connection), for example: "Vehicle Accessory Kits for Space Marines", "Imperial Guard Conversion Bits", "Assault Shoulder Pad for Space Marine with Number 7", "Soul Drinker Bits", "Salamander Bits" and "Xenomorph Head Bits for Tyranid Gaunts". The very title of the website "Specializing in Custom Sculpts and Bits for Warhammer 40,000 and Fantasy" indicates prominently and falsely that Chapterhouse is acting "for" Games Workshop when it has not been authorized by our client to use its brand or product names in any way.

NYC_970968.1

Highly Confidential - AEO

GW0003343

DX-175.0005



FOLEY & LARDNER LLP

Nick Villacci
Chapterhouse Studios LLC
December 22, 2010
Page 6

All such references seek to create an association in the minds of customers between your products and those of our client and to give the impression, regardless of the disclaimer used on the Website (which, given its positioning at the very bottom of each page, is in any event unlikely to be read by most users of the Website[2]) that Chapterhouse's products are licensed by or endorsed by Games Workshop or are otherwise associated with our client, which clearly is not the case. Indeed, our client has received many customer complaints and inquiries about Chapterhouse's products, and it is clear that (irrespective of the disclaimer used on the Website) customers are confused and will continue to be confused as to their origin, including whether our client has licensed Chapterhouse or otherwise given it authority to produce the products being sold through the Website, which is categorically untrue. Furthermore, it is likely that customers purchasing Chapterhouse's products in the secondary market (e.g. through eBay or another such medium) are likely to be confused as to the origin of those products.

Our client has an additional concern in this respect. It is apparent that the quality of Chapterhouse's products is materially inferior to the quality of Games Workshop's originals. For example, components for the Armored Rhino Door Kit and Armored Drop Pod Door (referred to below) are molded in such a manner that they have a rough and inferior finish and the product also has other molding defects such as small spotting holes. If, as is likely, customers are confused as to origin (in the original or secondary market) then our client will suffer loss by way of being associated with products that do not meet its quality standards.

## 3.    Specific infringements

Given the sheer extent of the actionable infringements of our clients marks and copyrights, it is not practicable to reference all or even many of Chapterhouse's infringements. However, suffice to say that copying is evident across a broad range of products, including by way of example, the following:

a.      Bits and Accessories for Space Marines

Chapterhouse has copied all or a substantial part of the works created by our client for its Space Marine Chapters, the copyright in which is owned by our client, and have reproduced derivative works from these without our client's consent.

In particular:

•      Chapterhouse is producing shoulder pads for Space Marines that very clearly derive from many of the background works published by our client for its Space Marine Chapters. Our

---

[2]  Moreover, it has long been recognized by the courts based on "[a] growing body of academic literature"… "that disclaimers, especially those similar to the disclaimer here, which employ brief negator words such as 'no' or 'not,' are generally ineffective." Charles of the Ritz v. Quality King Distrib., 832 F.2d 1317 (2nd Cir. 1987).

NYC_970968.1

GW0003344

DX-175.0006

**≡FOLEY**

FOLEY & LARDNER LLP

Nick Villacci
Chapterhouse Studios LLC
December 22, 2010
Page 7

client's Space Marine units are classified by specific shapes and icons on their shoulder pads, the features of which are clearly and uniquely defined in our client's background works, such as an arrow for the Tactical Squad, the use of Roman numerals, inverted "V" icons and other iconography and heraldry specific to the Chapter and squad to which a soldier belongs. We refer you to Annex A to this letter in this regard which provides a range of specific examples.

Chapterhouse is selling shoulder pads for Space Marines featuring symbols and bearing other unique expressions taken from a number of our client's Assault and Tactical Space Marine unit types. For example, many of the shoulder pads that you are selling bear not only the unique expressions described above as applying more generally to our client's products but also have studs, make use of arrow (including cross arrow), inverted "V" and Roman numeral icons and also bear icons associated with a number of our client's proprietary Chapters, including the Black Templars, Blood Ravens, Thousand Sons, Blood Eagles, Celestial Lions, Exorcists, Flesh Tearers, Howling Griffons, Imperial Fists, Iron Snakes, Soul Drinkers and Salamander Chapters. Chapterhouse is also selling pads which convert standard Games Workshop Space Marines into ones for other Chapters, such as the Salamander and Fleshtearers Chapters, and which borrow unique expressions relevant to that Chapter which are proprietary to our client.

Chapterhouse's shoulder pads are decorated with icons/motifs and otherwise make use of expressions derived from and reproducing all or a substantial part of those which are unique to Games Workshop, and in which the copyright is owned by our client, without our client's consent. Our client's icons and motifs have particular symbolism which is outlined in our client's detailed background works for its various games and armies. By reproducing such icons and motifs, you are creating derivative works from those background works and reproducing the skill and effort of our client, which amounts to copyright infringement.

- You are also selling Combi-weapon kits and other weapons such as Thunder Hammers and other accessories such as shields, braziers and jump packs which again borrow on unique expressions proprietary to our client. Our client's Space Marines use weapons that have a standard stock and barrel (usually a bolt gun) in combination with either a flame thrower, grenade launcher, plasma gun or melta gun and indeed these are the only weapons used by our client as combination weapons for a Space Marine (with a standard stock and barrel). Chapterhouse is selling similar weapons with exactly the same combinations.

- Chapterhouse uses our client's Space Marine Miniatures on its 'Shoulder Pads Compatible Space Marines' page to demonstrate that Chapterhouse's shoulder pads can be substituted for our client's products. A screen shot showing this is attached at Annex B. Indeed, the shoulder pads that Chapterhouse markets for sale have been produced specifically for use on our client's products and cannot practically be used in any other game system. You furthermore fail to appropriately attribute the ownership of the copyright in those miniatures to our client.

NYC_970968.1

Highly Confidential - AEO

**FOLEY**

FOLEY & LARDNER LLP

Nick Villacci
Chapterhouse Studios LLC
December 22, 2010
Page 8

b.    Superheavy Assault Walker

This product has been designed specifically for use within our client's proprietary TAU empire.

Although Chapterhouse does not specifically brand the product as a TAU product on the store pages of the Website, you do clearly associate it with our client's TAU empire range. For example:

- it is referred to as the "Tau Super Heavy Walker" on the news pages of your Website (see attached at Annex C);

- when corresponding with customers you do describe the product as the Tau Heavy walker (attached at Annex D is an example of such correspondence); and

- when launching the product you said on hobbyist blogs that: "*I am leaning towards calling this big boy the "Kraken" to keep up the ocean theme of Tau*" and "*it has an obvious "Tau" style to it*".

This "style" is clearly taken across into your product as it bears a number of unique expressions which are proprietary to our client. For example:

- Chapterhouse depicts the finished article as being painted in a style that is very similar to that used by our client (the use of mottling, for example) and in a color scheme that is designed to fit with our client's own range (the walker uses a combination of the same shade of brown which features across our client's range, white and black).

- the product has as its weapons both railguns and gattling-type (burst) cannons. These are the only weapons used on our client's Tau vehicles. Furthermore, the guns and cannons used on your product have substantially the same design as those developed by our client for its range.

- Chapterhouse's product uses "marker lights" which are specific and unique to our client's own products.

- Chapterhouse's product has the distinctive Tau symbol applied to the knee of each walker leg as well as linear colored markings around the "ankles" of each walker leg.

- the cockpit copies the style of cockpit used in other Tau vehicles produced by our client.

- the vents featured are in a very similar style to the vents shown on our client' products.

Furthermore, the rules that Chapterhouse uses to market its "*Superheavy Assault Walker*" bears a close similarity to the rules and datasheets published by our client. Indeed, it is clear that

NYC_970968.1

Highly Confidential - AEO

GW0003346

DX-175.0008



**FOLEY**

FOLEY & LARDNER LLP

Nick Villacci
Chapterhouse Studios LLC
December 22, 2010
Page 9

Chapterhouse has produced these rules specifically so that its products can be used in our client's Warhammer 40,000 game.

We attach at Annex E a copy of our client's own datasheets for its Barracuda Air Superiority Fighter and Great Knarloc Pack. We note, in particular, that the data tables and the fact that Chapterhouse uses the designations "BS (meaning Ballistic Skill), Front, Side, Rear" and "Weapon, Range, STR (meaning Strength), AP (meaning Armor Piercing), Special" in exactly the same order and format as is used by our client and you also use similar terminology and points systems for the vehicle, such as "marker lights".

c.     Conversion and Armor Kits

Chapterhouse's conversion and armor kits reproduce all or substantial parts of the vehicles and miniatures upon which they are based as they are specifically configured to fit to our client's products. The surface decoration of your Salamander Drop Pod overlays is derived from and reproduces our client's Salamander iconography without our client's consent. There are a range of other conversion kits which bear unique expressions proprietary to our client, including:

- Rhino Tank Conversion Kits for Space Marine® Dragon or Salamander - the doors, front panels and armour sections of which have been specifically designed to "…accessorize the current space marine® rhino model kit. Themed in a dragon or salamander style also good for alpha legion…".

- Rhino Tank Conversion Kits for Iron Snakes stated to be "*themed in a Greek and snake style with shields and spears this kit makes a great Iron Snake Rhino*" to convert the standard Games Workshop Rhino model to an Iron Snakes Space Marine Chapter Rhino model and a Mark I/Heresy Era Rhino conversion kit which converts our client's current Rhino kit to an earlier design of the model.

