# EXHIBIT B

**From:** Moskin, Jonathan [JMoskin@foley.com]
**Sent:** Monday, January 10, 2011 9:45 AM
**To:** Chapterhouse Verizon
**Cc:** Belongia, Heidi L.
**Subject:** RE: Games Workshop

I do not know to what "little legal information" you refer to support your sense that my letter overstates Games Workshop's position, but that was not my intent. Rather, because virtually every one of your products is derived from (and therefore infringes) copyrighted Games Workshop materials, we candidly do not know how to resolve the matter without your agreement to cease all such sales. That is precisely why, having already stated our position at some length in my December 22 letter, I reached out to you to see if you had some alternative proposal. For the same reason, my client and I are disappointed that you have declined the offer. Once again, I welcome your input how you see this matter might be resolved in some other way.

Best regards,

Jonathan

---

**From:** Chapterhouse Verizon [mailto:droppods@verizon.net]
**Sent:** Tuesday, January 04, 2011 1:30 PM
**To:** Moskin, Jonathan
**Subject:** RE: Games Workshop

Hi Jonathan,

I am not sure what your client really wants. Honestly I think the complaint letter and filing were a shotgun of accusations, and I am not sure how or if they would hold up in trial.

I think it is probably good to find out what your party really wants to do, they filed the complaint and from what little legal information I could find, complaint letters usually overstate the other persons true goal, I think they go for the throat though they may want something else entirely.

I find myself very unsure that giving any of our sales records would be good for me at this initial stage of finding out what your side really wants to accomplish.


Sincerely,



Nick - Sales and Design

Chapterhouse Studios


-----Original Message-----
**From:** Moskin, Jonathan [mailto:JMoskin@foley.com]
**Sent:** Tuesday, January 04, 2011 7:50 AM
**To:** droppods@verizon.net
**Subject:** Re: Games Workshop

DEFENSE EXHIBIT
DX-639

1

DX639.0001

I continue to encourage you to consult an attorney. However, now that you've had a little time to think about this, and while I am still out of the country, I wonder if you have in mind any terms of a settlement. I can then discuss any such proposal you make with my client next week when I return.

One specific thing that would be helpful to know (and which I am quite certain my client will want to be able to evaluate before agreeing to any settlement) is the level of your sales of the accused products.
I look forward to receiving your response.

Jonathan Moskin

---

**From:** Chapterhouse Verizon [mailto:droppods@verizon.net]
**Sent:** Saturday, January 01, 2011 10:50 AM
**To:** Moskin, Jonathan
**Subject:** RE:

Jonathan,

When do you expect to be back in states working? Attorneys are rather expensive, I would not mind talking to you on what GW expects first to see if some sort of compromise could be worked out. If that does not work, then I guess I should get an attorney to try.

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** Moskin, Jonathan [mailto:JMoskin@foley.com]
**Sent:** Saturday, January 01, 2011 1:32 AM
**To:** droppods@verizon.net
**Subject:** Re:

That's OK. I am out of the country now but we can discuss what's next (with you or your attorney) when I return.

Jonathan

**From:** Chapterhouse Verizon [mailto:droppods@verizon.net]
**Sent:** Saturday, January 01, 2011 02:10 AM
**To:** Moskin, Jonathan
**Subject:** RE:

Jonathan,

2

Im sorry, my outlook had some sort of issue since its inbox reached a large amount, it kept outlook from working correctly.. some wierd error message. I guess since your message was in my outbox, it got jinxed up.

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----
**From:** Moskin, Jonathan [mailto:JMoskin@foley.com]
**Sent:** Friday, December 31, 2010 7:57 PM
**To:** droppods@verizon.net; Belongia, Heidi L.
**Subject:** Re:

We have not yet served the complaint, so the time to answer has not yet begun. However, please stop sending this same message, which I have received now 30 or 40 times.

Jonathan

**From:** Nick - Chapterhouse Studios [mailto:nick@chapterhousestudios.com]
**Sent:** Friday, December 31, 2010 01:51 PM
**To:** Belongia, Heidi L.
**Cc:** Moskin, Jonathan
**Subject:**

Dear Hiedi,

I am having a hard time finding an attorney at the moment to represent our side in the lawsuit your client has brought up. I think this is due to the holidays and all the traveling that is happening for families and get together.

I am taking this very seriously, I wish the timing was a bit better, I have never been in a law suit or in court, so this is all new for someone like me.

The few attorneys I have talked to said it would be a good idea to ask you for a 3-4 week time period to get stuff organized. I am in Texas, and I am still confused why this is taking place in Chicago. It is hard for me to find someone to help me with the law in Chicago, we are a small company and it seems Chicago lawyers cost more then the local ones.

I called your office number and it seems you are gone until the 6th I think. I will also send a copy to your partner in New York, Mr.. Moskin.

Please get back to me soon.

Sincerely,

3

DX639.0003

Nick Villacci

214.662.1697

Chapterhouse Studios


Sincerely,


Nick - Sales and Design

Chapterhouse Studios


The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

DX639.0004

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

DX639.0005