# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br>Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

**PLAINTIFF GAMES WORKSHOP LIMITED'S SECOND SUPPLEMENTAL RESPONSE TO DEFENDANT CHAPTERHOUSE STUDIOS LLC'S INTERROGATORIES SET FOUR**

Pursuant to Fed.R.Civ.P. Rules 26 and 33, Games Workshop responds as follows to the Fourth Set Interrogatories of Defendant Chapterhouse Studios LLC.

**GENERAL OBJECTIONS**

1. Games Workshop incorporates by reference the general objections in Games Workshop Limited's Response and Supplemental Response to Defendant Chapterhouse Studios LLC's Interrogatories Set Four.

**INTERROGATORIES**

**INTERROGATORY NO. 18:**

Separately for each mark YOU allege in this action, provide the date of first "use in commerce" of the mark (as that term is defined in 15 U.S.C. § 1127) by you in the U.S., and the nature of such use.

**RESPONSE:**

Games Workshop objects that this request seeks information that is irrelevant and not likely to lead to the discovery of admissible evidence insofar as Chapterhouse does not purport to claim priority of use over Games Workshop with respect to any of its marks in issue. As a result

the request is also overbroad and unduly burdensome.

Without prejudice to or waiver of the foregoing objections, Games Workshop states that the following marks were used by Games Workshop to identify itself and its Warhammer 40K line of books, magazines, miniatures, boxed sets, and other similar merchandise. The nature of such use involved the use in commerce of the Mark in the United States through the sale of a book, magazine, miniature, boxed set, or other similar merchandise at least as early as the date specified.

| Mark | Date of first "use in commerce" in the U.S. at least as early as |
|---|---|
| Warhammer | 1983 |
| Warhammer 40K | 1987 |
| 40K | 1987 |
| 40,000 | 1987 |
| Games Workshop | 1981 |
| GW | 1981 |
| Space Marine | 1986 |
| Eldar | 1988 |
| Dark Angels | 1987 |
| Tau | 2001 |
| Aquila | 1987 |
| Adeptus Mechanicus | 1987 |
| Assault Alpha Legion | 1987 |
| Black Templars | 1993 |
| Blood Angels | 1997 |
| Blood Ravens | 2004 |
| Cadian | 1995 |
| Carnifex | 1993 |
| Chaos Space Marines | 1989 |
| Chaplain | 1987 |

| | |
|---|---|
| Chimera | 1995 |
| Crimson Fists | 1987 |
| Dark Angel | 1987 |
| Deathwatch | 2001 |
| Devestator | 1989 |
| Dreadnought | 1987 |
| Drop Pod | 1990 |
| Eldar | 1987 |
| Eldar Farseer | 1990 |
| Eldar Jet Bike | 1988 |
| Eldar Warlock | 1990 |
| Eldar Seer Council | 2000 |
| Empire | 1986 |
| Exorcist | 1989 |
| Flesh Tearers | 1987 |
| Gene Stealer | 1987 |
| Grenade Launcher | 1987 |
| Halberd | 1987 |
| Heavy Bolter | 1987 |
| Heresy Armour | 1991 |
| Hellhound | 1995 |
| High Elf | 1992 |
| Hive Tyrant | 1987 |
| Horus Heresy | 1988 |
| Howling Banshee | 1991 |
| Imperial Fist | 1991 |
| Imperial Guard | 1989 |
| Inquisition | 1987 |
| Iron Hands | 1987 |
| Jetbike | 1987 |
| Jump Pack | 1987 |

| | |
|---|---|
| Land Raider | 1987 |
| Land Speeder | 1987 |
| Legion of the Damned | 1988 |
| Librarian | 1989 |
| Lightning Claw | 1989 |
| Melta | 1987 |
| Mk II Armour | 1991 |
| Mk V Armour | 1991 |
| Plasma | 1987 |
| Predator | 1989 |
| Rhino | 1988 |
| Salamander | 1989 |
| Scorpion | 1991 |
| Soul Drinker | 2002 |
| Space Wolves | 1987 |
| Stormraven | 2009 |
| Storm Shield | 1989 |
| Tactical | 1989 |
| Techmarine | 1989 |
| Termagants | 1993 |
| Terminator | 1989 |
| Thousand Sons | 1988 |
| Thunder Hammer | 1989 |
| Tyrant | 1987 |
| Tyranid Warrior | 1987 |
| Skulls | 1987 |
| Wings (eagle wings, angel wings) | 1987 |
| Lions | 1993 |
| Griffon | 1989 |
| Triptychs | 2006 |
| Broadswords | 1987 |

5

| | |
|---|---|
| Skull with horns | 1989 |
| Storm bolter (gun) | 1989 |
| Sawblade with blood-drop | 1987 |
| Clenched first in a gauntlet | 1987 |
| Snakes | 2002 |
| Flaming skulls | 2007 |
| Flaming chalice | 1987 |
| Salamander | 1989 |
| Dragon/salamander scales pattern | 1989 |
| Tau Symbol | 2001 |
| Tau – Oval vents | 2001 |
| Tau – X marking on power/ammo packs | 2001 |
| Tau – circle with a diagonal line through it | 2001 |
| Tau – geometric groves | 2001 |
| Roman numerals (combined with) arrows | 1991 |
| X crosses and inverted V | 1995 |
| Cog | 1995 |
| Iron hands icon – gauntleted left hand shown palm downwards | 1987 |
| Overlapping/banded armour | 1991 |
| Wolf fur | 1989 |
| Wolf skulls | 1989 |
| Wolf tails | 1989 |
| Raven wings with blood drop in center | 1987 |

| | |
|---|---|
| I symbol (for Inquisition) | 1987 |
| Scarab beetles | 2004 |
| Spirit stones | 1991 |
| Eldar iconography/symbols (seer icons, etc.) | 1991 |
| Eldar – Spirit Stones | 1991 |
| Eldar – decorative gems on weapons | 1991 |

Dated: March 9, 2012          Respectfully submitted,

By:   /s/ Jonathan E. Moskin
      Jonathan E. Moskin

Aaron J. Weinzierl (Ill. Bar No. 6294055)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
Email: aweinzierl@foley.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, NY 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
Email: jmoskin@foley.com

*Attorneys for Games Workshop Limited*

## **CERTIFICATE OF SERVICE**

I, Jason J. Keener, an attorney, hereby certify that on March 9, 2012, I caused a copy of the foregoing GAMES WORKSHOP LIMITED'S SECOND SUPPLEMENTAL RESPONSE TO INTERROGATORIES SET FOUR to be served on the interested parties by causing copies of this document to be served on the following *via* email to the following:

Jennifer A. Golinveaux, Esq.
Thomas J. Kearney, Esq.
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
jgolinveaux@winston.com
tkearney@winston.com
jcdonaldson@winston.com

Eric J. Mersmann, Esq.
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
cdiggins@winston.com
emersmann@winston.com

  /s/ Jason J. Keener
  Jason J. Keener