# EXHIBIT E

908

Villacci - direct

1  instance of a -- I wonder if we can zoom in. A five resin
2  pre-Heresy Assault Jump Packs. It says fit Space Marines, but I
3  think that means for Space Marines, right?
4  A.  It says fit.
5  Q.  It says fit. All right. But you're referring to your
6  product here on eBay with the term Space Marines, right?
7  A.  Saying it fits Space Marines.
8  Q.  Okay. And it's a pre-Heresy assault jump pack?
9  A.  Correct.
10 Q.  And if we go down two pages, here we have another product
11 that Chapterhouse is selling on eBay called -- it's a resin
12 Mycetic Spore for Tyranid players. Do you see that?
13 A.  Yes.
14 Q.  Now, and go down two more pages. And here it's a little
15 faint, but you see it says that you're advertising your product
16 as a Tervigon conversion kit for Tyranid Carnifex model, right?
17 A.  Yes.
18 Q.  Two more pages. Here on eBay you are referring to your
19 product as six metal Ymgarl heads fit Tyranid Genestealers. Do
20 you see that?
21 A.  Yes.
22 Q.  And these are all postings you made on eBay, right?
23 A.  Yes.
24 Q.  In the course of this litigation, Chapterhouse has not saved
25 any of its own eBay postings; is that correct?

PDF created with pdfFactory trial version www.pdffactory.com

909

Villacci - direct

1  A.  No, that's incorrect.
2  Q.  That's not correct. All right. And what have you done with
3  these forum postings that you saved?
4  A.  All this information was provided to my attorneys.
5  Q.  And let's go down a page. Oh, excuse me. Let's go to,
6  excuse me, Exhibit 683. And can you tell us what we're looking
7  at?
8  A.  It's a synopsis sales report for Chapterhouse Studios.
9  Q.  And if you look on the left-hand side of the page, it refers
10 to a whole bunch of products that Chapterhouse sells, right,
11 from their inventory?
12 A.  Yes.
13      THE COURT:  What's the number of this one again,
14 Mr. Moskin?
15      MR. MOSKIN:  683.
16      THE COURT:  Thanks.
17 BY MR. MOSKIN:
18 Q.  And let's go all the way down to the bottom, and the last
19 page, the very last page here, right here, which is if you
20 follow, this is under amount. This column, the second column,
21 is amount. Does that indicate that Chapterhouse Studios has
22 sold $427,226.35 of materials up to the date of this chart,
23 right?
24 A.  During this time span that's in the report.
25 Q.  Okay. Let's go back to Page 1. And this report is only

PDF created with pdfFactory trial version www.pdffactory.com

910

Villacci - direct

1  current as of January 8th, 2013, right?
2  A.  Yes.
3  Q.  So, in the last six months you've continued to sell lots of
4  product, right?
5  A.  Yes.
6  Q.  The name Chapterhouse, you've sold many products that are
7  compatible with the different chapters of the Space Marines,
8  right?
9  A.  Yes.
10 Q.  And the name Chapterhouse -- but you contend the name
11 Chapterhouse has nothing to do with the chapters of the Space
12 Marines, right?
13 A.  Yes.
14 Q.  I don't want to put it up on the screen, but you should have
15 in your binder Plaintiff's Exhibit 139. And would you look at
16 Pages 21 to 22? Do you see on Page 21 there's a question put to
17 you as Interrogatory Number 8? "Set forth the meaning and
18 derivation of your company name Chapterhouse and identify all
19 sources consulted and used, reviewed, or relied on by
20 Chapterhouse in selecting the name." Do you see that question?
21 A.  Yes.
22 Q.  And if you turn the page -- well, no. Before you turn the
23 page, at the very bottom I'd like to read the first part of your
24 response to that question. And you say here, and correct me if
25 I'm reading anything wrong, "Without waiving and subject to

PDF created with pdfFactory trial version www.pdffactory.com

1738

1  instance of copying, you should consider the following
2  factors:
3      First, the purpose and character of Chapterhouse's
4  use, including whether the use was of a commercial nature or
5  transformed Games Workshop's work into something of a
6  different character from Games Workshop's usage of the work.
7      Second, the degree of creativity involved in Games
8  Workshop's work.
9      Third, whether Games Workshop's work was published or
10 unpublished.
11     Fourth, the amount of Games Workshop's work that
12 Chapterhouse copied and the significance of the portion copied
13 in relation to Games Workshop's copyrighted work as a whole.
14     And, fifth, how Chapterhouse's use affected the value
15 of or the potential market for Games Workshop's work.
16     If you find that Chapterhouse did not prove fair use
17 by a preponderance of the evidence as to a particular work,
18 then you must find for Games Workshop as to that work. If, on
19 the other hand, you find that Chapterhouse proved fair use by
20 a preponderance of the evidence as to a particular work, then
21 you must find for Chapterhouse as to that work.
22     So the next instruction includes damages on the
23 copyright claims. With regard to Games Workshop's copyright
24 claims, if you find in favor of Games Workshop as to any
25 particular work, then you will be required to determine the

1739

amount of damages that Games Workshop is entitled to recover from Chapterhouse for infringement of Games Workshop's copyright in that work.

If you find in favor of Chapterhouse on all of Games Workshop's copyright claims, as to all of Games Workshop's works that are at issue, then you will not consider the question of damages on Games Workshop's copyright claims.

