**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:10-cv-08103 |
| v. ) | |
| ) | |
| CHAPTERHOUSE STUDIOS LLC ) | |
| ) | Judge Matthew F. Kennelly |
| ) | |
| Defendant. ) | |

**REPLY BRIEF IN SUPPORT OF DEFENDANT CHAPTERHOUSE STUDIOS'
MOTION FOR JUDGMENT AS A MATTER OF LAW OR, IN THE ALTERNATIVE, A
NEW TRIAL LIMITED TO CERTAIN ISSUES AND CLAIMS**

**Index of Exhibits**

| Exhibit | Trial Exhibit | Document Description | Document Bates Range |
|---|---|---|---|
| A | PEX 865 | GW Ex. 2 | GW0017800 – 17806 |
| B | PEX 744 | GW Ex. 1 | GW0011683 |
| C | PEX 655 | GW Ex. 8 | CHS00028664 – 28667 |
| D | PX 1020 | Claim Chart | n/a |
| E | PX 1021 | Claim Chart | n/a |
| F | DX 177 | "Disclaimers and Trademark Lists" Excerpt from GW Website | DX-177.0001 – .0002 |
| G | n/a | Combined Transcript Excerpts | n/a |