# EXHIBIT A

**Estimate of 40k sales based on despatch data**

|  | 6 months to 2 Dec 2012/13 £k | 2011/12 £k | 2010/11 £k | 2009/10 £k |
|---|---|---|---|---|
| Warhammer 40k core range sales | **34,393** | **54,616** | **52,800** | **60,574** |
| Total core product sales | 60,775 | 120,790 | 114,703 | 119,631 |
| % of core range sales | 56.6% | 45.2% | 46.0% | 50.6% |



PLAINTIFF
EXHIBIT
PX-865

CONFIDENTIAL - ATTORNEYS EYES ONLY

GW0017800

**Full Year 2011-2012 Despatch Data (valued at GPI)**

Assumed Trade Discount        35%

| Row Labels | Values Sum of Tot Value | Sum of Dir Value | Sum of Ret Value | Sum of Tra Value | | Direct | Retail | Trade | Total |
|---|---|---|---|---|---|---|---|---|---|
| WFB | 37,615 | 4,798 | 14,347 | 18,470 | | 4,798 | 14,347 | 12,005 | 31,151 |
| 40K | 71,913 | 7,700 | 26,396 | 37,816 | | 7,700 | 26,396 | 24,580 | 58,677 |
| LoTR | 5,825 | 975 | 3,102 | 1,748 | | 975 | 3,102 | 1,136 | 5,214 |
| Specialist | 4,250 | 1,711 | 709 | 1,830 | | 1,711 | 709 | 1,189 | 3,610 |
| Hobby | 37,309 | 2,851 | 16,776 | 17,683 | | 2,851 | 16,776 | 11,494 | 31,120 |
| Grand Total | 156,913 | 18,036 | 61,331 | 77,546 | | 18,036 | 61,331 | 50,405 | 129,772 |

| % of Core Business Turnover | | | | |
|---|---|---|---|---|
| WFB | 3.7% | 11.1% | 9.3% | 24.0% |
| 40K | 5.9% | 20.3% | 18.9% | 45.2% |
| LoTR | 0.8% | 2.4% | 0.9% | 4.0% |
| Specialist | 1.3% | 0.5% | 0.9% | 2.8% |
| Hobby | 2.2% | 12.9% | 8.9% | 24.0% |
| | 13.9% | 47.3% | 38.8% | 100.0% |

**YTD: November 2012-2013 Despatch Data (valued at GPI)**

| Row Labels | Values Sum of Tot Value | Sum of Dir Value | Sum of Ret Value | Sum of Tra Value | | Direct | Retail | Trade | Total |
|---|---|---|---|---|---|---|---|---|---|
| WFB | 10,688 | 1,376 | 4,194 | 5,117 | | 1,376 | 4,194 | 3,326 | 8,897 |
| 40K | 49,698 | 7,559 | 16,067 | 26,072 | | 7,559 | 16,067 | 16,947 | 40,573 |
| LoTR | 4,244 | 519 | 1,918 | 1,806 | | 519 | 1,918 | 1,174 | 3,611 |
| Specialist | 292 | 289 | 2 | 1 | | 289 | 2 | 0 | 292 |
| Hobby | 21,227 | 4,662 | 8,265 | 8,300 | | 4,662 | 8,265 | 5,395 | 18,322 |
| Grand Total | 86,149 | 14,406 | 30,447 | 41,296 | | 14,406 | 30,447 | 26,842 | 71,695 |

| % of Core Business Turnover | | | | |
|---|---|---|---|---|
| WFB | 1.9% | 5.9% | 4.6% | 12.4% |
| 40K | 10.5% | 22.4% | 23.6% | 56.6% |
| LoTR | 0.7% | 2.7% | 1.6% | 5.0% |
| Specialist | 0.4% | 0.0% | 0.0% | 0.4% |
| Hobby | 6.5% | 11.5% | 7.5% | 25.6% |
| | 20.1% | 42.5% | 37.4% | 100.0% |

* The value of despatches at GPI will differ from the group sales for a number of reasons, including timing differences on sales to end customers, stock despatched from warehouses that ultimately gets written off, VAT and exchange rate fluctuations.
Therefore the proportion of despatches has been applied to actual sales data to get the split.

