# EXHIBIT B

PLAINTIFF EXHIBIT PX-744



10 Gallery Images
Gallery Votes: 0
Posts: 1052

Joined: 2008/12/04 20:53:26
Location: USA
Offline
Filter Thread

> **Rico wrote:**
>
> > **Dan22 wrote:**
> > Your doing all this without GW's permission? Theres pages of legal stuff on the GW website saying that you can't produce modification kits for their ranges without their approval. How did you manage to get around this?
>
> Why does this ALWAYS come up...
>
> /headdesk

Because too many people are lemmings and do not think for themselves, they let big corporations do that for them :(

Sorry that was a bit harsh, but many people take GWs "Legal Page" as real law and do not realize that it is GW's Policy, not any countries Laws they have posted on that webpage.

> **Sgt.Roadkill wrote:**
> just out of interest what ever happened to the armored predator front panels you guys were working on a while back?

It is done, but since we are a small company and are investing $5-600 in molds this week, I need to space out the expenses. If more people buy, i can make more products available. I am investing a lot of time into seeing if it is feasable for a company our size to have manufacturing done in china.

> **Vermillion wrote:**
> Wouldn't the GW icon thing have some leeway? Example an omega symbol, winged daggers/swords, bird with a blood drop

Yes, but we have to walk a fine line there. It is hard to predict what people will buy when it comes to existing chapters. how close to the original Iron Hands icon do we have to stay to make some money off it?

Exalt This Post +1

2009/10/05 02:12:30

**Subject:** Upcoming Chapterhouse Studios releases - Shoulder Pads and Rhino/Land Raider Kits

**Sgt.Roadkill**
Dakka Veteran

well unfortuanetly only doing 2 marine armies and one of them is renegade so can';t invest more. the new snaky frontplate would be great for my marine army but thats about it.

i will have to hold out for the pred front plate then. i have a pre heresy predator which could benefit for a decent front place replacement which isn't bodged together out of the end of a land raider engine.