# EXHIBIT C



# ChapterHouse STUDIOS

Shopping Cart | Checkout

PRODUCTS | NEWS | ABOUT US | CONTACT | FORUM | GALLERY | COMMISIONS

Search

- Dark Elf & Eldar Compatible Kits
- Eldar Compatible Bits
- Imperial Guard Compatible Bits
- Knight Praetorius TRU-Scale Figure Kits
- Lizard Man Fantasy Figures
- Space Marine Compatible Bits
- Tau Compatible Bits
- Tyranid Compatible Bits and Kits
- Super Heavy Kits
- Resin Bases & Terrain

Cart is empty

E-Mail Address:

Password:

Forgotten Password

Login

OR
Create an Account

Sign up for the ChapterHouse Newsletter!

## New Release - Alternative Heads compatible with Tau Crisis Suits

07-05-2012 07:48:44    (9) Vote  (1601) Viewed

Hello Chapterhouse Studios customers and fans,

This week I have added something for the Tau players out there. We have designed 6 new head sculpts that are compatible with Games Workshops Tau Crisis Battlesuit model. Two seperate kits, set #1 and set #2 are available for purchase for $4.00.

Each set comes with 3 different heads and a sprue of attenna for further customization - components come as unpainted pewter. These have been specially designed to fit on necks of the Battlesuit models with nothing but superglue, no modifications are neccesary.

Click on the photos to be transfered to the product page of each item as well as more detailed photos.



http://chapterhousestudios.com/index.php?route=news/article&catid=1&news_id=11[1/30/2013 10:56:14 PM]

**PLAINTIFF EXHIBIT PX-665**

CHS00028664







We will continue to add alternative-custom bits for the Tau players out there in the coming months. My next newsletter will be showcasing the "Assault" version of our Javelin Imperial Jetbike and notify you all of its release (I said as much last news letter, we are waiting for the first kits to arrive).

Game On,

Nick Villacci

Chapterhouse Studios LLC

Tags : Chapterhouse Studios Alternative Heads for Tau Crisis Battlesuits,

Like 10     Tweet 0
                        1

**Related Product**



| Alternative Heads for Tau Crisis Suits - Set #1 | Alternative Heads for Tau Crisis Suits - Set #2 |
|---|---|
| $4.00 | $4.00 |
| ★★★★★ | ★★★★★ |
| Add to Cart | Add to Cart |

## (0)Comments

No Comment

Showing 0 to 0 of 0 (0 Pages)

### Write Comment:

Name :

Email :

Comment :

Captcha :

fc21a7

Add Comment

This web site is completely unofficial and in no way endorsed by Games Workshop Limited.
Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

We accept PayPal     About us  Contact  Forum  Gallery  Commisions  Careers  Newsletter  Shipping Policy     2011 ChapterHouse Studios®