

This is a shoulder pad that is about the same 28mm scale as a standard marine shoulder pad. It has a cog. The shoulder pad itself is _partan_ strips similar to older MK shoulder pads. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad or even as Adeptus Mechanicus or Techmarines. Sized to fit regular power armor figures.

| 70 | Shield compatible with Iron Hands style Armies (PEX 435 at CHS00001527)<br><br>A high detail 28mm shield based on the mailed fist theme, useful for for fantasy models as well as Iron Hand or other hand based space marine® models.<br><br>The front of this shield has mailed hand and scales sculpted onto a round shield with power cables around the edges, the rear of the shield has a hand hold that enables power armor marines to hold the shield (not shown in photo). It is designed to be used on 28mm models. This highly detailed bit is cast in white metal | The product implicates trademark issues only, not copyright. |

| | | |
|---|---|---|
| 71 | Shoulder Pad compatible with Iron Hands Power Armor (PEX 435 at CHS00001603)<br><br><br><br>This is a shoulder pad that is about the same size as a GW shoulder pad.  It has a mailed hand on it in a clawing motion.  The shoulder pad itself is _partan_ strips similar to older MK shoulder pads. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad.  Sized to fit regular power armor figures. | The product implicates trademark issues only, not copyright. |
| 72 | Shoulder Pad compatible with Iron Hands Terminator armor (PEX 435 at CHS00001611)<br><br><br><br>This is a shoulder pad that is about the same size as a GW shoulder pad.  It has a mailed hand on it in a clawing motion.  The shoulder pad itself is _partan_ strips similar to older MK shoulder pads. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad.  Sized to fit regular terminator armor figures. | The product implicates trademark issues only, not copyright. |

| | | |
|---|---|---|
| 73 | Banded Armor Pad – <mark>Terminator</mark> Capabitible (PEX 435 at CHS00000130)<br><br><br><br>This is a shoulder pad that is about the same size as a 28mm marine shoulder pad. It consist of horizontal plates or "bands" of armor similar to older MK 1 armor. This pad looks spectacular as a "<mark>Iron Hands" space marine</mark>® shoulder pad. Sized to fit regular <mark>terminator</mark> armor figures. | Mk1 armoured Space Marine<br>http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1140240&rootCatGameStyle=<br><br><br><br>**Miniature designed by Jes Goodwin (PEX 484 at GW0004463)**<br><br><br>The Horus Heresy – Collected Visions 2007, page 139<br>**(3086 LemanRuss/ Franz Vohwinkel / Black Library / 2004) (PEX 969 at GW0018525)** |



p20 Warhammer 40,000 Compilation 1991 **(John Blanche / 1991) (PEX 470 at p.20)**



p32 Codex Space Marines 2008. **(KK325 / Karl Kopinski / 2004 ) (PEX 846 at GW 17569)**

| | | Iron Hands are a Space Marine Chapter.<br><br>Terminator is a style of Space Marine armour. |
|---|---|---|
| 74 | Banded Shoulder Pads Power Armor Compatible (PEX 435 at CHS0000142)<br><br><br><br>This is a shoulder pad that is about the same scale as a 28mm power arrmor shoulder pad. It consist of horizontal plates or "bands" of armor similar to older MK 1 armor. This pad looks spectacular as a "Iron Hands" space marine® shoulder pad. Sized to fit 28mm power armor figures. | Mk1 armoured Space Marine – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1140240&rootCatGameStyle=<br><br><br><br>**Miniature designed by Jes Goodwin (PEX 484 at GW0004463)** |



MARK 1

JOHN BLANCHE

p20 Warhammer 40,000 Compilation 1991 **(John Blanche / 1991) (PEX 470 at p.20)**



p32 Codex Space Marines 2008. **(KK325 / Karl Kopinski / 2004 )** (PEX 846 at GW 17569)

Power armour is the most common style of Space Marine armour.

Iron Hands are a Space Marine Chapter.

| 75 | Studded Rimmed Shoulder Pad MKV (PEX 435 at CHS00001805)  This is a studded power armor shoulder pad with a raised crest on the upper edge.  It works well as a MK V shoulder pad. Dimensions are equivalent to current GW plastic pads. |  p20 Codex Space Marines 2008 (NH_SM_20  / Neil Hodgson / 2008) (PEX 846 at GW0017557)  Chaos Space Marines is a Warhammer 40,000 army.  Tactical is a Space Marine squad designation. |
|---|---|---|

| 76 | Five (5) Heresy Era Jump Packs 28mm(PEX 435 at CHS0000975) |
|----|---|



This is a set of FIVE (5) Resin and Metal Assault Jump Pack for 28mm models.  It is sculpted to fit in with the older Heresy Era. The main Jump Pack is Resin and the control flaps are metal. Capatible with the Games Workshop Assault Space Marines®. Suitable for any other 28mm scale miniatures as well.



