*priestess. Armed with sword and pistol, Armana'serq leads her fellow warrior-priest into combat through stealth and subterfuge.*

This unpainted 28mm scale pewter model consist of 6 components - body and 5 variant arms. A 25mm slotted base is included. Armana'serq is available here for $13.50

Look for our exciting TRU-Scale Storm Raven Extension kit next week!

Nick- Chapterhousestudios.com





Sculpted by Juan Diaz

P.81 *Codex Eldar* ©2006 (PEX 531 at GW0005457)

117



Scorpion's claw

Striking Scorpion Exarch
with biting blade

Sculpted by Juan Diaz **(PEX 845 at GW0017530)**

118



p69 Warhammer 40,000 Compilation 1991 **(JG / Jes Goodwin / 1990 ) (PEX470 at p.69)**



p69 Warhammer 40,000 Compilation 1991 **(JG / Jes Goodwin / 1990 )** **(PEX 470 at p.69)**

Maniblasters



p59 Warhammer 40,000 Compilation 1991 **(KW / Kev Walker / 1991 )** **(PEX 470 at p.59)**

|  |  |  |
|---|---|---|
| 124 |  |  |
| 125 |  |  |