| | |
|---|---|
|  A pewter set of 3 new alternative head sculpts designed to fit on the Games Workshop Tau Crisis or Broadside Battlesuits. Each set comes with 3 different robotic heads as well as a sprue of antenna to further modify the components.<br><br>Games Workshop Tau Crisis Suit model is shown for scale and examble of use only and not included.<br><br>Components sold unpainted and unassembled. | http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-BATTLESUITS-AND-DRONES/TAU-BATTLESUIT-COMMANDER-SHAS-O-RALAI-WITH-DRONES.html<br>**Sculpted by Daren Parrwood**<br>On Sale 2005 (PEX 769 at GW0012126)<br><br><br><br>p34 Codex Tau Empire 2005. **(Neil Hodgson / 2005) (PEX 864 at GW0016745)** |

29

| | | |
|---|---|---|
| | |  p45 Codex Tau Empire 2005. **(MG228 / Mark Gibbons / 2005 )** (PEX 864 at GW0016756) |
| 136 | **Alternative Heads for Tau Crisis Suits - Set #2 (PEX 690 at CHS00028482)** |  Tau XV8 Crisis Battlesuit http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1060253 **Sculpted by Jes Goodwin** (PEX 770 at GW0012136) |

30





Released 2001

**Forge World - TAU XV9-01 WITH FUSION CASCADES**
http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-BATTLESUITS-AND-DRONES/TAU-XV9-01-WITH-FUSION-CASCADES.html
**Sculpted by Daren Parrwood**
On Sale 2005 (PEX 771 at GW0012176)





Forge World - TAU BATTLESUIT COMMANDER SHAS'O R'ALAI WITH DRONES
http://www.forgeworld.co.uk/Warhammer-40000/Tau/TAU-BATTLESUITS-AND-DRONES/TAU-BATTLESUIT-COMMANDER-SHAS-O-RALAI-WITH-DRONES.html
Sculpted by Daren Parrwood
On Sale 2005  (PEX 769 at GW0012126)



A pewter set of 3 new alternative head sculpts designed to fit on the Games Workshop Tau Crisis or Broadside Battlesuits. Each set comes with 3 different robotic heads as well as a sprue of antenna to further modify the components.

Games Workshop Tau Crisis Suit model is shown for scale and examble of use only and not included.

Components sold unpainted and unassembled.



p34 Codex Tau Empire 2005. **(Neil Hodgson / 2005)**
**(PEX 864 at GW0016745)**



p45 Codex Tau Empire 2005. **(MG228 / Mark Gibbons / 2005 )**
(PEX 864 at GW0016756)

| 137 | **Heresy-Era Shoulder Pads for Terminators Type E - 2 pads (PEX 690 at CHS00028582)**<br><br><br>This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad itself has leather segments flowing down and 2 distinct armored sections on the upper armor.<br><br>This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only). | Pre-Heresy and Heresy Era Terminator shoulder pads<br><br>'Cataphractii' Space Marine Terminator concept sketch p189 'Horus Heresy: Collected Visions'<br>**John Blanche**<br>(PEX 969 at GW0018575) |

35


p274 Horus Heresy Collected Visions
Andrea Uderzo
(PEX 969 at GW0018660)

| 138 | **Heresy-Era Shoulder Pads for Terminators Type D - 2 pads (PEX 690 at CHS00028578)**<br><br><br>This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has leather straps with metal rings on the ends flowing down and 2 distinct armored sections on the upper armor.<br><br>This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only). | Pre-Heresy and Heresy Era Terminator shoulder pads<br><br>p78, Horus Heresy Collected Visions<br>**Franz Vohwinkel**<br>(PEX 969 at GW0018464) |

| 139 | **Heresy-Era Shoulder Pads for Terminators Type B - 2 pads (PEX 690 at CHS00028568)**   This is a set of 2 pewter shoulder pads designed to fit on Games Workshops Space Marine® Terminator figures. Each pad is designed in a style that will fit in with Heresy Era collections and the pad has armor studs on the 2 upper armor surface and on the leather straps.<br><br>This component comes unpainted and is designed to fit on Games Workshop Space Marine® Terminator figures (figure shown for scale and one example of use only). | Pre-Heresy and Heresy Era Terminator shoulder pads  pp103 and 268 Horus Heresy Collected Visions **Ralph Horsley (left) and Kari Christensen (right)** (PEX 969 at GW0018489; GW0018654) |

38