# EXHIBIT F



Customer Service  1-800-394-4263  Welcome! | Sign in | Why Register?

FREE SHIPPING ON ALL ORDERS OVER $30
OFFER DETAILS

0 item(s) @ $0.00

Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Find a Gift List

Tweet
Like  8

Legal

## Disclaimers and Trademark Lists

**Pages**
Legal
1. Terms of Website Use
2. Privacy Policy
3. Games Workshop's IP Policy
4. What you can and can't do with Games Workshop's intellectual property
5. Submissions Policy
6. Copyright and Legal Information
7. Disclaimers and Trademark Lists
8. Company Information

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend
View as a single page

Please chose the relevant disclaimer out of the following and place it on your site.

### General
This web site is completely unofficial and in no way endorsed by Games Workshop Limited.

Adeptus Astartes, Battlefleet Gothic, Black Flame, Black Library, the Black Library logo, BL Publishing, Blood Angels, Bloodquest, Blood Bowl, the Blood Bowl logo, The Blood Bowl Spike Device, Cadian, Catachan, the Chaos device, Cityfight, the Chaos logo, Citadel, Citadel Device, City of the Damned, Codex, Daemonhunters, Dark Angels, Dark Eldar, Dark Future, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Eldar, Eldar symbol devices, Epic, Eye of Terror, Fanatic, the Fanatic logo, the Fanatic II logo, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Inferno, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khemri, Khorne, Kroot, Lord of Change, Marauder, Mordheim, the Mordheim logo, Necromunda, Necromunda stencil logo, Necromunda Plate logo, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Skaven, the Skaven symbol devices, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Talisman, Tau, the Tau caste designations, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer Historical, Warhammer Online, Warhammer 40k Device, Warhammer World logo, Warmaster, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, the Warhammer world, the Talisaman world, and the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2012, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

### Warhammer
This web site is completely unofficial and in no way endorsed by Games Workshop Limited.

The Chaos devices, the Chaos logo, Citadel, Citadel Device, the Double-Headed/Imperial Eagle device, 'Eavy Metal, Forge World, Games Workshop, Games Workshop logo, Golden Demon, Great Unclean One, the Hammer of Sigmar logo, Horned Rat logo, Keeper of Secrets, Khemri, Khorne, Lord of Change, Nurgle, Skaven, the Skaven symbol devices, Slaanesh, Tomb Kings, Trio of Warriors, Twin Tailed Comet Logo, Tzeentch, Warhammer, Warhammer Online, Warhammer World logo, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Warhammer world are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2012, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

### Warhammer 40,000
This web site is completely unofficial and in no way endorsed by Games Workshop Limited.

Adeptus Astartes, Blood Angels, Bloodquest, Cadian, Catachan, the Chaos devices, Cityfight, the Chaos logo, Citadel, Citadel Device, Codex, Daemonhunters, Dark Angels, Dark Eldar, 'Eavy Metal, Eldar, Eldar symbol devices, Eye of Terror, Fire Warrior, Forge World, Games Workshop, Games Workshop logo, Genestealer, Golden Demon, Gorkamorka, Great Unclean One, Inquisitor, the Inquisitor logo, the Inquisitor device, Inquisitor:Conspiracies, Keeper of Secrets, Khorne, Kroot, Lord of Change, Necron, Nurgle, Ork, Ork skull devices, Sisters of Battle, Slaanesh, Space Hulk, Space Marine, Space Marine chapters, Space Marine chapter logos, Tau, the Tau caste designations, Tyranid, Tyrannid, Tzeentch, Ultramarines, Warhammer, Warhammer 40k Device, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Warhammer 40,000 universe are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2012, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

### Warhammer Fantasy Roleplay
This web site is completely unofficial and in no way endorsed by Games Workshop Limited.

Warhammer Fantasy Roleplay, the Warhammer Fantasy Roleplay logo, WFRP, Chaos, the Chaos device, the Chaos logo, Citadel, Citadel Device, Darkblade, 'Eavy Metal, Forge World, Games Workshop, Games Workshop logo, Golden Demon, Great Unclean One, GW, the Hammer of Sigmar logo, Horned Rat logo, Keeper of Secrets, Khemri, Khorne, the Khorne logo, Lord of Change, Nurgle, the Nurgle logo, Skaven, the Skaven symbol device, Slaanesh, the Slaanesh logo, Tomb Kings, Tzeentch, the Tzeentch logo, Warhammer, Warhammer World logo, White Dwarf, the White Dwarf logo, and all associated marks, names, races, race insignia, characters, vehicles, locations, units, artefacts, illustrations and images from the Warhammer world are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2012, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

### Fanatic
This web site is completely unofficial and in no way endorsed by Games Workshop Limited.

Games Workshop, the Games Workshop logo, Epic, Inquisitor, the Inquisitor logo, Inquisitor:Conspiracies, Battlefleet Gothic, the Battlefleet Gothic logo, Necromunda, the Necromunda Plate logo, the Necromuinda Stencil logo, Mordheim, the Mordheim logo, City of the Damned, Blood Bowl, the Blood Bowl logo, the Blood Bowl Spike device, Fanatic, the Fanatic logo, the Fanatic II logo,



**DEFENSE EXHIBIT DX-177**

EXHIBIT #80  39-12-TB

Warmaster and all associated marks, names, races, race insignia, characters, vehicles, locations, units, illustrations and images from the Blood Bowl game, Warhammer 40,000 universe and the Warhammer World are either ®, TM and/or © Copyright Games Workshop Ltd 2000-2012, variably registered in the UK and other countries around the world. Used without permission. No challenge to their status intended. All Rights Reserved to their respective owners.

PREVIOUS                                                                                                    NEXT

Carry Our Products   Real Estate   Privacy Policy   Legal   Careers   About Us   Black Library   Forge World   Investor Relations   Site Map   Contact Us

Country Select

Copyright © Games Workshop Limited 2000-2012  © New Line Productions Inc  © The Saul Zaentz Company d/b/a Middle-earth Enterprises   All rights reserved to their respective owners.