# EXHIBIT G

Merrett - direct

1    A.   We've got a whole bunch of Games Workshop stores dedicated

2    to selling our products all around the world.   I think we've got

3    over 400 around the world.   Actually, Chicago is one of our big

4    centers.   So, we've got twelve Games Workshop stores in the

5    greater Chicago area.

6    Q.   And are those stores that Games Workshop owns?

7    A.   Yes.

8    Q.   Are there other places, other stores, where you can buy it?

9    A.   Yes.   We also sell to independent game stores and hobby

10   stores and also to some distributors.   So, I would say -- I

11   don't know the exact number of stores around Chicago, but there

12   will be at least as many trade accounts in Chicago as there are

13   Games Workshop stores.   And those stores would be stores that

14   sell other gaming products or other hobby products or card games

15   or just about any -- comic stores, that kind of place.   And then

16   if you haven't got a store near you, then you can go on our

17   websites and order directly from our web store, obviously.

18   Q.   Does Games Workshop do any advertising for its products?

19   A.   Not in any kind of mass market way.   We're a niche business.

20   We know that actually our products don't appeal to everybody.

21   That's fairly evident from seeing what it is.   It's a very

22   special kind of offer for a unique kind of or a specific kind of

23   customer.   Contrary to belief, that's not defined by age and

24   gender or culture.   You have to be -- you know, you have to like

25   the models and like playing the games and like the kind of

PDF created with pdfFactory trial version www.pdffactory.com

Merrett - direct

1          And then here are actually the stat lines, which the

2    aficionados of the game can translate this back into the scores

3    that you need to make on the dice when you're rolling for them

4    to do damage to their enemy and such like.  And these are the

5    various rules about how you can include them in your army and

6    what they can do when they're in it.  It's very, very arcane.

7    Q.  Let's look at Page 1240.

8    A.  This is a list of all of the different options for weapons

9    and upgrades for the model.  So, the models have different

10   configurations of guns.  They carry different equipment.  And

11   this lists all the points values for each of those different

12   kinds of guns and things.

13   Q.  Are there only specific types of weapons that Space Marines

14   are allowed to use?

15   A.  Yes.  Each army will have its own unique set of weapons, and

16   even if they share the same kinds of weapons, there will be

17   different sets of them, there will be different options,

18   depending on which army it is.  So, it's very much part of the

19   character of the army.

20   Q.  And let's look at Page 1274 to 75.  1274 even to 85.  But

21   start at 1274.  And if you can scroll through and just tell us

22   what we're seeing on these pages.

23   A.  Right.  These are pages from the showcase section of the

24   book, and what these pages do is they show off what the products

25   could look like if you paint them up, you know, and create the

1    with flames or rays coming out of the top of it, I'm not aware

2    of any prior art of that.

3    Q    And so do you believe that the features that Chapterhouse

4    has borrowed from this product are original to Games Workshop?

5    A    Yes, I do believe that.

6          MS. HARTZELL:  Objection, your Honor.  Foundation.

7          THE COURT:  I think it goes to weight, not

8    admissibility.  I mean, I think you can cross examine him, and

9    the jury can consider, you know, the level of information he

10   has about that, but I don't think it renders it inadmissible.

11   The objection the overruled.

12   BY MR. MOSKIN:

13   Q    Let's move to the next product on page 18 of Exhibit 1010.

14   Can you tell us what we're looking at?

15   A    Again, we're looking at a comparison between the

16   Chapterhouse products offered on their website and Games

17   Workshop intellectual property, an image taken -- I don't know

18   where the image is taken from, but it's Games Workshop

19   Salamanders intellectual -- Salamanders is a Space Marine

20   chapter whose chapter icon is a angry lizard or dragon-type

21   thing.

22   Q    Can you identify for us any features of the Games Workshop

23   product that you think are original that you believe

24   Chapterhouse has copied?

25   A    Well, I think the symbol here is original.  I mean, first

Merrett - cross

1   A   As I just told -- I just told you that my role was

2   actually to manage the design, manage the designers.

3   Q   So you were not the individual who's identified as the

4   designer?

5   A   No.  That's correct.  I'm not.

6   Q   And you did not speak to every designer of every one of

7   those products regarding what resources they relied upon in

8   their design?

9   A   With 30-odd years of being involved in the business, I

10  couldn't possibly testify to say that I'd spoken to every

11  designer about every image and about every source that every

12  designer had used.  But that's not the way that we work at

13  Games Workshop.  We don't expect our designers to use sources.

14  We expect them to use Games Workshop's resources to generate

15  all that work.

16  Q   So as you just said, you can't testify to every resource

17  that every designer relied upon in creating these products?

18  A   No, I didn't say that.  I said I could not testify to

19  every source the designers used, but I know that they are

20  instructed to use only Games Workshop resources to do all the

21  design work.

22  Q   But you personally cannot say what each of the designers

23  relied on to create the works that are here?

24  A   Can you qualify what you mean by rely on?

25  Q   I'll rephrase it.

Merrett - cross

1          You can't state -- you can't testify as to what

2     materials the designers looked at for any of these products,

3     to design any of the products that are allegedly infringed

4     here today?

5     A    I can testify that I know what they're expected to do and

6     how they're expected to do that and what instructions they are

7     expected to follow, and I can testify that those instructions

8     involve generating original ideas and using Games Workshop

9     original ideas as the wellspring and source of all the design

10    work they do.

11    Q    But you can't testify that they all did that?

12    A    No, of course I can't testify they all did that.

13    Q    Let's talk specifically about one of the products that you

14    identified as wholly original to Games Workshop.  The item is

15    the product No. 112, the gun-Halberd weapon in Exhibit 120,

16    page 104 -- or 121 -- 1020, page 104.

17          Do you recall testifying about this product?

18    A    Yes.

19    Q    And you testified that it was a wholly original Games

20    Workshop design?

21    A    Wholly original Games Workshop idea, and therefore that's

22    a copy of a Games Workshop idea, and the expression of the

23    idea is illustrated opposite.

24    Q    On the right-hand side?

25    A    Yes.

Merrett - cross

1   what we do for a living.

2   Q    So you don't believe that any external robots were

3   considered by any designer of any Tau product?

4   A    Not to my knowledge, no.

5   Q    But do you have knowledge what they referred to?

6   A    Well, they didn't refer to anything.  What we did is we

7   generated concept drawings, and the guys that were working on

8   the project brainstormed concepts of -- for the Tau idea.

9   Q    And none of them had ever seen a robot?

10  A    Well, that's preposterous to suggest, isn't it?

11  Q    It is.

12  A    Yeah, of course it is.

13  Q    So the designers could have drawn inspiration from

14  existing robots?

15  A    They could have done.  They could have drawn inspiration

16  from the clouds in the sky.

17  Q    So you can't say which elements of the Tau race were

18  original?

19  A    To the best of my knowledge, all the elements of the Tau

20  race -- of the Tau mortals were original.

21  Q    But we've already established that you don't have

22  knowledge of what the designers looked to in creating their

23  design?

24  A    No, no.  A lack of knowledge doesn't imply a positive

25  affirmation of another fact.  That's not logical.  Just

1    the term "Space Marine" used?

2    A    Outside of the Games Workshop licensed ones, I would

3    struggle to think of one.

4    Q    And you have never heard of any other miniatures or action

5    figures that used the word "Space Marine"?

6    A    Not miniature.  Well, no, not miniatures, and not action

7    figures or dolls or anything else like that.

8    Q    Games Workshop --

9            Although you testified that at the time that you

10   created Warhammer 40K, Games Workshop did not maintain a

11   library of reference materials; you currently have reference

12   materials at Games Workshop, correct?

13   A    We have -- well, in the 25 years subsequent to that, yes,

14   we have accumulated all kinds of reference materials, yes.

