# EXHIBIT

# 12

# RE: FW: More: Mk1 Thunder Armor Shoulder Pad

**From:** Chapterhouse Studios - Nick <nick@chapterhousestudios.com>
**To:** Jeffrey Nagy <nagyja@gmail.com>
**Date:** Wed, 17 Jun 2009 20:16:47 -0500

Jeff,

I think we can see about having 5-6 done into a mold, we just need to determine which would sell the best and if any last details need to be added.  Id say put a hold on more pad designs until we decide what to do with what you have, finish them up.

Tom said something about wood on Wolf Rhino kits.  I don?t think the whole thing should be wood, but like some of the smaller details could be wood, or have wooden trim on the edges.  Would wood ( :) ) be workable in 3d with the STL I sent you for the rhino templates?

Sincerely,

Nick - Sales and Design

Chapterhouse Studios

-----Original Message-----

From: Jeffrey Nagy [mailto:nagyja@gmail.com]

Sent: Wednesday, June 17, 2009 7:56 PM

To: Nick - Chapterhouse Studios

1

**PLAINTIFF
EXHIBIT
PX-41**

HIGHLY CONFIDENTIAL

Subject: Re: FW: More: Mk1 Thunder Armor Shoulder Pad


Nick,

Between my shoulder pads and the one Tomas has drawn up, how many of them do you think you will actually want to use? Do you think you only want some of them or do you think its a matter of time and that you'd eventually get around to using all of them? Or will you just go all out and make all of them immediately?


I think I'm putting alot of effort into a good number of variants and I just want to make sure my efforts not being wasted. -Jeff


On Wed, Jun 17, 2009 at 3:07 PM, Nick - Chapterhouse Studios<nick@chapterhousestudios.com> wrote:

> Lead times.  Ive never used your prototyper before, the one in china

> took a week to do our project and then it took about 1-2 weeks for

> production.

>

> So figure 3-4 weeks max to have it from paper to being in our hands.

>

> I need to talk to the website owner you pointed me at and see what

> sort of numbers I can get from him.

>

> Nick

>

> -----Original Message-----

> From: Jeffrey Nagy [mailto:nagyja@gmail.com]

> Sent: Wednesday, June 17, 2009 2:27 PM

> To: Nick - Chapterhouse Studios

2

HIGHLY CONFIDENTIAL

CHS00003126

> Subject: Re: FW: More: Mk1 Thunder Armor Shoulder Pad

>

>> I think if we can take advantage of any old line GW has stopped doing

>> ?

> Valhallans for instance,  we would succeed in bringing in old loyal IG

> players that have no options from GW.  IG is good in other words, im

> not too sure on the Tau Auxilary forces, are those playable yet or in

> codex?

>

> Agreed. The comment about Tau Auxilliaries and Renegade Guardsmen, was

> just mean to say we can do pre-established designs or for the phase

> two try something a little less derivative. That if we come up with a

> good idea and good designs we shouldn't limit ourselves too much. But

> no they aren't playable, just count-as.

>

>

>> Attilans,  Tallarn,  anything historical as well, or stuff that?s

>> been

> mentioned in novels (some very cool ideas in the Gaunts ghost novels).

>

> I think that'd be cool. Of course the more organic cloth lends itself

> better to sculpting rather than digital work. Tanks and things will be

> easier.

>

> Between Space Wolves and the demand for preheresy bits. I think it'd

> be good to roll out these new shoulder pads, bolters, and the various

3

CHS00003127

> tank bits by the time Space Wolves comes out.

>

> Out of curiosity, what sort of lead time is there from when I provide

> a completed .stl file to when we can fill orders? I just want to know

> when the cut off for designing is to make the Space Wolves release at

> the end of October. -Jeff

>

> On Wed, Jun 17, 2009 at 12:13 PM, Nick - Chapterhouse Studios

> <nick@chapterhousestudios.com> wrote:

>>

>> I think if we can take advantage of any old line GW has stopped doing

>> ?

> Valhallans for instance,  we would succeed in bringing in old loyal IG

> players that have no options from GW.  IG is good in other words, im

> not too sure on the Tau Auxilary forces, are those playable yet or in

> codex?

>>

>>

>>

>> Attilans,  Tallarn,  anything historical as well, or stuff that?s

>> been

> mentioned in novels (some very cool ideas in the Gaunts ghost novels).

>>

>>

>>

>> One thing Tomas asked about was heads,  how is 3d good for that?  I

4

CHS00003128

>> would

> think faces would be difficult, but I could be wrong.

>>

>>

>>

>> Lets plan ahead for the bolters.  I think your spot on on that.

