# EXHIBIT

# 13



**Sgt.Roadkill wrote:**
just out of interest what ever happened to the armored predator front panels you guys were working on a while back?

Yes, but we have to walk a fine line there. It is hard to predict what people will buy when it comes to existing chapters, how close to the original Iron Hands icon do we have to stay to make some money off it?

Exalt This Post +1

2009/10/05 02:12:30

**Sgt.Roadkill**
Dakka Veteran

Upcoming Chapterhouse Studios releases - Shoulder Pads and Rhino/Land Raider Kits - Page 2 - Forum - DakkaDakka | Tougher than ... Page 16 of 19

03/01/2013

http://www.dakkadakka.com/dakkaforum/posts/list/30/258438.page

GW0011683