# EXHIBIT

# 14



Log in / Register | Help
Basket (0 products £0.00) | Checkout
Search our products [Go]

New Stuff · Warhammer 40,000 · Aeronautica Imperialis · Epic 40,000 · Warhammer Forge · Battlefleet Gothic · Modelling Supplies · Designers · Events

Home • Warhammer 40,000 • ALPHA LEGION LAND RAIDER DOORS

**ALPHA LEGION LAND RAIDER DOORS (PRODUCT CODE : IA-CSM-A-020)**




3 finely detailed replacement doors for the Chaos Land Raider tank kit depicting Alpha Legion iconography. Sculpted by Simon Egan.

£10.20
Qty 1
BUY NOW



Add to wishlist
Tell a friend
SHARE

     

REGIONAL FREQUENTLY ASKED QUESTIONS

Contact us on 0115 9168177 from the UK, for more contact details click here

Copyright © Games Workshop Limited 2000-2011. All Rights Reserved. Games Workshop, the Games Workshop logo, the Forge World, Warhammer and the Warhammer 40,000 device are either ®, TM and/or © Games Workshop Ltd 2000-2010, variably registered in the UK and other countries around the world. All Rights Reserved. Games Workshop Ltd, Willow Road, Lenton, Nottingham, NG7 2WS. Registered in England and Wales - Company No. 01467092. VAT No. GB 580853421

**PLAINTIFF EXHIBIT** PX-416




Community & Events | Virtual Gift Vouchers | Store Finder | White Dwarf | Citadel Finecast | Find a Gift List

Search

Warhammer 40,000 > Shoulder Pads > Assault Squad Shoulder Pads

# Assault Squad Shoulder Pads

Like 1  ADD TO CART

**Categories**
- Getting Started
- Warhammer 40,000 Advance Orders
- Warhammer 40,000 New Releases
- Warhammer 40,000: Assault on Black Reach
- Warhammer 40,000 Essentials
- Warhammer 40,000 Armies
- Warhammer 40,000 Expansions
- Warhammer 40,000 Citadel Finecast
- Warhammer 40,000 Scenery
- Warhammer 40,000 Books
- Warhammer 40,000 Bitz
- Warhammer 40,000 Collectors
- Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend



**Assault Squad Shoulder Pads**

This pack contains 10 Assault Squad Shoulder Pads.

Availability: Usually ships within 24 hours.
Part Code: 99060101375

**Price: $8.25**
Quantity: 1

ADD TO CART
ADD TO GIFT LIST
Bookmark & Share

Carry Our Products | Real Estate | Privacy Policy | Legal | Careers | About Us | Investor Relations | Black Library | Forge World | Site Map | Contact Us

Country Select

Copyright © Games Workshop Limited 2000-2011 © New Line Productions Inc © The Saul Zaentz Company d/b/a Middle-earth Enterprises  All rights reserved to their respective owners.




Customer Se

FREE SH

Community & Events    Virtual Gift Vouchers    Store Finder    White Dwarf    Citadel Finecast    Find a Gift List

Warhammer 40,000    Shoulder Pads    Crimson Fists Shoulder Pads

# Crimson Fists Shoulder Pads

Like | 6    AD

**Categories**
- Getting Started
- Warhammer 40,000 Advance Orders
- Warhammer 40,000 New Releases
- Warhammer 40,000: Assault on Black Reach
- Warhammer 40,000 Essentials
- Warhammer 40,000 Armies
- Warhammer 40,000 Expansions
- Warhammer 40,000 Citadel Finecast
- Warhammer 40,000 Scenery
- Warhammer 40,000 Books
- Warhammer 40,000 Bitz
- Warhammer 40,000 Collectors
- Warhammer 40,000 Articles

    

    

- Follow us on Twitter
- Follow us on Facebook
- Bookmark & Share
- Subscribe to What's New Today

Print
Email to a Friend

**Crimson Fists Shoulder Pads**

This set contains ten metal Crimson Fists shoulder pads with sculpted detailing, ideal for upgrading your Space Marines to Crimson Fists or Imperial Fists.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101437

Price: $

Quantity:

ADD TO C

ADD TO GIFT

Bookmark &





New Stuff · Warhammer 40,000 · Aeronautica Imperialis · Epic 40,000 · Warhammer Forge · Battlefleet Gothi

Home • Warhammer 40,000 • SALAMANDERS LAND RAIDER DOORS

## SALAMANDERS LAND RAIDER DOORS (PRODUCT CODE : IA-ISM-A-005)





3 finely detailed replacement doors for the Land Raider tank kit depicting Salamanders iconography. Sculpted by Simon Egan.



