IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>    Plaintiff,<br><br>    v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES,<br><br>    Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly<br>Hon. Jeffrey T. Gilbert |

**DECLARATION OF JASON J. KEENER**

I, Jason J. Keener, hereby declare:

1. I am attorney at law and member in good standing of the State Bar of Illinois. I am a senior counsel at Foley & Lardner LP, counsel of record for Plaintiff Games Workshop, Limited ("Games Workshop").

2. Exhibit J is a true and correct copy of Plaintiff's Trial Exhibit PEX 189.

3. Exhibit K is a true and correct copy of statements made by Chapterhouse on internet forums www.lounge.belloflostsouls.net; www.heresy-online.net; and www.tabletopgamingnews.com.

4. Exhibit L is a true and correct copy of portions of the invoice for Michael Bloch QC.

I hereby declare under penalty of perjury this 7th day of November, 2013, under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

/s/ Jason J. Keener
Jason J. Keener

### CERTIFICATE OF SERVICE

I, Jason J. Keener, an attorney, hereby certify that on November 7, 2013, I caused to be filed electronically the foregoing DECLARATION OF JASON J. KEENER with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

/s/ Jason J. Keener
Jason J. Keener