# EXHIBIT

# K







5