# EXHIBIT

# L

# Professional Fees of Michael Bloch QC

VAT Registration No: 245722267

Games Workshop Group Plc
Willow Road
Lenton
Nottingham
United Kingdom
NG7 2WS

## WILBERFORCE
CHAMBERS

8 New Square, Lincoln's Inn
London WC2A 3QP

Tel · 020 7306 0102
Fax · 020 7306 0095
LDE No · 311

| Your Ref: Gill Stevenson | 30 Jul 2012 | Case Ref. No: 100570 |

**Games Workshop Limited v Chapterhouse Studios LLC**

| Date | Description of Work | Fees | VAT |
|---|---|---|---|
| 19 Apr 2012 | Instructions to Counsel (by way of email) to prepare an Expert Report | | |
| 20 Apr 2012 | To 1 May 2012 Perusing and considering papers and emails from Instructing Solicitors; discussing the matter and exchanging emails with Mr Bor on several occassions; discussing the matter in Consultation on the telephone and settling draft Expert Report | 10,000.00 | 2,000.00 |
| 26 May 2012 | Preparation for Deposition | 2,500.00 | 500.00 |
| 27 May 2012 | Preparation for Deposition | 1,875.00 | 375.00 |
| May 2012 | * Advising in Consultation on the telephone | 1,125.00 | 225.00 |
| 15 Jun 2012 | * Disbursement - [Copying] | 63.81 | 12.76 |
| 20 Jun 2012 | Reviewing draft Expert's Report [Included in agreed Brief fee] | | |

01 AUG 2012

82-10 -750-001

| Please make cheques payable to Michael Bloch QC |
| THIS IS NOT A TAX INVOICE | PLEASE QUOTE CASE REF. NO ON ALL CORRESPONDENCE |

(c) Meridian Law Limited

Page: 1/2



Email · chambers@wilberforce.co.uk  Online · www.wilberforce.co.uk

# Professional Fees of Michael Bloch QC

VAT Registration No: 245722267

Games Workshop Group Plc
Willow Road
Lenton
Nottingham
United Kingdom
NG7 2WS

**WILBERFORCE**
CHAMBERS

8 New Square, Lincoln's Inn
London WC2A 3QP

Tel · 020 7306 0102
Fax · 020 7306 0095
LDE No · 311

**Your Ref: Gill Stevenson**  **30 Jul 2012**  **Case Ref. No: 100570**

**Games Workshop Limited v Chapterhouse Studios LLC**

| Date | Description of Work | Fees | VAT |
| --- | --- | --- | --- |
| 27 Jun 2012 | Reviewing Bentley | | |
| 28 Jun 2012 | Reviewing Bentley | | |
| 06 Jul 2012 | Preparation for Deposition | | |
| 08 Jul 2012 | Preparation for Depostion | | |
| 09 Jul 2012 | Travelling to Nottingham and working on the matter | | |
| 10 Jul 2012 | Preparation for Depostion and advising in Joint Consultation at Instructing Solicitors Offices | | |
| 11 Jul 2012 | * Brief to appear on Deposition hearing | 27,500.00 | 5,500.00 |

Note: Items marked "*" are previously unbilled

| | | |
| --- | --- | --- |
| Total | £43,063.81 | £8,612.76 |
| **Total Due** | **£51,676.57** | |

Please make cheques payable to Michael Bloch QC

THIS IS NOT A TAX INVOICE | PLEASE QUOTE CASE REF. NO ON ALL CORRESPONDENCE

(c) Meridian Law Limited

Page: 2/2



Email · chambers@wilberforce.co.uk   Online · www.wilberforce.co.uk