# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC and JON PAULSON d/b/a PAULSON GAMES<br><br>Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly |

**FINAL JUDGMENT AND PERMANENT INJUNCTION**

Whereas this action was tried by a jury with Hon. Matthew F. Kennelly presiding, and the jury rendered a verdict on June 14, 2013 finding infringement of certain copyrights and trademarks of Games Workshop Limited ("Games Workshop"), and whereas the Court entered Judgment on June 27, 2013, the Court now renders Final Judgment against Chapterhouse Studios LLC ("Chapterhouse"):.

1. Chapterhouse, its agents, representatives, employees, assigns, and suppliers, and all persons acting in concert or privity with them, are hereby permanently enjoined from:

   a. Reproducing, distributing, displaying, preparing derivative works, selling or otherwise infringing any of Games Workshop's copyrights with respect to the below Chapterhouse products (identified by reference to product numbering in Plaintiff's Trial Exhibits 1020 and 1021):

   Skull or Chaplain Head or Bit for Power Armor (product 3); Selected Shoulder pads: "Terminator pad for Exorcist Space Marine," "Power Armour Pad for Exorcist," one of the "Sawblade Shoulder Pad & Jewel"

2

pads, "Shoulder Pad for Serpent or Iron Snakes – Terminator," "Shoulder Pad for Serpent or Iron Snakes – Tactical," "Shoulder Pad w/ skull and flames - tactical", "Shoulder Pad w/ Studs and Skull for 28mm marine - Tactical", "Shoulder Pads for Chalice or Soul Drinker – Tactical," "Shoulder Pads for Chalice or Soul Drinker – Terminator," "Hammer of Dorn Power Armor Pad," "Hammer of Dorn Terminator Pad," "Power Armor Shoulder Pad for Scythes of the Emperor," "Scythes of the Emperor Terminator Shoulder Pad" (Products 10, 11, 12, 17, 18, 19, 20, 23, 24, 149, 150, 153, 154); Assault Shoulder pad with number VII and VIII, Devastator marine shoulder pad with IX and X, Tactical shoulder pad with I, II, III, IV, IV, and VI (Products 46, 47, 51, 52, 57, 58, 59, 60, 61, 62); Crested shoulder pad (Product 49); "Generic Power Armour Shoulder Pad" and "Smooth Shoulder Pad for 28mm tactical – marine" (Products 54, 55); "Banded Tech Pad" and "Banded Armor Pad" compatible with power armor and terminator armor (Products 68, 73, 74); Studded rimmed shoulder pad MKV, MK I Heresy Era for 28 mm Marines "Thunder Armor" shoulder pad, studded power armor pad for MK 5 (Products 75, 78, 80); Tervigon conversion kit (Product 37); Heresy Era Jump Pack (Product 76); Spikey heresy heads (Product 79); Wolf Rhino Conversion Kit #1 and Wolf Rhino Conversion Kit #2 (Products 82, 104); Iron Snake conversion kit for Rhino (Product 106); Doomseer Iyanar Duanna (Product 108); Gun Halberd (Product 112); Conversion Beamer Servo Harness (Product 113); Armana'serq Scorpion Warrior Princess (Product 123); Open-Fisted power claws and Closed-Fisted power claws (Products 132, 133); TRU Scale Knights Praetorius "Order of the Empress's Tears"

Conversion Kit and TRU-Scale Knight Praetorius Conversion Kit (Products 142, 143); "Shrike Conversion Kit" (Product 159); Dark Elf Arch Torturess (Product 160). In limiting Chapterhouse's right to make derivative works of Games Workshop's works, nothing herein shall limit Chapterhouse's right to make works derivative of its own products (including the products identified above), provided that those new derivative products are not derivative works of Games Workshop works. Further, nothing shall limit Chapterhouse's right to raise any defense with respect to any accused derivative work.

b. Using any of the following trademarks to name or identify its products, or in any other manner that is likely to cause confusion, to cause mistake or to deceive:

(i) Adeptus Mechanicus (ii) Flesh Tearers (iii) Genestealer (iv) Howling Griffons (v) Imperial Guard (vi) Iron Hands (vii) Land Raider (viii) Predator (ix) Rhino (x) Salamander (xi) Soul Drinker (xii) Stormraven (xiii) Storm Shield (xiv) Techmarine (xv) Thousand Sons (xvi) Thunder Hammer (xvii) Tyrant (xviii) Tyranid (xix) Flesh Tearer Icon (xx) Imperial Fist Icon (xxi) Legion of the Damned Icon (xxii) Space Marine Tactical Squad Icon (xxiii) Space Marine Devastator Squad Icon (xxiv) Space Marine Assault Squad Icon (xxv) Iron Hands Icon (xxvi) Space Wolves Icon (xxvii) Salamanders Icon (xxviii) Blood Ravens (xxix) Exorcist (xxx) Jump Pack (xxxi) Mycetic Spore (xxxii) Tervigon (xxxiii) Ymgarl (xxxiv) Exorcist Icon (xxxv) Iron Snakes Icon (xxxvi) Soul Drinkers Icon (xxxvii) Scythes of the Emperor Icon (xxxviii) Hammer of Dorn Icon.

2. Within 10 days of this Judgment, Chapterhouse shall deliver up to counsel for Games Workshop for destruction, all inventory, molds, masters, or other means of making the

Chapterhouse products identified above in paragraph 2(a) and or that contain any of the infringed trademarks identified above in paragraph 2(b). Counsel for Games Workshop shall hold these items and not destroy them until such a time as all appeals have been exhausted.

3. The Court shall maintain continuing jurisdiction over this action for the purpose of enforcing this Judgment.

Date: November __, 2013

_____
Hon. Matthew F. Kennelly