**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>                      Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC<br><br>                      Defendant. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on December 10, 2013, at 9:30 a.m.., I shall appear before the Honorable Matthew F. Kennelly in Room 2103 of the United States District Court, Northern District of Illinois, Eastern Division, and shall there and then present Chapterhouse's Motion to Amend Injunction, a copy of which has been filed with the Court's ECF System, and will be delivered to chambers in accordance with Local Rule 5.2.

Dated: December 5, 2013

    Respectfully submitted,
    /s/ Tyler G. Johannes

    Imron T. Aly (IL Bar No. 6269322)
    Bryce A. Cooper (IL Bar No. 6296129)
    Tyler G. Johannes (IL Bar No. 6300117)
    WINSTON & STRAWN LLP
    35 West Wacker Drive
    Chicago, IL 60601-1695
    Phone: (312) 558-5600
    Fax: (312) 558-5700
    ialy@winston.com
    bcooper@winston.com
    tjohannes@winston.com

*Attorneys for Defendant Chapterhouse Studios LLC*

## **CERTIFICATE OF SERVICE**

      I, Tyler G. Johannes, an attorney, hereby certify that on December 5, 2013, I caused to be filed electronically the foregoing NOTICE OF MOTION with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

          /s/ Tyler G. Johannes