**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>                          Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC,<br><br>                         Defendant. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly |

## NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that Chapterhouse Studios LLC, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from: (1) the Judgment in a Civil Action entered in this action on June 27, 2013 (Dkt. No. 403), including all prior and underlying interlocutory orders; (2) the Order on Post-Trial Motions entered in this action on December 5, 2013 (Dkt. No. 462); and (3) the Permanent Injunction entered in this action on December 5, 2013 (Dkt. No. 465), as modified by the Plaintiff and Defendant's joint Stipulation Regarding Disposition of Materials on December 13, 2013 (Dkt. No. 469).

Dated:       January 6, 2014

Respectfully submitted,
/s/ Tyler G. Johannes
Imron T. Aly (IL Bar No. 6269322)
Bryce A. Cooper (IL Bar No. 6296129)
Tyler G. Johannes (IL Bar No. 6300117)
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601-1695
Phone: (312) 558-5600
Fax: (312) 558-5700
ialy@winston.com
bcooper@winston.com
tjohannes@winston.com

Donald R. Steinberg (MA Bar No. 553699)
Louis W. Tompros (MA Bar No. 657791)
Kevin A. Goldman (MA Bar No. 686609)
Elizabeth C. Mooney (MA Bar No. 679522)
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Fax: (617) 526-5000
don.steinberg@wilmerhale.com
louis.tompros@wilmerhale.com
kevin.goldman@wilmerhale.com
elizabeth.mooney@wilmerhale.com

*Attorneys for Defendant Chapterhouse Studios LLC*

## **CERTIFICATE OF SERVICE**

  I, Tyler G. Johannes, an attorney, hereby certify that on January 6, 2014, I caused to be filed electronically the foregoing NOTICE OF APPEAL with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

          /s/ Tyler G. Johannes