```
 1                IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
 2                         EASTERN DIVISION

 3

 4    GAMES WORKSHOP LIMITED,              )  Docket No. 10 C 8103
                                           )
 5                       Plaintiff,        )
                                           )
 6            vs.                          )
                                           )
 7    CHAPTERHOUSE STUDIOS LLC, et al.,    )  Chicago, Illinois
                                           )  March 30, 2011
 8                       Defendants.       )  9:30 o'clock a.m.

 9
                  TRANSCRIPT OF PROCEEDINGS - MOTION
10             BEFORE THE HONORABLE MATTHEW F. KENNELLY

11    APPEARANCES:

12

13    For the Plaintiff:     FOLEY & LARDNER
                             BY:  MR. SCOTT RICHARD KASPAR
14                                MR. AARON J. WEINZIERL
                             321 North Clark Street, Suite 2800
15                           Chicago, IL  60610
                             (312) 832-5396
16

17

18    For the Defendant:     WINSTON & STRAWN
                             BY:  MR. ERIC JONATHAN MERSMANN
19                           35 West Wacker Drive
                             Chicago, IL  60601
20                           (312) 558-3236

21

22

23
      Court Reporter:        MS. CAROLYN R. COX, CSR, RPR, CRR, FCRR
24                           Official Court Reporter
                             219 S. Dearborn Street, Suite 1854-B
25                           Chicago, Illinois  60604
                             (312) 435-5639
```

```
10:09:18   1    (The following proceedings were had in open court:)
10:09:18   2             THE CLERK:  10 C 8103, Games Workshop v.
10:09:24   3    Chapterhouse.
10:09:38   4             THE COURT:  Good morning.
10:09:39   5             MR. WEINZIERL:  Good morning, your Honor; Aaron
10:09:41   6    Weinzierl on behalf of the plaintiff Games Workshop.
10:09:44   7             MR. KASPAR:  Good morning, your Honor; Scott Kaspar
10:09:45   8    on behalf of the plaintiff Games Workshop.
10:09:47   9             MR. MERSMANN:  Good morning, your Honor; Eric
10:09:49  10    Mersmann on behalf of defendant Chapterhouse.
10:09:51  11             THE COURT:  You don't need to lean into that thing.
10:09:55  12    I could hear you if you were standing ten feet away from it.
10:10:00  13    The reason I held it for last is I looked at the motion to
10:10:04  14    dismiss and the memorandum, reread the complaint.  Thanks for
10:10:08  15    the redlined version.  I looked at that and went back and
10:10:12  16    looked at the original one and the briefs that were filed on
10:10:14  17    that, and I guess I just want to kind of talk it through.
10:10:17  18             The first question would be for the plaintiff's
10:10:21  19    lawyers.  So let's just assume for purposes of discussion that
10:10:24  20    you ended up winning the motion to dismiss.  I think it's fair
10:10:28  21    to assume that you would get fairly quickly an interrogatory
10:10:32  22    from the defendants that basically says, Give me the stuff
10:10:35  23    that I wanted in the motion to dismiss that Kennelly wouldn't
10:10:39  24    give me.  What are you going to do at that point?
10:10:42  25             MR. KASPAR:  Well, your Honor, actually we have
```

served -- last week we served -- plaintiff served interrogatories and document requests trying to find out what Chapterhouse, and, in particular, Chapterhouse's principal or owner -- which Games Workshop publications and materials he has --

THE COURT: Okay.

MR. KASPAR: -- which would help me narrow down this universe.

THE COURT: I understand. And I understand the allegations made in the complaint is that, you know, we can't tell -- we publish a lot of stuff and we can't tell you exactly which publications you infringed until we see what you looked at. I get that. But if you were to get an interrogatory now that you had to answer in, you know, three weeks or four weeks that said, okay, tell us -- and I am going to take this right out of the memorandum in support of the motion to dismiss; let me just find the right place here -- tell us which ones you think got infringed, I mean, you must have some idea; otherwise, you wouldn't have filed the lawsuit. And you mentioned either three or four specific products in there now --

MR. KASPAR: Right.

