**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

---

GAMES WORKSHOP LIMITED,

    Plaintiff,

    -against-

CHAPTERHOUSE STUDIOS LLC,

    Defendant.

---

Civil Action No. 1:10-cv-8103

Hon. Matthew F. Kennelly

**NOTICE OF CROSS-APPEAL**

NOTICE IS HEREBY GIVEN that plaintiff, Games Workshop Limited, hereby cross-appeals to the United States Court of Appeals for the Seventh Circuit from: (1) the Judgment in a Civil Action entered in this action on June 27, 2013 (Dkt. No. 403), including all prior and underlying interlocutory orders; (2) the Order on Post-Trial Motions entered in this action on December 5, 2013 (Dkt. No. 462); and (3) the Permanent Injunction entered in this action on December 5, 2013 (Dkt. No. 465).

|  |  |
|---|---|
| Dated:  January 17, 2014 | Respectfully submitted, |
|  | /s/  Jason J. Keener |
|  | Jason J. Keener (Ill. Bar No. 6280337)<br>FOLEY & LARDNER LLP<br>321 North Clark Street, Suite 2800<br>Chicago, IL 60654-5313<br>Telephone:  312.832.4500<br>Facsimile:  312.832.4700<br>Email:  jkeener@foley.com |
|  | Jonathan E. Moskin<br>FOLEY & LARDNER LLP<br>90 Park Avenue<br>New York, New York 10016<br>Telephone:  (212) 682-7474<br>Facsimile:  (212) 687-3229<br>Email:  jmoskin@foley.com |
|  | *Attorneys for Plaintiff*<br>*Games Workshop Limited* |

**CERTIFICATE OF SERVICE**

    I, Jason J. Keener, an attorney, hereby certify that on January 17, 2014, I caused to be filed electronically the foregoing NOTICE OF CROSS-APPEAL with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

                                          /s/ Jason J. Keener
                                          Jason J. Keener