```
                  IN THE UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF ILLINOIS
                           EASTERN DIVISION


GAMES WORKSHOP LIMITED,       )
                              )
              Plaintiff,      )   Docket No. 10 C 8103
                              )
         vs.                  )
                              )
CHAPTERHOUSE STUDIOS, LLC,    )   Chicago, Illinois
et al.,                       )   June 20, 2013
                              )   9:50 p.m.
              Defendants.     )

                      TRANSCRIPT OF PROCEEDINGS
              BEFORE THE HONORABLE MATTHEW F. KENNELLY

APPEARANCES:

For the Plaintiff:      FOLEY & LARDNER, LLP
                        BY:  MR. JASON J. KEENER
                        321 North Clark Street
                        Suite 2800
                        Chicago, Illinois   60610


For the Defendant:      WINSTON & STRAWN, LLP
                        BY:  MR. IMRON T. ALY
                        35 West Wacker Drive
                        Chicago, Illinois   60601




         LAURA M. BRENNAN - Official Court Reporter
           219 South Dearborn Street - Room 2102
                  Chicago, Illinois   60604
                       (312) 435-5785
```

| | |
|---|---|
| 1 | (The following proceedings were had in open court:) |
| 2 | THE CLERK: 10 C 8103, Games Workshop Limited v. |
| 3 | Chapterhouse Studios. |
| 4 | MR. KEENER: Good morning, your Honor; Jason Keener |
| 5 | for plaintiff Games Workshop. |
| 6 | MR. ALY: Good morning. Imron Aly for Chapterhouse. |
| 7 | THE COURT: Okay. So by my count, and it's possible |
| 8 | that I counted wrong, on the copyright claims, I've got 49 |
| 9 | products where there was a finding of infringement and no fair |
| 10 | use, in other words, a finding for the plaintiff; 24 where |
| 11 | there was a finding of infringement but fair use; and 43 where |
| 12 | there was a finding of no infringement. I was maybe a little |
| 13 | off, but I think they are relatively close. |
| 14 | On the trademark claims, 27 trademarks where there is |
| 15 | a finding of infringement and no fair use; 23 where there is a |
| 16 | finding of infringement but fair use; and then 21 where there |
| 17 | was a finding of no infringement. |
| 18 | I don't know if I got those numbers exactly right but |
| 19 | close enough for government work, as they say. |
| 20 | So where do we go from here? My idea of where we go |
| 21 | from here is you people ought to be sitting down and talking |
| 22 | and seeing if you can resolve this before people spend a lot |
| 23 | more time and effort briefing motions and going up to the |
| 24 | Court of Appeals and so on. |
| 25 | MR. KEENER: And I think there is some effort to do |


those discussions.

As far as the injunction purpose, we have talked about those and believe we can reach an agreement on most of the terms and that the injunction should be going forward. There's probably going to be a few disputes about what trademarks they can use in descriptions and what use of icons they can use and so forth.

Plaintiff's suggestion is that the parties submit a joint status report in maybe three weeks with the terms of the injunction that are agreed and then the proposed disputed -- where we stand on the disputed sections for your Honor to decide. We don't think there is any need for an evidentiary hearing or otherwise to handle those disputes.

THE COURT: Mr. Aly.

MR. ALY: No problem with any of those things, your Honor. The format is up to you, if you would prefer the status report or briefing. Depending on what the issues are, they may be more substantial in length, but we agree that there's a --

THE COURT: Let's do this. I'm going to direct the filing of a joint status report on the issue of injunctive relief three weeks from now. So that's the 11th of July. I'm going to have you come back in a few days after that. You don't need to file -- I mean, you don't need to file extensive briefs. If it looks like from the status report that there's

1  going to be a whole bunch of stuff complicated to decide, I
2  will talk about a briefing schedule.
3          You know, another option is, depending upon how broad
4  or how narrow the disputes are, to maybe try to get Judge
5  Gilbert involved again and see if he can help you kind of
6  bridge whatever gaps there are.  So I'm going to set it for a
7  status, let's say, on the 15th of July at 9:30.
8          So, you know, I have been holding this verdict.  I've
9  got to enter a judgment on this thing.  So what do I do?  I'm
10 not sure the judgment form is long enough to hold all of this.
11         MR. ALY:  You're probably right.  You can see an
12 attached blank.  But, your Honor, you did ask for 50(b) and 59
13 briefing at the end of this month.  So I don't know if that
14 requires waiting for that.
15         THE COURT:  No, no.  I mean, actually the judgment is
16 supposed to happen first.  I think I gave you until the 15th
17 of July for --
18         MR. KEENER:  That sounds right.
19         THE COURT:  -- for the --
20         It was four weeks from the date that the verdict was
21 returned approximately, maybe a little bit more than that, but
22 four weeks is the normal time interval.  But that typically
23 assumes that a judgment would be entered, and usually a
24 judgment is supposed to be entered before the motion to vacate
25 the judgment is filed.

| | |
|---|---|
| 1 | MR. KEENER: Your Honor, our proposal would be along |
| 2 | with a joint status report, the proposed -- |
| 3 | THE COURT: I'm not willing to wait three weeks for |
| 4 | that. |
| 5 | MR. KEENER: Okay. |
| 6 | THE COURT: I want something next week. So I want |
| 7 | you to talk about what the judgment should say. And |
| 8 | obviously, you know, it's not going to dispose of the whole |
| 9 | case. I'm not going to enter a Rule 54(b) finding or anything |
| 10 | like that because I've still got the injunctive relief issue, |
| 11 | but I want to get something on the docket. |
| 12 | So I would like a -- we'll call it, again, a joint |
| 13 | status report, and you can have separate sections in there, |
| 14 | let's say by next Wednesday, that's the 26th, regarding the |
| 15 | form of the judgment. And then I want you to come in actually |
| 16 | the next day, the 27th, at 9:30. My goal is to get something |
| 17 | entered then. Okay. |
| 18 | MR. KEENER: Thank you. |
| 19 | THE COURT: All right. I'm trying to remember. Did |
| 20 | everybody come and get -- you guys came and got all your |
| 21 | exhibits and everything. |
| 22 | MR. KEENER: Yes. |
| 23 | THE COURT: There was one box, the model box. |
| 24 | MR. KEENER: I believe we came back and got it. |
| 25 | THE COURT: Did somebody come back and get it? Okay, |

```
 1  good.  All right, thanks.  See you next week.
 2          MR. ALY:  Thank you.
 3
 4     (Which were all the proceedings had in the above-entitled
 5  cause on the day and date aforesaid.)
 6
 7
 8
 9
10                    C E R T I F I C A T E
11
12       I hereby certify that the foregoing is a true and
13  correct transcript of the above-entitled matter.
14
15
16  /s/ Laura M. Brennan                      November 21, 2013
17
18  _____        _____
    Laura M. Brennan
19  Official Court Reporter                     Date
    Northern District of Illinois
20
21
22
23
24
25
```