MA

# WINSTON & STRAWN LLP

| | | |
|---|---|---|
| BEIJING | 35 WEST WACKER DRIVE | MOSCOW |
| CHARLOTTE | CHICAGO, ILLINOIS 60601 | NEW YORK |
| CHICAGO | | NEWARK |
| GENEVA | +1 (312) 558-5600 | PARIS |
| HONG KONG | FACSIMILE +1 (312) 558-5700 | SAN FRANCISCO |
| HOUSTON | | SHANGHAI |
| LONDON | www.winston.com | WASHINGTON, D.C. |
| LOS ANGELES | | |

January 22, 2014

TYLER G. JOHANNES
312-558-3242
tjohannes@winston.com

<u>Via Hand Delivery</u>

Thomas G. Bruton, Clerk
United States District Court
Northern District of Illinois
219 South Dearborn Street
Chicago, IL 60604

**FILED**

JAN 2 2 2014

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Re:  Record on Appeal, *Games Workshop Limited v. Chapterhouse Studios LLC*, Case No. 1:10-cv-08103

Dear Mr. Bruton:

In a letter dated January 17, 2014 (Dkt. No. 481), I advised you that the following four status hearings, among others, would be included in the record on appeal: 7/18/13, 8/27/13, 9/25/13, and 10/10/13.

In fact, the latter three status hearings were held off the record and not transcribed. Therefore, they will not be included and no transcript will be provided.

Further, there was no hearing on 7/18/13. Thus, this date should not be included in the record on appeal either.

The remainder of the January 17 letter was correct. I apologize for the errors.

Very truly yours,

Tyler G. Johannes