**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

GAMES WORKSHOP LIMITED,

Plaintiff,

v.

CHAPTERHOUSE STUDIOS LLC,

Defendants.

Civil Action No. 1:10-cv-8103

Hon. Matthew F. Kennelly

**STIPULATION AND ORDER OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that pursuant to Fed. R. Civ. P. 41, this action is dismissed as against Chapterhouse Studios, with prejudice and without costs or attorneys' fees to either party. The Court shall retain jurisdiction to enforce the Injunction originally entered on December 5, 2013, and as modified by the parties' settlement.

Dated: November 14, 2014

/s/ Jason Keener
Jason Keener
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, IL 60654
Telephone: (312) 832-4500
Facsimile: (312) 832-4700
Email: jkeener@foley.com

Jonathan E. Moskin
FOLEY & LARDNER LLP
90 Park Avenue
New York, New York 10016
Telephone: (212) 682-7474
Facsimile: (212) 687-3229
E-mail: jmoskin@foley.com

*Attorneys for Plaintiff Games Workshop Limited*

/s/ Tyler Johannes
Tyler Johannes
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
Phone (312) 558-5600
Fax: (312) 558-5700
tjohannes@winston.com

Donald R. Steinberg
Louis W. Tompros
Kevin A. Goldman
Elizabeth C. Mooney
WILMER CUTLER PICKERING HALE AND DOOR LLP
60 State Street
Boston, MA 02109
Phone: (617) 526-6000
Fax: (617) 526-5000
Don.steinberg@wilmerhale.com
Louis.tompros@wilmerhale.com
Kevin.goldman@wilmerhale.com
Elizabeth.mooney@wilmerhale.com

*Attorneys for Defendant Chapterhouse*

SO ORDERED:

____________________________
Hon. Matthew F. Kennelly
United States District Judge

# CERTIFICATE OF SERVICE

I, Jason J. Keener, an attorney, hereby certify that on November 14, 2014, I caused to be filed electronically the foregoing STIPULATION AND ORDER OF DISMISSAL with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

/s/ Jason J. Keener
Jason J. Keener