**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| GAMES WORKSHOP LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>CHAPTERHOUSE STUDIOS LLC,<br><br>Defendants. | Civil Action No. 1:10-cv-8103<br><br>Hon. Matthew F. Kennelly |

**JOINT WITHDRAWAL OF PENDING MOTION AND CITATION TO DISCOVER ASSETS**

Plaintiff Games Workshop Limited ("Games Workshop") and Defendant Chapterhouse Studios LLC ("Chapterhouse") jointly state as follows:

1. On November 14, 2014, Games Workshop and Chapterhouse filed a Joint Stipulation and Order of Dismissal in this Action (the "Stipulation and Order") (Dkt. No. 513).

2. In light of the Stipulation and Order, and the settlement referenced therein, Games Workshop withdraws the Citation to Discover Assets (Dkt. No. 495).

3. In light of the Stipulation and Order, and the settlement referenced therein, Chapterhouse withdraws the Motion to Stay Execution of Judgment, Waive or Modify Bond Requirement Pending Appeal, and Quash and Dismiss Without Prejudice the Citation to Discover Assets (Dkt. Nos. 508-511).

Dated: November 14, 2014

| | |
|---|---|
| /s/ Jason Keener<br>Jason Keener<br>FOLEY & LARDNER LLP<br>321 North Clark Street, Suite 2800 | /s/ Tyler Johannes<br>Tyler Johannes<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive |

Chicago, IL 60654  
Telephone: (312) 832-4500  
Facsimile: (312) 832-4700  
Email: jkeener@foley.com  

and  

Jonathan E. Moskin  
FOLEY & LARDNER LLP  
90 Park Avenue  
New York, New York 10016  
Telephone: (212) 682-7474  
Facsimile: (212) 687-3229  
E-mail: jmoskin@foley.com  

*Attorneys for Plaintiff Games Workshop Limited*

Chicago, IL 60601  
Telephone: (312) 558-5600  
Facsimile: (312) 558-5700  
tjohannes@winston.com  

Donald R. Steinberg  
Louis W. Tompros  
Kevin A. Goldman  
Elizabeth C. Mooney  
WILMER CUTLER PICKERING HALE  
   AND DORR LLP  
60 State Street  
Boston, Massachusetts 02109  
Telephone: (617) 526-6742  
Facsimile: (617) 526-5000  
Donald.steinberg@wilmerhale.com  
Louis.tompros@wilmerhale.com  
kevin.goldman@wilmerhale.com  
Elizabeth.mooney@wilmerhale.com  

*Attorneys for Defendant Chapterhouse*

## **CERTIFICATE OF SERVICE**

I, Tyler G. Johannes, an attorney, hereby certify that on November 14, 2014, I caused to be filed electronically the foregoing JOINT WITHDRAWAL OF PENDING MOTION AND CITATION TO DISCOVER ASSETS with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

_____/s/  Tyler G. Johannes_____