- Armored Predator Armor Kits comprising components designed to fit the current Games Workshop Predator tank kit.

- Conversion kits for a Farseer and Warlock Jetbike.

By way of further example, you are currently marketing a kit that will convert a Carnifex to a Tervigon (both of which terms are also unregistered trade marks of our client). We attach at Annex F an extract from our Tyranid Codex which describes the Tervigon and provides a representation of it. It is clear that your conversion kit will create a Tervigon having features which are unique expressions proprietary to our client. By way of example, your kit will depict a Tervigon as:

- having the same number of spine pieces and in the same configuration;

- the same number, type and configuration of limbs; and

NYC_970968.1



FOLEY & LARDNER LLP

Nick Villacci
Chapterhouse Studios LLC
December 22, 2010
Page 10

- having abdomen sacs;

in the manner (and borrowing the unique expressions) depicted and described in our client's Codex.

Each of these Conversion Kits is based upon and influenced by, not only the unique expressions of our client's products as detailed above, but also similar products created and sold by the Forge World division of our client's business. As previously noted, Forge World has for a number of years been selling conversion kits, replacement doors and additional products for our client's customers to use to decorate their models.

d.    Games Workshop Trademarks

Chapterhouse is making widespread use of our client's trademarks, including WARHAMMER, WARHAMMER 40,000, DARK ANGELS, ELDAR, TYRANID, TAU, CHAOS and SPACE MARINE, on and in connection with goods that are identical to those for which our client's trademarks are registered and used. This amounts to registered trademark infringement, which is actionable by our client.

The use being made by Chapterhouse of our client's registered and unregistered trademarks goes far beyond "fair use". There can be no legitimate reason why Chapterhouse is using such references other than for your own commercial benefit to encourage sales of your products by trading on the association with our client's products created in the minds of your customers.

Furthermore, Chapterhouse 's use of our client's marks WARHAMMER, WARHAMMER 40,000, DARK ANGELS, ELDAR, TYRANID, TAU, CHAOS and SPACE MARINE (to name only a few), in each of which our client has built up substantial goodwill, amounts to a series of misrepresentations likely to cause confusion. These are likely to lead to and indeed have already led to confusion on the part of customers that Chapterhouse is closely connected to Games Workshop or that your products originate from or are authorized by our client. This is clearly not the case and you are thereby diverting trade from our client and our client is suffering and is likely to continue suffering loss as a result of your actions.

Chapterhouse's use of a combination of Games Workshop themes, iconography and references (such as references to different Games Workshop games, armies, Space Marine Chapters, use of similar motifs and themes as product decoration and trade dress) to create and market products amounts to a misrepresentation that your products originate from or are authorized by our client. This is likely to and indeed already has lead to confusion on the part of customers between your products and our client's products, which is leading to our client suffering loss.

**4.    Our Client's Remedies**

On the basis of the above, we have advised our client that it is entitled to injunctive relief and monetary relief (including damages and an accounting of your profits) for a range of infringements,

NYC_970968.1

Highly Confidential - AEO

GW0003348

DX-175.0010



FOLEY & LARDNER LLP

Nick Villacci
Chapterhouse Studios LLC
December 22, 2010
Page 11

including copyright and trademark infringement, dilution by blurring and tarnishment and for
passing off. We attach to this letter (at Annex G) a courtesy copy of the complaint that we have
filed in the United States District for the Northern District of Illinois against you and the affiliated
company, Paulson Games. As need be, Games Workshop is prepared to pursue this action for the
above and other remedies (including destruction of all infringing items) and the costs and fees of
suit. However, before proceeding further, we do wish to explore with you whether there are
opportunities to resolve the matter now.

## 5.    Our Client's Requirements

In the interest of resolving this matter promptly, our client is prepared not to initiate further
proceedings in connection with the pending civil action, provided that we receive, by no later than
**5pm EST on January 10, 2011**, your commitment to cease immediately the above activities and
provide an accounting of sales to date.

For the avoidance of doubt, all of our client's rights are reserved. In the absence of any response
from you to this letter or in the event that it is not possible to resolve matters to our client's
satisfaction by the deadline above, we are instructed to proceed with the pending action against
Chapterhouse and Paulson Games without further delay. We look forward to a prompt response
from you or your legal counsel.

Very truly yours,

Jonathan E. Moskin

JEM:se
Enclosures

cc.:    Heidi Belongia, Esq.

NYC_970968.1

Highly Confidential - AEO

GW0003349

DX-175.0011

# ANNEX A

Highly Confidential - AEO

ceremony of the celebrations that a stranger appeared at the gates to Vulkan's settlement. All he asked was to be allowed to take part in the contests and, though he would not say where he had come from, he was allowed to compete. His skin was pale and his garb outlandish, though all could see that he was a powerful figure. He announced to the gathered spectators that he could best any man in any contest. The gathered crowds laughed uproariously, believing that none could be more superior in intellect,

physique or skill than their superhuman leader, Vulkan. Vulkan and the stranger wagered that whoever lost was to swear eternal obedience to the victor.

The competitions lasted for eight days and included many feats of strength and endurance. At the anvil lift, even the strongest men could only hold an anvil above their head for an hour and a half, but Vulkan and the stranger carried the heavy anvil aloft for half a day before the judges declared the contest a draw

so that they could proceed to the next event. And so it was that they were almost equally matched in skill and strength. Occasionally one would slightly best the other, but when it came to the start of the final event, the salamander slaying, they were evenly matched. Each had a day and a night to forge a weapon with which to hunt down the largest salamander they could find. Whoever could bring back the heaviest carcass would win the wager and the eternal allegiance of the other.



Pre-Heresy Salamanders colour scheme

Salamanders colour scheme

Auto-reactive shoulder plate: Tactical squad markings

Auto-reactive shoulder plate: Chapter badge iconography

Auto-reactive shoulder plate: Honour Markings

Standard Imperial pattern meltagun (constructed locally).

Salamanders, Progenitor Legion M31

Salamanders Veteran in Tactical Dreadnought Armour

Symbol of the Salamanders' First Company, the Firedrakes

19

Highly Confidential - AEO

GW0003351
DX-175.0013

# SPACE MARINE HERALDRY

Space Marines usually display their Chapter symbol on their left shoulder guard, and a symbol denoting their squad designation on their right shoulder guard. A Space Marine's helmet also frequently displays battle honours or rank, either through colour or insignia.



Tactical Space Marine of the Ultramarines Chapter.



Typically, Sergeants have red helmets. Veterancy is indicated by a white laurel.



This Space Marine's Veteran status is shown by a white laurel.



Here, Veteran status is indicated by the white helmet.

## SQUAD MARKINGS



2ⁿᵈ Company Command squad
Heraldic colour: Yellow/Gold



1ˢᵗ Company, 9ᵗʰ Veteran squad
Heraldic colour: White/Silver



3ʳᵈ Company, 4ᵗʰ Tactical squad
Heraldic colour: Red/Sanguinite



2ⁿᵈ Company, 8ᵗʰ Assault squad
Heraldic colour: Yellow/Gold



9ᵗʰ Company, 9ᵗʰ Devastator squad
Heraldic colour: Blue/Ultramarine





For a wealth of further information on Space Marine markings, heraldry and insignia, see Insignium Astartes (available from the Black Library) and How to Paint Space Marines.

## CHAPTER SYMBOL VARIANTS



2ⁿᵈ Company
Heraldic colour: Yellow/Gold



1ˢᵗ Company Veteran
Heraldic colour: White/Silver



3ʳᵈ Company Sergeant
Heraldic colour: Red/Sanguinite



2ⁿᵈ Company
Heraldic colour: Yellow/Gold



9ᵗʰ Company
Heraldic colour: Blue/Ultramarine

Highly Confidential - AEO

GW0003352

DX-175.0014

*Chapters of The Adeptus Astartes*

# CODEX CHAPTERS



| | | | | |
|---|---|---|---|---|
| Red Wolves | Tigers Argent | Death Strike | White Templars | Fire Lords |
| Emperor's Hands | Crimson Guard | Omega Marines | Iron Fists | Relictors |
| Scythes of the Emperor | Skull Bearers | Sons of Medusa | Dark Hands | Storm Giants |
| Storm Warriors | Flame Eagles | Subjugators | Angels Porphyr | White Panthers |
| Death Eagles | Iron Lords | Red Legion | Storm Hawks | Dark Hunters |

88

# ANNEX B

Highly Confidential - AEO

## Infantry and Shoulder Pad Bits for Space Marines® players 🔲



Black Templar

Blank shoulder pads

Blood Raven

Celestial Lions

Dark Angel, Death Watch or Inquisition

Exorcist

Fleshtearers

Generic bits and Shoulder Pads for Space Marines

Horus Heresy Era

Howling Griffons

Imperial Fist

Iron Hands

Iron Snakes

Legion of the Damned

Luna Wolves or Star Fox

Mantis Warriors

http://chapterhousestudios.com/webshop/component/virtuemart/index2.php?page=sho...   18/11/2010

Highly Confidential - AEO


Numbered and Squad Symbols


Salamanders or Dragons


Soul Drinkers


Space Wolf Marines


Storm or Combat Shields


Studded Pads


Thousand Sons Pre-Heresy

Bits and accessories sized for space marines®, these include, weapons, backpacks, heads, arms and shoulderpads.