If you find that Games Workshop has proved that Chapterhouse infringed one or more of its copyrights, then Games Workshop is entitled to recover the profits that Chapterhouse made because of the infringement. Chapterhouse's profits are the revenues that it made because of the infringement minus Chapterhouse's expenses in producing, distributing, marketing and selling the particular product. Games Workshop is required to prove only Chapterhouse's revenues. Chapterhouse must prove its own expenses and any portion of its profits that it contends resulted from factors other than infringement of Games Workshop's copyright.

So the next series of instructions concern the trademark claims. Just one sec.

(Brief interruption.)

THE COURT: Games Workshop claims that Chapterhouse has infringed a number of Games Workshop's trademarks. Chapterhouse denies Games Workshop's claim.

A trademark is a word, symbol or combination of words

1740

or symbols used to identify a product, distinguish it from those manufactured or sold by others, and indicate the source of the product. The purpose of trademark law is to prevent confusion among consumers about the source of products and to permit trademark owners to show ownership of their products and control their products' reputation.

To prevail on its claim with regard to a particular trademark, Games Workshop must prove each of the following elements by a preponderance of the evidence:

Number 1. Games Workshop owns the symbol or term as a trademark.

Number 2. The symbol or term is a valid trademark.

Number 3. Chapterhouse used the symbol or term in a manner that is likely to cause confusion about the source, origin, sponsorship or approval of Chapterhouse's product.

I will explain what I mean by these terms in a moment.

If you find that Games Workshop did not prove each of these elements by a preponderance of the evidence as to a particular trademark, then you must find for Chapterhouse as to that trademark. If, on the other hand, you find that Games Workshop proved each of these elements by a preponderance of the evidence as to a particular trademark, then you must go on to consider Chapterhouse's defense of fair use as to that trademark.

1764
Moskin - closing

created, and the way they do that is they put the pictures in color on their website and on their forums where they promote the products and so that everybody knows that you can get at least some of that same fantasy protected competition lifted right out of Games Workshop's fantasy that it has created.

And here you see, contrary to their theory of the case, Mr. Villacci admitted he makes a rule that he won't show products on his website unless they are painted, and that's also why he has hired ten painters, as he acknowledged.

What people want to participate in and share in is the fantasy that Games Workshop has created, and that's why Games Workshop shows its products on the boxes, its boxes in color. There's another box in front of you on the table, it's Exhibit 714, of the Tyrannofex and Tervigon kit that Games Workshop sells. It's why it sponsors these Golden Demon painting competitions, because people want to paint them in the Games Workshop's own colors. It's why it publishes a book such as How to Paint a Space Marine. It's the fantasy that's being sold, and that's the only way Games Workshop can sell its products.

Now, one of their defenses is -- to the copyright claims is fair use. At the outset we heard statements that Chapterhouse simply sells things that are meant to be of benefit, they provide options for Games Workshop's own customers. But is that really what it's doing? What he

1765
Moskin - closing

actually has stated before he came to court is that he's simply looking to make money off of Games Workshop. Now, that's not a fair use, just a commercial use like that. A fair use, a real fair use would be, for example, if he wanted to write a book about the development of the Warhammer 40,000 game or where the Space Marines came from, in that context for a different purpose, not to compete directly with Games Workshop, sure, it would be understandable. You have to make reference to the originals in order to tell people what you're talking about. That's a fair use. That's a transformative, a different use. But all he's doing is making products that compete directly with Games Workshop, and that is the very opposite of a fair use, because there is no transformative purpose. A transformative purpose, as Judge Kennelly just told you, must be a purpose different from the one that Games Workshop uses its products for. And, again, there is none.

Now, just a word on damages. As Judge Kennelly just told you, we're not claiming any damages for trademark infringement, so that simplifies your task. But also we -- understand, we're not looking to be punitive, as we've said all along. All we've ever wanted is for Chapterhouse to stop selling its infringing products. We understand it's a small company. All we ask you, therefore, even on the copyright side, is not to have to wade through figuring out whether he's given you an accurate accounting of where his profits are.

1  And you've seen a sales sheet from six months ago where as of
2  that point in time he had already sold almost half a million
3  dollars worth of product, and in the ensuing six months who
4  knows how much more he's sold.  We would be -- to make -- send
5  a message to Mr. Villacci and Chapterhouse, we ask just a
6  simple nominal sum of $25,000, which quite clearly is well
7  below even his claimed 15 percent profit rate.
8          So now let's dig down to some more specifics.  As I
9  showed you in the slide a moment ago, Mr. Villacci doesn't
10 contend, has not shown any evidence that anything he's created
11 was created independently.  We've also seen that on his
12 website he names everything using -- puts it under the tab of
13 Games Workshop's own character names.  Can't possibly be a
14 coincidence that he's doing this.  Rather, it's because these
15 products he sells have no independent existence or meaning
16 other than as parts in the Games Workshop game.  They all take
17 protected expression.
18         Mr. Villacci also claimed total ignorance of the fact
19 that this Hammer of Dorn product, shoulder pad product he
20 sells was an infringement of Games Workshop and that's he's --
21 that he was surprised to see it.  But his co-owner, who again
22 is not here, when he testified, he acknowledged that he was
23 looking specifically at the picture in designing his product,
24 the picture of the Hammer of Dorn.
25         Now, Mr. Villacci is solely responsible for putting