CONFIDENTIAL - ATTORNEYS EYES ONLY

Full Year 2009-2010 Despatch Data (valued at GPI)

Assumed Trade Discount    35%

|  | Values | | | |
|---|---|---|---|---|
| Row Labels | Sum of Tot Value | Sum of Dir Value | Sum of Ret Value | Sum of Tra Value |
| WFB | 24,856 | 3,359 | 8,937 | 12,559 |
| 40K | 74,592 | 7,635 | 26,905 | 40,052 |
| LoTR | 7,475 | 1,062 | 3,230 | 3,184 |
| Specialist | 5,991 | 2,525 | 1,295 | 2,171 |
| Hobby | 32,059 | 2,169 | 15,449 | 14,441 |
| Grand Total | 144,973 | 16,750 | 55,817 | 72,407 |

| | Direct | Retail | Trade | Total |
|---|---|---|---|---|
| | 3,359 | 8,937 | 8,164 | 20,460 |
| | 7,635 | 26,905 | 26,034 | 60,574 |
| | 1,062 | 3,230 | 2,069 | 6,361 |
| | 2,525 | 1,295 | 1,411 | 5,232 |
| | 2,169 | 15,449 | 9,387 | 27,004 |
| | 16,750 | 55,817 | 47,064 | 119,631 |

% of Core Business Turnover

| | Direct | Retail | Trade | Total |
|---|---|---|---|---|
| WFB | 2.8% | 7.5% | 6.8% | 17.1% |
| 40K | 6.4% | 22.5% | 21.8% | 50.6% |
| LoTR | 0.9% | 2.7% | 1.7% | 5.3% |
| Specialist | 2.1% | 1.1% | 1.2% | 4.4% |
| Hobby | 1.8% | 12.9% | 7.8% | 22.6% |
| | 14.0% | 46.7% | 39.3% | 100.0% |

Full Year 2010-2011 Despatch Data (valued at GPI)

|  | Values | | | |
|---|---|---|---|---|
| Row Labels | Sum of Tot Value | Sum of Dir Value | Sum of Ret Value | Sum of Tra Value |
| WFB | 37,591 | 4,861 | 13,199 | 19,531 |
| 40K | 65,273 | 6,457 | 23,179 | 35,637 |
| LoTR | 5,134 | 844 | 2,510 | 1,780 |
| Specialist | 793 | 741 | 12 | 40 |
| Hobby | 30,888 | 2,295 | 14,221 | 14,372 |
| Grand Total | 139,679 | 15,199 | 53,120 | 71,360 |

| | Direct | Retail | Trade | Total |
|---|---|---|---|---|
| | 4,861 | 13,199 | 12,695 | 30,755 |
| | 6,457 | 23,179 | 23,164 | 52,800 |
| | 844 | 2,510 | 1,157 | 4,511 |
| | 741 | 12 | 26 | 779 |
| | 2,295 | 14,221 | 9,342 | 25,858 |
| | 15,199 | 53,120 | 46,384 | 114,703 |

% of Core Business Turnover

| | Direct | Retail | Trade | Total |
|---|---|---|---|---|
| WFB | 4.2% | 11.5% | 11.1% | 26.8% |
| 40K | 5.6% | 20.2% | 20.2% | 46.0% |
| LoTR | 0.7% | 2.2% | 1.0% | 3.9% |
| Specialist | 0.6% | 0.0% | 0.0% | 0.7% |
| Hobby | 2.0% | 12.4% | 8.1% | 22.5% |
| | 13.3% | 46.3% | 40.4% | 100.0% |

CONFIDENTIAL - ATTORNEYS EYES ONLY

GW0017802

|  | 6 months to 2 Dec 12/13 £ | 11/12 £ | 10/11 £ | 09/10 £ | 08/09 £ | 07/08 £ | 06/07 £ | 05/06 £ | 04/05 £ | 03/04 £ | 02/03 £ | 01/02 £ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 40k Forge World sales | 2,922,269 | 4,394,418 | 4,912,967 | 4,269,566 | 4,155,601 | 3,255,538 | 2,635,498 | 2,432,470 | 2,129,054 | 1,461,774 | 1,126,331 | 887,152 |
| Direct | See Note | See Note | 4,476,270 | 4,024,095 | 3,703,232 | 2,884,382 | 2,306,753 | 2,105,667 | 1,754,431 | 1,189,845 | 1,126,331 | 887,152 |
| Exhibitions | See Note | See Note | 436,697 | 245,471 | 452,369 | 371,156 | 328,745 | 326,803 | 374,623 | 271,929 | 0 | 0 |
| Total FW sales | 3,784,684 | 5,768,479 | | | | | | | | | | |
| Split as: | | | | | | | | | | | | |
| Direct | 3,081,126 | 5,481,828 | | | | | | | | | | |
| Exhibitions | 703,558 | 286,651 | | | | | | | | | | |

The split of exhibition sales by system is not available currently for 11/12 and 12/13.