The Horus Heresy – Collected Visions 2007, page 284
(2121 assault squad/ James Brady / Black Library / 2005) (PEX 969 at GW0018670)

| | | |
|---|---|---|
| 77 | Masked Marine Heads  (PEX 435 at CHS00001175)<br><br>This is a resin sprue of 4 "Heresy" style heads with rebreather mask for in 28mm scale compatible with space marines®. Each sprue comes with 4 heads. | The product implicates trademark issues only, not copyright. |
| 78 | MK I Heresy Era for 28mm marines "Thunder Armor" Shoulder Pad  (PEX 435 at CHS00001194)<br><br>This is a 28mm shoulder pad with _partan_ plates on it, similar to "Thunder Armor" or Mk I space marine power armor.  This is a pewter model. | Mk 1 Space Marine armour.<br><br>**Miniature designed by Jes Goodwin (PEX 484 at GW0004463)** |



p20 Warhammer 40,000 Compilation 1991 (John Blanche / 1991) (PEX 470 at p.20)
See product 68.

Chaos Space Marines is a Warhammer 40,000 army.

Tactical is a Space Marine squad designation.

| 79 | Spikey Marine Heads (PEX 435 at CHS00001743) | Heresy refers to a style of Space Marine armour |
|---|---|---|

Spikey Marine Heads (PEX 435 at CHS00001743)



This is a resin sprue of 4 "Heresy" style heads for space marines®.

Heresy refers to a style of Space Marine armour



p111 *Horus Heresy: Collected Visions* ©2007 artwork by Justin Norman (PEX 969 at GW0018497)



p197 *Horus Heresy: Collected Visions* ©2007 artwork by Kenson Low (PEX 969 at GW0018497)



p309 *Horus Heresy: Collected Visions* © 2007 artwork by Kenson Low (PEX 969 at GW0018583)

| 80 | Studded Power Armor Pad for MK 5 (PEX 435 at CHS00001787)<br><br>This is a studded power armor shoulder pad. It works well as a MK V shoulder pad. Dimensions are equivalent to current GW plastic pads. | <br>Mk5 "Heresy" Pattern          Mk6 "Corvus" Pattern<br>p20 Codex Space Marines 2008 (PEX 846 at GW0017557)<br>(NH_SM_20 / Neil Hodgson / 2008 )<br>Power armour is the most common style of Space Marine armour. |
| --- | --- | --- |
| 81 | Celtic Wolf Shield (PEX 435 at GW0000228)<br><br>This is a celtic style round Storm or Combat shield with a wolf on the front, it utilizes the same handles as our other shields (similar component for the hand grip). It looks great for space wolf armies or any other sons of russ Space Marine® Chapter.<br><br>Cast in pewter.<br><br>Diameter of shield is 22 mm. | The product implicates trademark issues only, not copyright. |

| 82 | Wolf Rhino Conversion Kit (PEX 435 at CHS00001966) | A Rhino is a Space Marine vehicle used by the Space Wolves Chapter. |





Codex Space Wolves 2000, page 19
**Miniature designed by Bob Naismith (PEX 861 at GW0016360)**

This is a resin conversion kit that replaces components from the Games Workshop Space marine rhino kit. It consist of 2 side doors, 1 front panel, and 1 top hatch. The style incorporates wolf totems, furs, and _parta like icons. Looks great when used for space wolf armies.



Codex Space Wolves 2009, page 77 (PEX 862 at GW0016550)

# SPACE WOLVES



p1, Codex Space Wolves 2009 **(AB893 / Alex Boyd / 2009 )** **(PEX 862 at GW0016398)**

http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat440177a&prodId=prod260002a&rootCatGameStyle=



**Miniature designed by Jes Goodwin, Martin Footit and Juan Diaz Ramos (PEX 512 at GW0004787)**



Space Marine Collector's Guide 2003, page 32
**Miniature designed by Jes Goodwin (PEX 539 at GW0002420)**

Space Wolves conversion pack for the Rhino –
http://www.forgeworld.co.uk/Warhammer-40000/SPACE-WOLVES-RHINO-DOORS-AND-FRONT-PLATE.html