15   Q    And many of those are not published by Games Workshop?

16   A    Many of those are not published by Games Workshop, that's

17   correct.

18   Q    And those books include books about military history?

19   A    Yes.

20   Q    And about heraldry?

21   A    Yes.

22   Q    And about weapons?

23   A    Yes.

24   Q    Each designer at Games Workshop has access to those books?

25   A    No.

Merrett - cross

1  Q    Many designers at Games Workshop have access to those
2  books?
3  A    Yes.
4  Q    And we talked a little bit earlier about the fact that
5  Games Workshop has licensed work from other science fiction
6  universes, right?
7  A    Yes.  Sorry, I have to just go back in time because it's a
8  long time ago.  So I have to go back and think, were those
9  science fiction universes.
10        It's debatable whether some of them were or not, but,
11  yes.
12  Q    And Games Workshop, as we already discussed, licensed
13  Michael Moorcock's Eternal Champions products?
14  A    Yes.
15  Q    And for a period of time, Games Workshop also licensed
16  Dungeons and Dragons miniatures?
17  A    Yes, it's true.
18  Q    And for a period of time, Games Workshop licensed Judge
19  Dread miniatures?
20  A    Yes.
21  Q    And for a period of time, Games Workshop licensed Lord of
22  the Rings miniatures?
23  A    Yes.
24  Q    So while during the periods of time that those were
25  licensed, Games Workshop designers had access to each of those

Merrett - cross

1  universes?

2  A    To a lesser or greater degree depending on their

3  involvement in the various projects, and for some of the

4  licenses, there were no reference materials.

Naismith - deposition

1    Q.   Was the concept of a futuristic soldier original in the
2    1980s?
3    A.   No, it is not, no.  It was predated, like by the books and
4    so on.
5    Q.   Could you generally describe the development process of your
6    first Space Marine product?
7    A.   Well, again, it was pretty much along the same lines as
8    everything else, in the sense that we didn't have any art
9    direction as such.  I had a conversation with Rick Priestley,
10   and Rick described what a Space Marine was.  He was like an
11   augmented human being.  He was wearing a fully enclosed suit of
12   powered armor which would give him superhuman strength and
13   enable him to work in a hostile environment and take damage that
14   a normal human being couldn't do.  We talked about the gun that
15   he would use, and that was pretty much it, I think.  Then I just
16   went off and started making this model in the same way that I
17   had made all the other models.  I didn't realize it was going to
18   be the core piece.  It was a single -- just a model like any
19   other.
20   Q.   How did you go about determining what artistic design
21   elements went into the Space Marine?
22   A.   I already had Rick's brief.  I already knew that what we
23   wanted was this model which would have presence on the table.
24   It had to have an aspect to it which was obviously human, but
25   more than human.  It was going to be big and strong and tough

PDF created with pdfFactory trial version www.pdffactory.com

Naismith - deposition

1  Q.   Thank you.   What about the shoulder pads do you believe

2  added presence on the table?

3  A.   Very much so, yes.  I suppose the simplest thing to imagine

4  is a Space Marine without shoulder pads.  It then goes back to

5  being just a man.  So, it is part of the signal.

6        If you look at American football jocks with their

7  shoulder protectors, they look really imposing, you know, by the

8  time they've got their helmet on, and they're all six-foot

9  something tall, so they are big men with big shoulders, and in

10  the real world they're intimidating.  So, the tie with the Space

11  Marines was to use shoulder pads to give some of that feeling to

12  the design, so that any normal human being standing next to a

13  Space Marine looked like a lesser being.

14  Q.   The court reporter has handed you what she has marked as

15  Exhibit 19.   Do you see that there are a number of images in

16  that exhibit?

17  A.   Yes.

18  Q.   Do you recognize what those images are of?

19  A.   Yes, they're what looks like a Roman legionary's helmet.

20  Oh, different helmets.

21  Q.   Can you describe what design elements are in the Space

22  Marine helmet that are also found in the Roman legionary helmet?

23  A.   The Roman legionary is again a functional object.  So, its

24  first function is to protect the skull.  So, you have a helmet

25  bowl, which is common to all helmets, and a Space Marine has

PDF created with pdfFactory trial version www.pdffactory.com

Naismith - deposition

1   being seen.  So, it was seen by Bryan, by Alan as we developed

2   it and made proposals about how we would resolve the various

3   design issues.

4   Q.  As far as the specific design elements that went into the

5   Land Raider, did you have any reference images in your mind as

6   you created them?

7   A.  Not images.  Again, it is very much like sculpting a figure.

8   We were figure sculptors, really.  So, the tanks were almost

9   like making a big figure, so again we drew on our own knowledge

10  of First World War tanks, Second World War tanks, tractors,

11  construction vehicles, basically any kind of heavy engineering,

12  we used that knowledge.

13          Little snippets of them, you know, the armored exhaust

14  on the Rhino, you could say owe something to the exhaust on,

15  say, like a big tractor unit from a big rig, articulated rig, or

16  from the rear of a Tiger tank, you know.  They all have armored

17  exhausts, so essentially, the exhaust -- and then you have to

18  have a plate of armor around it.  So, again it is a logical

19  thing.  It is very basic.  You know, it's very basic.  There are

20  not many innovative things.  I think we sparked the imperial

21  eagle onto the Rhino.

22  Q.  Can you think of any other innovative additions to the Land

23  Raider?

24  A.  We had bolt guns, heavy bolt guns, fitted on, which again

25  were large versions of the bolt guns we had already featured on

Naismith - deposition

1   imagine that a lot of these tanks historically were built by

2   tractor factories, you know, or construction equipment

3   factories.  So, they would have been used to using the same

4   components in many different places.  The whole point about mass

5   production is you make one piece and you keep reusing it.  So,

6   that I think is a design basic.

7   Q.   In making the scale or the design of the Land Raider and the

8   Rhino units, did you have any references in mind?

9   A.   Only the gaming one, really.  Again, we needed to have

10  something which would have presence on the table.  So, the Land

11  Raider we made tall, so the fact, if you like, the happy

12  accident that symmetry gave the Land Raider a taller profile

13  gave it a presence on the table, which meant that it was easily

14  identified as different from a Rhino.

15  Q.   But you are not aware of any prior designs in military or

16  toys that had that same profile, that high profile?

17  A.   There were some, I think some French World War One tanks

18  that were a bit tall, and there was a German one, for the life

19  of me I can't remember what it was called, but it was

20  essentially a brick.  It was like a giant rectangular box, and

21  it was tall, but it didn't have the -- beauty is too strong a

22  word, but there was not a thrust, there was not a direction to

23  it that you have in the Land Raider.  This German tank was

24  literally a box so you would not know which way it was supposed

25  to go, whether it was going to the left or right, backwards or

PDF created with pdfFactory trial version www.pdffactory.com

Naismith - deposition

1    forwards, whereas the Rhino has got a direction to it.

2    Q.   When you were creating the Space Marine model, did you have

3    in front of you the specific image as Exhibit 19?

4    A.   Yes -- Exhibit 19, which I'm holding, no.  Again, I take you

5    back to that way that we had of making the figure which was

6    making use of our knowledge of military history, you know.  I

7    mean, in Exhibit 19, Page 3, there is an illustration of an

8    Asian helmet, which I am pretty sure Alec Morrison would have

9    used on his goblins and orks because of that onion shape, you

10   know.  So, it is a resource that we used repeatedly, you know,

11   this idea of taking historical information and transposing it

12   onto one of these science fiction or fantasy figures.

13   Q.   Did you have any references actually in front of you when

14   you made the Space Marine model?