>> Another

> thing people ask for which may be more of Tomas GS sculpting is Dragon

> weapon bits or weapons with a dragon or flame theme incorporated into

> them.

>>

>>

>>

>> Heres my managerial side coming out.  Lets nail down what you have on

>> the

> 3d planning table and get them done as far as the 3d files go.  Once

> those are complete we can pick out some and have them produced.

>>

>>

>>

>> Lets not forget the Space Wolf stuff that will be super hot in a few

> months with the codex?

>>

>>

>>

>> Nick

5

HIGHLY CONFIDENTIAL

CHS00003129

>>

>>

>>

>> From: Jeffrey Nagy [mailto:nagyja@gmail.com]

>> Sent: Wednesday, June 17, 2009 12:02 PM

>> To: Nick - Chapterhouse Studios

>>

>> Subject: Re: FW: More: Mk1 Thunder Armor Shoulder Pad

>>

>>

>>

>> Two things...

>>

>>

>>

>> First, on the combi-bolter, I'd like to do two "kits" both would

>> include

> the same bits as far as flamer/melta/plasma guns go, but where the

> distinction is the bolter. I'd like one kit to have a bolter that is

> based on my concept art for an "advanced prototype" bolter and the

> other to be based on one of the older bolters I did concept art for.

> That way we have one thats kinda techy and one thats archaic, one

> being for space marines the other for chaos space marine and

> pre-heresy converters. I will begin this after I've completed the

> initial two sets of shoulder pads.

>>

6

CHS00003130

>>

>>

>> As a project further out on our time table, I would eventually like

>> to do

> some Imperial guard bit sets. I'd like to do a couple very basic sets

> with alternate helmets and lasguns. Phase two would be a more involved

> set, where we do some vehicle bits and troop conversion bits in a more

> developed approach. We could pick one of the little doodles of

> guardsman regiments in the older IG codex and extrapolate, or pick

> somethink like Renegade IG or Gue'Vesa (human auxilliaries for the

> Tau). For this instead of just making a helmet and lasgun we could do

> great coat legs or some other torsos, other bits that can be more

> involved. I bring this up because I think the more we branch out and

> diversify the better off we are. Forge World has shown how much

> popularity IG can have and the advantage of scaling. If a marine

> player does a custom army with shoulder pads, you sell 40-50 shoulder

> pads if an IG player does something similar he buys 100. Meaning even

> if half as many people take an  interest you stand to do ok.

>>

>>

>>

>>  I think as long as we keep the "rule of cool" in mind we can't fail;

> people will buy anything if its cool enough looking. So what are your

> guys thoughts? Any particular IG derivative, flavor, or concept that

> you think would be worth conceptualizing?

>>

7

HIGHLY CONFIDENTIAL

CHS00003131

>>

>>

>> -Jeff

>>

>>

>>

>> On Wed, Jun 17, 2009 at 10:11 AM, Nick - Chapterhouse Studios

> <nick@chapterhousestudios.com> wrote:

>>

>> Jeff,

>>

>>

>>

>> I agree with you on the bolter idea.  I always thought they were the

>> same

> size, but I guess not.

>>

>>

>>

>> I think we should design a bolter that the customer will get when

>> they buy

> the kit.  The kit would consist of all the combi-variant bits and the

> bolter that they will fit on.

>>

>>

>>

8

CHS00003132

\>> Lets get er done J

\>>

\>>

\>>

\>> NIck

\>>

\>>

\>>

\>> From: Jeffrey Nagy [mailto:nagyja@gmail.com]

\>> Sent: Wednesday, June 17, 2009 7:17 AM

\>> To: Chapterhouse Studios - Nick

\>>

\>> Subject: Re: FW: More: Mk1 Thunder Armor Shoulder Pad

\>>

\>>

\>>

\>> Nick,

\>>

\>> I think reducing the trim height shouldn't be too hard. It may

\>> actually be

\> a matter of raising the area behind where the symbol sits. The way you

\> drew up the shoulder pad below looks more appropriate for the shoulder

\> pad without trim. I will draw up the trimless shoulder pads in that

\> way when I get to them. I will try to enlarge the symbols; its a bit

\> of a challenge applying a symbol like that to the curved surface. When

\> I tried wrapping the symbol across the pad it became distorted and

9

CHS00003133

> looked stretched, the smaller symbol was the only way (in the time I

> had) to get the symbol on. I will play around some more.

>>

>>

>>

>> I like the Mk1 pads, do you think the studs would look good with a

>> bit

> increase in size?

>>

>> I can increase the stud size, but the Mk1 generally has small studs

>> not

> the large ones you see on the MkV and MkVI. I can do a variant with

> large studs if you want. The studs you see on the Mk1 are drawn the

> same size as the studs on the door of the landraider.