Log in / Register | Help
Basket (0 products £0.00) | Checkout
Search our products   Go

New Stuff • Warhammer 40,000 • Aeronautica Imperialis • Epic 40,000 • Warhammer Forge • Battlefleet Gothic • Modelling Supplies • Designers • Events

Home • Warhammer 40,000 • SPACE MARINE CHARACTER CONVERSION SET

**SPACE MARINE CHARACTER CONVERSION SET (PRODUCT CODE : IA-ISM-I-026)**




£10.20
Qty 1
BUY NOW

Add to wishlist
Tell a friend
SHARE

The Character Upgrade Pack features 5 bolt pistols and a plasma pistol, styled along the same lines as the Special Weapons Pack, as well as three bionic arms, a bionic leg, a mechanically detailed head, a right-handed Power Fist and an ornate Power Sword. The sprues also contain a combat knife and a combi-flamer to offer even more conversion options.
Models designed by Phil Stutcinskas.

**RECOMMENDED PRODUCTS**

| SPACE MARINE SPECIAL WEAPONS PACK | SPACE MARINE BOLTER - PHOBOS PATTERN X10 | SPACE MARINE BOLTER - UMBRA FERROX X10 |
|---|---|---|
|  |  |  |
| 99590101185 | 99590101183 | 99590101184 |
| £9.20  Qty 1  BUY NOW | £10.20  Qty 1  BUY NOW | £10.20  Qty 1  BUY NOW |

    

Case: 1:10-cv-08103 Document #: 458-4 Filed: 11/07/13 Page 8 of 8 PageID #:25829




Community & Events   Virtual Gift Vouchers   Store Finder   White Dwarf   Citadel Finecast   Find a Gift List

Search

Warhammer 40,000 > Bitz > Thunder Hammer Conversion Pack

## Thunder Hammer Conversion Pack

Like 8    ADD TO CART

**Have you got?**



**Categories**
- Getting Started
- Warhammer 40,000 Advance Orders
- Warhammer 40,000 New Releases
- Warhammer 40,000: Assault on Black Reach
- Warhammer 40,000 Essentials
- Warhammer 40,000 Armies
- Warhammer 40,000 Expansions
- Warhammer 40,000 Citadel Finecast
- Warhammer 40,000 Scenery
- Warhammer 40,000 Books
- Warhammer 40,000 Bitz
- Warhammer 40,000 Collectors
- Warhammer 40,000 Articles

Follow us on Twitter
Follow us on Facebook
Bookmark & Share
Subscribe to What's New Today

Print
Email to a Friend






$17.00    add to cart
Space Marine Terminator Captain

**Thunder Hammer Conversion Pack**

Space Marine Command Squads and Vanguard Veterans are experienced warriors who are often gifted with powerful weapons from the Chapter's arsenal. The thunder hammer is one such weapon. With a thunder hammer in his hands, a Space Marine can smash clean through most opponents, making a mockery of any armour they may be wearing. Suffice to say, it's a weapon that's as messy as it is deadly. A warrior with a thunder hammer will often carry a storm shield into battle. Contained within the shield is a powerful force field that can repel incoming attacks, allowing the user to get close enough to the enemy to use the full force of the thunder hammer in his other hand. It's a deadly combination and one that has proven very effective across the Imperium.

This pack contains 15 components, including: five thunder hammers, five storm shields and five shoulder pads bearing the Crux Terminatus. This pack is designed for use on Space Marine miniatures wearing power armour. All of these components are supplied unpainted and require assembly - we recommend using Citadel Super Glue and Citadel Paints.

**Availability:** Usually ships within 24 hours.
**Part Code:** 99060101398

**Price: $14.00**
Quantity: 1

ADD TO CART
ADD TO GIFT LIST
Bookmark & Share



$35.00    add to cart
Space Marine Chapter Masters

Carry Our Products   Real Estate   Privacy Policy   Legal   Careers   About Us   Investor Relations   Black Library   Forge World   Site Map   Contact Us

Country Select

Copyright © Games Workshop Limited 2000-2011  © New Line Productions Inc  © The Saul Zaentz Company d/b/a Middle-earth Enterprises  All rights reserved to their respective owners.

http://www.games-workshop.com/gws/catalog/productDetail.jsp?prodId=prod1400033&ro...    8/10/2011

GW0002482