THE COURT: -- but not a whole lot more than that. So what would you -- how would you go about answering it? Not what your answer would be, but how would you go about

| | |
|---|---|
| 10:12:08 1 | answering it? |
| 10:12:11 2 | MR. KASPAR: Sure. What we have done in paragraph 30 |
| 10:12:14 3 | of the amended complaint where we have broken down the |
| 10:12:16 4 | examples -- |
| 10:12:16 5 | THE COURT: That's the A, B, C, D examples? |
| 10:12:20 6 | MR. KASPAR: Right. Like 30-A I think is a really |
| 10:12:22 7 | good example. You know, that's taking one specific character |
| 10:12:28 8 | that, you know, that we allege to be infringed, and we've |
| 10:12:31 9 | mapped out where it's shown in the different -- the Tyranid |
| 10:12:36 10 | Codex, which is one book, and then also the Warhammer 40,000 |
| 10:12:41 11 | Tyranid book which is another book. It could also be in some |
| 10:12:45 12 | of the other codexes. Each of those books -- I have a few if |
| 10:12:51 13 | you're interested looking at them, but on each of them -- |
| 10:12:54 14 | THE COURT: I am not a gamer, so I don't know |
| 10:12:57 15 | anything about these games other than what I read in your |
| 10:12:59 16 | complaint and the motion. |
| 10:13:00 17 | MR. KASPAR: Sure. I imagine what we would do is for |
| 10:13:03 18 | each of the 106 products that Chapterhouse is making, we would |
| 10:13:07 19 | have to map out all of that. We would expect that would come |
| 10:13:13 20 | out in contentions and other sort of -- |
| 10:13:15 21 | THE COURT: And just so you know, I mean, if that's |
| 10:13:18 22 | the way it ends up going -- and there is a view out there that |
| 10:13:20 23 | a lot of people hold, including some judges, that you don't |
| 10:13:23 24 | have to answer contention interrogatories until the end. I am |
| 10:13:26 25 | not one of those judges. You'd be having to answer that at |

the beginning, so you'd have to do that. The question is why shouldn't I make you do that in your complaint? That's essentially the question that's posed by this motion to dismiss.

And I grant you that with regard to what you've put in the -- the new stuff that you've put in, you've given with regard to at least some limited universe of the 106, or however many products, you have given a decent amount of detail, and I think the way I assess this is that, okay, the defendant is saying this is a small part of the universe -- and I don't mean universe in terms of your make-believe universe; I mean the universe of what the claims are -- but we are entitled to know the whole thing and we're entitled to know it in the complaint. So basically why shouldn't -- so the question is why shouldn't I make you do it in the complaint.

MR. KASPAR: Well, your Honor, at this stage of the pleading, I mean, it's our understanding that it's really just satisfying, you know, the notice function of the complaint, and by having paragraph 12, I think we list all of the works, 12 through 14, we list all of the works.

THE COURT: Right.

MR. KASPAR: And we have also, you know, alleged that all 106 of their products are infringing.

THE COURT: Okay.

| | | |
|---|---|---|
| 10:14:51 | 1 | MR. KASPAR: I think that conveys the adequate |
| 10:14:53 | 2 | notice. And certainly going forward, we would -- you know, |
| 10:14:57 | 3 | through discovery, we'd expect that all of this would be |
| 10:15:00 | 4 | developed. |
| 10:15:01 | 5 | THE COURT: So Mr. Mersmann, here is my question for |
| 10:15:03 | 6 | you -- and I don't know whether this is being handled out of |
| 10:15:06 | 7 | the San Francisco office or here, but you're here so I am |
| 10:15:09 | 8 | going to ask you the question. So basically, what I am |
| 10:15:13 | 9 | getting from the plaintiff's side is that, look, yeah, there |
| 10:15:18 | 10 | is a lot of products, there's a lot of ways that people could |
| 10:15:22 | 11 | infringe, we shouldn't make the judge hire a pack animal to |
| 10:15:26 | 12 | carry the complaint up to the courtroom, which is what we'd |
| 10:15:29 | 13 | have to do if we put everything in there right now. We've |
| 10:15:32 | 14 | given them enough to kind of get the ball rolling. Why |
| 10:15:35 | 15 | shouldn't that -- at least for the complaint, why shouldn't |
| 10:15:37 | 16 | that be good enough? |
| 10:15:39 | 17 | MR. MERSMANN: Your Honor, again, I think as |
| 10:15:42 | 18 | plaintiff's attorney said, that paragraph 30-A is a good |
| 10:15:46 | 19 | example. There's nothing in that paragraph that alleges that |
| 10:15:54 | 20 | Carnifex Tervigon conversion kit infringes a particular |
| 10:15:59 | 21 | copyright, infringes a copyright in the Tervigon character. |
| 10:16:03 | 22 | This is the first I have heard of a copyright protecting the |
| 10:16:07 | 23 | Tervigon character particularly. You know, this is a classic |
| 10:16:11 | 24 | example of a scattershot complaint that is really insufficient |
| 10:16:17 | 25 | to put our client on notice of what products of his they're |