Our Pad (unpainted pads)                    Games Workshop Pads (painted pad)



http://chapterhousestudios.com/webshop/component/virtuemart/index2.php?page=sho... 18/11/2010

GW0003356

DX-175.0018

# ANNEX C

Highly Confidential - AEO

GW0003357

DX-175.0019



June 9th - Super Heavy Tau Walker and Order Updates

Sunday, 06 June 2010 00:42

No orders will ship from June 12th to June 20th due to family matters. I will still be answering emails and taking orders, shipping will recommence on June 21st.

Except for PO# 1018 & 1052, all orders up to PO# 1104 have shipped. Most of the orders after PO# 1104 have shipped except for a few with out of stock Jump Packs, Warlocks and Armored Rhino Kits. These will ship in 1-2 weeks when the new order comes in.



Design by Zac Soden (Mangozac), Painted by Mark Tait

Highly Confidential - AEO

GW0003358

DX-175.0020

# ANNEX D

Highly Confidential - AEO

GW0003359

DX-175.0021

G Stevenson <gillstevenson@sky.com>

# RE: Notification of payment received

3 messages

**Chapterhouse Studios <droppods@verizon.net>**
Reply-To: droppods@verizon.net
To: gillstevenson@sky.com

Wed, Aug 18, 2010 at 4:43 PM

Gill,

Thank you for your order, unfortunately the shipping for the Tau Heavy walker is not $12.00, this is explained on that products page: http://chapterhousestudios. com/webshop/component/virtuemart/?page=shop.product_details&product_id=81& category_id=37&flypage=flypage.tpl



If you still want the walker, the total shipping is $44.00, we ship this priority mail, as its too heavy to go any other way (72 ounces).

Let me know what you wish to do and I will be happy to help you.

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** sendmail@paypal.com [mailto:sendmail@paypal.com] **On Behalf Of** gillstevenson@sky.com
**Sent:** Wednesday, August 18, 2010 6:47 AM
**To:** Chapterhouse Studios LLC
**Subject:** Notification of payment received

**PayPal**

Aug 18, 2010 04:46:46 PDT
Transaction ID: 682636473F431381W

Hello Chapterhouse Studios LLC,

**You received a payment of $316.50 USD from Gill Stevenson (gillstevenson@sky.com)**
Thanks for using PayPal. You can now ship any items. To see all the transaction details, log in to your PayPal account.

It may take a few moments for this transaction to appear in your account.

**Seller Protection** - Eligible

| Buyer | Instructions to merchant |
|---|---|
| Gill Stevenson | The buyer hasn't entered any instructions. |
| gillstevenson@sky.com | |
| **Shipping address** - confirmed | **Shipping details** |
| Gill Stevenson | You haven't added any shipping details. |

http://mail.tools.sky.com/mail/?ui=2&ik=198192d20b&view=pt&search=inbox&th=1...   20/08/2010

Highly Confidential - AEO

GW0003360

DX-175.0022

22 Park Crescent
Wollaton
Nottingham, Nottinghamshire
NG8 2EQ
United Kingdom

| Description | Unit price | Qty | Amount |
|---|---|---|---|
| Order Number: 1526 | $304.50 USD | 1 | $304.50 USD |

| | | |
|---|---|---|
| | Subtotal | $304.50 USD |
| | Shipping and handling | $12.00 USD |
| | Total | $316.50 USD |

| | |
|---|---|
| Payment | $316.50 USD |

Payment sent to sales@chapterhousestudios.com

Invoice ID: 1372_d71d44e316390b46236a1472e02

---

(?) Questions? Go to the Help Center at: www.paypal.com/help.

Lift your withdrawal and receiving limits. Log in to your PayPal account and click View limits on your Account Overview page.

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For assistance, log in to your PayPal account and click **Help** in the top right corner of any PayPal page.

To receive email notifications in plain text instead of HTML, log in to your PayPal account, go to your Profile, and click **Notifications**.

PayPal Email ID PP341

---

**G Stevenson <gillstevenson@sky.com>**
To: droppods@verizon.net

Fri, Aug 20, 2010 at 10:45 AM

Hi Nick
Thanks for your email and sorry for the delay in getting back to you. Yes I do want the Heavy Walker. Can you arrange to take the payment from the card details I have already provided, or do I need to do someting else?

Thanks
Gill.

[Quoted text hidden]

---

**Chapterhouse Studios <droppods@verizon.net>**
Reply-To: droppods@verizon.net
To: G Stevenson <gillstevenson@sky.com>

Fri, Aug 20, 2010 at 2:37 PM

Gill,

I can send you a paypal invoice to the same account that paid for the order for the remaining shipping amount. Ill do that right now.

Nick
[Quoted text hidden]

---

Highly Confidential - AEO

GW0003361

DX-175.0023

# ANNEX E

Highly Confidential - AEO



# THE TAU EMPIRE

### The Third Sphere Expansion is gathering ever-greater pace, and the Tau Empire is rapidly encountering a growing number of aliens – many of whom unwisely match themselves against the military might of the Tau before joining their empire.

In these war-troubled times, the Tau must increasingly demonstrate their power, with swift and overwhelming confrontation of those that oppose them. The Tau's Fire Caste, source of their empire's soldiers, is one of the most efficient war machines in the galaxy. Instilled with warrior pride, free of superstitious doctrine and equipped with some of the most advanced weaponry in the Eastern Fringe, the Fire Warriors are capable of meeting any enemy force and defeating them. However, the Fire Caste owes its phenomenal success not to strength of numbers, nor to its weaponry and armour, but to the meticulous planning and execution of well-practised strategies.

## CADRES AND CONTINGENTS

The most common operational unit of the Fire Caste is the cadre, which consists of a single battlefield command. There are many different types of cadre. Although most commonly a cadre is a combined arms force of warriors and vehicles, more specialised cadres exist; fielding swift reconnaissance units, heavier weaponry or large numbers of alien auxiliaries. When several cadres fight together, they are grouped into a contingent. Often other groups such as Air Caste flights, Water Caste diplomatic assemblies and Earth Caste labour clusters accompany these contingents. Such multi-Caste forces are called coalitions. With its logistical support structure, a Tau coalition can rapidly assemble and deploy a Fire Caste contingent to all manner of different battlezones, equipped and ready to fight immediately.

The Tau devise the composition of most contingents and coalitions well in advance of any conflict, and there are many standardised formations to adopt given varying circumstances and enemy they expect to face. The coalition and groups within it have a number of different names, chosen to outline the function of the formation without unduly creating fear and anxiety in the wider Tau population. Such army titles include Emergent Crisis Expeditions, Encounter Observation Teams, Threat Dissipation Contingents, Rapid Envelopment Cadres and many others; as many of the Tau's foes have discovered, despite their innocuous labels, all of these forces exist for the single purpose of locating and destroying the enemy.

## COMMAND PHILOSOPHY

Although battlefield authority resides solely with the Fire Caste commanders, they are not free to act as and when they wish. Fiercely proud, Fire Warriors will gladly lay down their lives for the cause but heavy casualties, last stands or protracted engagements are not conducive to furthering the aims of the Tau Empire, even if they would bring short-term victory. To maintain balance between the different Castes and species that make up the Tau empire, the actions of all forces, military and otherwise, are assessed and directed according to their benefit to the Greater Good. Thus, the ultimate arbiters of success, and those responsible for all strategic decisions, are those individuals that embody the Greater Good itself: the Ethereals.

The Ethereals provide the overall command element of any coalition. It is the members of the Ethereal Caste that deem whether a proposed course of action is for the Greater Good, or whether it clashes with the empire's overall aims. The Ethereals often point out that only they possess a genuine overview of the Tau Empire, and know the most far-reaching goals of the Greater Good. As the word of an Ethereal is sacrosanct, no Shas'el or Por'O would easily go against it. The Fire Caste may possess the warriors and guns of the Tau Empire, but it is the Ethereals who determine where and how to direct that formidable power.

## ASSIMILATION NOT EXTERMINATION

The overriding aim of the Greater Good is to expand, either by political means or, when necessary, military coercion. Before, during and after any Fire Caste campaign, the Water Caste, under the direction of the Ethereals, puts great effort into pro-Tau propaganda, morale-raising and diplomatic efforts. Unusually amongst the majority of races in the galaxy, the Tau are willing to negotiate with their enemies, offering terms to vanquished foes and agreeing truces with those that, for the moment, prove too defiant to come within the embrace of the Greater Good. These negotiations are themselves used as a weapon, creating political and social instability to sow doubt in the minds of enemy commanders and win over the mass population.

Often the Air Caste and Earth Caste will also be involved in military operations, not only aiding and transporting the Fire Warriors but also installing Tau technology into conquered communities to demonstrate the benefits of being part of the Greater Good. In this manner, the Ethereals turn potential enemies into allies, latent rebels into citizens. The Tau Empire tempers the threat of the Fire Caste with the opportunity for foes to surrender without fear. With such effective strategies, it is no surprise that the Greater Good is embracing more and more worlds throughout the Eastern Fringe.

> "There are certain things in war of which the Fire Caste Commander alone comprehends the importance. It is not his right, but rather his responsibility to send thousands to their deaths if millions will prevail. That is the heaviest burden of command, and it must be shouldered, alone."
>
> – Commander Puretide – The Ninety Ninth Meditation on the Way of the Commander.