GW0017803

| Trade marks | Type of Mark | Example Product | Example Product Code | US Sales Values GW Year 2004 | US Sales Values GW Year 2005 | US Sales Values GW Year 2006 | US Sales Values GW Year 2007 | US Sales Values GW Year 2008 | US Sales Values GW Year 2009 | US Sales Values GW Year 2010 | US Sales Values GW Year 2011 | US Sales Values GW Year 2012 | US Sales Values GW Year 2013 | Total Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Assault Cannon | Unregistered | | | $16,294 | $16,575 | $14,500 | $4,215 | $2,102 | $8,954 | $7,324 | $3,344 | $2,735 | $395 | $76,439 |
| | | Wolf Guard Terminator Assault Cannon | 99060101145 | $3,656 | $3,591 | $3,575 | $934 | $207 | $47 | | | | | $12,010 |
| Broadside Battlesuit | Unregistered | | | $84,835 | $76,815 | $96,183 | $96,703 | $89,080 | $96,346 | $105,839 | $90,262 | $17,727 | $1,814 | $755,605 |
| | | TAU XV88 BROADSIDE BATTLESUIT | 99140113005 | $84,835 | $76,815 | $96,183 | $96,703 | $89,080 | $91,798 | $105,734 | $89,053 | $15,276 | $35 | $745,513 |
| Cadian | Unregistered | | | $784,946 | $488,039 | $747,156 | $741,380 | $738,355 | $980,172 | $844,550 | $631,100 | $513,562 | $271,948 | $6,641,208 |
| | | Cadian Kasrkin Squad Box | 47-23 (99110105165) | $109,471 | $78,925 | $97,144 | $91,811 | $88,076 | $65,058 | $30,552 | $26,775 | $13,829 | $3,770 | $605,410 |
| Crisis Battlesuit | Unregistered | | | $76,844 | $86,350 | $143,040 | $176,021 | $145,247 | $165,621 | $193,956 | $159,289 | $137,954 | $86,576 | $1,370,898 |
| | | TAU XV8 CRISIS BATTLESUIT | 99120113005 | $76,006 | $74,892 | $96,639 | $95,258 | | | | | | | |
| Dark Elf | Unregistered | | | $196,578 | $167,521 | $180,226 | $176,910 | $136,511 | $340,237 | $385,821 | $328,844 | $257,224 | $61,422 | $2,731,295 |
| | | | | | | | | | | | | | | $0 |
| Grey Knight | Unregistered | | | $25,451 | $23,607 | $115,397 | $138,211 | $127,369 | $178,800 | $178,963 | $842,460 | $700,644 | $58,137 | $2,389,040 |
| | | GREY KNIGHT TERMINATOR SQUAD | 99110107006 | $60,893 | $54,285 | $55,730 | $64,072 | $69,882 | $66,705 | $55,816 | $10,492 | $23 | | $437,898 |
| Heavy Bolter | Unregistered | | | $24,032 | $20,037 | $24,364 | $15,017 | $8,560 | $9,078 | $9,050 | $10,834 | $12,512 | $26,299 | $159,784 |
| | | Heavy Bolter Turret Emplacement | IA-GUA-T-019 | | | | $668 | $560 | $384 | $803 | $316 | $849 | $728 | $4,957 |
| Heavy Flamer | Unregistered | | | $18,071 | $9,157 | $8,390 | $6,772 | $5,851 | $6,918 | $12,950 | $6,118 | $4,894 | $2,022 | $81,143 |
| | | HEAVY FLAMER - BATTLE SISTER | 99060108007 | $4,364 | $6,624 | $5,170 | $5,703 | $4,940 | $5,848 | $4,481 | $2,632 | $1,678 | $514 | $40,792 |
| Heavy Weapon | Unregistered | | | $200,803 | $107,762 | $135,084 | $136,234 | $107,540 | $124,579 | $132,516 | $93,251 | $59,150 | $28,460 | $1,125,379 |
| | | Cadian Heavy Weapon Squad Box | 47-19 (99120105009) | $109,964 | $52,612 | $68,751 | $67,169 | $67,752 | $73,643 | $62,838 | $50,903 | $45,024 | $26,267 | $624,923 |
| Iconoclast | Unregistered | | | | | | | | $972 | $1,270 | $1,306 | $345 | $297 | $4,389 |
| | | BFG CHAOS ICONOCLAST CLASS DESTROYERS | 99060802006 | | | | | | $611 | $799 | $821 | $374 | $149 | $2,755 |
| Imperial Guard | Unregistered | | | $669,859 | $365,369 | $452,136 | $397,722 | $1,163,369 | $1,732,579 | $2,490,522 | $2,027,130 | $1,490,152 | $665,278 | $11,454,116 |
| | | Codex: Imperial Guard (3rd Edition to 2009 then 4th edition from 2010) | 47-01-60, (60030105003), (60030105004) | $165,765 | $67,441 | $89,374 | $85,725 | $82,109 | $265,634 | $192,323 | $107,428 | $92,054 | $45,904 | $1,193,756 |
| Jet Bike | Unregistered | | | $64,711 | $45,504 | $52,052 | $67,929 | $60,500 | $44,665 | $65,178 | $61,620 | $40,174 | $60,676 | $563,210 |