**Miniature designed by Simon Egan (PEX 561 at GW0002478)**

| 83 | Storm Combat Space Tech Shield for Wolves (PEX 435 at CHS00001769) | Space Wolves are a Space Marine Chapter. |
|---|---|---|
| |  | Storm shields and combat shields are used by Space Marines. |
| | This is a Storm or Combat shield with a Tech-Wolf on the front, it utilizes the same handles as our other shields (similar component for the hand grip). It is a light weight white metal bit. It looks great for Space Wolf (Space Wolves) armies or any other Sons of Russ Space Marine® Chapter. Supplied unpainted. | <br><br>p34 Codex Space Wolves 1994<br>**(WE139 / Wayne England/ 1993 ) (PEX 474 at p.34)** |
| 84 | Celtic Storm or Combat Shield (PEX 435 at CHS00000212)<br><br>This is a white metal combat or storm shield for 28 mm figures. It works great on space marines® or any fantasy models. We have designed a circular celtic shield, this is more suitable for a power armor marine, vs a Terminator marine (it would look a bit small for the larger armor). It includes a similar grip guard. Supplied unpainted. | The product implicates trademark issues only, not copyright |

| 85 | Generic Hammer 2  (PEX 435 at CHS00001000)<br><br>This is a Generic Thunder or Power hammer.  Sold as a single white metal pewter bit. Works well with fantasy or sci-fi 28mm figures.  Looks great on Empire models or on Space Marines® models. | The product implicates trademark issues only, not copyright |
|---|---|---|
| 86 | Imperial or Eagle Storm Shield  (PEX 435 at CHS00001074)<br><br>A high detail shield based on an eagle theme, useful on high elf or emperor fantasy models as well as space marine® models.<br><br>The front of this shield has an eagle head and feathers sculpted, the rear of the shield has a hand hold that enables power armor marines to hold the shield.  It is designed to be modeled on either power armor marines or terminators.  This highly detailed bit is cast in PEWTER. | The product implicates trademark issues only, not copyright |
| 87 | "Heresy" Armoured Drop Pod Door  (PEX 435 at CHS00002006)<br><br><br><br>This is a highly detailed resin _partan_ panel that fits on the Drop Pod Kit door.  It is a single piece that fits over the standard door,  this is sculpted to resemble an "heresy era" _partan_ panel.  This is a single door.  We similar buying a set of 5 for the regular drop pod model kit. | A drop pod is a Space Marine vehicle. Games Workshop sells drop pods on its website – http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1560026&rootCatGameStyle=<br><br><br><br>**Miniature designed by Tom Walton (PEX 489 at GW0004533)** |

Heresy is a reference to Mk V Space Marine armour.



p20 Codex Space Marines 2008 **(NH_SM_20 / Neil Hodgson / 2008 )
(PEX 846 at GW0017557)**

Mk 1 Space Marine armour.

**Miniature designed by Jes Goodwink (PEX 484 at GW0004463)**

80

The Horus Heresy – Collected Visions 2007, page 139
(3086 LemanRuss/ Franz Vohwinkel / Black Library / 2004) (PEX 969 at GW0018525)

| 88 | Armoured Predator Armour Kit – side  (PEX 435 at CHS0000068)<br><br>This is a new Armored Predator kit for Space Marines®, it includes 3 strips of Reactive armor that can be cut to size as well as ONE heavily armored "off-centered cockpit"  Fits the standard Games Workshop Space Marine® Predator kit.<br><br>This is our answer to the silly idea that a more heavily armored predator tank has the same front as a flimsy rhino tank.  This is a Resin kit. | The product implicates trademark issues only, not copyright |
|----|------|------|
| 89 | Armoured Predator Kit – Centred  (PEX 435 at CHS000078)<br><br>This is a new Armored Predator kit for Space Marines®, it includes 3 strips of Reactive armor that can be cut to size as well as a heavily armored "centered cockpit"  Fits the standard Games Workshop Space Marine® Predator kit.<br><br>This is our answer to the silly idea that a more heavily armored predator tank has the same front as a flimsy rhino tank.  This is a Resin kit | The product implicates trademark issues only, not copyright |

| | | |
|---|---|---|
| 90 | Armored Door and Armor Kit for <mark>Rhino</mark> Tank (PEX 435 at CHS0000056)<br><br><br><br>This is an new and original Armored <mark>Space Marine® Rhino</mark> kit, it includes 2 side doors, 2 rear armor panels, 2 front armor panels, 2 top hatch _partan_ panels and a front _partan_ cockpit panel. Fits the standard Games Workshop <mark>Space Marine® Rhino</mark> kit. This is very similar to MK I <mark>Space Marine</mark>® armor and would fit well with an <mark>Heresy era</mark> army. | Mk 1 type Space Marine armour<br><br><br><br>**Miniature designed by Jes Goodwin (PEX 484 at GW0004463)**<br><br><br><br>The Horus Heresy – Collected Visions 2007, page 139<br>**(3086 LemanRuss/ Franz Vohwinkel / Black Library / 2004) (PEX 969 at GW0018525)**<br><br>Rhino is a Space Marine tank.<br><br>Heresy is a reference to Mk V Space Marine armour. |