15   A.   No, none.

16   Q.   You say there was a function to a helmet.  In the Space

17   Marine, does the helmet have any actual function?

18   A.   Well, it has to protect the head.  It has to make sure that

19   that the individual inside can survive in hazardous

20   environments.  So, it has to be sealed, it has to be all one,

21   you know.  I think that is probably where that idea of the Space

22   Marine helmet is kind of unique, I suppose, because we borrowed

23   from the Roman soldier to make the bowled helmet, and we took

24   the goggles, and we took the mask, but we made it all into one

25   piece, so it was a kind of consistent whole.  I don't recall a

PDF created with pdfFactory trial version www.pdffactory.com

Naismith - deposition

1    forwards, whereas the Rhino has got a direction to it.

2    Q.   When you were creating the Space Marine model, did you have

3    in front of you the specific image as Exhibit 19?

4    A.   Yes -- Exhibit 19, which I'm holding, no.  Again, I take you

5    back to that way that we had of making the figure which was

6    making use of our knowledge of military history, you know.  I

7    mean, in Exhibit 19, Page 3, there is an illustration of an

8    Asian helmet, which I am pretty sure Alec Morrison would have

9    used on his goblins and orks because of that onion shape, you

10   know.  So, it is a resource that we used repeatedly, you know,

11   this idea of taking historical information and transposing it

12   onto one of these science fiction or fantasy figures.

13   Q.   Did you have any references actually in front of you when

14   you made the Space Marine model?

15   A.   No, none.

16   Q.   You say there was a function to a helmet.  In the Space

17   Marine, does the helmet have any actual function?

18   A.   Well, it has to protect the head.  It has to make sure that

19   that the individual inside can survive in hazardous

20   environments.  So, it has to be sealed, it has to be all one,

21   you know.  I think that is probably where that idea of the Space

22   Marine helmet is kind of unique, I suppose, because we borrowed

23   from the Roman soldier to make the bowled helmet, and we took

24   the goggles, and we took the mask, but we made it all into one

25   piece, so it was a kind of consistent whole.  I don't recall a

1    use with your 28-millimeter scale armies.

2    Q.    Let's turn to Page 15.  Now, with part No. 10, the power

3    armor pad for Exorcist players, what's the concern here?

4    A.    Well, as we discussed earlier, Exorcist is a specific --

5    excuse me, put my teeth back in -- it's a specific chapter of

6    Space Marines that we were showing in the year 2000.  So --

7    and that's both the name and the symbol on the shoulder pad

8    there.

9              And here we have -- again, rather than, hey, here's

10   a cool, unique design for a shoulder pad for use with your

11   28-millimeter scale science fiction or fantasy models,

12   they're saying -- they use our mark, Exorcist, in there.

13   It's obviously the same badge as ours as well, just to

14   compound that, and it's in the same shape of our Space Marine

15   shoulder pad.  And then they talk about similar to the

16   Exorcist Space Marine, and looks good as a pad for

17   librarians.

18             Now, librarians, believe it or not, are a type of

19   Space Marine.  They have psychic powers.  They're very --

20   they don't look after -- well, they do look after books but

21   not in -- they don't climb up and down ladders and stuff.

22   They're mighty warriors.  And they're called librarians, and

23   all Space Marines have those in their chapters.  So there's

24   no need here to say, looks good as a pad for librarians.

25             In terms of identifying what the product is, it's a

Jones - cross

1    example, Chapterhouse, their website is organized --

2    Q.  I just asked if you did it --

3            THE COURT:  So, then what you do is you do not cut a

4    witness off in the middle of an answer.  You ask me to strike

5    his testimony.  So, please don't do that again.

6    BY THE WITNESS:

7    A.  Sorry.  What was the question again?

8            THE COURT:  He's going to ask another question now.

9    BY MR. COOPER:

10   Q.  Games Workshop hasn't conducted any studies to determine the

11   brand recognition for any of its alleged trademarks, right?

12   A.  Correct.

13   Q.  And Games Workshop hasn't commissioned any market share

14   studies by any independent research service to evaluate its

15   trademarks in the U.S., correct?

16   A.  Correct.

17   Q.  And Games Workshop has not engaged an independent expert in

18   this case to give his or her opinion about the trademarks at

19   issue, correct?

20   A.  Correct.

21   Q.  Let's talk about another example.  Games Workshop contends

22   that the word exorcist is one of its trademarks, right?

23   A.  Um --

24           THE COURT:  You have to say yes or no.

25           THE WITNESS:  I'm sorry.

Jones - cross

1    BY THE WITNESS:

2    A.   Yes.

3    BY MR. COOPER:

4    Q.   Games Workshop has never received a trademark registration

5    for the term exorcist, right?

6    A.   That's correct.

7    Q.   And you understand that the term exorcist is used outside of

8    miniature tabletop board games?

9    A.   Yes.

10   Q.   You understand that the term exorcist has a generally

11   understood meaning of referring to individuals that remove

12   demons?

13   A.   Yes.

14   Q.   And in the Games Workshop universe, the exorcists are demon

15   hunters, correct?

16   A.   Yes.

17   Q.   So, that name -- strike that.

18          And you don't call any of your products just plain

19   exorcist, right?

20   A.   No.   The exorcist was one of those things, again, I think we

21   were very clear that we said it's from one of our art books.

22   It's a name of one of our chapters that our customers will

23   recognize, and it's a long established part of our mythos, and

24   it's associated with a particular symbol on a particular

25   shoulder pad, and I think we made that very clear.

Jones - cross

1    Q.   My question was you don't use exorcist by itself as a game.
2    A.   No.   I'm saying we made that very clear, that that wasn't
3    the point we were making.
4    Q.   As part of your duties in protecting Games Workshop
5    intellectual property, have you searched or ever searched on the
6    Internet for any other miniatures company using the word
7    exorcist?
8    A.   Personally I haven't, no.
9    Q.   Do you care how other tabletop miniatures companies use the
10   word exorcist?
11   A.   Yes.
12   Q.   But you've never personally looked for the term?
13   A.   No, I haven't personally, but we've got however many -- you
14   know, I said earlier we've got two or 3,000 product codes.   The
15   legal department reports into me.   But I don't personally search
16   for each individual icon or what have you.   That would take up
17   all of my working life.
18   Q.   There are people at Games Workshop that are responsible for
19   looking on the Internet for potential trademark infringements,
20   right?
21   A.   Yes.
22   Q.   In fact, you have several hundred open case files at any one
23   time that are looking into exactly that issue, right?
24   A.   Yes.
25   Q.   And you send hundreds of communications to individuals or

PDF created with pdfFactory trial version www.pdffactory.com

Jones - cross

1   A    No.  Well, it depends on what the other bit is.  If it's

2   works with, loads of crazy this, that and the other -- works

3   with isn't an excuse to then have that as a preface for a

4   whole lot of descriptive stuff coming after it.  If it says

5   works with, and then what's the minimum you need to say?

6   Games Workshop Space Marine models.

7   Q    Now, if you look at the bottom of this web page, if we

8   zoom out.  And the bottom of the web page goes on to the next

9   page, if we could put that up.  Thank you.

10          Do you see at the bottom of this web page -- let's

11  blow it up so it's a little larger.

12          You see there's a disclaimer here, right?

13  A    Yeah.

14  Q    Okay.  Can we blow up the disclaimer.

15          You've seen this website before, right?

16  A    Yes.

17  Q    You've seen that there are disclaimers at the bottom of

18  Chapterhouse's website, right?

19  A    Yeah.

20  Q    Do you see at the top where it says, "This website is

21  completely unofficial and in no way endorsed by Games Workshop

22  Limited"?  You see that, right?

23  A    I do, yes.

24  Q    And you agree that that statement is accurate?

25  A    Yes.

Jones - cross

1  Q   And then it goes on and it gives a long list of terms.
2  You see that?

3  A   Yeah.

4  Q   And in that first line, two thirds of the way through do
5  you see the term Blood Angels?

6  A   Yeah.

7  Q   So Blood Angels is in that disclaimer list, correct?  And
8  if you look down at the end of that long list of items, yes,
9  right there, it says -- ends with "Warhammer 40,000 universe
10  are either R, with a circle around it, TM and/or C, with a
11  circle around it, copyright Games Workshop Limited, 2000 to
12  2010 variably registered in the UK and other countries around
13  the world.  Used without permission.  No challenge to their
14  status intended.  All rights reserved to their respective
15  owners."