>>

>>

>>

>> If we can do an "old school" rhino front and side doors I think they

>> would

> sell well, the side doors just fit over the square holes ont eh side

> of the new rhino.  People also ask for old school mesh sides.

>>

>> All possable. I think we should also include a pair of the single

>> piece

> cupola hatch with this as well.

>>

10

CHS00003134

\>\>

\>\>

\>\> Also a regular Studded pad would look good, and maybe have it so

\>\> there is

\> space enough in the center of the pad for a decal or squad marking.

\>\>

\>\> I might be able to play with the spacing to leave a space for a

\>\> decal, it

\> just won't be all that big of a space.

\>\>

\>\>

\>\>

\>\>

\>\>

\>\> I had a thought for combi-weapon bits (one of the most sought after

\> parts), see my crappy paint photo :)

\>\>

\>\> Basically, i think all bolter barrels, and bolt pistol barrels are

\>\> the

\> same outside diameter,  would it be possible to design a combi-bit

\> that would simply slide over the existing bolter barrel?  It would be

\> highly interchangeable, and could be glued as well as hot-swapped with

\> just friction holding the bit in place!

\>\>

\>\>

\>\>

11

>> I understand your idea. It wouldn't possible the way you describe.

>> First

> the sizes of the barrels do vary, by design. Second the barrels vary

> by virtue of plastics cooling. Between different bolter weapons there

> are differences in size (enough to make a difference). Between the

> barrels of two similar bolters, there will be some variation. These

> really small differences are only an issue because of the type "slip

> fit" you're talking about. This becomes exasterbated by the varying

> thickness of paint people put on.

>>

>>

>>

>> While I think a swappable barrel system is a great idea I think its a

>> bit

> too fidgety to implement with GW's bolters, and might run into some

> practical issues of size as well. Trying to keep track of a number of

> 1/4" x 1/8" barrels might become combersome. If we decide to make this

> type of swappable system, I reccomend providing the buyer with a

> container for carrying the little pieces.

>>

>>

>>

>> I think its more preferable to design from the ground up a new

>> bolters. If

> I design a new bolter I could design plugs and sockets onto the parts.

> So that our bolters could achieve something similar to what your

12

> saying. In the fewst words, its easier to design the back of a "melta

> barrel" to have a plug that fits into a hole designed onto a surface

> than having it fit over a number of varying diameter barrels.

>>

>>

>>

>> I'll do some concept art to show some design for how we can fit them

> together.

>>

>>

>>

>> -Jeff

>>

>>

>>

>> On Tue, Jun 16, 2009 at 10:41 PM, Chapterhouse Studios - Nick

> <nick@chapterhousestudios.com> wrote:

>>

>> Jeff, Tom,

>>

>>

>>

>> The only thing I can see doing different is reducing the trim height

>> on

> the shoulder pads, it seems larger then the GW dimensions, as well as

> increasing the size of the squad type markings,  I like how GW paints

13

CHS00003137

> the ones they show in the codexes, they seem to start at the bottom of

> the pad and extend pretty far up (see photo).

>>

>>

>>

>> I like the Mk1 pads, do you think the studs would look good with a

>> bit

> increase in size?

>>

>>

>>

>> If we can do an "old school" rhino front and side doors I think they

>> would

> sell well, the side doors just fit over the square holes ont eh side

> of the new rhino.  People also ask for old school mesh sides.

>>

>>

>>

>> Also a regular Studded pad would look good, and maybe have it so

>> there is

> space enough in the center of the pad for a decal or squad marking.

>>

>>

>>

>> I had a thought for combi-weapon bits (one of the most sought after

> parts), see my crappy paint photo :)

14

HIGHLY CONFIDENTIAL

CHS00003138

>>

>>

>>

>> Basically, i think all bolter barrels, and bolt pistol barrels are

>> the

> same outside diameter,  would it be possible to design a combi-bit

> that would simply slide over the existing bolter barrel?  It would be

> highly interchangeable, and could be glued as well as hot-swapped with

> just friction holding the bit in place!

>>

>>

>>

>> Most people use combi weapons on characters and seargents,  most have

>> bolt

> pistols.  This would fit over the bolt pistol barrel and change it to

> a combi weapon, while keep ing the same pistol on the model for later

> use.

>>

>>

>>

>> We could also closely copy the GW combi-weapons as we would only be

>> using

> the very end of the weapons in our designs, this would keep the

> WYSIWYG very easily for the customers.  These would sell like hotcakes

> if ti works!