1  alleging infringe and what particular copyrights they're
2  alleging those products infringe.
3       THE COURT: So how is this different, though, from a
4  case -- it's not particularly unusual for lawsuits for -- in
5  lawsuits, rather, for the plaintiff to say in the original
6  version or iteration of the complaint that you did a bad thing
7  to me and these are the bad things you did to me, and then in
8  discovery, people find out that more bad things were done and
9  they add on to that, and that's fairly normal for litigation.
10 Why is this any different?
11      MR. MERSMANN: I read the case as if there were facts
12 alleged in this complaint that were sufficient to carry like
13 even the notice requirements of copyright infringement, but
14 those facts simply haven't been pled here.
15      THE COURT: The way I guess I kind of see this is
16 where this is all headed -- what this all filters down to is
17 argument 3. What you're hoping to do is to have them -- what
18 you think might happen is that they plead enough that you can
19 come back to me and make an argument this is actually B-3,
20 none of this stuff is copyrightable. You are never going to
21 get that in a motion to dismiss. The case you cite there, I
22 think it's a decision by Judge Cost, FASA, F-A-S-A, v.
23 Playmate, it was a summary judgment rule, and I recognize that
24 you cite some more recent ones including a decision by Judge
25 Kendall. I read that one too. I didn't think it was

10:17:50  1   particularly comparable. Those kinds of issues about whether
10:17:54  2   particular elements are protectable or not -- and I am not
10:17:57  3   going to claim that we get a lot of copyright cases, but we
10:18:01  4   don't, and I have had my share of them. It's never a notice
10:18:05  5   to dismiss issue, it's always going to be a summary judgment
10:18:07  6   issue.
10:18:07  7       I guess my take on this is I think that you've got
10:18:10  8   enough in the new stuff that's been alleged to get you going,
10:18:14  9   and the alternative would be to require them to really -- to
10:18:22  10  draft a complaint that would be longer by several multiples
10:18:27  11  than those pro se complaints I referred to a few minutes ago,
10:18:31  12  like I got a 56 and 55 page complaint. I think we have
10:18:38  13  reached the point here where the further detail is
10:18:41  14  appropriately gained in discovery. I think you have enough
10:18:43  15  notice of enough of the claim that it satisfies Rule 8 and
10:18:46  16  it's specific enough. So for that reason, I am going to deny
10:18:50  17  the motion to dismiss.
10:18:52  18      But here's the deal. And you don't have to do this
10:18:57  19  if you don't want to. But my advice to you is get an
10:19:02  20  interrogatory served or a set of interrogatories immediately
10:19:05  21  that includes, okay, tell us which products, which parts are
10:19:11  22  infringed by what exact things. And as I said, I am not -- I
10:19:16  23  am going to overrule the objection that this is a premature
10:19:18  24  contention interrogatory, so you make the objection if you
10:19:21  25  want to make a record, but don't bother even getting past the