Highly Confidential - AEO

GW0003363

DX-175.0025

# BE'ETAR EXPEDITIONARY FORCE

Assembled by the D'yanoi sept, the Be'etar Expeditionary Force is a medium-sized coalition whose task is to colonise the Be-etar star system, some 12 light years from D'yanoi. It has a sizeable Fire Caste presence as early reports have indicated there may be Ork-infested worlds in Be'etar. All formations include command teams of the appropriate Caste and rank.

## BE'ETAR TRANSPORT TASKFORCE K-1OL-03/06-BTG

The Transport Taskforce's mission is threefold. It is required to deliver the entire coalition to its destination, carry contingents to target planets, as well as providing air cover to protect the ground forces as the expedition progresses.

### INTERSTELLAR EXPLORATORY FLIGHT
### K-1OL-02/02-IEF

Lar'shi class starship
2 Kir'qath class starships
2 Kisshsave class starships
Nicssaar Dhow



### ORBITAL TRANSPORT WING
### (K-1OL-01/02-OTW)

2 Manta missile gunships
3 Orca troop dropships

### AIR PROTECTION WING
### (K-1OL-01/02-APW)

3 Barracuda heavy fighter squadrons
1 Tiger Shark fighter bomber squadron

## CONTINGENTS

The coalition can assemble a variety of contingents, formed from the available cadres as required. Three such contingents are detailed below.
Others created by the Be'etar Expeditionary Force include the Static Dominance Group and the Rapid Appraisal Taskforce.



### PRIMARY ENCOUNTER FORCE
### S-1OL-02/04-PEF

- 3 Standard Hunter Cadres
- Armoured Interdiction cadre
- Optimised Stealth Group

### FORWARD COMMITMENT CONTINGENT
### S-1OL-02/04-PEF

- 4 Rapid Insertion forces
- Optimised Stealth Group
- 2 Pathfinder Insertion Groups

### RESERVE ENCOUNTER FORCE
### S-1OL-02/04-PEF

- Standard Hunter Cadre
- 2 Mobilised Hunter Cadres
- Dispersed Retaliation Cadre
- Auxiliary Reserve Despatch
- 2 Armoured Interdiction Cadre

## CADRES

The Tau Fire Caste utilises a huge range of cadre configurations, giving a great degree of flexibility. A small selection of those used in the Be'etar system are listed here:

### MOBILISED HUNTER CADRE

3 Fire Warrior Teams
2 Piranha Teams
Pathfinder Team
4 Devilfish

### STANDARD HUNTER CADRE

2 Fire Warrior Teams
3 XV8 Crisis Teams
XV88 Broadside Team
Hammerhead Gunship
Sky Ray Missile Gunship
2 Kroot Carnivore Squads
Piranha Team

### DISPERSED RETALIATION CADRE

2 Sniper Drone Teams
2 Piranha Teams

### OPTIMISED STEALTH GROUP

4 XV15 Stealth Teams

### AUXILIARY RESERVE DESPATCH

Kroot Carnivores
Vespid Stingwings
Hevisar Light Infantry
Monralian Deathswarm

### PATHFINDER INSERTION GROUP

4 Pathfinder Teams
4 Devilfish

### ARMOURED INTERDICTION CADRE

2 Hammerhead Gunships
2 Sky Ray missile gunships

### RAPID INSERTION FORCE

XV15 Stealth Team
4 XV8 Crisis Teams

### BE'ETAR ESTABLISHMENT INITIATIVE
### F-1OL-03/06-CEI

Following the Fire Caste's inevitable victory for the Greater Good, the Earth Caste and the Water Caste provide their own particular expertise:

### LANDING SUPPORT WORKGROUP
### (F-1OL-02/02-LSW)

Site Surveyance Team
Debris Removal Team
Engineering Support Team

2 Combat Maintenance Teams
Colony Support Team

2 Combat Maintenance Teams
Resource Reclamation Team

### INDIGENOUS INHABITANTS LIASON
### (P-1OL-03/04-IIL)

4 Diplomatic Arrangement Councils
Initial Translation Executive
2 Population Transference Conclaves

DATASHEETS • 157

Highly Confidential - AEO

GW0003364

DX-175.0026

# BARRACUDA AIR SUPERIORITY FIGHTER

**POINTS: 220**

*The Barracuda air superiority fighter is the Tau's most common atmospheric aircraft. Faster than the Imperial Navy's Marauder bomber, but lacking the flat-out top speed of the Imperial Thunderbolt Interceptor, it makes up for this due to its sophisticated electronic systems and pilot's natural talents. In a dogfight, Thunderbolts and Barracuda are very closely matched, with the Thunderbolt having the edge in speed, and the Barracuda having the manoeuvrability. The superior handling and armament of the Barracuda often proves decisive in such encounters.*

*A Barracuda is armed with a nose-mounted, pilot-aimed, ion cannon. This is the aircraft's primary weapon for use in dogfights, backed up by*

*two drone-controlled burst cannons in the wings. For ground attacks, it is primarily armed with wing-mounted missile pods and it can be used in a superior ground attack role when carrying additional armament of four seeker missiles. These are not guided by the pilot but by a markerlight operator on the ground.*

*All Barracuda pilots are of the Air Caste, and their three-dimensional situational awareness is superior to human pilots, as is their tolerance of high rates of acceleration. While the combat experience of the longest serving Imperial pilots gives many a hard edge which the Air Caste struggles to match, the Tau pilots are more naturally gifted and a powerful asset to the Greater Good.*



The most deadly Barracuda pilots encountered by the Imperium are those whose squadron name is believed to translate as 'the Gift of Silence'. This single Barracuda squadron has thus far accounted for 27 Imperial bombers and 18 interceptors. It has also claimed an Imperial Guard Tetrarch Heavy Lander as it made planetfall, resulting in the loss of an entire Imperial Guard regiment.

Nano-crystalline armour

Burst Cannons
8000 rounds held
in central hopper.

Cockpit capsule
disconnects to serve
as escape pod.

Ion Cannon

Chin-mounted
sensor suite

Missile Pods

Size Comparison

| UNIT: 1 Barracuda | | | | |
|---|---|---|---|---|
| TYPE: Vehicle, Flyer | | **ARMOUR** | | |
| | BS | FRONT | SIDE | REAR |
| | 3 | 10 | 10 | 10 |

**WEAPONS AND EQUIPMENT:**
- One hull-mounted ion cannon with anti-aircraft mount,
- Two sponson-mounted burst cannons,
- One hull-mounted, twin-linked missile pod.

| WEAPON | RANGE | STR | AP | SPECIAL |
|---|---|---|---|---|
| Ion Cannon | 60" | 7 | 3 | Heavy 3 |
| Burst Cannon | 18" | 5 | 5 | Assault 3 |
| Missile Pod | 36" | 7 | 4 | Assault 2 |

**OPTIONS:** The Barracuda can be upgraded to carry up to four seeker missiles (see Codex: Tau Empire) for +10 pts each.

> "We do not belong on the ground.
> Our home is the sky. As the enemies
> of the Tau Empire know to their cost."
>
> – Tau Air Caste philosophy.

Highly Confidential - AEO

GW0003365

DX-175.0027

# GREAT KNARLOC PACK

**POINTS: 60 PER MODEL**

The savage Kroot are a subject-race of the alien Tau Empire, and their Carnivore kindreds fight wherever the Empire has need of the Kroots' prodigious tracking and fieldcraft skills. The Kroot hail from the jungle world of Pech, a planet rife with alien life, all sharing the same genetic heritage. Thus, when the Kroot fight, alongside their warriors can be found all manner of distantly related warrior beasts, from the vicious Kroot Hounds to the lumbering Krootox.

Largest and most belligerent of all of these is the Great Knarloc. With its powerfully muscled hind legs, it is capable of overtaking even the fastest of prey, and its iron-hard beak is sharp enough to scythe through even the toughest of hide. The Kroot have come to utilise the Great Knarloc in a variety of different roles, from mighty beasts of burden, to living battering rams capable of smashing apart enemy tanks and infantry alike.

Great Knarlocs are most often encountered when the Tau and their Kroot allies are fighting in densely forested warzones, or areas thick with swamps, marshes or jungle. The Kroot are adept at finding paths through such terrain, along which the main Tau force may follow. Furthermore, they are expert at setting ambushes and launching devastating assaults from quarters the enemy believed too dense to attack through. Spearheading such attacks will be the Great Knarlocs. Against such barbarically direct assault, even the most well equipped enemy force stands precious little chance of survival.

Commonly, Great Knarlocs are herded together into great caravans of lumbering beasts. These accompany Tau and Kroot forces to war, and have even been observed hired out to other races, their unique battlefield abilities recruited by the highest bidder.



Sunken eyes capable of sight in all conditions except absolute dark.

Riden and/or herded by Kroot (also indigenous to planet).

**Bolt Thrower**
Harness-mounted weapon equipped with explosive bolts.

Dextrous claws (comparable to Orks in terms of manipulative ability).