| | | Eldar Jetbike | 99120104002 | | | $13,086 | $26,773 | $22,922 | $18,292 | $31,346 | $23,361 | $21,147 | $16,679 | $173,606 |
| Land Raider | Unregistered | | | $156,259 | $165,385 | $237,166 | $216,056 | $326,430 | $413,821 | $488,179 | $456,609 | $431,088 | $140,485 | $3,031,477 |
| | | Space Marine Land Raider Box | 48-14 (99120101010), (99120101061) | $59,033 | $60,665 | $68,728 | $64,523 | $68,987 | $90,508 | $113,803 | $99,573 | $96,333 | $29,312 | $751,465 |
| Lascannon | Unregistered | | | $34,378 | $28,719 | $49,221 | $31,860 | $10,994 | $4,898 | $925 | $1,799 | $2,750 | $1,386 | $166,750 |
| | | CHAOS SM HAVOC W LASCANNON | 99060102076 | $7,412 | $6,455 | $7,950 | $7,537 | $6,695 | $4,800 | $855 | $977 | $666 | $297 | $43,642 |
| Lasgun | Unregistered | | | $468 | $5,770 | $776 | $279 | $38 | $71 | $68 | $22 | | | $7,490 |
| | | IRON GUARD WITH LASGUN 1 | 9947010500401 | | $11 | $150 | $41 | $43 | | | | | | $245 |
| Lightning Claw | Unregistered | | | $20,218 | $20,612 | $13,923 | $1,259 | $650 | $4,826 | $16,767 | $8,824 | $3,654 | $190 | $90,923 |
| | | Terminator Left Lightning Claw | 10103912 (99060101039 / 99060101402) | $20,218 | $19,354 | $5,204 | $60 | $10 | $3,344 | $6,871 | $4,419 | $1,847 | $190 | $61,518 |
| Meltagun | Unregistered | | | | $705 | $6,224 | $1,495 | $1,257 | $18,375 | $44,260 | $46,248 | $21,887 | $6,992 | $147,484 |
| | | ELYSIAN MELTAGUN SQD | IA-ELY-I-016 | | | $63 | $281 | $496 | $616 | $467 | $1,315 | | | $3,102 |
| Plasma Cannon | Unregistered | | | $14,704 | $14,851 | $16,245 | $11,201 | $592 | $2,815 | $1,870 | $1,792 | $428 | $1,750 | $66,248 |
| | | DEVASTATOR W/ PLASMA CANNON | 99060101191 | $14,704 | $14,780 | $14,609 | $10,920 | $213 | $1,623 | $984 | $776 | $279 | $125 | $59,014 |
| Plasma Gun | Unregistered | | | | | $1,111 | $10,251 | $1,424 | $730 | $13,959 | $19,109 | $18,304 | $8,098 | $78,064 |
| | | CADIAN W/PLASMA GUN | 9947010517202 | | | $242 | $2,481 | $443 | $17 | | | $5,079 | | $3,183 |
| Power Claw | Unregistered | | | | | $269 | $2,761 | $382 | $38 | $1,628 | $620 | $1,105 | $3,274 | $10,076 |
| | | C.REAVER POWER CLAW | IA-TTN-E-054 | | | | | | | $1,618 | $471 | $677 | $3,274 | $6,039 |
| Razorback | Unregistered | | | $54,497 | $108,085 | $82,600 | $50,883 | $96,891 | $96,695 | $152,974 | $231,028 | $292,022 | $69,417 | $1,235,084 |
| | | SPACE MARINE RAZORBACK | 99120101020 | $54,497 | $47,578 | $50,468 | $50,196 | $46,496 | $3,779 | | | | | $253,014 |
| Space Marine | Registered Class 9 | | | | | | | | | | | $19,918,540 | $1,279,384 | $21,197,923 |
| | | Warhammer 40,000 Spacemarine Computer game | Per Licensing Statements from THQ | | | | | | | | | $19,918,540 | $1,279,384 | $21,197,923 |
| Space Marine | Unregistered Class 9 | | | $61,256 | $470,905 | $229,958 | $194,104 | $645,091 | $897,883 | $479,505 | $293,541 | $240,152 | $908,815 | $4,121,209 |
| | | SPACE MARINE CODEX (ENGLISH) | 60030101006 | $265,987 | $180,765 | $163,247 | $130,454 | $15,643 | $13 | | | | | $756,109 |
| Space Marine | Registered Class 28 | | | $1,090,881 | $2,145,375 | $2,862,253 | $2,806,571 | $3,864,005 | $5,368,539 | $5,277,143 | $4,398,021 | $4,234,396 | $2,508,666 | $34,551,851 |
| | | Spacemarine Terminator | 99120101027 | $131,171 | $273,741 | $228,552 | $216,429 | $149,606 | $139,986 | $124,993 | $115,995 | $55,264 | | $1,435,737 |
| Storm Raven | Unregistered | | | | | | | | | | $397,401 | $274,822 | $94,516 | $766,740 |
| | | Stormraven Gunship box | 99120101088 | | | | | | | | $397,401 | $274,822 | $94,516 | $766,740 |
| Tactical | Unregistered | | | $149,637 | $217,666 | $289,530 | $285,118 | $250,741 | $291,769 | $296,213 | $252,047 | $274,984 | $166,324 | $2,474,019 |