Mk5 "Heresy" Pattern     Mk6 "Corvus" Pattern

p20 Codex Space Marines 2008 (NH_SM_20 / Neil Hodgson / 2008 ) (PEX 846 at GW0017557)

| 91 | Brazier – Dragon / Serpent – 2 pieces (PEX 435 at CHS0000187)<br><br>This is a stylized dragon or snake brazier, it comes in 2 pieces (flat backing and the front) and is pewter. It is approximately .63 millimeters tall and .36 millimeters at its widest. This is perfectly designed to add to any vehicles, we include it with our Salamanders Landraider conversion kit. Looks great on dreadnoughts and any other vehicles with flat areas. | The product implicates trademark issues only, not copyright |
|---|---|---|
| 92 | Brazier – Eagle – 2 pieces (PEX 435 at CHS0000193)<br><br>This is a stylized eagle brazier, it comes in 2 pieces (flat backing and the front) and is pewter. It is approximately .62 millimeters tall and .33 millimeters at its widest. This is perfectly designed to add to vehicles, we include it with our Salamanders Landraider conversion kit. Looks great on dreadnoughts and any other vehicles with flat areas. | The product implicates trademark issues only, not copyright |

| | | |
|---|---|---|
| 93 | Mark I Rhino Conversion Kit  (PEX 435 at CHS00001165)<br><br>This is a conversion kit with the style of Mark I or Heresy Era Rhinos, it includes includes 2 side doors, 2 Left Side Engine Grates, 2 Right side Engine Grates, 2 choices for the front cockpit armor panel, and one old style bolter _parta cover. Designed to replace the standard CURRENT Games Workshop Space Marine ® Rhino kit. | The product implicates trademark issues only, not copyright |
| 94 | Dragon or Salamander Style Kit (fits on Space Marine Rhino) (PEX 435 at CHS0000435)<br><br><br><br>The rhino accessory kit is composed of doors, front panels and armor sections to accessorize the current space marine® rhino model kit. Themed in a dragon or salamander style also good for alpha legion.  It currently includes – 1 front armor panel, 2 side door, 2 top hatch panels, and 4 scaled armor panels. This kit is composed completely of unpainted resin-plastic, parts must be cut down to fit due to the casting process. | Rhino is a Space Marine tank.<br><br><br><br>Codex Space Wolves 2009, page 77 (PEX 862 at GW0016550)<br><br>Salamanders are a Space Marine Chapter<br><br><br><br>Index Astartes IV, 2004, page 19<br>(NH Salamander Graph/ Neil Hodgson / 2004) (PEX 423 at GW001169) |

| 95 | **Mycetic Spore** Pod  (PEX 435 at CHS00001206)<br><br><br><br>The models shown are next to the pod are owned by Games Workshop, they are shown for scale purposes only.<br><br>This is Chapterhouse Studios version of a Alien Spore Pod.  The spore is a highly detailed 4 piece resin model which includes an option weapon arm (that can have a weapon glued on the end). It is easily assembled (coming in 2 halves and a top piece).<br><br>Each spore is large enough to realistically hold a swarm of models or even a large monstrous creature like the Games Workshop model **carnifex** or Kronoscope monsters.<br><br>The Chapterhouse Studios Mycetic Spore is approximately 6 inches tall and 4.5 inches in diameter. | Tyranids are a Warhammer 40,000 army.<br><br>A Carnifex is a Tyranid creature.<br><br><br><br>Warhammer 40,000  Tyranids 2009, page 54<br>**(AB929_Mycetic_Spore / Alex Boyd / 2009) (PEX 47 at GW0001424)**<br><br>Games Workshop has not made a model of a Mycetic spore (and may not do so).<br><br>Gaunts are a type of Tyranid creature.<br><br>The two Tyranid miniatures in Chapterhouse's top right image are a Carnifex (left – with Chapterhouse's Tervigon components attached) and a Games Workshop Termagaunt (right).<br><br>Termagaunt |



p39 Codex Tyranids 2009.
**(AB927 / Alex Boyd / 2009 ) (PEX 47 at GW001409)**

Carnifex



p32 Codex Tyranids 2009. (AB681 / Alex Boyd / 2004 ) (PEX 47 at GW001402)

| 96 | Pre-Heresy Scarab Shoulder Pads for Thousand Sons Players–Term  (PEX 435 at CHS00001276)<br><br><br><br>These shoulder pads are designed to replace the current era Space Marine® Terminator Shoulder Pads. Each pad is in the pre-heresy style and has a scarab sculpted onto the surface These pads works well with any egyption themed army, and is | The product implicates trademark issues only, not copyright |