16          Do you see that?

17  A   Yes.

18  Q   Do you recognize that disclaimer?

19  A   How do you mean do I recognize it?

20  Q   The disclaimer was written by Games Workshop, correct?

21  A   I'm not sure about that.

22  Q   Okay.  Let's take a look at --

23  A   I think it comes from our IP policy.

24  Q   Let's pull up DX 177.

25          Do you see DX 177 in the bottom sheet there?

Jones - cross

1   A   I can't read it, to be honest.

2   Q   Do you see where it says Games Workshop at the top?

3   A   I can see the Games Workshop logo, yeah.

4   Q   Do you see that's a Games Workshop web page?

5   A   Yes.

6   Q   Let's zoom out and look at the title of the page.  Right

7   there, yes.

8         Do you see where it says disclaimers and trademark

9   lists?

10  A   Yes.

11  Q   Now, Games Workshop wrote this page, correct?

12  A   Yes.

13  Q   And the first line under disclaimers and trademark lists

14  says, "Please choose the relevant disclaimer out of the

15  following and place it on your site."  Do you see that?

16  A   I need to say here you're using this completely out of

17  context because this is a set of guidance for noncommercial

18  websites.  This is for fan sites, and saying that if you've

19  got a fan site and you're not making any money, you don't sell

20  products on it, then we'll let you do that so long as you

21  follow these guides.  That's what our I -- intellect -- if

22  that's where this is from, this is not -- we do not anywhere

23  on our website say if you want to set up a commercial website

24  selling products.

25         MR. COOPER:  Can I ask -- I'm sorry.  Could I ask you

1   to instruct the witness to answer the question.

2          THE COURT:  Okay.  Please answer the question.

3          Put your question again so he has it in mind.

4   BY MR. COOPER:

5   Q   My question is, do you see where it says, "Please choose

6   the relevant disclaimer out of the following and place it on

7   your site"?  Do you see that?

8   A   Yeah, I do see it.

9   Q   And then under general it says, "This website is

10  completely unofficial and in no way endorsed by Games Workshop

11  Limited."  Do you see that?

12  A   I see that, yes.

13  Q   And then there's a long list of names under that.  Do you

14  see that?

15  A   Yes.

16  Q   And that's the language that we just looked at on the

17  Chapterhouse website, correct?

18  A   Yes.

19  Q   Now, Imperial Guard is another one of your trademarks that

20  you say Chapterhouse has infringed, right?

21  A   Yes.

22  Q   Let's look at PX 1020 at page 109.  109, please.

23          Now, product 115 here is called SCAR Rifle Variety

24  Set 28 Millimeters.  Do you see that?

25  A   Sorry, where were you --

Jones - cross

1   is designed to fit on Games Workshop Space Marine Terminator

2   figures," right?

3   A   Yes.

4   Q   Now, you have not accused any Chapterhouse product

5   packaging of trademark infringement, right?

6   A   Correct.

7   Q   All of your trademark infringement allegations are

8   entirely focused on how Chapterhouse markets its products on

9   its website?

10  A   And if it does stuff on eBay and forums and so on and so

11  forth.

12  Q   On the Internet?

13  A   Yes.

14  Q   And for the Chapterhouse website pages, anyway, you agree

15  that for all of the trademarks Chapterhouse is accused of

16  infringing on its website, there's a disclaimer at the bottom

17  of the web page, correct?

18  A   There is.

19  Q   And you understand that for every single mark Chapterhouse

20  is accused of infringing, when Chapterhouse uses the mark on

21  its website, at the top of the web page there's Chapterhouse

22  Studios and the Chapterhouse icon?  You agree with that?

23  A   I do agree with that, yes.

24          THE COURT:  We're going to take a ten-minute break

25  right here.

1  A   Not necessarily.

2  Q   But that's what you wrote here.  That's what your goal is

3  to do is to make products similar enough that they could be

4  used with little problem by people playing Warhammer 40,000?

5  A   That's what I said there, yes.

6  Q   Okay.  Let's look at Plaintiff's Exhibit 147.

7          Now, this is one of the products that -- this is a

8  product announcement from one of the products that you have

9  sold, correct, power armor pad for Exorcist players?

10 A   Yes.

11 Q   And the name Exorcist has a specific meaning in Warhammer

12 40,000, right?

13 A   Yes.

14 Q   So in order to be similar enough for a player of Warhammer

15 40,000, you couldn't put on an Exorcist player's pad a picture

16 of a rose, for instance?

17 A   You could.

18 Q   But that wouldn't be recognizable to them as an Exorcist

19 pad, right?

20 A   Not as depicted as the GW idea of Exorcist.

21 Q   I didn't hear that.  Not as depicted by?

22          Why don't you just state it back again.

23 A   Not as depicted as GW's idea of Exorcist.

24 Q   Okay.  But in theory you could put a rose or a castle or a

25 sword on a product and call it an Exorcist shoulder pad,

1  right?

2  A    Yes.

3  Q    But that's not what you chose to do?

4  A    No.

5  Q    Because you want to make products that are similar enough

6  to the Games Workshop products so that it could be immediately

7  recognizable to players of Warhammer 40,000?

8  A    No.

9  Q    So that's just a coincidence that you happened to pick a

10  shoulder pad design that looks just like the Exorcist design

11  of Warhammer 40,000 rather than a rose or a sword or a castle?

12  A    No, that's not a coincidence.  But you said we want to

13  make products that were similar to GW products.  That's

14  incorrect.

15  Q    Okay.  Similar enough so that they could be used by

16  players in the game.

17  A    Yes.

18  Q    And to achieve that, they have to be recognizable to them

19  as similar to the GW reference point?

20  A    Yes.

21  Q    Let's look at one more example of a shoulder pad product,

22  and we'll look at Plaintiff's Exhibit 149.

23         And this is a shoulder pad for chalice or Soul

24  Drinkers, is that right?

25  A    Yes.

## Villacci - direct

1  fact, we were just looking at a picture on eBay of a product

2  that you were selling called a jump pack, right?

3  A.  Yes.

4  Q.  And we heard I think some questions the other day put to

5  Mr. Merrett that the Games Workshop jump pack looks like it has

6  two turbines.  Do you remember that testimony?

7  A.  Yes.

8  Q.  Now, you didn't call your product, though, a twin turbine

9  lifter, did you?

10  A.  No.

11  Q.  You called it a jump pack, right?

12  A.  Yes.

13  Q.  And that's because the name jump pack is uniquely associated

14  with Games Workshop in the context of miniature war games.

15  A.  No.

16  Q.  It had nothing to do with that?

17  A.  That wasn't the sole basis of us using that.

18  Q.  So, it did have something to do with it?

19  A.  Yes.

20  Q.  And the same is true of other products.  For example,

21  exorcist.  We all know there's a movie called Exorcist, but when

22  you put the exorcist symbol and name on some shoulder pads, you

23  could have called it the demon remover shoulder pad, right?

24  A.  Yes, we could have used that name.

25  Q.  You used the name that Games Workshop had previously used,

PDF created with pdfFactory trial version www.pdffactory.com

## Villacci - direct

1    exorcist, because you knew that that name was already associated

2    with Games Workshop, right?

3    A.    Not necessarily.

4    Q.    Okay.    But that was certainly part of your thinking, right?

5    A.    Yes.

6    Q.    Okay.    And the word -- you use the word heresy here quite

7    frequently in context with your products, right?