>>

15

HIGHLY CONFIDENTIAL                                                        CHS00003139

>>

>>

>>

>>

>> Sincerely,

>>

>>

>>

>> Nick - Sales and Design

>>

>> Chapterhouse Studios

>>

>>

>>

>> -----Original Message-----

>> From: Jeffrey Nagy [mailto:nagyja@gmail.com]

>>

>> Sent: Tuesday, June 16, 2009 7:46 PM

>> To: Nick - Chapterhouse Studios

>> Cc: Tomas F

>>

>> Subject: Re: FW: More: Mk1 Thunder Armor Shoulder Pad

>>

>> Nick and Tomas,

>> Seriously, any input from you guys would be appreciated. I really

>> want

16

> this to be an open and cooperatively creative relationship. I will

> probably slowing down  on my pace the rest of this week, but will

> complete the rest of what you (Nick) asked me to do by next week.   If

> you guys don't have any feedback, I will assume these are what you

> want and I will finalize the models and create the .stl files.

>>

>> The redeemer armor plates are deceptive in that they are not

> interchangable, since the locating feature is offset vertically on

> each. I'm working on determining if I can add the extra .08 inches of

> materal to the middle with out causing and interference issues to the

> redeemer cannon's rotation. If I can, that 5 minutes of effort on my

> part, it will save you guys from having to prototype a nearly

> identical piece.

>>

>> I plan on creating more shoulder pads but the ones I've shown you are

> pretty much done. In case you have forgotten I have created:

>> -the basic shoulder pad with trim (as seen on basic marines) -the

>> basic shoulder pad with out trim (as seen on old Rogue Trader era MK6

> and MK4 armor)

>> -the arched edged shoulder pad (for making more ornate and chaos

>> shoulder

> pads)

>> -trimmed shoulder pad with tactical marking

>> -trimmed shoulder pad with assault marking

>> -trimmed shoulder pad with devastator marking

>> -Mk1 shoulder pad (as seen on Mk1 "Thunder" Power Armor)

17

                                                                                      CHS00003141

>>

>> Some of the other shoulder pads I have planned:

>> -MkII and MkIII shoulder pad (as seen on MkII "Crusade Armor" and

>> MkIII

> "Iron Armor)

>> -MkIV shoulder pad (the other style of shoulder pad seen on the MkIV

> shoulder pad, similar to the current one just with a shallower trim)

>> -MkV and MkVI shoulder pad (the one covered in rivets) -Shielded

>> shoulder pad (the style of shoulder pad with the pauldron, like

> the deathwatch and grey knights have)

>> -Variant of the basic shoulder pad without trim, the addition of a

> circular disk, to put squad markings on.(seen on old MkVI armor)

>>

>>

>> In the same vein I'd like to do an "old" heresy era style backpack at

>> the

> same time I do the turbo fan jump pack. I think we could eventually do

> some terminator shoulder pads.

>> I also want to do bolters  that coincide with each pattern of marine

>> armor

> and combi-bolters. I also think it'd be nice to do some helmets to

> also cover those armor variants. While I think this might be the

> highest area of concern from a legal stand point, I think we can make

> them distanced enough from the most common style head to avoid any

> real concern.

>>

18

HIGHLY CONFIDENTIAL

CHS00003142

>> Moving from there I think it'd be incredibly easy to do some

>> sarchophogas

> front plates for dreadnoughts. I'd also like to hit up the idea of

> some new school made old, rhino set (maybe followed by a predator).

>>

>> Tomas, I am here to support you so if you have an idea and you think

>> it

> needs some digital work, let me know. I can work off concept art or

> just attempt to digitze something you think needs that work.

>> I've spoke a lot about the projects I want to work on, but I would

>> like to

> hear what you guys would like to see done. Nick mentioned an Ork

> dreadnaught, which I think would be cool (eventually), a more

> extensive project like that requires more thought and development.

> Knowing what you guys want will help me support you guys better.

>>

>> Have a good day,

>> -Jeff

>>

>> On Tue, Jun 16, 2009 at 4:13 PM, Nick - Chapterhouse Studios

> <nick@chapterhousestudios.com> wrote:

>>

>> Nice!, Tom any input?

>>

>>

>>

19

HIGHLY CONFIDENTIAL

CHS00003143

>> From: Jeffrey Nagy [mailto:nagyja@gmail.com]

>> Sent: Tuesday, June 16, 2009 2:38 PM

>> To: Chapterhouse Studios - Nick

>> Subject: More: Mk1 Thunder Armor Shoulder Pad

>>

>>

>>

>> Enjoy,

>>

>> -Jeff

>>

>>

>>

>>

>>

>>

>>

>>

>>

>>

> 

> 

> 

20

HIGHLY CONFIDENTIAL

CHS00003144