| | | |
|---|---|---|
| 10:19:25 | 1 | 37.2 conference on that. Then we will see where we get. And |
| 10:19:28 | 2 | I mean, I am not expecting -- I am not necessarily |
| 10:19:31 | 3 | guaranteeing that you're going to get a complete answer to |
| 10:19:34 | 4 | that right away, but I think you are going to get more than |
| 10:19:37 | 5 | you've gotten here and you are going to get enough to kind of |
| 10:19:39 | 6 | get things going. |
| 10:19:40 | 7 | So the answer to the complaint is to be -- to the |
| 10:19:44 | 8 | amended complaint is to be filed within 21 days. That's the |
| 10:19:47 | 9 | 20th of April. We are going to have to deal with Mr. Paulson. |
| 10:19:50 | 10 | I have now gotten a motion from him asking me to appoint a |
| 10:19:53 | 11 | lawyer. And I guess what I wanted -- before I go saddling |
| 10:19:59 | 12 | somebody with, you know, representing a pro se defendant -- |
| 10:20:05 | 13 | and I recognize that he is alleged to have a role in this, but |
| 10:20:10 | 14 | have you given thought as to how necessary it is to have him |
| 10:20:14 | 15 | as a party to the case as opposed to somebody whose deposition |
| 10:20:17 | 16 | you take at some point? I am just asking. |
| 10:20:20 | 17 | MR. KASPAR: Your Honor, we have reached out to Mr. |
| 10:20:22 | 18 | Paulson on a number of occasions, you know, with the goal of |
| 10:20:32 | 19 | settling with him and -- |
| 10:20:35 | 20 | THE COURT: I mean, I tell you what I think. |
| 10:20:37 | 21 | MR. KASPAR: He is a witness. |
| 10:20:38 | 22 | THE COURT: What I think I would do in this situation |
| 10:20:40 | 23 | is I'd tell him, look, you know, we understand -- we read your |
| 10:20:45 | 24 | financial affidavit, we understand you don't have a lot of |
| 10:20:47 | 25 | money, we need to know what happened. We'd like to sit down |

10

```
10:20:50   1    with you and talk to you.  You can tell us what happened and
10:20:52   2    we will probably have to take your deposition at some point.
10:20:55   3    And if you were going to do something along those lines, I'd
10:20:59   4    be comfortable about keeping his part of the case on pause.  I
10:21:03   5    mean, you know, this is -- appointing somebody in a case like
10:21:06   6    this, given the volume involved, is not the same thing as
10:21:09   7    appointing somebody in a -- you know, in a police excessive
10:21:13   8    force case where it's something that happened over the course
10:21:15   9    of five minutes and they take three depositions and it's done.
10:21:18  10    It's a big deal and I am sort of loathe to do that until I
10:21:21  11    think it's really necessary.  So that's what I'm going to
10:21:24  12    advise you to do.
10:21:26  13            What I am going to do for now is set the case for
10:21:29  14    status about a month out.  What I'd like you to do is talk
10:21:32  15    about a discovery schedule and -- no, we have a discovery
10:21:35  16    schedule.  Never mind.  I am going to set it for a status
10:21:41  17    about six weeks out, and I am figuring by then that you will
10:21:44  18    have served this interrogatory.  It may -- the answer may be
10:21:47  19    due or it may be about to be due, but the main thing I want
10:21:51  20    you to do is give me a better sense of where you're going with
10:21:54  21    Mr. Paulson.  So mid May, Augie.
10:21:57  22            THE CLERK:  May 11th.
10:21:58  23            THE COURT:  Is that date okay, 9:30?
10:22:00  24            MR. MERSMANN:  Yes, your Honor.
10:22:00  25            THE COURT:  I will see you then.  Thanks.
```

10:22:03  1          MR. WEINZIERL:  Thank you, your Honor.

10:22:03  2          MR. KASPAR:  Thank you, your Honor.

3     (Which were all the proceedings had in the above-entitled
4  cause on the day and date aforesaid.)

5     I certify that the foregoing is a correct transcript from
   the record of proceedings in the above-entitled matter.
6