Toughened hide believed to possess some manner of chameleonic ability (Ref: Ordos.Xenos.Kroot)

Size Comparison

**UNIT:** 1-10 Great Knarlocs

**TYPE:** Infantry

**WEAPONS AND EQUIPMENT:** Sharp beak.

| WS | BS | S | T | W | I | A | LD | SV |
|----|----|---|---|---|---|---|----|----|
| 4 | 3 | 6 | 5 | 5 | 3 | 3 | 7 | 6+ |

| WEAPON | RANGE | STR | AP | SPECIAL |
|--------|-------|-----|----|---------|
| Bolt thrower | 36" | 6 | 6 | Assault 1, Blast |
| Kroot gun | 48" | 7 | 4 | Rapid Fire |

**OPTIONS:** Any Great Knarloc may be equipped with a Kroot bolt thrower for +25 points, or with a twin-linked Kroot gun for + 30 points. These weapons will be manned by a pair of Kroot riders, who are treated as part of the Great Knarloc model in all respects.

**Fieldcraft:** The Great Knarloc benefits from the Kroot Fieldcraft special rule. It gains +1 to its Cover Save in woods or jungles, and does not take Difficult Terrain tests when moving in woods or jungles.

**Sharp Beak:** The Great Knarloc's beak is capable of crushing both armour and bone. It benefits from the Rending special rule.

**SPECIAL RULES**

**Fleet of Foot:** The Great Knarloc has evolved a hyperactive nymune organ. It follows the rules for Fleet of Foot.

DATASHEETS **159**

Highly Confidential - AEO

GW0003366

DX-175.0028

# ARMOURED INTERDICTION CADRE

**POINTS: 50 + MODELS**

*The Tau's expertise in anti-gravitic technology means that their armoured vehicles are swift yet well-protected. The Armoured Interdiction Cadre is a force composed of units chosen to deal with enemy formations that do not specialise in anti-armour weaponry. Using their speed, the Armoured Interdiction Cadre manoeuvres to*

*concentrate its firepower on the target, trusting in its armour to protect it against return fire. The vehicles of the cadre are networked together with an interactive tactical control system, allowing the commander to supervise the cadre from within his tank, and direct fire quickly and efficiently.*

Armoured
Interdiction Cadre,
K'Sau Envelopment



Shas'o Vionca Tau'er Daus

**HAMMERHEAD**

Crew within Command
vehicles are believed to be
of rank Shas'el and above



**HAMMERHEAD**

All Hammerhead/Sky Ray crew
are Fire Caste personnel



**SKY RAYS**



**FORMATION:**
3+ of the following units:
Hammerhead Gunship,
Sky Ray Missile Defence Gunship,
One Gunship must be marked as the command tank.

> *"A mightier shoal of predators I have never seen; all grace and measured fury."*
>
> — Shas'ui Kais, Fire Caste.

**SPECIAL RULES:**
**Strike Force:** All gunships in the cadre must be deployed within 6" of the command tank, or, if coming on from reserve, they must enter the table within 6" of the point entered by the command tank.

**Tactical Support:** The Shas'el or Shas'o leading the force benefits greatly from the upgraded communications and sensor suite of his command tank. Whilst the command tank is still mobile, the Tau player gains D3+1 Markerlight 'hit markers' per turn. These are placed at the start of the Tau shooting phase on any enemy unit within line of sight of the command tank and each marker counts as a Markerlight hit (see the Wargear section of Codex: Tau Empire).

Highly Confidential - AEO

# RAPID INSERTION FORCE

**POINTS: 50 + MODELS**

*It is not the Tau way of war to fight protracted, static battles. Aggressive use of mobility and firepower are the keys to the success of the Fire Warriors. A large part of this success is dependant upon the activities of a cadre's Stealth teams – their role is to find the enemy, create diversions and launch surprise attacks, while acting as rear guards should things go poorly.*

*The Rapid Insertion Force is a specialised formation that strikes suddenly against key enemy units or establishes a perimeter to hold ground until other Fire Caste units arrive. A single Stealth team leads the way for a more heavily armed force of Crisis teams. The entire force trains together, delivering a swift, effective attack that stuns the enemy, allowing further Tau forces to move forward unmolested.*

**Rapid Insertion Force, K'Sau Envelopment**

**STEALTH TEAM**

Covert Infiltration Team



Lead elements (Stealth teams) infiltrate into optimum position.

*Warboss Grokk furrowed his thick green brow as the air shimmered strangely above the crystal blue lake. He shouted for his clan to stop and some of the boyz even heard him over their war chants. Suddenly a dozen glittering war machines burst from the lake in perfect unison, water cascading from their sleek armour plates. Grokk gawped. He did not even have time to close his massive jaw before the Battlesuits opened fire, cutting down the Ork horde in a blistering fusillade of energy bolts and semi-intelligent missiles.*

Reserve elements (Crisis teams) await deployment in sub-orbital 'Manta'.

**CRISIS TEAM**

Firepower Support Team 8/1



**CRISIS TEAM**

Firepower Support Team 8/2

  

**CRISIS TEAM**

Firepower Support Team 8/3

  

**FORMATION:**
1 Stealth Team,
3-5 three-strong Crisis Teams.

NB For the purposes of deployment and strategic reserves, the Stealth Team and Crisis Teams count as two separate formations, allowing the first to be on the table while the second is still waiting to deploy.

> "The feeling of power a warrior gains from the mastery of his battlesuit can be intoxicating. Remember your duty."
>
> – Commander Shadowsun

**SPECIAL RULES:**

**Scout:** If the Stealth Team in the Rapid Insertion Force chooses not to infiltrate (or cannot because its side is deploying first) it may use the Scout special rule.

**Deep Strike:** All of the Crisis Teams must be kept in Strategic Reserve and use their Deep Strike ability when they become available.

**Pinpoint Attack:** If the nominated landing point for a Crisis Team is within 12" of the Stealth Team in the Rapid Insertion Force, no roll for scatter is made.

**Element of Surprise:** In the turn that the Crisis Teams in the Rapid Insertion Force arrive, all their shooting has the Pinning special rule.

DATASHEETS **161**

Highly Confidential - AEO

GW0003368

DX-175.0030

# ANNEX F

Highly Confidential - AEO

GW0003369

DX-175.0031

# TERVIGON

The Tervigon is a massive creature, with a towering spined carapace that shields a swollen abdomen. The Tervigon relies on all three pairs of limbs for support. However, should the need arise, the giant beast can shift a greater proportion of its weight onto its rear legs, allowing it to scythe its claws back and forth in crushing arcs. Nor should the Tervigon be underestimated at range – its carapace conceals banks of cluster spines that can be fired at a considerable distance.

Yet no matter how fearsome its weapony, the Tervigon's true threat lies within. Each Tervigon is a living incubator beneath whose lumpen carapace dozens upon dozens of Termagants slumber in a state of near-life. The Tervigon can spawn its dormant broods at will, jolting their razor minds into wakefulness. So it is that a foe engaging a Tervigon will find itself assailed by waves of skittering Termagants. The only way for a cool-headed enemy commander to end the horror is to have his troops concentrate all their firepower on the Tervigon – if the ponderous beast is slain, the resulting symbiotic backlash inevitably kills its young.

When a Hive Fleet travels through space, Tervigons do not slumber in a dormant state like other Tyranid creatures. Instead, they roam the ship's cavernous innards. Should a Tervigon detect intruders, it can spawn an army of frenzied Termagants to repulse the foe whilst using its potent synaptic link to awaken additional warriors.

|  | WS | BS | S | T | W | I | A | Ld | Sv |
|---|---|---|---|---|---|---|---|---|---|
| Tervigon | 3 | 3 | 5 | 6 | 6 | 1 | 3 | 10 | 3+ |

**Unit Type: Monstrous Creature.**

**Weapons and Biomorphs: Bonded Exoskeleton, Stinger Salvo, Claws and Teeth.**

**Special Rules: Synapse Creature, Psyker, Shadow in the Warp.**

**Spawn Termagants:** A Tervigon can spawn Termagants in the Tyranid Movement phase before it has moved – even if is locked in assault. If it does so, roll 3D6. Place a new unit of Termagants such that no model is more than 6" from the Tervigon – the size of the unit is equal to the total rolled. Models in this new unit cannot be placed in impassable terrain, or within 1" of enemy models. If you cannot place some of the models due to enemy proximity, impassable terrain or simply because you have run out of models, the excess is destroyed. The spawned unit may then move, shoot and assault normally. A unit spawned by a Tervigon is identical in every way to a Termagant unit chosen from the Troops section of the force organisation chart, and is treated as such for all scenario special rules. Models in a spawned unit have no biomorphs and always carry fleshborers.

If any double is rolled when determining the size of a spawned unit, the Tervigon has temporarily exhausted its supply of larvae – the unit is created as normal, but the Tervigon may not attempt to spawn further units for the rest of the game.

**Brood Progenitor:** All units of Termagants, spawned or otherwise, within 6" of a Tervigon can use the Tervigon's Leadership for any tests they are required to make. They also gain the benefits of the Tervigon's toxin sacs and adrenal glands (if it has any). In addition, all Termagant units within 6" of the Tervigon have the Counter-attack special rule.

Should a Tervigon be slain, every Termagant brood, spawned or otherwise, within 6" immediately suffers 3D6 Strength 3, AP - hits.

**Psychic Powers: Dominion.**



"To think that Tyranids are mindless beasts is a grave mistake. When you fight Tyranids you face not only those before you on the battlefield, but the untold thousands which seek to surround you, which attack your supporting units and destroy your supply lines in perfect synchronicity. These aliens have shown evidence of both tactics and strategy that speaks of a far worse threat than that posed by a mere beast."