| | | Space Marine Tactical Squad box | 99120101025 | | $64,131 | $255,117 | $273,314 | $247,810 | $192,011 | $108,278 | $84,934 | $94,102 | $117,920 | $1,436,017 |
| Tau | Registered Class 16 | | | $60,487 | $59,406 | $175,296 | $150,303 | $102,000 | $87,282 | $76,508 | $60,359 | $52,472 | $31,801 | $855,914 |
| | | Codex: Tau | 60030113001 | $60,345 | $59,646 | $39,546 | $220 | | | | | | | $156,750 |
| Tau | Registered Class 16 | Tau Crisis Battlesuit Commander | 99140113016 | $648,587 | $679,249 | $1,519,010 | $1,372,656 | $1,190,470 | $1,023,666 | $962,559 | $833,150 | $695,706 | $336,789 | $9,255,842 |
| Terminator | Unregistered | | | $343,628 | $411,561 | $770,264 | $673,869 | $811,120 | $710,762 | $951,752 | $1,062,298 | $513,682 | $726,118 | $7,577,034 |
| | | Space Marine Terminator Squad | 99120101027 | $50,809 | $67,305 | $122,070 | $86,380 | $78,680 | $63,141 | $117,461 | $86,136 | $65,196 | $22,059 | $761,436 |
| Tyranid Warrior | Unregistered | | | | | $112,248 | $60,618 | $73,279 | $57,062 | $110,289 | $82,317 | $58,837 | $22,059 | $596,709 |
| | | Tyranid Warriors Box | 99120106003 | | | | | $297 | $420 | $308 | $346 | $242 | $210 | $1,823 |
| Twin Linked Plasma Cannon | Unregistered | | | | | | $560 | $297 | | | | | | $857 |
| Aquila Double Headed Eagle Design | Registered Class 16 | Warhammer 40,000 Dawn of War: Soulstorm Computer Game | Per Licensing Statements from THQ | | | | | $2,967,378 | $1,995,173 | $7,536,823 | $7,199,500 | $28,098,356 | $3,327,165 | $57,095,395 |
| Aquila Double Headed Eagle Design | Registered Class 16 2008 prior to that we have unregistered use | | | | | | | $2,967,378 | $1,133,815 | $355,177 | $324,209 | $164,782 | $128,659 | $5,074,020 |
| | | Warhammer 40,000 Rulebook (5th Edition) | 60040199020 | | | | | $1,800,134 | $2,876,429 | $2,307,604 | $1,883,073 | $1,765,161 | $2,652,110 | $13,284,510 |
| | | Cities of Death | 60040199017 | | | | | $3,575 | $934,305 | $281,144 | $257,258 | $194,131 | $58 | $1,670,471 |
| | | The Imperial Infantryman's Uplifting Prime | 60710199018 | | | | $140,675 | $22,039 | $14,397 | $16,834 | $10,815 | $8,312 | $2,092 | $215,664 |
| Aquila Double Headed Eagle Design | Registered Class 28 | Imperial Guard Valkyrie | 99120105038 | $15,378 | | $12,092 | | $168 | $20 | | $20 | $20 | | $27,698 |
| | | | | | | | | $15,697,016 | $18,735,409 | $20,141,133 | $18,370,031 | $19,642,790 | $10,886,762 | $103,459,140 |
| Blood Drops | Unregistered | | | $18,193 | $16,815 | $8,902 | $4,524 | $7,446 | $6,955 | $185,275 | $181,915 | $147,107 | $63,867 | $641,000 |
| | | Blood Angels Death Company | 99110101159 | $18,193 | $16,815 | $8,902 | $4,524 | $7,446 | $6,955 | $5,038 | | | | $67,873 |
| | | Blood Angels Sanguinary Priest | 99800101047 | | | | | | | | | | $574 | $574 |
| | | Blood Angels Death Company | 99120101084 | | | | | | | $180,237 | $181,915 | $147,107 | $63,293 | $572,552 |
| Salamander Head Icon | Unregistered | | | $0 | $0 | $0 | | $0 | $0 | | $147 | $2,718 | $3,026 | $5,891 |
| | | Forgefather Vulkan He'stan product | 99800101058 | | | | | | | | $147 | $1,299 | $436 | $1,882 |
| | | Salamanders Venerable Dreadnought | 99590101207 | | | | | | | | | $1,804 | | $1,804 |
| | | Salamander Land Raider Doors | 99550101006 | | | | | | | | | $479 | $1,727 | $2,206 |
| Winged Blood Drops | Unregistered | | | $18,193 | $16,815 | $8,902 | $4,524 | $7,446 | $6,955 | $153,789 | $148,896 | $105,482 | $46,755 | $517,759 |
| | | Blood Angels Death Company | 99110101159 | $18,193 | $16,815 | $8,902 | $4,524 | $7,446 | $6,955 | $5,038 | $0 | $0 | $0 | $67,873 |
| | | Blood Angels Sanguinary Priest | 99800101047 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | $574 | $574 |