| | | |
|---|---|---|
| | similiar to those worn by heresy era <mark>Thousand Sons Space Marines</mark>®.  Sold in pairs or a _part and left pad.<br><br>Two shoulder pads cast in pewter. | |
| 97 | Scarab Shoulder Pad for <mark>Thousand Sons</mark> Players – Power Armor (PEX 435 at CHS00001515)<br><br><br><br> This is a shoulder pad that is about the same size as a GW power armor shoulder pad.  It consist of a Egyption Style Scarab on a shoulder pad.   This pad works well with any egyption themed army, and is similar to those worn by <mark>heresy era Thousand Sons Space Marines</mark>® shoulder pad.  Sized to fit regular power armor figures.<br><br>Single Pad Cast in pewter. | The product implicates only trademark issues and the shape/design of the underlying shoulder pad. |
| 98 | Starburst Shoulder Pad for 28mm Marines – Power Armor  (PEX 435 at CHS00001757)<br><br><br><br>This is a shoulder pad that is about the same size as a GW power armor shoulder pad.  It consist of a Starburst on a shoulder pad.   This pad  is similar to those worn by <mark>heresy era Thousand Sons Space Marines</mark>® shoulder pad.  Sized to fit regular power armor figures.<br><br>Single Pad Cast in pewter. | The product implicates only trademark issues and the shape/design of the underlying shoulder pad. |

| 99 | Shoulder Pad for Mantis Warriors Marines – Power Armor  (PEX 435 at CHS00001635)<br><br><br><br>This is a shoulder pad with a Praying Mantis head on the surface, with added chains sculpted on the edges . This shoulder pad works well with Mantis Warrior <mark>space marine</mark> armies®.  This is the standard size <mark>space marine® tactical</mark> shoulder pad cast in pewter.<br><br>One pewter pad. | The product implicates only trademark issues and the shape/design of the underlying shoulder pad. |
|----|----|----|
| 100 | Shoulder Pad for Mantis Warriors Marines – <mark>Terminator</mark> (PEX 435 at CHS00001641)<br><br><br><br>This is a shoulder pad with a Praying Mantis head on the surface, with added chains sculpted on the edges .  This shoulder pad works well with Mantis Warrior <mark>space marine</mark> armies®.  This is the standard size <mark>space marine® terminator</mark> armor shoulder pad cast in pewter.<br><br>One pewter pad. | The product implicates only trademark issues and the shape/design of the underlying shoulder pad. |

| | | |
|---|---|---|
| 101 | Shoulder Pad for <mark>Blood Ravens</mark> Marines – <mark>Terminator</mark> (PEX 435 at CHS00001623)<br><br><br><br>Lastly for the pads, we resculpted the <mark>Blood Ravens</mark> shoulder pads to have a blood drop instead of an inverted drop. The previous pads will be listed as <mark>Blood Eagle</mark> pads, while the updated sculpts will be listed as <mark>Blood Ravens</mark> pads.<br><br>This is our NEW shoulder pad with a rave on the surface, the wings of the bird are surrounding a blood drop or gem. This shoulder pad works well with <mark>Blood Raven</mark> or <mark>Blood Angel</mark> themed armies. This is the standard size <mark>space marine® terminator</mark> armor shoulder pad cast in pewter.<br><br>Single Pewter Pad. | Blood Raven/Blood Angels<br>The Blood Ravens are a Space Marine Chapter<br><br><br><br>The Art of Warhammer 40,000 2006, page 71<br>**(NH Blood Raven / Neil Hodgson / 2005) (PEX 844 at GW0017303)**<br><br>Forge World sell a Blood Raven decal/transfer sheet on their website – http://www.forgeworld.co.uk/Warhammer-40000/BLOOD-RAVENS-TRANSFER-SHEET.html<br><br>Decals are used to decorate Space Marines, including shoulder pads. |



(Blood Raven Transfer / Paul Rudge / 2010) (PEX 487 at GW0004586)

The Blood Angels are a Space Marine Chapter.

(NH Angels Graph Paper/ Neil Hodgson / 2001) (PEX858 at GW0015339)
(WE322 Blood Angels Icon / Wayne England / 1995) (PEX 858 at GW0015339)

91

| 102 | Shoulder Pad for Blood Ravens Marines – Power Armor (PEX 435 at CHS00001617)<br><br><br><br>This is our NEW shoulder pad with a rave on the surface, the wings of the bird are surrounding a blood drop or gem. This shoulder pad works well with Blood Raven or Blood Angel themed armies. This is the standard size space marine® Tactical Marine shoulder pad cast in pewter.<br><br>Single Pewter Pad. | Blood Raven/Blood Angels<br>The Blood Ravens are a Space Marine Chapter<br><br><br><br>The Art of Warhammer 40,000 2006, page 71<br>(NH Blood Raven / Neil Hodgson / 2005) (PEX 844 at GW0017303)<br><br>Forge World sell a Blood Raven decal/transfer sheet on their website –<br>http://www.forgeworld.co.uk/Warhammer-40000/BLOOD-RAVENS-TRANSFER-SHEET.html<br><br>Decals are used to decorate Space Marines, including shoulder pads. |



(Blood Raven Transfer / Paul Rudge / 2010) (PEX 487 at GW0004586)

The Blood Angels are a Space Marine Chapter.