8    A.    Yes.

9    Q.    And you recognize that that's a direct reference to Horus

10   Heresy, right?

11   A.    Yes.

12   Q.    In the same way if I say to you what does the word Coke

13   mean, what would you say?

14   A.    Soda.

15   Q.    Coca-Cola, right?

16   A.    Down South that's what we refer to all kind of drinks,

17   unless you are picking a specific item

18   Q.    Well, you don't need to hear the full name Coca-Cola to know

19   that a shortened version of it, Coke, means the same thing,

20   right?

21   A.    I would disagree with you.

22   Q.    All right.    But you do know -- still know it's referring to

23   a soda?

24   A.    Yes.

25   Q.    And if you were in the coal refining business, if you heard

PDF created with pdfFactory trial version www.pdffactory.com

Villacci - cross

1  Q.   So, you have a personal collection of Games Workshop parts?

2  A.   Yeah, I do.

3  Q.   Do you have particular armies that you collect?

4  A.   Yes.

5  Q.   Which ones?

6  A.   Currently, I have a Tau army, a Necron army, a Salamander

7  Space Marine Army.  Let me think.  A Tyranid army.  Can't forget

8  about them  Thank God that's all I have.

9  Q.   And if we look at PX909 at 18, what is that?

10  A.   That is one of my first Tau battle suits that I ever bought.

11  Q.   And PX909 at 22.

12  A.   That is one of my almost completely painted Salamander Space

13  Marines.

14  Q.   And are the parts on that product Games Workshop or

15  Chapterhouse?

16  A.   They are both.

17  Q.   Which parts are from Chapterhouse?

18  A.   The shoulder pad on the right-hand side with the big orange

19  dragon head on it, that's our product.  And, sadly, the

20  unpainted gun in his hand is also our product because it's not

21  painted.

22  Q.   How long have you been playing Warhammer 40K?

23  A.   Let's see.  I was 15, I think, when I started.  16.  I'm

24  afraid to say how old I am  Seventeen years.

25  Q.   And how did you first get started creating your own

Villacci - cross

1    miniatures?

2    A.    Just wanted to add onto my personalization of my stuff.   You

3    see I got a ton of stuff here.   One of the aspects of the hobby

4    is individualizing your units, making them different looking,

5    your own flare to them  And also I'm very competitive in the

6    gaming community.   We play tournaments and stuff like that, and

7    one of the major parts of the tournaments, you could even -- I

8    mean, you could do great in the actual gaming part of it and win

9    all your games, but if you don't have anything painted well or

10   it doesn't look good, you could lose to someone else who did

11   better.

12          It was painting and converting, converting meaning

13   adding your own flare and twist to a model or sculpting onto and

14   stuff like that stuff.   That's what made me want to get into it,

15   to, I guess, win more competitions.

16   Q.   And how did you get ideas for your customization?

17   A.    Initially, it was on the forums.   The forums have been such

18   a big part of this whole case.   Everyone goes there and talks.

19   They get on there to brag about their stuff.   Look at this.

20   Look what I did.   Oh, that's great.

21          I ran into a guy who played Salamanders, as well, and I

22   saw these awesome looking shoulder pads.   I was like, oh, that's

23   awesome.   There's nothing out there like that.   And it's such a

24   simple thing to add that onto your figure, but it makes it look

25   totally different than the guy next to him with a plain, boring,

1    I think space marine just describes someone who

2    fights in space, but it seems the trend is to describe

3    someone who fights in space in big, bulky armor lately.

4    Q.    How about the term rhino in a military context?  Does

5    that have any meaning to you outside the Games Workshop

6    universe?

7    A.    I believe there's APC called rhino in regular military,

8    real vehicles.

9    Q.    Now, let's turn to PX 436, and take a look at that

10   document.  And can we turn it at all?

11   While it's sideways and we're working on zooming,

12   do you recognize this?

13   A.    I can read at the top, yes, Chapterhouse Studios Sales

14   by Item Summary, and it's got a date range of 2007 to '11.

15   Q.    Okay.  And in the date -- the ending date range, is that

16   around the time that you redesigned your website?

17   A.    I believe it is, yes.

18   Q.    And if we could look at the top row of the chart?

19   Can you talk to us about what each of those columns

20   represents?

21   A.    Quantity describes the amount of quantity sold of that

22   product.

23   Amount pertains to an amount of, I guess, sales for

24   that product, dollar amount.

25   Percentage of sales, I never really pay much

1   representations of these creatures.

2          And as far as I know, there is no character or

3   creature in the Games Workshop book that is just a head.  You

4   can't play with a bunch of little heads.  They actually

5   supplement the Games Workshop product.

6   Q    Where did the ideas for your products come from?

7   A    Myself, Tomas, our concept artist.  A lot of them come

8   from customers.

9   Q    Can you give me examples of ideas that you have referenced

10  outside of the Games Workshop universe in creating your

11  products?

12  A    Sure.  I'm pretty much a bookworm.  I read lots of books.

13  So there's that; movies, Star Wars.  Star Wars is another one

14  with a -- there's a character in Return of the Jedi called

15  Squid Head.  I don't know if anyone played with Star Wars when

16  they were little kids, with toys, but there's an actual action

17  figure called Squid Head that looks like that, too.

18          So movies, pop fiction, I mean, just everything and

19  anything I have seen throughout my life.

20  Q    If you have an idea for a product or if a customer brings

21  you an idea for a product, what factors do you consider in

22  determining whether to actually make it?

23  A    Whether there will be an actual demand for it.  We have

24  gotten some really crazy ideas from customers, and while they

25  can still order that product, that influences the price

Villlacci - cross

1    structure, what we charge them.

2         If it's something that I think other customers would

3    like, I don't charge them so much because I know we'll get the

4    capital back that we invest in creating that product with

5    them.  But if it's something I know the customers will like

6    and we just really haven't touched upon it, we work on it,

7    flesh it out, make sure there's not a Games Workshop icon that

8    matches that or anything like that.

9         It's very important that we don't copy Games

10   Workshop's icons, and I've turned down a number of requests,

11   paid requests, to do stuff, but that's something I don't want

12   to do.

13        And basically also the forums.  I read the forums,

14   the fan sites, the miniature companies sites.  The general

15   miniature forums, they talk about ideas, and some of them have

16   real good ideas.  And if I see one, you know, I will contact

17   the person and say, you know, I like your ideas, is it okay to

18   use this going forward.  And I don't think I've ever had a

19   customer say, no, you can't use my idea.

20        I mean, we have the resources to make these ideas

21   come to life.  They don't.  So they're just glad someone can

22   do it.  And usually I will say, you know, I will give you five

23   or ten copies of this, you know, just for letting us use your

24   idea, and they're happy about that.

25        But we do watch what Games Workshop comes out with,

1    and if we see a way we can improve upon it and transform upon

2    it, make it look better, I don't see any reason not to.  They

3    still have to buy Games Workshop product.

4           In fact, there was one product called a Storm Raven

5    conversion kit.  You guys saw that up there.  And it extends

6    out the body of the kit.  There was a pretty large consensus

7    of online postings anyway that they did not like the way the

8    kit looked.

9           MR. MOSKIN:  Objection.

10          THE COURT:  Basis?

11          MR. MOSKIN:  Hearsay.

12          THE COURT:  It came a little late in that answer.

13   I'm not going to strike that answer.  Get up quicker the next

14   time.

15          THE WITNESS:  There was a general consensus --

16          THE COURT:  I think the answer has been completed.

17   Ask another question.

18   BY MS. HARTZELL:

19   Q    All right.  You were asked about the third party designers

20   that you work with when Mr. Moskin was questioning you.  How

21   do you find the designers that you work with?

22   A    Mostly through the online forums and sometimes customers

23   refer us to them.