7  Carolyn R. Cox                              Date
   Official Court Reporter
8  Northern District of Illinois

9  /s/Carolyn R. Cox, CSR, RPR, CRR, FCRR

1

## /

**/s/Carolyn** [1] - 11:9

## 1

**10** [1] - 2:2
**106** [3] - 4:18, 5:7, 5:24
**11th** [1] - 10:22
**12** [2] - 5:20, 5:21
**14** [1] - 5:21

## 2

**20th** [1] - 9:9
**21** [1] - 9:8

## 3

**3** [1] - 7:17
**30** [1] - 4:2
**30-A** [2] - 4:6, 6:18
**37.2** [1] - 9:1

## 4

**40,000** [1] - 4:10

## 5

**55** [1] - 8:12
**56** [1] - 8:12

## 8

**8** [1] - 8:15
**8103** [1] - 2:2

## 9

**9:30** [1] - 10:23

## A

**Aaron** [1] - 2:5
**above-entitled** [2] - 11:3, 11:5
**add** [1] - 7:9
**adequate** [1] - 6:1
**advice** [1] - 8:19
**advise** [1] - 10:12
**affidavit** [1] - 9:24
**aforesaid** [1] - 11:4
**ago** [1] - 8:11
**allegations** [1] - 3:10
**allege** [1] - 4:8
**alleged** [4] - 5:23, 7:12, 8:8, 9:13
**alleges** [1] - 6:19
**alleging** [2] - 7:1, 7:2
**alternative** [1] - 8:9
**amended** [2] - 4:3, 9:8
**amount** [1] - 5:8
**animal** [1] - 6:11
**answer** [7] - 3:14, 3:25, 4:24, 4:25, 9:3, 9:7, 10:18
**answering** [2] - 3:24, 4:1
**appoint** [1] - 9:10
**appointing** [2] - 10:5, 10:7
**appropriately** [1] - 8:14
**April** [1] - 9:9
**argument** [2] - 7:17, 7:19
**assess** [1] - 5:9
**assume** [2] - 2:19, 2:21
**attorney** [1] - 6:18
**Augie** [1] - 10:21

## B

**B-3** [1] - 7:19
**bad** [3] - 7:6, 7:7, 7:8
**ball** [1] - 6:14
**beginning** [1] - 5:1
**behalf** [3] - 2:6, 2:8, 2:10
**better** [1] - 10:20
**big** [1] - 10:10
**book** [3] - 4:10, 4:11
**books** [1] - 4:12
**bother** [1] - 8:25
**briefs** [1] - 2:16
**broken** [1] - 4:3

## C

**Carnifex** [1] - 6:20
**Carolyn** [1] - 11:7
**carry** [2] - 6:12, 7:12
**case** [8] - 7:4, 7:11, 7:21, 9:15, 10:4, 10:5, 10:8, 10:13
**cases** [1] - 8:3
**certainly** [1] - 6:2
**certify** [1] - 11:5
**Chapterhouse** [4] - 2:3, 2:10, 3:3, 4:18
**Chapterhouse's** [1] - 3:3
**character** [3] - 4:7, 6:21, 6:23
**cite** [2] - 7:21, 7:24
**claim** [2] - 8:3, 8:15
**claims** [1] - 5:12
**classic** [1] - 6:23
**CLERK** [2] - 2:2, 10:22
**client** [1] - 6:25
**Codex** [1] - 4:10
**codexes** [1] - 4:12
**comfortable** [1] - 10:4
**comparable** [1] - 8:1
**complaint** [17] - 2:14, 3:10, 4:3, 4:16, 5:2, 5:14, 5:16, 5:19, 6:12, 6:15, 6:24, 7:6, 7:12, 8:10, 8:12, 9:7, 9:8
**complaints** [1] - 8:11
**complete** [1] - 9:3
**conference** [1] - 9:1
**contention** [2] - 4:24, 8:24
**contentions** [1] - 4:20
**conversion** [1] - 6:20
**conveys** [1] - 6:1
**copyright** [5] - 6:21, 6:22, 7:13, 8:3
**copyrightable** [1] - 7:20
**copyrights** [1] - 7:1
**correct** [1] - 11:5
**Cost** [1] - 7:22
**course** [1] - 10:8
**court** [1] - 2:1
**Court** [1] - 11:7
**COURT** [17] - 2:4, 2:11, 3:6, 3:9, 3:23, 4:5, 4:14, 4:21, 5:22, 5:25, 6:5, 7:3, 7:15, 9:20, 9:22, 10:23, 10:25
**courtroom** [1] - 6:12
**Cox** [2] - 11:7, 11:9
**CRR** [1] - 11:9
**CSR** [1] - 11:9