– Marneus Calgar

Highly Confidential - AEO

# ANNEX G

Highly Confidential - AEO

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>               Plaintiff,<br><br>      v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON<br>PAULSON d/b/a PAULSON GAMES<br><br>               Defendants. | Civil Action No. 1:10-cv-8103<br><br>**JURY TRIAL DEMANDED** |

## COMPLAINT FOR COPYRIGHT INFRINGEMENT, TRADEMARK INFRINGEMENT, TRADEMARK DILUTION, UNFAIR AND DECEPTIVE TRADE PRACTICES, AND UNFAIR COMPETITION

Games Workshop Limited, by its attorneys, FOLEY & LARDNER LLP, for its Complaint against Chapterhouse Studios LLC and Jon Paulson (collectively "Defendants"), alleges as follows:

### PARTIES AND JURISDICTION

1.     Games Workshop Limited is a United Kingdom corporation and a subsidiary of Games Workshop Group, plc, which has numerous store locations in and around Chicago, Illinois, which is its single largest selling market in the United States.

2.     Upon information and belief, Chapterhouse Studios LLC is a Texas limited liability company with offices at 3930 Glade Road, Suite 108 #174, Colleyville, Texas, 76034.

3.     Upon information and belief, Jon Paulson is an individual and the principal owner of Paulson Games, having an address at 2232 College Road, Downers Grove, Illinois, 60516.

1

Highly Confidential - AEO

4.    This is an action for copyright infringement under 17 U.S.C. § 101 *et seq.*;
trademark infringement under 15 U.S.C. § 1114(1) and Illinois common law; for use of false
designations of origin under 15 U.S.C. § 1125(a); for dilution under 15 U.S.C. § 1125(c) and 765
ILCS 1036/65; for violation of the Illinois Deceptive Trade Practices Act under 815 ILCS 510/1
*et seq.*; for violation of the Illinois Consumer Fraud and Deceptive Business Practices Act under
815 ILCS 505/2 *et seq.*; and for unfair competition under Illinois common law.

5.    This Court has subject matter jurisdiction over the claims pursuant to 15 U.S.C. §
1121 and 28 U.S.C. §§ 1331 and 1338, and supplemental jurisdiction over the claims arising
under the statutory and common law of the State of Illinois pursuant to 28 U.S.C. §1367(a)
because the state law claims are so related to the federal claims that they form part of the same
case or controversy.

6.    The Court has personal jurisdiction over Defendants because, upon information
and belief, each of the Defendants sells and offers to sell infringing products within this
jurisdiction; because Defendant Chapterhouse maintains an interactive commercial website
through which Illinois residents are able to make purchases of the subject infringing goods;
because Defendant Paulson has his principal place of business in this jurisdiction; and because,
at all times material to this action, each of the Defendants was the agent, servant, employee,
partner, alter ego, subsidiary, and/or joint venturer of each of the other Defendant; certain of the
material acts of the Defendants were performed in the scope of such relationship; in doing the
acts complained of herein, each of the Defendants acted with the knowledge, permission, and/or
consent of the other Defendant.

2

Highly Confidential - AEO                                          GW0003373

DX-175.0035

7.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) and (c) because the Defendants reside in this District and because a substantial part of the events giving rise to the claims occurred in this District.

## FACTS COMMON TO ALL COUNTS

### A.      Games Workshop's Copyrighted WARHAMMER and WARHAMMER 40,000 Games and WARHAMMER and WARHAMMER 40,000 Trademarks

8.      Games Workshop is the largest and most successful tabletop fantasy wargames company in the world, with a following of millions of gamers and hobbyists devoted to collecting, creating, painting, and building armies for use in Games Workshop's popular WARHAMMER and WARHAMMER 40,000 war games.

9.      Games Workshop's WARHAMMER and WARHAMMER 40,000 war games are played, not on a board with defined game places, but in an open-ended world defined only by the underlying literary works and rules that define and depict the characters and armies of the games.

10.     The game WARHAMMER, for instance, takes place in a fantasy world of dark magic and powerful gods, populated by mighty heroes and foul monsters, in which armies of humans stand shoulder to shoulder with noble elves and grim dwarves battling unending attacks from enemies such as rat-like Skaven that crawl beneath cities, restless dead who stir in their graves, and daemons who lead mutated hordes of the Chaos Gods into war.

11.     The game WARHAMMER 40,000 similarly takes place in a fantasy universe, but one set in a dark and forbidding world of the 41st millennium, a place ravaged by thousands of years of conflict in which gothic armies of the universe do battle and in which the foremost defenders of humanity are Space Marines; genetically engineered super-warriors armed with the most inventive weapons imaginable, supported by vast armies of the Emperor and tanks of the

3

Highly Confidential - AEO

Imperial Guard who confront foes such as the alien armies of the Tau; the savage Orks; enigmatic Eldar; and unfathomable Tyranids, while lurking in the background are once-loyal Space Marines, turned traitorous supporters of the unspeakable Daemon Lords of Chaos.

12. Games Workshop produces and sells army figures for its games and a wide range of accessories for those armies and games, including weapons, vehicles, equipment, and other accessories for its armies; the features and appearances of which derive from and are complemented by underlying and highly detailed background publications, including the Warhammer 40,000 rule book (now in its fifth edition); the Space Marine Collectors' Guide, (Second Edition, July 2003) and the following listed volumes (including all of the earlier editions of each of these works):

Codexes (which contain, for a particular army, specific game rules
and guides to collecting and painting)
Warhammer 40,000 Tyranids, Fourth Edition, January 2010
Warhammer 40,000 Space Marines, Fourth Edition, October 2008
Warhammer 40,000 Dark Angels, Third Edition, February 2007
Warhammer 40,000 Chaos Space Marines, Fourth Edition, September 2007

Background Work
Index Astartes II, January 2002
Index Astartes III, February 2004
Index Astartes IV, June 2005

Art Book/Background work
The Horus Heresy Collected Visions, June 2007
The Art of Warhammer 40,000, January 2006

Magazine
White Dwarf Magazine 249, September 2000

How to Book
How to Paint Space Marines, April 2005

Novel
Soul Drinkers, September 2002

4

Highly Confidential - AEO

GW0003375

DX-175.0037

Each of the foregoing have been created by or for Games Workshop in England and are protected by copyright belonging exclusively to Games Workshop.

13.     The underlying stories, myths, fictional histories, overall appearances, and unique characteristics of the many armies used in Games Workshop's games, such as their language, culture, major worlds, weapons, methods of waging war, heraldry and iconography, and how they look, behave, and function are all derived from detailed books and other publications (which are supplemented by other written materials, such as specific game rules, novels, licensed products, hobby guides, and datasheets separately) all of which are created by Games Workshop and are protected by copyright, including those literary works referenced above.

14.     None of the foregoing copyrighted works are United States works for which registration is required under 17 U.S.C. § 411(a); however, Games Workshop does own numerous registrations in the United States Copyright Office for its works, including Registration No. TX0006541286, "Games Workshop Complete Catalog & Hobby Reference 2006-2007", containing many of the individual works at issue herein.

15.     Since at least as early as 1984, Games Workshop has sold in the United States games, models, parts and equipment therefore, and related items and services under the name and trademark WARHAMMER (and related names and marks described more fully herein), and, since long prior to the acts of Defendants complained of herein, the WARHAMMER trademark and other trademarks associated with the WARHAMMER game have come to identify Plaintiff's goods and services and to distinguish them from the goods and services of others.

16.     Since at least as early as 1987, Games Workshop has sold in the United States games, models, parts and equipment therefore, and related items and services under the name and trademark WARHAMMER 40,000 (and related names and marks described more fully

5

Highly Confidential - AEO

herein), and, since long prior to the acts of Defendants complained of herein, the WARHAMMER 40,000 trademark and other trademarks associated with the WARHAMMER 40,000 game have come to identify Plaintiff's goods and services and to distinguish them from the goods and services of others.

17.     Games Workshop's "Forge World" division has for eleven years been selling conversion kits, replacement doors, and additional products for its customers made to fit existing WARHAMMER and WARHAMMER 40,000 products to use to decorate and modify their models for use in connection with the WARHAMMER and WARHAMMER 40,000 games.

18.     Plaintiff's WARHAMMER and WARHAMMER 40,000 games have achieved enormous success, and for many years has been among the best known and most popular table top hobby war games in this country.

19.     Plaintiff owns numerous registrations for its trademarks on the Principal Register in the United States Trademark Office, including the following registrations:

| Trade Mark | Country | Registration Number |
|---|---|---|
| WARHAMMER | USA | 2718741 |
| WARHAMMER 40,000 | USA | 3707457 |
| 40K | USA | 3768909 |
| 40,000 | USA | 3751267 |
| SPACE MARINE | USA | 1922180 |
| ELDAR | USA | 1944847 |
| DARK ANGELS | USA | 1913474 |
| TAU | USA | 2820748 |

20.     Plaintiff's foregoing WARHAMMER trademarks (collectively, the "WARHAMMER Registered Marks") are valid, subsisting, unrevoked, and uncancelled, and Registration Nos. 2,718,741, 2,820,748, 2,070,887, 2,820,748, 2,100,767, 1,944,847, and 1,913,474 are now incontestable under the provisions of 15 U.S.C. § 1065.