CONFIDENTIAL - ATTORNEYS EYES ONLY

| Trademark | Status | Item | Code | | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Blood Angels Sanguinary Guard | 99120101085 | | | | | | $148,751 | $148,896 | $105,482 | $46,182 | | $449,311 |
| Fists Logo | Unregistered | | | $0 | $0 | $2,382 | $1,284 | $2,391 | $5,929 | $5,370 | $2,967 | $6,136 | $7,398 | $33,857 |
| | | Crimson Fists Rhino Door Sets | IA-ISM-A-015 (99550101016) | | | $1,337 | $434 | $1,289 | $2,986 | $2,621 | $1,661 | $2,100 | $3,389 | $15,817 |
| | | Crimson Fists Land Raider Door Sets | IA-ISM-A-007 (99550101008) | | | $190 | $294 | $593 | $1,646 | $1,541 | $1,169 | $1,243 | $2,509 | $9,184 |
| | | Imperial / Crimson Fist Icons | IA-ISM-A-032 (99550101033) | | | $855 | $557 | $510 | $1,297 | $1,208 | $137 | $2,793 | $1,499 | $8,856 |
| Fists with Wreaths | Unregistered | | | $0 | $21,843 | $11,443 | $9,537 | $2,253 | $34,753 | $25,065 | $17,393 | $6,105 | $436 | $128,830 |
| | | CRIMSON FISTS PEDRO KANTOR | 99060101395 | | | | | | $25,721 | $14,405 | $8,928 | $2,374 | $15 | $51,443 |
| | | CAPTAIN LYSANDER | 99060101311 | | $21,843 | $11,443 | $9,537 | $2,253 | $9,032 | $10,661 | $8,465 | $3,639 | $0 | $76,873 |
| | | CRIMSON FIST COMMAND SQUAD UPGRADE PACK | 99800101044 | | | | | | | | | $93 | $421 | $514 |
| Arrows on Shoulderpads | Unregistered | | | $0 | $0 | $0 | $0 | $676 | $8,304 | $6,125 | $4,388 | $2,869 | $1,004 | $23,367 |
| | | | 99060101373 | | | | | $177 | $1,933 | $1,414 | $774 | $480 | $259 | $5,037 |
| | | | 99060101374 | | | | | $261 | $3,890 | $2,555 | $1,974 | $1,272 | $421 | $10,373 |
| | | | 99060101375 | | | | | $238 | $2,482 | $2,156 | $1,640 | $1,116 | $325 | $7,957 |
| | | | | | | | | | | | | | | $0 |

**Notes**

The following is pulled from the core NAS system data for US only sales for the following channels:
- Retail (from 2006)
- Trade (all years)
- Direct 2005 to 2007 (inclusive)

The following is pulled from the global webstore pulling out US Webstore sales to the US only.
- Direct from 2008 onwards
- Forgeworld Sales from 2006 onwards

**Currencies**

The above data is in USD.
The data from the NAS system is in USD
The data from the Global Web System is in £ but converted in the above at an exchange rate of 1.58.
The data from the Forgeworld System is in £ but converted in the above at an exchange rate of 1.58.

Note the sales total may be misleading as some trademarks apply to more than one item. E.g. The Aquila is on most 40k products.