(NH Angels Graph Paper/ Neil Hodgson / 2001) (PEX 858 at GW0015339)
(WE322 Blood Angels Icon / Wayne England / 1995) (PEX 858 at GW0015339)

| 103 | Dragon Door Kit (fits on ==Space Marine® Rhino==) (PEX 435 at CHS0000385)<br><br><br><br>The ==rhino== accessory kit is composed of 2 side doors and 1 front panel to accessorize the current ==space marine® rhino== model kit. Themed in a dragon or ==salamander== style also good for ==alpha legion.==<br><br>This kit is composed completely of unpainted resin-plastic, sometimes parts must be cut down to fit due to the casting process. | Salamanders are a Space Marine Chapter.<br><br>Rhino is a Space Marine tank.<br><br>Alpha Legion is a Space Marine Legion.<br><br>  Index Astartes IV 2004, page 31<br>**(NH Alpha Legion / Neil Hodgson / 2004) (PEX 423 at GW0001181)**<br><br> Index Astartes IV, 2004, page 31 (PEX 423 at GW0001181)<br><br>Alpha Legion Land Raider conversion kit<br>http://www.forgeworld.co.uk/Warhammer-40000/ALPHA-LEGION-LAND-RAIDER-DOORS.html |

| | | |
|---|---|---|
| | |  Index Astartes IV, 2004, page 19<br>(NH Salamander Graph/ Neil Hodgson / 2004) (PEX 423 at GW001169) |
| 104 | Rhino Conversion #2 kit (PEX 435 at CHS00001976)<br><br><br><br>This is a resin conversion kit that replaces components from the Games Workshop rhino kit. It consists of 2 side doors, 1 front panel, and 1 top hatch and extra armor. The style incorporates wolf totems, furs, and _parta like icons. Looks great when used for space wolf armies.<br><br>8 piece resin kit. | Space Wolves are a Space Marine Chapter.<br><br><br><br>Warhammer 40,000 Space Wolves 2009, page 78.<br>(NH821 SW Filler/ Neil Hodgson / 2009) (PEX 862 at GW0016551) |
| 105 | Tactical Rhino Doors with Skulls Kit (PEX 435 at CHS00001825)<br><br>The rhino accessory kit is composed of 2 side doors and 1 front panel to accessorize the current space marine® rhino model kit. Sculpted with the standard Tactical Arrow and integrating skulls..<br><br>This kit is composed completely of unpainted resin-plastic, sometimes parts must be cut down to fit due to the casting | The product implicates trademark issues only, not copyright |

| | | |
|---|---|---|
| | process. | |
| 106 | Iron Snake Conversion Kit (Fits on Space Marine Rhino) (PEX 435 at CHS00001113)<br><br><br><br>The rhino accessory kit is composed of 2 side doors, 1 top hatch, 1 front panel and 4 scaled armor sections to accessorize the current Games Workshop Space Marine® rhino model kit. Themed in a greek and snake style with shields and spears this kit makes a great Iron Snake Rhino. This kit is composed completely of unpainted resin-plastic. | The Iron Snakes are a Space Marine Chapter used in the Games Workshop Black Library novels. http://www.blacklibrary.com/<br><br><br><br>The Art of Warhammer 40,000 2006, page 70<br>(NH Iron Snakes / Neil Hodgson / 2005) (PEX 844 at GW0017302)<br><br><br><br>(CL Bro of Snake / Clint Langley / Black Library / 2007) (PEX 949 at GW0018271) |

| 107 | Spartan Heads compatible with <mark>Space Marine</mark> models (PEX 435 at CHS00001739)<br><br>This is a single pewter sprue of 5 different Spartan armoured heads that are scaled to be compatible with Games Workshop <mark>Space Marine</mark> models. | The product implicates trademark issues only, not copyright |
|---|---|---|
| 108 | Doomseer Iyanar-Duanna (PEX 435 at CHS00000377)<br><br><br><br>Doomseer Iyanar-Duanna is cursed with the ability to forsee the slow death of her race.  She shares the ability of all seers, to see the path of her race, but is only able to see the deaths of her people and nothing else.  She was psychically scarred when she witnessed the death of an entire world-ship, she is now doomed to spend every moment of her life tracking down the creature responsible.<br><br>The "Doomseer" is only available from Chapterhouse Studios. The unpainted 28mm scale pewter model consist of 5 pieces – bocy and 4 variant arms.  A 25mm slotted base is incluced. | <br>p26 Codex Eldar 2006.<br>**(DG352 / Dave Gallagher / 1999 ) (PEX 845 at GW0017475)** |