24   Q    Are any of your designers affiliated with Games Workshop?

25   A    They don't work for Games Workshop currently, if that's

1    A    In this instance I'm going further on it, saying, you

2    know, that there are other ways we can adapt this particular

3    model, you know, do more to the Chapterhouse add-on kit that

4    would make it look suitable to other modern concepts of

5    warfare.  In this case I'm talking about a half track vehicle,

6    which was something used quite commonly in World War II and

7    World War I.

8    Q    Did you end up making a conversion kit?

9    A    Yes.

10   Q    Do you know if Chapterhouse sold the conversion kit?

11   A    I do not believe in this case they sold it.

12   Q    Did they sell the wheels to go with the Chimera for the

13   Games Workshop product?

14   A    Yes, they sold that kit.

15   Q    And for that kit do you have an understanding of whether

16   it's one of the items accused of copy infringement?

17   A    It is not.

18   Q    Did you work on products other than this wheeled

19   conversion kit?

20   A    I also worked on a variety of add-on kit pieces for their

21   other vehicles such as the Rhino and the Land Raider.

22   Q    What's a Rhino?

23   A    In this setting it is the -- it is analogous to an M 113

24   armored personnel carrier.  It's basically a armored box with

25   tracks that carry troops around the battlefield.

1  Q   What's M 113?  Is that something from Games Workshop?

2  A   No.  It's a real-life modern armored vehicle that we used

3  starting in the 50s through Vietnam, and the British had their

4  own versions of it.  But it basically is analogous to the

5  general shape, function of this vehicle.

6  Q   Putting up DX 642, and this image is also in PEX 1020.

7  Product 82 is the reference number for this product.

8          What is the product on the left?

9  A   That is Games Workshop's Rhino model kit.

10  Q   Is that the tank that you were describing a moment ago?

11  A   Yes.

12  Q   And what did you do in terms of making a product that goes

13  with that?

14  A   Well, initially I produced pieces, blank door panels that

15  Chapterhouse went on to use here and here that fit in the

16  bezel of the Games Workshop model.

17  Q   What's a bezel?

18  A   A bezel is basically the pocket in which these components

19  sit in.  There's an interfacing surface.  You know, square

20  peg, square hole or, you know, a round hole is not -- you

21  know, a square peg doesn't fit in a round hole.

22  Q   I'm showing you an email with an attachment, DX 588.  What

23  is shown here?

24  A   This is one of those components I made.  It's a piece from

25  the retro Mark I Rhino kit, add-on kit that Chapterhouse

```
1   Q.   I want to talk to you about some other subjects, Mr.
2   Nagy.
3            One of the subjects in this case has to do with the
4   design of the shoulder pad and whether or not the idea has
5   been out there for the size and shape of the shoulder pad.
6            Before this case started, had you personally seen
7   characters, fictional characters, with large, blocky shoulder
8   pads?
9   A.   Yes.
10  Q.   What's an example?
11  A.   Well --
12           MR. KEENER:  Your Honor, I think it's the subject
13  of expert testimony now.
14           THE COURT:  I can't hear you.
15           MR. KEENER:  I think it's the subject of expert
16  testimony now.
17           THE COURT:  I disagree.  Overruled.
18           You can answer.  Go ahead.
19  BY THE WITNESS:
20  A.   Well, in particular, I'm personally a fan of the British
21  comic book series -- it's a whole franchise, 2000 AD, in
22  particular Judge Dredd.
23  BY MR. ALY:
24  Q.   What's Judge Dredd?
25  A.   You know, it's kind of -- you know, Dirty Harry in the
```

1  future is the best way to describe him.  You know, he's the

2  cop who is out on the beat, you know, and he, you know -- he

3  is, you know, ornamented with various armor, you know, and

4  one of which is a large, bulky shoulder pad that comes down

5  his shoulder and is adorned with a giant golden eagle, you

6  know, as a -- you know, that resembles like an officer's

7  badge.

8  Q.   Do you know of any connection between Games Workshop and

9  this 2000 AD or Judge Dredd?

10  A.   Yes.  Well, I mean -- yes, prior to Games Workshop

11  producing Warhammer 40K, they had the license to produce both

12  the miniatures and a game for this particular setting.

13  Q.   And had you personally, Mr. Nagy, seen the pieces, the

14  miniature pieces?

15  A.   Yes.

16  Q.   Can you describe the shoulder pads and what they looked

17  like?

18  A.   They were generally bulky and rounded.

19  Q.   Let me talk to you about some of the trademarks that

20  have been discussed in this case.

21        The first one I would like to ask you about is the

22  words space marine.  Outside of the context of Games

23  Workshop, had you heard of the phrase space marine?

24  A.   Yes.

25  Q.   Where?

1   A   These ones are I guess what you'd call oversized, so

2   they -- you know, in the -- we can't tell right now because

3   they're not in the context of the model, but in the context of

4   the model they extend sort of further down the bicep than you

5   would typically see in other examples of shoulder armor.

6   Q   Do you believe that the oversized shoulder pads were a

7   design element that was standard in science fiction?

8   A   Yes.  Not only science fiction but also fantasy.

9   Q   And did you do research to confirm that belief?

10  A   Yes, I did.

11  Q   Did you compile some images that you found onto your

12  chart?

13  A   Yes, I did.

14  Q   Let's take a look at the next slide with images from DX

15  301, DX 313, DX 317, DX 300 and DX 320.

16          Now, Dr. Grindley, what was your point in compiling

17  the images in this chart?

18  A   I just wanted to show the ubiquity of shoulder armor in

19  everything from real honest to goodness, you know, medieval

20  and Renaissance armor all the way up to, you know,

21  contemporary films like Star Wars and Alien, and also to, you

22  know, comic books and book covers, so crossing a really wide

23  spectrum of popular culture that, you know, this kind of

24  shoulder armor is just something you're going to see.

25  Q   Do the shoulder armor that you included here from other

1  works, do they have a particular general size that you would

2  describe?

3  A   Some of them are oversized.  You know, like obviously this

4  is oversized because it's actually resting on top of a smaller

5  plate.  This is something that one would use in a jousting

6  context.  You can see that one, you know, of my favorite ones

7  here from Alien, you can see that's oversized.  You know, the

8  Michael Devlin character from Earth 88194, you can see that's

9  oversized.

10       But I just wanted to show that, you know, these

11  things were just a standard image that you might get.

12       There were more images I wanted to find, but I

13  just -- to tell you the truth, my DVD was scratched so I

14  couldn't get a bunch of them.

15  Q   Now, do any of these science fiction shoulder pads from

16  other sources that you've shown, do they have the exact same

17  size and shape as the Games Workshop shoulder pad?

18  A   No, they don't.

19  Q   So with that understanding about oversized shoulder pads,

20  what is your opinion with respect to the differences between

21  the two products?

22  A   Well, once we've, you know, acknowledged that these are

23  oversized elements of shoulder armor, then we can actually

24  examine the differences between the two of them.  And for

25  example, we started at these two here.  You can see there's a

Blanche - deposition

1    A.   It was a comic.

2    Q.   Can you describe what this comic was?

3    A.   The comic was released about the same time as the punk music

4    explosion in the UK, and the comic overturned people's

5    perception of comic book heros, in as much as traditional comic

6    heros were clean-cut, the 2000 AD took on this punks esthetic,

7    and heros became more anti-heros, therefore it was a very

8    popular thing for youth cultures in England at that time.

9    Q.   Approximately when was this time?

10   A.   Late seventies.

11   Q.   Were there any characters you recall related to 2000 AD?

12   A.   Johnny Alpha.   There was the big one, Judge Dredd.   My

13   knowledge is very limited.   I never bought the comic.

14   Q.   Can you describe who Judge Dredd is?  And is that D-r-e-d-d?

15   A.   Yes, he is a law enforcement officer of near future America,

16   I believe, American cities, which had become vast and very

17   dystopian, and he is known for riding a motorbike.