## D

**date** [2] - 10:23, 11:4
**Date** [1] - 11:7
**days** [1] - 9:8
**deal** [3] - 8:18, 9:9, 10:10
**decent** [1] - 5:8
**decision** [2] - 7:22, 7:24
**defendant** [3] - 2:10, 5:10, 9:12
**defendants** [1] - 2:22
**deny** [1] - 8:16
**deposition** [2] - 9:15, 10:2
**depositions** [1] - 10:9
**detail** [2] - 5:9, 8:13
**developed** [1] - 6:4
**different** [3] - 4:9, 7:3, 7:10
**discovery** [5] - 6:3, 7:8, 8:14, 10:15
**discussion** [1] - 2:19
**dismiss** [8] - 2:14, 2:20, 2:23, 3:17, 5:4, 7:21, 8:5, 8:17
**District** [1] - 11:8
**document** [1] - 3:2
**done** [3] - 4:2, 7:8, 10:9
**down** [4] - 3:7, 4:3, 7:16, 9:25
**draft** [1] - 8:10
**due** [2] - 10:19

## E

**either** [1] - 3:20
**elements** [1] - 8:2
**end** [1] - 4:24
**ended** [1] - 2:20
**ends** [1] - 4:22

**entitled** [4] - 5:13, 11:3, 11:5
**Eric** [1] - 2:9
**essentially** [1] - 5:3
**exact** [1] - 8:22
**exactly** [1] - 3:12
**example** [3] - 4:7, 6:19, 6:24
**examples** [2] - 4:4, 4:5
**excessive** [1] - 10:7
**expect** [2] - 4:19, 6:3
**expecting** [1] - 9:2

**F**

**facts** [2] - 7:11, 7:14
**fair** [1] - 2:20
**fairly** [2] - 2:21, 7:9
**FASA** [2] - 7:22
**FCRR** [1] - 11:9
**feet** [1] - 2:12
**few** [2] - 4:12, 8:11
**figuring** [1] - 10:17
**filed** [3] - 2:16, 3:19, 9:8
**filters** [1] - 7:16
**financial** [1] - 9:24
**first** [2] - 2:18, 6:22
**five** [1] - 10:9
**following** [1] - 2:1
**force** [1] - 10:8
**foregoing** [1] - 11:5
**forward** [1] - 6:2
**four** [2] - 3:15, 3:20
**Francisco** [1] - 6:7
**function** [1] - 5:19

**G**

**gained** [1] - 8:14
**gamer** [1] - 4:14
**Games** [4] - 2:2, 2:6, 2:8, 3:4
**games** [1] - 4:15
**given** [5] - 5:6, 5:8, 6:14, 9:14, 10:6
**goal** [1] - 9:18
**grant** [1] - 5:5
**guaranteeing** [1] - 9:3
**guess** [4] - 2:17, 7:15, 8:7, 9:11

**H**

**handled** [1] - 6:6
**headed** [1] - 7:16
**hear** [1] - 2:12
**heard** [1] - 6:22
**held** [1] - 2:13
**help** [1] - 3:7
**hire** [1] - 6:11
**hold** [1] - 4:23
**Honor** [10] - 2:5, 2:7, 2:9, 2:25, 5:17, 6:17, 9:17, 10:24, 11:1, 11:2
**hoping** [1] - 7:17

**I**

**idea** [1] - 3:19
**Illinois** [1] - 11:8
**imagine** [1] - 4:17
**immediately** [1] - 8:20
**includes** [1] - 8:21
**including** [2] - 4:23, 7:24
**infringe** [3] - 6:11, 7:1, 7:2
**infringed** [4] - 3:12, 3:18, 4:8, 8:22
**infringement** [1] - 7:13
**infringes** [2] - 6:20, 6:21
**infringing** [1] - 5:24
**insufficient** [1] - 6:24
**interested** [1] - 4:13
**interrogatories** [3] - 3:2, 4:24, 8:20
**interrogatory** [5] - 2:21, 3:14, 8:20, 8:24, 10:18
**involved** [1] - 10:6
**issue** [2] - 8:5, 8:6
**issues** [1] - 8:1
**iteration** [1] - 7:6