6

Highly Confidential - AEO                                                    GW0003377

DX-175.0039

21.     Games Workshop has very substantial annual sales of products bearing its WARHAMMER, WARHAMMER 40,000, 40K, DARK ANGELS, ELDAR, TYRANID, CHAOS, TAU, and SPACE MARINE brand names, with annual sales in this country alone of approximately $40 million, and Games Workshop invests considerable sums each year in marketing and promoting these brands and in developing new products under these brand names. Games Workshop has thereby built up substantial goodwill and reputation in the marks WARHAMMER, WARHAMMER 40,000, 40k, DARK ANGELS, ELDAR, TYRANID, CHAOS, TAU, and SPACE MARINE (collectively, the "WARHAMMER Marks"), which it uses in connection with its tabletop games and miniatures and accessories for such games.

22.     The area in and around Chicago, Illinois is one of the most active for Games Workshop, being part of the single largest selling market in the United States; being home to the AdeptiCon, the largest independent convention for miniature wargaming hobbyists in the country (at which the WARHAMMER and WARHAMMER 40,000 games are featured), and the site selected by Games Workshop for its 2011 Games Day Convention (which is expected to attract 3,000 or more fans of the WARHAMMER and WARHAMMER 40,000 games at the Donald E. Stephens Convention Center).

23.     As a result of the great success of Games Workshop's WARHAMMER and WARHAMMER 40,000 games, since long prior to the acts of Defendants complained of herein, the name and trademarks WARHAMMER, WARHAMMER 40,000, 40k, DARK ANGELS, ELDAR, TYRANID, CHAOS, TAU and SPACE MARINE have come to represent substantial and highly valuable goodwill belonging exclusively to Plaintiff.

Highly Confidential - AEO

GW0003378

DX-175.0040

24.    The foregoing WARHAMMER Marks are now, and since long prior to the acts of Defendants complained of herein have been, widely recognized throughout the United States and at all relevant times have been famous marks within the meaning of 15 U.S.C. § 1125(c).

25.    Games Workshop also has a large number of well-known unregistered trade marks (including names of armies, Chapters, and other products) including without limitation: "Adeptus Mechanicus", "Alpha Legion", "Soul Drinkers", "Iron Snakes", "Luna Wolves", "Imperial Fist", "Death Watch", "Tervigon", "Blood Ravens", "Black Templars", "Legion of the Damned", "Salamanders", "melta gun", "Carnifex", "Crimson Fists", "Blood Angels", "Death Watch", "Celestial Lions", "Eldar Farseer", "Thousand Sons", "Horus Heresy", "Genestealer" "Assault Marines", "Devastator Marines", and "Tactical Marines".

26.    The foregoing unregistered WARHAMMER marks are also very well known among the hobbying and gaming communities. Games Workshop's annual sales of products bearing these marks is likewise significant, and it invests great sums each year in marketing and promoting these brands and in developing new products under these brand names. As a result, Games Workshop has built up substantial goodwill and reputation in these unregistered trade marks in the U.S. and around the world

**B.    Defendants' Infringing Conduct**

27.    Upon information and belief, after having initiated some modest sales on eBay in 2008, sometime in or about May 2009, Chapterhouse began manufacturing and selling gaming miniatures and accessories at its website located at www.chapterhousestudios.com ("the Website").

28.    Among the products sold by Chapterhouse are "Super Heavy Assault Walker" products designed and licensed for Chapterhouse by Defendant Paulson Games.

8

Highly Confidential - AEO

29.    Upon information and belief, many consumers of Plaintiff's original WARHAMMER and WARHAMMER 40,000 books and other products and services are users of and make purchases from Defendants', including many such individuals and users in the State of Illinois.

30.    All of the 106 products that Chapterhouse currently markets and sells (including the "Super-Heavy Assault Walker" designed at least in part by Paulson Games) are derived from and bear the unique characteristics and expressions of Games Workshop's copyrighted works, including unique expressions created and set forth in great detail in Games Workshop's background published works described above.

31.    Upon information and belief, all of the items produced, marketed, and sold by Chapterhouse (including the "Super-Heavy Assault Walker" designed at least in part by Paulson Games) have been copied from (and infringe upon) Games Workshop's copyrighted characters and stories and sculptural works.

32.    Similarly, at least 14 of the 15 items produced, marketed, and sold by Paulson Games have been copied from (and infringe upon) Games Workshop's copyrighted characters and stories and sculptural works.

33.    On information and belief, Paulson entered his agreement with Chapterhouse for the "Super-Heavy Assault Walker" because of an inability to satisfy great consumer demand for the product, which Chapterhouse now sells at retail for $285.

34.    Chapterhouse makes no secret of the fact that its products are derived from, inspired by, and copied from Games Workshop's copyrighted works and, indeed, the banner at the top of each page of the Website describes its business as "Specializing in Custom Sculpts and Bits for Warhammer 40,000 and Fantasy".

9

Highly Confidential - AEO

35. Defendants' development, production, marketing, and sale of their derivative works based on Games Workshop's proprietary works is without authorization or approval of Games Workshop.

36. Defendants' development, production, marketing, and sale of their derivative works based on Games Workshop's proprietary works preempts Games Workshop's ability to develop and sell its own such derivative works and compete directly with Games Workshop's "Forge World" products.

37. Beyond the copying of protected original elements of Games Workshop's copyrighted works, Chapterhouse makes extensive unauthorized use of Games Workshop's trademarks.

38. Chapterhouse makes pervasive references to Games Workshop's trademarks to identify its products (and adopts a distinctly British phrasing by use of the term "bits" to underscore the connection), including without limitation: "Vehicle Accessory Kits for Space Marines", "Imperial Guard Conversion Bits", "Assault Shoulder Pad for Space Marine with Number 7", "Soul Drinker Bits", "Salamander Bits", and "Xenomorph Head Bits for Tyranid Gaunts".

39. The very title of Chapterhouse's Website "Specializing in Custom Sculpts and Bits for Warhammer 40,000 and Fantasy" indicates prominently - and falsely - that Chapterhouse is literally acting "for" Games Workshop in creating, marketing, and selling such "bits" for the WARHAMMER 40,000 game when it has not been authorized by Games Workshop to use its brand or product names in any way.

40. Upon information and belief, such references create an association in the minds of customers between Defendants' products and those of Games Workshop and give the false

10

impression that Chapterhouse's products are licensed by or endorsed by Games Workshop or are otherwise associated with Plaintiff.

41.    As a result of the foregoing, Games Workshop has received many customer complaints and inquiries about Chapterhouse's products, indicating that customers are confused and will continue to be confused as to the origin and sponsorship of Chapterhouse's products, including whether Games Workshop has licensed Chapterhouse or otherwise given it authority to produce the products being sold through the Website.

42.    Upon information and belief, products produced and sold by Chapterhouse copied from Games Workshop's copyrighted originals and bearing trademarks and other indicia of origin with Games Workshop are also sold in substantial quantities in the secondary market (such as on eBay and other similar platforms), where purchasers are likely to be confused as to the origin of those products.

43.    Exacerbating the injury to Games Workshop's reputation, the quality of many of Defendants' products is materially inferior to the quality of Games Workshop's originals, which will cause injury to Games Workshop's reputation among purchasers of Defendants' products in the original or secondary markets.

44.    Chapterhouse's use of the Games Workshops trademarks, including without limitation the marks WARHAMMER, WARHAMMER 40,000, 40K, SPACE MARINE, CHAOS SPACE MARINES, ELDAR, ELDAR FARSEER, ELDAR JETBIKE, ELDAR WARLOCK, ELDAR SEER COUNCIL, TYRANID, ADEPTUS MECHANICUS, BLOOD ANGELS, DARK ANGELS, BLOOD RAVENS MARINES, IMPERIAL GUARD, BLACK TEMPLARS, ALPHA LEGION, BONESWORD, CARNIFLEX, CRIMSON FISTS, FLESH TEARERS, GENESTEALER, GAUNT, HERESY ARMOUR, HORUS HERESY, HOWLING

11

GRIFFONS, IRON HANDS, IMPERIAL FISTS, LASHWHIP, LEGION OF THE DAMNED, LIGHTNING CLAW, LIONS RAMPANT, LUNA WOLVES, MANTIS WARRIORS, MK ARMOUR, MYCETIC SPORE, RHINO, SALAMANDER, SONS OF RUSS, SOUL DRINKER, SPACE WOLVES, STAR FOX, SWARMLORD, TECHMARINES, TAU, THUNDER ARMOUR, THUNDER HAMMER, TERMAGANTS, TERVIGON, and YMGARL (among others) are likely to cause confusion, to cause mistake, or to deceive.

45.     The WARHAMMER Marks and WARHAMMER Registered Marks were famous at the time Defendants began using these marks.

46.     Defendants' use of the Games Workshops trademarks has been without Plaintiff's authorization or consent.

47.     Upon information and belief, Defendants' acts complained of herein have been willful and malicious, and intended to trade upon the reputation of Plaintiff and its products and services sold under its WARHAMMER Marks and thereby cause harm to Plaintiff.