We have pulled out 1 example of each trade mark though there are many different examples or versions of items (for example a codex could have several editions and therefore every so many years a new version could have been released)
For the Blood Drops down to Arrows on shoulderpads we have pulled several examples and the total amount shown is just the total of these examples. It is very time consuming to pull out all examples of these and then check for the relevant sales data and therefore decided to pull out some examples of products using these marks.

For the Aquila this was used as a registered trade mark during the period 2008 onwards, prior to this was an unregistered trademark used on certain products. A selection of products have been identified where unregistered use was used prior to Year ended 31st May 2008

CONFIDENTIAL - ATTORNEYS EYES ONLY

| Sales of Products in the US | Product Codes | US Sales Values GW Year 2004 | US Sales Values GW Year 2005 | US Sales Values GW Year 2006 | US Sales Values GW Year 2007 | US Sales Values GW Year 2008 | US Sales Values GW Year 2009 | US Sales Values GW Year 2010 | US Sales Values GW Year 2011 | US Sales Values GW Year 2012 | US Sales Values GW Year 2013 | Total Sales |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Imperial Guard Cadian Shock Troops | 47-17 / 99120105008 / 99120105039 | $264,864 | $136,528 | $204,632 | $207,956 | $199,717 | $235,451 | $180,002 | $146,857 | $130,414 | $73,586 | $1,780,007 |
| Imperial Guard Codex 2008 | 60030105004 | $0 | $0 | $0 | $0 | $0 | $265,634 | $192,323 | $107,428 | $92,054 | $45,904 | $703,343 |
| Space Marine Tactical Squad | 99120101025 | | $64,131 | $255,117 | $273,814 | $247,810 | $192,011 | $106,278 | $84,834 | $94,102 | $117,920 | $1,436,017 |
| Space Marine Devastator Squad | 99110101308 / 99120101053 | | $37,807 | $53,395 | $102,333 | $157,763 | $190,294 | $201,442 | $174,588 | $181,572 | $92,074 | $1,191,268 |
| Space Marine Sternguard Veteran Squad | 99810101016 | | | | | | | | $6,941 | $48,264 | $16,319 | $71,625 |
| Grey Knight Terminators | 99060107013 | $22,446 | $16,594 | $17,929 | $16,817 | $14,094 | $11,835 | $6,852 | $177 | -$15 | $0 | $106,728 |
| FW Space Marine Phobos Bolter Pattern | 99550101183 | | | | | | | | $891 | $4,995 | $28,852 | $34,738 |
| Space Marine Codex 2008 | 60030101010 | | | | | | $564,476 | $262,603 | $160,230 | $144,170 | $55,430 | $1,186,909 |
| Imperial Guard Storm Trooper Squad | 99110105273 | | | | | | | | $8,463 | $5,482 | $1,425 | $15,369 |
| FW Mklb Land Raider | ZZ-ISM-T-005 | | | | | | | | | $753 | $2,891 | $3,644 |
| Storm Raven Gunship | 99120101088 | | | | | | | | $397,401 | $274,822 | $94,516 | $766,740 |
| Space Marine Razorback | 99120101020 / 99120101064 | $54,497 | $47,578 | $50,468 | $50,196 | $47,891 | $88,896 | $146,199 | $217,342 | $289,230 | $68,576 | $1,060,873 |
| FW Lascannon Razorback Conversion Kit | IA-ISM-T-020 | | | $833 | $674 | $499 | $1,155 | $816 | $1,742 | $2,565 | $2,918 | $11,202 |
| Imperial Guard Codex 1995 | No Sales data available as over 10 years old | | | | | | | | | | | $0 |
| Epic 40,000 1997 | No Sales data available as over 10 years old | | | | | | | | | | | $0 |
| Grey Knight Codex 2010 | 60030107002 | | | | | | | | $260,588 | $125,396 | $41,735 | $427,718 |
| Leman Russ Demolisher | 99120105045 | | | | | | | $234,170 | $108,231 | $86,998 | $36,235 | $465,634 |
| Space Marine Codex 2004 | 60030101006 | | $265,987 | $180,765 | $163,247 | $130,916 | $11,324 | | | | | $752,239 |
| Space Marine Wolf Guard Terminators | 99120101079 | | | | | | | $231,571 | $112,287 | $114,447 | $45,917 | $504,223 |
| FW Space Marine Terminator Weapon Set | 99550101253 | | | | | | | | | $5,073 | $21,994 | $27,067 |