(PEX 435 at CHS0000381)



p7 Codex Eldar 1999. **(DG346 / Dave Gallagher / 1999 ) (PEX 460 at p.7)**



p23 Codex Eldar 2006. **(JG / Jes Goodwin / 2004 ) (PEX 845 at GW0017472)**



p154 Warhammer 40,000 rulebook 2008. **(DG1118  / Dave Gallagher / 2007 )**
**Miniature designed by Jes Goodwin** (PEX 476 at p.154)
http://www.games-workshop.com/gws/catalog/productDetail.jsp?catId=cat440239a&prodId=prod1060055

100

|  |  |  Miniature designed by Mike McVey (PEX 525 at GW005390) |
|---|---|---|
| 109 | Rapid Response Wheeled Kit for Chimera (PEX 435 at CHS00001290)<br><br>This highly detailed resin conversion kit will convert the normal Games Workshop Imperial Guard Chimera (or any other vehicle that shares that chasis) into a Rapid Response Wheeled vehicle.<br><br>Each kit consist of 9 highly detailed resin pieces, Games Workshop Chimera (or other vehicle that shares the same hull) required to assemble as seen.<br><br>Shown assembled model uses Games Workshop Imperial Guard Chimera which is not a Chapterhouse Studios product. | The product implicates trademark issues only, not copyright |
| 110 |  |  |

| 111 | (PEX 435) |
|---|---|

(PEX 435)

We are also releasing a much-needed (in this humble hobbyist opinion) TRU-Scale Conversion kit for the Games Workshop Space Marine Storm Raven.  This resin kit expands the hull of the Storm-Raven making it much longer and actually makes it realistic to think the Storm-Raven can carry the troops it is supposed to carry.  We also included a grapple for carrying dreadnoughts (easily magnetized if you want to actually mount your walkers on the transport) as well as a hatch to cover the turret mount if you are inclined.  MSRP $17.50 for the 9-piece resin kit. Availability in 2 weeks.



**Miniature by sculpted by Dale Stringer from a Jes Goodwin design (PEX 513)**

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod900149a



102



#



p37 Codex Grey Knights 2010 **(AB1003 / Alex Boyd / 2010 ) (PEX 848 at p.37)**

| 112 | **Gun-Halbed Weapon (PEX 435 at CHS00001027)** | Games Workshop sells Halberds |
|---|---|---|

**Gun-Halbed Weapon (PEX 435 at CHS00001027)**



The Gun-Halberd is a weapon of skill and power . The power-spear incorporates a long range Bolter to allow a ranged attack as well as a close combat attack. This kit can also be used as nemesis force weapons for grey knight models.

The dimensions of each spear 65mm long and 20 mm at the widest point.

Games Workshop sells Halberds

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1570033

'Custodes' are the personal guard of the Emperor of Mankind.



*Horus Heresy: Collected Visions,* ©Games Workshop Limited 2007, p152.
**(Legio Custodes / Sam Wood / 2004) (PEX 969 at GW0018538)**

| 113 | Conversion Beamer Servo Harness Kit for <mark>Space Marine</mark> Model (PEX 435 at CHS0000295)  This resin kit sculpted and designed by Stephen Smith consist of 5 resin components. The kit fits on a standard Games Workshop <mark>Space Marine</mark> model. The design of the servo-backpack and conversion beamer weapon allow the model to hold the weapon under-slung on either arm. | A 'Conversion Beamer' is a Space Marine weapon of great power and can be used as a weapon option for a Space Marine Master of the Forge.  p71 Codex Space Marines 2008. Servo arms. **(AB835 / Alex Boyd / 2008 ) (PEX 846 at GW0017608)** |
| --- | --- | --- |





p70 Codex Space Marines 2008. **(DG551 / Dave Gallagher / 2002) (PEX 846 at GW0017607)**

*Codex Space Marines* ©Games Workshop Limited 2008, p70.
**( DG551 Conversion Techmarine/ Dave Gallagher / 2002)**
**(PEX 846 at GW0017607)**

| | | |
|---|---|---|
| 114 | Death Angel Doors for <mark>Space Marine Land Raider</mark> Kit (PEX 435 at CHS0000339)<br><br><br><br>The Death Angel <mark>Land Raider</mark> door kit was designed to replace the standard doors on the Games Workshop <mark>Space Marine Land Raider</mark>.  Incorporating original art work, each piece allos you to add further detail to your model by adding images of the Grim Reaper or the Dark Angel. | This kit uses the trademarks Games Workshop, Space Marine, Land Raider and Dark Angel.<br><br><br>Heavy Flamer<br><br>p101 Codex Space Marines 2008. **(NH Wargear / Neil Hodgson / 2006) (PEX 846 at GW0017638)**<br><br>Assualt Cannon<br><br><br><br>Sculpted by Jes Goodwin and Norman Swales (PEX 839 at GW0013521)<br><br><br>Assault Cannon<br>p101 Codex Space Marines 2008. **(NH Wargear / Neil Hodgson / 2006) (PEX 846 at GW0017638)** |