18   Q.   What did Judge Dredd look like?

19   A.   He wore a black tight suit, big boots, and helmet, sort of

20   like a futuristic police uniform, I suppose.

21   Q.   Do you recall if Judge Dredd had big shoulder pads as parts

22   of his uniform?

23   A.   Yes, I suppose he did.

24   Q.   And what was your role as part of the development of

25   Warhammer 40K?

PDF created with pdfFactory trial version www.pdffactory.com

Brewster - direct

1    heraldry, those insignia will incorporate a collection of

2    symbols that somehow tell the history of the particular unit.

3    Q    How is heraldry relevant to your work, sir?

4    A    Again, our museum tells a story of the United States Army

5    Division that is made up of various components, and each of

6    the subunits within the division have their own distinctive

7    unit insignia and heraldry.

8    Q    Are you an expert in medieval heraldry?

9    A    No, I'm not.

10   Q    But you encounter heraldry as it relates to modern

11   material military culture, is that correct?

12   A    Yes, absolutely.

13   Q    So I would now like to ask you some questions about the

14   specific symbols that you saw in Games Workshop's works.

15          Let's start with chevrons.  So what is a chevron?

16   A    A chevron is two bars that terminate in a point and that

17   can be oriented.  The point can be oriented upward or

18   downward, so in a V or in an inverted V shape, or

19   horizontally.

20   Q    And are chevrons encountered in military insignia?

21   A    Yes.  Chevrons are regularly encountered in military

22   insignia, particularly in United States military insignia,

23   starting in the 19th century.

24          They are commonly used for rank, insignia for non-

25   coms or for noncommissioned officers, sergeants, corporals,

1    and for enlisted men.

2            And they are also used at times in current military

3    for unit designators, armored unit designators.

4    Q    Now, Mr. Brewster, I'm showing you what has been marked as

5    PX-1020 at entry 50.  This is an example of one of

6    Chapterhouse's accused products in the case.

7            What is the design element on this product?

8    A    That appears to be a shoulder pad that incorporates a

9    single chevron.

10   Q    I'm now showing you examples of Games Workshop's claimed

11   works from Plaintiff's Exhibit 1020, entry 50 and entry 52.

12           What symbols do you see on these works?

13   A    Again, I believe those are two shoulder pads that

14   incorporate forms of chevrons and Roman numeral.

15   Q    Sir, have you brought images of chevrons appearing in

16   military material culture to discuss today?

17   A    Yes.

18   Q    Let's look at those.

19           I'm showing you now in the upper right corner, we're

20   seeing the two images from Plaintiff's Exhibit 1020 that we

21   just looked at, 50 and 52.

22           What is in the rest of the screen?

23   A    That's an image of an M1A1 Abrams tank, a United States

24   military tank, in the Gulf War, and it is incorporating two

25   different chevrons on the skirt around the body of the tank, a

1  single large chevron and then a chevron with number 3.

2  Q   And during what time period was this particular insignia

3  used?

4  A   In this case, that's a unit designator.  That dates from

5  the Gulf War from 1990 to 1991.

6  Q   Mr. Brewster, what is this book?

7  A   That's Stein's History of U.S. Heraldic Crests.

8  Q   Is this one of the reference books that you consulted in

9  looking for examples?

10 A   Yes.

11 Q   Again, we show examples of two of Games Workshop's claimed

12 works up in the upper right-hand corner.

13       Mr. Brewster, what are we looking at at the rest of

14 this slide here?

15 A   That's a distinctive unit insignia for the 198th armed

16 regiment.  You can see it's a shield that incorporates a

17 single chevron with a dragon design and a motto at the bottom.

18 Q   Sir, during what time period was this insignia used?

19 A   Starting in the late 1960s and onward.

20 Q   And -- oh, sorry.

21       For the record, the last crest he was discussing is

22 Defendants' Exhibit 285 at pages 97 and 101.

23       Sir, I'm now showing you images from Defendants'

24 Exhibit 285 at pages 98 and 103.

25       What are we looking at here?

1  A   This image is from Stein's Heraldic Crests, and it is

2  another distinctive unit insignia from the 89th Army Reserve

3  command.  And in this particular image, it's using a pair of

4  chevrons with a torch and two fleur de lis.

5  Q   And, sir, during what time period was this insignia used?

6  A   In the late 1960s into the early 1970s, or into the 1970s.

7  Excuse me.

8  Q   Let's turn to arrows.  Did you see examples of arrows in

9  the works that Games Workshop is claiming in this case?

10 A   Yes, I did.

11 Q   Now, can you tell me which specific works contained

12 arrows?

13 A   Not individual pieces.  I didn't chart individual pieces.

14 Q   And are arrows encountered in military insignia?

15 A   Yes, they are.

16 Q   In what form?

17 A   They're incorporated into shoulder insignia and into

18 distinctive unit insignia.

19 Q   Mr. Brewster, I'm showing you an example of one of

20 Chapterhouse's products that is accused in this case.

21      This is from Plaintiff's Exhibit 1020, entry 55.  Can

22 you describe the symbol you see on that?

23 A   Yes.

24 Q   What is that?

25 A   That's an -- again, I believe it's a shoulder pad that is

1  using a single arrow symbol.

2  Q    I'm showing you now examples of Games Workshop's claimed

3  works in this case from Plaintiff's Exhibit 1020, images from

4  entry 56.

5        Can you describe the symbol we're looking at here?

6  A    Yes.  There are two shoulder pads, each with a single

7  arrow on them.

8  Q    And is this type of arrow typical of arrow designs that

9  you are familiar with from military insignia?

10  A    It's the most basic form of arrow, so, yes, certainly.

11  Q    Sir, I'm now showing you the cover from Defendants'

12  Exhibit 285.  This is page 12.  Can you tell us what resource

13  we're looking at here?

14  A    That's Britton's U.S. Military Shoulder Patches of the

15  United States Armed Forces.

16  Q    Sir, is this one of the books from your reference library

17  at work?

18  A    Yes, it is.

19  Q    Now, I'm showing you an enlarged image of one of the

20  symbols that appears on Defendants' 285, page 12.  What are we

21  looking at here?

22  A    That's the shoulder insignia of the first logistical

23  command.

24  Q    During what time period was that particular insignia used?

25  A    1960s, 1970s.

Brewster - direct

1   Q    Sir, I'm showing you what's been marked Defendants'
2   Exhibit 285 at pages 100 and 104.
3        Where did you find these images and what are we
4   looking at here?
5   A    Those images are from Stein's U.S. Army Heraldic Crests,
6   and that particular image is distinctive unit insignia from
7   the 562nd Air Defense Artillery, and it incorporates an arrow
8   piercing a second arrow with a winged dragon on a shield.
9   Q    During what time period was this insignia approved?
10  A    Through the 1960s.
11  Q    And I'm showing you what has been marked as
12  Defendants' 285 at pages 100 and 109.
13       Where is this from and what are we looking at here?
14  A    And that's from Stein's Heraldic Crests.  That's the
15  distinctive unit insignia of the Third Artillery.  It
16  incorporates a barred arrow in the upper field, a pair of
17  chevrons with arrows, a dragon, a fleur de lis, and I believe
18  that's a thistle on a shield.
19  Q    So let's turn to another symbol that you encountered in
20  Games Workshop's works.
21       The cruciform, can you tell us what a cruciform is?
22  A    In this sense, a cruciform is made of two bars that create
23  an X, and that's also referred to as a St. Andrews cross.
24       And this particular form that we're examining is
25  called an arrow cross.  There are arrow points at the ends of

1    the canton.

2    Q    During what time period was this insignia used?

3    A    In the later 1960s.

4    Q    Let's turn to Roman numerals.

5         Are you aware of examples of Roman numerals in

6    military insignia?