**J**

**judge** [1] - 6:11
**Judge** [2] - 7:22, 7:24
**judges** [2] - 4:23, 4:25
**judgment** [2] - 7:23, 8:5

**K**

**KASPAR** [13] - 2:7, 2:25, 3:7, 3:22, 4:2, 4:6, 4:17, 5:17, 5:23, 6:1, 9:17, 9:21, 11:2
**Kaspar** [1] - 2:7
**keeping** [1] - 10:4
**Kendall** [1] - 7:25
**Kennelly** [1] - 2:23
**kind** [4] - 2:17, 6:14, 7:15, 9:5
**kinds** [1] - 8:1
**kit** [1] - 6:20

**L**

**last** [2] - 2:13, 3:1
**lawsuit** [1] - 3:20
**lawsuits** [2] - 7:4, 7:5
**lawyer** [1] - 9:11
**lawyers** [1] - 2:19
**lean** [1] - 2:11
**least** [2] - 5:7, 6:15
**limited** [1] - 5:7
**lines** [1] - 10:3
**list** [2] - 5:20, 5:21
**litigation** [1] - 7:9
**loathe** [1] - 10:10
**look** [2] - 6:9, 9:23
**looked** [4] - 2:13, 2:15, 2:16, 3:13
**looking** [1] - 4:13

**M**

**main** [1] - 10:19
**make-believe** [1] - 5:11
**map** [1] - 4:19
**mapped** [1] - 4:9
**materials** [1] - 3:4
**matter** [1] - 11:5
**mean** [8] - 3:18, 4:21, 5:11, 5:12, 5:18, 9:2, 9:20, 10:5
**memorandum** [2] - 2:14, 3:16
**mentioned** [1] - 3:20
**MERSMANN** [4] - 2:9, 6:17, 7:11, 10:24
**Mersmann** [2] - 2:10, 6:5
**mid** [1] - 10:21
**might** [1] - 7:18
**mind** [1] - 10:16
**minutes** [2] - 8:11, 10:9
**money** [1] - 9:25
**month** [1] - 10:14
**morning** [4] - 2:4, 2:5, 2:7, 2:9
**motion** [9] - 2:13, 2:20, 2:23, 3:17, 4:16, 5:3, 7:21, 8:17, 9:10
**MR** [19] - 2:5, 2:7, 2:9, 2:25, 3:7, 3:22, 4:2, 4:6, 4:17, 5:17, 5:23, 6:1, 6:17, 7:11, 9:17, 9:21, 10:24, 11:1, 11:2
**multiples** [1] - 8:10
**must** [1] - 3:18

**N**

**narrow** [1] - 3:7
**necessarily** [1] - 9:2
**necessary** [2] - 9:14, 10:11
**need** [2] - 2:11, 9:25
**never** [3] - 7:20, 8:4, 10:16
**new** [2] - 5:6, 8:8
**none** [1] - 7:20
**normal** [1] - 7:9
**Northern** [1] - 11:8
**nothing** [1] - 6:19
**notice** [6] - 5:19, 6:2, 6:25, 7:13, 8:4, 8:15
**number** [1] - 9:18

**O**

**objection** [2] - 8:23, 8:24
**occasions** [1] - 9:18
**office** [1] - 6:7
**Official** [1] - 11:7
**one** [5] - 2:16, 4:7, 4:10, 4:25, 7:25
**ones** [2] - 3:18, 7:24
**open** [1] - 2:1
**opposed** [1] - 9:15

**original** [2] - 2:16, 7:5
**otherwise** [1] - 3:19
**overrule** [1] - 8:23
**owner** [1] - 3:4

## P

**pack** [1] - 6:11
**page** [1] - 8:12
**paragraph** [4] - 4:2, 5:20, 6:18, 6:19
**part** [2] - 5:10, 10:4
**particular** [4] - 3:3, 6:20, 7:1, 8:2
**particularly** [3] - 6:23, 7:4, 8:1
**parts** [1] - 8:21
**party** [1] - 9:15
**past** [1] - 8:25
**Paulson** [3] - 9:9, 9:18, 10:21
**pause** [1] - 10:4
**people** [3] - 4:23, 6:10, 7:8
**place** [1] - 3:17
**plaintiff** [4] - 2:6, 2:8, 3:1, 7:5
**plaintiff's** [3] - 2:18, 6:9, 6:18
**playmate** [1] - 7:23
**plead** [1] - 7:18
**pleading** [1] - 5:18
**pled** [1] - 7:14
**point** [4] - 2:24, 8:13, 9:16, 10:2
**police** [1] - 10:7
**posed** [1] - 5:3
**premature** [1] - 8:23
**principal** [1] - 3:3
**pro** [2] - 8:11, 9:12
**proceedings** [3] - 2:1, 11:3, 11:5
**products** [8] - 3:21, 4:18, 5:8, 5:24, 6:10, 6:25, 7:2, 8:21
**protectable** [1] - 8:2
**protecting** [1] - 6:22
**publications** [2] - 3:4, 3:12
**publish** [1] - 3:11
**purposes** [1] - 2:19
**put** [4] - 5:5, 5:6, 6:13, 6:25