### FIRST CAUSE OF ACTION

**[Copyright Infringement by Chapterhouse and Paulson Under 17 U.S.C. § 101 et seq.]**

48.     Plaintiff realleges and incorporates by reference Paragraphs 1 through 47 as though fully set forth herein.

49.     Defendants' conduct as aforesaid constitutes infringement of Games Workshop's copyright in and to its literary and sculptural works.

50.     For those of the infringing works produced by Paulson Games for Chapterhouse, Defendants share liability jointly and severally for said infringing conduct.

12

Highly Confidential - AEO

51.     Defendants' conduct as aforesaid has caused great and irreparable injury to Plaintiff, and unless such conduct is enjoined, it will continue and Plaintiff will continue to suffer great and irreparable injury.

52.     Plaintiff has no adequate remedy at law.

### SECOND CAUSE OF ACTION

**[Trademark Infringement by Chapterhouse Under 15 U.S.C. § 1114(1)]**

53.     Plaintiff realleges and incorporates by reference Paragraphs 1 through 52 as though fully set forth herein.

54.     Chapterhouse's use in commerce of the WARHAMMER Registered Marks is likely to cause confusion, or to cause mistake, or to deceive.

55.     The foregoing conduct of Chapterhouse constitutes trademark infringement in violation of 15 U.S.C. §1114(1).

56.     Chapterhouse's conduct as aforesaid has caused great and irreparable injury to Plaintiff, and unless such conduct is enjoined, it will continue and Plaintiff will continue to suffer great and irreparable injury.

57.     Plaintiff has no adequate remedy at law.

### THIRD CAUSE OF ACTION

**[False Designations of Origin by Chapterhouse Under 15 U.S.C. § 1125(a)]**

58.     Plaintiff realleges and incorporates by reference Paragraphs 1 through 57 as though fully set forth herein.

59.     Chapterhouse's conduct as aforesaid is likely to cause confusion, to cause mistake, or to deceive the relevant public that Chapterhouse, its products and services are authorized by or are affiliated with Games Workshop.

13

Highly Confidential - AEO

60.     The above-described conduct of Chapterhouse constitutes use of false designations of origin and false and misleading descriptions or representations that are likely to cause confusion, to cause mistake, or to mislead as to the affiliation, connection, or association of Chapterhouse or its goods or services, with Plaintiff and its goods and services in violation of 15 U.S.C. §1125(a).

61.     Chapterhouse's conduct as aforesaid has caused great and irreparable injury to Plaintiff, and unless such conduct is enjoined, it will continue and Plaintiff will continue to suffer great and irreparable injury.

62.     Plaintiff has no adequate remedy at law.

## FOURTH CAUSE OF ACTION

### [Dilution and Tarnishment by Chapterhouse Under 15 U.S.C. § 1125(c)]

63.     Plaintiff realleges and incorporates by reference Paragraphs 1 through 62 as though fully set forth herein.

64.     The WARHAMMER Registered Marks are now and at all relevant times have been famous within the meaning of 15 U.S.C. § 1125(c)(2).

65.     Chapterhouse's use in commerce of the WARHAMMER Marks is likely to create associations that will impair the distinctiveness of and tarnish Plaintiff's WARHAMMER Marks.

66.     Chapterhouse's conduct as aforesaid has caused great and irreparable injury to Plaintiff, and unless such conduct is enjoined, it will continue and Plaintiff will continue to suffer great and irreparable injury.

67.     Plaintiff has no adequate remedy at law.

14

Highly Confidential - AEO

## FIFTH CAUSE OF ACTION

**[Violation by Chapterhouse of the Illinois Anti-Dilution Statute, 765 ILCS 1036/65]**

68.     Plaintiff realleges and incorporates by reference Paragraphs 1 through 67 as though fully set forth herein.

69.     The WARHAMMER Registered Marks are now and at all relevant times have been famous within the meaning of 765 ILCS 1036/65.

70.     Chapterhouse's use in commerce of the WARHAMMER Marks causes dilution of the distinctive quality of Plaintiff's WARHAMMER Marks.

71.     Chapterhouse's conduct as aforesaid has caused great and irreparable injury to Plaintiff, and unless such conduct is enjoined, it will continue and Plaintiff will continue to suffer great and irreparable injury.

72.     Plaintiff has no adequate remedy at law.

## SIXTH CAUSE OF ACTION

**[Violation by Chapterhouse of the Illinois Deceptive Trade Practices Act, 815 ILCS 510/1 *et seq.*]**

73.     Plaintiff realleges and incorporates by reference Paragraphs 1 through 72 as though fully set forth herein.

74.     This is a claim for deceptive trade practices under the Illinois Deceptive Trade Practices Act. 815 ILCS 510/1 *et seq.*

75.     Upon information and belief, Chapterhouse have/has knowingly made false and misleading representations as to the source of its goods and services, and knowingly made false representations as to its affiliation with Plaintiff.

15

Highly Confidential - AEO

76.     Chapterhouse has caused a likelihood of confusion or misunderstanding as to the source, sponsorship, approval, or certification of goods and services by making false and misleading representations of fact.

77.     Chapterhouse has caused a likelihood of confusion or misunderstanding as to the affiliation, connection, or association with or certification by Plaintiff by making false and misleading representations of fact.

78.     The conduct complained of herein constitutes unfair and deceptive trade practices, in violation of 815 ILCS 510/1 *et seq.*

79.     Chapterhouse's conduct as aforesaid has caused great and irreparable injury to Plaintiff, and unless such conduct is enjoined, it will continue and Plaintiff will continue to suffer great and irreparable injury.

80.     Plaintiff has no adequate remedy at law.

### SEVENTH CAUSE OF ACTION

**[Violation by Chapterhouse of the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 510/1 *et seq.*]**

81.     Plaintiff realleges and incorporates by reference Paragraphs 1 through 80 as though fully set forth herein.

82.     This is a claim for unfair and deceptive trade practices under the Illinois Consumer Fraud and Deceptive Business Practices Act, 815 ILCS 505, Section 2.

83.     Chapterhouse's business practices directed at Plaintiff and Plaintiff's customers constitutes an unfair and deceptive business practice as defined and prohibited by Illinois law.

84.     Chapterhouse has made false and deceptive representations of material fact to Plaintiff's customers with the intent that Plaintiff's customers rely on the misrepresentations.

16

Highly Confidential - AEO

85.     Chapterhouse has made false and deceptive representations of material fact relating to the source, sponsorship, approval, or certification of its goods and services with the intent that Plaintiff's customers rely on the misrepresentations.

86.     Chapterhouse has made false and deceptive representations of material fact relating to its affiliation, connection, or association with Plaintiff or certification by Plaintiff with the intent that Plaintiff's customers rely on the misrepresentations.

87.     Chapterhouse's conduct as aforesaid has caused great and irreparable injury to Plaintiff, and unless such conduct is enjoined, it will continue and Plaintiff will continue to suffer great and irreparable injury.

88.     Plaintiff has no adequate remedy at law.

## EIGHTH CAUSE OF ACTION

### [Common Law Unfair Competition–Trademark Infringement by Chapterhouse]

89.     Plaintiff realleges and incorporates by reference Paragraphs 1 through 88 as though fully set forth herein.

90.     Chapterhouse's conduct as aforesaid is likely to confuse and deceive consumers about the origin of Defendants' goods and services.

91.     The foregoing conduct of Chapterhouse constitutes infringement and misappropriation of Plaintiff's common law rights in its trademarks in violation of the common law of the State of Illinois.

92.     Chapterhouse's conduct as aforesaid has caused great and irreparable injury to Plaintiff, and unless such conduct is enjoined, it will continue and Plaintiff will continue to suffer great and irreparable injury.

93.     Plaintiff has no adequate remedy at law.

17

Highly Confidential - AEO

**JURY DEMAND**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiff demands a trial by jury as to all issues so triable in this action.

**WHEREFORE**, Plaintiff respectfully requests judgment against Defendants as follows:

1.    Preliminarily and permanently enjoining Defendants, their agents, representatives, employees, assigns, and suppliers, and all persons acting in concert or privity with them, from infringing Plaintiff's copyrighted works or using any of Plaintiff's names or marks in a manner that is likely to cause confusion, to cause mistake, or from otherwise infringing, diluting, or tarnishing Plaintiff's trademarks, or from competing unfairly with Plaintiff;

2.    Directing the destruction of all infringing merchandise and molds and means of producing the same;

3.    Awarding Plaintiff its damages and Defendants' profits derived by reason of the unlawful acts complained of herein and/or statutory damages as provided by law;

4.    Awarding Plaintiff treble damages as provided by law; and

5.    Awarding Plaintiff its reasonable attorney fees, prejudgment interest, and costs of this action as provided by law.

Dated:    December 21, 2010      Respectfully submitted,

By: /s/ Heidi L. Belongia
    Heidi L. Belongia (IL Bar No. 6277111)
    Aaron J. Weinzierl (IL Bar No. 6294055)
    FOLEY & LARDNER LLP
    321 North Clark Street, Suite 2800
    Chicago, IL 60654-5313
    Telephone: 312.832.4500
    Facsimile: 312.832.4700
    Email: hbelongia@foley.com; aweinzierl@foley.com

18

Highly Confidential - AEO

*Of Counsel:*
Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
Email: jmoskin@foley.com

*Attorneys for Plaintiff Games Workshop Limited*

NYC_970976

Highly Confidential - AEO

GW0003390

DX-175.0052