| Blood Angels Codex 2009 | 60030101012 | $0 | $0 | $0 | $0 | $0 | $0 | $202,728 | $119,750 | $87,393 | $32,457 | $442,327 |
| Ultramarines Codex 1995 | No Sales data available as over 10 years old | | | | | | | | | | | $0 |
| Space Marine Terminator Squad | 99120101027 | | $131,171 | $273,741 | $228,552 | $216,429 | $149,606 | $139,986 | $124,993 | $115,995 | $55,264 | $1,435,737 |
| Warhammer 40,000 Compilation 1991 | No Sales data available as over 10 years old | | | | | | | | | | | $0 |
| Space Marine Attack Bike | 99120101030 | | $39,950 | $34,313 | $39,773 | $34,778 | $46,954 | $47,057 | $34,055 | $30,594 | $16,332 | $323,805 |
| Tau XV8 Battlesuit | 99120113005 | $76,006 | $74,892 | $96,639 | $95,258 | $74,959 | $85,079 | $116,109 | $108,874 | $124,139 | $83,472 | $935,427 |
| Tau Crisis Battlesuit Commander | 99140113016 | | | | $51,534 | $89,620 | $67,476 | $61,998 | $57,065 | $41,541 | $7,441 | $376,675 |
| FW Tau XV9-01 with Fusion Cascades | IA-TAU-D-008 | | | | | | | $2,484 | $9,563 | $7,092 | $12,868 | $32,000 |
| FW Tau Battlesuit commander Shas'o R'alai with drones | IA-TAU-D-010 | | | | | | | $2,837 | $12,721 | $10,493 | $21,406 | $47,457 |
| Tau Empire Codex 2005 | 60030113002 | | | $142,117 | $150,063 | $102,000 | $87,304 | $76,488 | $60,439 | $52,501 | $31,801 | $702,739 |
| Horus Heresy: Collected Visions | 60040181012 / 70040181012 | | | | $888 | $7,782 | $79,335 | $47,123 | $33,511 | $15,497 | $11,045 | $195,180 |
| Armour Through The Ages | 99110101370 / 99810101076 | | | | | $450 | $5,726 | $2,670 | $1,956 | $1,528 | $736 | $13,067 |
| Imperial Armour Volume 1 The Badab War Part 1 | BK-PUB-B-003 / 60040187015 | | | $26,907 | $20,628 | $19,449 | $13,154 | $6,175 | $1,510 | $158 | $61,502 | $149,483 |
| Lizardmen Kroxigor | 99060208045 | $19,366 | $14,960 | $17,050 | $19,660 | $18,743 | $7,410 | $6 | | -$3 | | $97,192 |
| Lizardmen Rulebook 2003 | 60030208001 | $43,835 | $27,347 | $31,008 | $33,237 | $27,488 | $12,799 | $47 | | | | $175,762 |
| Lizardmen Rulebook 2008 | 60030208002 | | | | | $104,816 | $49,693 | $39,839 | $28,871 | $8,513 | | $231,733 |
| Index Astartes 1 2002 | 60030199004 | $6,749 | $2,259 | $1,526 | | -$265 | | | $10 | | | $10,459 |
| The Art of Clint Langley | 60049981012 | | | | | | $554 | $1,021 | -$23 | -$32 | $0 | $1,520 |
| How to Paint Space Marines 2004 | 60040101004 | | $6,417 | $38,852 | $38,231 | $29,146 | $30,192 | $27,701 | $22,888 | $16,785 | $0 | $210,010 |
| Index Astartes 3 2003 | 60030199009 | $35,840 | $8,915 | $1,761 | | | | | | | | $46,515 |
| FW Tyranid Warrior Wings Conversion Kit | IA-TYR-I-001 | | | $7,668 | $5,544 | $5,266 | $6,125 | $7,206 | $5,841 | $6,328 | $8,892 | $52,871 |
| Urien Rakarth | 99800112003 | | | | | | | | $1,366 | $11,493 | $2,888 | $15,747 |
| Codex Dark Elder 2010 | 60030112002 | | | | | | | | $267,748 | $104,337 | $32,233 | $404,319 |
| | | | | | | | | | | | | $0 |
| | | | | | | | | | | | | $0 |

**Notes**
The following is pulled from the core NAS system data for US only sales for the following channels:
- Retail (from 2006)
- Trade (all years)
- Direct 2005 to 2007 (inclusive)

The following is pulled from the global webstore pulling out US Webstore sales to the US only.
- Direct from 2008 onwards
- Forgeworld Sales from 2006 onwards
- Black Library Sales from 2006 onwards

**Currencies**
The above data is in USD.
The data from the NAS system is in USD
The data from the Global Web System is in £ but converted in the above at an exchange rate of 1.58.
The data from the Forgeworld System is in £ but converted in the above at an exchange rate of 1.58.
The data from the Black Library System is in £ but converted in the above at an exchange rate of 1.58.