108

| | | |
|---|---|---|
| 115 | **SCAR Rifle Vairety Set 28mm** (**PEX 690 at CHS00028721**)<br><br>A set of 8 Various SCAR and Sniper Rifles cast in resin. Each set includes 8 highly detailed 28mm weapons modeled after present day weapons. Scaled for use with 28mm wargame minis (GW <mark>Imperial Guard</mark>).<br><br>This product is sold unpainted and some cleaning may be required. | The product implicates trademark issues only, not copyright. |
| 116 | SCAR Autogun 28mm – (PEX 690 at CHS00028711)<br><br>A set of 6 SCAR Drum Magazine Autoguns cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day SCAR rifles. Scaled for use with 28mm wargame minis (GW <mark>Imperial Guard</mark>).<br><br>This product is sold unpainted and some cleaning may be required. | The product implicates trademark issues only, not copyright. |

| 117 | SCAR Lasguns 28mm – (PEX 690 at CHS00028719) | Imperial Guard Cadian Shock Troops http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod2070014 |
|---|---|---|
| |  A set of 6 SCAR Lasguns cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day SCAR rifles with laser modifications. Scaled for use with 28mm wargame minis (GW ==Imperial Guard==). <br><br> This product is sold unpainted and some cleaning may be required. |  <br><br> **Miniatures designed by Brian Nelson (PEX 415 at GW0004637)** <br><br>  <br><br> p38 Codex Imperial Guard 2008. <br> Lasgun with attached scope. **(DH051 / Des Hanley / 1995 ) (PEX 479 at p.38)** |
| 118 | SCAR Autogun with Grenade Launcher 28mm (PEX 690 at CHS00028715) <br><br> A set of 6 SCAR Autoguns Drum Magazines with underslung grenade launchers cast in resin. Each set includes 6 highly detailed 28mm weapons modeled after present day SCAR rifles. Scaled for use with 28mm wargame minis (GW ==Imperial Guard==). <br><br> This product is sold unpainted and some cleaning may be required. | The product implicates trademark issues only, not copyright. |

| 119 | **SCAR & Sniper Rifle 28mm Pack - 8** Price **(PEX 690 at CHS00028646)**<br><br>A set of 8 Various SCAR and Sniper Rifles cast in resin. Each set includes 8 highly detailed 28mm weapons modeled after present day weapons. Scaled for use with 28mm wargame minis (GW ==Imperial Guard==).<br><br>This product is sold unpainted and some cleaning may be required. | The product implicates trademark issues only, not copyright. |
|---|---|---|
| 120 | | |
| 121 | Javelin Imperial Jet Bike (PEX 690 at CHS00028601)(PEX 435, 690)<br><br><br>CHAPTERHOUSE STUDIOS<br>**Javelin Class Imperial Jet Bike**<br><br>This multi-part customizable resin kit contains 8 resin components. We have included 2 engine options, this will allow you to make a regular and a scout version of the Javelin ==Jet Bike==.  We also included | Emperor's Children Space Marine Jet Bike Squad.<br>p15, *Horus Heresy: Collected Visions* ©2007<br>This shows a Space Marine Jet Bike from the Horus Heresy era.<br><br><br>Space Marine Bike Sprue<br>**(2034_Jet Bike Squad  / Eric Ren / 2003) (PEX 969 at GW0018399)** |

2 different bolt gun mounts that will allow the addition of different special weapons (plasma, melta, grenade launchers etc). These conveniently fit our combi-weapon conversion bits.

Also included in the kit are a set of legs and arms that will allow you to use other companies torsos and heads to model a rider. Flight stand will be included. Please note the peg hole is sized for Games Workshops flight bases, in order to use our bases you will have to widen the holes diameter slightly.

(Riders Shoulder Pads, Torso and Head not included and sold separately)

Models supplied unassembled and unpainted.



http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060092





**CHAPTERHOUSE**
STUDIOS
**Javelin Class Imperial Jet Bike**



**Miniature designed by Jes Goodwin** (PEX 702)

| | | |
|---|---|---|
| 122 | Death Angel Storm Shield (PEX 435)<br><br>This is a single pewter combat or storm shield for 28 mm figures. This oval shaped shield has an image of a grim reaper or dark angel standing on a pile of skulls.<br><br>Approximately 17mm wide and 23mm high<br><br>If to be used on Games Workshop models, this is more suitable for a terminator model as opposed to a space marine model (it would look a bit large for the smaller armor). | The product implicates trademark issues only, not copyright. |

| 123 | # Armana'serq Warrior Priestess | http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1160108a |

(PEX 690 at CHS00028486)





Sculpted by Juan Diaz (PEX 530 at GW0005445)

*The gods have always demanded worship and sacrifice but in return they grant their most zealous followers with supernatural strength and skills. Serqitet, goddess of the scorpion protects her followers through her warrior*