7    A    Yes.

8    Q    How are -- strike that.

9         How are Roman numerals used?

10   A    Roman numerals are used as unit designators in the United

11   States military.

12   Q    And I'm showing you examples of Games Workshop's claimed

13   works in this case from Plaintiff's Exhibit 1020 at entries

14   46, 47 and 50.

15        What symbols do you see on these works?

16   A    And there are arrows, chevrons and also the arrow cross

17   that all incorporate Roman numerals, in particular with the

18   arrows and numerals in series.

19   Q    Mr. Brewster, I'm showing you an image from

20   Defendants' 285 at page 19.

21        What are we looking at here?

22   A    That's from U.S. military shoulder patches by Britton, and

23   those are shoulder insignia for marine air wings.  Again, they

24   incorporate several symbols, stars, wings, and Roman numerals

25   in series to designate units, specific marine air units.

Brewster - direct

1   Q    Which symbol is designating the particular unit?

2   A    The Roman Numeral I, II, III, and IV.

3   Q    During what time period were these insignias used?

4   A    World War II.

5   Q    Mr. Brewster, I'm showing you an image from Defendants'

6   Exhibit 285 at page 18.

7            What are we looking at here?

8   A    Again, those are from U.S. military shoulder patches by

9   Britton, and they are again representing marine air wings, and

10  they incorporate the marine eagle globe and anchor, wings and

11  then again Roman numerals in series designating the particular

12  air wings.

13  Q    The Roman numerals designate what?

14  A    The marine air wings.

15  Q    And during what time period were these used?

16  A    In 1940s, 1950s.

17  Q    Mr. Brewster, I'm showing you an image from Defendants'

18  Exhibit 285 at page 16.

19           What are we looking at here?

20  A    Those are from Britton's U.S. Military Shoulder Patches.

21  They are shoulder insignia for United States Army Corps and

22  logistical commands.  They are incorporating, again, several

23  symbols, in particular, numbers or Roman numerals in three

24  examples.

25  Q    During what time period was this in use?

1   A    World War II.

2   Q    Let's turn to blood drop symbols.

3        Are you familiar with examples of the use of blood

4   drops in military insignia?

5   A    Yes.  Blood drops appear singly and in multiples in

6   different U.S. military insignia from the 1940s onward through

7   into the 1960s.

8   Q    Did you see them in the military insignia from the Vietnam

9   conflict period?

10  A    Well, specifically from the Vietnam conflict period,

11  that's where you see the proliferation of the use of blood

12  drops, specifically in small unit patches, special forces,

13  unit insignia patches that were designed for them at the time

14  during the Vietnam War.

15  Q    Did you identify the use of blood drops in the Games

16  Workshop's works that you reviewed --

17  A    Yes, I did.

18  Q    -- in forming your opinion?

19       I'm showing you examples of Games Workshop's claimed

20  works in this case for Plaintiff's Exhibit 1020 at entries 4

21  and 12.

22       Are these consistent with images you reviewed of

23  Games Workshop's works in forming your opinion?

24  A    Yes, they are.

25  Q    What symbols do we see here?

Hodgson - deposition

1    (Recess taken.)

2        (The following proceedings were had in the presence

3        and hearing of the jury:)

4        THE COURT:  Everybody can have a seat.  We're going

5    to hear the deposition of?

6        MR. ALY:  Neil Hodgson.

7        THE COURT:  Neil Hodgson, N-E-I-L, H-O-D-G-S-O-N.

8    NEIL HODGSON, DEFENDANT'S WITNESS, THROUGH DEPOSITION

9                    DIRECT EXAMINATION

10   Q   Please state your name and spell it for the record.

11   A   It's Neil John Hodgson.  That's N-E-I-L, J-O-H-N,

12   H-O-D-G-S-O-N.

13   Q   And could you please identify your current employer?

14   A   Games Workshop.

15   Q   What's your current position?

16   A   It's graphic illustrator.

17   Q   What are your general duties and responsibilities?

18   A   To produce artwork for Games Workshop.

19   Q   And what type of artwork do you produce?

20   A   Iconographic, shields, banners, color schemes.

21   Q   Do you use reference materials as part of your work?

22   A   Yes.

23   Q   Can you describe the reference materials you use?

24   A   Yes.  Everybody who works in the studio or most of the

25   creative people who work in the studio and some have a library

Hodgson - deposition

1   of books like medieval armor and stuff like that through the
2   ages and flavor pieces, really.
3   Q   Now, when you say flavor pieces, what do you mean by that?
4   A   It's to get reference for shapes of armor or how armor
5   will fit together so that you can see that when you draw maybe
6   something like that, how it's supposed to hang on the body
7   properly and all that kind of stuff, so.
8   Q   Are there other type of reference material that you use
9   besides the ones related to armor?
10  A   Weapons, tanks, World War II, World War I, classic, all
11  sorts, so.
12  Q   Anything else you can think of?
13  A   I use the Internet sometimes as well to reference things,
14  but I generally try not to do that.
15  Q   What type of things on the Internet would you try to
16  reference?
17  A   I generally use it to search through our archive stuff
18  because it's easier to call up an image on the screen rather
19  than try and troll through hundreds of issues, back issues of
20  White Dwarf.
21  Q   You would use previously published Games Workshop material
22  as a reference?
23  A   Absolutely.
24  Q   Anything else through the Internet that you use as a
25  reference?

Goodwin - cross

1    A.   The Imperium is a civilization or the remnants of one.

2    Q.   Fine.  And so, the Imperium, the civilization, that's the

3    setting in which this game is to take place; is that right?

4    A.   Yep.

5    Q.   And that game is an amalgamation of so many ideas that were

6    floating around, taken from sources like 2000 AD, right?  Isn't

7    that true?

8    A.   That just doesn't finish off the sentence, does it?

9    Q.   Well, let's look at the rest of the sentence.  Taken from

10   2000 AD and Michael Moorcock novels and real history all put

11   into a big pot and regurgitated by us.  Do you see that?

12   A.   Yes.

13   Q.   Isn't that what Games Workshop did?

14   A.   That's a very, very simplistic reading of it, yes.

15   Q.   And that's in The Art of Warhammer book, right?

16   A.   Yes.

17            MR. ALY:  No further questions.

18            THE COURT:  Redirect?

19            MR. MOSKIN:  No, your Honor.

20            THE COURT:  Any questions from any of the jurors?  I

21   see nobody writing.

22            Okay.  Any further rebuttal on behalf of the plaintiff?

23            MR. MOSKIN:  Nothing further.

24            THE COURT:  Aside from our exhibit issues and other

25   stuff we're got to deal with, is there any further evidence on

1    There are several pages of definitions here.  The

2  first involves ownership of trademark.  Games Workshop owns a

3  symbol or term as a trademark if it used the symbol or term in

4  interstate or foreign commerce in a way that allowed consumers

5  to identify it with Games Workshop or its product before

6  Chapterhouse began to use the symbol or term.  I have

7  previously ruled that Games Workshop owns 71 of the claimed

8  trademarks that are at issue in the case.  A list of these

9  trademarks will be provided as part of the verdict form that

10  I'm giving you, and we'll discuss the verdict form in a few

11  minutes.

12    I have made no determination regarding ownership of

13  the other claimed trademarks that are at issue in this case.

14  That determination is one of the matters that you will have to

15  decide.

16    The next definition is "valid trademark."  A "valid

17  trademark" is a symbol or term that is distinctive.  In other

18  words, it is capable of distinguishing the trademark owner's

19  product from the products of others.

20    I have previously ruled that the following terms are

21  valid trademarks owned by Games Workshop:  Space Marine;

22  Eldar; Tau, T-a-u; and Warhammer.  I have made no

23  determination regarding ownership of the other claimed

24  trademarks that are at issue in this case.

25    A symbol or term may be considered distinctive if it