## Q

**quickly** [1] - 2:21

## R

**rather** [1] - 7:5
**reached** [2] - 8:13, 9:17
**read** [4] - 4:15, 7:11, 7:25, 9:23
**really** [5] - 4:6, 5:18, 6:24, 8:9, 10:11
**reason** [2] - 2:13, 8:16
**recent** [1] - 7:24
**recognize** [2] - 7:23, 9:13
**record** [2] - 8:25, 11:5
**redlined** [1] - 2:15
**referred** [1] - 8:11
**regard** [2] - 5:5, 5:7

**Reporter** [1] - 11:7
**representing** [1] - 9:12
**requests** [1] - 3:2
**require** [1] - 8:9
**requirements** [1] - 7:13
**reread** [1] - 2:14
**role** [1] - 9:13
**rolling** [1] - 6:14
**RPR** [1] - 11:9
**rule** [1] - 7:23
**Rule** [1] - 8:15

## S

**saddling** [1] - 9:11
**San** [1] - 6:7
**satisfies** [1] - 8:15
**satisfying** [1] - 5:19
**scattershot** [1] - 6:24
**schedule** [2] - 10:15, 10:16
**Scott** [1] - 2:7
**se** [2] - 8:11, 9:12
**see** [4] - 3:12, 7:15, 9:1, 10:25
**sense** [1] - 10:20
**served** [5] - 3:1, 8:20, 10:18
**set** [3] - 8:20, 10:13, 10:16
**settling** [1] - 9:19
**several** [1] - 8:10
**share** [1] - 8:4
**shown** [1] - 4:9
**side** [1] - 6:9
**simply** [1] - 7:14
**sit** [1] - 9:25
**situation** [1] - 9:22
**six** [1] - 10:17
**small** [1] - 5:10
**sort** [2] - 4:20, 10:10
**specific** [3] - 3:20, 4:7, 8:16
**stage** [1] - 5:17
**standing** [1] - 2:12
**status** [2] - 10:14, 10:16
**stuff** [5] - 2:22, 3:11, 5:6, 7:20, 8:8
**sufficient** [1] - 7:12
**summary** [2] - 7:23, 8:5
**support** [1] - 3:16

## T

**ten** [1] - 2:12
**terms** [1] - 5:11
**Tervigon** [3] - 6:20, 6:21, 6:23
**THE** [19] - 2:2, 2:4, 2:11, 3:6, 3:9, 3:23, 4:5, 4:14, 4:21, 5:22, 5:25, 6:5, 7:3, 7:15, 9:20, 9:22, 10:22, 10:23, 10:25
**three** [3] - 3:14, 3:20, 10:9
**transcript** [1] - 11:5
**trying** [1] - 3:2
**Tyranid** [2] - 4:9, 4:11

## U

**universe** [6] - 3:8, 5:7, 5:10, 5:11, 5:12
**unusual** [1] - 7:4
**up** [3] - 2:20, 4:22, 6:12

## V

**version** [2] - 2:15, 7:6
**view** [1] - 4:22
**volume** [1] - 10:6

## W

**Warhammer** [1] - 4:10
**ways** [1] - 6:10
**week** [1] - 3:1
**weeks** [3] - 3:15, 10:17
**WEINZIERL** [2] - 2:5, 11:1
**Weinzierl** [1] - 2:6
**whole** [2] - 3:23, 5:13
**winning** [1] - 2:20
**witness** [1] - 9:21
**works** [2] - 5:20, 5:21
**Workshop** [4] - 2:2, 2:6, 2:8, 3:4